**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LYNNE FREEMAN, an individual,

         Plaintiff,

 -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company

         Defendants.
---------------------------------------------------------------x

Case No. 1:22-cv-2435

**NOTICE OF MOTION FOR ADMISSION OF MARK D. PASSIN *PRO HAC VICE***

   **PLEASE TAKE NOTICE** that, upon the attached Affirmation of Paul LiCalsi, dated March 28, 2022, and the exhibits attached thereto, Plaintiff Lynne Freeman, by her attorneys, Reitler Kailas & Rosenblatt LLP, hereby move this Court before the Honorable Analisa Torres of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules for the Southern and Eastern Districts of New York admitting Mark D. Passin, Esq., *pro hac vice*, to act as co-counsel for Plaintiff in the above-captioned action.

Applicant's Contact Information:

Mark D. Passin, Esq.
CSReeder, PC
11766 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90025
(310) 861-2475
mark@csrlawyers.com

Dated: New York, New York
       March 29, 2022

                                      Respectfully submitted,

                                      **REITLER KAILAS &**
                                      **ROSENBLATT LLP**

                                      By:    /s/ Paul LiCalsi            

                                            Paul LiCalsi
                                            885 Third Avenue, 20th Floor
                                            New York, New York 10022
                                            Main: 212-209-3050
                                            Email: plicalsi@reiterlaw.com

                                            *Attorneys for Plaintiffs*