UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LYNNE FREEMAN, an individual,

                                        Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY
WOLFF, an individual, EMILY SYLVAN KIM, an
individual, PROSPECT AGENCY, LLC, a New
Jersey limited liability company, ENTANGLED
PUBLISHING, LLC, a Delaware limited liability
company, MACMILLAN PUBLISHERS, LLC, a
New York limited liability company, UNIVERSAL
CITY STUDIOS, LLC, a Delaware limited liability
company

                                        Defendants.
-----------------------------------------------------------------x

Case No. 1:22-cv-2435

**AFFIDAVIT IN SUPPORT
OF MOTION TO ADMIT
COUNSEL**
***PRO HAC VICE***

I, Mark D. Passin, being duly sworn, hereby depose and say as follows:

1. I am an attorney licensed to practice law in the state of California and am "of counsel" to the law firm of CSReeder, PC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My Attorney Registration number is 101195.

8.   Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Plaintiff, Lynne Freeman.

Executed on this 23 day of March 2022

Mark D. Passin, Esq.
CSReeder, PC
11766 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90025
(310) 861-2475
mark@csrlawyers.com

Sworn to me this
23 day of March, 2022

_____ PLEASE SEE CALIFORNIA
Notary Public NOTARY CERTIFICATE

# The State Bar
## of California

**OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

March 14, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARK D. PASSIN, #101195 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

## CALIFORNIA JURAT WITH AFFIANT STATEMENT                    GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

_Signature of Document Signer No. 1_          _Signature of Document Signer No. 2 (if any)_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me

on this __23rd__ day of __March__, 20__22__,
by        *Date*              *Month*            *Year*

(1)_____MarK D. Passin_____

(and (2)_____ ),
                *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SANDRA CISNEROS
Notary Public – California
Los Angeles County
Commission # 2234076
My Comm. Expires Apr 11, 2022

Signature _____
                *Signature of Notary Public*

*Place Notary Seal Above*

──────────────── OPTIONAL ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

Description of Attached Document  Affidavit in Support of Motion
Title or Type of Document: to Admit Cansel _____ Document Date: 3|23|2022
Number of Pages: _3_ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910