UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LYNNE FREEMAN, an individual,

                        Plaintiff,

     -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company

                        Defendants.
---------------------------------------------------------------x

Case No. 1:22-cv-2435

**ORDER FOR ADMISSION**
*PRO HAC VICE*

      The motion of Mark D. Passin, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

Mark D. Passin, Esq.
CSReeder, PC
11766 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90025
(310) 861-2475
mark@csrlawyers.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lynne Freeman in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: New York, New York  
      April __, 2022

_____  
Hon. Analisa Torres