

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MARK D. PASSIN*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify MARK D. PASSIN #101195, was on the 1st day of December, 1981 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of April 18th, 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk