Mark D. Passin
CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual<br><br>*Plaintiff,*<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company<br><br>*Defendants.* | Case No. 1:22-cv-02435-AT<br><br>**NOTICE OF APPEARANCE** |

**To:** The clerk of the court and all parties of record.

I am admitted *pro hac vice* or otherwise authorized to practice in this court, and I appear as counsel for Plaintiff Lynne Freeman in the above-captioned matter.

Dated: New York, New York
        May 10, 2022

_____
Mark Passin
CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Email: mark@csrlawyers.com
Telephone: (310) 861-2470
Facsimile: (310) 861-2476

## **CERTIFICATION**

I hereby certify that on May 10, 2022, that Notice of Appearance of Mark Passin for Plaintiff Lynne Freeman was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's CM/ECF System.

_____
Mark Passin