```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN, an individual

    *Plaintiff,*

-against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company

    *Defendants.*

Case No. 1:22-cv-02435-AT

**Joint Stipulation Extending Time To Answer**

WHEREAS, Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Universal City Studios, LLC, Holtzsbrinck Publishers, LLC, d/b/a Macmillan (sued erroneously as Macmillan Publishers, LLC), Entangled Publishing, LLC, Emily Sylvan Kim, and Prospect Agency, LLC (collectively "Defendants") have each accepted service of the Complaint by signing a Waiver of Service of Summons ("Waiver");

WHEREAS, pursuant to the Wavier, Defendants have to and including, May 27, 2022, to respond to the Complaint;

WHEREAS, Plaintiff Lynne Freeman ("Plaintiff") and Defendants agree to further extend Defendants' time to respond to the Complaint to and including June 27, 2022;

WHEREAS, the Complaint relates to the alleged copyright infringement of four (4) books and consists of 94 paragraphs; and

WHEREAS, Defendants require additional time to respond to the Complaint in order to efficiently review the numerous manuscripts at issue and evaluate Plaintiff's claims.

NOW, THEREFORE, it is hereby stipulated, by the parties hereto through their respective counsel, as follows:

That Defendants' time to respond to the Complaint is extended to and including June 27, 2022.

1

Dated: May 10, 2022

**COWAN, DEBAETS, ABRAHAMS, & SHEPPARD LLP**

By: *Nancy E. Wolff*
Nancy E. Wolff
41 Madison Avenue, 38th Floor
New York, New York 10010
212-974-7474
nwolff@cdas.com

*Attorneys for Defendants* Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Universal City Studios, LLC, Entangled Publishing, LLC and Holtzsbrinck Publishers, LLC, d/b/a Macmillan sued erroneously as Macmillan Publishers, LLC

Dated: 5/10/2022

**KLARIS LAW PLLC**

By: *Lacy H Koonce*
Lacy H. ("Lance") Koonce, III
29 Little West 12th Street
New York, New York 10014
917-612-5861
lancekoonce@gmail.com

*Attorneys for Defendants* Emily Sylvan Kim and Prospect Agency, LLC

Dated: May 11, 2022

**CSReeder, PC**

By: _____
Mark D. Passin
11766 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90025
310-861-2475
mark@csrlawyers.com

**REITLER KAILAS & ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com

*Attorneys for Plaintiff* Lynne Freeman

SO ORDERED.

Dated: May 13, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge