```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN, an individual,

                Plaintiff,

-against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company,

                Defendants.

22 Civ. 2435 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint letter and proposed case management plan. ECF No. 28. The Court shall permit 120 days for fact discovery and 45 days for expert discovery. By **June 8, 2022**, the parties shall submit a revised proposed case management plan.

      SO ORDERED.

Dated: June 1, 2022
       New York, New York

                                                ANALISA TORRES
                                   United States District Judge