Jack Shaw (SDNY Bar No. JS0104)
E-mail: jack.shaw@procopio.com
PROCOPIO CORY HARGREAVES &
 SAVITCH LLP
1117 S. California, Suite 200
Palo Alto, California 94304
Telephone: (650) 645-9000
Facsimile: (650) 687-8300

*Attorneys for Defendant Crazy Maple Studio, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNNE FREEMAN, an individual<br><br>    *Plaintiff*,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC., a California corporation<br><br>    *Defendants*. | Case No. 1:22-cv-02435-AT<br><br>**NOTICE OF APPEARANCE OF JACK SHAW** |

**To**: The clerk of the court and all parties of record.

    I am admitted to practice in this court, and I appear as counsel for Defendant Crazy Maple

Studio, Inc. in the above-captioned matter.

- 2 -

Dated: Palo Alto, California
June 2, 2022

PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP

By: /s/ Jack Shaw
   Jack Shaw (SDNY Bar No. JS0104)
   E-mail: jack.shaw@procopio.com
   1117 S. California, Suite 200
   Palo Alto, California 94304
   Telephone: (650) 645-9000
   Facsimile: (650) 687-8300

*Attorneys for Defendant Crazy Maple Studio, Inc.*

- 3 -

## **CERTIFICATION**

I hereby certify that on June 2, 2022, that **NOTICE OF APPEARANCE OF JACK SHAW** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's CM/ECF System.

/s/ Jack Shaw
Jack Shaw
