Eric A. Plourde (SDNY Bar No. EP9546)
E-mail: eric.plourde@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

*Attorneys for Defendant Crazy Maple Studio, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNNE FREEMAN, an individual<br><br>   *Plaintiff*,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC., a California corporation<br><br>   *Defendants*. | Case No. 1:22-cv-02435-AT<br><br>**NOTICE OF APPEARANCE**<br>**OF ERIC A. PLOURDE** |

**To**: The clerk of the court and all parties of record.

   I am admitted to practice in this court, and I appear as counsel for Defendant Crazy Maple Studio, Inc. in the above-captioned matter.

- 2 -

| | |
|---|---|
| Dated: San Diego, California<br>June 3, 2022 | PROCOPIO, CORY, HARGREAVES &<br>   SAVITCH LLP<br><br>By: /s/ Eric A. Plourde<br>Eric A. Plourde (SDNY Bar No. EP9546)<br>E-mail: eric.plourde@procopio.com<br>525 B Street, Suite 2200<br>San Diego, CA 92101<br>Telephone: 619.238.1900<br>Facsimile: 619.235.0398<br><br>*Attorneys for Defendant Crazy Maple Studio, Inc.* |

- 3 -

## CERTIFICATION

I hereby certify that on June 3, 2022, that **NOTICE OF APPEARANCE OF ERIC A. PLOURDE** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's CM/ECF System.

    /s/ Eric A. Plourde
    Eric A. Plourde