UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN, an individual,

        Plaintiff,

- against -

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation,

        Defendants.

Case No. 22-cv-02435-AT

**NOTICE OF APPEARANCE**

To:    The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this court, and I appear in the above-referenced action as counsel for defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, d/b/a/ Macmillan, and Universal City Studios, LLC.

        Respectfully Submitted,

Dated: New York, New York
       June 8, 2022

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

By: __/s/ CeCe M. Cole_____
    CeCe M. Cole
    41 Madison Avenue, 38th Floor
    New York, New York 10010
    Tel: (212) 974-7474
    Fax: (212) 974-8474
    ccole@cdas.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, d/b/a/ Macmillan, and Universal City Studios, LLC*