AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Lynne Freeman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-02435-AT |
| Tracy Deebs-Elkenaney et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Emily Sylvan Kim and Prospect Agency, LLC

Date: 06/08/2022

*Attorney's signature*

Lacy H. Koonce, III (LK8784)
*Printed name and bar number*
Klaris Law PLLC
29 Little West 12th Street
New York, New York 10014

*Address*

lance.koonce@klarislaw.com
*E-mail address*

(917) 612-5861
*Telephone number*

*FAX number*