UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>          Plaintiff,<br><br>    -against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation<br><br>          Defendants. | Case No. 1:22-cv-02435-AT<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Entangled Publishing LLC hereby files its corporate disclosure statement.

Defendant Entangled Publishing LLC respectfully states that it has no parent corporation, and that no publicly traded corporation owns 10% or more of its stock.

Dated: New York, New York
      June 27, 2022

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP


By: /s/ Nancy E. Wolff
    Nancy E. Wolff
    CeCe M. Cole
    41 Madison Avenue, 38th Floor
    New York, New York 10010
    Tel.: (212) 974-7474
    Fax: (212) 974-8474
    nwolff@cdas.com
    ccole@cdas.com

*Attorneys for Defendant Entangled Publishing LLC*