UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>                        Plaintiff,<br><br>        -against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation<br><br>                        Defendants. | Case No. 1:22-cv-02435-AT<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Holtzbrinck Publishers, LLC d/b/a Macmillan ("Holtzbrinck Publishers") hereby files its corporate disclosure statement.

       Macmillan Holdings, LLC is the parent corporation of defendant Holtzbrinck Publishers. There is no publicly held corporation owning 10% or more of the stock of Holtzbrinck Publishers.

Dated: New York, New York  
         June 27, 2022

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

By: /s/ Nancy E. Wolff
    Nancy E. Wolff
    CeCe M. Cole
    41 Madison Avenue, 38th Floor
    New York, New York 10010
    Tel.: (212) 974-7474
    Fax: (212) 974-8474
    nwolff@cdas.com
    ccole@cdas.com

*Attorneys for Defendant Holtzbrinck*
*Publishers, LLC d/b/a Macmillan*