UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>                    Plaintiff,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation<br><br>                    Defendants. | Case No. 1:22-cv-02435-AT<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Universal City Studios LLC hereby files its corporate disclosure statement.

Defendant Universal City Studios LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company. No other publicly held corporation owns 10% or more of the equity of Universal City Studios LLC.

Dated: New York, New York          COWAN, DEBAETS, ABRAHAMS
        June 27, 2022                                    & SHEPPARD LLP

                                                              By: /s/ Nancy E. Wolff
                                                                  Nancy E. Wolff
                                                                  CeCe M. Cole
                                                                  41 Madison Avenue, 38th Floor
                                                                 New York, New York 10010
                                                                 Tel.: (212) 974-7474
                                                                 Fax: (212) 974-8474
                                                                 nwolff@cdas.com
                                                                ccole@cdas.com

                                              *Attorneys for Defendant Universal City Studios LLC*