UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual<br><br>        Plaintiff,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC., a California corporation<br><br>        Defendants. | Case No. 1:22-cv-02435-AT<br><br>**DEFENDANT PROSPECT AGENCY, LLC'S**<br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENET** |

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification of recusal, the undersigned counsel for Defendant Prospect Agency, LLC certifies that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

DATED: June 27, 2022             Respectfully submitted,

                       /s/Lacy H. Koonce, III
                       Lacy H. Koonce, III
                       Klaris Law PLLC
                       29 Little West 12th Street
                       New York, New York 10014
                       lance.koonce@klarislaw.com
                       Telephone: (917) 612-5861

                       *Attorneys for Defendant*
                       *Prospect Agency, LLC*