```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNNE FREEMAN,

                         Plaintiff,                       22-CV-02435 (AT)(SN)

       -against-                                     **ORDER**

TRACY DEEBS-ELKENANEY, et al.,

                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On Wednesday, July 20, 2022, a conference was held to discuss the dispute regarding the parties' proposed protective orders. ECF No. 47. Defendants' motion for an "Attorney's Eyes Only" provision is DENIED unless agreement is reached as discussed at the conference. The parties are ORDERED to meet and confer and propose a joint protective order for the Court's approval by Monday, July 25, 2022.

        The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

DATED:     New York, New York
                July 20, 2022

_____
SARAH NETBURN
United States Magistrate Judge