Jack Shaw (SDNY Bar No. JS0104)
E-mail:  jack.shaw@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
1117 S. California, Suite 200
Palo Alto, California 94304
Telephone: (650) 645-9000
Facsimile: (650) 687-8300

Eric A. Plourde (SDNY Bar No. EP9546)
E-mail: eric.plourde@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

*Attorneys for Defendant Crazy Maple Studio, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>      *Plaintiff*,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation,<br><br>      *Defendants*. | Case No. 1:22-cv-02435-AT<br><br>**STIPULATION AND ORDER** |

WHEREAS, Defendant Crazy Maple Studio, Inc. ("Crazy Maple") was added to this action

as a Defendant in the First Amended Complaint ("FAC");

WHEREAS, Crazy Maple accepted service of the First Amended Complaint by signing a Waiver of Service of Summons ("Waiver");

WHEREAS, pursuant to the Waiver Crazy Maple has until and including August 1, 2022, to respond to the FAC;

WHEREAS, Crazy Maple has advised Plaintiff that it intends to file a motion to dismiss on grounds of personal jurisdiction and/or to transfer venue;

WHEREAS, Plaintiff and Crazy Maple are discussing the possibility of dismissing the Crazy Maple without prejudice as a party to the action;

WHEREAS, Plaintiff has prepared a draft agreement and Crazy Maple has provided Plaintiff with its initial comments to the draft;

WHEREAS, Plaintiff has agreed to extend Crazy Maple's time to respond to the FAC to allow the parties time to hopefully finalize the agreement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Lynne Freeman ("Plaintiff") and Defendant Crazy Maple Studio, Inc. ("Crazy Maple"), that Crazy Maple's time to answer or move with regard to Plaintiff's First Amended Complaint (ECF No. 24) is hereby extended to August 22, 2022.

**CSReeder, PC**

By: _____
Mark Passin (admitted *pro hac vice*)
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Tel.: (310) 861-2470
mark@csrlawyers.com

Paul LiCalsi
**Reitler Kailas & Rosenblatt LLP**

**Procopio, Cory, Hargreaves & Savitch LLP**

By: _____
Jack Shaw
1117 S. California, Suite 200
Palo Alto, California 94394
Tel.: (650) 645-9019
Jack.shaw@procopio.com

Eric Plourde
525 B Street, Suite 220

885 Third Avenue, 20th Floor
New York, New York 10022
Tel.: 212-209-3050
plicalsi@reiterlaw.com

*Attorneys for Plaintiff Lynne Freeman*

San Diego, CA 92101
Tel.: (619) 906-5641
Eric.plourde@procopio.com

*Attorneys for Defendant Crazy Maple Studio, Inc.*

**SO ORDERED.**

Dated: _____, 2022

_____
**HON. ANALISA TORRES**