# Mark Passin

**From:** Zach Press <zach.press@klarislaw.com>
**Sent:** Thursday, August 11, 2022 11:47 AM
**To:** CeCe Cole; Mark Passin; Nancy Wolff; Lance Koonce
**Subject:** RE: Freeman v. Wolff

Hi Mark,
On behalf of Defendants Prospect Agency LLC and Emily Sylvan Kim, we do not oppose your request for a one-week extension of time.
Best,
Zach

---

Zach Press *(he/him)*
Associate | +1 718-974-8717

# KLARIS

---

**From:** CeCe Cole <CCole@cdas.com>
**Sent:** Thursday, August 11, 2022 14:45
**To:** Mark Passin <mark@csrlawyers.com>; Nancy Wolff <NWolff@cdas.com>; Lance Koonce <lance.koonce@klarislaw.com>; Zach Press <zach.press@klarislaw.com>
**Subject:** RE: Freeman v. Wolff

Mark,

Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC ("Defendants") do not oppose your request and that Plaintiff's responses to Defendants' discovery demands are now due August 22, 2022.

Best,
CeCe

---

**From:** Mark Passin <mark@csrlawyers.com>
**Sent:** Thursday, August 11, 2022 11:40 AM
**To:** Nancy Wolff <NWolff@cdas.com>; CeCe Cole <CCole@cdas.com>; Lance Koonce (lance.koonce@klarislaw.com) <lance.koonce@klarislaw.com>; Zach Press <zach.press@klarislaw.com>
**Subject:** Re: Freeman v. Wolff

Please get back to me by 1:00 pm (edt) because I intend to make a motion for more time today.   Thanks.

**Mark Passin**
**Of Counsel**



11766 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90025

1

(310) 861-2475
mark@csrlawyers.com
www.markpassin.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system. Thank you in advance for your cooperation.

On Aug 10, 2022, at 10:24 PM, Mark Passin <mark@csrlawyers.com> wrote:

Alli,

Plaintiffs' response to all of your outstanding discovery is due on Monday. Can we please have a one week extension of our time to respond to the outstanding discovery?

**Mark D. Passin**
**Of Counsel**



11766 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90025
(310) 861-2475
mark@csrlawyers.com
www.markpassin.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system. Thank you in advance for your cooperation.