# EXHIBIT B

Freeman v. Wolff

Proposed search terms

| |
|---|
| Freeman! OR Freman! OR Freemann! |
| [Freeman's email addresses] |
| Masqued OR Masked "Blue Moon Rising" OR "BMR"OR [other titles?] |
| Tracy OR Wolff OR Deebs OR Liz OR Pelletier OR Abrams OR Entangled OR [their email addresses] w/50 of:<ul><li>Alaska</li><li>Anchorage</li><li>San Diego</li><li>Bloodletter</li><li>Marise</li><li>Collin</li><li>Anna</li><li>Ash</li><li>Ronan</li><li>Bloodletter</li><li>Priestess</li><li>Brendan</li><li>Julian</li><li>Brie</li><li>[PICK 20 of the alleged similar textual passages from the complaint (see below)]</li></ul> |
| Crave OR Crush OR Covet OR Court w/50 of:<ul><li>edit!</li><li>plot!</li><li>character!</li><li>dialogue!</li><li>mood!</li><li>theme!</li><li>pace!</li><li>create!</li><li>Bloodletter</li><li>Marise</li><li>Collin</li><li>Anna</li><li>Ash</li><li>Ronan</li><li>Bloodletter</li><li>Priestess</li><li>Brendan</li><li>Julian</li><li>Brie</li></ul> |

| |
|---|
| • [PICK 20 of the alleged similar textual passages from the complaint (see below)] |
| "Romance Writers of America" AND date=2012 |
| Macmillan AND (Crave OR Crush OR Covet OR Court) |
| (Universal OR NBCU) AND (Crave OR Crush OR Covet OR Court) |
| "Crazy Maple" AND (Crave OR Crush OR Covet OR Court) |
| |
| |
| **Possible terms based on alleged textual similarities** |
| Nyx |
| "twin goddesses" |
| "like living on the moon" |
| "feels like the moon" |
| "herbal tea" |
| "vampire prince" |
| "Harry Potter" OR Rowling |
| "as if he knows exactly what effect he has on" |
| "black jeans" |
| mutation |
| bonded |
| citrus |
| waterfall |
| eighties |
| divan |
| kidnap |
| Demon |
| "war cry" |
| Ronan |
| "striking, bewitchingly good-looking" |
| "full lips" |
| "sculpted features" |
| "something different" |
| "and those eyes" |
| "tear my eyes away" |
| unattainable |
| "et tu, Brute" |
| "completely unaffected by the cold" |
| "Well, well, well. Looks like" |
| "He just shakes his head" |
| lightshow |
| "phosphorescent" |
| "living on the moon" |
| "smoking hot" |
| "like a fish out of water" |
| "every ounce of willpower" |

| |
|---|
| "soul sucking demon" |
| "such a drama queen" |
| "fuel to the fire" |
| "spontaneous combustion" |
| "stomach tightens" |
| "scent wrapped itself around me" |
| "velvet wing chair" |
| "things that go bump in the night" |
| "molten amber" |
| "waggles his brows" |
| "this is just the beginning" |
| "practically jumps up and down" |
| "The voice inside my head was screaming" |
| "spinning out of control" |
| "blood spurted from his nose" |
| "Peter Pan" |
| Superman |
| "Star Wars" |
| "citrus and spice" |
| waterfalls |
| "woodsy scent" |
| "saccharine sweet voice" |
| "rabid dog" |