# EXHIBIT C

Exhibit C
Page 45

**EXHIBIT C**

Request No. 3 (All agreements between Freeman and/or Kim . . .); ( Request No. 17 (Copies of all drafts of each of the books in the CRAVE SERIES. . . ); Request No. 18 (Copies of all versions of any of the books in the CRAVE SERIES. . . ); Request No. 19 (All agreements between PROSPECT and/or Kim and ENTANGELED and/or PELLETIER . . .); Request No. 20 (All agreements between ENTANGLED and/or PELLETIER AND Wolff. . .); Request 21 (All agreements between WOLFF and any person CONCERINGN WOLFF paying to the PERSON any money generated from the exploitation of any of the books in the CRAVE SERIES); Request 26 (All DOCUMENTS evidencing that PELLETIER "created the basic storyline of the Crave book series" as stated in the letter dated February 9, 2022, from Nancy E. Wolff to Mark D. Passin); Request 27 (All DOCUMENTS evidencing that PELLETIER provided "to Wolff in writing the main plot, location, characters, and scenes," as stated the letter dated February 9, 2022 from Nancy E. Wolff to Mark D. Passin, including, but not limited to, the writings in which PELLETIER provided the foregoing information to WOLFF);Request 29 (A copy of the "pitch letter" from KIM to PELLETIER referred to in the letter dated February 17, 2022, from Nancy E. Wolff to Mark D. Passin); Request 30 (A copy of the e-mail from PELLETIER to "another editor" at ENTANGLED forwarding to the other editor the email from KIM with the "pitch letter" referred to in the letter dated February 17, 2022, from Nancy E. Wolff to Mark D. Passin.); Request 31 (The e-mail dated October 18, 2013, from "another editor" to KIM referred to in the letter dated February 17, 2022, from Nancy E. Wolff to Mark D. Passin, including, but not limited to, the attachments to the e-mail); Request 34 (The copy of BMR sent to ENTANGLED referred to in the letter dated February 17, 2022 from Nancy E. Wolff to Mark D. Passin); Request 35(All DOCUMENTS evidencing the "well-documented collaboration on the plot, characters, interplay of characters and the expression in the text" referred to in the letter dated February 17, 2022 from Nancy E. Wolff to Mark D. Passin); Request 40 (All agreements, and amendments thereto, that are CONCERNING any of the books in the CRAVE SERIES . . .); Request 41(All DOCUMENTS evidencing the payment of any money by any PERSON to KIM and/or PROSPECT in connection with the exploitation of any of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES . . . ); Request 42(All DOCUMENTS evidencing the gross receipts received by KIM and/or PROSPECT in connection with the exploitation of any of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES, including, but not limited to, any royalty statement or other accounting from WOLFE, ENTANGLED, PELLETIER, MACMILLAN, UNIVERSAL OR CRAZY MAPLE STUDIO); Request 43 (All DOCUMENTS evidencing the payment of any money by any PERSON to ENTANGLED and/or PELLTIER in connection with the exploitation of any of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES . . .); Request 44 (All DOCUMENTS evidencing the gross receipts received by ENTANGLED and/or PELLETIER in connection with the exploitation of any of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES .);

Exhibit C
Page 46

Request 45 (All DOCUMENTS evidencing the payment of any money by any PERSON to WOLFF in connection with the exploitation of any of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES . . .); Request 46 (All DOCUMENTS evidencing the gross receipts received by WOLFE in connection with the exploitation of any of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES . . .);  Request 47: All DOCUMENTS evidencing the payment of any money by any PERSON to MACMILLAN in connection with the exploitation of any of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES . . .); Request 48 (All DOCUMENTS evidencing the gross receipts received by MACMILLAN in connection with the exploitation of each of the books in the CRAVE SERIES or in connection with any license granting any PERSON any rights in any of the books in the CRAVE SERIES . . .) and Request 50 (All DOCUMENTS evidencing the stage of production of the motion picture based on the book *Crave* being made by Universal.

Exhibit C
Page 47