# EXHIBIT D





| Technical Contact | |
|---|---|
| Name: | Kim, Emily |
| Organization: | PROSPECT AGENCY, LLC |
| Street: | ▮▮▮▮ |
| City: | ▮▮▮▮ |
| State: | ▮ |
| Postal Code: | ▮▮▮ |
| Country: | US |
| Phone: | +▮▮▮▮ |
| Email: | **inkookim**@gmail.com |

**Raw Whois Data**

```
Domain Name: PROSPECTAGENCY.COM
Registry Domain ID: 197931436_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2021-08-20T16:57:53Z
Creation Date: 2005-08-18T14:49:35Z
Registrar Registration Expiration Date: 2030-08-18T14:49:35Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID:
Registrant Name: Kim, Emily
Registrant Organization: PROSPECT AGENCY, LLC
Registrant Street:▮▮▮▮
Registrant City:▮▮▮▮
Registrant State/Province:▮
Registrant Postal Code:▮▮▮
Registrant Country: US
Registrant Phone:▮▮▮▮
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: inkookim@gmail.com
Registry Admin ID:
Admin Name: Kim, Emily
Admin Organization: PROSPECT AGENCY, LLC
Admin Street:▮▮▮▮
Admin City:▮▮▮
Admin State/Province:▮
Admin Postal Code:▮▮▮
Admin Country: US
Admin Phone: +▮▮▮▮
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: inkookim@gmail.com
Registry Tech ID:
Tech Name: Kim, Emily
Tech Organization: PROSPECT AGENCY, LLC
Tech Street:▮▮▮▮
Tech City:▮▮▮
Tech State/Province:▮
Tech Postal Code:▮▮▮
Tech Country: US
Tech Phone: +▮▮▮▮
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: inkookim@gmail.com
Name Server: NS1.RIMUHOSTING.COM
Name Server: NS2.RIMUHOSTING.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: domain.operations@web.com
Registrar Abuse Contact Phone: +1.8777228662
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

```
>>> Last update of WHOIS database: 2022-07-05T19:46:13Z <<<

For more information on Whois status codes, please visit https://www.icann.org/reso


The data in Networksolutions.com's WHOIS database is provided to you by
Networksolutions.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Networksolutions.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Networksolutions.com  (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Networksolutions.com.
Networksolutions.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.
```

### related domain names

networksolutions.com    web.com    icann.org    rimuhosting.com    gmail.com    internic.net

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

[Login]   or   [Create an Account]

Follow Us

#### Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

#### Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

#### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

#### Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved  |  Legal Agreement  |  Privacy Policy