UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNNE FREEMAN,

                                                             Plaintiff,                        22-CV-02435 (AT)(SN)

    -against-                                                                  **ORDER**

TRACY DEEBS-ELKENANEY, et al.,

                                                             Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 7 and September 8, 2022, Plaintiff filed letter motions for a discovery conference. ECF Nos. 59 & 60. Defendants shall respond to the issues raised in both letters no later than September 14, 2022. A conference is scheduled for Thursday, September 15, 2022, at 3:00 p.m. The conference will be held in person in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 30 minutes in advance to complete the entry screening process. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. The Clerk of Court is respectfully directed to close the gavel at ECF Nos. 59 & 60.

**SO ORDERED.**

DATED:     New York, New York
                September 9, 2022

                                                              SARAH NETBURN
                                                              United States Magistrate Judge