UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual<br><br>       Plaintiff,<br><br> -against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation,<br><br>       Defendants. | Case No. 22-cv-02435-AT<br><br>NOTICE OF APPEARANCE |

To: The Clerk of this Court and all parties of record:

 I certify that I am admitted to practice in this court, and I appear in the above-referenced action as counsel for defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, d/b/a/ Macmillan, and Universal City Studios, LLC.

| | |
|---|---|
| Dated: New York, New York<br>   September 12, 2022 | Respectfully Submitted,<br>COWAN, DEBAETS, ABRAHAMS &<br>SHEPPARD LLP<br>By: /s/ Benjamin S. Halperin<br>   Benjamin S. Halperin<br>   41 Madison Avenue, 38th Floor<br>   New York, New York 10010<br>   Tel: (212) 974-7474<br>   Fax: (212) 974-8474<br>   bhalperin@cdas.com<br>*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, d/b/a/ Macmillan, and Universal City Studios, LLC* |