```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LYNNE FREEMAN,

                              **Plaintiff,**                            22-CV-02435 (AT)(SN)

        -against-                                              **ORDER**

TRACY DEEBS-ELKENANEY, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of Plaintiff's counsel's request to appear by telephone, the conference scheduled for Thursday, September 15, 2022 at 3:00 p.m. will be conducted telephonically rather than in person. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                                                       */s/ Sarah Netburn*
                                                                                                        SARAH NETBURN
                                                                                                         United States Magistrate Judge

DATED:       September 13, 2022
                     New York, New York