REITLER KAILAS & ROSENBLATT LLP
Paul LiCalsi
Brett Van Benthysen
885 Third Avenue, 20th Floor
New York, NY 10022
Phone: (212) 209-3044
Fax: (212) 371-5500
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual<br><br>*Plaintiff*,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company,<br><br>*Defendants*. | Case No. 1:22-cv-02435-AT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Brett Van Benthysen, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of plaintiff Lynne Freeman in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated:  September 14, 2022              Respectfully Submitted,

**REITLER KAILAS & ROSENBLATT LLP**

By: *s/ Brett Van Benthysen*
Brett Van Benthysen
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bvanbenthysen@reitlerlaw.com
*Attorneys for Plaintiff Lynne Freeman*