# EXHIBIT A

| | |
|---|---|
| **From:** | Lance Koonce |
| **Sent:** | Thursday, July 28, 2022 18:24 |
| **To:** | Mark Passin |
| **Cc:** | Zach Press |
| **Subject:** | RE: Freeman v. Wolf |
| **Attachments:** | Search Term List.docx |

Mark:

We're all trying to work within the Court's time constraints and still uphold our ethical obligations to our clients. Our goal has been, and still is, to begin producing documents in the next two weeks.

As we discussed on the call last week, we think we should agree to search terms that will be run against my clients' emails and other documents. To be clear, these will be run on document sets that have not been filtered other than for date range and custodian. These search terms should flag for production material responsive to most of your written requests, although for a limited number of requests we will be producing "documents sufficient to show" or things like specific agreements that have been requested, where we will not need to run search terms to produce those. I am attaching our suggested terms – please review and let us know if you think these work, or if you have other suggestions.

Generally speaking, the search terms are designed to capture: (a) all documents mentioning Freeman, (b) all communications with Freeman, (c) all documents mentioning Freeman's manuscripts, (d) all communications with other defendants mentioning key terms, characters or alleged textual similarities, (e) all documents about the Crave series mentioning key terms, characters or alleged textual similarities, (f) all documents related to the Romance Writers of America conference in 2012, and (g) all documents related to the other defendants concerning the Crave series. We have attempted to create broad search terms that will capture anything responsive, but not so broad that they will capture, for instance, work by Prospect on wholly unrelated books. The most difficult aspect here is the alleged textual similarities, and what we are suggesting is that we run a certain number of words or phrases from Freeman's manuscripts that you believe were copied or paraphrased -- say 20 terms in total -- that would hit on any documents in which that word or phrase appear. We can let you have some say in those terms, to ensure that you don't think we're cherry-picking.

Once we agree on the terms, running them against the collected materials is a fairly straightforward process, and the only thing that will take a bit of time before rolling productions begin is attorney review for privilege, etc.

May I ask again when we will be receiving your client's manuscripts? As you will recall, on a call in either late April or early May you promised me that you would produce those as part of informal discovery as soon as we had a protective order in place. The parties' Case Management Plan expressly says you will produce these manuscripts as part of informal discovery. And last week on our call you indicated that you just needed to stamp them and send them over. It's really unheard-of in my experience for a copyright case to have gone on this long without having the allegedly infringed work(s), so we need those ASAP.

Thanks,

Lance

**From:** Mark Passin <mark@csrlawyers.com>
**Sent:** Thursday, July 28, 2022 3:03 PM
**To:** Lance Koonce <lance.koonce@klarislaw.com>
**Cc:** Zach Press <zach.press@klarislaw.com>
**Subject:** Freeman v. Wolf
**Importance:** High

Lance,

     I was a little concerned during our meet and confer by your comment that you want to send me search terms because it gave me the impression that you have not started gathering the documents yet despite receiving Plaintiff's document requests seven ( 7) weeks ago.  I normally would not be concerned, but we have less than three months of fact discovery left.  I have told CeCe that I need all the documents within 2 weeks of yesterday.  I am hereby telling you the same thing.  If I get the documents in two weeks, we will still only have less than 2 ½ months to finish fact discovery.

     Thanks.

**Mark D. Passin**
**Of Counsel**



11766 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90025
(310) 861-2475
mark@csrlawyers.com
www.markpassin.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.  Thank you in advance for your cooperation.

Freeman v. Wolff

Proposed search terms

| |
|---|
| Freeman! OR Freman! OR Freemann! |
| [Freeman's email addresses] |
| Masqued OR Masked "Blue Moon Rising" OR "BMR"OR [other titles?] |
| Tracy OR Wolff OR Deebs OR Liz OR Pelletier OR Abrams OR Entangled OR [their email addresses] w/50 of:<ul><li>Alaska</li><li>Anchorage</li><li>San Diego</li><li>Bloodletter</li><li>Marise</li><li>Collin</li><li>Anna</li><li>Ash</li><li>Ronan</li><li>Bloodletter</li><li>Priestess</li><li>Brendan</li><li>Julian</li><li>Brie</li><li>[PICK 20 of the alleged similar textual passages from the complaint (see below)]</li></ul> |
| Crave OR Crush OR Covet OR Court w/50 of:<ul><li>edit!</li><li>plot!</li><li>character!</li><li>dialogue!</li><li>mood!</li><li>theme!</li><li>pace!</li><li>create!</li><li>Bloodletter</li><li>Marise</li><li>Collin</li><li>Anna</li><li>Ash</li><li>Ronan</li><li>Bloodletter</li><li>Priestess</li><li>Brendan</li><li>Julian</li><li>Brie</li></ul> |

3

| |
|---|
| • [PICK 20 of the alleged similar textual passages from the complaint (see below)] |
| "Romance Writers of America" AND date=2012 |
| Macmillan AND (Crave OR Crush OR Covet OR Court) |
| (Universal OR NBCU) AND (Crave OR Crush OR Covet OR Court) |
| "Crazy Maple" AND (Crave OR Crush OR Covet OR Court) |
| |
| |
| **Possible terms based on alleged textual similarities** |
| Nyx |
| "twin goddesses" |
| "like living on the moon" |
| "feels like the moon" |
| "herbal tea" |
| "vampire prince" |
| "Harry Potter" OR Rowling |
| "as if he knows exactly what effect he has on" |
| "black jeans" |
| mutation |
| bonded |
| citrus |
| waterfall |
| eighties |
| divan |
| kidnap |
| Demon |
| "war cry" |
| Ronan |
| "striking, bewitchingly good-looking" |
| "full lips" |
| "sculpted features" |
| "something different" |
| "and those eyes" |
| "tear my eyes away" |
| unattainable |
| "et tu, Brute" |
| "completely unaffected by the cold" |
| "Well, well, well. Looks like" |
| "He just shakes his head" |
| lightshow |
| "phosphorescent" |
| "living on the moon" |
| "smoking hot" |
| "like a fish out of water" |
| "every ounce of willpower" |

4

| |
|---|
| "soul sucking demon" |
| "such a drama queen" |
| "fuel to the fire" |
| "spontaneous combustion" |
| "stomach tightens" |
| "scent wrapped itself around me" |
| "velvet wing chair" |
| "things that go bump in the night" |
| "molten amber" |
| "waggles his brows" |
| "this is just the beginning" |
| "practically jumps up and down" |
| "The voice inside my head was screaming" |
| "spinning out of control" |
| "blood spurted from his nose" |
| "Peter Pan" |
| Superman |
| "Star Wars" |
| "citrus and spice" |
| waterfalls |
| "woodsy scent" |
| "saccharine sweet voice" |
| "rabid dog" |

5