# EXHIBIT B

| |
|---|
| Freeman! OR Freman! OR Freemann! |
| Lynne OR Lynn OR Lyn |
| lynnef@gci.net  OR  trentbaer@yahoo.com |
| Masqued OR Masked "Blue Moon Rising" OR "BMR" OR "Once in a Blue Moon" OR "Cold Moon" OR "Blue Moon" |
| Anchorage |
| "San Diego" |
| Bloodletter |
| Marise |
| Collin OR Colin |
| Anna |
| Ash |
| Ronan OR Ronin |
| Bloodletter |
| Priestess |
| Brendan |
| Julian |
| Brie OR Bri OR Brianna OR Brianne OR Brienne OR Bree |
| Immortal OR "Immortal Abomination" OR "abomination" |
| "Aunt Brie" |
| Grace |
| Jaxon |
| Hudson |
| Flint |
| Cyrus |
| "Unkillable Beast" |
| Allistair |
| "Uncle Finn" OR Uncle OR Finn |
| "and I don't believe in coincidences" |
| "Well, well, well" |
| "Looks like" |
| "such a drama queen" |
| "using every ounce of willpower" |
| "Mr. Tall, Dark" |
| "Things that go bump in the night" |
| "Nice of you to join us" |
| "Am I dead" |
| "This is just the beginning" |
| "like Superman" |
| "homicidal maniac" |
| "two sides of the same coin" |
| "rabid dog" |
| "Dante's inferno" |
| "Humpty Dumpty" |

1

| |
|---|
| "Hulk" |
| "Snow white" |
| Berserker! |
| Alexandria |
| "get-out-of-jail-free-card" |
| "To the victor go the spoils" |
| "be careful what you wish for" |
| "Trust no one" |
| "there's no time like the present" |
| "God of chaos" |
| "million dollar question" |
| "million-dollar smile of his" |
| "Am I missing something" |
| "There's magic in your" |
| "every ounce of willpower" |
| "Let's make a deal" |
| "frazzled nerves" |
| "win-win" |
| "shadow realm" |
| "my eyes snap open" |
| "Romance Writers of America" AND date=2012 |
| Macmillan AND (Crave OR Crush OR Covet OR Court) |
| (Universal OR NBCU) AND (Crave OR Crush OR Covet OR Court) |
| "Crazy Maple" AND (Crave OR Crush OR Covet OR Court) |
| (Crave OR Crush OR Covet OR Court OR Crave Series OR Tracy OR Wolff OR Deebs OR Liz OR Pelletier OR Abrams OR Entangled OR [their email addresses]) AND [pick 75]:<br><br>• Nyx<br>• "twin goddesses"<br>• "herbal tea"<br>• "vampire prince"<br>• "Harry Potter" OR Harry OR Rowling<br>• "black jeans"<br>• Citrus<br>• Waterfall<br>• Eighties<br>• Demon<br>• "war cry"<br>• Ronan OR Roman<br>• "full lips"<br>• "sculpted features"<br>• "something different"<br>• "and those eyes"<br>• "et tu, Brute"<br>• "Well, well, well. Looks like"<br>• "soul sucking demon" |

2

- "fuel to the fire"
- "scent wrapped itself"
- "velvet wing"
- "molten amber"
- "waggles his brows"
- "this is just the beginning"
- "practically jumps up and down"
- "voice inside my head" OR "voice inside my head was screaming"
- "Peter Pan"
- Superman
- "Star Wars"
- "woodsy scent"
- "saccharine sweet"
- Alien
- Amber eyes
- Annaliese OR Annalise
- Aurora
- Caveman
- Celt
- Ceremonial
- "Clickety, clack"
- Demigod
- Descendant
- Ditto
- "Double doors"
- "Double, double"
- Dragon
- Ducati
- Element
- Frankenstein
- Gaelic
- Gargoyle
- Goddess
- Gymnast
- Hawaii
- "His Royal Hotness"
- HRH
- Jackson
- "Lucky me"
- Masque
- "Mean girls" OR "mean girls"
- Morrigan
- "Mother to daughter"
- "Mother-hen"
- Newbie
- "Oh my!"

3

|  |
|---|
| • Olympic<br>• "Part-lion"<br>• "Polar bear"<br>• "Predatory gleam"<br>• Pyramid<br>• "Shadow realm"<br>• Shakespeare<br>• "pyramids"<br>• "Tom Cruise"<br>• Valkyrie<br>• "V-neck sweater"<br>• Wendigo OR Windigo<br>• Whisperer |
| (Crave OR Crush OR Covet OR Court OR "Crave Series") AND:<br>• draft!<br>• change!<br>• Version!<br>• rewrite<br>• create!<br>• dialogue!<br>• theme!<br>• pace!<br>• character!<br>• edit!<br>• plot!<br>• mood!<br>• Location!<br>• Character!<br>• Scene!<br>• pitch OR "pitch letter"<br>• movie!<br>• "motion picture"<br>• Storyline!<br>• copy!<br>• copyright!<br>• Infringe!<br>• Delete!<br>• Expression<br>• Bible<br>• shoe OR box OR "shoe box" |