UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNNE FREEMAN,

                        Plaintiff,

         -against-

TRACY DEEBS-ELKENANEY, et al.,

                       Defendants.

-----------------------------------------------------------------X

22-CV-02435 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On September 16, 2022, a conference was held to discuss Plaintiff's letter motions for discovery. See ECF Nos. 59 & 60. By September 30, 2022, Plaintiff's counsel shall advise Defendants how he is conducting the search for responsive documents. Defendants shall propose search terms to Plaintiff's counsel as soon as possible. The deadline for the substantial completion of document discovery is October 14, 2022. In addition, by October 14, 2022, Plaintiff must identify with specificity which manuscripts were infringed and provide metadata to Defendants. The parties shall file a joint letter on the status of discovery by no later than October 21, 2022. Fact discovery shall close on December 31, 2022. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Monday, January 30, 2023. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Monday, February 20, 2023. All expert discovery shall be completed by Monday, March 20, 2023.

Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Analisa Torres by no later than April 3, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         September 16, 2022