```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN, an individual,

                Plaintiff,

-against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company,

                Defendants.

22 Civ. 2435 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 16, 2022, the Honorable Sarah Netburn extended the close of fact discovery to December 31, 2022. ECF No. 67; *see also* ECF No. 37. Accordingly, the case management conference scheduled for November 15, 2022, is ADJOURNED to **January 31, 2023**, at **11:40 a.m.** Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 37 ¶ 16. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *Id.*

    SO ORDERED.

Dated: September 19, 2022
         New York, New York

                                            ANALISA TORRES
                                          United States District Judge