UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

              Plaintiff,

-against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, et al.,

              Defendant.

1:22 Civ. 02435 (AT)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Dwayne K. Goetzel__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __SEE ATTACHMENT A__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 27, 2022

Respectfully Submitted,

Applicant Signature: _/s/ Dwayne K. Goetzel_

Applicant's Name: Dwayne K. Goetzel

Firm Name: Kowert, Hood, Munyon, Rankin & Goetzel, P.C.

Address: 1120 S. Capital of Texas Hwy., Building 2, Suite 300

City/State/Zip: Austin, TX 78746

Telephone/Fax: (512) 853-8800 / (512) 853-8801

Email: dgoetzel@intprop.com

## **CERTIFICATION OF SERVICE**

      I, Dwayne K. Goetzel, certify that on September 27, 2022, I caused the foregoing Motion for Admission Pro Hac Vice and accompanying Certificate of Good Standing, Affidavit, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

      /s/ Dwayne K. Goetzel
      Dwayne K. Goetzel

# DWAYNE K. GOETZEL

# ATTACHMENT A

| Jurisdiction | Admission | Status |
|---|---|---|
| Texas State Bar | 11/01/1991 | Active |
| Southern District of Texas | 12/8/1998 | Active |
| Northern District of Texas | 02/06/1998 | Active |
| Eastern District of Texas | 10/23/1998 | Active |
| Western District of Texas | 06/12/1997 | Active |
| Court of Appeals, Federal Circuit | 01/11/2002 | Active |