UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

                Plaintiff,

     -against-

TRACY DEEBS-ELKENANEY P/K/A
TRACY WOLFF, et al.,

                Defendant.

1:22 cv 02435 ( AT )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Dwayne K. Goetzel__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __SEE ATTACHMENT A__; and that his/her contact information is as follows (please print):

Applicant's Name: __Dwayne K. Goetzel__

Firm Name: __Kowert, Hood, Munyon, Rankin & Goetzel, P.C.__

Address: __1120 S. Capital of Texas Hwy., Building 2, Suite 300__

City / State / Zip: __Austin, TX 78746__

Telephone / Fax: __(512) 853-8800 / (512)853-8801__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge