

| | | |
|---|---|---|
| Cowan,<br>DeBaets,<br>Abrahams &<br>Sheppard LLP | 41 Madison Avenue<br>New York, NY 10010<br>T: 212 974 7474<br>F: 212 974 8474<br>www.cdas.com | Nancy E. Wolff<br>212 974 7474<br>nwolff@cdas.com |

October 28, 2022

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

    Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (AT)(SN)

Dear Judge Netburn:

    Plaintiff Lynne Freeman and Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, Universal City Studios LLC, Prospect Agency, LLC, and Emily Kim Sylvan jointly write pursuant to Your Honor's October 13, 2022 Order (the "Memo Order," ECF No. 73) to update the Court on the status of discovery.

    The parties substantially completed their document productions by October 21, 2022, as required by the Memo Order. Plaintiff produced approximately 1,940 documents and Defendants produced approximately 41,400 documents. The parties are in the process of reviewing each other's document productions. Plaintiff does not anticipate being able to commence taking depositions until December. Defendants anticipate noticing depositions within the coming week.

    The parties currently disagree as to whether they have respectively satisfied other requirements of the Memo Order. The parties have advised each other of several potential disputes and intend to meet and confer in the near future. The parties will further update the Court if any issues require the Court's involvement.

Respectfully submitted,

| | |
|---|---|
| **CSReeder, PC**<br><br>By: _____<br><br>Mark D. Passin<br>11766 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90025<br>310-861-2475 | **COWAN, DEBAETS, ABRAHAMS,<br>& SHEPPARD LLP**<br><br>By: _____<br><br>Nancy E. Wolff<br>41 Madison Avenue, 38th Floor<br>New York, New York 10010 |

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

| | |
|---|---|
| mark@csrlawyers.com<br><br>**REITLER KAILAS & ROSENBLATT LLP**<br>Paul V. LiCalsi<br>885 Third Avenue, Ste 20th Floor<br>New York, NY 10022<br>212-209-3090<br>plicalsi@reitlerlaw.com<br>*Attorneys for Plaintiff* Lynne Freeman | 212-974-7474<br>nwolff@cdas.com<br><br>*Attorneys for Defendants* Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Universal City Studios, LLC, Entangled Publishing, LLC and Holtzsbrinck Publishers, LLC, d/b/a Macmillan sued erroneously as Macmillan Publishers, LLC<br><br>**KLARIS LAW PLLC**<br><br>By: _*/s/ Lacy H. Koonce III*_<br>Lacy H. ("Lance") Koonce, III<br>29 Little West 12th Street<br>New York, New York 10014<br>917-612-5861<br>lancekoonce@gmail.com<br><br>*Attorneys for Defendants* Emily Sylvan Kim and Prospect Agency, LLC |

cc: All Counsel of Record (via ECF)