UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNEE FREEMAN,

                             Plaintiff,

       -against-

TRACY DEEBS-EKLENANEY, et al.,

                           Defendants.

-----------------------------------------------------------------X

22-CV-02435 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 28, 2022, the parties filed a joint letter updating the Court on the status of discovery. ECF No. 74. In the letter, the parties indicated that there is ongoing disagreement about whether each party has satisfied the requirements of the October 13, 2022 order and that they plan to meet and confer in the near future. ECF No. 73.

The parties are reminded that fact discovery ends December 31, 2022. Any disputes should be raised with the Court in time to meet that deadline. The parties are reminded that if they wish to schedule a settlement conference, they should contact Rachel Slusher at Rachel_slusher@nysd.uscourts.gov. In light of the Court's calendar, settlement conferences are typically scheduled six to eight weeks from when they are requested.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
            October 31, 2022