# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN, an individual,

*Plaintiff,*

-against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN, a New York limited liability company, and UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company,

*Defendants.*

Case No. 1:22-cv-02435-LLS

**LYNNE FREEMAN'S
NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR
HOLTZBRINCK PUBLISHERS, LLC
D/B/A MACMILLAN**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(b) of the Federal Rules of Civil Procedure, Plaintiff Lynne Freeman, by her counsel, will take the deposition upon oral examination of the person most qualified to testify on behalf of Holtzbrinck Publishers, LLC, D/B/A Macmillan, with respect to the following topics:

1. Knowledge of the Distribution Agreement dated as of February 1, 2013, between Entangled Publishing, LLC ("Entangled") and Holtzbrinck Publishers, LLC, d/b/a Macmillan ("Macmillan'), and any and all amendments thereto (collectively hereinafter referred to as the "Distribution Agreement").

2. Knowledge of all the ISBN numbers for the books Crave, Crush, Covet and Court (hereinafter collectively referred to as the "Crave Book Series").

3. Knowledge of the total number of sales of each of the books in the

Crave Book Series in any and all formats.

4. Knowledge of the total gross revenues received or accrued by Macmillan in connection with the exploitation of each of the books in the Crave Book Series.

5. Knowledge of any estimates or projections for future sales of each of the books in the Crave Book Series.

6. Knowledge of the total amount of money paid by Macmillan to Entangled, Tracy Deebs-Elkenany p/k/a Tracy Wolff ("Wolff"), Emily Sylvan Kim ("Kim"), Liz Pelletier ("Pelletier") or anyone else in connection with the exploitation of each of the books in the Crave Book Series.

7. Knowledge of the documents produced in this case by Macmillan.

8. Knowledge of the expenses incurred by Macmillan directly in connection with the writing or exploitation of each of the books in the Crave Book Series.

9. Knowledge of the development and writing of each of the books in the Crave Book Series

10. Knowledge of any indemnity relating to the lawsuit brought by Lynne Freeman against Universal and others relating to the lawsuit entitled Freeman v. Tracy Deebs-Elkenaney et. al. (Case No. 22 Civ 2435 (LLS) (SN).

The deposition will begin on December 27 at 9:30 a.m. E.T., or at such time as may be agreed upon by counsel, continuing from day to day until completed or otherwise adjourned, at the offices of Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, New York 10022. A duly authorized officer certified to administer oaths and take depositions will be present at the deposition. The deposition will be taken by stenographic and/or videographic means, and the deposition will be taken for the purpose of discovery, cross examination of an opposing party, preservation of testimony for trial, for use at trials or hearings, and

for all other purposes authorized by law.

PLEASE TAKE FURTHER NOTICE that the deposition may also be recorded by videotape and/or audiotape. If the deposition does not go forward on the date set forth above, the deposition will take place on a date mutually agreed to by counsel, with the same terms and requirements set forth herein applicable thereto.

Dated: Los Angeles, CA  
December 2, 2022

CSREEDER, PC

By: _____  
Mark D. Passin  
11766 Wilshire Blvd. Ste 1470  
Los Angeles, CA 90025  
Tel: (310) 861-2470  
Fax: (310) 861-2476  
Email: mark@csrlawyers.com

Reitler Kailas & Rosenblatt LLC  
Paul LiCalsi  
885 Third Avenue, 20th Floor  
New York, New York 10022  
Main: 212-209-3050  
Email: plicalsi@reiterlaw.com

*Attorney for Defendant Lynne Freeman*

3  
NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR  
HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11766 Wilshire Blvd., Suite 1470, Los Angeles, California 90025.

On December 2, 2022, I served the foregoing document described as: **NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR HOLTZBRINCK PUBLISHERS, LLC  D/B/A MACMILLAN** on the interested parties in this action as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>Halperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@klaris.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

[]  **BY MAIL:** By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

[ ] **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[X] **BY ELECTRONIC MEANS**: I served a true copy of the document(s) described on all parties to this action by electronic mail to the email address(es) shown above.

[ ] **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the offices of the addressee(s).

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2022, at Los Angeles, California.

