# EXHIBIT E

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN, an individual,

                            Plaintiff,

           -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
an individual, EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey limited
liability company, ENTANGLED PUBLISHING, LLC, a
Delaware limited liability company, HOLTZBRINCK
PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New
York limited liability company, UNIVERSAL CITY
STUDIOS, LLC, a Delaware limited liability company,
CRAZY MAPLE STUDIO, INC, a California corporation

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-02435-LIS

**PLAINTIFF LYNNE
FREEMAN'S
INTERROGATORIES TO
DEFENDANT
HOLTZBRINCK
PUBLISHERS, LLC D/B/A
MACMILLAN, SET TWO**

FAC FILED: May 23, 2022

Propounding Party:    Lynne Freeman

Responding Party:    Holtzbrinck Publishers, LLC d/b/a MacMillan

Set:                  Two

1

Pursuant to Federal Rule of Civil Procedure Rule 33, Plaintiff Lynne Freeman ("Freeman" or "Plaintiff") requests that Defendant Holtzbrinck Publishers, LLC d/b/a MacMillan, answer the following interrogatories under oath and serve them upon Plaintiff within 30 days.

## DEFINITIONS

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

a.   "YOU" and "YOUR" shall mean defendant Prospect Agency, LLC.

b.  "ACTION" shall mean this action filed in the United States District Court for the Southern District of New York (Case No. 1:22-cv-02435-AT) entitled Lynne Freeman v. Tracy Deebs-Elkenaney p/k/a Tracy Wolff et. al.

c.  "CRAVE BOOK SERIES" shall mean the books entitled Crave, Crush, Covet, Court, Charm and Cherish.

d.  "BMR" shall mean any and all versions of the manuscript that FREEMAN alleges in the First Amended Complaint that she wrote, including, but not limited to, the versions entitled *Blue Moon Rising* and *Masqued,* and she alleges was infringed by the books in the CRAVE SERIES entitled *Crave*, *Crush*, *Covet* and *Court*.

e.  "KLARIS FIRM DEFENDANTS' ANSWER" shall mean the Answer of Prospect Agency, LLC and Emily Sylvan Kim to First Amended Complaint dated June 27, 2022 filed in this action.

## INTERROGATORIES

## INTERROGATORY NO. 21:

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No 1 in Plaintiff Lynne Freeman's Interrogatories to Defendant Holtzbrinck Publishers, LLC d/b/a MacMillan, Set One, to include a description of the source of the revenues,

2

the amount of revenues and the dates when such revenues were received or accrued by YOU in connection with each book in the CRAVE BOOK SERIES, including, but not limited to, any revenues received from any of the other Defendants in this ACTION, up to the date of YOUR response to this Interrogatory.

**INTERROGATORY NO. 22:**

       With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No. 2 in Plaintiff Lynne Freeman's Interrogatories to Defendant  Holtzbrinck Publishers, LLC d/b/a MacMillan, Set One, to include all expenses incurred by YOU directly in connection with the writing or exploitation of each book in the CRAVE BOOK SERIES up to the date of your response to this Interrogatory, such response shall include a description of the expenses, the amount of the expenses and the date of the expenses.

**INTERROGATORY NO. 23:**

       Identify by book name, format and country of sale all ISBN numbers for each book in the CRAVE BOOK SERIES.

Dated: November 29, 2022

CSReeder, P.C.
Attorneys for Plaintiff

By:_____

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email:mark@csrlawyers.com

Reitler Kailas & Rosenblatt LLC
Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Email: plicalsi@reiterlaw.com

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**              )
**COUNTY OF LOS ANGELES**        )    **ss:**

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

      On November 30, 2022 I served the foregoing document described as **PLAINTIFF LYNNE FREEMAN'S INTERROGATORIES TO DEFENDANT HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN, SET TWO** on the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>Halperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC,<br>D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@klaris.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

☐　**BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐　**BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐   **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:** I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐   **BY PERSONAL SERVICE *(Ex Parte)*:** I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ____ of the _____Courthouse, _____, California.

☒   **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐   **BY FACSIMILE:** I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐   **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2022, at Los Angeles, California.

