

COWAN,

DEBAETS,

ABRAHAMS &

SHEPPARD LLP

41 MADISON AVENUE

NEW YORK, NY 10010

T: 212 974 7474

F: 212 974 8474

www.cdas.com

NANCY E. WOLFF
212 974 7474
NWOLFF@CDAS.COM

December 7, 2022

**VIA ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

      Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

      The Court should disregard the arguments in Plaintiff's letter submitted to the Court via email at 1:01 am on December 7, 2022 ("Pl.'s 12/7 Letter"). Rule II.C of Your Honor's Individual Practices does not authorize reply letters. Defendants (as defined in their December 5, 2022 letter to the Court (ECF 78)) believe further letter writing would not be productive and stand ready to address all issues at a conference with the Court.

      One new point raised by Plaintiff's additional letter does, however, require immediate action. Mr. Passin disclosed in his letter that there are discoverable communications between Plaintiff and non-attorneys that have not been produced, including communications with "close confidantes and advisors" and communications wherein Plaintiff forwarded emails from attorneys to others. (Pl.'s 12/7 Letter at 5.) Communications with non-attorneys about a litigation are not privileged and forwarding communications with attorneys to nonparties waives the attorney-client privilege. *See, e.g.*, *U.S. v. Stewart*, 287 F. Supp. 2d 461, 464 (S.D.N.Y. 2003) (defendant's email with counsel "was clearly protected by her attorney-client privilege … until she waived that privilege by forwarding a copy of the e-mail to her daughter"). These communications should not be listed on a privilege log—they need to be produced immediately so that they can be addressed at Plaintiff's December 14 deposition.

      Finally, Defendants are working to address to confidentiality concerns Mr. Passin has now raised and are taking steps to seal ECF 78 and file a redacted copy concurrent with their forthcoming application to seal and provide a redacted copy of ECF 78-3.

      We again thank the Court for its time and attention to this matter.

                                          Respectfully submitted,

                                          /s/ Benjamin S. Halperin

**COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP**

Nancy E. Wolff
Benjamin S. Halperin
CeCe M. Cole
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel: (212) 974-7474
Fax: (212) 974-8474
nwolff@cdas.com
bhalperin@cdas.com
ccole@cdas.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cc: All counsel of record (via ECF)