

December 7, 2022

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

    Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*  22 Civ 2435 (LLS)

Dear Judge Netburn:

    This firm represents Plaintiff Lynne Freeman ("Plaintiff") in the above-referenced action and is submitting this letter in response to Defendants' letter of today.

    Plaintiff sent her letter to the Court early this morning in response to Defendants' letter of December 5, 2022, because Defendants improperly raised and addressed several new discovery issues in their letter. Those issues should have been included in a separate letter motion to the Court. If Plaintiff did not send its letter it would not have had an opportunity to respond to the new issues raised by Defendants.

    We again thank the Court for its time and attention to this matter.

Respectfully submitted,

**CSReeder, PC**

_____

Mark D. Passin
11766 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90025
310-861-2475

mark@csrlawyers.com

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE   (310) 861-2470
FAX   (310) 861-2476
EMAIL   mark@csrlawyers.com
WEBSITE   www.markpassin.com

Page 2
December 7, 2022

**REITLER KAILAS & ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com

*Attorneys for Plaintiff* Lynne Freeman

cc: All counsel of record (via ECF)

| | |
|---|---|
| 11766 Wilshire Boulevard | PHONE (310) 861-2470 |
| Suite 1470 | FAX (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL mark@csrlawyers.com |
| | WEBSITE www.markpassin.com |