**CSReeder, PC**
TRIAL LAWYERS AND GENERAL COUNSEL

December 8, 2022

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

    Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*  22 Civ 2435 (LLS)

Dear Judge Netburn:

    This firm represents Plaintiff Lynne Freeman ("Plaintiff") in the above-referenced action.

    We have filed the letter dated December 1, 2022, addressed to your honor as requested today by Your Chambers. We redacted on additional portion of the letter on page 5 regarding the deponent's reason for not being able to fly to New York for her deposition that I explained in my December 6, 2022, e-mail to Your Honor we originally in advertently failed to designate confidential.  We respectfully request that portion of the letter also be filed under seal.

    We again thank the Court for its time and attention to this matter.

    Respectfully submitted,

    **CSReeder, PC**

    _____
    Mark D. Passin
    11766 Wilshire Boulevard, Suite 1470
    Los Angeles, CA 90025

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE   (310) 861-2470
FAX   (310) 861-2476
EMAIL   mark@csrlawyers.com
WEBSITE   www.markpassin.com

Page 2
December 8, 2022

    310-861-2475
    mark@csrlawyers.com

**REITLER KAILAS & ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com

*Attorneys for Plaintiff* Lynne Freeman

cc: All counsel of record (via ECF)

---

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE  (310) 861-2470
FAX  (310) 861-2476
EMAIL  mark@csrlawyers.com
WEBSITE  www.markpassin.com