Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
(Admission pending *pro hac vice* application)
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LYNNE FREEMAN, an individual, | Case No. 1:22-cv-02435-LLS |
| Plaintiff, | |
| -against- | **NOTICE OF ERRATA** |
| TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation | FAC FILED: May 23, 2022 |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that there is a typographical error in the letter to Judge Netburn from Mark D. Passin dated December 1, 2022, in the first full paragraph of page 2.  The production was completed on October 21, 2022, as opposed to November 21, 2022.

1

Dated:  December 2, 2022                CSReeder, P.C.
                                        Attorneys for Plaintiff

                                        By:_____

                                        Mark D. Passin
                                        11766 Wilshire Blvd., Suite 1470
                                        Los Angeles, CA 90025
                                        Telephone: (310) 861-2470
                                        Email:mark@csrlawyers.com

                                        Reitler Kailas & Rosenblatt LLC
                                        Paul LiCalsi
                                        885 Third Avenue, 20th Floor
                                        New York, New York 10022
                                        Main: 212-209-3050
                                        Email: plicalsi@reiterlaw.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES ) ss:

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  11766 Wilshire Blvd., Suite 1470, Los Angeles, CA 90025.

      On December 2, 2022 I served the foregoing document described as **NOTICE OF ERRATA** on the parties in this action listed below as follows:

| | |
|---|---|
| Nancy Wolff<br>nwolff@cdas.com<br>CeCe Cole<br>ccole@cdas.com<br>Benjamin Halperin<br>BHalperin@cdas.com<br>Cowan, DeBaets, Abrahams & Sheppard LLP<br><br>Dwayne Goetzel<br>dgoetzel@intprop.com<br>Kowert, Hood, Munyon, Rankin & Goetzel | *Attorneys for Defendants,*<br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,<br>ENTANGLED PUBLISHING, LLC,<br>HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN,<br>UNIVERSAL CITY STUDIOS, LLC |
| Lacy Herman Koonce, III<br>lance.koonce@klarislaw.com<br>Zachary M. Press<br>zpress@lklarislaw.com<br>Klaris Law | *Attorneys for Defendants,*<br>EMILY SYLVAN KIM,<br>PROSPECT AGENCY, LLC |

☐ **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐ **BY OVER NIGHT DELIVERY, VIA  FED-EX:**  I gave the document(s) to our overnight courier service for delivery to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:**  I gave said documents to the firm's regular attorney service with specific instructions  to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE** *(Ex Parte)*: I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department ___ of the _____ Courthouse, _____, California.

☒ **BY ELECTRONIC MAIL:** I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:** I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2022, at Los Angeles, California.

_____
Mark D. Passin