UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNEE FREEMAN,

                                  **Plaintiff,**

        -against-

TRACY DEEBS-EKLENANEY, et al.,

                                  **Defendants.**
-----------------------------------------------------------------X

22-CV-02435 (LLS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2022

**SARAH NETBURN, United States Magistrate Judge:**

       The parties have filed numerous letters related to discovery disputes and Plaintiff's request to extend the discovery deadline. Related to these disputes, the parties request a conference; Defendants request that the conference be held in person, whereas Plaintiff requests it be held telephonically. In light of Plaintiff's counsel's residence (California), the crush of work to be conducted in December, and the public health concerns, the Court will conduct its conference remotely. Accordingly, the parties are ORDERED to appear by telephone on Monday, December 12, 2022, at 3:00 p.m., E.S.T. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

       The Court further ORDERS that (1) it will grant a reasonable extension of the discovery deadline, to be discussed at the conference; (2) despite a presumption that Plaintiff should be deposed in the forum district, Plaintiff may be deposed by video technology or in person at an agreed upon location other than the forum (e.g., California or Texas); and (3) depositions of defendants or defendant witnesses shall be deposed remotely or in the state of their residence. All other issues will be addressed at the conference.

2

The Clerk of Court is requested to terminate the motions at ECF Nos. 78, 81, 87 & 88.

**SO ORDERED.**

DATED:    New York, New York
                December 8, 2022

_____
SARAH NETBURN
United States Magistrate Judge

2