UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNEE FREEMAN,

                   Plaintiff,          22-CV-02435 (LLS)(SN)

     -against-                       **ORDER**

TRACY DEEBS-ELKENANEY, et al.,

                  Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Monday, December 12, 2022, the Court held a discovery conference to resolve ongoing disputes raised by the parties. It is ORDERED that:

- By Friday, December 16, 2022, the parties shall file a joint letter indicating whether there has been an agreement on the review of redacted text messages. If not, the Plaintiff is directed to identify ten redacted passages, which the Court will review in camera.

- By Friday, December 23, 2022, Plaintiff and the Defendants collectively shall each file a five-page letter brief describing, with as much particularity as possible, the alleged infringement and how the parties intend to prove it.

- By Friday, December 23, 2022, Plaintiff shall submit to Defendants a revised privileged log and produce any documents identified through an electronic search of Plaintiff's computer files.

- If Plaintiff intends to file a motion for leave to amend, she must first provide Defendants with a draft amended complaint. Thereafter, the parties shall meet and confer to discuss if the Defendants consent to the amended complaint. If Defendants do not consent, Plaintiff is directed to file a motion for leave to amend the complaint. The Court does not set a deadline for this action and discovery is not stayed.

- The deadline to complete discovery is extended until Wednesday, March 15, 2023.

**SO ORDERED.**

DATED:    New York, New York
              December 13, 2022

SARAH NETBURN
United States Magistrate Judge