

December 15, 2022

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

      Re:   *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*  22 Civ 2435 (LLS)

Dear Judge Netburn:

      This firm represents Plaintiff Lynne Freeman ("Plaintiff") in the above-referenced action and is very briefly responding to Benjamin S. Halperin's letter to Your Honor of earlier today.

      First, the Order as it now stands treats Plaintiff unfairly in comparison to Defendants. Defendants do not have to disclose any attorney client privilege communications regarding the litigation or work product communications relating to consulting experts in this litigation. Indeed, the purpose of discovery and privilege logs is not intended to pertain to those types of communications. It is intended to relate to communications which took place during the relevant events.

      Second, Plaintiff does have to conduct research on the issue of the privilege log prior to its preparation. Plaintiff's counsel, however, has not had time to begin that research because he is working on other issues relating to the Court's recent Order, and also drafting responses to two sets of Requests for Admissions served in this case and working on deadlines in other matters. However, upon receipt of Mr. Halperin's letter, Plaintiff's counsel did a very small amount of initial research. In that initial research, he found law that the Courts in the Southern District of New York have held that identifying information of non-testifying experts does not have to be disclosed on a privilege log. *See Williams v. Bridgeport Music, Inc.*, 300 R.R.D. 120, 122-123 (S.D.N.Y. 2014). Moreover, the Courts generally find a waiver of the work product privilege only if the disclosure to another party substantially increased the opportunity for potential adversaries to obtain the information. *Id. at 123.* Thus, disclosure of the work product to certain third parties is not a waiver of the privilege.

      We thank the Court for its time and attention to this matter.

| | | |
|---|---|---|
| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
| Suite 1470 | FAX | (310) 861-2476 |
| Los Angeles, California | EMAIL | mark@csrlawyers.com |
| 90025 | WEBSITE | www.markpassin.com |

Page 2
December 15, 2022

    Respectfully submitted,

    **CSReeder, PC**

    _____
    Mark D. Passin
    11766 Wilshire Boulevard, Suite 1470
    Los Angeles, CA 90025
    310-861-2475
    mark@csrlawyers.com

    **REITLER KAILAS & ROSENBLATT LLP**
    Paul V. LiCalsi
    885 Third Avenue, Ste 20th Floor
    New York, NY 10022
    212-209-3090
    plicalsi@reitlerlaw.com

    *Attorneys for Plaintiff* Lynne Freeman

cc: All counsel of record (via ECF)

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE (310) 861-2470
FAX (310) 861-2476
EMAIL mark@csrlawyers.com
WEBSITE www.markpassin.com