

January 4, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

    Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.* 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

    We represent Plaintiff Lynne Freeman in the above-referenced action. This letter is being submitted regarding a portion of Your Honor's Order of December 13, 2022—as modified by Your Order of December 17, 2022—requiring that (1) the parties file a joint letter by December 16, 2022, indicating whether there has been an agreement on the review of redacted text messages; (2) Plaintiff by December 30, 2022, produce any documents identified through an electronic search of Plaintiff's computer files; (3) the parties each file by January 4, 2023, a five-page letter brief describing the alleged infringement and how the parties intend to prove it; and (4) Plaintiff serve by January 6, 2023, a revised privilege log on Defendants. The deadline for the privilege log and the items described in numbers (2) and (3) above were originally set for December 23, 2022, but Your Honor continued each of those deadlines to various dates at the request of Plaintiff. The deadline to serve the privilege log was continued to January 6, 2023.

    Plaintiff's counsel has been working diligently on all the above deadlines. Nonetheless, the privilege log is taking longer than anticipated because it will have over 1,000 entries. Thus, plaintiff respectfully requests a one (1) week extension of time from January 6, 2023, to January 13, 2023, to serve the privilege log on Defendants. Defendants have agreed to the one-week extension, but no further extension.

                                                              Respectfully submitted,

                                                              **CSReeder, PC**

                                                               _____
                                                               Mark D. Passin
                                                              11766 Wilshire Boulevard, Suite 1470
                                                             Los Angeles, CA 90025
                                                             310-861-2475

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE  (310) 861-2470
FAX  (310) 861-2476
EMAIL  mark@csrlawyers.com
WEBSITE  www.markpassin.com

Page 2
January 4, 2023

**REITLER KAILAS & ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com

*Attorneys for Plaintiff* Lynne Freeman

cc: All counsel of record (via ECF)

| | |
|---|---|
| 11766 Wilshire Boulevard | PHONE (310) 861-2470 |
| Suite 1470 | FAX (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL mark@csrlawyers.com |
| | WEBSITE www.markpassin.com |