# EXHIBIT 2

**Timeline of Wolff Books After Emily Sylvan Kim Had Freeman's Manuscript**
**First Five Books Sample**

*Kim received Freeman's writing sample **October 2, 2010**. Kim received Freeman's entire novel **November 17, 2010**. Freeman signed the literary agreement **December 8, 2010**.*

*Keep in mind many of these phrases are used by Wolff for the **first time**, after Kim received Freeman's manuscript, and they progress in use with Wolff's subsequent books as follows:*

| | | |
|---|---|---|
| **Deserving of Luke**: | 16 | |
| **Hidden Embers**: | 22 | |
| ***Tempest Rising**: | 100 (65 examples) | **Wolff's first Young Adult novel** |
| ***Tempest Unleashed**: | 115 (60 examples) | |

1.
***Deserving of Luke***
April 2011, Harlequin Romance
Third Person Point of View
Wolff's 11th book

*16 Phrases* used by Wolff after BMR was received by Emily Sylvan Kim:

1.
Heroine and friend refers to romantic interest as Sherriff "Hot Pants."

**Deserving of Luke**:
"Who the hell is Sheriff Hot Pants to tell you differently." p. 80
Paige choked on her cocoa, "Sheriff Hot Pants?" p. 80

**BMR**: "...no Mr. Hotpants there and no chance to see him in the cafeteria either." 2-4-2011 p. 27

***Significant, not in BMR 2010, but added in BMR Feb. 2011***. *This shows Sylvan-Kim was giving Wolff the versions of the manuscript as Freeman made revisions. There are many such examples.*

2.

Heroine makes reference to Humpty Dumpty

**Deserving of Luke:** "...she would shatter into so many pieces, she-like Humpty Dumpty…" p. 204

**BMR:** "We got out of the car supporting Taylor in her stillies up to the front door. A part of me hoped she'd slip. Humpty Dumpty sat on a wall. Humpty Dumpty had a great fall…" 2-4-2011 p. 306

***Significant, not in BMR 2010, but added in BMR Feb. 2011.***

3.

Heroine makes reference to invisible string

**Deserving of Luke:** "...Logan was wrapping more invisible strings around her every day…" p. 171

**BMR:** "...turned her way as if there were an invisible string attached from their necks to her…" 2010 276-277 "...as if they were being pulled by an invisible string." 2010 p. 424

4.

Heroine describes action practically jumps up and down

**Deserving of Luke:** "Luke practically jumped up and down in his chair. " p. 107

**BMR:** "She grabbed my arm and practically jumped up and down." 2010 p. 244

5.

Heroine and she stepped back to admire her handiwork

**Deserving of Luke:** "Paige...stepped back to admire her handiwork." p. 262

**BMR:** "She stepped back down studying me as she turned me this way and that…admiring her handiwork." 2010 p. 169

6.
<u>Romantic lead blew out a long breath</u>

**Deserving of Luke:**  "Then ==he blew out a long breath==." p. 40

**BMR:**  "==He== scrubbed one hand through his hair and ==blew out a long breath==." 2010 p. 103


7.
<u>Heroine is drawn to romantic lead like a moth to a flame</u>

**Deserving of Luke:** "...there had always been something about him- that ==drew her like a moth to a flame.==" p. 151

**BMR:**  "It was the supernatural I was ==drawn to—like a moth to== the ==flame==?" 2010 p. 185


8.
<u>Eyes full of mischief and joy(joie)</u>

**Deserving of Luke:** "...with a heart ==full of joy and eyes full of mischief==…" p. 15

**BMR:**  "She looked my way once and winked, her ==eyes full of mischief and joie== de vivre." 2010 p. 82


9.
<u>Heroine conversation refers to another character as "Full of life"</u>

**Deserving of Luke:** "Luke, ==so== exuberant and ==full of life==.." p. 36
"Had always been so ==full of life== and excitement… " p. 155

**BMR:** "I'd never seen anyone ==so== confidently ==full of life==... 2010 p. 82
"Julian himself was ==full of life==, laughter and love…adventuresome…" 2010 p. 467

10.
Heroine mentions rain on your/someone's parade

**Deserving of Luke:** "Who rained on your parade?" p. 168

**BMR:** "Or was that raining on someone's parade?" 2010 p. 285


11.
Sucked a lemon look

**Deserving of Luke:** "...she looked like she'd been sucking on a particularly sour lemon." p. 116

**BMR:** "She looked like she'd sucked a lemon…" 2010 p. 266


12.
Heroine/ romantic lead conversation regarding family includes " I know the drill."

**Deserving of Luke:** "Believe me, I know the drill." p. 145

**BMR:** "I knew the drill." 2010 p. 162


13.
Woo-hoo

**Deserving of Luke:** "Woo-hoo!" p. 94
"Woo-hoo. We are definitely making progress." p. 143 (Said by heroine.)

**BMR:** "Woo hoo, Anna, was that a kiss…" 2010 p. 142


14.
Snort a laugh

**Deserving of Luke:** "He half-snorted, half-laughed." p. 209

**BMR:** "...shook her head and snorted a dry laugh." 2010  p. 346

15.
Heroine says air is charged between us

**Deserving of Luke**: "...she became aware of a new charge in the air- one that had nothing to do with sorrow and anger and everything to do with the connection between them. p. 129

**BMR**: "The air was suddenly charged between us." 2010 p. 102


16.
Heroine says fun and games

**Deserving of Luke**: "Being a parent isn't all fun and games." p. 122

**BMR:** "...I wasn't in the mood for fun and games…". p. 142



*2.*

***Hidden Embers, Book 2** of the Dragon's Heat series* (book 1 predates BMR)
April 5th 2011, Penguin, Paranormal Romance
Third Person Point of View
Wolff's 12th book)

***Note: Hidden Embers**, Book 2 has concepts from BMR that are not in Wolff's book 1 of this series (which predates BMR) and are then added for book 2 of the series because they are taken from BMR•*

The concept of a "mating bond" is introduced. The word is only used once. It's noteworthy because **it does not exist** in book 1 in the series where presumably it should. After receiving BMR, the concept of "bonding" "mates" is now introduced.
•Portals are introduced in book 2 and didn't exist in book 1, also in BMR

Character Names In Common with BMR:
Dylan
Caitlyn (BMR is Caitlin)
Jake


*22  Phrases used by Wolff after BMR was received by Emily Sylvan Kim:*

1.

