

January 20, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square Room 430
New York, NY 1000

     Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

     We represent Plaintiff Lynne Freeman in the above-referenced action. This letter is being submitted pursuant to Your Honor's January 11, 2023 Order (the "Order") requiring Plaintiff to identify two manuscripts to serve as the primary works that establish her copyright claim. Please be advised that pursuant to the Order, Plaintiff identifies the following two manuscripts:

     Blue Moon Rising 2011 (April) (Document Nos. LF 03750 - LF 04352)

     Masqued 4-13 (Document Nos. LF 06904 - LF 07371)

     Plaintiff is complying with the Order without prejudice to her right to file objections to the Order with Judge Stanton based on, among others grounds, the grounds set forth in my letter to Your Honor dated January 18, 2023 or to otherwise object to or appeal the Order.
.

                          Respectfully submitted,

                          **CSReeder, PC**

                          Mark D. Passin
                          11766 Wilshire Boulevard,
                          Suite 1470
                          Los Angeles, CA 90025

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE  (310) 861-2470
FAX  (310) 861-2476
EMAIL  mark@csrlawyers.com
WEBSITE  www.markpassin.com

Page 2
January 20, 2023

310-861-2475

**REITLER KAILAS &
ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)

| 11766 Wilshire Boulevard | | |
| --- | --- | --- |
| Suite 1470 | PHONE | (310) 861-2470 |
| | FAX | (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL | mark@csrlawyers.com |
| | WEBSITE | www.markpassin.com |