UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation,<br><br>Defendants. | Case No. 22-cv-02435-LLS-SN |

### DECLARATION OF MARK D. PASSIN

I, Mark D. Passin, an attorney admitted to practice in the Courts of the State of California and admitted Pro Hac Vice in the Court of the State of New York for the purposes of this case, do hereby subscribe and affirm the following to be true under penalty of perjury pursuant to 28 U.S. Code § 1746:

1. I am of counsel to the firm of CS Reeder, PC, attorneys for Plaintiff, LYNNE FREEMAN. I am fully familiar with the facts set forth herein and make and submit this Declaration in support of Plaintiff's Objections to the Magistrate Judge's January 11, 2023 Order. A copy of the January 11, 2023 Order is attached hereto as **Exhibit 1**.

261965

2. Attached hereto as **Exhibit 2** is a true and correct copy of the First Amended Complaint ("FAC") filed on May 25, 2022.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the July 11, 2022 Order.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Defendants' redacted letter as filed under ECF 78 dated December 5, 2022 from Nancy E. Wolff to Magistrate Judge Sarah Netburn.

5. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's redacted letter as filed under ECF 91 dated December 6, 2022 and filed on December 8, 2022 from Mark D. Passin to Magistrate Judge Sarah Netburn.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript from the December 12, 2022 hearing before Magistrate Judge Sarah Netburn, which is being filed under seal.

7. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's letter dated January 4, 2023 from Mark D. Passin to Magistrate Judge Sarah Netburn.[1]

8. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' letter dated January 4, 2023 from Nancy E. Wolff to Magistrate Judge Sarah Netburn.

9. I declare under penalty of perjury that the foregoing is true and correct.

/ / / /

/ / / /

/ / / /

/ / / /

---

[1] Exhibit 1 to the January 4, 2023 letter is annexed. Exhibit 2 is omitted in the interest of judicial economy.

                                                      _____

                                                                   Mark D. Passin

Dated:  Los Angeles, California
            January 25, 2023