**EXHIBIT 2**

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Fax: 212-371-5500
Email: plicalsi@reiterlaw.com

CSReeder, PC
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Facsimile:  (310) 861-2476
Email: mark@csrlawyers.com
*Attorneys for Plaintiff Lynne Freeman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN, an individual,

                            Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
an individual, EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey limited
liability company, ENTANGLED PUBLISHING, LLC, a
Delaware limited liability company, HOLTZBRINCK
PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New
York limited liability company, UNIVERSAL CITY
STUDIOS, LLC, a Delaware limited liability company,
CRAZY MAPLE STUDIO, INC, a California corporation

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-02435-AT

**FIRST AMENDED
COMPLAINT**

**JURY TRIAL DEMANDED**

       Plaintiff Lynne Freeman (hereinafter, "Plaintiff"), by her attorneys, Reitler Kailas &

Rosenblatt and CSReeder, PC as and for their Complaint against the defendants Deebs-Elkenaney

p/k/a Tracy Wolff, Emily Sylvan Kim, Prospect Agency, LLC, Holtzbrinck Publishers, LLC d/b/a

Macmillan, Universal City Studios, LLC and Crazy Maple Studio, Inc. ("Defendants") herein,

allege as follows:

## NATURE OF THE ACTION

1.      This is a case about an extraordinary theft and betrayal in the book publishing industry. Plaintiff Lynne Freeman ("Freeman'), an unsuspecting writer and attorney, put her complete faith and trust in a literary agent, Emily Sylvan Kim ("Kim") of Prospect Agency, LLC ('Prospect') to shop her manuscript to publishers. Kim misled and defrauded Freeman into continually revising the manuscript and creating new material so that Kim's longtime client and close friend, Tracy Wolff ("Wolff"), could copy the various versions to create the New York Times bestselling series, *Crave*, consisting of the books entitled *Crave, Crush, Covet* and *Court*.

2.      The substantial similarities between the various versions of Freeman's manuscripts and the books in the *Crave* series are overwhelming and undeniable. In addition to the similarities in plot, characters, dialogue, mood, theme, and pace, there are a substantial number of lifted scenes throughout the series, and an overwhelming number of similarities of words, phrases, and language between the works, which could not possibly be coincidental. Many of these similarities occur in page number proximity between the various versions of Freeman's manuscripts and the *Crave* series of books, using Freeman's language, expression, plots, subplots, and characters.

3.      At the time Freeman contacted Kim, her manuscript was under consideration with a well-known UK publisher who advised her to obtain an agent. Their UK publishing rights director, fantasy editor, children's editor, and readers loved it, according to their emails. The sales department ultimately passed as they had already selected their quota of young adult books for the year, but offered introductions to literary agents, as they believed the book would sell. Freeman felt she should have a literary agent in the U.S. and discovered Kim through Publisher's

Marketplace. Kim told Freeman that she should sign with her because she found the best-seller, *Twilight,* from a slush pile and was responsible for its discovery.

4.      Freeman's book is a young adult paranormal fantasy romance set in in high school in Alaska, with a protagonist who moves to the state from San Diego, after a tragic accident killed her family. The story follows a teenage girl who believes she's human, but is not, and who must navigate her way in the supernatural world she never knew existed, while falling in love with a dangerous boy with dark secrets; all set against the backdrop of a supernatural war between the factions of beings. Freeman intended the story to offer a feminist perspective in which the heroine is a wholly unique supernatural being, whose very purpose is to restore the balance among the warring factions, with a unique fantasy world set in Alaska. Kim told Freeman she liked her manuscript very much, loved her writing, and that only a few minor changes would be required before the book would be ready to send to other publishers.

5.      Despite the foregoing comment by Kim, Freeman spent over three years having frequent and lengthy phone calls with Kim, and constantly exchanging e-mails, the focus of which were comments and detailed questions that Kim had regarding the manuscript, which led to Freeman repeatedly revising it and creating new material. Kim requested pitch notes, chapter outlines, chapter summaries, synopses, query letters, Freeman's notes used to create the manuscript, her plans for the book series; she even asked Freeman to write letters for her to use with potential publishers about the books. Freeman complied, and over the course of their relationship, sent Kim over 45 versions of the manuscript.

6.      After reading the book entitled *Crave,* supposedly written by Tracy Wolff and published in 2020, it became obvious to Freeman that Kim, in breach of the fiduciary duty she owed Freeman, sent the various versions of the manuscript, as well as the additional materials

Freeman provided her, to Wolff, a client and good friend of Kim's, and possibly others, for the

purpose of Wolff and possibly others copying the manuscript. *Crave* is a young adult paranormal

fantasy romance set in high school in Alaska, with a protagonist who moves to the state from San

Diego, after a tragic accident killed her family. The story follows a teenage girl who believes she's

human, but is not, and who must navigate her way in the supernatural world she never knew

existed, while falling in love with a dangerous boy with dark secrets; all set against the backdrop

of a supernatural war between the factions of beings. *Crave* is lauded as offering a feminist

perspective in the genre, and Wolff is praised for creating a unique fantasy world set in Alaska in

which the heroine is a wholly unique supernatural being, whose very purpose is to restore the

balance among the warring factions.

7.      In her own words, Wolff said in an interview recently, "I do think all of the training

I did to become an English professor helped me a lot—I've done more reading and more

deconstructing of novels and more craft of writing than I could ever possibly tell you. And when

you pull apart a novel to examine it, to see how all the different part fit together, I think it totally

helps with understanding how to also put one together." That is exactly what Wolff did with

Freeman's materials.

8.      Freeman subsequently read the other three books in the *Crave* series, *Crush*, *Covet*

and *Court*, and discovered that they are also substantially similar to the various versions of her

manuscripts.  The books are derivative works of *Crave,* based on the same characters and are a

continuation of the same storyline in *Crave,* using the new material Freeman created in the various

versions of her manuscripts, in addition to Freeman's notes, and outlines provided to Kim.  Wolff

uses plot devices and subplots from Freeman's manuscripts, scenes that are in the various versions

of Freemans' manuscripts, and an overwhelmingly large amount of language taken from

4

Freeman's manuscripts; much of which occurs in page number proximity. The books share seven character names in common, some of which are highly unusual, such as the Bloodletter, Marise, and Collin.

9.      In response to a demand letter by Freeman's counsel, an attorney for Entangled, the publisher of the *Crave* series, stated that Liz Pelletier, Entangled's Chief Executive Officer and Publisher, "created the basic storyline for the *Crave* book series, selecting the writer, Tracy Wolff; not based on a prepared manuscript but due to her writing voice." Through counsel, Pelletier claims that the "*Crave* book series was a collaborative project with Pelletier providing to Wolff in writing the main plot, location, characters, and scenes, and actively participating in the editing and writing process." Interestingly, Entangled admits to having received Freeman's manuscript in late 2013. Kim told Freeman that she sent the manuscript to Stacy Abrams, an Editorial Director at Entangled. Ms. Abrams and Ms. Pelletier are listed in both *Crave* and *Crush*, as the editors of both books.

## THE PARTIES

10.      Plaintiff Lynne Freeman ("Freeman") is a resident and citizen of the State of Alaska.

11.      Upon information and belief, Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff ("Wolff") is a citizen of the State of Texas and does business in New York.

12.      Upon information and belief, Defendant Emily Sylvan Kim ("Kim") is a citizen of the State of New Jersey and does business in New York.

13.      Upon information and belief, Defendant Prospect Agency, LLC ("Prospect") is a New Jersey Limited Liability Company with its principal place of business

5

located in Montclair New Jersey and does business in New York, New York. Furthermore, the agreement between Prospect and Kim, on the one hand, and Freeman, on the other hand, contains an exclusive New York choice of venue provision relating to any litigation arising out of or relating to the agreement and the transactions contemplated thereby.

14.     Upon information and belief, Defendant Entangled Publishing, LLC is a Delaware Limited Liability Company with a principal place of business located in Parker, Colorado and does business in New York, New York.

15.     Upon information and belief, Defendant Holtzbrinck Publishers, LLC d/b/a Macmillan ("MacMillan"), is a New York Limited Liability Company with a principal place of business located in New York, New York.

16.     Upon information and belief, Defendant Universal City Studios, LLC ("Universal") is a Delaware Limited Liability Company with a principal place of business located in Universal, California and does business in New York, New York.

17.     Upon information and believe, Defendant Crazy Maple Studio, Inc. ("Crazy Maple Studio") is a California Corporation with its principal place of business located in Sunnyvale, California and does business in New York.

18.     Freeman is informed and believes, and based thereon alleges, that at all times herein mentioned, each of the Defendants was the agent, partner, representative, employee and/or joint venturer of the remaining Defendants, and each of them, and is, and at all times mentioned herein was, acting within the course of the scope of such agency, partnership, representation, employment and/or joint venture.  Plaintiff is further informed and believes, and based thereon alleges, that the acts and conduct alleged herein concerning each such Defendant was known to, authorized by, and/or ratified by the other Defendants, and each of them.

## JURISDICTION AND VENUE

19.     This action arises under the U.S. Copyright Act, 17 U.S.C. §101, *et seq.*  This Court

has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a)

and supplemental jurisdiction over the state law claims pursuant to 28 U.S. C. §1367.  The Court

also has jurisdiction over this action pursuant to 28 U.S.C. §1332(a) in that there is complete

diversity of citizenship between the parties and the amount in controversy, exclusive of interest

and costs, exceeds the sum of $75,000.

20.     Venue lies in this district pursuant to 28 U.S.C. §1391(a) in that a substantial part

of the events giving rise to the claims herein occurred in the Southern District of New York, and

Defendants are subject to personal jurisdiction in this District.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

21.     Freeman is a well-respected Alaskan attorney and writer.

### Freeman's Relationship with Prospect and Kim

22.     On or about December 8, 2010, Freeman entered into an agency agreement

("Agency Agreement") with Prospect and Kim whereby Kim was appointed Freeman's exclusive

literary agent at Prospect. As her exclusive agent, Kim was to be the only agent that Freeman

worked with in relation to her books, illustrations, or other publishing-related projects that

Freeman may submit and/or publish during the time they worked together.  In return for acting as

Freeman's exclusive literary agent, Prospect and Kim were entitled to receive, fifteen percent

(15%) of all gross proceeds earned on Freeman's work and reimbursement of certain expenses

related to the negotiation of deals on behalf of Freeman. For licensing of foreign rights, Prospect

and Kim were entitled to deduct twenty-five percent (25%) of the gross proceeds that included a certain percentage designated for foreign co-agents, and twenty percent (20%) for sales that do not include a certain percentage designated for foreign co-agents. Pursuant to the Agency Agreement, Prospect and Kim were obligated to advise Freeman on her creative work and other aspects of her projects, and negotiate on her behalf with her best interests in mind. The Agency Agreement was an at-will agreement binding until either party terminates it with a written statement. Pursuant to the Agency Agreement, Prospect and Kim owed Freeman a fiduciary duty, which required, among other things, that Prospect and Kim put Freeman's interests ahead of their own.

23. Freeman hired Prospect and Kim because she needed an agent to sell and/or license certain rights in or to a manuscript written by her, which at the time, was entitled *Blue Moon Rising* ("Freeman Manuscript"), because HarperCollins UK was considering publishing the manuscript. Freeman sent a copy of the Freeman Manuscript to Kim prior to entering into the Agency Agreement and it was on the strength of that manuscript that Prospect and Kim agreed to be Freeman's exclusive literary agent. One of the reasons that Freeman decided to sign with Kim was because Kim represented to her that she discovered the best-seller, *Twilight*, from a slush pile when she worked at a previous agency and was responsible for its discovery. Kim told Freeman she had not yet had a commercial success at Prospect, but that she thought Freeman's Manuscript was going to cause that to change.

24. Kim told Freeman that she liked the manuscript very much, loved her writing, and that only a few minor edits would be required before the book would be ready to send to publishers. Freeman worked with Kim from the end of 2010 to 2014. During that over three-year period, Kim and Freeman had frequent and lengthy phone calls, and constantly exchanged e-mails. The e-mails from Freeman often included notes, outlines, and various versions of the manuscript.

25.     Kim repeatedly told Freeman that she did not have lengthy phone calls with her other clients like she did with Freeman. The focus of most of the communications were comments and questions that Kim had about the manuscript, which led to Freeman repeatedly revising the Freeman Manuscript. During the time Freeman and Kim worked together, Freeman sent Kim over 45 versions of the manuscript, numerous notes, outlines, and other written material relating to the contents of the Freeman Manuscript. The relevant versions of the Freeman Manuscript and the notes, outlines and other materials sent to Kim have been registered with the U.S. Copyright Office (sometimes hereinafter referred to as "Freeman Copyrighted Material," *Blue Moon Rising*" or "BMR**"**).

26.     Each time that Freeman revised the manuscript and thought that the book was finished, Kim would have additional comments and questions that required Freeman to prepare yet another new version of the manuscript. At the time, Freeman could not understand why there was this ever-evolving stream of comments and questions requiring her to constantly revise the manuscript and create additional new material.

27.     With respect to the process, Kim e-mailed Freeman stating that "[y]ou've been a real pro throughout this revision process so I'd figure you'd want to really wade in those final slogging steps and be rewarded with true greatness." Nonetheless, the continual probing into the contents of the manuscript was puzzling to Freeman, especially because Kim had initially said that the manuscript only required a few minor edits and Freeman had sent the Freeman Manuscript to HarperCollins UK shortly prior to hiring Kim, and HarperCollins had high praises for the book. After the Publishing Rights Director, the Fantasy Editor, and the Children's Editor at HarperCollins read the book, they sent it to sales and Freeman was instructed to secure an agent. HarperCollins gave her names of several UK agents, however, Freeman felt she would like an

agent in the U.S. HarperCollins ultimately passed on the book because its sales department already had commitments for its quota of young adult books in her genre for the then upcoming year.

**Freeman Meets Wolff**

28.     Freeman met Wolff in the summer of 2012. At Kim's request, Freeman attended

the Romance Writers of America conference in Anaheim, California which took place July 24 through July 28, 2012. On the morning of the first day of the conference, Kim introduced Wolff to Freeman outside the hotel where Kim and Wolff were staying. Kim told Freeman that Wolff was an erotica writer, that she was speaking at the conference, that she was very proud of her, and that they were good friends. She introduced her to Freeman as "Tracy Deebs."

*29.*     At Kim's urging, Freeman attended a talk that Wolff gave at the conference on erotic language in books. That same morning, Freeman rode with Kim and her other clients, including Wolff, in Kim's rental vehicle from the hotel to the conference. During the ride, Kim asked each of her clients to talk about what they were working on or had just completed. Freeman spoke briefly about Blue Moon Rising. During the ride to the conference, Freeman also answered a number of questions asked of her by Kim, such as how she got into writing, how she got the idea for the Freeman Manuscript, what made her decide to write a book and when specifically, she began writing the manuscript, as well as questions about living in Alaska, and what made her set her book in Alaska.

**The End of Freeman's Relationship with Kim and Prospect**

30.     In late 2013, Kim told Freeman that she had no publishers to whom she could send her book, other than the few publishers to whom she had already sent it. Kim asked Freeman to

provide a list of publishers and contacts who she thought might be interested. She also had Freeman write chapter outlines, pitch notes and synopses, as well as letters of introduction for her to use to send to them. Freeman supplied Kim with everything she requested. However, she always thought it was strange that Kim asked for those materials.

31.    At this time, Kim began pressuring Freeman to write adult contemporary romance books, telling her that she could easily sell such a book with Freeman's writing style. Kim even suggested erotica. Freeman told her she had no interest in contemporary romance or erotica. In 2014, Kim told Freeman that if she could not write a contemporary romance book and give her something new, she would need to remove Freeman from her website. She told her that the Freeman manuscripts were a great story, but that they missed the market. She said that young adult books and movies in this genre were oversubscribed, and that Freeman would need to wait until her son graduated from high school in 2021, to resubmit her original manuscript. Freeman gave Kim notes for a few proposed books, as well as some chapters. However, Freeman concluded that she did not want to write anything other than young adult fantasy set in Alaska. Kim told her there was no market for it.

32.    Subsequently, Freeman told Kim that she needed to take some time off and they parted ways amicably. Freeman decided to attend writer's conferences and workshops and continue to write and perfect her craft until 2021, when her son graduated from high school, and, following Kim's advice, she could shop her original manuscript, which was intended to be the first of a series.

### Freeman Discovers Infringing Books

33.    The first book in the *Crave* series entitled *Crave,* supposedly written by Wolff, was published on April 7, 2020.  On or about March 31, 2021, Freeman began reading *Crave* for the

11

first time after randomly picking it up in a local bookstore. She was shocked when she read the book and discovered that it was overwhelmingly substantially similar to the Freeman Copyrighted Material she sent to Kim, especially since she knew that Kim was Wolff's literary agent and close friend.

34.     The next three books in the series are entitled *Crush*, *Covet and Court*. *Crush* was published on September 29, 2020, *Covet* on March 2, 2021 and *Court* on February 1, 2022. Freeman read all three of those books shortly after they were released to the general public. She was again shocked to discover that all three of those books were overwhelmingly substantially similar to the Freeman Copyrighted Material she sent to Kim. The books entitled *Crave*, *Crush* *Covet,* and *Court* shall hereinafter sometimes be referred to collectively as the "*Crave* series."

35.     On or about February 7, 2022, Freeman's attorney sent a demand letter to Wolff, (the alleged author of the *Crave* series), Kim at Prospect (Wolff's literary agent and Freeman's former literary agent), Entangled (the book publisher of the *Crave* series), Macmillan (the distributor of the *Crave* series) and Universal (a motion picture studio who has entered into a contract to produce a motion picture based on the first book in the series entitled *Crave*). Freeman recently learned that Crazy Maple Studios produced and is exploiting a video game based on the book *Crave*, which is also substantially similar to the Freeman Copyrighted Material.

36.     In response to the demand letter, Entangled's attorney wrote, among other things, Kim "recalls nothing of the manuscript" and "had no creative input." She stated that Liz Pelletier, Entangled's Chief Executive Office and Publisher, "created the basic storyline for the crave book series, selecting the writer, Tracy Wolff, not based on a prepared manuscript but due to her writing voice." She further stated that the Crave book series was a collaborative project with Pelletier providing to Wolff in writing the main plot, location, characters, and scenes, and actively

12

participating in the editing and writing process. She also stated that "neither Pelletier nor Wolff had ever heard of Freeman, read her ten-year old manuscript nor were aware of any details concerning the Freeman work."

37.     In reply to Entangled's attorney's letter, Freeman's attorney wrote that the similarities "go way beyond the main story line" and that the lawyer's comments about Entangled's supposed involvement in writing the book were interesting, because Kim told Freeman that she submitted Freeman's manuscript for possible publication to Entangled. Entangled's attorney then admitted in writing that Freeman's manuscript was sent by Kim to Entangled, that they received it, and that Liz Pelletier received a pitch letter about the book.

38.     Upon information and belief, Kim sent the manuscript to Stacy Abrams, an Editorial Director at Entangled. Ms. Abrams and Ms. Pelletier are listed in both *Crave* and *Crush*, as the editors of both books.

## OVERWHELMING SIMILARITIES
### Between the Freeman Copyrighted
### Material And *Crave*

39.     The substantial similarity between the Freeman Copyrighted Material and *Crave* is overwhelming and undeniable. In addition to the similarities in plot, characters, dialogue, mood, theme and pace, there are a number of the same scenes, words and phrases that appear in the Freeman Copyrighted Material which are used throughout *Crave.*Moreover, some of the similarities are the same page number proximity in both works.

40.     Set forth below is a comparison of some of the plot elements of the two works (some of these elements are disclosed in latter books in the series):

|  | **Blue Moon Rising Main Plot:** | **Crave Main Plot:** |
|---|---|---|
| a) | Story takes place at a public high school in Alaska. The school is in Anchorage, Alaska. | Story takes place at a private boarding school in Healy, Alaska. It was originally in Anchorage. |
| b) | The story is set in Alaska because of the magical properties of the aurora borealis. | The story is set in Alaska because the agent suggested it to Wolff. |
| c) | The heroine is from San Diego. | The heroine is from San Diego. |
| d) | Teen heroine, almost 17, believes she is human. | Teen heroine, 17, believes she is human. |
| e) | She's something unique in the supernatural world; mixed bloodlines; a "Nyx." | She's something unique in the supernatural world; mixed bloodlines; a "gargoyle." |
| f) | She is a queen; she is a descendant of one of the twin goddesses. | In the series, she is a queen; descendant of one of the twin goddesses. |
| g) | Her supernatural purpose will be to restore "the balance;" she is a "protector." | Her supernatural purpose will be to restore "the balance;" she is a "protector." |
| h) | She lives with the only family she has left; her mom and aunt, and they are both witches. | She lives with the only family she has left; her uncle and cousin, and they are both witches. |
| i) | She believes her dad was human; he's a werewolf. | She believes her dad was human; he's a witch. |
| j) | She believes her mom is human; she's a witch. | She believes her mom is human; she's a gargoyle. |

14

| | | |
|---|---|---|
| k) | Her parents were deeply in love. | Her parents loved one another a ridiculous amount. |
| l) | She comes to Alaska after an accident killed her father and grandparents when she's 7. | She comes to Alaska after an accident killed her father and mother when she's 17. |
| m) | She suffers anxiety and panic from the loss. | She suffers anxiety and panic from the loss. |
| n) | Her description of Alaska is negative in the beginning. She says it's "like living on the moon." | Her description of Alaska is negative in the beginning. She says it "feels like the moon." |
| o) | She feels shy, wants to fit in, ducks her head or chin. | She feels shy, wants to fit in, ducks her head. |
| p) | Heroine is smart, loves books, takes advanced classes. | Heroine is smart, loves books, takes advanced classes. |
| q) | Tea is a thing; heroine's aunt makes herbal teas. Tea was used to bind her magic. | Tea is a thing; heroine's mom made herbal teas. Tea was used to bind her magic. |
| r) | Heroine believes her father and grandparents were killed in an accident. Her grandparents were actually murdered by the vampire prince; her father is imprisoned by him. | Heroine believes parents were killed in an accident. They were actually murdered by the vampire prince's mate. |

| | | |
|---|---|---|
| s) | Vampire prince wants to use heroine to resurrect his dead mate; he believes she will be the reincarnation of his dead mate once he converts her to a vampire because they look alike and are related by blood. | Vampire prince's mate wants to use heroine for a spell to resurrect her dead mate. |
| t) | Main supernaturals are vampires, witches, and werewolves. There are dragons. | Main supernaturals are vampires, witches, werewolves and dragons. |
| u) | Heroine's friends are supernaturals, and two teachers. Harry Potter is mentioned in the scene where heroine learns her friends are supernaturals. | Heroine's friends are all supernaturals and her teachers. JK Rowling (Harry Potter) is mentioned in the scene where heroine learns her friends are supernaturals. |
| v) | Heroine meets romantic lead, instant attraction, irritation,  and he grins at her "as if he knows exactly what effect he has on" her. | Heroine meets romantic lead, instant attraction, irritation, and he grins at her "as if he knows exactly what kind of effect he's having on" her. |
| w) | Heroine feels irritated and conflicted by her attraction to him. Heroine describes him with similar words in both books, even down to the clothes he is wearing: black jeans and a t-shirt. | Heroine feels irritated and conflicted by her attraction to him. Heroine describes him with similar words in both books, even down to the clothes he is wearing: black jeans and a t-shirt. |
| x) | Romantic lead(s) have mind control powers. | Romantic lead(s) have mind control powers. |

| | | |
|---|---|---|
| y) | Romantic lead's type of supernatural being is due to a gene. Heroine wonders if his type is due to a genetic mutation. | Romantic lead's type of supernatural being is due to a genetic mutation. |
| z) | Heroine obsesses over romantic lead. | Heroine obsesses over romantic lead. |
| aa) | Heroine is nervous around him, babbles. | Heroine is nervous around him, babbles. |
| bb) | Heroine is drawn to him and finds the danger of him to be exciting. | Heroine is drawn to him and finds the danger of him to be exciting. |
| cc) | Romantic lead blows hot and cold with her and tries to stay away; he thinks he's a danger to her but he's "selfish" and can't stay away. | Romantic lead blows hot and cold with her and tries to stay away, he thinks he's a "danger" to her but he's "selfish" and can't stay away. |
| dd) | Heroine and romantic lead (Ash) are connected by loss; Ash has lost his older brother who was murdered. | Heroine and romantic lead (Jaxon) are connected by loss; Jaxon believes he murdered his older brother. |
| ee) | Romantic lead, his family, and their clan live in a chateau (French for castle). | The boarding school where the students live is a castle. |
| ff) | Heroine steps through a doorway in the Alaskan winter, and it's summer. | Heroine steps through a doorway in the Alaskan winter and it's summer. |
| gg) | Aurora Borealis / Northern Lights is part of the story between the heroine and romantic lead. | Aurora Borealis / Northern Lights is part of the story between the heroine and romantic lead. |
| hh) | Heroine wonders if romantic lead is an alien or monster. | Heroine wonders if romantic lead is an alien or monster. |

17

| | | |
|---|---|---|
| ii) | First Kiss. Heroine learns about supernatural world and that romantic lead is a werewolf after the triggering event of their first kiss together. He loses self-control during the kiss. His eyes glow and he starts to shift by accident with his powers. Heroine is scared and wants to run away but can't. She knows his eyes were inhuman and wants to know the truth. The next day she demands answers and wonders if he's an alien, a werewolf, or a vampire. | First Kiss. Heroine learns about supernatural world and that romantic lead is a vampire after the triggering event of their first kiss together. He loses self-control during the kiss. He causes an earthquake by accident with his powers. Heroine is scared of the quake and romantic lead because he is "monstrous" and runs. She is hurt and finds puncture marks on her neck. The next day she demands answers and wonders if he's an alien or a vampire. |
| jj) | Romantic lead is a werewolf and believes heroine is his mate and they are "bonded" together, "mates." | Romantic lead is a vampire and believes the heroine is his mate and they have a "mating bond." |
| kk) | Heroine feels they have a soul connection, and their thoughts echo one another. | Heroine feels they have a soul connection, and their thoughts echo one another. |
| ll) | Romantic lead's scent of citrus and waterfalls is alluring to the heroine, and she notices it often. | Romantic lead's scent of oranges and freshwater is alluring to the heroine, and she notices it often. |
| mm) | Heroine feels selfish about romantic lead. | Heroine feels selfish about romantic lead. |
| nn) | Heroine feels like she's being watched frequently in the story. | Heroine feels like she's being watched frequently in the story. |

| | | |
|---|---|---|
| oo) | Heroine is attacked by two vampires who aren't dressed for the winter weather. They remind her of eighties rockers. She starts to fight back in the same way in both books. The romantic lead saves her. | Heroine is attacked by two werewolves who aren't dressed for the winter weather. They remind her of eighties concert goers. She starts to fight back in the same way in both books. The romantic lead saves her. |
| pp) | Heroine hears a voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. There are actually two distinct beings. One is her long-lost father, now an immortal "abomination;" the other is Ronan (Hudson) | Heroine hears a voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. There are actually two distinct beings. One is her long-lost grandfather, the Unkillable Beast; the other voice is Hudson (Ronan) |
| qq) | Heroine is hurt and romantic lead helps her by carrying her in his arms, removing her boots and setting her on a divan, tending to her. | Heroine is hurt and romantic lead helps her by carrying her in his arms, removing her boots and setting her on her bed, tending to her. |
| rr) | A supernatural war is brewing. | A supernatural war is brewing. |
| ss) | Heroine is kidnapped by the vampire prince who wants to make her into a vampire believing she will be the reincarnation of his dead mate. | Heroine is kidnapped by the vampire prince's mate who wants to use her for a spell to resurrect her dead mate. |

19

| | | |
|---|---|---|
| tt) | Heroine stabs a demon to save romantic lead's life; there is a primal war cry in this scene. | Heroine stabs the vampire prince's mate to save romantic lead's life; there is a primal war cry in this scene. |
| uu) | Heroine offers herself to save her friends' lives, and romantic lead's life. | Heroine offers herself to save the romantic lead's life. |
| vv) | Romantic lead rescues heroine by breaking down the door. | Romantic lead rescues the heroine by destroying door and wall. |
| ww) | Romantic lead blames himself for the heroine's abduction by the vampire prince. | Romantic lead blames himself for the heroine's abduction by the vampire prince's mate. |
| xx) | Heroine worries that romantic lead and Ronan are going to come to mortal blows. | Heroine worries that romantic lead and Hudson are going to come to mortal blows. |
| yy) | Heroine doesn't want romantic lead to get hurt. | Heroine doesn't want romantic lead to get hurt. |
| zz) | Heroine realizes she has accidentally released Ronan into the world and has put the world at risk. | Heroine has accidentally released Hudson (into her mind) and has put the world at risk. |
| aaa) | Romantic lead and heroine declare their love toward the end of the story. He tells her he loves her for the first time and so does she. | Romantic lead and heroine declare their love toward the end of the story. He tells her he loves her for the first time and so does she. |

| | | |
|---|---|---|
| bbb) | He feels what has happened is his fault and they have a discussion about whether they should have a relationship. | He feels what has happened is his fault and they have a discussion about whether they should have a relationship. |
| ccc) | They agree to be together. | They agree to be together. |
| ddd) | They share an epic kiss. | They share an epic kiss. |
| eee) | The heroine attempts to sacrifice her life for his. | The heroine attempts to sacrifice her life for his. |
| fff) | The story ends with the realization that Ronan is free and is tied to the heroine. See second ending and the corresponding part in BMR in Exhibit 1 attached hereto. | The book ends with the realization that Hudson is free and is tied to the heroine. |

Attached hereto as Exhibit "1" is a true and correct copy of a document entitled "KEY: Crave and Blue Moon Rising (BMR) Comparison" (hereinafter the "Key"). The document goes through *Crave* sequentially by page number and compares the content of those pages with the corresponding content in the pages of various versions of the BMR manuscripts. At the end of the description of the corresponding content for BMR, there is a number sign (#) and a number highlighted in green (e.g. #161). The number refers to a paragraph in a document entitled "Index 1: Comparative Quotes, Crave & Blue Moon Rising (BMR)" (hereinafter "Index 1"), which contains the quotes for both *Crave* and *BMR* that evidence the similarities in the content being compared in the corresponding section of the Key. A true and correct copy of Index 1 is attached hereto as Exhibit "2."

    41.    Set forth below are a few examples of scenes that are substantially similar between the Freeman Copyrighted Material and *Crave*:

a.    Scene in which Heroine and romantic lead meet.

    1.    <u>She sees romantic lead for the first time and describes his looks</u>

**BMR**: "...striking, bewitchingly good-looking...full  lips and sculpted features...red lips and sun-kissed skin...was he really that beautiful?" 2011 P. 15-17

**Crave**: "...too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone. Smooth, alabaster skin." P. 21

    2.    <u>He is compelling, overwhelming, different</u>

**BMR:** "His physical beauty was so compelling that I was overcome." 2010 P. 13 ; 2011 P. 16; "There's something different about him…a certain presence..." 2011 P. 82

**Crave**: "Still, there's something more to him, something different and powerful and overwhelming. P. 21

    3.    <u>And his eyes...</u>

**BMR**: "And those eyes… they were beguiling and disturbing at the same time." 2010 P. 30; 2011 P. 40

**Crave**: "And his eyes…a bottomless obsidian that see everything and show nothing." P. 21

    4.    <u>Stare and she can't look away, locked / trapped</u>

**BMR**: "I tried not to stare as I approached the front doors of the school, but I couldn't bring myself to look away...Our eyes locked…" 2011 P. 16

**Crave:** "I'm trapped by his stare, hypnotized…" P. 21

    5.    <u>Romantic lead grins at heroine as if he knows exactly what effect he has on her</u>

**BMR**: "He grinned...as if he knew exactly what effect he had on me…" 2011 P. 16

**Crave**: "And now he's grinning...he knows exactly what kind of effect he's having on me." P. 22

6.     Heroine forces herself to tear / rip her eyes away and looks anywhere but

**BMR**: "I...tear my eyes away...keeping my eyes anywhere but on his face. 2011 P. 17

**Crave**: "I rip my eyes away...Determined to avoid his eyes, I look anywhere but. P. 22

7.     Heroine notices his tall /long lean body, muscles

**BMR**: "...tall...fit with lean muscle." 2011 P. 15 "I noticed the hard muscles of his biceps and chest…" 2011 P. 167

**Crave**: "...his long, lean body...flat stomach, and hard, well-defined biceps." P. 22

8.     Heroine notices his hair, which is dark and tousled/ falls forward

**BMR**: "I noticed his tousled hair was a rich, dark brown, almost black." 2011 P. 15; He looked like someone you'd see in a glossy magazine ad for some hip designer; artfully disheveled hair…" 2011 P. 108

**Crave**: "Add in the thick, dark hair that...falls forward into his face and skims low across his insane cheekbones." P. 22

9.     Wicked, dangerous, sexy

**BMR:** "The overall picture was one of dangerous, irresistible beauty...wicked grin"  2011 P. 16

"...just plain sexy." 2011 P. 20

**Crave**: "...sexy as hell...A little wicked...all dangerous." P. 22

10.     The heroine is irritated by the effect he has on her

**BMR**: "...if I were date someone, it wouldn't be him." 2011 P. 20  "...first love, the seemingly unattainable object of affection…" Midnight Overview 11-8-2009 P. 1

**Crave**: "The new girl swooning over the hottest, most unattainable boy in school? Gross. And so not happening." P. 23

11.    Heroine is angry about how he makes her feel

**BMR**: "My traitorous heart fluttered in response to his nearness and that made me mad." 2011 P. 35

"I looked down quickly, my heart racing wildly in the cage of my chest" 2010 P. 16

**Crave:** "He steps forward, closing the small distance I put between us. And there goes my heart again, beating like a caged bird desperate to escape. I hate it." P. 27

12.    Heroine quotes Shakespeare and the romantic lead knows the quote

**BMR**: "I whispered furiously, glaring daggers at him. 'Et tu, Brute?'" 2011 P. 40

**Crave:** "The quote is, 'There are more things in heaven and *earth*, Horatio.'" P. 24

13.    Fire back in verbal repartee

**BMR**: "'What about your girlfriend?' I fired back. There, I had him now." 2011 P. 53

**Crave:** "Then he fires back, 'I've got to say, if that's the best you've got, I give you about an hour.'" P. 26

14.    Romantic lead wins the verbal game

**BMR**: "Match and game. I hadn't anticipated that." 2011 P. 53

**Crave:** "I hate that he's bested me…" P. 27

15.    Romantic lead is so close she can feel his warm breath

**BMR**: "...bringing his face so close that I could feel the huff of his warm breath..." 2011 P. 55

**Crave:** "he leans closer still, *gets* closer still, until I can feel his warm breath on my cheek…" P. 27

16.    She notices pain in his eyes

**BMR:** "...his eyes...revealed within their depths was an anguish so raw I knew it rivaled my own." 2011 P. 592

**Crave:** "...his eyes...an agony so deep...I can feel it calling to my own pain." P. 29

17.     He brushes her hair back / takes hold of her curl

**BMR**: "... he reached out with one hand and brushed a lock of my hair back from my face,

24

his touch so light it was almost as though I had imagined it." 2011 P. 62

**Crave:** "At least until he reaches out and gently takes hold of one of my million curls." P. 29

    18.    <u>At the end of this hair touching scene, romantic lead warns her to be careful:</u>

**BMR:**  "It's not safe to be out alone, even after school." P. 62

**Crave:** "And always, *always* watch your back." P. 31


b.    Scene in which heroine is assaulted by two vampires in BMR and two werewolves in *Crave.*  They are not dressed for the winter weather, they look like eighties rockers, and the heroine notices they are unaffected by the cold. This scene exists in all versions of Freeman's manuscripts. Wolff cherry-picks the scene from 2011, 2013, 2014. In page number proximity with 2013, 2014 manuscripts of this scene.

    1.    <u>Two guys wearing jeans and shirts, no coats - not dressed for the winter weather</u>

**BMR**: "Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves." 2011 P. 519

**Crave**: "...both doors fly open. And in walk two guys wearing nothing but old-school concert T-shirts, jeans and lace-up boots. No jackets, no sweaters, no hoodies even." P. 53

    2.    <u>They aren't dressed for the weather and should have been cold</u>

**BMR**: "...they were completely unaffected by the cold. They should have been shivering, stamping their feet, and rubbing their hands together." 2011 P. 519

**Crave**: "I'm beginning to think they were high or something, because there's no other explanation as to why they would have been outside in only jeans and t-shirts. I mean, how did *they* avoid getting hypothermia?" P. 68

3.     <u>Eighties, dog collar, earring/ nose ring // Billy Idol / eighties rock concert</u>

**BMR**: "...a dog collar and an earring...He looks like a retro throw back to the eighties. In fact, he looks a lot like Billy Idol." 2013 P. 58  "He looks like a punk rocker throwback in a bad eighties movie." 2014 P. 48

**Crave**: "And in walk two guys wearing nothing but old-school concert T-shirts…Ones who died at an eighties rock concert...black nose ring right through his septum." P. 53

4.     <u>"Well, well, well. Looks like"</u>

**BMR**: One of the guys says: "Well, well, well. Looks like I've hit the jackpot." 2013 P. 58; 2014 P. 48

**Crave:** One of the guys says: "Well, well, well. Looks like we made it back just in time." P. 53

5.     <u>"My back to his front"</u>

**BMR**:"The Hulk twists my wrists behind my back, pinning me to him, my back to his front." 2014 P. 49

**Crave**: "He yanks me hard against him--my back to his front…" P. 56

6.     <u>She stomps on his toes / thinks about stomping on his feet</u>

**BMR**: "I raise my knees and slam my feet down, heels first onto the Hulk's toes." 2013 P. 60; 2014 P. 49

**Crave**: "I think about stomping on his feet, but my Converse aren't going to do much damage…" P. 56

7.     <u>She struggles, bucks, head butts / head back to break his nose</u>

**BMR:** "I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose." 2014 P. 50

**Crave:** "I start to struggle in earnest…" P. 56 "...I shout, bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose." P. 57

8. <u>Taste of blood in the mouth</u>

**BMR:** "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 P. 50

**Crave**: "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." P. 56-57

9. <u>She gets angry in this scene; fury / infuriate</u>

**BMR:** "Fury pulses through me." 2013 P. 60; 2014 P. 50

**Crave:** "Which infuriates me as much as it terrifies me." P. 56 "Which only pisses me off more." P. 57

10. <u>She puts her fists up to fight</u>

**BMR:** "I clench my jaw and crouch forward on the balls of my feet, fists up, ready to take the Hulk on." 2014 P. 50; 2013 P. 60

**Crave:** "I turn to flee, fists up in attempt to ward off Quinn if he tries to stop me…" P. 57

11. <u>The romantic lead comes to her rescue and scares the two guys but she doesn't realize it at first</u>

**BMR**: "A roaring growl splits the air around us—a *grizzly bear?*—and we're both hauled backward out of the van. I roll out of the Hulk's grasp. Roman (Ash) is on top of him in a flash, using the Hulk's face as a punching bag, his fists are flying so fast. How did Roman (Ash) get to the van?" 2014 P. 50

**Crave**: "...just in time to see Marc go flying across the entryway as he slams into the farthest wall." P. 57 "It's as he's pulling me toward him that I get my first good look at his face and realize that it's Jaxon." P. 58

27

12.　　　He looks her over

**BMR:** "He looks me over, cupping my face in his hands." 2014 P. 51

**Crave:** For long seconds, he doesn't say anything, just looks me over from head to toe…" P. 60

13.　　　A secret is mentioned in this scene

**BMR**: "The secret's safe with me, but I think you should tell her anyway." 2014 P. 57

**Crave:** "I hold his gaze, telling him with a look that I'll keep his secret." P. 59

14.　　　She thanks him for helping her

**BMR**: "Thanks for—well, for everything." 2014 P. 57

**Crave:** "Thank you," I blurt out. "For helping me, I mean." P. 61

15.　　　He lets her know he doesn't feel he deserves her thanks

**BMR**: Him: "

"His brows draw together in a frown. 'Sorry about today.'"

Her: 'You saved me.'

Her: "He just shakes his head, and I can tell he thinks it's his fault." 2014 P. 57 and You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me. 2014 P. 99

**Crave**:

Him: 'Is that what you think I did?'

Her: 'Isn't it?'

Him: "He shakes his head, gives a little laugh that has my heart stuttering in my chest. You have no idea…I just made you a pawn in a game you can't begin to understand." P. 61

16.   <u>After he leaves, she is left wondering</u>

**BMR:** "He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering." 2011 P. 63; 2014 P. 58 "Already she feels that he is somehow important to her and wonders why." 5-14-10 Chapter Analysis, Ch 4

**Crave:** "I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do.  P. 64

c.      First kiss scene which is the triggering event for heroine to learn about the supernatural world. In BMR, the romantic lead's eyes glow, as a werewolf shifter he's affected by the moon and the kiss.  In *Crave*, the romantic lead causes an earthquake with his vampire power because of the kiss.

1.   <u>It's cold but the romantic lead makes her feel heat</u>

**BMR**: "Don't worry, I'll keep you warm," he offers. The way he says it I feel a flutter of heat curl through me." 2013 P. 155

**Crave**: "...try to pretend that despite the chill, his hand on my arm doesn't flood every cell of my body with heat." P. 261

2.   <u>Just a light show</u>

**BMR**: "…that flash across the sky in Alaska in the deep winter. Just a perfect black background to showcase our own personal lightshow." 2013 P. 154

**Crave**: "...just watching the most brilliant show I've ever seen light up the sky." P. 263

3.   <u>Heroine feels shy</u>

**BMR**: "I feel shy and uncertain of myself." 2013 P. 157

**Crave**: "I glance at him, suddenly shy, though I don't know why." P. 263

29

4.    She wants him to kiss her but is afraid he might

**BMR**: "I want him to kiss me but at the same time I'm afraid he might. 2013 P. 155

**Crave**: "A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills…" P. 267

5.    Romantic lead looks at her with yearning / craving

**BMR**: "What I see in his face is a mix of wistful yearning and hope. He's looking at me like I'm the one who might be slightly out of reach…." 2013 P. 157; "While I craved the comfort of his presence, I knew he needed to be here more than I needed him." 2010 P. 407

**Crave**: "There's a desire in his eyes, a craving that has nothing to do with wanting me and everything to do with needing me." P. 269

6.    She can't look / back away. She's caught / mesmerised, enthralled

**BMR**: "He looks down into my eyes and I can't look away. I'm caught. It's hopeless, really." 2013 P. 157

**Crave**: "I don't back away. I can't. I'm dazzled, mesmerized, enthralled." P. 269

7.    Cups face in hand

**BMR**: "He cups my cheek with his hand…" 2013 P. 158

**Crave**: "I cup his face in my hands…" P. 269

8.    Romantic lead leans in /down, presses his lips to hers, soft kiss

**BMR:** "He leaned in and turned my chin up, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss." 2011 P. 172 "He leaned in and captured my lips with his own. Feather light, feather soft was his kiss, a gentle brush of his lips, the warmth of his breath mingling with my own." 2011 P. 255

**Crave:** "Then he leans down and presses his lips to mine. It's not a passionate kiss, not a hard

30

kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost..." P. 270

10.   His hands are in her hair / upper arms; pulling closer; her arms around his neck / tries to slide her arms around his neck

**BMR**: "His hands are in my hair and my arms are twined around his neck pulling him closer." 2013 P. 158

**Crave**: "...his hands are on my upper arms...pulling me against him...try to slide my arms around his neck…"  P. 271

11.   She is delirious / her head is light

**BMR**: "I'm delirious with the heat and urgency of our kiss…" 2013 P. 158

**Crave**: "My head gets lighter, my knees get weaker…" P. 271

12.   After kiss romantic lead loses self-control:  his eyes start to change because he's a wolf shifter / the ground shakes because he's a vampire

**BMR**: "His coppery eyes were gleaming, phosphorescent like an animal's eyes in the dark." 2011 P. 173; 2013 P. 159

**Crave**: "'Earthquake!' I manage to squeak out, wrenching my mouth from his." P. 271

13. Heroine is scared of romantic lead: gleaming / burning eyes, inhuman /
monstrous/ get out now

**BMR:** "Gleaming amber eyes rimmed in black.... Inhuman eyes...My heart was racing double-time so fast and so hard I was dizzy...It was all I could do not to stomp on his toes and make a run for it...I needed to get out of here. Now." 2011 P. 173-175.

**Crave**: 'You. Need. To. Go!'... He advances on me then, fingers flexing and eyes burning like black coals in a face livid with rage. I turn and run as fast as my weak knees will carry me...before this monstrous version of Jaxon overtakes me. P. 272

d. Scene after the first kiss in which heroine learns about the supernatural world. In both books, the heroine sees something supernatural after the first kiss with the romantic lead. In BMR, she sees the romantic lead's eyes glow and his canines extend. In *Crave*, hours later, she peels back her bandage and finds bite marks on her neck. In this scene in both books the heroine finds marks on her neck. In BMR, the marks are some kind of script or markings. In *Crave,* they are bite marks.

1. Heroine realizes romantic lead tried to keep his distance so she wouldn't figure out the truth

**BMR:** "The reason he'd kept his distance is because his parents knew he had a shifty eye problem and didn't want him dating a girl from school who might find out about it. Me." 2011 P. 186

**Crave:** "Or is there something more to the story, something that accounts for why my uncle was so nervous and Jaxon so determined to put distance between us." P. 300

32

2. <u>Heroine doesn't understand what she saw and  has marks on her neck</u>

**BMR:**  "Were they worried he'd bite me? Eat me? Or just scare me?" 2011 P. 186 "I tilted my head to the side and angled the mirror—and felt my face drain of all color. There were ==markings== on the back of ==my neck==!" 2011 P. 190

**Crave:** "And it's these thoughts that have me peeling back the bandage…staring at the cut on ==my neck==. Or, more precisely, at the two perfectly round, perfectly spaced puncture ==marks==…" P. 300

3. <u>Heroine can't sleep after that</u>

**BMR**: "Exhausted, I was too wired to ==go to sleep== …" 2011 P. 189

**Crave**: "Needless to say, there's no ==going to sleep== after that." P. 301

4. <u>Heroine wants answers</u>

**BMR**: "==I wanted answers about Ash and I wanted them now==." 2011 P. 192 (about romantic lead's eyes and what happened)

**Crave**: "Jaxon, on the other hand…==If he lies to me==, you'd better believe I'm going to stake him through his fangy black heart…==I march through the school like a woman on a mission==." P. 303 (about the fang marks and romantic lead's part in that).

5. <u>Heroine's head is spinning when she learns that the supernatural is real</u>

**BMR**: "==My head was spinning== with a hundred different thoughts at one time…" 2011 ==P. 230==

**Crave**: "...it's just that ==my head is spinning==. This has to be a nightmare." ==P. 309==

6. <u>Heroine learns romantic lead is a werewolf / vampire</u>

**BMR**: "I-I think you might be under a curse of some kind. Like a ==werewolf==…" 2011 ==P. 228==

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. ==Vampire==?" ==P. 313==; "And I'm a ==witch==. It's a family thing." P. 316

7.    Heroine learns monsters are real

**BMR**: All the fairy tales and stories you heard in your childhood about monsters and evil beings—it just so happens they're true." 2011 P. 237

**Crave**: "I'm not sure there's ever a good time to tell someone that monsters are real." P. 318

42. There are a staggering number of similar words and phrases that appear in BMR and *Crave*. Set forth below are examples.

a.    **CRAVE BOOK 1**

1)    Heroine reflects that Alaska feels like (living on) the moon

**BMR**: "…winter in Alaska must be like living on the moon..." 2011 P. 274

**Crave**: "Alaska feels like the moon." P. 34

2)    Heroine is in "way" over her head

**BMR**: "I was in way over my head." 2011 P. 121

**Crave**: "...I'm in way over my head…" P. 177

3)    And I don't believe in coincidences

**BMR**: "And I don't believe in coincidences…." 2010 P. 414 (2011 P. 516)

**Crave**: "And I don't believe in coincidences." P. 403

4)    Romantic lead wears black jeans and a t-shirt

**BMR:** "...though he was dressed well in black designer jeans and a black t-shirt..." 2011 P. 20

**Crave**: "...the black jeans and t-shirt he's wearing..." P. 22

5)    Romantic lead wears a black V-neck sweater

**BMR**: "… dressed well in jeans and a black v-neck sweater…" 2010 P. 16

**Crave**: "Dressed all in Gucci black--silk V-neck sweater…" P. 86

6) <u>Heroine describes romantic lead's appearance</u>

| **BMR:** | | **Crave:** | |
|---|---|---|---|
| Dark hair, full lips, red lips, chiseled features | | Dark hair, full red lips, chiseled features | |
| 2011 P. 14, 15,16, 34, 58, 101, 108,163, 168 | | P. 21, 22 | |
| Dangerous | P. 16, 53, 127, 251, 286, 311, 367, 424, 465 | Dangerous | P. 22, 28, 137, 224 |
| Bad boy | 2010 P. 32, 2011 P. 42, 172, 475 | Bad boy | P. 30 |
| Dark angel | P. 222 | Fallen angel | P. 30 |
| Sexy | P. 20 | Sexy | P. 86 |
| Arrogant | P. 20 | Arrogant | P. 137 |
| Rock star | P. 20, 82 | Rock star | P. 137 |
| Gorgeous | P. 16, 38, 82, 108, 483 | Gorgeous | P. 137, 432 |
| Beautiful | P. 17, 222 | Beautiful | P. 21, 203 |
| Wicked | P. 16 | Wicked | P. 22 |
| Wild | P. 186, 2014 P. 19 | Wild | P. 22 |
| Hot | P. 22, 28, 29, 252, 303, 311 | Hot | P. 21, 23, 137 |
| Smoking hot | P. 303 | Smoking hot | P. 137 |
| Tall, lean | P. 15 | Long, lean | P. 22 |
| Lean muscle | P. 15 | Lean muscle | P. 405 |
| Hard muscles of biceps | P. 167 | Hard well-defined biceps | P. 22 |
| Smile turns one corner of his mouth up P. 24,301 | | Smile turns corner of his mouth up P. 22 | |

     7)   <u>Romantic lead brings his thumb to his lips, licks /sucks, gaze with heroine</u>

**BMR:** "He brought his thumb to his lips and licked it, his gaze locked with mine." 2011 P. 594

**Crave:** "Then brings his thumb to his lips and —holding my gaze with his own—his thumb in his mouth and slowly sucks off the blood."  P. 62

     8)   <u>She steps back admiring her handiwork</u>

**BMR**: "She stepped back down…admiring her handiwork" 2011 P. 219

**Crave**: "Macy steps back to admire her handiwork." P. 206

     9)   <u>After an embarrassing moment with the romantic lead</u>

**BMR**: "... I wanted the ground to just open up and swallow me." 2011 P. 107

**Crave**: "...I pray for the ground to open up and swallow me." P. 254

     10)   <u>Heroine drifts in and out of fitful sleep</u>

**BMR**:  "As I drift in and out of fitful sleep, I hear…." 2011 P. 203

**Crave**: "I drift in and out of sleep…..and eventually fall into a fitful sleep...." P. 109

     11)   <u>Mouth opens and closes like a fish out of water, struggle for</u>

**BMR**: "My mouth opens and closes like a fish out of water...I struggle for air, my body thrashing." 2011 P. 2

**Crave:** "Stunned, his mouth opening and closing like a fish out of water as he struggles for a decent response." P. 373

     12)   <u>Well, well, well. Looks like</u>

**BMR:** "Well, well, well. Looks like I've hit the jackpot." 2013 P. 58; 2014 P. 48

 **Crave:** "Well, well, well. Looks like we made it back just in time." P. 53

13) <u>Frankenstein</u>

**BMR**: "Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride" 2012 P. 474

**Crave**: "I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works." P. 485

14) <u>Using every ounce of willpower</u>

**BMR:** "Using every ounce of willpower that remained to me...2011 P. 499

**Crave:** "Then, using every ounce of willpower I have left," P. 479

15) <u>My eyes bug out of my head (heroine)</u>

**BMR**: "My eyes bugged out of my head as I turned to see." 2011 P. 280

**Crave**: "...my eyes bugging out of my head. P. 239

16) <u>Wait for the other shoe to drop</u>

**BMR**: "It was amusing in a 'waiting for the other shoe to drop' sort of way… 2011 P.275

**Crave**: "I…wait for the other shoe to drop even though…" P. 340

17) <u>Poker Face</u>

**BMR:** "...willing myself to keep a poker face." 2011 P. 131

**Crave:**"...who pretty much has the opposite of poker face..." P.173

18) <u>Soul sucking demon</u>

**BMR**: "I'd been taken. By demons. Soul sucking demons." 2012 P. 440

**Crave**: "How was I supposed to know Angie was a soul-sucking demon?" P. 219

37

19)  <u>Adding fuel to the fire (gossip reference)</u>

**BMR:** "Adding fuel to the fire." 2011 P. 319 (in reference to gossip.)

**Crave**: "…last thing I need to do is add fuel to the fire." P. 424 (in reference to gossip)

20)  <u>Drama queen</u>

**BMR**: "Don't be such a drama queen!" 2011 P. 514

**Crave**: "Are you always such a drama queen…" P. 502

21)  <u>Heroine bats her hands away</u>

**BMR**: "I'll be fine," I said as I batted her hands away. 2011 P. 14

**Crave**: "It's okay; I can do it," I bat her hands away... P. 171

22)  <u>Heroine can't bear losing one more / another person she loves</u>

**BMR**: "Because the thought of losing one more person I love is unbearable." 2016 P. 95

**Crave**: "...watching another person I love die, there is no alternative..." P. 493

23)  <u>The hair on the back of her neck prickles / stands up feeling watched</u>

**BMR**: "… feeling of being watched makes the hairs prickle on the back of my neck." 2011 P. 3

**Crave**: "...the hair on the back of my neck stands up...it suddenly feels an awful lot like I'm being watched." P. 40

24)  <u>Romantic lead makes heroine feel like spontaneous combustion</u>

**BMR**: "My own spontaneous combustion would be great right about now. He's at the door in a flash, opening it for me..." 2016 P. 19

**Crave**: "...make me feel like *I might spontaneously combust*--especially if I spend much longer thinking about Jaxon." P. 170

25)  <u>Heroine calls romantic lead nicknames in her head:</u>

**BMR:** Tall, dark, and mercilessly good-looking. 2011 P. 17 Tall, dark, and wickedly handsome

2012 P. 19; Mr. Tall, Dark, and Bloodthirsty, heroine refers to vampire prince. 2011 P. 507

**Crave:** Mr. Tall, Dark, and Surly. P. 32, P. 34,120.

26) <u>Romantic lead says to heroine about them having a relationship:</u>

**BMR**: "You know this isn't going to be easy for us," 2010 P. 200

**Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." P. 167

27) <u>Anxiety and panic quotes about heroine's physical symptoms of panic</u>

**BMR:** "My stomach tightens." 2016 P. 14

**Crave:** "My stomach tightens up..." P. 403

**BMR:** "My heart sank down to my stomach and my stomach dropped down to my feet." 2011 P. 199

**Crave:** "My heart falls straight to my feet... " P. 289

**BMR**: "My heart was racing double-time…" 2011 P. 175

**Crave**: "...my heart beats triple time." P. 188

**BMR**: "My stomach was already performing the Olympic gymnastics routine." P. 101

**Crave:** "My already nervous stomach does a series of somersaults." P. 206

**BMR**: "My throat felt tight and I spoke slowly to get the words out…" 2011 P. 31

**Crave**: "I barely manage to get the words out past my suddenly tight throat." P. 139

28) <u>Everything in her is "screaming" when romantic lead offers her something</u>

**BMR:** Romantic lead offers heroine a ride: "Everything within me is screaming to just give in and say yes." 2012 P. 49

**Crave:** Romantic lead offers heroine a necklace: "even though everything inside me is screaming for me to hold tight to the necklace…" P. 443

29) <u>Fury, "yearning" to destroy / destruction</u>

**BMR**: "A ==fury== so strong I actually felt on fire with it and ==yearned to destroy== him." 2011 ==P. 551==

**Crave**: "==Fury== sweeps through me...He puts his hands on her hips in a gesture that makes every cell in my body ==yearn for destruction.==" ==P. 553-554==

30) <u>Okaaay/ Okaaaaaay</u>

**BMR**: "==Okaaay,==" 2011 P. 302

**Crave**: "==Okaaaaaay,==" P. 179

31) <u>Aunt Brie / Uncle Finn kisses the top of heroine's head</u>

**BMR**: "She ==kisses the top of my head== as she gets up to leave." 2012 ==P. 123==

**Crave**: "…with a ==kiss to the top of my head==…" ==P. 116==; "…==kiss on the top of my head.==" ==P. 207==

32) <u>Something different, magnetism</u>

**BMR**: "There's ==something different== about him, Aunt Brie. And he has a certain presence — charm, ==magnetism==—I can't explain it." 2011 ==P. 82==

**Crave**: "Still, there's something more to him. ==Something different== and powerful and overwhelming...“ "sheer ==magnetism== rolling off him in waves." ==P. 21==

33) <u>Romantic lead does a mock bow</u>

**BMR**: "==He== swept his arm out, ducking in a ==mock bow...==" 2011 P. 37

**Crave**: "==He== does a ==mock== little ==bow.==" P. 392

34) <u>Heroine's self-defense class / training</u>

**BMR**: Just a ==self-defense class==," (Anna) 2013 ==P. 62==

**Crave**: Every ounce of ==self-defense training== I've ever had…"(Grace) ==P. 59==

35) His warm breath against my ear; his scent wrapped itself around me

**BMR**: "... his warm breath delicious against my ear. His scent wrapped itself around me," 2011 P. 172-73

**Crave**: "...his breath is so warm and soft against my ear...and the orange and dark water scent of him currently wrapping itself around me. P. 141

36) Velvet wing chair vs. Velvet wingback chair

**BMR**: "I sat on the plush velvet wing chair on the….." 2011 P. 209

**Crave**: "...and the huge red velvet wingback chair P. 89

37) Vampires … oh my

**BMR**: "Vampires trolls and demons oh my."  2011 P. 500

**Crave**: "Vampires, dragons and werewolves oh my!" P. 324

38) Harry Potter

**BMR**: "Just think of what I'm doing as my very own 'sorting hat.'" "You're really quoting Harry Potter…" 2011 P. 533

**Crave**: "I can't help wondering if this castle--like Hogwarts--comes equipped with its very own ghosts." P. 53

39) Movies and Tom Cruise

**BMR**: "'And I love all of the 'Raiders of the Lost Ark' movies too." He gave his best bad-boy grin, one that would do Tom Cruise proud.' 2011 P. 42

**Crave**: "So you're an old movie buff? Or just an old - Tom Cruise - movie buff?" P. 262

40) Star Wars

**BMR**: "…it was the cantina scene from "Star Wars," only I was in it." 2011 P. 495

**Crave**: "The Star Wars movie where everybody dies???" P. 191

41

41) <u>Shakespeare</u>

**BMR**: "==Et tu, brute==?" 2011 P. 40 *Julius Caesar*

**Crave**: "==Et tu, brute==?" P. 164 *Julius Caesar*

42) <u>Things that go bump in the night</u>

**BMR:** "==Things that go bump in the night.==" 2010 P. 3, 185, 232, 476 ;The Plot 2008

**Crave:** "==Things that go bump in the night.==" P. 28, 198, 343

43) <u>Molten amber eyes, bright</u>

**BMR:** "==His eyes== were ==molten amber==… ==bright== and shiny..." 2011 P. 367

**Crave:** "…those ==molten amber eyes== of his." P. 362 "==Bright==-amber eyes."  P. 35

Attached hereto as Exhibit "3" is a true and correct copy of a document entitled "Substantially Similar Language (Primarily Phrases) in Crave and BMR" containing a list of much of the similar language contained in both *Crave* and *BMR*.

43.     The characters in *Crave* are also substantially similar. Set forth below are some examples of the similar characters.  Some of the character traits are not displayed until later books in the series.

| Characters in Blue Moon Rising | Characters in Crave Series |
| --- | --- |
| a. **Anna** | **Grace** |
| 1. Teen heroine almost 17. | Teen heroine 17. |
| 2. From San Diego. | From San Diego. |
| 3. Moves to Alaska after a tragic accident that kills her dad and mom. | Moves to Alaska after a tragic accident that kills her dad and grandparents. |
| 4.  Is suffering from a strong sense of loss. | Is suffering from a strong sense of loss. |

5. Has panic attacks and anxiety.

6. Uses breathwork to cope.

7. She discovers her family was murdered by the vampire prince.

8. Her parents have kept the supernatural world secret from her.

9. Her father was wolf shifter but she didn't know.

10. Her parents were "deeply in love with one another."

11. She has no other family other than her mom and aunt.

12. Later, discovers she has a long-lost grandmother.

13. Thinks she's human but she's unique among supernaturals.

14. Her supernatural purpose is to restore the balance. She is a protector.

15. She is a magical being with magic in her veins.

16. She is the only one of her kind and must bring balance between the races to stop war; the discord between them is affecting the human world.


Has panic attacks and anxiety.

Uses breathwork to cope.

She discovers her family was murdered by the vampire prince's mate.

Her parents have kept the supernatural world secret from her.

Her father was a witch but she didn't didn't know.

Her parents "loved each other a ridiculous amount."

She has no other family other than her cousin and uncle.

Later, discovers she has a long-lost grandmother.

Thinks she's human but she's unique among supernaturals.

Her supernatural purpose is to restore the balance. She is a protector.

She is a magical being with magic in her blood.

She is the only one of her kind and must bring balance between the races to stop war; the discord between them is affecting the human world.

17. She hears two voices in her head.

She hears two voices in her head.

18. One is an immortal "abomination" who is trapped in chains in a place reachable by portal. The vampire prince Julian put him there.

One is the Unkillable Beast who is trapped in chains in a place reachable by portal. The vampire king Cyrus put him there.

19. She visits him by portal, tells him she's a friend, and promises to come back for him.

She visits him by portal, tells him she's a friend, and promises to come back for him.

20. Later, she learns he is her long-lost father.

Later, she learns he is her long-lost grandfather.

21. The other voice she hears in her head is Ronan (Hudson).

The other voice she hears in her head is Hudson (Ronan).

22. She is immune to certain magic.

She is immune to certain magic.

23. When she learns she is supernatural, she thinks she is half human.

When she learns she is supernatural, she thinks she is half human.

24. She is a Nyx.

She is a gargoyle.

25. She thinks her mother is human.

She thinks her mother was human.

26. Her mother is a Kindred witch, and she comes from a long line of witches.

Her mother was a gargoyle, and she she comes from a long line of gargoyles.

27. She is born of mixed bloodlines.

She is born of mixed bloodlines.

28. She is the descendant of a twin goddess; she is a semi-god.

She is the descendant of a twin goddess; she is a demi-god.

29. Kindred witches are made of magic.

Gargoyles were created by witches and are born of magic.

| | |
|---|---|
| 30. Kindred were wiped out to near extinction because of a betrayal. | Gargoyles were wiped out to near extinction because of a betrayal. |
| 31. She has magical tattoos, that itch and burn. | She has magical tattoos, that itch and burn. |
| 32. High school junior, takes honors classes. | High school senior, takes AP classes. |
| 33. Loves books / reading. | Loves books / reading. |
| 34. Quotes books, Shakespeare, philosophy, etc. | Quotes books, Shakespeare, philosophy, etc. |
| 35. Thinks she isn't beautiful. | Thinks she isn't beautiful. |
| 36. Saves romantic lead's life. | Saves romantic lead's life. |
| 37. Sacrifices herself for the romantic lead's life. | Sacrifices herself for the romantic lead's life |
| 38. Drinks a lot of tea, tea is a thing in her family. | Drinks a lot of tea, tea is a thing in her family. |
| 39. Aunt makes special herbal tea blends. | Mom made special herbal tea blends. |
| 40. The tea was used to bind her magic and keep her ignorant of herself and the supernatural world. | The tea was used to bind her magic and keep her ignorant of herself and the supernatural world. |
| 41. Loves Mexican food – queso especially from local hotspot in Alaska. | Loves Mexican street tacos especially from local hotspot in San Diego. |
| 42. Supernatural beings in the story call her "child," "little girl," "cherie" "daughter." | Supernatural beings in the story call her "child," "little girl," "cher" "daughter." |
| 43. She is a queen. | She is a queen. |

| | |
|---|---|
| b. **Ash** | **Jaxon** |
| 1. Romantic lead. | Romantic lead. |
| 2. Werewolf shifter. | Vampire. |

| | |
|---|---|
| 3. Becomes heroine's boyfriend. | Becomes heroine's boyfriend. |
| 4. Citrus and waterfall scent, spicy. | Orange and fresh water scent, spice. |
| 5. Scent is part of his allure to heroine and is mentioned frequently. | Scent is part of his allure to heroine and is mentioned frequently. |
| 6. Intense, cocky, dangerous edge. | Intense, cocky, dangerous edge. |
| 7. Unusual "amber" eyes rimmed in black that are riveting. | Unusual "obsidian" eyes that are riveting. |
| 8. Locks gazes and hard to look away from. | Locks gazes and hard to look away from. |
| 9. Dominant. | Dominant. |
| 10. Dark hair. | Dark hair. |
| 11. Tall, slim, muscled. | Tall, slim, muscled |
| 12. Full red lips. | Full red lips. |
| 13. Wears black jeans and t-shirt the day he meets the heroine. | Wears black jeans and t-shirt the day he meets the heroine. |
| 14. Wears designer clothing. | Wears designer clothing. |
| 15. Wears a black v-neck sweater. | Wears a black v-neck sweater. |
| 16. Wants heroine to stay away but can't resist her. | Wants heroine to stay away but can't resist her. |
| 17. Fiercely protective of heroine. | Fiercely protective of heroine. |
| 18. Thinks he and heroine are bonded, mates. | Thinks he has a mating bond with heroine. |
| 19. Blames himself for her being in danger | Blames himself for her being in danger. |
| 20. Has an older brother who was murdered and feels responsible. | Has an older brother who he thinks he murdered and feels responsible. |
| 21. Crooked grin. | Crooked grin. |

| | |
|---|---|
| 22. Rescues heroine from vampire prince. | Rescues heroine from vampire prince's mate |
| 23. Gets jealous of Brendan (Crave's Flint). when he is around the heroine. Doesn't know Brendan is gay. | Gets jealous of Flint (BMR's Brendan). when he is around the heroine. Doesn't Doesn't know Flint is gay. |
| 24. Has powers with his mind, can compel, calm, and persuade others. | Has powers with his mind; telekinesis. |
| 25. Seems like he can fly--can jump really high. | Seems like he can fly--can float with telekinesis. |
| 26. Comes and goes so quickly she can't hear him, seems like he disappears. | Comes and goes so quickly she can't hear him, seems like he disappears. |
| 27. Has a magical ability to "cast" - move so quickly looks like he's appearing and disappearing. | Has a magical ability to "fade" - move so quickly looks like he's appearing and disappearing. |
| 28. During first kiss with heroine, loses self-control and starts to shift forms and scares her. | During first kiss with heroine, loses self-control and starts an earthquake and scares her. |
| 29. He is described by heroine as: Dangerous, dark angel, bad boy, sexy, arrogant rock star, gorgeous, beautiful, wicked, wild, hot, smoking hot, lean muscle, tall, with chiseled features and full red lips. | He is described by heroine as: Dangerous, fallen angel, bad boy, sexy, arrogant rock star, gorgeous, beautiful, wicked, wild, hot, smoking hot, lean muscle, tall, with chiseled features and full red lips. |
| 30. Heroine finds him dangerous but can't resist. | Heroine finds him dangerous but can't resist. |
| 31. She responds to the danger in him, and is | She responds to the danger in him, and is |

47

<table>
<tr><td>

drawn to it.

32. Tells heroine their relationship isn't going to be easy.

33. Blames himself for putting her in danger.

34. Rescues her when she's kidnapped by vampire prince.

35. Doesn't want heroine to walk away because he wants to experience what is between them.

36. Tells her he loves her for the first time at the end of the first book.

</td><td>

drawn to it.

Tells heroine their relationship isn't going to be easy.

Blames himself for putting her in danger.

Rescues her when she's kidnapped by vampire prince's mate.

Doesn't want heroine to walk away because he wants to experience what is between them.

Tells her he loves her for the first time at the end of the first book.

</td></tr>
</table>

**c. Ronan (aka The Bloodletter)**           **Hudson**

| | |
|---|---|
| 1. Royal | Royal prince |
| 2. Powerful magical gifts | Powerful magical gifts |
| 3. Vampire, Druid, magus, and shifter | Vampire |
| 4. Dark hair, "stormy blue eyes." | Dark hair, "stormy blue eyes." |
| 5. Believed to be evil. | Believed to be evil. |
| 6. Said to have been depraved, not sane | Said to have been depraved, not sane |
| 7. Said to have taken away free will from others. | Said to have taken away free will from others. |
| 8. An apocalypse could occur if he's free. | An apocalypse could occur if he's free. |
| 9. Has been trapped in his wolf form in another dimension. | Has been trapped in spirit form in another dimension. |
| 10. Accent "neither British nor Scottish." | British accent. |

| | |
|---|---|
| 11. Mocking smile, chiseled features, gorgeous. | Mocking smile, chiseled features, gorgeous. |
| 12. Tall, slim, and muscled. | Tall, slim, and muscled. |
| 13. Heroine doesn't remember him though they've met and spent time together in another dimension. | Heroine doesn't remember him though they've met and spent time together in another dimension.           . |
| 14. Heroine accidentally releases him from the other dimension when she frees him from a trap. | Heroine accidentally releases him from the other dimension when she inhales him during Lia's spell. |
| 15. He was believed to be trapped in a cursed object, entwined with a demon. | He is now trapped in her mind, entwined with her. |
| 16. He is believed to be evil and will bring war. | He is believed to be evil and will bring war. |
| 17. Caused the "wholesale slaughter of his people." | Caused "genocide." |
| 18. He isn't evil; he acted for the greater good. | He isn't evil; he acted for the greater good. |
| 19. He's not what he seems and has extraordinary power. | He's not what he seems and has extraordinary power. |
| 20. Bites heroine's lip to taste her blood. | Bites heroine's lip to taste her blood. |
| 21. In registered 2010 notes to be in love triangle and romantic lead for book two. | In love triangle with heroine and and romantic lead. |
| 22. Helps heroine use her powers rather than protect her. | Helps heroine use her powers rather than protect her. |
| 23. Calls the heroine "love." | Calls the heroine "love." |
| 24. He believes he is hers and she is his. | He is her mate. |
| 25. Heroine chooses him over romantic lead. | Heroine chooses him over romantic lead. |

d. **The High Priestess**                    **The Bloodletter**

1.  Born a witch, made a vampire           Vampire but can work magic

2.  Heroine's long-lost grandmother she    Heroine's long-lost grandmother she never
    never knew she had.                    knew she had.

3.  Is powerful and has powerful magic.    Is powerful and has powerful magic.

4.  She is consulted for advice by heroine. She is consulted for advice by romantic
                                           lead and heroine.

5.  Offers advice but it's advice that     Offers advice but it's advice that
    forces heroine to make her own decisions. that forces heroine and romantic lead to
                                           make their own decisions.

6.  Tells heroine she'll "know what to do." Tells heroine she'll "know what to do."

7.  Has "more than a hint of danger in her Has "more than a hint of avarice in her
    green eyes."                            green eyes."

8.  Calls heroine "child" and "darling."   Calls heroine "child" and "darling."

9.  Talks to heroine about sacrifice.      Talks to heroine about sacrifice.

10. Tells heroine magical gifts come with a price. Tells heroine all magic has a price.

11. Lives in another dimension.            Lives in a cave deep below the ice.

12. It's high summer where heroine visits  Takes heroine to a room where it's high
    her even though it's winter in Alaska.  summer even though it's winter in Alaska.


e. **Brendan**                              **Flint**

1.  He is the heroine's close male friend.  He is the heroine's close male friend.

2.  His parents are a mixed race couple.    His parents are a mixed race couple.

50

3.  He has warm café-au-lait skin, mochachino skin.

He has warm brown skin.

4.  He's multiracial; part black.

He's multiracial; part black.

5.  He's gay.

He's gay.

6.  Only the heroine knows he's gay.

Only the heroine knows he's gay (at first).

7.  He's gorgeous, good-looking.

He's gorgeous, good-looking.

8.  He's brainy.

He's super smart.

9.  He's athletic, plays on school sports team.

He's athletic, plays on school sports team.

10. He calls the heroine nicknames and teases her.

He calls the heroine New Girl through all the books and teases her.

11. He "waggles his brows" at the heroine in humor.

He "waggles his brows" at the heroine in humor.

12. Romantic lead is jealous of him being with the heroine.

Romantic lead is jealous of him being with the heroine.

13. He's a faery; Fae.

He's a dragon shifter.

14. Heroine thinks he's beautiful in his supernatural form.

Heroine thinks he's beautiful in his supernatural form.

15. He flashes heroine a big smile, and has a smile he's known for.

He flashes heroine a big smile, and has a smile he's known for.

16. He, heroine, and their friends, are on the school paper together.

He, heroine, and their friends, are on the are on the school Ludares team together.

17. He is a leader: school president.

He's a leader: captain of the Ludares team.


f) **Julian**

**Cyrus**

1.  Prince (there is no king).

King.

51

| | |
|---|---|
| 2. Vampire. | Vampire. |
| 3. Belongs to a royal court. | Belongs to a royal court. |
| 4. Leader of the Order, demon faction. | Leader of the council / circle. |
| 5. Elitist. | Born vampire supremacist. |
| 6. He's "like a king cobra." | He's "like a cobra." |
| 7. He's evil. | He's evil. |
| 8. Has a special bite, the Kiss of Death / Life which can be lethal. | Has a special bite, the Eternal Bite which is lethal. |
| 9. Wants war so supernaturals can take over the earth. | Wants war so supernaturals can take over the earth. |
| 10. Ronan is thought to be in league with him and it's believed he would join Julian to bring the next supernatural war. | Hudson is thought to be in league with him it's believed he would join Cyrus to bring the next supernatural war. |
| 11. Calls the heroine "little girl." | Calls the heroine "little girl." |
| 12. Wants to give heroine his special bite, the Kiss of Life/Death, which could kill her. | Gives heroine his special bite, the Eternal bite, which should kill her. |
| 13. He has a daughter from another woman who is not his mate, which is a surprise in the story. | He has a daughter from another woman who is not his mate, which is a surprise in the story. |
| 14. His daughter is related to the heroine: she is her half-sister. | His daughter is related to the heroine: she is her cousin and the romantic leads half-sister. |
| 15. His daughter helps him when he holds the heroine and her friends prisoner. | His daughter helps him when he holds the heroine and her friends prisoner. |

16. He is tall with blue eyes that are an intense shade of blue.

He is tall with blue eyes that are cobalt blue.

17. He and the heroine make a deal when he has her. She wants to save her friends.

He and heroine make a deal when he has her. She wants to save her friends.

18. The heroine fights him, even believing that she won't win.

The heroine fights him, even believing that she won't win.

### g. Immortal "Abomination" (Dante)

### Unkillable Beast (Allistair)

1. Speaks Gaelic.

Speaks Gaelic.

2. He turns out to be her long-lost father.

He turns out to be her long-lost grandfather.

3. One of two voices the heroine hears in her head.

One of two voices the heroine hears in her head.

4. Gives her warnings, tells her things.

Gives her warnings, tells her things.

5. Werewolf shifter and made vampire (demon).

Gargoyle.

6. His kind can communicate with one another telepathically.

His kind can communicate with one another telepathically.

7. Heroine is half of his kind of supernatural by blood.

Heroine is half of his kind of supernatural by blood.

8. Trapped by vampire prince Julian,
   he is in a steel trap chained to a tree which
   is accessible by portal, in another dimension.

Trapped by vampire king Cyrus,
he is in chains on a wall in a cave which
is accessible by portal on an island.

9. Heroine visits him and tries to free him.
   She tells him she's a friend and promises
   to come back for him.

Heroine visits him and tries to free him.
She tells him she's a friend and promises
to come back for him.

| h. **Aunt Brie** | **Uncle Finn** |
|---|---|
| 1. Heroine's aunt. | Heroine's uncle. |
| 2. Witch. | Witch (warlock). |
| 3. Warm and kind to heroine. | Warm and kind to heroine. |
| 4. Tells her about the supernatural world. | Tells her about the supernatural world. |
| 5. Heroine's only other known relative at the beginning of the story other than her mom. | Heroine's only other known relative at the beginning of the story other than her cousin. |
| 6. Talks to the heroine about the romantic lead and his appeal, embarrassing her. | Talks to the heroine about the romantic lead and his appeal, embarrassing her. |
| 7. Kisses heroine on top of her head throughout the story. | Kisses heroine on top of her head throughout the series. |
| 8. Talks to heroine about her father's necklace. and tells her never to take it off. | Talks to heroine about her father's rune stone and tells her to keep it on her at all times. |

## <u>OVERWHELMING SIMILARITIES</u><br><u>Between the Freeman Copyrighted Material</u><br><u>and *Crush, Covet and Court*</u>

44. The substantial similarity between the Freeman Copyrighted Material and *Crush, Covet,, and Court* are also overwhelming and undeniable. For among other reasons, they are derivative works of *Crave* based on the same characters and are merely a continuation of the same storyline in *Crave.* Additionally, they contain a number of the same scenes that are in the Freeman Copyrighted Material and a staggering number of similar words and phrases. Set forth below are examples of some similar words and phrases.

a.  **CRUSH BOOK 2**

    1)    <u>The Ronan / Hudson character says to the heroine:</u>

**BMR**: "This is just the beginning." 2013 P. 466

**Crush**: "This is just the beginning." P. 400

    2)    <u>The Brendan / Flint character waggles his brows at the heroine</u>

**BMR**: "Brendan waggled his brows at me, the brat." 2011 P. 166

**Crush**: "Flint …then waggles his brows at me." P. 272

    3)    <u>The Jenny / Macy character practically jumps up and down with heroine</u>

**BMR**: "She grabs my arm and practically jumps up and down."  2013 P. 245

**Crush**: "She wraps her arms around me like a limpet and practically jumps up and down…" P. 62-63

    4)    <u>Heroine promises to free the immortal abomination / Unkillable Beast character</u>

**BMR:** "But I'll be back for you. I promise." 2012 P. 513

**Crush**: "But I promise, we'll come back for you." P. 547

    5)    <u>Heroine is told she'll know what to do by the High Priestess / Bloodletter character</u>

**BMR**: "You will know what to do when the time comes." 2013 P. 221

**Crush**: "The Bloodletter told me I'd know what to do when the time was right." P. 581

    6)    <u>Heroine hears a voice inside her head that screams</u>

**BMR:** "The voice inside my head was screaming at me to look down. Look away, look anywhere but at him." 2011 P. 499

**Crush:** "The voice inside me is screaming now. Go back, go back, go back!" P. 531

7) <u>Heroine hears a voice inside her head (immortal abomination / unkillable beast) that warns her</u>

**BMR**: "Vampire!" the voice inside my head shrieked. 2011 P. 520; "*Demon!* the voice inside my head screams." 2014 P. 313

**Crush**: "*Get up!* the voice deep inside me says." P. 608

8) <u>The evil vampire prince Julian / vampire king Cyrus character is like a cobra</u>

**BMR:** "...he walked up to her slowly, like a king cobra moving in for the strike." 2011 P. 552

**Crush:** "Cyrus...who is like a cobra, because it serves everyone best if you don't take your eyes off him..." P. 380

9) <u>Heroine's Imagination running wild</u>

**BMR:** "I knew my imagination was running wild…" 2011 P. 393

**Crush:** "...as my imagination runs wild." P. 460

10) <u>Jeans and a black turtleneck</u>

**BMR:** "...she snatched them, a pair of jeans and a sleek black turtle neck…" 2011 P. 481

**Crush:** "She's dressed much more casually…in a pair of jeans and a black turtleneck…" P. 397

11) <u>Heroine is told nice of you to join us</u>

**BMR:** "Nice of you to join us," he says to Anna. 2011 P. 38

**Crush:** "Nice of you to join us, Grace," Cyrus says. P. 589

12) <u>Heroine wonders am I dead</u>

**BMR**: "Am I dead?" 2011 P. 3

**Crush**: "Am I dead?" P. 17-18

56

13) <u>Heroine wonders if something is wrong with her</u>

**BMR:** "There was something wrong with me. Clearly." 2011 P. 17

**Crush:** "Do you think something's wrong with me?" P. 25

14) <u>Heroine spinning out of control thinks of driving test / driving instructor</u>

**BMR**: "Do you turn into a spin on the ice or are you supposed to turn away from a spin? I know that was one of the questions on my driver's test. I just can't remember the answer. I try it both ways but it doesn't matter. I'm spinning out of control." 2013 P. 463

**Crush**: "She catches me with a huge block of ice to the hip, which sends me spinning out of control… I plummet downward in a flat-out spin…so in the end I do what my driving instructor taught me to do when skidding out in a car. Instead of fighting to pull out of the spin, I turn into it." P. 617

15) <u>Looks like sucked/swallowed a lemon</u>

**BMR:** "She looked like she'd sucked a lemon"  2011 P. 335

**Crush:** "He looks like he swallowed a lemon" P. 204

16) <u>Heroine fights back when she's attacked and blood spurts from his nose</u>

**BMR:** "...and cuffed him in the face. Blood spurted from his nose." 2011 P. 521

**Crush:** "...punch him in the nose... blood spurting out of his nose." P. 601

17) <u>Heroine says sleep claims me</u>

**BMR:** "I...wait for sleep to claim me." 2012 P. 8

**Crush:** "But right before sleep claims me..." P. 360

18) <u>Three Musketeers, Alexandre Dumas</u>

**BMR**: "All for one and one for all…" 2011 P. 518

**Crush**: "What's that old saying? One for all and all for one…" P. 89

57

19)    Peter Pan

**BMR:** Heroine about jumping off a balcony: "Was it Peter Pan and Wendy or Superman and Lois Lane?" I tried to joke." 2013 P. 369.

**Crush:** Heroine in a conversation about flying: "You're a gargoyle, not Peter Pan." P. 328

T20    Superman

**BMR:** "…he looked like Superman gone bad." 2011 P. 359

**Crush:** "You make him sound like Superman." P. 198

21)    Fairy tales and monsters

**BMR:** "All the fairy tales and stories you heard in your childhood about monsters and evil beings—it just so happens they're true." P. 237

**Crush:** "...almost like it's more fairy tale than real monster…" P. 205

22)    Heroine has mock horror

**BMR:** "I look down at my outfit in mock horror." 2013 P. 137

**Crush:** "I tease, shaking my head in mock horror…" P. 104

23)    Heroine with Ash / Jaxon: My face, his neck, breathe him in

**BMR:** "...my face resting against the bare skin of his neck. I breathed him in..." 2011 P. 414

**Crush:** "I bury my face in the spot where his shoulder meets his neck, and I breathe him in." P. 576

24)    Heroine: scream rises in my throat

**BMR:** "I smother the panicky scream that rises in my throat." 2012 P. 188

**Crush:** "I demand, even as a scream rises in my throat." P. 280

25)    Heroine: panic rises into throat and I swallow it

**BMR:** "…panic rises up from my stomach into my throat but I swallow it…." 2013 P. 310

**Crush:** "I swallow the panic rising in my throat…" P. 483

58

26) <u>Heroine: panic hits</u>

**BMR:** "That's when the panic hits." 2013 P. 463

**Crush:** "…that's when panic hits me..." P. 112

27) <u>Heroine: swallowed. Hard.</u>

**BMR:** "I swallowed. Hard." 2011 P. 422, 457

**Crush:** "I swallow. Hard." P. 84

28) <u>Heroine: my heart is in my eyes</u>

**BMR**: "My heart is in my eyes." 2013 P. 224

**Crush**:. "I look at him with what I know is my heart in my eyes..." P. 478-479

29) <u>Sneer and a bad taste in mouth</u>

**BMR**: "She said the last part with a sneer as though the admission that I was somehow important tasted bad in her mouth." 2011 P. 566

**Crush:** "Jaxon says his brother's name like it leaves a bad taste in his mouth, nose up and mouth curled into a small sneer…" P. 267

30) <u>That old TV show</u>

**BMR**: "if we were on that old TV show…" 2011 P. 22

**Crush**: "...despite what that old TV show said." P. 439

31) <u>Romantic lead smells like citrus / orange and spice and water</u>

**BMR:** Ash smells like "citrus and spice...and waterfalls." 2011 P. 436

**Crush**: Jaxon smells like "oranges and fresh water, and warm spicy cinnamon..." P. 10.

32) <u>Woodsy scent</u>

**BMR:** "He smelled wonderful, a clean, woodsy scent." 2011 P. 17

**Crush**: "...even as his familiar woodsy scent…" about Uncle Finn. P. 8

33) <u>Troll / Giant character is the largest person heroine has ever seen</u>

**BMR:** "...the door was opened by one of the largest men I'd ever seen." 2011 P. 489

**Crush:** "I think he's the largest person I've ever seen." P. 53

34) <u>Troll / Giant character is seven feet tall</u>

**BMR:** "... easily almost seven feet of rock solid muscle..." 2011 P. 489

**Crush:** "He's a huge man—seven feet at least..." P. 53

35) <u>The Troll / Giant character doesn't eat humans</u>

**BMR:** "'The part about eating humans is propaganda,' Ash answered..." P. 491

**Crush:** "Yes, he's a giant. But no, he doesn't eat people." P. 54

36) <u>Saccharine sweet voice</u>

**BMR:** "I'm Taylor Barbie," she said in a saccharine sweet voice. 2011 P. 144

**Crush:** "I keep my voice saccharine sweet." P. 173

37) <u>Peacock</u>

**BMR:** "They thrive on attention, adulation, that sort of thing and they like to cause a stir. Preening peacocks." 2010 P. 401

**Crush::** "...he goes into full peacock mode. Chest out, feathers up, and eyes wild…" P. 410

38) <u>Rabid dog</u>

**BMR**: "I wasn't a rabid dog…" 2011 P. 429

**Crush**: "He snarls like a rabid dog…" P. 418

39) <u>Fawn all over</u>

**BMR**: "Brendan doesn't fawn all over Taylor…" 2011 P. 100

**Crush**: "He's my mate. I'm allowed to fawn all over him." P. 240

40)  Like a rag doll

**BMR**: "...her head lolling back on her shoulders like a rag doll." 2012 P. 472

**Crush**: "...so now he's dragging me like a rag doll down the field." P. 418

41)  Homicidal Maniac

**BMR**: "He thinks I'm a homicidal maniac or something like that…" 2011 P. 301

**Crush**: "…what your girl needs to do is kick a homicidal maniac out of her head." P. 426

42)  Spoil sport

**BMR**: "Don't be such a spoil-sport." 2011 P. 339

**Crush**: "Fine, spoilsport." P. 50

43)  Heroine realizes she's not human

**BMR**: "I'm not human." 2011 P. 493

**Crush**: "I'm not human." P. 563

44)  Two sides of the same coin

**BMR**: "You can't have one without the other because they're two sides of the same coin…" 2013 P. 90

**Crush**: "It just makes them two sides of the same coin." P. 221

b.  **COVET BOOK 3**

1)  Heroine "locks them in a box;" her fear and anxiety

**BMR:** "So I decided to push my feelings of fear and dread all the way down, out of reach and lock them in a box." 2011 P. 474

**Covet**: "And then I lock them away in a box as quickly as they come...I'd do almost anything to avoid a panic attack." P. 66

61

2) <u>Heroine believes she is half-human once she knows she's a magical being</u>

**BMR**: "Is it because I'm half human…" 2013 P. 344

**Covet**: "I may be only eighteen years old--and half human…" P. 431

3) <u>Part lion part human</u>

**BMR:** "…mythological beings part lion, part human…" 2011 P. 230

**Covet:** "Manticores are part human and part lion…" P. 454

4) <u>Heroine "wraps my arms around my" when she panics</u>

**BMR**: "I wrap my arms around my middle...The room is spinning out of control." 2012 P. 188

**Covet**: "I wrap my arms around my waist, the walls of the room closing in…" P. 113

5) <u>Heroine's mouth feels like cotton</u>

**BMR:** "My mouth feels like it's stuffed with cotton." 2014 P. 51

**Covet**: "And my mouth feels like it's full of cotton…" P. 103

6) <u>Heroine says "I'm not most people"</u>

**BMR:** "I guess I'm not most people," I murmured softly. 2011 P. 409

**Covet**: "Yeah, well. I'm not most people." P. 42

7) <u>Heroine says what am I supposed to say to that</u>

**BMR:** "I mean what am I supposed to say to that?" 2013 P. 268

**Covet**: "I don't even know what I'm supposed to say to that?" P. 110

8) <u>Heroine has word vomit and babble with the romantic lead</u>

**BMR:** "Word vomit...I'm possessed by a wracking case of babbling, stumbling idiocy, with no control over what comes out of my mouth." 2013 P. 51

**Covet**: "The more I babble, the more stonelike Hudson's face becomes until I force myself to stop vomiting words and take an actual breath." P. 52

9)  Dante's Inferno

**BMR**: "I felt like I was in Dante's "Inferno" …." 2011 P. 491

**Covet**: "Ever read Dante's "Inferno'? I'm thinking he took inspiration from this place… P. 471

10)  Humpty Dumpty

**BMR**: "Humpty Dumpty sat on a wall. Humpty Dumpty had a great fall..." 2011 P. 346

**Covet**: "Humpty Dumpty Got Nothing on Us." P. 414

11)  The Incredible Hulk

**BMR:** "The Incredible Hulk already has the door… the Hulk grabs me…" 2013 P. 59

**Covet**: "You're Iron Man and the Hulk all rolled into one." P. 179

12)  Superman and Lois Lane

**BMR**: "'I'm sure I've seen this in a movie before. Was it Peter Pan and Wendy or Superman and Lois Lane?' I tried to joke." 2013 P. 369

**Covet**: "'I feel just like Lois Lane...You know, in the movie. Superman crushes coal to give Lois a diamond." P. 282

13)  Romeo and Juliette

**BMR:** "We're star-crossed before the first date. Romeo and Juliette." 2011 P. 284

**Covet**: What it sounds like is some magical, next-gen *Romeo and Juliet* shit." P. 407

14)  Sleeping Beauty

**BMR**: "It looked just like the sort of bed Sleeping Beauty might have slept in waiting for her prince to find her and break the spell—the wood carved with curlicues and fanciful swirls." 2011 P. 210

**Covet**: "...cheerful carvings on the staircase and room railings...As I look at this place, I'm

reminded of one of the versions of *Sleeping Beauty*...After the girl pricked her finger and fell into a sleep for a hundred years…" P. 242

   15) <u>Snow White</u>

**BMR:** "'Snow White,' she whispers." 2014 P. 102

**Covet**: "Or Snow White, for that matter." P. 665

   16) <u>Twilight</u>

**BMR:** "'I think it's more like Edward and Bella, though,' she said with a wink." 2011 P. 484 referencing the leads from the Twilight). "Although it is a very different story than *Twilight*, *Blue Moon Rising* will appeal to the same audience." Query October 2010

**Covet**: "If you think I'm watching *Twilight* one more time New Girl…" P. 284

   17) <u>Like a horror movie</u>

**BMR:** "All I'm thinking is that this is like a scene from one of those horror movies…" 2011 P. 203-204

**Covet**: "...this entire room looks like something out of a Transylvania horror movie…" P. 441

   18) <u>Berserkers</u>

**BMR:** "Berserkers were legendary warriors who went into a rage and fought…" 2011 P. 421

**Covet**: "Nuri's guards come at me like berserkers." P. 433

   19) <u>Wendigo / Windigos eat humans</u>

**BMR:** "I know from my Native studies class that a wendigo is a mythological shape-shifting monster that craves human flesh…" 2013 P. 81

**Covet:** "'Windigos,' Hudson replies quietly. 'You don't want to mess with them… They're vicious and they eat humans…" P. 498

20)   Zombies

**BMR**: "The whole sci-fi movie scenario plays in my head again. Deadly virus. Zombies." 2012 P. 441

**Covet**: "The intake guards, or whatever you call them, are the creepiest-looking people I have ever seen. Zombies?" P. 441

21)   Guards with translucent skin

**BMR**: "...they were reminiscent of the guards portrayed in ancient Egyptian tomb paintings...their skin was mahogany brown but somehow translucent..." 2012 P. 443

**Covet**: "The intake guards...grayish, nearly translucent skin." P. 441

22)   Lighthouse / Library of Alexandria

**BMR**: "...like the Hanging Gardens of Babylon or the Lighthouse of Alexandria." 2016 P. 94

**Covet**: "And not just a regular community library. Like the Library of Alexandria." P. 359

23)   Get-Out-of-Jail-Free Card

**BMR:** "Now I'd used all that angst to whack him over the head with an emotional two by four as my get-of-jail-free card." 2011 P. 305

**Covet**: "Let's go bargain for a get-out-of-jail free card." P. 329 "Does that mean you have an equally clever get-out-of-jail-free card you can offer?" P. 403

24)   To the victor go the spoils

**BMR**: "'To the victor go the spoils,' he murmured." 2011 P. 557

**Covet**: "To the victor, go the spoils, right Hudson?" P. 503

25)   Like a fortune teller

**BMR**: "I ask, just like any love-sick girl at a fortune-teller's booth." 2013 P. 433-434

**Covet**: "Like I'm at one of those fake fortune-tellers who just give people what they want to

65

hear." P. 112

26) <u>Tower Card in the Tarot – there are 78 cards, the heroine draws the same one in both books</u>

**BMR**: "The Tower. Not good... tower leans on its side stricken by a lightning bolt..." 2011 P. 6

**Covet**: "'Trouble,'...studies the card that looks like a tower being struck by lightning." P. 540

27) <u>Heroine is told there is more to her than meets the eye</u>

**BMR**: "Unfortunately, there is more to you than meets the eye…" 2011 P. 567

**Covet**: "Apparently there's a lot more to you than meets the eye." P. 595

28) <u>A mother character in the scene mentions the "life debt"</u>

**BMR**: "I owe you a life debt for what you did today." 2013 P. 336

**Covet**: "You owe me a life debt, vampire." P. 645

29) <u>Heroine says to herself, careful what you wish for</u>

**BMR**: "Aunt Brynne always says to be careful what you wish for..." 2013 P. 259

**Covet**: "Be careful what you wish for and all that…" P. 108

30) <u>Heroine tells immortal abomination / Unkillable Beast, she is a friend</u>

**BMR:** "'I'm a friend, promise,' I whispered, reaching one hand out..." 2011 P. 584

**Covet**: "'It's okay,' I murmur to him--out loud and with my mind. 'I'm a friend." P. 650

31) <u>Heroine has a smell as a magical being</u>

**BMR**: "I can smell the demon in you." 2014 P. 329

**Covet**: "...I definitely smell the gargoyle in you…" P. 229

32) <u>Heroine has been kept "ignorant" of the magical world by parents in order to "protect" her</u>

**BMR**: "...contact with the magical world. I thought if I could keep you from it, I would protect you and save myself. Instead, by keeping you ignorant…" 2013 P. 467

**Covet:"** "They knew there was magic in this world… They kept me ignorant..." P. 600 "…they did the best they could to protect me." P. 602 (By not telling her of the magical world).

33) <u>Heroine has felt out of place her whole life not knowing what she truly is</u>

**BMR**: "I've felt out of touch, out of place, my whole life." 2012 P. 81; 2011 P. 448; 2013 P. 89

**Covet**: "...I felt odd, out of place, a fish out of water in my own body…and in my own life." P. 600

34) <u>Balance, two sides of the same coin, balance, harmony</u>

**BMR**: "I understand that the balance is harmony, an accord of light and dark…they're two sides of the same coin; each opposite is essential to maintain the balance and rhythm of life on earth." 2013 P. 90

**Covet**: "But the universe requires balance…each a different side of the  same coin." P. 392  "Both sides...unable to live in any kind of harmony or balance…" P. 395

35) <u>Counterbalance</u>

**BMR**: "Balance and counterbalance. In all things there is a choice." 2011 P. 388

**Covet**: 'Power,' they were told, 'always requires a counterbalance." P. 393

36) <u>Heroine wonders "how am I supposed to" restore the balance</u>

**BMR**: 'You will need to balance both…' 'And just how am I supposed to do all that?' I say it like there's no way he can possibly be serious. I'm just one person.'  2012 P. 217; 2013 P. 220-221

**Covet**: "And if so, am I supposed to find a way to bring balance back? The idea seems absurd on its face. It's a lot to process…" P. 399

37)  <u>Born to bring the balance</u>

**BMR**: "You maintained the balance, Anna. You did what you were born to do." 2013 P. 342

**Covet**: "Aciel loved the girls equally and always told them that they were born to bring balance to the universe…" P. 392

38)  <u>War is being waged</u>

**BMR:** "We are at war, child, a war that has been waged..." 2011 P. 574

**Covet**: "All around us, war is being waged…" P. 621

39)  <u>Chance to register</u>

**BMR**: "And then before I have a chance to register…" 2011 P. 265

**Covet**: "We barely have a chance to register…" P. 208

40)  <u>Magical tattoos are sparkly / bright and they "swirl" and "dance"</u>

**BMR**: "...something sparkly caught the light...Tattoos!... swirling in a strange dance." 2011 P. 362

"They're swirling and dancing around my fingers and I can feel the…magic" 2013 P. 338

**Covet**: "...captured by the tattoo that's so bright now, it's practically blinding as it swirls and dances..."  P. 605

41)  <u>Tattoo burns heroine</u>

**BMR**: "And when I did, my back lit up on fire, thousands of tiny pin pricks." 2011 P. 436 (tattoo is on her neck and back)

**Covet**: "My tattoo burns as the magic lights each tiny needle prick…" P. 623

42)  <u>She "breathes him in" like "coming home"</u>

**BMR:** "I breathed him in and knew that I was home." 2011 P. 414

**Covet**: "I...just breathe him in. It feels like coming home." P. 207

43) <u>Heroine wonders if romantic lead can hear her heart it's so loud</u>

**BMR**: "My heart thundered loudly in my chest. Surely he could hear it?" 2011 P. 259

**Covet**: "My heart is pounding so hard in my chest, I'm certain he can hear it." P. 132

44) <u>Word vomit</u>

**BMR**: "Word vomit. Twice in one day and both times with him!" 2011 P. 52

**Covet**: "...I force myself to stop vomiting words..." P. 52

45) <u>An "invisible string" connects heroine and romantic lead</u>

**BMR**: "But he's not just any boy...It feels as though we're tied together by an invisible string. Fated...from the moment we first met, he looked at me as if he knew me, and I felt the same." 2016 P. 99 - 100

**Covet**: "Especially considering we're mated. Already, I can feel the invisible string stretching between us, connecting us to each other on a soul-deep level." P. 31

46) <u>Heroine is told to "trust no one"</u>

**BMR**: "Trust no one." 2011 P. 115, 205, 215

**Covet**: "Trust no one, Grace." P. 318

47) <u>Heroine in New York City, and her mom</u>

**BMR**: "We were in New York City...for my mom's art show." 2010 P. 114; 2011 P. 127

**Covet**: "...strolling through New York City...My mom was a huge Broadway musical fan... after I graduated, we'd come spend a week in New York." P. 369

c.    **COURT BOOK 4**

1) <u>There's no time like the present</u>

**BMR:** "Well, there's no time like the present." 2011 P. 86

**Court**: "There's no time like the present." P. 143

      2)    <u>God of Chaos</u>

**BMR**: "…the God of Chaos himself." 2016 P. 104

**Court**: "The God of Chaos." P. 159

      3)    <u>Gaelic</u>

**BMR**: "You know Gaelic?" 2010. P. 264

**Court**: "Gaelic?" P. 45

      4)    <u>Heroine is owed a debt for saving a life</u>

**BMR**: "This clan owes you a debt, Anna. Thank you for saving my Caitie's life…" 2011 P. 429

**Court**: "Thank you Grace…You saved my son and that is a debt…." P. 577

      5)    <u>Heroine says what could go wrong</u>

**BMR**: "What could possibly go wrong?" 2011 P. 510

**Court**: "What could go wrong…? P. 523

      6)    <u>Prada</u>

**BMR**: "Did you wear the new Pradas tonight?" 2011 P. 340; "…Prada lace-up boots." P. 481

**Court**: "…bloodred Prada suit…" P. 430

      7)    <u>Hawaii vacation</u>

**BMR**: "…were decked out in Hawaiian leis…returned from vacation…" 2011 P. 325

**Court**: "The vacation in Hawaii must be over…" P. 391

      8)    <u>Heroine says million dollar question</u>

**BMR**: "Well, wasn't that the million dollar question?" 2011. P. 27

**Court**: "It's the million-dollar question." P. 5

9) <u>Romantic lead has million dollar smile</u>

**BMR**: "And then he just grinned that million-dollar smile of his. 2011 P. 47

**Court**: "He's grinning down at me… the corners of that million-dollar smile of his. P. 134

10) <u>Mother to daughter</u>

**BMR**: "An unbroken chain…mother to daughter back to the first queen of Egypt, to the Great Mother Isis herself." 2016 P. 104

**Court**: "That kind of ancient magic, passed down from mother to daughter won't be held back…" P. 475

11) <u>Am I missing something</u>

**BMR**: "Am I missing something?" 2011. P. 493

**Court:** "Am I missing something?" P. 590

12) <u>Puzzle pieces</u>

**BMR:** "I asked, feeling more of the puzzle pieces snap into place." 2010 P. 194

**Court:**" I can tell he's suddenly putting together the puzzle pieces we've got in the same way that I have. P. 436

13) <u>Aunt says to heroine there's magic in your veins / blood</u>

**BMR**: "There's magic in your veins." 2011 P. 440

**Court:** "There's magic in your blood. P. 477

14) <u>Magic calls to magic</u>

**BMR**: Magic calling to magic. 2011 P. 255

**Court:** Like magic calls to like magic. P. 181

15) Plan B, plan C / G

**BMR**: "Plan B is shot down. I need a plan C." 2013 P. 270

**Court**: "What's plan B? Or are we on plan G now." P. 215

16) Heroine uses every ounce of will power not to move

**BMR**: "Using every ounce of willpower that remained to me, I stayed firmly planted…." 2011 P. 499

**Court**: "…it takes every ounce of willpower I have not to whirl around…" P. 541

17) Heroine wonders about romantic lead, what if our roles were reversed

**BMR:** "What if our roles were reversed?" 2013 P. 170

**Court**: "I would feel… the same way if our roles were reversed and…." P. 127

18) Heroine says look like sucked a lemon

**BMR**: "She looked like she'd sucked a lemon when…" 2011 P. 335

**Court**: "…queen looking like they've spent the last hour sucking on a bunch of really sour lemons." P. 86

29) Claiming sanctuary

**BMR**: "Think of it like a church…where two opposing sides claim sanctuary." 2013 P. 378

**Court**: "A child claiming sanctuary at that." P. 81

20) Mother Nature

**BMR:** "…Mother Nature has done a pretty good job…" 2011 P. 123

**Court**: "…magic gave birth to Mother Nature?" P. 464

21) Bark worse than bite

**BMR**: "…her bite is definitely worse than her bark." 2013 P. 326

**Court** "If by all bark, you mean even more bite." P. 82

22) <u>Tiger's Eyes</u>

**BMR**: "Coppery tiger's eyes." 2013 P. 199

**Court**: "Tiger's eye would be another good one." P. 472

23) <u>Dolphin</u>

**BMR**: "…look more like chubby dolphins…dolphin-like faces." 2016 P. 56

**Court**: "You haven't swum with the dolphins yet." P. 622

24) <u>Bit by bit</u>

**BMR:** "Bit by bit my world is unraveling...." 2013 P. 332

**Court**: "I can see power leaving his body bit by bit." P. 273

25) <u>Heroine with Julian / Cyrus character:</u> <u>let's make a deal</u>

**BMR**: "Let's make a deal." 2012 P. 455

**Court**: "Let's make a deal." P. 631

26) <u>Born in ten generations/ thousand years</u>

**BMR**: "She is said to be the most powerful of her kind born in ten generations." 2012 P. 207

**Court**: "Grace was the only gargoyle born in a thousand years." P. 164

27) <u>Heroine's frazzled nerves</u>

**BMR:** "My aunt's warm, brown eyes were welcoming and right now too friendly for my frazzled nerves. 2011 P. 66

**Court**: "It's that understanding that finally calms my frazzled nerves…" P. 189

28) <u>Stonehenge: energy, vortex, structure, harness</u>

**BMR**: "There's an energy vortex here… the Earth's energy is particularly concentrated…They built structures to mark them, like Stonehenge…These structures were placed at specific equidistant points as a means of harnessing energy and are used as portals…" 2011 P. 243

**Court:** "This structure looks like it could have been built five thousand years ago….Freaking Stonehenge." P. 588 "Hudson waves a hand at the circle of stone pillars in the middle of the field….Stonehenge...his original ability was channeling energy, right?"…Likely he can harness lightning …Remy will portal the rest of us over and punch through it. P. 594-595

29)   Queen of Shadows, Shadow Queen

**BMR**: "The Queen of Shadows!" 2014 P. 355

**Court:** "We know how to reach the shadow queen…" P. 676

30)   Win win

**BMR**: "Either way, it's a win-win." 2011 P. 549

**Court**: "So I call it a win-win." P. 585

## COUNT 1
## FRAUD AND DECEIT AGAINST PROSPECT AND KIM

45.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 44 above as if fully set forth herein at length.

46.     Prior to Freeman entering into the Agency Agreement, and various times thereafter, Kim, upon information and belief, falsely represented to Freeman that she would only show the Freeman Copyrighted Material to book publishers for the purpose of publishing Freeman's book and to Prospect's readers to critique the book.

47.     The true facts, upon information and belief, which defendants failed to disclose, were that Prospect and Kim intended to show the Freeman Copyrighted Material to Wolff and possibly others for the purpose of committing copyright infringement.

48.     Upon information and belief, Prospect and Kim knew that the aforesaid representations were false when they made them and said representations were made by them to

74

induce Freeman to enter into the Agency Agreement and to allow Prospect and Kim to supposedly shop her manuscript to book publishers.

49.     Freeman at the time of the representations were made, did not know that the representations were false and believed them to be true.

50.     In justifiable reliance on these representations, Freeman was induced to and did enter into the Agency Agreement and allow Prospect and Kim to shop her manuscript to book publishers.  Had Freeman been aware that the representations were false, or had Prospect and Kim disclosed the true facts, she would not have entered into the Agency Agreement or allowed Prospect and Kim to shop her manuscript to book publishers.

51.     Freeman discovered the above-described fraud and deceit within two years of the filing of this Complaint.  Freeman could not with reasonable diligence have discovered the fraud and deceit earlier.

52.     Upon information and belief, the fraudulent acts of Prospect and Kim described above were committed willfully, maliciously, recklessly and fraudulently to induce Freeman to enter into the Agency Agreement and allow Prospect and Kim to shop Freeman's manuscript to book publishers.

53.     As a direct and proximate result of the fraud and deceit, Freeman has suffered compensatory damages in an amount to be determined at trial and is entitled to an award of punitive damages in an amount to be determined at trial.

## COUNT II
## BREACH OF FIDUCIARY DUTY AGAINST PROSPECT AND KIM

54.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 44 and 46 through 52 above as if fully set forth herein at length.

55.     Prospect and Kim breached their fiduciary obligations to Freeman by, among other things, making the false representations to her set forth in paragraph 46 above, failing to disclose that they provided the Freeman Copyrighted Material to Wolff and possibly others for the purpose of committing copyright infringement and providing the Freeman Copyrighted Material to Wolff and possibly others for the purpose of committing copyright infringement.

56.     Freeman's above-described cause of action for breach of fiduciary duty did not accrue until within two years of the filing of this Complaint.   Furthermore, Freeman discovered the breach of fiduciary duty within two years of the filing of this Complaint and she could not with reasonable diligence have discovered the claim earlier.

57.     As a direct and proximate result of Prospect and Kim's conduct as aforesaid, Freeman has suffered compensatory damages in an amount to be determined at trial.

58.     Freeman is informed and believes and, on that basis alleges, that the conduct of Prospect and Kim in breaching the fiduciary duty owed to Freeman was intentional, fraudulent, malicious and oppressive.   Freeman is therefore entitled to an award of punitive damages from Prospect and Kim in an amount to be determined at trial.


**COUNT III**
**FRAUDULENT CONCEALMENT AGAINST PROSPECT AND KIM**

59.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 44, 46 through 52 and 55 through 56 above as if fully set forth herein at length.

60.     A fiduciary relationship imposes a duty upon Prospect and Kim to disclose material information and Prospect and Kim failed to do so with the intent to defraud Freeman.   Among other things, Prospect and Kim failed to disclose that they provided the Freeman Copyrighted Material to Wolff and possibly others for the purpose of committing copyright infringement.

61.     In justifiable reliance on the failure to disclose, Freeman was induced to and did enter into the Agency Agreement and allow Prospect and Kim to shop her manuscript to book publishers.  Had Freeman been aware of the true facts, or had Prospect and Kim disclosed the true facts, she would not have entered into the Agency Agreement or allowed Prospect and Kim to shop her manuscript to book publishers.

62.     Freeman discovered the above-described fraudulent concealment within two years of the filing of this Complaint.  Freeman could not with reasonable diligence have discovered the fraudulent concealment earlier.

63.     As a direct and proximate result of Prospect and Kim's conduct as aforesaid, Freeman has suffered compensatory damages in an amount to be determined at trial.

64.     Freeman is informed and believes and, on that basis alleges, that the conduct of Prospect and Kim in fraudulently concealing material facts from Freeman was intentional, fraudulent, malicious and oppressive.  Freeman is therefore entitled to an award of punitive damages from Prospect and Kim in an amount to be determined at trial.

## COUNT IV
## BREACH OF CONTRACT AGAINST PROSPECT AND KIM

65.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 44, 46 through 52, 55 through 56 and 60 through 62 above as if fully set forth herein at length.

66.     In addition to the terms set forth in paragraph 22 above, the Agency Agreement contains, among others, the following terms, covenants and conditions:

(a)     That the parties to the agreement shall carry out their terms in good faith and by dealing fairly with each other; and

(b)     That none of the parties thereto shall act in such manner as to destroy the other's expected fruits of the Agreement.

67.     Plaintiff has satisfactorily performed all of her obligations to said Defendants under the Agency Agreement.

68.     Prospect and Kim have materially breached the implied and express terms of the Agency Agreement by, among other breaches, providing the Freeman Copyrighted Material to Wolff and possibly others for the purpose of committing copyright infringement.

69.     Freeman did not discover the above material breach of the Agency Agreement until 2021.   Freeman was prevented from discovering the material breach due to the intentional misconduct of Prospect and Kim, including, but not limited to, Kim misrepresenting to Freeman that she would only show the Freeman Copyright Material to publishers for the purpose of publishing Freeman's book and to Prospect's readers to critique the book and by intentionally waiting years to have the book published.

70.     As a direct and proximate result of said Defendant's breaches of the Agreement, Plaintiffs have been damaged in an amount to be determined at trial.

### COUNT V
### COPYRIGHT INFRINGEMENT AGAINST WOLFF, KIM, PROSPECT, ENTANGLED, MACMILLAN AND CRAZY MAPLE STUDIO

71.     Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 44, 46 through 52, 55 through 56, 60 through 62 and 66 through 69 above as if fully set forth herein at length.

72.     Freeman, complying in all respects with the Copyright Laws of the United States, as proprietor thereof secured the exclusive rights and privileges in and to the copyright in the Freeman Copyrighted Material.

73.     Freeman deposited and registered the Freeman Copyrighted Material with the United States Copyright Office on or about September 12, 2021, and received from the Register of Copyrights Certificates of Registration dated September 12, 2021, and numbered TXu002276330; TXu002282260; TXu002276335 and TXu002276337.

74.     The Freeman Copyrighted Material contains a large amount of wholly original material and constitutes copyrightable subject matter under the laws of the United States.

75.     Since the date of inception of the copyrights, Freeman has been, and continues to be, proprietor of the right, title and interest in and to the copyrights in the Freeman Copyrighted Material.

76.     Upon information and belief, Defendants Wolff, Kim, Prospect, Entangled and Macmillan are manufacturing, distributing and selling the books entitled *Crave*, *Crush, Covet,* and *Court* in various formats, each of which are substantially similar to the Freeman Copyrighted Material. By doing the foregoing, they are knowingly and willfully infringing Freeman's copyrights in the Freeman Copyrighted Material. Wolff, and possibly others, have also entered into a contract with Universal to make a motion picture based on the book *Crave.* Furthermore, Wolff, and possibly others, licensed Crazy Maple Studio the right to produce a video game based on *Crave* (the "Crave Video Game").  Crazy Maple Studio is manufacturing, distributing and selling the Crave Video Game, which is substantially similar to the Freeman Copyrighted Material. By doing the foregoing, Crazy Maple Studio is knowingly and willfully infringing Freeman's copyrights in the Freeman Copyrighted Material.

77.    Freeman has not granted to any of said Defendants any right or license to use all or any part of the Freeman Copyrighted Material.

78.    Freeman has notified Defendants Wolff, Kim, Prospect, Entangled and Macmillan that they have been and are infringing the copyrights in and to the Freeman Copyrighted Material and, upon information and belief, said Defendants and Crazy Maple Studio have full knowledge that their acts are wrongful and unlawful and have continued to infringe said copyrights and intend to continue to infringe said copyrights throughout the United States and the rest of the world.

79.    As a direct and proximate result of said Defendants' copyright infringement, Freeman has suffered and will continue to suffer severe injuries and damage, some of which cannot be reasonably and adequately measured or compensated in damages.

80.    By reason of the foregoing, Freeman is further entitled to damages she has sustained and will sustain in the future, and any profits of said Defendants as a result of the infringements, in an amount to be ascertained at trial.

## COUNT VI
### CONTRIBUTORY COPYRIGHT INFRINGEMENT AGAINST WOLFF, KIM, PROSPECT, ENTANGLED, MACMILLAN AND CRAZY MAPLE STUDIO

81.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 44, 46 through 52, 55 through 56, 60 through 62, 66 through 69 and 72 through 78 above as if fully set forth herein at length.

82.    Upon information and belief, said Defendants, and each of them, if not directly or vicariously liable for infringement of Freeman's copyrights in the Freeman Copyrighted Material, are liable for contributory infringement.

83. Upon information and belief, said Defendants induced, caused, or materially contributed to the copyright infringement by others, including, but not limited to, the infringing conduct of the other Defendants, of the Freeman Copyrighted Material as alleged herein.

84. Upon information and belief, said Defendants knew or had reason to know that the conduct of such other parties infringed Freeman's copyrights.

85. As a direct and proximate result of said Defendants' contributory copyright infringement, Freeman has suffered and will continue to suffer severe injuries and damage, some of which cannot be reasonably and adequately measured or compensated in damages.

By reason of the foregoing, Freeman is further entitled to damages she has sustained and will sustain in the future, and any profits of said Defendants as a result of the infringements, in an amount to be ascertained at trial.

## COUNT VII
### VICARIOUS COPYRIGHT INFRINGEMENT AGAINST WOLFF, KIM, PROSPECT, ENTANGLED, MACMILLAN AND CRAZY MAPLE STUDIO

86. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 44, 46 through 52, 55 through 56, 60 through 62, 66 through 69, 72 through 78 and 82 through 84 above as if fully set forth herein at length.

87. Upon information and belief, said Defendants, and each of them, if not directly or contributorily liable for infringement of Freeman's copyrights in the Freeman Copyrighted Material, they are vicariously liable for said infringements.

88. Upon information and belief, said Defendants had the right and ability to supervise the infringing conduct of others, including, but not limited to, the infringing conduct of the other Defendants.

89.     Upon information and belief, said Defendants possessed a direct financial interest in the infringing conduct of such parties.

90.     As a direct and proximate result of said Defendants' vicarious copyright infringement, Freeman has suffered and will continue to suffer severe injuries and damage, some of which cannot be reasonably and adequately measured or compensated in damages.

91.     By reason of the foregoing, Freeman is further entitled to damages she has sustained and will sustain in the future, and any profits of Defendants as a result of the infringements, in an amount to be ascertained at trial.

## COUNT VIII
## DECLARATORY RELIEF AGAINST UNIVERSAL, WOLFF AND ENTANGLED

92.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 44, 46 through 52, 55 through 56, 60 through 62, 66 though 69, 72 through 78, 82 through 84 and 88 through 90 above as if fully set forth herein at length.

93.     Upon information and belief, Universal, a motion picture studio, has entered into a contract to produce a motion picture based on the first book in the series entitled *Crave.*

94.     An actual controversy has arisen and now exists between Freeman, on the one hand, and Universal, Wolff and Entangled, on the other hand, regarding Universal's right to produce a motion picture based on the book *Crave.*  Freeman contends that Universal cannot produce a motion picture based on the book *Crave.*

95.     Universal, Wolff and Entangled dispute Freeman's contention, and instead contend that Universal can produce a motion picture based on *Crave.*

96.     Freeman desires a judicial determination of the respective rights and duties of the parties and that Universal is not entitled to produce a motion picture based on *Crave.*

97.     A judicial determination of the parties' rights and duties under the Agreement is necessary and appropriate in order to put to rest their respective rights with respect to the making of a motion picture based on the book *Crave*.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. Rule 38(b), Plaintiffs demand a trial by jury on all issues properly triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment as follows:

1.   With respect to the First Claim for Relief against Prospect and Kim:

(a)     That Freeman be awarded compensatory damages in an amount to be proven at trial; and

(b)     That Freeman be awarded punitive damages in an amount to be awarded at trial.

2.   With respect to the Second Claim for Relief against Prospect and Kim:

(a)     That Freeman be awarded compensatory damages in an amount to be proven at trial; and

(b)     That Freeman be awarded punitive damages in an amount to be awarded at trial.

3.   With respect to the Third Claim for Relief against Prospect and Kim:

(a)     That Freeman be awarded compensatory damages in an amount to proven at trial; and

(b)      That Freeman be awarded punitive damages in an amount to be proven  at trial.

4.      With respect to the Fourth Claim for Relief against Prospect and Kim that Freeman be awarded compensatory damages in an amount to be proven at trial.

5.      With respect to the Fifth Claim for Relief against Defendants Wolff, Kim, Prospect, Entangled, Macmillan and Crazy Maple Studio:

(a)      For an accounting and payment to Freeman of all gains, profits and advantages said Defendants derived from their copyright infringement of the Freeman Copyrighted Material;

(b)      For such compensatory damages as Freeman has sustained as a consequence of said Defendants' infringement of the Freeman Copyrighted Material, in an amount to be proven at trial;

(c)      That said Defendants, their officers, directors, employees, agents, servants and all persons, firms, corporations and associations in active concert or participation with them, be enjoined during the pendency of this action and permanently from selling, marketing, advertising, manufacturing or in any way exploiting the books entitled *Crave, Crush, Covet*, or *Court* or the Crave Video Game; and

(d)      For reasonable attorney's fees with respect to all of Freeman's legal fees incurred in connection with her infringement claim with respect to the book entitled *Court* and the Crave Video Game;

6. With respect to the Sixth Claim for Relief against Defendants Wolff, Kim, Prospect, Entangled, Macmillan and Crazy Maple Studio:

(a) For an accounting and payment to Freeman of all gains, profits and advantages said Defendants derived from their copyright infringement of the Freeman Copyrighted Material;

(b) For such compensatory damages as Freeman has sustained as a consequence of said Defendants' infringement of the Freeman Copyrighted Material, in an amount to be proven at trial;

(c) That said Defendants, their officers, directors, employees, agents, servants and all persons, firms, corporations and associations in active concert or participation with them, be enjoined during the pendency of this action and permanently from selling, marketing, advertising, manufacturing or in any way exploiting the books entitled *Crave, Crush, Covet*, or *Court* and the Crave Video Game; and

(d) For reasonable attorney's fees with respect to all of Freeman's legal fees incurred in connection with her infringement claim with respect to the book entitled *Court* and the Crave Video Game.

7. With respect to the Seventh Claim for Relief against Defendants Wolff, Kim, Prospect, Entangled, Macmillan and Crazy Maple Studio:

(a) For an accounting and payment to Freeman of all gains, profits and advantages said Defendants derived from their copyright infringement of the Freeman Copyrighted Material;

(b)     For such compensatory damages as Freeman has sustained as a consequence of said Defendants' infringement of the Freeman Copyrighted Material, in an amount to be proven at trial;

(c)     That said Defendants, their officers, directors, employees, agents, servants and all persons, firms, corporations and associations in active concert or participation with them, be enjoined during the pendency of this action and permanently from selling, marketing, advertising, manufacturing or in any way exploiting the books entitled *Crave, Crush, Covet or Court* and the Crave Video Game*; and*

(d)     For reasonable attorney's fees with respect to all of Freeman's legal fees incurred in connection with her infringement claim with respect to the book entitled *Court* and the Crave Video Game.

8.     With respect to the Eighth Claim for Relief Against Defendants Universal, Wolff and Entangled a judicial declaration that Universal is not be entitled to produce a motion picture based on the book entitled *Crave*:

9.     With respect to all Claims for Relief:

(a)     An award to Plaintiffs of the costs and disbursements, incurred in prosecuting this action;

(b)     For interest thereon; and

(c)     For such other and further relief as the Court deems just and proper.

/ / /

/ / /

/ / /

/ / /

Dated: May 23, 2022

CS Reeder, PC
Attorneys for Plaintiff

By:

Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: (310) 861-2470
Email: mark@csrlawyers.com

Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 209-3050
Email: plicalsi@reiterlaw.com

# EXHIBIT 1

EXHIBIT 1

Page 88

## KEY: Crave[1] and Blue Moon Rising[2] (BMR) Comparison

**Introduction:** Both books are young adult paranormal romance and fantasy. The main plot in Blue Moon Rising is Crave's main plot. The 2010 and 2011 versions are the same manuscript, however, the 2011 version contains additional material. (2012, 2013, 2014, and 2016, are the same story as well containing different material in some places. In 2012, the manuscript was renamed Masqued). All versions of the Freeman manuscripts shall be referred to as "BMR." The main characters in BMR and Crave are the same characters, as are most of the supporting characters, and they play the same roles. BMR's subplots are the main plots for the other books in the Crave series. The stories are told in the first person point of view of the heroine. The setting is high school in Alaska.

Crave follows the 2010 and 2011 manuscripts for the storyline, often in page number proximity. Scenes track between the books, even when those scenes are taken from other versions of the manuscript. Parts of BMR are used in Crave in a different order, or tacked on to a scene that tracks in page number proximity or in sequential order with BMR. Language is frequently recycled with the same words used, and this too, is often in page number proximity. In this document, the later books in the Crave series are sometimes referred to for context.

**Crave Plot:** Crave is about a teen girl who moves to Alaska from San Diego after an accident kills her father and mother. She is the new girl at a boarding school in Alaska and now lives with her uncle (who is the headmaster) and her cousin. They are both supernatural witches, though she doesn't know it. She has no other family. She believes she is human. Her father was a witch and her mother was a gargoyle, but she doesn't know that either.[3] The students at the school are supernatural beings, but the heroine doesn't know it at first. She has been kept ignorant of the supernatural world by her parents in order to keep her safe. Tea was used to bind her powers and keep her from shifting into her supernatural form.[3] She is suffering loss and thinks about her father and mother's deaths often. She has panic attacks and anxiety from the loss.

She meets a boy at school on her first day, who is mysterious, dangerous, and alluring. She is drawn to him and tries to resist. He quotes Shakespeare and notes that she knows the quote. She discovers that the boy has secrets and is suffering from loss as well. His older brother, Hudson, who looks nineteen, was murdered.[3] The romantic lead believes he killed him (it is revealed later in the series in *Court*, that he did not kill him).[3] He

---

[1] *Crave* by Tracy Wolff First Edition, published by Entangled Teen, April, 2020.

[2] Freeman materials: BMR 2010 ("2010") and 2011 ("2011") versions; renamed Masqued 2012 ("2012"), 2013 ("2013"), 2014 ("2014") and 2016 ("2016") versions. 2016 is a partial manuscript created in 2014. *The Plot,* 2008; *The Cast Notes,* 2008; *Midnight Overview Notes*, 2009; *The World Notes,* 2010; *Pitch Notes to Emily Sylvan Kim*, 2013; *Freeman Notes*, 1-27; *Chapter Analysis*, 5-14-10. All of these materials were given to defendant Emily Sylvan Kim and Prospect Agency.

[3] This is revealed later in the *Crave* series. These points are outlined in the **Key Index** below with their associated page numbers. It is mentioned here because it is a plot point in BMR, and is in the Complaint.

**EXHIBIT 1**

**Page 89**

1

tries to resist his attraction to her because he believes that being with him will be dangerous for her. He's a vampire, and has a role in trying to stop the war between the races of supernatural beings. He doesn't want the heroine to be in danger due to her association with him and his world.

However, the heroine is in danger. Certain students at the school are trying to kill her, which remains a mystery until the end of the story. They are trying to kill the heroine in order to stop Lia, the dead vampire prince Hudson's mate, from using the heroine in a spell to resurrect Hudson, who is thought to be evil and responsible for the deaths of many others. If he is brought back, it is believed that he will bring war, and it would be the end of the world.

The heroine is attacked by two werewolves who remind her of eighties concert goers. She fights back, and the romantic lead rescues her.

The heroine hears a voice inside her head telling her what to do, and giving her warnings. She wonders what the voice is. The voice will turn out to be her long-lost grandfather, who speaks Gaelic (as does his type of supernatural, who also communicate with their kind telepathically).[3] The vampire king (BMR's vampire prince) has trapped him in chains where he is stuck in his supernatural form. There will be a second voice the heroine hears in her head who will turn out to be Hudson (BMR's Ronan). She begins to hear Hudson's voice in the next book in the Crave series.[3]

The heroine is kidnapped by a vampire (Lia) who says she is the dead vampire prince (Hudson's) mate. She wants to use the heroine in a spell to bring back her dead mate. She also wants revenge against the romantic lead who she believes killed her mate.[5] By using the heroine in a spell and killing her in the process, she will have vengeance, and get her dead mate back. The vampire prince's mate (Lia) is responsible for the accident that killed the heroine's parents.

The romantic lead finds the heroine and fights the vampire prince's mate (Lia). The heroine fights as well. The romantic lead ends up fighting the vampire prince (Hudson), who is in the form of black smoke. The romantic lead compresses the smoke into a ball and throws it at the vampire prince's mate (Lia). When it hits her, she whispers her thanks to the romantic lead, and explodes into a cloud of dust.

Later, the heroine sees Hudson standing with a broadsword poised to strike the romantic lead from behind. The heroine grabs the romantic lead and wraps herself around him, putting herself in front of the sword. She unknowingly turns into a stone gargoyle for the first time, saving the romantic lead's life. She has accidentally released Hudson, who is said to be evil, and he is now inside her head as she is frozen in stone as a gargoyle. It is believed that if Hudson was free to walk the earth again, it would be a danger to the world. Crave ends here from the heroine's point of view.

The book has three bonus chapters at the end told from the romantic lead's point of view and which offer a final and second ending to the story that takes place after the heroine is turned to stone. These chapters end

**EXHIBIT 1**

with the Bloodletter character turning into a winged creature and flying off; the romantic lead decides to be with the heroine, and it doesn't matter what he has to do to keep the heroine safe, it doesn't matter what he has to do to hold on to her.

**EXHIBIT 1**

**Page 91**

**BMR Plot**: Blue Moon Rising is about a teen girl who moves to Alaska from San Diego after an accident kills her father and grandparents. She lives with her mother and aunt who are both supernatural witches, though she doesn't know it. She has no other family. She believes she is human. Her father was a werewolf but she doesn't know that, either. She attends public high school. Her friends are supernatural beings, but she doesn't know it at first. She has been kept ignorant of the supernatural world by her mother and aunt in order to keep her safe. Tea was used to bind her powers and keep her from shifting into her supernatural form. She is suffering loss and thinks about her father and grandparents' deaths often. She's never gotten over it. She has panic attacks and anxiety from the loss.

She meets the new boy at school on his first day, who is mysterious, dangerous, and alluring. She is drawn to him and tries to resist. She quotes Shakespeare and notes that he knows the quote. She discovers that the boy has secrets and is suffering from loss as well. His older brother, who was nineteen, was murdered. The romantic lead tries to resist his attraction to her because he believes that being with him will be dangerous for her. He's a werewolf, and has a role in trying to stop the war between the races of supernatural beings. He doesn't want the heroine to be in danger due to her association with him and his world.

However, the heroine is in danger. The Order is searching for the heroine and will kill her if they find out who she is. The Order is a mystery, and the heroine doesn't know about them or that they are looking for her until later in the story. The Order will kill her because they believe she will be used to join forces with Ronan, who is thought to be evil, and responsible for the deaths of many others. If he rises, and walks the earth again, it is believed that the world as we know it will never be the same.

The heroine is attacked by two vampires who remind her of eighties rockers. She fights back, and the romantic lead rescues her.

The heroine hears a voice inside her head telling her what to do, and giving her warnings. She wonders what the voice is. The voice will turn out to be her long-lost father who speaks Gaelic (as does his type of supernatural, who also communicate telepathically). The vampire prince (Crave's vampire king) has trapped him in chains where he is stuck in his supernatural form. There is a second voice the heroine hears in her head who will turn out to be Ronan (Crave's Hudson).[4]

The heroine is kidnapped by the vampire prince (Julian). He wants to use the heroine to bring back his dead mate by making her into a vampire, believing that she will then be the reincarnation of his dead mate. He also wants revenge against the heroine's father who he believes killed his mate.[5] By making the heroine into a

---

[4] Hudson and Ronan are royals with an accent, thought to be evil, and responsible for the deaths of many others. In truth, they are not evil and acted for the greater good. This is revealed later in the Crave series, and in latter versions of BMR, as well as Freeman's notes.

[5] Lia's mate is not really dead. Julian's mate is not really dead. Lia's mate is the romantic lead's brother. Julian's mate is the heroine's aunt. In some versions of the manuscript, his mate is the heroine's mother.

**EXHIBIT 1**

**Page 92**

4

vampire, he will have vengeance, and get his dead mate back. The vampire prince (Julian) is responsible for the accident that killed the heroine's grandparents.

The romantic lead and his clan find the heroine and fight the vampire prince (Julian). The heroine fights as well. The heroine sees a demon standing with a dagger poised to strike the romantic lead from behind. She jumps on the demon's back, and ends up stabbing it. The demon bows down before the heroine, making obeisance, and disintegrates into dust.

Later, the heroine accidentally releases Ronan the Bloodletter, who is said to be evil, and responsible for the deaths of many others, into the world. The romantic lead and Ronan appear as though they will come to mortal blows. The Bloodletter, Ronan, has taken the heroine's blood and is now tied to her. It is believed that if he is free to walk the earth again, it would be a danger to the world.

The story ends when the Bloodletter character turns into a raven and takes off into the night sky. The romantic lead decides to be with the heroine, and nothing, nothing else matters; all of the what ifs don't matter. He vows to protect her and keep her safe.

**EXHIBIT 1**

**Page 93**

This **KEY** provides a summary of corresponding statements and quotes from both books, with **Crave** listed on the left and **BMR** on the right. It goes through Crave in page number sequence and points out the corresponding sections in the various versions of BMR.

**KEY:**
Pink indicates page number proximity within 50 pages of the same events occurring in both books. *Crave* is 571 pages; the various versions of BMR vary between 400-600 pages.
*Blue* text indicates notes shared with the agent.
/ is used to describe events between the two books. Crave is first / BMR is second.
#Green are item numbers associated with **INDEX 1**. Please refer to **INDEX 1** for a more detailed comparison of the material.

Please also refer to the **CHARACTER INDICES** provided for each character with supporting documentation of plagiarized character traits and the language used to describe them.

**Crave:**
Story takes place in Alaska at a private boarding school in Healy. It was originally set in Anchorage. p. 6, 12; Wolff's Instagram Blog 6-1-2019.

**BMR:**
Story takes place in Alaska at a public school in Anchorage.
2011 p. 11, 12, 15, 16

**Crave begins with the heroine's arrival in Alaska having just moved from San Diego CA. In BMR, the heroine moved to Alaska from San Diego years ago. In both stories, the heroine has moved to Alaska due to an accident which killed her family members; in Crave, her parents, and in BMR, her father and grandparents. Both stories begin with the heroine on her way to school. She describes her surroundings.**

Heroine arrives in Anchorage.
"I've been freezing since I landed in Anchorage"
p. 98
(Edited in current editions to read as "Fairbanks" apparently to try to hide infringement).

Heroine lives in Anchorage.
"You just don't see people like that in Anchorage…"
2011 p. 15
#1

The heroine is from San Diego.
p. 3

The heroine is from San Diego.
2011 p. 124
#2

**EXHIBIT 1**

**Page 94**

Heroine describes Alaska as "hell has
actually frozen over"
p. 3

Heroine describes Alaska as "this frozen wasteland
of ice and snow my mother condemned us"
2011 p. 12
 #3

Heroine notices the hazy sky, the time of day,
and says it is "civil twilight."
"weird kind of haze…civil twilight, even though
it's barely five o-clock."

p. 3

Heroine notices the unrelenting gray sky, and
describes it as the definition of civil twilight.
"The sun was still out, though it was sitting low
on the horizon, the sky it's usual shade of
unrelenting gray at this time of year. There was
maybe an hour or so of daylight left before the
darkness closed in."
2011 p. 49
 #4

**Heroine is on her way to school in Alaska, she thinks about the family she has lost. She describes her arrival at the school, and is uncomfortable with everyone watching her.**

Crave follows BMR 2010 and 2011, and is almost entirely in page number proximity in these opening sequences. Note that both books feature the heroine on her way to school, and in that sequence on the way to school, she is thinking about the deaths of her family members in Crave (p. 7) and BMR 2010 (p. 8), 2011 (p. 11). She is comparing the cold of Alaska with the warmth or sunshine of California, Crave (p. 5 ) and BMR 2010 (p. 9), 2011 (p. 11). Note the words and synonyms used between the books.

Heroine has feelings of loss and tries not to
dwell on all she has left behind. "I feel a pang
looking at them, but I don't let myself
dwell on everything I had to leave behind, any more
than I let myself dwell on the idea of strangers living
in the house I grew up in…who cares about a house…
when I've lost so much more?...He nods toward a
parking lot."
p. 5

Heroine is thinking about father and grandparents'
deaths & tries to blot out her memories of the
accident "...my dad and grandparents were killed…
I've always felt it was somehow my fault…the
accident…so I blotted it out as best I could…My
mom's car glided into the parking lot."

2010 p. 9; 2011 p. 12
 #5

Heroine thinks about San Diego, and how warm
it was compared to the cold of Alaska.
p. 5

Heroine thinks about California, and the sun and
compares it to the winter in Alaska.
2010 p. 9; 2011 p. 11
 #6

**EXHIBIT 1**



7

| | |
|---|---|
| Teen heroine is seventeen.<br>p. 6 | Teen heroine is "almost seventeen."<br>2010 p. 12, 343<br>#7 |
| Heroine is on her way to the new boarding school; she's thinking about loss, and her parents are dead. They were killed in an accident one month ago.<br><br>p. 6-8; 83 | Heroine is on her way to school, she's thinking about loss, and her dad and grandparents are dead. They were killed in an accident when she was 7. She has never gotten over it.<br>2010 p. 6, 9, 58; 2011 p. 76<br>#8, #9, #10 |
| Heroine describes Healy as:<br>"I can't help but think of the mountains and rivers that surround this town in all directions…"<br>"there's nothing but mountains and snow"<br><br>p. 8, 7 | Heroine describes Anchorage as:<br>"Anchorage is surrounded by water—Cook Inlet on one side and snow covered mountains all around…still considered to be in town but it's a bit remote."<br>2011 p. 411<br>#11 |
| Heroine lives with the only family she has left; her cousin and uncle, (she will later learn they are both witches). She believes she has no other family anywhere.<br>"Not to mention the only family I have left." (referring to her uncle and cousin).<br>p. 7, 28, 316 | Heroine lives with the only family she has left; her mom and aunt, (she will later learn they are both witches). She believes she has no family anywhere.<br>"The three of us make up my family. We're all that's left."<br>2011 p. 13, 73<br>#12 |
| Heroine thinks about the death of her parents, on the way to school; they died a month ago.<br><br>p. 7 | Heroine thinks about the deaths of her dad and grandparents on the way to school; they died when she was seven.<br>2010 p. 8; 2011 p. 11, 76<br>#13 |
| She ducks her head down when she's uncomfortable:<br>"I duck my head as my cheeks heat up."<br>p. 10, 18, 199, 227 | She ducks her chin down when she's uncomfortable:<br>"Flushing hard, I ducked my chin down."<br>2010 p. 400; 2011 p. 35, 177, 419, 301<br>#14 |

**EXHIBIT 1**

**Page 96**

| | |
|---|---|
| Heroine is give a ride to school on a snowmobile "...Macy reaches for one of the helmets draped over the snowmobile's handles...'Hold on to my waist!' <br><br> p. 10, 11 | Heroine is given a ride from school on a motorcycle: "...he reaches onto the back of his motorcycle...an extra helmet...wrap your arms around me and hold on tight....I warp my arms around his waist. <br> 2011 p. 52, 54, 55 <br> #15 |

**Heroine attends a private boarding school, Katmere Academy (Crave) which is set in a "gothic castle" far away from the town in Alaska. In BMR, the heroine attends public school, and the romantic lead and his clan live in an "Old World European chateau" (French for castle), situated on a hillside far away from town in Alaska. Gothic architecture is Old World European.**

BMR 2011 (p. 411-416) describes a chateau with many intricate features and elements. These same elements occur in Crave's description of the castle (the location for the school, p. 12-18). Early Freeman materials from *The Plot, 2008,* originally used the term "castle," later changing it to chateau in BMR (2010) forward. The chateau is described as "Old World European," BMR 2013 (p. 322), while Crave's castle is described as "Gothic." Gothic architecture is Old World European.

Additional elements added to the description of the castle in Crave such as the "ornately carved set of double doors" originate from BMR 2011 (p. 525) "ornately carved double doors." The stone walls, and the entrance and security code description are pulled from BMR 2011 (p. 56, 411-412). Note the language, synonyms and paraphrasing. Crave also pulls material from the school scene in BMR 2011, such as the Chess Club's table (p. 102) and the chess table in Crave (p. 20).

| | |
|---|---|
| **Katmere** <br> Katmere Academy is the name of the school where heroine and her cousin and new friends attend. <br> p. 12 | **Katmai** <br> Katmai is the name of the place where the heroine "and friends will go once she knows what she is." <br> p. 2 *The World Notes, 2010* <br>  |
| The boarding school where the students live is a castle: "huge castle" The school is for supernaturals. "Gothic castle" <br> p. 13 | Romantic lead, his family, and their clan live in an "Old World European Chateau" (French for castle). They are supernaturals. <br> 2013 p. 322; 2011 p. 412; *The Plot, 2008* "castle" <br>  |

**EXHIBIT 1**

**Page 97**

| | |
|---|---|
| The castle has a "long, winding driveway that looks like every other prep school driveway I've seen on TV." p. 13, 14 | The chateau: "Ash drove the Land Rover down a long drive…After a very long minute or more we finally reached a park with a circular driveway." 2011 p. 412 #18 |
| The castle has "architecture I've only heard described in my art classes." "elaborate stonework" "Gothic castle." "*castle*, complete with stone walls" "huge gate" "enters a code" p. 13-17 (p. 17 stone walls) | The chateau: "Entirely made of stone, it was an an architectural masterpiece." "Old World European chateau." "We reached a security gate and large stone walls." "entered my code" (at heroine's security gate) 2011 p. 411-412; 2013 p. 322; 2011 p. 56; *The Plot, 2008* #19, #20 |
| The castle has an "ornately carved set of double doors" "incredibly ornate front doors" p. 75, 14 (school is for supernaturals) | "ornately carved double doors" 2011 p. 525 (at Sanctuary, a place for supernaturals) #21 |
| Heroine is reminded of a horror movie or a Salvadore Dali painting: "felt like I was trapped in a horror movie or a Salvadore Dali painting" p. 13 | Heroine is reminded of *Dante's Inferno* (painted by Salvadore Dali, only painting like a horror movie): "felt like I was in Dante's Inferno." 2011 p. 491; 2013 p. 170, 204, 397 ("horror movie") #22 |
| Her cousin reminds her of a "model for some Alaskan wilderness fashion magazine." p. 14 | Romantic lead reminds her of "a model in in a magazine ad." 2011 p. 51, 108, 16. #23 |

**EXHIBIT 1**

**Page 98**

She suffers anxiety and panic attacks from the loss of her father and mother.
"Just the idea of not being able to breathe sets off the beginnings of the panic attack…"
"Dr. Blake…giving me tips on how to deal with the anxiety I've been having since my parents died.


p. 15

She suffers anxiety and panic attacks from the loss of her father and grandparents.
"Anna carries a strong sense of loss over the death of her father and grandparents…she has panic attacks–anxiety from the trauma."
"Fear set in, and with it came its cousin anxiety. I figured panic wasn't too far behind. And if I gave into that panic, I knew I would be lost."
*The World Notes, 2010; Cast Notes, 2008;*
2011 p. 524
`#24`


At the castle, heroine notices the "vaulted arches," "arched ceiling" "crystal chandelier," "roaring fireplace," "stone walls," "tapestries"


p. 16, 17, 18

At the chateau, heroine notices "ceilings vaulted with large arched doorways" "crystal chandeliers," "fire blazing in the hearth;" "stone walls" "tapestry"


2011 p. 411, 414, 416; 2014 p. 338,
`#25`


She's uncomfortable with the other students looking at her: "Only as we get closer, I realize they aren't watching the video game. Or their books. Or even their phones. Instead, they're all looking at me."
p. 17-19; 86, 210, 222, 227, 411

She's uncomfortable with the other students looking at her: "As we headed into the cafeteria, it seemed as though everyone was staring at us.
Or rather at me."
2011 p. 315; 37, 51, 52, 102, 164, 309, 515
`#26`


Heroine ducks her head to hide discomfort.
p. 18

Heroine ducks her head or chin when embarrassed.
2011 177; 2012 p. 241
`#27`


Heroine sees a "chess table in an alcove"
p. 20

Heroine sees the "Chess Club's table"
2010 p. 79;  2011 p. 102
`#28`


**EXHIBIT 1**

**Page 99**

**The romantic lead and heroine encounter one another for the first time at school. The heroine is attracted to him, there is "something different" about him, she can't look away.  In both books, the heroine first encounters the romantic lead toward the end of chapter two. In Crave, it's one long scene. In BMR, it's over one day with several scenes. In both books, they encounter one another when the heroine has just arrived at school.**

BMR 2011 (p. 15-62), 2013 (p. 18-69) form the basis for this first meeting scene in Crave (p. 21-30). The descriptions of the romantic lead grinning at the heroine as if he knows what effect he's having on her occur in Crave (p. 22) and in BMR 2013 (p. 20);  with their "gaze" connecting on the exact same page, Crave (p. 22), BMR 2013 (p. 22). BMR 2013 (p. 35) describes the heroine feeling angry about the way the romantic lead makes her feel, this is also added to Crave (p. 27). BMR 2013 has additions to this scene which don't exist in BMR 2011, and Crave uses those as well.

This patchwork plagiarism occurs throughout Crave in its entirety. This scene, for example, takes different parts of the BMR manuscripts 2011, 2013, to create the combined scene in Crave. The example quotes after #29 also demonstrate the textural plagiarism occurring within the scene itself, with words and text restructured from original BMR materials. There are also examples of the exact same words occurring within page proximity as well as substitution of synonyms within the same sentences.

<u>As the heroine enters school in the opening sequence, she meets the romantic lead</u>

**Crave:**
Dark hair, full red lips, chiseled features
p. 21, 22
Dangerous
p. 22, 28, 137, 224
Fallen angel p. 30 angelic looks p. 30
Bad boy p. 30
Sexy p. 86
Arrogant p. 137
Rockstar p. 137
Gorgeous p. 137, 432
Beautiful p. 21, 203
Wicked p. 22
Wild p. 22
Hot p. 137
Smoking hot p. 137
Long, lean      p. 22
Lean muscle  p. 405
Hard well-defined biceps p. 22
Smile turns one corner of his mouth up p. 22
Dark hair  p. 22

**BMR:**
Dark hair, full lips, red lips, chiseled features.
2011 p. 15-16, 34, 58, 101, 108, 163, 168.
Dangerous
2011 p. 16, 53, 127, 251, 286, 311, 367, 424, 465
Dark angel  2011 p. 222
Bad boy  2011 p. 42, 172, 475
Sexy 2011 p. 20
Arrogant 2011 p. 20
Rockstar 2011 p. 20, 82
Gorgeous 2011 p. 16, 82, 108, 483
Beautiful 2011 p. 16, 17, 222
Wicked 2011 p. 16
Wild  2011 p. 186; 2014 p. 19
Hot  2011 p. 21, 22, 28, 29, 252, 303, 311
Smoking hot  2011 p. 303
Tall, lean      2011 p. 15
Lean muscle  2011 p. 15
Hard muscles of his biceps 2011 p. 167
Smile turns one corner of his mouth up 2011 p. 24
Dark hair p. 15, 119



**EXHIBIT 1**

Heroine meets romantic lead. He's "hot" and there's "something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…sheer magnetism rolling off him in waves."
p. 21

Heroine meets romantic lead. He's "hot" and there's "something different about him…he has a certain presence–charm, magnetism–I can't explain it."

2011 p. 22, 28, 82, 311 (hot)
#29, #30, #31

She notices he's beautiful; full red lips "too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone."
p. 21

She notices he's beautiful; full lips, red lips "striking, bewitchingly good-looking…full lips and sculpted features… red lips…Was he really that beautiful?"
2011 p. 15-17
#32

Romantic lead has dark hair:
"And in the thick, dark hair…falls forward into his face…"
p. 22

Romantic lead has dark hair:
"I noticed his tousled hair was a rich, dark brown, almost black."
2011 p. 15, 108
#33

"And his eyes…a bottomless obsidian that see everything and show nothing…" She can't look away.
"trapped by his stare" "hypnotized"
P. 21

"And those eyes…they were beguiling and disturbing at the same time." She can't look away.
"our eyes locked" he has a "hypnotic effect"
2010 p. 30, 42; 2011 p. 16, 40, 55; 17
#34, #35, #36, #37

She has to catch her breath when she can't yank her "gaze" from him.
    "I swallow hard to catch my breath."
p. 22

She reminds herself to breathe slowly, when their "gazes" collide.
"I remind myself to breathe slowly. *Whoa girl*…"
2013 p. 22
#38

He grins at her as if "he knows exactly what kind of effect he's having on me."
p. 22

He grins at her as if "he knows exactly what effect he has on me."
2013 p. 20; 2011 p. 16
#39

**EXHIBIT 1**

**Page 101**

| | |
|---|---|
| She feels irritated and conflicted by her attraction.<br>p. 22, 27 | She feels irritated and conflicted by her attraction.<br>2013 p. 22, 35; 25, 27, 52; p. 114; 2013 Chapter Outline to Emily Sylvan Kim, Chapter 2; Midnight Overview 2009<br>#40, #41, #43, #45 |
| "I rip my eyes away…Determined to avoid his eyes I look anywhere but."<br>p. 22 | "I…tear my eyes away…keeping my eyes anywhere but on his face."<br>2011 p. 17<br>#40 |
| He's long and lean, hard biceps<br>"His long, lean body…jeans and T-shirt he's wearing only emphasize his flat stomach and hard, well-defined biceps."<br>p. 22 | He's tall and lean, hard biceps.<br>"tall, fit with lean muscle" "I noticed the hard muscles of his biceps and chest" "his jeans clung to his muscled thighs and molded his form"<br>2011 p. 15. 167, 54<br>#41 |
| He's wearing black jeans and a t-shirt.<br>p. 22 | He's wearing black jeans and a t-shirt.<br>2011 p 20<br>#42 |
| He's sexy, wicked, wild.<br>"sexy as hell. A little wicked, a lot wild, and all dangerous."<br>p. 22; 28, 137, 224 | He's sexy, wicked, wild.<br>"just plain sexy" "wicked grin" "dangerous" "something a little wild"<br>2011 p. 20, 16, 186; 53, 127, 368, 311; 2014 p. 19<br>#43, #29 |
| Heroine notices romantic lead's smile:<br>"one corner of his mouth turning up in a crooked little smile"<br><br>p. 22 | Heroine notices romantic lead's smile:<br>"a corner of his mouth turning up" "crooked grin" "amusement turned one corner of his mouth up" "he smiled crookedly"<br>2011 p. 24, 51,157; 2010 p. 109<br>#44 |

**EXHIBIT 1**

**Page 102**

She tells herself she doesn't want him.
"The new girl swooning over the hottest, most
unattainable boy in school? Gross. And so not
happening."
p. 23

She tells herself she doesn't want him.
"But if I were to date someone, it wouldn't be him."
"seemingly unattainable object of affection."

2011 p. 20; 24, 25; *Midnight Overview Notes, 2009*
#45

He quotes Shakespeare to heroine,
she knows the quote, corrects him, and
she is irritated with him and his behavior.
p. 24-25

She quotes Shakespeare to romantic lead,
he knows the quote, she is irritated with him and
his behavior.
2011 p. 40
#46

Heroine is smart and takes challenging classes
p. 25, 226, 247

Heroine is smart and takes challenging classes
*The Plot,* 2008; 2011 p. 29, 39
2013 p. 34, 117
#47.*See Heroine Character Index*

He terrifies and intrigues her; terrifies and excites her
"at the same time."
"I realize this guy is as terrifying as he is intriguing."
"this boy who frustrates and terrifies and excites me
all at the same time.

p. 25, 30

He terrifies and intrigues her; exciting
"at the same time."
"captivated me…just so appealing. And terrifying."
"I knew he was dangerous,...yet I found him
intriguing and maybe even exciting at the same
time."
2011 p. 127, 253
#48

**There is a verbal repartee between the heroine and romantic lead when they first meet, heroine feels
like the romantic lead wins.**

There is a continuing verbal repartee between heroine
and romantic lead during their first meet. She
feels like he wins:
he "fires back," her heart beats like a "caged bird"
she "hates" it. Hates that he's "bested" her.

p. 26; 27, 22, 23, 27

There is a continuing verbal repartee between
heroine and romantic lead during their first meet day,
She feels like he wins:
she "fired back," her "traitorous heart" flutters
and it makes her "mad." Her heart races "wildly
the cage" of her chest. "Match and game."
2011 p. 53; 35, 25, 47, 119, 120; 2010 p. 16;
2013 p. 35; *Midnight Overview, 2009*
#49, #50, #51, #52 #53

**EXHIBIT 1**

**Page 103**

**Heroine feels conflicted by her attraction to the romantic lead. She tries to suppress her anxiety over thoughts and feelings of her family loss. Romantic lead excites her, she also feels connected to him through loss. Later the romantic lead warns her to be careful.**

| | |
|---|---|
| She doesn't want to have feelings for him when he doesn't feel the same way about her. "I hate that being this close to him makes me feel a bunch of things I shouldn't…The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating…" | She doesn't want to have feelings for him when he doesn't feel the same way about her. "And that irritates me. I don't want to have these feelings for him. Especially when he doesn't seem to have them for me." <br><br> p. 27   2013 p. 114; *Pitch Notes to Emily Sylvan Kim*, 2013 Chapter 2; *Midnight Overview Notes, 2009* <br> #54 |
| During the first meet day, he "*gets* closer still, until I can feel his warm breath on my cheek…" <br> p. 27 | During the first meet day, "his face so close that I could feel the huff of his warm breath on my own." <br> 2010 p. 42 <br> #55 |
| They are so close, that a breath will result in her "chest pressing against his." <br> p. 28 | They are so close, that "the front of my body is "pressed tightly to the back of his." <br> 2013 p. 54; 2011 p. 55 <br> #56 |
| Romantic lead asks her about "things that go bump in the night." <br> p. 28 | Romantic lead talks to her about "things that go bump in the night." <br> 2011 p. 237; *The Plot, 2008* <br> #57 |
| During the first meet day, she thinks about her parents' deaths while she's with romantic lead. She "shoves" her pain down. <br> p. 28 | During the first meet day, she thinks about her dad and grandparents' deaths and romantic lead is there. She "pushes" her pain "down." <br> 2011 p. 34 <br> #58 |
| Heroine "shoves" her worries or negative feelings down.  E.g. p. 50, 233 | Heroine "pushes" her worries or negative feelings E.g. 2011 p. 452,453; 580 <br> #59 |

**EXHIBIT 1**

**Page 104**

| | |
|---|---|
| Heroine thinks about the fact she is the only family her parents had anywhere. p. 28 | Heroine thinks about the fact she has no other family, not anyone. 2013 p. 34, p. 15 #60 |
| When she mentions her loss to romantic lead, she sees that he has pain of his own in his eyes. "Even his eyes change…Stillness and an agony deep…but I *can* see it. More, I can *feel* it calling to my own pain." p. 29 | When she mentions her loss to romantic lead, she sees that he has pain of his own in his eyes. "It was the pain in his eyes as he spoke that told me so he'd lost someone close." "his eyes…an anguish so raw I knew it rivaled my own."  (Ronan first meet. Crave blends the two) 2011 p. 125; 592 #61 |
| When she sees his pain, she feels connected to him. (His older brother was murdered but it's not said yet) "Connected in a way I can feel but can't comprehend by our very separate horrors." p. 29 | When she sees his pain, and they talk about his older brother who was murdered, she finds herself "more and more connected to Ash. I understood him and I knew he understood me." 2011 p. 125, 127 #62 |
| Romantic lead reaches out and touches her hair. "…he reaches out and gently takes hold of one of my million curls." p. 29 | Romantic lead reaches out and touches her hair. "He reached out with one hand and brushed a lock of my hair back… " 2011 p. 62 #63 |
| Romantic lead looks like fallen angel, a bad-boy, "A fallen angel with a bad-boy vibe for miles." p. 30 | Romantic lead looks like a dark angel, bad-boy "A beautiful dark angel." "quintessential bad-boy" 2011 p. 222; 2010 p. 32; 2011 p. 172, 475; *Midnight Overview Notes, 2009* #64 |
| He frustrates, terrifies and excites her "at the same time." p. 25, 30 | He is dangerous, intriguing and exciting "at the same time." He is terrifying and appealing. 2011 p. 127, 253 #65 |

**EXHIBIT 1**

**Page 105**

At the end of their first meet he warns her: "Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back." p. 31

At the end of the first meet day, he warns her: "It's not safe to be out alone, even after school." "He looked as though he wanted to say something more." 2010 p. 48; 2011 p. 62 #66

In her mind, she calls him Mr. Tall, Dark, and Surly.

p. 32, 34

In her mind, she calls him tall, dark and wickedly handsome; tall, dark, and mercilessly good-looking. Calls a vampire prince Mr. Tall, Dark, and Bloodthirsty. 2011 p. 20; 507; 2012 p. 19; 2011 #67

**After her first day and meeting with the romantic lead, she visits with Uncle Finn / Aunt Brie.** Crave p. 32-34 and BMR 2010 p. 56-63; 2011 p. 74-84

After her first day meet scene with the romantic lead, she visits with Uncle Finn. p. 32-34

After her first day meet scene with the romantic lead she visits with Aunt Brie. 2010 p. 56-63; 2011 p. 74-84

Her uncle has a "woodsy scent." p. 32

Romantic lead has a "woodsy scent." 2011 p. 17 #68

She says Alaska "feels like the moon." p. 34

She says Alaska is "like living on the moon." 2011 p. 274 #69

**Heroine meets Flint (Crave), sees Brendan (BMR). They are the same character. She is thinking about the loss of her family members, and has physical symptoms of anxiety. She feels she is being watched at school. When she goes to sleep that night, she thinks about her day, her friends, and the romantic lead.**

The majority of this section of the story in Crave (p. 32-50) originates from BMR 2010 and 2011 (p. 3-60) with pieces taken in page proximity. For example, heroine gives her cousin a "what's up look" and the cousin gives her the "universal sign" in Crave (p. 41), while in BMR 2011 (p. 27) heroine gives her friend a "meaningful look" and the "universal sign;" and when the heroine gets ready to go to sleep that night, she is thinking about the death of her family members, her friends, what happened that day at school, and the

**EXHIBIT 1**

romantic lead, Crave (p. 48-50) and BMR 2010 (p. 56, 58). The heroine calls herself a "dork" in Crave (p. 44) and BMR 2011 (p. 41), and she feels guilty that she had a fight with her parents the day they had a fatal accident, in Crave (p. 45), BMR 2010 (p. 100), 2011 (p. 127).

| | |
|---|---|
| Flint has "warm brown skin," he's part Black | Brendan has "warm, café au lait skin" "warm "mochachino skin," he's part Black |
| p. 35 | 2011 p. 100, 564; 94 |
| | #70, #72 |
| Flint calls the heroine nickname 'New Girl' etc. (all through Crave series) | Brendan calls the heroine nicknames; the heroine calls the romantic lead 'new guy,' 'Hot New Guy' |
| p. 35; 42, 85 | 2011 p. 104; 103, (Hot New Guy) p. 22, 28, 29 |
| | #71 |
| Flint is from a multi racial family "Black afro that looks amazing on him." "mixed race couple are Flint's parents" | Brendan is from a multi racial family '"His father a surgeon of multiracial descent" and is part Black |
| p. 35; Crush p. 382 | 2011 p. 100 |
| | #72 |
| Flint has bright amber eyes, molten amber: "Bright-amber eyes that seem to burn from within." "...watching me with those molten amber eyes of his." | Romantic lead has bright amber eyes molten amber: "His eyes were molten amber…as bright and shiny as a new penny." |
| p. 35; 362 | 2011 p. 100; 367 |
| | #73 |
| Heroine obsesses over the romantic lead. | Heroine obsesses over the romantic lead, |
| p. 39, 176 | 2011 p. 17, 74, 187 |
| | #74 |
| At the castle heroine is told "Home sweet Home" | At the chateau heroine is told "Home sweet home" |
| p. 40 | 2011 p. 412 |
| | #75 |
| Heroine feels like she's being watched frequently, "the hair on the back of my neck stands up." | Heroine feels like she's being watched frequently, "the hairs prickle on the back of my neck" |
| p. 40 | 2011 p. 3; 48 |
| | #76 |

**EXHIBIT 1**

**Page 107**

Heroine gives her cousin a "what's up look."
She shakes her head in "the universal sign"

p. 41

Heroine gives her best friend a "meaningful look"
and twirls her finger next to her head in the
"universal sign language"
2011 p. 27
#77

Heroine is reminded of Barbie:
"That shade of pink reminds me of surfer
Barbie."
p. 42

Heroine is reminded of Barbie:
"a pink sparkly shirt…matching pink purse…Taylor
Barbie."
2011 p. 144
#78

Flint is "gorgeous" and "supersmart."
p. 43

Brendan is "gorgeous" and "brainy."
2012 p. 280; 2013 p. 100
#79, #80

Heroine admits she's a dork.
p. 44

Heroine says to herself that she's a dork.
2011 p. 41
#81

Heroine feels guilty that her last words with her
parents were "hurled at each other in a fight"
right before the accident.
p. 45

Heroine feels guilty that she "pitched a fit" with her
parents right before the accident.

2010 p. 100; 2011 p. 127, 128
#82

**A recurrent theme throughout the story is that of loss of the heroine's family and the grief and anxiety she experiences because of this.**

Heroine thinks about her parents' deaths often;
p. 7, 15, 22, 28, 31, 46, 47, 49, 50, 82, 99, 116
150, 209, 251, 252, 331, 340, 346, 351, 378, 384,
413, 427, 467.

Heroine thinks about dad/grandparents' deaths often.
2011 p. 9-13. 31, 32, 62, 68, 71-76, 116-120, 213, 237,
261, 289, 318, 348, 356, 357, 402, 417, 418, 423, 448,
517, 525, 526, 547, 552-564; *The Cast Notes 2008;
Midnight Overview Notes, 2009; The World Notes, 2010*
#83

**EXHIBIT 1**

**Page 108**

When she goes to sleep that night, after the first meet day, she wakes up in the middle of the night thinking about the romantic lead, her parents' deaths, and the loss of her friends:

"3:23 in the morning…most of my friends drifted away after my parents' died…the way Jaxon looked at me and then *didn't* look at me, the things he said to me…"

"All the thoughts I'd shoved aside…just to get through leaving. My parents…."

p. 48- 50

When she goes to sleep that night, after the first meet day, she thinks about the romantic lead, her dad and grandparents' deaths, the loss of her friends:

"ready for bed and obsessing about my friends turning on me, and Ash of course. He'd left so suddenly today…

"My dad and grandparents had all been killed… My mom had never gotten over it. None of us had, really."

2010 p. 56; 58

#84

Heroine is suffering from loss:

"...Heather's mom told me that experiencing too powerful emotions is completely normal after a huge loss."

p. 50

Heroine is suffering from loss:

"...my dad and grandparents died…and the truth was I'd never really gotten over it. I just couldn't handle any more loss.

2011 p. 34

#85

She has physical symptoms of anxiety, panic attacks: 'weight on my chest," "shaking hands." She takes a deep breath to calm down. She has panic attacks. "So instead, I take a deep breath…"

p. 50, 51

She has physical symptoms of anxiety, panic attacks: "weight on my chest," "shaking hands." She takes a long, slow breath to calm down. She has panic attacks. "So I take a long, slow breath in…"

2011 p. 337; p. 470

Cast Notes 2008; *World Notes 2010* (panic attacks)

#86

**The heroine is assaulted by two vampires (Crave), two werewolves (BMR). The attackers remind her of "eighties" concert goers / rockers. The attack takes place when the heroine is alone. During the struggle she gets angry and tries to fight back. The romantic lead comes to her aide. She thanks him, he wipes away her blood (Crave), tears (BMR with Ronan) with his thumb and sucks it (Crave), licks it (BMR). Heroine is left wondering why the attackers are not affected by the cold.**

This fight scene occurs in the Freeman manuscripts, 2010-2014: BMR 2010 (p. 417-419): 2011 (p. 518-522); 2012 (437-440); BMR 2013 (p. 52-63); 2014 (p. 48-53).

However, BMR 2013 (p. 52-63) and BMR 2014 (p. 48-53) are used specifically as the basis for this scene in Crave (p. 53-68). This is the first big action scene in both books and also occurs within the first fifty pages in

**EXHIBIT 1**

BMR 2013, 2014 and Crave. The scene in BMR 2013, BMR 2014 tracks directly with Crave's scene in page proximity.

Three additional pieces from BMR 2011 are also added and used in Crave (..two guys aren't dressed for the winter weather.. p. 519); (heroine can tell that romantic lead can feel how he affects her p. 457, 464); and (Ronan using his thumb to wipe her tears, bringing his thumb to his lips and licking it…p. 594)

Note the similarity of the words with the characters "gazes," and the heroine thinking he will kiss her, but does not, (p. 596), and telling her that the bad guys won't be back, (p. 593).

| | |
|---|---|
| Heroine is attacked by two werewolves who aren't dressed for the winter weather; just shirts and jeans: "two guys wearing nothing but old-school concert T-shirts, jeans…no jackets…" p. 53 | Heroine is attacked by two vampires who aren't dressed for the winter weather; just shirts and jeans: "two men were dressed in jeans and shirts, no coats…" 2011 p. 519 #87 |
| They remind her of "eighties rock concert" goers: "...if this castle….comes…with its very own ghosts. Ones who died at an eighties rock concert." "black nose ring right through his septum" p. 53 | They remind her of "eighties rockers:" "retro throw-back to the eighties….looks like Billy Idol.. "Punk rocker throwback in a bad eighties movie." "a dog collar and an earring" 2013 p. 58; 2014 p. 48 #88 |
| One guy says, "Well, well, well. Looks like…" p. 53 | One guy says, "Well, well, well. Looks like…" 2013 p. 58 #89 |
| One guy is blond and stocky, hair shaved close: "he's shorter than the first and stockier too. His blond hair was shaved close to his head." p. 53 | One guy is blond and muscular; one short spiky hair: "One was blond and muscular…the other…short, spiky white-blond hair." 2011 p. 519; 2013 p. 58 #90 |
| One guy asks her a question and comes toward her, "walking toward me….getting into my personal space" p. 53-54 | One guy asks her a question and comes toward her, "closing the distance between us." 2013 p. 59 #91 |

**EXHIBIT 1**

**Page 110**

She's reminded of a movie and is grabbed.
"Scene out of every teen movie"
"Marc reaches a hand out and grabs me."
p. 55, 56

She is reminded of a movie. She is grabbed.
"bad eighties movie"
"Billy reaches a hand out and grabs me."
2013 p. 59, 395; 2014 p. 48, 49
#92, #93

She is back to front with him, struggles:
"He yanks me hard against him–my back to his front…as I start to struggle in earnest."
"I slam my head back with as much force as I can, aiming to break his nose."
p. 56

She is back to front with him, struggles:
"pinning me to him, my back to his front."
"I struggle against him…"
"I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose."
2014 p. 49, 50; 2013 p. 59, 60
#94, #95

"I think about stomping on his feet, but my Converse aren't going to do much damage…"
p. 56

"I raise my knees and slam my feet down, heels first onto the Hulk's toes."
2013 p. 59; 2014 p. 49
#96

She's angry.
"Which infuriates me as much as it terrifies me."
"Which only pisses me off more."
p. 56, 57

She's angry.
"Fury pulses through me"

2013 p. 60; 2014 p. 50
#97

Heroine tastes her own blood in the fight.
"the metallic taste of blood pooling in my mouth."
p. 56-57

Heroine tastes her own blood in the fight.
"the coppery tang of blood fills my mouth."
2014 p. 50 (does not exist in 2013)
#98

Heroine puts her fists up:
"fists up in an attempt to ward Quinn off"
p. 57

Heroine puts her fists up:
"fists up, ready to take the Hulk on."
2014 p. 50; 2013 p. 60
#99

Romantic lead rescues her though she doesn't realize it at first.
p. 57, 58

Romantic lead rescues her though she doesn't realize it at first.
2014 p. 50 (character name changes in 2014)
#100

**EXHIBIT 1**

**Page 111**

Heroine thinks about "self-defense training" when she's with the romantic lead:
"Every ounce of self-defense training I've ever had…"
p. 59

Heroine mentions a "self-defense class" when she's with the romantic lead:
"Just a self-defense class…"
2014 p. 52; 2013 p. 62
#101

Romantic lead checks heroine over
"..looks me over from head to toe"
p. 60

Romantic lead checks heroine over
"He looks me over"
2014 p. 51
#102

Heroine lets romantic lead know she'll keep his secret:
"I hold his gaze, telling him with a look that I'll keep his secret."
p. 59

Romantic lead tells heroine he'll keep her secret:
"The secret's safe with me, but I think you should tell her anyway."
2014 p. 57
#103

Romantic lead tells her the guys won't return:
"You don't have to worry about Mark and Quinn. bother you again."
p. 61

She's told the demons won't return:
"And the demon spawn won't be back."

2011 p. 593; 2013 p. 449
#104

Romantic lead asks if she's okay. She thanks him.
*Him:* "Are you okay?"
*Her:* "Thank you,  I blurt out. For helping me, I mean."
p. 60, 61

Romantic lead asks if she's hurt. She thanks him.
*Him:* "Are you hurt?"
*Her:* "Thanks for–well, for everything."
2014 p. 51, 57
#105, #106

He lets the heroine know he doesn't deserve thanks:
*Him:* "Is that what you think I did?"
*Her:* "Isn't it?"
*Him:* He shakes his head, gives a little laugh…
"You have no idea…I just made you a pawn in a game you can't begin to understand."
p. 61

He lets the heroine know he doesn't deserve thanks:
*Her:* "You saved me."

*Him:* He just shakes his head, and I can tell he thinks it's his fault."

2013 p. 57; 2014 p. 99
#107

**EXHIBIT 1**

**Page 112**

Romantic lead gently brushes blood from her lip
with his thumb and sucks it, holding her gaze:
"He lifts his hand to my
mouth and gently—so gently I can barely feel him—
brushes his thumb across my lower lip…
p. 61

Ronan gently wipes tears from her face with his thumb
and licks it, gaze locked with hers:
"He took the pad of his thumb and gently wiped
wiped away the tears that had stolen their way
down my cheeks."
2011 p. 594
#108

Her blood is sucked off his thumb:
"Then brings his thumb to his lips and—
holding my gaze with his own—sticks his
thumb in his mouth and slowly sucks off the
blood."
p. 62

Her tears are licked off his thumb:
"He brought his thumb to his lips and
licked it, his gaze locked with mine."

2011 p. 594
#109

She wonders if romantic lead will kiss her:
"He leans forward then, as if he can't help himself,
until his face, and his lips are barely an inch from
mine. It should make me uncomfortable. But it doesn't.
It just makes me burn. And this time, when my knees
shake, it has nothing to do with fear. My lips part, my
breath hitches in my chest, my heart beats faster…For a
second, just a second, I think he's going to kiss me."
p. 63

She wonders if Ronan will kiss her:
"He bent down, his lips hovering so close that I
could feel the heat of them. I wondered if he meant
to kiss me. I paused, ensnared like a rabbit before a
hawk–terrified yet fascinated at the same time.
Wanting. Waiting. A delicious heat unfurled in my
belly and I felt a telltale flush making its way up
my neck and onto my cheeks."
2011 p. 596
#110

Romantic lead can feel the effect he has on heroine:
"My lips part, my breath hitches in my chest, my heart
beats faster. He feels it…"

p. 63

Romantic lead can feel the effect he has on heroine
"...my cheeks blaze with heat. A slow grin spread
across his full lips and I knew he could literally
*feel* the effect he was having on me."
2011 p. 457
#111

**EXHIBIT 1**

**Page 113**

When heroine's heart beats faster, romantic lead's eyes respond:
"...my heart beats faster. He feels it–I can see it in his blown-out pupils, in the way he goes wary and watchful."
p. 63

 After the romantic lead leaves, she is left wondering.
"I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do."
p. 64

Heroine is "shell-shocked" by the end of her first day in Alaska.
p. 65

 Heroine thinks about the two guys who assaulted her, wonders why they weren't affected by the cold.
p. 68

When heroine's heart beats faster, romantic lead's eyes respond:
"My pulse leapt frantically when his lips made contact with my skin. By the sudden flame in his eyes I knew he could feel it too."
2011 p. 464
#112

After the romantic lead leaves, she is left wondering.
"He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering." "Already she feels he is somehow important to her and wonders why."
2011 p. 63; 2014 p. 58; Chapter Analysis, 5-14-10
#113

Heroine was "shell-shocked" when she first moved to Alaska.
2011 p. 21
#114

Heroine thinks about the two guys who assaulted and wonders why they weren't affected by the cold.
2011 p. 519
#115

**The heroine gets ready for a party with her cousin / friends, she discusses clothing and is somewhat hesitant to go. The party is a welcome party at school (Crave), a house party (BMR). The nemesis character (Lia Crave / Taylor BMR) gives her a spiked drink (herbs in Crave, alcohol in BMR). The heroine becomes nauseous and throws up, finally drifting off into a "fitful sleep."**

Three scenes from BMR 2011 are combined to create the party scene and vomiting scene in Crave (p. 72-109): The house party, spiked drink and vomiting scene BMR 2013 (p. 267-290); The school cafeteria scene where heroine is hesitant to go and has a stomach upset BMR 2010 (p. 78-80); and the sconces with live candles (BMR 2016 p. 95; 2011 p. 386; 2012 p. 468). In addition there are two random scene fillers that are also added in Crave. The dragon carvings from BMR 2012 (p. 313;) and BMR 2013 (p. 426), and the romantic lead dressed in a black V-neck sweater and black designer clothing BMR 2010 (p. 16); 2011 (p. 20); 2013 (p. 22).

The spiked drink event happened at the party in BMR 2013 (p. 276-277) and immediately after the party in Crave (p. 100-101). The heroine becomes nauseous and throws up. It's revealed later that the nemesis

**EXHIBIT 1**

**Page 114**

character is responsible. The additional scene at the very end where the heroine experiences fitful sleep, Crave (p. 109), is taken directly from BMR 2010 (p. 158).

The 2010 sequences also fall in direct page number proximity for the same actions with the same characters and their feelings. Crave rounds out this segment of the story by pulling from BMR 2010 and 2011, often in page number proximity. For example, heroine feels like a "newbie" in Alaska, with wool, and layers, and boots, etc Crave (p. 117), while in BMR 2011 (p. 118-119), heroine thinks that romantic lead is not dressed like a "newbie" and not wearing wool, and layers and boots, etc.; heroine feels like she's in "*Mean Girls*" Crave (p. 117) and heroine notices the "Mean Girls" BMR 2011 (p. 115). Note the words and synonyms and the rearrangement of BMR materials to complete the scene.

| | |
|---|---|
| Heroine gets ready for a party with her cousin. The party is at the boarding school. Jeans are mentioned. p. 72-73 | Heroine gets ready for a party with her two friends. The party is at a boy's house from school. Jeans are mentioned. 2013 p. 267; 2010 p. 269 #116 |
| Heroine compares her looks to her cousin's: "I'm pretty much the opposite of beautiful. On a good day I'm cute. Standing next to Macy, who is freaking gorgeous, I'm wallpaper." p. 73 | Heroine compares her looks to her mother's: "I'm not unattractive, but I'm not beautiful like she is"..."She's also drop-dead gorgeous." 2016 p. 10; 2010 p. 12 #117 |
| Macy with the heroine going into the party: "walks in like she owns the place." "...everyone in the room turns to look at her…" p. 75 | Taylor with heroine going into the party: "walks into the place like she owns it." "Every male head turns her way." 2013 p. 272; 2010 p. 276 #118 |
| Heroine doesn't want to go to the dining area where the tea party is being held at school: "We could just skip it altogether…Be fashionably" absent." She is pulled along by her cousin: "I let her pull me out the door…'Too late' she answers with a deliberately obnoxious grin." Her stomach is nervous. She "feels like there's a weight pressing down on me…they're all looking at me." p. 73-76 | Heroine doesn't want to go to the lunch room: "When we reached the cafeteria doors, I balked… I'm not up for this." She is pulled along by a friend: "Wrong answer Sweetheart. We're going in,'…he looped my arm through his, locking it tight." Her stomach is nervous. She "can feel the weight of everyone's eyes…pressing down on me." 2010 p. 78-79 #119 #120, #121, #122 |

**EXHIBIT 1**

**Page 115**

Heroine notices that the sconces have live candles burning in them:
"wall sconces with what look like actual lit candles them"

p. 76

Heroine notices that the sconces have live candles candles burning in them:
"flickering candles in the sconces fitted along the walls" "dimly lit by candles in old-fashioned sconces" Chateau has "old-fashioned sconces" "The lights flickered in their sconces."
2016 p. 95; 2011 p. 386, 414, 548; 2012 p. 468
#123

The heroine notices dragon carvings:
"Each wall sconce is carved into the shape of a different dragon.


p. 76

The heroine notices dragon carvings:
"Peering at the gilt carvings along the frame more closely, I notice that what I have mistaken for fanciful curlicues is in actuality a design of two silver and gold dragons."
2012 p. 313; 2013 p. 426
#124

Heroine notices the different groups of students.
"…cliques are everywhere"
p. 77

Heroine notices the different groups of students.
"…part of the Mean Girl Clique."
2010 p. 75; 79-80
#125

Heroine thinks about "factions" of students. Faction is used to describe races of supernaturals in the series.
p. 77, p. 567

Heroine is told about a faction. Faction is used to describe races of supernaturals.


2012 p. 75; *The Plot,* 2008; *Pitch Notes to Emily Sylvan Kim,* 2013
#126

Flint wiggles his brows at heroine
Flint "wiggling his eyebrows at me"
p. 78
Flint "waggles his brows at me"
Crush p. 272, 439

Brendan waggles his brows at heroine.
Brendan "waggled his brows at me"
2010 p. 130

2011 p 166; 2013 p. 97
#127

**EXHIBIT 1**

**Page 116**

Heroine worries about "mean girls" in the cafeteria:
"acting like prey right now seems like a particularly
bad idea, I mean, if I don't want to spend the rest
of my senior year dodging every mean girl in the
place.
p. 80

Heroine sees girls wearing "gemstone" jewelry
and doesn't realize they are witches (yet).
Witches wear gemstones.
"Gemstones…earrings, pendants, hair clips…"

p. 80

Heroine notices how he's dressed, all in black,
wears a black V-neck sweater, he's wearing designer
designer clothes, she finds him sexy:

"Dressed all in Gucci black, silk V-neck sweater"
…he shouldn't look sexy at all. But he does."

p. 86-87

Heroine finds him captivating and mesmerizing.
"I try to glance away but it's impossible…
But he's just as captivating–just as mesmerizing"

p. 86

Romantic lead moves with languid grace.
"…he starts to move, all languid grace,
all rolling shoulders, and leading hips and legs…"
p. 86

---

Heroine worries about "mean girls" in the cafeteria:
"I took a deep breath and concentrated on relaxing.
Not an easy thing to do with the Mean Girls staring
daggers at me."

2010 p. 79
#128

Heroine wears a "gemstone" necklace from her dad
and doesn't realize it's made by witches (yet).
Witches wear and make things with gemstones.
"your amulet…the gemstones each bring their own
unique power and energy to the jewelry."
2011 p. 80-81
#129

Heroine notices how he's dressed, all in black,
he wears a black V-neck sweater, he's wearing
designer clothes, she finds him sexy:

"dressed well in jeans and a black v-neck sweater"
"dressed well in black designer jeans"
 "I've always found jewelry to be tacky on guys. But
on him… just plain sexy."
2010 p. 16; 2011 p. 20
#130

He captivates heroine and his gaze is mesmerizing.
"It wasn't easy locking gazes with him and maintain-
ing my focus. He captivated me…" "his coppery
gaze mesmerizing"
2011 p. 253; 159
#131

Romantic lead moves with sinuous grace.
"moved differently, all sinuous grace…"

2011 p. 185; 424
#132

**EXHIBIT 1**

**Page 117**

Heroine's mouth is dry around him, she imagines what it would be like to kiss him.
p. 86-87

Heroine's mouth is dry around him, she imagines what it would be like to kiss him.
2013 p. 155
#133

At the party, she drinks Dr. Pepper and:
"I…cough hard"
"Flint…pounding on my back"
"humiliation burning in my belly"

p. 88

At the party, she drinks what she thinks is 7-Up:
"I cough and sputter"
"Amanda pats me on the back"
"something that burned my throat all the way down to my belly"
2013 p. 273
#134, #135, #136, #137

**Heroine is frustrated with the romantic lead. His behavior toward her is inconsistent and she doesn't understand why.**

She saw him at the school party and he upset her.
Romantic lead blows hot and cold with her and she wonders what she did to cause it:

"I have no idea what I did to make Jaxon so mad, no idea why he blows hot and cold with me."

"I've run into him four times…each time has been a different experience. Douchey the first time, blank the second, intense the third, and furious the fourth."

p. 90

She sees him at school and he upsets her.
Romantic lead blows hot and cold with her and she wonders what she did to cause it:

"I wondered if I had done something wrong or not done something right. I didn't know…No more flirtatious banter between us. No more anything."
"At times I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times, inexplicably, he looked angry.
2011 p. 116; 2010 p. 91
#138, #139

Heroine goes to the library, loves books, reading.
She says whoever runs the library is
"my kind of people."
p. 91 (my kind of people); 252; 93, 191, 197

Heroine loves books and reading.
Heroine says her friends were "my kind of people"
A friend tells heroine she's "my kind of people"
2011 p. 34-35 (my kind of people); p. 464, 385, 9, 10
404; 2013 p. 34, 117; 2014 p. 90
# 140

**EXHIBIT 1**

| | |
|---|---|
| Halloween is mentioned, and was three days ago. | Halloween is mentioned and is tomorrow. |
| "Halloween was three days ago." | "…going to the Halloween dance tomorrow night?" |
| p. 97 | 2010 p. 105; 2011 p. 133 |
| | #141 |

| | |
|---|---|
| Heroine thinks about her parents' deaths and grief when talking to Lia, whose boyfriend died. Her boyfriend was romantic lead's brother. He died several months ago. (He looks 19) Lia is having a hard time getting over it and and heroine understands her pain. p. 99; Covet p. 448 (looks nineteen) | Heroine talks about her dad and grandparents' deaths and sadness when talking to romantic lead whose brother died. He died three years ago. He was 19. Romantic lead is having a hard time getting over it and heroine understands her pain. 2010 p. 97-98, 102; 2011 p. 125 #143, #144 |

| | |
|---|---|
| Sumerian is mentioned in the context of reading when heroine is talking with Lia: 'What language were you reading earlier?'… 'It's a language that evolved from ancient Sumerian." p. 102 | Sumerian is mentioned in the context of reading when heroine is talking with romantic lead: "...images from books I'd read flashing fast-forward: Sumerian gods and goddesses with wings…" 2010 p. 179 #145 |

**Heroine is given a spiked drink (herbs in Crave, alcohol in BMR) by her female nemesis. This event happens immediately following the party in Crave. It happens at the party in BMR.**

| | |
|---|---|
| She is given spiked tea by Lia, who will turn out to be her nemesis. She doesn't realize the tea is drugged until later in the story. 'I hope you like it' 'I take a sip' Heroine says she has to go. 'Stay…finish your drink' 'Lia rolls her eyes.' p. 100-105 | She is given spiked punch by Taylor, who will turn out to be her nemesis. She doesn't realize the punch is spiked until later in the story. 'You'll like it' 'I take a small sip.' Heroine says she is going home. 'Don't go! Have a little more punch' 'Taylor rolls her eyes' 2013 p. 276-277 #146-#149 |

**EXHIBIT 1**

**Page 119**

After drinking the tea, heroine is nauseous,
"I… throw up the inside of my stomach and
hoping that if this godforsaken place is trying to kill
me, it just gets it over with already." (Humor)
"another wave of nausea rolls over me. I ride it
out…"
p. 108-109

After drinking the punch, heroine is queasy,
"I…throw up…I've heaved up anything and
everything I've ever eaten in  my life, the snow is
blanketed in Ever Pink Vomit." (Humor)
"I'm riding waves of queasiness"

2013 p. 288-289; 2012 p. 286
#150, #151

Heroine drifts in and out of fitful sleep:
"I drift in and out of sleep…and eventually
fall into a fitful sleep…"
p. 109

Heroine drifts in and out of fitful sleep:
"I drift in and out of fitful sleep"

2010 p. 158
#152

Heroine visits with her Uncle Finn.
Uncle Finn kisses the top of heroine's head.
"…with a kiss to the top of my head."
p. 116

Heroine visits with her Aunt Brie.
Aunt Brie kisses the top of heroine's head.
"She kisses the top of my head…"
2012 p. 123
#153

Heroine mentions mean girls:
"I'm beginning to feel like I've fallen into
*Mean Girls*, Alaska version or something."
p. 115

Heroine thinks about mean girls:
"I couldn't stand for Taylor and the Mean Girls to
see me like that. To feel like that."
2010 p. 117
#154

Heroine thinks about being a "newbie" in Alaska
and dressing in "wool tights" "hat" "gloves"
"down filled hooded parka" "snow boots"


p. 117

Heroine thinks romantic lead "wasn't dressed like a
"newbie." New people wear "wool hats" "down
gloves"  "down parkas" "moon boots…at the first
snow"
2011 p. 118-119
#155

Heroine is reminded of a horror movie when
she is feeling spooked.
p. 119, 324

Heroine is reminded of a horror movie when she is
feeling spooked.
2013 p. 170,  204, 397; 81, 231, 305, 321
#156

**EXHIBIT 1**

**Page 120**

| | |
|---|---|
| Heroine remembers romantic lead's eyes when he touched her face, how his "pupils were all blown out" | Heroine notices romantic lead's eyes when he is about to kiss her, how his eyes "were dilated so so completely there was only the smallest rim of iris showing" |
| p. 124 | 2010 p. 136; 2011 p. 173 |
| | #157 |
| Heroine feels like she is prey around predators. She has a sense of unease, and doesn't feel safe. Heroine: "Like they're the predators and I'm the prey they can't wait to sink their teeth into." | Heroine feels like she is prey around predators. She has a sense of unease, and doesn't feel safe. Heroine: "The instincts born of prey before the predator take control of my limbs and I run." |
| p. 125 | 2011 p. 5 |
| | #158 |

**Heroine is nervous around the romantic lead and recognizes she is attracted to him, even though he is dangerous. There is electricity between them. The Order is mentioned for the first time. The romantic lead warns her not to be out alone, she has a sense of being watched. They also discuss the loss of the romantic lead's brother.**

BMR 2010 (p. 136, 174) and 2011 (36, 53, 84 102, 125-127; 141, 152; 172-173) correspond with this section in Crave (p. 126-150); which is largely in page proximity. For example, the discussion about the romantic lead's older brother being dead, Crave (p. 130), is taken from BMR 2011 (p. 125-127). Additionally, when the heroine is drawn to the romantic lead, and recognizes the danger in him, Crave (p. 127) this corresponds directly with BMR 2011 (p. 127), same page number.

Note the language in this section, particularly the heroine's thoughts about the romantic lead, and her attraction to him and his dangerousness. The scene is rounded out with pieces from BMR 2010/2011. Here we see almost identical language describing the romantic lead's "warm breath" against the heroine's ear, and his "scent wrapping itself around me," Crave (p. 141) with the corresponding dialogue in BMR 2011 (p. 172 )and BMR 2010 (p. 136). There is also similarity with characters between the books, such as Flint (Brendan in BMR) wearing a fire-breathing dragon hat in Crave (p. 142) and a stuffed kitty on his shirt in BMR 2011 (p. 142) on the same page.

| | |
|---|---|
| Heroine runs into romantic lead and Lia. She notes that she "babbles" when she's nervous and is nervous around romantic lead. | Heroine is around romantic lead and she notes that she "babbles" when she's nervous and is nervous around him. |
| p. 126 | 2011 p. 36, 52 |
| | #159 |

**EXHIBIT 1**

**Page 121**

Heroine realizes she has uncomfortable feelings around romantic lead and doesn't want to "crush on" him. But she is, she wants to grab him and hold on… "It's an absurd thought, an absurd feeling."

p. 126-127

Heroine realizes she has uncomfortable feelings about romantic lead and that she's "crushing on" him She worries he will know she's thinking about him or talking about him. "Paranoid right? Psychotic, maybe a little. But crushing on someone is like that."
2011 p. 84
#160

---

The heroine is uncomfortable around the romantic lead; she doesn't look him in the eye. So he brings her chin up:  "then puts a finger under my chin and presses up until I relent and meet his gaze."
p. 126

The heroine is uncomfortable around the romantic look him in the eye, so he brings her chin up: "He reached over and turned my chin up, bringing my gaze level with his own."
2011 p. 364; 162, 177, 262, 55
#161

---

Heroine is drawn to the romantic lead and finds the danger of him to be exciting:
"Everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…"
p. 127

Heroine is drawn to the romantic lead and finds the danger of him to be exciting:
"Something inside of me responded to the dangerous edge in him and liked it."
2011 p. 127
#162

---

She realizes she's taking a risk with him:
"*Especially* the danger, though I've never been that girl before, the one who takes risks just to they feel."
p. 127

She realizes she's taking a risk with him:
"It was always this way with him–me taking risks when the outcome might prove dangerous."

2013 p. 347
#163

---

Heroine and romantic lead talk and she learns romantic lead had an older brother who died. Heroine believes he's in pain over it and relates.
p. 130

Heroine and romantic lead talk and she learns romantic lead had an older brother who died. Heroine believes he's in pain over it and relates.
2011 p. 125
#164

**EXHIBIT 1**

**Page 122**

When she's alone outside, heroine has a feeling being watched. She often has that feeling.
"But I still can't shake the uncomfortable feeling I'm being watched."
p. 131; 16, 40, 126

When she's alone outside, heroine has a feeling of being watched. She often has that feeling.
"unease…the kind of feeling you get when you know someone is watching you…"
2011 p. 152; 48, 94, 95, 215
*Chapter Analysis Notes,* 5-14-10 p. 3
#165

Heroine believes she is human.
p. 133

Heroine believes she is human.
2011 p. 409; 2013 p. 226
#166

"The Order" is mentioned for the first time. Heroine isn't told what it is because her cousin can't tell her. Her cousin is not permitted to reveal the supernatural world to the heroine yet.

The Order is a group of vampires that surround romantic lead and do his bidding.
p. 135

"The Order" is mentioned for the first time. Heroine isn't told what it is because romantic lead can't tell her due to a magical constraint which prevents him from revealing information about the supernatural world.
The Order is a governing branch the romantic lead and his clan serve.
2010 p. 294, p. 300
#167

Romantic lead "looked like the leader" in a group of guys.
p. 135-136

Romantic lead is an "instant leader among males."

The Cast 2008
#168

When heroine is around the romantic lead, her throat is tight, she barely gets the words out:
"I barely manage to get the words out past my suddenly tight throat."

p. 139

When heroine is talking with the romantic lead, her throat is so tight, she can barely speak.
"My throat was so tight I could barely speak."
"My throat felt tight and I spoke slowly to get the words out."
2010 p. 174; 21
#169

**EXHIBIT 1**

**Page 123**

Romantic lead doesn't think it's safe for heroine be out alone around the school grounds:
"And you sure as hell shouldn't be wandering around the school grounds on your own. You're not *safe* here."
p. 141

Romantic lead doesn't think it's safe for heroine to be out alone after school:
"It's not safe to be out alone, even after school."

2011 p. 62
#170

The heroine is talking to the romantic lead and his breath is warm against her ear; "his scent wraps itself around" her:
"…his breath is so warm and soft against my ear…scent of him currently wrapping itself around me"
p. 141

The heroine is talking to the romantic lead and his breath is warm against her ear; "his scent wraps itself around" her:
"…his warm breath delicious against my ear. His scent wrapped itself around me"
2011 p. 172-173
#171

Flint wears funny things, has a sense of humor:
"he's wearing a snow hat in the shape of a fire-breathing dragon that looks absolutely ridiculous."

p. 142

Brendan wears funny things, has a sense of humor:
"dressed all in black…white line down the middle…A stuffed kitty taped to his chest with bits of stuffing spilling out…"
2011 p. 141
#173

Romantic lead's breath is warm against her neck.
"his warm breath is against the side of my neck"
p. 143

Romantic lead's breath is warm against her neck.
"his warm breath delicious against my neck"
2010 p. 136
#174

Their eyes meet, the world drops away.
It's just him and her:
"Our eyes meet, and for a second, just a second, the whole world seems to drop away…until it's Jaxon and me and the electricity that arcs between us."

p. 143-144; 267

Their eyes meet, the world falls away.
It's just him and her:
"Our eyes meet as we pull apart…Our fingers touch..and the world around us literally falls away. It's only him and me…"The air is suddenly charged between us, crackling with electricity."
2013 p. 26, 117; 2011 p. 16 (tingling electricity)
#175

**EXHIBIT 1**

**Page 124**

| | |
|---|---|
| Flint derisively calls romantic lead the "Chosen One" when talking about him.<br>p. 147 | Taylor derisively calls the heroine the "Chosen One."<br>2011 p. 567<br><mark>#176</mark> |

**Heroine is hurt and carried by the romantic lead. She is attracted to him and notices his scent and "breathes him in." The romantic lead tells her it won't be easy for them to be together.**

This scene in Crave (p. 153-167) draws largely on BMR 2011. For example, where the heroine has fallen and has her breath knocked out of her is taken from BMR 2011 (p. 2, 4) which corresponds with Crave (p. 153-154). BMR 2011 also provides the section where the romantic lead and the character Flint in Crave and Brendan in BMR, display tension over the heroine: BMR 2011 (p. 164, 166), which corresponds with Crave (p. 156, 157, 158). When the heroine is hurt the romantic lead carries her, Crave (p. 160-166), again BMR 2011 is used, BMR 2011 (p. 413-414); as are the parts about their relationship not being easy for them BMR 2011 (p. 259), and Et tu, Brute, BMR (p. 40)

BMR 2013 is also used to add the scene about the heroine noticing the romantic lead's scent; and heroine's "mouth watering" with need to touch / kiss him, and pressing her face into his neck and breathing him in BMR 2013 (p. 321). Note that these quotes are said by the same characters and in context in both books.

| | |
|---|---|
| Heroine has the breath knocked out of her when she falls in a snowball fight:<br><br>"And then I'm falling."<br>"panicked beat of my heart as terror races through me"<br>"I brace myself for bone-crunching impact"<br>"the breath is knocked out of me…for one second, two or three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs. …Panic is a wild animal inside me as I struggle to get my weight off him…I finally manage to pull in a huge gulp of air."<br>p. 153-154 | Heroine has the breath knocked out of her when she falls in the snow:<br><br>"I know this is because I've fallen…"<br>"my panic is overwhelming"<br>"There is always that moment just before impact"<br>"Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air. I can't get my lungs to work… When I'm finally able to suck in air, it's in great, gulping, ragged gasps…"<br><br>2011 p. 2, 4; 586, 588<br><mark>#178</mark> |

**EXHIBIT 1**

**Page 125**

There is tension between the romantic lead and
Flint over the heroine.
Romantic lead has a coldness in his voice directed
at Flint. Flint turns away. Jaxon is livid.
Jaxon continues to watch Flint who very obviously
does not watch him back. Romantic lead tells heroine
he'll walk her back to her room.
p. 156-158

There is tension between the romantic lead and
Brendan over the heroine.
Romantic lead has a chill in his voice about Brendan
and has a look of irritation. He gives Brendan a fixed
stare, his gaze unwavering. Brendan looks away.
Romantic lead tells heroine he'll give her a ride.

2011 p. 164-166
#179

---

Heroine wants to fit in, blend in at school.
Falling out of a tree makes her a spectacle and
having romantic lead and Flint angry over her
causes her to stand out.
She was the girl whose parents died in San Diego.
"So much for fitting in…or even *blending* in."
p. 160

Heroine wants to fit in at school.
Her mother giving her an early curfew, and saying it
in front of her friends, and telling them they should
follow them too, causes her to stand out.
"I wanted to fit in with my friends and her rules
made my differences stand out just that much more."
2011 p. 146; *Midnight Overview Notes, 2009*
#180

---

Heroine is hurt and romantic lead carries her.
"He swoops me into his arms"
Romantic lead carries heroine "bride-style"

p. 160-161

Heroine is hurt and romantic lead carries her.
His father "swooped Caitlin into his arms like a great
romantic hero and carried her…Ash carried me
into the great room. Like father, like son…"
2011 p. 412-414
#181

---

"I can only stare up at him in a kind of openmouthed
shock as my brain short-circuits."
"Jaxon's arms…And they feel really good around me."
p. 161

"Speechless, I knew I was experiencing
circuit overload."
"It felt good to be in his arms."
2011 p. 36, 414
#182, #183

---

"And he smells amazing, too. His smell–like snow
orange–is what pushes me over the edge…"



p. 161

"He smelled wonderful, a clean, woodsy scent."
"savoring his scent, citrus and spice…waterfalls"
"His scent, that tantalizing whisper of pine and
snow..wraps itself around me until I'm lost in him."
2011 p. 17, 460; 2013 p. 158; 2011 p. 414 (scent)
#184

---

**EXHIBIT 1**

**Page 126**

She asks to be put down, he continues carrying her.
"'Just let me down, then.'…There isn't so much as a hitch in his stride."
p. 161-162

She asks to be put down, he continues carrying her.
"'You can put me down now.'…Ash carried me into the great room."
2011 p. 414
#185

"…he deposits me on my bed…and pulls off my boot."
p. 163

He "laid me on the divan, gently removing my boots."
2011 p. 418
#186

*Heroine:* "Et tu, Brute?" to her cousin, feeling betrayed in a humorous way over romantic lead.
p. 164

*Heroine:* "Et tu, Brute?" feeling betrayed by the romantic lead in a humorous way
2011 p. 40
#187

His scent seem stronger. Heroine's mouth waters
She wants to put her face against his neck and breathe him in:

His scent is stronger. Heroine's mouth waters
She wants to put her face against his neck and breathe him in:

"His wildly sexy scent seems even stronger now… makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in."
p. 165-166

"his scent was suddenly stronger, more intense"
"My mouth actually waters and I *need* to kiss him."
"…my face resting against the bare skin of his neck …I breathed him in."
2011 p. 59; 2013 p. 321-322; 2011 p. 414
#188, #189

"I've lost control of my vocal cords."
p. 166

"I nodded wordlessly."
2011 p. 414
#190

*Romantic lead*: "This is going to be a lot of things, Grace. Easy isn't one of them."

p. 160-167

*Romantic lead*: "You know this isn't going to be easy for us."

2011 p. 259; 2010 p. 200
#191

**EXHIBIT 1**

**Page 127**

**Heroine is trying to figure out the interest with the romantic lead; how she feels about him, how he feels about her.  They talk about his older brother who died. She feels drawn to him, connected.**

To create this scene in Crave, (p. 168-215), BMR 2010 and 2011 is used as the basis. Some parts flow in page proximity, such as the heroine thinking about the romantic lead's temper and how she is obsessed with him in Crave (p. 168-169) and BMR 2011 (p. 186-187), that he is "intense" Crave (p. 175), BMR 2011 (p. 182), and that tea was the preferred beverage in her home in Crave (p. 213) and BMR 2011 (p. 214). Additional pieces from BMR manuscripts are used to round out the segment, such as the heroine's realization that she's "in way over my head" in Crave (p. 176) BMR 2011 (p. 121).

| | |
|---|---|
| Heroine is "fresh meat" as the new girl and she wonders if that's the reason for his interest: "Maybe he's just playing with me because he's bored or something. Because I'm fresh meat out here in the middle of nowhere." p. 168 | Romantic lead is "fresh meat" as the new boy and everyone is interested: "The entire class was focused on the scene in the front of the classroom. Fresh meat." 2011 p. 20 #192 |
| Heroine notes that romantic lead has a temper. trying to figure out their relationship. p. 168-169 | Heroine notes that romantic lead has a temper. She is to figure out their relationship 2011 p. 186-187 *Midnight Overview,* 2009 p. 2; *The Cast,* 2008 p. 3 #193 |
| Heroine is told if romantic lead wanted her any more he would "spontaneously combust." p. 170 | Heroine feels like "spontaneous combustion" around romantic lead. 2016 p. 19 #194 |
| When her cousin is trying to help her: "'It's okay, I can do it.' I bat her hands away." p. 171 | When her mother is trying to help her: 'I'll be fine,' I said as I batted her hands away." 2011 p. 14; 2013 p. 16 #195 |
| Heroine says about the romantic lead, "Every single thing about him screams *danger*… in the way he holds himself and the way he moves." p. 172 | Heroine says about the romantic lead, "The wry curl of his lip, the confident, almost arrogant way he holds himself whispers of danger." "certain dangerous something in the way they move" 2013 p. 22; 2011 p. 20, 311 #196, #197 |

**EXHIBIT 1**

**Page 128**

**Heroine and Macy in in Crave / Jenny in BMR, have a conversation about the romantic lead. Heroine is attracted to him, and embarrassed when Macy / Jenny figures it out. The heroine thinks about how she feels about the romantic lead, that they have a soul connection, that they understand one another's pain. Macy / Jenny comments that the romantic lead is different, and intense.**

Macy is not able to have a poker face talking about the romantic lead with the heroine, and whether there is a romantic interest between the heroine and the romantic lead. The heroine says ugh.
"Ugh…I watch Macy who pretty much has the opposite of a poker face…"
p. 173

Heroine is not able to have a poker face talking about the romantic lead with Jenny, and whether there is a romantic interest between the heroine and The heroine says ugh.
"Ugh! Why couldn't I keep a poker face?"

2011 p. 310
#198

Heroine thinks they have a "soul" connection:
"There's something about him that calls to me on a soul deep level…"

p. 174

Heroine thinks they have a "soul" connection
"When I look at him, really look at him, I feel the strongest sense of recognition…a déjà vu of my soul."
2011 p. 222; 2013 p. 198
#199

"…something broken in him that somehow fits with what's broken in me…all the grief and pain…"
p. 174

"I understood his pain. He felt the same way I did about my dad and grandparents."
2011 p. 125
#200

Heroine talks to Macy about the romantic lead. Macy says: "Jaxon is definitely not like anyone you've ever met before…he's different when he's with you. He's somehow less intense but also more intense."
"…he's not an easy guy to be around."
p. 175

Heroine talks to Jenny about the romantic lead. Jenny says: "something about him that's different from everyone else…"
"There's something about him, something intense."

"He'd be tough to date."
2011 p. 311; 182
*Midnight Overview Notes,* 2009
#201, 201a

Heroine talks about being "obsessed" with romantic lead. She's "in way over my head."
p. 176-177

Heroine thinks about an "obsession" with romantic lead. She's "in way over my head."
2011 p. 187, 121
#202

**EXHIBIT 1**

**Page 129**

Romantic lead has told heroine about his
brother's death even though he hardly knows her.
They are connected through loss.
p. 176-182 (brother p. 181-182)

Romantic lead has told heroine about his
brother's death even though he hardly knows her.
They are connected through loss.
2011; 121, 125, 127, 128 (loss in
common); *Midnight Overview Notes,* 2009
#203, #204, #205

Romantic lead sends heroine food of all kinds and
"coffee…tea…bottle of sparkling water"
It comes with a note: "I don't know what you like…"
p. 188-189

Romantic lead asks heroine what she wants and
offers "coffee…hot chocolate" "bottle of water"
He says, "I don't know what you like"
2010 p. 173
#206

Heroine and romantic lead talk about favorites:
"favorite movie" "ice cream" "song"
p. 191-193

Romantic lead tells heroine he wants to know her
"favorite movies" "foods" "books" "all of it"
2010 p. 225; 2011 p. 288
#207

Heroine mentions the Star Wars movie when she's
texting with romantic lead.
"The Star Wars movie where everybody dies"
p. 191

Heroine thinks about the Star Wars movie when she
is with romantic lead.
"It was the cantina scene from 'Star Wars'"
2011 p. 495
#208

Heroine gets butterflies in her stomach when
she thinks romantic lead is nearby:
"...the sudden butterflies in my stomach kind of fall
back down with a thud."
p. 195

Heroine gets butterflies in her stomach when
romantic lead is near her:
"The butterflies in my stomach were hopped up
on caffeine."
2011 p. 161
#209

Romantic lead sends heroine the book, *Twilight.*
It is done in humor with heroine's cousin.

p. 196

Romantic lead and heroine are referred to as Bella
and Edward, the leads in *Twilight,* by the
Romantic lead's sister in humor
2011 p. 484
#210

**EXHIBIT 1**

Heroine feels self-conscious around romantic lead, and ducks her head:
"I duck my head, suddenly way self-conscious around this guy..." p. 199
p. 199

Heroine feels self-conscious around romantic lead, and ducks her chin:
"I smiled self-consciously and with supreme force of will, ducked my chin down…"
2011 p. 35
#211

Heroine about romantic lead: "About Jaxon, whose deepest thoughts and heart and pain seem to so closely echo mine.
p. 205

Heroine about romantic lead: "His words are an echo of my own thoughts."

2013 p. 118
#212

Heroine gets sweaty palms thinking romantic lead is at her door.
p. 206-207

Heroine gets sweaty palms when romantic lead is next to her.
2013 p. 25
#213

Halloween is mentioned as a favorite holiday.
p. 211

Halloween is mentioned as a favorite holiday.
2011 p. 133
#214

In the cafeteria, heroine feels like people are staring:
Half the "cafeteria is watching" her. "I can feel their eyes even with my back turned."
p. 213

In the cafeteria, heroine feels like people are staring:
In the "cafeteria" "I can feel the weight of everyone's eyes"
2011 p. 315, 102, 29
#215

Romantic lead asks heroine if he can sit with her. Heroine is surprised.
p. 214

Romantic lead asks heroine to sit with him. Heroine is surprised.
2011 p. 108-109
#216

**EXHIBIT 1**

**Page 131**

**Tea is mentioned frequently, both the heroine and her family and friends take tea often in both books. The concept of using tea to bind the heroine's powers and to keep her safe and ignorant of the supernatural world while she is growing up, is also used in the Crave series. In BMR, it is the heroine's aunt who is a skilled herbalist and witch who makes the tea. In the Crave series, book 4, Court, it is the heroine's mother who has the heroine's aunt get the tea from the heroine's great-aunt. Note the page number proximity and the words used in this sequence.**

**Crave:** p. 69, 75, 81-82, 96, 98, 100, 101, 103, 130, 189, 213, 214, 293, 297, 317, 319, 321, 325, 339. 445, 451, 453, 471, 516, 517, 523

**BMR:** 2011 p. 74, 75, 77, 80, 81, 82, 83, 86, 91, 184, 185, 211, 213, 275, 278, 279, 280, 374, 418, 428, 429, 515, 516

| | |
|---|---|
| Heroine's family preferred tea: "It was always more about tea at our house." p. 214 | Heroine's family prefers tea: "Tea is big in our family…None of us are coffee people." 2010 p. 213 #217 |
| Heroine's mom made special tea blends and was an herbalist. "My mom was an amazing herbalist." "lemon-thyme-verbena tea" p. 214 | Heroine's aunt makes special tea blends and herbal remedies: "My aunt is a strong believer in herbal remedies" "an herbal concoction my aunt brewed" "valerian and chamomile tea" "lemon verbena" 2011 p. 74, 184; 91, 208; 2016 p. 84 #218, #219, #220 |
| Heroine learns that tea was used by her mother and father (made by her great-aunt) to bind her powers and keep her safe. Court p. 448 | Tea was used by her mother and aunt to bind her powers and keep her safe. *Midnight Overview Notes, 2009; The Plot, 2008; Freeman Notes,* 1-27 #221 |
| "I really do think I'm falling for Jaxon Vega." p. 217 | "I was pretty sure I was falling for him. And hard." 2011 p. 187 #222 |
| Heroine about romantic lead: "half the girls in the school are swooning over Jaxon Vega" p. 220 | Heroine about romantic lead: "all of the girls made some excuse to ogle him" 2011 p. 24 #223 |

**EXHIBIT 1**

**Page 132**

| | |
|---|---|
| She wants to blend in at school.<br>p. 222 | She wants to fit in at school.<br>2011 p. 146<br>#224 |
| Heroine is at her first day in a new class at school.<br>Teacher says to heroine after romantic lead<br>leaves class: "I won't make you stand up and<br>introduce yourself to the class."<br><br>p. 227 | Heroine is at her first day in a new class at school.<br>Teacher says to heroine and romantic lead:<br>"Why don't you two introduce yourselves…stand up<br>tell us…why you're taking this class." Heroine has<br>to go first.<br>2012 p. 38; 2010 p. 30; 10; 2011 p. 40<br>#225 |
| Flint teases and calls the heroine "baby"<br>"Know it? I own it, baby."<br>p. 231 | Brendan teases and calls the heroine "baby"<br>"Sashay, shante, baby."<br>2013 p. 126<br>#226 |
| Flint's parents are a mixed race couple;<br>he's gay and only heroine knows at<br>first, he "waggles his brows at" heroine,<br>she finds him "beautiful" in his supernatural form,<br>he has a smile he's known for, on school sports team.<br>He is captain of the Ludares team.<br>Crave series, Crush p. 382, 369, 272, 275, 245; 394 | Brendan's parents are a mixed race couple;<br>he's gay but only the heroine knows,<br>"he waggles his brows at" heroine, she finds him<br>"beautiful" in his supernatural form, he has a smile<br>He's known for, on school sports team.<br>He is the class president;<br>2011 p. 100, 111, 166; 2013 p. 283<br>#227, #228 |

**Heroine hears a voice in her head. In Crave, she hears one voice, (in Crush she hears two voices). In BMR, the heroine hears two voices. The voices are the same characters in both books.**

In Crave, the heroine hears one voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to the Unkillable Beast, (who will turn out to be her long-lost grandfather, Court, book 4). He is a gargoyle and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Alistair." (Court).

In BMR, the heroine hears a voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to an "abomination," (who will turn out to be her long-lost father). He is a Sentinel and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Athair."

In Crush (book 2), the heroine hears a second voice, Hudson, a royal with an accent who is thought to be dead and would have a role in the war that is brewing if he was brought back. Hudson is in a love triangle, and intended to be the heroine's true mate. She hears him because he is trapped in her head. She has accidentally brought him back from another dimension.

**EXHIBIT 1**

**Page 133**

In BMR, the heroine hears a second voice, that of Ronan, a royal with an accent who is thought to be dead and would have a role in the supernatural war "when he rises." Ronan is intended to be in a love triangle, and the heroine's true mate (*The World Notes,* 2010). At the end of BMR, she has accidentally brought him back from another dimension.

*Note: This recurring theme is explored in more detail with this concept and the associated sub plots and characters elaborated in the later books in the series Crush, Covet & Court, however, they originate in BMR manuscripts and associated notes.*

| | |
|---|---|
| The heroine hears a voice inside her head:<br>"…a voice deep inside me starts screeching—<br>telling me not to go any farther. Telling me to run.<br>*Telling me to get the hell away…*"<br>p. 233 ;418, 448, 449, 450, 453, 472, 473, 479<br>482, 484, 508 | The heroine hears a voice inside her head:<br>"…voice inside my head warned me that I needed…<br>to get away before it was too late. To run!"<br><br>2011 p. 472; 5, 177, 287, 430, 452, 474, 475, 480<br>481, 483, 484, 506, 521, 551<br>#229 |
| Heroine feels like a competition is going on between<br>romantic lead and Flint over her and thinks of ping pong.<br>p. 236 | Heroine feels like a competition is going on between<br>romantic lead and herself and thinks of ping pong.<br>2011 p. 52<br>#230 |
| Heroine notices "gemstones" decorating the walls<br>in the school tunnels.<br>p. 238-239 | Art made from "gemstones" "decorates the walls"<br>of their home.<br>2011 p. 210<br>#231 |
| Romantic lead doesn't like the heroine being<br>with Flint. His eyes are pinned to Flint.<br>p. 243 | Romantic lead doesn't like heroine being with<br>Brendan. He gives Brendan a fixed stare.<br>2011 p. 166, 182<br>#232 |
| "Mean girls" throw a basketball at heroine's head.<br>p. 246-247 | "Mean Girls" trip the heroine when she walks past.<br>2011 p. 107<br>#233 |

**EXHIBIT 1**

**Page 134**

Heroine's cousin is on the school dance team performing at a pep rally. Heroine isn't fond of dance teams. "I've never been a big dance team enthusiast."
p. 247-248

Heroine's best friend is a school cheerleader. Heroine isn't fond of cheerleading.
"…the cheerleader phase. One I hope won't last for very long."
2013 p. 29; 2012 p. 26
#234

She worries about people seeing how she feels about romantic lead. "I tend to wear my emotions on my sleeve, and the last thing I want is for someone to see how I feel about Jaxon…."

p. 249

She worries about people seeing how she feels about "…that the way I felt about him was somehow revealed on my face." "…as if she were wearing her soul on her face…Every feeling evident on her expressive face."
2011 p. 158; *The Cast Notes, 2008*
#235

**The heroine breaks down and cries at school over her feelings of loss. She is thinking about the loss of her family, in particular the loss of her parents in Crave, and of her dad and grandparents in BMR. The romantic lead discovers her crying in both books and she is embarrassed.**

This scene in Crave (p. 252-262) uses the crying scene at school from BMR 2011 (p. 34-36) with the same sequence of events as outlined below. The description of the heroine crying using "rocking," "wrenching sobs," and tears is from BMR 2011 (p. 470).

Towards the end of the scene, the romantic lead takes the heroine's hand "and winks. He *winks"* this mirrors the same quote in BMR 2014 (p. 168), and again in the "twist of his lips" for the romantic lead in BMR 2014 (p. 174). At the end of this scene the heroine wonders if the romantic lead is an alien, Crave (p. 260), this is taken from BMR 2011 (p. 193). The heroine and romantic lead mention old movies, Crave (p. 262 old movies, old Tom Cruise movies), BMR 2011 (p. 42); and the heroine thinks romantic lead has a "Tom Cruise" grin in the mention of old movies.

Heroine cries at school over the loss of her parents:
"…I sink down onto one of the chairs and finally, finally let the tears come…
p. 252

Heroine cries at school over loss of friends/family:
"I slumped down to the bottom of my locker…
I could feel the tears…running down my cheeks…
2011 p. 34
#236

**EXHIBIT 1**

**Page 135**

"I haven't cried, really cried, since the funeral,
and now that I've started, I'm not sure I'll ever stop."

p. 252

"I have a sense when I cry that all of the pain I've
held onto so tightly will come gushing out, leaving
me with no flood control."
2011 p. 34
#237

"Grief is a wild thing within me, a rabid animal
tearing at my insides and making everything hurt…
the tears just keep coming…battling the pain and
loneliness from losing my parents in the blink
of an eye."
p. 252

"I'd felt raw and open like a
broken dam with the flood waters pouring over me
for a long time after my dad and grandparents
died…I'd never gotten over it."

2011 p. 34
#238

"I wrap my arms around myself and start to rock"
"The tears just keep on coming"
"wrenching sobs"
p. 252

"I rocked myself back and forth"
"My tears ran freely…unchecked"
"gut-wrenching sobs"
2011 p. 470
#239, #240

She worries about someone seeing her crying.
"…having *anyone* seeing me like this—is the
threat that finally galvanizes me."
p. 252

She worries about someone seeing her crying.
"…pulled the door close to me, shielding myself
from prying eyes."
2011 p. 34
#241

Romantic lead catches her unexpectedly and
sees that she's been crying. She's embarrassed.
"Except that when I climb to my feet and turn around
it's to find that someone already has. Jaxon…
Embarrassment slams through me, makes my face hot
and my breath stutter."
p. 253-254

Romantic lead catches her unexpectedly and sees
that she's been crying. She's embarrassed:
"Caught, I snapped my neck around…staring up
into his molten-honey gaze…
I felt a hot blush rise up and stain my cheeks."

2011 p. 34
#242

She starts to ask how long he's been there.
"I start to ask how long he's been there but it doesn't
really matter. He's been there long enough."
p. 254

She asks how much did he hear.
"'How much did you hear?' 'Everything,' he
admitted."
2011 p. 34
#243

**EXHIBIT 1**

**Page 136**

Although she's been caught crying, she's attracted to him and thinks about his eyes:
"black-magic eyes of his"
He's close to her. Her mouth goes dry.
"He closes the gap, moving in until he's only inches away from me. My mouth goes desert dry."
p. 254

Although she's been caught crying, she's attracted to him and thinks about his eyes:
"his warm, molten-honey gaze"
 He's close to her. Her heart flutters.
"He crouched down beside me…my traitorous heart fluttered in response to his nearness"
2011 p. 35
#244

When the heroine is embarrassed to be caught by romantic lead crying at school:
"…I pray for the ground to open up and swallow me."
p. 254

Heroine is embarrassed at school:

…I wanted the ground to just open up and swallow me."
2011 p. 107, p. 134 (with romantic lead)
#245

After the crying scene, he walks to his room at school, which is a few feet away, and leaves the door open for her to enter, and invites her in.
p. 255-256

After the crying scene, he walks her to class and opens the door for her to enter.

2011 p. 37
#246

Heroine wishes he were "closer," that they were touching, but part of her "is terrified"

p. 258

Heroine wants to slide over "closer" to him but she wants to "run away, far away at the same time"
"though it terrifies her, she can't stay away"
2011 p. 367; 16; *Midnight Overview Notes,* 2009
#247

**Note: Look at the use of italics and the words that precede it in "*winks*"**

Romantic lead with heroine:
"He looks over his shoulder at me and winks. He *winks*."
p. 259

Romantic lead with heroine:
"He clasps my gloved hand in his and winks. W*inks*."
2014 p. 168
#248

**EXHIBIT 1**

**Page 137**

| | |
|---|---|
| He gives her "a quick twist of his lips" in answer her question.<br>p. 259 | He gives her a "sharp twist of his lips" in answer to her question.<br>2014 p. 174<br>#249 |
| Heroine wonders if romantic lead is an "alien."<br>p. 260 | Heroine wonders if romantic lead is an "alien."<br>2011 p. 193<br>#250 |
| Heroine and romantic lead talk about old "Tom Cruise movies" and old movies.<br><br>p. 262 | Heroine and romantic lead talk about old movies and heroine thinks romantic lead has a "Tom Cruise" grin.<br>2011 p. 42<br>#251 |

**The first kiss between the romantic lead and the heroine becomes the catalyst for the heroine to learn about the supernatural world. The scene begins with them going outside to view a special phenomenon in the sky. In Crave, the phenomenon is a meteor shower, in BMR, it is the northern lights. It's winter, and it's cold. They kiss and the romantic lead loses self-control of his powers. In Crave, the romantic lead causes an earthquake, in BMR, the romantic lead's eyes glow. In Crave, the heroine doesn't realize the romantic lead caused the earthquake, but she is frightened of him when he starts yelling at her to go. In BMR, she is aware his eyes aren't right and she is frightened of him. In both books she does not learn the truth until the following day after the event.**

For this Scene in Crave (260-272) BMR 2013 (154-162) is used as the basis for the light show and first kiss. A similar version exists in BMR 2011. The kiss itself uses BMR 2011 p. 172 and 255.

Directly following this main kiss scene in Crave, the heroine is cut by broken glass due to the earthquake caused by the romantic lead's loss of control of his powers. Crave takes the blood loss scene from BMR where the heroine is stabbed, BMR 2011 (p. 407-408; 417-418). In both books, the romantic lead gives the heroine a special type of "healing" "bite" to save her life. The special "bite" will be addressed in the next scene. The remainder of this scene from Crave follows BMR 2011 incandescent eyes (p. 527), romantic lead feeling it's his fault, he should have protected her (p. 411) and she should stay away (p. 299, 297).

| | |
|---|---|
| First kiss. The scene begins with them outside. "despite the chill, his hand on my arm…flood every cell of my body with heat." They are outside to watch a meteor shower: "most brilliant show I've ever seen light up the sky."<br>p. 261, 263 | First kiss. The scene begins with them outside. "'I'll keep you warm' he offers. The way he says it I feel a flutter of heat." They are outside to watch the northern lights: "our own personal lightshow" "flash across the sky in Alaska."<br>2013 p. 155; 154<br>#252, #253 |

**EXHIBIT 1**

**Page 138**

"I glance at him, suddenly shy, though I don't
p. 263

"I feel shy and uncertain of myself."
2013 p. 157
#254

"A part of me that wonders what it would feel like
to kiss him and a part of me that thinks I should run
for the hills…"
p. 267

"I want him to kiss me but at the same time I'm
afraid he might."

2013 p. 155
#255

Air between heroine and romantic lead is loaded,
heavy electric.
"The air between us loaded, heavy, electric.

p. 267

The air between heroine and romantic lead is charged,
crackling with electricity
"The air is suddenly charged between us, crackling
 with electricity."
2013 p. 117
#256

Romantic lead looks at her with "craving"
"a craving that has nothing to do with wanting
me and everything to do with needing me"

p. 269

Romantic lead looks at her with "yearning"
"What I see in his face is a mix of wistful yearning and
hope. He's looking at me like I might be the one
slightly out of reach"
2013 p. 157; 2010 p. 407; 2009 p. 383
#257

"I don't back away. I can't. I'm dazzled,
mesmerized, enthralled."
p. 269

"…I can't look away. I'm caught. It's hopeless really.

2013 p. 157
#258

"I cup his face in my hands…"
p. 269

"He cups my cheek with his hand…"
2013 p. 158
#259

"Then he leans down and presses his lips to mine."
"soft as a snowflake, as delicate as the permafrost"
"brush of one mouth against another"
p. 270

"He leaned in and turned my chin up, pressing his lips"
"featherlight, feather soft" "brush of his lips"

2011 p. 172; p. 255
#260

**EXHIBIT 1**

**Page 139**

His hands are on her arms, pulling her against him and she tries to slide her arms around his neck.
p. 271

His hands are in her hair and her arms around his neck, pulling him closer.
2013 p. 158
#261

During the kiss, the heroine is light-headed:
"My head gets lighter, my knees weaker"
p. 271

During the kiss, the heroine is delirious:
"I'm delirious with the heat and urgency of our kiss"
2013 p. 158
#262

He loses self-control during the kiss. He causes an earthquake by accident with his powers. Heroine is scared of the romantic lead because he is a "monstrous version of Jaxon" and she runs runs away.
p. 271-272

He loses self-control during the kiss. His eyes glow, he starts to shift by accident with his powers. Heroine is scared of the romantic lead because she thinks "he's some kind of monster" and wants to run away, but can't.
2013 p. 159; 162 (monster); and 2011 p. 173, 175
#263, #264

After the first kiss and heroine has lost blood she wakes up in her room with no memory of how she got there. She was cut by glass.
'How are you feeling'…'I'm okay'…
'She lost some blood…'
p. 273-274; 283 (nicked artery)

Heroine has lost blood, and she wakes up in a car with no memory of how she got there. She was stabbed.
'How are you feeling?'… 'I'm not sure. Okay I guess.'
'You lost a lot of blood.'
2011 p. 407-408; 403 (stab wound)
#265

She's made to rest and stay in bed by the school nurse at the castle, and threatened with a sedative for arguing The nurse gives her cranberry juice "the sugar will be good for you."

p. 275-277 (sugar p. 277)

She's told to rest and not to give "any lip about it" by the clan's doctor at the chateau, and made to rest. The doctor orders "tea with honey and biscuits" telling her that after adrenaline wears off shock kicks in. She's told not to argue with him.
2011 p. 417-418
#266, #267

Heroine notices eyes that are incandescent:
"his eyes an incandescent black…"
p. 289, 291

Heroine notices eyes are incandescent:
"his incandescent blue eyes…"
2011 p. 527
#268

**EXHIBIT 1**

**Page 140**

Romantic lead is upset that he didn't protect her:
"I'm sorry…I didn't protect you."

p. 290

Romantic lead is upset he didn't protect her:
"I'm so sorry, Anna. I should have been there to protect you."
2011 p. 411; 2010 p. 330
#269

Romantic lead believes her association with him
has put her in danger:
"Now I've all but put a bull's eye in the middle of your back."
"You need to stay away from me."
p. 291

Romantic lead believes her association with him
has put her in danger:
"If you didn't know me, you wouldn't be caught up in this."
"Staying away from me would be better for you."
2014 p. 261; 2011 p. 411, p. 297, 299 (stay away)
#270, #271

Romantic lead seems to "vanish"
"He's vanished right into thin air."
p. 292

Romantic lead seems to "vanish"
"He'd simply vanished. Could he do that?"
2011 p. 451
#272

**The heroine and the romantic lead are becoming involved at this point in the story. The heroine's
nemesis (Lia in Crave, and Taylor in BMR) attempts to make the heroine jealous by implying she has a
claim to the romantic lead that is superior to the heroine's.**

BMR 2011 (p. 149-151) provides the basis for this scene in Crave (p. 295-296). Crave adds BMR 2011 (p. 64 and
468) where the heroine is feeling connected to the romantic lead and feels drawn toward him.

Lia tries to make heroine jealous by implying
she has a special tie to the romantic lead:
"They tell me that nothing has to change, that
Jaxon's a perfectly good replacement…I don't
care about politics or family dynasties, even if
he does."
p. 295-296

Taylor tries to make heroine jealous by implying
that she has a special tie to the romantic lead:
"Well…it was very romantic. That boy knows how to
wine and dine a girl if you know what I mean."

2011 p. 149
#273

**EXHIBIT 1**

**Page 141**

| | |
|---|---|
| Heroine's "body tightens up at the mention of his name linked with hers."<br>She's "reeling under the news that she and Jaxon are supposed to be together…and that he's willing to go along with it."<br>p. 295-296 | Heroine feels a "clutching sensation in my chest" when Taylor says they had a dinner date.<br>"Pain formed a tight knot in my stomach. 'He told me had to work tonight.' The words fled my lips in a whisper of dismay."<br>2011 p. 149-150<br>#274, #275 |
| Heroine concludes that it's not true:<br>"But she looks so small when she says it, so Exposed, that my heart twists for her. Besides, It doesn't make sense…Not with the way he kissed me."<br>p. 296 | Heroine concludes that it's not true:<br>'Really? I think you're the one who's worried about getting hurt.' Her mouth fell open in surprise. 'Why would you think that?'…'Because of all the effort you're making to convince me he's into you.'<br>2011 p. 151<br>#276 |
| Heroine already feels a connection to romantic lead:<br>"Not when I already feel this connection to Jaxon."<br><br>p. 296 | Heroine already feels a connection to romantic lead:<br>"I felt a current between us, a connection. Even though we'd only just met, he was already somehow important to me."<br>2011 p. 64<br>#277 |
| Heroine feels a push toward the romantic lead:<br>"Like there's something pushing me toward him, making me want him."<br>p. 297 | Heroine feels a pull toward the romantic lead:<br>"There was always this constant pull toward him, this desire to be near him…"<br>2011 p. 468<br>#278 |

**The heroine wants to know the truth about what really happened after her first kiss with the romantic lead. She finds marks on her neck. In Crave, they look like puncture marks. In BMR they are markings or script but not from the romantic lead. She doesn't understand what the marks are and can't sleep. She is told the romantic lead is a supernatural being, a vampire (Crave), a werewolf (BMR). She learns that monsters are real.**

To create this scene in Crave, (p. 300-325) BMR 2011 and 2013 are used as the basis. The heroine realizing that there is a reason for the romantic lead keeping his distance, the marks on her neck, her trouble sleeping that night, wanting answers about the romantic lead, crossing the threshold, and wondering about aliens, (Crave p. 300-310) is taken from BMR 2011 (186, 189-90; 192, 193, 202, 228). When heroine is "dizzy" from blood loss, this is taken from BMR 2010 blood loss scene (p. 321 v. Crave p. 303). Heroine learning about her

**EXHIBIT 1**

friends being supernaturals and the JK Rowling / *Harry Potter* reference is taken from BMR 2013 (p. 405), and that her two remaining family members are both witches (p. 220,) dragons (p. 283). Note that the first time heroine learns about dragon shifting people is in BMR 2012 (p. 312-313) v. Crave (p. 314). The heroine's parents loving each other a lot is taken from Midnight Overview Notes 2009, and The World Notes 2010. The romantic lead's "healing bite" used to save the heroine's life is taken from BMR 2010 (p. 329 ) v. Crave ( p. 319) where his "healing venom" is used to save her. Crave's use of "a little glamour" magic to fix hair and makeup is taken from BMR 2014 (p. 102). The remainder of the scene is taken from 2011 and 2013, respectively.

| | |
|---|---|
| After the first kiss, and her injury, heroine is suspicious of the romantic lead. "…something that accounts for why my uncle was so nervous and Jaxon so determined to put distance "between us." She finds "puncture marks" on her on her neck. "There's no going to sleep after that." She wonders about aliens. Monsters. p. 300-301 | After the first kiss, she is bothered by what happened with the romantic lead and wants the truth. "The reason he kept his distance is because his parents knew he had a shifty eye problem…" She finds "markings" on her neck. "I was too wired to go to sleep…" She wonders about aliens and monsters. 2011 p. 186, 189, 190, 193; #279- #282 |
| Heroine is still a little dizzy from blood loss. p. 303 | Heroine is dizzy and tired from blood loss. 2011 p. 402-403 #283 |
| Heroine wants to know the truth about romantic lead. "I march through the school like a woman on a mission." Heroine wonders about vampire lore and crossing the threshold of her room. When heroine learns that the supernatural is real, "…it's just that my head is spinning." She asks, "Is. Jaxon. Vega. A. Vampire?" p. 303, 309, 310, 313 | Heroine wants to know the truth about romantic lead. "I wanted answers about Ash and I wanted them now." Heroine wonders about vampire facts and crossing the threshold of her house. When heroine learns that the supernatural real, "My head was spinning…" She asks, "I-I think you might be under a curse of some kind. Like a werewolf." 2011 p. 192, 202, 230, 228 #284-#287 |
| Vamp is short for vampire in the story: "Flint's definitely not a vamp." p.314 | Vamp is short for vampire in the story: "That vamp asked for you by name." 2011 p. 508 #288 |
| When she's told about Flint being a dragon: "I hold my arms up and kind of flap them" "Yes, he's got wings." p. 314 | When she sees her friends and Brendan with wings: "I flap my arms" 'Love the wings, girls' 'Brendan' …'Not you, too?' 2013 p. 283 (Brendan is a faery 2013 p. 405) #289 |

**EXHIBIT 1**

**Page 143**

Heroine asks if her cousin is a fairy.
p. 314

Heroine is told that her friend is a faery.
2013 p. 405
#290

She thinks her parents were human.
She learns her father wasn't human:
"Wait a minute. You're saying my dad *was* a witch?"
p. 315-316 Court p. 164

She thinks her parents are human.
She learns her father wasn't human:
"My father. Why didn't he tell me?"
2010 p. 354; 2011 p. 345, 440, 446, 582; 2013 p. 344, 576, 578; 2014 p. 280; *The World Notes,* 2010 p. 354
#291, 292

Heroine learns her remaining two family members
are both witches:
"A warlock, yeah. Just like my dad. And I'm a
p. 316

Heroine learns her remaining two family members
are both witches:
"My mom and my aunt are both witches…"
2013 p. 220; 2011 p. 576, 578
#293

Her parents "loved each other a ridiculous amount."
p. 316

Her parents were "deeply in love with one another."
*Midnight Overview Notes, 2009; The World Notes, 2010*
#294

JK Rowling (Harry Potter) is mentioned in the scene
where heroine learns her friends are supernatural:
'Well, what kind of witch are you if you can't do
something an eleven year old kid can do?'
'The kind that doesn't come from J.K. Rowling's
brilliant imagination.'
p. 317

Harry Potter is mentioned in the scene
where heroine learns her friends are supernatural:
'Are you quoting *Harry Potter*? Really?!'
'Think of what I'm doing  as my very own
sorting hat…'

2013 p. 405
#295

Heroine realizes monsters are real.
p. 318

Heroine realizes monsters are real.
2011 p. 237
#296

**EXHIBIT 1**

**Page 144**

Heroine's friends are all supernatural and her teachers.

Heroine's friends are all supernatural and two teachers.
"Ash and Anna each find themselves with a unique group of friends with some surprising abilities of their own."
"You're not human? *None* of you?"

p. 313, 314, 316, 321

*Midnight Overview Notes, 2009, p. 2;* 2013 p. 409, 407, 405, 423; 2011 p. 421
#297

Romantic lead used his vampire venom to save heroine's life. "Jaxon didn't bite you, but he did use his healing venom to seal your wound."

Romantic lead used his werewolf bite to save heroine's life. "One bite is only enough to gift you with rapid healing" "Ash's healing bite" "the healing bite he'd given me"

p. 319

2010 p. 329; 2011 p. 423, 425
#298

Heroine learns that vampire venom has "coagulant properties."
p. 319-320

Heroine learns that vampire saliva has "coagulating properties."
2010 p. 429; 2011 p. 532-533
#299

Heroine asks if she'll turn into a vampire, and is laughed at and told no. Heroine is told she won't "sprout fangs:" "No, Grace, you're not about to sprout fangs and start sucking people's blood."

She asks if she'll turn into a werewolf, is laughed at and told she is exactly what she was before. Heroine says her dad didn't "sprout fur:"
"E-enough to know he d-didn't sprout fur and whiskers and run around on four f-feet."

p. 320

2010 p. 329, 294
#300

Main supernaturals are vampires, witches, werewolves, and dragons in the first story.
p. 321

Main supernaturals are vampires, witches, werewolves in the first story. And there are dragons.
2011 p. 478, 576, 421; 2012 p. 312-13; 505; 2013 p. 435; *The World Notes, 2010.*
#301

**EXHIBIT 1**

| | |
|---|---|
| Heroine's friends and family are supernatural beings Fairy, banshee, siren, berserker, windigo, succubi, succubi, trolls, demons,  also exist in later books in the series. <br> p. 314, 316, 321, 314, 480; Crush p. 73, 371, 255, 73; Covet p. 498, 119, 501, 503 | Heroine's friends & family are supernatural beings Faery, ban sidhe, siren, berserker, wendigo, trolls, demons, also exist in later versions of the manuscripts. <br> 2013 p. 409; 405-409, 423, 81; 2011 p. 421, 500, 224, 236, 576, 490, 4, 231; 2012 p. 312-313, 505 <br> #297 |
| Wolf shifters aren't werewolves in the "technical" sense: <br> "Well, if you're going to get technical, they're wolf shifters really, more than werewolves." <br> p. 321 | Wolf shifters aren't werewolves, "technicality" <br> "He claimed he wasn't a werewolf but could shift into a wolf. It seemed like a bit of a technicality…" <br> 2011 p. 236 <br> #302 |
| Wolf shifters "get a little extra wild around the full moon." <br> p. 321 | Wolf shifters feel "added pressure of the full moon" <br> 2011 p. 231 <br> #303 |
| Heroine's friend, Flint, is a dragon: <br> "Flint *is* a dragon, all the time. He can shift between his dragon and human form…" <br> p. 321 | Heroine's great, great-grandmother "took the form of a dragon;" "dragon-shifting people" <br> 2012 p. 312-314; 505; *The World Notes, 2010* <br> #304 |
| Heroine's cousin uses witches' glamour to do her make-up and hair. <br> p. 322, 323 | Heroine's aunt uses witches' glamour to do heroine's make-up and hair. <br> 2014 p. 102 <br> #305 |
| Heroine thinks about her "alien theory" and how she misses that instead of the truth about what she saw at school. <br><br> p. 325 | Heroine's teacher talks about "space-aliens theory" to explain what people didn't understand about ancient Egypt; "aliens theory" to explain the unexplainable. <br> 2014 p. 34; 2016 p. 41 <br> #306 |

**EXHIBIT 1**

**Page 146**

**In both books, someone is trying to kill the heroine to stop the war between the supernatural races. The heroine is the key to releasing the evil character (Hudson in Crave, and Ronan in BMR, who will bring destruction). Heroine's uncle explains / romantic lead explains, that there is a war going on. In Crave, it's a "giant turf war" and in BMR, the "earth" is used as a "battlefield." The heroine is in danger and should leave Alaska, but doesn't. The heroine thinks of mythology to understand the supernaturals. She realizes she should be scared of the romantic lead's power but isn't.**

To create these segments in Crave (p. 331-372), BMR 2010/2011 and 2013 are used as the basis. Parts of this segment are in proximity, such as the heroine asking her aunt and mother in BMR and her uncle in Crave "why didn't you tell me" about the supernatural world BMR 2013 (p. 343) and Crave (p. 343) on the same page. The scene of the romantic lead bleeding is taken from BMR 2011 (p. 110-111). In Crave, he is bleeding because he saved the heroine from a crashing chandelier. In BMR, he is bleeding from an accident. The words are similar as is the sequence. Crave (p. 341) tacks on the plot point of someone trying to kill the heroine from BMR 2013 (p. 334). This is a device in all BMR versions. Crave pulls additional material from BMR, such as the heroine's realization that the supernatural is real and "things that go bump in the night," and reconciling school and war in Crave (p. 343-344) and BMR 2011 (p. 236-237; 230; 462) for example.

Note the page number proximity when discussing genes in Crave (p. 348), and in BMR 2010 (p. 338-339), BMR 2011 (p. 421-422), as well as the discussion about vampires born into families not knowing what they are and running rampant killing everyone in Crave (p. 350), which is taken from BMR 2010 (p. 338-339) about Berserkers born into families not knowing what they are and fighting until no one is left standing. Crave's discussion between the heroine and her uncle about her leaving Alaska is taken from the same discussion between the heroine and her mother and aunt in BMR 2014. Crave pulls additional BMR materials to round out the scene in Crave, such as the romantic lead creating an "invisible barrier" (p. 368) which is taken from BMR 2013 (p. 394) where vampires create an "invisible fence." Also note the words used to describe the element of air being called on in both books, where "a light wind is ruffling" the heroine's hair in Crave (p. 355) and a "gentle wind ruffles" the heroine's hair in BMR 2011 (p. 386-387)

| | |
|---|---|
| Heroine notices that romantic lead is bleeding when They are in the school cafeteria. A chandelier crashed. He behaves strangely about it. "'You're bleeding.' 'I'm fine.' He shrugs it off… 'You're hurt. Let me take care of you.' For long seconds, he still doesn't move, just stares at me, unblinking…" | Heroine notices that romantic lead is bleeding when they are in a school class together. He behaves strangely about it. 'Are you bleeding?'... 'Yeah, it's nothing.'... 'But you're still bleeding.' I… pulled his shirt back... 'I'm fine,' he said, staring into my eyes as if willing me to believe him. There was a long moment of intense silence between us…our eyes locked with one another." |
| p. 331 | 2011 p. 110-111 #307 |

**EXHIBIT 1**

**Page 147**

Heroine learns that someone is trying to kill her.
"Someone is trying to kill you, Grace.
p. 334

Heroine learns that the Order will kill her.
"Because they'll kill you."
2013 p. 344
#308

Heroine learns that the supernatural world is real and
there is a war going on between the beings:
"everything you'd ever heard about the supernatural
world was actually real"… "school is filled with things
that go bump in the night"… "vampires and dragons are
real when we're in the middle of a giant turf war."

p. 343-344

Heroine learns that the supernatural world is real and
there is a war going on between the beings:
"A reality where the supernatural was…natural."
"The things that go bump in the night… All the
fairy tales and stories…they're true." "How could I
reconcile school with demons, werewolves and a
supernatural war?" "beings of myth and legend are
are fighting each other…Earth as the battlefield."
2011 p. 236-237; 230; 462
#309, #310

Heroine's uncle talks to her about the danger she's
in. Her uncle tells her they kept her in the dark about
the supernatural world to give her time to get
used to Alaska and the death of her parents.

'Why didn't you tell me?'
p. 343

Heroine's mother and aunt talk to her about the
danger she's in. They tell her they kept her in the
dark about the supernatural because they couldn't
take any risks with her safety since her dad was
killed, and Alaska seemed a safe place.
'Why haven't you told me *anything*?'
2013 p. 343; 344-345
#311

Heroine's uncle wants her to leave Alaska
because he believes the heroine is in danger.
p. 345-346

Heroine's mother and aunt want to leave Alaska
because the heroine is in danger.
2014 p. 279-280
#312

Heroine's uncle says romantic lead is "seductive"
"I know Jaxon can be…Seductive. I know how
the girls feel about him, and I get it."
p. 347

Romantic lead is "seductive" to the opposite sex:
"Seductively charismatic…Intensely sexually
attractive to the opposite sex."
*The Cast Notes, 2008*
#313

**EXHIBIT 1**

**Page 148**

| | |
|---|---|
| Heroine's uncle explains that vampires can be born, and romantic lead is a born vampire. Vampires can be made, most are. p. 348 | Vampire prince explains to heroine that vampires are born. The vampire prince is a born vampire. Vampires can be made. 2011 p. 541; 2010 p. 438; 2011 p. 547 #314, #315 |
| Romantic lead's type of supernatural being is due to a genetic mutation. p. 349 | Romantic lead's type of supernatural being is due to a gene. Heroine wonders if his type is due to a genetic mutation. 2010 p. 338-339; 2011 p. 186 #316, #317 |
| Heroine is told that sometimes a vampire is born due to a genetic mutation and doesn't know what they are. "Run rampant killing everyone in sight." p. 350 | Heroine is told that sometimes a Berserker is born due to a gene and doesn't know what they are. Berserkers "fought until no one was left standing." 2010 p. 338-339 #318 |
| Heroine doesn't want to leave Alaska: "I don't want to go back to San Diego…." p. 350 | Heroine doesn't want to leave Alaska "*I can't just leave!*" 2014 p. 279 #319 |
| In this talk with her uncle about leaving Alaska, heroine mentions the loss of her parents. Her uncle tells her he promised her father he would take care of her if he died, and he won't let him down. p. 351 | In this talk with her mother and aunt about Alaska, her mother mentions the loss of all of their family, heroine's dad, cousins, etc. Her mother tells her she cannot and won't lose her too. 2014 p. 280 #320 |
| Heroine ends up staying in Alaska. p. 351 | Heroine ends up staying in Alaska. 2014 p. 373, 375 #321 |

**EXHIBIT 1**

**Page 149**

She thinks about the fact that monsters are real and that it will take getting used to.

"*monsters are real*"
p. 354

She thinks about the fact that monsters are real and that she will go back to checking under her bed and leaving a nightlight on.
"Because they're real. Monsters."
2010 p. 3; 185
`#322`

Heroine thinks about books on mythology, and wonders if there might be books about the different paranormal creatures she's at school with.
"mythology section…any books on the different paranormal creatures"
p. 354

Heroine thinks about the different mythological beings from books she's read and wonders whether they were shape-shifters like the romantic lead and his family. "images from books I'd read…mythological beings…"
2011 p. 230-231
`#333`

Magical wind blows, "ruffling" heroine's hair: Heroine meets a witch with an affinity for the elements. They talk about the elements and she shows the heroine how air works:
"A light wind blows through the library ruffling my hair…"
p. 355

Magical wind "ruffles" heroine's hair: Heroine is told that witches call on the elements: earth, air, water, fire, and spirit. In a dream, heroine calls the elements and: "A gentle wind ruffles my hair…"

2011 p. 463; 386, 387 (ruffles my hair)
`#334`

Romantic lead has powers with his mind.
"telekinesis"
p. 366

Romantic lead has powers with his mind. can "compel" "blur memories" "charm"
2011 p. 271, 286
`#335`

Heroine notices an "invisible barrier" stopping her And others from moving forward. Romantic lead is a vampire and used his power to do this.
p. 368

Heroine notices an "invisible fence" stopping her friends from moving forward. The vampires used their power to do this.
2013 p. 394
`#336`

**EXHIBIT 1**

**Page 150**

Heroine thinks she should be scared of romantic lead after seeing his power but isn't:
"…control Jaxon exerted over everyone in that lounge including me…The obscene amount of power he wielded with just a wave of his hand?...Except, like the violence, it doesn't scare me the way it probably should. *He* doesn't scare me the way he probably should."
p. 371

Heroine thinks she should be scared of romantic lead after seeing and talking about his powers but isn't:
"I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't."
2010 p. 220
#337

Romantic lead tells her he won't hurt her.
p. 372

Romantic lead tells her he would never hurt her
2011 p. 172
#338

Romantic lead 'struggles for' 'like a fish out of water'
"His mouth opens and closes like a fish out of water as he struggles for a decent response."
p. 373

Heroine 'struggles for' 'like a fish out of water'
"My mouth opens and closes like a fish out of water… as I struggle for air…"
2011 p. 2
#339

Romantic lead and heroine talk about what he is, what he can do, and he asks if he scares her.
p. 375

Romantic lead and heroine talk about what he is, and he tells her he doesn't want to scare her.
2011 p. 237

**Heroine and romantic lead are about to kiss for the second time. They have a who I am what I am conversation about the romantic lead. She tries to kiss him but he won't allow it until he knows that she's okay with what he is.**

Crave (p. 378-388) creates this scene using BMR 2011 and 2013 as the basis. Crave takes a kissing sequence from 2012, then adds another sequence from 2011 about how the romantic lead makes heroine feel to complete the scene. The scent of the romantic lead is frequently described in both books, often using similar words. The romantic lead often touches the heroine's hair in both books; in Crave (p. 29, 202, 225, 386, 502) which is taken from BMR 2011 (p. 62, 261, 299, 321, 462, 468, 477).

**EXHIBIT 1**

**Page 151**

They have a who I am what I am conversation
and they're about to kiss for the second time.
"…I lace our fingers together..." She moves to kiss
him but he doesn't move. "My confidence—shaky
at the best of times—is about to desert me completely."
'I want you.' 'Even knowing what I am?' 'I know
*who* you are.'

p. 378

They have a who I am what I am conversation
and they're about to kiss for the second time.
"He…lacing his fingers through mine." She
raises her face to kiss him but he doesn't move.
"Mortified, I look away.' 'When we kiss, I
want it to be because you want *me*… I don't
want you to have any questions…About who I
am or what I am.'
2013 p. 208; see also 2010 p. 221
<mark>#340-#342</mark>

She tells him she doesn't want him to walk away;
"What scares me is the idea that you're going to
walk away and I'm going to go my whole life
without knowing what this feels like."
p. 379

He tells her, he doesn't want her to walk away;
"I can't explain it, but I have a feeling that if I
you walk away, I'll be missing something so
important that I can't take that chance."
2013 p. 223
<mark>#343</mark>

The romantic lead and heroine kiss:
"I arch against him in an effort to be closer"
"My fingers tangle in his hair"
"and he groans low in his throat"
p. 383

The romantic lead and heroine kiss:
"I'm pulling him to me, closer"
"My hands are in his hair"
"He groans low in his throat"
2013 p. 222; 2013 p. 225
<mark>#344</mark>

Romantic lead explains he had trouble with self-
control of his powers when he and the heroine
first kissed.
"I promise the earthquake thing isn't going to
happen anymore…it's going to take a little time
for me to figure out how to control all of the
things you make me feel."
p. 383

Romantic lead explains he had trouble with self-
control of his powers when he and the heroine first
kissed.
"Because I find you so…appealing, and with the
added pressure of the full moon, I didn't have
enough self-control not to show a little fang."

2011 p. 231
<mark>#345</mark>

Heroine thinks romantic lead has a smile that
lights up his whole face.
p. 384

Heroine thinks romantic lead has a smile that lights
up his entire face.
2011 p. 119
<mark>#346</mark>

**EXHIBIT 1**

**Page 152**

His words make her melt inside:
"…try to pretend his words aren't making me melt deep inside."
p. 384

His words make her melt inside"
"…the way he said those words—I'm melting inside."
2011 p. 147
#347

He likes to touch "a lock of my hair" and touches heroine's hair often.
p. 386; 29; 202, 225, 502 kindle

He likes to touch a "lock of my hair" and touches heroine's hair often.
2011 p. 62, 261; 299, 321, 462, 466, 468, 477
#348

She notices his scent of "oranges" and "deep water."
"he groans low in his throat"
"glorious taste, and feel, and sound of him"
"Never been this intimate with a guy before…but with Jaxon I want it all.
p. 388

She notices his scent of "citrus" "waterfalls"
"he groans low in his throat"
"being with him, the touch of his skin…the way his lips feel…make me want to be with more than I want anything else."
2010 p. 372; 2011 p. 460 citrus and waterfalls; 2013 p. 225
#349

**Romantic lead talks to heroine about his older brother who was killed.**

Crave (p. 390-395) takes from BMR 2010 and 2011 for this segment. Crave's discussion between the heroine and the romantic lead regarding the death of his older brother (p. 390) takes from BMR 2011 (p. 125) Note that the dead older brother in Crave "looks nineteen" in Covet p. 448, and is nineteen in BMR. The references to royalty, a "mock bow" and the "Chosen One" are from BMR 2011. In Crave, Hudson is the vampire prince (p. 391-392), which is taken from BMR 2010, where Julian is the vampire prince (p. 427). Note that heroine thinks of the romantic lead as "royalty" in Crave (p. 392) which is taken from the romantic lead being referred to as "His Royal Hotness" by the heroine in BMR 2011 (p. 319). The word "royalty" is also used in BMR to refer to the Ronan character, who is Hudson in BMR. They are both "royalty" 2011 (p. 592)

Heroine and romantic lead are connected by loss; Jaxon believes he killed his older brother. He feels responsible.
p. 390

Heroine and romantic lead are connected by loss; Ash's older brother was murdered, he feels Responsible.
2011 p. 125
#350

**EXHIBIT 1**

**Page 153**

| | |
|---|---|
| Romantic lead's older brother, Hudson, looks 19. Covet p. 448 | Romantic lead's older brother, Dylan, was 19. 2011 p. 125 #351 |
| Hudson was the vampire prince. p. 391-392 | Julian is the vampire prince. 2010 p. 427 #352 |
| Romantic lead "does a mock little bow" to heroine. p. 392 | Romantic lead "swept his arm out, ducking in a mock bow" to heroine 2011 p. 37 #353 |
| Romantic lead is royal, his father is the vampire The Order are vampire guys at school who are around romantic lead and do his bidding. p. 392; p. 135, 557 (the Order) | Romantic lead is referred to as "His Royal Hotness;" he and his clan are knights who serve the Order. The Order is a governing branch of supernaturals. 2011 p. 319; p. 443,444 #354-#356 |
| Romantic lead tells heroine about Hudson, and how he was told he was the "Chosen One" p. 394 | Heroine is called the "Chosen One" by her nemesis. 2011 p. 567 #357 |
| Romantic lead uses air quotes when talking to heroine about Hudson's plan to get rid of shifters. Werewolves are wolf shifters. "he curls the fingers of his free hand and makes air quotes…" p. 395 | Aunt uses air quotes when talking to heroine about werewolves, who are wolf shifters. "she made air quotes with her fingers" 2011 p. 76 #358 |
| Romantic lead's brother, Hudson, was responsible for what began to look a lot like genocide. p. 395, p. 397 | Ronan was responsible for the wholesale slaughter of his people. 2011 p. 46, p. 434 #359 |

**EXHIBIT 1**

**Page 154**

| | |
|---|---|
| Hudson started a fight that could rip the whole world apart.<br><br>p. 395 | When Ronan rises, the end is near.<br><br>2014 p. 267<br>#360 |

**Mind control powers of the romantic leads: In Crave, the romantic lead has power with his mind; he's telekinetic. His brother, Hudson, the "vampire prince," has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

**In BMR, the romantic lead can make people do things with his mind, and Ronan, the Bloodletter, is said to have taken away people's free will. The vampire prince, Julian, has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

This segment in Crave (p. 397-435) is taken from BMR 2010 and 2011 with one segment from 2013 and one from *The Cast Notes, 2008.* Some of this segment occurs in page proximity, for example, Hudson in Crave, would destroy them all (p. 398) and in BMR, Ronan slaughtered every man, woman and child, 2010 (p. 355) 2011 (p. 441); the heroine wonders how old romantic lead is, and how his kind age, in Crave (p. 407) and BMR 2011 (p. 420); and the heroine wonders if the voice she hears is sentient and exists away from her own consciousness in Crave (p. 418) versus the heroine feeling fractured, like there are two of her sharing the same skin BMR 2011 (p. 430). Note the words used between the heads and synonyms, as well as paraphrasing, such as the romantic lead "turns back around to look at me"  and she sees "pain" in his eyes in Crave (p. 397-398), and BMR 2011 (p. 125) where romantic lead "turned and looked at me" and she sees "pain in his eyes." These actions are in the context of the romantic lead talking about his dead brother.

| | |
|---|---|
| The vampire prince, Hudson, could make people do anything.<br><br>p. 397 | The vampire prince, Julian, can make people do anything. Ronan took away free will, ability to choose; romantic lead can manipulate free will.<br>2011 p. 531; 432; 454<br>#361 |
| Hudson would destroy them all just because he could.<br>p. 397 | Ronan slaughtered every man, woman, and child…<br>2011 p. 434<br>#362 |
| Heroine can see romantic lead's pain:<br>"When he finally turns back around to look at me<br>I can see the pain…in his eyes"<br>"devastation"<br>p. 397-398 | Heroine can see romantic lead's pain:<br>"he turned and looked at me"<br>"the pain in his eyes"<br>"anguish"<br>2011 p. 125<br>#363 |

**EXHIBIT 1**

**Page 155**

A supernatural war is at stake between the races of supernatural beings.
p. 398

A supernatural war is heating up between the races of supernatural beings.
2010 p. 355; 2011 p. 441
#364

Romantic lead tells heroine he's tried to stay away
 because he thinks he's a danger to her:
"They've been gunning for you since you got here…I'm sure it's continued–and gotten worse–because you're mine.
It's why I tried to stay away from you."



p. 398-399;

Romantic lead tells heroine he's tried to stay away
 because he thinks he's a danger to her:
"I'm just worried now because you're so very publicly connected to me."…"If we're seen together as a couple it might not be safe."
'So you've been avoiding me because?'…'I wanted to protect you…I didn't think it was safe for you to be around me.'
2011 p. 321, 297; 2014 p. 99
#365

Romantic lead feels a responsibility
keep the "balance" and stop the war or
"the world burns"
p. 399

Romantic lead feels a responsibility to stop the
"balance" from being tipped in the war or
"the world as we know it will never be the same"
2011 p. 239, 241, 248
#366

Romantic lead is a lonely person:
"The pain, the loneliness, of his existence
hits me like an avalanche.

p. 400

Romantic lead is a lonely person:
"he is is a lone wolf…he has not had the opportunity to form meaningful relationships…he feels very lonely."
The Cast Notes 2008; 2011 p. 121
#367

Heroine tells romantic lead he isn't a monster.
p. 400

Heroine tells romantic lead he isn't a monster.
2011 p. 253; p. 261
#368

**EXHIBIT 1**

**Page 156**

Romantic lead tells heroine after she was in danger and could have been killed by a supernatural:
"I'll do whatever it takes to keep you safe, even if that means taking on every shifter in this place. Especially any dragons who might have the power to kick up a wind like the one that broke that branch."
p. 404

Romantic lead tells heroine after she was in danger and could have been killed by a supernatural:
"I want you to feel safe with me, protected…But I promise you, Anna, I'll make sure nothing like that can ever happen again..."

2010 p. 364; 2011 p. 468
#369

---

They kiss "until his breath becomes my breath…"
p. 405

They kiss "our breaths becoming one breath."
2011 p. 256
#370

---

Romantic lead asks her if she really wants to talk about this now, she has questions about his kind of supernatural being:
"Is this seriously what you want to talk about right now?"
p. 407

Romantic lead asks her if she really wants to know about this, she has questions about his kind of supernatural being:
"Do you really want to know?"

2011 p. 420
#370 a

---

Heroine wonders if romantic lead's kind age the way vampires do or do they age like humans? She wonders how old he is.
p. 407

Heroine wonders if romantic lead's kind age the way humans do. She asks how old he is.

2011 p. 420
#371

---

Romantic lead winks at her when her uncle is at the door, after they've been making out and she's worried about it looking like they have, tries to fix her hair.
p. 407

Romantic lead winks at her when he puts her legs across his lap and heroine worries about what his parents will think of their public display of affection since they're in the room.
2011 p. 418
#372

---

Flint warns heroine: "You shouldn't go anywhere alone. It's not safe."

p. 416

Romantic lead warns heroine: "It's not safe to be out alone, even after school." Her aunt warns her not to "be going anyplace alone" as well as her mother
2011 p. 62; p. 81, 82; p. 61
#373

**EXHIBIT 1**

Heroine wonders about the voice in
her head and wants something to prove
she isn't crazy for hearing it.
p. 418

Heroine wonders about the voice in her head
and that it's a crazy voice or she is going crazy.

2011 p. 314; 337
#374

Heroine wonders about the voice she hears, it seems
as though there is a separate being:
"felt almost sentient, like it existed away
from my own consciousness and subconscious."
p. 418

Heroine wonders about the voice she hears, it seems
as though there are two of her:
"I wondered if I would always feel fractured, like
there were two of me sharing the same skin."
2011 p. 430
#375

Heroine isn't to be any place alone.
Lia walks her to class.

p. 423

Heroine isn't to be any place alone. Romantic lead
brings her home from school, her friends stay with
her.
2011 p. 59, p. 61; p. 517
#376

Heroine worries about gossip and doesn't want
to "add fuel to the fire."
p. 424

Heroine is in a gossip column about herself and
the romantic lead "adding fuel to the fire."
2011 p. 319
#377

Lia invites heroine to a girls night to get away
from the guys who are sticking to her to keep her
safe. This is a pretext for the kidnapping later.
p. 425

Jenny invites heroine to a slumber party to keep her
safe. This is a pretext for the kidnapping that occurs
later.
2010 p. 415
#378

Heroine thinks about her parents' deaths.
p. 427

Heroine thinks about her dad's death.
2011 p. 424

She thinks about "real friends" while she is with
Lia, and how important they are. Lia is a new friend.
p. 427

She thinks about "real friends" when she's with
Jenny and Rachel, who are new friends.
2011 p. 334-335
#379

**EXHIBIT 1**

**Page 158**

70

| | |
|---|---|
| She gets a text when she's with Lia and texts romantic lead back. | She texts romantic lead her plans to go to the slumber party later that night. |
| p. 427 | 2011 p. 518 |
| Romantic lead asks heroine to meet him at his room at school. Heroine tells her cousin she and the romantic lead are just "hanging out," but then wonders what to wear "for our…date." <br> p. 429, 430 | Romantic lead asks heroine to meet him at the school dance. "It feels like a date" <br><br> 2013 p. 151 <br> #380 |
| Heroine notices romantic lead's scent" <br> "orange and freshwater scent" <br> p. 435 | Heroine notices romantic lead's scent: <br> "savoring his scent…citrus…waterfalls" <br> 2011 p. 460 <br> #381 |

**Northern Lights Scene. The romantic lead takes the heroine to see the northern lights. In Crave, he takes her and they dance beneath the northern lights. In BMR, they dance together at the school dance, and then he takes her outside to see the northern lights.**

Crave (p. 438-440) creates this scene using BMR 2011 and 2013, and blends BMR's dancing scene (2011 p. 162-163) and the northern lights scene (2013 p. 153-154; 158). The romantic lead seems like he can fly is taken from BMR 2011 (p. 453) used in Crave (p. 440) in proximity. Note the exact words and synonyms used in this scene, such as "I barely feel the cold" in Crave (p. 438) compared with "It's unseasonably cold…but I barely feel it." in BMR 2013 (p. 149); and "spectacular light show" in Crave (p. 441 ) with "personal lightshow" in BMR 2013 (p. 153); and colors "swirl across" in Crave (p. 438 ) and BMR (p. 153)  for example.

| | |
|---|---|
| When heroine meets the romantic lead at his room, They end up going outside together to view the northern lights and then dance together: <br> "The northern lights…I barely feel the cold…" <br><br> p. 438 | When the heroine meets the romantic lead at the dance, they leave together afterward and go outside to view the northern lights: <br> "It's unseasonably cold…but I barely feel it… We've decided to check out the northern lights." <br> 2013 p. 153 <br> #382 |

**EXHIBIT 1**

71

"intense purple while swirls of periwinkle and green and red dance across it." They discuss the science behind it: "solar winds hitting the atmosphere" and heroine says "And the colors are about the elements, right? The green and red are oxygen and the blue and purple are nitrogen."
p. 438

"Flowing streamers of brilliant green and purple swirled across a pitch black sky." Heroine mentions the science when romantic lead asks what she thinks about it, "I know there's a scientific explanation for it…"

2013 p. 154
#383, #384

"He kisses me like he's starving for me…I kiss him right back the same way."
p. 439

"kiss…a sort of hunger overtakes me and I claim his mouth with my own."
2013 p. 158
#385

Heroine is in romantic lead's arms.
"I'm snuggled up in the blanket *and* his arms."
p. 438

Heroine is in romantic lead's arms.
"peace settles over me like a warm blanket…"
2011 p. 162
#386

"I laugh all the way through it…dancing and floating and spinning our way…the joy of being here, in this moment, with Jaxon."

p. 441

"We were suspended in time, just the two of us…as we danced. We moved in perfect time…I laughed for the pure joy of it." (school dance that precedes the northern lights scene )
2011 p. 162-163; 2013 p. 149
#387

The northern lights is "a spectacular light show"
p. 441

The northern lights is "our own personal lightshow"
2013 p. 153.
#388

Romantic lead seems like he can fly; he's telekinetic: "How are we flying?"

p. 440

Romantic lead seems like he can fly; he can jump really high: "I didn't exactly fly. Well, I guess I sort of did, didn't I?
2011 p. 453
#389

**EXHIBIT 1**

**Page 160**

**Heroine receives a special necklace. The romantic lead in Crave gives the heroine a special necklace. In BMR, Ronan gives her a special necklace. Ronan is Crave's Hudson (the presumed dead brother of romantic lead), who is not introduced as a character until book two, Crush, and will be part of a love triangle. Ronan is intended for the love triangle in BMR, according to Freeman materials, with the foundation set forth in versions of the manuscript.**

This brief scene is created in Crave (p. 443-444) by combining the same scene written in BMR 2010 (p. 484) and BMR 2013 (p. 452-453), where Ronan gives the heroine a special necklace. Crave also takes from BMR 2010 when the romantic lead offers her a ride she wants to accept but feels she can't and "everything within me is screaming to just give in and say yes" BMR 2013 (p. 51) v. Crave where the romantic lead offers her the necklace and "everything inside me is screaming" for her to take the necklace, even though she feels she shouldn't (p. 443).

| | |
|---|---|
| Romantic lead offers heroine a necklace, which she doesn't think she should accept, but does: "everything inside me is screaming for me to hold tight to the necklace and never let it go." p. 443 | Romantic lead offers heroine a ride which she doesn't think she should accept, but does: "everything within me is screaming to just give in and say yes to the ride." 2013 p. 51 #390 |
| Romantic lead gives her the necklace. The necklace is a special stone: "It's the most beautiful thing I've ever seen." "huge rainbow colored gemstone" "aurora borealis stone" "He lowers the necklace until the stone rests a little below my collarbone… and fastens it around my neck." p. 443 | Ronan, gives her a necklace. The necklace is a special stone: "It's beautiful." "glimmering moonstone" "a summoning stone" "I feel him walk the fingers of one hand slowly up my arm to my collarbone… He's put the necklace around my neck?" 2013 p. 452-453; 2010 p. 484 #391 |
| After she's given the necklace, he kisses her and cold is mentioned: "he's kissing me, really kissing me… his lips move over mine… I've never felt anything like this before… the cold catches up with me…" p. 444 | After she's given the necklace, he kisses her and cold is mentioned: "He…gently touched his mouth to mine… his lips lingered over mine… I gave myself up to the sensation of it… our breath mingling in the night air that should have been cold." 2010 p. 484 #392 |

**EXHIBIT 1**

**Page 161**

**Romantic lead asks if he can bite the heroine scene. In Crave, the romantic lead asks to bite the heroine as part of their kissing. In BMR, the romantic lead asks to bite her in order to save her. In both sequences, he snarls, his mouth is bloody, and it's a frightening moment.**

Crave (p. 447-453) uses BMR 2011 (p. 406-414) as the basis for this scene, and is in page number proximity for parts of it.  BMR 2013 is then used for the spiked drink with waves of cold / and waves of nausea. Crave also uses BMR 2013 for the voice inside the heroine's head that is "screaming" and telling her to "run" BMR 2013 (p. 360, 381 v Crave p. 449). This scene then leads into the kidnapping scene which also occurs in both books. Note the words and synonyms, and rearranging the sentences in Crave. For example, "moment of clarity" in Crave (p. 447 ) and "newfound mental clarity" in BMR 2011 (p. 408); and "the voice inside me is full-on screaming" Crave (p. 449) compared with "The voice inside me is screaming" BMR 2013 (p. 381). In both books, the voice tells her to "run" in Crave (p. 447) and 2013 BMR (p. 360).

| | |
|---|---|
| The romantic lead asks if he can bite the heroine. It's pleasant at first, she loves him, trusts him. She believes he would never take too much blood from her, and would never hurt her. | The romantic lead asks if he can bite the heroine. It's pleasant at first, she loves him and she thinks she's dying of blood loss. She then remembers a vision of him viciously biting a girl and realizes it's |
| "seconds later he strikes, his fangs sinking deep inside me." "That's when he snarls… His fangs sink deeper… He's towering above me now, fangs dripping blood and face contorted with rage." | "Ash's face, canines distended as he leaned forward to bite me." "A snarling, vicious-looking Ash…canines sharp." "Ash leaning over the broken and bloodied body of a girl, his lips red with her blood…that girl was me." "lips curled back in fury" |
| "…and the moment of clarity fades." "Everything kind of fades after that, so that I have no idea how much time passes." "But I'm weak from blood loss…" "But I'm so light-headed right now that I can barely stand upright and I sway with every step…" p. 446-448; 450 | "My newfound mental clarity was stubborn." "The world dimmed until I knew no more." "Easy there, Anna. You lost a lot of blood." "I had a strange sense of disorientation. Dizzy, I collapsed to my knees…" 2011 p. 260-261; 405-406; 414 #393-#398 |
| The voice inside her head tells her to run! *"Run, run, run!* The voice inside me is full-on screaming…" p. 449 | The voice inside her head tells her to run! "That new inner voice inside my head is warning me…The voice says run!"… "The voice inside my head is screaming…" 2013 p. 360; 381 #399 |

**EXHIBIT 1**

**Page 162**

| | |
|---|---|
| Lia gave the heroine spiked tea that made her sick and now she's given it to romantic lead and heroine. p. 451 | Taylor gave the heroine spiked punch that made her sick. 2011 p. 371 #400 |
| The tea makes heroine "dizzy and nauseous." "waves of cold" p. 452 | The punch makes heroine "lightheaded and more than a little sick…queasiness" "waves going up. And. Waves going down." 2013 p. 288, 289 #401 |
| The voice inside her head is screaming. p. 453 | The voice inside her head is screaming. 2013 p. 381 #402 |

**The heroine is kidnapped by the vampire prince's mate in Crave (Lia), and by the vampire prince in BMR (Julian). Lia wants to use the heroine in a spell to resurrect her dead mate and bring him back to life.  Julian wants to use the heroine by making her into a vampire believing she will then be the reincarnation of his dead mate. In both books, the heroine is being used in vengeance against the person they believe is responsible for killing their mate. In both books, the presumed dead mate is not really dead.**

This kidnapping scene occurs in BMR manuscripts 2010-2014. BMR 2010 (p. 419-460; 483-490), and 2011 (p. 522-568; 592-603) form the basis for this scene in Crave (p. 451-497), tracking in sequence between the books, and often in page number proximity.

Lia (Crave) and the corresponding character Taylor (BMR), both tell the heroine she's "pathetic" and that she isn't what she thinks she is, Crave (p. 483) using BMR 2012 (p. 489), the only version of the manuscript with the "pathetic" dialogue between these two characters. The "Frankenstein" reference in Crave (p. 485) originates in BMR 2012 (p. 474), which is the only version of the manuscript with Frankenstein. Towards the end of the scene, the heroine attempts to sacrifice herself for the romantic lead; this occurs in Crave (p. 496) and is taken from BMR 2014 (p. 357).

| | |
|---|---|
| Heroine is kidnapped by vampire prince's mate, Lia, who wants to use her for a spell to resurrect her dead mate. p. 455; 452-490 | Heroine is kidnapped by vampire prince who wants to make her into a vampire believing she will be the reincarnation of his dead mate. 2010 p. 419, 420-455; 2011 p. 527, 528; 540, 549; Chapter Outline to Emily Sylvan Kim 1-17-2013 #404; #403- #355 |

**EXHIBIT 1**

| | |
|---|---|
| Heroine's arms are tied "above my head" to a metal ring.<br>p. 455 | Heroine's arms are held "over my head" and there are "wire cuffs;" Heroine is put in cuffs.<br>2011 p. 559; 2010 p. 419<br>#403 |
| She realizes she's been kidnapped by Lia, a vampire. "It doesn't take a genius to figure out that my legs are tied down too…I mean she drugged me, shot me, and tied me up."<br>p. 455 | She realizes she's been kidnapped by vampires. "As the doors closed behind us, realization sunk in. I'd been taken…<br><br>2010 p. 419, 420; 2011 p. 527, 528<br>#404 |
| Heroine notices "some kind of stone slab." She's tied up and laying on it.<br>p. 455 | Heroine notices "A large, polished stone slab."<br><br>2011 p. 494<br>#405 |
| Heroine tries to clear the cotton feeling in her head: "I shake my head a little, struggle to clear the light-headed, packed-with-cotton feeling that's going on in there."<br>p. 456 | Heroine tries to shake the cotton feeling in her head: "I…roll my shoulders back a few times trying to shake off the stuffed cotton feeling in my head."<br><br>2013 p. 320<br>#406 |
| When she wants the voice to help her, it's missing: "the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent."<br><br>p. 463 | When she wants the voice to help her, it's missing: "My new inner voice had deserted me and we were at the mercy of vampires and who knew what else." The voice "is missing in action"<br>2011 p. 524, 543; 2010 p. 453 (voice deserted me)<br>#407 |
| She thinks her kidnapper, Lia, is crazy. "I'm being stalked by a crazy-ass vampire"<br>p. 465 | She thinks her kidnapper, Julian, is crazy. "Great. A crazy vampire."<br>2010 p. 427; 2011 p. 530<br>#408 |

**EXHIBIT 1**

76

**Heroine can't be allowed to live because it would pose a risk to the world. She could be used in such a way that the war between the races would bring about the end of the world.**

Heroine can't be allowed to live because it would pose a risk to the world.
Flint tells heroine he has to kill her in order to stop Lia from using her. Lia's plan is to bring Hudson back, and she needs to use the heroine to do that. Flint has to kill heroine to stop that from happening because it will be the end of the world:

"I want to save you, Grace. I do. But we can't let Lia do this. It'll mean the end of the world so you've got to die. It's the only way we can stop this thing from happening."

p. 468

Heroine is choked by Flint to stop Lia from her plans.
"He reaches forward, wraps his hand around my neck. And then he starts to squeeze…I can't speak anymore, can't breathe."
p. 468, 469

Heroine is saved from choking by romantic lead, and he violently attacks Flint:
"he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall.
p. 470

Heroine can't be allowed to live because it would pose a risk to the world.
Romantic lead tells heroine he is searching for a girl who is the key to tipping the balance in the war, and that he will destroy her, kill her, when he finds her. If she lives the risk is too great for war. It's believed Ronan will rise again, and it will be an apocalypse with this girl being used to join him:

'What would you do if you were the one to find her? 'Destroy her.'…'You'd kill her? It's not her fault she is what she is…' 'There's no second chance here… We're at war!'…'If they find her first…the world as we know it will  never be the same. It'll be an apocalypse.'
'Ronan…when he rises it won't be long before they're united and the end is near…'
2011 p. 247-248, 470; 2013 p. 213, 330
#409

Heroine is choked by Selene to stop Julian's plans.
"Before I knew what was happening, I found myself flung to the hard, concrete floor, the life being choked out of me. I couldn't breathe!
2010 p. 447; 2011 p. 552
#410

Heroine is saved from choking by Julian, and he violently attacks and destroys Selene:
"His strength was such that he threw her across the room…into a heap against the wall."
2010 p. 447; 2011 p. 552;
#411

**EXHIBIT 1**

**Page 165**

| | |
|---|---|
| Heroine is dragged by Lia and tries to resist: "she grabs me by the hair and starts dragging me up the tunnel…digging my nails into her hands…" p. 475 | Heroine is dragged by Julian's guard; tries to resist: "I was dragged to the corner of the room, twisting and kicking…" 2010 p. 452; 2011 p. 559 #412 |
| Lia slaps the heroine and kicks her. "she turns around and kicks me in the face…" "And this time when she hits me, it's a sharp slap on my cheek." p. 476 | Julian slaps Selene and kicks her for hurting heroine: "kicking her harder and faster against the wall." "he backhanded her across the face." Julian slaps the heroine in another version: "moves so fast I don't see it until his back hand connects with my face…he has my arms pinned over my head. And he hits me again. 2010 p. 447; 2011 p. 552; 2013 p. 414 #413 |
| Heroine feels rage at Lia for killing her parents: "the hopelessness deep inside me turns to anger, and the anger turns to rage…until all that is left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice." p. 477 | Heroine feels fury at Julian for killing her grandparents: "Something within me deep and far down, rose up like hot acid. A fury so strong…I actually felt on fire with it and yearned to destroy him." 2010 p. 446; 2011 p. 551; #414 |
| Heroine wonders how she can take Lia out with her when she dies: "…I'm going to have to do whatever I can to take her with me when I die. I just wish I had a clue how I'm supposed to do that. My brain makes and discards half a dozen feverish plans… p. 477-478 | Heroine wonders how she can kill Julian: "How do you kill a vampire? In books and movies, it's a stake to the heart, decapitation or sometimes fire. Was there a kernel of truth to the mythology? I vowed I would find out."… "A plan would be really nice about now." (same scene different version) 2010 p. 446; 2011 p. 551; 2013 p. 413 #415 |

**EXHIBIT 1**

**Page 166**

She "plays possum" with the vampire prince's mate, Lia.
"So instead of running, I play possum. Not running not moving, not even breathing as she screams at me to get up."
p. 479

She's "perfectly still, unresisting" with vampire prince, Julian.
"I held perfectly still, unresisting, though every fiber of my being screamed in protest."

 2010 p. 449 2011 p. 555;
#416

"Lia howls like a banshee."

p. 480

"Julian rolls his eyes. 'little ban sidhe'" (Gaelic pronounced ban shee)
2013 p. 408 (same kidnapping scene)
#417

The voice inside her head wants her to get up, run.
p. 482

The voice inside her head tells her to run!
2010 p. 476
#418

Lia, the vampire prince's mate, has spent months preparing for the spell to bring her dead mate back. Hudson was her mate, and she believes his brother, the romantic lead, killed him.
"I've spent months preparing for this. Months!"
"I spent months searching for you…"

p. 483

Julian, the vampire prince, has been waiting years to get his dead mate back. Elise was his mate and he believes the heroine's father killed her:

"Such a long time I've waited."
"But when I saw you, that that he had a daughter, ah well, that's when I knew it had to be you. And I waited."
2010 p. 436; 2011 p. 539 (547)
#419

Lia is going to use heroine in a spell to bring Hudson back.
"I know every word, every syllable of what's on that page…And now you think you can ruin everything by burning a little spell?'

p. 483

Julian is going to transform heroine into a vampire and believes she will become his dead mate.
'Do you believe in reincarnation sweet Anna?...
You are my sweet Elise, I'm sure of it.'...
'And if I'm not who you think I am? What then?'
'We do things the old-fashioned way. And if it doesn't kill you, well, then voila!'
2010 p. 436, 444; 2011 p. 540, 549; *Pitch Notes to Emily Sylvan Kim, 2013*
#420

**EXHIBIT 1**

Lia tells the heroine that she caused the accident that killed her family members:
"...I spent weeks planning your parents' accident…"

p. 483

Julian tells the heroine that he caused the accident that killed her family members:
'B-but he died in the elevator crash with my grandparents.' I insisted… 'Not so. That was no accident, Anna Sweet."
2010 p. 443; 2011 p. 547
#421

Lia tells heroine that she's "pathetic" and that heroine isn't what she thinks she is…
'You pathetic, miserable excuse for a …' 'Human?' I interject. 'Is that what you think you are? Human?' She laughs. 'You're even more pathetic than I thought. You think I would do all this to get my hands on a *human*?'
p. 483

Taylor is in Julian's lair and tells heroine she's "pathetic" and heroine isn't what she thinks she is…
'You think you're like them, don't you? A Sentinel, a protector of humankind," she spat. 'Unfortunately, there's so much more to you than meets the eye…'
She turned…laughing. 'You're pathetic!' she hissed.
2012 p. 489 (2012 is the only version with these lines and they are 5 pages apart in proximity)
#422

Heroine wonders if the voice inside her head means she's a witch.  Is there something more?
"Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means? What makes me so special? The fact that she thinks I'm Jaxon's mate? Or is there something more?
p. 484

Heroine wonders if the voice inside her head is her wolf half, or is there something more?
"Maybe that new inner voice was my wolf half. But if this was the case, she was something more than a mere wolf."

2011 p. 456
#423

Heroine wonders why Lia wants her:
"What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else?"

p. 484

Heroine wonders why Julian wants her:
'Why?'I whispered. 'Because you're special'...he whispered back. 'Besides, your family owes me a Blood Debt for my sweet Elise.' (his dead mate).
2010 p. 436
#424

**EXHIBIT 1**

**Page 168**

80

Lia wants to use the heroine for a spell to resurrect her dead mate, Hudson:
 'This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it …'Bring *him* back? Who? *Hudson?'*...

p. 483-484

Julian wants to make heroine into a vampire believing she will be the reincarnation of his dead mate: "The rebirth of a soul to live another life in a new body?...Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories…"
"he believes she IS Elise reborn…thinks that she's a vessel for Elise's spirit."
2010 p. 436, 2011 p. 540; p. 549; *Pitch Notes to Emily Sylvan Kim, 2013*
#425

Part of heroine feels sorry for Lia, even though her plans may result in heroine's death. The fact that she murdered heroine's parents negates any pity.

"and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her… or it would if she hadn't also been responsible for the murder of my parents.
p. 484

Heroine feels sorry for Julian, even though his plans may result in heroine's death. The fact that he Murdered heroine's grandparents negates any pity.

'I bite you, drain most of your blood…if it doesn't kill you, then voila!'
'I felt a stirring of pity for him, and was surprised…'
'Murderer! How I hated him for killing my grandparents and robbing me and my family.'
2010 p. 444, 2011 p. 549; 2010 p. 437, 2011 p. 540; 2010 p. 443; 2011 p. 547
#426

During this kidnapping scene, heroine worries about Frankenstein:

"I read *Frankenstein* last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works."
p. 485

During this kidnapping scene, heroine worries about becoming Frankenstein's bride:

"the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride."
2012 p. 474 (only version with Frankenstein, 11 pages apart for proximity)
#427

**EXHIBIT 1**

**Page 169**

Lia talks about the pain of losing a mate:

"Jaxon…He's been out there for a while, trying to find a way to get to you…finally, he'll know how excruciating it feels to lose a mate."

p. 486

Lia, the vampire prince Hudson's mate:
Lia's plan is to make Jaxon pay for murdering her mate, Hudson, the vampire prince, by killing the heroine (who she says is Jaxon's mate) and using her to bring Hudson back with a spell. Jaxon killed his brother Hudson, whom Lia believes is her mate. Lia killed heroine's parents as part of her plan:

'I hope he's suffering. I hope he knows what's happening to you in here and that it's killing him that he can't get to you. I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate.'…'I'm not Jaxon's mate…' 'It's cute that you believe that…What matters right now is that it's true. And that he believes it…As long as he suffers when you die, I don't care…'
p. 485-486

Romantic lead rescues heroine by destroying door and wall. The "wall shudders"
"This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor."
p. 487

The vampire prince talks about the pain of losing a mate:
"My sweet Elise was the other half of my own soul. Can you understand what it means to have that one person, the other half of you, torn away? She was my sun. My moon. My stars. She. Was. My. Everything.'
*Elise:* "Julian…was everything I could have hoped for in a mate.'
2010 p. 437; 2011 p. 540, 576
#428

Julian, the vampire prince:
Julian's plan is to make the heroine's father pay for killing Elise, his mate, by taking the one thing most precious to him, the heroine, and converting her to a vampire in order to reincarnate his dead mate. Julian believes heroine's father killed Elise, his mate. He killed heroine's grandparents and took her father as part of his plan:

'And I would never give him the satisfaction of death. That's too easy…Your father robbed me! He took my sweet Elise! He killed his own <u>relation</u>!...So I took him and imprisoned him where no one would think to find him…while I considered how to mete his punishment…' 'You mean to make me a vampire as some sort of punishment to him, is that it?' 'That and something more, sweet Analise.'
2010 p. 442-443; 2011 p. 539-540; 544
#429

Romantic lead and his clan rescue the heroine by destroying the door. "Shuddering pounding"
"A sudden, shuddering pounding as the door splintered and collapsed…" "My werewolves. They had come for me…I scanned the room for Ash…Ash met my eyes…in human form."
2010 p. 450, 451; 2011 p. 556, 557
#430

**EXHIBIT 1**

**Page 170**

Case 1:21-cv-02435-STN   Document 243-2   Filed 05/23/23   Page 84 of 96
Case 1:22-cv-03515-STN   Document 243-1   Filed 05/23/23   Page 172 of 370

82

The voice inside speaks to heroine and tells her:
"Don't let her do it," the voice inside me warns.

p. 489

There is a "giant wrenching sound" in this scene and Lia "hits the wall."
"A giant wrenching sounds suddenly fills the air… And then he's leaping across the room…rips Lia off me, sends her flying across the room. She hits the wall with a crash…"
p. 489-490

Romantic lead blames himself for the heroine's abduction by the vampire prince's mate, Lia.
"Then he's crouching down next to me, stroking a hand down my face. 'I'm so sorry.'
'It's not–' My voice breaks… 'It's not your fault.' His voice is bitter. 'Whose fault is it, then?'

p. 490

Romantic lead sends Lia flying across the room, she lands "with a sickening crunch of bone."
p. 490, 491

Lia makes a "primal kind of war cry" and leaps on romantic lead's back.
"She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest."

p. 490-491

The voice inside speaks to heroine and tells her:
"You are more than a match for him," my new inner voice whispered.
2011 p. 287; 2010 p. 452; 2011 p. 555, 556
#431

There is a "loud wrenching sound" in this scene and Selene falls "against the wall."
"Julian…threw her across the room…She fell into a heap against the wall…She straightened with a loud wrenching sound."

2010 p. 447 2011 p. 523
#432

Romantic lead blames himself for the heroine's abduction by the vampire prince, Julian.
"He pulled back and pressed a finger to my lips.
'...you can't imagine what it's done to me knowing you were in danger. Because of me.' His voice broke…
'None of this was your fault.'
2010 p. 488
#433

Julian bites heroine's friend's wrist,
"with a sickening crunch…"
2010 p. 429; 2011 p. 532 (2010 and 2011 are the only versions to contain "with a sickening crunch")
#434

Heroine makes a "primal war cry" and leaps on a demon's back.
"I ran into the melee screaming…a primal war cry… It raised a dagger poised to strike (Ash)…I sprang forward and launched myself on its back….I brought the dagger down into its neck."
2011 p. 558, 559 (entire sequence); 2010 p. 452
#435

**EXHIBIT 1**

**Page 171**

Heroine stabs Lia, vampire prince's mate, to save romantic lead's life; a "sickening squishing sound." p. 492

Heroine stabs the demon to save the the romantic lead's life; a "horrible sucking sound." 2011 p. 559
#436

Heroine offers herself to save romantic lead's life by opening her mouth to inhale the black smoke that is around romantic lead.

p. 492

Heroine offers her own life to save romantic lead's life by pledging her life in exchange for his. Heroine offers herself to save her friends' lives by making a deal with the vampire prince. 2014 p. 357; 2012 p. 456, 2011 p. 537
#437

Heroine can't bear another person she loves dying: "…watching another person I love die, there is no alternative." p. 493

Heroine can't bear losing one more person she loves: "Because the thought of losing one person I love is unbearable." 2016 p. 95
#438

The romantic lead fights the smoke, which is Hudson. p. 493-495

The romantic lead fights Julian, the vampire prince. 2011 p. 557, 562

The smoke (Hudson) "wasn't going down without a fight." p. 494

The heroine "wasn't going down without a fight." 2011 p. 527
#439

Romantic lead turns Lia to dust. Before he does, Lia thanks him for the death. "...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Then she looks straight at him and whispers, 'Yes. Finally. Thank you.' Seconds later she explodes into a cloud of dust…" p. 495

Heroine turns the demon to dust. Before she does, the demon bows to her, honoring her for the death. "I gripped the dagger plunging it harder…into the thing's neck…Already on his knees, he bowed down prostrate before me, making obeisance… And then he disintegrated into dust." 2011 p. 560; 2012 p. 480 (These are the only versions with someone being turned to dust, it happens in this same scene).
#440

**EXHIBIT 1**

**Page 172**

| | |
|---|---|
| Heroine gives romantic lead her blood to save him. "I press my wrist to his mouth…If he doesn't drink, he'll die. <br><br> p. 496-497 | Heroine exchanges her life to save romantic lead. 'He can't die!' I beg her…'*A life for a life. The balance must be maintained.*' 'Then take mine…my life for his.' <br> 2014 p. 357 <br> <mark>#441</mark> |

**In both books, the romantic lead tells the heroine he loves her for the first time after the fight with the vampire prince's mate (Lia) / vampire prince (Julian) toward the end of the story. In Crave, the romantic lead has hurt the heroine by feeding on her. He's a vampire. In BMR 2014, the heroine has hurt the romantic lead by feeding on him. She's part demon and has fed on him in this version of BMR.**

The scene in Crave (p. 507-510) is created following BMR 2014 (p. 386-388). Note the words and synonyms taken from BMR that are used with the romantic lead, rather than the heroine in Crave. For example, the romantic lead says he hurt her and nearly drained her in Crave (p. 507 ), and in BMR, the heroine says she hurt him and can't bring herself to say she was *feeding* on him 2014 (p. 387); and the heroine says "you saved me" and mentions "sacrifice" in Crave (p. 507, 508) while the romantic lead says "you saved my life" and "sacrifice" is mentioned (p. 386).

| | |
|---|---|
| Romantic lead apologizes for feeding on heroine and and hurting her. "I nearly drained you……I'm so sorry, Grace. About hurting you." <br> p. 507 | Heroine apologizes to romantic lead for feeding on him and hurting him. "'I hurt you. That was me—' I choke. I can't bring myself to say the word *feeding*." <br> 2014 p. 387 <br> <mark>#442</mark> |
| Heroine tells him he saved her. "You didn't hurt me. You saved me. I *gav*e you my blood because you were going to die without it. And the truth is, it wasn't a sacrifice." <br> p. 507-508 | Romantic lead tells her she saved him. "You saved my life that night. You sacrificed your own life for me." <br><br> 2014 p. 386 <br> <mark>#443</mark> |
| Heroine is "selfish" about her feelings for him. "It was as selfish as I could get, because now that I've found you, I'm not okay being in a world where you don't exist." <br> p. 508 | Heroine is "selfish" about her feelings for him. "I can't be his undoing. I can't be that selfish…I'm selfish. God help me. Because I don't push him push him away." <br> 2014 p. 388 <br> <mark>#444</mark> |

**EXHIBIT 1**

**Page 173**

85

Romantic lead tells her he loves her for the first time.
"I love you….I'm so in love with you."
p. 508

Romantic lead tells her that he loves her for the first time.
"I'm in love with you."
2014 p. 388
#445

Romantic lead tells her, "But sometimes love isn't enough. "
p. 508

Heroine thinks, "Following your heart doesn't always lead to a happy ending."
2014 p. 388
#446

Romantic lead tells heroine she will be in danger because of him, and tries to resist her.
"The fact that I love you means you're always going to be a target. You're always going to be in danger."
p. 509

Heroine thinks that romantic lead will be in danger because of her, and tries to resist him.
"I should let him go. Choosing me, simply being with me will be dangerous for him."

2014 p. 387-388
#447

Heroine tells him she doesn't care. She tells him
"Yeah, well, you're not the only one in this relationship…And that means you don't get to make all the decisions for us."
p. 509

Romantic lead says okay, he can live with it. He tells her, "I'm saying we'll figure it out together."

2014 p. 387
#448

He tries to resist but she doesn't want that.
"Yes, it is. It's exactly that simple. Either you want to be with me or you don't…Be with me. Let me love you."

p. 510

She tries to resist but he doesn't want that.
"'I know what I'm doing,' he says with a rueful smile. 'And what I'm doing is following my heart. The question is, do you trust me enough to follow yours?'"
2014 p. 388
#449

The discussion ends with an epic kiss.
p. 510

The discussion ends with an epic kiss.
2014 p. 389
#450

**EXHIBIT 1**

**Page 174**

**Both books end with the heroine having accidentally brought Hudson in Crave / Ronan in BMR, back from another dimension, where he is now tied to her. In Crave, he is trapped with her when she turns into a stone gargoyle. In BMR, the heroine has released him into the world, but he has taken her blood, and he can now find her anywhere. Crave has two endings, which use BMR materials. The second ending is addressed further below.**

Crave uses BMR 2010 and 2011 as the basis for this scene, but changes the order of events around, and pulls from different places in the manuscripts. However, the scene tracks in page proximity, and the other pieces added are often in proximity. Crave (p. 517-532), BMR 2010 (p. 418, 485, 490), BMR 2011 (p. 481, 500-501, 555, 600-602). Note the language and synonyms as well as paraphrasing BMR material in this segment of Crave. For example, the fear of Hudson "set loose on the world" in Crave (p. 520) and Ronan "unleashed upon the world" in 2011 BMR (p. 603), 2010 (p. 490); the heroine mentioning "PDA" in Crave (p. 524 ) and "public display of affection" in BMR 2011 (p. 481).

| | |
|---|---|
| Heroine learns more about vampires. Vampires need blood, just not human blood. There are negative consequences to drinking human blood. Vampires can't go out in the sun if they do. p. 517 | Heroine learns more about vampires. Vampires need blood. Just not human blood. There are negative consequences to drinking it. Human blood is highly addictive, and makes them like junkies for it. 2011 p. 500-501 #451, #452 |
| Romantic lead tells heroine: "Because there's no way in hell I'm risking unleashed Hudson being set loose on the world a second time." p. 520 | Heroine when she's with romantic lead realizes: "*Oh god no!* Ronan…the demon I had upon the world." 2010 p. 490; 2011 p. 602-603 #453 |
| Heroine says she's never been into "PDA" before and romantic lead has her breaking all the rules. She melts against him when they kiss. p. 524 | Heroine wonders if romantic lead's parents will object to their "public display of affection." She melts into him when they kiss. 2011 p. 418 #454 |

**EXHIBIT 1**

**Page 175**

Heroine sees Hudson and worries he will hurt romantic lead. "Someone who can only be Hudson Vega is standing there, a giant broadsword in his hand—aimed straight at Jaxon's head."

p. 526

Heroine worries romantic lead will be hurt by Ronan "Violence was a heartbeat from now. I knew that the young man wasn't a danger to me, and I could tell by the waves of hot anger rolling off Ash…that the two would come to mortal blows."
2011 p. 597; 2010 p. 485
#455

Heroine stands in front of the sword to save romantic leads life. She has unknowingly shifted into a gargoyle to save romantic lead's life. "Jaxon was never meant to be the hero of my story… I was always meant to be the hero of his."

p. 527-530

Heroine agrees to give her life for the romantic lead's, in order to save his life, otherwise he will die.
'*A life for a life.*'
'Yes!' I cry. 'My life for his.'
"Ash wanted to be the hero…but I wouldn't have it."
"The Rules of the World are constructed to encourage personal growth, acts of heroism and sacrifice for love." *Midnight Overview Notes, 2009*
2014 p. 357; 2011 p. 600
#456

Heroine is something unique in the supernatural world: 'Grace…Why can't she just turn back?' I know it's hard for you, Jaxon. But we haven't seen one for a thousand years.' …
p. 529, 530

Heroine is something unique in the supernatural world: "You are something different, unique. Your birth heralds a new age for us all. Surely you sense that you are special?"
2011 p. 268
#457

The story ends with the realization that Hudson is back and tied to the heroine in some way, while she is frozen as a gargoyle.
"I'm going to find a way to separate her from Hudson."

p. 520, 532

The story ends with the realization that Ronan is free and is tied to the heroine in some way.

'Did he bite you?'…I nod mutely…'So he can find me now? Is that it? Because he bit me?'
*Ronan*: 'and we are both of us caught in a web not entirely of our own making.'
"...when he rises, it won't be long before they're united."
(about heroine and Ronan)
2011 p. 602; 2013 p. 451, 453, 330; World Notes 2010
#458, 459

**EXHIBIT 1**

**Page 176**

| | |
|---|---|
| Heroine has accidentally released Hudson (into her mind) and risks "Hudson being set loose on the world." | Heroine has accidentally released Ronan into the world, "the demon I had unleashed upon the world." |
| p. 520; Crush P. 27, 122 | 2011 p. 602 <mark>#458, #459</mark> |

**Crave ends here from the heroine's point of view, but there are three bonus chapters at the end of the book that use BMR material. These "bonus" chapters are told from the romantic lead's point of view. The romantic lead in Crave visits the Bloodletter character. The name Bloodletter is also used in BMR (2012 forward) but refers to a different character. (The Bloodletter in Crave is the High Priestess in BMR).**
**Both books end with the character called the Bloodletter shifting into a "winged creature" in Crave and a "raven" in BMR and flying away. Afterward, the romantic lead realizes he wants to be with the heroine no matter what, and he will keep her safe.**

The "bonus" chapters in Crave (p. 534-571 are created using BMR 2011 as the basis, with two references from 2013. Note the words, synonyms, and paraphrasing of BMR materials in Crave. For example, when the romantic lead visits the Bloodletter she calls him "child" in Crave (p. 567) and when heroine visits this character as the high priestess in BMR 2011 she is called "child" (p. 571); the romantic lead in Crave speaks with this character about his "mate" (p. 567) while in BMR, the heroine speaks with this character about her "mate" 2011 (p. 576). In Crave, the romantic lead asks this character to tell him what to do (p. 569), while in BMR 2013, this character tells the heroine she knows heroine wants her to tell her what to do (p. 432). This sequence also contains a magical concept of walking in a room during the winter in Alaska and finding oneself outside in summer, with flowers and warm sun. Crave (p. 566) takes this from BMR 2011 (p. 492).

| | |
|---|---|
| When romantic lead and heroine first meet, the romantic lead thinks heroine has eyes like "rich" "chocolate" when he sees her for the first time: "eyes the color of rich, melted milk chocolate" | When romantic lead and heroine first meet, the heroine thinks romantic has a voice like "rich" "chocolate" when she hears him speak for the first time: "smooth, rich voice…If chocolate had a voice it would be his." |
| p. 538 | 2011 p. 17 <mark>#460</mark> |

**EXHIBIT 1**

**Page 177**

He quotes Shakespeare to her during their first day and notes that she knows the quote: "Not only does she know the quote, but she's not afraid to call me on my 'mistake.' p. 540

She quotes Shakespeare to him during their first meet and notes that he knows the quote: "Smartypants was well-read enough to know his Shakespeare. Figures." 2011 p. 40 #461

Romantic lead talks to her about monsters, wants to scare her for her own good. "'No, this is the part of the story where I show you the big, bad, monsters right here in this castle.'… I need to scare her, make her run from this place…"

p. 543

Romantic lead talks to her about monsters, wants her to be scared for her own good. "'All the fairy tales and stories you heard in your childhood about monsters…they're true…Are you scared?' …'Yes,' I admitted in a small voice…'Good,' he said, regarding me thoughtfully." 2011 p. 237 #462

Romantic lead mentions "things that go bump in the night" in this conversation with heroine. p. 544

Romantic lead mentions "things that go bump in the night" in this conversation with heroine. 2011 p. 237 #463

He realizes she has suffered loss, like he has when she mentions having lost everything (her parents). "I freeze as her words slam into me…Agony I thought I was long past rips into me…I shove it back…And can't understand why it's still right here in front of me until I realize that this time, the pain I'm seeing is hers." p. 544

He realizes she has suffered loss, like he has when she mentions having lost her dad and grandparents. "And you miss them every day, don't you?...No matter how long it's been, that sense of loss doesn't ever go away." (Romantic lead speaking to heroine)

2011 p. 125; 2010 p. 97-98; 102 #464

He takes hold of one of her curls on this first meet first meet day. p. 545

He brushes a lock of hair back from her face on this first meet day. 2011 p. 62 #465

**EXHIBIT 1**

**Page 178**

He believes she is his mate.

"This girl, this fragile human girl whose very life is even now balanced on the edge of a yawning precipice, is my mate."

p. 546

He believes he is 'bonded' to heroine and she is his mate.

'What does bonded mean?' 'We can have only one life partner. If that person dies we don't get remarried.' He paused a moment. 'Many choose not to live after their mate dies—unless there are children.'... '...finding that one person right under your very own nose,' he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him.'
2011 p. 423-424; 495
#466

Romantic lead thinks heroine is human and that she is fragile.
"This girl, this fragile human girl…"

p. 546

Romantic lead thinks heroine is human and that she is fragile.
"Getting involved with a human is generally frowned on because you're so fragile."
2013 p. 255

Romantic lead ends their interaction the first day they meet with a warning before he leaves:
"Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back."
p. 547

Romantic leads ends their interaction the first day they meet with a warning before he leaves:
"It's not safe to be out alone, even after school.' He looked as though he wanted to say something more."
2011 p. 62
#467

Romantic lead moves so quickly, it's called fading: "I fade through the space between us, roughly the size of three football fields, in a flash." To the heroine it seems like he disappears.

p. 546

Romantic lead moves so quickly it's a "blur," and it's called casting: "He moved so quickly that the trees around us flashed by in a blur."…" He becomes "smoke and mist and then nothing at all. I blink and he reappears. 'How did you do that?' …'Casting is a Power…cast myself and small objects…'
2011 p. 485; 2016 p. 87
#468

**EXHIBIT 1**

**Page 179**

91

Romantic lead says he is selfish about heroine
Because he can't stay away and knows it's not safe:
"I should have left Grace the hell alone. But I'm
selfish and I'm weak and I couldn't not see her."
p. 562

Romantic lead says he is selfish about heroine
because he can't stay away and knows it's not safe:
"Staying away from me would be better for you. But
I'm selfish, Anna."
2010 p. 233; 2011 p. 299
#469

**The Bloodletter character name is in both books. Both books have a character who is called the "Bloodletter." They are different characters but share the same name.**

Romantic lead mentions the Bloodletter:
"The most vicious and powerful vampire in
existence, the Bloodletter is an expert at ferreting
out weakness. And then using it to destroy you
with barely more than a word or two."
p. 563

Romantic lead's father mentions the Bloodletter:
"He slaughtered…the tribe in various acts of
violence and depravity. Each death had to be more
gruesome…" "He is also a vampire / demon…"

2012 p. 100, 357; The World Notes 2010
#47

Romantic lead goes to an "antechamber" in the
Bloodletter's lair, she's a vampire, and there are
carcasses "draining" into buckets on the "floor"
p. 564, 565
#471, #472

Heroine goes to an "antechamber" to Julian the
vampire prince's lair, and there is a "large drain"
in the center of the "floor"
2011 p. 525, 526

**EXHIBIT 1**

**Page 180**

**Step through a doorway and it's summer. Romantic lead steps through a doorway in Alaska and it's summer. Heroine steps through a doorway with the romantic lead in Alaska, and it's summer. It's a different part of the world and another dimension. This is copied in Crave (and the other books in the series):**

Romantic lead steps through a doorway in the Alaskan winter and it's summer:
   "The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down warmly upon us."

p. 566

Heroine steps through a doorway in the Alaskan winter and it's summer:
   "We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were outside…in high summer. The air was warm and fresh…"
   "Sunlight?...We're in a clearing… and it's summer….glow of dazzling sunlight. The air is heavy with the wild perfume of honeysuckle and jasmine."
2011 p. 492; 2013 p. 204
#473

The Bloodletter calls him "child."
p. 567

The High Priestess calls her "child."
2011 p. 571
#474

The Bloodletter talks to romantic lead about his "mate."
p. 567

The High Priestess talks to the heroine about her "mate."
2011 p. 576
#475

**EXHIBIT 1**

**Page 181**

Supernatural beings have a mating bond, souls join for life. They are mates. Romantic lead is a vampire and believes heroine is his mate and have a they have a 'mating bond.'

Kindle p. 452 (not in hard cover); p. 569

Supernatural beings have a bond, soul mates, one life mate. They are mates. Romantic lead is a werewolf and believes heroine is his mate and they 'bond.' 'What does bonded mean?'…'We can only have one life partner. If that person dies, we don't get remarried.' He paused for a moment. 'Many choose not to live after their mate dies—unless there are children.' "He was everything I could have hoped for in a mate."
"...love only once in a lifetime....Dante is my soul mate and I'm his."
2011 p. 423-424; 2014 p. 379; 2011 p. 576; 495; #476

Romantic lead wants to keep heroine safe, and wants to get rid of their mating bond. A war was barely avoided and might be coming.
'Finding your mate is a precious thing…
Why would you give that up if you don't have to?'
'..I just know that I can't let her get hurt because of decisions I made that have nothing to do with her.'

p. 569

Romantic lead wants to keep heroine safe and doesn't want to have the feelings he has for her. A war is being waged.
"Staying away from me would be better for you… There's a part of me that almost wishes I could avoid this, the feelings I have for you. At least right now because I have certain responsibilities to see through." (His responsibilities related to the war)
2011 p. 299
#477

Romantic lead wants Bloodletter to tell him:
"Can't you just tell me what you mean?
Can't you just tell me what to do?"
p. 569

Heroine wants High Priestess to tell her:
"I don't understand…What am I supposed to do?"

2012 p. 499
#478

Bloodletter tells him that no one can tell him:
"Nobody can tell you what to do, Jaxon. It's been your greatest strength—and your greatest problem. Why change that now?"
p. 569

High Priestess tells her it's up to her to decide:
"But you want someone to tell you who you are and what to do with your gifts. Don't you think that should be up to you to decide, child?"
2013 p. 432
#478

**EXHIBIT 1**

**Page 182**

94

**Crave and BMR end with the Bloodletter character turning into a "winged creature" in Crave and a raven in BMR, and flying off. In both books, the romantic lead decides to be with the heroine, and keep her safe, and that nothing else matters.**

The Bloodletter turns into a "winged creature" and "flies away"
"She takes another step back, transforming into a winged creature I don't recognize right before my eyes. And then she flies away…"
p. 570

Ronan, the Bloodletter turns into a "raven" and "takes off into the night sky"
"the air shimmered around Ronan and he was impossibly, the raven…flapping his great wings and taking off into the night sky."
2011 p. 598; 2012 p. 524, 2013 p. 454 ("I've freed Ronan the Bloodletter" p. 462); 2014 p. 367, 368
#479

Romantic lead decides he has to be with the heroine.
"It doesn't matter who I have to fight to keep her safe. It doesn't matter what I have to do to hold on to her. Grace is my mate, and there's no way I'm giving her up. And what a stupid idea anyway—to sever the bond…"
p. 571

Romantic lead decides he has to be with the heroine.
"And I'm so grateful that you're safe and alive, that nothing, nothing else matters….all of those what ifs, they don't matter….However the cards fall, Anna, I've vowed to protect you and see you safe."

2011 600; 2012 p. 526; 2014 p. 388
#480

—End of Crave–

**EXHIBIT 1**

**Page 183**

# EXHIBIT 2

EXHIBIT 2

Page 184

# INDEX 1: COMPARATIVE QUOTES, CRAVE[1] & BLUE MOON RISING[2] (BMR)

## SETTING IN ALASKA RELATIVE TO THE AUTHORS

**Crave**

Crave is set in Alaska at a private boarding school in Healy. It was originally set in Anchorage. Crave author Tracy Wolff is from Texas, and states that her literary agent, Emily Sylvan Kim, suggested Alaska:

1. "I've actually never been to Alaska and I'm dying to go. But when I was brainstorming settings with my agent, she kind of tossed Alaska out as a throwaway suggestion and I fell in love with it from the get-go." https://thenerddaily.com/tracy-wolff-author-interview

2. Crave was originally set in Anchorage, Alaska. See Tracy Wolff's Instagram Blog 6-1-2019: "If you had told me ten days ago that I would be standing on the edges of an airport in Anchorage, Alaska, I would have said you were crazy." https://www.instagram.com/p/ByLJKfIg5B0/?utm_source=ig_web_copy_link

3. First editions of the book actually listed Anchorage, Alaska as the first arrival spot for the heroine in what appears to be a copy error and is now edited to read as Fairbanks:

   **Crave**: "I've been freezing since I landed in Anchorage.[1]" p. 98

**BlueMoon Rising**

BlueMoon Rising is set in Alaska at a public high school in Anchorage. The author, Lynne Freeman, is from Anchorage, Alaska, a third generation Alaskan, who based her book on the fantasy world she created growing up in Alaska. She chose the setting using the aurora borealis and the long, dark winters as a reason for supernatural beings to be in Alaska.

**KEY:**

Pink indicates page number proximity within 50 pages of the same events occurring in both books. Crave is 571 pages; the various versions of BMR vary between 400-600 pages.
*Blue* text indicates notes and outlines shared with the agent.
/ is used to describe events between the two books. Crave is first / BMR is second.[3]

---

[1] *Crave* by Tracy Wolff First Edition, published by Entangled Teen, April, 2020
[2] Freeman materials: BMR 2010 ("2010") and 2011 ("2011") versions; renamed Masqued 2012 ("2012"), 2013 ("2013"), 2014 ("2014") and 2016 ("2016") versions. 2016 is a partial manuscript created in 2014. *The Plot,* 2008; *The Cast Notes,* 2008; *Midnight Overview Notes,* 2009; *The World Notes,* 2010; *Pitch Notes to Emily Sylvan Kim,* 2013; *Freeman Notes,* 1-27-22; *Chapter Analysis,* 5-14-10. All of these materials were given to defendant Emily Sylvan Kim and Prospect Agency.
[3]This index supports the Key Index and is not a stand-alone document. Points revealed later in the *Crave* series are referenced here because they are a plot point in BMR, and are in the Complaint.

1

**EXHIBIT 2**

# CHARACTERS IN COMMON BETWEEN BOTH BOOKS

Character name occurrence in **BMR** that occur in the **Crave** series

| The Bloodletter | BMR 2012, 2013, 2014 |
|---|---|
| Marise | BMR 2014 |
| Lily | BMR 2010 |
| Gwen / Gwendolyn | BMR 2014 |
| Aidan / Aedan | BMR 2014 |
| Emma | BMR 2016 and Court |
| Colin /Collin | BMR 2010, 2011, 2012, 2013 and Court |
| Macy / Mason | BMR 2010, 2011, 2012, 2013, 2014 |

Similarity of Characters

All of BMR's main and supporting characters are also Crave's main and supporting characters. They have the same character traits and serve a similar purpose in the story[4].

| Crave | BMR | Role |
|---|---|---|
| Grace | Anna[5] | Heroine |
| Jaxon | Ash | Romantic lead 1 |
| Hudson | Ronan | Romantic lead 2 |
| Macy | Jenny | Cousin and best friend/best friend |
| Brendan | Flint | Male friend who teases heroine, gay |
| Uncle Finn | Aunt Brie | Supporting family member, witch |
| King Cyrus | Prince Julian | Evil vampire who wants to take over |
| Lia | Prince Julian | Evil vampire who wants to use the heroine to bring back her dead mate |
| Lia | Taylor | Heroine's nemesis |
| Marc and Cole | Billy and Willy (aka Punk Rock and the Hulk) | Antagonists out to get heroine |
| Hudson[6] | The Bloodletter, Ronan[6] | Evil, accidentally brought back from another dimension, and linked to the heroine |
| The Bloodletter | High Priestess | Gives advice and guidance to heroine; powerful |
| Xavier | Mason | Friend (Crush, book 2) |
| Eden | Rachel | Friend (Crush, book 2) |
| Mean girls | Mean girls | Mean girls |

---

[4] Character Indices provide a detailed list of traits with supporting quotes from both books.

[5] In BMR 2014, the heroine is renamed "Mia," the romantic lead is "Roman," the Bloodletter is "Aedan," Aunt Brie is "Aunt Brynne." In BMR 2016, the heroine is renamed "Ella" and the aunt is renamed "Aunt Rose".

[6] Both Ronan & Hudson are intended to be the heroine's true mate & are involved in a love triangle later in the Crave series and BMR manuscripts and notes; this also occurs in Crush. See The *World Notes*, 2010 & Character Index for Hudson/Ronan & Crush.

2

**EXHIBIT 2**

**Page 186**

## SIMILARITIES IN STORYLINE & COMPARATIVE QUOTES CORRESPONDING TO REFERENCES IN THE KEY (EXHIBIT "A")

**Crave begins with the heroine's arrival in Alaska having just moved from San Diego CA. In BMR, the heroine moved to Alaska from San Diego years ago. In both stories, the heroine has moved to Alaska due to an accident which killed her family members; in Crave, her parents, and in BMR, her father and grandparents. Both stories begin with the heroine on her way to school. She describes her surroundings.**

Crave follows BMR 2010 and 2011 for these sequences which follow in page number proximity.

1.
Heroine landed in Anchorage / Heroine lives in Anchorage

**Crave**: "I've been freezing since I landed in Anchorage." p. 98
(Edited in current editions to say Fairbanks[7]).

**BMR**: "You just don't see people like that in Anchorage, Alaska." 2011 p. 15

2.
The heroine is originally from San Diego, CA

**Crave:** "Healy, Alaska..It looks really, really tiny. Way smaller than my neighborhood in San Diego." p. 3; 278

**BMR:** 'Why'd your mom pick Alaska? Do you have family here?'…'I shook my head. We lived in San Diego.'' 2011 p. 124

3.
Heroine describes Alaska as frozen, and in negative terms

**Crave**: "'Interesting. It looks…interesting.' It's not the first description that popped into my head—no, that was the old cliche that hell has actually frozen over." p. 3; "…since I got to this frozen hellhole…" p. 90

**BMR**: "It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed." 2011 p. 12

---

[7] This edition of Crave[1] has the location for the heroine landing in Fairbanks and Anchorage, Alaska; this was subsequently changed to Fairbanks, Alaska in later editions as the copy error was picked up on p. 98. There are also editions with the heroine landing in Vancouver after the Anchorage copy error, and prior to the Fairbanks change.

**EXHIBIT 2**

4.
Heroine describes what the sky looks like in Alaska

**Crave**: "...we're in the middle of a weird kind of haze that Philip refers to as 'civil twilight' even though it's barely five o-clock." p. 3

**BMR**: "The sun was still out, though it was sitting low on the horizon, the sky its usual shade of unrelenting gray at this time of year. There was maybe an hour or so of daylight left before the darkness closed in." 2011 p. 49;
"Civil twilight is the brightest of the 3 twilight phases. The sun is just below the horizon…"
https://www.timeanddate.com/astronomy/civil-twilight.html


**Heroine is on her way to school in Alaska, she thinks about the family she has lost. She describes her arrival at the school, and is uncomfortable with everyone watching her.**


5.
Heroine won't let herself dwell on her loss and what she's leaving behind to move to Alaska / Heroine tries to blot out the accident, and her loss that resulted in her move to Alaska

 **Crave**: "I feel a pang looking at them, but I don't let myself dwell on everything I had to leave behind, any more than I let myself dwell on the idea of strangers living in the house I grew up in…who cares about a house…when I've lost so much more?...He nods toward a parking lot." p. 5

**BMR**: "...my dad and grandparents were killed. I've always felt it was somehow my fault…the accident…so I blotted it out as best I could…My mom's car glided into the parking lot." 2010 p. 9, 2011 p. 12


6.
Heroine thinks about California and compares it to the cold of Alaska

**Crave**: "It's so cold out…How can anyone live like this? It's unreal, especially considering it was seventy degrees where I woke up this morning." p. 5

**BMR**: "We'd lived in California before the accident; a time and place of sunshine and laughter. Now we live here, a land of seemingly perpetual darkness and winter." 2010 p. 9; 2011 p. 11

4

**EXHIBIT 2**

**Page 188**

7.

<u>Heroine is seventeen / Heroine is almost seventeen</u>

**Crave:** Heroine about herself: "...despite being a year younger than my own seventeen years…" p. 6

**BMR:** Heroine about herself: "well, almost seventeen" 2010 p. 12; "Nearly seventeen." 2010 p. 343 (birthday in three weeks); "almost seventeen" 2011 p. 20

8.

<u>Heroine is on her way to boarding school in Alaska / Heroine is on her way to public high school in Alaska</u>

**Crave**: *Heroine:* "…how I'm supposed to get to the boarding school my uncle is headmaster of…" p. 6

**BMR**: *Heroine*: "It's the third week of my junior year of high school." 2010 p. 6; 2011 p. 8

9.

<u>An accident killed her family members and she is struggling; she was seventeen / she was seven</u>

**Crave:** the accident just happened when she is seventeen. p. 6 "…despite being a year younger than my own seventeen years…"
"In the month since my parents died…" p. 7
"It's a habit I picked up after my parents died in the car accident…" p. 331

**BMR:** the accident happened when she was seven: "My dad and grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really." 2010 p. 58; 2011 p. 76
"My dad was dead…" 2011 p. 11 "...would have had some inkling of my dad and grandparents' deaths. 2011 p. 11.

10.

<u>Her sense of loss is a significant theme in the book, showing up throughout the story</u>

**Crave:** p. 7, 15, 22, 28, 31, 46, 47, 49, 50, 82, 99, 116, 150, 209, 251, 252, 331, 340, 341, 346, 351, 378, 384, 413, 427, 467.

**BMR:** 2011 p. 9-13, 31, 32, 62, 68, 71-76, 116, 120, 213, 237, 261, 289, 318, 348, 356, 357, 402, 417, 418, 423, 448, 517, 525, 526, 547, 552-564.
 "Anna carries a strong sense of loss over the death of her father who was supposedly killed in an elevator explosion when she was seven years old." *The Cast Notes,* 2008, *Midnight Overview Notes*, 2009, *The World Notes,* 2010.

11.

Heroine describes the town: mountains, snow, rivers in all directions / Heroine describes the town: water, snow, mountains all around

**Crave:** "I can't help but think of the mountains and rivers that surround this town in all directions…" p. 8 "there's nothing but mountains and snow" p. 7

**BMR:** "Anchorage is surrounded by water—Cook Inlet on one side and snow covered mountains all around. The hillside area is still considered to be in town but it's a bit remote." 2011 p. 411


12.

Heroine now lives with the only family she believes she has left[8]

**Crave:** "Not to mention the only family I have left." p. 7 referencing her uncle and cousin after the death of her mother and father. She believes she has no other family, just her uncle and cousin. p. 28, 316

**BMR:** "The three of us make up my family. We're all that's left." 2011 p. 13 referencing the death of father and grandparents in an accident. She believes she has no other family, just her aunt and mother. 2011 p. 73; 2013 p. 34


13.

Heroine thinks about the deaths of her family members on her way to the school

**Crave:** "Besides, if I've learned anything in the month since my parents died, it's just how little most things matter." p. 7

**BMR:** "You'd think…I would've had some inkling of my dad and grandparents' deaths." 2010 p. 8 (2011 p. 11); "I began having the dreams when I was very young, probably as far back as when my dad was still alive." 2011 p. 10; "My dad was dead…" 2011 p. 11; It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed." 2011 p. 12


14.

Heroine ducks her head whenever she is uncomfortable or embarrassed

**Crave:** "I duck my head as my cheeks heat up." p. 10, 18, 199, 227

**BMR:** "Flushing hard, I ducked my chin down." 2010 p. 400; 2011 p. 35, 177, 419, 301

---

[8] Later in the Crave series, and in BMR, the heroine learns she has family members she didn't know about.

6

**EXHIBIT 2**

15.
Heroine is given a ride to school on snowmobile and told to hold onto her waist / Heroine is given a ride home from school on a motorcycle and told to wrap her arms around his waist

**Crave**: "…that's when Macy reaches for one of the helmets draped over the snowmobile's handles…'Hold on to my waist!'...we're speeding into the darkness that stretches endlessly in front of us." p. 10-11

**BMR**: "...he reaches onto the back of the motorcycle…An extra helmet…'Wrap your arms around me and hold on tight.'... we speed along in silence wishing that time would stretch on forever." 2011 p. 52, 54, 55

**Heroine attends a private boarding school, Katmere Academy (Crave) which is set in a "gothic castle" far away from the town in Alaska. In BMR, the heroine attends public school, and the romantic lead and his clan live in an "Old World European chateau" (French for castle), situated on a hillside far away from town in Alaska. Gothic architecture is Old World European.**

16.
Katmere Academy / Katmai

**Crave**: "'Is that Katmere Academy?' I shout." p. 12

**BMR**: "Katmai…is in Alaska…..(it's a real place only accessible by float plane which makes this fun for the reader). In book 2[9], it's magically accessed like Sanctuary. Sanctuary is a magical place where all supes meet on neutral ground. No fighting. And no one can do harm because there are wards. Katmai is one of the last refuges where nature is in balance with humans and the supernaturals. The supes go during the summer of the midnight sun when some of them are vulnerable (like trolls etc. and some of the demon races). Anna and friends will go once she knows what she is." *The World Notes*, 2010 "Dracon -dragon shifting people live in ice caves in Alaska…." p. 2

**Note**: In the Crave series, it is explained that the school is neutral ground with no fighting allowed among the supernatural races. And the school has tunnels which were made by dragon shifters, beneath the school.

17.
The boarding school is in a castle / The romantic lead and his family live in an Old World European Chateau

**Crave**: "Or should I say the huge *castle.*" p. 13 "Gothic castle" p. 13

**BMR**: "Live on large compound like a castle– with some family members and Clan." *The Plot,* 2008; "looks like an Old World European chateau." 2013 p. 322; 2011 p. 412

---

[9] This is a quote from Freeman's notes, which refers to the second book she was intending in the series which would have these elements.

7

**EXHIBIT 2**

18.

<u>Heroine notices the very long driveway to get to the castle / Heroine notices the very long driveway to get to the chateau</u>

**Crave**: *To the castle*:  "Just a long, winding driveway that looks like every other prep school driveway I've ever seen on TV…"  p. 13-14

**BMR**: *To the chateau:* "Ash drove the Land Rover down a long drive... After a very long minute or more we finally reached a park with a circular driveway." 2011 p. 412

19.

<u>Heroine describes the castle as having architecture she heard about in her art class / Heroine describes the chateau as an architectural masterpiece</u>

**Crave**: "..the huge *castle*...because the dwelling I'm looking at is nothing like a modern building…with architecture I've only heard described in my art classes before." p. 13; "castle thing with its pointed archways and elaborate stone work" p. 17; "Gothic castle" p. 13

**BMR**: "Their home was more of a chateau than a house and would have looked more appropriate in Europe rather than in Anchorage, Alaska. Entirely made of stone, it was an architectural masterpiece." 2011 p. 412 "The house looks like an Old World European chateau. Not a home in Alaska." 2013 p. 322  "Live on large compound like a castle– with some family members and Clan." *The Plot,* 2008

20.

<u>Arriving at the school (castle), huge gate, enters code, stone walls / Arriving at chateau, security gate, stone walls, enters code</u>

**Crave**: ".... the brick wall in front of the castle stretches halfway around the mountain...Macy pulls up to the huge gate at the front of the school and enters a code." p. 13 "*castle*, complete with stone walls." p. 17

**BMR:** "We reached a security gate and large stone walls. Of all things..." 2011 p. 411-412 (Chateau); "...entered my code on the keypad." 2011 p. 56 (Heroine's home is also surrounded by stone walls and a security gate).

**EXHIBIT 2**

**Page 192**

21.
Heroine notices that the castle has an ornately carved set of double doors / Heroine notices ornately carved double doors at the Sanctuary, a place the romantic lead takes her

**Crave:**  "... ornately carved set of double doors." p. 75; "incredibly ornate front doors" p. 14

**BMR**: "...ornately carved double doors" 2011 p. 525

22.
Heroine felt like she was in a horror movie or Salvadore Dali painting when at the school for supernaturals / Heroine felt like she was in Dante's Inferno (the only painting by Dali that is like a horror movie) when at Sanctuary, the place for supernaturals

**Crave**: *Heroine says*: "felt like I was trapped in a horror movie or Salvador Dali painting." p. 13

**BMR**: *Heroine says*: "felt like I was in Dante's inferno."  2011 p. 491 "horror movie" 2013 p. 170, 204, 397

**Note:** Salvador Dali painted *Dante's Inferno*.

23.
Cousin reminds her of a model in a fashion magazine / Romantic lead reminds her of a model in a fashion magazine

**Crave:** "…shouts cover model for some Alaskan wilderness fashion magazine." p. 14

**BMR:** "He looked for all the world like a model in a magazine ad." 2011 p. 51 "He looked like someone you'd see in a glossy magazine ad…" 2011 p. 108

9

**EXHIBIT 2**

**Page 193**

24.
<u>Heroine has panic attacks stemming from the loss of her family</u>

**Crave:** "Just the idea of not being able to breathe sets off the beginnings of the panic attack I've barely kept at bay all day." p. 15. "Dr. Blake…giving me tips on how to deal with the anxiety I've been having since my parents died." p. 15

**BMR:** "Anna carries a strong sense of loss over the death of her father and grandparents in an accident. She has panic attacks – anxiety from the trauma." *The Cast Notes,* 2008; *The World Notes, 2010.*

"Fear set in and with it came its cousin, anxiety. I figured panic wasn't too far behind. And if I gave into that panic I knew I would be lost." 2011 p. 524

"Panic seized control, wild tendrils of fear curdling in my stomach." 2011 p. 407

"...in a few moments my breath will come back, yet my panic is overwhelming." 2011 p. 2

"The room felt smaller somehow, as though it was closing in around me and I couldn't breathe." 2011 p. 247

"My heart skittered wildly in my chest. I couldn't breathe." 2011 p. 498

**Note:** In Crave, the heroine will often say she's having a panic attack. BMR describes the sensations of having a panic attack.

25.
<u>Inside the castle the heroine notices the details / Inside the chateau the heroine notices the details</u>

**Crave**: The inside of the castle is described with "vaulted arches," "arched ceiling" "large antique doors," "crystal chandeliers," "roaring fireplace" "stone walls," "tapestries" p. 16-18

**BMR:** The inside of the chateau is described with " ceilings vaulted with large, arched doorways" and "crystal chandeliers," "fire blazing in the hearth;" "tapestry" 2011 p. 411-414, 416; 2014 p. 338 (tapestry at mansion)

26.
<u>Heroine is uncomfortable with people watching her</u>

**Crave:** "Only, as we get closer, I realize they aren't watching the video game. Or their books. Or even their phones. Instead, they're all looking at me" p. 17-19, 86, 210, 222, 227, 411

**BMR:** "As we headed into the cafeteria, it seemed as though everyone was staring at us. Or rather at me." 2011 p. 315, 37, 51, 52, 102, 164, 309, 515; "It was so quiet that the silence was painful, particularly since everyone was staring." 2011 p. 37

**EXHIBIT 2**

**Page 194**

27.
Heroine ducks head / heroine ducks her chin down to hide uncomfortable feelings

**Crave:** "I duck my head to hide my very obvious discomfort." p. 18

**BMR:** "I said sheepishly, ducking my chin down to my chest again." 2011 p. 177; "I duck my head down, but not before my own little smile escapes." 2012 p. 241 (embarrassed when her friend asks her about romantic lead)

28.
Heroine notices a chess table / Chess Club's table at the school

**Crave**: At school, there's "a small chess table in an alcove…" p. 20

**BMR**: At school, there's a "Chess Club's table" 2011 p. 102; 2010 p. 79

29.
As Heroine enters school in the opening sequence, she meets the romantic lead
(He is described using almost exactly the same words in both books).

**Crave:**
Dark hair, full red lips, chiseled features
p. 21, 22
Dangerous
p. 22, 28, 137, 224
Fallen angel p. 30 angelic looks p. 30
Bad boy p. 30
Sexy p. 86
Arrogant p. 137
Rockstar p. 137
Gorgeous p. 137, 432
Beautiful p. 21, 203
Wicked p. 22
Wild p. 22
Hot p. 137, 311
Smoking hot p. 137
Long, lean      p. 22
Lean muscle  p. 405
Hard well-defined biceps p. 22
Smile turns one corner of his mouth up p. 22
Dark hair  p. 22

**BMR:**
Dark hair, full lips, red lips, chiseled features.
2011 p. 15-16, 34, 58, 101, 108, 163, 168.
Dangerous
2011 p. 16, 53, 127, 251, 286, 311, 367, 424, 465
Dark angel p. 222
Bad boy  2011 p. 42, 172, 475
Sexy 2011 p. 20
Arrogant 2011 p. 20
Rockstar 2011 p. 20, 82
Gorgeous 2011 p. 16, 82, 108, 483
Beautiful 2011 p. 16, 17, 222
Wicked 2011 p. 16
Wild  2011 p. 186; 2014 p. 19
Hot  2011 p. 21, 22, 28, 29, 252, 303, 311
Smoking hot  2011 p. 303
Tall, lean      2011 p. 15
Lean muscle  2011 p. 15
Hard muscles of his biceps p. 167
Smile turns one corner of his mouth up 2011 p. 24
Dark hair p. 15, 119

11

**EXHIBIT 2**

**Page 195**

30.

Romantic lead is described as hot

**Crave:** "And not just because he's hot…although he's definitely that." p. 21

**BMR**: "Hot New Guy" "he's incredibly hot" 2011 p. 22, 28, 311


31.

Heroine thinks there is something different about the romantic lead, magnetism

**Crave:** "Still, there's something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…sheer magnetism rolling off him in waves." p. 21

**BMR**: "There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82


32.

Romantic lead is striking, full red lips, chiseled features, beautiful

**Crave**: "...too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone." p. 21

**BMR**: "...striking, bewitchingly good-looking... full lips and sculpted features...red lips…Was he really that beautiful?" 2011 p. 15-17, 219.


33.

Heroine notices romantic leads hair, which is dark and falls forward / Heroine notices romantic leads hair, which is dark and tousled

**Crave:** "Add in the thick, dark hair that...falls forward into his face and skims low across his insane cheekbones." p. 22

**BMR**: "I noticed his tousled hair was a rich, dark brown, almost black." 2011 p. 15; "He looked like someone you'd see in a glossy magazine ad for some hip designer; artfully disheveled hair…" 2011 p. 108

12

**EXHIBIT 2**

**Page 196**

34.
<u>Romantic leads eyes…</u>

**Crave**: "And his eyes. . . a bottomless obsidian that see everything and show nothing." p. 21

**BMR**: "And those eyes… they were beguiling and disturbing at the same time." 2010 p. 30; 2011 p. 40

35.
<u>Romantic lead has gemstone eyes</u>

**Crave**: "eyes...a bottomless obsidian..." p. 21

**BMR**: "Amber eyes rimmed in black." 2011 p. 16

36.
<u>Heroine can't look away from romantic lead's stare</u>

**Crave:** "I'm trapped by his stare, hypnotized…" p. 21

**BMR**: "I tried not to stare as I approached the front doors of the school, but I couldn't bring myself to look away...Our eyes locked…" 2011 p. 16

37.
<u>Romantic lead has a hypnotic effect on heroine</u>**:**

 **Crave**: "...hypnotized by the sheer magnetism rolling off him in waves." p. 21

**BMR:**  "the way he smelled seem to have an almost hypnotic effect on me" 2010 p. 42;  2011 p. 55

13

**EXHIBIT 2**

**Page 197**

38.
<u>Heroine has to catch her breath when her gaze meets his / heroine reminds herself to breathe when their gazes collide</u>

**Crave**: "...try to yank my gaze from his…I swallow hard to catch my breath." p. 22

**BMR**: "He turns and our gazes collide…I remind myself to breathe slowly. *Whoa girl*…" 2013 p. 22

39.
<u>Romantic lead grins at heroine as if he knows exactly what effect he has on her</u>

 **Crave:** "And now he's grinning, one corner of his mouth turning up in a crooked little smile that I feel in every single cell. Which only makes it worse, because that smirk says he knows exactly what kind of effect he's having on me." p. 22

**BMR:**  "He steps forward. A tingling bolt of electricity runs through me. I can't help it—my lips part and I gasp. He grins a wicked grin and winks at me as if he knows exactly what effect he has on me." 2013 p. 20; 2011 p. 16

40.
<u>Heroine rip her eyes away and looks anywhere but / Heroine tears her eyes and looks anywhere but</u>

**Crave**: "I rip my eyes away...Determined to avoid his eyes, I look anywhere but. p. 22

**BMR**: "I...tear my eyes away...keeping my eyes anywhere but on his face. 2011 p. 17

41.
<u>Heroine notices romantic lead's long lean body and muscles / Heroine notices romantic lead's tall lean body and muscles</u>

**Crave**: "...his long, lean body...flat stomach, and hard, well-defined biceps." p. 22

**BMR**: "...tall...fit with lean muscle." 2011, p. 15  "I noticed the hard muscles of his biceps and chest…" 2011, p. 167; "I noticed the way his jeans clung to his muscled thighs and molded his form and felt the most illogical urge to touch him." 2011 p. 54

14

**EXHIBIT 2**

**Page 198**

42.

Romantic lead wears the same clothes when he meets the heroine -black jeans and a t-shirt.

**Crave:** "...the black jeans and t-shirt he's wearing..." p. 22

**BMR:** "...though he was dressed well in black designer jeans and a black t-shirt..." 2011 p. 20

43.

Romantic lead is wicked, dangerous, sexy, wild

**Crave:** "...sexy as hell. A little wicked, a lot wild, and all dangerous." p. 22; 28, 137, 224

**BMR:** "The overall picture was one of dangerous, irresistible beauty...wicked grin" 2011 p. 16 "...just plain sexy." 2011 p. 20 "something a little wild…danger in a bottle." 2011 p. 186; 53, 127, 368, 311; 2014 p. 19

44.

Romantic lead's smile turns one corner of his mouth up

**Crave:** "one corner of his mouth turning up in a crooked little smile" p. 22, 385; 259; half smile, crooked smile, crooked grin. p. 22, 393; 126; 216

**BMR**: "a corner of his mouth turning up" 2011 p. 24, "he smiled crookedly." 2010 p. 109; "crooked grin" 2011 p. 157; "amusement turning a corner of his mouth up" 2011 p. 51

45.

The heroine tells herself she doesn't want the romantic lead

**Crave:** "The new girl swooning over the hottest, most unattainable boy in school? Gross. And so not happening." p. 23

**BMR**: "But if I were to date someone, it wouldn't be him. The wry curl of his lip, the confident, almost arrogant way he held himself…" 2011 p. 20; 24, 25 "...first love, the seemingly unattainable object of affection…" *Midnight Overview Notes, 2009*

15

**EXHIBIT 2**

**Page 199**

46.
Romantic lead quotes Shakespeare to heroine, she corrects him and is irritated wtih his behavior / Heroine quotes Shakespeare with romantic lead; she is irritated with him and his behavior.

**Crave**: *Heroine:* "The quote is, 'There are more things in heaven and *earth*, Horatio.'...'I need to go.' I force the words past a jaw I didn't even know I'd been clenching." p. 24- 25 Shakespeare

**BMR**: *Heroine:* "I whispered furiously, glaring daggers at him. 'Et tu, Brute?'" 2011 p. 40 Shakespeare

**Note**: *Crave* uses the Shakespeare quote from *Julius Caesar*, "Et tu, Brute" on page 161, like BMR. The quote above is from Shakespeare's *Hamlet*. BMR quotes Shakespeare's *Macbeth*. 2013 p. 6.

47.
Heroine is smart and is takes challenging classes

**Crave:** "...my AP English class just finished reading Hamlet..." p. 25 "I have AP Physics right now..." p. 226 "... plus AP Spanish, the one class we share." p. 247

**BMR**: "...she is smart and in the smart classes." *The Plot,* 2008. "was spent with my honors biology group." 2011 p. 29 "You are junior and senior honor students who have expressed an interest in archaeology of the ancient world." 2011 p. 39 Ancient Global Studies is an honors class.

48.
Heroine thinks romantic lead is terrifying, intriguing and exciting at the same time

**Crave**:  "... I realize this guy is as terrifying as he is intriguing." p. 25 "this boy who frustrates, terrifies, and excites me all at the same time." p. 30

**BMR**: "I knew he was dangerous on some level yet I found him intriguing and maybe even exciting at the same time. 2011 p. 127 "He captivated me in every way, he was just so appealing. And terrifying." 2011 p. 253

**There is a verbal repartee between the heroine and romantic lead when they first meet, heroine feels like the romantic lead wins.**

16

**EXHIBIT 2**

49.
Heroine snaps back at the romantic lead when she feels offended by him on their first meet day

**Crave**: *Heroine to romantic lead*: "Is it that stick up your ass that makes you such a jerk?...Or is this just your regular, charming personality?" p. 26

**BMR**: *Heroine to romantic lead*: "'There's an expression about paybacks. Looks like yours is coming right about now.' I don't know where that came from but after the morning I'd had, it felt really good saying it." 2011 p. 47

50.
Heroine and romantic lead are in a verbal repartee; he fires back / she fires back

**Crave**: "Then he fires back, 'I've got to say, if that's the best you've got, I give you about an hour.'" p. 26

**BMR**: "'What about your girlfriend?' I fired back. There, I had him now." 2011 p. 53

51.
Verbal repartee: heroine feels frustrated, angry, offended, and conflicted at the effect the romantic lead has on her, and blames him for it

**Crave:** "He steps forward, closing the small distance I put between us. And there goes my heart again, beating like a caged bird desperate to escape. I hate it. I hate that he's bested me, and I hate that being this close to him makes me feel a bunch of things I shouldn't for a guy who's been a total jerk to me…" p. 27

**BMR:** "Up close he's even better looking than I remembered. My traitorous heart flutters in response to his nearness and that makes me mad. I don't want to have this reaction. Not when my feelings about him are so conflicted." 2013 p. 35; "...at first she is intimidated and slightly offended by Ash's confidence and magnetism. She is also hopelessly attracted to him in spite of herself." *Midnight Overview Notes,* 2009

52.
Heroine's heart is beating like a caged bird, she hates it / Heroine's heart is racing in the cage of her chest, she's mad

**Crave:** "And there goes my heart again, beating like a caged bird desperate to escape. I hate it**.**" p. 27,  22, 23

**BMR:** "My traitorous heart fluttered in response to his nearness and that made me mad." 2011 p. 35; 25, 119, 120. "I looked down quickly, my heart racing wildly in the cage of my chest" 2010 p. 16

17

**EXHIBIT 2**

**Page 201**

53.
Romantic lead wins the verbal game between them

**Crave:** "I hate that he's bested me…" p. 27

**BMR**: "Match and game. I hadn't anticipated that." 2011 p. 53

**Heroine feels conflicted by her attraction to the romantic lead. She tries to suppress her anxiety over thoughts and feelings of her family loss. Romantic lead excites her; she also feels connected to him through loss. Later the romantic lead warns her to be careful.**

54.
Heroine doesn't want to feel the way she does around romantic lead when he doesn't feel the same way about her

**Crave**: "I hate that being this close to him makes me feel a bunch of things I shouldn't... The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating" p. 27

**BMR**: "And that irritates me. I don't want to have these feelings for him. Especially when he doesn't seem to have them for me." 2013 p. 114
"Anna is trying to resist the strange attraction she feels for him." *Chapter Outline to Emily Sylvan Kim, Chapter 2, 2013*; "...at first she is intimidated and slightly offended by Ash's confidence and magnetism. She is also hopelessly attracted to him in spite of herself." *Midnight Overview Notes, 2009*

55.
Romantic lead is so close heroine can feel his warm breath

**Crave:** "he leans closer still, *gets* closer still, until I can feel his warm breath on my cheek…" p. 27

**BMR**: "...bringing his face so close that I could feel the huff of his warm breath on my own…" 2010 p. 42

56.
Romantic lead is so close she will be pressing against him / Romantic lead is so close she is pressed against him

**Crave**: "So close that one deep breath will end with my chest pressing against his." p. 28

**BMR**: "The front of my body is pressed tightly to the back of his." 2013 p. 54; 2011 p. 55

18

**EXHIBIT 2**

**Page 202**

57.
Romantic lead mentions the "things that go bump in the night" to the heroine.

**Crave:** *Romantic lead*: ''things that go bump in the night.'' p. 28

**BMR:** *Romantic lead:* "Things that go bump in the night." 2011 p. 237; *The Plot, 2008*

58.
Heroine thinks about her family members' deaths and pushes her pain down. Romantic lead is there
/ Heroine thinks about her family members' deaths and shoves her pain down. Romantic lead is there

**Crave**: "Images of my parents' mangled car flash through my brain…The familiar anguish wells up inside me…I shove it back down." p. 28

**BMR**: "I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died, and the truth was I'd never really gotten over it...I took a few deep breaths, pushing down the rising sob caught in my throat." 2011 p. 34

59.
Heroine doesn't want to feel her anxiety, or negative thoughts. So she pushes them down / Heroine doesn't want to feel her anxiety, or negative thoughts, so she shoves them down

**Crave:**
"The familiar anguish wells up inside me...I shove it back down. Pretend it doesn't exist." p. 28
"All the thoughts I'd shoved aside for the past forty-eight hours, just to get through leaving." p. 50
"Which is why I shove all the new and bizarre misgivings I'm suddenly having back down where they belong." p. 233

**BMR:** "I took a few breaths, pushing down the rising sob…" 2011 p. 34
"So I pushed that thought, that worry, back down." 2011 p. 452-453
"...pushing my emotions down**,** practically gagging on them." 2011 p. 473
"So I decided to push my feelings of fear and dread all the way down, out of reach and lock them in a box." 2011 p. 474
"I needed to push those thoughts down for the moment, which seemed impossible..." 2011 p. 580

19

**EXHIBIT 2**

**Page 203**

60.
Heroine has no other family anywhere

**Crave:** I was the only family they had in San Diego—or anywhere, really, except for Finn and Macy ...” (heroine, uncle, and cousin). p. 28

**BMR:** “I don’t have cousins, grandparents, or anyone else.” 2013 p. 34; “The three of us make up my family. We’re all that’s left.” p. 15 (heroine, mom, and aunt)

61.
Heroine  notices pain in the eyes of the romantic lead, and his pain is like her own

**Crave**: “Even his eyes change...Stillness and an agony so deep...But I *can* see it. More, I can *feel* it calling to my own pain.” p. 29

**BMR:** “It was the pain in his eyes as he spoke that told me he’d lost someone close.” 2011 p. 125
 “...his eyes...revealed within their depths was an anguish so raw I knew it rivaled my own.” 2011 p. 592
(Ronan the Bloodletter, first meet)

62.
Heroine feels connected to romantic lead by loss

**Crave:** “....connected in a way I can feel but can’t comprehend by our very separate horrors.” p. 29, p. 49

**BMR:** “....I understood his pain. He felt the same way I did about my dad and grandparents….I found myself feeling more and more connected to Ash. I understood him and I knew he understood me.” 2011 p. 125, 127

63.
Romantic lead reaches out and touches heroine’s hair

**Crave**: “…he reaches out and gently takes hold of one of my million curls.” p. 29

**BMR**: “... he reached out with one hand and brushed a lock of my hair back from my face, his touch so light it was almost as though I had imagined it.” 2011 p. 62

20

**EXHIBIT 2**

64.

Heroine thinks romantic lead is a fallen angel, bad boy / Heroine thinks romantic lead is a dark angel, bad boy

**Crave:** "A fallen angel with a bad-boy vibe for miles…" p. 30

**BMR:** "A beautiful dark angel." 2011 p. 222  "He appears like the quintessential bad-boy**.**" *Midnight Overview Notes, 2009.*  "Bad-boy grin" 2010 p. 32; 172, 475

65.

Romantic lead terrifies and excites heroine  / Romantic lead is exciting and terrifying to heroine

**Crave**: "this boy who frustrates and terrifies and excites me all at the same time." p. 30; 25

**BMR**: "I found him intriguing and maybe even exciting at the same time. 2011 p. 127
"He captivated me in every way, he was just so appealing. And terrifying." 2011 p. 253

66.

At the end of their first meet / first meet day  the romantic lead warns the heroine to be careful

**Crave:** "Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back." p. 31

**BMR:** "'It's not safe to be out alone, even after school.'…He looked as though he wanted to say something more." 2010  p. 48; 2011 p. 62

67.

Heroine calls romantic lead nicknames in her head:

**Crave:** Mr. Tall, Dark, and Surly. p. 32
Tall, Dark and Surly p. 34

**BMR:** Tall, dark, and mercilessly good-looking 2011 p. 20
Tall, dark, and wickedly handsome 2012 p. 19
Mr. Tall, Dark, and Bloodthirsty, heroine refers to vampire prince 2011 p. 507

**After her first day meet scene with the romantic lead, she visits with Uncle Finn / Aunt Brie.**

21

**EXHIBIT 2**

68.

Heroine thinks her uncle has a woodsy scent / Heroine thinks the romantic lead has a clean woodsy scent

**Crave:** "comforting scent of him—the same woodsy scent" (describing uncle) p. 32

**BMR**: "He smelled wonderful, a clean, woodsy scent" 2011 p. 17

69.

Alaska feels like the moon / Alaska is like living on the moon

**Crave**: "Alaska feels like the moon." p. 34

**BMR:** "winter in Alaska must be like living on the moon..." 2011 p. 274

**Heroine meets Flint (Crave), sees Brendan (BMR). They are the same character. She is thinking about the loss of her family members, and has physical symptoms of anxiety. She feels she is being watched at school. When she goes to sleep that night, she thinks about her day, her friends, and the romantic lead.**

70.

Flint has warm brown skin / Brendan has warm coffee colored skin

**Crave**: "Warm, brown skin." p. 35

**BMR**: "He has warm, cafe-au-lait skin…" 2011 p. 100; "His usual warm, mochachino skin…" 2011 p. 564; 94

71.

Flint calls the heroine a nickname, "New Girl" throughout the story / Brendan calls the heroine nicknames throughout the story, and heroine calls romantic lead "new guy" and "Hot New Guy"

**Crave**: "'Hey there, New Girl. How are you?" p. 35, 42, 85  (through the entire series)

**BMR**: "Brendan always calls me ridiculous pet names." 2011 p. 104 "Wanna fill the brothers in, peaches?" p. 104; "Sweetcheeks" p. 103, etc

Heroine calls romantic lead "Hot New Guy"and "new guy" at the beginning of the story. 2011 p. 22, 26, 28, 29

72.
Flint is from a multiracial family / Brendan is from a multiracial family

**Crave**: "Black afro that looks amazing on him." p. 35
**Crush**: "...a mixed race couple who I realize with some astonishment are Flint's parents." p. 382

**BMR:** "His father a surgeon of multiracial descent. They're sort of the Heidi Klum and Seal…" 2011 p. 100
(Seal is a musician with a Nigerian father and Brazilian mother).

73.
Flint has bright, molton amber eyes / Romantic lead has bright, molten amber eyes

**Crave**: "Bright-amber eyes that seem to burn from within." p. 35
"...watching me with those molten amber eyes of his." p. 362

**BMR:** "His eyes were molten amber rimmed in black, as bright and shiny as a new penny." 2011 p. 367
74.
The heroine obsesses over the romantic lead at school

**Crave:** "I keep my mouth shut and concentrate on looking around instead of obsessing over some guy..."
p. 39; 176

**BMR:** "As I walked down the hallway to my locker, I realized I was already obsessing about him..." 2011
p. 17; 74, 187

75.
At the castle heroines cousin tells her "home sweet home" / At the chateau heroines friend tells her "home sweet home"

**Crave**: Macy says…"Home sweet home." p. 40 at the castle, when heroine walks into her room

**BMR**: "'Home, sweet home' Caitlin chimed." 2011 p. 412, at the chateau, when heroine walks in

23

**EXHIBIT 2**

**Page 207**

76.

Heroine feels watched, the hair on the back of her neck stands up/ Heroine feels watched, the hair on the back of her neck prickles

**Crave**: "...the hair on the back of my neck stands up...it suddenly feels an awful lot like I'm being watched." p. 40

**BMR**: "A strong feeling of being watched makes the hairs prickle on the back of my neck." 2011 p. 3

77.

Heroine gives her cousin / friend the "universal sign" and a "look"

**Crave**: "I give her a *what's up* look, but she just shakes her head in the universal sign for *don't say* ANYTHING." p. 41

**BMR**: "I throw Amanda a meaningful look over my shoulder and twirl my finger in the air next to my head— universal sign language to point out a nutter." 2011 p. 27

78.

Heroine is reminded of Barbie with pink

**Crave**: "That shade of pink reminds me of surfer Barbie..." p. 42

**BMR:** "Rachel was wearing a pink sparkly shirt.... a matching pink sparkly purse…I'm Taylor Barbie," 2011 p. 144

79.

Flint / Brendan is described as  gorgeous

**Crave**: Describing Flint: "I mean, yeah, he's gorgeous…" p. 43

**BMR**: "And Brendan all golden and gorgeous." 2012 p. 280; "...Brendan is also beautiful." 2011 p. 100

24

**EXHIBIT 2**

**Page 208**

80.

Flint / Brendan is supersmart / brainy

**Crave**: "...he's nice and supersmart…" p. 43

**BMR**: "Brendan is the tie that binds their group together, he's both brainy and athletic." 2013 p. 100

81.

Heroine admits she's a dork / Heroine says to herself she's a dork - occurs in the same place in the story

**Crave:** 'You're a dork: you know that, right?' 'I absolutely do, yes.' p. 44

**BMR**: "Dork that I am, I almost have an obsession with ancient cultures…" 2011 p. 41

82.

Heroine feels guilty because she had a fight with her parents before the accident

**Crave**: "I wish the last words my parents and I spoke weren't hurled at each other in a fight that seems so stupid now." p. 45

**BMR**: "When they wouldn't let me I pitched a fit…" 2010 p. 100; "I've always felt really guilty about what happened. If I hadn't insisted on having my way, they'd still be alive." 2011 p. 128

**A recurrent theme throughout the story is that of loss of the heroine's family and the grief and anxiety she experiences because of this.**

83.

Heroine thinks about her parents' deaths often / Heroine thinks about dad/grandparents' deaths often.

**Crave:** p. 7, 15, 22, 28, 31, 46, 47, 49, 50, 82, 99, 116, 150, 209, 251, 252, 331, 340, 346, 351, 378, 384, 413, 427, 467.

**BMR:** 2011 p. 9-13. 31, 32, 62, 68, 71-76, 116-120, 213, 237, 261, 289, 318, 348, 356, 357, 402, 417, 418, 423, 448,517, 525, 526, 547, 552-564; *The Cast Notes, 2008; Midnight Overview Notes, 2009; The World Notes, 2010*

25

**EXHIBIT 2**

**Page 209**

84.
<u>When heroine goes to sleep that night, after the first meet with romantic lead, she wakes up in the middle of the night thinking about him and her parents, her friends, the loss of her family/ When heroine gets ready to go to sleep that night, after the first meet with romantic lead, she thinks about him, her dad and grandparents and their deaths</u>

**Crave**: "I glance at the clock: 3:23 in the morning."... "...most of my friends drifted away after my parents died." "All the thoughts I'd shoved aside for the past forty-eight hours, just to get through leaving. My parents, leaving San Diego and my friends, that ridiculous airplane ride into Healy. Macy's expectations for our friendship, the way Jaxon looked at me and then *didn't* look at me, the things he said to me." p. 48-50

**BMR**: "I had been getting ready for bed and obsessing about my friends turning on me, and Ash of course. He'd left so suddenly today…" … "My dad and grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really." 2010 p. 56, 58 (before she goes to sleep)


85.
<u>Heroine is suffering from loss</u>

**Crave:** "...Heather's mom told me that experiencing too powerful emotions is completely normal after a huge loss." p. 50

**BMR**: "...a long time after my dad and grandparents died, and the truth was I'd never really gotten over it. I just couldn't handle any more loss. " 2011 p. 34


86.
<u>Heroine feels a weight on chest, has shaking hands</u>

**Crave**: "The crushing weight on my chest…the shaking hands…" p. 50; "...but I'm smart enough to know if I stay here staring at the ceiling, I'm going to end up having a full-blown panic attack. So instead, I take a deep breath…" p. 51

**BMR**: "…felt like a weight on my chest." 2011 p. 337; "my hands were shaking so badly" p. 470; "She has panic attacks – anxiety from the trauma." *The World Notes, 2010*; "So I took a long, slow breath in to release the tension coiling in my body." 2011 p. 337

26

**EXHIBIT 2**

The heroine is assaulted by two vampires (Crave), two werewolves (BMR). The attackers remind her of "eighties" concert goers / rockers. The attack takes place when the heroine is alone. During the struggle she gets angry and tries to fight back. The romantic lead comes to her aide. She thanks him, he wipes away her blood (Crave), tears (BMR) with his thumb and sucks it (Crave), licks it (BMR). Heroine is left wondering why the attackers are not affected by the cold.

87.

Heroine sees two guys wearing jeans and shirts, no coats - not dressed for the winter weather

**Crave:** "...both doors fly open. And in walk two guys wearing nothing but old-school concert T-shirts, jeans and lace-up boots. No jackets, no sweaters, no hoodies even." p. 53

**BMR:** "Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves." 2011 p. 519

88.

The two guys remind heroine of eighties rock concert goers, wearing concert t-shirts and a nose ring/ The two guys remind heroine of eighties rockers. Wearing a dog collar, earring, "Billy Idol"

**Crave:** "And in walk two guys wearing nothing but old-school concert T-shirts…Ones who died at an eighties rock concert...black nose ring right through his septum." p. 53

**BMR**: "...a dog collar and an earring...He looks like a retro throw back to the eighties. In fact, he looks a lot like Billy Idol." 2013 p. 58  "He looks like a punk rocker throwback in a bad eighties movie." 2014 p. 48; 2011 p. 519

89.

One guy says, "Well, well, well. Looks like"

**Crave:** One of the guys says: "Well, well, well. Looks like we made it back just in time." p. 53

**BMR**: One of the guys says: "Well, well, well. Looks like I've hit the jackpot." 2013 p. 58; 2014 p. 48

27

**EXHIBIT 2**

**Page 211**

90.
The two guys: one muscular, one blond with short spiky hair /The two guys: one dark hair, one blond shaved close to his head

**Crave**: "...taller of the two guys. Warm copper skin, dark hair tied back in a ponytail, and a black nose ring…" "...second guy. He's shorter than the first and stockier too. His blond hair is shaved close against his head." p. 53

**BMR**:"One was blond and muscular and had the broad, over-developed physique of a body builder. The other was thin and wiry with short, spiky white-blond hair." 2011 p. 519; 2013 p. 58


91.
One of the guys moves toward her after asking her a question

**Crave**: "It seems like an innocuous enough question, except he's walking toward me as he asks it, getting into my personal space…" p. 53-54

**BMR**: "'Why don't you come for a little ride with us, hey?' he says, closing the distance between us." 2013 p. 59


92.
The heroine is reminded of a movie during this scene

**Crave**: "...this feels like a scene out of every teen movie…" p. 55

**BMR**: "He looks like a punk rocker throwback in a bad eighties movie." 2014 p. 48; "In movies, things don't always go well for the heroine when she fights back." 2013 p. 395 (note, this is Part 2 of the heroine's encounter with these two villains in 2013)



93.
One of the guys "reaches out and grabs me"

**Crave**: "But Marc reaches out and grabs me…" p. 56

**BMR:** "Billy reaches a hand out and grabs me…" 2013 p. 59; 2014 p. 48, 49

28

**EXHIBIT 2**

**Page 212**

94.

Heroine is pinned against the guy, "my back to his front"

**Crave**: "He yanks me hard against him–my back to his front…" p. 56

**BMR**: "The Hulk twists my wrists behind my back, pinning me to him, my back to his front." 2014 p. 49; 2013 p. 60

95.

Heroine struggles, bucks, head butts attacker and breaks his nose / Heroine struggles, bucks, slams head back aiming to break his nose

**Crave**: "...and wraps his arms around me as I start to struggle in earnest…" p. 56 "...I shout, bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose." p. 57

**BMR**: "I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose." 2014 p. 50; 2013 p. 60

96.

Heroine thinks about stomping on his feet / Heroine stomps on his toes

**Crave**: "I think about stomping on his feet, but my Converse aren't going to do much damage…" p. 56

**BMR**: "I raise my knees and slam my feet down, heels first onto the Hulk's toes." 2013 p. 59; 2014 p. 49

97.

During the attack by the two guys, heroine is infuriated / has fury

**Crave**: "Which infuriates me as much as it terrifies me." p. 56 "Which only pisses me off more." p. 57

**BMR:** "Fury pulses through me." 2013 p. 60; 2014 p. 50

29

**EXHIBIT 2**

**Page 213**

98.

Heroine tastes her own blood "in my mouth"

**Crave**: "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." p. 56-57

**BMR**: "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 p. 50 (does not exist in 2013 version)

99.

Heroine puts her fists up

**Crave**: "I turn to flee, fists up in attempt to ward off Quinn if he tries to stop me…" p. 57

**BMR:** "I clench my jaw and crouch forward on the balls of my feet, fists up, ready to take the Hulk on." 2014 p. 50; 2013 p. 60

100.

The romantic lead rescues her and scares the two guys away, but she doesn't realize it at first

**Crave**: "...just in time to see Marc go flying across the entryway as he clams into the farthest wall." p. 57 "It's as he's pulling me toward him that I get my first good look at his face and realize that it's Jaxon." p. 58

**BMR**: "A roaring growl splits the air around us—a *grizzly bear?*—and we're both hauled backward out of the van. I roll out of the Hulk's grasp. Roman is on top of him in a flash, using the Hulk's face as a punching bag, his fists are flying so fast. How did Roman get to the van?" 2014 p. 50

**Note:** In the 2014 manuscript, the romantic lead's name has been changed from "Ash" to "Roman." This is the only version of the manuscript where the heroine doesn't realize it's the romantic lead saving her at first.

101.

Afterwards, heroine thinks about self-defense training/ Heroine mentions a self-defense class when she's with the romantic lead

**Crave**: *Heroine*: "Every ounce of self-defense training I've ever had…" p. 59

**BMR**: *Heroine* "Just a self-defense class," 2013 p. 62; 2014 p. 52

30

**EXHIBIT 2**

**Page 214**

102.
Romantic lead looks her over after the attack to make sure she's okay

**Crave:** "For long seconds, he doesn't say anything, just looks me over from head to toe…" p. 60

**BMR:** "He looks me over, cupping my face in his hands." 2014 p. 51 (Romantic lead's name changes in 2014)

103.
Heroine lets romantic lead know she'll keep his secret/ Romantic lead lets heroine know her secret is safe

**Crave:** "I hold his gaze, telling him with a look that I'll keep his secret." p. 59

**BMR**: "The secret's safe with me, but I think you should tell her anyway." 2014 p. 57

104.
Romantic lead tells heroine the bad guys won't bother her again /Romantic lead tells heroine the bad guys won't be back

**Crave**: "You don't have to worry about Mark and Quinn. They won't bother you again." p. 61

**BMR**: "And the demon spawn won't be back." 2011 p. 593; 2013 p. 449

105.
Romantic lead asks if heroine is hurt / Romantic lead asks if heroine is okay

**Crave**: "Are you okay?" he asks quietly, his fingers finally releasing their hold on my wrist. p. 60

**BMR**: "Are you hurt? 2014 p. 51

106.
Heroine thanks romantic lead for helping her

**Crave:** "Thank you," I blurt out. "For helping me, I mean." p. 61

**BMR**: "Thanks for—well, for everything." 2014 p. 57

31

**EXHIBIT 2**

**Page 215**

107.
<u>Romantic lead lets heroine know he doesn't feel he deserves her thanks</u>

**Crave**:
Her: 'Thank you…for helping me…'
Him: 'Is that what you think I did?'
Her: 'Isn't it?'
Him: He shakes his head, gives a little laugh that has my heart stuttering in my chest. "You have no idea…I just made you a pawn in a game you can't begin to understand." p. 61

**BMR**:
Him: His brows draw together in a frown. 'Sorry about today.
Her: 'You saved me.'
Her: He just shakes his head, and I can tell he thinks it's his fault. 2014 p. 57 and "You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99
108.
<u>A thumb is used to "gently" wipe heroine's blood / tears</u>

**Crave**: "He lifts his hand to my mouth and gently—so gently I can barely feel him—brushes his thumb across my lower lip…I can just see the smear of blood glistening on his skin." p. 61

**BMR**: "He took the pad of his thumb and gently wiped away the tears that had stolen their way down my cheeks." 2011 p. 594

109.
<u>He sucks his thumb while gazing at heroine / He likcs his thumb while gazing at the heroine</u>

**Crave:** "Then brings his thumb to his lips and —holding my gaze with his own—sticks his thumb in his mouth and slowly sucks off the blood."  p. 62

**BMR:** "He brought his thumb to his lips and licked it, his gaze locked with mine." 2011 p. 594

32

**EXHIBIT 2**

**Page 216**

110.
Heroine wonders if he will kiss her

**Crave:** "He leans forward then, as if he can't help himself, until his face, and his lips are barely an inch from mine. It should make me uncomfortable. But it doesn't. It just makes me burn. And this time, when my knees shake, it has nothing to do with fear. My lips part, my breath hitches in my chest, my heart beats faster…For a second, just a second, I think he's going to kiss me." p. 63

**BMR**: "He bent down, his lips hovering so close that I could feel the heat of them. I wondered if he meant to kiss me? I paused, ensnared like a rabbit before a hawk—terrified yet fascinated at the same time. Wanting. Waiting. A delicious heat unfurled in my belly and I felt a telltale flush making its way up my neck and onto my cheeks." 2011 p. 596

111.
Romantic lead can feel how he affects heroine

**Crave:** "My lips part, my breath hitches in my chest, my heart beats faster. He feels it... " p. 63

**BMR:** "I could feel my cheeks blaze with heat. A slow grin spread across his full lips and I knew he could literally *feel* the effect he was having on me ..." 2011 p. 457

112.
Heroine's heart beat quickens, romantic leads eyes respond

**Crave:** "...my heart beats faster. He feels it—I can see it in his blown-out pupils ..." p. 63

**BMR**: "My pulse leapt frantically when his lips made contact with my skin. By the sudden flame in his eyes I knew he could feel it, too. 2011 p. 464

113.
After romantic lead leaves, heroine is left wondering

 **Crave:** "I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do." p. 64

**BMR:** "He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering." 2011 p. 63; 2014 p. 58
"Already she feels that he is somehow important to her and wonders why." *Chapter Analysis*, 5-14-10

33

**EXHIBIT 2**

**Page 217**

114.

<u>Heroine is shell-shocked after her first day arriving in Alaska / Heroine was shell-shocked when she first moved to Alaska</u>

**Crave**: "I'm a little shell-shocked when I finally make it to my room." p. 65; "I've run into him four times since I got to this frozen hellhole…" p. 90

**BMR**: "She and Amanda were the first friends I'd made when we moved to this frozen land and I'd been shell-shocked with grief." 2011 p. 21

115.

<u>Heroine thinks about the two guys who assaulted her and wonders why they weren't cold</u>

**Crave**: "I'm beginning to think they were high or something, because there's no other explanation as to why they would have been outside in only jeans and t-shirts. I mean, how did *they* avoid getting hypothermia?" p. 68

**BMR**: "...they were completely unaffected by the cold. They should have been shivering, stamping their feet, and rubbing their hands together." 2011 p. 519

**The heroine gets ready for a party with her cousin / friend, she discusses clothing and is somewhat hesitant to go. The party is a welcome party at school (Crave), a house party (BMR). The nemesis character (Lia Crave / Taylor BMR) gives her a spiked drink (herbs in Crave, alcohol in BMR). The heroine becomes nauseous and throws up, finally drifting off into a "fitful sleep."**

116.

<u>Heroine and her friend discuss jeans and what the heroine is wearing for the party</u>

**Crave**: "'Maybe you should wear the jeans as you originally planned...I don't want you to be uncomfortable' 'Are any of the other girls wearing jeans?'... 'I take it that's a no.'... I give up and shut the closet door… 'Come on let's get going'" p. 72-73

**BMR**: "I take my coat off revealing black skinny jeans and a sweater…'Hmm.' Taylor tapped her cheek with a pink polished nail. 'That's fine for school but don't you want to spice it up for the party?'" 2013 p. 267; 2010 p. 269

34

**EXHIBIT 2**

117.

Heroine doesn't see herself as beautiful; compares herself to cousin who is gorgeous /compares herself to mom who is gorgeous

**Crave**: "...I'm pretty much the opposite of beautiful. On a good day, I'm cute. Standing next to Macy, who is freaking gorgeous, I'm wallpaper." p. 73

**BMR:** "I'm not bad looking, but I'm not beautiful like she is." 2016 p. 10  "And it's not like I'm unattractive. But I'm not exactly teen model material either...My mother...She's also drop-dead gorgeous." 2010 p. 12


118.

Cousin Macy walks in like she owns the place / Taylor walks into the place like she owns it

**Crave**: "Then she's leaning forward, sending the double doors flying in both directions as she walks in like she owns the place. And maybe she does. From the way everyone in the room turns to look at her, I can believe it." p. 75.

**BMR:** "I've never seen anyone work a room like Taylor. She walks into the place like she owns it. Every male head turns her way…" 2013 p. 272; 2010 p. 276


119.

Heroine doesn't want to go to the welcome tea party at school / Heroine doesn't want to go to the school cafeteria

**Crave**: "We could just skip it altogether…Be fashionably absent." p. 73

**BMR**: "When we reached the cafeteria doors I balked. 'Listen Brendan, I'm not up for this.' 2010 p. 78


120.

Heroine although hesitant is pulled along

**Crave**:"......I let her pull me out the door…'Too late' she answers with a deliberately obnoxious grin." p. 73

**BMR**: "Wrong answer, Sweetheart. We're going in," he said. And with that he looped my arm through his, locking it tight." 2010 p. 78

35

**EXHIBIT 2**

**Page 219**

121.

Heroine has a nervous stomach about going

**Crave**: "...my stomach has calmed down. More like the pterodactyls have become butterflies…" p. 74

**BMR**: "My stomach was already performing the Olympic gymnastics routine." 2010 p. 78

122.

Heroine feels weight pressing down on her and everyone's eyes on her / Heroine feels weight pressing down on her and everyone is looking at her

**Crave**: "...when it feels like there's a weight pressing down on me...my worst nightmare has come true and they're all looking at me." p. 75- 76

**BMR**: "I can feel the weight of everyone's eyes in the lunchroom pressing down on me." 2010 p. 79

123.

Heroine notices that the sconces have live candles burning in them

**Crave**: "There are dark wall sconces with what look like actual lit candles in them." p. 76

**BMR:** "... flickering candles in the sconces fitted along the walls." 2016 p. 95; "dimly lit by candles in old-fashioned sconces." 2011 p. 386; "old-fashioned sconces" at the chateau 2011 p. 414; the lights flickered in their sconces." 2012 p. 468

124.

Carved into dragons

**Crave**: "Each wall sconce is carved into the shape of a different dragon." p. 76

**BMR:** "Peering at the gilt carvings along the frame more closely, I notice that what I have mistaken for fanciful curlicues is in actuality a design of two silver and gold dragons." 2012 p. 313; 2013 p. 426

36

**EXHIBIT 2**

**Page 220**

125.

Heroine notices the different social groups at school, "cliques"

**Crave**: "Students are grouped together in various areas of the room...Cliques are everywhere...I find myself eyeing the different...factions, for lack of a better word." p. 77

**BMR**: "...leper table...social misfits....Chess club...blond girl with glasses...Mean Girls...guys at their table...serious jocks." 2010 p. 79-80; "…Taylor and Amanda were now part of the Mean Girl Clique." 2010 p. 75

126.

Factions are the different types of supernatural beings

**Crave:** I find myself eyeing the different...factions, for lack of a better word." p. 77
 "…the nightmare of keeping the different factions from dissolving into civil war." p. 567

**BMR**: "Apparently, my father discovered valuable information that a rival faction had been after." (faction of supernatural beings). 2012  p. 75; *The Plot, 2008*

"The Order has become corrupted. Faction of the Order is in league with the demons. Julian is their leader." *Pitch Notes to Emily Sylvan Kim, 2013;* p. 12,  22

127.

Flint wiggles his brows at heroine (and waggles) / Brendan waggles his brows at the heroine

**Crave**: "wiggles his brows at me" p. 78; **Crush**: "Flint waggles his brows at me." p. 272;

**BMR**: "Brendan waggled his brows at me, the brat." 2011 p. 166; "He waggles his brows.'" 2013 p. 97
 Brendan to heroine: "waggled his brows at me" 2010 p. 130

128.

Heroine worries about "mean girls" in the dining area, cafeteria

**Crave**: "Well, that and the fact that acting like prey right now seems like a particularly bad idea, I mean, if I don't want to spend the rest of my senior year dodging every mean girl in the place. " p. 80

**BMR**: "I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls…staring daggers at me." 2010 p. 79

37

**EXHIBIT 2**

**Page 221**

129.

Heroine notices girls wearing gemstones and doesn't know they're witches yet / Heroine wears a gemstone necklace and doesn't realize it was made by witches yet

**Crave:** "Up close, they're even more spectacular, different gemstones gleaming in their hair and against their skin. Earrings, pendants, hair clips, plus eyebrow, lip, and nose rings, all bedecked with colorful stones." p. 80

**BMR:** "Your amulet is what we call sacred jewelry**..**the colors, the gemstones…the more you wear a certain piece of jewelry…the more strongly attuned the piece is to your vibrations and you to it." 2011 p. 80-81

130.

Heroine notices how romantic lead is dressed, in designer clothes, all in black, finds him sexy / Heroine notices how romantic lead is dressed in designer clothes, all in black, finds him sexy

**Crave:** "Dressed all in Gucci black, silk V-neck sweater…He shouldn't look sexy at all. But he does." p. 86

**BMR**: "Though he was dressed well in jeans and a black v-neck sweater…I've always found jewelry to be tacky on guys. But on him the thin, braided leather bracelet, corded leather necklace and small, thin, wire hoop in his earlobe were just plain sexy." 2010 p. 16; "dressed well in black designer jeans" 2011 p. 20

131.

Romantic lead captivates heroine; he's mesmerizing

**Crave:** "I try to glance away, but it's impossible. Try not to look Jaxon in the eyes. But he's just as captivating—just as mesmerizing—today as he was last night." p. 86

**BMR:** "It wasn't easy locking gazes with him and maintaining my focus. He captivated me in every way, he was just so appealing." 2011 p. 253; "…he cupped my cheeks, his coppery gaze mesmerizing." 2011 p. 159

132.

Romantic lead movies with a languid grace / Romantic lead moves with a sinuous, predatory grace

**Crave**: "…he starts to move, all languid grace, all rolling shoulders, and leading hips and legs…" p. 86

**BMR**: "…moved differently. All sinuous grace but with a barely contained edge of raw power." 2011 p. 185; "predatory grace. Danger in a bottle." p. 424

38

**EXHIBIT 2**

**Page 222**

133.
<u>Heroine's mouth goes dry when thinking about kissing romantic lead</u>

**Crave**: "...and my mouth turns desert dry…all I can think about is kissing that mouth, running my tongue along the perfect bow of his upper lip…" p. 87

**BMR**: "I want him to kiss me…He'll lean in and I'll close my eyes, tilting my head back…My mouth is so dry, and now that I'm thinking about it, my lips tremble." 2013 p. 155

134.
<u>Heroine sips Dr. Pepper / Heroine sips 7-Up</u>

**Crave:** "...I jerk my gaze from his and lift my Dr. Pepper to my lips." p. 88

**BMR**: "I reply, taking a sip of what looks like 7-Up." 2013 p. 273

135.
<u>Heroine coughs after drinking the soda</u>

**Crave**: "My abused lungs revolt as I cover my mouth and cough hard…" p. 88

**BMR**: "...I cough and sputter." 2013 p. 273

136.
<u>Heroine is pounded on her back by a friend / Heroine is patted on her back by friend</u>

**Crave**: "...pretend Flint isn't pounding on my back…" p. 88

**BMR**: "Amanda pats me on the back." 2013 p. 273

39

**EXHIBIT 2**

**Page 223**

137.

<u>Heroine has burning in her belly after choking on the soda</u>

**Crave:** "...eyes watering and humiliation burning in my belly." p. 88

**BMR**: "...7-Up and a whole lot of something that burned my throat all the way down to my belly." 2013 p. 273

**Heroine is frustrated with the romantic lead. His behavior toward her is inconsistent, and she doesn't understand why.**

138.

<u>Romantic lead ignores heroine after they meet and connect, and is moody with her; she wonders what she did to cause him to behave this way</u>

**Crave:** "I have no idea what I did to make Jaxon so mad, have no idea why he blows hot and cold with me. p. 90

**BMR**: "Ash…Other times…he looked angry…I wondered if I had done something wrong or not something right. I didn't know." 2011 p. 116

139.

<u>Romantic lead has different moods each time he meets heroine</u>

**Crave:** "I've run into him four times since I got to this frozen hellhole, and each time has been a different experience. Douchey the first time, blank the second, intense the third, and furious the fourth." p. 90

**BMR**: "Ash… was ever present in my thoughts but when we saw one another he was distant. No more flirtatious banter between us, no more anything. At times, I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times, inexplicably, he looked angry. " 2010 p. 91

40

**EXHIBIT 2**

**Page 224**

140.
The heroine loves to read, loves books, describes "my kind of people"

**Crave:**
"Because whoever runs this library is my kind of people. Part of it is the sheer number of books..." p. 91
"and pick out a book from her shelf to read tonight..." p. 93
"I've read everything on my Kindle," p. 191
"I hold up the book. "I want to start reading." p. 197
"...but I'm not here to read, no matter how much I usually love it." p. 252

**BMR:** "I always thought you were my kind of people…" 2014 p. 90; "...they had been my kind of people" 2011 p. 34

"Maybe you shouldn't stay up so late reading," 2011 p. 10

"What? That I read too much?" 2011 p. 464 "..any book about these subjects holds me spellbound." 2011 p. 9

"I knew it was the correct way to pronounce it from a book I'd read once..." 2011 p. 385
"Except that I remembered reading somewhere..." 2011 p. 404
"We hang out and read books together." 2013 p. 34
"My costume is inspired by one of the books I'm reading, 'Women Who Dared: Renegades and Pirate Queens of the High Seas,'" 2013 p. 117

141.
Halloween was three days ago / Halloween is mentioned and is tomorrow

**Crave**: "Halloween was three days ago." p. 97 (*This sentence is edited in later editions to say "Halloween wasn't that long ago.* p. 97)

**BMR**: "Are you going to the Halloween dance tomorrow night?" 2010 p. 105; 2011 p. 133

142. Intentionally deleted.

41

**EXHIBIT 2**

**Page 225**

143.

Heroine thinks about her family members' deaths when talking to Lia who lost her boyfriend / Heroine thinks about her family members' deaths when talking to romantic lead who lost his brother.

**Crave**: 'My boyfriend died several months ago…It's not that easy to just let him go. As I'm sure you know.'…'It's been a month since my parents died, and I still feel like I'm in shock…We don't talk, don't say anything at all. Just stay where we are and absorb the fact that someone else hurts as much as we do. p. 99

**BMR**: 'And you miss them every day, don't you?' he said just as softly. 'No matter how long it's been, that sense of loss doesn't ever go away.' …It was the pain in his eyes as he spoke that told me he'd lost someone close…'My brother, Dylan, was killed.'…I understood his pain. He felt the same way I did about my dad and my grandparents.' 2010 p. 97-98; 102 (a lot in common through shared loss); 2011 p. 125

144.

Romantic lead's older brother looks nineteen / Romantic lead's older brother was nineteen

**Covet**: "…as Hudson is more than two hundred and looks about nineteen." p. 448 (Hudson is the romantic lead's older brother).

**BMR**: "My brother, Dylan, was killed. He was nineteen." 2010 p. 97

145.

Sumerian is mentioned in the context of reading

**Crave**: 'What language were you reading earlier?'... 'It's the language that evolved from ancient Sumerian.' p. 102

**BMR**: "...images from books I'd read flashing fast-forward: Sumerian gods and goddesses with wings…" 2010 p. 179

**Heroine is given a spiked drink by her female nemesis. This event happens immediately following the party in Crave. It happens at the party in BMR.**

42

**EXHIBIT 2**

**Page 226**

146.
Heroine is given a special drink by Lia / Taylor

**Crave**: 'It's my own special blend,' she says, holding her cup up to her mouth and blowing softly. 'I hope you like it.' … 'I'm sure it's awesome.' …I take a sip of the tea, which has a really powerful floral taste that I'm not sure I care for. But it's hot, and that's enough to have me taking another sip.' p. 100-101

**BMR**: "She hands me another plastic cup. I sniff the contents while Taylor rolls her eyes. 'It's just punch, Anna. Get a grip. Besides, it's super yummy. You'll like it.'...I take a small sip and decide it's okay. 'Thanks.'" 2013 p. 276-277

147.
Heroine tells Lia / Taylor that heroine needs to go

**Crave**: *Heroine talking to Lia:* "Sorry, Lia, but I've got to go." p. 103

**BMR**: *Heroine talking to Taylor:* "I think I'm going to head home." 2013 p. 277

148.
Lia / Taylor tells heroine to have more of the drink, and not to leave

**Crave**: *Lia to heroine:* "At least stay a couple more minutes, finish your drink...." p. 104

**BMR**: *Taylor to heroine:* "Don't go! Have a little more punch and I'll introduce you to everyone myself. Then if you're still bored or whatever, we'll take you home." 2013 p. 277

149.
Lia / Taylor rolls her eyes and is mean

**Crave**: "Lia rolls her eyes. "Obviously, you're invited, too.' And then she closes the door in our faces." p. 105

**BMR**: "Taylor rolls her eyes. 'It's just punch, Anna. Get a grip.' 2013 p. 277

43

**EXHIBIT 2**

**Page 227**

150.

Heroine throws up for a long time and is humorous about the way she says it

**Crave**: "I spend the next fifteen minutes trying to throw up the inside of my stomach and hoping that if this godforsaken place is trying to kill me, it just gets it over with already."  p. 108

**BMR**: "Instead, I open the car door and throw up; great wracking heaves that seem like they're never going to end. By the time it's finally over and I've heaved up anything and everything I've ever eaten in my life, the snow is blanketed in Ever Pink vomit." 2013 p. 289

151.

Heroine rides waves of queasiness / Heroine rides waves of nausea

**Crave:** "...another wave of nausea rolls over me. I ride it out…" p. 109

**BMR**: " I'm riding waves of queasiness. Up. And. Down. … Waves going up. And. Waves going down." 2013 p. 288; 2012 p. 286 (this is the same spiked punch scene)

152.

Fitful sleep

**Crave**: "I drift in and out of sleep….and eventually fall into a fitful sleep, one I don't wake…." p. 109 (same paragraph)

**BMR**:  "As I drift in and out of fitful sleep…." 2010 p. 158; 2013 p. 185

153.

Heroine visits with her uncle Finn who kisses the top of her head /Heroine visits her aunt Brie who kisses the top of her head

**Crave:** "…with a kiss to the top of my head…" p. 116

**BMR:** "She kisses the top of my head as she gets up to leave." 2012 p. 123

44

**EXHIBIT 2**

**Page 228**

154.
Heroine feels like she's in *Mean Girls* / Heroine thinks about Mean Girls[10]

**Crave**: "I'm beginning to feel like I've fallen into *Mean Girls*, Alaska version or something." p. 115

**BMR**: "I couldn't stand for Taylor and the Mean Girls to see me like that. I couldn't stand to <u>feel</u> like that." 2010 p. 117


155.
Heroine thinks about a "newbie" and how to dress in Alaska

**Crave**: "...because I'm a total newbie--I google how to dress for an Alaskan winter. Turns out the answer is *very* carefully, even when it's only November…wool tights...a layer of long underwear...fleece pants...fleece jacket...hat, scarf, gloves, and two pairs of socks...down filled hooded parka...snow boots. p. 117

**BMR**: "New people from the Lower Forty-Eight, 'chechakos,' wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves…. I noticed that he wasn't dressed like a newbie, even though it was his first winter here." 2011 p. 118-119


156.
Heroine is reminded of a horror movie

**Crave:** The heroine makes references to horror movies and how she feels
  "looks like it belongs in the middle of a horror movie" p. 119
 "It's like falling into the pages of a fantasy novel...or a horror movie" p. 324

**BMR**: "like some kind of freak in a horror movie" 2013 p. 170
"All I'm thinking is that this is like a scene from one of those horror movies…" p. 204
"The best horror movies capitalize on that fact…" p. 397; 81, 231, 305, 321


157.
Romantic lead's pupils were all blown out when he touched heroine's face / were dilated when he was about to kiss heroine

**Crave:** "The way his pupils were all blown out when he touched my face..." p. 124

**BMR:** "He looked down into my eyes, his own dilated so completely there was only the smallest rim of iris showing. " 2010 p. 136; 2011 p. 173

---

[10] Both books used capitalized Mean Girls.

45

**EXHIBIT 2**

158.
<u>Heroine feels like prey before predators</u>

**Crave**: "Like they're the predators and I'm the prey they can't wait to sink their teeth into." p. 125

**BMR:** "The instincts born of prey before the predator take control of my limbs and I run." 2011 p. 5

**Heroine is nervous around the romantic lead and recognizes she is attracted to him, even though he is dangerous. There is electricity between them. The Order is mentioned for the first time. The romantic lead warns her not to be out alone, she has a sense of being watched. They also discuss the loss of the romantic lead's brother.**

159.
<u>Heroine notes when she is around romantic lead that she babbles when she's nervous, especially around him</u>

**Crave**: ".....I tend to either clam up or babble when I'm nervous, so all in all, it's not a *terrible* performance." p. 126 (runs into romantic lead with Lia)

**BMR**: "...I babbled nervously." 2011 p. 36 (talking with romantic lead) "Instead, I was possessed by a wracking case of babbling, stumbling idiocy, with no control over what came out of my mouth." 2011 p. 52

160.
<u>Heroine has uncomfortable feelings about the romantic lead, mentions "crush on" him</u>

**Crave**: "Just like I ignore the weird feeling inside me that has shown up every time I've seen him. I assure myself it's nothing, that it doesn't matter. Because no way am I about to crush on a boy this complicated…all I really want to do is grab on to him and hold on tight. It's an absurd thought, an absurd feeling…" p. 126-127

**BMR**: "Although I knew Ash couldn't see or hear me, it was so embarrassing. It was as if talking about him he might suddenly appear or somehow know I was talking about him. Paranoid right? Psychotic? Maybe a little. But crushing on someone is like that." 2011 p. 84

46

**EXHIBIT 2**

**Page 230**

161.

Heroine is uncomfortable around romantic lead and won't meet his eyes. He brings her chin up to meet his gaze

**Crave**: "I look down so I don't have to look him in the eye…He…then puts a finger under my chin and presses up until I relent and meet his gaze." p. 126

**BMR**: "And suddenly, I couldn't look at him either….He reached over and turned my chin up, bringing my gaze level with his own." 2011 p. 364; 162, 177, 55 "He tilted my chin up with a finger…" 2011 p. 262

162.

Heroine is drawn to the romantic lead, responds to the danger inside him and likes it, same page

**Crave**: "Instead, I stay where I am. Not because Jaxon is blocking my way--which he is--but because everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…" p. 127

**BMR**: "I realized that it was a bit twisted to feel that way about him, to be drawn to him even though he frightened me—maybe even to be drawn to him because he frightened me—but I was. Something inside of me responded to the dangerous edge in him and liked it." 2011 p. 127

163.

Heroine realizes she's taking risks being with romantic lead

**Crave**: "*Especially* the danger. I've never been that girl before, the one who takes risks just to see how they feel. " p. 127

**BMR:** "It was always this way with him–me taking risks when the outcome might prove dangerous." 2013 p. 347

47

**EXHIBIT 2**

**Page 231**

164.
Heroine and romantic lead talk, and she learns that he had an older brother who died. Heroine believes he's in pain over it and relates.

**Crave:** "'Just that her boyfriend died. She didn't say anything about you at all. I just took a guess that her boyfriend might also be…' 'My brother? Yeah, Hudson was my brother.' The words drip ice, in an effort–I think–to keep me from knowing how much they hurt. But I've been there, have spent weeks doing the same thing, and he doesn't fool me." p. 130

**BMR:** "'My brother Dylan was killed. He was nineteen.' He kept his eyes steadily on the road as he spoke. 'He was in the wrong place at the wrong time. So they say…I should've done something.' He said the last part quietly, almost to himself as he stared off into the distance. I understood his pain. He felt the same way I did about my dad and grandparents." 2011 p. 125 (**Note**: The romantic lead's older brother died. In BMR, he was nineteen. In the Crave series, Hudson looks nineteen. Covet p. 448)

165.
When heroine is outside alone, she has a sense of unease that someone is watching her. She often has this feeling in the story

**Crave:** "But I still can't shake the uncomfortable feeling that I'm being watched." p. 131; 16, 40, 126

**BMR:** "A distinct prickle of unease settled between my shoulder blades, the kind of feeling you get when you know someone is watching you..." 2011 p. 152

"Okay, there it was again. That feeling that someone was watching me and I'd been having it a lot lately." 2011 p. 48; 94, 95, 215; *Chapter Analysis Notes,* 5-14-10 p. 3

166.
In both books, the heroine believes she is human

**Crave:** "Like maybe they're aliens and I'm the ignorant and fragile human living among them." p. 133

**BMR:** "Am I still—human?" 2011 p. 409; "Is it because I'm human? I want to ask him." 2013 p. 226

48

**EXHIBIT 2**

**Page 232**

167.
The Order[11] is mentioned for the first time and heroine isn't told what it really is because she can't be told yet

**Crave**: '*The Order?* ... It's just a nickname we gave the most popular boys at school because they're always together.' …Macy's explanation is reasonable. Still, there's something about the way she says it–and the way she's looking everywhere but in my eyes–that makes me think there's more to the story than she's letting on." Macy cannot tell heroine because her father doesn't want heroine to know the truth about the school. p. 135

**BMR**: "'The Order—Agh!'He began pulling at the neck of his shirt, perspiration beading his upper lip and forehead. 'I don't think you should tell me anything else. In fact, I've heard enough, okay? Are you going to be all right?' I was worried that parts of him might go up in flames." 2010 p. 294; p. 300

168.
Romantic lead is a leader and he is "given a wide berth"

**Crave**: "I think about the guys Jaxon walked into the party with and the ones who were with him in the hall...Jaxon looked like the leader…" p. 135-136  "They give us a wide berth--Jaxon's with me, so of course they do…" Crush p. 62

**BMR**: "Instant leader among males. They respect him and give him a wide berth." *The Cast,* 2008
"Even our teachers were careful of her and gave her a wide berth." 2011 p. 20

169.
Around the romantic lead, heroine's throat is tight, she barely gets the words out / she can barely speak

**Crave**: "I barely manage to get the words out past my suddenly tight throat." p. 139

**BMR**: "My throat was so tight I could barely speak…" 2010 p. 174
"My throat felt tight and I spoke slowly to get the words out…" 2010 p. 21 (another reference, not with romantic lead).

170.
Romantic lead tells heroine it's not safe to be out alone on school grounds / after school

**Crave**: "And you sure as hell shouldn't be wandering around the school grounds on your own. You're not safe here." p. 141

**BMR:** "It's not safe to be out alone, even after school." 2011 p. 62

---

[11] Capitalized "the Order"

49

**EXHIBIT 2**

171.

Romantic lead's warm breath against heroines ear, and his scent wraps around her

**Crave**: "...his breath is so warm and soft against my ear...and the orange and dark water scent of him currently wrapping itself around me." p. 141

**BMR**: "... his warm breath delicious against my ear. His scent wrapped itself around me." 2011 p. 172-73 ; "....his scent wrapped itself around me" 2010 p. 136

172. Intentionally deleted.

173.

Flint / Brendan wears things that are funny, he has a sense of humor

**Crave**: "Not to mention the fact that he's wearing a snow hat in the shape of a fire-breathing dragon that looks absolutely ridiculous." p. 142

**BMR**: "Brendan was dressed all in black interrupted by a white line down the middle of his front and back with yellow dashes. A stuffed kitty taped to his chest with bits of the stuffing spilling out of the cat's middle completed the look. 'Wait. Are you road kill?!' … 'This, my pet, is first place in the costume contest,' he said as he strutted down a mock runway…" 2011 p. 141

174.

Romantic lead's breath is warm against her neck

**Crave**: "Once more, his warm breath is against the side of my neck…" p. 143

**BMR**: "He pulled back, the huff of his warm breath delicious against my neck." 2010 p. 136

175.

The world falls away when the romantic lead and heroine are together, there's an electricity between them /
The world drops away when the romantic lead and heroine are together, there's an electricity between them

**Crave:** "Our eyes meet, and for a second, just a second, the whole world seems to drop away... it's just Jaxon and me and the electricity that arcs between us." p. 143-144; 267

**BMR:** "Our eyes meet as we pull apart...Our fingers touch, skin brushing skin, and the world around us literally falls away." 2013 p. 26 "The air is suddenly charged between us, crackling with electricity." 2013 p. 117; "It was in this moment that I felt an instant sense of awareness—a tingling bolt of electricity." 2011 p. 16

50

**EXHIBIT 2**

**Page 234**

176.
Chosen One[12]

**Crave:** *Flint*: "I won't say anything else against the Chosen One**.**" p. 147; *Romantic lead:* "Lia and my mother whispering all kinds of Chosen One bullshit in his ear... " p. 394.

**BMR:** *Taylor:* "Unfortunately, there's more to you than meets the eye, Oh Chosen One." 2011 p. 567

177. Intentionally deleted.

**Heroine is hurt and carried by the romantic lead. She is attracted to him and notices his scent and "breathes him in." The romantic lead tells her it won't be easy for them to be together.**

178.
Heroine falls in the snow and has the breath knocked out of her

**Crave**: "And then I'm falling…it's all drowned out in the panicked beat of my heart as terror races through me…I brace myself for bone-crunching impact…We hit hard enough that the breath is knocked of me. For one second, two, three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs…panic is a wild animal inside me as I struggle to get my weight off him…snow-packed ground…I finally manage to pull in a huge gulp of air." p. 153-154

**BMR**: "Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air…I can't get my lungs to work. I know this is because I've fallen, and that in a few moments, my breath will come back, yet my panic is overwhelming. When I'm finally able to suck in air, it's in great, gulping, ragged gasps…There is always that moment just before impact, when you realize you've made a fatal mistake." 2011 p. 2, 4; 586, 588

---

[12] Chosen One capitalized in both books.

51

**EXHIBIT 2**

179.

Romantic leads voice is cold, coldness in his eyes towards heroine's friend Flint / Romantic lead's voice is chilled, he is irritated by heroine's friend Brendan

**Crave:** "Jaxon, in the coldest most reasonable voice…the coldness in Jaxon's eyes…it's directed at Flint… p. 156 "Flint…he's not looking at me. He's not looking at Jaxon, either. Instead he's gazing off into the distance...As for everybody else...they're riveted by the drama, eyes glued to Jaxon as he continues to watch Flint who continues to very obviously not watch him back." p. 157 *Jaxon:* "I'll walk you back to your room." p. 158

**BMR:** "Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. "I didn't realize you were on a date," he said with a chill in his voice. 2011 p. 164 *Ash:* "I'll give her a ride," he said, holding Brendan's gaze again. 2011 p. 166

180.

Heroine wants to fit in and falling out of a tree and having guys have tension over her makes her stand out / Heroine wants to fit in and her mother's rules make her differences stand out just that much more

**Crave:** "So much for fitting in…or even *blending* in….It's like San Diego all over again. There, I was the girl whose parents died. Here, I'm the girl who fell out of a tree and nearly caused World War II between the two hottest guys in school" p. 160

**BMR**: "I wanted to fit in with my friends and her rules made my differences stand out just that much more." 2011 p. 146 (referring to her mother's rules, which her mother says in front of her friends, and tells them they should follow them as well)

181.

Heroine is hurt and romantic lead swoopes her into his arms and carries her

**Crave:** "…he swoops me into his arms." p. 160 "Plus, being in his arms, bride-style…" p. 161

**BMR:** "He swooped Catlin into his arms like a great romantic hero and carried her…Ash carried me into the great room. Like father, like son, I supposed." 2011 p. 413- 414

52

**EXHIBIT 2**

182.
<u>Short circuit about romantic lead /circuit overload</u>

**Crave**: "I can only stare up at him in openmouthed shock as my brain short-circuits." p. 161

**BMR**: "Speechless, I knew I was experiencing circuit overload." 2011 p. 36

183.
<u>Heroine notices how good it feels to be in his arms:</u>

**Crave:** "Jaxon's arms…And they feel really good around me." p. 161

**BMR:** "It felt good to be in his arms, so safe." 2011 p. 414

184.
<u>She notices his smell / scent</u>

**Crave**: "And he smells amazing, too. His smell–like snow and orange–is what pushes me over the edge..." p. 161

**BMR**: "He leaned into me, his familiar scent blanketing me." 2011 p. 414 (this scene); other descriptions: "He smelled wonderful, a clean, woodsy scent." 2011 p. 17; "savoring his scent–citrus and spice now…" 2011 p. 460 " His scent, that tantalizing whisper of pine and snow…wraps itself around me until I'm lost in him." 2013 p. 158

185.
<u>Heroine asks to be put down but he continues carrying her</u>

**Crave:** "Just let me down, then…There isn't so much as a hitch in his stride." p. 161-162

**BMR:** "You can put me down now…Ash carried me into the great room." 2011 p. 414

53

**EXHIBIT 2**

**Page 237**

186.
Romantic lead lays heroine down on divan and removes coat & boots / Romantic lead deposits heroine on bed and removes boot

**Crave:** "...he deposits me on my bed and I think that's going to be the end of it. But then he reaches down and pulls off my boot." p. 163

**BMR:** "Ash crooked a smile at me and laid me on the divan, gently removing my coat and boots…" 2011 p. 418


187.
Heroine says "Et tu, Brute?" to her cousin, feeling betrayed in a humorous way over romantic lead attending to her / Heroine say "Et tu Brute?" to the romantic lead when he causes her to be called on in class

**Crave**: *Heroine to cousin:* "Et tu, Brute?" p. 164

**BMR:** *Heroine to romantic lead*:  "Et tu, Brute?" 2011 p. 40


188.
His scent is suddenly stronger

**Crave:** "His wildly sexy scent seems even stronger now than it did when he was carrying me." p. 165

**BMR:** "I could swear his scent was suddenly stronger, more intense." 2011 p. 59


189.
Heroine's mouth waters "breathes him in"

**Crave:** "It fills my senses, makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in." p. 165-66

**BMR:** "My face resting against the bare skin of his neck…I breathed him in…My mouth actually waters and I *need*—to kiss him. But I can't do that here in front of his mom and the fact that I can't is just about killing me, the need is so strong. 2013 p. 321
"...my face resting against the bare skin of his neck. I breathed him in..." 2011 p. 414

54

**EXHIBIT 2**

190.

_Heroine is so overwhelmed she's can't speak_

**Crave**: "I've lost control of my vocal cords." p. 166

**BMR**: "I leaned into him, his familiar scent blanketing me. I nodded wordlessly." 2011 p. 414

191.

_Romantic lead tells heroine this isn't going to be easy for them_

**Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." p. 167

**BMR**: "You know this isn't going to be easy for us," 2011 p. 259; 2010 p. 200

**Heroine is trying to figure out the interest with the romantic lead; how she feels about him, how he feels about her. They talk about his older brother who died. She feels drawn to him, connected.**

192.

_Heroine calls herself "fresh meat" because she is new to school and wonders if that's why romantic lead is interested / Heroine calls the romantic lead "fresh meat" because he is new to school, and all of the girls are interested_

**Crave**: "Maybe he's just playing with me because he's bored or something. Because I'm fresh meat out here in the middle of nowhere." p. 168

**BMR**: "And then he stepped into the classroom. Tall, dark, and mercilessly good-looking…The entire class was focused on the scene in front of the classroom. Fresh meat." 2011 p. 20

55

**EXHIBIT 2**

193.

Heroine notes romantic lead has a temper, and is trying to figure out her feelings toward him

**Crave**: "He looked pissed as hell at Flint…But a guy who isn't interested doesn't act like Jaxon did, right? He doesn't have the kind of temper tantrum—and it was a tantrum…Jaxon had…I've only ever had one boyfriend, and the way I felt about Gabe was nothing like this…I never spent hours obsessing over his every word, never found myself longing for his tough the way I do for Jaxon's." p. 168-169

**BMR**: "... Ash was also fiercely angry about his brother's death and wanted to track down those responsible…he seemed bent on vengeance of some sort…He was kind to me, giving me rides…Attraction. Infatuation…obsession? I was pretty sure I was falling for him, and hard. Maybe it was all tied up together–the love, the fear, the attraction." 2011 p. 186-187

"His temper, in fact any intense emotion, can take him over the edge…" *The Cast Notes,* 2008 p. 3; *Midnight Overview Notes,* 2009 p. 2

194.

Romantic lead makes heroine feel like she could spontaneously combust

**Crave:** *Heroine about romantic lead:* "...make me feel like I might spontaneously combust --especially if I spend much longer thinking about Jaxon." p. 170

**BMR:** *Heroine around romantic lead:* "My own spontaneous combustion would be great right about now. He's at the door in a flash, opening it for me..." 2016 p. 19

195.

Heroine bats cousins hands away when she is trying to help her get undressed  / Heroine bats mothers hands away when she is trying to help her with her hair

**Crave**: "It's okay; I can do it," I bat her hands away... p. 171

**BMR**: "I'll be fine," I said as I batted her hands away. 2011 p. 14; "I bat her hands away." 2013 p. 16

56

**EXHIBIT 2**

**Page 240**

196.

Everything about the romantic lead whispers danger to the heroine / Everything about the romantic lead screams danger to the heroine

**Crave:** "Every single thing about him screams danger—of the dark and brutally wounded variety. It's in his eyes, in his voice, in the way he holds himself and the way he moves." p. 172

**BMR:** "The wry curl of his lip, the confident, almost arrogant way he held himself whispered of danger." 2011 p. 20; 2013 p. 22: "The wry curl of his lip, the confident, almost arrogant way he holds himself whispers of danger."

197.

The way the romantic lead moves is dangerous

**Crave:** "Every single thing about him screams danger..It's in his eyes, in his voice, in the way he holds himself and the way he moves." p. 172

**BMR**: "All of the McKays were possessed of that same energy, an almost magnetic force of presence and a certain dangerous something in the way they moved." 2011 p. 311

**Heroine and Macy in Crave / Jenny in BMR, have a conversation about the romantic lead. Heroine is attracted to him, and embarrassed when Macy / Jenny figures it out. The heroine thinks about how she feels about the romantic lead, that they have a soul connection, that they understand one another's pain. Macy / Jenny comments that the romantic lead is different, and intense.**

198.

Not able to have a "poker face" in a conversation about the romantic lead between heroine Macy / Jenny, and whether he and the heroine are interested in one another. Heroine says "ugh"

**Crave**:."Jaxon and me...Jaxon is...I mean we're...I don't...' I trail off, cheeks burning…'Ugh'....I watch Macy, who pretty much has the opposite of a poker face, as she tries to figure out what to say." p. 172-173

**BMR:** "Is what true?" I asked, pretending not to know what she was talking about. I couldn't help the small smile that fought its way past my pursed lips. 'That you and Ash are dating?' She was wearing a silly little smile herself...Ugh! Why couldn't I keep a poker face?" 2011 p. 310

57

**EXHIBIT 2**

**Page 241**

199.

Heroine and romantic lead have a soul connection

**Crave:** "There's something about him that calls to me on a soul-deep level..." p. 174

**BMR:** "When I look at him, really look at him, I feel the strongest sense of recognition sound through my being, a déjà vu of my soul." 2013 p. 198; 2011 p. 222

200.

Romantic lead and heroine are both in pain over loss

**Crave:** "...something broken in him that fits with what's broken in me...all the grief and pain…" p. 174

**BMR:** "I understood his pain. He felt the same way I did about my dad and my grandparents." 2011 p. 125

201.

Heroine talks to her cousin about romantic lead, cousin tells her he is intense / Heroine talks to her friend about romantic lead, she tells her he is intense

**Crave:** *Macy:* "Jaxon is definitely not like anyone you've ever met before...he's different when he's with you. He's somehow less intense but also *more* intense..." p. 175

**BMR:** *Jenny*: "There's something about him, something intense…something about him that's different from everyone else…" 2011 p. 311
*Brendan:* "You know, the penetrating stare, his dominant male mojo and all that. He's pretty intense." 2011 p. 182  "He is intense and charismatic." *Midnight Overview Notes, 2009*

201 a)

Macy tells heroine romantic lead isn't an easy guy to be around / Jenny tells heroine romantic lead would be tough to date

**Crave**: *Macy:* "Hey, I told you to stay away from him because he's not an easy guy to be around." p. 175

**BMR**: *Jenny:* "He'd be tough to date. There's something about him, something intense…" 2011 p. 311

58

**EXHIBIT 2**

202.

Heroine is obsessed with romantic lead; she's in "way" over her head

**Crave**: "I feel like I am obsessed with him. I think about him all the—" p. 176…" I'm in way over my head…" p. 177

**BMR**: "...obsession? I was pretty sure I was falling for him. And hard." 2011 p. 187 "I was in way over my head." 2011 p. 121

203.

Romantic lead has told heroine about his brother's death even though he hardly knows her

**Crave**: *Macy:* 'It's just that he doesn't talk about it much.'...*Heroine:* 'Sometimes it's easier…Talking to a stranger who doesn't have any kind of vested interest…sometimes it doesn't hurt so much." p. 181

**BMR**: *"His brows drew together and then he let out a long breath, his shoulders dropping. "It happened three years ago. My brother, Dylan, was killed. He was nineteen." 2011 p. 125

204.

Heroine recognize they both have a lot in common in terms of loss

**Crave**: "Maybe that's why he's different with me. Because he knows I've lost someone too." p. 182

**BMR**: "It was the pain in his eyes that told me he'd lost someone close." 2011 p. 125
*Romantic lead:* "'We have a lot in common don't we?...I totally understand.' And I knew he did. Because he felt the same way.  2011 p. 128

59

**EXHIBIT 2**

**Page 243**

205.

Heroine and romantic lead connected through loss

**Crave**: "But if the attraction between you and Jaxon is because you've both lost someone…Just be careful, okay, Grace?" p. 182 (Romantic lead has lost his brother, heroine has lost her parents).

**BMR**: "Anna carries a strong sense of loss over the death of her father…. It is through her relationship with Ash that she comes to see herself for who and what she really is… and heals her emotional wounds. Ash's connection with Anna is intense right from the start. It is through his relationship with her...that he comes to terms with his brother's death and is healed. *Midnight Overview Notes, 2009* (He's lost his brother, she's lost her dad and grandparents).

206.

Romantic lead tells heroine I don't know what you like

**Crave**: *Romantic lead and heroine:* 'I don't know what you like yet…' There's a cup of coffee and another one of tea. A bottle of sparkling water…" p. 188-189

**BMR**: *Romantic lead and heroine:* 'Coffee, hot chocolate? I don't know what you like…' 'This one's for me?' I gestured toward the bottle of water on my side of the table. 2010 p. 173

207.

Romantic lead wants to know heroine's favorite things

**Crave**: "What's your favorite movie...favorite song...favorite ice cream flavor…" p. 191-193

**BMR**: "I want to know your favorite foods, books, movies, all of it." 2011 p. 288; 2010 p. 225

208.

Heroine mentions the Star Wars movie talking with romantic lead / Heroine thinks about the Star Wars movie when she's with the romantic lead

**Crave**: "The Star Wars movie where everybody dies???" p. 191

**BMR**: "…it was the cantina scene from 'Star Wars,' only I was in it." 2011 p. 495

209.
Heroine gets butterflies when the romantic lead is near her or when she thinks he is nearby

**Crush:** "...even as the sudden butterflies in my stomach kind of fall back down with a thud." p. 195

**BMR:** "The butterflies in my stomach were hopped up on caffeine." 2011 p. 161

210.
Romantic lead sends heroine the book, *Twilight*, her cousin finds the gesture humerous / Romantic lead's sister refers to the romantic lead and heroine as Bella and Edward from *Twilight* in humor.

**Crave:** "*Twilight*? He sent me a copy of *Twilight*?" I turn to Macy in confusion. Macy gasps as she stares from the book to me. And then she starts to laugh. And laugh. And laugh" p. 196

**BMR:** "Lily gently patted me on the back. 'Good one! I think it's more like Edward and Bella, though,' she said with a wink." 2011 p. 484

211.
Heroine feels self-conscious around the romantic lead; she ducks her head / ducks her chin

**Crave:** "I duck my head, suddenly way self-conscious around this guy..." p. 199

**BMR:** "I smiled self-consciously and with supreme force of will ducked my chin down..." 2011 p. 35

212.
Heroine says their thoughts are an echo of one another

**Crave:** "About Jaxon, whose deepest thoughts and heart and pain seem to so closely echo mine." p. 205

**BMR:** Romantic lead: 'It's just that I feel like we know each other better than we do. Like we've always known each other. But that's impossible, isn't it?'... 'His words are an echo of my own thoughts.' 2013 p. 118

61

**EXHIBIT 2**

**Page 245**

213.

Heroine's palms sweat when she thinks romantic lead is near / when romantic lead is near

**Crave**: "I smooth my sweaty palms down the sides of my skirt…" p. 207

**BMR**: "My palms are sweating with nerves because he's sitting beside me." 2013 p. 25

214.

Halloween is Uncle Finn's favorite holiday / Halloween is heroine's favorite holiday

**Crave**: Cousin Mary to heroine: "...Halloween has always been my dad's favorite holiday." p. 211

**BMR:** "Halloween is my very favorite holiday..." 2011p. 133

215.

Heroine is in the cafeteria, she's being stared at; she's looking for romantic lead and can feel everyone's eyes

**Crave**: "...I'm sick of pretending I don't see people staring at me…The negative is that I also won't be able to watch for Jaxon, and I was really hoping to see him this morning…a part of me that wants to sneak a look behind me, just to see if I can catch a glimpse of him. But it seems way too obvious with half the cafeteria watching me. And they *are* watching—I can feel their eyes…" p. 213

**BMR**: "As we headed into the cafeteria, it seemed as though everyone was staring at us. Or rather at me." 2011 p. 315; "…as we approached the two tables, I could feel the weight of everyone's eyes in the lunchroom" 2011 p. 102; "I couldn't help looking up every time someone entered the classroom wondering if it might be him…an action I repeated third and fourth hour as well…I had to admit I was still looking for him as I headed to my locker." 2011 p. 29

62

**EXHIBIT 2**

**Page 246**

216.
Romantic lead asks heroine if he can sit with her Romantic lead asks heroine to sit with him

**Crave:** "Before I can turn around to see what's got her so discombobulated, someone asks, 'Is this seat taken?' And then I don't have to turn around at all. Because I'd know that voice anywhere. Jaxon Vega just asked to sit next to me. In front of everyone." p. 214-215 "No! I mean, yes. I mean…" I stop, take a deep breath… p. 215

**BMR**: "His lips curved in a slight smile as he patted the empty chair next to his. I was surprised and pleased. I didn't know what to expect exactly but the open invitation to sit with him, especially since I hadn't seen him all day, caught me off guard." 2011 p. 108-109

**Tea is mentioned frequently, both the heroine and her family take tea often in both books.**
**The concept of using tea to bind the heroine's powers and to keep her safe and ignorant of the supernatural world while she is growing up, is also used. In BMR it is the heroine's aunt who is a skilled herbalist and witch who makes the tea. In the Crave series, book 4, Court, it is the heroine's mother who has the heroine's aunt get the tea from the heroine's great-aunt. Note the page proximity and the words used in this sequence.**

**Crave:** p. 69, 75, 81-82, 96, 98, 100, 101, 103, 130, 189, 213, 214, 293, 297, 317, 319, 321, 325, 339. 445, 451, 453, 471, 516, 517, 523

**BMR:** 2011 p. 74, 75, 77, 80, 81, 82, 83, 86, 91, 184, 185, 211, 213, 275, 278, 279, 280, 374, 418, 428, 429, 515, 516

217.
Heroine's family prefers tea

**Crave:** Heroine: "It was always more about tea at my house." p. 214

**BMR**: Heroine: "Tea is big in our family...None of us are coffee people." 2010 p. 213

218.
Heroine's mom makes special tea blends / Heroine's aunt makes special tea blends

**Crave**: Heroine about her mom: "She made her own tea blends, and they were fantastic." p. 214

 **BMR**: Aunt Brie: "It's skullcap, valerian and chamomile to clear your mind of negative thoughts." 2011 p. 74
"I took Aunt Brie's valerian and chamomile tea and made a pot..." 2011 p. 184

63

**EXHIBIT 2**

**Page 247**

219.
Heroine's mom is an herbalist / Heroine's aunt is an herbalist

**Crave**: "My mom was an amazing herbalist." p. 214

**BMR**: "My aunt is a strong believer in the power of essential oils and herbal remedies to heal just about anything. Accustomed to the teas and candles, I had been instructed on the use of various herbs since I was little." 2011 p. 91; "The nerve tonic, an herbal concoction my aunt brewed…" 2011 p. 208

220.
Heroine remembers lemon-thyme-verbena tea / heroine is offered lemon verbena

**Crave**: "I can still almost taste her lemon-thyme-verbena tea." p. 214

**BMR:** "Lemon verbena," he soothes. "It's an herb for calm and mental clarity." 2016 p. 84

221.
Tea was used by heroine's mother and father to bind her powers to keep her safe/ Tea was used by heroine's mother and aunt to bind her powers to keep her safe

**Court**: 'Why?' My mother demands. "We've protected her this far. And the tea—the tea keeps her safe, Cillian…You know we're almost out of that tea that keep her gargoyle hidden…" p. 448

**BMR**: "...she has caused Anna's powers to be bound completely in order to keep her safe by maintaining her ignorance of their world." *Midnight Overview Notes, 2009*; "Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers." *The Plot, 2008*
"Her mom wanted to protect her and keep her safe from the supernatural world. The teas she is always drinking have herbs that bind her powers. When she is no longer given the herbs, the effect wears off allowing her to shift forms and exhibit her powers." *Freeman Notes, 1-27*

222.
Heroine feels like she's falling for romantic lead

**Crave:** "I really do think I'm falling for Jaxon Vega." p. 217

**BMR:** "I was pretty sure I was falling for him. And hard." 2011 p. 187

223.
<u>The girls at school want the attention of the romantic lead, find him attractive</u>

**Crave:** "Well, all I'm saying is, there's a reason half the girls in the school are swooning over Jaxon." p. 220

**BMR:** "...it seemed that all of the girls made some excuse to ogle him, dropping pencils, coughing, stretching..." 2011 p. 24


224.
<u>Heroine wants to fit in and not stand out</u>

**Crave**: "So much for fitting in...or even *blending* in. After tonight, I might as well be painted biohazard orange." p. 160  "So yeah, that whole blending-in plan I hatched in San Diego?" p. 222

**BMR**: "I wanted to fit in with my friends and her rules made my differences stand out just that much more." 2011 p. 146  "She believes that she just wants to fit in and hopes and prays not to be noticed." *Midnight Overview Notes,* 2009


225.
<u>Heroine is shy, told by teacher she won't have to introduce herself on the first day of class / Heroine is shy, is told she will have to introduce herself on the first day of class, along with romantic lead</u>

**Crave:** "Since you look like the shy type–despite your association with Katmere's most notorious student I won't make you stand up and introduce yourself to the class." p. 227

**BMR**: "Why don't you two introduce yourselves before we go any further." She has a teasing look on her face as if she knows just how embarrassing this will be. "Stand up, tell us a little bit about yourself and why you're taking this class." 2012 p. 38; 2010 p. 30; 2011 p. 40; "Because I'm a little shy…" 2010 p. 10


226.
<u>Flint teases heroine and calls her baby / Brendan teases heroine and calls her baby</u>

**Crave**: "Know it I own it, baby." p. 231

**BMR**: "Sashay, shante, baby." 2011 p. 126


65

**EXHIBIT 2**

**Page 249**

227.
Only the heroine knows Flint is gay / Only the heroine knows Brendan is gay

**Crush**: "I'm gay, Grace." p. 369 "But you're the first person I've told." p. 370

**BMR**: "What she and the rest of our classmates don't know is that his immunity is due to the fact he's gay." 2011 p. 100


228.
His parents are a mixed race couple

**Crush**: "...a mixed race couple who I realize with some astonishment are Flint's parents." p. 382

**BMR:** "His mother is a former Danish model, his father a surgeon of multiracial descent. They're sort of the Heidi Klum and Seal in our town." p. 100


**Heroine hears a voice in her head. In Crave, she hears one voice, (in Crush she hears two voices). In BMR, the heroine hears two voices. The voices are the same characters in both books.**

In Crave, the heroine hears one voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to the Unkillable Beast, (who will turn out to be her long-lost grandfather, Court, book 4). He is a gargoyle and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Alistair." (Court).

In BMR, the heroine hears a voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to an "abomination," (who will turn out to be her long-lost father). He is a Sentinel and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Athair."

In Crush (book 2), the heroine hears a second voice, Hudson, a royal with an accent who is thought to be dead and would have a role in the war that is brewing if he was brought back. Hudson is in a love triangle, and intended to be the heroine's true mate. She hears him because he is trapped in her head. She has accidentally brought him back from another dimension.

In BMR, the heroine hears a second voice, that of Ronan, a royal with an accent who is thought to be dead and would have a role in the supernatural war "when he rises." Ronan is intended to be in a love triangle, and the heroine's true mate (*The World Notes,* 2010). At the end of BMR, she has accidentally brought him back from another dimension.

*Note: This recurring theme is explored in more detail with this concept and the associated sub plots and characters elaborated in the later books in the series Crush, Covet & Court, however, they originate in BMR manuscripts and associated notes.*


66

**EXHIBIT 2**

229.

Voice inside her head character tells heroine to get away, to run

**Crave:** "...a voice deep inside me starts screeching—telling me not to go any further. Telling me to run. Telling me to get the hell away from these tunnels and never look back." p. 233: 418, 448, 449, 450, 453, 472, 473, 479, 482, 484, 506

**BMR:** "That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run!" 2011 p. 472;. 5, 177, 287, 430, 452, 474, 475, 480, 481, 483, 484, 506, 521, 551

230.

Heroine feels like a competition is going on and thinks of ping pong to explain it

**Crave**: "...I can't help but feel like a ping-pong ball caught between them." p. 236

**BMR**: "Now everyone was looking to see what I would do. Ping. Pong." 2011, p. 52

231.

Heroine notices gemstones decorating the walls at school / Heroines walls at her home are decorated with art made from gemstones

 **Crave:** "The walls are made entirely of different-colored stones...they gleam red and blue and green even in the faint light...what school...has the money to embed gemstones in the walls?" p. 238-239

**BMR:** "Her art decorated the walls as it did in so many rooms throughout our house—splashes of color made from gemstones sparkling and catching the light..." 2011 p. 210

232.

Romantic lead's eyes stare at Flint / Brendan, he's irritated

**Crave:** "His eyes, flat and black, are pinned to Flint... it turns out I only thought Jaxon was pissed before. Because after Flint's comment, he looks like he's one very small step away from an aneurysm." p. 243

**BMR:** "Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. 'I didn't realize you were on a date,' he said with a chill in his voice." 2011 p. 164

67

**EXHIBIT 2**

**Page 251**

233.
<u>Mean Girls try to hurt heroine</u>

**Crave:** "... just in time to see a basketball flying toward my head. I swat it away, then press my lips together to keep from crying out as pain radiates up my hand." p. 246 "No way am I going to start whining about a few mean girls. Or a lot of mean girls, for that matter, one of whom apparently has a future in professional basketball." p. 246-247

**BMR**: "The Mean Girls were out in full force, giggling as I approached. Somebody stuck her foot out and I tripped as I passed them, their raucous laughter ringing in my ears." 2011 p. 107


234.
<u>Heroine's cousin and best friend is a dance team member who performs at pep rally / Heroine's best friend is a school cheerleader</u>

**Crave:** "I've never been a big dance team enthusiast. But Macy obviously loves it..." p. 247-48

**BMR:** "... she's part of Amanda's latest phase—the cheerleader phase. One I hope won't last for very long." 2012 p. 26; 2013  p. 29


235.
<u>Heroine is worried about people seeing how she feels about the romantic lead; she wears her emotions</u>

**Crave:** "I tend to wear my emotions on my sleeve, and the last thing I want is for someone watching me to see how I feel about Jaxon…" p. 249

**BMR**: "...that way I felt about him was somehow revealed on my face." 2011 p. 158
"...as if she were wearing her soul on her face with nothing in between. Every feeling evident on her expressive face." *The Cast Notes, 2008*


**The heroine breaks down and cries at school over her feelings of loss. She is thinking about the loss of her family, in particular the loss of her parents in Crave, and of her dad and grandparents in BMR. The romantic lead discovers her crying in both books and she is embarrassed.**

68

**EXHIBIT 2**

**Page 252**

236.
Heroine sinks down in tears, wants to avoid attention / Heroine slumps down in tears, wants to avoid attention

**Crave:** "I sink down onto one of the chairs and finally, finally let the tears come….I'm trying to be quiet–the last thing I want is to draw more attention to myself…"  p. 252
         "…having *anyone* seeing me like this—is the threat that finally galvanizes me." p. 253

**BMR:** "I slumped down to the bottom of my locker and pulled the door close to me, shielding myself from prying eyes...I could feel the tears ..." 2011 p. 34

237.
Heroine is afraid she won't stop crying

**Crave**: "I haven't cried, really cried, since the funeral, and now that I've started, I'm not sure I'll ever stop." p. 252

**BMR:** "I have a sense when I cry that all of the pain I've held onto so tightly will come gushing out, leaving me with no flood control. 2011 p. 34

238.
Her pain from loss of her family members is overwhelming

**Crave:** "Grief is a wild thing within me, a rabid animal tearing at my insides and making everything hurt…it's hard when it hurts this much….battling the pain and loneliness that come from losing my parents in the blink of an eye" p. 252

**BMR**: "I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died…I'd never gotten over it. I just couldn't handle any more loss." 2011 p. 34

239.
Heroine rocks herself, has tears, wrenching sobs

**Crave**: "I wrap my arms around myself and start to rock..." "...and the tears just keep coming, as do the harsh, wrenching sobs tearing from my chest." p. 252

**BMR:** "Head in my hands, I rocked myself back and forth...And I realized I was crying, deep, gut-wrenching sobs without making a sound. My tears ran freely down my cheeks and chin, unchecked." 2011 p. 470

69

**EXHIBIT 2**

**Page 253**

240.

Heroine sobs

**Crave**: "...harsh, wrenching sobs…" p. 252

**BMR**: "gut-wrenching sobs" 2011 p. 471 "...pushing down the rising sob…" 2011 p. 34;

241.

She worries about anyone seeing her cry

**Crave**: "I'm trying to be quiet–the last thing I want is to draw more attention to myself…having *anyone* seeing me like this is the threat that finally galvanizes me." p. 252

**BMR**: "I…. pulled the door close to me, shielding myself from prying eyes." 2011 p. 34

242.

Romantic lead catches heroine crying, and she's embarrassed

**Crave**: "…I climb to my feet and turn around…Jaxon…Embarrassment slams through me, makes my face hot and my breath stutter." p. 253-254

**BMR**: "Caught, I snapped my neck around…staring up into <u>his</u> molten-honey gaze…I felt a hot blush rise up and stain my cheeks." 2011 p. 34

243.

Heroine asks how long romantic lead has been there / Heroine asks how much did romantic lead hear

**Crave:** "I start to ask how long's he's been there, but it doesn't really matter. He's been there long enough." p. 254

**BMR**: 'How much did you hear?' 'Everything,' he admitted… 2011 p. 34

70

**EXHIBIT 2**

**Page 254**

244.
Although the heroine's been caught crying, she's attracted to romantic lead. He gets close to her. She is attracted to him.

**Crave**: "Instead, he just stands there, watching me with those black-magic eyes of his until I lose my breath again… He closes the gap, moving until he's only inches from me. My mouth goes desert dry… so close that I can feel his breath on my cheek. So close that I'm sure he can feel my breath on his." p. 254

**BMR**: "I winced and rubbed my abused head, staring up into his molten-honey gaze." …Up close like this, he's even better looking than I remembered. My traitorous heart fluttered in response to his nearness…" He crouched down beside me…I shivered at his touch in spite of myself, his scent enveloping me." 2011 p. 35

245.
After an embarrassing moment for the heroine

**Crave**: "...I pray for the ground to open up and swallow me." p. 254

**BMR**: "... I wanted the ground to just open up and swallow me." 2011 p. 107;
*With romantic lead*: "I wanted a big hole to just open up and swallow me." 2011 p. 134

246.
After the crying scene, romantic lead walks to his room at school which is a few feet away and opens the door, invites her to enter/ romantic lead walks heroine to class and opens the door for her to enter

**Crave**: "He walks past me, opens the door to the room that lays just beyond the alcove and walks inside...He left his door open in what looks like an invitation. 'Coming?' he asks. I follow him inside." p. 256

**BMR**: "We walked down the hallway in silence…When we reached the classroom, he opened the door…'After you,' he murmured…I walked past." p. 37
247.
Heroine wants to be closer to romantic lead but is afraid at the same time

**Crave:** "...there's a part of me that wishes he were closer. That wishes we were touching right now…part of me that's still terrified of touching him, even more terrified of having him touch me." p. 258

**BMR:** "He smiled that dangerous smile that made me want to slide over closer to him and run away, far away at the same time. 2011 p. 367 "I wanted him to kiss me and yet at the same time I was afraid that he might." 2011p. 16 "...though it terrifies her, she can't stay away from him." *Midnight Overview Notes,* 2009

**Note: look at the use of italics and the words that precede it in *"winks"***

248.
Romantic lead winks. *Winks.*

**Crave**: "He looks over his shoulder at me and winks. He *winks*." p. 259

**BMR**: "He clasps my gloved hand in his and winks. *Winks*." 2014 p. 168

249.
Romantic lead gives heroine a quick / sharp twist of his lips

**Crave:** "a quick twist of his lips." p. 259

**BMR**: "a sharp twist of his lips" 2014 p. 174; 2013 p. 210

250.
Heroine asks if romantic lead is an alien

**Crave:** Heroine asks romantic lead: "Are you an alien?" p. 260

**BMR:** Heroine: "Ash was likely to be either a vampire or a werewolf. Or just a freak, alien or monster of unknown origin." 2011 p. 193

72

**EXHIBIT 2**

**Page 256**

251.
Heroine and romantic lead talk about old movies, and Tom Cruise/ Heroine thinks romantic lead has a Tom Cruise smile

**Crave:** *Heroine*: "So you're an old movie buff? Or just an old Tom Cruise movie buff?" p. 262

**BMR**:  *Romantic lead*: "And I love all of the 'Raiders of the Lost Ark' movies too." He gave his best bad-boy grin, one that would do Tom Cruise proud.' 2011 p. 42


**The first kiss between the romantic lead and the heroine becomes the catalyst for the heroine to learn about the supernatural world. The scene begins with them going outside to view a special phenomenon in the sky. In Crave, the phenomenon is a meteor shower, in BMR, it is the northern lights. It's winter, and it's cold. They kiss and the romantic lead loses self-control of his powers. In Crave, the romantic lead causes an earthquake, in BMR, the romantic lead's eyes glow. In Crave, the heroine doesn't realize the romantic lead caused the earthquake, but she is frightened of him when he starts yelling at her to go. In BMR, she is aware his eyes aren't right and she is frightened of him. In both books she does not learn the truth until the following day after the event.**


252.
It's cold but the romantic lead makes heroine feel heat

**Crave**: "...try to pretend that despite the chill, his hand on my arm doesn't flood every cell of my body with heat." p. 261

**BMR**: "Don't worry, I'll keep you warm," he offers. The way he says it I feel a flutter of heat curl through me." 2013 p. 155




253.
A light show at night

**Crave**: "...just watching the most brilliant show I've ever seen light up the sky." p. 263

**BMR**: "…that flash across the sky in Alaska in the deep winter…Just a perfect black background to showcase our own personal lightshow." 2013 p. 154

73

**EXHIBIT 2**

254.
Heroine feels shy

**Crave:** "I glance at him, suddenly shy, though I don't know why." p. 263

**BMR**: "I feel shy and uncertain of myself." 2013 p. 157

255.
Heroine wants romantic lead to kiss her but is afraid he might

**Crave:** "A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills…" p. 267

**BMR**: "I want him to kiss me but at the same time I'm afraid he might. 2013 p. 155

256.
The air between the heroine and romantic lead is charged and electric

**Crave:** "The air between us loaded, heavy, electric**.**" p. 267

**BMR**: "The air is suddenly charged between us, crackling with electricity." 2013 p. 117

257.
Romantic lead looks at her, craving / Romantic lead looks at her, yearning

**Crave**: "There's a desire in his eyes, a craving that has nothing to do with wanting me and everything to do with needing me." p. 269

**BMR**: "What I see in his face is a mix of wistful yearning and hope. He's looking at me like I'm the one who might be slightly out of reach when it's clearly always been the other way around." 2013 p. 157

"While I craved the comfort of his presence, I knew he needed to be here more than I needed him." 2010 p. 407  "The intense sense of connection between us, the craving to be near him, for his touch, the sound of his voice…" 2009 p. 383

74

**EXHIBIT 2**

**Page 258**

258.
<u>Heroine can't back away, she's mesmerized / Heroine can't look away, she's caught</u>

**Crave**: "I don't back away. I can't. I'm dazzled, mesmerized, enthralled." p. 269

**BMR**: He looks down into my eyes and I can't look away. I'm caught. It's hopeless, really.  2013 p. 157

259.
<u>Cups face in hand</u>

**Crave**: Heroine: "I cup his face in my hands…" p. 269

**BMR**: Romantic lead: "He cups my cheek with his hand…" 2013 p. 158

260.
<u>Romantic lead leans down, presses a soft kiss / Romantic lead leans in, presses a soft kiss</u>

**Crave:** "Then he leans down and presses his lips to mine. It's not a passionate kiss, not a hard kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost..." p. 270

**BMR:** "He leaned in and turned my chin up, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss." 2011 p. 172
Another description: "He leaned in and captured my lips with his own. Feather light, feather soft was his kiss, a gentle brush of his lips, the warmth of his breath mingling with my own." 2011 p. 255

261.
<u>Heroines' arms around romantic leads neck</u>

**Crave:** "...his hands are on my upper arms...pulling me against him...try to slide my arms around his neck…" p. 271

**BMR**: "His hands are in my hair and my arms are twined around his neck pulling him closer." 2013 p. 158

75

**EXHIBIT 2**

262.
<u>During the kiss, heroine is light-headed / during the kiss, heroine is delirious</u>

**Crave**: "My head gets lighter, my knees get weaker." p. 271

**BMR**: "I'm delirious with the heat and urgency of our kiss." 2013 p. 158


263.
<u>Romantic lead loses self-control of his powers: the ground shakes because he's a vampire / his eyes start to change because he's a wolf shifter</u>

**Crave:** "'Earthquake!' I manage to squeak out, wrenching my mouth from his." p. 271

**BMR**: "His coppery eyes were gleaming, phosphorescent like an animal's eyes in the dark." 2011 p. 173; 2013 p. 159.


264.
<u>Heroine is scared of romantic lead: his burning eyes, monstrous, needs to run away / Heroine is scared of romantic lead: his gleaming, inhuman eyes, and needs to run away</u>

**Crave**: 'You. Need. To. Go!'... He advances on me then, fingers flexing and eyes burning like black coals in a face livid with rage. I turn and run as fast as my weak knees will carry me...before this monstrous version of Jaxon overtakes me. p. 272

**BMR:** "Gleaming amber eyes rimmed in black.... Inhuman eyes…My heart was racing double-time so fast and so hard I was dizzy...It was all I could do not to stomp on his toes and make a run for it...I needed to get out of here. Now." 2011 p. 175; *see also* 2013 p. 159 "...wishing this all could have been different. Ash. My first kiss. The fact that he's some kind of monster." 2013 p. 162 (same scene in this version)


265.
<u>The heroine is cut by glass and experiences blood loss after romantic lead causes an earthquake / The heroine is stabbed and experiences blood loss</u>

**Crave**: 'How are you feeling, Grace?'...'I'm okay'...'She lost some blood….' p. 273-274; 283 (nicked artery)

**BMR**: 'Easy there, Anna. You lost a lot of blood.'...'How are you feeling?'...'I'm not sure. Okay I guess.' 2011 p. 407-408; 403 (stab wound)

266.
<u>Nurse instructs heroine to rest and not argue, wraps her up in bed / The doctor instructs heroine to rest and not argue, wants her snug in bed</u>

**Crave**: *Nurse and heroine:* 'For now, you need to stay here and rest.' 'I don't want to rest. I want–' 'I know what you want, but that's not possible right now. You're weak…I don't think you realize how serious this injury is…Marise simply pulls my comforter back over me and says, "Behave or I'll give you another sedative."'' p. 275, 276

**BMR**: *Doctor and heroine*: "...he opened his arms shaking out a similar fleecy blanket for me, indicating that I should take my place on the matching divan…'Oh no, thank you, I'm fine.'...'You may think you feel fine just now but once the adrenaline wears off the shock kicks in. Dizziness, feeling faint, muffled hearing. . .any of that ring a bell?'... I just looked at him. 'That's what I thought. I want you wrapped up snug as a bug in a rug and I won't take any lip about it.'...'C'mon Anna. Don't argue with Cousin Mac.' 2011 p. 417-418

267.
<u>The nurse instructs heroine to have a sweet drink / The doctor instructs heroine to have a sweet drink</u>

**Crave**: *Nurse:* "Let's start with a little cranapple juice. The sugar will be good for you, and then we'll go on from there." p. 277

**BMR**: *Doctor:* "'Young Collin here will fetch you some warm tea with honey and biscuits. You'll accept of course.' He raised his brows daring me to defy him." 2011 p. 417-418; 2012 342-343

268.
<u>Heroine notices eyes are "incandescent"</u>

**Crave**: "...his eyes an incandescent black that has shivers sliding through me…" p. 289
"His eyes glow incandescent with the effort of holding in emotions…" p. 291

**BMR**: "...his incandescent blue eyes narrowed in calculation…" 2011 p. 527

**EXHIBIT 2**

**Page 261**

269.

<u>Romantic lead feels he should protect heroine, feels sorry that he hasn't</u>

**Crave**: "I'm sorry...I didn't protect you." p. 290

**BMR**: "I'm so sorry, Anna...I should have been there to protect you." 2011 p. 411; 2010  p. 330


270.

<u>Romantic lead believes heroine's association with him has put her in danger</u>

 **Crave**: "From the moment I kissed you. From the moment you got hurt, everything changed…Now I've all but put a bull's eye in the middle of your back and dared someone to take a shot." p. 291

**BMR**: "If you didn't know me maybe you wouldn't be caught up in this. And you are, Anna. Things can never be what they were—there's no going back." 2011 p. 411; "I'm sorry this happened. It's my fault. If you didn't know me, you wouldn't be caught up in this." 2014 p. 261


271.

<u>Romantic lead tells heroine they need to stay away from each other / that they shouldn't be seen together</u>

**Crave**: 'You didn't *do* anything.' 'I did *everything*…You need to stay away from me. I *need* to stay *away* from you." p. 291

**BMR**: "It's just that if we're seen together as a couple, it might well...it might not be safe. We don't know whether another student or even a faculty member is part of what's going on…staying away from me would be better for you." 2011 p. 297, 299

78

**EXHIBIT 2**

**Page 262**

272.
Romantic lead vanishes

**Crave:** "But not only is he not lying broken on the ground three stories below, he's nowhere to be seen at all. He's vanished right into thin air." p. 292

**BMR:** "There was no sign of Ash. He'd simply vanished**.** Could he do that?...no footprints either." 2011 p. 451
**The heroine and the romantic lead are becoming involved at this point in the story. The heroine's nemesis (Lia in Crave, and Taylor in BMR) attempts to make the heroine jealous by implying she has a claim to the romantic lead that is superior to the heroine's.**


273.
Lia implies that she and romantic lead are together / Taylor implies that she and romantic lead are together

**Crave**: *Lia*: "They tell me nothing has to change, that Jaxon's a perfectly good replacement...I don't care about politics or family dynasties even if he does..." p. 295-296 (Implying she is to be with the romantic lead since his older brother, who was her boyfriend, is dead).

**BMR**: *Taylor:* "'Well,' she said, raising one perfectly arched brow, 'it was very . . . romantic. That boy knows how to wine and dine a girl, if you know what I mean.' (Implying she was on a date with romantic lead) 2011 p. 149


274.
Heroine mentions romantic lead's name, feels physical sensation of upset

**Crave**: 'Jaxon?' My whole body tightens up at the mention of his name linked with hers. She can't be serious...can she?" p. 295

**BMR:** "Wait a minute. Dinner with Ash? I felt a sudden, clutching sensation in my chest." 2011 p. 149

79

**EXHIBIT 2**

275.

<u>Lia / Taylor tries to make heroine jealous by implying that she and the romantic lead have a relationship</u>

**Crave**: "I'm reeling under the news that she and Jaxon are supposed to be together--and the implication that *he's* willing to go along with it." p. 296

**BMR**: "Pain formed a tight knot in my stomach. 'He told me he had to work tonight.' The words fled my lips in a whisper of dismay." 2011 p. 150

276.

<u>Heroine notices that Lia is not being honest / Heroine mentions that Taylor is not being honest</u>

**Crave**: "But she looks so small when she says it, so exposed, that my heart twists for her. Besides, it doesn't make sense…Not with the way he kissed me." p. 296

**BMR**: "'Really? I think you're the one who's worried about getting hurt'...Her mouth fell open in surprise. 'Why would you think that?'...'Because of all the effort you're making to convince me he's into you.'" 2011 p. 151

277.

<u>The heroine already feels a connection to romantic lead</u>

**Crave**: "Not when I already feel this connection to Jaxon... " p. 296

**BMR:** "I felt a current between us, a connection. Even though we'd only just met, he was already somehow important to me." 2011 p. 64

80

**EXHIBIT 2**

**Page 264**

278.
Heroine feels there is a push / pull toward the romantic lead, she wants to spend more time with him and it's never enough

**Crave:** "...the more time I spend with him, the more time I want to spend. Like there's something pushing me toward him, making me want him." p. 297

**BMR:** "There was always this constant pull toward him, this desire to be near him, to drink him in and it was never enough." 2011 p. 468

**The heroine wants to know the truth about what really happened after her first kiss with the romantic lead. She finds marks on her neck; in Crave they look like puncture marks, in BMR they are markings or script but not from the romantic lead. She doesn't understand what the marks are and can't sleep. She is told the romantic lead is a supernatural being, a vampire (Crave), a werewolf (BMR). She learns that monsters are real.**

279.
Heroine realizes romantic lead tried to keep his distance so she wouldn't figure out the truth

**Crave:** "Or is there something more to the story, something that accounts for why my uncle was so nervous and Jaxon so determined to put distance between us." p. 300

**BMR:** "The reason he'd kept his distance is because his parents knew he had a shifty eye problem and didn't want him dating a girl from school who might find out about it. Me." 2011 p. 186

280.
Heroine has surprising marks on her neck

**Crave:** "And it's these thoughts that have me peeling back the bandage…staring at the cut on my neck. Or, more precisely, at the two perfectly round, perfectly spaced puncture marks…" p. 300

**BMR:** "I tilted my head to the side and angled the mirror—and felt my face drain of all color. There were markings on the back of my neck!" 2011 p. 190

81

**EXHIBIT 2**

**Page 265**

281.
Heroine can't sleep after that

**Crave**: "Needless to say, there's no going to sleep after that." p. 301

**BMR**: "Exhausted, I was too wired to go to sleep but needed to go through the motions anyway…" 2011 p. 189

282.
Heroine wonders about aliens

**Crave**: "Because if this isn't some drug-induced hallucination, then nicked arteries and aliens are the least of my concerns." p. 301

**BMR**: "Or just a freak, alien or monster of unknown origin." 2011 p. 193

283.
Heroine is dizzy from bloodloss

**Crave:** "I'm also still a little dizzy—just how much blood did I lose anyway?" p. 303

**BMR:** "I leaned against the desk feeling dizzy and all of a sudden very, very tired…blood" 2010 p. 321; 2011 p. 402-403.

284.
Heroine wants answers about what happened and what is going on with romantic lead

**Crave**: "Jaxon, on the other hand…If he lies to me, you'd better believe I'm going to stake him through his fangy black heart…I march through the school like a woman on a mission." p. 303 (about the fang marks and romantic lead's part in that)

**BMR**: "I wanted answers about Ash and I wanted them now." 2011 p. 192 (about romantic lead's eyes and what happened)

82

**EXHIBIT 2**

**Page 266**

285.
Heroine notices that romantic lead's friend doesn't cross over the threshold and wonders if they are vampires / heroine notices that romantic lead doesn't cross over the threshold and wonders if he is a vampire

**Crave**: "He doesn't step inside, though, just stands as close to the threshold as he can get without actually crossing over it…one of the first rules of vampire lore, that they can't come in unless they're invited." p. 310

**BMR**: "And if he couldn't cross over the threshold unless he was invited, did that mean he was a vampire?" 2011 p. 202

286.
Heroine's head is spinning when she learns from romantic leads friend that the supernatural world is real / Heroine's head is spinning when she learns from romantic lead that the supernatural world is real

**Crave**: "...it's just that my head is spinning. This has to be a nightmare." p. 309 Romantic lead's friend has just told her that her bite marks were not made by a snake or staple remover, that the obvious answer is the right one.

**BMR**: "My head was spinning with a hundred different thoughts at one time…" 2011 p. 230 (romantic lead has just told her there are supernatural beings)

287.
Heroine learns romantic lead is a vampire / Heroine learns romantic lead is a werewolf shifter

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313

**BMR:** "I-I think you might be under a curse of some kind. Like a werewolf…" 2011 p. 228

288.
Vamp – both books call vampires "vamps"

**Crave:** "No. no. Flint's definitely not a vamp." p. 314

**BMR:** "...That vamp hasn't shown his fangs yet and probably won't..."  2011 p. 508

83

**EXHIBIT 2**

**Page 267**

289.

Flint is a dragon, a winged supernatural being / Brendan is a faery, a winged supernatural being

**Crave**: 'Flint is a dragon.'…'You mean he's got—' I hold my arms up and kind of flap them up and down.' 'Yes, he's got wings.' p. 314

**BMR**: "'The boy's a Faery.' He releases his hold on Brendan's face." 2013 p. 405; 'Love the wings, girls.' I flap my arms and twirl in a circle…'Anna?' Brendan asks. 'Not you, too?' 'Why are you all gold and glowy? How are you doing that?' 2013 p. 283

290.

Heroine asks if her cousin is a fairy / Heroine is told her friend is a faery

**Crave**: "And that makes you what? A fairy?" p. 314

**BMR**: "The boy's a faery." 2013 p. 405

291.

Heroine thought both of her parents were human: Heroine's dad was a witch but she didn't know / Heroine thought both of her parents were human: dad was a wolf shifter but she didn't know

**Crave:** *Heroine:* "Wait a minute, you're saying my dad *was* a witch?...How could my dad be a witch and I not know it?" p. 315-16

**BMR:** *Heroine:* "My father. Why didn't he tell me?" 2010 p. 354; "My dad. I don't understand why he didn't tell me…Were they all Sentinels then?" (he's a wolf shifter). 2011 p. 440;. "My mother and my aunt knew my dad's secret.'…I had always dreamed of being a princess, but somehow a wolf princess hadn't figured into that particular fantasy." 2011 p. 446; "One of these wolves is my dad." 2013 p. 578; 2011 p. 582 "Her mother is Kindred, her father Sentinel." *The World Notes, 2010.*

84

**EXHIBIT 2**

292.

Heroine thought both of her parents were human:her mother is a gargoyle / Heroine thought both of her parents were human: her mother is a witch

**Crave:** *Heroine and cousin:* 'Wait a minute, you're saying my dad *was* a witch?...How could my dad be a witch and I not know it?'...'Because he lost his powers when he fell for your mom. Witches aren't supposed to marry ordinary humans…' p. 316
**Court**: "My mother knew she was a gargoyle?" p. 164

**BMR**: *Romantic lead to heroine about her father being a wolf shifter* 'I don't think your mom knows. Though I can't imagine why he kept it from her. And you.'...No, I couldn't imagine either. My mother is so–so not into anything remotely supernatural."...2011 p. 354 (Heroine thinks her mom is human)

*Heroine to her mom and aunt:* 'I am part human, right? I mean you're human,' I say." 2013 p. 344

'Oh my dear girl,' Mom says. 'We're not human.' *Kindred aren't human?*' 2014 p. 280 (Kindred are witches); 'Her mother is Kindred, her father Sentinel.' *The World Notes, 2010*
"I was born and remain Kindred–Witch…I am your mother." 2011 p. 576, 578


293.

Heroines remaining two family members are both witches

**Crave:** *Cousin to heroine:* "A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing." p. 316

**BMR:** *Heroine to herself*: "My mom and my aunt are both witches, but not exactly the Wiccan variety as I had been led to believe." 2013 p. 220; "I was born and remain Kindred—witch..I am your mother." 2011 p. 576, 578


294.

Heroine's parents love each other very much

**Crave:** Heroine's parents. "They loved each other a ridiculous amount." p. 316

**BMR**: "Anna was born to two parents deeply in love with another..." *Midnight Overview Notes,* 2009, *The World Notes,* 2010

85

**EXHIBIT 2**

**Page 269**

295.

J.K. Rowling's imagination is discussed during scene where heroine learns her friends are supernaturals /
Harry Potter books are discussed during scene where heroine learns her friends are supernaturals

**Crave**: *Heroine to cousin:* 'Well what kind of a witch are you if you can't do something an eleven year old kid can do?' *Cousin:* 'The kind that doesn't come from J.K. Rowling's brilliant imagination.' p. 317 (Rowling wrote Harry Potter)

**BMR**: *Heroine to Julian the vampire prince:* 'Are you quoting *Harry Potter*? Really?!'....*Julian*: Think of what I'm doing as my very own 'sorting hat....' 2013 p. 405

296.

Heroine learns monsters are real

**Crave:** "I'm not sure there's ever a good time to tell someone that monsters are real." p. 318

**BMR:** "All the fairy tales and stories you heard in your childhood about monsters and evil beings—it just so happens they're true." 2011 p. 237; "Because they're real. Monsters." 2011 p. 4

86

**EXHIBIT 2**

**Page 270**

297.

<u>Heroine's friends and family are supernatural beings and all of her teachers / Heroine's friends and family are supernatural beings and two teachers</u>

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313
"A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing." p. 316
"they're wolf shifters really, more than werewolves." p. 321; 'He's a…' 'Dragon.'[13] p. 314
'The school nurse?...Marise is a vampire, too?'

**BMR:** "It is also through their relationship with one another that Ash and Anna each find themselves with a unique group of friends with some surprising abilities of their own." *Midnight Overview Notes, 2009, p. 2*

**2011:** "But yes, Dad's a berserker, like me…"  p. 421 (he's a teacher at school and RL's dad);
"They're vampires?' Vampires, trolls and demons, oh my."  p. 500
"How do you ask someone if they're a teenage werewolf?"  p. 224; He claimed he wasn't a werewolf but could shift into a wolf." p. 236
 "I was born and remain Kindred–Witch." p. 576
"The teachers' names were on the chalkboard: Dr. Baen and Dr. Caitlin MacKay….Ash MacKay" p. 38; 42;
"So, it's not only you," I said. "It's your family, too, isn't it?" p. 225; "the wolf–Caitlin?--held on…" p. 396;
Baen: "So he turns into a wolf, too…" p. 421

**2012:** "Melusine was our great-great grandmother…she took the form of a dragon…as a descendant of Melusine, you are…" p. 312-313; 505

**2013:** "I stare at my friends in disbelief. 'You're not *human*? None of you?' p. 409
'I'm a ban sidhe, Anna'...  p. 409 (pronounced ban shee)
'Rachel and I are cousins by blood. Sirens and ban sidhe are cousins, too.'...  p. 405-409
"The boy's a Faery."  p. 405
"I thought you knew we were succubi…"  p. 423; "Wendigo" p. 81

298.

<u>Romantic lead saved heroine with his healing venom / Romantic lead saved heroine with his healing bite</u>

**Crave:** "Vampire venom has a lot of different properties, depending on what the vampire intends. Jaxon didn't bite you, but he did use his healing venom to seal your wound." p. 319

**BMR:** The romantic lead (werewolf) bites the heroine in order to save her from a serious injury which could have killed her. 2010 p. 323. "One bite is only enough to gift you with rapid healing." 2010 p. 329
"Ash's healing bite"  2011 p. 423, 425.
"Something was different between us now, had changed since the healing bite he'd given me." 2011 p. 425

---

[13] In both books, "dragons" as a supernatural being are mentioned for the first time in Crave p. 314 and BMR 2012 p. 312-313.

299.
Vampire venom / saliva has "coagulating properties" used to heal

**Crave:** "She bit you and injected her own venom, using the anticoagulant properties instead of the coagulant ones." p. 319- 20

**BMR:** "...as he licked her wrist when he was done, somehow sealing the puncture…In a corner of my brain I noted that his saliva must have coagulating properties." 2010 p. 429; 2011p. 532

300.
Heroine wonders if romantic lead's healing will cause her to turn into what he is

**Crave:** *Heroine:* "'...I mean, I'm not going to…' I mime getting fangs…She cracks up…'No, Grace, you're not about to sprout fangs and start sucking people's blood.'" p. 320

**BMR:** *Heroine:* "'Am I a werewolf now that you've bitten me?' Caitlin  snorted. 'You're exactly what you were before.'" 2010 p. 329  'Anna, how much did you know about your dad?'... 'E-enough to know he d-didn't sprout fur and whiskers and run around on four f-feet.' 2010 p. 294

301.
The main supernatural races in the first story are vampires, witches, and werewolves. There are also dragons

**Crave:** "I swallow. 'So...vampires, dragons, witches and werewolves." "dragon shifters" p. 321

**BMR:**
Vampires: "A vampire? What else didn't I know about?" 2011 p. 478

Witches: "I was born and remain Kindred—Witch." 2011 p. 576

Werewolves: "Mom and the rest of our family are what you might call 'werewolves.'" 2011 p. 421

Dragons: a.  "It is said that Melusine was our great, great-grandmother going back to the days of long ago... Melusine took the form of a dragon and watches her descendants unto this day." 2012 p. 312-313; "As a descendant of Melusine you are…" 2012 p. 505

b. "Dracon-dragon shifting people live in ice caves in Alaska and Russia." *The World Notes,* 2010

c. "From this side, the dragons that frame the mirror are alive. Their sleek, silver and gold bodies writhe around the frame head to head, tails entwined. Two pairs of brilliant, emerald green eyes stare back at me. I hold my hands out to them and can't resist stroking their beautiful faces. They butt their heads into my hands, vying for attention." 2013 p. 435

88

**EXHIBIT 2**

302.
"Technically" werewolves are wolf shifters

**Crave**: *Cousin to heroine:* "Well, if you're going to get technical, they're wolf shifters really, more than werewolves.
p. 321

**BMR**: *Heroine with romantic lead:* "He claimed he wasn't a werewolf but could shift into a wolf. It seemed like a bit of a technicality…." 2011 p. 236

303.
Wolf shifters are affected by the full moon

**Crave:** 'Wolf shifters?' 'Yeah. Who apparently do get a little extra wild around the full moon." p. 321

**BMR:** "...and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2011 p. 231
304.
Heroine's friend, Flint, is a dragon and shifts / heroine's great-great-grandmother took the form of a dragon

**Crave**: "Flint *is* a dragon, all the time. He can shift between his dragon and human form whenever he wants."
p. 321

**BMR**: "...Melusine was our great, great-grandmother…Melusine took the form of a dragon and watches her descendants…the dragons' eyes in the mirror frame are open and glittering green as emeralds, liquid as glacial water " 2012 p. 312-314; 505 (dragons alive)
"Races of supernatural beings are…dracon-dragon shifting people live in ice caves in Alaska…" *The World Notes, 2010*

89

**EXHIBIT 2**

**Page 273**

305.

Magical glamour is used to do make-up and hair by witches; in Crave, heroine's cousin is a witch, and in BMR, heroine's aunt is a witch[14]

**Crave:** "She comes out two minutes later, and not only is she dressed, but her hair is slicked back in an adorable style, and her face looks like she spent half an hour putting on makeup in front of a mirror." … 'What happened to you?' I demand. 'Oh, just a little glamour.' She wiggles her fingers in front of her face. 'And can I say how glad I am that you know now? My life is going to get so much easier." p. 322-323.

**BMR:** "'Let's play with a little glamour,' Aunt Brynne says. She's my makeup artist tonight. 'Snow White,' she whispers. My skin is all creamy porcelain and petal pink cheeks, my lips berry-kissed. She presses a finger over each eyelid. 'Eyes bright.' My grey eyes sparkle like silver, hidden contrasts of blue, green and ice glittering in the light. She runs her fingers through my long brown hair and soft curls follow in their wake. I toss my head from side to side and we're both laughing." 2014 p. 102

306.

Heroine thinks about her prior alien theory to explain the strange goings-on at school /Heroine's friend, as well as a teacher talk about alien theories

**Crave**: "Can I just say that I'm *really* beginning to miss my alien theory?" p. 325

**BMR**: "These alien theories fall along the same lines. Sometimes people give a complicated answer to a simple question." 2016 p. 41; "…aliens theory is so popular." 2014 p. 34

**In both books, someone is trying to kill the heroine to stop the war between the supernatural races. The heroine is the key to releasing the evil character (Hudson in Crave, and Ronan in BMR, who will bring destruction). Heroine's uncle explains / romantic lead explains, that there is a war going on. In Crave, it's a "giant turf war" and in BMR, the "earth" is used as a "battlefield." The heroine is in danger and should leave Alaska, but doesn't. The heroine thinks of mythology to understand the supernaturals. She realizes she should be scared of the romantic lead's power but isn't.**

---

[14] Glamour is a magic that witches use to magically do make-up, hair in both books.

307.
<u>Heroine notices while in the school cafeteria that the romantic lead is bleeding, he makes light of it / Heroine notices while in the classroom that the romantic lead is bleeding, he makes light of it</u>

**Crave**: 'You're bleeding.' 'I'm fine.' He shrugs it off..'You're hurt. Let me take care of you.' For long seconds, he still doesn't move, just stares at me, unblinking." p. 331

**BMR**: 'Are you bleeding?'...'Yeah, it's nothing.'... 'But you're still bleeding.' I reached out and pulled his shirt back…'I'm fine,' he said, staring into my eyes as if willing me to believe him. There was a long moment of intense silence between us…our eyes locked with one another." 2011 p. 110-111

308.
<u>Someone is trying to kill the heroine / The Order is trying to kill the heroine</u>

**Crave**: "I keep trying to tell you, but you won't listen. Someone is trying to kill you, Grace." p. 334

**BMR**: 'Why can't they know about me?' I ask…'Because they'll kill you." 2013 p. 344; "He's part of the Order— the corrupt Order that killed my dad. And they'll want me if they find out about me." 2013 p. 223; "Ronan…when he rises, it won't be long before they're united…and the end is near…" 2013 p. 330 (referencing the girl they're looking for, who is the heroine).

309.
<u>The heroine contemplates her new reality regarding the supernatural, school, things that go bump in the night and the war</u>

**Crave**: "...everything you'd ever heard about the supernatural world was actually real...this school is filled with things that go bump in the night...vampires and dragons are real when we're in the middle of a giant turf war…." p. 343-344

**BMR:** "A reality where the supernatural was, perhaps, natural." … "The things that go bump in the night….All the fairy tales and stories…they're true." …"How could I possibly reconcile school with demons, werewolves and a supernatural war?" 2011 p. 236-237; 230; 462

91

**EXHIBIT 2**

310.
Heroine learns there is war among supernaturals having a giant turf war / with earth as the battlefield

**Crave**: "It's not exactly easy to hide the fact that vampires and dragons are real when we're in the middle of a giant turf war." p. 344

**BMR**: "There's a war going on...Beings of myth and legend are fighting each other every day with Earth as the battlefield." 2011 p. 230


311.
Heroine's uncle has kept the supernatural world from her/ Heroine's mother and aunt have kept the supernatural world from her

**Crave**: 'Why didn't you tell me? You could have told me when you asked me to move to Alaska, when you came for the funerals.'... 'it seemed easier to leave you in the dark for a while. Especially…after talking to Dr. Blake, she thought we should let you get used to Alaska, and the huge change in your life…' p. 343

**BMR**: 'Why haven't you told me *anything*?' …'We couldn't tell you without putting you in danger.' 2013 p. 343; 344-345 "Alaska is the one place in the world we knew you'd be safest…" 2013 p. 345


312.
Heroine's uncle wants her to leave Alaska because he believes she's in danger / Heroine's mother and aunt want her to leave Alaska because they believe she's in danger

**Crave**: "No one is trying to kill me—someone just had an oops with their powers… 'We're not sure…' My uncle is back to steepling his fingers. 'That's why I want to send you back to San Diego. 'Send me back?' p. 345-346

**BMR**: 'They can't find out about her. Or us. I say we leave at first light.'...'*Leaving?!* Aren't you overreacting a bit? Why can't they know about me?'…'Because they'll kill you.' 2014 p. 279-280

92

**EXHIBIT 2**

**Page 276**

313.
Romantic lead is seductive

**Crave**: "'I know Jaxon can be'...He pauses, blows out another long breath. 'Seductive. I know how the girls feel about him.'" p. 347

**BMR**: About Ash: "Seductively charismatic...Intensely sexually attractive to the opposite sex." *The Cast Notes*, 2008

314.
Heroine is told by her uncle that vampires are born / Heroine is told by vampire prince that vampires are born

**Crave**: *Uncle to heroine*: "Jaxon was born a vampire...Vampires can be made... but they can also be born." p. 348

**BMR:** *Vampire prince to heroine*: "Our kind are born you know..." 2011 p. 541; 2010 p. 438; "You mean to make me a vampire as some sort of punishment to him, is that it?" 2011 p. 547

315. Intentionally deleted.

316.
Heroine is told that romantic lead's type of supernatural is due to a genetic mutation / Heroine wonders if romantic lead's type of supernatural is due to a genetic mutation

**Crave**: "Like other things, vampirism is a genetic mutation." p. 349

**BMR**: "Maybe his glow-in-the-dark eyes ran in his family. Maybe it was some kind of genetic mutation." 2011 p. 186

93

**EXHIBIT 2**

**Page 277**

317.

Vampires are due to a genetic mutation and romantic lead is a vampire / Berserkers are due to a gene (shift into a wolf and a bear)

**Crave**: "It's a genetic mutation, so yes, vampires can be born to anyone. Usually they aren't." p. 349

**BMR**: "Every now and then someone is born with a dominant Berserker gene…If you're being polite about it, I'm a Sentinel…If you don't want to play nice, then I guess you'd say I'm a Berserker like my dad…" 2010 p. 338-339; 2011 p. 421-422

318.

Sometimes a vampire is born due to a gene and doesn't know what they are / sometimes a Berserker is born due to a genetic mutation and doesn't know what they are

**Crave**: "…other born vampires do happen. They're the ones you read about in stories, because they don't have any knowledge of who or what they are so they…' 'Run rampant killing everyone in sight?' '…They are the ones who don't know any better.' p. 350

**BMR**: "Technically, Dad's a Berserker…every now and then someone is born with a dominant Berserker gene…He was seven. The villagers were terrified of him. They didn't know whether his magics were a gift from the gods or a curse...they cast him out...Berserkers...fought until no one was left standing…Fortunately, one of our kind found him…" 2010 p. 338-339; 2011 p. 421

319.

Heroine doesn't want to leave Alaska

**Crave**: "I don't want to go back to San Diego, Uncle Finn." p. 350

**BMR**: "*I can't just leave!*" 2014 p. 279

94

**EXHIBIT 2**

**Page 278**

320.
Uncle and heroine discuss about leaving Alaska, loss of family is mentioned / Mother and aunt discuss with heroine about leaving Alaska, loss of family is mentioned

**Crave**:
*Heroine to uncle:* "I don't think I can heal there, driving by my old house on the way to school every day. Going to all the places my parents and I used to go—" p. 351

*Uncle to heroine*: "On the day you were born, I promised your father I'd take care of you if anything ever happened to him, and I am not about to let him down." p. 351

**BMR**:
*Mother to heroine with aunt*: "…we've—lost everyone we care about. All of our family. My husband, our brother, cousins, parents—I cannot and will not lose you." 2014 p. 280

321.
Heroine doesn't end up leaving Alaska

**Crave**: "Okay. Grace. If that's how you feel, you know you can stay." p. 351 (she stays)

**BMR**: "It's been nearly a week since the night that changed everything." 2014 p. 373… "'I'm leaving tonight.' As soon as I say the words, I know that's what I'll do. I'll keep us both from having to make choices we shouldn't have to make. 'Don't.' He catches my hand in his. 'You saved my life that night….I'm saying we'll figure this out together…' Our breaths become one breath and in this kiss is a promise." 2014 p. 386-387 (she stays)

322.
Heroine thinks that monsters are real

**Crave**: "This whole *monsters are real* thing is going to take a lot of getting used to." p. 354

**BMR**: "Because they're real. Monsters." 2010 p. 3; "There were a lot of creepy monsters in fairy tales. If most of them were true then I was definitely back to checking the closets and underneath the bed." 2010 p. 185

95

**EXHIBIT 2**

**Page 279**

333.
Heroine is looking for a book in mythology section to explain the supernatural beings she has learned are real / Heroine thinks about books she's read on mythology

**Crave**: "I think about starting in the mythology section, seeing if there are any books on the different paranormal creatures." p. 354

**BMR**: "…images from books I'd read…mythological beings…were they shape-shifters of some kind…" 2011 p. 230-231

334.
The element of air ruffles the heroine's hair when it is called upon

**Crave**: "A light wind blows through the library, ruffling my hair and making the magazines on the rack behind me flutter…" 'You're a witch!'…'I am…with an affinity for the elements.'…'So not just wind?' p. 355

**BMR**: "A gentle wind ruffles my hair, tickling my ears and playing with the hem of my nightgown…Somehow in this place, I know what to do—calling the elements…" 2011 p. 386-387 ;Witches call on the five elements, 2011 p. 463

335.
The romantic lead has power with his mind:

**Crave:** Romantic lead "Jaxon slams the guy...into the wall with a flick of his fingers, then has him dangling a dozen feet in the air using nothing but his mind." *"telekinesis"* p. 366  15

**BMR:**  Romantic lead: 'Basically, get them to trust me...I would've just *compelled* you to open the door and let me in,' 2011 p. 271, 286  'I could blur your memories…' 'That makes you very dangerous," I said in a low voice, more to myself than to him. He was the ultimate hunter being able to charm his prey.' p. 286

336.
Invisible fence made by romantic lead who is a vampire / Invisible barrier made by vampires

**Crave**: "But when I try to move toward him, it's like I'm running straight into a wall...an invisible barrier in front of me…" p. 368

**BMR**: "I dart past them but everyone else stops in front of the van like they've hit an invisible fence." 2013 p. 394

96

**EXHIBIT 2**

337.
<u>Heroine thinks she should be scared of romantic lead after seeing his powers, but she isn't</u>

**Crave**: "The telekinesis, the absolute control Jaxon exerted over everyone in that lounge, including me? The obscene amount of power he wielded with just a wave of his hand? I don't know how I feel about all that either. Except, like the violence, it doesn't scare me the way it probably should. *He* doesn't scare me the way he probably should." p. 371

**BMR**: "I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't." 2010 p. 220

338.
<u>Romantic lead tells heroine he won't hurt her</u>

**Crave**: *Romantic lead:* "I won't hurt you…" p. 372

**BMR**: *Romantic lead:* "I would never hurt you, you know that, right?" 2011 p. 172

339.
<u>Mouth opens and closes like a fish out of water</u>

**Crave:** "Stunned, his mouth opening and closing like a fish out of water as he struggles for a decent response." p. 373

**BMR**: "My mouth opens and closes like a fish out of water...I struggle for air, my body thrashing." BMR 2011 p. 2

**Heroine and romantic lead are about to kiss for the second time. They have a who I am what I am conversation about the romantic lead. She tries to kiss him but he won't allow it until he knows that she's okay with what he is.**

340.
<u>Heroine moves in to kiss romantic lead but he doesn't respond, she is embarrassed</u>

**Crave**: "'Please.' My mouth is nearly pressed against his. Still no response. My confidence—shaky at the best of times—is about to desert me completely." p. 378

**BMR**: "I raise my face up to him and close my eyes. I want this moment. I want him to kiss me. But he doesn't. Opening my eyes, I feel ten kinds of stupid…Mortified, I look away." 2013 p. 208

97

**EXHIBIT 2**

**Page 281**

341.
<u>Heroine laces her fingers with romantic lead's / romantic lead laces his fingers with heroine</u>

**Crave**: "Once more, I lace our fingers together…" p. 378

**BMR**: "He covers my hand with his, lacing his fingers through mine." 2013 p. 208

342.
<u>It doesn't matter to the heroine what romantic lead is</u>

**Crave:** *Romantic lead:*... "Even knowing what I am?"
　　　*Heroine:* "I know *who* you are. That's what matters.'"  p. 378

**BMR**: *Romantic lead*: "It's because of what I am, isn't it?"
　　　*Heroine*: "I guess I don't care about what you are, Ash. It doesn't matter to me." 2010 p. 221

　　*Romantic lead:* "When we kiss, I want it to be because you want *me*. And I don't want you to have any questions about that. About who I am or what I am." 2013 p. 208.

343.
<u>Heroine is concerned about romantic lead walking away / Romantic lead is concerned about heroine walking away</u>

**Crave:** *Heroine:* "What scares me is the idea that you're going to walk away and I'm going to go my whole life without knowing what this could feel like." p. 379

**BMR:** *Romantic lead*: "I can't explain it but I've got a feeling that if I let you walk away I'll be missing something so important that I can't take that chance." 2013 p. 223

98

**EXHIBIT 2**

**Page 282**

344.

Romantic lead groans low in his throat, heroine's hands are in his hair, down his back / Romantic lead groans low in his throat, heroine's fingers are in his hair, hands on his back

**Crave:** "I arch against him in an effort to be closer, then run my hands over his arms, his shoulders, his back. My fingers tangle in his hair, and he groans low in his throat.  p. 383

**BMR:** "He groans low in his throat, it's almost a growl and that sound makes me wild with my own power that I could do that to him. My hands are in his hair and I'm pulling him to me, closer. My hands glide down his back and grip the belt loops of his jeans.  2012 p. 222; 2013 p. 225

345.

Romantic lead explains he had trouble with self-control of his powers around the heroine

**Crave**: "I promised you the earthquake thing isn't going to happen anymore…But it's going to take a little time for me to figure out how to control all the things you make me feel." p. 383

**BMR**: "Because I find you so. . . appealing, and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2011 p. 231

346.

Romantic lead's smile lights up his face

**Crave**: "...he smiles, really smiles, and it lights up his whole face" p. 384

**BMR**: "He smiled that smile of his, the one that touched his eyes and lit up his entire face." 2011 p. 119

347.

Romantic lead's words cause heroine to melt inside

**Crave:** "...try to pretend his words aren't making me melt deep inside." p. 384

**BMR:** "...the way he said those words—I'm melting inside." 2011 p. 147

99

**EXHIBIT 2**

**Page 283**

348.
The romantic lead likes to touch a lock of the heroine's hair, and does so often

**Crave**: "Jaxon takes hold of a lock of my hair... " p. 386; 202, 225, 386, 502 (kindle edition);
"…he reaches out and gently takes hold of one of my million curls." p. 29

**BMR**: "...he reached out with one hand and brushed a lock of my hair back from my face..." 2011 p. 62; "He tucked a lock of my hair behind my ear. p. 261; 299, 321, 462, 466, 468, 477

349.
The heroine notices his scent of oranges and deep water / of citrus and spice and waterfalls, wants him

**Crave**: "He smells like oranges again, and deep water, and I sink into the scent of him, into the glorious taste and feel and sound of him. His hands go to my hips, and he groans low in his throat…I've never been this intimate with a guy before, have never wanted to be, but with Jaxon, I want it all…" p. 388

**BMR**: "The heat of his skin felt good. I took a deep breath savoring his scent–citrus and spice with a note of musk and woods." 2010 p. 372; Same quote in 2011 but adds "waterfalls" p. 460
"Being with him, the touch of his skin on mine, the way his lips feel against my own, make me want to be with him more than I want anything else. He groans low in his throat… 2012 p. 222; 2013 p. 225


**Romantic lead talks to heroine about his older brother who was killed.**


350.
Romantic lead believes he killed his older brother / Romantic lead's older brother was killed and he feels responsible

**Crave**: *Romantic lead:* 'I killed Hudson.' 'Your brother?'...'Brother. Yeah.' p. 390
"I didn't set out to kill him, Grace. But do you really think intentions matter when someone's dead? It's not like you can just bring them back because you didn't want to do it." p. 390

**BMR**: *Romantic lead:* "It happened three years ago. My brother, Dylan, was killed. He was nineteen…He was in the wrong place at the wrong time…they said it was an accident but it wasn't."
     *Heroine:* "I understood his pain. He felt the same way I did about my dad and grandparents' deaths. Responsible."  2011 p. 125

351.
Romantic lead's older brother was nineteen / Romantic lead's older brother looks nineteen

**Covet**: "…as Hudson is more than two hundred and looks about nineteen." p. 448 (Hudson is the romantic lead's older brother).

**BMR**: "My brother, Dylan, was killed. He was nineteen." 2011 p. 125

352.
Hudson was the vampire prince / Julian is the vampire prince

**Crave**: 'Hudson was the firstborn…The prince would be king.' … 'King?'...'The next vampire liege at your service….I'm the replacement.' p. 391-392

**BMR**: 'And I am a prince…You may call me Julian, my sweet.'...'crazy vampire' 2010 p. 427

353.
Romantic lead does a mock bow

**Crave:** Romantic lead: "He does a mock little bow." p. 392

**BMR:** Romantic lead: "He swept his arm out, ducking in a mock bow..." 2011 p. 37

354.
Romantic lead is a royal / Romantic lead is referred to as a royal

**Crave**: "Is that why everyone treats Jaxon with such deference? Because he's royalty?" p. 392

**BMR**: "His Royal Hotness" 2011 p. 319 (about romantic lead)
"Being of the blood, means that you're practically royalty." (about heroine) 2011 p. 446
"...which I knew from my studies was a sign of royalty among the Celts of old." 2011 p. 592 (about Ronan)

101

**EXHIBIT 2**

**Page 285**

355.
Romantic lead is a prince /Romantic lead is a knight

**Crave**: "'I'm the replacement. The new heir apparent.'…'And future king.'" p. 392

**BMR**: *Romantic lead's father:* "Our particular Clan also has the honor distinction to serve as Knights of the Order." 2011 p. 443
"The Order….The Ancients, a governing branch." 2011 p. 300

356.
The Order serves the romantic lead, he is part of the Order as prince / the romantic lead serves the Order

**Crave**: *Romantic lead:* "I nod to the Order to stay where they are until the crowd starts to disperse, so that's exactly what they do." p. 557

**BMR**: *Romantic lead's mother:* "There are Knights of the Order planted in each high school in Anchorage…" 2011 p. 444; "Our particular Clan…serve as Knights of the Order." 2011 p. 443

357.
"Chosen One" in capital letters

**Crave:** "Lia and my mother whispering all kinds of Chosen One bullshit in his ear... " 394.

**BMR:** "Unfortunately, there's more to you than meets the eye, Oh Chosen One." 2011 p. 567

358.
Romantic lead is talking to heroine about Hudson's plan to put shifters in their place and uses air quotes with fingers /Aunt is talking to heroine about werewolf shifters and makes air quotes with her fingers

**Crave**: "''So when Hudson worked up a plan to'--he curls the fingers of his free hand and makes air quotes–'put the shifters in their place…'" p. 395

**BMR**: "One girl even claims that she was taken by werewolves, with glowing eyes, 'like in the movies,'" she said as she made air quotes with her fingers." 2011 p. 76

102

**EXHIBIT 2**

**Page 286**

359.
Hudson was responsible for the wholesale slaughter of his people / Ronan was responsible for genocide

**Crave**: "So when Hudson worked up a plan to…put the shifters in their place…looked and smelled an awful lot like prejudice to me. And then it began to look a lot like genocide. Especially when he started adding other supernatural creatures—even made vampires—to his list. Things got ugly." p. 395

**BMR**: "No one knows exactly what happened—though legend has it that one man, Ronan O'Faolain, a druid, was responsible for the wholesale slaughter of his people." 2011 p. 46; "war between the races" 2014 p. 326; "war between the Unseen" 2014 p. 280

360.
Hudson started a fight that could rip the world apart / When Ronan rises, the end will be near

**Crave**: "And one day he started a fight that was set to rip the whole world apart had it been allowed to continue." p. 395 (Refering to Hudson, who is Ronan in BMR)

**BMR**: "He and the Nyx are tied together. According to the curse, when he rises, it won't be long before they're united. And the end is near." 2014 p. 267; "The war. Demons and things that go bump in the night" 2011 p. 297; "war between the races" 2014 p. 326 (referring to Ronan, who is Hudson in Crave); "war between the Unseen" 2014 p. 280

**Mind control powers of the romantic leads: In Crave, the romantic lead has power with his mind; he's telekinetic. His brother, Hudson, the "vampire prince," has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

**In BMR, the romantic lead can make people do things with his mind, and Ronan, the Bloodletter, is said to have taken away people's free will. The vampire prince, Julian, has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

103

**EXHIBIT 2**

**Page 287**

361.
Vampire prince can make people do things with mind control.

**Crave**: *About Hudson the vampire prince:* "He had the power to make people do whatever he wanted them to do....He could make you kill yourself, Grace. Or Macy. Or your uncle. Or me." p. 397

**BMR:** *About Julian, the vampire prince*: "He stood up. 'Kneel.' ...And my friends knelt, knowledge full in their faces but powerless to give voice to their terror." 2011 p. 531

*About Ronan*: "Ronan's trick in binding the druids took away their free will. Their ability to choose." 2011 p. 432
*Heroine about the romantic lead*: "I couldn't help but feel that manipulating someone's free will, even when it was for the right reasons, wasn't okay. Would he, could he end up doing that to me?" 2011 p. 454

362.
Hudson would destroy them all / Ronan slaughtered every man, woman, child

**Crave**: "He would destroy them all—just because he could." p. 397

**BMR**: "He slaughtered every man, woman, and child…" 2011 p. 434

363.
Heroine can see the pain in romantic lead's eyes about the murder of his brother

**Crave**: "When he finally turns back around to look at me, I can see the pain, the devastation behind the emptiness in his eyes." p. 397-398

**BMR**: "It was the pain in his eyes as he spoke that told me he'd lost someone close… After a long silence he turned and looked at me, his face full of anguish. And more than a hint of anger.  2011 p. 125

364.
A supernatural war is on the rise, there have been three / supernatural war is on the rise

**Crave:** "The different species have been at war three times in the last five hundred years. This was almost number four…the distrust for vampires that goes back centuries is right up front again." p. 398

**BMR:**  "war between the Unseen" 2014 p. 280; concept of "...war between the races" 2014 p. 326; "We're at war with demons—beings who feed on humans in one way or another, be it flesh, blood, spirit or energy. Myths and legends have been created from the very fabric of this war. You'll find references to us in every culture, going all the way back to the beginning of recorded history." 2010 p. 355 2011 p. 441

104

**EXHIBIT 2**

**Page 288**

365.
<u>Romantic lead has tried to stay away because he doesn't think it's safe for the heroine to be around him.</u>

**Crave:** "They've been gunning for you since you got here. I don't know why it started, if it's because you're human or if there's something I haven't figured out yet. But I'm sure it's continued—and gotten worse—because you're mine...It's why I tried to stay away from you..." p. 398-399

**BMR:** 'So you've been avoiding me because?'... 'I wanted to protect you...I didn't think it was safe for you to be around me. You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me.' 2014 p. 99

"I'm just worried now that you're so very publicly connected to me. That's all... We're going to have to be even more careful than I'd planned."  2011 p. 321-322
"It's just that if we're seen together as a couple, it might well...it might not be safe." 2011 p. 297

'Why have you been ignoring me at school?…did I say or do something wrong?'...'No! It's not you…things aren't what they seem. At least not with me….I have a lot of stuff going on my life that's—well—it's complicated.' 2011 p. 130-131 (referring to his part in the war); 2013 p. 116-117; 2014 p. 96-98

366.
<u>Romantic lead feels a sense of responsibility to stop the war and keep the balance / to stop the balance from being tipped in the war</u>

**Crave**: *Romantic lead:* "We're balanced on a razor-thin tightrope, and every day, every minute, is a balancing act. One wrong step in either direction, and the world burns. Not just ours, but yours as well, Grace. I can't let that happen." p. 399

**BMR**: *Romantic lead:* "They're searching for someone…who is tied to both houses, light and dark. That girl is the key to tipping the balance of the war, one way or the other (p. 239)... If they find her first, the world as we know it will never be the same (p. 241)....it's my duty, the duty of my people to look after and protect yours. It's what has to be done…there is no second chance here, Anna." p. 248 (romantic lead will kill the girl who will unite with Ronan and tip the balance in the war). 2011 p. 239, 241, 248

**Note:** In Crave, the heroine is needed to resurrect Hudson, who will bring war, destroy the world. In BMR, it is believed that a girl, the heroine, will unite with Ronan, and bring war, an apocalypse.

**Note:** In BMR manuscripts, the heroine's ultimate purpose is to unite the races, though it's believed she presents a danger in uniting with Ronan, and that Ronan is evil. In truth, Ronan is not evil. In Crave series, the heroine's ultimate purpose is to unite the races, though at first, in Crave, it is believed that she will be used to resurrect Hudson, and that Hudson is evil. In truth, Hudson is not evil.

105

**EXHIBIT 2**

**Page 289**

367.
<u>Romantic lead is a lonely guy</u>

**Crave**: "The pain, the loneliness, of his existence hits me like an avalanche. What must it feel like to be so alone?" p. 400

**BMR**: "As for Ash, he is a lone wolf, so to speak…he has not had the opportunity to form meaningful relationships...he feels very lonely." *The Cast,* 2008; "Our family moves around a lot because there's always a project. Most of the time we're pretty remote." 2011p. 121


368.
<u>Heroine tells romantic lead he's not a monster</u>

**Crave**: "But you're not a monster, Jaxon. Not even close." p. 400

**BMR**: "Those changes I saw name you as some kind of monster. But when I think about you," I said softly, almost whispering, "I just don't believe that." 2011 p. 253  "Ash wasn't a monster" 2011 p. 261


369.
<u>Romantic lead tells heroine he will keep her safe after she is hurt by a supernatural being</u>

**Crave**: "I'll do whatever it takes to keep you safe, even if that means taking on every shifter in the place. Especially any dragons who might have the power to kick up a wind like the one that broke that branch." p. 404

**BMR**: "I want you to feel safe with me, protected. After everything that's happened today, I know that won't be easy. I promise you, Anna, I'll make sure nothing like that can ever happen again." 2010 p. 364; 2011 p. 468


370.
<u>Heroine and romantic lead kiss until his breath becomes my breath / until our breaths become one breath</u>

**Crave**: "He pushes closer, and I arch against him, pressing my mouth into his until his breath becomes my breath…" p. 405

**BMR**: "He pressed his lips against mine again, soft and warm, our breaths becoming one breath." 2011 p. 256


106

**EXHIBIT 2**

**Page 290**

370 a.
<u>Romantic lead asks heroine if she really wants to talk about this when she asks him questions about his type of supernatural being</u>

**Crave**: *Romantic lead*: "Is this seriously what you want to talk about right now?" p. 407

**BMR**: *Romantic lead*: "'Do you really want to know?' He asked in a tone of voice that told me I probably didn't." 2011 p. 420

371.
<u>Heroine wonders how old romantic lead really is, and how his kind age</u>

**Crave**: "Things like how long do born vampires live—or are they immortal, like the stories suggest? Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? And if it is, exactly how old is Jaxon?" p. 407

**BMR**: 'Your dad–he looks like a Viking' …'That's because he *is* a Viking.'...'That means he's…' 'Over a thousand years old, give or take a few years' …'I mean are you' …'I'm just seventeen.' 'Is that in human or dog years?' I found myself asking. 'You don't age like we do then.' …'We don't age like *humans* do.' 2011 p. 420

372.
<u>Romantic lead winks at heroine when uncle is at the door, after they've been making out / Romantic lead winks at heroine when he puts her legs in his lap and she worries what his parents will think about their public display of affection in front of them</u>

**Crave:** "I look around for a mirror so I can fix my hair just enough that it doesn't look like I've spent the last hour making out with a vampire…He moves toward the door, which is practically vibrating with the force of my uncle's knocks…Jaxon winks at me, even blows me a kiss…as he throws open the door. 'Nice of you to let me in…' 'Sorry, Foster, but Grace *did* have to get her clothes back on.'" p. 406-407 (they've been making out)

**BMR**: "Wrapping me up in the oh-so-soft blanket. He cradled my head in his hands as he eased a fluffy pillow under my head, propping me up. With a wink, he inserted himself underneath my legs by raising them up and over his lap. I wondered if his parents would object to this obvious public display of affection. I knew my mom would. He whisked the blanket over my feet." 2011 p. 418

107

**EXHIBIT 2**

**Page 291**

373.
Heroine is warned she shouldn't go out alone

**Crave**: "You shouldn't go out anywhere alone. It's not safe." p. 416

**BMR**: "It's not safe to be out alone, even after school." 2011 p. 62; "You aren't going anyplace alone and if you find yourself without a ride, you'll call home." 2011 p. 82; "Anna isn't to walk home alone and she knows better." 2011 p. 61

374.
Heroine wonders if she might be crazy, for hearing voice in her head

**Crave**: "Something that proves I'm not crazy for thinking I hear a voice deep inside myself that tells me what to do." p. 418

**BMR**: "A voice in the back of my head told me that I had made that spider happen to Brendan…crazy voice." 2011 p. 314 "And I was worried strange things might be happening when I could feel them—or that I was going crazy…" 2011 p. 337

375.
Heroine feels like there are two of her / Heroine feels like voice is separate from her

**Crave:** About the voice: "In some ways, it felt almost sentient, like it existed away from my own consciousness and subconsciousness." p. 418

**BMR:** About the voice: "I wondered if I would always feel fractured, like there were two of me sharing the same skin." 2011 p. 430

376.
Heroine isn't to be alone and is escorted by friends

**Crave:** "'I'm good heading to Calculus if you're good with Lia showing you the rest of the way.' … I like that Mekhi isn't making a big deal of the *me not being alone* thing, just kind of making sure all the bases are covered…" p. 423

**BMR**: "Anna isn't to walk home alone and she knows better." 2011 p. 61
'All of us are staying together so we can make sure you're safe.' 2011 p. 517

108

**EXHIBIT 2**

**Page 292**

377.

Heroine worries about adding fuel to the fire, regarding gossip  / Heroine worries about being in a gossip column & adding fuel the fire

**Crave**: "...the last thing I need to do is add fuel to the fire." p. 424

**BMR:** "Adding fuel to the fire…." 2011 p. 319

378.

Lia invites heroine to a girls night which is a pretext for the kidnapping / Heroine is invited to a slumber party which is a pretext for the kidnapping

**Crave**: *Heroine is invited*: "I was thinking you might want to get away from all that machismo for a while. Want to do a girls' night tonight?" p. 425

**BMR:** *Heroine's friends invite her:* 'You can't deny that something's up. And whatever it is, it can't be good.'...'Which is why we are having a great big slumber party tonight.' 2010 p. 415

379.

Heroine thinks about real friends and how important they are when she has just made a new friend. The new friend will be her kidnapper / Heroine thinks about real friends and how important they are when she has just made two new friends. These new friends will be part of the kidnapping scene

**Crave**: "But real friends are important–not to mention few and far between…" p. 427 when with new friend Lia

**BMR**: "Rachel and Jenny were real people. Real friends." 2011 p. 334-335 when with new friends Rachel and Jenny

109

**EXHIBIT 2**

380.

Romantic lead invites heroine to meet him in his room / to meet him at the dance. It feels like a date

**Crave**: *Romantic lead*: "Anyway, come to my room tonight, whenever you're available." p. 427
*Heroine:* "...I'm trying to figure out what to wear to Jaxon's room for our…date." p. 430 (herone tells her cousin they are just hanging out but she refers to it as a "date" in her head).

**BMR**: *Romantic lead*: "Meet me at the dance?" 2013 p. 120
*Heroine:* "Even though Ash hasn't asked me, it feels like a date." 2013 p. 151

381.

Heroine notices romantic lead's scent

**Crave**: "orange and freshwater scent of him." p. 435

**BMR**: "his scent—*citrus* and spice now...waterfalls." p. 460  waterfall 2011 p. 35, 256, 405, 460

**Northern Lights Scene. The romantic lead takes the heroine to see the northern lights. In Crave, he takes her and they dance beneath the northern lights. In BMR, they dance together at the school dance, and then he takes her outside to see the northern lights.**

382.

Northern lights, it's cold outside but heroine barely feels it

**Crave:** "'The northern lights,' I breathe, so caught up in the incomparable beauty of them I barely feel the cold." p. 438

**BMR:** "It's unseasonably cold for Halloween this year but I don't care—I barely feel it...We've decided to check out the northern lights... 2013 p. 153

383.

Purple, green swirls across the sky

**Crave**: "…background an intense, incredible purple while swirls of periwinkle and green and red dance across it." p. 438

**BMR**: "Flowing streamers of brilliant green and purple swirl across a pitch-black sky…" 2013 p. 154

110

**EXHIBIT 2**

384.
Romantic lead and heroine give scientific explanation / Heroine says there is a scientific explanation

**Crave:** "The higher velocity of the solar winds hitting the atmosphere, the faster they dance." "And the colors are all about the elements, right? The green and red are oxygen and the blue and purple are nitrogen." p. 439

**BMR:** "I know there's a scientific explanation for it but still, it feels magical." 2013 p. 154

385.
They kiss and she is hungry for him / He kisses her like he's starving for her

**Crave:** "He kisses me like he's starving for me. Like his world depends on it. Like I'm the only thing that matters to him. I kiss him right back the same way…" p. 439

**BMR**: "…he brushes his lips…in a whisper of a first kiss. I turn his face with my fingers and brush my mouth against his, tremulously at first and then a sort of hunger overtakes me and I claim his mouth with my own." 2013 p. 158

386.
Romantic lead wraps heroine in a blanket and his arms; heroine feels pace like a warm blanket when she's in romantic lead's arms

**Crave:** "...Jaxon draping his super-warm blanket around me….wrapping his arms around me from behind so that I'm snuggled up in the blanket *and* his arms."  p. 438

**BMR:** "He couldn't possibly understand the effect he had on me, especially holding me in his arms….A sense of peace settled over me like a warm blanket and I moved in time with the music and with Ash. I felt the music flow around and through me.  2011 p. 162 (at school dance)

111

**EXHIBIT 2**

387.

Heroine and romantic lead enjoy dancing, floating and spinning, joy of the moment together / Heroine and romantic lead enjoy dancing, are suspended together in time, enjoy the pure joy of it

**Crave:** "I laugh all the way through it... dancing and floating and spinning our way through the most spectacular light show on earth...the joy of being here, in this moment, with Jaxon..." p. 441

**BMR:** "We were suspended in time, just the two of us and there was no one else...guiding me as we danced. We moved in perfect time as though we had been dancing together forever. I threw my head back and laughed for the pure joy of it..." 2011 p. 162-163 (at school dance); 2013 p. 149;

388.

The northern lights is a lightshow

**Crave**: "We stay up for hours, dancing and floating and spinning our way through the most spectacular light show on earth." p. 441

**BMR**: "Just a perfect black background to showcase our own personal lightshow." 2013 p. 153

389.

Romantic lead is able to float (telekinesis), seems like he can fly / Romantic lead jumps so high, it seems like he can fly

**Crave:** *Heroine:* "How are we flying?" p. 440

**BMR:** *Romantic lead:* "I didn't exactly fly. Well, I guess I sort of did, didn't I?" 2011 p. 453

**Heroine receives a special necklace. Romantic lead in Crave gives the heroine a special necklace. In BMR, Ronan gives her a special necklace. Ronan is Crave's Hudson (the presumed dead brother of romantic lead in Crave), who is not introduced as a character until book two, Crush, and will be in a love triangle. Ronan is intended for the love triangle in BMR, according to Freeman materials, with the foundation set forth in versions of the manuscript.**

390.

Everything in her is "screaming" when romantic lead offers heroine something she wants but feels she shouldn't accept

**Crave**: Romantic lead offers heroine a necklace, which she feels she shouldn't accept: "even though everything inside me is screaming for me to hold tight to the necklace…" p. 443

**BMR:** Romantic lead offers heroine a ride which she feels she shouldn't accept: "Everything within me is screaming to just give in and say yes to the ride." 2013 p. 51

391.

Heroine is given a special necklace

**Crave:** "…necklace…It's the most beautiful thing I've ever seen…huge rainbow colored gemstone…aurora borealis stone…he lowers the necklace until the stone rests a little below my collarbone…and fastens it around my neck." p. 443

**BMR:** "It's beautiful…glimmering moonstone…a summoning stone…I feel him walk the fingers of one hand slowly up my arm to my collarbone…He's put the necklace around my neck?" 2013 p. 452-453

(The Bloodletter) Ronan, gives the heroine a necklace with a stone that has magical properties. He kisses her after giving it to her in BMR 2010 p. 484

392.

After romantic lead gives heroine the necklace, he kisses her

**Crave**: '…he's kissing me, really kissing me… his lips move over mine…his tongue brushes over the corner of my mouth…I've never felt anything like this before, never imagined that I *could* ever feel something like this…the cold catches up with me…" p. 444

**BMR**: "He bent down and gently touched his mouth to mine…his lips lingered over mine, our breath mingling in the night air that should have been cold…His mouth closed over mine again and I gave myself up to the sensation of it." 2010 p. 484

**Romantic lead asks if he can bite the heroine scene. In Crave, the romantic lead asks to bite the heroine as part of their kissing. In BMR, the romantic lead asks to bite her in order to save her. In both sequences, he snarls, his mouth is bloody, and it's a frightening moment.**

113

**EXHIBIT 2**

393.

Heroine sees romantic lead snarl, his fangs dripping blood / Heroine sees romantic lead snarling, his mouth bloodied, canines sharp

**Crave**: 'That's when he snarls. His grip on me getting harder, tighter...His fangs sink deeper and the moment of clarity fades as he begins to suck in earnest'…'He's towering above me now, fangs dripping blood, and face contorted with rage.' p. 447, 448

**BMR**: "... a vision of Ash exploded in a swirl of violent color. A snarling, vicious-looking Ash, lips curled back in fury as he looks up from a girl's broken body, mouth bloodied, canines sharp." 2011 p. 260  "And I realized that the vision I'd had in the parking lot of Barnes and Noble all those weeks ago, of Ash leaning over the broken and bloodied body of a girl, his lips red with her blood, was this moment. That girl was me." 2011 p. 406

394.

Romantic lead's fangs sink into heroine  / Romantic lead's canines distended as bites heroine

**Crave:** "...seconds later he strikes, his fangs sinking deep inside me." p. 446

 **BMR**: "The last thing I saw was Ash's face, canines distended, as he leaned forward to bite me." 2011 p. 406

395.

Heroine's mental clarity

**Crave**: "...and the moment of clarity fades." p. 447

**BMR**: "My newfound mental clarity was stubborn." 2011 p. 408

396.

Heroine's world dimmed / everything fades for heroine

**Crave**: "Everything kind of fades after that, so that I have no idea how much times passes…" p. 448

**BMR**: "The world dimmed until I knew no more." 2011 p. 406

114

**EXHIBIT 2**

**Page 298**

397.
Heroine has lost a lot of blood

**Crave:** "But I'm weak from blood loss and it barely budges the first time." p. 449

**BMR**: "Easy there, Anna. You lost a lot of blood." 2011 p. 407

398.
Heroine is disoriented, dizzy, /heroine is light-headed, sways

**Crave**: "But I'm so light-headed right now that I can barely stand upright and I sway with every step I take." p. 450

**BMR**: "I had a strange sense of disorientation. Dizzy, I collapsed to my knees on the floor grabbing onto a leather bench for support." 2011 p. 414

399.
The voice inside her head says to run!

**Crave:** "*Run, run, run!* The voice inside me is full-on screaming now…." p. 449

 **BMR**: "That new inner voice inside my head is warning me. The voice says run!" 2013 p 360; "The voice inside my head is screaming…" 2013 p. 381

400.
Lia gave the heroine the spiked tea / Taylor gave the heroine spiked punch

**Crave**: "Lia just sighs…'I knew I should have made the tea stronger. But I was afraid it would kill your little pet, and I couldn't let that happen. At least not yet.'" p. 451

**BMR**: "Taylor Vaughn gave Anna spiked punch…" 2011 p. 371

115

**EXHIBIT 2**

**Page 299**

401.
Heroine is nauseous / queasy after the spiked tea / punch

**Crave**: I'm weak and dizzy and nauseous…so nauseous. The room is spinning and waves of cold are sweeping through my body." p. 452

**BMR**: "I'm riding waves of queasiness. Up. And. Down… Waves going up. And. Waves going down." 2013 p. 288; 2012 p. 286 (after drinking spiked punch)

402.
The voice inside her head is screaming

**Crave:** "Because the voice inside me is screaming that if Jaxon knows I'm in trouble, he'll move heaven and earth to get me." p. 453

**BMR**: "The voice inside my head is screaming at me to look down, look away, look anywhere but at him." 2013 p. 381


**The heroine is kidnapped by the vampire prince's mate in Crave (Lia), and by the vampire prince in BMR (Julian). Lia wants to use the heroine in a spell to resurrect her dead mate and bring him back to life. Julian wants to use the heroine by making her into a vampire believing she will then be the reincarnation of his dead mate. In both books, the heroine is being used in vengeance against the person they believe is responsible for killing their mate. In both books, the presumed dead mate is not really dead.**


403.
Heroine's hands are bound together

**Crave:** "I turn my head and see my right arm stretched out to the side and tied to an iron ring." p. 455

**BMR:** "It held both of my hands over my head in one hand and then reached into a pouch at its side and brought out wire cuffs with the other hand—" 2011 p. 559; "'Cuff her,' he said to the other vampire." 2010 p. 419 (heroine is kidnapped and cuffed).

116

**EXHIBIT 2**

404.
Toward the end of the story, the heroine is kidnapped by Lia, the vampire prince's mate / Julian, the vampire prince

**Crave:** "I wake up shivering. I'm cold…But flashes of memory are starting to come back…Lia screaming at me that everything is all my fault….I mean, she drugged me, shot me, and tied me up…my legs are tied down, too…" p. 455, p. 452 - 490

**BMR**: "As the doors closed behind us, realization sunk in. I'd been taken. By vampires. Demons. We were now members of a select group; a club of sorts—the kids on the back of the milk cartons." 2010 p. 419, 420 - 455 "My abduction was no mere coincidence. And the fact that my friends had been taken right along with me was my fault." 2011 p. 527, 528

405.
Heroine notices she's on a stone slab/ heroine notices a stone lab

**Crave:** "I realize that I'm spread eagled on top of some kind of cold stone slab." p. 455

**BMR:** "A large, polished stone slab shaped like a giant "L" stood incongruous in the center of the clearing…" 2011 p. 494

406.
Heroine tires to shake off packed with / stuffed "cotton" feeling in her head

**Crave**: "I shake my head a little, struggle to clear the light-headed, packed-with-cotton feeling that's going on in there." p. 456

**BMR** : " I …roll my shoulders back a few times trying to shake off the stuffed cotton feeling in my head." 2013 p. 320

117

**EXHIBIT 2**

**Page 301**

407.
Heroine finds the voice in her head is missing, absent when she needs it in fight scene

**Crave**: In a fight scene: "the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent." p. 463

**BMR:** "My new inner voice had deserted me ...2011 p. 524; 2010 p. 453; "My inner voice was missing in action." 2011 p. 543

408.
The vampire prince's mate is crazy over the loss of her mate and heroine notices / The vampire prince is crazy over the loss of his mate and heroine notices

**Crave:** "And oh yeah, I'm being stalked by a crazy-ass vampire... " p. 465

**BMR:** "Great. A crazy vampire." 2010 p. 427; 2011 p. 530

**Heroine can't be allowed to live because it would pose a risk to the world. She could be used in such a way that the war between the races would bring about the end of the world.**

409.
Heroine can't be allowed to live because it would pose a risk to the world

**Crave**: *Flint:* "Lia's had a plan all along. It's why she brought you here…We knew it for sure as soon as you arrived and the wolves got close enough to smell you…I want to save you, Grace. I do. But we can't let Lia do this. It'll mean the end of the world. So you've got to die. It's the only way we can stop this thing from happening." p. 467-468

**BMR**: 'What would you do if you were the one to find her?'… 'Destroy her.'… 'What?! You'd kill her?...It's not her fault she is what she is, right?'… 'There is no second chance here, Anna. We're at war! What if the demons get her? Everything will change. We can't risk it.' 2011 p. 247-248; "Whoever has this girl on their side, wins, for a time anyway…If they find their first, the demons, the world as we know it will never be the same. It'll be an apocalypse." 2013 p. 213

*Heroine*: "I was that girl. It had always been me. I was the one girl that both sides in the war were searching for— searching to destroy." 2011 p. 470

"Ronan…He and the Nyx are tied together. The prophecy says that when he rises it won't be long before they're united. And the end is near for either Shadows or Light." 2013 p. 330

"Ronan…The prophecy says that he 'shall walk this Earth' again and this is but one of the signs that the time of change is upon us," 2011 p. 432

'Why can't they know about me?' I ask 'Why does it have to be such a big secret?' 'Because they'll kill you." 2013 p. 344; "He's part of the Order— the corrupt Order that killed my dad. And they'll want me if they find out about me." 2013 p. 223; "Ronan…he and the Nyx are tied together…when he rises, it won't be long before they're united…and the end is near for either shadows or light" 2013 p. 330

410.
Heroine is choked by Flint / Heroine is choked by Selene

**Crave**: "He reaches forward, wraps his hand around my neck. And then he starts to squeeze…I can't speak anymore, can't breathe…" p. 468, 469

**BMR**: "Before I knew what was happening, I found myself flung to the hard, concrete floor, the life being choked out of me. I couldn't breathe." 2010 p. 447; 2011 p. 552

411.
Romantic lead saves the heroine from being choked / Julian saves the heroine from being choked

**Crave**: "Moments later, he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall." p. 470

**BMR**: "His strength was such that he threw her across the room…She fell into a heap against the wall." 2010 p. 447; 2011 p. 552

412
Heroine is dragged and tries to resist

**Crave**: "Lia continues as she grabs me by the hair and starts dragging me up the tunnel…digging my nails into her hands hard enough to draw blood." p. 475

**BMR**: "I was dragged to the corner of the room, twisting and kicking…" 2010 p. 447; 2011 p. 559

413.
Lia slaps and kicks the heroine / Julian slaps and kicks Selene: Julian slaps the heroine

**Crave**: "Lia's not having it, though, because this time she turns around and kicks me in the face…And this time when she hits me, it's a sharp slap on my cheek." p. 476

**BMR**: "Standing in front of her, he lashed out with his feet, kicking her harder and faster up against the wall…Julian shouted as he backhanded her across the face." 2010 p. 447; 2011 p. 552

*Heroine is slapped in the same scene, different version*: "moves so fast I don't see it until his back hand connects with my face…he has my arms pinned over my head…. And he hits me again." 2013 p. 414

120

**EXHIBIT 2**

**Page 304**

414.

The heroine has anger, rage towards the vampire prince's mate for killing her family / The heroine has fury towards the vampire prince for killing her family

**Crave:** "...the hopelessness deep inside me turns to anger, and the anger turns to rage. It fills up the emptiness, fills up the aching, until all that is left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice." p. 477

**BMR:** "Something within me, deep and far down, rose up like hot acid**.** A fury so strong I actually felt on fire with it and yearned to destroy him." 2010 p. 446; 2011 p. 551

415.

Heroine wonders how she can kill the vampire Lia / Heroine wonders how she can kill the vampire Julian

**Crave**: "All of which means I'm going to have to do whatever I can to take her with me when I die. I just wish I had a clue how I'm supposed to do that. My brain makes and discards half a dozen feverish plans…" p. 477-478

**BMR**: "How do you kill a vampire? In books and movies, it's a stake to the heart, decapitation or sometimes fire. Was there a kernel of truth to the mythology? I vowed I would find out." 2010 p. 446; 2011 p. 551; "A plan would be really nice about now." 2013 p. 413

416.

The heroine realizes she can't stand up against the vampire's strength, so she goes numb and still during the fight scene

**Crave:** "So instead of running, I play possum. Not running, not moving, not even breathing..." p. 479

**BMR:** "I held perfectly still, unresisting, though every fiber of my being screamed in protest." 2010 p. 449; 2011 p. 555

417.

Banshee / Ban sidhe

**Crave**: "Lia howls like a banshee." p. 480

**BMR**: "Julian rolls his eyes. 'little ban sidhe'" (Gaelic for banshee). 2013 p. 408 (same kidnapping scene)

121

**EXHIBIT 2**

**Page 305**

418.

The voice inside her tells her to run

**Crave**: "The voice inside me wants me to get up, to run, but I've got nothing left." p. 482

**BMR**: "'*Run!*' The hysterical voice inside my head screamed. '*Run!*' But my rational mind knew that would be yet another mistake." 2010 p. 476

419.

Lia, the vampire prince's mate, has present months preparing / Julian, the vampire prince, has been waiting years

**Crave**: "I've spent months preparing for this. Months!....I spent months searching for you…" p. 483

**BMR**: "Such a long time I've waited…But when I saw you, that he had a daughter, ah well, that's when I knew. It had to be you. And I waited…" 2010 p. 436; 2011 p. 539

420.

Vampire prince's mate wants to use heroine to get mate back / Vampire prince wants to use heroine to get mate back /

**Crave**: 'I know every word, every syllable of what's on that page…And now you think you can ruin everything by burning a little spell? …This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it?'... ''Bring *him* back? Who? *Hudson?*...Are you seriously trying to bring Hudson back?' I ask" p. 483-484

**BMR**: *Julian:* "Do you believe in reincarnation, sweet Anna? The rebirth of a soul to live another life in a new body?...You are my sweet Elise, I'm sure of it." 2010 p. 436; 2011 p. 540 "Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories my darling sweet." 2011 p. 549;
*Heroine:* "And if I'm not who you think I am? What then?"
*Julian*: "We do things the old-fashioned way…If it doesn't kill you, well, then voila! Either way, it's a win-win." 2010 p. 444; 2011 p. 549
"...he believes she IS Elise reborn... thinks that she's a vessel for Elise's spirit." *Pitch Notes to Emily Sylvan Kim,* 2013

421.

<u>Vampire prince's mate caused the accident that killed heroine's parents / Vampire prince caused the accident that killed heroine's grandparents</u>

**Crave:** *Vampire prince's mate to heroine*: "I spent weeks planning your parents' accident…" p. 483

**BMR:** *Heroine and vampire prince:* 'B-but he died in the elevator crash with my grandparents.' I insisted stubbornly. He shook his head. 'Not so. That was no accident, Anna Sweet." 2010 p. 443; 2011 p. 547

422.

<u>Lia tells the heroine in this scene that she is pathetic / Taylor is in Julian's lair and tells heroine in this scene that she is pathetic: both characters tell the heroine she isn't what she thinks she is</u>

**Crave**: *Lia to heroine:* 'You pathetic, miserable excuse for a…' 'Human?' I interject. 'Is that what you think you are? Human?' She laughs. 'You're even more pathetic than I thought. You think I would do all this to get my hands on a *human*?" p. 483

**BMR**: *Taylor to heroine:* 'You think you're like them, don't you? A Sentinel, a protector of humankind,' she spat. 'Unfortunately, there's so much more to you than meets the eye…She turned…laughing. 'You're pathetic!' she hissed. 2012 p. 489
(2012 is the only version of the manuscript that has these lines in it. Look at the page proximity. 5 pages apart).

423.

<u>Heroine wonders if voice inside her head means she's a witch, something more / Heroine wonders if the the voice inside her head means she's a wolf, something more</u>

**Crave:** "Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means? What makes me so special? … Something more." p. 484

**BMR:** "Maybe that new inner voice was my wolf half. But if this was the case, she was something more than a mere wolf. " 2011 p. 456

123

**EXHIBIT 2**

**Page 307**

424.
Heroine wonders why Lia / why Julian wants her

**Crave**: "What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else? Something more?" p. 484

**BMR**: 'Why me?...Why?' I whispered. 'Because you're special. Haven't you guessed?' he whispered back. 'Besides, your family owes me a Blood Debt for my sweet Elise. You look remarkably like her, you know.' 2010 p. 435 (why me), p. 436

425.
Vampire prince's mate wants to use heroine to get mate back / Vampire prince wants to use heroine to get mate back /

**Crave:** 'This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it?'... 'Bring *him* back? Who? *Hudson?*...Are you seriously trying to bring Hudson back?' I ask" p. 483-484

**BMR**: *Julian:* "Do you believe in reincarnation, sweet Anna? The rebirth of a soul to live another life in a new body?...You are my sweet Elise, I'm sure of it." 2010 p. 436; 2011 p. 540  "Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories my darling sweet." 2011 p. 549;
*Heroine:* "And if I'm not who you think I am? What then?"
*Julian*: "We do things the old-fashioned way…If it doesn't kill you, well, then voila! Either way, it's a win-win." 2010 p. 444; 2011 p. 549
"...he believes she IS Elise reborn... thinks that she's a vessel for Elise's spirit." *Pitch Notes to Emily Sylvan Kim, 2013*

426.
The heroine feels pity for vampire prince's mate, even though she may kill her in the process of bringing back her mate / The heroine feels pity for vampire prince even though he may kill her in the process of bringing back his mate, but that feeling is negated by the fact that Lia/ Julian murdered her family memvers

**Crave:** "...and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her…or it would if she hadn't also been responsible for the murder of my parents." p. 484

**BMR:** *Julian the vampire prince:* "I bite you, drain most of your blood…If it doesn't kill you, well, then voila!" 2010 p. 444; 2011 p. 549
*Heroine:* "I felt a stirring of pity for him and was surprised by it." 2010 p. 437; 2011 p. 540;
"Murderer! How I hated him for killing my grandparents and robbing me and my family." 2010 p. 443

124

**EXHIBIT 2**

427.

Heroine worries about Lia's plans and thinks of Frankenstein / Heroine worries about Julian's plans and worries about becoming Frankenstein's bride

**Crave**: "I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works." p. 485

**BMR**: "Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride." 2012 p. 474

428.

The pain of losing your mate

**Crave:** *Lia, vampire prince's mate to heroine:* "Jaxon…he's been out there for a while trying to get to you... finally, he'll know just how excruciating it is to lose a mate." p. 486

**BMR:** *Julian, vampire prince to heroine:* "My sweet Elise was the other half of my own soul. Can you understand what it means to have that one person, the other half of you torn away?" 2010 p. 437; 2011 p. 540
*Elise:* "Julian was everything I could have hoped for in a mate" 2010 p. 467; 2011 p. 576

429.

Vampire prince's mate wants vengeance against romantic lead for killing her mate. Heroine is part of that plan / Vampire prince wants vengeance against heroine's father for killing his mate. Heroine is part of that plan

**Crave**: 'I hope he's suffering. I hope he knows what's happening to you in here and that it's killing him that he can't get to you. I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate.'...'I'm not Jaxon's mate…' 'It's cute that you believe that…What matters right now is that it's true. And that he believes it…As long as he suffers when you die, I don't care…' p. 485-486 (Jaxon killed her mate, Hudson)

**BMR**: 'And I would never give him the satisfaction of death. That's too easy… Your father robbed me! He took my sweet Elise! He killed his own relation!...So I took him and imprisoned him where no one would think to find him'…'You mean to make me a vampire as some sort of punishment to him, is that it?'...'That and something more, sweet Annalise.' 2010 p. 442-443; 2011 p. 539-540; 544

430.
Wall shudders during the rescue by the romantic lead / Door shuddering during the rescue by the romantic lead

**Crave:** "This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor." p. 487

**BMR:** "A sudden, shuddering pounding as the door splintered and collapsed ...uninvited guests had crashed the party. My werewolves. They had come for me…I scanned the room for Ash…Ash met my eyes from across the room in his human form…" 2010 p. 450, 451; 2011 p. 556, 557

431.
The voice speaks to heroine and tells her things

**Crave:** "Don't let her do it," the voice inside me warns. p. 489

**BMR**: "You are more than a match for him," my new inner voice whispered. 2010 p. 287; 2011 p. 287; 2010 p. 452; 2011 p. 555, 556

432.
Heroine hears a loud wrenching sound, romantic lead throws Lia across the room and she hits the wall / Julian throws Selene across the room and she straightens with a loud wrenching sounds

**Crave**: "A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash…" p. 489-490

**BMR:** "Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound." 2010 p. 447; 2011 p. 523

126

**EXHIBIT 2**

**Page 310**

433.
Romantic lead feels like the heroine's abduction was his fault in this scene

**Crave**:　　　"Then he's crouching down next to me, stroking a hand down my face.
*Romantic lead*: 'I'm so sorry.'...'
*Heroine:*　　　'It's not–' My voice breaks as relief sweeps through me. 'It's not your fault.' …
Romantic lead:  His voice is bitter. 'Whose fault is it, then?' p. 490

**BMR**:　　　"He pulled back and pressed a finger to my lips.
*Romantic lead:* 'You don't know, you can't imagine what it's done to me knowing you were in danger.
　　　　　Because of me.' His voice broke and shook with emotion.
*Heroine:*　　　'None of this was your fault.' I pushed against his chest. 2010 p. 488


434.
"A sickening crunch" in this scene with the vampire prince's mate and vampire prince

**Crave:** "She lands with a sickening crunch of bone." p. 490

**BMR:** "With a sickening crunch, he bit into her wrist." 2010 p. 429; 2011 p. 532

**Note:** 2010 and 2011 are the only versions that say "with a sickening crunch." These words occur in the same scene in BMR and Crave.


435.
Lia makes a primal war cry & jumps on romantic leads back with a knife / Heroine makes a primal war cry and lunches herself on demons back with a dagger

**Crave:** "She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest. It's my turn to scream—" p. 490-491

**BMR:** "I ran into the melee screaming at the top of my lungs—a primal war cry escaping my lips along with Ash's name…The Ka Ramun was now less than a foot away from Ash. It raised a dagger poised to strike and in that moment, I sprang forward and launched myself on its back…I…brought the dagger down into its neck." 2011 p. 558; 2010 p. 452 (2011 contains entire sequence; 2010 partial sequence)

127

**EXHIBIT 2**

**Page 311**

436.
Heroine saves romantic lead and herself by stabbing vampire prince's mate with a knife / Heroine saves romantic lead and herself by stabbing the demon with a dagger

**Crave:** "She's wide open, her arms spread out to the sides, so I connect. The knife makes a sickening squishing sound…" p. 492

**BMR:** "The Ka Ramun was now less than a foot away from Ash. It raised a dagger…I gripped the dagger with both hands, trying to wrench it free for another stab. Each tug resulted in a horrible, sucking sound" 2011 p. 559

437.
Heroine offers herself to save romantic lead's life  by inhaling the black smoke that is around him, which is Hudson/ Heroine offers herself for her friends' lives and romantic lead's life

**Crave:** "So I do the only thing I can think of, the only thing guaranteed to get the smoke to let him go. I open my mouth and take a long, slow breath." p. 492, 493

**BMR:** '*Do you pledge your life to me for this boy of Light?*' … 'Yes!' I cry. 'My life for his.' 2014 p. 357

'Hmm. If I set your friends free—allow them to return to their homes relatively unscathed—I get you, *willingly…(for) eternity.'...* 'Yes, you do, deal.' 2012 p. 456; 2011 p. 537.

438.
Heroine can't bear losing one more person she loves / Heroine can't bear losing another person she loves

**Crave:** "...watching another person I love die, there is no alternative..." p. 493

**BMR**: "Because the thought of losing one more person I love is unbearable." 2016  p. 95

439.
The smoke (Hudson) / heroine wasn't going down without a fight

**Crave**: "But the smoke wasn't going down without a fight." p. 494

**BMR**: "And I wasn't going down without a fight." 2011 p. 527

128

**EXHIBIT 2**

**Page 312**

440.

Romantic lead kills Lia and she thanks him for the death; Heroine kills the demon and he honors her for the death

**Crave**: "...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…It hits her in the stomach….Then she looks straight at him and whispers, 'Yes. Finally. Thank you. Seconds later she explodes into a cloud of dust…' p. 495

**BMR**: "I gripped the dagger, plunging it harder…into the thing's neck…Already on his knees, he bowed down prostrate before me, his arms stretched straight out in front of him, making obeisance as though I were a god. There was no mistaking that. And then he disintegrated into dust." 2012 p. 480

441.

Heroine offers romantic lead her blood to save his life / Heroine offers her life to save romantic lead's life

**Crave**: "Not when he could die on me at any second. He's lost so much blood…Jaxon's heart rate is slowing down and so is his breathing…I press my wrist to his mouth..if he doesn't drink, he'll die." p. 496

**BMR**: 'I watch as a hoard of demons descend and realize I have no power. No magic to save my beloved. Please! He can't die!' I beg her. I want to scream, kick, fight, do something–anything–to make this right. '*A life for a life. The balance must be maintained.*' 'Then take mine' I offer… '*Do you pledge your life to me for this boy of Light?*'… 'Yes!' I cry. 'My life for his.' 2014 p. 357

**In both books, the romantic lead tells the heroine he loves her for the first time after the fight with the vampire prince's mate (Lia) / vampire prince (Julian) toward the end of the story. In Crave, the romantic lead has hurt the heroine by feeding on her. He's a vampire. In BMR 2014, the heroine has hurt the romantic lead by feeding on him. She's part demon and has fed on him in this version of BMR.**

442.

Romantic lead fed on heroine, hurting her / Heroine feeds on romantic lead, hurting him

**Crave:** *Romantic lead:* "I nearly drained you...I'm so sorry, Grace. About hurting you." p. 507

**BMR**: *Heroine:* "'I hurt you. That was me—' I choke. I can't bring myself to say the word *feeding*." 2014 p. 387

129

**EXHIBIT 2**

**Page 313**

443.
Heroine sacrifices her own life to save the romantic lead

**Crave**: *Heroine:* "You didn't hurt me. You saved me'... I *gave* you my blood because you were going to die without it. And the truth is, it wasn't a sacrifice." p. 507, 508

**BMR**: *Romantic lead*: "You saved my life that night. You sacrificed your own life for me." 2014 p. 386

444.
Heroine is selfish when it comes to her feelings about wanting the romantic lead

**Crave**: *Heroine*: "It was as selfish as I could get, because now that I've found you, I'm not okay being in a world where you don't exist." p. 508

**BMR**: *Heroine*: "I can't be his undoing. I can't be that selfish...I'm selfish. God help me. Because I don't push him away." 2014 p. 388

445.
Romantic lead tells heroine for the first time that he's in love with her

**Crave**: *Romantic lead*: "I'm so in love with you." p. 508

**BMR**: *Romantic lead:* "I'm in love with you." 2014 p. 388

446.
Romantic lead tells heroine - love isn't enough / Heroine thinks -Following your heart doesn't lead to happy ending

**Crave:** *Romantic lead*: "But sometimes love isn't enough." p. 508

**BMR**: *Heroine:* "Following your heart doesn't always lead to a happy ending." 2014 p. 388

447.
<u>Romantic lead thinks heroine will be in danger if they stay together and tries to resist her / heroine thinks romantic lead will be in danger if they stay together and tries to resist him</u>

**Crave**: *Romantic lead:* "The fact that I love you means you're always going to be a target. You're always going to be in danger….Please don't make this any more difficult." p. 509

**BMR**: *Heroine:* "I should do the right thing. I should let him go. Choosing me, simply being with me will be dangerous for him." 2014 p. 387-388

448.
<u>Heroine tells romantic lead -he's not the only one in the relationship / Romantic lead tells heroine -we'll figure it (relationship) out together.</u>

**Crave**: *Heroine:* "You're not the only one in the relationship...And that means you don't get to make all the decisions for us." p. 509

**BMR**: *Romantic lead*: "I'm saying we'll figure it out together." 2014 p. 388

449.
<u>Heroine asks romantic lead to be with her / Romantic lead asks heroine to be with him</u>

**Crave**: *Heroine:* "Yes it is. It's exactly that simple. Either you want to be with me or you don't...Be with me. *Love* me. Let me love you." p. 510

**BMR**: *Romantic lead:* 'I know what I'm doing,' he says with a rueful smile. 'And what I'm doing is following my heart. The question is, do you trust me enough to follow yours?' 2014 p. 388

131

**EXHIBIT 2**

**Page 315**

450.
The scene ends with an epic kiss

**Crave**: "And then his hands are on my face and he's kissing me like I'm the most important thing in the world. I kiss him back the same way, and nothing has ever felt so good. Because for right now, for this moment, everything is finally exactly how it should be." p. 510

**BMR**: "He leans in, his hands slipping under my hair to the back of my neck, and in his arms I feel cherished. Our lips meet, hesitantly at first, a question in the kiss. Then, the press of his lips is more insistent and so is mine. Our breaths become one breath, and in this kiss is a promise." 2014 p. 389

**Both books end with the heroine having accidentally brought Hudson in Crave / Ronan in BMR, back from another dimension, where he is now tied to her. In Crave, he is trapped with her when she turns into a stone gargoyle. In BMR, the heroine has released him into the world, but he has taken her blood, and he can now find her anywhere. Crave has a second ending, which follows BMR's ending, analyzed further below.**

451.
Romantic lead explains that vampires need blood to survive, but not human blood

**Crave**: "Here at the school, Foster serves animal blood. If we drink only that, we can be outside in the sunlight." p. 517

**BMR:** "Vampires...need blood in order to survive. Just not human blood." 2011 p. 500-501

452.
Romantic lead explains negative consequences of drinking human blood

**Crave**: "If we choose to…supplement with human blood, however, then we have to wait until it's dark." (To go outside) p. 517 (Can't go in the sun)

**BMR:** "Human blood is a delicacy to them. It's highly addictive, and once they try it they're like junkies for it." 2011 p. 501

453.

<u>Romantic lead tells heroine he won't risk Hudson being set loose on the world / Heroine realizes she's unleashed Ronan upon the world</u>

**Crave:** *Romantic lead:* "Because there's no way in hell I'm risking Hudson being set loose on the world a second time." p. 520

**BMR**: *Heroine:* "*Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world." 2011 p. 602-03; 2010 p. 490

454.

<u>Heroine melts into the romantic lead when they kiss</u>

**Crave:** "He moves in for another kiss...I can't help but melt against him. I've never been big on PDA, but Jaxon has me breaking all the rules..." p. 524

**BMR**: "Ash pulled me in and lowered his mouth to mine, gently nibbling my lower lip. I melted into him" 2011 p. 481; I wonder if his parents would object to this obvious public display of affection. 2011 p. 418

455.

<u>Heroine worries the romantic lead will be hurt by Hudson / Heroine worries the romantic lead will be hurt by Ronan</u>

**Crave**: "...someone who can only be Hudson Vega is standing there, a giant broadsword in his hand–aimed straight at Jaxon's head."…. p. 526

**BMR**: "Violence was a heartbeat from now…I knew that the young man wasn't a danger to me and I could tell by the waves of hot anger rolling off Ash, waves that I could feel even at this distance, that the two would come to mortal blows. 2011 p. 597; 2010 p. 485

456.
<u>Heroine is willing to sacrifice herself to save  romantic lead's life</u>

**Crave:** "Jaxon was never meant to be the hero of my story...because I was always meant to be the hero of his." wrap myself around him and spin us around so that my back is to the sword. p. 526-527 Heroine unknowingly has shifted into a stone gargoyle to save romantic lead's life. Her part of the story ends here.

"I gave you my blood, because you were going to die without it...And the truth is, it wasn't a sacrifice...now that I've found you, I'm not okay with being in a world where you don't exist." p. 508

**BMR**: "Ash wanted to be the hero...But I wouldn't have it." 2011 p. 600;
"I reminded myself that I was a willing sacrifice—for now." 2011 p. 555
'Please! He can't die! I beg her.' I want to scream, kick, fight, do something–anything–to make this right. '*A life for a life. The balance must be maintained.*' 'Then take mine' I offer… '*Do you pledge your life to me for this boy of Light?*'… 'Yes!' I cry. 'My life for his.' 2014 p. 357

"The Rules of the World are constructed to encourage personal growth, acts of heroism and sacrifice for love."
*Midnight Overview Notes, 2009*

457.
<u>The heroine is a unique creature in the supernatural world</u>

**Crave**: "But we haven't seen one for a thousand years." p. 529; "Gargoyles can't get trapped in their stone forms." p. 530

**BMR**: "You are something different, unique. Your birth heralds a new age. A new beginning for us all. Surely you sense that you are special?" 2011 p. 268

**EXHIBIT 2**

**Page 318**

458.
Heroine has accidentally released Hudson from the other dimension where he has been trapped. She is now a stone gargoyle and he is tied with her in some way
/ Heroine has accidentally released Ronan from the other dimension where he has been trapped. He is tied with her in some way.

**Crave:** *Romantic lead:* "…I'm going to find a way to separate her from Hudson. And I'm going to contain or kill him or do whatever I have to, to make sure he's never a threat to anybody ever again." p. 532

**Crush**: *Heroine:* "I can't be responsible for letting Hudson loose again, can't be responsible for bringing him back where he can terrorize everyone and raise an army of vampires and their sympathizers." p. 27  "No, no, no. It can't be." p. 122 and "I have a monster living *inside* me." p. 123

**BMR**: *Heroine:* "*Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world." 2011 p. 602-03; 2010 p. 490


459.
The heroine is tied in some way to Hudson / The heroine is tied in some way to Ronan

**Crave**: "...no way in hell I'm risking Hudson being set loose upon the world…I'm going to find a way to separate her from Hudson." p. 520, 532

**BMR:** 'Did he bite you?' …I nod mutely…'So he can find me now? Is that it? Because he bit me?' 2010 p. 488; (Ronan bites her lip, tastes her blood)

*Ronan:* "I know who and what you are, lass." His voice is calm certainty. "And we are both of us caught in a web not entirely of our own making. Shall we work together then? Help one another?"
My heart squeezes tight. *He knows! And he's part of it too.*' 2013 p. 453 "I am yours, Anna," he says with a soft breath. And again, I hear what he's not saying. That I'm *his*." 2013 p. 451

"Ronan…when he rises, it won't be long before they're united…" 2013 p. 330 (Ronan and the heroine)

**Crave ends here from the heroine's point of view, but there are three bonus chapters at the end of the book that use BMR material. These "bonus" chapters are told from the romantic lead's point of view. The romantic lead in Crave visits the Bloodletter character. The name Bloodletter is also used in BMR (2012 forward) but refers to a different character. (The Bloodletter in Crave is the High Priestess in BMR). Both books end with the character called the Bloodletter shifting into a "winged creature" in Crave and a "raven" in BMR and flying away. Afterward,  the romantic lead realizes he wants to be with the heroine no matter what, and he will keep her safe.**

135

**EXHIBIT 2**

460.
In the first meet scene, romantic lead thinks heroine has "chocolate" eyes / In the first meet scene, heroine thinks romantic lead has a "chocolate" voice

**Crave**: "...she looks up at me with startled eyes the color of rich, melted milk chocolate…" p. 538

**BMR**: "Are you okay?' he asked with a hint of laughter in his, smooth rich voice. If chocolate had a voice it would be his." 2011 p. 17

461.
He quotes Shakespeare to her and notes that she knows the quote / She quotes Shakespeare and notes that he knows the quote:

**Crave**: "Not only does she know the quote, but she's not afraid to call me on my 'mistake.' p. 540

**BMR:** "Smartypants was well-read enough to know his Shakespeare. Figures." 2011 p. 40

462.
Romantic lead talks to her about monsters, wants to scare her for her own good.

**Crave**: *Romantic lead*:  "No, this is the part of the story where I show you the big, bad, monsters right here in this castle.'…I need to scare her, make her run from this place…" p. 543

**BMR**: *Romantic lead*:'All the fairy tales and stories you heard in your childhood about monsters…they're true…Are you scared?' …'Yes,' I admitted in a small voice. 'Good,' he said regarding me thoughtfully. 2011 p. 237

136

**EXHIBIT 2**

**Page 320**

463.
<u>Romantic lead mentions "things that go bump in the night" while talking to heroine about monsters and wanting her to be scared</u>

**Crave**: *Romantic lead:* "So if you aren't afraid of things that go bump in the night, what *are* you afraid of?" p. 544

**BMR**: *Romantic lead:* "Things that go bump in the night, Anna." 2011 p. 237

464.
<u>Romantic lead realizes heroine has suffered loss like he has when she mentions the loss of her family members.</u>

**Crave**:
*Heroine:* 'There's not much to be afraid of when you've already lost everything that matters.
*Romantic lead:* "I freeze as her words slam into me like depth charges...Agony I thought I was long past rips into me, tearing me open. I shove it back, shove it down. And can't understand why it's still   right here in front of me—until I realize that this time, the pain I'm seeing is hers." p. 544

**BMR**:
*Heroine:* 'My dad and my grandparents were killed in the same accident when I was seven.' I heard myself saying. 'I live with my mom and my aunt. Just us.' I said the last part quietly, it was so sad.
*Romantic lead:*  'And you miss them every day don't you?' he said just as softly. 'No matter how long it's been, that sense of loss doesn't ever go away.'
*Heroine:* 'You sound as though you speak from experience.' It was the pain in his eyes as he spoke that told me he'd lost someone close.'  His brows drew together and then he let out a long breath, his shoulders dropping. 2011 p. 125

465.
<u>The romantic lead likes to touch a lock of the heroine's hair and does so often</u>

**Crave**: "I reach out and gently take hold of one of her curls." p. 545

**BMR**: "...he reached out with one hand and brushed a lock of my hair back from my face..." 2011  p. 62

137

**EXHIBIT 2**

**Page 321**

466.
The romantic lead believes she is his mate / that they are bonded mates

**Crave**: "This girl, this fragile human girl…is my mate." p. 546 ("mating bond" used in Crave series)

**BMR:** 'What does bonded mean?' 'We can have only one life partner. If that person dies we don't get remarried.' He paused a moment. 'Many choose not to live after their mate dies—unless there are children.'... '…finding that one person right under your very own nose,' he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him.' 2011 p. 423-424; 495 (BMR uses "bonded" "mates")

467.
Romantic lead warns heroine at the end of their first meet

**Crave:** *Romantic lead:* "Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back." p. 547

**BMR:** *Romantic lead:* "It's not safe to be out alone, even after school." 2011 p. 62

468.
Romantic lead moves so quickly it's called fading / it's called casting

**Crave**: "I fade through the space between us, roughly the size of three football fields, in a flash." p. 554

**BMR**: "He moved so quickly that the trees around us flashed by in a blur…" "He becomes smoke and mist and then nothing at all. I blink and he reappears. 'How did you do that?'...'Casting is a Power.. cast myself and small objects…' 2011 p. 485; 2016 p. 87

138

**EXHIBIT 2**

**Page 322**

469.
Romantic lead says "I'm selfish" not to stay away from heroine

**Crave**: *Romantic lead:* "I should have left Grace the hell alone. But I'm selfish and I'm weak and I couldn't not see her." p. 562

**BMR:** *Romantic lead:* "Staying away from me would be better for you. But I'm selfish, Anna." 2010 p. 233; 2011 p. 299

**The Bloodletter character name is in both books. Both books have a character who is called "The Bloodletter." They are different characters but share the same name.**

470.
The Bloodletter

**Crave:** The Bloodletter is rumored to be the "most vicious" of vampires and is ancient. The romantic lead goes deep into the ice to visit her for advice. She is dangerous. p. 563-570.
"The Bloodletter is an expert at ferreting out weakness. And then using it to destroy you with barely more than a word or two."

**BMR:** The Bloodletter is rumored to be an evil Chief Druid, "dark magus," and "vampire /demon." He is accidentally released by the heroine into our world. 2011 p. 100, 240, 478 and *The World Notes, 2010* "He slaughtered the tribe in various acts of violence and depravity." 2012 p. 357
In BMR, there is a High Priestess who the heroine visits for advice in another dimension. She is dangerous. 2011 p. 572- 578.

471.
Antechamber

**Crave:** Antechamber to the Bloodletter's lair: "Then I've finally arrived in the antechamber before the Bloodletter's quarters." p. 564

**BMR:** Antechamber to the vampire prince's lair: "Billy and Willy led us down a hallway that fed into a large antechamber." 2011 p. 525

139

**EXHIBIT 2**

**Page 323**

472.

Bloodletters lair has a large buckets for draining blood / Vampire prince's lair has a drain for blood in the floor

**Crave:** Bloodletter's lair:  "And do my best to ignore the human carcasses hanging upside down in the corner, draining into a couple of large buckets on the floor." p. 565

**BMR:** Vampire prince's lair:  "I couldn't miss the large drain set in the center of the floor. Not a good sign given our vampire captors." 2011 p. 526


**Step through a doorway and it's summer. Romantic lead steps through a doorway in Alaska and it's summer. Heroine steps through a doorway with the romantic lead in Alaska, and it's summer. It's a different part of the world and another dimension. This is copied in Crave (and the other books in the series):**


473.

Heroine and romantic lead pass from a room in Alaska into a summer meadow, wildflowers & sun / Heroine and romantic lead pass from a room in Alaska into summer grove, wild honeysuckle and jasmine & sunlight

**Crave:** *Romantic lead:* "The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down on us." p. 566

**BMR:** *Heroine with romantic lead:* "We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were standing outside among a grove of trees in high summer—oak, birch and yew—beneath a glimmering canopy of stars. The air was warm and fresh." 2011 p. 492

"Sunlight? I look around, staring at the impossible. We're in a clearing in the heart of a forest—and it's summer. The leaves of the trees are brushed with the golden glow of dazzling sunlight ...The air is heavy with the wild perfume of honeysuckle and jasmine." 2013 p. 204


474.

The Bloodletter calls the romantic lead child / The high priestess calls the heroine child

**Crave**: "Oh, child, nothing to worry about on that front." p. 567

**BMR**: "The mirror is a portal between our worlds, child." 2011 p. 571

**EXHIBIT 2**

**Page 324**

475.

Bloodletter talks to the romantic lead about his mate / The High Priestess talks to the heroine about her mate

**Crave:** *Bloodletter:* "And be proud of the fact that you've found your mate." p. 567

**BMR**: *High Priestess:* "He was everything I could have hoped for in a mate." 2011 p. 576

476.

Supernatural beings have a mating bond / are bonded, mates

**Crave:** "In our world, if you're lucky, souls can join for life. When you meet your mate, the magic knows and it's so powerful, you'll die or kill for your mate." (Kindle version p. 452). Not in hardcover.
"I just need to know how to break the mating bond." p. 569

**BMR:** 'What does bonded mean?'…'We can only have one life partner. If that person dies, we don't get remarried.' He paused for a moment. 'Many choose not to live after their mate dies—unless there are children.' 2011 p. 423-424; "He was everything I could have hoped for in a mate." 2011 p. 576
"...love only once in a lifetime....Dante is my soul mate and I'm his." 2014 p. 379; "Lily wants there to be more of an adventure than just finding that one person right under your very own nose," he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him." 2011 p. 495

477.

Romantic lead wants to keep heroine safe and wants to get rid of their mating bond. A war is coming. / doesn't want to have the feelings he has for her. A war is being waged.

**Crave:** *Bloodletter:* "Finding your mate is a precious thing…Why would you give that up if you don't have to?'
*Romantic lead:* 'I just know that I can't let her get hurt because of decisions I made that have nothing to do with her.' p. 569

**BMR:** *Romantic lead:* "Staying away from me would be better for you…There's a part of me that almost wishes I could avoid this, the feelings I have for you. At least right now because I have certain responsibilities to see through." (His responsibilities related to the war) 2011 p. 299

141

**EXHIBIT 2**

**Page 325**

478.

Romantic lead wants the Bloodletter to tell him what to do / heroine wants the high priestess to tell her what to do

**Crave**: *Romantic lead:* 'Can't you just tell me what you mean? Can't you just tell me what to do?'
  *Bloodletter:*     'Nobody can tell you what to do, Jaxon. It's been your greatest strength–and your greatest problem. Why change that now?' p. 569

**BMR**: *Heroine:*     "I don't understand…What am I supposed to do?" 2012 p. 499 (same scene)
  *High Priestess:* "But you want someone to tell you who you are and what to do with your gifts. Don't you think that should be up to you to decide, child?' 2013 p. 432

**Crave and BMR end with the Bloodletter character turning into a "winged creature" in Crave and a raven in BMR, and flying off. In both books, the romantic lead decides to be with the heroine, and keep her safe, and that nothing else matters.**


479.

The Bloodletter turns into a "winged creature and flies away / the High Priestess turns into a raven / Ronan turns into a raven and takes off into the night sky

**Crave**: "She takes another step back, transforming into a winged creature I don't recognize right before my eyes. And then she flies away…" p. 570

**BMR**: "...the air shimmered around Ronan and he was, impossibly, the raven. He circled around Ash's head one time before flapping his great wings and taking off into the night sky…" 2011 p. 598; 2012 p. 524; 2013 p. 454. 462; 2014 p. 367, 368.

142

**EXHIBIT 2**

**Page 326**

480.
<u>Romantic lead decides ultimately, he has to be with the heroine</u>

**Crave**: *Romantic lead:* "It doesn't matter who I have to fight to keep her safe. It doesn't matter what I have to do to hold on to her. And Grace is my mate, and there's no way I'm giving her up. And what a stupid idea anyway—to sever the bond…" p. 571

**BMR**: *Romantic lead:* "I love you," he said as pulled me into his arms, crushing me to his chest. "And I'm so grateful that you're safe and alive that nothing, nothing else matters. Do you understand what I'm saying?" His voice shook with the force of his emotion. …. It doesn't matter. I swear it doesn't. All that stuff we talked about, all of those what ifs, they don't matter….You don't know, you can't imagine what it's done to me knowing that you were in danger. However the cards fall Anna, I've vowed to protect you and to see you safe." 2011 p. 600; 2010 p. 488; 2012 p. 526-528; 2014 p. 388

—End of Crave–

# EXHIBIT 3

**EXHIBIT 3**

**Page 328**

**SUBSTANTIALLY SIMILAR LANGUAGE (PRIMARILY PHRASES) IN CRAVE AND BMR**

1.
And I don't believe in coincidences

**Crave**: "And I don't believe in coincidences." p. 403

**BMR**: "And I don't believe in coincidences…." 2010 p.  491


2.
Mouth opens and closes like a fish out of water, struggle

**Crave:** "Stunned, his mouth opening and closing like a fish out of water as he struggles for…." p. 373

 **BMR**: "My mouth opens and closes like a fish out of water...as I struggle for…." 2011 p. 2


3.
Romantic lead winks. Italicized *Winks.*

**Crave**: "He looks over his shoulder at me and winks. He *winks*." p. 259

**BMR**: "He clasps my gloved hand in his and winks. *Winks*." 2014 p. 168


4.
Heroine thinks Alaska feels like the moon/ Heroine thinks Alaska is like living on the moon

**Crave**:  The heroine reflects: "Alaska feels like the moon." p. 34

**BMR:** The heroine reflects: "winter in Alaska must be like living on the moon..." 2011 p. 274


5.
Okaaay/ Okaaaaaay

**Crave**: "Okaaaaaay," p. 179

**BMR**: "Okaaay," 2010 p. 236


**EXHIBIT 3**

**Page 329**

6.

<u>Touche</u>

**Crave:** "<mark>Touche.</mark>' He inclines his <mark>head</mark>…" p. 339

**BMR**: "<mark>'Touche</mark>.' She dips her <mark>head</mark>…" 2013 p. 139

7.

<u>One guy says, "Well, well, well. Looks like"</u>

**Crave:** "<mark>Well, well, well. Looks like</mark> we made it back just in time." <mark>p. 53</mark>

**BMR**: "<mark>Well, well, well. Looks like</mark> I've hit the jackpot." 2013 <mark>p. 58</mark>; 2014 <mark>p. 48</mark>

8.

<u>Romantic lead grins at heroine as if he knows exactly what effect he has on her</u>

 **Crave:** "And now <mark>he's grinning</mark>, … <mark>he knows exactly what kind of effect he's having on me.</mark>" <mark>p. 22</mark>

**BMR:** "<mark>He grins</mark> a wicked <mark>grin</mark> and winks at me as if <mark>he knows exactly what effect he has on me</mark>." 2013 p. 20; 2011 <mark>p. 16</mark>

9.

<u>Admire her handiwork</u>

**Crave**: "Macy <mark>steps back</mark> to <mark>admire her handiwork</mark>." <mark>p. 206</mark>

**BMR**: "She <mark>stepped back</mark> down….Much better she said, <mark>admiring her handiwork</mark>" 2011 <mark>p. 219</mark>

**EXHIBIT 3**

**Page 330**

10.
Warm breath against ear and scent wraps itself around me.

**Crave**: "...his breath is so warm and soft against my ear...and the orange and dark water scent of him currently wrapping itself around me." p. 141

**BMR**: "... his warm breath delicious against my ear. His scent wrapped itself around me." 2011 p. 172-73 ; "....his scent wrapped itself around me" 2010 p. 136

11.
Fitful Sleep

**Crave**: "I drift in and out of sleep….and eventually fall into a fitful sleep…." p. 109
(same paragraph)

**BMR**: "As I drift in and out of fitful sleep…." 2010 p. 158

12.
Ornately carved double doors

**Crave:** "... ornately carved set of double doors." p. 75

**BMR**: "...ornately carved double doors," 2011 p. 525

13.
Trying to do  the right thing

**Crave**:  "...he was just trying to do the right thing." p. 503

**BMR:**  "They're trying to do the right thing." 2011 p. 240

**EXHIBIT 3**

**Page 331**

14.

Wasn't going down without a fight

**Crave**: "But the smoke wasn't going down without a fight." p. 494

**BMR**: "And I wasn't going down without a fight." 2011 p. 527

15.

I can't believe this happening

**Crave:** "I can't believe this is happening." p. 318

**BMR:** "...I can't believe this is happening." 2014 p. 178

16.

Using every ounce of willpower

**Crave:** "Then, using every ounce of willpower I have left…" p. 479

**BMR:** "Using every ounce of willpower that remained to me...2011 p. 499

17.

I'm in "way" over her head

**Crave**: "...I'm in way over my head." p. 177

**BMR**: "I was in way over my head." 2011 p. 121

18.

She walks in like she owns the place, heads turn her way

**Crave:** "... she walks in like she owns the place….everyone in the room turns to look at her..." p. 75.

**BMR:** "She walks into the place like she owns it. Every male head turns her way…" 2013 p. 272; 2010 p. 276

**EXHIBIT 3**

**Page 332**

19.
<u>Ground to open up and swallow me</u>

**Crave**: "...I pray for the ground to open up and swallow me." p. 254

**BMR**:  "... I wanted the ground to just open up and swallow me." 2011 p. 107, p. 134 with romantic lead

20.
<u>I bat her hands away</u>

**Crave**: "I bat her hands away... p. 171

**BMR**: "I bat her hands away." 2013 p. 16

21.
<u>Wonders what it would be like to kiss him</u>

**Crave**: "...wonders what it would feel like to kiss him…" p. 267

**BMR**: "...wondering would it would be like to kiss him…" 2013 p. 207

22.
<u>He presses a kiss to the corner of my mouth</u>

**Crave**: "he leans over, presses a kiss to the corner of my mouth." p. 523

**BMR**: "...he pressed a soft kiss on the corner of my mouth." 2011 533

23.
<u>Skitters down my spine</u>

**Crave**: "...skitters down my spine." p. 508

**BMR**: "A shiver skitters down my spine." 2013 p. 57

**EXHIBIT 3**

**Page 333**

24.
<u>Heroine lost control of vocal cords</u>

**Crave**: "...I've lost ==control of my vocal cords==..." p. 166

**BMR:** "My new inner voice had ==control of my vocal cords==." 2011 p. 521

25.
<u>Romantic lead's smile turns one corner of his mouth up</u>

**Crave**: "one ==corner of his mouth turning up in a crooked little smile==" p. 22

**BMR**: "a ==corner of his mouth turning up==" 2011 p. 24, "amusement t==urning a corner of his mouth up==" 2011 p. 51

26.
<u>Corners of mouth turning/tilting</u>

**Crave**: "... ==corners of his mouth== turning ==up in the smile==..." p. 385

**BMR**: "...==smile== tilting ==the corners of his mouth up.==" 2011 p. 109

27.
<u>My stomach is roiling</u>

**Crave**: "…==my stomach is roiling==..." p. 298

**BMR**: "==My stomach is roiling==." 2013 p. 127

28.
<u>One of the guys "reaches out and grabs me"</u>

**Crave**: "But Marc ==reaches out and grabs me==…" p. 56

**BMR:** "Billy ==reaches a hand out and grabs me==…" 2013 p. 59; 2014 p. 48, 49

**EXHIBIT 3**

**Page 334**

29.
<u>Molten amber eyes</u>

**Crave**: "...watching me with those molten amber eyes of his." p. 362

**BMR**: "His eyes were molten amber…" 2011 p. 367

30.
<u>Heroine has a feeling of being watched</u>

**Crave**:"...the hair on the back of my neck stands up...it suddenly feels an awful lot like I'm being watched." p. 40

**BMR**: "…feeling of being watched makes the hairs prickle on the back of my neck." 2011 p. 3

31.
<u>Uncomfortable / strong feeling of being watched</u>

**Crave:** "...uncomfortable feeling I'm being watched." p. 131

**BMR**: "...with a strong feeling of being watched." 2011 p. 94

32.
<u>Giant / loud wrenching sound, she's thrown across the room and hits the wall</u>

**Crave**: "A giant wrenching sound suddenly fills the air…He…sends her flying across the room. She hits the wall with a crash…" p. 489-490

**BMR:** "Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound." 2010 p. 447; 2011 p. 523

**EXHIBIT 3**

**Page 335**

33.

As heroine enters the school in the opening sequence, she meets the romantic lead

| Crave: | BMR: |
|---|---|
| Dark hair, full red lips, chiseled features | Dark hair, full lips, red lips, chiseled features. |
| p. 21, 22 | 2011 p. 15-16, 34, 58, 101, 108, 163, 168. |
| Dangerous | Dangerous |
| p. 22, 28, 137, 224 | 2011 p. 16, 53, 127, 251, 286, 311, 367, 424, 465 |
| Fallen angel p. 30 | Dark angel  2011 p. 222 |
| Bad boy p. 30 | Bad boy  2011 p. 42, 172, 475 |
| Sexy p. 86 | Sexy 2011 p. 20 |
| Arrogant p. 137 | Arrogant 2011 p. 20 |
| Rockstar p. 137 | Rockstar 2011 p. 20, 82 |
| Gorgeous p. 137, 432 | Gorgeous 2011 p. 16, 82,108, 483 |
| Beautiful p. 21, 203 | Beautiful 2011 p. 16, 17, 222 |
| Wicked p. 22 | Wicked 2011 p. 16 |
| Wild p. 22 | Wild  2011 p. 186; 2014 p. 19 |
| Hot p. 137, 311 | Hot  2011 p. 21, 22, 28, 29, 252, 303, 311 |
| Smoking hot p. 137 | Smoking hot  2011 p. 303 |
| Long, lean    p. 22 | Tall, lean     2011 p. 15 |
| Lean muscle  p. 405 | Lean muscle  2011 p. 15 |
| Hard well-defined biceps p. 22 | Hard muscles of his biceps p. 167 |
| Smile turns one corner of his mouth up p. 22 | Smile turns one corner of his mouth up 2011 p. 24 |
| Dark hair  p. 22 | Dark hair p. 15, 119 |

34.

I rip / tear my eyes away and look anywhere but

**Crave**: "I rip my eyes away...Determined to avoid his eyes, I look anywhere but. p. 22

**BMR**: "I...tear my eyes away...keeping my eyes anywhere but on his face. 2011 p. 17

35.

My mouth waters I breathe him in

**Crave:** "It fills my senses, makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in." p. 165-66

**BMR:** "My face resting against the bare skin of his neck…I breathed him in…My mouth actually waters …" 2013 p. 321   "...my face resting against the bare skin of his neck. I breathed him in..." 2011 p. 414

**EXHIBIT 3**

36.
This isn't going to be easy: romantic lead tells heroine about them having a relationship

**Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." p. 167

**BMR:** "You know this isn't going to be easy for us," 2010 p. 200

37.
He brings his thumb to his lips, gaze, sucks it / licks it

**Crave:** "Then brings his thumb to his lips and —holding my gaze with his own—sticks his thumb in his mouth and slowly sucks off the blood." p. 62

**BMR:** "He brought his thumb to his lips and licked it, his gaze locked with mine." 2011 p. 594

38.
Something different about romantic lead, magnetism

**Crave:** "Still, there's something more to him. Something different and powerful and overwhelming..." "sheer magnetism rolling off him in waves." p. 21

**BMR:** "There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82

39.
Romantic lead is different than others

**Crave:** "...He's different than anybody I've ever met and—" p. 175

**BMR:** "He's not like the other guys at school. There's something different about him..." 2011 p. 82

**EXHIBIT 3**

**Page 337**

40.
Romantic lead is different and intense

**Crave:** "...he's different when he's with you. He's somehow less intense but also *more* intense..." p. 175

**BMR:** "There's something about him, something intense…something about him that's different from everyone else…" 2011 p. 311

41.
The way romantic lead holds himself screams / whispers danger to the heroine

**Crave:** "Every single thing about him screams danger…. in the way he holds himself and the way he moves." p. 172

**BMR:** "The…way he held himself whispered of danger." 2011 p. 20

42.
Romantic lead wears -black jeans and a t-shirt when he first meets heroine.

**Crave:** "...the black jeans and t-shirt he's wearing..." p. 22

**BMR:** "...he was dressed well in black designer jeans and a black t-shirt..." 2011 p. 20

43.
Romantic lead wears a black V-neck sweater, designer clothes

**Crave:** "Dressed all in Gucci black, silk V-neck sweater…" p. 86

**BMR**: "Though he was dressed well in jeans and a black v-neck sweater…" 2010 p. 16;  "dressed well in black designer jeans" 2011 p. 20

**EXHIBIT 3**

**Page 338**

44.
Romantic lead is lean, hard, muscle well-defined biceps

**Crave**: "...his long, lean body...flat stomach, and hard, well-defined biceps." p. 22

**BMR**: "...tall...fit with lean muscle." 2011, p. 15  "I noticed the hard muscles of his biceps and chest…" 2011, p. 167;

45.
Romantic lead touches heroine's face reverently

**Crave:** "...fingers stroking reverently down my face." p. 439

**BMR:** "His hand moves up to cup my face, his touch careful, reverent. 2012 p. 221

46.
Everything / something inside me responds to him, drawn to his danger

**Crave:** "...everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…" p. 127

**BMR:** "... Something inside of me responded to the dangerous edge in him and liked it." 2011 p. 127

47.
Our eyes meet…the world drops away / falls away

**Crave:** "Our eyes meet… the whole world seems to drop away... it's just Jaxon and me…" p. 143-144

**BMR:** "Our eyes meet as we pull apart.. the world around us literally falls away." 2013 p. 26

**EXHIBIT 3**

**Page 339**

48.
There is a primal war cry in the fight scene with the vampire prince / vampire prince's mate

**Crave:** "...with a primal kind of war cry..." p. 490

**BMR:** "...screaming at the top of my lungs—a primal war cry..." 2010 p. 452

49.
Get the words out, tight throat

**Crave**: "I barely manage to get the words out past my suddenly tight throat." p. 139

**BMR**: "My throat felt tight and I spoke slowly to get the words out…" 2011 p. 31

50.
Or throw up or both

**Crave**: "….hit something…or throw up. Or both." p. 567

**BMR**: "I might cry or throw up or both." 2011 p. 410

51.
Everything in her is "screaming"

**Crave**: "even though everything inside me is screaming for me to hold tight to the necklace…" p. 443

**BMR:** "Everything within me is screaming to just give in and say yes to the ride." 2013 p. 51

**EXHIBIT 3**

**Page 340**

52.

Heroine is pinned against the guy, "my back to his front"

**Crave**: "He yanks me hard against him–my back to his front…" p. 56

**BMR**:"...pinning me to him, my back to his front." 2014 p. 49; 2013 p. 60

53.

Heroine struggles, bucks, head butts attacker and breaks his nose / Heroine struggles, bucks, slams head back aiming to break his nose

**Crave**: "I start to struggle in earnest… bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose." p. 56-57

**BMR**: "I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose." 2014 p. 50; 2013 p. 60

54.

Weight on my chest

**Crave:** "The crushing weight on my chest…" p. 50

**BMR:** "...felt like a weight on my chest." 2011 p. 337

55.

Heroine: My eyes bugging/ed out of my head

**Crave**: "...my eyes bugging out of my head. p. 239

**BMR**: "My eyes bugged out of my head…." 2011 p. 280

**EXHIBIT 3**

**Page 341**

56.

<u>The voice inside her head says to run!</u>

**Crave:** "*Run, run, run!* The voice inside me is full-on screaming now…." p. 449

 **BMR**: "That new inner voice inside my head is warning me. The voice says run!" 2013 p 360;

"The voice inside my head is screaming…" 2013 p. 381


57.

<u>Heroine feels like she's falling for romantic lead</u>

**Crave:** "I really do think I'm falling for Jaxon Vega." p. 217

**BMR:** "I was pretty sure I was falling for him." 2011 p. 187


58.

<u>Heroine says, this can't be happening</u>

**Crave**: "...this can't be happening right now." p. 303

**BMR:** "This can't be happening." 2014  p. 329  2013 p. 124


59.

<u>Heroine makes a beeline for</u>

**Crave:** "Still, I make a beeline for the door…" p. 104

**BMR**: "They made a beeline for each other." 2010 p. 113


**EXHIBIT 3**

**Page 342**

60.
<u>Romantic lead gives heroine a quick / sharp twist of his lips</u>

**Crave:** "a quick twist of his lips." p. 259

**BMR**: "a sharp twist of his lips" 2014 p. 174; 2013  p. 210

61.
<u>Romantic lead groans low in his throat</u>

**Crave**: "…he groans low in his throat…" p. 388

**BMR**: " He groans low in his throat…" 2012 p. 222; 2013 p. 225

62.
<u>Sickening crunch with the vampire prince's mate / vampire prince in the same scene</u>

**Crave:** "She lands with a sickening crunch of bone." p. 490

**BMR:** " With a sickening crunch, he bit into her wrist." 2010 p. 429; 2011 p. 532

63.
<u>Self-defense in the same scene</u>

**Crave**: *Heroine*: "Every ounce of self-defense training I've ever had…" p. 59

**BMR:** *Heroine*: "Just a self-defense class," 2013 p. 62

**EXHIBIT 3**

**Page 343**

64.

Smolder…not in a good way

**Crave**: "His dark eyes smolder at me–and not in a good way." p. 331

**BMR**: "... you're starting to smolder. Not in a good way." 2011  p. 103

65.

She gives me a funny look

**Crave**: " She tilts her head to the side, gives me a funny look." p. 73

**BMR 2013:** "She gives me a funny look." 2011 p. 34

66.

Wait for the other shoe to drop

**Crave:** "I wait for the other shoe to drop…" p. 168

**BMR**: "It's funny in a waiting for the other shoe to drop sort of way…" 2012 p. 192

67.

Pressing finger / thumb against lip

**Crave**: "...pressing his thumb against my lip..." p. 202

**BMR**: "...pressing a warm finger across my lips." p. 160

68.

Things that go bump in the night

**Crave:** *Romantic lead*: '"things that go bump in the night." p. 28

**BMR:** *Romantic lead:* "Things that go bump in the night." 2011 p. 4  p. 237; *The Plot,* 2008

**EXHIBIT 3**

**Page 344**

69.
Whole lot of something

**Crave:** "He obviously feels a whole lot of something.." p. 430

**BMR:** "…7-Up and whole lot of something.." 2011 p. 330

70.
Whole Lot of Trouble

**Crave**: "Double, Double Toil and Whole Lot of Trouble."  p. 454

**BMR:** "I was probably in a whole lot of trouble." 2011 p. 370

71.
Such a drama queen

**Crave**: "Are you always such a drama queen…" p. 502

**BMR**: "Don't be such a drama queen!" 2011 p. 514

72.
Ground out through clenched teeth

**Crave**: "..He grinds the last sentence out between clenched teeth." p. 333

**BMR:** "...she ground out through clenched teeth." 2011 p. 329

73.
Et tu Brute

**Crave**: *Heroine:* "Et tu, brute?" p. 161

**BMR:** *Heroine:* "Et tu, brute?" 2011 p. 40

**EXHIBIT 3**

**Page 345**

74.
My stomach tightens up

**Crave**: "My stomach tightens up..." p. 403

**BMR:** "My stomach tightens." 2016 p. 14

75.
Damsel in distress

**Crave**: "I'm not a damsel in distress…." p. 93

**BMR**: "...your…damsel-in-distress act." 2011 p. 27

76.
My heart sank/ falls…to my feet.

**Crave:** "My heart falls straight to my feet... " p. 289

**BMR:** "My heart sank down to my stomach and my stomach dropped down to my feet." 2011 p. 199

77.
My kind of people

**Crave:** "Because whoever runs this library is my kind of people." p. 91

**BMR**: "I always thought you were my kind of people…" 2014 p. 90

78.
Uncle / Aunt kisses the top of heroine's head

**Crave:** "…with a kiss to the top of my head…" p. 116

**BMR:** "She kisses the top of my head as she gets up to leave." 2012 p. 123

**EXHIBIT 3**

**Page 346**

79.
Inside the castle the heroine notices the details / Inside the chateau the heroine notices the details

**Crave**: The inside of the castle is described with "vaulted arches," "arched ceiling" "large antique doors," "crystal chandeliers," " "roaring fireplace" "tapestries"  p. 16-18

**BMR:**  The inside of the chateau is described with " ceilings vaulted with large, arched doorways" and "crystal chandeliers." "fire blazing in the hearth"; "tapestry"  2011 p. 411-414, 416;  2014 p. 338 (tapestry)

80.
Romantic lead's words cause heroine to melt inside

**Crave:** "...try to pretend his words aren't making me melt deep inside." p. 384

**BMR:** "...the way he said those words—I'm melting inside." 2011 p. 147

81.
Spontaneous combustion

**Crave:** "...make me feel like *I might spontaneously combust*--especially if I spend much longer thinking about Jaxon." p. 170

**BMR:** "My own spontaneous combustion would be great right about now. He's at the door in a flash, opening it for me..." 2016 p. 19

82.
Stretches on endlessly

**Crave:** "...the darkness that stretches endlessly…" p. 11

**BMR:** "The forest stretched on around us endlessly." 2011 p. 493

**EXHIBIT 3**

**Page 347**

83.
<u>What was I supposed to do?</u>

**Crave:** "...but what was I supposed to do?" p. 333

**BMR**: "Now what was I supposed to do?" 2011 p. 296

**Crave:** "Well, What was I supposed to do?" p. 404

**BMR:** "So what was I supposed to do now?" 2011 p. 505

84.
<u>Romantic lead asks heroine, do you trust me</u>

**Crave**: *Romantic lead*: "Do you trust me?" p. 439

**BMR**: *Romantic lead*: "Anna, Do you trust me?" 2011 p. 55

85.
<u>Romantic lead does a mock bow</u>

**Crave:** "He does a mock little bow." p. 392

**BMR**: "He swept his arm out, ducking in a mock bow..." 2011 p. 37

86.
<u>At least not yet</u>

**Crave:** "At least not yet." p.186

**BMR**: "At least not yet." 2011 p. 181

**Crave:** "At least not yet." p. 451

**BMR**: "At least not yet." 2011 p. 466

**EXHIBIT 3**

**Page 348**

87.
<u>No big deal, same page</u>

**Crave**: "No big deal." p. 349

**BMR**: "It's no big deal, Anna." 2011 p. 349

88.
<u>Heroine says I'll be back in a minute</u>

**Crave**: "I'll be back in a minute." p. 84

**BMR**: "I'll be back in a minute." 2011 p. 502

89.
<u>His mouth moving on mine</u>

**Crave:** "...he gives a lot, head tilting, mouth moving on mine." p. 271

**BMR:** "…the feel of his mouth moving on mine." 2011 p. 554

90.
<u>Heroine thinks that monsters are real</u>

**Crave**: "This whole *monsters are real*... " p. 354

**BMR**: "Because they're real. Monsters." 2010 p. 3

**EXHIBIT 3**

**Page 349**

91.

Presses lips / mouth, breaths becoming my / one breath

**Crave**: "...pressing my mouth into his until his breath becomes my breath." P. 405

**BMR**: "...he presses his lips against mine again, soft and warm, our breaths becoming one breath." p. 242

92.

Air quotes with fingers when talking about shifters

**Crave**: "...he curls the fingers of his free hand and makes air quotes--'put the shifters in their place…'" p. 395

**BMR**: "...she was taken by werewolves, with glowing eyes, 'like in the movies,'" she said as she made air quotes with her fingers." 2011 p. 76

93.

Heroine calls romantic lead nicknames in her head:

**Crave**: "Mr. Tall, Dark, and Surly." p. 32

**BMR**: "Mr. Tall, Dark, and Bloodthirsty" 2011 p. 507; "Tall, dark, and mercilessly good-looking" 2011 p. 20; "Tall, dark, and wickedly handsome" 2012 p. 19

94.

A light show at night

**Crave**: "...just watching the most brilliant show I've ever seen light up the sky." p. 263 "...the most spectacular light show on earth." p. 441

**BMR**: "…that flash across the sky…Just a perfect black background to showcase our own personal lightshow…Flowing streamers of brilliant green…" 2013 p. 154

**EXHIBIT 3**

95.
<u>Exciting at the same time</u>

**Crave**: "this boy who frustrates and <mark>terrifies and excites</mark> me all <mark>at the same time.</mark>" p. 30; 25

**BMR**: "I found him intriguing and maybe even <mark>exciting at the same time</mark>. 2011 p. 127
"He captivated me in every way, he was just so appealing. And <mark>terrifying.</mark>" 2011 p. 253

96.
<u>Romantic lead, lock of my hair</u>

**Crave**: "<mark>Jaxon</mark> takes hold of <mark>a lock of my hair</mark>... " p. 386

**BMR**: "<mark>He</mark> tucked <mark>a lock of my hair</mark> behind my ear." 2011 p. 261

97.
<u>Who I am what I am</u>

**Crave:** *Romantic lead:*... "Even knowing <mark>what I am?</mark>"
　　　*Heroine:* "I know <mark>*who* you are.</mark> That's <mark>what matters.</mark>'"  p. 378

**BMR**: *Romantic lead:* "It's because of <mark>what I am,</mark> isn't it?"
　　　*Heroine:* "I guess <mark>I don't care about</mark> <mark>what you are</mark>, Ash. <mark>It doesn't</mark> <mark>matter</mark> to me." 2010 p. 221
*Romantic lead:* "...any questions about that. About <mark>who I am</mark> or <mark>what I am.</mark>" 2013 p. 208

98.
<u>Olympic gymnastics / somersaults</u>

**Crave:** "<mark>My already</mark> nervous <mark>stomach</mark> does <mark>a series of somersaults</mark>**.**" p. 206

**BMR:** "<mark>My stomach</mark> was <mark>already</mark> performing the <mark>Olympic gymnastics routine</mark>." 2011 p. 101

**EXHIBIT 3**

**Page 351**

99.

Heroine laces her fingers with romantic lead's / romantic lead laces his fingers with heroine

**Crave**: "Once more, I lace our fingers together…" p. 378

**BMR**: "He covers my hand with his, lacing his fingers through mine." 2013 p. 208


100.

Velvet wing chair vs. velvet wingback chair

**Crave:** "...and the huge red velvet wingback chair  p. 89

"I sat on the plush velvet wing chair on the….." 2011 p. 209


101.

Minds and all that

**Crave**: "Great minds and all that…" p. 311

**BMR**: "Inquiring minds and all that…" 2011 p. 320


102.

Our gazes collide

**Crave**: "And as our gazes collide, I lose all sense of what I was going to say." p. 538

**BMR:** "He turns and our gazes collide." 2013 p. 18


103.

Heroine has a feeling of dread

**Crave**: …feeling of dread that overwhelms me." p. 564

**BMR**: "...feeling of dread was so strong…" 2011 p. 504


**EXHIBIT 3**

**Page 352**

104.
<u>Laughs then snarls / snarled, laughing</u>

**Crave**: Mekhi "laughs, then snarls a little at Lia." p. 424

**BMR**: Caitlin "snarled at him, laughing…" 2011 p. 419

105.
<u>Heroine is told Home sweet home at castle / at chateau</u>

**Crave**: "Home sweet home." p. 40

**BMR**: "Home, sweet home" 2011 p. 412

106.
<u>Giant / loud wrenching sound, thrown across the room</u>

**Crave**: "A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash…" p. 489-490

**BMR:** "Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound." 2010 p. 447; 2011 p. 523

107.
<u>Dark water scent/ scent a dark current</u>

**Crave**: "…dark water scent of him... " p. 141

**BMR**: "The scent of him...a dark current…" 2011 p. 256

108.
<u>Vampires …oh my! (Wizard of Oz reference)</u>

**Crave:** "Vampires, dragons and werewolves oh my!" p. 324

**BMR:** "Vampires trolls and demons oh my." 2011 p. 500

**EXHIBIT 3**

**Page 353**

109.
Clawing at my insides / at the inside

**Crave**: "...scream clawing at the inside of my throat." p. 462

**BMR**: "...fear clawing at my insides." 2012 p. 26

110.
Heroine pressing her body against romantic lead

**Crave:** "...pressing my suddenly trembling body flush against his." p. 377

**BMR**: "...pressing my body against his... " 2011 p. 466

111.
Heroine can't bear losing one more / another person she loves

**BMR**: "Because the thought of losing one more person I love is unbearable." 2016 P. 95

**Crave**: "...watching another person I love die, there is no alternative..." P. 493

112.
Frankenstein

**Crave**: "I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works." p. 485

**BMR**: "Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride." 2012 p. 474

**EXHIBIT 3**

**Page 354**

113.

Star Wars

**BMR:** "....it was the cantina scene from "Star Wars," only I was in it." 2011 p. 495

**Crave:** "The Star Wars movie where everybody dies???" p. 191

114.

Harry Potter

**Crave:** "I can't help wondering if this castle--like Hogwarts--comes equipped with its very own ghosts." p. 53; 'The kind that doesn't come from J.K. Rowling's brilliant imagination.' p. 317

**BMR:** "Are you quoting *Harry Potter*? Really?!'...'Think of what I'm doing as my very own 'sorting hat...' 2013 p. 405

115.

Tom Cruise and old movies

**Crave:** "So you're an old movie buff? Or just an old Tom Cruise movie buff?" p. 262

**BMR**: "'And I love all of the 'Raiders of the Lost Ark' movies too." He gave his best bad-boy grin, one that would do Tom Cruise proud.' 2011 p. 42

116.

Celtic cross v. Celtic knot

**Crave**: "One with it's wings spread in front of a fancy Celtic cross."  p. 76

**BMR**: "...One is obviously Celtic design, a type of knot with a point enclosed in a circle" 2012 p. 9

**EXHIBIT 3**

**Page 355**

117.
<u>Gemstones on the walls</u>

**Crave**: "The walls are made entirely of different-colored stones...they gleam red and blue and green even in the faint light...what school...has the money to embed gemstones in the walls?" p. 238-239

**BMR:** "Her art decorated the walls as it did in so many rooms throughout our house—splashes of color made from gemstones sparkling and catching the light..." 2011 p. 210

118.
<u>Romantic lead is a monster when he starts to change in terrifying way</u>

**Crave**: "He's a monster, one teetering on the brink of losing all control." p. 448

**BMR**: "Ash. My first kiss. The fact that he's some kind of monster." 2013, p. 162

119.
<u>Fuel to the fire and gossip about the heroine</u>

**Crave:**: "...gossip …. add fuel to the fire." p. 424

**BMR**: 'Unlike most gossip columnists…' 'Adding fuel to the fire…' 2011 p. 319

120.
<u>Stone Slab</u>

**Crave:** "...dragging me to the center of the stone slab." p. 483

**BMR:** "A large, polished stone slab," 2011 p. 494

**EXHIBIT 3**

**Page 356**

121.

Dressing like a "newbie" in Alaska

**Crave**: "...because I'm a total newbie--I google how to dress for an Alaskan winter. Turns out the answer is *very* carefully, even when it's only November…wool tights...a layer of long underwear...fleece pants...fleece jacket...hat, scarf, gloves, and two pairs of socks...down filled hooded parka...snow boots. p. 117

**BMR**: "New people from the Lower Forty-Eight, 'chechakos,' wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves…. I noticed that he wasn't dressed like a newbie, even though it was his first winter here." 2011 p. 118-119

122.

Midnight eyes

**Crave:** "midnight of his eyes" p. 29

**BMR:** "midnight eyes"  p. 50

123.

Romantic lead is a fallen / dark angel

**Crave:** "A fallen angel... " p. 30

**BMR:** "A beautiful dark angel." 2011 p. 222

124.

Hand in hand

**Crave**: "We walk hand in hand through the halls. p. 515

**BMR:** "Mason and Jenny were in front of us, hand in hand." 2011 p. 513 "Our fingers linked, hand in hand, I stepped toward her….p. 571

**EXHIBIT 3**

**Page 357**

125.
<u>Sighed Wistfully 2 pages apart</u>

**Crave:** "Macy sighs wistfully." p. 316

**BMR:** "Brendan sighed wistfully." 2011 p. 318

126.
<u>Yearns for destruction of vampire prince's mate / vampire prince in the same scene in both books</u>

**Crave:** "Fury sweeps through me…And puts his hands on her hips in a gesture that makes every cell in my body yearn for destruction." p. 553-554

**BMR**: "A fury so strong I actually felt on fire with it and yearned to destroy him." 2011 p. 551

127.
<u>Heroine curls up in a ball when overwhelmed by emotion</u>

**Crave:** "...until the simple act of rolling over and curling into a protective ball feels impossible.  I settle for wrapping my arms around my waist…p. 182

**BMR:** "...I wrap my arms around my middle, leaning forward and curling into a ball." 2012 p. 188

128.
<u>Saccharin sweet</u>

**Crave:** "Lia's own smile is saccharin sweet…" p. 236

**BMR**: "...she said in a saccharine sweet voice." 2011 p. 144

**EXHIBIT 3**

**Page 358**

129.
The vampire is crazy over the loss of his / her mate

**Crave:** "And oh yeah, I'm being stalked by a crazy-ass vampire... " p. 465

**BMR:** "Great. A crazy vampire." 2010 p. 427; 2011 p. 530


130.
Heroine has a feeling of impending doom

**Crave:** "No thoughts are clear, no images stand out from any of the others—only an overwhelming feeling of impending doom." p. 50

**BMR:** "It seemed a petty concern in light of the demons, cursed objects and my impending doom." 2011 p. 296


131.
Wide Berth

**Crave:** "...judging by the wide berth everyone is giving me at the moment…" p. 413

**BMR**: "Even our teachers were careful of her and gave her a wide berth." 2010 p. 16


132.
Soul sucking demon

**Crave**: "How was I supposed to know Angie was a soul-sucking demon?" p. 219

 **BMR**: "I'd been taken. By demons. Soul sucking demons." 2012 p. 440


133.
Heroine tastes her own blood "in my mouth"

**Crave:** "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." p. 56-57

**BMR**: "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 p. 50


**EXHIBIT 3**

**Page 359**

134.

Heroine falls in the snow and has the breath knocked out of her

**Crave**: "And then I'm falling…it's all drowned out in the panicked beat of my heart as terror races through me…I brace myself for bone-crunching impact…We hit hard enough that the breath is knocked of me. For one second, two, three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs…panic is a wild animal inside me as I struggle to get my weight off him…snow-packed ground…I finally manage to pull in a huge gulp of air." p. 153-154

**BMR**: "Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air…I can't get my lungs to work. I know this is because I've fallen, and that in a few moments, my breath will come back, yet my panic is overwhelming. When I'm finally able to suck in air, it's in great, gulping, ragged gasps…There is always that moment just before impact, when you realize you've made a fatal mistake." 2011 p. 2, 4; 586, 588

135.

Alien theories

**Crave**: "Can I just say that I'm *really* beginning to miss my alien theory?" p. 325

**BMR**: "These alien theories fall along the same lines. 2016 p. 41; "…aliens theory is so popular." 2014 p. 34

136.

Sun dappled / sunlight dappling in the mountain wilderness / mountain forest

**Crave**: "We're on the side of a mountain...backdrop of white snow…tree… I veer toward the sun-dappled path..." p. 119-121

**BMR**: "the way I imagined sunlight dappling leaves in a cool mountain forest…" 2011 p. 35

137.

Sometimes a complicated / obvious answer is the right one

**Crave**: "The truth is, Grace, sometimes the most obvious answer really is the right one." p. 308

**BMR**: "Sometimes a complicated answer is the right one." 2016 p. 41

**EXHIBIT 3**

**Page 360**

138.
<u>Her heart beats double /triple time</u>

**Crave**: "...my heart beats triple time." p. 188

**BMR**: "My heart was racing double-time…" 2011 p. 175

139.
<u>Polar bears 2 pages apart</u>

**Crave:** "You look like you went three rounds with a polar bear. p. 294

**BMR:** "Glaciers are melting, polar bears face extinction…" 2011 p. 292

140.
<u>Half smile</u>

**Crave:** "He gives a half smile." p. 393

**BMR:** "...a half smile on his lips." 2010 p. 363

141.
<u>Poker face</u>

**Crave:**"...who pretty much has the opposite of a poker face..." p.173

**BMR:** "...willing myself to keep a poker face." 2011 p. 131

142.
<u>Mother-hen</u>

**Crave**: "Except Macy is in full mother-hen mode apparently." p. 195

**BMR**: "She's outspoken to an almost comical degree and mother-hens everyone." 2011 p. 143

**EXHIBIT 3**

**Page 361**

143.

<u>Heroine says she's "a fool"</u>

**Crave**: "I really am a fool." p. 487

**BMR**: "I am a bigger fool…" 2013 p. 454

144.

<u>Minion</u>

**Crave**: "...she's going to turn into one of his minions." p. 165

**BMR:** "Was she ever your friend of just Taylor's minion?" 2011 p.158

145.

<u>Matter of fact</u>

**Crave**: There's no bitterness in the words, just a matter-of-factness…p. 392

**BMR:** She was calm, matter of fact about it. 2011 p. 401

146.

<u>Heroine gets butterflies when the romantic lead is near her</u>

**Crush:** "...even as the sudden butterflies in my stomach kind of fall back down with a thud." p. 195

**BMR:** "The butterflies in my stomach were hopped up on caffeine." 2011 p. 161

**EXHIBIT 3**

**Page 362**

147.

Romantic lead talks about monsters and scary stories with heroine

**Crave**: 'I like scary stories.' …'But do you like the monsters in them?' p. 198

**BMR**: "All the fairy tales and stories you heard in your childhood about monsters...they're true...Are you scared?" 2010 p. 185; 2011 p. 237

148.

Fresh Meat

**Crave**: "Because I'm fresh meat out here in the middle of nowhere." p. 168

**BMR**: "The entire class is focused on the scene. Fresh meat." 2013 p. 21

149.

Sheet white

**Crave**: "I turn to look at Macy, who has gone absolutely sheet white." p. 142

**BMR**: "...her skin is sheet white." 2014 p. 154

150.

Heroine has electricity in her skin

**Crave**: "...electricity crackling just below my skin." p. 292

**BMR:** "Electricity leaped through my veins at his touch." 2011 p. 54
"...almost like there was a mild electric current passing through my skin." 2011 p. 331

**EXHIBIT 3**

**Page 363**

151.
Point taken

**Crave:** "Point taken.  How about Legacies." p. 70

**BMR:** "Point taken, I snapped that awful grin back into place." 2010 p. 90


152.
Ping Pong

**BMR**: "Now everyone was looking to see what I would do. Ping. Pong." 2010 P. 40

**Crave**: "...I can't help but feel like a ping pong ball caught between them." P. 236


153.
Looks badass the way she / he's dressed

**Crave**: "She's dressed in all black, as per usual, and looks totally badass in a chic, feminine way." p. 293

**BMR**: "With all that flowing white- blonde hair and bad ass clothing he really did look like Lord Viking." 2010 p. 336; 2013 p. 323


154.
Romantic lead is bossy to heroine

**Crave**: "Wow. Bossy much?" p. 190

**BMR:** "Following Mr. Bossy Pants to the bed, I let him tuck me in." 2010p. 374


155.
Rich voice

**Crave**:  a "low, rich voice." p. 85

**BMR**:  a "smooth, rich voice." 2011 p. 17


**EXHIBIT 3**

**Page 364**

156.
<u>Frostbite, gloves, and a hat</u>

**Crave:** "... plus gloves and a hat--if I don't have any plans to get frostbite." p. 228

**BMR:** "He was the only one who hadn't been wearing gloves or a hat. 'This weather bites for real. I think I have frostbite.'" 2011 p. 514

157.
<u>Columns</u>

**Crave**: "...and more columns than existed in all of Ancient Greece." p. 209-210

**BMR:** "We find ourselves standing in front of a large, Egyptian temple….Tall white columns stand in a line of twos…"  2016 p. 94, 95

158
<u>Miles / minutes from civilization</u>

**Crave:** "Then again, this is Alaska, and we are ninety minutes from the closest hint of civilization." p. 281

**BMR**: "It seems as if it's miles from civilization because there is nothing but wilderness in any direction…" 2016 p. 54

159.
<u>Chosen One</u>

**Crave:**  "I won't say anything else against the Chosen One." p. 147;

**BMR:**  "Unfortunately, there's more to you than meets the eye, Oh Chosen One." 2011 p. 567

**EXHIBIT 3**

**Page 365**

160.

Antechamber

**Crave:** "Then I've finally arrived in the antechamber before the Bloodletter's quarters." p. 564

**BMR:** "Billy and Willy led us down a hallway that fed into a large antechamber." 2011 p. 525

161.

Marise has a beak-like nose/ Marise has is beak to nose with the heroine

**Crave**: "I think it's the long, beak-like nose, but it could also be the medicine she gave me." p. 273

**BMR**: "I'm beak to nose with a raven...It turns its head and it's her again—the girl, no the woman—who looks like me." 2014 p. 153

162.

Ancient bloodlines / ancient families

**Crave**: the romantic lead is from "one of the six ancient families." p. 350

**BMR:** the heroine "descends from three of the most powerful and ancient bloodlines... " 2011 p. 242

163.

During the attack by the two guys, heroine starts to gets angry

**Crave**: "Which infuriates me as much as it terrifies me." p. 56 "Which only pisses me off more." p. 57

**BMR:** "Fury pulses through me." 2013 p. 60; 2014 p. 50

**EXHIBIT 3**

**Page 366**

164.
Waves of anger rolling off romantic lead /  Darkness rolls off romantic lead in waves

**Crave**: "...despite the darkness that rolls off him in waves." p. 30

**BMR**: "...waves of anger rolling off of him." 2010 p. 87


165.
Love, irrevocably

**Crave:** "...imagine what it would feel like to be loved like that. Completely, irrevocably, unconditionally." p. 546

**BMR:** "I was so in love with Ash. Utterly. Irrevocably." 2010 p. 365


166.
Lemon verbena

**Crave**: "I can still almost taste her lemon-thyme-verbena tea." p. 214

**BMR:** "Lemon verbena," he soothes. "It's an herb for calm and mental clarity." 2016 p. 84


167.
Rich chocolate voice / rich chocolate eyes first time heroine and romantic lead meet

**Crave:** "...eyes the color of rich, melted milk chocolate…" p. 538

**BMR:** "...his smooth, rich voice. If chocolate had a voice it would be his." 2011 p. 17


**EXHIBIT 3**

**Page 367**

168.
Witches' glamour magic for hair and make-up

**Crave:** "...her hair is slicked back in an adorable style, and her face looks like she spent half an hour putting on makeup in front of a mirror." …'"Oh, just a little glamour.' She wiggles her fingers in front of her face." p. 322, 323

**BMR:** "'Let's play with a little glamour,' Aunt Brynne says. She's my makeup artist tonight. 'Snow White,' she whispers.  My skin is all creamy porcelain and petal pink cheeks, my lips berry-kissed. She runs her fingers through my long brown hair and soft curls follow in their wake." 2014 p. 102


169.
Three words. A period after each word. Ends with infinite.

**Crave**: "Towering, unadulterated, infinite. p. 295

**BMR**: "Silver. Glowing. Infinite." 2016 p. 92


170.
The heroine laughs like a hyena at school / The heroine is giggled at like "hyenas" at school

**Crave:** "I laugh like a hyena the whole time." p. 150

**BMR**: "As soon as I pass by, the whole group dissolves into peels of giggles, the hyenas." 2013 p. 96


171.
Heroine's mind is foggy with romantic lead, same page

**Crave:** "I try to sit up, determined to get him, but I can't move,...I'm still not coherent enough....my legs are tied down, too, and as more of the fogginess fades, I realize…" p. 455

**BMR:**  "I sit down hard...my mind fogged with confusion. I feel the grip of Ash's hands pulling me…" 2013 p. 455


**EXHIBIT 3**

**Page 368**

172.
He has a woodsy scent

**Crave:** "...comforting scent of him—the same woodsy scent" (describing uncle) p. 32

**BMR**: "He smelled wonderful, a clean, woodsy scent" 2011 p. 17

173.
Mean Girls in caps, page proximity; and mean girls lower case

**Crave**: "I'm beginning to feel like I've fallen into *Mean Girls*, Alaska version or something." p. 115

**BMR**: "I couldn't stand for Taylor and the Mean Girls to see me like that." 2010 p. 117

**Crave**: "No way am I going to start whining about a few mean girls." p. 247

**BMR**: "...laughing with the mean girls whenever I passed by." 2011 p. 116-117

174.
Chaos all around us

**Crave:** "There's chaos all around us." p. 151

**BMR**: "...chaos erupts all around us." 2013 p. 419

175.
Reminds me of my dad

**Crave:** "Besides, he reminds me of my dad." p. 209

**BMR**: "...because it reminds me of my dad." 2011 p. 80 "Does he really remind her of my dad?" 2013 p. 233

**EXHIBIT 3**

**Page 369**