# EXHIBIT 7

# CSReeder, PC

TRIAL LAWYERS AND GENERAL COUNSEL

January 4, 2023

The Honorable Sarah Netburn
United States Magistrate Judge

Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

We represent Plaintiff Lynne Freeman in the above-referenced action. This letter is being submitted pursuant to the portion of Your Honor's Order of December 13, 2022—as modified by Your Order of December 17, 2022—requiring that Plaintiff describe the alleged infringement and explain how she currently intends to prove her case. We reserve our right to modify the below because discovery has not been completed and how Plaintiff's attorneys plan to prove Plaintiff's case constitutes attorney work product. Accordingly, nothing stated herein is intended to, nor shall it, constitute a waiver of the attorney work product doctrine.

## Nature of the Action

This action involves the New York Times bestselling series, *Crave*, consisting of, at the time of the filing of the Complaint, the books entitled *Crave*, *Crush*, *Covet* and *Court* (the "Crave Book Series"). Plaintiff Lynne Freeman ("Freeman") is a writer and attorney. She is suing Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff ("Wolff") (the purported author of the Crave series), Emily Sylvan Kim ("Kim") and Prospect Agency, LLC ("Prospect") (Wolff's literary agent and Freeman's former literary agent), Entangled Publishing, LLC ("Entangled") (the publisher of the Crave Book Series), Holtzbrink Publishers, LLC d/b/a Macmillan ("Macmillan") (the distributor of the Crave Book Series), and Universal City Studios, LLC ("Universal") (a motion picture studio which entered into a contract to produce a motion picture based on the first book in the series). Crazy Maple Studio, Inc. ("Crazy Maple"), which made an interactive video based on Crave, was dismissed from the case without prejudice.

Freeman's First Amended Complaint ("FAC") alleges, among other things, that Freeman hired Prospect and Kim to shop her unpublished manuscript, which at the time, was entitled Blue Moon Rising ("Freeman's Manuscript"). Freeman needed a literary agent because HarperCollins UK was considering publishing the Freeman Manuscript.

Prospect and Kim were also the literary agents for Wolff. Kim, fraudulently and in breach of the fiduciary duty that she owed Freeman, gave copies of the various versions of the unpublished manuscripts and related notes and outlines written by Freeman ("Freeman Copyrighted Material") to Wolff, who Freeman is informed and believes are close personal friends, so that Wolff could copy the Freeman Copyrighted Material given to her by Kim, and write a series of young adult fantasy books that are substantially similar to Freeman's

---

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California
90025

PHONE    (310) 861-2470
FAX    (310) 861-2476
EMAIL    mark@csrlawyers.com
WEBSITE    www.markpassin.com

Page 2
January 4, 2023

Copyrighted Material. Moreover, Freeman contends that Kim was instrumental in editing the books in the Crave Book Series.

Wolff copied Freeman's unpublished Copyrighted Material to write the Crave Book Series; Universal was licensed the rights to produce a motion picture based on the first book in the series entitled Crave, and Crazy Maple Studio, Inc. was licensed the right to make and exploit an interactive video game based on the same book, which it is currently selling.

## <u>The Infringed and Infringing Works</u>

On October 14, 2022, pursuant to a September 16, 2022, Order, we e-mailed to Defendants documents numbered LF 02648 to LF 09364, which consisted of the manuscripts and other materials copyrighted by Plaintiff ("Freeman Copyrighted Material") that she alleges in her FAC were infringed by various of the Defendants creating and exploiting the Crave Book Series. Specifically, the materials produced to Defendants were the deposit copies of the works relating to the four (4) Copyright Certificates of Registration obtained from the United States Copyright Office identified in paragraph 73 of the FAC, which are seventeen (17) versions of Plaintiff's unpublished manuscript consisting of over 5,500 pages and twelve (12) documents consisting of notes, outlines and other materials of over fifty (50) pages. Subsequently, at the request of Defendants, Plaintiff sent a Copyright Key to Defendants so that Defendants could easily match up each of the foregoing documents produced to the deposit copies listed in the Copyright certificates described in the FAC. Moreover, there may be additional copyrighted manuscripts and notes added to the Freeman Copyrighted Material.[1]

---

[1]

On October 14, 2022, when we e-mailed the Freeman Copyrighted Material to Defendants, we stated in the cover e-mail that "certain of Plaintiff's emails relevant to this action disappeared in or about 2015 and that she also may have lost some manuscripts due to two (2) computers being damaged by water. Plaintiff was able to retrieve some of the emails from various individuals to whom she had sent copies of the e-mails. . . Accordingly, we hereby reserve Plaintiff's right to move to amend the First Amended Complaint to add additional infringed manuscripts or other materials that are being produced by one or more of the Defendants that Plaintiff does not have in her possession or control." We also told Your Honor at the last hearing that Plaintiff may have to add additional copyrighted material to the complaint after reviewing the documents produced by Plaintiffs. We have almost finished reviewing the manuscripts, notes, outlines and other materials produced by Defendants that Plaintiff sent to Defendant Kim and Prospect between approximately 2010 and 2014 to determine if any of them that Plaintiff no longer has within her possession and control were infringed by Defendants. As soon as that review is completed, Plaintiff will immediately file expedited applications for copyright registrations for any newly discovered infringed material and we will draft a Second Amended Complaint adding, among possibly other things, the new Copyright Certificates. We will then meet and confer with Defendants regarding the proposed Second Amended Complaint.

| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
| Suite 1470 | FAX | (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL | mark@csrlawyers.com |
| | WEBSITE | www.markpassin.com |

Page 3

January 4, 2023

Plaintiff alleges that Wolff copied various protected elements and language from each of the versions of Freeman's Manuscript and the various notes, outlines and other materials copyrighted by Freeman and used them in the four (4) books in the Crave Book Series. Defendants have questioned if plaintiff can state a copyright infringement claim based on the foregoing fact pattern. She can. *See Castle Rock Entm't v. Carol Publ'q, Inc.,* 150 F.3d 132, 138 (2nd Circuit 1998) (holding defendant committed copyright infringement by "copying 643 fragments from 84 individually copyrighted *Seinfeld* episodes").

### How does Plaintiff Currently Intend to Proof the Alleged Infringements

Second Circuit courts have endorsed two distinct types of copying when analyzing substantial similarity: "comprehensive nonliteral similarity" and "fragmented literal similarity." *Paramount Pictures Corp.* v. *Carol Publ'g Group*, 11 F. Supp. 2d 329, 333 (S.D.N.Y. 1989); *see also Twin Peaks Prods., Inc. v. Publications International, Ltd.*, 996 F.2d 1366, 1372 (2nd Cir. 1993) (citing 4 NIMMER ON COPYRIGHT §13.03[A][2]); *Best Cellars, Inc. v. Grape Finds at Dupont, Inc.,* 90 F. Supp. 2d 431, 460 (S.D.N.Y. 2000); and *Warner Bros. Entm't Inc. v. RDR Books*, 575 F. Supp. 2d 513, 537 (S.D.N.Y. 2008). Under these cases, "[c]omprehensive nonliteral similarity exists where the allegedly infringing work does not copy the original work word-for-word, but the 'fundamental essence or structure of [the original work] is duplicated in [the infringing work].'" *See, e.g., Best Cellars, Inc.* at 460; *and* 4 NIMMER ON COPYRIGHT §13.03[A][1]. To determine if comprehensive nonliteral similarity exists, the trier of fact examines factors such as similarities in plot, theme, dialogue, mood, setting, pace and sequence. *Walker v. Time Life Films, Inc.*, 784 F.2d 44, 48 (2d. Cir. 1986).

"By contrast, 'fragmented literal similarity exists where the defendant copies a portion of the plaintiff's work exactly or nearly exactly, without appropriating the work's overall essence or structure.'" *May v. Sony Music Entm't,* 339 F. Supp 3d. 169, 180 (S.D.N.Y. 2019). Fragmented similarity "focuses upon copying of direct quotations or close paraphrasing." *Castle Rock Entm't, Inc.* at 140. The approach is called fragmented literal similarity precisely because the similarity exists in discrete instances rather than throughout the works as a whole. *Best Cellars, Inc.* at 460. "[T]he law in the Second Circuit is clear, "the concept of similarity embraces not only global similarities in structure and sequence, but localized similarity in language." *Warner Bros.* at 537.

"In evaluating fragmented literal similarity, or localized similarity in language, the Court examines the copying of direct quotations or close paraphrasing of the original work." *Id*. "The mere fact that the defendant has paraphrased rather than literally copied will not preclude a finding of substantial similarity." *Id*. "Copyright 'cannot be limited literally to the text, else a plagiarist would escape by immaterial variations.'" *Id*. (citing *Nichols v. Universal Pictures Co.,* 45 F.2d 119, 121(2d Cir.930).

Plaintiff intends to prove at trial that Defendants committed both comprehensive nonliteral similarity and fragmented literal similarity. She will prove the former by

| | | |
|---|---|---|
| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
| Suite 1470 | FAX | (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL | mark@csrlawyers.com |
| | WEBSITE | www.markpassin.com |

Page 4
January 4, 2023

demonstrating that there is substantial similarity between the Freeman Copyrighted Material and the Crave Book Series in plot, theme, dialogue, mood, setting, pace and sequence. *See* FAC and the exhibits thereto. She will prove the later by demonstrating the huge amount of similarity in language between the Freeman Copyrighted Material and the Crave Book Series. *See* Exhibit 1 (submitted herewith). Exhibit 1, while not intended to be complete, contains over four hundred and fifty(450) examples of similarities in direct quotations or paraphrasing between Freeman's Copyrighted Material and the book Covet. Plaintiff had hoped to include with this letter similar exhibits for each of the books in the Crave Book Series but did not have enough time to do so.

Plaintiff will also show that Wolff used Freeman Copyrighted Material in her prior books. Specifically, Plaintiff intends to show at trial that Wolff gradually copied larger and larger amounts of Freeman Copyright Material in her prior books to test if she would get caught using the unauthorized material. Wolff used at least sixteen (16) phrases of Freeman Copyrighted Material in a book entitled *Deserving of Luke* published in April, 2011; twenty-two (22) phrases of *Freeman* Copyrighted Material in the book entitled *Hidden Embers* published in April, 2011; one-hundred (100) phrases of Freeman Copyrighted Material in the book entitled Tempest Rising published in May, 2011 and one-hundred and fifteen (115) phrases of Freeman Copyrighted Material in the book entitled *Tempest Unleashed* published in June, 2012. *See* Exhibit 2 (submitted herewith), containing examples of the foregoing from each of the aforementioned books. Once Wolff realized that she was getting away with the theft, she copied enough of Freeman's Copyrighted Material for the Crave Book Series to commit full-blown copyright infringement. The development of this overall scheme is one reason Plaintiff requires discovery relating to Wolff's other books, and why Defendants are opposing providing the information. Wolff's other books are also relevant to Defendants' defense that the similarity in language between the works is because books in the genre are formulaic.

Copyright infringement is established when the owner of a valid copyright demonstrates unauthorized copying. *Castle Rock Entm't, Inc.* at 137. There are two main components of a *prima facie* case of infringement: "a plaintiff must first show that his work was actually copied . . . [and] then must show that the copying amounts to improper or unlawful appropriation" *Id*. Actual copying may be established "either by direct evidence of copying or by indirect evidence, including access to the copyrighted work, similarities that are probative of copying and expert testimony." Id. Probative rather than "substantial similarity" is the appropriate term in referring to plaintiff's initial burden of proving copying by indirect evidence. *Id.*

Plaintiff intends to prove actual copying (probative similarity) by showing that Wolff had access to Freeman's Copyrighted Material and using expert testimony to establish the similarity in language and other elements between Freeman's Copyrighted Material and the Crave Book Series. The expert testimony will also be used in support of Plaintiff's claims for

| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
| Suite 1470 | FAX | (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL | mark@csrlawyers.com |
| | WEBSITE | www.markpassin.com |

Page 5
January 4, 2023

Fraud and Deceit, Breach of Fiduciary Duty, Fraudulent Concealment and Breach of Contract alleged against Prospect and Kim. Each of those claims are based on Prospect and Kim providing the Freeman Copyright Material to Wolff and possibly others for the purpose of committing copyright infringement.

While the Second Circuit does not typically permit expert testimony on the issue of whether literary works are substantially similar (i.e., whether there has been an unlawful appropriation or illicit copying), Plaintiff contends that expert testimony on that issue should be allowed in this case. The Second Circuit and the district courts in the Circuit have permitted experts to testify on the issue in "technical areas" such as comparison of musical compositions, computer software or computer programing code. *See Mowry v. Viacom International*, Case No. Civ.3090(AJP), 2005 WL 1793773, *10 (S.D.N.Y. 2005); and *Computer Associates International, Inc. v. Altai, Inc.* 982 F.2d 693 (2nd Cir. 1992). The rationale for allowing experts in those types of cases is that it is too complicated for a lay observer to do the analysis. *Id.* at 713. Nonetheless, courts in the Circuit have allowed expert testimony on the issue in some literary infringement cases. *See Price v. Fox Entertainment Group, Inc.*, 499 F.Supp.2d 382, 389 (S.D.N.Y. 2007); and *Walker* at 53 (the bar against expert testimony on the substantial similarity issue should not be "taken literally"). Moreover, at least one court has held, that it was not an error to consider an expert report at the summary judgment phase on the issue of whether any reasonable jury could find the works substantially similar. *See Currin v. Arista Records*, 724 F.Supp.2d 286, 291 (D. Conn. 2010).

Plaintiff contends that experts should be allowed in this case on both the issues of probative and substantial similarity because it is too complicated for a lay observer in this case to determine if the works are substantially similar. Without expert testimony, the jury would have to read over 5,550 pages of Plaintiff's Copyrighted Material and then compare it to Wolff's four (4) books consisting of over 2,600 pages. This would be an extremely complicated, if not impossible, task for the jury, and would be overly time-consuming. The general rule of not permitting expert testimony in literary infringement cases on the issue of substantial similarity may work when the trier of fact is comparing one book to another book by doing a side-by-side comparison. However, it likely does not work here, because there is too much material involved and the works do not lend themselves to a side-by side comparison. Here, Wolff did not appropriate all the infringing material from one version of Plaintiff's manuscript. Rather, Wolff appropriated material and language from *numerous versions* of Plaintiff's manuscripts and other materials.

The general rule also does not neatly lend itself to a fragmented literal similarity analysis. It would be impossible for the jury to review the over 8,000 pages of material and determine the amount of language in common (which is literally hundreds of phrases) between Freeman's Copyrighted Material and the Crave Book Series. That type of analysis lends itself to the testimony of an expert who can testify to the exact number of direct

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE (310) 861-2470
FAX (310) 861-2476
EMAIL mark@csrlawyers.com
WEBSITE www.markpassin.com

Page 6

January 4, 2023

quotations or paraphrasing that the works have in common and the probability that the amount of such similarities was a result of copying.

Respectfully submitted,

**CSReeder, PC**

Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475

**REITLER KAILAS &**
**ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)

| | | |
|---|---|---|
| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
| Suite 1470 | FAX | (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL | mark@csrlawyers.com |
| | WEBSITE | www.markpassin.com |

# EXHIBIT 1

**Phrases and Language Similarities**
**Blue Moon Rising v. Covet  (Book 3 Crave Series)**

**Key**:  Yellow indicates same words used within comparative sentences between the books.
Light yellow indicates similarity of meaning, paraphrasing.
Pink indicates page number proximity, the action occurs within 50 pages.

**Note: This list is not exhaustive. It is a sample.**


1.

