Case 1:22-cv-02435-LLS-SN  Document 119  Filed 02/08/23  Page 1 of 2



| COWAN, | 41 MADISON AVENUE | BENJAMIN S. HALPERIN |
| DeBAETS, | NEW YORK, NY 10010 | 212 974 7474 |
| ABRAHAMS & | T: 212 974 7474 | BHALPERIN@CDAS.COM |
| SHEPPARD LLP | F: 212 974 8474 | |
| | www.cdas.com | |

February 8, 2023

**VIA ECF**
The Honorable Louis L. Stanton
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

      Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Stanton:

      On behalf of all Defendants,[1] we write pursuant to Rule 3.B of Your Honor's Individual Practices regarding filing documents under seal and in connection with the parties' Protective Order (ECF No. 50), which requires all documents produced during discovery to be treated as confidential. Defendants filed under seal Exhibits B-D to my declaration in support of Defendants' Response to Plaintiff's Objections To Magistrate Judge Netburn's January 11, 2023 Order. These exhibits consist of documents produced by Plaintiff Lynne Freeman (Exs. B, D) and Defendants Emily Sylvan Kim and Prospect Agency, LLC (Ex. C) during discovery, all of which are marked as "confidential." Although Defendants would not object to these documents being unsealed, we have filed them under seal out of an abundance of caution to protect any confidentiality concerns of Plaintiff.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      /s/ Benjamin S. Halperin

      **COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP**

      Nancy E. Wolff
      Benjamin S. Halperin
      CeCe M. Cole
      41 Madison Avenue, 38th Floor
      New York, New York 10010
      Tel: (212) 974-7474
      nwolff@cdas.com
      bhalperin@cdas.com
      ccole@cdas.com

---

[1] Defendants collectively are Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing LLC, Emily Sylvan Kim, Prospect Agency, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC.

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cc: All counsel of record (via ECF)