# EXHIBIT C

**From:** "LYNNE FREEMAN" <lynnef@gci.net>
**To:** "Emily Sylvan Kim" <esk@prospectagency.com>
**Subject:** MASQUED
**Date:** Tue, 15 Jan 2013 14:46:44 -0900

---

Here it is in the email.  This was a lot harder than I expected it to be . . . (writing this blurb)

She's the ultimate weapon

He's sworn to destroy her.

Their love is forbidden.

  Annalise St. Claire has been marked by the hand of destiny. And strange things are happening to her. Ravens stalk her, visions haunt her and she can fight like a trained assassin—even though she's never had any instruction. With her rare ability to wield talents of both Shadows and Light, Anna is special even among the Kindred—powerful, elemental witches descended from the Priestesses of Avalon and Atlantis.

  In the frozen wilds of Alaska—the one place in the world the Unseen cannot recognize one another—Anna is determined to take control of her powers. Her world is turned upside down when she meets the gorgeous and lethal Ash McKay, whose family is hunting her. Anna can't resist his allure even though she knows she's risking her life and the secret of her family's existence. As she tries to find her way in a world she never knew existed, she encounters hidden dangers and choices she never thought she'd have to make—between the boy she loves and her destiny, between love and duty, Shadows and Light . . .

  Their love is forbidden. When Anna finds out who and what she really is, will she accept her destiny? Loving Anna goes against everything Ash has been taught to believe. Can he destroy her—or is their love strong enough to cross an ancient divide?