# EXHIBIT D

**Registration #:** TXu002282260
**Service Request #:** 1-10836123068

## Mail Certificate

Lynne Freeman
737 M St
Anchorage, AK 99501 United States

**Priority:** Special Handling    **Application Date:** September 12, 2021

## Correspondent

**Name:** Lynne Freeman
**Email:** lynnef@gci.net
**Telephone:** (907)350-0806
**Address:** 737 M St
Anchorage, AK 99501 United States

CONFIDENTIAL

LF050493

**Registration Number**

# TXu 2-282-260

**Effective Date of Registration:**
September 12, 2021
**Registration Decision Date:**
October 18, 2021

## Title

| | |
|---|---|
| Title of Work: | Aunt M PDF and 9 Other Unpublished Works |
| Content Title: | Aunt M PDF |
| | Blue Moon Dec 2010 PDF |
| | Chapter Analysis 5-14-2010 |
| | Key |
| | notes |
| | Once in a Blue Moon 2-19-2010 |
| | Query |
| | Query Edit |
| | The BOOK! |
| | The World.doc |

## Completion/Publication

Year of Completion: 2010

## Author

- Author: Lynne Freeman
- Author Created: Literary Works
- Citizen of: United States
- Domiciled in: United States
- Year Born: 1966

## Copyright Claimant

Page 1 of 2

|                      |                                              |
|---------------------:|:---------------------------------------------|
| **Copyright Claimant:** | Lynne Freeman                              |
|                      | 737 M St, Anchorage, AK, 99501, United States |

## Rights and Permissions

|            |                                    |
|-----------:|:-----------------------------------|
|      Name: | Lynne Freeman                      |
|     Email: | lynnef@gci.net                     |
| Telephone: | (907)350-0806                      |
|   Address: | 737 M St                           |
|            | Anchorage, AK 99501 United States  |

## Certification

|       |                         |
|------:|:------------------------|
| Name: | Lynne Freeman, Author   |
| Date: | September 12, 2021      |

|                          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|-------------------------:|:----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          Correspondence: | Yes                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| Copyright Office notes:  | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |

CONFIDENTIAL

LF050495