

February 13, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square Room 430
New York, NY 1000

    Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

    We represent Plaintiff Lynne Freeman in the above-referenced action. We are writing to you regarding your Order dated January 31, 2023 (ECF 118).

    The parties have been working together to set a mutually acceptable deposition schedule. In order to accommodate all parties and counsel, it is going to be necessary to use the entire month of March for the depositions.

    Defendants do not believe it is necessary to obtain the Court's permission in light of the above referenced Order. However, Plaintiff's counsel wishes to obtain the Court's approval as a precautionary measure. Thus, Plaintiff hereby respectfully requests that the Court move the discovery deadline for the sole purpose of taking depositions to and including March 31, 2023. Defendants' counsel has no objection to the foregoing.

    Thank you for your consideration of the above request.

    Respectfully submitted,

    **CSReeder, PC**

    _____
    Mark D. Passin
    11766 Wilshire Boulevard,
    Suite 1470
    Los Angeles, CA 90025
    310-861-2475

11766 Wilshire Boulevard  |  PHONE (310) 861-2470
Suite 1470  |  FAX (310) 861-2476
Los Angeles, California 90025  |  EMAIL mark@csrlawyers.com
|  WEBSITE www.markpassin.com

The Honorable Sarah Netburn
Page 2
February 13, 2023

**REITLER KAILAS & ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com

*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)

| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
| --- | --- | --- |
| Suite 1470 | FAX | (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL | mark@csrlawyers.com |
| | WEBSITE | www.markpassin.com |