ORIGINAL

## MEMORANDUM ENDORSEMENT

Freeman v. Deebs-Elkenaney, et al.
22 Civ. 2435 (LLS)

Plaintiff may, on or before 5pm EST on Monday February 27, 2023, apply for sealing of some or all of Exhibits B, C, and D of Benjamin S. Halperin's Declaration (Dkt. No.122).

All parties are cautioned that designating items as "confidential" in agreed protective orders during discovery does not support their sealing when submitted to a court to affect a judicial result. In order to be sealed (and thus withheld from public view) the items must comply with the standards of Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) and its progeny.

So Ordered.

Dated:   New York, New York
         February 13, 2023

            Louis L. Stanton
            LOUIS L. STANTON
            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATED: 2/13/23

**CDAS**

COWAN,
DeBAETS,
ABRAHAMS &
SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

BENJAMIN S. HALPERIN
212 974 7474
BHALPERIN@CDAS.COM

**MEMO ENDORSED**

February 8, 2023

**VIA ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Stanton:

On behalf of all Defendants,[1] we write pursuant to Rule 3.B of Your Honor's Individual Practices regarding filing documents under seal and in connection with the parties' Protective Order (ECF No. 50), which requires all documents produced during discovery to be treated as confidential. Defendants filed under seal Exhibits B-D to my declaration in support of Defendants' Response to Plaintiff's Objections To Magistrate Judge Netburn's January 11, 2023 Order. These exhibits consist of documents produced by Plaintiff Lynne Freeman (Exs. B, D) and Defendants Emily Sylvan Kim and Prospect Agency, LLC (Ex. C) during discovery, all of which are marked as "confidential." Although Defendants would not object to these documents being unsealed, we have filed them under seal out of an abundance of caution to protect any confidentiality concerns of Plaintiff.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Benjamin S. Halperin

**COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP**

Nancy E. Wolff
Benjamin S. Halperin
CeCe M. Cole
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel: (212) 974-7474
nwolff@cdas.com
bhalperin@cdas.com
ccole@cdas.com

---

[1] Defendants collectively are Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing LLC, Emily Sylvan Kim, Prospect Agency, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC.

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cc: All counsel of record (via ECF)