

February 22, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square Room 430
New York, NY 1000

    Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

    We represent the Plaintiff, Lynne Freeman, in the above captioned matter.  We write pursuant to Rule III. F of Your Honor's Individual Practices regarding filing documents under seal and in connection with the parties' Protective Order (ECF No. 50).  Plaintiff' filed under seal her Letter Motion to Magistrate Judge Netburn, which included references to documents produced by Defendants subject to the Protective Order, all of which are marked "confidential."  We have thus filed the Letter Motion under Seal and filed a redacted copy of the motion unsealed to protect any confidential information of the Defendants.

    We thank the Court for its time and attention to this matter.

                                                  Respectfully submitted,

                                                  **CSReeder, PC**

                                                  Mark D. Passin
                                                 11766 Wilshire Boulevard,
                                                 Suite 1470
                                                 Los Angeles, CA 90025
                                                 310-861-2475

| | | |
|---|---|---|
| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
| Suite 1470 | FAX | (310) 861-2476 |
| Los Angeles, California 90025 | EMAIL | mark@csrlawyers.com |
| | WEBSITE | www.markpassin.com |

Page 2
February 22, 2023

                    **REITLER KAILAS & ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE (310) 861-2470
FAX (310) 861-2476
EMAIL mark@csrlawyers.com
WEBSITE www.markpassin.com