

February 27, 2023

The Honorable Louis L. Stanton
United States Judge
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
NY, NY 10007-1312

Dear Judge Stanton:

   Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

   We are attorneys for Lynne Freeman and are writing to you on our behalf.

   On February 8, 2023, Defendants filed Three exhibits under seal, Exhibits, " "B," "C" and "D" under seal (ECF 122). All three exhibits were stamped confidential pursuant to the Protective Order entered in the case.

   Plaintiff hereby makes motion seeking that Exhibits "B' and "C" remain sealed.  Exhibit "B" is a confidential unpublished version of a manuscript written by Plaintiff and Exhibit "C" is related confidential notes.  Plaintiff is concerned that if they are not sealed that someone could copy them.  We are making this motion pursuant to ECF 125.

   Thank you for your consideration of this matter.

          Respectfully submitted,

          **CSReeder, PC**

          _____

          Mark D. Passin
          11766 Wilshire Boulevard,
          Suite 1470
          Los Angeles, CA 90025

11766 Wilshire Boulevard
Suite 1470
Los Angeles, California 90025

PHONE  (310) 861-2470
FAX  (310) 861-2476
EMAIL  mark@csrlawyers.com
WEBSITE  www.markpassin.com

The Honorable Sarah Netburn
Page 2
February 27, 2023

310-861-2475

**REITLER KAILAS & ROSENBLATT
LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com

*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)

| 11766 Wilshire Boulevard | PHONE | (310) 861-2470 |
|---|---|---|
| Suite 1470 | FAX | (310) 861-2476 |
| | EMAIL | mark@csrlawyers.com |
| Los Angeles, California 90025 | WEBSITE | www.markpassin.com |