**EXHIBIT 1R**

# DOCUMENT FILED UNDER SEAL