**EXHIBIT 2R**

# DOCUMENT

# FILED UNDER

# SEAL