

| | | |
|---|---|---|
| Cowan, DeBaets, Abrahams & Sheppard LLP | 41 Madison Avenue<br>New York, NY 10010<br>T: 212 974 7474<br>F: 212 974 8474 | Benjamin Halperin<br><br>212-974-7474<br>BHalperin@cdas.com |

March 2, 2023

**VIA ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

    Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

    Defendants write pursuant to Rule III. D of Your Honor's Individual Practices regarding filing redacted documents in connection with Defendants' response to Plaintiff's February 27, 2023 letter (ECF No. 139) and pursuant to the parties' Protective Order (ECF No. 50). Defendants are attaching an email chain (Ex. B) to their response that contains brief discussion of Plaintiff's personal information, and accordingly redacted those portions from the as-filed exhibit. Consistent with Your Honor's rules, Defendants are providing a sealed version of the exhibit that highlights the redactions.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    /s/ Benjamin S. Halperin

    Benjamin S. Halperin

**COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP**

Nancy E. Wolff
Benjamin S. Halperin
CeCe M. Cole
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel: (212) 974-7474
Fax: (212) 974-8474
nwolff@cdas.com
bhalperin@cdas.com
ccole@cdas.com



COWAN,
DEBAETS,
ABRAHAMS &
SHEPPARD LLP

PAGE 2

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cc: All counsel of record (via ECF)