UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNE FREEMAN,                                    Case No. 1:22-cv-02435-LLS-SN

                Plaintiff,

   -against-

TRACY DEEBS-ELKENANEY, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Scott Alan Burroughs, Esq. of DONIGER / BURROUGHS hereby appears as counsel of record for Plaintiff Lynne Freeman in this action.

His contact information is as follows:

    Scott Alan Burroughs, Esq.
    DONIGER / BURROUGHS
    247 Water Street, First Floor
    New York, New York 10038
    Telephone: (310) 590-1820
    scott@donigerlawfirm.com

We respectfully request that the Clerk update the docket as indicated above.

                Respectfully submitted,

Dated: March 3, 2023          By:   */s/ Scott Alan Burroughs*
                                   Scott Alan Burroughs, Esq.
                                   DONIGER / BURROUGHS
                                   247 Water Street, First Floor
                                   New York, New York 10038
                                   Telephone: (310) 590-1820
                                   scott@donigerlawfirm.com
                                   Counsel for Plaintiff