UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

LYNNE FREEMAN,                                                                  Case No. 1:22-cv-02435-LLS-SN

                Plaintiff,

    -against-

TRACY DEEBS-ELKENANEY, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Laura M. Zaharia, Esq. of DONIGER / BURROUGHS hereby appears as counsel of record for Plaintiff Lynne Freeman in this action. Her contact information is as follows:

> Laura M. Zaharia, Esq.
> DONIGER / BURROUGHS
> 247 Water Street, First Floor
> New York, New York 10038
> Telephone: (310) 590-1820
> lzaharia@donigerlawfirm.com

We respectfully request that the Clerk update the docket as indicated above.

                                                            Respectfully submitted,

Dated: March 3, 2023            By:    */s/ Laura M. Zaharia*
                                                      Laura M. Zaharia, Esq.
                                                      DONIGER / BURROUGHS
                                                     247 Water Street, First Floor
                                                     New York, New York 10038
                                                     Telephone: (310) 590-1820
                                                     lzaharia@donigerlawfirm.com
                                                     Counsel for Plaintiff