# EXHIBIT A



# BENJAMIN ROSE

Office: (408) 643-0250
ben@cardenrose.com

## *CURRICULUM VITAE*

**PRESENTATIONS & INSTRUCTIONAL EXPERIENCE**

- **National Defender Investigator Association**
  Annual Training Conference – Call Detail and Geolocation Records Analysis – April 2022
- **Contra Costa County Public Defender's Office**
  Social Media and Cell Phone Evidence Collection and Analysis for Defense Investigators and Attorneys – June 2021
- **Alameda County Bar Association**
  Data Hygiene for Attorneys – July 2019
- **Bay Area Legal Incubator**
  Computer Forensics – January 2019
- **Sacramento County Bar Association, Breaking the Silence Seminar**
  "Investigating Sexual Harassment through Social Media, from Allegation to Resolution with a focus on Digital Evidence" – October 2018
- **Association of Certified Family Law Specialists, Sacramento Chapter**
  "Evidence 101: Cyber Stalking and Hacking" – January 2018
- **Sacramento County Bar Association**
  "Cyber Stalking/Cyber Security" – October 2017
- **California Association of Licensed Investigators, San Francisco District Meeting**
  "Digital Evidence, Forensics, Litigation, Data Breaches and more" – September 2017
- **Western States Surety Conference, Seattle, WA**
  "Data Mining, Digging for Dirt" – April 2017
- **Bar Association of San Francisco**
  "Solo & Small Firm E-Discovery Panel" – February 2017
- **Alameda County Bar Association**
  "From Bits to Bytes: Essentials of eDiscovery" – December 2016
- **Los Angeles County Bar Association, Family Law Section, 38th Annual Child Custody Colloquium, Panelist**
  "Checking in on Evidence in the Courtroom" – October 2016
- **Western Benefits Conference, Seattle, WA**
  Keynote Speaker (Cyber Security) – July 2016
- **27th Annual Anti-Fraud Conference, Monterey, CA**
  "Digital Evidence – Unlocking the Secrets of Computers" – March 2016
- **Western Pension & Benefits Council Webinar**
  "Cyber Security" – March 2016
- **Santa Clara County, CA Public Defender's Office**
  "Mobile Devices in Legal Matters, including Geolocation Information" – January 2016
- **Association of Workplace Investigators Annual Conference**
  "Everything You Wanted to Know About Digital Evidence but Where Afraid to Ask" – October 2015
- **San Mateo County Private Defender's Office**
  "Digital Evidence in Criminal Law Cases" – June 2015
- **Guidance Software**
  e-Discovery 201 Webinar: The Value of Expert Witnesses – May 2015
- **Bay Area Chapter of Legal Nurse Consultants**
  Data Security Issues in Healthcare – November 2014
- **Santa Clara County Bar Association**
  "Hot Topics in Electronic Discovery and Digital Evidence" – November 2014
- **California Defense Investigators Association**
  "Digital Evidence in Criminal Law Cases" – D.I.A. Fall Seminar – October 2014
- **e-Discovery Education Center**
  "This is a hold up – Executing Legal Holds" (webinar) – February 2013
- **The Permanente Medical Group – Legal Department**
  Overview of Electronic Discovery – September 2012
- **The Permanente Medical Group – Physician Human Resources Consultants (PHRC)**
  Electronic Discovery and Computer Forensics – Peer Group Meeting – October 2011
- **Kaiser Permanente Information Security Organization**
  Computer Forensics & Investigations Overview – April 2011
- **Kaiser Permanente Human Resources Compliance Group**
  Overview of Computer Forensics – Employment Law Teleconference – June 2009



## BENJAMIN ROSE

- **Kaiser Foundation Health Plan Legal Department – Labor and employment Practice Group**
  Electronic Discovery and Computer Forensics – August 2008
- **Lorman Education Services Seminar, Sacramento, CA**
  Electronic Discovery & Document Storage: Management & Litigation Issues – April 2007
- **California Association of Licensed Investigators, Sacramento District**
  Overview of Computer Forensics – May 2006
- **Merced County Bar Association**
  Overview of Computer Forensics – April 2006

