# EXHIBIT B

## I'm finally sending it ...

| | |
|---|---|
| **X-YMail-OSG:** | 42wIyOEVM1k5.0V4dYiZ7UEsrEZwYT.pTfKYWrqBgQRSWwR d2.oNsyp4h_BWq_Cc0vhA1rs6m9XV4AS.2AVM66m7oDfI39AgrfmL0ScsEqv O92BUC1WDlCqzuFYdsV7GG2p24rP1p53Ef2Nd3m04sLtK723Jve9rOhJFnE9 D..CGE7My8A2lo3Cu_LJmqKFf2D3gBxReclSXPlFi1GM8ZS.GTqEdArCccxv iyr_ALlAKdWEcF4FiSTqfxxHTvlCGcmOT6KA4zSC.E.6uReMQdgEYOmnqiDF uYx.zPLj036dUNeP1C6MLQY_IqZl1A9DM |
| **Received:** | from [99.179.0.135] by web80502.mail.mud.yahoo.com via HTTP; Wed, 25 Aug 2010 11:15:35 PDT |
| **X-Mailer:** | YahooMailClassic/11.3.2 YahooMailWebService/0.8.105.279950 |
| **Date:** | Wed, 25 Aug 2010 11:15:35 -0700 (PDT) |
| **From:** | "me1542@sbcglobal.net" <me1542@sbcglobal.net> |
| **Subject:** | I'm finally sending it ... |
| **To:** | shellee_roberts@yahoo.com |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/mixed; boundary="0-394217361-1282760135=:32554" |
| **Content-Length:** | 1387480 |

15

# Tracy's books

| | |
|---|---|
| **X-YMail-OSG:** | KGYbI_AVM1m3wYGKQwZkpalz.8SRc8U5WdQCr63U4oI7rB9HyDWCndaJ.0GJiCC2NqwCmyKTUkSuzASssqN43ni8wPb7t3MY4jz7xihB0hFJ4JcO55_xWapopkqZ0_ca0yJNIFB965XQQkwla3QlBkuSdz2FGt_Fm0X5_tmX66_rRWD0ZcDzYWal0uHrp_ql1jl9ukwjYowEyXBlF1n_7zB.ERZ8RQMsq6g9xw8878LmW_T32agn7woJQrMRqMotbr.wEYiUOyLsR5flidaYrj8bCGoZfZ.UrTmuiV32r1e1KZGKqVWgLgm2Sujcg1K0Dba.8zWL96jOWxkYMvdV2ZH7jd0 - |
| **Received:** | from [99.179.0.135] by web80505.mail.mud.yahoo.com via HTTP; Fri, 17 Sep 2010 19:57:56 PDT |
| **X-Mailer:** | YahooMailClassic/11.4.9 YahooMailWebService/0.8.105.279950 |
| **Date:** | Fri, 17 Sep 2010 19:57:56 -0700 (PDT) |
| **From:** | "me1542@sbcglobal.net" <me1542@sbcglobal.net> |
| **Subject:** | Tracy's books |
| **To:** | me1542@SBCGLOBAL.NET, tracy@tracywolff.com |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | multipart/mixed; boundary="0-798663118-1284778676=:62190" |
| **Content-Length:** | 1443592 |