# EXHIBIT C

```
X-YMail-OSG: rAASDm4VM1nLeBaohghke9hBl0QugVKfke84iQMoPtrrivD
 jvzNdN7BrmhkmiXh7PHvMcxYeFtDQyfXvhjF_JjGY9VXimyWqNlgOeMuXRo3
 rCQwk7ux.V1CT4jgH2L6mETKjSNRCObRYdMs_vp448ABYW8vZgO0H_eXUeEM
 z.M9tidFQhHJmBfDB5L0QeLZdZ.HhODqI_5.eN.DqDHDVsNw1EBBzs6TCzVn
 NqKsMcsA0HxihLqQYf1o7D82qRgNuoCpHJvM631HPFdPwC9LzazNRZUcR93D
 K1Quk0VvIS_ntFKIRRm7QZVb6dqkjxyJ5AHDMr3Cyy.diGZYpcT0Hv9h0aLo
 NlTyErUAw
Received: from [99.51.3.123] by web83915.mail.sp1.yahoo.com via HTTP; Tue, 24 Aug 2010 22:21:02 PDT
X-Mailer: YahooMailClassic/11.3.2 YahooMailWebService/0.8.105.279950
Date: Tue, 24 Aug 2010 22:21:02 -0700 (PDT)
From: @sbcglobal.net
Reply-To: @sbcglobal.net
Subject: Re:
To:  @aol.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-1592923984-1282713662=:84809"
Content-Length: 20486

--0-1592923984-1282713662=:84809
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: quoted-printable
```

=0A    =0A     =0A         Hi Sylvia,=0A          =20
=0A         Always good to hear from you. Chandler, wow, that's a big move a=
nd =0A          I wish you success with your house hunting. Was thinking abou=

**18**

```
X-YMail-OSG: pTzCqkoVM1mmbJb4E5BwcNq.uRkTqQoFgyb.z92i5qBQyhj
 bpBXnHo6wBJPamfZbC9WaZNhEAjAultlF7GFyRIyIUgl02BWY4ZA1XTZqJoV
 6C2iHABoQYYQcsSwq6NlLxPUgfY1y6nWWUE_px3FzqjJgrMzSP1etXFM.Dgg
 m5T9dxNTMfTftPLFvPFMLne3qZ_bVMhMnp35t1YkO_NniXbRLet5xVraHjJE
 JKAzOJKc0qgXM1S9jqt7.ijybVLsjfvkU8RTxMjrG2NBdKOkJkiGsolpOBaQ
 qxiYK_EjWnMlUeU3_tnwMlWtakjIshiRtT2TfJSp3m49ZPPP.ynDk9.PQ2l4
 mvNkZ11kfC5i0XhuDrvjDz63XZNgigvuc
Received: from [162.119.238.160] by web83914.mail.sp1.yahoo.com via HTTP; Fri, 17 Sep 2010 20:09:59 PDT
X-Mailer: YahooMailClassic/11.4.9 YahooMailWebService/0.8.105.279950
Date: Fri, 17 Sep 2010 20:09:59 -0700 (PDT)
From: @sbcglobal.net
Reply-To: @sbcglobal.net
Subject: Fw:
To: @aol.com>
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-902002765-1284779399=:41987"
Content-Length: 402109

--0-902002765-1284779399=:41987
Content-Type: multipart/alternative; boundary="0-532550451-1284779399=:41987"

--0-532550451-1284779399=:41987
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: quoted-printable
```

**19**