# EXHIBIT D

# tempest rising.doc

| | |
|---|---|
| **Item ID:** | 18952 |
| **File name:** | tempest rising.doc |
| **Type:** | Microsoft Word 97-2003 Document |
| **Primary Date:** | June 30, 2010 7:12:00 AM PDT |
| **Family Date:** | August 25, 2010 11:15:35 AM PDT |
| **Title:** | Chapter One |
| **Size:** | 851 KB  (871,936 bytes) |
| **Direct Parent ID:** | 18128 |
| **Source:** | me1542@sbcglobal.net.pst |
| **Source Path:** | D:\22-592 Freeman V Entangled Publishing\Tracy Deebs\SBCGlobal Email\me1542@sbcglobal.net_819444e4\Items\PST\me1542@sbcglobal.net.pst |
| **Location:** | me1542@sbcglobal.net.pst/Top of Personal Folders/Sent/I'm finally sending it ... |
| **Content Created:** | June 30, 2010 7:12:00 AM PDT |
| **Content Last Modified:** | June 30, 2010 7:12:00 AM PDT |
| **Revision number:** | 2 |
| **MIME Type:** | application/vnd.ms-word |
| **File extension:** | doc |
| **Language:** | English |
| **MD5 Hash:** | 9d22b84088bfe2d34bd73a88a396ef0f |
| **Creator(s):** | Author |
| **Contributor(s):** | owner, Author |
| **Save history:** | 1. Author: |
| | 2. Author: |
| | 3. Author: |
| | 4. Author: |
| | 5. Author: |
| | 6. Author: |
| | 7. Author: |
| | 8. Author: |
| | 9. owner: |
| **Generator:** | Microsoft Word 10.0 |
| **Template name:** | Normal |
| **Character count:** | 383,328 |
| **Line count:** | 10,952 |
| **Word count:** | 90,835 |
| **Editing time:** | 00:04:00 |
| **My tags:** | |
| **Other's tags:** | |