# EXHIBIT E

### 03042011 tempest rising.doc Properties

| General | Summary | **Statistics** | Contents | Custom |

Created: Friday, March 4, 2011 at 10:19 PM

Modified: Tuesday, February 28, 2023 at 12:06 PM

Printed:

Last saved by: Sharkbait

Revision number: 3

Total editing time: 2 Minutes

Statistics:

| Statistic name | Value |
| --- | --- |
| Characters (with spaces): | 470792 |
| Characters: | 378287 |
| Words: | 89464 |
| Lines: | 10548 |
| Paragraphs: | 3024 |
| Pages: | 30 |

Cancel   OK

23