UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, et al.,<br><br>  Defendants. | Case No.: 1:22-cv-02435-LLS-SN |

## DECLARATION OF CECE M. COLE

CeCe M. Cole declares as follows:

1. I am an associate with Cowan, DeBaets, Abrahams, & Sheppard LLP, attorneys for defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a MacMillan, and Universal City Studios LLC (collectively, the "Entangled Defendants"), in the above-captioned matter. I make this declaration in opposition to Plaintiff Lynne Freeman's February 22, 2023 letter motion (ECF No. 131).

2. Attached hereto as Exhibit A is a true and correct copy of a document produced during discovery by defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff ("Wolff") bearing Bates Stamp Wolff_0102203.

3. Attached hereto as Exhibit B is a true and correct copy of a document produced during discovery by Wolff bearing Bates Stamps Wolff_0102250-Wolff_0102699.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced during discovery by Wolff bearing Bates Stamps Wolff_0102700.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced during discovery by Wolff bearing Bates Stamps Wolff_0102701-Wolff_0102939.

2

6. Attached hereto as Exhibit E is a true and correct copy of a June 30, 2010 email between Wolff and Stacy Cantor (Abrams) and its attachment.

7. Attached hereto as Exhibit F is a true and correct copy of an email chain dated October 19, 2010 through November 2, 2010 between Wolff and Stacy Cantor Abrams.

8. Attached hereto as Exhibit G is a true and correct copy of a document produced during discovery by defendant Emily Sylvan Kim bearing Bates Stamps KIM00352651-KIM00352655.

9. Attached hereto as Exhibit H is a true and correct copy of a document produced during discovery by Wolff bearing Bates Stamps Wolff_0012493-Wolff_0012944.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       March 3, 2023

_____
CeCe M. Cole