

| | | |
|---|---|---|
| Cowan, DeBaets, Abrahams & Sheppard LLP | 41 Madison Avenue<br>New York, NY 10010<br>T: 212 974 7474<br>F: 212 974 8474<br>www.cdas.com | Benjamin S. Halperin<br>212 974 7474<br>BHalperin@cdas.com |

March 3, 2023

<u>VIA ECF</u>
The Honorable Sarah Netburn
S.D.N.Y. Thurgood Marshall Courthouse
New York, NY 10007

  Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

  Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff ("Wolff") writes pursuant to Rule III. D of Your Honor's Individual Practices regarding filing redacted documents under seal and in connection with the parties' Protective Order (ECF No. 50) and a Court of Appeals' opinion in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Wolff filed under seal Exhibits A-D and G-H to the declaration of CeCe Cole in opposition to Plaintiff Lynne Freeman's February 22, 2023 letter motion (ECF No. 131). These exhibits consist of documents produced by Wolff (Exs. A-D, H) and Defendants Emily Sylvan Kim and Prospect Agency, LLC (Ex. G). Although Wolff would not object to these documents being unsealed, they have been filed under seal out of an abundance of caution. Exhibits E-F were redacted as they contain personal email addresses.

  We thank the Court for its time and attention to this matter.

              Respectfully submitted,

              /s/ Benjamin S. Halperin

              Benjamin S. Halperin

              **COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP**

              Nancy E. Wolff
              Benjamin S. Halperin
              CeCe M. Cole
              41 Madison Avenue, 38th Floor
              New York, New York 10010
              Tel: (212) 974-7474
              Fax: (212) 974-8474
              nwolff@cdas.com
              bhalperin@cdas.com
              ccole@cdas.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cc: All counsel of record (via ECF)