- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE PLAINTIFF,

        Plaintiff,

  -against-

TRACY DEEBS-ELKENANEY, et al.

        Defendants.

Case No. 22-cv-02435 (LLS)(SN)

# **PLAINTIFF'S NOTICE OF MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, MOTION FOR RECONSIDERATION**

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Lynne Freeman, by her undersigned attorneys, upon the accompanying Memorandum of Law, respectfully moves this Court before the Honorable Louis L. Stanton, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 21C, New York, New York 10007, for clarification, or in the alternative, for reconsideration of its February 27, 2023 Order (ECF No. 141) and September 16, 2022 Order (ECF No. 105).

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests oral argument if this motion is opposed.

                                                Respectfully submitted,

Dated: March 7, 2023        By:     */s/ Scott Alan Burroughs*
                                                          Scott Alan Burroughs, Esq.
                                                          Laura M. Zaharia, Esq.
                                                          DONIGER / BURROUGHS
                                                          247 Water Street, First Floor
                                                          New York, New York 10038
                                                          Telephone: (310) 590-1820
                                                          scott@donigerlawfirm.com
                                                          lzaharia@donigerlawfirm.com
                                                          Counsel for Plaintiff

PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION