UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual<br><br>*Plaintiff*,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, et al,<br><br>*Defendants.* | Case No. 1:22-cv-02435-LLS-SN<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this court, and I appear in the above-referenced action as counsel for defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, d/b/a/ Macmillan, and Universal City Studios, LLC.

Dated: New York, New York
March 9, 2023

Respectfully Submitted,
**COWAN, DEBAETS, ABRAHAMS, & SHEPPARD LLP**

By: /s/ Scott J. Sholder
Scott J. Sholder
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel: (212) 974-7474
Fax: (212) 974-8474
ssholder@cdas.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a MacMillan, and Universal City Studios, LLC*