**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lynne Freeman, | Case No.: 1:22-cv-02435-LLS-SN |
| | _Hon. Louis L. Stanton Presiding_ |
| Plaintiff, | |
| v. | **MOTION FOR ADMISSION** |
| | **PRO HAC VICE** |
| Tracy Deebs-Elkenaney, et al., | |
| Defendants. | |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen M. Doniger hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Lynne Freeman, Plaintiff, in the above-captioned action.

      I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:    March 10, 2023                Respectfully Submitted,

                                    By:  _/s/ Stephen M. Doniger_
                                            Stephen M. Doniger, Esq.
                                          DONIGER / BURROUGHS
                                          603 Rose Avenue
                                          Venice, California 90022
                                          (310) 590-1820
                                          stephen@donigerlawfirm.com
                                          _Attorneys for Plaintiff_