UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynne Freeman,<br><br>Plaintiff,<br><br>v.<br><br>Tracy Deebs-Elkenaney, et al.,<br><br>Defendants. | Case No.: 1:22-cv-02435-LLS-SN<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Stephen M. Doniger, an attorney at DONIGER / BURROUGHS duly admitted to practice in the courts of the State of California, hereby swear under penalty of perjury and state as follows pursuant to Local Civil Rule 1.3(c):

1. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

2. There are no pending disciplinary proceedings against me in any State or Federal Court.

3. I have never been convicted of a felony.

4. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:   March 10, 2023

Respectfully Submitted,

By: _____
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
(310) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff*

1