UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynne Freeman,<br><br>Plaintiff,<br><br>v.<br><br>Tracy Deebs-Elkenaney, et al.,<br><br>Defendants. | Case No.: 1:22-cv-02435-LLS-SN<br><br>*Hon. Louis L. Stanton Presiding*<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Stephen M. Doniger for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the Bar of the State of California; and that his contact information is as follows:

Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Tel: (310) 590-1820
Email: stephen@donigerlawfirm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Lynne Freeman, in the above referenced action;

//

//

//

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2023					By: _____
										HON. LOUIS L. STANTON
										UNITED STATES DISTRICT JUDGE