UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynne Freeman,<br><br>Plaintiff,<br><br>v.<br><br>Tracy Deebs-Elkenaney, et al.,<br><br>Defendants. | Case No.: 1:22-cv-02435-LLS-SN<br>*Hon. Louis L. Stanton Presiding*<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen M. Doniger hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Lynne Freeman, Plaintiff, in the above-captioned action.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   March 13, 2023                                                        Respectfully Submitted,

By:   */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90022
(310) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff*

1