UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lynne Freeman,

Plaintiff,

v.

Tracy Deebs-Elkenaney, et al.,

Defendants.

Case No.: 1:22-cv-02435-LLS-SN

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Stephen M. Doniger, an attorney at DONIGER / BURROUGHS duly admitted to practice in the courts of the State of California, hereby swear under penalty of perjury and state as follows pursuant to Local Civil Rule 1.3(c):

1. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

2. There are no pending disciplinary proceedings against me in any State or Federal Court.

3. I have never been convicted of a felony.

4. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: March 13, 2023

Respectfully Submitted,

By: _____
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
(310) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff*

Laurence Campbell
Notary Public, State of New York
No. 01CA6200635
Qualified in New York County
Commission Expires 4/6/20 25

1