

Cowan,
DeBaets,
Abrahams &
Sheppard llp

41 Madison Avenue
New York, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

Benjamin S. Halperin
212 974 7474
BHalperin@cdas.com

March 15, 2023

**VIA ECF**

The Honorable Sarah Netburn
S.D.N.Y. Thurgood Marshall Courthouse
New York, NY 10007

    Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

    Defendants write pursuant to Rule III. D of Your Honor's Individual Practices regarding filing redacted documents under seal and in connection with the parties' Protective Order (ECF No. 50) and the Second Circuit's opinion in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Defendants filed under seal Exhibits A, D, E, and G to the March 15, 2023 declaration of Benjamin S. Halperin in support of Defendants' March 15, 2023 letter motion to compel Plaintiff to produce certain communications improperly withheld as privileged. Exhibits A, D, and E consist of Plaintiff's corrected privilege log, supplemental privilege log, and redaction log, respectively, and contain the personal email addresses of Plaintiff and nonparties and also contain descriptions of documents allegedly withheld on privilege grounds. Exhibit G was produced by Plaintiff during discovery and has been marked as "confidential." Although Defendants would not object to these documents being unsealed, they have been filed under seal out of an abundance of caution to protect any privacy concerns of Plaintiff and/or the individuals whose information appears in the sealed documents.

    We thank the Court for its time and attention to this matter.

                            Respectfully submitted,

                             /s/ Benjamin S. Halperin

                             Benjamin S. Halperin

                             **COWAN, DeBAETS, ABRAHAMS &
                             SHEPPARD LLP**

                             Nancy E. Wolff
                             Benjamin S. Halperin
                             CeCe M. Cole
                             41 Madison Avenue, 38th Floor
                             New York, New York 10010
                             Tel: (212) 974-7474
                             Fax: (212) 974-8474
                             nwolff@cdas.com

bhalperin@cdas.com
ccole@cdas.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cc: All counsel of record (via ECF)