# EXHIBIT C

| | |
|---|---|
| **Subject:** | Freeman v. Wolff |
| **Date:** | Tuesday, January 31, 2023 at 10:08:27 PM Eastern Standard Time |
| **From:** | Mark Passin |
| **To:** | Nancy Wolff, CeCe Cole, 'dgoetzel@intprop.com', Lance Koonce (lance.koonce@klarislaw.com), Zach Press, Benjamin Halperin |
| **CC:** | Paul V. LiCalsi - Reitler Kailas & Rosenblatt LLC (plicalsi@reitlerlaw.com), bvanbenthysen@reitlerlaw.com |

**Attachments:** 2023.01.31 Plaintiff's Redaction Log.pdf, 2023.01.31 Plaintiff's Supplemental Privilege Log.pdf

> **External Email**

Dear All,

Attached please find a supplemental privilege log containing documents that were inadvertently left off the original log and a redaction log.

We are sending you the redaction log because we realized that we did not include documents redacted on the grounds of privilege on the original privilege log. As you can see from reviewing the log, a large amount of the redactions related to material that was after the production cut-off date, but we included them on the log anyway.

Best regards.


**Mark D. Passin**
**Of Counsel**



11766 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90025
(310) 861-2475
mark@csrlawyers.com
www.markpassin.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system. Thank you in advance for your cooperation.