```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LYNNE FREEMAN,

                            Plaintiff,                    22-CV-02435 (LLS)(SN)

                -against-                                   **ORDER**

TRACEY DEEBS-ELKENANEY, et al.,

                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants move to compel Plaintiff to produce communications they allege have been improperly withheld as privileged. ECF No. 175. Plaintiff opposes this relief. ECF No. 182.

      Accordingly, a discovery conference to discuss this motion is scheduled for Friday, March 24, 2023, at 11:30 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov

**SO ORDERED.**

                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      March 23, 2023
                 New York, New York