

Cowan,
DeBaets,
Abrahams &
Sheppard LLP

41 Madison Avenue
New York, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

Nancy E. Wolff
212 974 7474
nwolff@cdas.com

March 31, 2023

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

   Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (AT)(SN)

Dear Judge Netburn:

  Plaintiff Lynne Freeman and Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, Universal City Studios LLC, Prospect Agency, LLC, and Emily Kim Sylvan jointly write to update the Court on the status of discovery and propose a schedule for the next phases of the litigation, pursuant to Your Honor's 2023 Orders dated January 30 (ECF No. 116); January 31 (ECF No. 118); February 14 (ECF No. 126); and March 15 (ECF No. 178).

  ***First***, the parties are on schedule to complete fact discovery including all fact depositions by March 31, 2023 as required by the above Orders. Additionally, the parties have agreed on the following proposed schedule for expert discovery and summary judgment, which we respectfully ask the Court to approve:

| Event | Due Date |
|---|---|
| Expert disclosures and opening reports | 4/28/23 |
| Expert rebuttal reports and disclosure of any rebuttal experts | 5/19/23 |
| Expert depositions to be completed by | 6/16/23 |
| Pre-motion conference letters for summary judgment and/or *Daubert* motions (pursuant to Judge Stanton's Individual Rule 2.A) | 6/30/23 |
| Plaintiff's opening set of proposed findings of ultimate fact (pursuant to Judge Stanton's Individual Rule 4.A) | 6/30/23 |
| Opening summary judgment and *Daubert* motions | 7/26/23 |
| Summary judgment and *Daubert* oppositions | 8/23/23 |
| Summary judgment and *Daubert* replies | 9/13/23 |

  ***Second***, pursuant to the Court's March 15 Order, the parties have agreed that Defendants shall produce one final update of damages discovery either 45 days from any Court decision denying in whole or in part Defendants' motion for summary judgment or 30 days before trial, whichever is earlier.



The parties will further update the Court if any issues requiring the Court's involvement arise. Thank you for your time and attention to these issues.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Stephen M. Doniger*<br>Stephen M. Doniger, Esq.<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90022<br>(310) 590-1820<br>stephen@donigerlawfirm.com<br><br>**CSReeder, PC**<br>Mark D. Passin<br>11766 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90025<br>310-861-2475<br>mark@csrlawyers.com<br><br><br>**REITLER KAILAS & ROSENBLATT LLP**<br>Paul V. LiCalsi<br>885 Third Avenue, Ste 20th Floor<br>New York, NY 10022<br>212-209-3090<br>plicalsi@reitlerlaw.com<br>*Attorneys for Plaintiff* Lynne Freeman | **COWAN, DEBAETS, ABRAHAMS,<br>& SHEPPARD LLP**<br><br>By: *Nancy E. Wolff*<br>Nancy E. Wolff<br>41 Madison Avenue, 38th Floor<br>New York, New York 10010<br>212-974-7474<br>nwolff@cdas.com<br><br>*Attorneys for Defendants* Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Universal City Studios, LLC, Entangled Publishing, LLC and Holtzsbrinck Publishers, LLC, d/b/a Macmillan sued erroneously as Macmillan Publishers, LLC<br><br>**KLARIS LAW PLLC**<br><br>By:  /s/Lacy H. Koonce, III<br>Lacy H. ("Lance") Koonce, III<br>29 Little West 12th Street<br>New York, New York 10014<br>917-612-5861<br>lancekoonce@gmail.com<br><br>*Attorneys for Defendants* Emily Sylvan Kim and Prospect Agency, LLC |

cc: All Counsel of Record (via ECF)