

COWAN,
DEBAETS,
ABRAHAMS &
SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

NANCY E. WOLFF
212 974 7474
NWOLFF@CDAS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 04/04/2023 _

March 31, 2023

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (AT)(SN)

Dear Judge Netburn:

Plaintiff Lynne Freeman and Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff,
Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, Universal City Studios
LLC, Prospect Agency, LLC, and Emily Kim Sylvan jointly write to update the Court on the status
of discovery and propose a schedule for the next phases of the litigation, pursuant to Your Honor's
2023 Orders dated January 30 (ECF No. 116); January 31 (ECF No. 118); February 14 (ECF No.
126); and March 15 (ECF No. 178).

**First**, the parties are on schedule to complete fact discovery including all fact depositions
by March 31, 2023 as required by the above Orders. Additionally, the parties have agreed on the
following proposed schedule for expert discovery and summary judgment, which we respectfully
ask the Court to approve:

| Event | Due Date |
|---|---|
| Expert disclosures and opening reports | 4/28/23 |
| Expert rebuttal reports and disclosure of any rebuttal experts | 5/19/23 |
| Expert depositions to be completed by | 6/16/23 |
| Pre-motion conference letters for summary judgment and/or *Daubert* motions (pursuant to Judge Stanton's Individual Rule 2.A) | 6/30/23 |
| Plaintiff's opening set of proposed findings of ultimate fact (pursuant to Judge Stanton's Individual Rule 4.A) | 6/30/23 |
| Opening summary judgment and *Daubert* motions | 7/26/23 |
| Summary judgment and *Daubert* oppositions | 8/23/23 |
| Summary judgment and *Daubert* replies | 9/13/23 |

**Second**, pursuant to the Court's March 15 Order, the parties have agreed that Defendants
shall produce one final update of damages discovery either 45 days from any Court decision
denying in whole or in part Defendants' motion for summary judgment or 30 days before trial,
whichever is earlier.



COWAN,
DEBAETS,
ABRAHAMS &
SHEPPARD LLP

The parties will further update the Court if any issues requiring the Court's involvement arise. Thank you for your time and attention to these issues.

Respectfully submitted,

By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90022
(310) 590-1820
stephen@donigerlawfirm.com

**CSReeder, PC**
Mark D. Passin
11766 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90025
310-861-2475
mark@csrlawyers.com

**REITLER KAILAS & ROSENBLATT LLP**
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com
*Attorneys for Plaintiff* Lynne Freeman

**COWAN, DEBAETS, ABRAHAMS,
& SHEPPARD LLP**

By: *Nancy E. Wolff*
Nancy E. Wolff
41 Madison Avenue, 38th Floor
New York, New York 10010
212-974-7474
nwolff@cdas.com

*Attorneys for Defendants* Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Universal City Studios, LLC, Entangled Publishing, LLC and Holtzsbrinck Publishers, LLC, d/b/a Macmillan sued erroneously as Macmillan Publishers, LLC

**KLARIS LAW PLLC**

By:  */s/Lacy H. Koonce, III*
Lacy H. ("Lance") Koonce, III
29 Little West 12th Street
New York, New York 10014
917-612-5861
lancekoonce@gmail.com

*Attorneys for Defendants* Emily Sylvan Kim and Prospect Agency, LLC

**SO ORDERED.**

Dated: April 4, 2023
New York, New York

SARAH NETBURN
United States Magistrate Judge