

| COWAN, | 41 MADISON AVENUE | NANCY E. WOLFF |
| DEBAETS, | NEW YORK, NY 10010 | 212 974 7474 |
| ABRAHAMS & | T: 212 974 7474 | NWOLFF@CDAS.COM |
| SHEPPARD LLP | F: 212 974 8474 | |
| | www.cdas.com | |

April 26, 2023

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

    Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (AT)(SN)

Dear Judge Netburn:

    Plaintiff Lynne Freeman and Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, Universal City Studios LLC, Prospect Agency, LLC, and Emily Kim Sylvan jointly write to advise the Court that the parties have stipulated to extend the deadlines for opening and rebuttal expert disclosures by one week each. This agreement only affects these two specific deadlines and no Court deadlines. The updated stipulated schedule is as follows.

| Event | Due Date |
| --- | --- |
| Expert disclosures and opening reports | 5/5/23 (previously 4/28/23) |
| Expert rebuttal reports and disclosure of any rebuttal experts | 5/26/23 (previously 5/19/23) |
| Expert depositions to be completed by | 6/16/23 |
| Pre-motion conference letters for summary judgment and/or *Daubert* motions (pursuant to Judge Stanton's Individual Rule 2.A) | 6/30/23 |
| Plaintiff's opening set of proposed findings of ultimate fact (pursuant to Judge Stanton's Individual Rule 4.A) | 6/30/23 |
| Opening summary judgment and *Daubert* motions | 7/26/23 |
| Summary judgment and *Daubert* oppositions | 8/23/23 |
| Summary judgment and *Daubert* replies | 9/13/23 |

    The parties will further update the Court if any issues requiring the Court's involvement arise. Thank you for your time and attention to this issue.

Respectfully submitted,

| By: */s/* Stephen M. Doniger | **COWAN, DEBAETS, ABRAHAMS,** |

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

| | |
|---|---|
| Stephen M. Doniger, Esq.<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90022<br>(310) 590-1820<br>stephen@donigerlawfirm.com<br><br>**CSReeder, PC**<br>Mark D. Passin<br>11766 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90025<br>310-861-2475<br>mark@csrlawyers.com<br><br><br>**REITLER KAILAS & ROSENBLATT LLP**<br>Paul V. LiCalsi<br>885 Third Avenue, Ste 20th Floor<br>New York, NY 10022<br>212-209-3090<br>plicalsi@reitlerlaw.com<br>*Attorneys for Plaintiff* Lynne Freeman | & SHEPPARD LLP<br><br>By: /s/ Nancy E. Wolff<br>Nancy E. Wolff<br>41 Madison Avenue, 38th Floor<br>New York, New York 10010<br>212-974-7474<br><br>nwolff@cdas.com<br><br>*Attorneys for Defendants* Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Universal City Studios, LLC, Entangled Publishing, LLC and Holtzsbrinck Publishers, LLC, d/b/a Macmillan sued erroneously as Macmillan Publishers, LLC<br><br>**KLARIS LAW PLLC**<br><br>By: /s/ Lacy H. Koonce, III<br>Lacy H. ("Lance") Koonce, III<br>29 Little West 12th Street<br>New York, New York 10014<br>917-612-5861<br>lancekoonce@gmail.com<br><br>*Attorneys for Defendants* Emily Sylvan Kim and Prospect Agency, LLC |

cc: All Counsel of Record (via ECF)