# EXHIBIT B

# EXHIBIT 1

EXHIBIT 1

Page 88

**KEY: Crave[1] and Blue Moon Rising[2] (BMR) Comparison**

**Introduction:** Both books are young adult paranormal romance and fantasy. The main plot in Blue Moon Rising is Crave's main plot. The 2010 and 2011 versions are the same manuscript, however, the 2011 version contains additional material. (2012, 2013, 2014, and 2016, are the same story as well containing different material in some places. In 2012, the manuscript was renamed Masqued). All versions of the Freeman manuscripts shall be referred to as "BMR." The main characters in BMR and Crave are the same characters, as are most of the supporting characters, and they play the same roles. BMR's subplots are the main plots for the other books in the Crave series. The stories are told in the first person point of view of the heroine. The setting is high school in Alaska.

Crave follows the 2010 and 2011 manuscripts for the storyline, often in page number proximity. Scenes track between the books, even when those scenes are taken from other versions of the manuscript. Parts of BMR are used in Crave in a different order, or tacked on to a scene that tracks in page number proximity or in sequential order with BMR. Language is frequently recycled with the same words used, and this too, is often in page number proximity. In this document, the later books in the Crave series are sometimes referred to for context.

**Crave Plot:** Crave is about a teen girl who moves to Alaska from San Diego after an accident kills her father and mother. She is the new girl at a boarding school in Alaska and now lives with her uncle (who is the headmaster) and her cousin. They are both supernatural witches, though she doesn't know it. She has no other family. She believes she is human. Her father was a witch and her mother was a gargoyle, but she doesn't know that either.[3] The students at the school are supernatural beings, but the heroine doesn't know it at first. She has been kept ignorant of the supernatural world by her parents in order to keep her safe. Tea was used to bind her powers and keep her from shifting into her supernatural form.[3] She is suffering loss and thinks about her father and mother's deaths often. She has panic attacks and anxiety from the loss.

She meets a boy at school on her first day, who is mysterious, dangerous, and alluring. She is drawn to him and tries to resist. He quotes Shakespeare and notes that she knows the quote. She discovers that the boy has secrets and is suffering from loss as well. His older brother, Hudson, who looks nineteen, was murdered.[3] The romantic lead believes he killed him (it is revealed later in the series in *Court*, that he did not kill him).[3] He

---

[1] *Crave* by Tracy Wolff First Edition, published by Entangled Teen, April, 2020.
[2] Freeman materials: BMR 2010 ("2010") and 2011 ("2011") versions; renamed Masqued 2012 ("2012"), 2013 ("2013"), 2014 ("2014") and 2016 ("2016") versions. 2016 is a partial manuscript created in 2014. *The Plot,* 2008; *The Cast Notes,* 2008; *Midnight Overview Notes*, 2009; *The World Notes,* 2010; *Pitch Notes to Emily Sylvan Kim*, 2013; *Freeman Notes*, 1-27; *Chapter Analysis*, 5-14-10. All of these materials were given to defendant Emily Sylvan Kim and Prospect Agency.
[3] This is revealed later in the *Crave* series. These points are outlined in the **Key Index** below with their associated page numbers. It is mentioned here because it is a plot point in BMR, and is in the Complaint.

**EXHIBIT 1**

tries to resist his attraction to her because he believes that being with him will be dangerous for her. He's a vampire, and has a role in trying to stop the war between the races of supernatural beings. He doesn't want the heroine to be in danger due to her association with him and his world.

However, the heroine is in danger. Certain students at the school are trying to kill her, which remains a mystery until the end of the story. They are trying to kill the heroine in order to stop Lia, the dead vampire prince Hudson's mate, from using the heroine in a spell to resurrect Hudson, who is thought to be evil and responsible for the deaths of many others. If he is brought back, it is believed that he will bring war, and it would be the end of the world.

The heroine is attacked by two werewolves who remind her of eighties concert goers. She fights back, and the romantic lead rescues her.

The heroine hears a voice inside her head telling her what to do, and giving her warnings. She wonders what the voice is. The voice will turn out to be her long-lost grandfather, who speaks Gaelic (as does his type of supernatural, who also communicate with their kind telepathically).[3] The vampire king (BMR's vampire prince) has trapped him in chains where he is stuck in his supernatural form. There will be a second voice the heroine hears in her head who will turn out to be Hudson (BMR's Ronan). She begins to hear Hudson's voice in the next book in the Crave series.[3]

The heroine is kidnapped by a vampire (Lia) who says she is the dead vampire prince (Hudson's) mate. She wants to use the heroine in a spell to bring back her dead mate. She also wants revenge against the romantic lead who she believes killed her mate.[5] By using the heroine in a spell and killing her in the process, she will have vengeance, and get her dead mate back. The vampire prince's mate (Lia) is responsible for the accident that killed the heroine's parents.

The romantic lead finds the heroine and fights the vampire prince's mate (Lia). The heroine fights as well. The romantic lead ends up fighting the vampire prince (Hudson), who is in the form of black smoke. The romantic lead compresses the smoke into a ball and throws it at the vampire prince's mate (Lia). When it hits her, she whispers her thanks to the romantic lead, and explodes into a cloud of dust.

Later, the heroine sees Hudson standing with a broadsword poised to strike the romantic lead from behind. The heroine grabs the romantic lead and wraps herself around him, putting herself in front of the sword. She unknowingly turns into a stone gargoyle for the first time, saving the romantic lead's life. She has accidentally released Hudson, who is said to be evil, and he is now inside her head as she is frozen in stone as a gargoyle. It is believed that if Hudson was free to walk the earth again, it would be a danger to the world. Crave ends here from the heroine's point of view.

The book has three bonus chapters at the end told from the romantic lead's point of view and which offer a final and second ending to the story that takes place after the heroine is turned to stone. These chapters end

**EXHIBIT 1**

2

with the Bloodletter character turning into a winged creature and flying off; the romantic lead decides to be with the heroine, and it doesn't matter what he has to do to keep the heroine safe, it doesn't matter what he has to do to hold on to her.

**EXHIBIT 1**

**Page 91**

**BMR Plot**: Blue Moon Rising is about a teen girl who moves to Alaska from San Diego after an accident kills her father and grandparents. She lives with her mother and aunt who are both supernatural witches, though she doesn't know it. She has no other family. She believes she is human. Her father was a werewolf but she doesn't know that, either. She attends public high school. Her friends are supernatural beings, but she doesn't know it at first. She has been kept ignorant of the supernatural world by her mother and aunt in order to keep her safe. Tea was used to bind her powers and keep her from shifting into her supernatural form. She is suffering loss and thinks about her father and grandparents' deaths often. She's never gotten over it. She has panic attacks and anxiety from the loss.

She meets the new boy at school on his first day, who is mysterious, dangerous, and alluring. She is drawn to him and tries to resist. She quotes Shakespeare and notes that he knows the quote. She discovers that the boy has secrets and is suffering from loss as well. His older brother, who was nineteen, was murdered. The romantic lead tries to resist his attraction to her because he believes that being with him will be dangerous for her. He's a werewolf, and has a role in trying to stop the war between the races of supernatural beings. He doesn't want the heroine to be in danger due to her association with him and his world.

However, the heroine is in danger. The Order is searching for the heroine and will kill her if they find out who she is. The Order is a mystery, and the heroine doesn't know about them or that they are looking for her until later in the story. The Order will kill her because they believe she will be used to join forces with Ronan, who is thought to be evil, and responsible for the deaths of many others. If he rises, and walks the earth again, it is believed that the world as we know it will never be the same.

The heroine is attacked by two vampires who remind her of eighties rockers. She fights back, and the romantic lead rescues her.

The heroine hears a voice inside her head telling her what to do, and giving her warnings. She wonders what the voice is. The voice will turn out to be her long-lost father who speaks Gaelic (as does his type of supernatural, who also communicate telepathically). The vampire prince (Crave's vampire king) has trapped him in chains where he is stuck in his supernatural form. There is a second voice the heroine hears in her head who will turn out to be Ronan (Crave's Hudson).[4]

The heroine is kidnapped by the vampire prince (Julian). He wants to use the heroine to bring back his dead mate by making her into a vampire, believing that she will then be the reincarnation of his dead mate. He also wants revenge against the heroine's father who he believes killed his mate.[5] By making the heroine into a

---

[4] Hudson and Ronan are royals with an accent, thought to be evil, and responsible for the deaths of many others. In truth, they are not evil and acted for the greater good. This is revealed later in the Crave series, and in latter versions of BMR, as well as Freeman's notes.

[5] Lia's mate is not really dead. Julian's mate is not really dead. Lia's mate is the romantic lead's brother. Julian's mate is the heroine's aunt. In some versions of the manuscript, his mate is the heroine's mother.

**EXHIBIT 1**

4

vampire, he will have vengeance, and get his dead mate back. The vampire prince (Julian) is responsible for the accident that killed the heroine's grandparents.

The romantic lead and his clan find the heroine and fight the vampire prince (Julian). The heroine fights as well. The heroine sees a demon standing with a dagger poised to strike the romantic lead from behind. She jumps on the demon's back, and ends up stabbing it. The demon bows down before the heroine, making obeisance, and disintegrates into dust.

Later, the heroine accidentally releases Ronan the Bloodletter, who is said to be evil, and responsible for the deaths of many others, into the world. The romantic lead and Ronan appear as though they will come to mortal blows. The Bloodletter, Ronan, has taken the heroine's blood and is now tied to her. It is believed that if he is free to walk the earth again, it would be a danger to the world.

The story ends when the Bloodletter character turns into a raven and takes off into the night sky. The romantic lead decides to be with the heroine, and nothing, nothing else matters; all of the what ifs don't matter. He vows to protect her and keep her safe.

**EXHIBIT 1**

**Page 93**

This **KEY** provides a summary of corresponding statements and quotes from both books, with **Crave** listed on the left and **BMR** on the right. It goes through Crave in page number sequence and points out the corresponding sections in the various versions of BMR.

**KEY:**
Pink indicates page number proximity within 50 pages of the same events occurring in both books. *Crave* is 571 pages; the various versions of BMR vary between 400-600 pages.
*Blue* text indicates notes shared with the agent.
/ is used to describe events between the two books. Crave is first / BMR is second.
#Green are item numbers associated with **INDEX 1**. Please refer to **INDEX 1** for a more detailed comparison of the material.

Please also refer to the **CHARACTER INDICES** provided for each character with supporting documentation of plagiarized character traits and the language used to describe them.

**Crave:**
Story takes place in Alaska at a private boarding school in Healy. It was originally set in Anchorage. p. 6, 12; Wolff's Instagram Blog 6-1-2019.

**BMR:**
Story takes place in Alaska at a public school in Anchorage.
2011 p. 11, 12, 15, 16

**Crave begins with the heroine's arrival in Alaska having just moved from San Diego CA. In BMR, the heroine moved to Alaska from San Diego years ago. In both stories, the heroine has moved to Alaska due to an accident which killed her family members; in Crave, her parents, and in BMR, her father and grandparents. Both stories begin with the heroine on her way to school. She describes her surroundings.**

Heroine arrives in Anchorage.
"I've been freezing since I landed in Anchorage" p. 98
(Edited in current editions to read as "Fairbanks" apparently to try to hide infringement).

Heroine lives in Anchorage.
"You just don't see people like that in Anchorage…"
2011 p. 15
#1

The heroine is from San Diego.
p. 3

The heroine is from San Diego.
2011 p. 124
#2

**EXHIBIT 1**

Heroine describes Alaska as "hell has actually frozen over"

p. 3

Heroine describes Alaska as "this frozen wasteland of ice and snow my mother condemned us"

2011 p. 12

 #3

Heroine notices the hazy sky, the time of day, and says it is "civil twilight."

"weird kind of haze…civil twilight, even though it's barely five o-clock."

p. 3

Heroine notices the unrelenting gray sky, and describes it as the definition of civil twilight.

"The sun was still out, though it was sitting low on the horizon, the sky it's usual shade of unrelenting gray at this time of year. There was maybe an hour or so of daylight left before the darkness closed in."

2011 p. 49

 #4

**Heroine is on her way to school in Alaska, she thinks about the family she has lost. She describes her arrival at the school, and is uncomfortable with everyone watching her.**

Crave follows BMR 2010 and 2011, and is almost entirely in page number proximity in these opening sequences. Note that both books feature the heroine on her way to school, and in that sequence on the way to school, she is thinking about the deaths of her family members in Crave (p. 7) and BMR 2010 (p. 8), 2011 (p. 11). She is comparing the cold of Alaska with the warmth or sunshine of California, Crave (p. 5 ) and BMR 2010 (p. 9), 2011 (p. 11). Note the words and synonyms used between the books.

Heroine has feelings of loss and tries not to dwell on all she has left behind. "I feel a pang looking at them, but I don't let myself dwell on everything I had to leave behind, any more than I let myself dwell on the idea of strangers living in the house I grew up in…who cares about a house… when I've lost so much more?...He nods toward a parking lot."

p. 5

Heroine is thinking about father and grandparents' deaths & tries to blot out her memories of the accident "...my dad and grandparents were killed… I've always felt it was somehow my fault…the accident…so I blotted it out as best I could…My mom's car glided into the parking lot."

2010 p. 9; 2011 p. 12

 #5

Heroine thinks about San Diego, and how warm it was compared to the cold of Alaska.

p. 5

Heroine thinks about California, and the sun and compares it to the winter in Alaska.

2010 p. 9; 2011 p. 11

 #6

**EXHIBIT 1**

7

| | |
|---|---|
| Teen heroine is seventeen.<br>p. 6 | Teen heroine is "almost seventeen."<br>2010 p. 12, 343<br>#7 |
| Heroine is on her way to the new boarding school; she's thinking about loss, and her parents are dead. They were killed in an accident one month ago.<br><br>p. 6-8; 83 | Heroine is on her way to school, she's thinking about loss, and her dad and grandparents are dead. They were killed in an accident when she was 7. She has never gotten over it.<br>2010 p. 6, 9, 58; 2011 p. 76<br>#8, #9, #10 |
| Heroine describes Healy as:<br>"I can't help but think of the mountains and rivers that surround this town in all directions…"<br>"there's nothing but mountains and snow"<br><br>p. 8, 7 | Heroine describes Anchorage as:<br>"Anchorage is surrounded by water—Cook Inlet on one side and snow covered mountains all around…still considered to be in town but it's a bit remote."<br>2011 p. 411<br>#11 |
| Heroine lives with the only family she has left; her cousin and uncle, (she will later learn they are both witches). She believes she has no other family anywhere.<br>"Not to mention the only family I have left." (referring to her uncle and cousin).<br>p. 7, 28, 316 | Heroine lives with the only family she has left; her mom and aunt, (she will later learn they are both witches). She believes she has no family anywhere.<br>"The three of us make up my family. We're all that's left."<br>2011 p. 13, 73<br>#12 |
| Heroine thinks about the death of her parents, on the way to school; they died a month ago.<br><br>p. 7 | Heroine thinks about the deaths of her dad and grandparents on the way to school; they died when she was seven.<br>2010 p. 8; 2011 p. 11, 76<br>#13 |
| She ducks her head down when she's uncomfortable:<br>"I duck my head as my cheeks heat up."<br>p. 10, 18, 199, 227 | She ducks her chin down when she's uncomfortable:<br>"Flushing hard, I ducked my chin down."<br>2010 p. 400; 2011 p. 35, 177, 419, 301<br>#14 |

**EXHIBIT 1**

**Page 96**

| | |
|---|---|
| Heroine is give a ride to school on a snowmobile "...Macy reaches for one of the helmets draped over the snowmobile's handles…'Hold on to my waist!' | Heroine is given a ride from school on a motorcycle: "...he reaches onto the back of his motorcycle…an extra helmet…wrap your arms around me and hold on tight….I warp my arms around his waist. |
| p. 10, 11 | 2011 p. 52, 54, 55 |
| | #15 |

**Heroine attends a private boarding school, Katmere Academy (Crave) which is set in a "gothic castle" far away from the town in Alaska. In BMR, the heroine attends public school, and the romantic lead and his clan live in an "Old World European chateau" (French for castle), situated on a hillside far away from town in Alaska. Gothic architecture is Old World European.**

BMR 2011 (p. 411-416) describes a chateau with many intricate features and elements. These same elements occur in Crave's description of the castle (the location for the school, p. 12-18). Early Freeman materials from *The Plot, 2008,* originally used the term "castle," later changing it to chateau in BMR (2010) forward. The chateau is described as "Old World European," BMR 2013 (p. 322), while Crave's castle is described as "Gothic." Gothic architecture is Old World European.

Additional elements added to the description of the castle in Crave such as the "ornately carved set of double doors" originate from BMR 2011 (p. 525) "ornately carved double doors." The stone walls, and the entrance and security code description are pulled from BMR 2011 (p. 56, 411-412). Note the language, synonyms and paraphrasing. Crave also pulls material from the school scene in BMR 2011, such as the Chess Club's table (p. 102) and the chess table in Crave (p. 20).

| | |
|---|---|
| **Katmere** | **Katmai** |
| Katmere Academy is the name of the school where heroine and her cousin and new friends attend. | Katmai is the name of the place where the heroine "and friends will go once she knows what she is." |
| p. 12 | p. 2 *The World Notes, 2010* |
| |  #16 |
| The boarding school where the students live is a castle: "huge castle" The school is for supernaturals. "Gothic castle" | Romantic lead, his family, and their clan live in an "Old World European Chateau" (French for castle). They are supernaturals. |
| p. 13 | 2013 p. 322; 2011 p. 412; *The Plot, 2008* "castle" |
| |  #17 |

**EXHIBIT 1**

| | |
|---|---|
| The castle has a "long, winding driveway that looks like every other prep school driveway I've seen on TV." p. 13, 14 | The chateau: "Ash drove the Land Rover down a long drive…After a very long minute or more we finally reached a park with a circular driveway." 2011 p. 412 `#18` |
| The castle has "architecture I've only heard described in my art classes." "elaborate stonework" "Gothic castle." "*castle*, complete with stone walls" "huge gate" "enters a code" p. 13-17 (p. 17 stone walls) | The chateau: "Entirely made of stone, it was an an architectural masterpiece." "Old World European chateau." "We reached a security gate and large stone walls." "entered my code" (at heroine's security gate) 2011 p. 411-412; 2013 p. 322; 2011 p. 56; *The Plot, 2008* `#19, #20` |
| The castle has an "ornately carved set of double doors" "incredibly ornate front doors" p. 75, 14 (school is for supernaturals) | "ornately carved double doors" 2011 p. 525 (at Sanctuary, a place for supernaturals) `#21` |
| Heroine is reminded of a horror movie or a Salvadore Dali painting: "felt like I was trapped in a horror movie or a Salvadore Dali painting" p. 13 | Heroine is reminded of *Dante's Inferno* (painted by Salvadore Dali, only painting like a horror movie): "felt like I was in Dante's Inferno." 2011 p. 491; 2013 p. 170, 204, 397 ("horror movie") `#22` |
| Her cousin reminds her of a "model for some Alaskan wilderness fashion magazine." p. 14 | Romantic lead reminds her of "a model in in a magazine ad." 2011 p. 51, 108, 16. `#23` |

**EXHIBIT 1**

**Page 98**

She suffers anxiety and panic attacks from the loss of her father and mother.

"Just the idea of not being able to breathe sets off the beginnings of the panic attack…"

"Dr. Blake…giving me tips on how to deal with the anxiety I've been having since my parents died.

p. 15

She suffers anxiety and panic attacks from the loss of her father and grandparents.

"Anna carries a strong sense of loss over the death of her father and grandparents…she has panic attacks–anxiety from the trauma."

"Fear set in, and with it came its cousin anxiety. I figured panic wasn't too far behind. And if I gave into that panic, I knew I would be lost."

*The World Notes, 2010; Cast Notes, 2008;*
2011 p. 524
#24

At the castle, heroine notices the "vaulted arches," "arched ceiling" "crystal chandelier," "roaring fireplace," "stone walls," "tapestries"

p. 16, 17, 18

At the chateau, heroine notices "ceilings vaulted with large arched doorways" "crystal chandeliers," "fire blazing in the hearth;" "stone walls" "tapestry"

2011 p. 411, 414, 416; 2014 p. 338,
#25

She's uncomfortable with the other students looking at her: "Only as we get closer, I realize they aren't watching the video game. Or their books. Or even their phones. Instead, they're all looking at me."
p. 17-19; 86, 210, 222, 227, 411

She's uncomfortable with the other students looking at her: "As we headed into the cafeteria, it seemed as though everyone was staring at us.
Or rather at me."
2011 p. 315; 37, 51, 52, 102, 164, 309, 515
#26

Heroine ducks her head to hide discomfort.
p. 18

Heroine ducks her head or chin when embarrassed.
2011 177; 2012 p. 241
#27

Heroine sees a "chess table in an alcove"
p. 20

Heroine sees the "Chess Club's table"
2010 p. 79;  2011 p. 102
#28

EXHIBIT 1

Page 99

The romantic lead and heroine encounter one another for the first time at school. The heroine is attracted to him, there is "something different" about him, she can't look away.  In both books, the heroine first encounters the romantic lead toward the end of chapter two. In Crave, it's one long scene. In BMR, it's over one day with several scenes. In both books, they encounter one another when the heroine has just arrived at school.

BMR 2011 (p. 15-62), 2013 (p. 18-69) form the basis for this first meeting scene in Crave (p. 21-30). The descriptions of the romantic lead grinning at the heroine as if he knows what effect he's having on her occur in Crave (p. 22) and in BMR 2013 (p. 20);  with their "gaze" connecting on the exact same page, Crave (p. 22), BMR 2013 (p. 22). BMR 2013 (p. 35) describes the heroine feeling angry about the way the romantic lead makes her feel, this is also added to Crave (p. 27). BMR 2013 has additions to this scene which don't exist in BMR 2011, and Crave uses those as well.

This patchwork plagiarism occurs throughout Crave in its entirety. This scene, for example, takes different parts of the BMR manuscripts 2011, 2013, to create the combined scene in Crave. The example quotes after #29 also demonstrate the textural plagiarism occurring within the scene itself, with words and text restructured from original BMR materials. There are also examples of the exact same words occurring within page proximity as well as substitution of synonyms within the same sentences.