                        Mark D. Passin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN, an individual,

*Plaintiff,*

-against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN, a New York limited liability company, and UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company,

*Defendants.*

Case No. 1:22-cv-02435-LLS

**LYNNE FREEMAN'S
NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR
UNIVERSAL CITY STUDIOS, LLC**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(b) of the Federal Rules of Civil Procedure, Plaintiff Lynne Freeman, by her counsel, will take the deposition upon oral examination of the person most qualified to testify on behalf of Universal City Studios, LLC, with respect to the following topics:

1. Knowledge of the stage of the development of the motion picture entitled Crave ("Crave Motion Picture).

2. Knowledge of the budget for the Crave Motion Picture.

3. Knowledge of the Literary Option/Purchase Agreement dated as of February 7, 2020, between Entangled Publishing LLC ("Entangled") and Universal Pictures, a division of Universal City Studios LLC ("Universal"), and any and all amendments thereto (collectively hereinafter referred to as the "Option/Purchase Agreement.).

4. Knowledge of all payments made to Entangled, or anyone on its

1
NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR UNIVERSAL CITY STUDIOS, LLC

1 behalf, pursuant to the Option/Purchase Agreement.

2     5.    Knowledge of all payments made to anyone other than Entangled in
3 connection with Universal's acquisition of the right to make the Crave Motion
4 Picture.

5     6.    Knowledge of any and all agreements entered into by Universal for the
6 future exploitation of the Crave Motion Picture.

7     7.    Knowledge of whether the Crave Motion Picture has been greenlit.

8     8.    Knowledge of whether Universal intends to greenlight the Crave
9 Motion Picture.

10     9.    Knowledge of any money received by Universal in connection with
11 the future exploitation of the Crave Motion Picture.

12     10.    Knowledge of the cast of the Crave Motion Picture.

13     11.    Knowledge of any indemnity relating to the lawsuit brought by Lynne
14 Freeman against Universal and others relating to the lawsuit entitled Freeman v.
15 Tracy Deebs-Elkenaney et. al. (Case No. 22 Civ 2435 (LLS) (SN).

16     12.    Knowledge of all treatments and screenplays written for the Crave
17 Motion Picture.

18     13.    Knowledge of the development and writing of the book entitled Crave.

19     14.    Knowledge of any other books written by Tracy Deebs-Elkenaney
20 p/k/a Tracy Wolff the motion picture rights of which have been optioned or
21 purchased by Universal.

22     15.    Knowledge of the documents produced by Universal in this action.

23

24     The deposition will begin on December 19 at 9:30 a.m. E.T., or at such time
25 as may be agreed upon by counsel, continuing from day to day until completed or
26 otherwise adjourned, at the offices of Reitler Kailas & Rosenblatt LLC, 885 Third
27 Avenue, 20th Floor, New York, New York 10022. A duly authorized officer
28 certified to administer oaths and take depositions will be present at the deposition.

The deposition will be taken by stenographic and/or videographic means, and the deposition will be taken for the purpose of discovery, cross examination of an opposing party, preservation of testimony for trial, for use at trials or hearings, and for all other purposes authorized by law.

PLEASE TAKE FURTHER NOTICE that the deposition may also be recorded by videotape and/or audiotape. If the deposition does not go forward on the date set forth above, the deposition will take place on a date mutually agreed to by counsel, with the same terms and requirements set forth herein applicable thereto.

Dated: Los Angeles, CA
December 2, 2022

CSREEDER, PC

By: _____
Mark D. Passin
11766 Wilshire Blvd. Ste 1470
Los Angeles, CA 90025
Tel: (310) 861-2470
Fax: (310) 861-2476
Email: mark@csrlawyers.com

Reitler Kailas & Rosenblatt LLC
Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Email: plicalsi@reiterlaw.com

*Attorney for Defendant Lynne Freeman*

3
NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR UNIVERSAL CITY STUDIOS, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11766 Wilshire Blvd., Suite 1470, Los Angeles, California 90025.

On December 2, 2022, I served the foregoing document described as: **NOTICE OF DEPOSITION OF PERSON MOST QUALIFIED FOR UNIVERSAL CITY STUDIOS, LLC** on the interested parties in this action as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>Halperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@klaris.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

[]   **BY MAIL:** By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

[ ]   **BY FEDERAL EXPRESS - OVERNIGHT:**  I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[X]   **BY ELECTRONIC MEANS**:  I served a true copy of the document(s) described on all parties to this action by electronic mail to the email address(es) shown above.

[ ]   **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the offices of the addressee(s).

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2022, at Los Angeles, California.

_____
Mark D. Passin