_____
Mark D. Passin

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN, an individual,

                     Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
an individual, EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey limited
liability company, ENTANGLED PUBLISHING, LLC, a
Delaware limited liability company, HOLTZBRINCK
PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New
York limited liability company, UNIVERSAL CITY
STUDIOS, LLC, a Delaware limited liability company,
CRAZY MAPLE STUDIO, INC, a California corporation

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-02435-AT

**PLAINTIFF LYNNE
FREEMAN'S
INTERROGATORIES TO
DEFENDANT UNIVERSAL
CITY STUDIOS, LLC, SET
TWO**

FAC FILED: May 23, 2022

Propounding Party:   Lynne Freeman

Responding Party:   Universal City Studios, LLC

Set:           Two

1

Pursuant to Federal Rule of Civil Procedure Rule 33, Plaintiff Lynne Freeman ("Freeman" or "Plaintiff") requests that Defendant Universal City Studios, LLC (hereinafter, "Defendant"), answer the following interrogatories under oath and serve them upon Plaintiff within 30 days.

## DEFINITIONS

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

a.    "UNIVERSAL" shall mean Universal Pictures, a division of Universal City Studios LLC.

b.    "OPTION AGREEMENT" shall mean the Literary Option/Purchase Agreement between UNIVERSAL and Entangled Publishing LLC dated as of February 7, 2020.

## INTERROGATORIES

**INTERROGATORY NO. 3:**  Has UNIVERSAL exercised the option for the first extension Period set forth in paragraph 3 b. of the OPTION AGREEMENT.

**INTERROGATORY NO. 4:**  Has UNIVERSAL paid Entangled Publishing LLC or its agent the $100,000 payable upon the exercise of the First Extension Payment pursuant to paragraph 4 b. of the OPTION AGREEMENT.

**INTERROGATORY NO. 5:**  Has UNIVERSAL paid Entangled Publishing LLC or its agent the $650,000 payable pursuant to paragraph 5 a. of the OPTION AGREEMENT.

2

**INTERROGATORY NO. 6:**  How much money has UNIVERSAL paid Entangled Publishing LLC or its agent pursuant to the OPTION AGREEMENT.

**INTERROGATORY NO. 7:**  With respect to YOUR answer to Interrogatory No. 6, please break down the total amount paid by identifying the paragraph number of the OPTION AGREEMENT pursuant to which any money was paid and the amount paid pursuant to each paragraph of the OPTION AGREEMENT identified.

**INTERROGATORY NO. 8:**  Has principal photography of the motion picture entitled Crave commenced and., if so, when?

Dated: November 30. 2022

CSReeder, P.C.
Attorneys for Plaintiff

By:_____

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email:mark@csrlawyers.com


Reitler Kailas & Rosenblatt LLC

Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Email: plicalsi@reiterlaw.com

3

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
**COUNTY OF LOS ANGELES** )  ss:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

On November 30, 2022 I served the foregoing document described as **PLAINTIFF LYNNE FREEMAN'S INTERROGATORIES TO DEFENDANT UNIVERSAL CITY STUDIOS LLC, SET TWO** on the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>Halperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A<br>TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC,<br>D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@klaris.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

☐ **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐ **BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:**  I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE *(Ex Parte)*:**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ___ of the _____Courthouse, _____, California.

☒ **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2022, at Los Angeles, California.

_____
Mark D. Passin

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>                  Plaintiff,<br><br>   -against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation<br><br>                         Defendants. | Case No. 1:22-cv-02435-LLS<br><br>**PLAINTIFF LYNNE FREEMAN'S  REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS PROSPECT AGENCY, LLC, EMILY SYLVAN KIM, ENTANGLED PUBLISHING, LLC, TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF AND HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN, AND UNIVERSAL CITY STUDIOS, LLC, SET THREE**<br><br>Assigned to the Hon. Louis L Stanton<br><br>FAC FILED: May 23, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Propounding Party:    Plaintiff Lynne Freeman

Responding Parties:   Defendants Prospect Agency, LLC, Emily Sylvan Kim, Entangled Publishing, LLC, Tracy Deebs-Elkananey p/k/a Tracy Wolff and Holtzbrink Publishers, LLC d/b/a Macmillan and Universal City Studios, Inc.