Heroine discusses bond with mate or mating bond (There is no mention of this type of bond in the first Dragon Embers book called Dark Embers)

**Hidden Embers**: "...was it the ==mating bond== that made him feel this way about her,..." p. 121

**BMR:** 'She's ==bonded== with Cousin Mac,'....'what does ==bonded== mean?'. …'We can have only one life partner.  If that person dies, we don't get re-married. Many choose not to live after their ==mate== dies- unless there are children.' 2011  p. 423-424; 2010 "==mate==" p. 467

2.

Male and female secondary characters were "bonded"  (Used as an adjective)

**Hidden Embers**: "Jasmine was still reeling from the fight she'd had with Quinn- and from the realization that they were ==bonded. Mated-==whatever." p. 186

**BMR:** 'She's ==bonded== with Cousin Mac,'....'what does ==bonded== mean?'. …'We can have only one life partner.  If that person dies, we don't get re-married. Many choose not to live after their ==mate== dies- unless there are children.' 2011 p. 423-424; 2010 "==mate==" p. 467

3.

Male character has "amber eyes" for the first time.

**Hidden Embers**:  (Logan)"...==his amber eyes glowing== with his own dragon." p. 206

**BMR:** "Ash…==Gleaming amber eyes==…" 2010 p. 137 "...==his amber eyes bright==…" 2010 p. 376

4.

Heroine put her head in her hands will sinking/slunking down.

**Hidden Embers:** "==Sinking down==…her ==head in== her ==hands==." p. 208

**BMR:**  "I ==slunk down==…my ==head in== my ==hands==." p. 155

5.

Heroine puts her head in her hands due to fear/ terror.

**Hidden Embers**: "...terror sweeping through her. Sinking down on the bed, Jasmine buried her head in her hands." p. 208

**BMR:** "I sat up, residual dizziness and fear forcing me to cradle my head in my hands." p. 327


6.

Heroine says she was at / in the wrong place at the wrong time.

**Hidden Embers:** "..they show up at the wrong place at the time. p. 96;
"I was in the wrong place at the wrong time." p. 117

**BMR:** "I was just at the wrong place at the wrong time." 2011 p. 509, 2010 p. 408
"...simply being in the wrong place at the wrong time." 2011 p. 4, 2010 p. 3, p. 475
"If we happened to be in the wrong place at the wrong time." 2010 p. 58


7.

Character has retractable claws.

**Hidden Embers**: "...one by one, fists unclenched, claws retracted." p. 96
                    *(No mention of retractable claws in the first dragon book that predates BMR.)*

**BMR**: "His fingers were tipped with retractable claws." p. 319


8.

Male character is willing trade their life for someone else.

**Hidden Embers**: "...he'd been more than willing to trade his life for Ty's." p. 88

**BMR**: "I would gladly trade my own sorry life if it meant your happiness." 2010 p. 482

9.

Heroine uses statement hazard a guess

**Hidden Embers:** "... if she was to even hazard a guess." p. 175

**BMR:** "Embarrassed,I wasn't sure whether I wanted to hazard a guess." p. 46

10.

Heroine looks at something and everything snapped into place.

**Hidden Embers**:  "As she looked at it everything snapped into place with an almost audible click."
 p. 187

**BMR**: "And then the pieces snapped into place. " p. 567

11.

Character has eyes bugged out of head.

**Hidden Embers:**  "Logan's eyes nearly bugged out of his head." p. 127

**BMR**: "Her eyes practically bugging out of her head." 2010 p. 281, 2011 p. 353.

12.

Romantic lead has a lopsided grin

**Hidden Embers**:  "...was as much a part of him as his lopsided grin…" p. 42
 "...then his lips tilted up in the lopsided grin….She cracked up." p. 152

**BMR**: "...he cut in, a lopsided grin on his face." 2010 p. 293
"....Ash laughed good-naturedly, giving Jenny a silly lopsided grin…" 2010  p. 246

13.

Heroine recognizes or uses Shakespeare quotes with Romantic lead.

**Hidden Embers:** "There are more things in heaven and earth than are dreamt of in your philosophy.' 'That's Shakespeare, not real life.' p. 184

**BMR**: 'Et tu, Brute?' … 'Smartypants is well-read enough to know his Shakespeare.' 2010 p. 30

14.

Heroine mentions a "knight in shining armor when discussing romantic lead."

**Hidden Embers**: "She was all for a knight in shining armor…" p. 34

**BMR**: "A dashing knight in shining armor." p. 88

15.

Heroine wants romantic lead to understand she can take care of herself.

**Hidden Embers**: " "...she preferred a man who knew she could take of herself- and who trusted her to do it." p. 34

**BMR**: "'...Anna can take of herself,' Ash said, his eyes meeting mine…I needed to know that the people I was closest to thought I could take care of myself and didn't need their well-intentioned protection." 2010 p. 247

16.

Romantic lead " is one of the good guys."