Heroine feels the weight of his stare, trying not to look at her romantic lead, she can't stand it, has to look and he's smiling

**BMR:** "… I keep my head down, willing myself not to look at him, even though I swear he's looking at me. I can feel the weight of his stare.…and finally I can't stand it any longer. I'll glance his way for a quick second….our eyes meet. He's smiling." 2013 p. 24

 **Covet:** "He's staring at me–I can feel the weight of his gaze even though I refuse to so much as glance at him….and when I can't take it anymore, I turn my head and prepare to tell him…..our eyes meet, he smiles just a little.." p. 131


2.
The heroine is in an enchanted forest. She sinks her hands down/ sinks down, feels the magic

**BMR**: "Sitting with Ash in the heart of an enchanted forest...The place feels *alive*, brimming with positive energy. I sink my hands down into the forest floor and brush at the soil and loose leaves, automatically connecting with the element of earth…..'You feel it too, the magic of this place…'" 2013 p. 206

**Covet**: "I let my senses sink down into the earth, down through my hands and back up through my feet. And I reach out. I open myself up to the magic of the earth…I feel it...my enchanted forest." p. 261-262

3.

Heroine smells the stink of charred flesh filling the air of someone she cares about, scream

**BMR:** "And I watched in sudden horror as his hands started smoking, the stink of charred flesh filling the air around us…. I covered my mouth with both hands, holding back a scream of terror." 2010 p. 179

**Covet:** "The bolt slams straight into the center of his chest. I scream as the sickening scent of charred flesh fills the air. It makes me gag, nearly makes me vomit but I swallow down the bile" p. 628

4.

Romantic lead gives heroine a feather light kiss and all-consuming.

**BMR:** "His eyes locked with mine, he turned my wrist up and planted a feather light kiss there, his breath and lips warm against my sensitive skin. Heat blossomed between us, sudden and all-consuming. I wanted nothing so much as to feel his lips pressed against my own. I found myself leaning toward him…." 2010 p. 175; " I turn my chin up as he takes my face in his hands, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss…Heat pumps through my veins, my heart racing out of control. I want nothing so much as to wrap my arms around him and pull him to me closer, tighter. I want more! 2012 p. 152

**Covet:** "And his kisses, his kisses are everything I've ever thought they would be…and so much more. Soft and lingering. Fast and hard. Featherlight and all-consuming. They send flames racing down my spine..Still I want more.  I press myself up against him, tangle my fingers in his hair, and when he gasps for breath-starts to pull his mouth from mine... p. 277

5.

Close the double doors behind me / us

**BMR:** "I step in and close the double doors behind me. " 2014 p. 383-384

**Covet:** "Once that's decided, the double doors close behind us," p. 390

6.

Heroine walks a long way to golden double doors

**BMR:** "Meret and I walk for what feels like a mile until we come to a large set of golden double doors…" 16 p. 97

**Covet:** "Either way, we walk down a really, really, really long corridor until we come to a pair of gold double doors." p. 567

7.

Heroine is embarrassed with romantic lead, wants ground to open up and swallow her

**BMR**:  "Humiliated, I wanted the ground to just open up and swallow me." 2011 p. 107

**Covet**: "...I'm embarrassed...and pray for the ground open up and swallow me whole." p. 196


8.

**Teacher** says to heroine: nice of you to join us." and teacher goes to the front of the classroom

**BMR**: *Teacher*: "...to the front of the classroom…..'Nice of you to join us," 2012 p. 36

**Covet:** *Teacher:* "'So nice of you to join us for class today.'.... to the front of the classroom…" p. 72


9.

Teacher ask's "Is there a problem",

**BMR:***Teacher:* "Is there a problem, son?" Mr. Beebe asked…" "No, sir…" 2011 p. 25

**Covet:** *Teacher:* "Is there a problem, Miss Foster?" "No, not at all…" p. 72


10.

Heroine's feelings must show on her face with romantic lead

**BMR**: "Some of what I was feeling must have shown on my face because he looked worried." 2011 p. 261

**Covet**: "...something of what I'm feeling must be showing on my face because Hudson keeps shooting me weird little looks." p. 455


11.

Heroine's thoughts are written all over my face

**BMR**: "Brendan is forever telling me my thoughts are written all over my face. " 2016 p. 50

**Covet**: "...I'm afraid my earlier thoughts are written all over my face." p. 90

12.
Heroine is told there's more to you than meets the eye,

**BMR** "Unfortunately, there's so much more to you than meets the eye, …" 2012 p. 489

**Covet:**. "Apparently, there's a lot more to you than meets the eye." p. 595

13.
Heroine hears a voice in the back of my head telling her…

**BMR:** "A voice in the back of my head told me that I had made that…" 2011 p. 314

**Covet:** "Plenty of voices in the back of my head telling me that I need to…" p. 313

14.
Heroine: as I zip up my pack

**BMR:** "I sigh heavily as I zip up my pack." 2012 p. 90

**Covet:** "A quiet knock sounds on my door just as I zip up my pack……" p. 89

15.
Heroine realizes I've felt out of place in my life, realizing she belongs in the supernatural

**BMR:** "I've felt out of place and out of touch my whole life." 2013  p. 89

**Covet:** "... I felt odd, out of place, a fish out of water in my own body... and in my own life." p. 600

16.
Heroine and romantic lead together; It feels  Like coming home.

**BMR:** "It feels that familiar. Like coming home." 2012 p. 202

**Covet:** "It feels like coming home." p. 207

17.
<u>Heroine with romantic lead:  "breathes him in" like "coming home"</u>

**BMR:**  "I breathed him in and knew that I was home." 2011 p. 414

**Covet:** "I...just breathe him in. It feels like coming home." p. 207


18.
<u>Heroine: my mouth feels like it's full/ stuffed with cotton</u>

**BMR:** "My mouth feels like it's stuffed with cotton." 2014 p. 51

**Covet:** "And my mouth feels like it's full of cotton..." p. 103


19. Part #1
<u>Heroine has been kept ignorant of what she is and the supernatural world by her parents</u>

**BMR**: "I'm irritated. How could she and my mother do this to me, keeping me ignorant of so much?" 2013 p. 194
*Mother to heroine:* "By keeping you ignorant of your heritage, I placed you in unnecessary danger." 2014 p. 376

**Covet:** "My parents knew, they *knew* I was a gargoyle, and they never told me....They kept me ignorant, did whatever they could to obfuscate the situation..." p. 600


20. Part #2
<u>Heroine has been kept ignorant of the magical world / magic in this world</u>

**BMR**: "...contact with the magical world. I thought if I could keep you from it, I would protect you and save myself. Instead, by keeping you ignorant..." 2013 p. 467

**Covet**: "This is how she protected me."..."They knew there was magic in this world... They kept me ignorant..." p. 600  "...they did the best they could to protect me." p. 602

21.

_Heroine and romantic lead: kisses on the sensitive skin of the wrist_

**BMR**: "...he turned my wrist up and planted a feather light kiss there, his breath and lips warm against my sensitive skin." 2011 p. 227

**Covet**: "...turning my head so I can kiss the sensitive skin on the inside of his wrist." p. 530

22.

_A strand of hair tucked behind heroine's ear with romantic lead_

**BMR:** "...he said with a grin, tucking a strand of hair behind my ear." 2010 p. 104

**Covet:** "I clear my throat, swallow, tuck a strand of hair behind my ear, fidget with the covers." p. 132

23.

_I cross my arms over my chest and_

**BMR:** "I cross my arms over my chest and scowl…" 2012 p. 91

**Covet:** "I cross my arms over my chest and lean back…" p. 539

24.

_My heart is pounding out of control and my chest_

**BMR:** " My heart is pounding out of control and my chest is tight…" 2012 p. 7

**Covet:** "My heart is pounding out of control, my chest feels like an elephant is sitting on my solar plexus…" p. 402

25.

_She wonders if romantic lead can hear hear her heart it's so loud_

**BMR:** "My heart thundered loudly in my chest. Surely he could hear it?" 2011 p. 259

**Covet**: "My heart is pounding so hard in my chest, I'm certain he can hear it." p. 132

26.
Crisp, British accent

**BMR:** "'What's your clan, lovey?' he says in a crisp, British accent." 2013 p. 58

**Covet:** "'What would you like me to say' His crisp British accent …" p. 34


27.
Heroine says: And I'm not going anywhere."

**BMR:** "And I'm not going anywhere," I say…" 2012 p. 220

**Covet:** "And I'm not going anywhere for a while," I tell her," p. 426


28.
I sling my backpack over one/my shoulder and

**BMR:** "I sling my backpack over one shoulder and give Marchalene …" 2013 p. 17

**Covet:** "I tell her as I sling my backpack over my shoulder and grab a …" p. 70


29.
Dad / Father the carrot dangled before my nose / head

**BMR:** "My dad was the carrot dangled before my nose and like any good little rabbit I'd taken the bait." 2010 p. 475

**Covet:** "… I pleaded or how much my father used him as a carrot to dangle over my head to get me to do things I didn't want to do" p. 676


30.
So tempting I can't resist

**BMR:** "It's so tempting I can't resist giving in to it. I push myself back…" 2013 p. 101

**Covet:** "It's a tempting thought. Wrong, probably, but still so tempting that I can't resist. I lean back.…." p. 54

31.
Heroine tells the **voice in her head character who is her father / grandfather:**

**BMR:** "But I'll be back for you. I promise." 2012 p. 513

**Covet:** "*I promise I'll come back for you. I promise I'll free you. But* ..." p. 398


32.
Then she seems to catch herself,

**BMR:** "And then she seems to catch herself, to realize how out ..." 2012 p. 227

**Covet:** "But then she seems to catch herself and settles back with ..." p. 106


33.
keep the shock from my voice.

**BMR:** I can't keep the shock from my voice." 2014 p. 296

**Covet:** " I don't even try to keep the shock from my voice." p. 300


34.
You know how to find the

**BMR** : "You know how to find the Seven?" he asks. ..." 2016 p. 89

**Covet:** "Do you know how to find the Crown?" I ask,..."  p. 650


35.
"Walk away from it" – a supernatural power.

**BMR:** "And you can't escape it unless you choose to walk away from it." 2012 p. 86

**Covet:** "You've got way too much power to just walk away from it." p. 42

36.

Heroine: I wrap my arms around his neck and

**BMR:** "I wrap my arms around his neck and his hands settle on my waist." 2013 p. 367

 **Covet:** "His hands slide under my ass, and I wrap my arms around his neck and my legs around his waist. " p. 352


37.

Heroine: me." I wrap my arms around my middle / waist and the room

**BMR:** "...me?" I wrap my arms around my middle….the room is spinning out of control." 2012 p. 188

**Covet:** "... me. I wrap my arms around my waist, the walls of the room closing in as I take a shallow breath" p. 113


38.

Something inside me snaps. "I

**BMR**: "Something inside me snaps. 'I hate you!' The words explode from my mouth in a snarl." 2014 p. 337

**Covet:** "Something inside me snaps. 'I want my brother back!' I hurl the words at him like knives." p. 678


39.

I blink…..my eyes are/not playing tricks. "

**BMR:** " I blink, wondering if my eyes are playing tricks. " 2013 p. 44

**Covet:** "I blink several times, just to make sure my eyes aren't playing tricks on me." p. 215

40.
Words, it catches me off-guard: Heroine learning about a supernatural thing

**BMR:** " I knew it was coming, this moment, maybe even those words, it catches me off-guard." 2013 p. 201

**Covet:** "'I knew they were always meant to be yours.' His words catch me off guard…" p. 424


41.
Never/ No way to get around that fact

**BMR:** "There's just no way to get around that fact." 2013 p. 328

**Covet:**  "There's never been a way to get around that fact." p. 531


42.
Romantic lead  tapped his fingers on the table with heroine

**BMR:** "He tapped his fingers on the table top lost in thought." 2010 p.190

**Covet:** "He taps his fingers on the table in the first display of nervousness…" p. 39


43.
What are you doing out here?" he asks,

**BMR:** "What are you doing out here?" he asks," 2012 p. 139

**Covet:** "What are you doing out here?" he asks." p. 150


44.
Get out of my mind/ clear my mind……no matter how hard I try not to think

**BMR:** "...and clear my mind or at least I try to. No matter how many calming breaths I take, no matter how hard I try not to think—the same thought… " 2013 p. 433

**Covet:** "...to get out of my mind, no matter how hard I try not to think about it. p. 130

45.
Tell us a little bit about yourself

**BMR:** "Stand up, tell us a little bit about yourself and why you took this class." 2010 p. 30

**Covet:** "Why don't you come on over here and tell us a little bit about yourself," p. 452

46.
Heroine is told I didn't think you had it in you.

**BMR:** "I didn't think you had it in you, Mia," 2014 p. 217

**Covet:** "I didn't think you had it in you." p. 238

47.
Heroine: As soon as I say the words, I know

**BMR:** "As soon as I say the words, I know that's what I'll do." 2014 p. 386

**Covet:** "As soon as I say the words, I know they're a mistake." p. 369

48.
Heroine thinks I don't know what to say to that so I

**BMR:** " I don't know what to say to that, to any of it really, so I just sit there…" 2013 p. 203

**Covet:** "And I don't know what to say to that so I don't say anything at all." p. 83

49.
And there's absolutely nothing I can do.

**BMR:** "... and there's nothing, absolutely nothing I can do." 2013 p. 412

**Covet:** "And there is absolutely nothing I can do about it… " p. 572

50.

Heroine: I stuck my tongue out at him

**BMR:** "I stuck my tongue out at him. " 2011 p. 358

**Covet:** "I stick my tongue out at him. " p. 153


51.

We need to get out of here

**BMR:** "We need to get out of here." 2011 p. 401

**Covet:** "We need to get out of here," p. 501


52.

In case you haven't noticed, I'm not

**BMR:** "In case you haven't noticed, I'm not laughing." 2012 p. 130

**Covet:** "In case you haven't noticed, I'm not very good at following rules." p. 359


53.

Heroine's best friend smiles a tight/ bright smile that didn't quite reach her eyes.

 **BMR:** "Amanda smiled a tight smile that didn't quite reach her eyes." 2010 p. 21

**Covet:** "...Macy tells her with a bright smile that maybe doesn't quite reach her eyes." p. 614


54.