## EXPERT WITNESS

- Contra Costa County Superior Court, People V. Jose Andrade-Monterrosas
  Hon. Jennifer Lee, Case No. 1-197753-7
- Santa Clara County Superior Court, Chung v. Chung
  Hon. Christine Garcia-Sen, Case No. 19FL000037
- Santa Clara County Superior Court, Nguyen V. Mai,
  Hon. Vanessa Zecher, Case No.18CP000591
- Santa Barbara County Superior Court, People V. Jose Narciso Hernandez
  Hon. Michael Carrozzo, Case No. 1501755
- Santa Clara County Superior Court, People V. Armando, Gutierrez
  Hon. Jesus Valencia, Court Case No. F1901804
- Alameda County Superior Court, People V. Willis Franklin
  Hon. Thomas Reardon, Case No. 18-CR-013820
- Fresno County Superior Court, People V. Leroy Johnson
  Hon. John Vogt, Case No. F09904296
- Orange County Superior Court, Gardiner V. Rogers
  Hon. Sherri Honer, Case No. 30-2020-01159988-CU-HR-CJC
- San Mateo County Superior Court, People V. Pedro Galvan-Martinez
  Hon. Elizabeth Hill, Case No. 19NF009837A
- Santa Clara County Superior Court, Mushfique Khurshid V. Naushaba Zahra
  Hon. Stuart Scott, Court Case No. 19FL003084
- Alameda County Superior Court, People V. Tikisha Upshaw
  Hon. Thomas Stevens, Court Case No.468261A/C
- San Mateo County Superior Court, People V. Tiffany Li, People V. Kaveh Bayat
  Hon. Robert Foiles, Court Case No.16-SF-005932B & C
- Santa Clara County Superior Court, People V. Jason Fitch, People V. Alan Lachan
  Hon. David Cena, Court Case No.C1515822
- Santa Clara County Superior Court, Treadwell V. Caplener
  Hon. James L. Stoelker, Court Case No.110FL155480
- San Mateo County Superior Court, People V. Lionel McCoy
  Hon. Mark Forcum, Court Case No.16SF010449A
- Alameda County Superior Court, People V. James Lightner
  Hon. Paul Delucchi, Court Case No.17-CR-018501
- San Mateo County Superior Court, People V. Shikeb Saddozai
  Hon. John L. Grandsaert, Court Case No.16NF001414a
- Monterey County Superior Court, Campbell V. Yui
  Hon. Larry Hayes, Court Case No.PT23897
- Santa Clara County Superior Court, People V. Thomas Fritz
  Hon. Paul Colin, Department No.25, Court Case No.C1361775
- California Department of Motor Vehicles, Administrative Per Se Hearing, Lisa Brenner
  Driver Safety Hearing Officer Janet Huang
- Alameda County Superior Court (Criminal Division), People V. Tiara Johnson
  Hon. Tara Flanagan, Department No.110, Court Case No.594464
- Santa Clara County Superior Court (Criminal Division), People V. Gaspar
  Hon. Eugene Hyman, Department No.43 Court Case No.CC763122
- Sacramento County Superior Court (Criminal Division), People V. Shivraj Dabi
  Hon. Raoul M. Thorbourne, Department No.35, Case No.06F06528



## PERSON MOST KNOWLEDGEABLE (PMK) WITNESS

- Kaiser Foundation Health Plan et al V. Prime Healthcare Services, Inc., Deposition, November 2011, Los Angeles County Superior Court Case No. Civil Action No. 11-cv-2652-GPC-RBB

## ADDITIONAL TESTIMONY

- In Re The Matter of Elizabeth Chung, Petitioner and David Chung, Respondent, Santa Clara County Superior Court Case No. 19FL000037, October 2022, Deposition
- Dwanda Kay Stovall V. USA Waste of California, Inc., Jose Guillermo Corzo Dubon, Los Angeles County Superior Court, Case No. 19AVCV00144, September 2022, Deposition
- In Re Estate of George D. Vorgias, Deceased, Santa Clara County Superior Court Case No. 17-PR-181377, January 2022, Deposition
- Morency V. ServPro, In the Eight Judicial District Court State of Nevada, In and For the County of Clark, Case No. A-17-757676-B, December 2021, Deposition
- Stars and Bars, LLC V. Westport Capital Partners, LLC et al, Orange County Superior Court, Case No. 30-2017-00926590-CU-BC-CJC, July 2021, Deposition
- Anthony Scott Levandowski V. Uber Technologies, Inc., United States Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 20-30242 (HLB), March 2021, Deposition
- In the Matter of the Arbitration between SunPower Corporation V. Gabriela Bunea, Case 01-19-0003-9663, February 2021, Deposition
- Treadwell V. Caplener, Santa Clara County Superior Court Case No. 2010-1-FL-155480, 2019, Deposition
- Kong V. Kong, et al., El Dorado County Superior Court Case No. PFL20120481, 2018, Deposition
- Gupta V. Kumar, Alameda County Superior Court, 2015, Deposition
- Confidential Employment Arbitration Hearing, provided telephonic testimony for Kaiser Permanente, 2008
- Benchmark Wine Group V. Brent Peirce, Napa County Superior Court, 2008, Deposition