<u>As the heroine enters school in the opening sequence, she meets the romantic lead</u>

**Crave:**
Dark hair, full red lips, chiseled features
p. 21, 22
Dangerous
p. 22, 28, 137, 224
Fallen angel p. 30 angelic looks p. 30
Bad boy p. 30
Sexy p. 86
Arrogant p. 137
Rockstar p. 137
Gorgeous p. 137, 432
Beautiful p. 21, 203
Wicked p. 22
Wild p. 22
Hot p. 137
Smoking hot p. 137
Long, lean        p. 22
Lean muscle  p. 405
Hard well-defined biceps p. 22
Smile turns one corner of his mouth up p. 22
Dark hair  p. 22

**BMR:**
Dark hair, full lips, red lips, chiseled features.
2011 p. 15-16, 34, 58, 101, 108, 163, 168.
Dangerous
2011 p. 16, 53, 127, 251, 286, 311, 367, 424, 465
Dark angel  2011 p. 222
Bad boy  2011 p. 42, 172, 475
Sexy 2011 p. 20
Arrogant 2011 p. 20
Rockstar 2011 p. 20, 82
Gorgeous 2011 p. 16, 82,108, 483
Beautiful 2011 p. 16, 17, 222
Wicked 2011 p. 16
Wild  2011 p. 186; 2014 p. 19
Hot  2011 p. 21, 22, 28, 29, 252, 303, 311
Smoking hot  2011 p. 303
Tall, lean        2011 p. 15
Lean muscle  2011 p. 15
Hard muscles of his biceps 2011 p. 167
Smile turns one corner of his mouth up 2011 p. 24
Dark hair p. 15, 119


#29

**EXHIBIT 1**

**Page 100**

Heroine meets romantic lead. He's "hot" and there's "something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…sheer magnetism rolling off him in waves."
p. 21

Heroine meets romantic lead. He's "hot" and there's "something different about him…he has a certain presence–charm, magnetism–I can't explain it."

2011 p. 22, 28, 82, 311 (hot)
#29, #30, #31

She notices he's beautiful; full red lips "too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone."
p. 21

She notices he's beautiful; full lips, red lips "striking, bewitchingly good-looking…full lips and sculpted features… red lips…Was he really that beautiful?"
2011 p. 15-17
#32

Romantic lead has dark hair:
"And in the thick, dark hair…falls forward into his face…"
p. 22

Romantic lead has dark hair:
"I noticed his tousled hair was a rich, dark brown, almost black."
2011 p. 15, 108
#33

"And his eyes…a bottomless obsidian that see everything and show nothing…" She can't look away. "trapped by his stare" "hypnotized"
P. 21

"And those eyes…they were beguiling and disturbing at the same time." She can't look away. "our eyes locked" he has a "hypnotic effect"
2010 p. 30, 42; 2011 p. 16, 40, 55; 17
#34, #35, #36, #37

She has to catch her breath when she can't yank her "gaze" from him.
       "I swallow hard to catch my breath."
p. 22

She reminds herself to breathe slowly, when their "gazes" collide.
"I remind myself to breathe slowly. *Whoa girl*…"
2013 p. 22
#38

He grins at her as if "he knows exactly what kind of effect he's having on me."
p. 22

He grins at her as if "he knows exactly what effect he has on me."
2013 p. 20; 2011 p. 16
#39

**EXHIBIT 1**

**Page 101**

| | |
|---|---|
| She feels irritated and conflicted by her attraction. <br> p. 22, 27 | She feels irritated and conflicted by her attraction. <br> 2013 p. 22, 35; 25, 27, 52; p. 114; 2013 Chapter Outline to Emily Sylvan Kim, Chapter 2; Midnight Overview 2009 <br> #40, #41, #43, #45 |
| "I rip my eyes away…Determined to avoid his eyes I look anywhere but." <br> p. 22 | "I…tear my eyes away…keeping my eyes anywhere but on his face." <br> 2011 p. 17 <br> #40 |
| He's long and lean, hard biceps <br> "His long, lean body…jeans and T-shirt he's wearing only emphasize his flat stomach and hard, well-defined biceps." <br> p. 22 | He's tall and lean, hard biceps. <br> "tall, fit with lean muscle" "I noticed the hard muscles of his biceps and chest" "his jeans clung to his muscled thighs and molded his form" <br> 2011 p. 15. 167, 54 <br> #41 |
| He's wearing black jeans and a t-shirt. <br> p. 22 | He's wearing black jeans and a t-shirt. <br> 2011 p 20 <br> #42 |
| He's sexy, wicked, wild. <br> "sexy as hell. A little wicked, a lot wild, and all dangerous." <br> p. 22; 28, 137, 224 | He's sexy, wicked, wild. <br> "just plain sexy" "wicked grin" "dangerous" "something a little wild" <br> 2011 p. 20, 16, 186; 53, 127, 368, 311; 2014 p. 19 <br> #43, #29 |
| Heroine notices romantic lead's smile: <br> "one corner of his mouth turning up in a crooked little smile" <br><br> p. 22 | Heroine notices romantic lead's smile: <br> "a corner of his mouth turning up" "crooked grin" "amusement turned one corner of his mouth up" "he smiled crookedly" <br> 2011 p. 24, 51,157; 2010 p. 109 <br> #44 |

**EXHIBIT 1**

**Page 102**

She tells herself she doesn't want him.
"The new girl swooning over the hottest, most
unattainable boy in school? Gross. And so not
happening."
p. 23

She tells herself she doesn't want him.
"But if I were to date someone, it wouldn't be him."
"seemingly unattainable object of affection."

2011 p. 20; 24, 25; *Midnight Overview Notes, 2009*
#45

He quotes Shakespeare to heroine,
she knows the quote, corrects him, and
she is irritated with him and his behavior.
p. 24-25

She quotes Shakespeare to romantic lead,
he knows the quote, she is irritated with him and
his behavior.
2011 p. 40
#46

Heroine is smart and takes challenging classes
p. 25, 226, 247

Heroine is smart and takes challenging classes
*The Plot,* 2008; 2011 p. 29, 39
2013 p. 34, 117
#47.*See Heroine Character Index*

He terrifies and intrigues her; terrifies and excites her
"at the same time."
"I realize this guy is as terrifying as he is intriguing."
"this boy who frustrates and terrifies and excites me
all at the same time.

p. 25, 30

He terrifies and intrigues her; exciting
"at the same time."
"captivated me…just so appealing. And terrifying."
"I knew he was dangerous,...yet I found him
 intriguing and maybe even exciting at the same
 time."
2011 p. 127, 253
#48

**There is a verbal repartee between the heroine and romantic lead when they first meet, heroine feels
like the romantic lead wins.**

There is a continuing verbal repartee between heroine
and romantic lead during their first meet. She
feels like he wins:
he "fires back," her heart beats like a "caged bird"
she "hates" it. Hates that he's "bested" her.

p. 26; 27, 22, 23, 27

There is a continuing verbal repartee between
heroine and romantic lead during their first meet day,
She feels like he wins:
she "fired back," her "traitorous heart" flutters
and it makes her "mad." Her heart races "wildly
the cage" of her chest. "Match and game."
2011 p. 53; 35, 25, 47, 119, 120; 2010 p. 16;
2013 p. 35; *Midnight Overview, 2009*
#49, #50, #51, #52 #53

**EXHIBIT 1**

**Heroine feels conflicted by her attraction to the romantic lead. She tries to suppress her anxiety over thoughts and feelings of her family loss. Romantic lead excites her, she also feels connected to him through loss. Later the romantic lead warns her to be careful.**

| | |
|---|---|
| She doesn't want to have feelings for him when he doesn't feel the same way about her. "I hate that being this close to him makes me feel a bunch of things I shouldn't…The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating…" | She doesn't want to have feelings for him when he doesn't feel the same way about her. "And that irritates me. I don't want to have these feelings for him. Especially when he doesn't seem to have them for me." <br><br> p. 27   2013 p. 114; *Pitch Notes to Emily Sylvan Kim*, 2013 Chapter 2; *Midnight Overview Notes, 2009* <br> #54 |
| During the first meet day, he "*gets* closer still, until I can feel his warm breath on my cheek…" <br> p. 27 | During the first meet day, "his face so close that I could feel the huff of his warm breath on my own." <br> 2010 p. 42 <br> #55 |
| They are so close, that a breath will result in her "chest pressing against his." <br> p. 28 | They are so close, that "the front of my body is "pressed tightly to the back of his." <br> 2013 p. 54; 2011 p. 55 <br> #56 |
| Romantic lead asks her about "things that go bump in the night." <br> p. 28 | Romantic lead talks to her about "things that go bump in the night." <br> 2011 p. 237; *The Plot, 2008* <br> #57 |
| During the first meet day, she thinks about her parents' deaths while she's with romantic lead. She "shoves" her pain down. <br> p. 28 | During the first meet day, she thinks about her dad and grandparents' deaths and romantic lead is there. She "pushes" her pain "down." <br> 2011 p. 34 <br> #58 |
| Heroine "shoves" her worries or negative feelings down.  E.g. p. 50, 233 | Heroine "pushes" her worries or negative feelings E.g. 2011 p. 452,453; 580 <br> #59 |

**EXHIBIT 1**

**Page 104**

| | |
|---|---|
| Heroine thinks about the fact she is the only family her parents had anywhere.<br>p. 28 | Heroine thinks about the fact she has no other family, not anyone.<br>2013 p. 34, p. 15<br>#60 |
| When she mentions her loss to romantic lead, she sees that he has pain of his own in his eyes. "Even his eyes change…Stillness and an agony deep…but I *can* see it. More, I can *feel* it calling to my own pain."<br><br>p. 29 | When she mentions her loss to romantic lead, she sees that he has pain of his own in his eyes. "It was the pain in his eyes as he spoke that told me so he'd lost someone close." "his eyes…an anguish so raw I knew it rivaled my own."  (Ronan first meet. Crave blends the two)<br>2011 p. 125; 592<br>#61 |
| When she sees his pain, she feels connected to him. (His older brother was murdered but it's not said yet) "Connected in a way I can feel but can't comprehend by our very separate horrors."<br>p. 29 | When she sees his pain, and they talk about his older brother who was murdered, she finds herself "more and more connected to Ash. I understood him and I knew he understood me."<br>2011 p. 125, 127<br>#62 |
| Romantic lead reaches out and touches her hair. "…he reaches out and gently takes hold of one of my million curls."<br>p. 29 | Romantic lead reaches out and touches her hair. "He reached out with one hand and brushed a lock of my hair back… "<br>2011 p. 62<br>#63 |
| Romantic lead looks like fallen angel, a bad-boy, "A fallen angel with a bad-boy vibe for miles."<br>p. 30 | Romantic lead looks like a dark angel, bad-boy "A beautiful dark angel." "quintessential bad-boy" 2011 p. 222; 2010 p. 32; 2011 p. 172, 475; *Midnight Overview Notes, 2009*<br>#64 |
| He frustrates, terrifies and excites her "at the same time."<br>p. 25, 30 | He is dangerous, intriguing and exciting "at the same time." He is terrifying and appealing.<br>2011 p. 127, 253<br>#65 |

**EXHIBIT 1**

**Page 105**

At the end of their first meet he warns her: "Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back."

p. 31

At the end of the first meet day, he warns her: "It's not safe to be out alone, even after school." "He looked as though he wanted to say something more."

2010 p. 48; 2011 p. 62

#66

In her mind, she calls him Mr. Tall, Dark, and Surly.

p. 32, 34

In her mind, she calls him tall, dark and wickedly handsome; tall, dark, and mercilessly good-looking. Calls a vampire prince Mr. Tall, Dark, and Bloodthirsty.

2011 p. 20; 507; 2012 p. 19; 2011

#67

**After her first day and meeting with the romantic lead, she visits with Uncle Finn / Aunt Brie.**
Crave p. 32-34 and BMR 2010 p. 56-63; 2011 p. 74-84

After her first day meet scene with the romantic lead, she visits with Uncle Finn.

p. 32-34

After her first day meet scene with the romantic lead she visits with Aunt Brie.

2010 p. 56-63; 2011 p. 74-84

Her uncle has a "woodsy scent."

p. 32

Romantic lead has a "woodsy scent."

2011 p. 17

#68

She says Alaska "feels like the moon."

p. 34

She says Alaska is "like living on the moon."

2011 p. 274

#69

**Heroine meets Flint (Crave), sees Brendan (BMR). They are the same character. She is thinking about the loss of her family members, and has physical symptoms of anxiety. She feels she is being watched at school. When she goes to sleep that night, she thinks about her day, her friends, and the romantic lead.**

The majority of this section of the story in Crave (p. 32-50) originates from BMR 2010 and 2011 (p. 3-60) with pieces taken in page proximity. For example, heroine gives her cousin a "what's up look" and the cousin gives her the "universal sign" in Crave (p. 41), while in BMR 2011 (p. 27) heroine gives her friend a "meaningful look" and the "universal sign;" and when the heroine gets ready to go to sleep that night, she is thinking about the death of her family members, her friends, what happened that day at school, and the

**EXHIBIT 1**

**Page 106**

romantic lead, Crave (p. 48-50) and BMR 2010 (p. 56, 58). The heroine calls herself a "dork" in Crave (p. 44) and BMR 2011 (p. 41), and she feels guilty that she had a fight with her parents the day they had a fatal accident, in Crave (p. 45), BMR 2010 (p. 100), 2011 (p. 127).

| | |
|---|---|
| Flint has "warm brown skin," he's part Black <br><br> p. 35 | Brendan has "warm, café au lait skin" "warm "mochachino skin," he's part Black <br> 2011 p. 100, 564; 94 <br> #70, #72 |
| Flint calls the heroine nickname 'New Girl' etc. (all through Crave series) <br> p. 35; 42, 85 | Brendan calls the heroine nicknames; the heroine calls the romantic lead 'new guy,' 'Hot New Guy' <br> 2011 p. 104; 103, (Hot New Guy) p. 22, 28, 29 <br> #71 |
| Flint is from a multi racial family "Black afro that looks amazing on him." <br> "mixed race couple are Flint's parents" <br> p. 35; Crush p. 382 | Brendan is from a multi racial family '"His father a surgeon of multiracial descent" and is part Black <br><br> 2011 p. 100 <br> #72 |
| Flint has bright amber eyes, molten amber: "Bright-amber eyes that seem to burn from within." "...watching me with those molten amber eyes of his." <br> p. 35; 362 | Romantic lead has bright amber eyes molten amber: "His eyes were molten amber…as bright and shiny as a new penny." <br> 2011 p. 100; 367 <br> #73 |
| Heroine obsesses over the romantic lead. <br> p. 39, 176 | Heroine obsesses over the romantic lead, <br> 2011 p. 17, 74, 187 <br> #74 |
| At the castle heroine is told "Home sweet Home" <br> p. 40 | At the chateau heroine is told "Home sweet home" <br> 2011 p. 412 <br> #75 |
| Heroine feels like she's being watched frequently, "the hair on the back of my neck stands up." <br> p. 40 | Heroine feels like she's being watched frequently, "the hairs prickle on the back of my neck" <br> 2011 p. 3; 48 <br> #76 |

**EXHIBIT 1**

**Page 107**

| | |
|---|---|
| Heroine gives her cousin a "what's up look." She shakes her head in "the universal sign" <mark>p. 41</mark> | Heroine gives her best friend a "meaningful look" and twirls her finger next to her head in the "universal sign language" 2011 <mark>p. 27</mark> <mark>#77</mark> |
| Heroine is reminded of Barbie: "That shade of pink reminds me of surfer Barbie." p. 42 | Heroine is reminded of Barbie: "a pink sparkly shirt…matching pink purse…Taylor Barbie." 2011 p. 144 <mark>#78</mark> |
| Flint is "gorgeous" and "supersmart." p. 43 | Brendan is "gorgeous" and "brainy." 2012 p. 280; 2013 p. 100 <mark>#79, #80</mark> |
| Heroine admits she's a dork. <mark>p. 44</mark> | Heroine says to herself that she's a dork. 2011 <mark>p. 41</mark> <mark>#81</mark> |
| Heroine feels guilty that her last words with her parents were "hurled at each other in a fight" right before the accident. p. 45 | Heroine feels guilty that she "pitched a fit" with her parents right before the accident. 2010 p. 100; 2011 p. 127, 128 <mark>#82</mark> |

**A recurrent theme throughout the story is that of loss of the heroine's family and the grief and anxiety she experiences because of this.**

| | |
|---|---|
| Heroine thinks about her parents' deaths often; p. 7, 15, 22, 28, 31, 46, 47, 49, 50, 82, 99, 116 150, 209, 251, 252, 331, 340, 346, 351, 378, 384, 413, 427, 467. | Heroine thinks about dad/grandparents' deaths often. 2011 p. 9-13. 31, 32, 62, 68, 71-76, 116-120, 213, 237, 261, 289, 318, 348, 356, 357, 402, 417, 418, 423, 448, 517, 525, 526, 547, 552-564; *The Cast Notes 2008; Midnight Overview Notes, 2009; The World Notes, 2010* <mark>#83</mark> |

**EXHIBIT 1**

**Page 108**

When she goes to sleep that night, after the first meet day, she wakes up in the middle of the night thinking about the romantic lead, her parents' deaths, and the loss of her friends:

"3:23 in the morning…most of my friends drifted away after my parents' died…the way Jaxon looked at me and then *didn't* look at me, the things he said to me…"

"All the thoughts I'd shoved aside…just to get through leaving. My parents…."

p. 48- 50

When she goes to sleep that night, after the first meet day, she thinks about the romantic lead, her dad and grandparents' deaths, the loss of her friends:

"ready for bed and obsessing about my friends turning on me, and Ash of course. He'd left so suddenly today…

"My dad and grandparents had all been killed… My mom had never gotten over it. None of us had, really."

2010 p. 56; 58
#84

Heroine is suffering from loss:

"...Heather's mom told me that experiencing too powerful emotions is completely normal after a huge loss."

p. 50

Heroine is suffering from loss:

"...my dad and grandparents died…and the truth was I'd never really gotten over it. I just couldn't handle any more loss.

2011 p. 34
#85

She has physical symptoms of anxiety, panic attacks: 'weight on my chest," "shaking hands." She takes a deep breath to calm down. She has panic attacks. "So instead, I take a deep breath…"

p. 50, 51

She has physical symptoms of anxiety, panic attacks: "weight on my chest," "shaking hands." She takes a long, slow breath to calm down. She has panic attacks. "So I take a long, slow breath in…"

2011 p. 337; p. 470
Cast Notes 2008; *World Notes 2010* (panic attacks)
#86

**The heroine is assaulted by two vampires (Crave), two werewolves (BMR). The attackers remind her of "eighties" concert goers / rockers. The attack takes place when the heroine is alone. During the struggle she gets angry and tries to fight back. The romantic lead comes to her aide. She thanks him, he wipes away her blood (Crave), tears (BMR with Ronan) with his thumb and sucks it (Crave), licks it (BMR). Heroine is left wondering why the attackers are not affected by the cold.**

This fight scene occurs in the Freeman manuscripts, 2010-2014: BMR 2010 (p. 417-419): 2011 (p. 518-522); 2012 (437-440); BMR 2013 (p. 52-63); 2014 (p. 48-53).

However, BMR 2013 (p. 52-63) and BMR 2014 (p. 48-53) are used specifically as the basis for this scene in Crave (p. 53-68). This is the first big action scene in both books and also occurs within the first fifty pages in

**EXHIBIT 1**

BMR 2013, 2014 and Crave. The scene in BMR 2013, BMR 2014 tracks directly with Crave's scene in page proximity.

Three additional pieces from BMR 2011 are also added and used in Crave (..two guys aren't dressed for the winter weather.. p. 519); (heroine can tell that romantic lead can feel how he affects her p. 457, 464); and (Ronan using his thumb to wipe her tears, bringing his thumb to his lips and licking it…p. 594)

Note the similarity of the words with the characters "gazes," and the heroine thinking he will kiss her, but does not, (p. 596), and telling her that the bad guys won't be back, (p. 593).

| | |
|---|---|
| Heroine is attacked by two werewolves who aren't dressed for the winter weather; just shirts and jeans: "two guys wearing nothing but old-school concert T-shirts, jeans…no jackets…" p. 53 | Heroine is attacked by two vampires who aren't dressed for the winter weather; just shirts and jeans: "two men were dressed in jeans and shirts, no coats…" 2011 p. 519 #87 |
| They remind her of "eighties rock concert" goers: "...if this castle….comes…with its very own ghosts. Ones who died at an eighties rock concert." "black nose ring right through his septum" p. 53 | They remind her of "eighties rockers:" "retro throw-back to the eighties….looks like Billy Idol.. "Punk rocker throwback in a bad eighties movie." "a dog collar and an earring" 2013 p. 58; 2014 p. 48 #88 |
| One guy says, "Well, well, well. Looks like…" p. 53 | One guy says, "Well, well, well. Looks like…" 2013 p. 58 #89 |
| One guy is blond and stocky, hair shaved close: "he's shorter than the first and stockier too. His blond hair was shaved close to his head." p. 53 | One guy is blond and muscular; one short spiky hair: "One was blond and muscular…the other…short, spiky white-blond hair." 2011 p. 519; 2013 p. 58 #90 |
| One guy asks her a question and comes toward her, "walking toward me….getting into my personal space" p. 53-54 | One guy asks her a question and comes toward her, "closing the distance between us." 2013 p. 59 #91 |

**EXHIBIT 1**

**Page 110**

| | |
|---|---|
| She's reminded of a movie and is grabbed.<br>"Scene out of every teen movie"<br>"Marc reaches a hand out and grabs me."<br>p. 55, 56 | She is reminded of a movie. She is grabbed.<br>"bad eighties movie"<br>"Billy reaches a hand out and grabs me."<br>2013 p. 59, 395; 2014 p. 48, 49<br>#92, #93 |
| She is back to front with him, struggles:<br>"He yanks me hard against him–my back to his front…as I start to struggle in earnest."<br>"I slam my head back with as much force as I can, aiming to break his nose."<br>p. 56 | She is back to front with him, struggles:<br>"pinning me to him, my back to his front."<br>"I struggle against him…"<br>"I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose."<br>2014 p. 49, 50; 2013 p. 59, 60<br>#94, #95 |
| "I think about stomping on his feet, but my Converse aren't going to do much damage…"<br>p. 56 | "I raise my knees and slam my feet down, heels first onto the Hulk's toes."<br>2013 p. 59; 2014 p. 49<br>#96 |
| She's angry.<br>"Which infuriates me as much as it terrifies me."<br>"Which only pisses me off more."<br>p. 56, 57 | She's angry.<br>"Fury pulses through me"<br><br>2013 p. 60; 2014 p. 50<br>#97 |
| Heroine tastes her own blood in the fight.<br>"the metallic taste of blood pooling in my mouth."<br>p. 56-57 | Heroine tastes her own blood in the fight.<br>"the coppery tang of blood fills my mouth."<br>2014 p. 50 (does not exist in 2013)<br>#98 |
| Heroine puts her fists up:<br>"fists up in an attempt to ward Quinn off"<br>p. 57 | Heroine puts her fists up:<br>"fists up, ready to take the Hulk on."<br>2014 p. 50; 2013 p. 60<br>#99 |
| Romantic lead rescues her though she doesn't realize it at first.<br>p. 57, 58 | Romantic lead rescues her though she doesn't realize it at first.<br>2014 p. 50 (character name changes in 2014)<br>#100 |

**EXHIBIT 1**

**Page 111**

  
| | |
|---|---|
| Heroine thinks about "self-defense training" when she's with the romantic lead:<br>"Every ounce of self-defense training I've ever had…"<br>p. 59 | Heroine mentions a "self-defense class" when she's with the romantic lead:<br>"Just a self-defense class…"<br>2014 p. 52; 2013 p. 62<br>#101 |
| Romantic lead checks heroine over<br>"..looks me over from head to toe"<br>p. 60 | Romantic lead checks heroine over<br>"He looks me over"<br>2014 p. 51<br>#102 |
| Heroine lets romantic lead know she'll keep his secret:<br>"I hold his gaze, telling him with a look that I'll keep his secret."<br>p. 59 | Romantic lead tells heroine he'll keep her secret:<br>"The secret's safe with me, but I think you should tell her anyway."<br>2014 p. 57<br>#103 |
| Romantic lead tells her the guys won't return:<br>"You don't have to worry about Mark and Quinn. bother you again."<br>p. 61 | She's told the demons won't return:<br>"And the demon spawn won't be back."<br><br>2011 p. 593; 2013 p. 449<br>#104 |
| Romantic lead asks if she's okay. She thanks him.<br>*Him:* "Are you okay?"<br>*Her:* "Thank you, I blurt out. For helping me, I mean."<br>p. 60, 61 | Romantic lead asks if she's hurt. She thanks him.<br>*Him:* "Are you hurt?"<br>*Her:* "Thanks for–well, for everything."<br>2014 p. 51, 57<br>#105, #106 |
| He lets the heroine know he doesn't deserve thanks:<br>*Him:* "Is that what you think I did?"<br>*Her:* "Isn't it?"<br>*Him:* He shakes his head, gives a little laugh…<br>"You have no idea…I just made you a pawn in a game you can't begin to understand."<br>p. 61 | He lets the heroine know he doesn't deserve thanks:<br>*Her:* "You saved me."<br><br>*Him:* He just shakes his head, and I can tell he thinks it's his fault."<br><br>2013 p. 57; 2014 p. 99<br>#107 |

**EXHIBIT 1**

**Page 112**

Romantic lead gently brushes blood from her lip
with his thumb and sucks it, holding her gaze:
"He lifts his hand to my
mouth and gently—so gently I can barely feel him—
brushes his thumb across my lower lip…
p. 61

Ronan gently wipes tears from her face with his thumb
and licks it, gaze locked with hers:
"He took the pad of his thumb and gently wiped
wiped away the tears that had stolen their way
down my cheeks."
2011 p. 594
#108

Her blood is sucked off his thumb:
"Then brings his thumb to his lips and—
holding my gaze with his own—sticks his
thumb in his mouth and slowly sucks off the
blood."
p. 62

Her tears are licked off his thumb:
"He brought his thumb to his lips and
licked it, his gaze locked with mine."