Set:                          Three

1

Pursuant to Federal Rule of Civil Procedure Rule 34, Defendants Prospect Agency, LLC Emily Sylvan Kim, Entangled Publishing, LLC, Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Holtzbrink Publishers, LLC d/b/a Macmillan and Universal City Studios, Inc., are hereby requested to serve within thirty (30) days a written response under oath to the following requests and to produce those documents identified in response to Plaintiff Lynne Freeman's ("Freeman" or "Plaintiff") requests for production of documents to Paul LiCalsi, Esq. at the law firm of Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, New York 10022.

Your written responses shall state with respect to each item or category, that inspection-related activities will be permitted as requested, unless request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, that part shall be specified. If any refusal is made on the basis of attorney client privilege, you shall supply the information required by Local Rule 26.2. To the extent that any request calls for the production of electronically stored information, Plaintiff requests that all documents be produced in native format with all Metadata, including, without limitation, document level text, file and custodian names and document dates, sent and received dates, sender and recipient information, and an accompanying load file (in .dat, .opt, or lfp format).

## **DEFINITIONS**

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

A.  "FREEMAN" shall mean plaintiff Lynne Freeman.

B.  "KIM" shall mean defendant Emily Sylvan Kim.

C.        "PROSPECT" shall mean defendant Prospect Agency, LLC. and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates

D.        "WOLFF" shall mean defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff.

E.        "ENTANGLED" shall mean defendant Entangled Publishing, LLC and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

F.        "MACMILLAN" shall mean defendant Holtzbrinck Publishers, LLC, d/b/a Macmillan and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

G.        "UNIVERSAL" shall mean defendant Universal City Studios, LLC. and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

H.        "YOU" shall mean collectively PROSPECT, KIM, ENTANGLED, WOLFF, MACMILLAN and UNIVERSAL.

I.        "CRAZY MAPLE STUDIO" shall mean defendant Crazy Maple Studio, Inc. and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

J.        "PELLETIER" shall mean Liz Pelletier of ENTANGLED as well as any attorney, manager, agent or other person or entity acting on behalf of Liz Pelletier.

K.        "DOCUMENTS" shall have the meaning set forth in Local Rule 26.3(c) for the word "document.".

L.        "COMMUNICATIONS" shall have the meaning set forth in Local Rules 26.3(c) of the Local Rules for the word "communication."

M.        "CRAVE BOOK SERIES" shall mean the books entitled Crave, Crush, Covet, Court, Charm and Cherish.

N.      "PERSON" shall have the meaning set forth in Local Rule 26.3(c).

O.      "CONCERNING" shall have the meaning set forth in Local Rule 26.3(c).

P.      "FAC" shall mean the First Amended Complaint filed in this action on May 23, 2022.

Q.      "BMR" shall mean any and all versions of the manuscript that FREEMAN alleges in the FAC she wrote, including, but not limited to, the versions entitled *Blue Moon Rising* and *Masqued,* and she alleges was infringed by the books in the CRAVE SERIES entitled *Crave*, *Crush*, *Covet* and *Court*.

R.      "COWAN FIRM DEFENDANTS' ANSWER" shall mean the Answer and Affirmative Defenses of the of Tracy Deebs-Elkananey p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrink Publishers, LLC, d/b/a Macmillan and Universal City Studios, LLC dated June 27, 2022 filed in this action.

S.      "KLARIS FIRM DEFENDANTS' ANSWER shall mean the Answer of Prospect Agency, LLC and Emily Sylvan Kim to First Amended Complaint dated June 27, 2022 filed in this action.


**<u>INSTRUCTIONS</u>**

1.      In responding to each Request set forth below, quote each Request for Production before each Response to that Request for Production.


2.      In responding to each Request for Production set forth below, the DOCUMENT produced must indicate the Request for Production number to which it is responsive.

**3.** With respect to any DOCUMENT responsive to these requests for Production that YOU

contend YOU are not required to produce because of an alleged privilege, please provide

the information required by Local Rule 26.2.

## DOCUMENT REQUESTS

1.   All COMMUCNIATIONS to or from Carrie Pestritto CONCERNING the development
or submission to any PERSON of BMR.

2.   All COMMUNICATIONS to or from Lynn Vande Stouwe CONCERNING the
development of BMR.

3.   All COMMUNICATIONS to or from Ellen Brescia CONCERNING the development or
submission to any PERSON of BMR.

4.   All COMMUNICATIONS to or from Whitney Lee CONCERNING the submission to
any PERSON OF BMR.

5.   All agreements between PROSPECT and/or KIM, on the one hand, and WOLFF, on the
other hand.

6.   All COMMUNICATIONS between KIM and WOLFF CONCERING WOLFF paying
PROSPECT or KIM any money in connection with any of the books in the CRAVE BOOK
SERIES.