**Hidden Embers**:  "...sounded like he was one of the good guys." p. 34

**BMR**: "I'm one of the good guys." 2010 p. 158

17.
Heroine makes Superman reference.

**Hidden Embers:** "You aren't Superman, you know." p. 152

**BMR**: "...he looked like Superman gone bad." 2010  p. 28  "...or Superman and Lois Lane."
2010 p. 386


18.
Heroine discusses public displays of affection

**Hidden Embers**: "...she didn't engage in public displays of affection even as she slid off…" p.
37

**BMR**: "...would object to this obvious public display of affection." p. 335


19.
Little voice in the back of her/my head..that

**Hidden Embers:**  "She kept driving despite the little voice in the back of her head, that told her
it wasn't p. 56

**BMR:** "A mean little voice in the back of my head hinted that he might be avoiding me… 2011
(Feb)
p. 91


20.
The voice whispered

**Hidden Embers:** "Dylan had to go along with it, a voice inside his head whispered." Teaser
chapter for third book

**BMR:** "That inner voice whispered in my ear that it might be an opportunity." 2011 p. 481

21.

Though everything inside/within…was screaming.

**Hidden Embers**: "...though everything inside him was screaming for…" p. 70

**BMR:** "…even though everything within me was screaming to give in…" p 48-49  2011 (Feb)


21.

Feels like home

**Hidden Embers:** "It feels like home." p. 122

**BMR**: "It was almost a feeling of coming home." 2010 p. 463


3.

*Tempest Rising*

Walker books via Stacy Abrams who has been an editor at Entangled since Dec. 2011
**Wolff's first Young Adult, May 2011, book one of three book series**
First Person Point of View (Like Blue Moon Rising)
Wolff's 13th book

**Note**: *Tempest Rising* was originally called *Rip Tide*.  Wolff announced the name change to *Tempest Rising* in her blog November 17, 2010, the same day Kim received the full Blue Moon Rising manuscript. The first 3 chapters, called a "submission" were given to Kim October 2, 2010.

**Note:** *Tempest Rising* like *Blue Moon Rising,* is the story of a girl from California who thinks she's human but discovers she is supernatural. She comes into her powers on her 17th birthday and will shift to her supernatural form. Her life is in danger. She's been kept ignorant of the supernatural world and her role in it. Alaska is mentioned for the first time by Wolff (*Tempest Unleashed* book 2), as well as the Bermuda Triangle, Hawaii, and Hawaiian. Polynesian is introduced in her second book of the series and is also in BMR as is the word "Eskimo." Romantic lead rides a black Ducati motorcycle and has a "clean scent." The heroine's mother is a "high priestess," but she didn't know it, and an artist who paints. Heroine grew up ignorant of the supernatural world and her mother's role in it. The secondary love interest has long "ebony" hair;

tattoos on his arms and chest in strange symbols. There's a leather necklace. <u>All of these facts </u>are in common with *Blue Moon Rising* 2010 and 2011 versions.

**Note:** *Tempest Unleashed* is book 2 in the series, and just like the *Blue Moon Rising* 2011 version, the heroine is now specifically from **San Diego**. The third book in the series is an audiobook and not transcribed yet.

<u>Tempest Rising Character Names In Common With Blue Moon Rising</u>

1. Annalise and she is called Anna
2. Rachel
3. Lily
4. Bri aka Brianne  / BMR uses Brie aka Brienne
5. Brandon / BMR uses Brendon

*100  Phrases (56 examples)*

1.
<u>Heroine "needs to eat" goes to burger place and orders double double, fries, chocolate drink</u>

**Tempest Rising:** "'Tempest needs to eat something.' He was carrying a tray and on it was a huge In-N-Out Double-Double burger, an order of fries, and a large cup that I knew contained a chocolate milk shake."

**BMR:** "'I think she needs to eat,' Brendan said."... "Would you mind ordering me a double double with fries, a chocolate malted, onion rings and a Coke?"

2.
<u>Heroine's mother is "the high priestess;" she's also an artist who paints</u>

**Tempest Rising**: "My mother was a priestess." p. 224; "She's the *high priestess*, which means she's the queen's major advisor." p. 254

**BMR**: "Elise was- my mother! …the High Priestess of Avalon." 2011  p. 579

3.

Time passes differently in the supernatural place

**Tempest Rising:** "Time passes differently here than it does on your side." p. 205

**BMR:** "Time passes differently in this place." p. 308

4.

Teacher says to heroine, "nice of you to join us."

**Tempest Rising**: *Teacher to heroine:* "So nice of you to join us today." (Mr. Hein says to heroine in Chemistry class. p. 37

**BMR:** *Teacher to heroine:* "Nice of you to join us,' he said." (Dr. Baen MacKay says to heroine in AGS class.) 2010 p. 28

5.

When talking about a supernatural issue, the heroine says "to be honest I'm not exactly sure how"

**Tempest Rising**: "To be honest, I'm not exactly sure how the whole mermaid/human-shifting thing works." p. 288

**BMR**: "To be honest, I'm not sure exactly how the geas is triggered." 2011 p. 234

*Romantic lead rides a Ducati motorcycle and heroine notices the "clean scent of him."*

6.