Heroine is asked: what do you think about when you see all this

**BMR**: "What do you think about when you see all this?"  2010 p. 133

**Covet:** "What do you think about all this, Grace?" p. 110

55.
Heroine thinks: If we were going to get out of here alive,

**BMR:** " If we were going to get out of here alive, then the saving was up …" 2011 p. 534

**Covet:** "…we're going to have to trust someone down here if we hope to get out alive." p. 465


56.
The question in heroine's eyes

**BMR:** "She sees the question in my eyes and before I can…" 2014 p. 339

**Covet:** " He sees the question in my eyes and nods." p. 91


57.
 Everything *feels* as though it's happening in slow motion

**BMR:** " He opens his mouth as he approaches, sharp white teeth bared. Everything feels as though it's happening in slow motion…" 2010 (Aunt M PDF) p. 5

**Covet:** "But that's the only move he makes as everything seems to happen in slow motion. Seconds feel like minutes as …" p. 160


58.
This phrase is said about thinking someone is going to kill the heroine

**BMR:** "I thought he was going to kill me," 2010 p. 347

**Covet:** "I thought he was going to kill you!" p. 541


59.
At the bottom of a ravine

**BMR:** "…Hours passed and he never came back. I found him at the bottom of a ravine near the camp." 2011 p. 126

**Covet:** " One second of inattention, and you can be lying at the bottom of a ravine with a concussion…" p. 93

60.
He was everything I could ever want in a guy who is the mate.

 BMR:  "Julian himself was full of life, laughter and love.  He was everything I could have hoped for in a *mate*. Devoted, kind-hearted, adventuresome, honest and so much more …" 2010 p. 467

 Covet: "He's smart and funny and sarcastic and sweet and strong and kind and hot.  He's everything I could ever ask for in a *guy*, everything I could ever want, all rolled …" p. 590

61.
I'm Brienne / Erym Welcome to our home,"

BMR: "… "I'm Brienne. Welcome to our home," 2012 p. 227

Covet: "…"I'm Erym, cala of the Giant Court. Welcome to our home." p. 222

62.
Heroine breathed a sigh of relief when

BMR: "I breathed a sigh of relief when the door closed behind us." 2010 p. 217

Covet: "Still, I breathe a sigh of relief when we finally make it down to the main level of the cave." p. 104

63.
Heroine's  hands were shaking so badly that I

BMR: "My hands are shaking so badly it's difficult to angle the mirror." 2013 p. 345; "My hands were trembling so badly that I…"  2011 p. 54

Covet: "... and my hands are shaking so badly that I slide them …" p. 401

64.
I don't know what you're talking about,

**BMR:** "I don't know what you're talking about, Crazy. …" 2010 p. 282

**Covet:** "I don't know what you're talking about." p. 460


65.
Romantic lead with heroine: he leans back in his chair and

**BMR:** "He leans back in his chair and crosses his arms…" 2012 p. 99

**Covet:** "He leans back in his chair and gives me a look so hot that it …" p. 46


66.
Romantic lead with heroine: he blew out a long, slow breath. But

**BMR:** "He blew out a long, slow breath. "But I couldn't stay …" 2011 p. 288

**Covet:** "Hudson blows out a long, slow breath, but he nods and takes …" p. 414


67.
If we were going to get out of here

**BMR:** "If we were going to get out of here alive, then the saving …" 2011 p. 534

**Covet:** "If we're going to get out of here, we're going to …" p. 550


68.
But that's not going to happen

**BMR:** "But that's not going to happen is it?" 2011 p. 224

**Covet:** "But that's not going to happen right now." p. 574

69.

<u>I make my way down the stairs to…the foyer</u>

**BMR** " <mark>I make my way down the stairs to the foyer,</mark> " 2012 p. 123

**Covet:** "The closest people I have to friends are in <mark>the foyer</mark> ….<mark>I make my way down the stairs to</mark> my room." p. 672

70.

<u>There's still a part of me that</u>

**BMR:** "<mark>There's still a part of me that</mark> misses the way things …" 2011 p. 330

**Covet:** " I squeak, because <mark>there's still a part of me that</mark> can't believe this …" p. 492

71.

<u> Romantic lead grabs heroine until we're face to face</u>

**BMR**: "<mark>He grabs</mark> the belt loops of <mark>my</mark> jeans, reeling <mark>me</mark> in <mark>until we're face to face.</mark>" p. 203

**Covet:** "…but <mark>he grabs my</mark> hand. Pulls <mark>me</mark> back around <mark>until we're face to face.</mark>" p. 328

72.

<u>Questions, …Like a bunch of angry bees.</u>

**BMR:** "…<mark>questions,</mark> but all <mark>I</mark> hear is a low, droning buzz. <mark>Like a</mark> bunch <mark>of angry bees.</mark>" 2013 p. 461

**Covet:** "…<mark>questions I'</mark>ve ignored for months to invade my head <mark>like a</mark> swarm <mark>of angry bees.</mark>" p. 65

73.

<u>You already know that, don't you?</u>

**BMR:** "<mark>You already know that, don't you?</mark>" 2014 p. 158

**Covet:** ""But I guess <mark>you already know that, don't you?"</mark> p. 614

74.
<u>But I want to know,</u>

**BMR**: "<mark>But I want to know</mark>, Ash…" 2011 p. 368

**Covet**: "<mark>But I want to know</mark>." p. 188

75.
<u>More than I can say.</u>

**BMR:** "<mark>More than I can say</mark>." 2010 p. 238

**Covet:** "<mark>More than I can say</mark>." p. 531

76.
<u>Did you hear me, Anna / Grace?</u>

**BMR:** "<mark>Did you hear me, Anna?</mark>" 2011 p. 376

**Covet:** "<mark>Did you hear me, Grace</mark>?" p. 633

77.
<u>Heroine notices how the earth feels beneath her feet</u>

**BMR**: "...<mark>the earth feels</mark> springy <mark>beneath my feet</mark>." 2010 <mark>p. 204</mark>

**Covet**: "...<mark>feel the</mark> soft <mark>earth beneath my feet</mark>." <mark>p. 212</mark>

78.
<u>Heroine lands with a thump / thud on her knees after going through a PORTAL</u>

**BMR**: I <mark>landed with a</mark> solid thump <mark>on my knees.</mark> 2012 p. 506

**Covet**: "<mark>I land on my knees with a</mark> hard *thud*…" p. 436

79.
<u>Creepy creature has a forked tongue out</u>

**BMR:** "His tongue darted out from between his lips, long and forked like a snake's."
2011 p. 399

**Covet**: "...her tongue comes out in warning. I nearly scream when I realize it's forked...and black." p. 442

80.
<u>She, the shifter, "pops them back into place"</u>

**BMR**: "She pounded her wrist back with a loud popping sound and then reached down and twisted her leg back into place." 2011 p. 403

**Covet**: "Right before she reaches up and pops her own nose back into place." p. 181

81.
<u>I mean we're in the middle of a forest</u>

**BMR:** "How am I going to explain this place to her? I *mean* we're in the middle of a forest in the summer time." 2012 (10-10) p. 381

**Covet:** "I know we're in the middle of a forest, but something about this place reminds …"p. 231

82.
<u>Heroine can't bring myself to say</u>

**BMR:** "Automatically, I want to say, you too, but I can't bring myself to say the words." 2014 p. 112

**Covet:** "A kiss that tries to show him all the things I feel inside but can't bring myself to say." p. 364

83.
<u>Heroine and the last thing I want to do is</u>

 **BMR:** "It's wet and sticky and the last thing I want to do is…" 2013 p. 320

 **Covet:** "They obviously worked hard on dinner, and the last thing I want to do is…" p. 17


84.
<u>I just/really don't have it in me to</u>

**BMR:** "... and I just don't have it in me to call her and tell her …" 2012 p. 46

**Covet:** "… and to be honest, I really don't have it in me to delve into my psyche to …" p. 38


85.
<u>Me for what feels like an eternity. I</u>

**BMR:** "He stares at me for what feels like an eternity. I …" 2014 p. 185

**Covet:** "… he drinks and drinks and drinks from me. For what feels like an eternity, I…" p. 529


86.
<u>And I can't help but wonder if</u>

**BMR:** " And I can't help but wonder if the two …" 2012 p. 201

**Covet:** "... and I can't help but wonder if she was …" p. 191


87.
<u>Says it like it's no big deal</u>

**BMR:** "Amanda says it like it's no big deal." 2012 p. 30

**Covet:** "Hudson says it casually, like it's no big deal." p. 463

88.
Heroine: I swallowed. Hard.

**BMR:** "I swallowed. Hard. "Then why is your shirt unbuttoned?" …" 2011 p. 457

**Covet:** " I swallow. Hard. And this is why I prefer to keep my shit …" p. 125


89.
Romantic lead groans low in his throat making out with heroine

**BMR:** "He groans low in his throat, it's almost a growl, and that sound makes me wild…" 2012 p. 222

**Covet:** "He groans low in his throat and then, with a flash of teeth he's on me." p. 529


90.
To the victor go the spoils, laughter

**BMR:** "To the victor go the spoils. I heard applause and laughter…" 2010 p. 289

**Covet**: "…whole table laughs. "I will tell you one thing, though. To the victor go the spoils." p. 503


91.
Heroine locks them in a box (her feelings of anxiety).

**BMR:** "So I decided to push my feelings of fear and dread all the way down, out of reach and lock them in a box. I would open them …" 2011 p. 474

**Covet:** "And then I lock them away in a box as quickly as they come…I'd do almost anything to avoid a panic attack." p. 66

92.
Heroine: part of me that was absolutely terrified

**BMR:** "I had to admit, there was a good sized part of me that was absolutely terrified he was at my door and not …" 2010 p. 156

**Covet:** "... so a part of me is absolutely terrified of what's going to happen when the …" p. 532

93.
there's no time like the present.

**BMR:** "Well, there's no time like the present." 2011 p. 86

**Covet:** "And I guess there's no time like the present to start." p. 206

94.
like *you/ this* for a long, long time.

**BMR:** " Our employer has been looking for a girl like you for a long, long time. " 2013 p. 59

**Covet:** "I certainly am not ready to make a decision like this for a long, long time." p. 298

95.
Heroine is sucking in *great heaving* gulps of air. "

**BMR:** "... sucking in great heaving gulps of air. " 2010 p. 479

**Covet:** "... sucks in deep, shuddering gulps of air." p. 353

96.
Heroine says  I can't think of anything when dealing with a scary supernatural

**BMR:** "I—I can't think of anything I have that you'…" 2012  p. 408

**Covet:** "I can't think of anything. I nod." p. 404

97.
<u>I have no idea what I'm</u>

**BMR:** "<mark>I have no idea what I'm</mark> going to tell him about Saturday night. …" 2010 p. 231

**Covet:** "<mark>I have no idea what I'm</mark> supposed to say to that."  p. 119


98.
<u>There's no reason for him to</u>

**BMR:** "<mark>There's no reason for him to</mark> have a bloodied …" 2014 p. 203

**Covet:** "<mark>There's no reason for him to</mark> be nervous, so …" p. 272


99.
<u>hanging in the air between us.</u>

**BMR:** "… <mark>the</mark> lure of <mark>the</mark> unknown <mark>hanging in the air between us</mark>." 2011 p. 261

**Covet:** "<mark>The</mark> word that's been <mark>hanging in the air between us</mark>…" p. 37


100.
<u>what happened the last time we were</u>

**BMR:**  "We're going to be late and you know <mark>what happened the last time we were</mark> late…" 2010 p. 255

**Covet:** "… shoulders that she's thinking about <mark>what happened the last time we were</mark> here. " p. 618


101.
<u>seemed to take it all in stride,</u>

**BMR:** "Ash <mark>seemed to take it all in stride</mark>, attributing my nervousness …" 2010 p. 140

**Covet:** "...but the dragons <mark>seem to take it all in stride</mark>, as if they…" p. 376

102.
Be careful what you wish for

**BMR:** "…I'm practically stunned speechless. Aunt Brienne always says to be careful what you wish for. " 2013 p. 259

**Covet:** " I have not to trip over my tongue in the face of that laser-eyed scrutiny. Be careful what you wish for and all that. " p. 108

103.
Miss the way things used to be,

**BMR:** "I miss the way things used to be, before this year, you know?" 2010 p. 263

**Covet:** "Being with her, making her laugh, it reminds me of the way things used to be. I knew I missed it …" p. 666

104.
Is harder than I thought it would be,"

**BMR:** "This is harder than I thought it would be,'" 2010 p. 241

**Covet:** "I mostly keep pace with him, but it's harder than I thought it would be." p. 93

105.
Stay out of my way." She

**BMR:** " Either get in the game or stay out of my way." She reaches out and pushes my shoulder back…" 2013 p. 139

**Covet:** "Stay out of my way," she says, even as she shoots Eden a grin over her shoulder." p. 205

106.

Romantic lead helps heroine: He's standing in front of me, his

**BMR:** "Before I could so much as blink he was standing in front of me, his arms bracing my shoulders." 2010 p. 322

**Covet:** "…better than I want him to, and suddenly he's standing in front of me, his big, steady hands holding my own…" p. 25-26

107.

Once and for all. Thinking about

**BMR**"And I needed to get this done once and for all. Thinking about another confrontation, my stomach clenched. "2011 p. 95

**Covet:** "Ready to get the Crown and take care of Cyrus once and for all. Thinking about him and the inevitable war that will be coming our …" p. 597

108.

it's just the two of us.

**BMR:** "Everything around us melts away until it's just the two of us." 2012 p. 97

**Covet:** "And suddenly, it's just the two of us." p. 606

109.

Heroine: The lump in my throat is

**BMR:** "The lump in my throat is so big I can hardly speak around it. "2014 p. 28

**Covet:** "The lump in my throat is beginning to feel…" p. 269

110.
<u>I know how ridiculous it sounds</u>

**BMR:** " I know how ridiculous it sounds but I'd feel…" 2014 p. 306

**Covet:** "Believe me, I know how ridiculous it sounds to be…" p. 153


111.
<u>Before I can say anything,</u>

**BMR:** "Before I can say anything, Cat takes the podium.…" 2013

**Covet:** "Before I can say anything *or* murder her, she takes Luca's arm…" p. 334


112.
<u>Romantic lead kisses heroine on my forehead, …my cheeks…my nose</u>

**BMR:** "…Ash pulled me into his arms and held me, planting kisses on my forehead, my cheeks and the tip of my nose…" 2011 p. 439

**Covet:** "… cups my cheek in his hand, drops several tender kisses on my forehead, my nose, even my chin." p. 364


113.
<u>We're running out of time,</u>

**BMR:** We're running out of time, Anna," 2010 p. 188

**Covet:** "We're running out of time; I can feel it." p. 41


114.
<u>He looked as puzzled as I felt</u>

**BMR:** "He looked as puzzled as I felt. 2010 p. 105

**Covet:** "… he looks as puzzled as I feel." p. 564

115.
<u>I try to think of something</u>

**BMR:** "I try to think of something to say. Something that I can say." 2012 p. 242

**Covet:** " I try to think of something flippant to say-or anything to say, for …" p. 128


116.
<u>I want him to take it back,</u>

**BMR:** "...my eyes. I want him to take it back, to tell me it's a lie. And yet…" 2012 (10-10) p. 418

**Covet:** "...I really want is to screech at him to take it back... or say it again. "Don't worry about it," he tells me. And though his eyes…" p. 361
117.

118.
<u>Heroine is told: trust no one</u>

**BMR:** "Trust no one." 2011 p. 115

**Covet:** "Trust no one, Grace." p. 318


119.
<u>A life debt</u>

**BMR:** "I owe you a life debt for what you did today." 2013 p. 336

**Covet:** "You owe me a life debt, vampire. …" p. 645


120..
<u>Romantic lead tells heroine: hey, none of that</u>

**BMR:** "Hey, none of that now." 2010 p. 455

**Covet:** "Hey, none of that," p. 619

121.
Heroine takes a deep breath

"I took a deep breath and let it out slowly." 2011 p. 369

I take a deep breath and blow it out slowly." p. 206

122.
I repeat…Mantra in my head

**BMR**: "*You don't see me. You don't see me*, I repeat my mantra silently inside my head." 2013 p. 49

**Covet:** "*It can vanish as easily as it came*, I repeat like a mantra even as he leans closer...p. 273

**Covet**: "It becomes a kind of mantra in his head...and in mine. *Free. Free. Free…*" p. 649

123.
Unable to resist

**BMR:** "But I scooted over next to him, unable to resist the lure of him. I leaned back against the …" 2011 p. 453

**Covet:** "But here I stand, unable to resist finding out what he'll say next. "I think …" p. 670

124.
Heroine: the old me

**BMR:** "I felt torn, as though there were two of me at times—the old me, shy and uncertain and the new me who was confident and strong, …" 2011p. 193

**Covet:** "…to break through the sadness and the numbness, to find myself again-and not just the old me but a stronger version of me, one who is more than capable …" p. 312

125.
Heroine vomits words

**BMR:** "Word vomit." 2011 p. 52

**Covet:** "...I force myself to stop vomiting words..." p. 52

126.
Heroine loves the "smell of the wildflowers"

**BMR:** "I can already smell the heady scent of the wildflowers…" 2013 p. 301

**Covet:** "I ask, leaning in to smell the gorgeous wildflower bouquet...." p. 280

127.
Heroine has a Plan B in page number proximity

**BMR**: "Plan B is shot down.." 2013 p. 270

**Covet**: "...we need to start brainstorming a Plan B." p. 264

128.
Romantic lead asks do you "trust me?" and heroine says "yes"

**BMR**: "Anna, do you trust me?"
"Without taking the time to even think about it, I answered, breathless, 'Yes.'" 2011 p. 55

**Covet**: "Trust me?"
"I don't even hesitate. 'Yes.'" p. 237

129.
Heroine has a smell as a magical being

**BMR**: "I can smell the demon in you." 2014 p. 329

**Covet**: "...I definitely smell the gargoyle in you…" p. 229

130.
Heroine realizes her mom, aunt/ mom, dad were always talking and arguing about her

**BMR**: "It was always like this—them talking about me in whispered words and broken off conversations..." 2011 p. 65   "Every time I come into the room you stop talking and it's obvious you're talking about me." 2012 p. 64

**Covet**: "To the whispered fights, the tense meals, the way they clammed up whenever I walked into a room." p. 601


131.
Heroine wanted her family to "tell me everything" about the magical world and herself, "secrets"

**BMR**:  "They had a chance to come clean with me tonight, to tell me everything....How can I trust them to tell me the truth about anything with the silence of so many unspoken secrets still standing between us?" 2013 P. 361

**Covet**: "Were they going to tell me *everything*?... I realize that maybe I can't hold the secrecy against them after all." p. 602


132.
Heroine "old enough" to be told the truth of what she is as a supernatural being

**BMR**: "You're old enough to know the truth." 2013 p. 91

**Covet**: "Had they decided I was finally old enough?" p. 602


133.
Heroine believes she is half-human once she knows she's a magical being

**BMR**: "Is it because I'm half human…" 2013 p. 344

**Covet**: "I may be only eighteen years old--and half human…" p. 431

134.