## ENGAGED AS EXPERT CONSULTANT

- People V. Harold Castle, San Francisco County Superior Court Case No. 16015605 (Court Appointed Expert), Hon. Ksenia Tsenin, 2018
- Mendy V. City of Fremont, et al, U.S. District Court, Northern Judicial District of California, Case No. 3:13-cv-04180
- Los Angeles County Superior Court, Brenda Beck V. Boston Scientific Corporation, Case No. BC515042B
- United States District Court, Eastern District of California, U.S. V. William Glenn Satterlee, Hon. Oliver Wagner, CR-04-5305-0WWW

## ENGAGED AS NEUTRAL EXPERT

- Alameda County Superior Court, Mohammed Aejaz, Mohammed Ashvaq, and Sahara Wireless, Inv. V. Abdul Yasini, Abdul Khan, and Sun Wireless, Inc., 2015

## EDUCATION

- **DFIR Training**
  X-Ways Forensics Practitioner's Guide – Certificate of Training - April 2022 (18 hrs.)
- **Hawk Analytics**
  Encore Presentation – Myths and Realities of Cell Site Coverage Areas – June 2021
- **Hawk Analytics**
  Hi-Tech Tips and Tricks & Internet Resources – June 2021
- **Cellebrite Certified Operator**
  Certificate of Completion – September 2020



**BENJAMIN ROSE**

- **Cellebrite Mobile Forensics Fundamentals**
  Certificate of Completion – September 2020
- **Hawk Analytics**
  Beyond the Map – 5 Ways to Take CDR Analysis to the Next Level – Certificate of Attendance – September 2020
- **Hawk Analytics**
  Carrier Breakdown Series – Verizon Returns – Certificate of Attendance – June 2020
- **Hawk Analytics**
  CDRs Best Practices for Legal Requests – Certificate of Attendance – January 2020
- **Hawk Analytics**
  Specialized Location Reports – From Crime to Courtroom Attendance Certificate – Certificate of Attendance – December 2019
- **Hawk Analytics**
  4 Major Carrier Breakdowns: How to Interpret the Information Carriers Send You – Certificate of Completion – October 2019
- **Hawk Analytics**
  6 Things Every Prosecutor Needs to Know About Cell Phone Records in Court – Certification of Attendance – September 2019
- **Hawk Analytics**
  CELLHAWK New User & Refresher Training - Certificate of Completion – May 2019
- **Techno Security & Digital Forensics Conference, San Diego**
  Mobile App Analysis, Mobile Peer to Peer Investigations, USB Forensics, Advance Analysis Techniques for Mobile Device Evidence, Forensic Analysis of Cloud Storage, Current Trends in Illegal Dark Web Activity, APFS Imaging Considerations for Forensic Examiners – March 2019
- **Hawk Analytics**
  Cellular Technology, Mapping and Analysis - Certificate of Completion – August 2018
- **Cyber Security and Its Ten Domains**
  University System of Georgia on Coursera - Certificate of Completion – July 2016
- **Blackbag Technologies**
  Certified Blacklight Examiner - Certificate of Completion – June 2016
- **Cellular Data Analysis**
  27th Annual Anti-Fraud Conference – March 2016
- **Cellebrite Mobile Forensics Fundamentals –** Certificate of Completion – March 2016
- **BlackBag Technologies**
  Certified Mobilyze® Operator - February 2015
- **Global Information Assurance Certification (GIAC)**
  Law of Data Security and Investigations Certification – (GLEG) – March 2014
- **Fashion Law Symposium**
  UC Hastings College of Law – February 2014 (8 hrs.)
- **Nuix**
  e-Discovery Suite Training – November 2013 (16 hrs.)
- **Guidance Software**
  Computer Enterprise & Investigations Conference (CEIC) – May 2013 (15 hrs.)
  Boot Camp – June 2012 (8 hrs.)
- **Contoural**
  Information Governance & e-Discovery Symposium -May 2012 (4 hrs.)
- **Guidance Software**
  Computer Enterprise & Investigations Conference (15 hrs.)
- **High Tech Crime Investigation Association**
  International Training Conference & Exposition – September 2011 (15 hrs.)
- **Guidance Software**
  Computer Enterprise & Investigations Conference (CEIC) – May 2011 (15 hrs.)
- **Guidance Software**
  EnCase Enterprise – Phase I September 2008 (32 hrs.)
- **High Tech Crime Investigation Association**
  International Training Conference & Exposition – August 2007 (15 hrs.)
- **Guidance Software**
  Encase Network Intrusion Investigations – Phase I – October 2006 (32 hrs.)