2011 p. 594
#109

She wonders if romantic lead will kiss her:
"He leans forward then, as if he can't help himself,
until his face, and his lips are barely an inch from
mine. It should make me uncomfortable. But it doesn't.
It just makes me burn. And this time, when my knees
shake, it has nothing to do with fear. My lips part, my
breath hitches in my chest, my heart beats faster…For a
second, just a second, I think he's going to kiss me."
p. 63

She wonders if Ronan will kiss her:
"He bent down, his lips hovering so close that I
could feel the heat of them. I wondered if he meant
to kiss me. I paused, ensnared like a rabbit before a
hawk–terrified yet fascinated at the same time.
Wanting. Waiting. A delicious heat unfurled in my
belly and I felt a telltale flush making its way up
        my neck and onto my cheeks."
2011 p. 596
#110

Romantic lead can feel the effect he has on heroine:
"My lips part, my breath hitches in my chest, my heart
beats faster. He feels it…"


p. 63

Romantic lead can feel the effect he has on heroine
"...my cheeks blaze with heat. A slow grin spread
across his full lips and I knew he could literally
*feel* the effect he was having on me."
2011 p. 457
#111

**EXHIBIT 1**

**Page 113**

When heroine's heart beats faster, romantic lead's eyes respond:
"...my heart beats faster. He feels it–I can see it in his blown-out pupils, in the way he goes wary and watchful."
p. 63

When heroine's heart beats faster, romantic lead's eyes respond:
"My pulse leapt frantically when his lips made contact with my skin. By the sudden flame in his eyes I knew he could feel it too."
2011 p. 464
#112

After the romantic lead leaves, she is left wondering.
"I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do."
p. 64

After the romantic lead leaves, she is left wondering.
"He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering." "Already she feels he is somehow important to her and wonders why."
2011 p. 63; 2014 p. 58; Chapter Analysis, 5-14-10
#113

Heroine is "shell-shocked" by the end of her first day in Alaska.
p. 65

Heroine was "shell-shocked" when she first moved to Alaska.
2011 p. 21
#114

Heroine thinks about the two guys who assaulted her, wonders why they weren't affected by the cold.
p. 68

Heroine thinks about the two guys who assaulted and wonders why they weren't affected by the cold.
2011 p. 519
#115

**The heroine gets ready for a party with her cousin / friends, she discusses clothing and is somewhat hesitant to go. The party is a welcome party at school (Crave), a house party (BMR). The nemesis character (Lia Crave / Taylor BMR) gives her a spiked drink (herbs in Crave, alcohol in BMR). The heroine becomes nauseous and throws up, finally drifting off into a "fitful sleep."**

Three scenes from BMR 2011 are combined to create the party scene and vomiting scene in Crave (p. 72-109): The house party, spiked drink and vomiting scene BMR 2013 (p. 267-290); The school cafeteria scene where heroine is hesitant to go and has a stomach upset BMR 2010 (p. 78-80); and the sconces with live candles (BMR 2016 p. 95; 2011 p. 386; 2012 p. 468). In addition there are two random scene fillers that are also added in Crave. The dragon carvings from BMR 2012 (p. 313;) and BMR 2013 (p. 426), and the romantic lead dressed in a black V-neck sweater and black designer clothing BMR 2010 (p. 16); 2011 (p. 20); 2013 (p. 22).

The spiked drink event happened at the party in BMR 2013 (p. 276-277) and immediately after the party in Crave (p. 100-101). The heroine becomes nauseous and throws up. It's revealed later that the nemesis

**EXHIBIT 1**

**Page 114**

character is responsible. The additional scene at the very end where the heroine experiences fitful sleep, Crave (p. 109), is taken directly from BMR 2010 (p. 158).

The 2010 sequences also fall in direct page number proximity for the same actions with the same characters and their feelings. Crave rounds out this segment of the story by pulling from BMR 2010 and 2011, often in page number proximity. For example, heroine feels like a "newbie" in Alaska, with wool, and layers, and boots, etc Crave (p. 117), while in BMR 2011 (p. 118-119), heroine thinks that romantic lead is not dressed like a "newbie" and not wearing wool, and layers and boots, etc.; heroine feels like she's in "*Mean Girls*" Crave (p. 117) and heroine notices the "Mean Girls" BMR 2011 (p. 115). Note the words and synonyms and the rearrangement of BMR materials to complete the scene.

| | |
|---|---|
| Heroine gets ready for a party with her cousin. The party is at the boarding school. Jeans are mentioned. p. 72-73 | Heroine gets ready for a party with her two friends. The party is at a boy's house from school. Jeans are mentioned. 2013 p. 267; 2010 p. 269 #116 |
| Heroine compares her looks to her cousin's: "I'm pretty much the opposite of beautiful. On a good day I'm cute. Standing next to Macy, who is freaking gorgeous, I'm wallpaper." p. 73 | Heroine compares her looks to her mother's: "I'm not unattractive, but I'm not beautiful like she is"..."She's also drop-dead gorgeous." 2016 p. 10; 2010 p. 12 #117 |
| Macy with the heroine going into the party: "walks in like she owns the place." "…everyone in the room turns to look at her…" p. 75 | Taylor with heroine going into the party: "walks into the place like she owns it." "Every male head turns her way." 2013 p. 272; 2010 p. 276 #118 |
| Heroine doesn't want to go to the dining area where the tea party is being held at school: "We could just skip it altogether…Be fashionably" absent." She is pulled along by her cousin: "I let her pull me out the door…'Too late' she answers with a deliberately obnoxious grin." Her stomach is nervous. She "feels like there's a weight pressing down on me…they're all looking at me." p. 73-76 | Heroine doesn't want to go to the lunch room: "When we reached the cafeteria doors, I balked… I'm not up for this." She is pulled along by a friend: "Wrong answer Sweetheart. We're going in,'…he looped my arm through his, locking it tight." Her stomach is nervous. She "can feel the weight of everyone's eyes…pressing down on me." 2010 p. 78-79 #119 #120, #121, #122 |

**EXHIBIT 1**

**Page 115**

Heroine notices that the sconces have live candles burning in them:
"wall sconces with what look like actual lit candles them"

<span style="background-color:#f8d7da">p. 76</span>

Heroine notices that the sconces have live candles candles burning in them:
"flickering candles in the sconces fitted along the walls" "dimly lit by candles in old-fashioned sconces" Chateau has "old-fashioned sconces" "The lights flickered in their sconces."
2016 <span style="background-color:#f8d7da">p. 95;</span> 2011 p. 386, 414, 548; 2012 p. 468
<span style="background-color:#5dff5d">#123</span>

The heroine notices dragon carvings:
"Each wall sconce is carved into the shape of a different dragon.

p. 76

The heroine notices dragon carvings:
"Peering at the gilt carvings along the frame more closely, I notice that what I have mistaken for fanciful curlicues is in actuality a design of two silver and gold dragons."
2012 p. 313; 2013 p. 426
<span style="background-color:#5dff5d">#124</span>

Heroine notices the different groups of students.
"…cliques are everywhere"
<span style="background-color:#f8d7da">p. 77</span>

Heroine notices the different groups of students.
"…part of the Mean Girl Clique."
2010 <span style="background-color:#f8d7da">p. 75;</span> 79-80
<span style="background-color:#5dff5d">#125</span>

Heroine thinks about "factions" of students.
Faction is used to describe races of supernaturals in the series.
<span style="background-color:#f8d7da">p. 77</span>, p. 567

Heroine is told about a faction. Faction is used to describe races of supernaturals.

2012 <span style="background-color:#f8d7da">p. 75;</span> *The Plot,* 2008; *Pitch Notes to Emily Sylvan Kim,* 2013
<span style="background-color:#5dff5d">#126</span>

Flint wiggles his brows at heroine
Flint "wiggling his eyebrows at me"
p. 78
Flint "waggles his brows at me"
Crush p. 272, 439

Brendan waggles his brows at heroine.
Brendan "waggled his brows at me"
2010 p. 130

2011 p 166; 2013 p. 97
<span style="background-color:#5dff5d">#127</span>

**EXHIBIT 1**

**Page 116**

Heroine worries about "mean girls" in the cafeteria: "acting like prey right now seems like a particularly bad idea, I mean, if I don't want to spend the rest of my senior year dodging every mean girl in the place.
p. 80

Heroine worries about "mean girls" in the cafeteria: "I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls staring daggers at me."

2010 p. 79
#128

Heroine sees girls wearing "gemstone" jewelry and doesn't realize they are witches (yet). Witches wear gemstones.
"Gemstones...earrings, pendants, hair clips..."

p. 80

Heroine wears a "gemstone" necklace from her dad and doesn't realize it's made by witches (yet). Witches wear and make things with gemstones.
"your amulet...the gemstones each bring their own unique power and energy to the jewelry."
2011 p. 80-81
#129

Heroine notices how he's dressed, all in black, wears a black V-neck sweater, he's wearing designer designer clothes, she finds him sexy:

"Dressed all in Gucci black, silk V-neck sweater"
…he shouldn't look sexy at all. But he does."

p. 86-87

Heroine notices how he's dressed, all in black, he wears a black V-neck sweater, he's wearing designer clothes, she finds him sexy:

"dressed well in jeans and a black v-neck sweater"
"dressed well in black designer jeans"
 "I've always found jewelry to be tacky on guys. But on him… just plain sexy."
2010 p. 16; 2011 p. 20
#130

Heroine finds him captivating and mesmerizing.
"I try to glance away but it's impossible…
But he's just as captivating–just as mesmerizing"

p. 86

He captivates heroine and his gaze is mesmerizing.
"It wasn't easy locking gazes with him and maintaining my focus. He captivated me…" "his coppery gaze mesmerizing"
2011 p. 253; 159
#131

Romantic lead moves with languid grace.
"…he starts to move, all languid grace, all rolling shoulders, and leading hips and legs…"
p. 86

Romantic lead moves with sinuous grace.
"moved differently, all sinuous grace…"

2011 p. 185; 424
#132

**EXHIBIT 1**

**Page 117**

Heroine's mouth is dry around him, she imagines what it would be like to kiss him.
p. 86-87

Heroine's mouth is dry around him, she imagines what it would be like to kiss him.
2013 p. 155
#133

At the party, she drinks Dr. Pepper and:
"I…cough hard"
"Flint…pounding on my back"
"humiliation burning in my belly"

p. 88

At the party, she drinks what she thinks is 7-Up:
"I cough and sputter"
"Amanda pats me on the back"
"something that burned my throat all the way down to my belly"
2013 p. 273
#134, #135, #136, #137

**Heroine is frustrated with the romantic lead. His behavior toward her is inconsistent and she doesn't understand why.**

She saw him at the school party and he upset her. Romantic lead blows hot and cold with her and she wonders what she did to cause it:

"I have no idea what I did to make Jaxon so mad, no idea why he blows hot and cold with me."

"I've run into him four times…each time has been a different experience. Douchey the first time, blank the second, intense the third, and furious the fourth."

p. 90

She sees him at school and he upsets her. Romantic lead blows hot and cold with her and she wonders what she did to cause it:

"I wondered if I had done something wrong or not done something right. I didn't know…No more flirtatious banter between us. No more anything."
"At times I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times, inexplicably, he looked angry.
2011 p. 116; 2010 p. 91
#138, #139

Heroine goes to the library, loves books, reading. She says whoever runs the library is "my kind of people."
p. 91 (my kind of people); 252; 93, 191, 197

Heroine loves books and reading.
Heroine says her friends were "my kind of people"
A friend tells heroine she's "my kind of people"
2011 p. 34-35 (my kind of people); p. 464, 385, 9, 10 404; 2013 p. 34, 117; 2014 p. 90
# 140

**EXHIBIT 1**

30

| | |
|---|---|
| Halloween is mentioned, and was three days ago.<br>"Halloween was three days ago."<br>p. 97 | Halloween is mentioned and is tomorrow.<br>"…going to the Halloween dance tomorrow night?"<br>2010 p. 105; 2011 p. 133<br>#141 |
| Heroine thinks about her parents' deaths and grief when talking to Lia, whose boyfriend died.<br>Her boyfriend was romantic lead's brother.<br>He died several months ago. (He looks 19)<br>Lia is having a hard time getting over it and and heroine understands her pain.<br>p. 99; Covet p. 448 (looks nineteen) | Heroine talks about her dad and grandparents' deaths and sadness when talking to romantic lead whose brother died.<br>He died three years ago. He was 19.<br>Romantic lead is having a hard time getting over it and heroine understands her pain.<br>2010 p. 97-98, 102; 2011 p. 125<br>#143, #144 |
| Sumerian is mentioned in the context of reading when heroine is talking with Lia:<br>'What language were you reading earlier?'…<br>'It's a language that evolved from ancient Sumerian."<br>p. 102 | Sumerian is mentioned in the context of reading when heroine is talking with romantic lead:<br>"…images from books I'd read flashing fast-forward: Sumerian gods and goddesses with wings…"<br>2010 p. 179<br>#145 |

**Heroine is given a spiked drink (herbs in Crave, alcohol in BMR) by her female nemesis. This event happens immediately following the party in Crave. It happens at the party in BMR.**

| | |
|---|---|
| She is given spiked tea by Lia, who will turn out to be her nemesis. She doesn't realize the tea is drugged until later in the story.<br>'I hope you like it'<br>'I take a sip'<br>Heroine says she has to go.<br>'Stay…finish your drink'<br>'Lia rolls her eyes.'<br>p. 100-105 | She is given spiked punch by Taylor, who will turn out to be her nemesis. She doesn't realize the punch is spiked until later in the story.<br>'You'll like it'<br>'I take a small sip.'<br>Heroine says she is going home.<br>'Don't go! Have a little more punch'<br>'Taylor rolls her eyes'<br>2013 p. 276-277<br>#146-#149 |

**EXHIBIT 1**

**Page 119**

After drinking the tea, heroine is nauseous,
"I… throw up the inside of my stomach and
hoping that if this godforsaken place is trying to kill
me, it just gets it over with already." (Humor)
"another wave of nausea rolls over me. I ride it
out…"
p. 108-109

After drinking the punch, heroine is queasy,
"I…throw up…I've heaved up anything and
everything I've ever eaten in  my life, the snow is
blanketed in Ever Pink Vomit." (Humor)
"I'm riding waves of queasiness"

2013 p. 288-289; 2012 p. 286
#150, #151

Heroine drifts in and out of fitful sleep:
"I drift in and out of sleep…and eventually
fall into a fitful sleep…"
p. 109

Heroine drifts in and out of fitful sleep:
"I drift in and out of fitful sleep"

2010 p. 158
#152

Heroine visits with her Uncle Finn.
Uncle Finn kisses the top of heroine's head.
"…with a kiss to the top of my head."
p. 116

Heroine visits with her Aunt Brie.
Aunt Brie kisses the top of heroine's head.
"She kisses the top of my head…"
2012 p. 123
#153

Heroine mentions mean girls:
"I'm beginning to feel like I've fallen into
*Mean Girls*, Alaska version or something."
p. 115

Heroine thinks about mean girls:
"I couldn't stand for Taylor and the Mean Girls to
see me like that. To feel like that."
2010 p. 117
#154

Heroine thinks about being a "newbie" in Alaska
and dressing in "wool tights" "hat" "gloves"
"down filled hooded parka" "snow boots"


p. 117

Heroine thinks romantic lead "wasn't dressed like a
"newbie." New people wear "wool hats" "down
gloves"  "down parkas" "moon boots…at the first
snow"
2011 p. 118-119
#155

Heroine is reminded of a horror movie when
she is feeling spooked.
p. 119, 324

Heroine is reminded of a horror movie when she is
feeling spooked.
2013 p. 170,  204, 397; 81, 231, 305, 321
#156

**EXHIBIT 1**

**Page 120**

32

| | |
|---|---|
| Heroine remembers romantic lead's eyes when he touched her face, how his "pupils were all blown out"<br><br>p. 124 | Heroine notices romantic lead's eyes when he is about to kiss her, how his eyes "were dilated so so completely there was only the smallest rim of iris showing"<br>2010 p. 136; 2011 p. 173<br>#157 |
| Heroine feels like she is prey around predators. She has a sense of unease, and doesn't feel safe. Heroine: "Like they're the predators and I'm the prey they can't wait to sink their teeth into."<br>p. 125 | Heroine feels like she is prey around predators. She has a sense of unease, and doesn't feel safe. Heroine: "The instincts born of prey before the predator take control of my limbs and I run."<br>2011 p. 5<br>#158 |

**Heroine is nervous around the romantic lead and recognizes she is attracted to him, even though he is dangerous. There is electricity between them. The Order is mentioned for the first time. The romantic lead warns her not to be out alone, she has a sense of being watched. They also discuss the loss of the romantic lead's brother.**

BMR 2010 (p. 136, 174) and 2011 (36, 53, 84 102, 125-127; 141, 152; 172-173) correspond with this section in Crave (p. 126-150); which is largely in page proximity. For example, the discussion about the romantic lead's older brother being dead, Crave (p. 130), is taken from BMR 2011 (p. 125-127). Additionally, when the heroine is drawn to the romantic lead, and recognizes the danger in him, Crave (p. 127) this corresponds directly with BMR 2011 (p. 127), same page number.

Note the language in this section, particularly the heroine's thoughts about the romantic lead, and her attraction to him and his dangerousness. The scene is rounded out with pieces from BMR 2010/2011. Here we see almost identical language describing the romantic lead's "warm breath" against the heroine's ear, and his "scent wrapping itself around me," Crave (p. 141) with the corresponding dialogue in BMR 2011 (p. 172 )and BMR 2010 (p. 136). There is also similarity with characters between the books, such as Flint (Brendan in BMR) wearing a fire-breathing dragon hat in Crave (p. 142) and a stuffed kitty on his shirt in BMR 2011 (p. 142) on the same page.

| | |
|---|---|
| Heroine runs into romantic lead and Lia. She notes that she "babbles" when she's nervous and is nervous around romantic lead.<br>p. 126 | Heroine is around romantic lead and she notes that she "babbles" when she's nervous and is nervous around him.<br>2011 p. 36, 52<br>#159 |

**EXHIBIT 1**

**Page 121**

Heroine realizes she has uncomfortable feelings around romantic lead and doesn't want to "crush on" him. But she is, she wants to grab him and hold on… "It's an absurd thought, an absurd feeling."

p. 126-127

Heroine realizes she has uncomfortable feelings about romantic lead and that she's "crushing on" him She worries he will know she's thinking about him or talking about him. "Paranoid right? Psychotic, maybe a little. But crushing on someone is like that." 2011 p. 84
#160

The heroine is uncomfortable around the romantic lead; she doesn't look him in the eye. So he brings her chin up: "then puts a finger under my chin and presses up until I relent and meet his gaze." p. 126

The heroine is uncomfortable around the romantic look him in the eye, so he brings her chin up: "He reached over and turned my chin up, bringing my gaze level with his own." 2011 p. 364; 162, 177, 262, 55
#161

Heroine is drawn to the romantic lead and finds the danger of him to be exciting: "Everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…"

p. 127

Heroine is drawn to the romantic lead and finds the danger of him to be exciting: "Something inside of me responded to the dangerous edge in him and liked it." 2011 p. 127
#162

She realizes she's taking a risk with him: "*Especially* the danger, though I've never been that girl before, the one who takes risks just to they feel." p. 127

She realizes she's taking a risk with him: "It was always this way with him–me taking risks when the outcome might prove dangerous."

2013 p. 347
#163

Heroine and romantic lead talk and she learns romantic lead had an older brother who died. Heroine believes he's in pain over it and relates. p. 130

Heroine and romantic lead talk and she learns romantic lead had an older brother who died. Heroine believes he's in pain over it and relates. 2011 p. 125
#164

**EXHIBIT 1**

**Page 122**

When she's alone outside, heroine has a feeling being watched. She often has that feeling.
"But I still can't shake the uncomfortable feeling I'm being watched."
p. 131; 16, 40, 126

When she's alone outside, heroine has a feeling of being watched. She often has that feeling.
"unease…the kind of feeling you get when you know someone is watching you…"
2011 p. 152; 48, 94, 95, 215
*Chapter Analysis Notes,* 5-14-10 p. 3
#165

Heroine believes she is human.
p. 133

Heroine believes she is human.
2011 p. 409; 2013 p. 226
#166

"The Order" is mentioned for the first time. Heroine isn't told what it is because her cousin can't tell her. Her cousin is not permitted to reveal the supernatural world to the heroine yet.