7.   All editing software, including, but not limited to, any software relating to bots.

/ / /

/ / /

/ / /

Dated: November 30, 2022

Reitler Kailas & Rosenblatt LLC
Attorneys for Plaintiff


By:_____

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email: mark@csrlawyers.com

Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: 212-209-3050
Email: plicalsi@reiterlaw.com

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
COUNTY OF LOS ANGELES    )  ss:

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

    On November 30, 2022 I served the foregoing document described as **PLAINTIFF LYNNE FREEMAN'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS PROSPECT AGENCY, LLC, EMILY SYLVAN KIM, ENTANGLED PUBLISHING, LLC, TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF AND HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN AND UNIVERSAL CITY STUDIOS, LLC SET THREE** on the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A<br>TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC,<br>D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@mkslex.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

☐  **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐  **BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐  **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:**  I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE** *(Ex Parte)***:** I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ____ of the _____Courthouse, _____, California.

☒ **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:** I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2022, at Los Angeles, California.

_____
Mark D. Passin

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN, an individual,

Plaintiff,

-against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
an individual, EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey limited
liability company, ENTANGLED PUBLISHING, LLC, a
Delaware limited liability company, HOLTZBRINCK
PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New
York limited liability company, UNIVERSAL CITY
STUDIOS, LLC, a Delaware limited liability company,
CRAZY MAPLE STUDIO, INC, a California corporation

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-02435-LIS

**PLAINTIFF LYNNE
FREEMAN'S
INTERROGATORIES TO
DEFENDANT PROSPECT
AGENCY, LLC SET FOUR**

FAC FILED: May 23, 2022

Propounding Party:   Lynne Freeman

Responding Party:    Prospect Agency, LLC

Set:                 FOUR

1

Pursuant to Federal Rule of Civil Procedure Rule 33, Plaintiff Lynne Freeman ("Freeman" or "Plaintiff") requests that Defendant Prospect Agency, LLC, answer the following interrogatories under oath and serve them upon Plaintiff within 30 days.

## DEFINITIONS

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

a.   "YOU" and "YOUR" shall mean defendant Prospect Agency, LLC.

b.   "ACTION" shall mean this action filed in the United States District Court for the Southern District of New York (Case No. 1:22-cv-02435-AT) entitled Lynne Freeman v. Tracy Deebs-Elkenaney p/k/a Tracy Wolff et. al.

c.   "CRAVE BOOK SERIES" shall mean the books entitled Crave, Crush, Covet, Court, Charm and Cherish.

d.   "BMR" shall mean any and all versions of the manuscript that FREEMAN alleges in the First Amended Complaint that she wrote, including, but not limited to, the versions entitled *Blue Moon Rising* and *Masqued,* and she alleges was infringed by the books in the CRAVE SERIES entitled *Crave*, *Crush*, *Covet* and *Court*.

e.   "KLARIS FIRM DEFENDANTS' ANSWER" shall mean the Answer of Prospect Agency, LLC and Emily Sylvan Kim to First Amended Complaint dated June 27, 2022 filed in this action.

## INTERROGATORIES

### INTERROGATORY NO. 21:

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No 3 in Plaintiff Lynne Freeman's Interrogatories to Defendant Prospect Agency, LLC Set One, to include a description of the source of the revenues, the amount of revenues and the dates when such revenues were received or accrued by YOU in connection with each book in

the CRAVE BOOK SERIES, including, but not limited to, any revenues received from any of the other Defendants in this ACTION, up to the date of YOUR response to this Interrogatory.

**INTERROGATORY NO. 22:**

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No. 4 in Plaintiff Lynne Freeman's Interrogatories to Defendant  Prospect agency, LLC, Set One, to include all expenses incurred by YOU directly in connection with the writing or exploitation of each book in the CRAVE BOOK SERIES up to the date of your response to this Interrogatory, such response shall include a description of the expenses, the amount of the expenses and the date of the expenses.