Romantic lead rides a Ducati motorcycle and has a clean scent

**Tempest Rising**: "..a tricked-out Ducati Streetfighter S…He loved the motorcycle. " p. 87

**BMR**: "He was on his black motorcycle, a Ducati now that I was up close…" 2010 p. 39

7.
Romantic lead, clean scent of him

**Tempest Rising:** "Immersed myself in the fresh, ==clean scent of him, surrounded me== from all sides."
 p. 135

**BMR:**  "The woodsy, ==clean scent of him washed over and through me== and I was breathless with it."
2010 p. 255

***Secondary love interest has black tattoos in"symbols" heroine hasn't "seen before"***
***"Long ebony hair"***
***He wears a leather necklace*** *(redistributed from BMR's romantic lead)*

8.
Black tattooed bands, tattoos on arms and chest

**Tempest Rising:** "...and ==his== biceps were covered with oddly glowing ==black tattooed bands== in an ==intricate pattern== of ==symbols I had never seen before==, and which certainly didn't seem normal. It was a ==design== that was echoed beneath his ==muscular pecs== and–I saw when he dropped his board–across his broad shoulders as well." p. 52

**BMR:**  "==His== tunic was unlaced, revealing a ==sculpted chest tattooed== with runes and Celtic ==symbols== in shades of blue and ==black==." 2011 p. 591 Her tattoos "==The symbols== were==n't== in any language ==I had ever seen before==…The ==black scrollwork== was a mystery." 2011 p. 190; "Golden serpents were ==tattooed== along both ==arms==…" 2011 p. 591; "I pointed to the ==tattooed bands==." (on romantic lead) 2011 p. 362

9.
Secondary love interest has long ebony hair

**Tempest Rising**: *Secondary love interest:* "...==his long, ebony hair==…" p. 227

**BMR**:  *Secondary love interest:* "==His hair== was the ==darkest== ==ebony, longish==…" 2011 p. 592;

10.
Leather necklace

**Tempest Rising:** "He wore a strange necklace, a rawhide band with some sort of pouch attached to it…" p. 52

**BMR:** "But on him the thin, braided leather bracelet, corded leather necklace…" 2010 p. 171

***Places in common in BMR and Tempest books 1 and 2:***
***Alaskan, Hawaii, Hawaiian Island, Bermuda Triangle, A Polynesian, Eskimo***

11.
Alaskan

**Tempest Unleashed:** "As for Jared, he's been transferred up to the Alaskan borders." p. 73

**BMR:** "Walking home alone in the dark of an Alaskan afternoon was an uncomfortable prospect. 2011
p. 48

12.
Hawaii

**Tempest Rising:** "We were in Hawaii at a surfing competition- this was back when my father still competed…" Prologue

**BMR:** "He kept some of the objects and used others in trade during his journeys between Alaska and Hawaii."  2010 p. 227

13.
Hawaiian

**Tempest Rising:**  "You're Hawaiian?" p. 55

**BMR:**  "As history tells it, a young Hawaiian stole a rowboat out from under Cook's nose." 2010 p. 228

14.
Hawaiian island

**Tempest Rising:** " I had been right- it was Hawaiian, and it meant "island wind" or "storm." p. 63

**BMR::** "He was the first European contact in what was know then as the Sandwich Islands better known today as the Hawaiian Islands." 2010 p. 33

15.
A Polynesian ?

**Tempest Unleashed (book 2)**: "A Polynesian version of the sea-witch?" p. 336

**BMR:** "A Polynesian people, right?" 2010 p. 34

16.
The Bermuda Triangle I

**Tempest Unleashed**: "You mean, the Bermuda Triangle? I don't think it's actually a triangle." p. 320

**BMR:** "...it because I live here but the one you always read about is the Bermuda Triangle, I said." 2011 p. 244

17.
Eskimo

**Tempest Rising**:  "...unlike Hein, who I swore was half-Eskimo." p. 42

**BMR**: "...rubbed his nose against mine, an Eskimo kiss."  p. 198

18.

Heroine wonders if that's what happened to heroine's mother / father

**Tempest Rising**: "...I wonder if this was what had happened to my mother." p. 166

**BMR**: "Maybe that's what had happened to my father." 2010 p. 356

19.

Heroine's fingers curled into fists

**Tempest Rising**: "My fingers curled into fists, my nails digging sharply…" p. 220

**BMR**: "My fingers curled into fists, my blood burning." 2011 p. 552

20.

Heroine's nails dig into her palms, sharp pain

**Tempest Rising**: "My fingers curled into my firsts, my nails digging sharply into my palms though the pain barely registered."  p. 220

**BMR:** "I dug my nails into my palms, the sharp pain an anchor to the present." 2010 p. 437

21.

Heroine finally sucks in air

**Tempest Rising**: "When I finally managed to suck in a strong lungful of air, it burned like hell itself." p. 16

**BMR:** "When I'm finally able to suck in air, it's in great, gulping, ragged gasps…." 2011 p. 586

22.

Heroine's teeth were chattering and hand trembled so badly

**Tempest Rising:** "My teeth were chattering, my hands trembling so badly…" p. 38

**BMR:** "My teeth were chattering with the cold." 2010  p. 488; "My hands were trembling so badly that…" 2010 p. 41

23.

Heroine can't breathe and feels like a fish out of water, lungs to work

**Tempest Rising:** "...finally understanding what it meant to be a fish out of water. I felt like someone was holding a pillow over my face and waiting for me to give up the fight…I was too busy trying to get my lungs to work like a human's again to answer…When I was reasonably certain I wasn't going to suffocate…" p. 181

**BMR:** "I'm suffocating. My mouth opens and closes like a fish out of water…I can't get my lungs to work:" 2011 p. 2

24.

Heroine/ Romantic lead trace/stroke fingers down a scar

**Tempest Rising:**  "I asked, stroking my fingers down the long thin scar." p. 230

**BMR:** "He traced a finger down the newly formed scar. " p. 329

25.

Heroine: A small part of me that wanted

**Tempest Rising:** "..a small part of me that wanted nothing more than to do just that...." p. 300

**BMR**: "There was some small part of me that wanted this…." 2011 p. 587

26.