Very few of heroine's kind "walk the earth"

**BMR**: "It's said that the Kindred don't walk the Earth in many numbers anymore." 2012 p. 385

**Covet:** "There used to be thousands upon thousands of gargoyles walking the earth. Now there are only two that I know of…" p. 399


135.

She is a magical being made of magic.

**BMR:** "The Kindred *are* magic." 2010 p. 375

**Covet**: "You are a creature born of magic…";"Since gargoyles were created from the source of all magic…" p. 398


136.

Heroine's supernatural purpose is to bring balance

**BMR:** "And your greatest gift in maintaining the balance. It is your destiny." 2012 p. 216 "Maintain the balance, no matter the cost." 2011 p. 218

**Covet**: "...without the balance gargoyles bring to us…" p. 111; "For what befalls one sister must always befall the other--to maintain the balance." p. 395


137.

Shadows and Light/ Chaos and Order, heroine has "ability" to hold / balance  "both within you"

**BMR**:"...the ability to balance both Shadows and Light within yourself and emerge transformed will be your greatest challenge. And your greatest gift in maintaining the balance… You will need to balance both." 2013 p. 220

**Covet**: "...you hold both within you. A desire to create order, a desire to create chaos....It's this ability that allows you to straddle both worlds…" p. 398

138.
Heroine wonders "how am I supposed to" restore the balance

**BMR**: 'You will need to balance both…' ' And just how am I supposed to do all that?' I say it like there's no way he can possibly be serious. I'm just one person.'  2012 p. 217

**Covet**: " And if so, am I supposed to find a way to bring back the balance? The idea seems absurd on its face. It's a lot to process…" p. 399


139.
Heroine is to balance the two sides

**BMR**: "Although Shadows is a darker path, it is not necessarily evil, just as Light is not always good. You will need to balance both in order to achieve your destiny. Humanity is in peril...You were born to achieve this task." 2013 p. 221

**Covet**: "In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles." p. 398


140.
Balance, two sides of the same coin, balance, harmony

**BMR**: "I understand that the balance is harmony, an accord of light and dark. You can't have one without the other because they're two sides of the same coin; each opposite is essential to maintain the balance and rhythm of life on earth." 2013 p. 90

**Covet**: "But the universe requires balance, and so they had two daughters, each a different side of the same coin." P. 392  "Both sides...unable to live in any kind of harmony or balance…" p. 395


141.
Counterbalance

**BMR**: "Balance and counterbalance." 2011 p. 388

**Covet**: 'Power,' they were told, 'always requires a counterbalance.' p. 393

142.

Good and Evil

**BMR**: "In all of life there is light and dark. Good and evil. But there must be balance." 2011 p. 574

**Covet**: "You cannot have strength without weakness, beauty without ugliness, love without hate...good without evil.' p. 393

143.

The war has been going on since time itself / since humans and paranormals created

**BMR:** "We are at war, child, a war that has been waged since the beginning of time itself. In all of life there is light and dark. Good and evil. But there must be balance." 2011 p. 574 "There must be balance in the world." The Plot 2008

**Covet**: "You cannot have strength without weakness, beauty without ugliness, love without hate… good without evil." p. 393… "But from the moment they were created, humans and paranormals have been at odds...went to war…" p. 394 "The universe requires balance in all things." p. 395

144.

Supernatural beings at odds and humans

**BMR**: "Beings of myth and legend are fighting each other every day with Earth as the battlefield. Human flesh and human souls are the spoils." 2011 p. 230

**Covet**: "But from the moment they were created, humans and paranormals have been at odds....Paranormals...like to fight, like to sow discord and havoc wherever they go." P. 394

145.

Heroine must find the magical objects / object to stop the war

**BMR**: "Our part, our role in this war, is to recover artifacts before the demons get them." 2011 p. 289  "You have a role in this war....Maintain the balance, no matter the cost. Find the cursed objects and use your gifts." 2012 p. 217-218

**Covet**: "...and get the Crown to stop a war seems like a win-win-win. No matter the cost." p. 386 (just before the balance is discussed). p. 386


146.

There's still a part of me that

**BMR:** "There's still a part of me that misses the way things used to be," 2011 p. 331

**Covet:** "I squeak, because there's still a part of me that can't believe this is happening," p. 492


147.

The heroine is to restore the Compact / find the Crown to restore the balance

**BMR:** "The Compact binds *all* Others when it is in force. Such Compacts have existed from time immemorial. When they are broken, chaos reigns and the world is off balance." 2012 p. 217

**Covet**: "The Crown brings balance to the universe. For a long time, paranormals held too much power, so the Crown was created to balance that out." p. 119

**BMR**: "You have a role in this war...The Compact must be restored...You were born to achieve this task." 2012 p. 217

**Covet**: "But maybe getting lucky enough to free the blacksmith, then free the beast, and get the Crown to stop a war seems like a win-win-win." p. 386

148.

Heroine's kind can't be swayed by either side

**BMR**: "We don't take sides in the war between the Unseen." 2013 p. 345

**Covet**: "...they had to create a creature who couldn't be swayed by either side." p. 398

149.
Twins goddess / deity, sisters

**BMR**: "True daughters of Isis are always born as fraternal twins, like Isis and her twin sister, Nephthys." 2016 p. 104

**Covet**: "The children were sisters, twins in fact, born of two deities…" p. 392


150.
Magical tattoos are sparkly / bright and they "swirl" and "dance"

**BMR**: "…something sparkly caught the light…Tattoos! And they were moving on his fingers, swirling in a strange dance." 2011 .. 362

**Covet**: "…captured by the tattoo that's so bright now, it's practically blinding as it swirls and dances up and down my biceps and forearm." p. 605


151.
Heroine's tattoo burns heroine like tiny pinpricks

**BMR**: "And when I did, my back lit up on fire, thousands of tiny pin pricks." 2011 p. 436

**Covet**: "My tattoo burns as the magic lights each tiny needle prick…" p. 623


152
Heroine's tattoo itches and burns

**BMR**: "…my neck and my back burning and itching…imprinted along my spine from the nape of my neck to the tip of my tailbone were tattoos…" 2011 p. 469-470

**Covet**: "…scratching at my palm because it's suddenly burning and itching. I turn it over, and tattooed right in the center of my hand…" p. 654

153.
<u>Heroine feels on fire from the tattoo</u>

**BMR**: "<mark>My neck and back are on fire</mark>…" 2011 p. 388

**Covet**: "<mark>My whole hand catches fire</mark>." p. 603


154.
<u>Heroine's tattoo glows</u>

**BMR**: "Before I can say a word, <mark>the tattoo glows</mark>…" 2016 p. 86

**Covet**: "<mark>My whole arm</mark> is <mark>aflame</mark> now, and a quick glance down shows me the <mark>tattoo is glowing</mark>…p. 603


155.
<u>What are you doing?" I cry. "</u>

**BMR:** "<mark>Brendan grabs me</mark> …."Hey! <mark>What are you doing?" I cry.</mark>" 2013 p. 394

**Covet:** "… however, is loosen <mark>his grip on me</mark>. At all. <mark>"What are you doing?" I cry</mark> out…" p. 95


156.
<u>Heroine: my eyes go wide. I</u>

**BMR:** "<mark>My eyes go wide. I</mark> start toward him." 2016 p.81

**Covet:** "<mark>My eyes go wide-I</mark> have absolutely no idea what …" p. 237


157.
<u>Heroine's anger/ rage is a living, breathing entity / thing</u>

**BMR**: "<mark>My anger</mark> was back and it was now <mark>a living, breathing</mark> entity…" 2011 p. 548

**Covet**: "I'm as <mark>angry</mark> as she is, but <mark>my rage</mark> is <mark>a living, breathing thing</mark>…" p. 431

158.

Heroine has tea and cookies

**BMR:** "She held a tray with tea things and cookies…" 2011 p. 74

**Covet**: "...to get a cup of tea and a couple of cookies…" p. 44

159.

Heroine and homemade chocolate chip cookies

**BMR:** "Cookies…They're your favorite. Chocolate chip. And they just came out of the oven…" 2011 p. 66

**Covet**: "Macy isn't around, though she has left two chocolate chip cookies on a plate by my bed." p. 125 "Inside are homemade chocolate chip cookies." p. 250

160.

Heroine's panic and Nausea "rising"

**BMR:** "panicked nausea rising…" 2011 p. 602

**Covet**: ".. nausea and panic rising..." p. 1

161.

Heroine's stomach churns

**BMR**: "I felt a sudden churning in my stomach." 2010 p. 337

**Covet**: "My stomach churns…" p. 325 "my stomach churning." p. 492

162.

Her stomach twists

**BMR**: "My stomach twists…" 2012 p. 267 "My stomach twisted…" 2011 p. 505

**Covet**: "My stomach twists…" p 383 "My stomach is twisting…" p. 517

163.
Heroine's stomach clenches

**BMR**: "My stomach clenches…" 2012 p. 174

**Covet:** "My stomach clenches…" p. 441


164.
Heroine's stomach is in knots

**BMR**: "has my stomach in knots." 2014 p. 88

**Covet**: "My stomach is in knots." p. 465


165.
Heroine's stomach tightens

**BMR:** "My stomach tightens." 2013 p. 14

**Covet**: "I feel my stomach tighten…" p. 639


166.
To manage her panic, heroine takes a few breaths and counts

**BMR:** "I draw in a few slow breaths and count." 212 p. 466

**Covet**: "I take a few breaths, count backward…" p. 167


167.
Heroine counts to ten to manage her panic

**BMR**: "I stare at the floor, counting to ten out loud telling myself to breathe." 2012 p. 171

**Covet**: "I take a deep breath, then several more as I count to ten…" p. 304, 305

168.

Heroine melts into romantic lead

**BMR**: "I melted into him." 2011 p. 481

**Covet**: "I melt into him…" p. 481


169.

Romantic lead looks at her and she melts

**BMR:** "He turned to look at me, his eyes soft. I melted." 2011 p. 121

**Covet**: "He holds it out to me with a small smile and watchful eyes. And I melt." p. 97


170.

Heroine and romantic lead's gazes collide

**BMR**: "He turned and our gazes collide." 2012 p. 19

**Covet**: "As our gazes collide…" p. 189


171.

Heroine doesn't like romantic lead treating me like a child

**BMR:** " Irritated because he was treating me like a child and relieved because the moment had passed." p. 350

**Covet**: "I'm not a child, and I don't appreciate you treating me like one." p. 59


172.

Sun dappling forest

**BMR:** "I imagined sunlight dappling leaves in a cool mountain forest…" 2011 p. 35

**Covet**: "...forest of massive trees, sun-dappled light peeking…" p. 204

173.
Sun dappling forest

**BMR:** "I imagined sunlight dappling leaves in a cool mountain forest…" 2011 p. 35

**Covet**: "...forest of massive trees, sun-dappled light peeking…" p. 204

174.
Heroine: I swallow. Hard.

**BMR:** "I swallowed. Hard." 2011 p. 422

**Covet**: "I swallow. Hard." p. 122

175.
Heroine: I remember reading

**BMR:** "I remember reading somewhere…" 2012 p. 315

**Covet**: "I remember reading once…" p. 572

176.
Smart and funny

**BMR**: "You're smart and funny…" 2013 p. 116

**Covet**: "He's smart and funny…" P. 590

177.
Romantic lead has a crooked grin

**BMR**: "His lips twisted in a crooked grin." 2011 p. 157

**Covet**: "He gives me that crooked grin I fell in love with all those months ago." p. 87

178.
<u>Romantic lead "reaches out" "brushes her hair back from her face"</u>

**BMR**: "...he reached out with one hand and brushed a lock of my hair back from my face. . ." 2011 p. 62

**Covet**: "...he's reaching over, brushing one of my errant curls out of my face." p. 411


179.
<u>He's a gentleman - he holds heroine's coat for her</u>

**BMR:** "...I slip into my coat that he's holding for me, ever the gentleman." 2012 p. 198

**Covet**: "...wool Armani jacket...He holds it up, and I start to take it before I realize that he's waiting for me to slide an arm into one of the sleeves...because he's a total gentleman, apparently." p. 272


180.
<u>Gentleman</u>

**BMR**: "Ever the gentleman." 2011 p. 179 (romantic lead opens car door for her)

**Covet**: "...shows what a gentleman Hudson truly is." p. 497 (allows her to go first)


181.
<u>He kisses the top of her head</u>

**BMR**: "Ash chuckled under his breath as he leaned over and kissed the top of my head." 2011 p. 419

**Covet**: "After a moment, he drops a soft kiss on the top of my head before leaning back…" p. 207

182.

An "invisible string" connects heroine and romantic lead

**BMR:** "But he's not just any boy...It feels as though we're tied together by an invisible string. Fated...from the moment we first met, he looked at me as if he knew me, and I felt the same." 2016 p. 99

**Covet**: "Especially considering we're mated. Already, I can feel the invisible string stretching between us, connecting us to each other on a soul-deep level." p. 31


183.

Heroine sees guards with translucent skin

**BMR**: "... the guards portrayed in ancient Egyptian tomb paintings...their skin was mahogany brown but somehow translucent..." 2012 p. 443

**Covet**: "The intake guards...grayish, nearly translucent skin." p. 441


184.

Taylor / Calder fluffs her hair

**BMR:** "Taylor fluffs her hair…" 2012 p. 264

**Covet**: "Calder fluffs her hair…" p. 493


185.