## BENJAMIN ROSE

- **e-fence**
  Helix Incident Response & Forensics Course – October 2006 (24 hrs.)
- **Lorman Education Services**
  Certificate of Completion, Electronic Discovery and Document Storage: Management and Litigation Issues in California – February 2006 (8 hrs.)
- **Guidance Software**
  Certificate of completion, EnCase® Incident Response, Forensic Analysis and Discovery (IRFAD), Guidance Software's Intermediate-level course for private sector forensic investigators – January 2006 (32 hrs.)
- **Computer Training Academy**
  Diploma, Computer LAN Technician Specialist – August 2000
- **Cisco Systems**
  Cisco Certified Network Associate (CCNA) – July 2000
- **CompTIA**
  A+ Certified – May 2000
- **Peace Officers Research Association of California**
  Law Enforcement Issues Symposium– April 1997
- **Quinn Benner & Associates**
  Basic Peer Support Counseling for Law Enforcement – March 1997 (24 hrs.)
- **Peace Officers Research Association of California**
  PORAC Training Conference – November 1996 (6 hrs.)
- **College of San Mateo**
  Advanced Reserve Officer Update Course – October 1996 (12 hrs.)
- **San Mateo County Sheriff's Office**
  Vehicle Operations Course – October 1991 (16 hrs.)
  Intelligence Training at the Sixth Annual Organized
- **CA Dept. of Justice – Office of the Attorney General**
  Crime and Criminal Intelligence Training Conference – August 1991 (20 hrs.)
- **California Narcotics Officers Association**
  Opium – The Deadly Flower – June 1991 (8 hrs.)
- **Douglas County, NV Sheriff's Department**
  Street Survival '91, The Win Seminar – May 1991 (8 hrs.)
- **Douglas County, NV Sheriff's Department**
  Street Survival '91, The Tactical Edge Seminar – April 30, 1991 (16 hours)
- **California Narcotics Officers Association**
  Outlaw Motorcycle Gangs – March 1991
- **CA Dept. of Justice – Office of the Attorney General**
  Intelligence Training at the Sixth Annual Organized Crime and Criminal Intelligence Training Conference – August 1990 (20 hrs.)
- **CA Dept. of Justice - The Commission on Peace Officer Standards and Training**
  Reserve Officer Certificate – August 1990
- **California Narcotics Officers Association**
  Annual Training Conference – November 1989 (24 hrs.)
- **California Narcotics Officers Association**
  Cocaine – Inca's Curse – May 1989 (8 hrs.)
- **Naber Technical Enterprises**
  Jail Operations Training, Certificate of Completion May 1989 (120 hrs.)
- **College of San Mateo**
  Reserve Officer Basic Academy – December 1987

## PUBLICATIONS

- "California's New E-Competence Rule" Winter 2016 Newsletter, American Bar Association Sections on Litigation, Employment & Labor Relations Law
- "Raising the Bar on e-Discovery" August 2015, ALM "The Recorder"



**PROFESSIONAL ORGANIZATIONS**

- San Joaquin County Sheriff's Foundation – Vice President
- American Bar Association
- Forensic Expert Witness Association
- Alameda County Bar Association
- California Defense Investigators Association
- National Defender Investigator Association

**13**