The Order is a group of vampires that surround romantic lead and do his bidding.
p. 135

"The Order" is mentioned for the first time. Heroine isn't told what it is because romantic lead can't tell her due to a magical constraint which prevents him from revealing information about the supernatural world.
The Order is a governing branch the romantic lead and his clan serve.
2010 p. 294, p. 300
#167

Romantic lead "looked like the leader" in a group of guys.
p. 135-136

Romantic lead is an "instant leader among males."

The Cast 2008
#168

When heroine is around the romantic lead, her throat is tight, she barely gets the words out:
"I barely manage to get the words out past my suddenly tight throat."

p. 139

When heroine is talking with the romantic lead, her throat is so tight, she can barely speak.
"My throat was so tight I could barely speak."
"My throat felt tight and I spoke slowly to get the words out."
2010 p. 174; 21
#169

**EXHIBIT 1**

**Page 123**

Romantic lead doesn't think it's safe for heroine
be out alone around the school grounds:
"And you sure as hell shouldn't be wandering
around the school grounds on your own. You're
not *safe* here."
p. 141

Romantic lead doesn't think it's safe for heroine to
be out alone after school:
"It's not safe to be out alone, even after school."

2011 p. 62
#170

The heroine is talking to the romantic lead and
his breath is warm against her ear; "his scent wraps
itself around" her:
"…his breath is so warm and soft against my ear…
scent of him currently wrapping itself around me"
p. 141

The heroine is talking to the romantic lead and
his breath is warm against her ear; "his scent wraps
itself around" her:
"…his warm breath delicious against my ear.
His scent wrapped itself around me"
2011 p. 172-173
#171

Flint wears funny things, has a sense of humor:
"he's wearing a snow hat in the shape of a fire-
breathing dragon that looks absolutely ridiculous."


p. 142

Brendan wears funny things, has a sense of humor:
"dressed all in black…white line down the middle…
A stuffed kitty taped to his chest with bits of stuffing
spilling out…"
2011 p. 141
#173

Romantic lead's breath is warm against her neck.
"his warm breath is against the side of my neck"
p. 143

Romantic lead's breath is warm against her neck.
"his warm breath delicious against my neck"
2010 p. 136
#174

Their eyes meet, the world drops away.
It's just him and her:
"Our eyes meet, and for a second, just a second, the
whole world seems to drop away…until it's Jaxon
and me and the electricity that arcs between us."

p. 143-144; 267

Their eyes meet, the world falls away.
It's just him and her:
"Our eyes meet as we pull apart…Our fingers touch..
and the world around us literally falls away. It's only
him and me…"The air is suddenly charged between
us, crackling with electricity."
2013 p. 26, 117; 2011 p. 16 (tingling electricity)
#175

**EXHIBIT 1**

**Page 124**

| | |
|---|---|
| Flint derisively calls romantic lead the "Chosen One" when talking about him. p. 147 | Taylor derisively calls the heroine the "Chosen One." 2011 p. 567 `#176` |

**Heroine is hurt and carried by the romantic lead. She is attracted to him and notices his scent and "breathes him in." The romantic lead tells her it won't be easy for them to be together.**

This scene in Crave (p. 153-167) draws largely on BMR 2011. For example, where the heroine has fallen and has her breath knocked out of her is taken from BMR 2011 (p. 2, 4) which corresponds with Crave (p. 153-154). BMR 2011 also provides the section where the romantic lead and the character Flint in Crave and Brendan in BMR, display tension over the heroine: BMR 2011 (p. 164, 166), which corresponds with Crave (p. 156, 157, 158). When the heroine is hurt the romantic lead carries her, Crave (p. 160-166), again BMR 2011 is used, BMR 2011 (p. 413-414); as are the parts about their relationship not being easy for them BMR 2011 (p. 259), and Et tu, Brute, BMR (p. 40)

BMR 2013 is also used to add the scene about the heroine noticing the romantic lead's scent; and heroine's "mouth watering" with need to touch / kiss him, and pressing her face into his neck and breathing him in BMR 2013 (p. 321). Note that these quotes are said by the same characters and in context in both books.

| | |
|---|---|
| Heroine has the breath knocked out of her when she falls in a snowball fight: | Heroine has the breath knocked out of her when she falls in the snow: |
| "And then I'm falling." "panicked beat of my heart as terror races through me" "I brace myself for bone-crunching impact" "the breath is knocked out of me…for one second, two or three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs. …Panic is a wild animal inside me as I struggle to get my weight off him…I finally manage to pull in a huge gulp of air." p. 153-154 | "I know this is because I've fallen…" "my panic is overwhelming" "There is always that moment just before impact" "Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air. I can't get my lungs to work… When I'm finally able to suck in air, it's in great, gulping, ragged gasps…" 2011 p. 2, 4; 586, 588 `#178` |

**EXHIBIT 1**

**Page 125**

There is tension between the romantic lead and Flint over the heroine.
Romantic lead has a coldness in his voice directed at Flint. Flint turns away. Jaxon is livid.
Jaxon continues to watch Flint who very obviously does not watch him back. Romantic lead tells heroine he'll walk her back to her room.
p. 156-158

Heroine wants to fit in, blend in at school.
Falling out of a tree makes her a spectacle and having romantic lead and Flint angry over her causes her to stand out.
She was the girl whose parents died in San Diego.
"So much for fitting in…or even *blending* in."
p. 160

Heroine is hurt and romantic lead carries her.
"He swoops me into his arms"
Romantic lead carries heroine "bride-style"

p. 160-161

"I can only stare up at him in a kind of openmouthed shock as my brain short-circuits."
"Jaxon's arms…And they feel really good around me."
p. 161

"And he smells amazing, too. His smell–like snow orange–is what pushes me over the edge…"

p. 161

---

There is tension between the romantic lead and Brendan over the heroine.
Romantic lead has a chill in his voice about Brendan and has a look of irritation. He gives Brendan a fixed stare, his gaze unwavering. Brendan looks away.
Romantic lead tells heroine he'll give her a ride.

2011 p. 164-166
#179

Heroine wants to fit in at school.
Her mother giving her an early curfew, and saying it in front of her friends, and telling them they should follow them too, causes her to stand out.
"I wanted to fit in with my friends and her rules made my differences stand out just that much more."
2011 p. 146; *Midnight Overview Notes, 2009*
#180

Heroine is hurt and romantic lead carries her.
His father "swooped Caitlin into his arms like a great romantic hero and carried her…Ash carried me into the great room. Like father, like son…"
2011 p. 412-414
#181

"Speechless, I knew I was experiencing circuit overload."
"It felt good to be in his arms."
2011 p. 36, 414
#182, #183

"He smelled wonderful, a clean, woodsy scent."
"savoring his scent, citrus and spice…waterfalls"
"His scent, that tantalizing whisper of pine and snow..wraps itself around me until I'm lost in him."
2011 p. 17, 460; 2013 p. 158; 2011 p. 414 (scent)
#184

**EXHIBIT 1**

**Page 126**

38

| | |
|---|---|
| She asks to be put down, he continues carrying her. "'Just let me down, then.'...There isn't so much as a hitch in his stride." p. 161-162 | She asks to be put down, he continues carrying her. "'You can put me down now.'...Ash carried me into the great room." 2011 p. 414 #185 |
| "…he deposits me on my bed…and pulls off my boot." p. 163 | He "laid me on the divan, gently removing my boots." 2011 p. 418 #186 |
| *Heroine:* "Et tu, Brute?" to her cousin, feeling betrayed in a humorous way over romantic lead. p. 164 | *Heroine:* "Et tu, Brute?" feeling betrayed by the romantic lead in a humorous way 2011 p. 40 #187 |
| His scent seem stronger. Heroine's mouth waters She wants to put her face against his neck and breathe him in:<br><br>"His wildly sexy scent seems even stronger now… makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in." p. 165-166 | His scent is stronger. Heroine's mouth waters She wants to put her face against his neck and breathe him in:<br><br>"his scent was suddenly stronger, more intense" "My mouth actually waters and I *need* to kiss him." "...my face resting against the bare skin of his neck …I breathed him in." 2011 p. 59; 2013 p. 321-322; 2011 p. 414 #188, #189 |
| "I've lost control of my vocal cords." p. 166 | "I nodded wordlessly." 2011 p. 414 #190 |
| *Romantic lead*: "This is going to be a lot of things, Grace. Easy isn't one of them."<br><br>p. 160-167 | *Romantic lead*: "You know this isn't going to be easy for us."<br><br>2011 p. 259; 2010 p. 200 #191 |

**EXHIBIT 1**

**Page 127**

**Heroine is trying to figure out the interest with the romantic lead; how she feels about him, how he feels about her.  They talk about his older brother who died. She feels drawn to him, connected.**

To create this scene in Crave, (p. 168-215), BMR 2010 and 2011 is used as the basis. Some parts flow in page proximity, such as the heroine thinking about the romantic lead's temper and how she is obsessed with him in Crave (p. 168-169) and BMR 2011 (p. 186-187), that he is "intense" Crave (p. 175), BMR 2011 (p. 182), and that tea was the preferred beverage in her home in Crave (p. 213) and BMR 2011 (p. 214). Additional pieces from BMR manuscripts are used to round out the segment, such as the heroine's realization that she's "in way over my head" in Crave (p. 176) BMR 2011 (p. 121).

| | |
|---|---|
| Heroine is "fresh meat" as the new girl and she wonders if that's the reason for his interest: "Maybe he's just playing with me because he's bored or something. Because I'm fresh meat out here in the middle of nowhere." p. 168 | Romantic lead is "fresh meat" as the new boy and everyone is interested: "The entire class was focused on the scene in the front of the classroom. Fresh meat." 2011 p. 20 #192 |
| Heroine notes that romantic lead has a temper. trying to figure out their relationship. p. 168-169 | Heroine notes that romantic lead has a temper. She is to figure out their relationship 2011 p. 186-187 *Midnight Overview,* 2009 p. 2; *The Cast,* 2008 p. 3 #193 |
| Heroine is told if romantic lead wanted her any more he would "spontaneously combust." p. 170 | Heroine feels like "spontaneous combustion" around romantic lead. 2016 p. 19 #194 |
| When her cousin is trying to help her: "'It's okay, I can do it.' I bat her hands away." p. 171 | When her mother is trying to help her: 'I'll be fine,' I said as I batted her hands away." 2011 p. 14; 2013 p. 16 #195 |
| Heroine says about the romantic lead, "Every single thing about him screams *danger…* in the way he holds himself and the way he moves." p. 172 | Heroine says about the romantic lead, "The wry curl of his lip, the confident, almost arrogant way he holds himself whispers of danger." "certain dangerous something in the way they move" 2013 p. 22; 2011 p. 20, 311 #196, #197 |

**EXHIBIT 1**

**Page 128**

**Heroine and Macy in in Crave / Jenny in BMR, have a conversation about the romantic lead. Heroine is attracted to him, and embarrassed when Macy / Jenny figures it out. The heroine thinks about how she feels about the romantic lead, that they have a soul connection, that they understand one another's pain. Macy / Jenny comments that the romantic lead is different, and intense.**

Macy is not able to have a poker face talking about the romantic lead with the heroine, and whether there is a romantic interest between the heroine and the romantic lead. The heroine says ugh.
"Ugh…I watch Macy who pretty much has the opposite of a poker face…"
p. 173

Heroine thinks they have a "soul" connection:
"There's something about him that calls to me on a soul deep level…"

p. 174

"...something broken in him that somehow fits with what's broken in me…all the grief and pain…"
p. 174

Heroine talks to Macy about the romantic lead.
Macy says: "Jaxon is definitely not like anyone you've ever met before…he's different when he's with you. He's somehow less intense but also more intense."
"...he's not an easy guy to be around."
p. 175

Heroine talks about being "obsessed" with romantic lead. She's "in way over my head."
p. 176-177

Heroine is not able to have a poker face talking about the romantic lead with Jenny, and whether there is a romantic interest between the heroine and The heroine says ugh.
"Ugh! Why couldn't I keep a poker face?"

2011 p. 310
#198

Heroine thinks they have a "soul" connection
"When I look at him, really look at him, I feel the strongest sense of recognition…a déjà vu of my soul."
2011 p. 222; 2013 p. 198
#199

"I understood his pain. He felt the same way I did about my dad and grandparents."
2011 p. 125
#200

Heroine talks to Jenny about the romantic lead.
Jenny says: "something about him that's different from everyone else…"
"There's something about him, something intense."

"He'd be tough to date."
2011 p. 311; 182
*Midnight Overview Notes,* 2009
#201, 201a

Heroine thinks about an "obsession" with romantic lead. She's "in way over my head."
2011 p. 187, 121
#202

**EXHIBIT 1**

**Page 129**

Romantic lead has told heroine about his brother's death even though he hardly knows her. They are connected through loss.
p. 176-182 (brother p. 181-182)

Romantic lead has told heroine about his brother's death even though he hardly knows her. They are connected through loss.
2011; 121, 125, 127, 128 (loss in common); *Midnight Overview Notes,* 2009
#203, #204, #205

Romantic lead sends heroine food of all kinds and "coffee…tea…bottle of sparkling water"
It comes with a note: "I don't know what you like…"
p. 188-189

Romantic lead asks heroine what she wants and offers "coffee…hot chocolate" "bottle of water"
He says, "I don't know what you like"
2010 p. 173
#206

Heroine and romantic lead talk about favorites:
"favorite movie" "ice cream" "song"
p. 191-193

Romantic lead tells heroine he wants to know her "favorite movies" "foods" "books" "all of it"
2010 p. 225; 2011 p. 288
#207

Heroine mentions the Star Wars movie when she's texting with romantic lead.
"The Star Wars movie where everybody dies"
p. 191

Heroine thinks about the Star Wars movie when she is with romantic lead.
"It was the cantina scene from 'Star Wars'"
2011 p. 495
#208

Heroine gets butterflies in her stomach when she thinks romantic lead is nearby:
"...the sudden butterflies in my stomach kind of fall back down with a thud."
p. 195

Heroine gets butterflies in her stomach when romantic lead is near her:
"The butterflies in my stomach were hopped up on caffeine."
2011 p. 161
#209

Romantic lead sends heroine the book, *Twilight*.
It is done in humor with heroine's cousin.

p. 196

Romantic lead and heroine are referred to as Bella and Edward, the leads in *Twilight,* by the Romantic lead's sister in humor
2011 p. 484
#210

**EXHIBIT 1**

**Page 130**

Heroine feels self-conscious around romantic lead, and ducks her head:
"I duck my head, suddenly way self-conscious around this guy..." p. 199
p. 199

Heroine feels self-conscious around romantic lead, and ducks her chin:
"I smiled self-consciously and with supreme force of will, ducked my chin down…"
2011 p. 35
#211

Heroine about romantic lead: "About Jaxon, whose deepest thoughts and heart and pain seem to so closely echo mine.
p. 205

Heroine about romantic lead: "His words are an echo of my own thoughts."

2013 p. 118
#212

Heroine gets sweaty palms thinking romantic lead is at her door.
p. 206-207

Heroine gets sweaty palms when romantic lead is next to her.
2013 p. 25
#213

Halloween is mentioned as a favorite holiday.
p. 211

Halloween is mentioned as a favorite holiday.
2011 p. 133
#214

In the cafeteria, heroine feels like people are staring: Half the "cafeteria is watching" her. "I can feel their eyes even with my back turned."
p. 213

In the cafeteria, heroine feels like people are staring: In the "cafeteria" "I can feel the weight of everyone's eyes"
2011 p. 315, 102, 29
#215

Romantic lead asks heroine if he can sit with her. Heroine is surprised.
p. 214

Romantic lead asks heroine to sit with him. Heroine is surprised.
2011 p. 108-109
#216

**EXHIBIT 1**

**Page 131**

**Tea is mentioned frequently, both the heroine and her family and friends take tea often in both books. The concept of using tea to bind the heroine's powers and to keep her safe and ignorant of the supernatural world while she is growing up, is also used in the Crave series. In BMR, it is the heroine's aunt who is a skilled herbalist and witch who makes the tea. In the Crave series, book 4, Court, it is the heroine's mother who has the heroine's aunt get the tea from the heroine's great-aunt. Note the page number proximity and the words used in this sequence.**

**Crave:** p. 69, 75, 81-82, 96, 98, 100, 101, 103, 130, 189, 213, 214, 293, 297, 317, 319, 321, 325, 339. 445, 451, 453, 471, 516, 517, 523

**BMR:** 2011 p. 74, 75, 77, 80, 81, 82, 83, 86, 91, 184, 185, 211, 213, 275, 278, 279, 280, 374, 418, 428, 429, 515, 516

| | |
|---|---|
| Heroine's family preferred tea: "It was always more about tea at our house." p. 214 | Heroine's family prefers tea: "Tea is big in our family…None of us are coffee people." 2010 p. 213 #217 |
| Heroine's mom made special tea blends and was an herbalist. "My mom was an amazing herbalist." "lemon-thyme-verbena tea" p. 214 | Heroine's aunt makes special tea blends and herbal remedies: "My aunt is a strong believer in herbal remedies" "an herbal concoction my aunt brewed" "valerian and chamomile tea" "lemon verbena" 2011 p. 74, 184; 91, 208; 2016 p. 84 #218, #219, #220 |
| Heroine learns that tea was used by her mother and father (made by her great-aunt) to bind her powers and keep her safe. Court p. 448 | Tea was used by her mother and aunt to bind her powers and keep her safe. *Midnight Overview Notes, 2009; The Plot, 2008; Freeman Notes, 1-27* #221 |
| "I really do think I'm falling for Jaxon Vega." p. 217 | "I was pretty sure I was falling for him. And hard." 2011 p. 187 #222 |
| Heroine about romantic lead: "half the girls in the school are swooning over Jaxon Vega" p. 220 | Heroine about romantic lead: "all of the girls made some excuse to ogle him" 2011 p. 24 #223 |

**EXHIBIT 1**

44

She wants to blend in at school.
p. 222

She wants to fit in at school.
2011 p. 146
`#224`

Heroine is at her first day in a new class at school.
Teacher says to heroine after romantic lead
leaves class: "I won't make you stand up and
introduce yourself to the class."

p. 227

Heroine is at her first day in a new class at school.
Teacher says to heroine and romantic lead:
"Why don't you two introduce yourselves…stand up
tell us…why you're taking this class." Heroine has
to go first.
2012 p. 38; 2010 p. 30; 10; 2011 p. 40
`#225`

Flint teases and calls the heroine "baby"
"Know it? I own it, baby."
p. 231

Brendan teases and calls the heroine "baby"
"Sashay, shante, baby."
2013 p. 126
`#226`

Flint's parents are a mixed race couple;
he's gay and only heroine knows at
first, he "waggles his brows at" heroine,
she finds him "beautiful" in his supernatural form,
he has a smile he's known for, on school sports team.
He is captain of the Ludares team.
Crave series, Crush p. 382, 369, 272, 275, 245; 394

Brendan's parents are a mixed race couple;
he's gay but only the heroine knows,
"he waggles his brows at" heroine, she finds him
"beautiful" in his supernatural form, he has a smile
He's known for, on school sports team.
He is the class president;
2011 p. 100, 111, 166; 2013 p. 283
`#227, #228`

**Heroine hears a voice in her head. In Crave, she hears one voice, (in Crush she hears two voices). In BMR, the heroine hears two voices. The voices are the same characters in both books.**

In Crave, the heroine hears one voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to the Unkillable Beast, (who will turn out to be her long-lost grandfather, Court, book 4). He is a gargoyle and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Alistair." (Court).

In BMR, the heroine hears a voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to an "abomination," (who will turn out to be her long-lost father). He is a Sentinel and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Athair."

In Crush (book 2), the heroine hears a second voice, Hudson, a royal with an accent who is thought to be dead and would have a role in the war that is brewing if he was brought back. Hudson is in a love triangle, and intended to be the heroine's true mate. She hears him because he is trapped in her head. She has accidentally brought him back from another dimension.

**EXHIBIT 1**

**Page 133**

In BMR, the heroine hears a second voice, that of Ronan, a royal with an accent who is thought to be dead and would have a role in the supernatural war "when he rises." Ronan is intended to be in a love triangle, and the heroine's true mate (*The World Notes,* 2010). At the end of BMR, she has accidentally brought him back from another dimension.

*Note: This recurring theme is explored in more detail with this concept and the associated sub plots and characters elaborated in the later books in the series Crush, Covet & Court, however, they originate in BMR manuscripts and associated notes.*

| | |
|---|---|
| The heroine hears a voice inside her head:<br>"…a voice deep inside me starts screeching—<br>telling me not to go any farther. Telling me to run.<br>*Telling me to get the hell away…*"<br>p. 233 ;418, 448, 449, 450, 453, 472, 473, 479<br>482, 484, 508 | The heroine hears a voice inside her head:<br>"…voice inside my head warned me that I needed…<br>to get away before it was too late. To run!"<br><br>2011 p. 472; 5, 177, 287, 430, 452, 474, 475, 480<br>481, 483, 484, 506, 521, 551<br>#229 |
| Heroine feels like a competition is going on between<br>romantic lead and Flint over her and thinks of ping pong.<br>p. 236 | Heroine feels like a competition is going on between<br>romantic lead and herself and thinks of ping pong.<br>2011 p. 52<br>#230 |
| Heroine notices "gemstones" decorating the walls<br>in the school tunnels.<br>p. 238-239 | Art made from "gemstones" "decorates the walls"<br>of their home.<br>2011 p. 210<br>#231 |
| Romantic lead doesn't like the heroine being<br>with Flint. His eyes are pinned to Flint.<br>p. 243 | Romantic lead doesn't like heroine being with<br>Brendan. He gives Brendan a fixed stare.<br>2011 p. 166, 182<br>#232 |
| "Mean girls" throw a basketball at heroine's head.<br>p. 246-247 | "Mean Girls" trip the heroine when she walks past.<br>2011 p. 107<br>#233 |

**EXHIBIT 1**

**Page 134**

Heroine's cousin is on the school dance team performing at a pep rally. Heroine isn't fond of dance teams. "I've never been a big dance team enthusiast."
p. 247-248

Heroine's best friend is a school cheerleader. Heroine isn't fond of cheerleading.
"…the cheerleader phase. One I hope won't last for very long."
2013 p. 29; 2012 p. 26
#234

She worries about people seeing how she feels about romantic lead. "I tend to wear my emotions on my sleeve, and the last thing I want is for someone to see how I feel about Jaxon…."

p. 249

She worries about people seeing how she feels about "…that the way I felt about him was somehow revealed on my face." "…as if she were wearing her soul on her face…Every feeling evident on her expressive face."
2011 p. 158; *The Cast Notes, 2008*
#235

**The heroine breaks down and cries at school over her feelings of loss. She is thinking about the loss of her family, in particular the loss of her parents in Crave, and of her dad and grandparents in BMR. The romantic lead discovers her crying in both books and she is embarrassed.**

This scene in Crave (p. 252-262) uses the crying scene at school from BMR 2011 (p. 34-36) with the same sequence of events as outlined below. The description of the heroine crying using "rocking," "wrenching sobs," and tears is from BMR 2011 (p. 470).