Dated:  November 29, 2022

CSReeder, P.C.
Attorneys for Plaintiff

By:_____

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email:mark@csrlawyers.com

Reitler Kailas & Rosenblatt LLC
Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Email: plicalsi@reiterlaw.com

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES   )   ss:

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

     On November 30, 2022 I served the foregoing document described as **PLAINTIFF LYNNE FREEMAN'S INTERROGATORIES TO DEFENDANT PROSPECT AGENCY, LLC, SET THREE** on the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>BHalperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A<br>TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC,<br>D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@klaris.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

☐  **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐  **BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐  **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:**  I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE** *(Ex Parte)*:  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ____ of the _____Courthouse, _____, California.

☒ **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2022, at Los Angeles, California.

_____
Mark D. Passin

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN, an individual,

                         Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
an individual, EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey limited
liability company, ENTANGLED PUBLISHING, LLC, a
Delaware limited liability company, HOLTZBRINCK
PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New
York limited liability company, UNIVERSAL CITY
STUDIOS, LLC, a Delaware limited liability company,
CRAZY MAPLE STUDIO, INC, a California corporation

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-02435-LIS

**PLAINTIFF LYNNE
FREEMAN'S
INTERROGATORIES TO
DEFENDANT
ENTANGLED
PUBLISHING, LLC, SET
FIVE**

FAC FILED: May 23, 2022

Propounding Party:   Lynne Freeman

Responding Party:   Entangled Publishing, LLC

Set:               FIVE

1

Pursuant to Federal Rule of Civil Procedure Rule 33, Plaintiff Lynne Freeman ("Freeman" or "Plaintiff") requests that Defendant Entangled Publishing, LLC, answer the following interrogatories under oath and serve them upon Plaintiff within 30 days.

## DEFINITIONS

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

a.  "YOU" and "YOUR" shall mean defendant Entangled Publishing, LLC.

b.  "ACTION" shall mean this action filed in the United States District Court for the Southern District of New York (Case No. 1:22-cv-02435-AT) entitled Lynne Freeman v. Tracy Deebs-Elkenaney p/k/a Tracy Wolff et. al.

c.  "CRAVE BOOK SERIES" shall mean the books entitled Crave, Crush, Covet, Court, Charm and Cherish.

d.  "BMR" shall mean any and all versions of the manuscript that FREEMAN alleges in the First Amended Complaint filed in the Action that she wrote, including, but not limited to, the versions entitled *Blue Moon Rising* and *Masqued,* and she alleges was infringed by the books in the CRAVE SERIES entitled *Crave*, *Crush*, *Covet* and *Court*.

e.  "COWAN FIRM DEFENDANTS' ANSWER" shall mean the Answer and Affirmative Defenses of the of Tracy Deebs-Elkananey p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrink Publishers, LLC, d/b/a Macmillan and Universal City Studios, LLC dated June 27, 2022 filed in this ACTION.

**INTERROGATORIES**

**INTERROGATORY NO. 22:**

Identify by book name, format and country of sale all ISBN numbers for each book in the CRAVE BOOK SERIES.

**INTERROGATORY NO. 23:**

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No 3 in Plaintiff Lynne Freeman's Interrogatories to Defendant Entangled Publishing, LLC, Set One, to include a description of the source of the revenues, the amount of revenues and the dates when such revenues were received or accrued by YOU in connection with each book in the CRAVE BOOK SERIES, including, but not limited to, any revenues received from any of the other Defendants in this ACTION, up to the date of YOUR response to this Interrogatory.

**INTERROGATORY NO. 24:**

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No. 4 in Plaintiff Lynne Freeman's Interrogatories to Defendant Entangled Publishing LLC, Set One, to include all expenses incurred by YOU directly in connection with the writing or exploitation of each book in the CRAVE BOOK SERIES up to the date of your response to this Interrogatory, such response shall include a description of the expenses, the amount of the expenses and the date of the expenses.