Heroine glances at the clock by her bed

**Tempest Rising**: "I climbed out of bed. I glanced at my clock-…" p. 101

**BMR:** "I glanced at the clock beside my bed." 2010 p. 373

27.

Heroine has memory of feeling hurt when she was a little girl

**Tempest Rising**: "My voice broke as he settled us on the bed, and patted my back like he'd done when I was a little girl and had gotten hurt." p. 96

**BMR:** "He looked at me the very same way my aunt had once when I was a little girl and she'd put a bear down…I'd been hurt…" 2011 p. 248

28.

Spiking the punch at a party

**Tempest Rising**: "...maybe someone had spiked the party punch." p.147

**Blue Moon Rising:** "'Taylor gave Anna spiked punch'…'... 'Ash wasn't even at the party.'" 2010 p. 297; "Honey girl, the punch was spiked." 2010 p. 290

29.

Heroine refers to romantic lead as a "newbie"

**Tempest Rising**: "...take him out like a total newbie." p. 79

**BMR**: "...I noticed he wasn't even dressed like a newbie." 2011 p. 119

30.
Had been the carrot dangled before my nose/ over my head

**Tempest Rising**: "…dangled the carrot of life over my head." p. 192

**BMR**: "My dad was the carrot dangled before my nose." 2010 p. 475

31.
Romantic lead watches heroine with an intensity that

**Tempest Rising**: "... his smoky eyes watched me with a sexy intensity that belied his easy grace on the surf board." p. 52

**Blue Moon Rising**: "He watched me with an intensity that was unnerving." 2010 p. 427

32.
Air/water is charged between us with electricity

**Tempest Rising**: The water between us seemed charged with electricity." p. 240

**BMR**: "The air was suddenly charged between us, crackling with electricity." 2010 p. 102

33.
Heroine says "So what was I supposed to do"

**Tempest Rising**: "So what was I supposed to do …" p. 326

**BMR**: "So what was I supposed to do now? 2011 p. 507

34.

Ushered me inside

**Tempest Rising**:  "He stepped away from the door, ushered me inside,..." p. 185

**BMR**: "He took me by the arm and ushered me inside…" 2011 (April) p. 302

35.

Heroine and Romantic lead walk/ leave hand in hand

**Tempest Rising**:  "Hand-in-hand excursions with Mark…." p. 135

**BMR**: "Ash and I left the dance hand in hand,.." 2010 p. 132

36.

Heroine experience "fear and anger" tied with adrenaline

**Tempest Rising**: "…same fear and anger and adrenaline that continued to race through me." p. 20

**BMR**:  "Fear and anger warred within my being, fueling my veins with adrenaline." 2010 p. 452

37.

Heroine says, "I'm not an idiot."

**Tempest Rising**: *Heroine:*  "I'm not an idiot… p. 27, 112, 210

**BMR**: *Heroine:* "But I'm not an idiot." 2010 p. 263

38.

Heroine experience a "feeling of dread" tied to inability to breathe

**Tempest Rising**: "...it came along with a feeling of dread so oppressive I could barely speak." p. 220

**BMR**: "A feeling of dread was so strong in the air it was almost choking me." 2010 p. 405

39.

Tom Cruise

**Tempest Rising**: "Yeah, you know. Tom Cruise, Kelly McGillis." p. 191

**BMR**: "...one that would do Tom Cruise proud." 2010  p. 32

40.

Mother Nature

**Tempest Rising:** "No one's doing it–except maybe Mother Nature." p. 225

**BMR:** "...Mother Nature has done a pretty good job of regulating herself until…" 2011 (Feb) p. 113

41.

Heroine father/ romantic lead has conversation with heroine about "Seeing things in black and white"

**Tempest Rising**:  "You see everything in black and white." p. 64

**BMR**: "They are said not to see things in black and white." 2011 p. 463

*Mocha and honey-colored skin descriptions*

42.

Mocha / Mochachino colored skin and honey-colored skin

**Tempest Rising**: "...showed off her mocha colored skin to its best advantage." p. 132

**BMR:**: "His usual warm, mochachino skin was blanched, his lips void of color."2010  p. 457

43.

Hair, honey-colored skin on a girl, sea

**Tempest Unleashed (book 2)**: "...beautiful as Tiamat's, this creature's hair was long and black while her skin was honey-colored. A Polynesian version of the sea-witch?"  p. 336

**BMR:**: "Taylor of the sea-blue eyes and golden hair with warm, honey-colored skin." 2010 p. 16

44.

Heroine is embarrassed and wants the ground to open up and swallow her

**Tempest Rising**:  "But since the ground opening and swallowing me whole…" p. 70

**BMR**: "...I just wanted the ground to open up and swallow me…" 2010 p. 297 & p. 106

45.

Heroine says "Lucky me"

**Tempest Rising**: "Lucky  me." p. 200

**BMR**: "Lucky me." 2010 p. 2 & p. 292

46.
Warmth and the heroine's frazzled nerves

**Tempest Rising**: "Kai's voice was a soft, warm, caress to my frazzled nerves." p. 179

**BMR:**  "Her warm brown eyes were welcoming and right now too friendly for my frazzled nerves." 2010 p. 50

47.
Heroine's brain short-circuits vs circuit overload

**Tempest Rising**: "...my brain stopped working. Just utterly and completely short-circuited." p. 201

**BMR:** "Speechless, I knew I was experiencing circuit overload."  2010 p. 25

48.
Heroine was on emotional/ experiencing overload

**Tempest:** "I was on emotional overload." p. 240

**BMR::** I knew I was experiencing circuit overload."  2010 p. 25

49.
Villain calls heroine "sweet" and says  "Let's make a deal."  vs. "Do we have a deal" to save her friends

**Tempest Rising**: "So let's make a deal, sweet Tempest."  You come with me now, and I'll let them live. p. 280

**BMR**: "It won't hurt, sweet Anna….I will agree to spare your friend. …In fact, I will agree to spare all four of your friends in exchange for your willingness to do anything.  Do we have a deal? 2010 p. 441; 433

50.