Taylor / Calder  speaks so calmly, she could be discussing the weather

**BMR**: "Taylor announced so matter of factly, she could've been discussing the weather." 2012 p. 31

**Covet**: Calder...her tone is so mild, she could have been talking about lunch or the weather…" p. 473

186.
Heroine is called child by the same character and told  it's been so / too long

**BMR**: "It's been so long since I've held you, child." 2013 p. 429

**Crush**: "Come here so I can see you, child. It's been too long." p. 103


187.
Heroine is told she is lucky but doesn't feel very lucky

**BMR**: "Aunt Brienne tells me I'm lucky...I'm not feeling very lucky." 2013 p. 25

**Covet**: 'You're a very lucky girl, Grace.' 'I know,' I tell her, even though I don't feel very lucky…" p. 112


188.
Heroine's question burning

**BMR**: "...the one question burning on my tongue…" 2012 p. 335

**Covet**: "...the one question that's been burning inside me…" p. 114


189.
Heroine's injured friend: breaths are shallow

**BMR**: "His skin has taken on a green, sickly cast, and his breaths are shallow." 2016 p. 95

**Covet**: "His breathing is shallow, his heartbeat too slow, and I know he doesn't have a chance if I don't hurry." p. 623


190.
Aunt / Uncle kisses the heroine on top of the head

**BMR**: "She kisses the top of my head as she gets up to leave." 2013 p. 127

**Covet**: "He hugs me back and presses a fatherly kiss to the top of my head." p. 423

191.
Ash/ Hudson sees heroine for who she really is

**BMR**: "It is through her relationship with Ash that she comes to see herself for who and what she really is...heals her emotional wounds, enabling her to take her place and her powers…"
Freeman Notes 11-8-2009

**Covet**: "But then there's Hudson, who sees so much more than the weak, wounded girl I used to be. He sees who I really am and who I have the potential to be." p. 194

192.
The Watchers / The Watch, and the police

**BMR**: "We call ourselves Watchers. We're protectors of humankind from Others - non-humans." 2012 p. 197; "Like the kindred police or something?" 2016 p. 79  "If we went to the Order...They're like the police but tend to be a bit overzealous." 2016 p. 80

**Covet**: "The Watch?"  "They're a sort of paranormal police force governed by the Circle." p. 135

193. Part #1
Heroine tells the romantic lead/romantic lead(2) she's scared

**BMR**: "So I admit, 'I got scared, Ash.'" 2011 p. 179

**Covet**: "'I'm scared,' I finally admit." p. 50

194.
Part #2
He asks her to explain what scared her

**BMR**: "You're scared of me aren't you?" 2011 p. 201

**Covet**: "Scared?" he repeats, sounding stunned. Of me?'" p. 50

195. Part #3
Heroine tells him he is what scared her

**BMR**: "Yes." 2011 p. 201

**Covet**: "Yes…!" p. 50

196.
<u>Leather cuffs for his / her wrists</u>

**BMR**: "Thick silver and leather cuffs circled his wrists." 2012 p. 343

**Covet**: "Eden buys a couple of leather cuffs for her wrists...." p. 378


197.
<u>Heroine's friends follow like ducks</u>

**BMR**: "My friends hobble across the room moving in unison like a chain of pull-string duck toys." 2013 p. 399

**Covet**: "...my friends following behind her like little ducks…" p. 307


198.
<u>He tells her he doesn't want her to be afraid of him / doesn't want to hurt her</u>

**BMR**: "I don't want you to be scared..." 2011 p. 201-202

**Covet**: "I don't want to hurt you." p. 50


199.
<u>Something else entirely</u>

**BMR:** "You look so much like her, but you're something else entirely…" 2011 p. 506

**Covet**: "Pixies? Or something else entirely?" p. 504


200.
<u>Chew on words</u>

**BMR**: "He bit his lip as though he were chewing on the right words…" 2011 p. 463

**Covet**: "I think about his words, chew on them." p. 467

201.

<u>Heroine: I curl up on the bed</u>

**BMR:** " I curl up next to Mom on her bed and take her hand." 2014 p. 374

**Covet:** "... Hudson and I curl up on my bed and hold each other in silence." p. 533


202.

<u>Heroine: I roll / close my eyes and pray that</u>

**BMR:** " I roll my eyes and pray that this agonizing interlude will end quickly." 2012 p. 231

**Covet:** "I start to close my eyes and pray that it's fast… p. 572


203.

<u>Hoping against hope that</u>

**BMR:** " I duck my head down and look away, hoping against hope that they won't recognize me." 2013 p. 394

**Covet:** " I put a hand on his elbow, hoping against hope that he won't." p. 384


204.

<u>Romantic lead: a twist of his lips</u>

**BMR:** "'Just Ash,' he says with a sour twist of his lips. 'Hmph. Did you know…'" 2013 p. 284

**Covet:** "Hudson tells him with a sarcastic twist of his lips. "I'll do what I should …" p. 137


205.

<u>Heroine gives "what I know… is a fake smile" when she's uncomfortable</u>

**BMR:** "I give him what I know for a fact is a big, fat, fake smile..." 2013 p. 164

**Covet:** "...I send the group what I know is a really fake-looking smile." p. 24

206.
A predatory gleam in the romantic lead's eyes toward the heroine

**BMR:** "I nod just once and a slow smile spreads across his face, a predatory gleam in his coppery eyes." 2012 p. 221

**Covet:** "… Hudson growls, a predatory gleam replacing the softer look from before, and thrusts one of his hands …" p. 33


207.
Heroine: To pretend that everything

**BMR:** "I tried to pretend that everything had returned to normal. " 2010 p. 168

**Covet:** "We're going to great pains to pretend that everything is at least a little bit normal, so it really …" p. 151


208.
Silence descends between us,

**BMR:** " A long moment of intense silence descends between us, his fingers locked around my wrist …" 2013 p. 105

**Covet:** "An awkward silence descends between us, and I honestly don't know …" p. 126


209.
Perched on the railing

**BMR** " An extraordinarily large raven perched on the railing beside me, regarding me…" 2011 p. 153

**Covet:** "Only to find Jaxon staring straight at me from his perch on the gazebo railing." p. 150


210.
I see…(emotion) lurking in his/ your eyes

**BMR:** "What?  Is that doubt I see lurking in your eyes?" 2011 p. 542

**Covet:** " I can see amusement lurking in the depths of his eyes."  p. 194

211.
A place feels like you're in Dante's 'Inferno'

**BMR:** " I felt like I was in Dante's 'Inferno' and we hadn't even reached …" 2011 p. 491

**Covet:** "Ever read Dante's 'Inferno'?' I'm thinking he took inspiration from this place, because someone had fun with the idea." p. 471


212.
Tree stump seats.

**BMR:** "... sawdust floors and tree stump seats." 2010 p. 389

**Covet:** "...we pass by a small path of lawn complete with a couple of tree-stump seats.." p. 273


213.
I close my eyes and focus on…energy

**BMR**: "I close my eyes and focus on  my breathing, quieting my mind and allowing the energy to fill….p. 431

**Covet:** "I can't stand the idea of Hudson in pain because of me, I close my eyes and focus on sending healing energy into his burns one by one." p. 146


214.
And the Hulk

**BMR:** "Like what happened with Billy and the Hulk the day I was almost kidnapped." p. 124

**Covet:** "You're Iron Man and the Hulk all rolled into one." "If the shoe …" p. 179


215.
Romeo and Juliet

**BMR:** "Romeo and Juliette," I said" 2011 p. 284

**Covet:** "Romeo and Juliet, here I come." p. 409

216.
<u>Lois Lane and Superman, the movie</u>

**BMR**: "<mark>I'm</mark> sure <mark>I've</mark> seen this in a <mark>movie</mark> before. Was it Peter Pan and Wendy or <mark>Superman and Lois Lane</mark>?' <mark>I</mark> tried to joke." 2010 p. 386

**Covet**: "'<mark>I</mark> feel just like <mark>Lois Lane</mark>...You know, in the <mark>movie</mark>. <mark>Superman</mark> crushes coal to give <mark>Lois</mark> a diamond." p. 282

217.
<u>Humpty Dumpty</u>

**BMR**: ".… Humpty Dumpty sat on a wall. <mark>Humpty Dumpty</mark> had a …" 2011 p. 346

**Covet**: "<mark>Humpty Dumpty</mark> Got Nothing on Us" p. 414

218.
<u>Star Wars</u>

**BMR**: "...it was the cantina Scene from "<mark>Star Wars</mark>," only I was in it." 2011 p. 495

**Covet**: "...<mark>Star Wars</mark> writing starts scrolling up the screen." p. 128

219.
<u>Sleeping Beauty</u>

**BMR:** "Wake up, <mark>Sleeping Beauty</mark>," a soft voice crooned in <mark>my</mark> ear…" 2010 p. 379

**Covet**: "...I'm reminded of one of the versions of <mark>Sleeping Beauty my</mark> mother read to me when I was …" p. 242

220.
<u>Sleeping Beauty carvings on woodwork</u>

**BMR**: "It <mark>looked</mark> just like the sort of <mark>bed Sleeping Beauty</mark> might have <mark>slept</mark> in waiting for her prince to find her and break the spell—the wood <mark>carved</mark> with curlicues and <mark>fanciful</mark> swirls." 2011 <mark>p. 210</mark>

**Covet**: "...<mark>cheerful carvings</mark> on the <mark>staircase and room railing</mark>s...As I <mark>look</mark> at this place, I'm reminded of one of the versions of *<mark>Sleeping Beauty</mark>*…<mark>p. 242</mark>

221.
Snow White

**BMR:** "Snow White," she whispers." 2014 p. 102

**Covet:** "Or Snow White, for that matter. p. 667


222.
Zombies. I

**BMR:** "Empty halls, empty classrooms and everyone dead from some bizarre virus—until they were resurrected as zombies. I …" 2010 p. 313

**Covet:** "The intake guards, or whatever you call them, are the creepiest-looking people I have ever seen. Zombies? I wonder…" p. 441


223.
Looking for Brie

**BMR:** "…they were all looking for. Aunt Brie's vanishing cream might hold until morning …" 2012 p. 444

**Covet:** "… Hello, Is it Brie You're Looking For? …" p. 122


224.
Wendigo/ Windigo

**BMR:** "One girl even claims that she was taken by a wendigo with glowing red eyes." 2012 p. 72

**Covet:** "I don't need money bad enough to risk getting on some windigo's bad side." p. 510


225.
The Lighthouse / Library of Alexandria. "

**BMR:** "…time, like the Hanging Gardens of Babylon or the Lighthouse of Alexandria. "Lady Roselyn, I am Meret," the priestess who …" 2016 p. 94-95

**Covet:** "…not just like a regular community library. Like the Library of Alexandria." "You think I'm like a library that …" p. 359

226.
Egyptian art/ artifacts.

**BMR**: "The art pieces in the room were fine replicas of what I recognized as ancient Egyptian...art. If they were replicas." 2011 p. 414   "This amulet is authentic Egyptian…" p. 436

**Covet**: "...Egyptian artifacts on display. A papyrus, a vase, and some ancient-looking jewelry. I remember Flint mentioning once that his mom was from an Egyptian dragon clan…" p. 312

227.
As a man with a wolf's head,

**BMR**: "... as a man with a wolf's head…" 2010 p. 355

**Covet**:  "... as the guy with the wolf's head …" p. 158

228. Part #1 (Tarot Cards)
Heroine has a tarot card reading

**BMR**: "My Tarot cards and white candles are on the table along …" 2013 p. 170

**Covet**: "…up at a sketchy fortune-telling place, complete with dirty tarot cards and a wizened old troll dressed in a …" p. 539

229.  Part #2
Tarot cards in hand.

**BMR**: "… the center of the circle, my Tarot cards in hand." 2014 p. 143

**Covet**: "… the troll follows us out, his tarot cards in hand." p. 540

230.  Part #3
Like a fortune teller with person who reads heroine's tarot cards

**BMR**: "I ask, just like any love-sick girl at a fortune-teller's booth." 2013 p. 433-434

**Covet**: "Like I'm at one of those fake fortune-tellers who just give people what they want to hear." p. 112

231.  Part #4
The Tower Card

**BMR**: "The ==Tower. Not good==…A black ==tower== leans on its side ==stricken by a lightning== bolt…"
2010 p. 5 (2011, 2012, 2013, 2014, 16).

**Covet**: "'==Trouble==,' Hudson answers as he studies the card that looks like a ==tower being struck by lightning==." p. 540


232.
He was a kindred spirit.

**BMR:** "But I knew without a doubt that ==he was a kindred spirit.==" 2010 p. 92

**Covet:** "…==he's== being made fun of, or if ==he's== found ==a kindred spirit==." p. 568


233.
Heroine wears aed dress with

**BMR:** "…revealing a simple ==red dress with== short, puffed sleeves, a little girl sash …" 2011 p. 137

**Covet:** "…the women we pass are staring at me and my ==red dress with== open jealousy,  …" p. 338


234.
Heroine wears a full /floor length black gown

**BMR:** "…dressed ==in== an elegant, ==full==-==length black== evening ==gown==…" 2012 p. 121

**Covet:** " She looks stunning ==in== the ==floor==-==length black== velvet ==gown==." p. 337

235.
Elemental magic. Before I

**BMR:** "A night of potent, <mark>elemental magic. Before I</mark> can reply, she turns back around." 2012 (10-10) p. 123

**Covet:** "... if the ink doesn't work with <mark>elemental magic before I</mark> decide that's a question for …" p. 625

236.
Enchanted forest

**BMR:** "It's the <mark>enchanted forest</mark> from every fairy tale I've ever read." 2012 p. 199

**Covet:** "...my <mark>enchanted forest</mark>."  p. 262

237.
Fate. Destiny.

**BMR:** "That I feel we're drawn together by <mark>fate. Destiny</mark>." 2013 p. 116

**Covet:** "<mark>Fate? Destiny</mark>? p. 186

238.
Bad person says to heroine, A deal is a deal,"

**BMR:** "And <mark>a deal is a deal</mark>,"  2013 p. 411

**Covet:** "<mark>A deal is a deal</mark>, after all." p. 508

239.
Let's make a deal

**BMR:**"<mark>Let's make a deal</mark>." 2012 p. 455

**Covet:** "<mark>Let's make a deal</mark>." p. 569

240.
I'm not most people,"

**BMR:** "I guess I'm not most people," I murmured softly. 2010 p. 328

**Covet:** "Yeah, well, I'm not most people. " p. 42


241.
Part lion, part human with wings

**BMR: "**... goddesses with wings, Assyrian mythological beings part lion, part human and then ancient Egypt—Anubis, …" 2010 p. 179

**Covet:** ".... manticores are part human and part lion, with eagle wings and a …" p. 455


242.
Confused and more than a little

**BMR:** "I shook my head, confused and more than a little upset." 2011 p. 575

**Covet:** "Macy asks, looking confused and more than a little bleary eyed from lack …" p. 346


243.
It's not like I'm going to

**BMR:** "It's not like I'm going to hurt their feelings …" 2012 p. 127

**Covet:** "His words are a direct hit, but it's not like I'm going to cry about it." p. 667

244.
Can you help me?" I

**BMR:** "I need to find him. Can you help me? I ask." 2014 p. 365

**Covet:** "I turn to Remy then and ask, 'Can you help me? I need to hold him down." p. 525

245.
At least I'm pretty sure

**BMR**: "I know what you are, at least I'm pretty sure I do." 2011 p. 228

**Covet**: "Or, at least, I'm pretty sure that's not how …" p. 130


246.
Lets out a ragged breath. "

**BMR:** "My mother lets out a ragged breath." 2013 p. 344

**Covet:** "I let out a ragged breath of relief that at least he's …" p. 258


247.
Open the door and let me

**BMR:** " I would've just compelled you to open the door and let me in," he reminded me. …" 2010 p. 219

**Covet:** "So open the door and let me see Charon." Charon? " p. 565


248.
I didn't know what to say.

**BMR:** "I didn't know what to say. He was so attentive to my feelings, considerate …" 2011 p. 262

**Covet:** "... but I didn't know what to say... and, admittedly, I was hoping he would come …" p. 342

249.
Heroine is dizzy, I collapsed to/on my knees

**BMR:** "Dizzy, I collapsed to my knees on the floor grabbing onto a leather bench for support." 2011 p. 414

**Covet:** "The dizziness that steals the strength from my legs as I collapse on my knees beside his body." p. 622

250.
I'm a little dizzy but

**BMR:** "I'm a little dizzy but let's try it again." 2012 p. 153

**Covet:** "...I'm a little dizzy-but Remy looks disappointed." p. 557

213.
Up the stairs to my room

**BMR:** "Aunt Brie put her arms around me and silently guided me up the stairs to my room..." 2010 p. 109

**Covet:** "…move, fading through the air, down the access ramp, then up the stairs to my room, in that quiet," p. 381

252.
I thread my fingers through my/his hair

**BMR**: " Gingerly, I thread my fingers through my hair and find that …" 2011 p. 3

**Covet:** " I thread my fingers through his hair, press myself even …" p. 528

253.
Heroine waits for him / her to continue his story,

**BMR**: "I nodded for him to continue his story," p. 438

**Covet**: "… then wait patiently for her to continue the story. " p. 392


254.
I can't wait to see

**BMR:** " I can't wait to see Amanda and tell her …" 2012 p. 19

**Covet:** " I can't wait to see what Hudson does when …" p. 334


255.
Heroine and it's all I can do not to

**BMR**: "The snake is twined around my legs and it's all I can do not to scream. …" 2012 p. 135

**Covet:** "… everything that's brought us to this moment and it's all I can do not to cry …" p. 3


256.
Fear was a living, breathing

**BMR:** "My mouth was dry and my fear was a living, breathing entity with a mind of its own." 2011 p. 178; "The silence in the room is a living, breathing thing." 2011 p. 431