Towards the end of the scene, the romantic lead takes the heroine's hand "and winks. He *winks*" this mirrors the same quote in BMR 2014 (p. 168), and again in the "twist of his lips" for the romantic lead in BMR 2014 (p. 174). At the end of this scene the heroine wonders if the romantic lead is an alien, Crave (p. 260), this is taken from BMR 2011 (p. 193). The heroine and romantic lead mention old movies, Crave (p. 262 old movies, old Tom Cruise movies), BMR 2011 (p. 42); and the heroine thinks romantic lead has a "Tom Cruise" grin in the mention of old movies.

Heroine cries at school over the loss of her parents:
"…I sink down onto one of the chairs and finally, finally let the tears come…
p. 252

Heroine cries at school over loss of friends/family:
"I slumped down to the bottom of my locker…
I could feel the tears…running down my cheeks…
2011 p. 34
#236

**EXHIBIT 1**

**Page 135**

"I haven't cried, really cried, since the funeral, and now that I've started, I'm not sure I'll ever stop."

p. 252

"I have a sense when I cry that all of the pain I've held onto so tightly will come gushing out, leaving me with no flood control."
2011 p. 34
#237

"Grief is a wild thing within me, a rabid animal tearing at my insides and making everything hurt… the tears just keep coming…battling the pain and loneliness from losing my parents in the blink of an eye."
p. 252

"I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died…I'd never gotten over it."

2011 p. 34
#238

"I wrap my arms around myself and start to rock"
"The tears just keep on coming"
"wrenching sobs"
p. 252

"I rocked myself back and forth"
"My tears ran freely…unchecked"
"gut-wrenching sobs"
2011 p. 470
#239, #240

She worries about someone seeing her crying.
"…having *anyone* seeing me like this—is the threat that finally galvanizes me."
p. 252

She worries about someone seeing her crying.
"…pulled the door close to me, shielding myself from prying eyes."
2011 p. 34
#241

Romantic lead catches her unexpectedly and sees that she's been crying. She's embarrassed.
"Except that when I climb to my feet and turn around it's to find that someone already has. Jaxon… Embarrassment slams through me, makes my face hot and my breath stutter."
p. 253-254

Romantic lead catches her unexpectedly and sees that she's been crying. She's embarrassed:
"Caught, I snapped my neck around…staring up into his molten-honey gaze…
I felt a hot blush rise up and stain my cheeks."

2011 p. 34
#242

She starts to ask how long he's been there.
"I start to ask how long he's been there but it doesn't really matter. He's been there long enough."
p. 254

She asks how much did he hear.
"'How much did you hear?' 'Everything,' he admitted."
2011 p. 34
#243

**EXHIBIT 1**

**Page 136**

48

Although she's been caught crying, she's attracted to him and thinks about his eyes:
"black-magic eyes of his"
He's close to her. Her mouth goes dry.
"He closes the gap, moving in until he's only inches away from me. My mouth goes desert dry."
p. 254

Although she's been caught crying, she's attracted to him and thinks about his eyes:
"his warm, molten-honey gaze"
 He's close to her. Her heart flutters.
"He crouched down beside me…my traitorous heart fluttered in response to his nearness"
2011 p. 35
#244

When the heroine is embarrassed to be caught by romantic lead crying at school:
"…I pray for the ground to open up and swallow me."
p. 254

Heroine is embarrassed at school:

…I wanted the ground to just open up and swallow me."
2011 p. 107, p. 134 (with romantic lead)
#245

After the crying scene, he walks to his room at school, which is a few feet away, and leaves the door open for her to enter, and invites her in.
p. 255-256

After the crying scene, he walks her to class and opens the door for her to enter.

2011 p. 37
#246

Heroine wishes he were "closer," that they were touching, but part of her "is terrified"

p. 258

Heroine wants to slide over "closer" to him but she wants to "run away, far away at the same time" "though it terrifies her, she can't stay away"
2011 p. 367; 16; *Midnight Overview Notes,* 2009
#247

**Note: Look at the use of italics and the words that precede it in "*winks*"**

Romantic lead with heroine:
"He looks over his shoulder at me and winks. He *winks*."
p. 259

Romantic lead with heroine:
"He clasps my gloved hand in his and winks. W*inks*."
2014 p. 168
#248

**EXHIBIT 1**

**Page 137**

He gives her "a quick twist of his lips" in answer her question.
p. 259

He gives her a "sharp twist of his lips" in answer to her question.
2014 p. 174
#249

Heroine wonders if romantic lead is an "alien."
p. 260

Heroine wonders if romantic lead is an "alien."
2011 p. 193
#250

Heroine and romantic lead talk about old "Tom Cruise movies" and old movies.

p. 262

Heroine and romantic lead talk about old movies and heroine thinks romantic lead has a "Tom Cruise" grin.
2011 p. 42
#251

**The first kiss between the romantic lead and the heroine becomes the catalyst for the heroine to learn about the supernatural world. The scene begins with them going outside to view a special phenomenon in the sky. In Crave, the phenomenon is a meteor shower, in BMR, it is the northern lights. It's winter, and it's cold. They kiss and the romantic lead loses self-control of his powers. In Crave, the romantic lead causes an earthquake, in BMR, the romantic lead's eyes glow. In Crave, the heroine doesn't realize the romantic lead caused the earthquake, but she is frightened of him when he starts yelling at her to go. In BMR, she is aware his eyes aren't right and she is frightened of him. In both books she does not learn the truth until the following day after the event.**

For this Scene in Crave (260-272) BMR 2013 (154-162) is used as the basis for the light show and first kiss. A similar version exists in BMR 2011. The kiss itself uses BMR 2011 p. 172 and 255.

Directly following this main kiss scene in Crave, the heroine is cut by broken glass due to the earthquake caused by the romantic lead's loss of control of his powers. Crave takes the blood loss scene from BMR where the heroine is stabbed, BMR 2011 (p. 407-408; 417-418). In both books, the romantic lead gives the heroine a special type of "healing" "bite" to save her life. The special "bite" will be addressed in the next scene. The remainder of this scene from Crave follows BMR 2011 incandescent eyes (p. 527), romantic lead feeling it's his fault, he should have protected her (p. 411) and she should stay away (p. 299, 297).

First kiss. The scene begins with them outside. "despite the chill, his hand on my arm…flood every cell of my body with heat." They are outside to watch a meteor shower: "most brilliant show I've ever seen light up the sky."
p. 261, 263

First kiss. The scene begins with them outside. "'I'll keep you warm' he offers. The way he says it I feel a flutter of heat." They are outside to watch the northern lights: "our own personal lightshow" "flash across the sky in Alaska."
2013 p. 155; 154
#252, #253

**EXHIBIT 1**

**Page 138**

| | |
|---|---|
| "I glance at him, suddenly shy, though I don't<br>p. 263 | "I feel shy and uncertain of myself."<br>2013 p. 157<br>#254 |
| "A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills…"<br>p. 267 | "I want him to kiss me but at the same time I'm afraid he might."<br><br>2013 p. 155<br>#255 |
| Air between heroine and romantic lead is loaded, heavy electric.<br>"The air between us loaded, heavy, electric.<br><br>p. 267 | The air between heroine and romantic lead is charged, crackling with electricity.<br>"The air is suddenly charged between us, crackling with electricity."<br>2013 p. 117<br>#256 |
| Romantic lead looks at her with "craving"<br>"a craving that has nothing to do with wanting me and everything to do with needing me"<br><br>p. 269 | Romantic lead looks at her with "yearning"<br>"What I see in his face is a mix of wistful yearning and hope. He's looking at me like I might be the one slightly out of reach"<br>2013 p. 157; 2010 p. 407; 2009 p. 383<br>#257 |
| "I don't back away. I can't. I'm dazzled, mesmerized, enthralled."<br>p. 269 | "…I can't look away. I'm caught. It's hopeless really.<br><br>2013 p. 157<br>#258 |
| "I cup his face in my hands…"<br>p. 269 | "He cups my cheek with his hand…"<br>2013 p. 158<br>#259 |
| "Then he leans down and presses his lips to mine."<br>"soft as a snowflake, as delicate as the permafrost"<br>"brush of one mouth against another"<br>p. 270 | "He leaned in and turned my chin up, pressing his lips"<br>"featherlight, feather soft" "brush of his lips"<br><br>2011 p. 172; p. 255<br>#260 |

**EXHIBIT 1**

**Page 139**

His hands are on her arms, pulling her against him and she tries to slide her arms around his neck.
p. 271

His hands are in her hair and her arms around his neck, pulling him closer.
2013 p. 158
#261

During the kiss, the heroine is light-headed:
"My head gets lighter, my knees weaker"
p. 271

During the kiss, the heroine is delirious:
"I'm delirious with the heat and urgency of our kiss"
2013 p. 158
#262

He loses self-control during the kiss. He causes an earthquake by accident with his powers. Heroine is scared of the romantic lead because he is a "monstrous version of Jaxon" and she runs runs away.
p. 271-272

He loses self-control during the kiss. His eyes glow, he starts to shift by accident with his powers. Heroine is scared of the romantic lead because she thinks "he's some kind of monster" and wants to run away, but can't.
2013 p. 159; 162 (monster); and 2011 p. 173, 175
#263, #264

After the first kiss and heroine has lost blood she wakes up in her room with no memory of how she got there. She was cut by glass.
'How are you feeling'…'I'm okay'…
'She lost some blood…'
p. 273-274; 283 (nicked artery)

Heroine has lost blood, and she wakes up in a car with no memory of how she got there. She was stabbed.
'How are you feeling?'... 'I'm not sure. Okay I guess.'
'You lost a lot of blood.'
2011 p. 407-408; 403 (stab wound)
#265

She's made to rest and stay in bed by the school nurse at the castle, and threatened with a sedative for arguing The nurse gives her cranberry juice "the sugar will be good for you."

p. 275-277 (sugar p. 277)

She's told to rest and not to give "any lip about it" by the clan's doctor at the chateau, and made to rest. The doctor orders "tea with honey and biscuits" telling her that after adrenaline wears off shock kicks in. She's told not to argue with him.
2011 p. 417-418
#266, #267

Heroine notices eyes that are incandescent:
"his eyes an incandescent black…"
p. 289, 291

Heroine notices eyes are incandescent:
"his incandescent blue eyes…"
2011 p. 527
#268

**EXHIBIT 1**

**Page 140**

Romantic lead is upset that he didn't protect her:
"I'm sorry…I didn't protect you."

p. 290

Romantic lead is upset he didn't protect her:
"I'm so sorry, Anna. I should have been there to protect you."
2011 p. 411; 2010 p. 330
#269

Romantic lead believes her association with him has put her in danger:
"Now I've all but put a bull's eye in the middle of your back."
"You need to stay away from me."
p. 291

Romantic lead believes her association with him has put her in danger:
"If you didn't know me, you wouldn't be caught up in this."
"Staying away from me would be better for you."
2014 p. 261; 2011 p. 411, p. 297, 299 (stay away)
#270, #271

Romantic lead seems to "vanish"
"He's vanished right into thin air."
p. 292

Romantic lead seems to "vanish"
"He'd simply vanished. Could he do that?"
2011 p. 451
#272

**The heroine and the romantic lead are becoming involved at this point in the story. The heroine's nemesis (Lia in Crave, and Taylor in BMR) attempts to make the heroine jealous by implying she has a claim to the romantic lead that is superior to the heroine's.**

BMR 2011 (p. 149-151) provides the basis for this scene in Crave (p. 295-296). Crave adds BMR 2011 (p. 64 and 468) where the heroine is feeling connected to the romantic lead and feels drawn toward him.

Lia tries to make heroine jealous by implying she has a special tie to the romantic lead:
"They tell me that nothing has to change, that Jaxon's a perfectly good replacement…I don't care about politics or family dynasties, even if he does."
p. 295-296

Taylor tries to make heroine jealous by implying that she has a special tie to the romantic lead:
"Well…it was very romantic. That boy knows how to wine and dine a girl if you know what I mean."

2011 p. 149
#273

**EXHIBIT 1**

Heroine's "body tightens up at the mention of his name linked with hers."
She's "reeling under the news that she and Jaxon are supposed to be together…and that he's willing to go along with it."
p. 295-296

Heroine feels a "clutching sensation in my chest" when Taylor says they had a dinner date.
"Pain formed a tight knot in my stomach. 'He told me had to work tonight.' The words fled my lips in a whisper of dismay."
2011 p. 149-150
`#274, #275`

Heroine concludes that it's not true:
"But she looks so small when she says it, so Exposed, that my heart twists for her. Besides, It doesn't make sense…Not with the way he kissed me."
p. 296

Heroine concludes that it's not true:
'Really? I think you're the one who's worried about getting hurt.' Her mouth fell open in surprise. 'Why would you think that?'…'Because of all the effort you're making to convince me he's into you.'
2011 p. 151
`#276`

Heroine already feels a connection to romantic lead:
"Not when I already feel this connection to Jaxon."

p. 296

Heroine already feels a connection to romantic lead:
"I felt a current between us, a connection. Even though we'd only just met, he was already somehow important to me."
2011 p. 64
`#277`

Heroine feels a push toward the romantic lead:
"Like there's something pushing me toward him, making me want him."
p. 297

Heroine feels a pull toward the romantic lead:
"There was always this constant pull toward him, this desire to be near him…"
2011 p. 468
`#278`

**The heroine wants to know the truth about what really happened after her first kiss with the romantic lead. She finds marks on her neck. In Crave, they look like puncture marks. In BMR they are markings or script but not from the romantic lead. She doesn't understand what the marks are and can't sleep. She is told the romantic lead is a supernatural being, a vampire (Crave), a werewolf (BMR). She learns that monsters are real.**

To create this scene in Crave, (p. 300-325) BMR 2011 and 2013 are used as the basis. The heroine realizing that there is a reason for the romantic lead keeping his distance, the marks on her neck, her trouble sleeping that night, wanting answers about the romantic lead, crossing the threshold, and wondering about aliens, (Crave p. 300-310) is taken from BMR 2011 (186, 189-90; 192, 193, 202, 228). When heroine is "dizzy" from blood loss, this is taken from BMR 2010 blood loss scene (p. 321 v. Crave p. 303). Heroine learning about her

**EXHIBIT 1**

friends being supernaturals and the JK Rowling / *Harry Potter* reference is taken from BMR 2013 (p. 405), and that her two remaining family members are both witches (p. 220,) dragons (p. 283). Note that the first time heroine learns about dragon shifting people is in BMR 2012 (p. 312-313) v. Crave (p. 314). The heroine's parents loving each other a lot is taken from Midnight Overview Notes 2009, and The World Notes 2010. The romantic lead's "healing bite" used to save the heroine's life is taken from BMR 2010 (p. 329 ) v. Crave ( p. 319) where his "healing venom" is used to save her. Crave's use of "a little glamour" magic to fix hair and makeup is taken from BMR 2014 (p. 102). The remainder of the scene is taken from 2011 and 2013, respectively.

| | |
|---|---|
| After the first kiss, and her injury, heroine is suspicious of the romantic lead.<br>"…something that accounts for why my uncle was so nervous and Jaxon so determined to put distance "between us." She finds "puncture marks" on her on her neck. "There's no going to sleep after that."<br>She wonders about aliens. Monsters.<br>p. 300-301 | After the first kiss, she is bothered by what happened with the romantic lead and wants the truth.<br>"The reason he kept his distance is because his parents knew he had a shifty eye problem…"<br>She finds "markings" on her neck.<br>"I was too wired to go to sleep…"<br>She wonders about aliens and monsters.<br> 2011 p. 186, 189, 190, 193;<br>#279- #282 |
| Heroine is still a little dizzy from blood loss.<br>p. 303 | Heroine is dizzy and tired from blood loss.<br>2011 p. 402-403<br>#283 |
| Heroine wants to know the truth about romantic lead.<br>"I march through the school like a woman on a mission."<br>Heroine wonders about vampire lore and crossing the threshold of her room.<br>When heroine learns that the supernatural is real,<br>"…it's just that my head is spinning." She asks, "Is. Jaxon. Vega. A. Vampire?"<br>p. 303, 309, 310, 313 | Heroine wants to know the truth about romantic lead.<br>"I wanted answers about Ash and I wanted them now."<br>Heroine wonders about vampire facts and crossing the threshold of her house.<br>When heroine learns that the supernatural real,<br>"My head was spinning…" She asks, "I-I think you might be under a curse of some kind. Like a werewolf."<br>2011 p. 192, 202, 230, 228<br>#284-#287 |
| Vamp is short for vampire in the story:<br>"Flint's definitely not a vamp."<br>p.314 | Vamp is short for vampire in the story:<br>"That vamp asked for you by name." 2011 p. 508<br>#288 |
| When she's told about Flint being a dragon:<br>"I hold my arms up and kind of flap them"<br>"Yes, he's got wings."<br>p. 314 | When she sees her friends and Brendan with wings:<br>"I flap my arms"<br>'Love the wings, girls' 'Brendan' …'Not you, too?'<br>2013 p. 283 (Brendan is a faery 2013 p. 405)<br>#289 |

**EXHIBIT 1**

**Page 143**

Heroine asks if her cousin is a fairy.
p. 314

Heroine is told that her friend is a faery.
2013 p. 405
#290

She thinks her parents were human.
She learns her father wasn't human:
"Wait a minute. You're saying my dad *was* a witch?"
p. 315-316 Court p. 164

She thinks her parents are human.
She learns her father wasn't human:
"My father. Why didn't he tell me?"
2010 p. 354; 2011 p. 345, 440, 446, 582; 2013 p. 344,
576, 578; 2014 p. 280; *The World Notes,* 2010 p. 354
#291, 292

Heroine learns her remaining two family members
are both witches:
"A warlock, yeah. Just like my dad. And I'm a
p. 316

Heroine learns her remaining two family members
are both witches:
"My mom and my aunt are both witches…"
2013 p. 220; 2011 p. 576, 578
#293

Her parents "loved each other a ridiculous amount."
p. 316

Her parents were "deeply in love with one another."
*Midnight Overview Notes, 2009; The World Notes,
2010*
#294

JK Rowling (Harry Potter) is mentioned in the scene
where heroine learns her friends are supernatural:
'Well, what kind of witch are you if you can't do
something an eleven year old kid can do?'
'The kind that doesn't come from J.K. Rowling's
brilliant imagination.'
p. 317

Harry Potter is mentioned in the scene
where heroine learns her friends are supernatural:
'Are you quoting *Harry Potter*? Really?!'
'Think of what I'm doing  as my very own
sorting hat…'

2013 p. 405
#295

Heroine realizes monsters are real.
p. 318

Heroine realizes monsters are real.
2011 p. 237
#296

**EXHIBIT 1**

**Page 144**

Heroine's friends are all supernatural and her teachers.

p. 313, 314, 316, 321

Heroine's friends are all supernatural and two teachers.
"Ash and Anna each find themselves with a unique group of friends with some surprising abilities of their own."
"You're not human? *None* of you?"
*Midnight Overview Notes, 2009, p. 2*; 2013 p. 409, 407, 405, 423; 2011 p. 421
#297

Romantic lead used his vampire venom to save heroine's life. "Jaxon didn't bite you, but he did use his healing venom to seal your wound."

p. 319

Romantic lead used his werewolf bite to save heroine's life. "One bite is only enough to gift you with rapid healing" "Ash's healing bite" "the healing bite he'd given me"
2010 p. 329; 2011 p. 423, 425
#298

Heroine learns that vampire venom has "coagulant properties."
p. 319-320

Heroine learns that vampire saliva has "coagulating properties."
2010 p. 429; 2011 p. 532-533
#299

Heroine asks if she'll turn into a vampire, and is laughed at and told no. Heroine is told she won't "sprout fangs:" "No, Grace, you're not about to sprout fangs and start sucking people's blood."

p. 320

She asks if she'll turn into a werewolf, is laughed at and told she is exactly what she was before. Heroine says her dad didn't "sprout fur:"
"E-enough to know he d-didn't sprout fur and whiskers and run around on four f-feet."
2010 p. 329, 294
#300

Main supernaturals are vampires, witches, werewolves, and dragons in the first story.
p. 321

Main supernaturals are vampires, witches, werewolves in the first story. And there are dragons.
2011 p. 478, 576, 421; 2012 p. 312-13; 505; 2013 p. 435; *The World Notes, 2010.*
#301

**EXHIBIT 1**

**Page 145**

Heroine's friends and family are supernatural beings
Fairy, banshee, siren, berserker, windigo, succubi,
succubi, trolls, demons,  also exist in later books in
the series.
p. 314, 316, 321, 314, 480; Crush p. 73, 371, 255, 73;
Covet p. 498, 119, 501, 503

Heroine's friends & family are supernatural beings
Faery, ban sidhe, siren, berserker, wendigo,
trolls, demons, also exist in later versions of the
manuscripts.
2013 p. 409; 405-409, 423, 81; 2011 p. 421, 500,
224, 236, 576, 490, 4, 231; 2012 p. 312-313, 505
#297

Wolf shifters aren't werewolves in the "technical"
sense:
"Well, if you're going to get technical, they're wolf
shifters really, more than werewolves."
p. 321

Wolf shifters aren't werewolves, "technicality"

"He claimed he wasn't a werewolf but could shift
into a wolf. It seemed like a bit of a technicality…"
2011 p. 236
#302

Wolf shifters "get a little extra wild around the
full moon."
p. 321

Wolf shifters feel "added pressure of the full moon"

2011 p. 231
#303

Heroine's friend, Flint, is a dragon:
"Flint *is* a dragon, all the time. He can shift
between his dragon and human form…"
p. 321

Heroine's great, great-grandmother "took the form of
a dragon;" "dragon-shifting people"

2012 p. 312-314; 505;  *The World Notes, 2010*
#304

Heroine's cousin uses witches' glamour to do
her make-up and hair.
p. 322, 323

Heroine's aunt uses witches' glamour to do heroine's
make-up and hair.
2014 p. 102
#305

Heroine thinks about her "alien theory" and
how she misses that instead of the truth about
what she saw at school.

p. 325

Heroine's teacher talks about "space-aliens theory"
to explain what people didn't understand about
ancient Egypt; "aliens theory" to explain the
unexplainable.
2014 p. 34; 2016 p. 41
#306

**EXHIBIT 1**

In both books, someone is trying to kill the heroine to stop the war between the supernatural races. The heroine is the key to releasing the evil character (Hudson in Crave, and Ronan in BMR, who will bring destruction). Heroine's uncle explains / romantic lead explains, that there is a war going on. In Crave, it's a "giant turf war" and in BMR, the "earth" is used as a "battlefield." The heroine is in danger and should leave Alaska, but doesn't. The heroine thinks of mythology to understand the supernaturals. She realizes she should be scared of the romantic lead's power but isn't.