Dated:  November 29, 2022                          CSReeder, P.C.
                                                   Attorneys for Plaintiff


By: _____

3

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email:mark@csrlawyers.com

Reitler Kailas & Rosenblatt LLC
Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Email: plicalsi@reiterlaw.com

## PROOF OF SERVICE

**STATE OF CALIFORNIA**          )
**COUNTY OF LOS ANGELES**     )   **ss:**

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

On November 30, 2022 I served the foregoing document described as **PLAINTIFF LYNNE FREEMAN'S INTERROGATORIES TO ENTANGLED PUBLISHING, LLC, SET FIVE o**n the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>BHalperin@cdas.com<br>Benjamin Halperin<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A<br>TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC,<br>D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@klarislaw.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

☐   **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐   **BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐   **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:**  I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE** *(Ex Parte)***:**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ____ of the _____Courthouse, _____, California.

☒ **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2022, at Los Angeles, California.

_____
Mark D. Passin

6

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN, an individual,

                         Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
an individual, EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey limited
liability company, ENTANGLED PUBLISHING, LLC, a
Delaware limited liability company, HOLTZBRINCK
PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New
York limited liability company, UNIVERSAL CITY
STUDIOS, LLC, a Delaware limited liability company,
CRAZY MAPLE STUDIO, INC, a California corporation

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-02435-LIS

**PLAINTIFF LYNNE
FREEMAN'S
INTERROGATORIES TO
DEFENDANT EMILY
SYLVAN KIM, SET FIVE**

FAC FILED: May 23, 2022

Propounding Party:   Lynne Freeman

Responding Party:    EMILY SYLVAN KIM

Set:               FIVE

1

Pursuant to Federal Rule of Civil Procedure Rule 33, Plaintiff Lynne Freeman ("Freeman" or "Plaintiff") requests that Defendant Emily Sylvan Kim, answer the following interrogatories under oath and serve them upon Plaintiff within 30 days.

## DEFINITIONS

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

a. "YOU" and "YOUR" shall mean defendant Emily Sylvan Kim.

b. "ACTION" shall mean this action filed in the United States District Court for the Southern District of New York (Case No. 1:22-cv-02435-AT) entitled Lynne Freeman v. Tracy Deebs-Elkenaney p/k/a Tracy Wolff et. al.

c. "CRAVE BOOK SERIES" shall mean the books entitled Crave, Crush, Covet, Court, Charm and Cherish.

d. "BMR" shall mean any and all versions of the manuscript that FREEMAN alleges in the First Amended Complaint that she wrote, including, but not limited to, the versions entitled *Blue Moon Rising* and *Masqued,* and she alleges was infringed by the books in the CRAVE SERIES entitled *Crave*, *Crush*, *Covet* and *Court*.

e. "KLARIS FIRM DEFENDANTS' ANSWER" shall mean the Answer of Prospect Agency, LLC and Emily Sylvan Kim to First Amended Complaint dated June 27, 2022 filed in this action.

## INTERROGATORIES

## INTERROGATORY NO. 22:

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No 3 in Plaintiff Lynne Freeman's Interrogatories to Defendant Emily Sylvan, Kim Set One, to include a description of the source of the revenues, the amount of revenues and the dates when such revenues were received or accrued by YOU in connection with each book in the

CRAVE BOOK SERIES, including, but not limited to, any revenues received from any of the other Defendants in this ACTION, up to the date of YOUR response to this Interrogatory.

**INTERROGATORY NO. 23:**

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No. 4 in Plaintiff Lynne Freeman's Interrogatories to Defendant  Emily Sylvan Kim, Set One, to include all expenses incurred by YOU directly in connection with the writing or exploitation of each book in the CRAVE BOOK SERIES up to the date of your response to this Interrogatory, such response shall include a description of the expenses, the amount of the expenses and the date of the expenses.

Dated:  November 29, 2022

CSReeder, P.C.
Attorneys for Plaintiff

By:_____

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email:mark@csrlawyers.com

Reitler Kailas & Rosenblatt LLC
Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Email: plicalsi@reiterlaw.com

## <u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA     )
COUNTY OF LOS ANGELES    )  **ss:**

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

       On November 30, 2022 I served the foregoing document described as **PLAINTIFF LYNNE FREEMAN'S INTERROGATORIES TO DEFENDANT EMILY SYLVAN KIM, SET FIVE** on the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>BHalperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A<br>TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC,<br>D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@lklarislaw.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |
| Eric Plourde<br>eric.plourde@procopio.com<br>Jack Shaw<br>jack.shaw@procopio.com<br>Procopio, Cory, Hargreaves & Savitch LLP | *Attorneys for Defendant,*<br>CRAZY MAPLE STUDIO, INC |

☐  **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐ **BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:**  I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE *(Ex Parte)*:**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ____ of the _____Courthouse, _____, California.