After…drifted off to sleep

**Tempest Rising**: "Afterward, I settled on the couch with champion number two and his favorite book, Fright Night, but before I was three pages in Moku had drifted off to sleep." p. 314

**BMR**: "After we hung up, I hugged Hecubus and drifted off to sleep, visions of snaky rings dancing in my head." 2010 p. 305

51.

Claps of thunder

**Tempest Rising**:" Around me the world was exploding, claps of thunder…" p. 154

**BMR**: "...three loud claps of thunder." 2010 p. 467

52.

Heroine says "...I mean, what was I supposed to say…

**Tempest Rising**: "...I mean, what was I supposed to say…" p. 146

**BMR**: "...what was I supposed to say.." 2010 p. 358

53.

Heroine says what was I supposed to do now

**Tempest Rising**: "What was I supposed to do now?" p. 267

**BMR**: "Now what was I supposed to do?" 2010 p. 231

54.

Shoulders and "like a rag doll"

**Tempest Rising:** "I squealed and laughed, hanging on to his shoulders for dear life as he shook me like a rag doll." p. 129

**Blue Moon Rising:** "...her head lolling back on her shoulders like a rag doll." 2010 p. 552

55.

Heroine says "Something is wrong with me."

**Tempest Rising:** "...something might actually be wrong with me." p. 43

**BMR:** "There was something wrong with me. " 2010 p. 14

56.

Diaphanous robes / gowns worn by supernaturals that look like a queen/ priestesses

**Tempest Rising:** "...she was gorgeous-as everyone down here seem to be- and dressed like some underwater queen in a scarlet robe made of a light, diaphanous material." p. 175

**BMR:** "They were all dressed differently, many in white, gray or black hooded robes, others in diaphanous gowns...Priestesses. p. 465

4.

***Tempest Unleashed***

Walker books via Stacy Abrams who has been an editor at Entangled since Dec. 2011
Young Adult, June 2012, book two of three book series (third book audio only)
First Person Point of View (Like Blue Moon Rising)

115 Phrases (60 examples)

1.

Bloodlines and power

**Tempest Unleashed:** "...there is strength in blood, and in bloodlines.  The purer your blood, the stronger it is,-and the more talents you have. That's why I have such power-because my mother, Cecily, had even more and passed much of it on to me. Most healers have a lot of talent and the strongest blood around-it's where their healing talent comes from. By sharing his blood with me, my healer was giving me an infusion of pure, unadulterated strength. Kind of what I imagined a speed cocktail would be like, only a lot healthier. As soon as the blood hit my veins, " p. 36

**BMR:**  "Her particular talent is in her hands—the gift of healing—...I am always awed by the visible glow of golden white light that surrounds her when she works. She says my mom had talents too before our family died…" 2011 p. 85; "I've never heard of one so powerful. You're going to be uncommonly strong—I can only guess that must have to do with your bloodlines. There's magic in your veins." 2011 pg 440; "...that we descend from a long line of such witches going back generation upon generation, women with special intuitive powers and gifted healers…" 2011 p. 66

2.

Romantic lead takes heroine's hand and brushed his lips on hers

**Tempest Unleashed:** "He took my hand and brushed his lips over the center of my palm…" p. 239

**BMR**: "Ash took my hand and brushed his lips across my knuckles." 2010  p. 350

3.
<u>Heroine glanced over her shoulder at him</u>

**Tempest Unleashed:** "I glanced over my shoulder at…." p. 85

**BMR:** "...smiling as I glanced over my shoulder at him."  2010 p. 470

4.
<u>Heroine's mothers are artists and both painters</u>

**Tempest Unleashed:** "I recognized my mother's subtle touch in the artwork, knew it well from the paintings she used to do when I was young."  p. 150-151

**BMR:** "...my mother is an artist of some renown, her art…."  2010 p. 12; "...Marcheline was painting and Aunt Brie was at her clinic…" 2010 p. 313

***Both Heroines are from San Diego (San Diego was NOT mentioned in Tempest Rising)***

5.
<u>Heroine's home was San Diego</u>

**Tempest Unleashed**: "I swam home to San Diego" p. 385

**BMR**: " We lived in San Diego." 2011 p. 124

6.
<u>I wrapped my arms around him, buried my face in his neck / chest</u>

**Tempest Unleashed**:" I wrapped my arms around him, buried my face in his neck." p. 256

**BMR**: " I wrapped my arms around him and buried my face against his chest…" p. 364

7.
<u>Romantic Lead has a wicked gleam in his eyes</u>

**Tempest Unleashed:** "He floated a little above me, a wicked gleam in his eyes as he stared down at me."  p. 132

**BMR:** "...a gleam of wicked delight in his eyes." 2010 p. 227

8.
<u>Heroine's Dad makes blueberry pancakes for Heroine</u>

**Tempest Unleashed:** "...my dad flipped blueberry pancakes…" p. 214

**Blue Moon Rising**: "My dad making pancakes for my mom and me, the fresh blueberries he used because they were my favorite." 2010 p. 99-100

***Damsel in distress ROUTINE versus Damsel in distress ACT***

9.
<u>Damsel in distress act/routine</u>

**Tempest Unleashed:** "...won't be fooled by her damsel in distress routine a second time." p. 372

**BMR:** "...your little pencil-dropping damsel-in-distress act." 2011 p. 27

10.
<u>Double doors</u>

**Tempest Unleashed:** "...my father coming through the brightly painted double doors…" p. 189

**BMR:** "...two tall and ornately carved double doors swung open…" 2010  p. 422

11.