**Covet**: "Fear is a living, breathing thing inside me, and that bitch has taken control …" p. 575


257.
Me, his face inches from mine.

**BMR:** "He turned around to look at me, his face inches from mine." 2010 p. 42

**Covet:** "… his arms wrapped around me, his face inches from mine," p. 234

258.
<u>Heroine and romantic lead are close: he strokes my hair. "I</u>

**BMR:** "I snuggled up to him and buried my face against his chest as he stroked my hair." 2011 p. 468

**Covet:** "...but he pulls me close and whispers calming sounds in my ear as he strokes my hair." p. 594

259.
<u>He….for me to sit down</u>

**BMR:** "He beckons for me to sit down with him, shrugging out of …" 2012 p. 200

**Covet:** "He starts to gesture for me to sit down, and I watch as it …" p. 85

260.
<u>The million dollar question?</u>

**BMR:** "Well, wasn't that the million dollar question?" 2011 p. 27

**Covet:** "I'm pretty sure that's the million-dollar question, isn't it?" p.187

261.
<u>He's decked out in a</u>

**BMR:** "He's decked out in a toga with a plastic laurel wreath on his head." 2012 p. 128

**Covet:** "He's decked out in a fancy suit, with rings on every finger and a big…" p. 567

262.
<u>Not yet. Not when</u>

**BMR:** "Not yet. Not when my marks might be dangerous." 2011 p. 257

**Covet:** "Not yet. Not when he has to face Hudson, you…" p. 86

263.
Get out-of-jail-free card.

**BMR:** "…head with an emotional two by four as my get of-jail-free card." 2011 p. 305

**Covet:** "Let's go bargain for a get-out-of-jail-free card and save the blacksmith and ultimately …" p. 329

264.
Heroine laughs / giggles, the whole thing is

**BMR:** "Instead, I'm laughing. The whole thing is just so funny." 2012 (10-10) p. 276

**Covet:** "I giggle because the whole thing is so ridiculous." p. 473

265.
He expected me to say something,

**BMR:** "His eyes widened further almost as though he expected me to say something, as though he knew …" 2010 p. 319

**Covet:** "he asks, brows raised like he expected me to say something more than a quick …" p. 128

266.
A split second I

**BMR:** "…. Within a split second I had the spear in hand." 2010 p. 8

**Covet:** "... in a split second I imagine everything from…" p. 317

267.
Depends on the person and the

**BMR:** " The exact meaning depends on the person and the situation but it always …" 2010 p. 67

**Covet:** "It simply depends on the person." "And the crimes," Calder reminds him. "…" p. 475

268.
<u>I can't shake the feeling that</u>

**BMR:** " I know my imagination is running wild but I can't shake the feeling that I was not alone, that someone was watching me." 2012 p. 318

**Covet:** "...and I can't shake the feeling that the dragons are out there somewhere, waiting for something." p. 370


269.
<u>Says it like it's no big deal.</u>

**BMR:** "Amanda says it like it's no big deal. " 2012 (10-10) p. 30

**Covet:** "Hudson says it casually, like it's no big deal. " p. 464


270.
<u>Up against the base of the</u>

**BMR:** "…find myself standing before a large fairy-tale mirror propped up against the base of the World Tree, intricate carvings …" 2012 p. 310

**Covet:** "Standing right in front of us, tucked up against the base of the first redwood… " p. 214


271.
<u>Heroine thinks: up to the point that I</u>

**BMR:** "… all of my so-called "abilities" had been acting up—to the point that I was a little scared …" 2011 p. 8

**Covet:** "The panic gets worse, my throat clogging up to the point that I can't breathe." p. 363

272.
All the way (down) to the bone.

**BMR:** "…. The flesh is charred all the way down to the bone." 2013 p. 418

**Covet:** "… ankle to past the knee, all the way to the bone. " p. 622

273.
Have a chance to register

**BMR:** "And then, before I have a chance to register any emotion at all,  …" 2012 (10-10) p. 213

**Covet:** "We barely have a chance to register what just happened before the …" p. 208

274.
Chills running up and down my spine.

**BMR:** "Chills ran up and down my spine. Trying to catch my spy …" 2010 p. 313

**Covet:** " The look on his face has chills running up and down my spine of the very-not-good …" p. 86

275.
My knees to my chest.

**BMR**: "…I leaned my head back against the lockers and drew my knees to my chest." 2011 p. 35

**Covet:** " Then I pull my knees to my chest and prepare for a never-…" p. 489

276.
Hallway that leads to my

**BMR:** I take the hallway that leads to my locker. And after about twenty …" 2012 (10-10) p. 302

**Covet:** "… me into the long hallway that leads to my room. "Like what?" He clears …" p. 600

277.
The way things used to be,

**BMR:** " There's still a part of me that misses the way things used to be, before this year, you …"
2011p. 330

**Covet:** "…Being with her, making her laugh, it reminds me of the way things used to be. I knew
I missed …" p. 666


278.
I honestly don't know what

**BMR:** "I honestly don't know what you're asking me."  2010 p. 350

**Covet:** " …An awkward silence descends between us, and I honestly don't know what to say…"
p. 126


279.
He's expecting me to say something more.

**BMR:** "His eyes widen, almost as though he's expecting me to say something more."" 2013
p. 312

**Covet:** "he asks, brows raised like he expected me to say something more than a quick
affirmative. I …" p. 128


280.
But it seems rude to

**BMR:** " I mumble. Not to mention the blue lips but it seems rude to point that out in light …"
2012 p. 195

**Covet:** " I'm not so sure about that, but it seems rude to contradict him." p. 422

281.
<u>War that has been waged - the supernatural worlds are at war</u>

**BMR:** "We are at war, child, a war that has been waged since the beginning of time …" 2010 p. 465

**Covet:** All around us, war *is* being waged, dragons against vamps and witches. …" p. 621

282.
<u>Never forgive myself for what</u>

**BMR:** "I'll never forgive myself for what happened to your father." 2012 p. 11

**Covet:** "… He's never forgiven himself for what he did last year, never forgiven himself for what he caused." p. 523

283.
<u>As I push my way</u>

**BMR:** "...I call as I push my way inside." 2012 (10-10) p. 242

**Covet:** "...I order as I push my way through the wall of big male bodies currently gathered around Eden." p. 180

284.
<u>Enough to know that you</u>

**BMR:** " It's enough to know that you'll walk along its shores one day soon." 2012 p. 81

**Covet:** "I may only be eighteen years old-and half human-but I'm smart enough to know that you're already over. " p. 431

285.
A few months ago and I didn't

**BMR:** "His men almost kidnapped me a few months ago and I didn't tell you because I …" 2013 p. 419

**Covet:** "…being bound especially considering I didn't even know she existed before a few months ago. And it's not like I didn't know…" p. 438

286.
As our eyes meet. I

**BMR:** " Its sibilant voice sounds inside my head as our eyes meet. I feel as though I'm …" 2012 p. 135

**Covet:** "…thought that has me turning around to find Hudson. And as our eyes meet, I realize he's already there. …" p. 420

287.
Has ever happened to me

**BMR:** "Nothing like this has ever happened to me before. " 2014 p. 19

**Covet:** "... awful things that has ever happened to me." p. 205

288.
It reminds me of what

**BMR:** " I have no idea what just happened except that it reminds me of what my wolf guide said to …" 2013 p. 312

**Covet:** "...open my desk drawer and see it staring at me, it reminds me of what we've lost and makes …" p. 272

289.

All those weeks ago—my

**BMR:** "…the very place of my vision from the Tarot card all those weeks ago—my premonition, which had ended with …" 2011 p. 176

**Covet:** "…to break our mating bond, just like we talked about all those weeks ago. My heart twinges at the memory …" p. 420

290.

And I can't stand it

**BMR:** "I don't want you to be scared and I can't stand it that you're feeling …" 2010 p. 157

**Covet:** "The banquet starts at eight, and I can't stand it when people are late." p. 323

291.

To face him. I need

**BMR:** "… I'm so not ready to face him. I need my wits about me first. …" 2012 p. 175

**Covet:** "… but I still don't turn around to face him. I need a few more seconds to …" p. 196

292.

The three of us are

**BMR:** "… I can't stand up straight. The three of us are in hysterics. " 2012 p. 131

**Covet:** "… while the three of us are shown as his girl group. …" p. 378

293.

Even though I know I should

**BMR:** "…I'm biting my lips to keep from smiling, even though I know I shouldn't be…" p. 198

**Covet:** "... I am. Even though I know I should get up, too, and …" p. 422

294.
Things aren't what they seem

**BMR:** "All is not as it seems." 2013 p. 144

**Covet:** "Maybe everything is not as screwed up as it seems."  p. 21

295.
Ringing in my ears as

**BMR:** "...keening howls of anguish ringing in my ears as he betrayed himself to his …" 2012 p. 473

**Covet:** " …he sound of cartilage and bone moving back still ringing in my ears as I stare at…" p. 181

296.
Heroine can't help but smile around romantic lead

**BMR:** "I can't help but smile. I can't contain …" 2012 p. 52

**Covet:** "…into the pockets of his black Armani dress pants, and I can't help but smile." p. 33

297.
Has nothing to do with me

**BMR:** "...Ash's strange weakness, has nothing to do with me." 2013 p. 291

**Covet:** "… buttercup with a hard edge that has nothing to do with me …" p. 8-9

298.
A matter of time before

**BMR:** My secret was compromised and it might only be a matter of time before something else happened to put …" 2011 p. 507; "...waiting for the other shoe to drop…" 2011 p. 275

**Covet:** "Which means it's just a matter of time before the other shoe drops." p. 4

299.
And just like that, I

 **BMR:** "And just like that, I wasn't so tired anymore. "…" 2010 p. 375

**Covet:** "And just like that, I reach up and fist his …" p. 133

300.
All I have to do is

**BMR:** "All I have to do is keep it together for …" 2013 p. 361

**Covet:** "All I have to do is fix what shattered his …" p. 419

301.
I want to scream at her.

**BMR:** "... is what I want to scream at her." 2012 p. 120

**Covet:** "Panic races through me, and I want to scream at her, want to beg her…" p. 438

302.
Heroine: I tried to pretend that

**BMR:** "I tried to pretend that everything had returned to normal." 2010 p. 168

**Covet:** "…My voice is about three notes higher than usual as I try to pretend that he didn't just catch …" p. 176

303.
Everything had returned to normal.

**BMR:** " I tried to pretend that everything had returned to normal." 2010 p. 168

**Covet:** "...my mating bond, everything will go back to normal." p. 76

304.
It's hard to look at

**BMR:** " It's hard to look at them all with …" 2012 p. 280

**Covet:** "...that it's hard to look at–takes off, flying …" p. 208

305.
Trying to draw attention to

**BMR:** "They're always trying to draw attention to themselves so the best possible thing would be for you to ignore them, Rachel." 2012 p. 254

**Covet:** "I'm trying not to draw attention to myself, but something of what I'm feeling must be showing on my face because…"" p. 455

306.
I really have no business

**BMR:** "I really have no business asking such a personal question but I …" 2012 p. 108

**Covet:** "Sensations I have no business feeling for the brother of the guy I …" p. 96

307.
Heroine with a guy she finds attractive: Not to mention that he

**BMR:** "...a lot of dates not to mention that he…" 2010 p. 198

**Covet:** " Not to mention that he is currently looking between his bed and …" p. 175

308.
He stops dead in his tracks.

**BMR:** "When he reaches the threshold of our house he stops dead in his tracks." 2012 p. 58

**Covet:** "…much so that the wolf's eyes go wide, and he stops dead in his tracks." p. 41

309.
Letting him off the hook

**BMR:** "I wasn't letting him off the hook yet, even though I was …" 2010 p. 340

**Covet:** "...I'm too desperate to let him off the hook now." p. 153

310.
Don't remember much about it

**BMR:** "…all of the teens—and there have been twelve now—don't remember much about it except for the fact …" 2010 p. 58

**Covet:** "…parents brought me here when I was little, but I don't remember much about it besides the Empire State …" p. 299

311.
No matter the cost. "

**BMR:** "I wanted to be with him, no matter the cost. 'Anna,' he said seriously, 'I would…'" 2010 p. 136

**Covet:** "This is my family now, and I would protect them no matter the cost." p. 387

312.
Stay out of my way.

**BMR:** " Either get in the game or stay out of my way." She reaches out and pushes …" 2013 p. 139

**Covet:** "...she comes up behind Macy. "Stay out of my way," she says, even as she …" p. 205

313.
Lent an air of

**BMR:** "The lacey choker lent an air of chic to my jeans and black …" 2011 p. 219

**Covet:** "… on each one should have lent an air of normalcy to the space, " p. 442

314.
Running down the hall,

**BMR:** "… "Help!" I found myself running down the hall, my feet somehow knowing the direction …" 2011 p. 394

**Covet:** "... Macy says as she starts running down the hall, screaming for Foster. " p. 659

315.
Will lay down her life

**BMR:** "…what I see there is love. And sacrifice. She'll lay down her life if that's what it takes …" 2013 p. 418

**Covet:** "Beautiful, amazing, selfless Hudson. He would lay down his life to save mine without a moment'…" p. 580

316.
A shiver…skitters down my spine.

**BMR:** "It cries in an eerily human voice. A shiver skitters down my spine." 2013 p. 57

**Covet:** "…and then our gazes collide, and a shiver of fear skitters down my spine. " p. 448

317.
I don't have my

**BMR:** " I don't have my powers." 2013 p. 409

**Covet:** "I don't have my gargoyle." p. 579

318.
Blooms in my cheeks,

**BMR:** " A flush blooms in my cheeks, heating my face and neck." 2013 p. 157

**Covet:** " I duck my head as heat blooms in my cheeks," p. 213

319.
Against the demon. But

**BMR:** "… then I had chosen to fight against the demon. But..." 2011 p. 429

**Covet:** "Calder wins her match against the demon, but …" p. 504

320.
I'm not most people

**BMR:** "I guess I'm not most people," 2010 p. 328

**Covet:** "Yeah, well, I'm not most people." p. 42

321.
His eyes light up

**BMR:** "His eyes light up " 2013 p. 103

**Covet:** "His eyes light up.  " p. 588

322.
It'll pack a wallop."

**BMR:** " Just a dollop or it'll pack a wallop." She giggled. A giggle! " 2010 p. 214

**Covet:** "... I know he would just laugh at such a blow, but my gargoyle stone packs a lot more of a wallop than my human hand does,..." p. 95