To create these segments in Crave (p. 331-372), BMR 2010/2011 and 2013 are used as the basis. Parts of this segment are in proximity, such as the heroine asking her aunt and mother in BMR and her uncle in Crave "why didn't you tell me" about the supernatural world BMR 2013 (p. 343) and Crave (p. 343) on the same page. The scene of the romantic lead bleeding is taken from BMR 2011 (p. 110-111). In Crave, he is bleeding because he saved the heroine from a crashing chandelier. In BMR, he is bleeding from an accident. The words are similar as is the sequence. Crave (p. 341) tacks on the plot point of someone trying to kill the heroine from BMR 2013 (p. 334). This is a device in all BMR versions. Crave pulls additional material from BMR, such as the heroine's realization that the supernatural is real and "things that go bump in the night," and reconciling school and war in Crave (p. 343-344) and BMR 2011 (p. 236-237; 230; 462) for example.

Note the page number proximity when discussing genes in Crave (p. 348), and in BMR 2010 (p. 338-339), BMR 2011 (p. 421-422), as well as the discussion about vampires born into families not knowing what they are and running rampant killing everyone in Crave (p. 350), which is taken from BMR 2010 (p. 338-339) about Berserkers born into families not knowing what they are and fighting until no one is left standing. Crave's discussion between the heroine and her uncle about her leaving Alaska is taken from the same discussion between the heroine and her mother and aunt in BMR 2014. Crave pulls additional BMR materials to round out the scene in Crave, such as the romantic lead creating an "invisible barrier" (p. 368) which is taken from BMR 2013 (p. 394) where vampires create an "invisible fence." Also note the words used to describe the element of air being called on in both books, where "a light wind is ruffling" the heroine's hair in Crave (p. 355) and a "gentle wind ruffles" the heroine's hair in BMR 2011 (p. 386-387)

| | |
|---|---|
| Heroine notices that romantic lead is bleeding when They are in the school cafeteria. A chandelier crashed. He behaves strangely about it. "'You're bleeding.' 'I'm fine.' He shrugs it off… 'You're hurt. Let me take care of you.' For long seconds, he still doesn't move, just stares at me, unblinking…" | Heroine notices that romantic lead is bleeding when they are in a school class together. He behaves strangely about it. 'Are you bleeding?'... 'Yeah, it's nothing.'... 'But you're still bleeding.' I… pulled his shirt back... 'I'm fine,' he said, staring into my eyes as if willing me to believe him. There was a long moment of intense silence between us…our eyes locked with one another." |
| p. 331 | 2011 p. 110-111 #307 |

**EXHIBIT 1**

**Page 147**

Heroine learns that someone is trying to kill her.
"Someone is trying to kill you, Grace.
p. 334

Heroine learns that the supernatural world is real and
there is a war going on between the beings:
"everything you'd ever heard about the supernatural
world was actually real"… "school is filled with things
that go bump in the night"… "vampires and dragons are
real when we're in the middle of a giant turf war."


p. 343-344


Heroine's uncle talks to her about the danger she's
in. Her uncle tells her they kept her in the dark about
the supernatural world to give her time to get
used to Alaska and the death of her parents.

'Why didn't you tell me?'
p. 343


Heroine's uncle wants her to leave Alaska
because he believes the heroine is in danger.
p. 345-346


Heroine's uncle says romantic lead is "seductive"
"I know Jaxon can be…Seductive. I know how
the girls feel about him, and I get it."
p. 347

---

Heroine learns that the Order will kill her.
"Because they'll kill you."
2013 p. 344
#308

Heroine learns that the supernatural world is real and
there is a war going on between the beings:
"A reality where the supernatural was…natural."
"The things that go bump in the night… All the
fairy tales and stories…they're true." "How could I
reconcile school with demons, werewolves and a
supernatural war?" "beings of myth and legend are
are fighting each other…Earth as the battlefield."
2011 p. 236-237; 230; 462
#309, #310

Heroine's mother and aunt talk to her about the
danger she's in. They tell her they kept her in the
dark about the supernatural because they couldn't
take any risks with her safety since her dad was
killed, and Alaska seemed a safe place.
'Why haven't you told me *anything*?'
2013 p. 343; 344-345
#311

Heroine's mother and aunt want to leave Alaska
because the heroine is in danger.
2014 p. 279-280
#312

Romantic lead is "seductive" to the opposite sex:
"Seductively charismatic…Intensely sexually
attractive to the opposite sex."
*The Cast Notes, 2008*
#313

---

**EXHIBIT 1**

**Page 148**

| | |
|---|---|
| Heroine's uncle explains that vampires can be born, and romantic lead is a born vampire. Vampires can be made, most are. p. 348 | Vampire prince explains to heroine that vampires are born. The vampire prince is a born vampire. Vampires can be made. 2011 p. 541; 2010 p. 438; 2011 p. 547 #314, #315 |
| Romantic lead's type of supernatural being is due to a genetic mutation. p. 349 | Romantic lead's type of supernatural being is due to a gene. Heroine wonders if his type is due to a genetic mutation. 2010 p. 338-339; 2011 p. 186 #316, #317 |
| Heroine is told that sometimes a vampire is born due to a genetic mutation and doesn't know what they are. "Run rampant killing everyone in sight." p. 350 | Heroine is told that sometimes a Berserker is born due to a gene and doesn't know what they are. Berserkers "fought until no one was left standing." 2010 p. 338-339 #318 |
| Heroine doesn't want to leave Alaska: "I don't want to go back to San Diego…." p. 350 | Heroine doesn't want to leave Alaska "*I can't just leave!*" 2014 p. 279 #319 |
| In this talk with her uncle about leaving Alaska, heroine mentions the loss of her parents. Her uncle tells her he promised her father he would take care of her if he died, and he won't let him down. p. 351 | In this talk with her mother and aunt about Alaska, her mother mentions the loss of all of their family, heroine's dad, cousins, etc. Her mother tells her she cannot and won't lose her too. 2014 p. 280 #320 |
| Heroine ends up staying in Alaska. p. 351 | Heroine ends up staying in Alaska. 2014 p. 373, 375 #321 |

**EXHIBIT 1**

**Page 149**

| | |
|---|---|
| She thinks about the fact that monsters are real and that it will take getting used to. | She thinks about the fact that monsters are real and that she will go back to checking under her bed and leaving a nightlight on. |
| "*monsters are real*"<br>p. 354 | "Because they're real. Monsters."<br>2010 p. 3; 185<br>**#322** |
| Heroine thinks about books on mythology, and wonders if there might be books about the different paranormal creatures she's at school with.<br>"mythology section…any books on the different paranormal creatures"<br>p. 354 | Heroine thinks about the different mythological beings from books she's read and wonders whether they were shape-shifters like the romantic lead and his family. "images from books I'd read…mythological beings…"<br>2011 p. 230-231<br>**#333** |
| Magical wind blows, "ruffling" heroine's hair: Heroine meets a witch with an affinity for the elements. They talk about the elements and she shows the heroine how air works:<br>"A light wind blows through the library ruffling my hair…"<br>p. 355 | Magical wind "ruffles" heroine's hair: Heroine is told that witches call on the elements: earth, air, water, fire, and spirit. In a dream, heroine calls the elements and: "A gentle wind ruffles my hair…"<br><br>2011 p. 463; 386, 387 (ruffles my hair)<br>**#334** |
| Romantic lead has powers with his mind.<br>"telekinesis"<br>p. 366 | Romantic lead has powers with his mind.<br>can "compel" "blur memories" "charm"<br>2011 p. 271, 286<br>**#335** |
| Heroine notices an "invisible barrier" stopping her And others from moving forward. Romantic lead is a vampire and used his power to do this.<br>p. 368 | Heroine notices an "invisible fence" stopping her friends from moving forward. The vampires used their power to do this.<br>2013 p. 394<br>**#336** |

**EXHIBIT 1**

**Page 150**

Heroine thinks she should be scared of romantic lead after seeing his power but isn't:
"…control Jaxon exerted over everyone in that lounge including me…The obscene amount of power he wielded with just a wave of his hand?...Except, like the violence, it doesn't scare me the way it probably should. *He* doesn't scare me the way he probably should."
p. 371

Heroine thinks she should be scared of romantic lead after seeing and talking about his powers but isn't:
"I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't."

2010 p. 220
#337

Romantic lead tells her he won't hurt her.
p. 372

Romantic lead tells her he would never hurt her
2011 p. 172
#338

Romantic lead 'struggles for' 'like a fish out of water'
"His mouth opens and closes like a fish out of water as he struggles for a decent response."
p. 373

Heroine 'struggles for' 'like a fish out of water'
"My mouth opens and closes like a fish out of water… as I struggle for air…"
2011 p. 2
#339

Romantic lead and heroine talk about what he is, what he can do, and he asks if he scares her.
p. 375

Romantic lead and heroine talk about what he is, and he tells her he doesn't want to scare her.
2011 p. 237

**Heroine and romantic lead are about to kiss for the second time. They have a who I am what I am conversation about the romantic lead. She tries to kiss him but he won't allow it until he knows that she's okay with what he is.**

Crave (p. 378-388) creates this scene using BMR 2011 and 2013 as the basis. Crave takes a kissing sequence from 2012, then adds another sequence from 2011 about how the romantic lead makes heroine feel to complete the scene. The scent of the romantic lead is frequently described in both books, often using similar words. The romantic lead often touches the heroine's hair in both books; in Crave (p. 29, 202, 225, 386, 502) which is taken from BMR 2011 (p. 62, 261, 299, 321, 462, 468, 477).

**EXHIBIT 1**

**Page 151**

They have a who I am what I am conversation
and they're about to kiss for the second time.
"…I lace our fingers together..." She moves to kiss
him but he doesn't move. "My confidence—shaky
at the best of times—is about to desert me completely."
'I want you.' 'Even knowing what I am?' 'I know
*who* you are.'

p. 378

They have a who I am what I am conversation
and they're about to kiss for the second time.
"He…lacing his fingers through mine." She
raises her face to kiss him but he doesn't move.
"Mortified, I look away." 'When we kiss, I
want it to be because you want *me*… I don't
want you to have any questions…About who I
am or what I am.'
2013 p. 208; see also 2010 p. 221
#340-#342

She tells him she doesn't want him to walk away;
"What scares me is the idea that you're going to
walk away and I'm going to go my whole life
without knowing what this feels like."
p. 379

He tells her, he doesn't want her to walk away;
"I can't explain it, but I have a feeling that if I
you walk away, I'll be missing something so
important that I can't take that chance."
2013 p. 223
#343

The romantic lead and heroine kiss:
"I arch against him in an effort to be closer"
"My fingers tangle in his hair"
"and he groans low in his throat"
p. 383

The romantic lead and heroine kiss:
"I'm pulling him to me, closer"
"My hands are in his hair"
"He groans low in his throat"
2013 p. 222; 2013 p. 225
#344

Romantic lead explains he had trouble with self-
control of his powers when he and the heroine
first kissed.
"I promise the earthquake thing isn't going to
happen anymore…it's going to take a little time
for me to figure out how to control all of the
things you make me feel."
p. 383

Romantic lead explains he had trouble with self-
control of his powers when he and the heroine first
kissed.
"Because I find you so…appealing, and with the
added pressure of the full moon, I didn't have
enough self-control not to show a little fang."

2011 p. 231
#345

Heroine thinks romantic lead has a smile that
lights up his whole face.
p. 384

Heroine thinks romantic lead has a smile that lights
up his entire face.
2011 p. 119
#346

**EXHIBIT 1**

**Page 152**

His words make her melt inside:
"…try to pretend his words aren't making me melt deep inside."
p. 384

His words make her melt inside"
"…the way he said those words—I'm melting inside."
2011 p. 147
#347

He likes to touch "a lock of my hair" and touches heroine's hair often.
p. 386; 29; 202, 225, 502 kindle

He likes to touch a "lock of my hair" and touches heroine's hair often.
2011 p. 62, 261; 299, 321, 462, 466, 468, 477
#348

She notices his scent of "oranges" and "deep water."
"he groans low in his throat"
"glorious taste, and feel, and sound of him"
"Never been this intimate with a guy before…but with Jaxon I want it all.
p. 388

She notices his scent of "citrus" "waterfalls"
"he groans low in his throat"
"being with him, the touch of his skin…the way his lips feel…make me want to be with more than I want anything else."
2010 p. 372; 2011 p. 460 citrus and waterfalls; 2013 p. 225
#349

**Romantic lead talks to heroine about his older brother who was killed.**

Crave (p. 390-395) takes from BMR 2010 and 2011 for this segment. Crave's discussion between the heroine and the romantic lead regarding the death of his older brother (p. 390) takes from BMR 2011 (p. 125) Note that the dead older brother in Crave "looks nineteen" in Covet p. 448, and is nineteen in BMR. The references to royalty, a "mock bow" and the "Chosen One" are from BMR 2011. In Crave, Hudson is the vampire prince (p. 391-392), which is taken from BMR 2010, where Julian is the vampire prince (p. 427). Note that heroine thinks of the romantic lead as "royalty" in Crave (p. 392) which is taken from the romantic lead being referred to as "His Royal Hotness" by the heroine in BMR 2011 (p. 319). The word "royalty" is also used in BMR to refer to the Ronan character, who is Hudson in BMR. They are both "royalty" 2011 (p. 592)

Heroine and romantic lead are connected by loss; Jaxon believes he killed his older brother. He feels responsible.
p. 390

Heroine and romantic lead are connected by loss; Ash's older brother was murdered, he feels Responsible.
2011 p. 125
#350

**EXHIBIT 1**

**Page 153**

| | |
|---|---|
| Romantic lead's older brother, Hudson, looks 19. Covet p. 448 | Romantic lead's older brother, Dylan, was 19. 2011 p. 125 #351 |
| Hudson was the vampire prince. p. 391-392 | Julian is the vampire prince. 2010 p. 427 #352 |
| Romantic lead "does a mock little bow" to heroine. p. 392 | Romantic lead "swept his arm out, ducking in a mock bow" to heroine 2011 p. 37 #353 |
| Romantic lead is royal, his father is the vampire The Order are vampire guys at school who are around romantic lead and do his bidding. p. 392; p. 135, 557 (the Order) | Romantic lead is referred to as "His Royal Hotness;" he and his clan are knights who serve the Order. The Order is a governing branch of supernaturals. 2011 p. 319; p. 443,444 #354-#356 |
| Romantic lead tells heroine about Hudson, and how he was told he was the "Chosen One" p. 394 | Heroine is called the "Chosen One" by her nemesis. 2011 p. 567 #357 |
| Romantic lead uses air quotes when talking to heroine about Hudson's plan to get rid of shifters. Werewolves are wolf shifters. "he curls the fingers of his free hand and makes air quotes…" p. 395 | Aunt uses air quotes when talking to heroine about werewolves, who are wolf shifters. "she made air quotes with her fingers" 2011 p. 76 #358 |
| Romantic lead's brother, Hudson, was responsible for what began to look a lot like genocide. p. 395, p. 397 | Ronan was responsible for the wholesale slaughter of his people. 2011 p. 46, p. 434 #359 |

**EXHIBIT 1**

**Page 154**

| | |
|---|---|
| Hudson started a fight that could rip the whole world apart.<br><br>p. 395 | When Ronan rises, the end is near.<br><br>2014 p. 267<br>#360 |

**Mind control powers of the romantic leads: In Crave, the romantic lead has power with his mind; he's telekinetic. His brother, Hudson, the "vampire prince," has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

**In BMR, the romantic lead can make people do things with his mind, and Ronan, the Bloodletter, is said to have taken away people's free will. The vampire prince, Julian, has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

This segment in Crave (p. 397-435) is taken from BMR 2010 and 2011 with one segment from 2013 and one from *The Cast Notes, 2008.* Some of this segment occurs in page proximity, for example, Hudson in Crave, would destroy them all (p. 398) and in BMR, Ronan slaughtered every man, woman and child, 2010 (p. 355) 2011 (p. 441); the heroine wonders how old romantic lead is, and how his kind age, in Crave (p. 407) and BMR 2011 (p. 420); and the heroine wonders if the voice she hears is sentient and exists away from her own consciousness in Crave (p. 418) versus the heroine feeling fractured, like there are two of her sharing the same skin BMR 2011 (p. 430). Note the words used between the heads and synonyms, as well as paraphrasing, such as the romantic lead "turns back around to look at me" and she sees "pain" in his eyes in Crave (p. 397-398), and BMR 2011 (p. 125) where romantic lead "turned and looked at me" and she sees "pain in his eyes." These actions are in the context of the romantic lead talking about his dead brother.

| | |
|---|---|
| The vampire prince, Hudson, could make people do anything.<br><br>p. 397 | The vampire prince, Julian, can make people do anything. Ronan took away free will, ability to choose; romantic lead can manipulate free will.<br>2011 p. 531; 432; 454<br>#361 |
| Hudson would destroy them all just because he could.<br>p. 397 | Ronan slaughtered every man, woman, and child…<br>2011 p. 434<br>#362 |
| Heroine can see romantic lead's pain:<br>"When he finally turns back around to look at me I can see the pain…in his eyes"<br>"devastation"<br>p. 397-398 | Heroine can see romantic lead's pain:<br>"he turned and looked at me"<br>"the pain in his eyes"<br>"anguish"<br>2011 p. 125<br>#363 |

**EXHIBIT 1**

**Page 155**

A supernatural war is at stake between the races of supernatural beings.
p. 398

A supernatural war is heating up between the races of supernatural beings.
2010 p. 355; 2011 p. 441
#364

Romantic lead tells heroine he's tried to stay away because he thinks he's a danger to her:
"They've been gunning for you since you got here…I'm sure it's continued–and gotten worse–because you're mine.
It's why I tried to stay away from you."

p. 398-399;

Romantic lead tells heroine he's tried to stay away because he thinks he's a danger to her:
"I'm just worried now because you're so very publicly connected to me."..."If we're seen together as a couple it might not be safe."
'So you've been avoiding me because?'...'I wanted to protect you…I didn't think it was safe for you to be around me.'
2011 p. 321, 297; 2014 p. 99
#365

Romantic lead feels a responsibility keep the "balance" and stop the war or "the world burns"
p. 399

Romantic lead feels a responsibility to stop the "balance" from being tipped in the war or "the world as we know it will never be the same"
2011 p. 239, 241, 248
#366

Romantic lead is a lonely person:
"The pain, the loneliness, of his existence hits me like an avalanche.

p. 400

Romantic lead is a lonely person:
"he is is a lone wolf…he has not had the opportunity to form meaningful relationships…he feels very lonely."
The Cast Notes 2008; 2011 p. 121
#367

Heroine tells romantic lead he isn't a monster.
p. 400

Heroine tells romantic lead he isn't a monster.
2011 p. 253; p. 261
#368

**EXHIBIT 1**

**Page 156**

Romantic lead tells heroine after she was in danger and could have been killed by a supernatural:
"I'll do whatever it takes to keep you safe, even if that means taking on every shifter in this place. Especially any dragons who might have the power to kick up a wind like the one that broke that branch."
p. 404

Romantic lead tells heroine after she was in danger and could have been killed by a supernatural:
"I want you to feel safe with me, protected…But I promise you, Anna, I'll make sure nothing like that can ever happen again..."

2010 p. 364; 2011 p. 468
#369

---

They kiss "until his breath becomes my breath…"
p. 405

They kiss "our breaths becoming one breath."
2011 p. 256
#370

---

Romantic lead asks her if she really wants to talk about this now, she has questions about his kind of supernatural being:
"Is this seriously what you want to talk about right now?"
p. 407

Romantic lead asks her if she really wants to know about this, she has questions about his kind of supernatural being:
"Do you really want to know?"

2011 p. 420
#370 a

---

Heroine wonders if romantic lead's kind age the way vampires do or do they age like humans? She wonders how old he is.
p. 407

Heroine wonders if romantic lead's kind age the way humans do. She asks how old he is.

2011 p. 420
#371

---

Romantic lead winks at her when her uncle is at the door, after they've been making out and she's worried about it looking like they have, tries to fix her hair.
p. 407

Romantic lead winks at her when he puts her legs across his lap and heroine worries about what his parents will think of their public display of affection since they're in the room.
2011 p. 418
#372

---

Flint warns heroine: "You shouldn't go anywhere alone. It's not safe."

p. 416

Romantic lead warns heroine: "It's not safe to be out alone, even after school." Her aunt warns her not to "be going anyplace alone" as well as her mother
2011 p. 62; p. 81, 82; p. 61
#373

**EXHIBIT 1**

**Page 157**

Heroine wonders about the voice in
her head and wants something to prove
she isn't crazy for hearing it.
p. 418

Heroine wonders about the voice in her head
and that it's a crazy voice or she is going crazy.