☒ **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY  COPY  BY  ELECTRONIC  MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2022, at Los Angeles, California.

_____
Mark D. Passin

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN, an individual,

                      Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
an individual, EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey limited
liability company, ENTANGLED PUBLISHING, LLC, a
Delaware limited liability company, HOLTZBRINCK
PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New
York limited liability company, UNIVERSAL CITY
STUDIOS, LLC, a Delaware limited liability company,
CRAZY MAPLE STUDIO, INC, a California corporation

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-02435-LIS

**PLAINTIFF LYNNE
FREEMAN'S
INTERROGATORIES TO
DEFENDANT TRACY
DEEBS-ELKENANEY
P/K/A TRACY WOLFF,
SET FIVE**

FAC FILED: May 23, 2022

Propounding Party:    Lynne Freeman

Responding Party:    Tracy Deebs-Elkenaney p/k/a Tracy Wolff

Set:               FIVE

1

Pursuant to Federal Rule of Civil Procedure Rule 33, Plaintiff Lynne Freeman ("Freeman" or "Plaintiff") requests that Defendant Tracy Deebs-Elkaney p/k/a Tracy Wolff, answer the following interrogatories under oath and serve them upon Plaintiff within 30 days.

## **DEFINITIONS**

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

a.   "YOU" and "YOUR" shall mean defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff.

b.   "ACTION" shall mean this action filed in the United States District Court for the Southern District of New York (Case No. 1:22-cv-02435-AT) entitled <u>Lynne Freeman v. Tracy Deebs-Elkenaney p/k/a Tracy Wolff et. al.</u>

c.   "CRAVE BOOK SERIES" shall mean the books entitled Crave, Crush, Covet, Court, Charm and Cherish.

d.   "BMR" shall mean any and all versions of the manuscript that FREEMAN alleges in the First Amended Complaint filed in the Action that she wrote, including, but not limited to, the versions entitled *Blue Moon Rising* and *Masqued,* and she alleges was infringed by the books in the CRAVE SERIES entitled *Crave*, *Crush*, *Covet* and *Court*.

e.   "COWAN FIRM DEFENDANTS' ANSWER" shall mean the Answer and Affirmative Defenses of the of Tracy Deebs-Elkananey p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrink Publishers, LLC, d/b/a Macmillan and Universal City Studios, LLC dated June 27, 2022 filed in this ACTION.

## INTERROGATORIES

**INTERROGATORY NO. 23:**

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No 4 in Plaintiff Lynne Freeman's Interrogatories to Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Set One, to include a description of the source of the revenues, the amount of revenues and the dates when such revenues were received or accrued by YOU in connection with each book in the CRAVE BOOK SERIES, including, but not limited to, any revenues received from any of the other Defendants in this ACTION, up to the date of YOUR response to this Interrogatory.

**INTERROGATORY NO. 24:**

With respect to each book in the CRAVE BOOK SERIES, please update your response to Interrogatory No. 5 in Plaintiff Lynne Freeman's Interrogatories to Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff,  Set One, to include all expenses incurred by YOU directly in connection with the writing or exploitation of each book in the CRAVE BOOK SERIES up to the date of your response to this Interrogatory, such response shall include a description of the expenses, the amount of the expenses and the date of the expenses.

Dated:  November 29, 2022             CSReeder, P.C.
                                      Attorneys for Plaintiff


By: _____

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email:mark@csrlawyers.com

3

Reitler Kailas & Rosenblatt LLC
Paul LiCalsi
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Email: plicalsi@reiterlaw.com

## PROOF OF SERVICE

**STATE OF CALIFORNIA        )**
**COUNTY OF LOS ANGELES    )   ss:**

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

On November 30, 2022 I served the foregoing document described as **PLAINTIFF LYNNE FREEMAN'S INTERROGATORIES TO TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, SET FIVE o**n the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>BHalperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A<br>TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC,<br>D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@klarislaw.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

☐  **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐  **BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐  **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:**  I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE** *(Ex Parte)***:**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ___ of the _____Courthouse, _____, California.

☒ **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2022, at Los Angeles, California.

_____
Mark D. Passin