<u>Out for blood my blood</u>

**Tempest Unleashed:** "Tiamat's out for blood-my blood…" p. 122

**BMR:** "...she'd be spitting nails by now and out for blood. My blood." 2011 p. 320

12.

<u>Romantic lead and heroine are molded together (opposite direction in each book.)</u>

**Tempest Unleashed:** "But his arms tightened around me even more, until we were molded together like we had been in the clinic-my back to his chest." p. 52

**BMR:** "'Wrap your arms around me and hold on tight.' He put on his helmet and revved the engine. The front of my body was molded to the back of his."  2010 p. 42

13.

<u>To hell with the consequences</u>

**Tempest Unleashed:** "And the fact that I was now worried about him doing drugs... Part of me wanted to go back to that day eight months ago and change my decision-to hell with the consequences." p. 203

**BMR:** "…the 'Other' part. But I wanted this, him, for myself. And for once in my life I was going to reach out and take what I wanted because I wanted it. For me. And to hell with the consequences." 2010 p. 200

14.

<u>It was the middle of the night and**.**</u>

**Tempest Unleashed:** "It was the middle of the night and he was…" p. 246

**BMR:** "It was the middle of the night and there were…" 2010 p. 489

15.

There was a part of me that was

**Tempest Unleashed:** "...there was a part of me that was still bitter…" p. 43

**BMR:** "I had to admit there was a part of me that was a little…" 2011 p. 377

16.

Breath…He cupped my face in his hands and…kiss

**Tempest Unleashed:** "... took a series of long, ragged breaths. Then he cupped my face in his hands and kissed me…" p. 371

**BMR:** "..., out of breath. He cupped my face in his hands and pressed a gentle kiss …" 2011 p. 261

17.

Cast an eerie glow

**Tempest Unleashed:** "It stopped about fifteen feet away and cast an eerie glow on the wall…" p. 96

**BMR:** "The full moon above cast an eerie glow, illumining the courtyard…" 2011 p. 152

18.

The courtyard and

**Tempest Unleashed:** " looked out into the courtyard. And saw…" p.167

**BMR:** "His eyes scanned the courtyard and then came back to rest on me.  2010 p. 122

19.

The stricken look on my/ his  face

**Tempest Unleashed:**  "He froze then, a stricken look on his face, and I realized." p. 236every time I close my eyes

**BMR:** "Seeing the stricken look on my face, he hastened to reassure me." 2010 p. 454


20.

Was it my imagination or

**Tempest Unleashed:** "...was it my imagination or…"  p. 29

**BMR:** "...is it my imagination or…" 2010 p. 235


21.

Every time I close my eyes I

**Tempest Unleashed:** " I see you every time I close my eyes. I dream…" p. 221

**BMR:** "And every time I close my eyes I see that-..." 2010 p.  466


22.

He kissed the top of my head

**Tempest Unleashed:** "He kissed the top of my head and then I was…" Teaser chapter for Tempest Revealed)

**BMR:** " He kissed the top of my head. I leaned…" 2011 p. 377


23.