323.
Such a drama queen.

**BMR:** "Don't be such a drama queen. It's more of a time-thing…" 2011 p. 33

**Covet:** "… even though Marjorie always wins, since she's such a drama queen. Which then becomes a whole thing …" p. 14

324.
For all I know,

**BMR:** "And for all I know, maybe he has. Maybe that's …" 3013 p. 315

 **Covet:** " For all I know, Cyrus could have" p. 254

325.
To break the tension.

**BMR:** " I smiled a wobbly smile, trying to break the tension. Brendan scooted up to me and …" 2010 p. 414

**Covet:** " An awkward silence falls, so I ask to break the tension, "What's Gorbenschlam? Can I try …" p. 191

326.
Right along with me

**BMR:** "And the fact that my friends had been taken right along with me was my fault. " 2011 p. 528

**Covet:** "Hudson's eyes say he's screaming inside right along with me, but his voice is droll when …" p. 637

327.
Heroine feels the weight of their words

**BMR:** "... I felt the weight of their words charging the air…" 2011 p. 447

**Covet:** "…the full weight of his words finally sinks in." p. 80

328.
Press my luck.

**BMR:** "...I can press my luck. " 2013 p. 406

**Covet:** "... I decide to press my luck." p. 83

329.
Know what you're thinking."

**BMR:** "I know what you're thinking." " 2010 p. 248

**Covet:** "It doesn't take mind-reading powers to know what you're thinking, Grace." p. 47


330.
To take my place,

**BMR:** "The voice urged me to stand and fight, to take my place, that it was my birthright." 2010 p. 452

**Covet:** "... who would do just about anything to take my place. Not that I blame them." p. 338


331.
It's against the rules."

**BMR:** "You're not supposed to weave magic in public places lovey. It's against the rules." 2013 p. 59

**Covet:** "I'm only asking because I'm pretty sure it's against the rules." "Don't you start, too," p. 14


332.
Refused to acknowledge

**BMR:** "… I'd known all along and had refused to acknowledge the truth." p. 2011 470

**Covet:** "I just shoved it down, refused to acknowledge it, never even admitted it to myself." p. 590


333.
So fast and hard

**BMR:** " My heart is racing double-time so fast and hard I'm dizzy." 2014 p. 133

**Covet:** " He drops Hudson ==so fast and hard== that Hudson…" p. 547

334.
<u>Walk down the hallway.</u>

**BMR:** "She and Amanda turn and ==walk down the hallway==." 2012 p. 258

**Covet:** "We follow him, sticking close together because the farther we ==walk down the hallway==," p. 445

335.
<u>I have/ had known all along and</u>

**BMR**: "… ==I== realized that some part of me had been aware, that ==I'd known all along and== had refused to acknowledge the truth. " 2011 p. 470

**Covet:** "…==I== can kiss the sensitive skin on the inside of his wrist. "What ==I've known all along and== what I need you to believe, too." p. 530

336.
<u>For good measure.</u>

**BMR**: "I text him and then Brendan and Rachel ==for good measure==." 2014 ==p. 221==

**Covet:** "… off but gives her hips a little wiggle ==for good measure==." ==p. 267==

337.
<u>I clutch my</u>

**BMR** "==I clutch my== stomach. I'm afraid to look down. …" 2016 p. 8

**Covet:** "I ==clutch my== phone and wait, heart pounding, for him " p. 170

338.
<u>I burst out laughing.</u>

**BMR:** "What he said is so completely unexpected that ==I burst out laughing==." 2012 ==p. 107==

**Covet:** "==I burst out laughing==, because how can I not? ==p. 68==

339.
Well, of course.

**BMR:** "Are you willing to do what I ask of you?" "Well, of course. I love them." 2012 p. 456

**Covet:** " Her eyebrows shoot up. "Well, of course, dear. How else could I…" p. 113

340.
My body to his.

**BMR:** "…my back as he pulled me against him tighter still, molding my body to his. I held perfectly still, unresisting, though every …" 2010 p. 449

**Covet:** "…As I straddle his hips with my knees. As I press my body to his own. "I can't tell you what …" p. 364

341.
Well, thank you

**BMR:** "…his face…. "Well, thank you for delivering Anna safely…" 2012 p. 58

**Covet:** "'Well, thank you'…. His grin …" p. 282

342.
No one to talk to,

**BMR:** " I felt as though I had no one to talk to, no safe harbor. I stood at …" 2010 p. 75

**Covet:** ". No late-night study session. No one to talk to. And though I've spent my …" p. 673

343.
Chairs and tables

**BMR:** "were all true; the floors were covered in sawdust and the chairs and tables were made out of tree stumps or rough wood." 2010 p. 391

**Covet:** "… the first floor is completely wrecked. Couches are ripped to hell and back, chairs and tables smashed to bits." p. 659

344.
<u>For her to continue</u>

**BMR:** "… I nodded for her to continue." 2010 p. 403

**Covet:** "… then wait patiently for her to continue the story." p. 392

345.
<u>I licked my lips</u>

**BMR:** " I licked my lips nervously before making my way over …" 2011 p. 222

**Covet:** "...she licks her lips again and adds an eyebrow wiggle. …" p. 464

346.
<u>An apologetic smile.</u>

**BMR:** "All I can do is shrug and offer an apologetic smile." 2012 p. 237

**Covet:** "I shoot her an apologetic smile, then gather my things as quickly as I can. " p. 148

347.
<u>Heroine: my wits about me</u>

**BMR:** "I needed my wits about me first." 2010 p. 154

**Covet:** "...I pause for just a second to get my wits about me and to smooth my hair." p. 71

348.
<u>Absolutely no hesitation.</u>

**BMR:** "Repulsed, but with absolutely no hesitation, I sprang forward and gripped the dagger, …" 2011 p. 560

**Covet:** "For once, there's absolutely no hesitation." p. 63

349.
What have you done

**BMR:** "What have you done to my friends?" 2010 p. 426

**Covet:** "What have you done?" p. 61


350.
Heroine and romantic lead: I've got you

**BMR:** "I've got you now," my rescuer says, and reaches …" 2013 p. 464

**Covet:** "I swear I've got you." p. 413


351.
She/ He blows me a kiss. "

**BMR:** "…I decided to forgive you. You're my hero!" She blows me a kiss." 2014 p. 232

**Covet:** "... I can try to figure out what that means, he blows me a kiss..." p. 92


352.
I assure him. "I'

**BMR:** "No other plans," I assure him. "I'll meet you." I'll find …" 2014 p. 100

**Covet:** "… but I'll be okay," I assure him. I try to focus on how sweet …" p. 550


353.
A fair fight.

**BMR:** "No wonder Julian looked so confident. He had no intention of engaging in a fair fight. "
2010 p. 451

**Covet:** " There's no way. "Look at him. You could never call it a fair fight." Charon sighs. " …"
p. 570

354.
<u>Meant something else entirely.</u>

**BMR:** "... saying one thing but ==meant something else entirely==. " 2010 p. 248

**Covet:** "… my words to ==mean something else entirely==. " p. 182


355.
<u>Trying to discover</u>

**BMR:** "I babbled as I examined the trap, ==trying to discover== the best way to prize it off," 2010 p. 470

**Covet:** "Exactly what were you ==trying to discover==?" p. 646

356.
<u>But we've been friends</u>

**BMR:** "==But we've been friends== too long ==for== me not …" 2012 p. 74

**Covet:** "==But we've been friends== ==for== almost ==a decade==, so …" p. 687


357.
<u>My heart thundering</u>

**BMR:** "==I== stood utterly still, my eyes locked with ==his==, ==my heart thundering== loudly in my ears. " 2010 p. 48

**Covet:** "==I== will end ==his== miserable existence." I ignore the ==thundering of my heart== at his mention of love. " p. 328


358.
<u>Heroine notices romantic lead: he looked bored</u>

**BMR:** "==He looked bored. I== snapped my head around to confront …" 2012 p. 431

**Covet:** "==He looks bored== again. ==I=='m a vampire."  p. 62

359.
<u>Bang my head</u>

**BMR:** "... I snap my neck around so fast I bang my head into the back of the locker. "Ow!" I wince …" 2012 p. 32

**Covet:** " I resist the urge to bang my head against the nearest wall, mostly because I…" p. 90

360.
<u>When the time comes,</u>

**BMR:** "He nods slowly and there is sadness in his eyes. "When the time comes, you must know what to do, …" 2010 p. 206

**Covet:** "…turns her gaze on me, piercing me with its intensity. "When the time comes, go with your mate." "…" p. 256

361.
<u>Give me the boost</u>

**BMR:** "… knew my costume would give me the boost my wounded ego needed." 2010 p. 108

**Covet:** "… Hudson starts to give me a boost up onto one of the giant-…" p. 250

362.
<u>His muscles bunch and</u>

**BMR:** "The instant I'm secure, his muscles bunch and he springs forward into a run. …" 2013 p. 370

**Covet:** "…the strength of him beneath my palms and the way his muscles bunch and stretch." p. 357

363.
<u>You look good too</u>

**BMR:** "You look good too, Amanda, Anna,"" 2010 p. 276

**Covet:** "You look good, too," I murmur softly." p. 335

364.
Romantic lead to heroine: he stalks toward me.

**BMR:** "Ash stalks toward me. I swallow. He bends down and I tip my head …" 2012 p. 283

**Covet:** ".. even as he stalks toward me with a sudden, predatory intent …" p. 36

365.
Square my shoulders,

**BMR:** "Finally, I could stand it no longer. I forced myself to square my shoulders, take a deep breath and look up. …" 2010 p. 398

**Covet:** "… I most definitely have something to say to you." I square my shoulders as I look him dead in the eyes. " p. 197

366.
Both waiting for something

**BMR**"…that I knew were about me. It felt as though they were both waiting for something to happen—something about me and it scared …" 2011 p. 71

**Covet:** "Both tormented. Both waiting for something I don't know how to give them …" p. 8

367.
Made it clear that

**BMR:** "I made it clear that I was not sharing." 2010 p. 414

**Covet:** "… he's also made it clear that he doesn't want any of that…" p. 488

368.
Lost in thought.

**BMR:** "… He tapped his fingers on the tabletop, lost in thought." 2010 p. 190

**Covet**: "… Nuri is still lost in thought, but…" p. 322

369.
Neither of them says

**BMR:** "Neither of them says a word." 2012 (10-10)
p. 366

**Covet:** "Jaxon snorts and Hudson narrows his eyes, but neither of them says anything to the other." p. 384


370.
Are any indication of

**BMR:** "… if his eyes are any indication of his visual acuity, he can see …" 2012 p. 155

**Covet:** "… if the bright, colorful signs above the shops are any indication of the wares inside." p. 537


371.
I can fix this.

**BMR:** "Whatever it is, whoever he is, hasn't happened yet. I can fix this. I sit up and …" 2016 p. 8

**Covet:** " nd then I realize that it really doesn't have to mean anything. I can fix this, and I can fix Jaxon." p. 419


372.
Are you—" I sputter. "

**BMR:** "Is he—I mean are you—" I sputter. "A Viking Viking?" he teases. "Not exactly. I'm seventeen. 2013 p. 324

**Covet:** "You're about to make a thing about this, aren't you?" I sputter. "Well, o-of course. " p. 235

373.
Righteous indignation.

**BMR:** "… of terrible gnashing teeth and righteous indignation. " 2011 p. 598

**Covet:** " of righteous indignation, and it's all aimed at Hudson's" p. 66

374.
Heroine: Or anything?" I ask.

**BMR:** "Do you have descriptions or anything?" I ask. "2013 p. 214

**Covet:** "There's no trial or anything?" I ask.. …" p. 135

375.
Heroine feels a sense of foreboding

**BMR:** " Suddenly, a sense of foreboding stole over me. I wanted to turn around …" 2011p. 491

**Covet:** "…, just sends me a feeling of foreboding before fading away. I just wish I knew …"
p. 398

376.
A long time ago."

**BMR:** "A long time ago." 2016 p. 76

**Covet:** "A long time ago." p. 293

377.
Though I can't imagine

**BMR:** "Maybe that's why. Though I can't imagine how or…" 2010 p. 354

**Covet:** "…I wonder if she has a bug bite or something, though I can't imagine what…" p. 252

378.
Heroine never went back after her dad / parents died

**BMR:** "We never even went back to our house after the accident because my mom was so
freaked out, I …" 2011 p. 124

**Covet:** "… my parents died, and I just fell apart and never went back. Not even to say
goodbye…" p. 45

379.
<u>Second romantic lead's eyes are a stormy blue</u>

**BMR:** "… a hint of sadness touching his <mark>stormy blue</mark> eyes…." 2010 p. 481

**Covet:** "… so that I can only see a rim of <mark>stormy blue</mark> along the edges." p. 235

380.
<u>To pull it together.</u>

**BMR:** " Of course. Not really," I muttered. <mark>I</mark> had <mark>to pull it together</mark>. Fast. We walked down the hallway …" 2010 p. 26

**Covet:** "… But in the end, <mark>I</mark> manage <mark>to pull it together</mark> and say, "I want to be mated to …" p. 108

381.
<u>Saving grace</u>

**BMR:** "...my only <mark>saving grace</mark> at this point) or scream my frustration." 2011 p. 138

**Covet:** " I Never Asked to Be Your <mark>Saving Grace</mark> But Someone's Got to Do It hat …" p. 458

382.
<u>If I remember correctly</u>

**BMR:** "…is the ward against demons <mark>if I remember correctly</mark>…" 2013 <mark>p. 338</mark>

**Covet:** "<mark>If I remember correctly</mark> from the last time I was here, " <mark>p. 337</mark>

383.
<u>Heroine feels like I'm suffocating.</u>

**BMR:** "…for release—struggling for a breath that won't come. <mark>I'm suffocating</mark>." 2011 <mark>p. 2</mark>

**Covet:** "…can't do anything but stand here and feel like <mark>I'm suffocating</mark>." <mark>p. 26</mark>

384.
Who would have thought

**BMR:** "Who would have thought Ash's reception by my family would have gone better than mine by his, …" 2010 p. 242

**Covet:** "Who would have thought they would have had this kind of construction know-how hundreds of years ago? …" p. 241


385.
In my dreams.

**BMR:** "See you in my dreams." 2010 p. 203; "And since then, well, he's in my dreams a lot." 2010 p. 222

**Covet:** "I have seen you in my dreams for a lot of years, and if …" p. 458


386.
Fear and adrenaline

**BMR:** "…had they gotten there in the first place? Dizzy with fear and adrenaline overload," 2011 pg. 190

**Covet:** "…shake my head, trying to clear the last remnants of fear and adrenaline away.'' p. 327


387.
Led to the dance floor

**BMR:** "…by the hand and led me to the middle of the dance floor." 2011 p. 161

**Covet:** "…surprised but happy as she lets him lead her to the dance floor. …" p. 380

388.
Female character with heroine her eyes innocently

**BMR:** "Taylor asks, widening her eyes innocently." 2014 p. 113


**Covet:** "Calder bats her eyes innocently before turning to Flint." p. 464

389.
Pure and simple.

**BMR:** "It's magic, Anna. Pure and simple. One moment…" 2011 p. 456

**Covet:** " It's a threat, pure and simple, but it doesn't scare me." p. 312

390.
My pulse races

**BMR:** "… hair and I know he means to kiss me. My pulse races, thundering in my ears," 2013 p. 117

**Covet:** "…worried is not what he wants to hear. Yes, my pulse races when he's near," p. 8

391.
My face pressed

**BMR:** "… I said in a broken voice, my face pressed against the warm skin of his neck." 2010 p. 488

**Covet:** "…Hudson has his arms around me and my face pressed into his chest. " p. 501

392.
The iconic

**BMR:** "Cook Inlet was named after him, as well as the iconic Hotel Captain Cook downtown." 2010 p. 34

**Covet:** "And then he starts belting out the first line of the iconic song. " p. 558

393.
Balance is harmony,

**BMR:** "…From my lessons with my aunt, I understand that the balance is harmony, an accord between light and dark. Yin and Yang." 2013 p. 90