2011 p. 314; 337
#374

Heroine wonders about the voice she hears, it seems
as though there is a separate being:
"felt almost sentient, like it existed away
from my own consciousness and subconscious."
p. 418

Heroine wonders about the voice she hears, it seems
as though there are two of her:
"I wondered if I would always feel fractured, like
there were two of me sharing the same skin."
2011 p. 430
#375

Heroine isn't to be any place alone.
Lia walks her to class.

p. 423

Heroine isn't to be any place alone. Romantic lead
brings her home from school, her friends stay with
her.
2011 p. 59, p. 61; p. 517
#376

Heroine worries about gossip and doesn't want
to "add fuel to the fire."
p. 424

Heroine is in a gossip column about herself and
the romantic lead "adding fuel to the fire."
2011 p. 319
#377

Lia invites heroine to a girls night to get away
from the guys who are sticking to her to keep her
safe. This is a pretext for the kidnapping later.
p. 425

Jenny invites heroine to a slumber party to keep her
safe. This is a pretext for the kidnapping that occurs
later.
2010 p. 415
#378

Heroine thinks about her parents' deaths.
p. 427

Heroine thinks about her dad's death.
2011 p. 424

She thinks about "real friends" while she is with
Lia, and how important they are. Lia is a new friend.
p. 427

She thinks about "real friends" when she's with
Jenny and Rachel, who are new friends.
2011 p. 334-335
#379

**EXHIBIT 1**

**Page 158**

| | |
|---|---|
| She gets a text when she's with Lia and texts romantic lead back. | She texts romantic lead her plans to go to the slumber party later that night. |
| p. 427 | 2011 p. 518 |
| Romantic lead asks heroine to meet him at his room at school. Heroine tells her cousin she and the romantic lead are just "hanging out," but then wonders what to wear "for our…date." p. 429, 430 | Romantic lead asks heroine to meet him at the school dance. "It feels like a date" 2013 p. 151 #380 |
| Heroine notices romantic lead's scent" "orange and freshwater scent" p. 435 | Heroine notices romantic lead's scent: "savoring his scent…citrus…waterfalls" 2011 p. 460 #381 |

**Northern Lights Scene. The romantic lead takes the heroine to see the northern lights. In Crave, he takes her and they dance beneath the northern lights. In BMR, they dance together at the school dance, and then he takes her outside to see the northern lights.**

Crave (p. 438-440) creates this scene using BMR 2011 and 2013, and blends BMR's dancing scene (2011 p. 162-163) and the northern lights scene (2013 p. 153-154; 158). The romantic lead seems like he can fly is taken from BMR 2011 (p. 453) used in Crave (p. 440) in proximity. Note the exact words and synonyms used in this scene, such as "I barely feel the cold" in Crave (p. 438) compared with "It's unseasonably cold…but I barely feel it." in BMR 2013 (p. 149); and "spectacular light show" in Crave (p. 441 ) with "personal lightshow" in BMR 2013 (p. 153); and colors "swirl across" in Crave (p. 438 ) and BMR (p. 153)  for example.

| | |
|---|---|
| When heroine meets the romantic lead at his room, They end up going outside together to view the northern lights and then dance together: "The northern lights…I barely feel the cold…" p. 438 | When the heroine meets the romantic lead at the dance, they leave together afterward and go outside to view the northern lights: "It's unseasonably cold…but I barely feel it… We've decided to check out the northern lights." 2013 p. 153 #382 |

**EXHIBIT 1**

**Page 159**

"intense purple while swirls of periwinkle and green and red dance across it." They discuss the science behind it: "solar winds hitting the atmosphere" and heroine says "And the colors are about the elements, right? The green and red are oxygen and the blue and purple are nitrogen."
p. 438

"Flowing streamers of brilliant green and purple swirled across a pitch black sky." Heroine mentions the science when romantic lead asks what she thinks about it, "I know there's a scientific explanation for it…"

2013 p. 154
#383, #384

"He kisses me like he's starving for me…I kiss him right back the same way."
p. 439

"kiss…a sort of hunger overtakes me and I claim his mouth with my own."
2013 p. 158
#385

Heroine is in romantic lead's arms.
"I'm snuggled up in the blanket *and* his arms."
p. 438

Heroine is in romantic lead's arms.
"peace settles over me like a warm blanket…"
2011 p. 162
#386

"I laugh all the way through it…dancing and floating and spinning our way…the joy of being here, in this moment, with Jaxon."

p. 441

"We were suspended in time, just the two of us…as we danced. We moved in perfect time…I laughed for the pure joy of it." (school dance that precedes the northern lights scene )
2011 p. 162-163; 2013 p. 149
#387

The northern lights is "a spectacular light show"
p. 441

The northern lights is "our own personal lightshow"
2013 p. 153.
#388

Romantic lead seems like he can fly; he's telekinetic: "How are we flying?"

p. 440

Romantic lead seems like he can fly; he can jump really high: "I didn't exactly fly. Well, I guess I sort of did, didn't I?
2011 p. 453
#389

**EXHIBIT 1**

**Page 160**

**Heroine receives a special necklace. The romantic lead in Crave gives the heroine a special necklace. In BMR, Ronan gives her a special necklace. Ronan is Crave's Hudson (the presumed dead brother of romantic lead), who is not introduced as a character until book two, Crush, and will be part of a love triangle. Ronan is intended for the love triangle in BMR, according to Freeman materials, with the foundation set forth in versions of the manuscript.**

This brief scene is created in Crave (p. 443-444) by combining the same scene written in BMR 2010 (p. 484) and BMR 2013 (p. 452-453), where Ronan gives the heroine a special necklace. Crave also takes from BMR 2010 when the romantic lead offers her a ride she wants to accept but feels she can't and "everything within me is screaming to just give in and say yes" BMR 2013 (p. 51) v. Crave where the romantic lead offers her the necklace and "everything inside me is screaming" for her to take the necklace, even though she feels she shouldn't (p. 443).

| | |
|---|---|
| Romantic lead offers heroine a necklace, which she doesn't think she should accept, but does: "everything inside me is screaming for me to hold tight to the necklace and never let it go." p. 443 | Romantic lead offers heroine a ride which she doesn't think she should accept, but does: "everything within me is screaming to just give in and say yes to the ride." 2013 p. 51 #390 |
| Romantic lead gives her the necklace. The necklace is a special stone: "It's the most beautiful thing I've ever seen." "huge rainbow colored gemstone" "aurora borealis stone" "He lowers the necklace until the stone rests a little below my collarbone… and fastens it around my neck." p. 443 | Ronan, gives her a necklace. The necklace is a special stone: "It's beautiful." "glimmering moonstone" "a summoning stone" "I feel him walk the fingers of one hand slowly up my arm to my collarbone… He's put the necklace around my neck?" 2013 p. 452-453; 2010 p. 484 #391 |
| After she's given the necklace, he kisses her and cold is mentioned: "he's kissing me, really kissing me… his lips move over mine… I've never felt anything like this before… the cold catches up with me…" p. 444 | After she's given the necklace, he kisses her and cold is mentioned: "He…gently touched his mouth to mine… his lips lingered over mine… I gave myself up to the sensation of it… our breath mingling in the night air that should have been cold." 2010 p. 484 #392 |

**EXHIBIT 1**

**Page 161**

**Romantic lead asks if he can bite the heroine scene. In Crave, the romantic lead asks to bite the heroine as part of their kissing. In BMR, the romantic lead asks to bite her in order to save her. In both sequences, he snarls, his mouth is bloody, and it's a frightening moment.**

Crave (p. 447-453) uses BMR 2011 (p. 406-414) as the basis for this scene, and is in page number proximity for parts of it. BMR 2013 is then used for the spiked drink with waves of cold / and waves of nausea. Crave also uses BMR 2013 for the voice inside the heroine's head that is "screaming" and telling her to "run" BMR 2013 (p. 360, 381 v Crave p. 449). This scene then leads into the kidnapping scene which also occurs in both books. Note the words and synonyms, and rearranging the sentences in Crave. For example, "moment of clarity" in Crave (p. 447 ) and "newfound mental clarity" in BMR 2011 (p. 408); and "the voice inside me is full-on screaming" Crave (p. 449) compared with "The voice inside me is screaming" BMR 2013 (p. 381). In both books, the voice tells her to "run" in Crave (p. 447) and 2013 BMR (p. 360).

The romantic lead asks if he can bite the heroine. It's pleasant at first, she loves him, trusts him. She believes he would never take too much blood from her, and would never hurt her.

"seconds later he strikes, his fangs sinking deep inside me."
"That's when he snarls… His fangs sink deeper… He's towering above me now, fangs dripping blood and face contorted with rage."

"…and the moment of clarity fades."
"Everything kind of fades after that, so that I have no idea how much time passes."
"But I'm weak from blood loss…"
"But I'm so light-headed right now that I can barely stand upright and I sway with every step…"
p. 446-448; 450

The romantic lead asks if he can bite the heroine. It's pleasant at first, she loves him and she thinks she's dying of blood loss. She then remembers a vision of him viciously biting a girl and realizes it's

"Ash's face, canines distended as he leaned forward to bite me."
"A snarling, vicious-looking Ash…canines sharp."
"Ash leaning over the broken and bloodied body of a girl, his lips red with her blood…that girl was me."
"lips curled back in fury"
"My newfound mental clarity was stubborn."
"The world dimmed until I knew no more."

"Easy there, Anna. You lost a lot of blood."
"I had a strange sense of disorientation. Dizzy, I collapsed to my knees…"
2011 p. 260-261; 405-406; 414
#393-#398

The voice inside her head tells her to run!
*Run, run, run!* The voice inside me is full-on screaming…"

p. 449

The voice inside her head tells her to run!
"That new inner voice inside my head is warning me…The voice says run!"… "The voice inside my head is screaming…"
2013 p. 360; 381
#399

**EXHIBIT 1**

**Page 162**

| | |
|---|---|
| Lia gave the heroine spiked tea that made her sick and now she's given it to romantic lead and heroine. p. 451 | Taylor gave the heroine spiked punch that made her sick. 2011 p. 371 #400 |
| The tea makes heroine "dizzy and nauseous." "waves of cold" p. 452 | The punch makes heroine "lightheaded and more than a little sick…queasiness" "waves going up. And. Waves going down." 2013 p. 288, 289 #401 |
| The voice inside her head is screaming. p. 453 | The voice inside her head is screaming. 2013 p. 381 #402 |

**The heroine is kidnapped by the vampire prince's mate in Crave (Lia), and by the vampire prince in BMR (Julian). Lia wants to use the heroine in a spell to resurrect her dead mate and bring him back to life. Julian wants to use the heroine by making her into a vampire believing she will then be the reincarnation of his dead mate. In both books, the heroine is being used in vengeance against the person they believe is responsible for killing their mate. In both books, the presumed dead mate is not really dead.**

This kidnapping scene occurs in BMR manuscripts 2010-2014. BMR 2010 (p. 419-460; 483-490), and 2011 (p. 522-568; 592-603) form the basis for this scene in Crave (p. 451-497), tracking in sequence between the books, and often in page number proximity.

Lia (Crave) and the corresponding character Taylor (BMR), both tell the heroine she's "pathetic" and that she isn't what she thinks she is, Crave (p. 483) using BMR 2012 (p. 489), the only version of the manuscript with the "pathetic" dialogue between these two characters. The "Frankenstein" reference in Crave (p. 485) originates in BMR 2012 (p. 474), which is the only version of the manuscript with Frankenstein. Towards the end of the scene, the heroine attempts to sacrifice herself for the romantic lead; this occurs in Crave (p. 496) and is taken from BMR 2014 (p. 357).

| | |
|---|---|
| Heroine is kidnapped by vampire prince's mate, Lia, who wants to use her for a spell to resurrect her dead mate. p. 455; 452-490 | Heroine is kidnapped by vampire prince who wants to make her into a vampire believing she will be the reincarnation of his dead mate. 2010 p. 419, 420-455; 2011 p. 527, 528; 540, 549; Chapter Outline to Emily Sylvan Kim 1-17-2013 #404; #403- #355 |

**EXHIBIT 1**

**Page 163**

| | |
|---|---|
| Heroine's arms are tied "above my head" to a metal ring.<br>p. 455 | Heroine's arms are held "over my head" and there are "wire cuffs;" Heroine is put in cuffs.<br>2011 p. 559; 2010 p. 419<br>#403 |
| She realizes she's been kidnapped by Lia, a vampire. "It doesn't take a genius to figure out that my legs are tied down too…I mean she drugged me, shot me, and tied me up."<br>p. 455 | She realizes she's been kidnapped by vampires. "As the doors closed behind us, realization sunk in. I'd been taken…<br>2010 p. 419, 420; 2011 p. 527, 528<br>#404 |
| Heroine notices "some kind of stone slab." She's tied up and laying on it.<br>p. 455 | Heroine notices "A large, polished stone slab."<br>2011 p. 494<br>#405 |
| Heroine tries to clear the cotton feeling in her head: "I shake my head a little, struggle to clear the light-headed, packed-with-cotton feeling that's going on in there."<br>p. 456 | Heroine tries to shake the cotton feeling in her head: "I…roll my shoulders back a few times trying to shake off the stuffed cotton feeling in my head."<br>2013 p. 320<br>#406 |
| When she wants the voice to help her, it's missing: "the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent."<br><br>p. 463 | When she wants the voice to help her, it's missing: "My new inner voice had deserted me and we were at the mercy of vampires and who knew what else." The voice "is missing in action"<br>2011 p. 524, 543; 2010 p. 453 (voice deserted me)<br>#407 |
| She thinks her kidnapper, Lia, is crazy. "I'm being stalked by a crazy-ass vampire"<br>p. 465 | She thinks her kidnapper, Julian, is crazy. "Great. A crazy vampire."<br>2010 p. 427; 2011 p. 530<br>#408 |

**EXHIBIT 1**

**Page 164**

**Heroine can't be allowed to live because it would pose a risk to the world. She could be used in such a way that the war between the races would bring about the end of the world.**

Heroine can't be allowed to live because it would pose a risk to the world.
Flint tells heroine he has to kill her in order to stop Lia from using her. Lia's plan is to bring Hudson back, and she needs to use the heroine to do that. Flint has to kill heroine to stop that from happening because it will be the end of the world:

"I want to save you, Grace. I do. But we can't let Lia do this. It'll mean the end of the world so you've got to die. It's the only way we can stop this thing from happening."

p. 468

Heroine is choked by Flint to stop Lia from her plans.
"He reaches forward, wraps his hand around my neck. And then he starts to squeeze…I can't speak anymore, can't breathe."
p. 468, 469

Heroine is saved from choking by romantic lead, and he violently attacks Flint:
"he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall.
p. 470

Heroine can't be allowed to live because it would pose a risk to the world.
Romantic lead tells heroine he is searching for a girl who is the key to tipping the balance in the war, and that he will destroy her, kill her, when he finds her. If she lives the risk is too great for war. It's believed Ronan will rise again, and it will be an apocalypse with this girl being used to join him:

'What would you do if you were the one to find her? 'Destroy her.'…'You'd kill her? It's not her fault she is what she is…' 'There's no second chance here… We're at war!'…'If they find her first…the world as we know it will never be the same. It'll be an apocalypse.'
'Ronan…when he rises it won't be long before they're united and the end is near…'
2011 p. 247-248, 470; 2013 p. 213, 330
#409

Heroine is choked by Selene to stop Julian's plans.
"Before I knew what was happening, I found myself flung to the hard, concrete floor, the life being choked out of me. I couldn't breathe!
2010 p. 447; 2011 p. 552
#410

Heroine is saved from choking by Julian, and he violently attacks and destroys Selene:
"His strength was such that he threw her across the room…into a heap against the wall."
2010 p. 447; 2011 p. 552;
#411

**EXHIBIT 1**

**Page 165**

Heroine is dragged by Lia and tries to resist:
"she grabs me by the hair and starts dragging
me up the tunnel…digging my nails into her hands…"
p. 475

Heroine is dragged by Julian's guard; tries to resist:
"I was dragged to the corner of the room,
twisting and kicking…"
2010 p. 452; 2011 p. 559
#412

Lia slaps the heroine and kicks her.
"she turns around and kicks me in the face…"
"And this time when she hits me, it's a sharp slap
on my cheek."

p. 476

Julian slaps Selene and kicks her for hurting heroine:
"kicking her harder and faster against the wall."
"he backhanded her across the face."
Julian slaps the heroine in another version:
"moves so fast I don't see it until his back hand
  connects with my face…he has my arms pinned
  over my head. And he hits me again.
2010 p. 447; 2011 p. 552; 2013 p. 414
#413

Heroine feels rage at Lia for killing her parents:

"the hopelessness deep inside me turns to anger, and
the anger turns to rage…until all that is left is a fire
in the pit of my stomach. A white-hot flame that
wants nothing more than it wants justice."
p. 477

Heroine feels fury at Julian for killing her
grandparents:
"Something within me deep and far down, rose up
like hot acid. A fury so strong…I actually felt on fire
with it and yearned to destroy him."

2010 p. 446; 2011 p. 551;
#414

Heroine wonders how she can take Lia out with
her when she dies:
"…I'm going to have to do whatever I can to take her
with me when I die. I just wish I had a clue how I'm
supposed to do that. My brain makes and discards
half a dozen feverish plans…

p. 477-478

Heroine wonders how she can kill Julian:

"How do you kill a vampire? In books and movies,
it's a stake to the heart, decapitation or sometimes
fire. Was there a kernel of truth to the mythology? I
vowed I would find out."… "A plan would be really
nice about now." (same scene different version)
2010 p. 446; 2011 p. 551; 2013 p. 413
#415

**EXHIBIT 1**

**Page 166**

She "plays possum" with the vampire prince's mate, Lia.
"So instead of running, I play possum. Not running not moving, not even breathing as she screams at me to get up."
p. 479

"Lia howls like a banshee."

p. 480

The voice inside her head wants her to get up, run.
p. 482

Lia, the vampire prince's mate, has spent months preparing for the spell to bring her dead mate back. Hudson was her mate, and she believes his brother, the romantic lead, killed him.
"I've spent months preparing for this. Months!"
"I spent months searching for you…"

p. 483

Lia is going to use heroine in a spell to bring Hudson back.
"I know every word, every syllable of what's on that page…And now you think you can ruin everything by burning a little spell?'

p. 483

---

She's "perfectly still, unresisting" with vampire prince, Julian.
"I held perfectly still, unresisting, though every fiber of my being screamed in protest."

2010 p. 449 2011 p. 555;
#416

"Julian rolls his eyes. 'little ban sidhe'" (Gaelic pronounced ban shee)
2013 p. 408 (same kidnapping scene)
#417

The voice inside her head tells her to run!
2010 p. 476
#418

Julian, the vampire prince, has been waiting years to get his dead mate back. Elise was his mate and he believes the heroine's father killed her:

"Such a long time I've waited."
"But when I saw you, that that he had a daughter, ah well, that's when I knew it had to be you. And I waited."
2010 p. 436; 2011 p. 539 (547)
#419

Julian is going to transform heroine into a vampire and believes she will become his dead mate.
'Do you believe in reincarnation sweet Anna?...
You are my sweet Elise, I'm sure of it.'...
'And if I'm not who you think I am? What then?'
'We do things the old-fashioned way. And if it doesn't kill you, well, then voila!'
2010 p. 436, 444; 2011 p. 540, 549; *Pitch Notes to Emily Sylvan Kim, 2013*
#420

---

**EXHIBIT 1**

Lia tells the heroine that she caused the accident that killed her family members:
"...I spent weeks planning your parents' accident…"

p. 483

Julian tells the heroine that he caused the accident that killed her family members:
'B-but he died in the elevator crash with my grandparents.' I insisted… 'Not so. That was no accident, Anna Sweet."
2010 p. 443; 2011 p. 547
#421

Lia tells heroine that she's "pathetic" and that heroine isn't what she thinks she is…
'You pathetic, miserable excuse for a …' 'Human?' I interject. 'Is that what you think you are? Human?' She laughs. 'You're even more pathetic than I thought. You think I would do all this to get my hands on a *human*?'
p. 483

Taylor is in Julian's lair and tells heroine she's "pathetic" and heroine isn't what she thinks she is…
'You think you're like them, don't you? A Sentinel, a protector of humankind," she spat. 'Unfortunately, there's so much more to you than meets the eye…'
 She turned…laughing. 'You're pathetic!' she hissed.
2012 p. 489 (2012 is the only version with these lines and they are 5 pages apart in proximity)
#422

Heroine wonders if the voice inside her head means she's a witch.  Is there something more?
"Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means? What makes me so special? The fact that she thinks I'm Jaxon's mate? Or is there something more?
p. 484

Heroine wonders if the voice inside her head is her wolf half, or is there something more?
"Maybe that new inner voice was my wolf half. But if this was the case, she was something more than a mere wolf."

2011 p. 456
#423

Heroine wonders why Lia wants her:
"What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else?"

p. 484

Heroine wonders why Julian wants her:
'Why?' I whispered. 'Because you're special'...he whispered back. 'Besides, your family owes me a Blood Debt for my sweet Elise.' (his dead mate).
2010 p. 436
#424

**EXHIBIT 1**

**Page 168**

Lia wants to use the heroine for a spell to resurrect her dead mate, Hudson:
 'This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it …'Bring *him* back? Who? *Hudson?'…*

p. 483-484

Julian wants to make heroine into a vampire believing she will be the reincarnation of his dead mate: "The rebirth of a soul to live another life in a new body?...Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories…"
"he believes she IS Elise reborn…thinks that she's a
 vessel for Elise's spirit."
2010 p. 436, 2011 p. 540; p. 549; *Pitch Notes to Emily Sylvan Kim, 2013*
#425

Part of heroine feels sorry for Lia, even though her plans may result in heroine's death. The fact that she murdered heroine's parents negates any pity.

"and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her… or it would if she hadn't also been responsible for the murder of my parents.
p. 484

Heroine feels sorry for Julian, even though his plans may result in heroine's death. The fact that he Murdered heroine's grandparents negates any pity.

'I bite you, drain most of your blood…if it doesn't kill you, then voila!'
'I felt a stirring of pity for him, and was surprised…'
'Murderer! How I hated him for killing my grandparents and robbing me and my family.'
2010 p. 444, 2011 p. 549; 2010 p. 437, 2011 p. 540; 2010 p. 443; 2011 p. 547
#426

During this kidnapping scene, heroine worries about Frankenstein:

"I read *Frankenstein* last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works."
p. 485

During this kidnapping scene, heroine worries about becoming Frankenstein's bride:

"the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride."
2012 p. 474 (only version with Frankenstein, 11 pages apart for proximity)
#427

**EXHIBIT 1**

**Page 169**

Lia talks about the pain of losing a mate:

"Jaxon…He's been out there for a while, trying to find a way to get to you…finally, he'll know how excruciating it feels to lose a mate."

p. 486

Lia, the vampire prince Hudson's mate:
Lia's plan is to make Jaxon pay for murdering her mate, Hudson, the vampire prince, by killing the heroine (who she says is Jaxon's mate) and using her to bring Hudson back with a spell. Jaxon killed his brother Hudson, whom Lia believes is her mate. Lia killed heroine's parents as part of her plan:

'I hope he's suffering. I hope he knows what's happening to you in here and that it's killing him that he can't get to you. I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate.'…'I'm not Jaxon's mate…' 'It's cute that you believe that…What matters right now is that it's true. And that he believes it…As long as he suffers when you die, I don't care…'
p. 485-486

Romantic lead rescues heroine by destroying door and wall. The "wall shudders"
"This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor."
p. 487

The vampire prince talks about the pain of losing a mate:
"My sweet Elise was the other half of my own soul. Can you understand what it means to have that one person, the other half of you, torn away? She was my sun. My moon. My stars. She. Was. My. Everything.'
*Elise*: "Julian…was everything I could have hoped for in a mate.'
2010 p. 437; 2011 p. 540, 576
#428

Julian, the vampire prince:
Julian's plan is to make the heroine's father pay for killing Elise, his mate, by taking the one thing most precious to him, the heroine, and converting her to a vampire in order to reincarnate his dead mate. Julian believes heroine's father killed Elise, his mate. He killed heroine's grandparents and took her father as part of his plan:

'And I would never give him the satisfaction of death. That's too easy…Your father robbed me! He took my sweet Elise! He killed his own <u>relation</u>!...So I took him and imprisoned him where no one would think to find him…while I considered how to mete his punishment…' 'You mean to make me a vampire as some sort of punishment to him, is that it?' 'That and something more, sweet Analise.'
2010 p. 442-443; 2011 p. 539-540; 544
#429

Romantic lead and his clan rescue the heroine by destroying the door. "Shuddering pounding"
"A sudden, shuddering pounding as the door splintered and collapsed…" "My werewolves. They had come for me…I scanned the room for Ash…Ash met my eyes…in human form."
2010 p. 450, 451; 2011 p. 556, 557
#430

**EXHIBIT 1**

**Page 170**

The voice inside speaks to heroine and tells her:
"Don't let her do it," the voice inside me warns.

p. 489

The voice inside speaks to heroine and tells her:
"You are more than a match for him," my new inner voice whispered.
2011 p. 287; 2010 p. 452; 2011 p. 555, 556
#431

There is a "giant wrenching sound" in this scene and Lia "hits the wall."
"A giant wrenching sounds suddenly fills the air… And then he's leaping across the room…rips Lia off me, sends her flying across the room. She hits the wall with a crash…"
p. 489-490

There is a "loud wrenching sound" in this scene and Selene falls "against the wall."
"Julian…threw her across the room…She fell into a heap against the wall…She straightened with a loud wrenching sound."