He kissed the tip of my nose

**Tempest Unleashed:** "He kissed the tip of my nose." (Teaser chapter for Tempest Revealed) p. 395

**BMR: "**He took my chin in his hands and kissed the tip of my nose. " 2010 p. 296

24.
My brain was scrambled

**Tempest Unleashed:** "...my brain was so scrambled…" p. 348

**BMR:** "My brain was scrambled." 2010 p. 362

25.
See things in black and white

**Tempest Unleashed:** "Was I seeing things in black and white…" p. 43

**BMR:** "They're said not see things in black and white…" 2011 p. 463

26.
I stared at him/ her shocked

**Tempest Unleashed:** "...and stared at him shocked."  p.135

**BMR:** "I stared at her shocked." 2010 p. 58

27.
I sucked in my breath

**Tempest Unleashed:** "I sucked in my breath…" p. 107

**BMR:** "I sucked in my breath…" 2010 p. 43

28.
I blew out a long breath

**Tempest Unleashed:** "I blew out a long breath." p. 320

**BMR:** "I blew out a long breath. " 2011 p. 92

29.
I knew beyond/ without a doubt that something

**Tempest Unleashed:** "I knew without a doubt that something…." p. 184

**BMR:** " I knew beyond a doubt that something would …" 2010 p. 393


30.
I didn't have the time for social niceties

**Tempest Unleashed:** "I didn't bother to waste time on niceties."  p. 114

**BMR:** "I didn't have time for the social niceties of…" 2010 p. 142


31.
Adrenaline coursing through my body

**Tempest Unleashed:** "Adrenaline coursed through my body…" p. 24

**BMR:** "…adrenaline coursing through my body. "  2010  p. 24


32.
Was there a kernel of truth to

**Tempest Unleashed:** "Was there a kernel of truth to it…" p. 123

**BMR:** "Was there a kernel of truth to…" 2011 p. 552


33.
Lopsided grin of/ on  his/face

**Tempest Unleashed:** "And then crazy lopsided grin of his that.." p. 168

**BMR:** "... a lopsided grin on his face. And that's…" 2010 p. 293

34.
Take a quick shower

**Tempest Unleashed:** "I left him to take a quick shower in my dad's bathroom and…" p. 185

**BMR:** "I'll take a quick shower and be out in ten." 2011 p. 467

35.
Romantic lead has piercing blue eyes

**Tempest Unleashed:** "Dark and gorgeous and full of life, with piercing blue eyes that looked…" p. 70

**BMR:** "Hair the blue-black of the raven's wing, eyes an incredibly piercing blue." 2010 p. 427

36.
Struggling/ all I could do to keep my eyes open

**Tempest Unleashed:** "...it was all I could do to keep my eyes open." p. 36

**BMR:** "I was struggling to keep my eyes open." 2010 p. 375

37.
With her/ his arms wrapped around me (for warmth)

**Tempest Unleashed:** "But with his arms wrapped around me, the chill didn't seem so bad." p. 40

**BMR:** "...a soft blanket just as we were doing now with her arms wrapped around me," 2010 p. 165

38.
At the same time I couldn't

**Tempest Unleashed:** "But at the same time, I couldn't ignore what…" p. 319

**BMR:** "...far away at the same time.  I couldn't let it alone…" 2011 p. 367-368


39.
Our eyes met and

**Tempest Unleashed:**  "Our eyes met and he smiled," p. 342

**BMR:** "Our eyes met and held…" 2010 p. 344


40.
Panic set in

**Tempest Unleashed:** "Panic set in then, a wild..." p. 286

**BMR:** "Panic set in.." 2010 p. 449


41.
I couldn't shake the feeling that

**Tempest Unleashed:** "...I could never quite shake the feeling that she wasn't really seeing me." p. 119

**BMR:** "... I couldn't shake the feeling that I was not alone, that someone was watching me." 2010  p. 313

42.

I blinked several times

**Tempest Unleashed:** "...I blinked several times certain…" p. 97

**BMR:** " I blinked several times, and…" 2010 p. 315

43.

Top-of-the -line

**Tempest Unleashed:** "*A top-of-the-line, first class weapon*." p. 75

**BMR:** "...were all top-of-the-line stainless steel." p. 212

44.

I had refused to acknowledge

**Tempest Unleashed:** " I had refused to acknowledge for far too long..." p. 12  (also on page 342)

**BMR:** "... I'd known all along and had refused to acknowledge the truth." p. 470

45.

Heroine says "What was wrong with me?" (Each book uses it twice within the same page area.)

**Tempest Unleashed**: "What was wrong with me?" p. 30

**BMR**: "What was wrong with me?" 2010 p. 201

46.

I knew…that something was very, very, wrong

**Tempest Unleashed**: "I knew without a doubt that something was very, very, wrong." p. 184

**BMR**: "I felt my stomach clench and knew that something was very, very, wrong." 2011 (Feb) p. 142; 2010 p. 121

47.

So good so right

**Tempest Unleashed:** "...but it felt so good-so right-to be with him, that I never wanted this night…" (Teaser chapter for Tempest Revealed)

**BMR:** "He always smelled so good. So right. Here in his arms I felt safe, cherished." 2010 p. 407

48.

Heroine is owed a debt for saving a life

**Tempest Unleashed 2012**: "I'm indebted to you…You saved Moku, how can I ever repay that?" p. 250.

**BMR**: "This clan owes you a debt, Anna. Thank you for saving Caitlin's life." 2010 p. 345

49.

My eyes bugged out of my head (both books)

**Tempest Unleashed 2012**: "My eyes bugged out of my head." p. 266

**BMR**: "My eyes bugged out of my head…" 2010 p. 215

50.
<u>Practically jumping up and down</u>

**Tempest Unleashed 2012**: "...he was practically jumping up and down." p. 253

**BMR**: "she. practically jumped up and down." 2010  p. 244


51.
<u>Heroine is frustrated and blew out a long breath</u>

**Tempest Unleashed 2012**: "Terrific. I blew out a long breath…." p. 320

**BMR**: "I blew out a long breath, frustrated." 2011 p. 92


52.
<u>She waggled a brow</u>

**Tempest Unleashed**:  "She waggled her eyebrows…." p. 65

**BMR**:  "She waggled her brows. " 2010 p. 113


53.
<u>Just the beginning</u>

**Tempest Unleashed 2012**:  "And this is just the beginning." p. 344

**BMR**: "...it really is just the beginning." 2011 p. 473

54.
<u>Lure in the air/ of unknown between us</u>

**Tempest Unleashed**: "...my thoughts and the invisible lure that seemed to stretch between us." p. 21

**BMR**: "...the promise of something, the lure of the unknown hanging in the air between us." 2010 p. 201


55.
<u>Out of/ entered the fray</u>

**Tempest Unleashed 2012**: "...Sabyn entered the fray…" p. 363

**BMR**: "I made as if to run behind a column, out of the fray." 2011 p. 558


56.
<u>Saccharine voice</u>

**Tempest Unleashed**: "Her voice dropped, lost its saccharine quality." p. 74

**BMR**: "...her voice dripping saccharine." 2010 p. 119


57.
<u>Wishful thinking  on my part.</u>

**Tempest Unleashed**: "Maybe it was wishful thinking on my part…"p. 307

**BMR**: "...some dream of wishful thinking on my part." 2010 p. 470

58.
Buried my face against his chest

**Tempest Unleashed:** " I buried my face against Kona's chest." p. 244

**BMR:** "I snuggled up to him and buried my face against his chest." p. 468

59.
Romantic lead has a unique scent

**Tempest Unleashed**: "Kona reluctantly pulled away. As his lips relinquished mine…..
He pulled me closer and I buried my face in his neck, breathed in Kona's unique scent." p. 256

**BMR:** "He pulled back, the huff of his warm breath delicious against my ear. His scent wrapped itself around me, that male spiciness unique to Ash and intoxicating to my senses." 2010 p.136

60.
Question burning

**Tempest Unleashed**: "There was another question burning inside of me, one that was so important I trembled with the need to have an answer." p. 165

**BMR:** "The one question burning on my tongue and yet it was so hard to ask." 2010  p. 329