**Covet:** "…cauldrons are meant to create healing spells, others to bring harmony and balance, and there are even those for war."p. 226

394.
The words explode

**BMR:** "The words explode from my mouth in a snarl." 2013 p. 420

**Covet:** "The words explode out of me like I'm a bottle under …" p. 7

395.
Heroine thinks romantic lead is the diplomat.

**BMR:** "... he said, ever the diplomat." 2010 p. 213

**Covet:** "This is Hudson the diplomat, I realize as I watch him chat easily …" p. 222

396.
He feels right,

**BMR:** "…right in every way. And it reminds me of Ash. He feels right, too. " 2013 p. 212

**Covet:** "Right. He feels right. "Okay?" Hudson asks under his breath, and …" p. 401

397.
Good question

**BMR:** "Good question," 2010 p. 229

**Covet:** "Good question." p. 448


398.
A little glamour

**BMR:** "Let's play with a little glamour," Aunt Brynne says. She's my makeup …" 2014 p. 101

**Covet:** "Which is no big deal for Macy, who does a little glamour and is ready to go…" p. 70


399..
Press my luck

**BMR:** "...and wonder just how far I can press my luck." 2012 (10-10) p. 407

**Covet:** "Which makes me decide to press my luck." p. 322


400.
Deep in thought

**BMR:** "…something she did when she was either upset or very deep in thought." 2010 p. 59

**Covet:** "…with this plan, but he's staring at his phone, deep in thought." p. 191


401.
Being petty

**BMR:** " Her mouth is pinched, like she thinks I'm being petty." 2012 p. 30

**Covet:** "…to do today-a lot of stuff-and I don't have time for Hudson being petty." p. 145

402.
My senses out.

**BMR:** " I close my eyes for a moment and cast my senses out." 2013 p. 440

**Covet:** "And so I do another deep dive, send my senses out wide as I try to find a …" p. 603

403.
Sheer joy from nature/ flowers

**BMR:** "...but for the sheer joy of being outside in nature." 2016 p. 51

**Covet:** "...giggling with sheer joy, wildflowers of every imaginable color stretching …" p. 213

404.
My psyche

**BMR**: " Reconciling those parts of my psyche was becoming increasingly challenging." 2011 p. 193

**Covet:** "...it in me to delve into my psyche to find out." p. 38

405.
To bestow

**BMR:** "It is my honor to bestow," he said as he walked up to her …" 2010 p. 447

**Covet:** "You see, Aciel couldn't do it. To bestow a name on someone is a sacred ritual …" p. 393

406.
Contradicts me

**BMR:** "Caitlin contradicts me. "I remember coming to and hearing you say something." 2013 p. 229

**Covet:** "Remy contradicts me. "Pay her, Esmerelda, or I will, and then you and …" p. 510

407.
He disintegrated

**BMR:**"And then he disintegrated to dust. I cast my gaze about frantically searching." 2011 p. 560

**Covet:** "...this is right before he disintegrated Cyrus's bones and, magic-tamping bracelets or not," p. 510

408.
Yellow eyes.

**BMR:** "… Today my destiny was a pair of golden-yellow eyes. I couldn't speak." 2012 p. 517

**Covet:** "… I wonder as I eye their grayish, nearly translucent skin and yellow eyes. " p. 441

409.
Mountain lions, wolves

**BMR:** "…that they were—human-looking, rather than larger than life mountain lions, wolves, cheetahs, a bear, a jackal…" 2012 p. 361

**Covet:** "I have a split second to think of bears and mountain lions, wolves and lynx, as my scream echoes across …" p. 95

410.
Bears, lynx, wolves

**BMR:** "…—bears, moose, lynx, coyote. Wolves. …" 2011 p. 411

**Covet:** "I have a split second to think of bears and mountain lions, wolves and lynx, …" p. 95

411.
Criminals / delinquents and misfits.

**BMR:** "…also the kind of place that attracts criminals. And other misfits. From what I've seen people move to Alaska …" 2012 (10-10) p. 12

**Covet: "**…even bigger bully at that school for paranormal delinquents and misfits he was sent to in Texas..." p. 2

412.
Sensitive skin inside/ inner wrist

**BMR:** "…he turned my wrist up and planted a light kiss there, his breath and lips warm against my sensitive skin.. " 2011 p. 227

**Covet:** "…I feel the cold press of his fingers against the sensitive sin of my inner wrist. …" p. 57

413.
Hikers

**BMR:** "…out into the ocean so that means you get missing hikers, tourists, land vehicles, aircraft and boats. …" 2011 p. 244

**Covet:** "…entire city is protected by confusion spells so stray human hikers don't wander in." p. 208

414.
Twinkling lights

**BMR:** "...it was high summer. I noticed twinkling candle lights were strewn through the branches and in …" 2011 p. 581

**Covet:** "complete with a picnic table, twinkly lights, and the most beautiful view…" p. 279

415.
Takes a few steps

**BMR:** "The demon takes a few steps closer. Hot bile rises in my throat." 2014 p. 308

**Covet:** "This time when he pulls away, he takes a few steps back. Worry for him churns in my stomach." p. 608

416.
<u>The physical plane</u>

**BMR:** "We reside in the physical plane, it encompasses everything we see around us, the trees, our …" 2012 p. 80

**Covet:** "While mating is a spiritual thing, it kicks in on the physical plane, and at that time, we weren't corporeal." p. 40

417.
<u>Everything about him</u>

**BMR:** "Hurt. Everything about him is tempting. Too tempting. Reluctantly, I turn my gaze toward him." 2014 p. 97

**Covet:** "Which makes absolutely no sense. Everything about him screams run scared-except his eyes." p. 451

418.
<u>We've been granted."</u>

**BMR:** "...with the gifts we've been granted." 2012 p. 82

**Covet:** "We've been granted an audience." p. 566

419.
<u>Leading up to</u>

**BMR**: " The events leading up to my vision hadn't come to pass yet, of …" 2011 p. 11

**Covet:** " Because that's what this is all leading up to, right? The Let's Make a Deal portion of " p. 314

420.
<u>Wind kicks up</u>

**BMR:** "… overhead and a sudden chill wind kicks up reaching cold," 2012 p. 47

**Covet:** "… I only know that when the wind kicks up and swirls the words away," p. 427

421.
Gold and lapis / royal blue

**BMR:** "…dress is like Meret's except for the collar of gold and lapis. It's impossible to pin an age …" 2016 p. 98

**Covet:** "…a royal-blue tunic, gold leggings with laces, and a gold and royal blue cloak tied over one shoulder and …" p. 649

422.
Beyond ridiculous

**BMR:** "The whole thing was beyond ridiculous—particularly because he was already taken …" 2011 p. 29

**Covet:** "I am beyond ridiculous. He wasn't trying to kiss me." p. 127

423.
Knocking him off balance.

**BMR:** "… Punk Rock slams into him, knocking him off balance. But that's no problem. Roman slams his …" 2014 p. 50

**Covet:** " She swipes her leg, trying to knock him off-balance, and almost does, but he catches the move, …" p. 684

424.
Citrus and

**BMR:** "I took a deep breath, savoring his scent—citrus and spice with a note of musk and woods. …" 2010 p. 372

**Covet:** "From the smell of him-all citrus and cedar and amber– I'm guessing …" p. 691

425.
Creepy guy

**BMR:** "My imagination tends to run wild—could it be that creepy guy in French who makes me feel like I …" 2011 p. 313

**Covet:** " So I do, hightailing it over to the super-creepy-looking guy manning the first desk to the right. …" p. 442

426.
That's hard to believe

**BMR:** "But that's hard to believe after all of this …" 2012 p. 465

**Covet:** "…been so fucking decent about Grace lately-something that's hard to believe…" p. 675

427.
Clothing referred to as innocuous

**BMR:** "…the clothes and saw a black, fitted sweater that looked innocuous enough. I decided to give it a go. Why …" 2011 p. 340

**Covet:** "…In my defense, the dress looked a whole lot more innocuous hanging in my closet than it does covering up …" p. 330

428..
I lick my lips

**BMR:** "Choking down my conflicted emotions, I lick my lips nervously before making my way over to him. …" 2012 p. 192

**Covet:** "You can't even say it, can you?" I lick my lips, swallow." p. 37

429..
Something in her voice

**BMR:** "But something in her voice, something in her expression maybe, prompts me to follow." 2014 p. 339

**Covet:** "… but there's something in her voice that has me leaning in, double-checking…" p. 165

430.
She scoffs

**BMR:** "'Why is everyone calling me that?' 'What'd you expect?' She scoffs." 2014 p. 111

**Covet:** "'You call this pain?' She scoffs at the man who has every advantage over …" p. 684

431.
My throat tight/ clogs up with emotion.

**BMR:** " I whispered, my throat tight with emotion. He chuffed out a big breath.…" 2010 p. 470

**Covet:** "A reasonable loss." My throat clogs up with emotion, but I take a second to clear it …" p. 310

432.
Feeling/ feel so familiar

**BMR:** " It's calling me. And the feeling is so familiar it's like déjà vu. " 2014 p. 342

**Covet:** " It feels so familiar, so good, that I automatically turn mine over …" p. 21

433.
Chunky heels

**BMR:** "… black leather boots that laced up the front with chunky heels. " 2011 p. 219

**Covet:** "…the stairs and to my rescue in a pair of chunky heels." p. 178

434.
Dismissive nod

**BMR:** " I gave him a polite but dismissive nod. He chewed on his full bottom lip." 2010 p. 40

**Covet:** " Hudson says with a dismissive nod that hurts more than I want to admit, …" p. 36

435.
<u>Family tree</u>

**BMR:** "… can find a Kindred relative somewhere in their <mark>family tree</mark>."  2010 p. 373

**Covet:**  "It's not like our <mark>family tree</mark> means shit to either of us. "p. 679


436.
<u>Fine establishment</u>

**BMR:** ".. you be enjoying the other delights of our <mark>fine establishment</mark> this evening?"" 2010 p. 391,  2011 p. 489

**Covet:** "…the path of debauchery and mayhem that landed you in this <mark>fine establishment</mark>." p. 459


437.
<u>Total meltdown</u>

**BMR:** "…. She's a second or two away from <mark>total meltdown</mark>. "I'll never forgive myself for what happened …" 2012 p. 11

**Covet:** "…. Eden wasn't around for my <mark>total meltdown</mark> with Flint earlier because she'd…" p.333


438.
<u>Well, yes said to heroine,</u>

**BMR:** "…I protest that the hives keep coming back she says, "<mark>Well, yes</mark>,because you keep fussing and touching your neck. …" 2014 p. 105

**Covet:** "…your tiny human brain all the way up." He grins. "<mark>Well, yes</mark>, that would be the hope." …" p. 273


439.
<u>She arches  a brow</u>

**BMR:** "<mark>She arches</mark> a <mark>brow</mark>. "Are you certain of that?" 2014 p. 351

**Covet:** "<mark>She arches</mark> one perfect <mark>brow</mark> but doesn't answer me. …" p. 389

440.
Deep freeze.

**BMR:** "I don't get the whole deep freeze." 2010 p. 74

**Covet:** "Today's Forecast: A Deep Freeze heart is thundering in my chest. "What do …" p. 109

441.
There is/was no hesitation

**BMR**: "And there was no hesitation in his voice at all." 2011 p. 247

**Covet:** "For once, there's absolutely no hesitation." p. 163

442.
Moral code

**BMR:** "…. The moral code for those who practice the Craft. I'm …" 2012 p. 88

**Covet:** "… break his own moral code and take a soul that isn't on …" p. 686

443.
Pent up

**BMR:** "You need to do something about all of that pent up aggression," 2012 p. 146

**Covet:** "...his mouth slamming down on mine with all the power of the pent-up sorrow and frustration and need that still seethes between us." p. 29

444.
Considering the possibility

**BMR:** "…You can't discuss the ancient world without considering the possibility of aliens." 2016 p. 41

**Covet:** "We hadn't even considered that possibility, and now my chest feels …" p. 254

445.
In his demeanor.

**BMR:** "… I was surprised at the difference <mark>in his demeanor</mark>. " 2010 p. 134

**Covet:** "…there's something in his voice <mark>in his demeanor</mark>- …" p. 637


446.
To my rescue

**BMR:** "… that night as you so valiantly came <mark>to my rescue</mark>." Tall guy! <mark>He's</mark> the…" 2012 (10-10) p. 384

**Covet:** "...as she clomps down the stairs and <mark>to my rescue</mark> in a pair of chunky heels. <mark>Hudson</mark> …" p. 178


447.
A Good Guy.

**BMR:** "<mark>He was</mark> the young man <mark>and</mark> one of the knights. <mark>He</mark> had to be <mark>a Good Guy</mark>." 2010 p. 149

**Covet:** "<mark>He was</mark> my brother! <mark>And</mark> I loved him. Now, it turns out he wasn't <mark>a good guy</mark>-and I'm sorry for that.." p. 309


448.
Ebbing and flowing

**BMR:** "The fog surrounding us was thick with presence, <mark>ebbing and flowing</mark> in swirls around our feet,…" 2010 p. 464-465

**Covet:** "And do my feelings just <mark>ebb and flow</mark> along with who I'm mated to?" p. 360


449.
Aware of me

**BMR:** "…of their world. And now their world is <mark>aware of me</mark>. "You must have so many …" 2013 p. 345

**Covet:** "…Which makes me wonder if he was more <mark>aware of me</mark> along the mating bond than …" p. 25

450.
All three of us

**BMR:** "… greeting him like his long-lost best friend. All three of us watched slack-jawed as…" 2010 p. 215

**Covet:** " I gesture to Hudson and Flint. "All three of us were." "I don't believe you." p. 546

451.
This isn't the time or the place. I

**BMR:** "This isn't the time.  Or place. I hope I sound angry." 2014 p.

**Covet**:  "...this isn't the time or place.-- I run faster." p. 211

452.
His muscled thighs

**BMR:** "I noticed the way his jeans clung to his muscled thighs and molded his form and felt the most …" 2011 p. 54

 **Covet:** "… his large hand covering mine where it rested against his muscled thigh." p. 199

453.
My word is bound / My bond is my word

**BMR**: "My word is bound…" 2012 p. 207

**Covet**: "My word is my bond." p. 571

454.
Though I can't understand why.

**BMR:** "There's an edge to his voice, though I can't understand why." 2012 p. 41

**Covet:** "But he seems taken aback by the question, though I can't figure out why." p.79

455.
Are you sure you want to

**BMR:** "Are you sure you want to know?" he said, a dark brow raised in question." 2010 p. 184

**Covet:** "Are you sure you want to give away all our secrets?" she asks, but she smiles …" p. 226


456.
Touche

**BMR**: "Touche" 2011 p. 151

**Covet**: *Touche"* p. 191


457.
Razor-sharp teeth

**BMR**: "razor-sharp teeth," 2012 p. 231

**Covet**: "razor-sharp teeth," p. 444


458.
Forget to breathe

**BMR:** "I swear, Anna, I think I forget to breathe." 2012 p. 250

**Covet::** "I forget how to breathe…" p. 178


459.
Sucker punch

**BMR**: "The air whooshed out of my lungs like I'd been sucker punched." 2011 p. 139

**Covet**: "Ephres has recovered from my sucker punch…" P. 593

460.
<u>Something is very, very, wrong.</u>

**BMR:** "Something is very, very wrong." 2011 p. 4

**Covet**: "...something is very, very wrong." p. 622