2010 p. 447 2011 p. 523
#432

Romantic lead blames himself for the heroine's abduction by the vampire prince's mate, Lia.
"Then he's crouching down next to me, stroking a hand down my face. 'I'm so sorry.'
'It's not–' My voice breaks… 'It's not your fault.'
His voice is bitter. 'Whose fault is it, then?'

p. 490

Romantic lead blames himself for the heroine's abduction by the vampire prince, Julian.
"He pulled back and pressed a finger to my lips.
'...you can't imagine what it's done to me knowing you were in danger. Because of me.' His voice broke…
'None of this was your fault.'
2010 p. 488
#433

Romantic lead sends Lia flying across the room, she lands "with a sickening crunch of bone."
p. 490, 491

Julian bites heroine's friend's wrist,
"with a sickening crunch…"
2010 p. 429; 2011 p. 532 (2010 and 2011 are the only versions to contain "with a sickening crunch")
#434

Lia makes a "primal kind of war cry" and leaps on romantic lead's back.
"She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest."

p. 490-491

Heroine makes a "primal war cry" and leaps on a demon's back.
"I ran into the melee screaming…a primal war cry… It raised a dagger poised to strike (Ash)…I sprang forward and launched myself on its back….I brought the dagger down into its neck."
2011 p. 558, 559 (entire sequence); 2010 p. 452
#435

**EXHIBIT 1**

**Page 171**

| | |
|---|---|
| Heroine stabs Lia, vampire prince's mate, to save romantic lead's life; a "sickening squishing sound." p. 492 | Heroine stabs the demon to save the the romantic lead's life; a "horrible sucking sound." 2011 p. 559 #436 |
| Heroine offers herself to save romantic lead's life by opening her mouth to inhale the black smoke that is around romantic lead. p. 492 | Heroine offers her own life to save romantic lead's life by pledging her life in exchange for his. Heroine offers herself to save her friends' lives by making a deal with the vampire prince. 2014 p. 357; 2012 p. 456, 2011 p. 537 #437 |
| Heroine can't bear another person she loves dying: "…watching another person I love die, there is no alternative." p. 493 | Heroine can't bear losing one more person she loves: "Because the thought of losing one person I love is unbearable." 2016 p. 95 #438 |
| The romantic lead fights the smoke, which is Hudson. p. 493-495 | The romantic lead fights Julian, the vampire prince. 2011 p. 557, 562 |
| The smoke (Hudson) "wasn't going down without a fight." p. 494 | The heroine "wasn't going down without a fight." 2011 p. 527 #439 |
| Romantic lead turns Lia to dust. Before he does, Lia thanks him for the death. "...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Then she looks straight at him and whispers, 'Yes. Finally. Thank you.' Seconds later she explodes into a cloud of dust…" p. 495 | Heroine turns the demon to dust. Before she does, the demon bows to her, honoring her for the death. "I gripped the dagger plunging it harder…into the thing's neck…Already on his knees, he bowed down prostrate before me, making obeisance… And then he disintegrated into dust." 2011 p. 560; 2012 p. 480 (These are the only versions with someone being turned to dust, it happens in this same scene). #440 |

**EXHIBIT 1**

**Page 172**

Heroine gives romantic lead her blood to save him.
"I press my wrist to his mouth…If he doesn't drink, he'll die.

p. 496-497

Heroine exchanges her life to save romantic lead.
'He can't die!' I beg her…'*A life for a life. The balance must be maintained.*' 'Then take mine…my life for his.'
2014 p. 357
<mark>#441</mark>

**In both books, the romantic lead tells the heroine he loves her for the first time after the fight with the vampire prince's mate (Lia) / vampire prince (Julian) toward the end of the story. In Crave, the romantic lead has hurt the heroine by feeding on her. He's a vampire. In BMR 2014, the heroine has hurt the romantic lead by feeding on him. She's part demon and has fed on him in this version of BMR.**

The scene in Crave (p. 507-510) is created following BMR 2014 (p. 386-388). Note the words and synonyms taken from BMR that are used with the romantic lead, rather than the heroine in Crave. For example, the romantic lead says he hurt her and nearly drained her in Crave (p. 507 ), and in BMR, the heroine says she hurt him and can't bring herself to say she was *feeding* on him 2014 (p. 387); and the heroine says "you saved me" and mentions "sacrifice" in Crave (p. 507, 508) while the romantic lead says "you saved my life" and "sacrifice" is mentioned (p. 386).

Romantic lead apologizes for feeding on heroine and and hurting her.
"I nearly drained you……I'm so sorry, Grace. About hurting you."
p. 507

Heroine apologizes to romantic lead for feeding on him and hurting him.
"'I hurt you. That was me—' I choke. I can't bring myself to say the word *feeding*."
2014 p. 387
<mark>#442</mark>

Heroine tells him he saved her.
"You didn't hurt me. You saved me. I *gave* you my blood because you were going to die without it. And the truth is, it wasn't a sacrifice."
p. 507-508

Romantic lead tells her she saved him.
"You saved my life that night. You sacrificed your own life for me."

2014 p. 386
<mark>#443</mark>

Heroine is "selfish" about her feelings for him.
"It was as selfish as I could get, because now that I've found you, I'm not okay being in a world where you don't exist."
p. 508

Heroine is "selfish" about her feelings for him.
"I can't be his undoing. I can't be that selfish…I'm selfish. God help me. Because I don't push him push him away."
2014 p. 388
<mark>#444</mark>

**EXHIBIT 1**

**Page 173**

Romantic lead tells her he loves her for the first time.
"I love you….I'm so in love with you."
p. 508

Romantic lead tells her that he loves her for the first time.
"I'm in love with you."
2014 p. 388
#445

Romantic lead tells her, "But sometimes love isn't enough. "
p. 508

Heroine thinks, "Following your heart doesn't always lead to a happy ending."
2014 p. 388
#446

Romantic lead tells heroine she will be in danger because of him, and tries to resist her.
"The fact that I love you means you're always going to be a target. You're always going to be in danger."
p. 509

Heroine thinks that romantic lead will be in danger because of her, and tries to resist him.
"I should let him go. Choosing me, simply being with me will be dangerous for him."

2014 p. 387-388
#447

Heroine tells him she doesn't care. She tells him
"Yeah, well, you're not the only one in this relationship…And that means you don't get to make all the decisions for us."
p. 509

Romantic lead says okay, he can live with it. He tells her, "I'm saying we'll figure it out together."

2014 p. 387
#448

He tries to resist but she doesn't want that.
"Yes, it is. It's exactly that simple. Either you want to be with me or you don't…Be with me. Let me love you."

p. 510

She tries to resist but he doesn't want that.
"'I know what I'm doing,' he says with a rueful smile. 'And what I'm doing is following my heart. The question is, do you trust me enough to follow yours?'"
2014 p. 388
#449

The discussion ends with an epic kiss.
p. 510

The discussion ends with an epic kiss.
2014 p. 389
#450

**EXHIBIT 1**

**Page 174**

**Both books end with the heroine having accidentally brought Hudson in Crave / Ronan in BMR, back from another dimension, where he is now tied to her. In Crave, he is trapped with her when she turns into a stone gargoyle. In BMR, the heroine has released him into the world, but he has taken her blood, and he can now find her anywhere. Crave has two endings, which use BMR materials. The second ending is addressed further below.**

Crave uses BMR 2010 and 2011 as the basis for this scene, but changes the order of events around, and pulls from different places in the manuscripts. However, the scene tracks in page proximity, and the other pieces added are often in proximity. Crave (p. 517-532), BMR 2010 (p. 418, 485, 490), BMR 2011 (p. 481, 500-501, 555, 600-602). Note the language and synonyms as well as paraphrasing BMR material in this segment of Crave. For example, the fear of Hudson "set loose on the world" in Crave (p. 520) and Ronan "unleashed upon the world" in 2011 BMR (p. 603), 2010 (p. 490); the heroine mentioning "PDA" in Crave (p. 524 ) and "public display of affection" in BMR 2011 (p. 481).

| | |
|---|---|
| Heroine learns more about vampires. | Heroine learns more about vampires. |
| Vampires need blood, just not human blood. | Vampires need blood. Just not human blood. |
| There are negative consequences to drinking | There are negative consequences to drinking it. |
| human blood. Vampires can't go out in the sun | Human blood is highly addictive, and makes them |
| if they do. | like junkies for it. |
| p. 517 | 2011 p. 500-501 |
| | #451, #452 |
| | |
| Romantic lead tells heroine: | Heroine when she's with romantic lead realizes: |
| "Because there's no way in hell I'm risking | "*Oh god no!* Ronan…the demon I had |
| unleashed | |
| Hudson being set loose on the world a second | upon the world." |
| time." | |
| p. 520 | 2010 p. 490; 2011 p. 602-603 |
| | #453 |
| | |
| Heroine says she's never been into "PDA" before | Heroine wonders if romantic lead's parents will |
| and romantic lead has her breaking all the rules. | object to their "public display of affection." |
| She melts against him when they kiss. | She melts into him when they kiss. |
| p. 524 | 2011 p. 418 |
| | #454 |

**EXHIBIT 1**

**Page 175**

Heroine sees Hudson and worries he will hurt romantic lead. "Someone who can only be Hudson Vega is standing there, a giant broadsword in his hand—aimed straight at Jaxon's head."

p. 526

Heroine worries romantic lead will be hurt by Ronan "Violence was a heartbeat from now. I knew that the young man wasn't a danger to me, and I could tell by the waves of hot anger rolling off Ash…that the two would come to mortal blows."
2011 p. 597; 2010 p. 485
#455

Heroine stands in front of the sword to save romantic leads life. She has unknowingly shifted into a gargoyle to save romantic lead's life. "Jaxon was never meant to be the hero of my story… I was always meant to be the hero of his."

p. 527-530

Heroine agrees to give her life for the romantic lead's, in order to save his life, otherwise he will die.
'*A life for a life.*'
'Yes!' I cry. 'My life for his.'
"Ash wanted to be the hero…but I wouldn't have it."
"The Rules of the World are constructed to encourage personal growth, acts of heroism and sacrifice for love." *Midnight Overview Notes, 2009*
2014 p. 357; 2011 p. 600
#456

Heroine is something unique in the supernatural world: 'Grace…Why can't she just turn back?' I know it's hard for you, Jaxon. But we haven't seen one for a thousand years.' …
p. 529, 530

Heroine is something unique in the supernatural world: "You are something different, unique. Your birth heralds a new age for us all. Surely you sense that you are special?"
2011 p. 268
#457

The story ends with the realization that Hudson is back and tied to the heroine in some way, while she is frozen as a gargoyle.
"I'm going to find a way to separate her from Hudson."

p. 520, 532

The story ends with the realization that Ronan is free and is tied to the heroine in some way.

'Did he bite you?'…I nod mutely…'So he can find me now? Is that it? Because he bit me?'
*Ronan*: 'and we are both of us caught in a web not entirely of our own making.'
"...when he rises, it won't be long before they're united."
(about heroine and Ronan)
2011 p. 602; 2013 p. 451, 453, 330; World Notes 2010
#458, 459

**EXHIBIT 1**

**Page 176**

| | |
|---|---|
| Heroine has accidentally released Hudson (into her mind) and risks "Hudson being set loose on the world." | Heroine has accidentally released Ronan into the world, "the demon I had unleashed upon the world." |
| p. 520; Crush P. 27, 122 | 2011 p. 602<br>#458, #459 |

**Crave ends here from the heroine's point of view, but there are three bonus chapters at the end of the book that use BMR material. These "bonus" chapters are told from the romantic lead's point of view. The romantic lead in Crave visits the Bloodletter character. The name Bloodletter is also used in BMR (2012 forward) but refers to a different character. (The Bloodletter in Crave is the High Priestess in BMR).**
**Both books end with the character called the Bloodletter shifting into a "winged creature" in Crave and a "raven" in BMR and flying away. Afterward, the romantic lead realizes he wants to be with the heroine no matter what, and he will keep her safe.**

The "bonus" chapters in Crave (p. 534-571 are created using BMR 2011 as the basis, with two references from 2013. Note the words, synonyms, and paraphrasing of BMR materials in Crave. For example, when the romantic lead visits the Bloodletter she calls him "child" in Crave (p. 567) and when heroine visits this character as the high priestess in BMR 2011 she is called "child" (p. 571); the romantic lead in Crave speaks with this character about his "mate" (p. 567) while in BMR, the heroine speaks with this character about her "mate" 2011 (p. 576). In Crave, the romantic lead asks this character to tell him what to do (p. 569), while in BMR 2013, this character tells the heroine she knows heroine wants her to tell her what to do (p. 432). This sequence also contains a magical concept of walking in a room during the winter in Alaska and finding oneself outside in summer, with flowers and warm sun. Crave (p. 566) takes this from BMR 2011 (p. 492).

| | |
|---|---|
| When romantic lead and heroine first meet, the romantic lead thinks heroine has eyes like "rich" "chocolate" when he sees her for the first time: "eyes the color of rich, melted milk chocolate" | When romantic lead and heroine first meet, the heroine thinks romantic has a voice like "rich" "chocolate" when she hears him speak for the first time: "smooth, rich voice…If chocolate had a voice it would be his." |
| p. 538 | 2011 p. 17<br>#460 |

**EXHIBIT 1**

**Page 177**

He quotes Shakespeare to her during their first day and notes that she knows the quote: "Not only does she know the quote, but she's not afraid to call me on my 'mistake.' p. 540

She quotes Shakespeare to him during their first meet and notes that he knows the quote: "Smartypants was well-read enough to know his Shakespeare. Figures." 2011 p. 40 <mark>#461</mark>

Romantic lead talks to her about monsters, wants to scare her for her own good. "'No, this is the part of the story where I show you the big, bad, monsters right here in this castle.'… I need to scare her, make her run from this place…"

p. 543

Romantic lead talks to her about monsters, wants her to be scared for her own good. "'All the fairy tales and stories you heard in your childhood about monsters…they're true…Are you scared?' …'Yes,' I admitted in a small voice…'Good,' he said, regarding me thoughtfully." 2011 p. 237 <mark>#462</mark>

Romantic lead mentions "things that go bump in the night" in this conversation with heroine. p. 544

Romantic lead mentions "things that go bump in the night" in this conversation with heroine. 2011 p. 237 <mark>#463</mark>

He realizes she has suffered loss, like he has when she mentions having lost everything (her parents). "I freeze as her words slam into me…Agony I thought I was long past rips into me…I shove it back…And can't understand why it's still right here in front of me until I realize that this time, the pain I'm seeing is hers." p. 544

He realizes she has suffered loss, like he has when she mentions having lost her dad and grandparents. "And you miss them every day, don't you?...No matter how long it's been, that sense of loss doesn't ever go away." (Romantic lead speaking to heroine)

2011 p. 125; 2010 p. 97-98; 102 <mark>#464</mark>

He takes hold of one of her curls on this first meet first meet day. p. 545

He brushes a lock of hair back from her face on this first meet day. 2011 p. 62 <mark>#465</mark>

**EXHIBIT 1**

**Page 178**

He believes she is his mate.

"This girl, this fragile human girl whose very life is even now balanced on the edge of a yawning precipice, is my mate."

p. 546

He believes he is 'bonded' to heroine and she is his mate.
'What does bonded mean?' 'We can have only one life partner. If that person dies we don't get remarried.' He paused a moment. 'Many choose not to live after their mate dies—unless there are children.'... '…finding that one person right under your very own nose,' he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him.'
2011 p. 423-424; 495
#466

Romantic lead thinks heroine is human and that she is fragile.
"This girl, this fragile human girl…"

p. 546

Romantic lead thinks heroine is human and that she is fragile.
"Getting involved with a human is generally frowned on because you're so fragile."
2013 p. 255

Romantic lead ends their interaction the first day they meet with a warning before he leaves:
"Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back."
p. 547

Romantic leads ends their interaction the first day they meet with a warning before he leaves:
"It's not safe to be out alone, even after school.' He looked as though he wanted to say something more."
2011 p. 62
#467

Romantic lead moves so quickly, it's called fading: "I fade through the space between us, roughly the size of three football fields, in a flash." To the heroine it seems like he disappears.

p. 546

Romantic lead moves so quickly it's a "blur," and it's called casting: "He moved so quickly that the trees around us flashed by in a blur."…" He becomes "smoke and mist and then nothing at all. I blink and he reappears. 'How did you do that?' …'Casting is a Power…cast myself and small objects…'
2011 p. 485; 2016 p. 87
#468

**EXHIBIT 1**

**Page 179**

Romantic lead says he is selfish about heroine
Because he can't stay away and knows it's not safe:
"I should have left Grace the hell alone. But I'm
selfish and I'm weak and I couldn't not see her."
p. 562

Romantic lead says he is selfish about heroine
because he can't stay away and knows it's not safe:
"Staying away from me would be better for you. But
I'm selfish, Anna."
2010 p. 233; 2011 p. 299
#469

**The Bloodletter character name is in both books. Both books have a character who is called
the "Bloodletter." They are different characters but share the same name.**

Romantic lead mentions the Bloodletter:
"The most vicious and powerful vampire in
existence, the Bloodletter is an expert at ferreting
out weakness. And then using it to destroy you
with barely more than a word or two."
p. 563

Romantic lead's father mentions the Bloodletter:
"He slaughtered…the tribe in various acts of
violence and depravity. Each death had to be more
gruesome…" "He is also a vampire / demon…"

2012 p. 100, 357; The World Notes 2010
#47

Romantic lead goes to an "antechamber" in the
Bloodletter's lair, she's a vampire, and there are
carcasses "draining" into buckets on the "floor"
p. 564, 565
#471, #472

Heroine goes to an "antechamber" to Julian the
vampire prince's lair, and there is a "large drain"
in the center of the "floor"
2011 p. 525, 526

**EXHIBIT 1**

**Page 180**

**Step through a doorway and it's summer. Romantic lead steps through a doorway in Alaska and it's summer. Heroine steps through a doorway with the romantic lead in Alaska, and it's summer. It's a different part of the world and another dimension. This is copied in Crave (and the other books in the series):**

Romantic lead steps through a doorway in the Alaskan winter and it's summer:

"The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down warmly upon us."

p. 566

Heroine steps through a doorway in the Alaskan winter and it's summer:

"We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were outside…in high summer. The air was warm and fresh…"
"Sunlight?...We're in a clearing… and it's summer….glow of dazzling sunlight. The air is heavy with the wild perfume of honeysuckle and jasmine."

2011 p. 492; 2013 p. 204
#473

The Bloodletter calls him "child."
p. 567

The High Priestess calls her "child."
2011 p. 571
#474

The Bloodletter talks to the romantic lead about his "mate."
p. 567

The High Priestess talks to the heroine about her "mate."
2011 p. 576
#475

**EXHIBIT 1**

**Page 181**

Supernatural beings have a mating bond, souls join for life. They are mates. Romantic lead is a vampire and believes heroine is his mate and have a they have a 'mating bond.'

Kindle p. 452 (not in hard cover); p. 569

Romantic lead wants to keep heroine safe, and wants to get rid of their mating bond. A war was barely avoided and might be coming.
'Finding your mate is a precious thing…
Why would you give that up if you don't have to?'
'..I just know that I can't let her get hurt because of decisions I made that have nothing to do with her.'

p. 569

Romantic lead wants Bloodletter to tell him:
"Can't you just tell me what you mean?
Can't you just tell me what to do?"
p. 569

Bloodletter tells him that no one can tell him:
"Nobody can tell you what to do, Jaxon. It's been your greatest strength—and your greatest problem. Why change that now?"
p. 569

Supernatural beings have a bond, soul mates, one life mate. They are mates. Romantic lead is a werewolf and believes heroine is his mate and they 'bond.' 'What does bonded mean?'…'We can only have one life partner. If that person dies, we don't get remarried.' He paused for a moment. 'Many choose not to live after their mate dies—unless there are children.' "He was everything I could have hoped for in a mate."
"...love only once in a lifetime....Dante is my soul mate and I'm his."
2011 p. 423-424; 2014 p. 379; 2011 p. 576; 495;
#476

Romantic lead wants to keep heroine safe and doesn't want to have the feelings he has for her. A war is being waged.
"Staying away from me would be better for you… There's a part of me that almost wishes I could avoid this, the feelings I have for you. At least right now because I have certain responsibilities to see through." (His responsibilities related to the war)
2011 p. 299
#477

Heroine wants High Priestess to tell her:
"I don't understand…What am I supposed to do?"

2012 p. 499
#478

High Priestess tells her it's up to her to decide:
"But you want someone to tell you who you are and what to do with your gifts. Don't you think that should be up to you to decide, child?"
2013 p. 432
#478

**EXHIBIT 1**

**Page 182**

94

**Crave and BMR end with the Bloodletter character turning into a "winged creature" in Crave and a raven in BMR, and flying off. In both books, the romantic lead decides to be with the heroine, and keep her safe, and that nothing else matters.**

The Bloodletter turns into a "winged creature" and "flies away"
"She takes another step back, transforming into a winged creature I don't recognize right before my eyes. And then she flies away…"
p. 570

Ronan, the Bloodletter turns into a "raven" and "takes off into the night sky"
"the air shimmered around Ronan and he was impossibly, the raven…flapping his great wings and taking off into the night sky."
2011 p. 598; 2012 p. 524, 2013 p. 454 ("I've freed Ronan the Bloodletter" p. 462); 2014 p. 367, 368
#479

Romantic lead decides he has to be with the heroine.
"It doesn't matter who I have to fight to keep her safe. It doesn't matter what I have to do to hold on to her. Grace is my mate, and there's no way I'm giving her up. And what a stupid idea anyway—to sever the bond…"
p. 571

Romantic lead decides he has to be with the heroine.
"And I'm so grateful that you're safe and alive, that nothing, nothing else matters….all of those what ifs, they don't matter….However the cards fall, Anna, I've vowed to protect you and see you safe."
2011 600; 2012 p. 526; 2014 p. 388
#480

—End of Crave–

**EXHIBIT 1**

**Page 183**