# EXHIBIT C

# EXHIBIT 2

EXHIBIT 2

Page 184

# INDEX 1: COMPARATIVE QUOTES, CRAVE[1] & BLUE MOON RISING[2] (BMR)

## SETTING IN ALASKA RELATIVE TO THE AUTHORS

**Crave**

Crave is set in Alaska at a private boarding school in Healy. It was originally set in Anchorage. Crave author Tracy Wolff is from Texas, and states that her literary agent, Emily Sylvan Kim, suggested Alaska:

1. "I've actually never been to Alaska and I'm dying to go. But when I was brainstorming settings with my agent, she kind of tossed Alaska out as a throwaway suggestion and I fell in love with it from the get-go." https://thenerddaily.com/tracy-wolff-author-interview

2. Crave was originally set in Anchorage, Alaska. See Tracy Wolff's Instagram Blog 6-1-2019: "If you had told me ten days ago that I would be standing on the edges of an airport in Anchorage, Alaska, I would have said you were crazy." https://www.instagram.com/p/ByLJKfIg5B0/?utm_source=ig_web_copy_link

3. First editions of the book actually listed Anchorage, Alaska as the first arrival spot for the heroine in what appears to be a copy error and is now edited to read as Fairbanks:

   **Crave**: "I've been freezing since I landed in Anchorage.[1]" p. 98

**BlueMoon Rising**

BlueMoon Rising is set in Alaska at a public high school in Anchorage. The author, Lynne Freeman, is from Anchorage, Alaska, a third generation Alaskan, who based her book on the fantasy world she created growing up in Alaska. She chose the setting using the aurora borealis and the long, dark winters as a reason for supernatural beings to be in Alaska.

**KEY:**

Pink indicates page number proximity within 50 pages of the same events occurring in both books. Crave is 571 pages; the various versions of BMR vary between 400-600 pages.
*Blue* text indicates notes and outlines shared with the agent.
/ is used to describe events between the two books. Crave is first / BMR is second.[3]

---

[1] *Crave* by Tracy Wolff First Edition, published by Entangled Teen, April, 2020
[2] Freeman materials: BMR 2010 ("2010") and 2011 ("2011") versions; renamed Masqued 2012 ("2012"), 2013 ("2013"), 2014 ("2014") and 2016 ("2016") versions. 2016 is a partial manuscript created in 2014. *The Plot,* 2008; *The Cast Notes,* 2008; *Midnight Overview Notes,* 2009; *The World Notes,* 2010; *Pitch Notes to Emily Sylvan Kim,* 2013; *Freeman Notes,* 1-27-22; *Chapter Analysis,* 5-14-10. All of these materials were given to defendant Emily Sylvan Kim and Prospect Agency.
[3]This index supports the Key Index and is not a stand-alone document. Points revealed later in the *Crave* series are referenced here because they are a plot point in BMR, and are in the Complaint.

1

**EXHIBIT 2**

# CHARACTERS IN COMMON BETWEEN BOTH BOOKS

Character name occurrence in **BMR** that occur in the **Crave** series

| | |
|---|---|
| The Bloodletter | BMR 2012, 2013, 2014 |
| Marise | BMR 2014 |
| Lily | BMR 2010 |
| Gwen / Gwendolyn | BMR 2014 |
| Aidan / Aedan | BMR 2014 |
| Emma | BMR 2016 and Court |
| Colin /Collin | BMR 2010, 2011, 2012, 2013 and Court |
| Macy / Mason | BMR 2010, 2011, 2012, 2013, 2014 |

Similarity of Characters

All of BMR's main and supporting characters are also Crave's main and supporting characters. They have the same character traits and serve a similar purpose in the story[4].

| Crave | BMR | Role |
|---|---|---|
| Grace | Anna[5] | Heroine |
| Jaxon | Ash | Romantic lead 1 |
| Hudson | Ronan | Romantic lead 2 |
| Macy | Jenny | Cousin and best friend/best friend |
| Brendan | Flint | Male friend who teases heroine, gay |
| Uncle Finn | Aunt Brie | Supporting family member, witch |
| King Cyrus | Prince Julian | Evil vampire who wants to take over |
| Lia | Prince Julian | Evil vampire who wants to use the heroine to bring back their dead mate |
| Lia | Taylor | Heroine's nemesis |
| Marc and Cole | Billy and Willy (aka Punk Rock and the Hulk) | Antagonists out to get heroine |
| Hudson[6] | The Bloodletter, Ronan[6] | Evil, accidentally brought back from another dimension, and linked to the heroine |
| The Bloodletter | High Priestess | Gives advice and guidance to heroine; powerful |
| Xavier | Mason | Friend (Crush, book 2) |
| Eden | Rachel | Friend (Crush, book 2) |
| Mean girls | Mean girls | Mean girls |

---

[4] Character Indices provide a detailed list of traits with supporting quotes from both books.
[5] In BMR 2014, the heroine is renamed "Mia," the romantic lead is "Roman," the Bloodletter is "Aedan," Aunt Brie is "Aunt Brynne." In BMR 2016, the heroine is renamed "Ella" and the aunt is renamed "Aunt Rose."
[6] Both Ronan & Hudson are intended to be the heroine's true mate & are involved in a love triangle later in the Crave series and BMR manuscripts and notes; this also occurs in Crush. See The *World Notes*, 2010 & Character Index for Hudson/Ronan & Crush.

2

**EXHIBIT 2**

## SIMILARITIES IN STORYLINE & COMPARATIVE QUOTES CORRESPONDING TO REFERENCES IN THE KEY (EXHIBIT "A")

**Crave begins with the heroine's arrival in Alaska having just moved from San Diego CA. In BMR, the heroine moved to Alaska from San Diego years ago. In both stories, the heroine has moved to Alaska due to an accident which killed her family members; in Crave, her parents, and in BMR, her father and grandparents. Both stories begin with the heroine on her way to school. She describes her surroundings.**

Crave follows BMR 2010 and 2011 for these sequences which follow in page number proximity.

1.
Heroine landed in Anchorage / Heroine lives in Anchorage

**Crave**: "I've been freezing since I landed in Anchorage." p. 98
(Edited in current editions to say Fairbanks[7]).

**BMR**: "You just don't see people like that in Anchorage, Alaska." 2011 p. 15

2.
The heroine is originally from San Diego, CA

**Crave:** "Healy, Alaska..It looks really, really tiny. Way smaller than my neighborhood in San Diego." p. 3; 278

**BMR:** 'Why'd your mom pick Alaska? Do you have family here?'…'I shook my head. We lived in San Diego.'' 2011 p. 124

3.
Heroine describes Alaska as frozen, and in negative terms

**Crave**: "'Interesting. It looks…interesting.' It's not the first description that popped into my head—no, that was the old cliche that hell has actually frozen over." p. 3; "…since I got to this frozen hellhole…" p. 90

**BMR**: "It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed." 2011 p. 12

---

[7] This edition of Crave[1] has the location for the heroine landing in Fairbanks and Anchorage, Alaska; this was subsequently changed to Fairbanks, Alaska in later editions as the copy error was picked up on p. 98. There are also editions with the heroine landing in Vancouver after the Anchorage copy error, and prior to the Fairbanks change.

3

**EXHIBIT 2**

4.
<u>Heroine describes what the sky looks like in Alaska</u>

**Crave**: "...we're in the middle of a weird kind of haze that Philip refers to as 'civil twilight' even though it's barely five o-clock." p. 3

**BMR**: "The sun was still out, though it was sitting low on the horizon, the sky its usual shade of unrelenting gray at this time of year. There was maybe an hour or so of daylight left before the darkness closed in." 2011 p. 49;
"Civil twilight is the brightest of the 3 twilight phases. The sun is just below the horizon…"
https://www.timeanddate.com/astronomy/civil-twilight.html


**Heroine is on her way to school in Alaska, she thinks about the family she has lost. She describes her arrival at the school, and is uncomfortable with everyone watching her.**


5.
<u>Heroine won't let herself dwell on her loss and what she's leaving behind to move to Alaska / Heroine tries to blot out the accident, and her loss that resulted in her move to Alaska</u>

 **Crave**: "I feel a pang looking at them, but I don't let myself dwell on everything I had to leave behind, any more than I let myself dwell on the idea of strangers living in the house I grew up in…who cares about a house…when I've lost so much more?...He nods toward a parking lot." p. 5

**BMR**: "...my dad and grandparents were killed. I've always felt it was somehow my fault…the accident…so I blotted it out as best I could…My mom's car glided into the parking lot." 2010 p. 9, 2011 p. 12


6.
<u>Heroine thinks about California and compares it to the cold of Alaska</u>

**Crave**: "It's so cold out…How can anyone live like this? It's unreal, especially considering it was seventy degrees where I woke up this morning." p. 5

**BMR**: "We'd lived in California before the accident; a time and place of sunshine and laughter. Now we live here, a land of seemingly perpetual darkness and winter." 2010 p. 9; 2011 p. 11


4

**EXHIBIT 2**

**Page 188**

**7.**

Heroine is seventeen / Heroine is almost seventeen

**Crave:** Heroine about herself: "...despite being a year younger than my own seventeen years…" p. 6

**BMR:** Heroine about herself: "well, almost seventeen" 2010 p. 12; "Nearly seventeen." 2010 p. 343 (birthday in three weeks); "almost seventeen" 2011 p. 20

**8.**

Heroine is on her way to boarding school in Alaska / Heroine is on her way to public high school in Alaska

**Crave**: *Heroine:* "…how I'm supposed to get to the boarding school my uncle is headmaster of…" p. 6

**BMR**: *Heroine:* "It's the third week of my junior year of high school." 2010 p. 6; 2011 p. 8

**9.**

An accident killed her family members and she is struggling; she was seventeen / she was seven

**Crave:** the accident just happened when she is seventeen. p. 6 "…despite being a year younger than my own seventeen years…"
"In the month since my parents died…" p. 7
"It's a habit I picked up after my parents died in the car accident…" p. 331

**BMR:** the accident happened when she was seven: "My dad and grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really." 2010 p. 58; 2011 p. 76
"My dad was dead…" 2011 p. 11 "...would have had some inkling of my dad and grandparents' deaths. 2011 p. 11.

**10.**

Her sense of loss is a significant theme in the book, showing up throughout the story

**Crave:** p. 7, 15, 22, 28, 31, 46, 47, 49, 50, 82, 99, 116, 150, 209, 251, 252, 331, 340, 341, 346, 351, 378, 384, 413, 427, 467.

**BMR:** 2011 p. 9-13, 31, 32, 62, 68, 71-76, 116, 120, 213, 237, 261, 289, 318, 348, 356, 357, 402, 417, 418, 423, 448, 517, 525, 526, 547, 552-564.
 "Anna carries a strong sense of loss over the death of her father who was supposedly killed in an elevator explosion when she was seven years old." *The Cast Notes,* 2008, *Midnight Overview Notes*, 2009, *The World Notes,* 2010.

5

**EXHIBIT 2**

**Page 189**

11.
Heroine describes the town: mountains, snow, rivers in all directions / Heroine describes the town: water, snow, mountains all around

**Crave:** "I can't help but think of the mountains and rivers that surround this town in all directions…" p. 8 "there's nothing but mountains and snow" p. 7

**BMR:** "Anchorage is surrounded by water—Cook Inlet on one side and snow covered mountains all around. The hillside area is still considered to be in town but it's a bit remote." 2011 p. 411


12.
Heroine now lives with the only family she believes she has left[8]

**Crave:** "Not to mention the only family I have left." p. 7 referencing her uncle and cousin after the death of her mother and father. She believes she has no other family, just her uncle and cousin. p. 28, 316

**BMR:** "The three of us make up my family. We're all that's left." 2011 p. 13 referencing the death of father and grandparents in an accident. She believes she has no other family, just her aunt and mother. 2011 p. 73; 2013 p. 34


13.
Heroine thinks about the deaths of her family members on her way to the school

**Crave:** "Besides, if I've learned anything in the month since my parents died, it's just how little most things matter." p. 7

**BMR:** "You'd think…I would've had some inkling of my dad and grandparents' deaths." 2010 p. 8 (2011 p. 11); "I began having the dreams when I was very young, probably as far back as when my dad was still alive." 2011 p. 10; "My dad was dead…" 2011 p. 11; It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed." 2011 p. 12


14.
Heroine ducks her head whenever she is uncomfortable or embarrassed

**Crave:** "I duck my head as my cheeks heat up." p. 10, 18, 199, 227

**BMR:** "Flushing hard, I ducked my chin down." 2010 p. 400; 2011 p. 35, 177, 419, 301

---

[8] Later in the Crave series, and in BMR, the heroine learns she has family members she didn't know about.

**EXHIBIT 2**

**Page 190**

15.

Heroine is given a ride to school on snowmobile and told to hold onto her waist / Heroine is given a ride home from school on a motorcycle and told to wrap her arms around his waist

**Crave**: "…that's when Macy reaches for one of the helmets draped over the snowmobile's handles…'Hold on to my waist!'...we're speeding into the darkness that stretches endlessly in front of us." p. 10-11

**BMR**: "...he reaches onto the back of the motorcycle…An extra helmet…'Wrap your arms around me and hold on tight.'... we speed along in silence wishing that time would stretch on forever." 2011 p. 52, 54, 55

**Heroine attends a private boarding school, Katmere Academy (Crave) which is set in a "gothic castle" far away from the town in Alaska. In BMR, the heroine attends public school, and the romantic lead and his clan live in an "Old World European chateau" (French for castle), situated on a hillside far away from town in Alaska. Gothic architecture is Old World European.**

16.

Katmere Academy / Katmai

**Crave**: "'Is that Katmere Academy?' I shout." p. 12

**BMR**: "Katmai…is in Alaska…..(it's a real place only accessible by float plane which makes this fun for the reader). In book 2[9], it's magically accessed like Sanctuary. Sanctuary is a magical place where all supes meet on neutral ground. No fighting. And no one can do harm because there are wards. Katmai is one of the last refuges where nature is in balance with humans and the supernaturals. The supes go during the summer of the midnight sun when some of them are vulnerable (like trolls etc. and some of the demon races). Anna and friends will go once she knows what she is." *The World Notes*, 2010 "Dracon -dragon shifting people live in ice caves in Alaska…." p. 2

**Note**: In the Crave series, it is explained that the school is neutral ground with no fighting allowed among the supernatural races. And the school has tunnels which were made by dragon shifters, beneath the school.

17.

The boarding school is in a castle / The romantic lead and his family live in an Old World European Chateau

**Crave**: "Or should I say the huge *castle*." p. 13 "Gothic castle" p. 13

**BMR**: "Live on large compound like a castle– with some family members and Clan." *The Plot,* 2008; "looks like an Old World European chateau." 2013 p. 322; 2011 p. 412

---

[9] This is a quote from Freeman's notes, which refers to the second book she was intending in the series which would have these elements.

7

**EXHIBIT 2**

18.

<u>Heroine notices the very long driveway to get to the castle / Heroine notices the very long driveway to get to the chateau</u>

**Crave**: *To the castle*:  "Just a long, winding driveway that looks like every other prep school driveway I've ever seen on TV…"  p. 13-14

**BMR**: *To the chateau:* "Ash drove the Land Rover down a long drive... After a very long minute or more we finally reached a park with a circular driveway." 2011 p. 412

19.

<u>Heroine describes the castle as having architecture she heard about in her art class / Heroine describes the chateau as an architectural masterpiece</u>

**Crave**: "..the huge *castle*...because the dwelling I'm looking at is nothing like a modern building…with architecture I've only heard described in my art classes before." p. 13; "castle thing with its pointed archways and elaborate stone work" p. 17; "Gothic castle" p. 13

**BMR**: "Their home was more of a chateau than a house and would have looked more appropriate in Europe rather than in Anchorage, Alaska. Entirely made of stone, it was an architectural masterpiece." 2011 p. 412 "The house looks like an Old World European chateau. Not a home in Alaska." 2013 p. 322  "Live on large compound like a castle– with some family members and Clan." *The Plot,* 2008

20.

<u>Arriving at the school (castle), huge gate, enters code, stone walls / Arriving at chateau, security gate, stone walls, enters code</u>

**Crave**: ".... the brick wall in front of the castle stretches halfway around the mountain...Macy pulls up to the huge gate at the front of the school and enters a code." p. 13 "*castle*, complete with stone walls." p. 17

**BMR:** "We reached a security gate and large stone walls. Of all things..." 2011 p. 411-412 (Chateau); "...entered my code on the keypad." 2011 p. 56 (Heroine's home is also surrounded by stone walls and a security gate).

8

**EXHIBIT 2**

**Page 192**

21.

Heroine notices that the castle has an ornately carved set of double doors / Heroine notices ornately carved double doors at the Sanctuary, a place the romantic lead takes her

**Crave:** "... ornately carved set of double doors." p. 75; "incredibly ornate front doors" p. 14

**BMR**: "...ornately carved double doors" 2011 p. 525

22.

Heroine felt like she was in a horror movie or Salvadore Dali painting when at the school for supernaturals / Heroine felt like she was in Dante's Inferno (the only painting by Dali that is like a horror movie) when at Sanctuary, the place for supernaturals

**Crave**: *Heroine says*: "felt like I was trapped in a horror movie or Salvador Dali painting." p. 13

**BMR**: *Heroine says*: "felt like I was in Dante's inferno."  2011 p. 491 "horror movie" 2013 p. 170, 204, 397

**Note:** Salvador Dali painted *Dante's Inferno*.

23.

Cousin reminds her of a model in a fashion magazine / Romantic lead reminds her of a model in a fashion magazine

**Crave:** "…shouts cover model for some Alaskan wilderness fashion magazine." p. 14

**BMR:** "He looked for all the world like a model in a magazine ad." 2011 p. 51 "He looked like someone you'd see in a glossy magazine ad…" 2011 p. 108

9

**EXHIBIT 2**

**Page 193**

24.
Heroine has panic attacks stemming from the loss of her family

Crave: "Just the idea of not being able to breathe sets off the beginnings of the panic attack I've barely kept at bay all day." p. 15. "Dr. Blake…giving me tips on how to deal with the anxiety I've been having since my parents died." p. 15

BMR: "Anna carries a strong sense of loss over the death of her father and grandparents in an accident. She has panic attacks – anxiety from the trauma." *The Cast Notes, 2008; The World Notes, 2010.*

"Fear set in and with it came its cousin, anxiety. I figured panic wasn't too far behind. And if I gave into that panic I knew I would be lost." 2011 p. 524

"Panic seized control, wild tendrils of fear curdling in my stomach." 2011 p. 407

"...in a few moments my breath will come back, yet my panic is overwhelming." 2011 p. 2

"The room felt smaller somehow, as though it was closing in around me and I couldn't breathe." 2011 p. 247

"My heart skittered wildly in my chest. I couldn't breathe." 2011 p. 498

Note: In Crave, the heroine will often say she's having a panic attack. BMR describes the sensations of having a panic attack.


25.
Inside the castle the heroine notices the details / Inside the chateau the heroine notices the details

Crave: The inside of the castle is described with "vaulted arches," "arched ceiling" "large antique doors," "crystal chandeliers," "roaring fireplace" "stone walls," "tapestries"  p. 16-18

BMR:  The inside of the chateau is described with " ceilings vaulted with large, arched doorways" and "crystal chandeliers," "fire blazing in the hearth;" "tapestry"  2011 p. 411-414, 416;  2014 p. 338 (tapestry at mansion)


26.
Heroine is uncomfortable with people watching her

Crave: "Only, as we get closer, I realize they aren't watching the video game. Or their books. Or even their phones. Instead, they're all looking at me" p. 17-19, 86, 210, 222, 227, 411

BMR: "As we headed into the cafeteria, it seemed as though everyone was staring at us. Or rather at me." 2011 p. 315, 37, 51, 52, 102, 164, 309, 515; "It was so quiet that the silence was painful, particularly since everyone was staring." 2011 p. 37

10

**EXHIBIT 2**

**Page 194**

27.
Heroine ducks head / heroine ducks her chin down to hide uncomfortable feelings

**Crave:** "I duck my head to hide my very obvious discomfort." p. 18

**BMR:** "I said sheepishly, ducking my chin down to my chest again." 2011 p. 177; "I duck my head down, but not before my own little smile escapes." 2012 p. 241 (embarrassed when her friend asks her about romantic lead)

28.
Heroine notices a chess table / Chess Club's table at the school

**Crave**: At school, there's "a small chess table in an alcove…" p. 20

**BMR**: At school, there's a "Chess Club's table" 2011 p. 102; 2010 p. 79

29.
As Heroine enters school in the opening sequence, she meets the romantic lead
(He is described using almost exactly the same words in both books).

**Crave:**
Dark hair, full red lips, chiseled features
p. 21, 22
Dangerous
p. 22, 28, 137, 224
Fallen angel p. 30 angelic looks p. 30
Bad boy p. 30
Sexy p. 86
Arrogant p. 137
Rockstar p. 137
Gorgeous p. 137, 432
Beautiful p. 21, 203
Wicked p. 22
Wild p. 22
Hot p. 137, 311
Smoking hot p. 137
Long, lean     p. 22
Lean muscle  p. 405
Hard well-defined biceps p. 22
Smile turns one corner of his mouth up p. 22
Dark hair  p. 22

**BMR:**
Dark hair, full lips, red lips, chiseled features.
2011 p. 15-16, 34, 58, 101, 108, 163, 168.
Dangerous
2011 p. 16, 53, 127, 251, 286, 311, 367, 424, 465
Dark angel  2011 p. 222
Bad boy  2011 p. 42, 172, 475
Sexy 2011 p. 20
Arrogant 2011 p. 20
Rockstar 2011 p. 20, 82
Gorgeous 2011 p. 16, 82, 108, 483
Beautiful 2011 p. 16, 17, 222
Wicked 2011 p. 16
Wild  2011 p. 186; 2014 p. 19
Hot  2011 p. 21, 22, 28, 29, 252, 303, 311
Smoking hot  2011 p. 303
Tall, lean      2011 p. 15
Lean muscle  2011 p. 15
Hard muscles of his biceps p. 167
Smile turns one corner of his mouth up 2011 p. 24
Dark hair p. 15, 119

11

**EXHIBIT 2**

**Page 195**

30.

Romantic lead is described as hot

**Crave:** "And not just because he's hot…although he's definitely that." p. 21

**BMR**: "Hot New Guy" "he's incredibly hot" 2011 p. 22, 28, 311

31.

Heroine thinks there is something different about the romantic lead, magnetism

**Crave:** "Still, there's something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…sheer magnetism rolling off him in waves." p. 21

**BMR**: "There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82

32.

Romantic lead is striking, full red lips, chiseled features, beautiful

**Crave**: "...too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone." p. 21

**BMR**: "...striking, bewitchingly good-looking... full lips and sculpted features...red lips…Was he really that beautiful?" 2011 p. 15-17, 219.

33.

Heroine notices romantic leads hair, which is dark and falls forward / Heroine notices romantic leads hair, which is dark and tousled

**Crave:** "Add in the thick, dark hair that...falls forward into his face and skims low across his insane cheekbones." p. 22

**BMR**: "I noticed his tousled hair was a rich, dark brown, almost black." 2011 p. 15; "He looked like someone you'd see in a glossy magazine ad for some hip designer; artfully disheveled hair…" 2011 p. 108

12

**EXHIBIT 2**

**Page 196**

34.
<u>Romantic leads eyes…</u>

**Crave**: "And his eyes. . . a bottomless obsidian that see everything and show nothing." p. 21

**BMR**: "And those eyes… they were beguiling and disturbing at the same time." 2010 p. 30; 2011 p. 40

35.
<u>Romantic lead has gemstone eyes</u>

**Crave**: "eyes...a bottomless obsidian..." p. 21

**BMR**: "Amber eyes rimmed in black." 2011 p. 16

36.
<u>Heroine can't look away from romantic lead's stare</u>

**Crave:** "I'm trapped by his stare, hypnotized…" p. 21

**BMR**: "I tried not to stare as I approached the front doors of the school, but I couldn't bring myself to look away...Our eyes locked…" 2011 p. 16

37.
<u>Romantic lead has a hypnotic effect on heroine</u>**:**

Crave: "...hypnotized by the sheer magnetism rolling off him in waves." p. 21

**BMR:** "the way he smelled seem to have an almost hypnotic effect on me" 2010 p. 42; 2011 p. 55

**EXHIBIT 2**

**Page 197**

38.
Heroine has to catch her breath when her gaze meets his / heroine reminds herself to breathe when their gazes collide

**Crave**: "...try to yank my gaze from his…I swallow hard to catch my breath." p. 22

**BMR**: "He turns and our gazes collide…I remind myself to breathe slowly. *Whoa girl*…" 2013 p. 22


39.
Romantic lead grins at heroine as if he knows exactly what effect he has on her

 **Crave**: "And now he's grinning, one corner of his mouth turning up in a crooked little smile that I feel in every single cell. Which only makes it worse, because that smirk says he knows exactly what kind of effect he's having on me." p. 22

**BMR:** "He steps forward. A tingling bolt of electricity runs through me. I can't help it—my lips part and I gasp. He grins a wicked grin and winks at me as if he knows exactly what effect he has on me." 2013 p. 20; 2011 p. 16


40.
Heroine rip her eyes away and looks anywhere but / Heroine tears her eyes and looks anywhere but

**Crave**: "I rip my eyes away...Determined to avoid his eyes, I look anywhere but. p. 22

**BMR**: "I...tear my eyes away...keeping my eyes anywhere but on his face. 2011 p. 17


41.
Heroine notices romantic lead's long lean body and muscles / Heroine notices romantic lead's tall lean body and muscles

**Crave**: "...his long, lean body...flat stomach, and hard, well-defined biceps." p. 22

**BMR**: "...tall...fit with lean muscle." 2011, p. 15  "I noticed the hard muscles of his biceps and chest…" 2011, p. 167; "I noticed the way his jeans clung to his muscled thighs and molded his form and felt the most illogical urge to touch him." 2011 p. 54

14

**EXHIBIT 2**

**Page 198**

42.

Romantic lead wears the same clothes when he meets the heroine -black jeans and a t-shirt.

**Crave:** "...the black jeans and t-shirt he's wearing..." p. 22

**BMR:** "...though he was dressed well in black designer jeans and a black t-shirt..." 2011 p. 20

43.

Romantic lead is wicked, dangerous, sexy, wild

**Crave:** "...sexy as hell. A little wicked, a lot wild, and all dangerous." p. 22; 28, 137, 224

**BMR:** "The overall picture was one of dangerous, irresistible beauty...wicked grin" 2011 p. 16 "...just plain sexy." 2011 p. 20 "something a little wild…danger in a bottle." 2011 p. 186; 53, 127, 368, 311; 2014 p. 19

44.

Romantic lead's smile turns one corner of his mouth up

**Crave:** "one corner of his mouth turning up in a crooked little smile" p. 22, 385; 259; half smile, crooked smile, crooked grin. p. 22, 393; 126; 216

**BMR**: "a corner of his mouth turning up" 2011 p. 24, "he smiled crookedly." 2010 p. 109; "crooked grin" 2011 p. 157; "amusement turning a corner of his mouth up" 2011 p. 51

45.

The heroine tells herself she doesn't want the romantic lead

**Crave:** "The new girl swooning over the hottest, most unattainable boy in school? Gross. And so not happening." p. 23

**BMR**: "But if I were to date someone, it wouldn't be him. The wry curl of his lip, the confident, almost arrogant way he held himself…" 2011 p. 20; 24, 25 "...first love, the seemingly unattainable object of affection…" *Midnight Overview Notes, 2009*

15

**EXHIBIT 2**

**Page 199**

46.

<u>Romantic lead quotes Shakespeare to heroine, she corrects him and is irritated wtih his behavior / Heroine quotes Shakespeare with romantic lead; she is irritated with him and his behavior.</u>

**Crave**: *Heroine:* "The quote is, 'There are more things in heaven and *earth*, Horatio.'…'I need to go.' I force the words past a jaw I didn't even know I'd been clenching." p. 24- 25 Shakespeare

**BMR**: *Heroine:* "I whispered furiously, glaring daggers at him. 'Et tu, Brute?'" 2011 p. 40 Shakespeare

**Note**: *Crave* uses the Shakespeare quote from *Julius Caesar*, "Et tu, Brute" on page 161, like BMR. The quote above is from Shakespeare's *Hamlet*. BMR quotes Shakespeare's *Macbeth*. 2013 p. 6.

47.

<u>Heroine is smart and is takes challenging classes</u>

**Crave:** "...my AP English class just finished reading Hamlet..." p. 25 "I have AP Physics right now..." p. 226 "... plus AP Spanish, the one class we share." p. 247

**BMR**: "...she is smart and in the smart classes." *The Plot,* 2008. "was spent with my honors biology group." 2011 p. 29 "You are junior and senior honor students who have expressed an interest in archaeology of the ancient world." 2011 p. 39 Ancient Global Studies is an honors class.

48.

<u>Heroine thinks romantic lead is terrifying, intriguing and exciting at the same time</u>

**Crave**: "... I realize this guy is as terrifying as he is intriguing." p. 25 "this boy who frustrates, terrifies, and excites me all at the same time." p. 30

**BMR**: "I knew he was dangerous on some level yet I found him intriguing and maybe even exciting at the same time. 2011 p. 127 "He captivated me in every way, he was just so appealing. And terrifying." 2011 p. 253

**There is a verbal repartee between the heroine and romantic lead when they first meet, heroine feels like the romantic lead wins.**

16

**EXHIBIT 2**

49.

Heroine snaps back at the romantic lead when she feels offended by him on their first meet day

**Crave**: *Heroine to romantic lead*: "Is it that stick up your ass that makes you such a jerk?...Or is this just your regular, charming personality?" p. 26

**BMR**: *Heroine to romantic lead*: "'There's an expression about paybacks. Looks like yours is coming right about now.' I don't know where that came from but after the morning I'd had, it felt really good saying it." 2011 p. 47

50.

Heroine and romantic lead are in a verbal repartee; he fires back / she fires back

**Crave**: "Then he fires back, 'I've got to say, if that's the best you've got, I give you about an hour.'" p. 26

**BMR**: "'What about your girlfriend?' I fired back. There, I had him now." 2011 p. 53

51.

Verbal repartee: heroine feels frustrated, angry, offended, and conflicted at the effect the romantic lead has on her, and blames him for it

**Crave:** "He steps forward, closing the small distance I put between us. And there goes my heart again, beating like a caged bird desperate to escape. I hate it. I hate that he's bested me, and I hate that being this close to him makes me feel a bunch of things I shouldn't for a guy who's been a total jerk to me…" p. 27

**BMR:** "Up close he's even better looking than I remembered. My traitorous heart flutters in response to his nearness and that makes me mad. I don't want to have this reaction. Not when my feelings about him are so conflicted." 2013 p. 35; "...at first she is intimidated and slightly offended by Ash's confidence and magnetism. She is also hopelessly attracted to him in spite of herself." *Midnight Overview Notes,* 2009

52.

Heroine's heart is beating like a caged bird, she hates it / Heroine's heart is racing in the cage of her chest, she's mad

**Crave:** "And there goes my heart again, beating like a caged bird desperate to escape. I hate it**.**" p. 27,  22, 23

**BMR:** "My traitorous heart fluttered in response to his nearness and that made me mad." 2011 p. 35; 25, 119, 120. "I looked down quickly, my heart racing wildly in the cage of my chest" 2010 p. 16

17

**EXHIBIT 2**

**Page 201**

53.

Romantic lead wins the verbal game between them

**Crave:** "I hate that he's bested me…" p. 27

**BMR**: "Match and game. I hadn't anticipated that." 2011 p. 53

**Heroine feels conflicted by her attraction to the romantic lead. She tries to suppress her anxiety over thoughts and feelings of her family loss. Romantic lead excites her; she also feels connected to him through loss. Later the romantic lead warns her to be careful.**

54.

Heroine doesn't want to feel the way she does around romantic lead when he doesn't feel the same way about her

**Crave**: "I hate that being this close to him makes me feel a bunch of things I shouldn't... The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating" p. 27

**BMR**: "And that irritates me. I don't want to have these feelings for him. Especially when he doesn't seem to have them for me." 2013 p. 114
"Anna is trying to resist the strange attraction she feels for him." *Chapter Outline to Emily Sylvan Kim, Chapter 2, 2013*; "...at first she is intimidated and slightly offended by Ash's confidence and magnetism. She is also hopelessly attracted to him in spite of herself." *Midnight Overview Notes, 2009*

55.

Romantic lead is so close heroine can feel his warm breath

**Crave:** "he leans closer still, *gets* closer still, until I can feel his warm breath on my cheek…" p. 27

**BMR**: "...bringing his face so close that I could feel the huff of his warm breath on my own…" 2010 p. 42

56.

Romantic lead is so close she will be pressing against him / Romantic lead is so close she is pressed against him

**Crave**: "So close that one deep breath will end with my chest pressing against his." p. 28

**BMR**: "The front of my body is pressed tightly to the back of his." 2013 p. 54; 2011 p. 55

18

**EXHIBIT 2**

**Page 202**

57.

Romantic lead mentions the "things that go bump in the night" to the heroine.

**Crave:** *Romantic lead*: ''things that go bump in the night." p. 28

**BMR:** *Romantic lead:* "Things that go bump in the night." 2011 p. 237; *The Plot, 2008*

58.

Heroine thinks about her family members' deaths and pushes her pain down. Romantic lead is there
/ Heroine thinks about her family members' deaths and shoves her pain down. Romantic lead is there

**Crave**: "Images of my parents' mangled car flash through my brain…The familiar anguish wells up inside me…I shove it back down." p. 28

**BMR**: "I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died, and the truth was I'd never really gotten over it...I took a few deep breaths, pushing down the rising sob caught in my throat." 2011 p. 34

59.

Heroine doesn't want to feel her anxiety, or negative thoughts. So she pushes them down / Heroine doesn't want to feel her anxiety, or negative thoughts, so she shoves them down

**Crave:**
"The familiar anguish wells up inside me...I shove it back down. Pretend it doesn't exist." p. 28
"All the thoughts I'd shoved aside for the past forty-eight hours, just to get through leaving." p. 50
"Which is why I shove all the new and bizarre misgivings I'm suddenly having back down where they belong." p. 233

**BMR:** "I took a few breaths, pushing down the rising sob…" 2011 p. 34
"So I pushed that thought, that worry, back down." 2011 p. 452-453
"...pushing my emotions down**,** practically gagging on them." 2011 p. 473
"So I decided to push my feelings of fear and dread all the way down, out of reach and lock them in a box." 2011 p. 474
"I needed to push those thoughts down for the moment, which seemed impossible..." 2011 p. 580

19

**EXHIBIT 2**

**Page 203**

60.

Heroine has no other family anywhere

**Crave:** I was the only family they had in San Diego—or anywhere, really, except for
Finn and Macy ...” (heroine, uncle, and cousin). p. 28

**BMR:** “I don't have cousins, grandparents, or anyone else.” 2013 p. 34; “The three of us make up my family.
We're all that's left.” p. 15 (heroine, mom, and aunt)

61.

Heroine notices pain in the eyes of the romantic lead, and his pain is like her own

**Crave**: “Even his eyes change...Stillness and an agony so deep...But I *can* see it. More, I can *feel* it calling to
my own pain.” p. 29

**BMR:** “It was the pain in his eyes as he spoke that told me he'd lost someone close.” 2011 p. 125
 “...his eyes...revealed within their depths was an anguish so raw I knew it rivaled my own.” 2011 p. 592
(Ronan the Bloodletter, first meet)

62.

Heroine feels connected to romantic lead by loss

**Crave:** “....connected in a way I can feel but can't comprehend by our very separate horrors.” p. 29, p. 49

**BMR:** “....I understood his pain. He felt the same way I did about my dad and grandparents....I found myself
feeling more and more connected to Ash. I understood him and I knew he understood me.” 2011 p. 125, 127

63.

Romantic lead reaches out and touches heroine's hair

**Crave**: “…he reaches out and gently takes hold of one of my million curls.” p. 29

**BMR**: “... he reached out with one hand and brushed a lock of my hair back from my face, his touch so light it
was almost as though I had imagined it.” 2011 p. 62

20

**EXHIBIT 2**

**Page 204**

64.
Heroine thinks romantic lead is a fallen angel, bad boy / Heroine thinks romantic lead is a dark angel, bad boy

**Crave:** "A fallen angel with a bad-boy vibe for miles…" p. 30

**BMR:** "A beautiful dark angel." 2011 p. 222  "He appears like the quintessential bad-boy**." *Midnight Overview Notes, 2009.*  "Bad-boy grin" 2010 p. 32; 172, 475

65.
Romantic lead terrifies and excites heroine  / Romantic lead is exciting and terrifying to heroine

**Crave**: "this boy who frustrates and terrifies and excites me all at the same time." p. 30; 25

**BMR**: "I found him intriguing and maybe even exciting at the same time. 2011 p. 127
"He captivated me in every way, he was just so appealing. And terrifying." 2011 p. 253

66.
At the end of their first meet / first meet day  the romantic lead warns the heroine to be careful

**Crave:** "Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back." p. 31

**BMR:**  "'It's not safe to be out alone, even after school.'…He looked as though he wanted to say something more." 2010  p. 48; 2011 p. 62

67.
Heroine calls romantic lead nicknames in her head:

**Crave:** Mr. Tall, Dark, and Surly. p. 32
Tall, Dark and Surly p. 34

**BMR:** Tall, dark, and mercilessly good-looking 2011 p. 20
Tall, dark, and wickedly handsome 2012 p. 19
Mr. Tall, Dark, and Bloodthirsty, heroine refers to vampire prince 2011 p. 507

**After her first day meet scene with the romantic lead, she visits with Uncle Finn / Aunt Brie.**

21

**EXHIBIT 2**

68.

Heroine thinks her uncle has a woodsy scent / Heroine thinks the romantic lead has a clean woodsy scent

**Crave:** "comforting scent of him—the same woodsy scent" (describing uncle) p. 32

**BMR**: "He smelled wonderful, a clean, woodsy scent" 2011 p. 17


69.

Alaska feels like the moon / Alaska is like living on the moon

**Crave**: "Alaska feels like the moon." p. 34

**BMR:** "winter in Alaska must be like living on the moon..." 2011 p. 274


**Heroine meets Flint (Crave), sees Brendan (BMR). They are the same character. She is thinking about the loss of her family members, and has physical symptoms of anxiety. She feels she is being watched at school. When she goes to sleep that night, she thinks about her day, her friends, and the romantic lead.**

70.

Flint has warm brown skin / Brendan has warm coffee colored skin

**Crave**: "Warm, brown skin." p. 35

**BMR**: "He has warm, cafe-au-lait skin…" 2011 p. 100; "His usual warm, mochachino skin…" 2011 p. 564; 94


71.

Flint calls the heroine a nickname, "New Girl" throughout the story / Brendan calls the heroine nicknames throughout the story, and heroine calls romantic lead "new guy" and "Hot New Guy"

**Crave**: "'Hey there, New Girl. How are you?" p. 35, 42, 85 (through the entire series)

**BMR**: "Brendan always calls me ridiculous pet names." 2011 p. 104 "Wanna fill the brothers in, peaches?" p. 104; "Sweetcheeks" p. 103, etc

Heroine calls romantic lead "Hot New Guy"and "new guy" at the beginning of the story. 2011 p. 22, 26, 28, 29


22

**EXHIBIT 2**

72.
Flint is from a multiracial family / Brendan is from a multiracial family

**Crave**: "Black afro that looks amazing on him." p. 35
**Crush**: "...a mixed race couple who I realize with some astonishment are Flint's parents." p. 382

**BMR:** "His father a surgeon of multiracial descent. They're sort of the Heidi Klum and Seal…" 2011 p. 100
(Seal is a musician with a Nigerian father and Brazilian mother).

73.
Flint has bright, molton amber eyes / Romantic lead has bright, molten amber eyes

**Crave**: "Bright-amber eyes that seem to burn from within." p. 35
"...watching me with those molten amber eyes of his." p. 362

**BMR:** "His eyes were molten amber rimmed in black, as bright and shiny as a new penny." 2011 p. 367

74.
The heroine obsesses over the romantic lead at school

**Crave:** "I keep my mouth shut and concentrate on looking around instead of obsessing over some guy..." p. 39; 176

**BMR:** "As I walked down the hallway to my locker, I realized I was already obsessing about him..." 2011 p. 17; 74, 187

75.
At the castle heroines cousin tells her "home sweet home" / At the chateau  heroines friend tells her "home sweet home"

**Crave**: Macy says…"Home sweet home." p. 40 at the castle, when heroine walks into her room

**BMR**: "'Home, sweet home' Caitlin chimed." 2011 p. 412, at the chateau, when heroine walks in

23

**EXHIBIT 2**

**Page 207**

76.

Heroine feels watched, the hair on the back of her neck stands up/ Heroine feels watched, the hair on the back of her neck prickles

**Crave**: "...the hair on the back of my neck stands up...it suddenly feels an awful lot like I'm being watched." p. 40

**BMR**: "A strong feeling of being watched makes the hairs prickle on the back of my neck." 2011 p. 3

77.

Heroine gives her cousin / friend the "universal sign" and a "look"

**Crave**: "I give her a *what's up* look, but she just shakes her head in the universal sign for *don't say* ANYTHING." p. 41

**BMR**: "I throw Amanda a meaningful look over my shoulder and twirl my finger in the air next to my head— universal sign language to point out a nutter." 2011 p. 27

78.

Heroine is reminded of Barbie with pink

**Crave**: "That shade of pink reminds me of surfer Barbie..." p. 42

**BMR:** "Rachel was wearing a pink sparkly shirt.... a matching pink sparkly purse…I'm Taylor Barbie," 2011 p. 144

79.

Flint / Brendan is described as gorgeous

**Crave**: Describing Flint: "I mean, yeah, he's gorgeous…" p. 43

**BMR**: "And Brendan all golden and gorgeous." 2012 p. 280; "...Brendan is also beautiful." 2011 p. 100

24

**EXHIBIT 2**

**Page 208**

80.

Flint / Brendan is supersmart / brainy

**Crave**: "...he's nice and supersmart…" p. 43

**BMR**: "Brendan is the tie that binds their group together, he's both brainy and athletic." 2013 p. 100

81.

Heroine admits she's a dork / Heroine says to herself she's a dork - occurs in the same place in the story

**Crave:** 'You're a dork: you know that, right?' 'I absolutely do, yes.' p. 44

**BMR**: "Dork that I am, I almost have an obsession with ancient cultures…" 2011 p. 41

82.

Heroine feels guilty because she had a fight with her parents before the accident

**Crave**: "I wish the last words my parents and I spoke weren't hurled at each other in a fight that seems so stupid now." p. 45

**BMR**: "When they wouldn't let me I pitched a fit…" 2010 p. 100; "I've always felt really guilty about what happened. If I hadn't insisted on having my way, they'd still be alive." 2011 p. 128

**A recurrent theme throughout the story is that of loss of the heroine's family and the grief and anxiety she experiences because of this.**

83.

Heroine thinks about her parents' deaths often / Heroine thinks about dad/grandparents' deaths often.

**Crave:** p. 7, 15, 22, 28, 31, 46, 47, 49, 50, 82, 99, 116, 150, 209, 251, 252, 331, 340, 346, 351, 378, 384, 413, 427, 467.

**BMR:** 2011 p. 9-13. 31, 32, 62, 68, 71-76, 116-120, 213, 237, 261, 289, 318, 348, 356, 357, 402, 417, 418, 423, 448,517, 525, 526, 547, 552-564; *The Cast Notes, 2008; Midnight Overview Notes, 2009; The World Notes, 2010*

25

**EXHIBIT 2**

**Page 209**

84.
<u>When heroine goes to sleep that night, after the first meet with romantic lead, she wakes up in the middle of the night thinking about him and her parents, her friends, the loss of her family/ When heroine gets ready to go to sleep that night, after the first meet with romantic lead, she thinks about him, her dad and grandparents and their deaths</u>

**Crave**: "I glance at the clock: 3:23 in the morning."... "...most of my friends drifted away after my parents died." "All the thoughts I'd shoved aside for the past forty-eight hours, just to get through leaving. My parents, leaving San Diego and my friends, that ridiculous airplane ride into Healy. Macy's expectations for our friendship, the way Jaxon looked at me and then *didn't* look at me, the things he said to me." p. 48-50

**BMR**: "I had been getting ready for bed and obsessing about my friends turning on me, and Ash of course. He'd left so suddenly today…" … "My dad and grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really." 2010 p. 56, 58 (before she goes to sleep)

85.
<u>Heroine is suffering from loss</u>

**Crave:** "...Heather's mom told me that experiencing too powerful emotions is completely normal after a huge loss." p. 50

**BMR**: "...a long time after my dad and grandparents died, and the truth was I'd never really gotten over it. I just couldn't handle any more loss. " 2011 p. 34

86.
<u>Heroine feels a weight on chest, has shaking hands</u>

**Crave**: "The crushing weight on my chest…the shaking hands…" p. 50; "...but I'm smart enough to know if I stay here staring at the ceiling, I'm going to end up having a full-blown panic attack. So instead, I take a deep breath…" p. 51

**BMR**: "…felt like a weight on my chest." 2011 p. 337; "my hands were shaking so badly" p. 470; "She has panic attacks – anxiety from the trauma." *The World Notes, 2010*; "So I took a long, slow breath in to release the tension coiling in my body." 2011 p. 337

The heroine is assaulted by two vampires (Crave), two werewolves (BMR). The attackers remind her of "eighties" concert goers / rockers. The attack takes place when the heroine is alone. During the struggle she gets angry and tries to fight back. The romantic lead comes to her aide. She thanks him, he wipes away her blood (Crave), tears (BMR) with his thumb and sucks it (Crave), licks it (BMR). Heroine is left wondering why the attackers are not affected by the cold.

87.
Heroine sees two guys wearing jeans and shirts, no coats - not dressed for the winter weather

**Crave:** "...both doors fly open. And in walk two guys wearing nothing but old-school concert T-shirts, jeans and lace-up boots. No jackets, no sweaters, no hoodies even." p. 53

**BMR:** "Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves." 2011 p. 519

88.
The two guys remind heroine of eighties rock concert goers, wearing concert t-shirts and a nose ring/ The two guys remind heroine of eighties rockers. Wearing a dog collar, earring, "Billy Idol"

**Crave:** "And in walk two guys wearing nothing but old-school concert T-shirts…Ones who died at an eighties rock concert...black nose ring right through his septum." p. 53

**BMR**: "...a dog collar and an earring...He looks like a retro throw back to the eighties. In fact, he looks a lot like Billy Idol." 2013 p. 58  "He looks like a punk rocker throwback in a bad eighties movie." 2014 p. 48; 2011 p. 519

89.
One guy says, "Well, well, well. Looks like"

**Crave:** One of the guys says: "Well, well, well. Looks like we made it back just in time." p. 53

**BMR**: One of the guys says: "Well, well, well. Looks like I've hit the jackpot." 2013 p. 58; 2014 p. 48

27

**EXHIBIT 2**

**Page 211**

90.

The two guys: one muscular, one blond with short spiky hair /The two guys: one dark hair, one blond shaved close to his head

**Crave**: "...taller of the two guys. Warm copper skin, dark hair tied back in a ponytail, and a black nose ring…" "...second guy. He's shorter than the first and stockier too. His blond hair is shaved close against his head." p. 53

**BMR**:"One was blond and muscular and had the broad, over-developed physique of a body builder. The other was thin and wiry with short, spiky white-blond hair." 2011 p. 519; 2013 p. 58

91.

One of the guys moves toward her after asking her a question

**Crave**: "It seems like an innocuous enough question, except he's walking toward me as he asks it, getting into my personal space…" p. 53-54

**BMR**: "'Why don't you come for a little ride with us, hey?' he says, closing the distance between us." 2013 p. 59

92.

The heroine is reminded of a movie during this scene

**Crave**: "...this feels like a scene out of every teen movie…" p. 55

**BMR**: "He looks like a punk rocker throwback in a bad eighties movie." 2014 p. 48; "In movies, things don't always go well for the heroine when she fights back." 2013 p. 395 (note, this is Part 2 of the heroine's encounter with these two villains in 2013)

93.

One of the guys "reaches out and grabs me"

**Crave**: "But Marc reaches out and grabs me…" p. 56

**BMR:** "Billy reaches a hand out and grabs me…" 2013 p. 59; 2014 p. 48, 49

28

**EXHIBIT 2**

**Page 212**

94.

Heroine is pinned against the guy, "my back to his front"

**Crave**: "He yanks me hard against him–my back to his front…" p. 56

**BMR**: "The Hulk twists my wrists behind my back, pinning me to him, my back to his front." 2014 p. 49; 2013 p. 60

95.

Heroine struggles, bucks, head butts attacker and breaks his nose / Heroine struggles, bucks, slams head back aiming to break his nose

**Crave**: "...and wraps his arms around me as I start to struggle in earnest…" p. 56 "...I shout, bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose." p. 57

**BMR**: "I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose." 2014 p. 50; 2013 p. 60

96.

Heroine thinks about stomping on his feet / Heroine stomps on his toes

**Crave**: "I think about stomping on his feet, but my Converse aren't going to do much damage…" p. 56

**BMR**: "I raise my knees and slam my feet down, heels first onto the Hulk's toes." 2013 p. 59; 2014 p. 49

97.

During the attack by the two guys, heroine is infuriated / has fury

**Crave**: "Which infuriates me as much as it terrifies me." p. 56 "Which only pisses me off more." p. 57

**BMR:** "Fury pulses through me." 2013 p. 60; 2014 p. 50

29

**EXHIBIT 2**

98.
Heroine tastes her own blood "in my mouth"

**Crave**: "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." p. 56-57

**BMR**: "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 p. 50 (does not exist in 2013 version)

99.
Heroine puts her fists up

**Crave**: "I turn to flee, fists up in attempt to ward off Quinn if he tries to stop me…" p. 57

**BMR:** "I clench my jaw and crouch forward on the balls of my feet, fists up, ready to take the Hulk on." 2014 p. 50; 2013 p. 60

100.
The romantic lead rescues her and scares the two guys away, but she doesn't realize it at first

**Crave**: "...just in time to see Marc go flying across the entryway as he clams into the farthest wall." p. 57 "It's as he's pulling me toward him that I get my first good look at his face and realize that it's Jaxon." p. 58

**BMR**: "A roaring growl splits the air around us—a *grizzly bear?*—and we're both hauled backward out of the van. I roll out of the Hulk's grasp. Roman is on top of him in a flash, using the Hulk's face as a punching bag, his fists are flying so fast. How did Roman get to the van?" 2014 p. 50

**Note:** In the 2014 manuscript, the romantic lead's name has been changed from "Ash" to "Roman." This is the only version of the manuscript where the heroine doesn't realize it's the romantic lead saving her at first.

101.
Afterwards, heroine thinks about self-defense training/ Heroine mentions a self-defense class when she's with the romantic lead

**Crave**: *Heroine*: "Every ounce of self-defense training I've ever had…" p. 59

**BMR**: *Heroine* "Just a self-defense class," 2013 p. 62; 2014 p. 52

30

**EXHIBIT 2**

**Page 214**

102.

Romantic lead looks her over after the attack to make sure she's okay

**Crave:** "For long seconds, he doesn't say anything, just looks me over from head to toe…" p. 60

**BMR:** "He looks me over, cupping my face in his hands." 2014 p. 51 (Romantic lead's name changes in 2014)

103.

Heroine lets romantic lead know she'll keep his secret/ Romantic lead lets heroine know her secret is safe

**Crave:** "I hold his gaze, telling him with a look that I'll keep his secret." p. 59

**BMR**: "The secret's safe with me, but I think you should tell her anyway." 2014 p. 57

104.

Romantic lead tells heroine the bad guys won't bother her again /Romantic lead tells heroine the bad guys won't be back

**Crave**: "You don't have to worry about Mark and Quinn. They won't bother you again." p. 61

**BMR**: "And the demon spawn won't be back." 2011 p. 593; 2013 p. 449

105.

Romantic lead asks if heroine is hurt / Romantic lead asks if heroine is okay

**Crave**: "Are you okay?" he asks quietly, his fingers finally releasing their hold on my wrist. p. 60

**BMR**: "Are you hurt? 2014 p. 51

106.

Heroine thanks romantic lead for helping her

**Crave**: "Thank you," I blurt out. "For helping me, I mean." p. 61

**BMR**: "Thanks for—well, for everything." 2014 p. 57

31

**EXHIBIT 2**

**Page 215**

107.
Romantic lead lets heroine know he doesn't feel he deserves her thanks

**Crave**:
Her:  'Thank you…for helping me…'
Him: 'Is that what you think I did?'
Her: 'Isn't it?'
Him: He shakes his head, gives a little laugh that has my heart stuttering in my chest. "You have no idea…I just made you a pawn in a game you can't begin to understand." p. 61

**BMR**:
Him: His brows draw together in a frown. 'Sorry about today.
Her: 'You saved me.'
Her: He just shakes his head, and I can tell he thinks it's his fault. 2014 p. 57 and "You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99
108.
A thumb is used to "gently" wipe heroine's blood / tears

**Crave**: "He lifts his hand to my mouth and gently—so gently I can barely feel him—brushes his thumb across my lower lip…I can just see the smear of blood glistening on his skin." p. 61

**BMR**: "He took the pad of his thumb and gently wiped away the tears that had stolen their way down my cheeks." 2011 p. 594

109.
He sucks his thumb while gazing at heroine / He likes his thumb while gazing at the heroine

**Crave:** "Then brings his thumb to his lips and —holding my gaze with his own—sticks his thumb in his mouth and slowly sucks off the blood."  p. 62

**BMR:** "He brought his thumb to his lips and licked it, his gaze locked with mine." 2011 p. 594

32

**EXHIBIT 2**

**Page 216**

110.
Heroine wonders if he will kiss her

**Crave:** "He leans forward then, as if he can't help himself, until his face, and his lips are barely an inch from mine. It should make me uncomfortable. But it doesn't. It just makes me burn. And this time, when my knees shake, it has nothing to do with fear. My lips part, my breath hitches in my chest, my heart beats faster…For a second, just a second, I think he's going to kiss me." p. 63

**BMR**: "He bent down, his lips hovering so close that I could feel the heat of them. I wondered if he meant to kiss me? I paused, ensnared like a rabbit before a hawk—terrified yet fascinated at the same time. Wanting. Waiting. A delicious heat unfurled in my belly and I felt a telltale flush making its way up my neck and onto my cheeks." 2011 p. 596

111.
Romantic lead can feel how he affects heroine

**Crave:** "My lips part, my breath hitches in my chest, my heart beats faster. He feels it... " p. 63

**BMR:** "I could feel my cheeks blaze with heat. A slow grin spread across his full lips and I knew he could literally *feel* the effect he was having on me ..." 2011 p. 457

112.
Heroine's heart beat quickens, romantic leads eyes respond

**Crave:** "...my heart beats faster. He feels it—I can see it in his blown-out pupils ..." p. 63

**BMR**: "My pulse leapt frantically when his lips made contact with my skin. By the sudden flame in his eyes I knew he could feel it, too. 2011 p. 464

113.
After romantic lead leaves, heroine is left wondering

 **Crave:** "I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do." p. 64

**BMR:** "He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering." 2011 p. 63; 2014 p. 58
"Already she feels that he is somehow important to her and wonders why." *Chapter Analysis*, 5-14-10

114.
Heroine is shell-shocked after her first day arriving in Alaska / Heroine was shell-shocked when she first moved to Alaska

**Crave**: "I'm a little shell-shocked when I finally make it to my room." p. 65; "I've run into him four times since I got to this frozen hellhole…" p. 90

**BMR**: "She and Amanda were the first friends I'd made when we moved to this frozen land and I'd been shell-shocked with grief." 2011 p. 21


115.
Heroine thinks about the two guys who assaulted her and wonders why they weren't cold

**Crave**: "I'm beginning to think they were high or something, because there's no other explanation as to why they would have been outside in only jeans and t-shirts. I mean, how did *they* avoid getting hypothermia?" p. 68

**BMR**: "...they were completely unaffected by the cold. They should have been shivering, stamping their feet, and rubbing their hands together." 2011 p. 519
**The heroine gets ready for a party with her cousin / friend, she discusses clothing and is somewhat hesitant to go. The party is a welcome party at school (Crave), a house party (BMR). The nemesis character (Lia Crave / Taylor BMR) gives her a spiked drink (herbs in Crave, alcohol in BMR). The heroine becomes nauseous and throws up, finally drifting off into a "fitful sleep."**


116.
Heroine and her friend discuss jeans and what the heroine is wearing for the party

**Crave**: "'Maybe you should wear the jeans as you originally planned...I don't want you to be uncomfortable' 'Are any of the other girls wearing jeans?'... 'I take it that's a no.'... I give up and shut the closet door… 'Come on let's get going'" p. 72-73

**BMR**: "I take my coat off revealing black skinny jeans and a sweater…'Hmm.' Taylor tapped her cheek with a pink polished nail. 'That's fine for school but don't you want to spice it up for the party?'" 2013 p. 267; 2010 p. 269

117.
Heroine doesn't see herself as beautiful; compares herself to cousin who is gorgeous /compares herself to mom who is gorgeous

**Crave**: "...I'm pretty much the opposite of beautiful. On a good day, I'm cute. Standing next to Macy, who is freaking gorgeous, I'm wallpaper." p. 73

**BMR:** "I'm not bad looking, but I'm not beautiful like she is." 2016 p. 10  "And it's not like I'm unattractive. But I'm not exactly teen model material either...My mother...She's also drop-dead gorgeous." 2010 p. 12


118.
Cousin Macy walks in like she owns the place / Taylor walks into the place like she owns it

**Crave:** "Then she's leaning forward, sending the double doors flying in both directions as she walks in like she owns the place. And maybe she does. From the way everyone in the room turns to look at her, I can believe it." p. 75.

**BMR:** "I've never seen anyone work a room like Taylor. She walks into the place like she owns it. Every male head turns her way…" 2013 p. 272; 2010 p. 276


119.
Heroine doesn't want to go to the welcome tea party at school / Heroine doesn't want to go to the school cafeteria

**Crave**: "We could just skip it altogether…Be fashionably absent." p. 73

**BMR**: "When we reached the cafeteria doors I balked. 'Listen Brendan, I'm not up for this.' 2010 p. 78


120.
Heroine although hesitant is pulled along

**Crave**:"......I let her pull me out the door…'Too late' she answers with a deliberately obnoxious grin." p. 73

**BMR**: "Wrong answer, Sweetheart. We're going in," he said. And with that he looped my arm through his, locking it tight." 2010 p. 78

35

**EXHIBIT 2**

**Page 219**

121.
Heroine has a nervous stomach about going

**Crave**: "...my stomach has calmed down. More like the pterodactyls have become butterflies…" p. 74

**BMR**: "My stomach was already performing the Olympic gymnastics routine." 2010 p. 78

122.
Heroine feels weight pressing down on her and everyone's eyes on her / Heroine feels weight pressing down on her and everyone is looking at her

**Crave**: "...when it feels like there's a weight pressing down on me...my worst nightmare has come true and they're all looking at me." p. 75- 76

**BMR**: "I can feel the weight of everyone's eyes in the lunchroom pressing down on me." 2010 p. 79

123.
Heroine notices that the sconces have live candles burning in them

**Crave**: "There are dark wall sconces with what look like actual lit candles in them." p. 76

**BMR:** "... flickering candles in the sconces fitted along the walls." 2016 p. 95; "dimly lit by candles in old-fashioned sconces." 2011 p. 386; "old-fashioned sconces" at the chateau 2011 p. 414; the lights flickered in their sconces." 2012 p. 468

124.
Carved into dragons

**Crave**: "Each wall sconce is carved into the shape of a different dragon." p. 76

**BMR:** "Peering at the gilt carvings along the frame more closely, I notice that what I have mistaken for fanciful curlicues is in actuality a design of two silver and gold dragons." 2012 p. 313; 2013 p. 426

36

**EXHIBIT 2**

**Page 220**

125.

Heroine notices the different social groups at school, "cliques"

**Crave**: "Students are grouped together in various areas of the room...Cliques are everywhere...I find myself eyeing the different...factions, for lack of a better word." p. 77

**BMR**: "...leper table...social misfits....Chess club...blond girl with glasses...Mean Girls...guys at their table...serious jocks." 2010 p. 79-80; "…Taylor and Amanda were now part of the Mean Girl Clique." 2010 p. 75

126.

Factions are the different types of supernatural beings

**Crave:** I find myself eyeing the different...factions, for lack of a better word." p. 77
 "…the nightmare of keeping the different factions from dissolving into civil war." p. 567

**BMR:** "Apparently, my father discovered valuable information that a rival faction had been after." (faction of supernatural beings). 2012  p. 75; *The Plot, 2008*

"The Order has become corrupted. Faction of the Order is in league with the demons. Julian is their leader." *Pitch Notes to Emily Sylvan Kim, 2013; p. 12,  22*

127.

Flint wiggles his brows at heroine (and waggles) / Brendan waggles his brows at the heroine

**Crave**: "wiggles his brows at me" p. 78; **Crush**: "Flint waggles his brows at me." p. 272;

**BMR**: "Brendan waggled his brows at me, the brat." 2011 p. 166; "He waggles his brows.'" 2013 p. 97
 Brendan to heroine: "waggled his brows at me" 2010 p. 130

128.

Heroine worries about "mean girls" in the dining area, cafeteria

**Crave**: "Well, that and the fact that acting like prey right now seems like a particularly bad idea, I mean, if I don't want to spend the rest of my senior year dodging every mean girl in the place. " p. 80

**BMR**: "I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls…staring daggers at me." 2010 p. 79

37

**EXHIBIT 2**

**Page 221**

129.

Heroine notices girls wearing gemstones and doesn't know they're witches yet / Heroine wears a gemstone
necklace and doesn't realize it was made by witches yet

**Crave:** "Up close, they're even more spectacular, different gemstones gleaming in their hair and against their
skin. Earrings, pendants, hair clips, plus eyebrow, lip, and nose rings, all bedecked with colorful stones." p. 80

**BMR:** "Your amulet is what we call sacred jewelry**...**the colors, the gemstones…the more you wear a certain
piece of jewelry…the more strongly attuned the piece is to your vibrations and you to it." 2011 p. 80-81

130.

Heroine notices how romantic lead is dressed, in designer clothes, all in black, finds him sexy / Heroine notices
how romantic lead is dressed in designer clothes, all in black, finds him sexy

**Crave:** "Dressed all in Gucci black, silk V-neck sweater…He shouldn't look sexy at all. But he does." p. 86

**BMR**: "Though he was dressed well in jeans and a black v-neck sweater…I've always found jewelry to be
tacky on guys. But on him the thin, braided leather bracelet, corded leather necklace and small, thin, wire hoop
in his earlobe were just plain sexy." 2010 p. 16; "dressed well in black designer jeans" 2011 p. 20

131.

Romantic lead captivates heroine; he's mesmerizing

**Crave:** "I try to glance away, but it's impossible. Try not to look Jaxon in the eyes. But he's just as
captivating—just as mesmerizing—today as he was last night." p. 86

**BMR:** "It wasn't easy locking gazes with him and maintaining my focus. He captivated me in every way, he
was just so appealing." 2011 p. 253; "…he cupped my cheeks, his coppery gaze mesmerizing." 2011 p. 159

132.

Romantic lead movies with a languid grace / Romantic lead moves with a sinuous, predatory grace

**Crave**: "…he starts to move, all languid grace, all rolling shoulders, and leading hips and legs…" p. 86

**BMR**: "…moved differently. All sinuous grace but with a barely contained edge of raw power." 2011 p. 185;
"predatory grace. Danger in a bottle." p. 424

38

**EXHIBIT 2**

**Page 222**

133.
Heroine's mouth goes dry when thinking about kissing romantic lead

**Crave**: "...and my mouth turns desert dry…all I can think about is kissing that mouth, running my tongue along the perfect bow of his upper lip…" p. 87

**BMR**: "I want him to kiss me…He'll lean in and I'll close my eyes, tilting my head back…My mouth is so dry, and now that I'm thinking about it, my lips tremble." 2013 p. 155

134.
Heroine sips Dr. Pepper / Heroine sips 7-Up

**Crave:** "...I jerk my gaze from his and lift my Dr. Pepper to my lips." p. 88

**BMR**: "I reply, taking a sip of what looks like 7-Up." 2013 p. 273

135.
Heroine coughs after drinking the soda

**Crave**: "My abused lungs revolt as I cover my mouth and cough hard…" p. 88

**BMR**: "...I cough and sputter." 2013 p. 273

136.
Heroine is pounded on her back by a friend / Heroine is patted on her back by friend

**Crave**: "...pretend Flint isn't pounding on my back…" p. 88

**BMR**: "Amanda pats me on the back." 2013 p. 273

39

**EXHIBIT 2**

**Page 223**

137.
Heroine has burning in her belly after choking on the soda

**Crave:** "...eyes watering and humiliation burning in my belly." p. 88

**BMR**: "...7-Up and a whole lot of something that burned my throat all the way down to my belly." 2013 p. 273

**Heroine is frustrated with the romantic lead. His behavior toward her is inconsistent, and she doesn't understand why.**

138.
Romantic lead ignores heroine after they meet and connect, and is moody with her; she wonders what she did to cause him to behave this way

**Crave:** "I have no idea what I did to make Jaxon so mad, have no idea why he blows hot and cold with me. p. 90

**BMR**: "Ash…Other times…he looked angry…I wondered if I had done something wrong or not something right. I didn't know." 2011 p. 116

139.
Romantic lead has different moods each time he meets heroine

**Crave:** "I've run into him four times since I got to this frozen hellhole, and each time has been a different experience. Douchey the first time, blank the second, intense the third, and furious the fourth." p. 90

**BMR**: "Ash… was ever present in my thoughts but when we saw one another he was distant. No more flirtatious banter between us, no more anything. At times, I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times, inexplicably, he looked angry. " 2010 p. 91

40

**EXHIBIT 2**

**Page 224**

140.
The heroine loves to read, loves books, describes "my kind of people"

**Crave:**
"Because whoever runs this library is my kind of people. Part of it is the sheer number of books..." p. 91
"and pick out a book from her shelf to read tonight..." p. 93
"I've read everything on my Kindle," p. 191
"I hold up the book. "I want to start reading." p. 197
 "...but I'm not here to read, no matter how much I usually love it." p. 252

**BMR:** "I always thought you were my kind of people…" 2014  p. 90; "...they had been my kind of people" 2011 p. 34

"Maybe you shouldn't stay up so late reading," 2011 p. 10

"What? That I read too much?" 2011 p. 464 "..any book about these subjects holds me spellbound." 2011 p. 9

"I knew it was the correct way to pronounce it from a book I'd read once..." 2011 p. 385
"Except that I remembered reading somewhere..." 2011 p. 404
"We hang out and read books together." 2013 p. 34
"My costume is inspired by one of the books I'm reading, 'Women Who Dared: Renegades and Pirate Queens of the High Seas,'" 2013  p. 117


141.
Halloween was three days ago / Halloween is mentioned and is tomorrow

**Crave**: "Halloween was three days ago." p. 97 (*This sentence is edited in later editions to say "Halloween wasn't that long ago. p. 97")*

**BMR**: "Are you going to the Halloween dance tomorrow night?" 2010 p. 105; 2011 p. 133


142. Intentionally deleted.

41

**EXHIBIT 2**

**Page 225**

143.

Heroine thinks about her family members' deaths when talking to Lia who lost her boyfriend / Heroine thinks about her family members' deaths when talking to romantic lead who lost his brother.

**Crave**: 'My boyfriend died several months ago…It's not that easy to just let him go. As I'm sure you know.'…'It's been a month since my parents died, and I still feel like I'm in shock…We don't talk, don't say anything at all. Just stay where we are and absorb the fact that someone else hurts as much as we do. p. 99

**BMR**: 'And you miss them every day, don't you?' he said just as softly. 'No matter how long it's been, that sense of loss doesn't ever go away.' …It was the pain in his eyes as he spoke that told me he'd lost someone close…'My brother, Dylan, was killed.'…I understood his pain. He felt the same way I did about my dad and my grandparents.' 2010 p. 97-98; 102 (a lot in common through shared loss); 2011 p. 125

144.

Romantic lead's older brother looks nineteen / Romantic lead's older brother was nineteen

**Covet**: "…as Hudson is more than two hundred and looks about nineteen." p. 448 (Hudson is the romantic lead's older brother).

**BMR**: "My brother, Dylan, was killed. He was nineteen." 2010 p. 97

145.

Sumerian is mentioned in the context of reading

**Crave**: 'What language were you reading earlier?'... 'It's the language that evolved from ancient Sumerian.' p. 102

**BMR**: "...images from books I'd read flashing fast-forward: Sumerian gods and goddesses with wings…" 2010 p. 179

**Heroine is given a spiked drink by her female nemesis. This event happens immediately following the party in Crave. It happens at the party in BMR.**

42

**EXHIBIT 2**

**Page 226**

146.
Heroine is given a special drink by Lia / Taylor

**Crave**: 'It's my own special blend,' she says, holding her cup up to her mouth and blowing softly. 'I hope you like it.' … 'I'm sure it's awesome.' …I take a sip of the tea, which has a really powerful floral taste that I'm not sure I care for. But it's hot, and that's enough to have me taking another sip.' p. 100-101

**BMR**: "She hands me another plastic cup. I sniff the contents while Taylor rolls her eyes. 'It's just punch, Anna. Get a grip. Besides, it's super yummy. You'll like it.'...I take a small sip and decide it's okay. 'Thanks.'" 2013 p. 276-277

147.
Heroine tells Lia / Taylor that heroine needs to go

**Crave**: *Heroine talking to Lia:* "Sorry, Lia, but I've got to go." p. 103

**BMR**: *Heroine talking to Taylor:* "I think I'm going to head home." 2013 p. 277

148.
Lia / Taylor tells heroine to have more of the drink, and not to leave

**Crave**: *Lia to heroine:* "At least stay a couple more minutes, finish your drink...." p. 104

**BMR**: *Taylor to heroine:* "Don't go! Have a little more punch and I'll introduce you to everyone myself. Then if you're still bored or whatever, we'll take you home." 2013 p. 277

149.
Lia / Taylor rolls her eyes and is mean

**Crave**: "Lia rolls her eyes. "Obviously, you're invited, too.' And then she closes the door in our faces." p. 105

**BMR**: "Taylor rolls her eyes. 'It's just punch, Anna. Get a grip.' 2013 p. 277

43

**EXHIBIT 2**

**Page 227**

150.
Heroine throws up for a long time and is humorous about the way she says it

**Crave**: "I spend the next fifteen minutes trying to throw up the inside of my stomach and hoping that if this godforsaken place is trying to kill me, it just gets it over with already."  p. 108

**BMR**: "Instead, I open the car door and throw up; great wracking heaves that seem like they're never going to end. By the time it's finally over and I've heaved up anything and everything I've ever eaten in my life, the snow is blanketed in Ever Pink vomit." 2013 p. 289


151.
Heroine rides waves of queasiness / Heroine rides waves of nausea

**Crave:** "...another wave of nausea rolls over me. I ride it out…" p. 109

**BMR**: " I'm riding waves of queasiness. Up. And. Down. … Waves going up. And. Waves going down." 2013 p. 288; 2012 p. 286 (this is the same spiked punch scene)


152.
Fitful sleep

**Crave**: "I drift in and out of sleep….and eventually fall into a fitful sleep, one I don't wake…." p. 109 (same paragraph)

**BMR**:  "As I drift in and out of fitful sleep…." 2010 p. 158; 2013 p. 185


153.
Heroine visits with her uncle Finn who kisses the top of her head /Heroine visits her aunt Brie who kisses the top of her head

**Crave:** "…with a kiss to the top of my head…" p. 116

**BMR:** "She kisses the top of my head as she gets up to leave." 2012 p. 123


44

**EXHIBIT 2**

**Page 228**

154.
Heroine feels like she's in *Mean Girls* / Heroine thinks about Mean Girls[10]

**Crave**: "I'm beginning to feel like I've fallen into *Mean Girls*, Alaska version or something." p. 115

**BMR**: "I couldn't stand for Taylor and the Mean Girls to see me like that. I couldn't stand to <u>feel</u> like that." 2010 p. 117

155.
Heroine thinks about a "newbie" and how to dress in Alaska

**Crave**: "...because I'm a total newbie--I google how to dress for an Alaskan winter. Turns out the answer is *very* carefully, even when it's only November…wool tights...a layer of long underwear...fleece pants...fleece jacket...hat, scarf, gloves, and two pairs of socks...down filled hooded parka...snow boots. p. 117

**BMR**: "New people from the Lower Forty-Eight, 'chechakos,' wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves…. I noticed that he wasn't dressed like a newbie, even though it was his first winter here." 2011 p. 118-119

156.
Heroine is reminded of a horror movie

**Crave:** The heroine makes references to horror movies and how she feels
  "looks like it belongs in the middle of a horror movie" p. 119
 "It's like falling into the pages of a fantasy novel...or a horror movie" p. 324

**BMR**: "like some kind of freak in a horror movie" 2013 p. 170
"All I'm thinking is that this is like a scene from one of those horror movies…" p. 204
"The best horror movies capitalize on that fact…" p. 397; 81, 231, 305, 321

157.
Romantic lead's pupils were all blown out when he touched heroine's face / were dilated when he was about to kiss heroine

**Crave:** "The way his pupils were all blown out when he touched my face..." p. 124

**BMR:** "He looked down into my eyes, his own dilated so completely there was only the smallest rim of iris showing. " 2010 p. 136; 2011 p. 173

---

[10] Both books used capitalized Mean Girls.

**EXHIBIT 2**

**Page 229**

158.
<u>Heroine feels like prey before predators</u>

**Crave**: "Like they're the predators and I'm the prey they can't wait to sink their teeth into." p. 125

**BMR:** "The instincts born of prey before the predator take control of my limbs and I run." 2011 p. 5

**Heroine is nervous around the romantic lead and recognizes she is attracted to him, even though he is dangerous. There is electricity between them. The Order is mentioned for the first time. The romantic lead warns her not to be out alone, she has a sense of being watched. They also discuss the loss of the romantic lead's brother.**

159.
<u>Heroine notes when she is around romantic lead that she babbles when she's nervous, especially around him</u>

**Crave**: ".....I tend to either clam up or babble when I'm nervous, so all in all, it's not a *terrible* performance." p. 126 (runs into romantic lead with Lia)

**BMR**: "...I babbled nervously." 2011 p. 36 (talking with romantic lead) "Instead, I was possessed by a wracking case of babbling, stumbling idiocy, with no control over what came out of my mouth." 2011 p. 52

160.
<u>Heroine has uncomfortable feelings about the romantic lead, mentions "crush on" him</u>

**Crave**: "Just like I ignore the weird feeling inside me that has shown up every time I've seen him. I assure myself it's nothing, that it doesn't matter. Because no way am I about to crush on a boy this complicated…all I really want to do is grab on to him and hold on tight. It's an absurd thought, an absurd feeling…" p. 126-127

**BMR**: "Although I knew Ash couldn't see or hear me, it was so embarrassing. It was as if talking about him might suddenly appear or somehow know I was talking about him. Paranoid right? Psychotic? Maybe a little. But crushing on someone is like that." 2011 p. 84

46

**EXHIBIT 2**

**Page 230**

161.

Heroine is uncomfortable around romantic lead and won't meet his eyes. He brings her chin up to meet his gaze

**Crave**: "I look down so I don't have to look him in the eye…He…then puts a finger under my chin and presses up until I relent and meet his gaze." p. 126

**BMR**: "And suddenly, I couldn't look at him either….He reached over and turned my chin up, bringing my gaze level with his own." 2011 p. 364; 162, 177, 55 "He tilted my chin up with a finger…" 2011 p. 262

162.

Heroine is drawn to the romantic lead, responds to the danger inside him and likes it, same page

**Crave:** "Instead, I stay where I am. Not because Jaxon is blocking my way--which he is--but because everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…" p. 127

**BMR**: "I realized that it was a bit twisted to feel that way about him, to be drawn to him even though he frightened me—maybe even to be drawn to him because he frightened me—but I was. Something inside of me responded to the dangerous edge in him and liked it." 2011 p. 127

163.

Heroine realizes she's taking risks being with romantic lead

**Crave**: "*Especially* the danger. I've never been that girl before, the one who takes risks just to see how they feel. " p. 127

**BMR:** "It was always this way with him–me taking risks when the outcome might prove dangerous." 2013 p. 347

47

**EXHIBIT 2**

**Page 231**

164.

Heroine and romantic lead talk, and she learns that he had an older brother who died. Heroine believes he's in pain over it and relates.

**Crave:** "'Just that her boyfriend died. She didn't say anything about you at all. I just took a guess that her boyfriend might also be…' 'My brother? Yeah, Hudson was my brother.' The words drip ice, in an effort–I think–to keep me from knowing how much they hurt. But I've been there, have spent weeks doing the same thing, and he doesn't fool me." p. 130

**BMR**: "'My brother Dylan was killed. He was nineteen.' He kept his eyes steadily on the road as he spoke. 'He was in the wrong place at the wrong time. So they say…I should've done something.' He said the last part quietly, almost to himself as he stared off into the distance. I understood his pain. He felt the same way I did about my dad and grandparents." 2011 p. 125 (**Note**: The romantic lead's older brother died. In BMR, he was nineteen. In the Crave series, Hudson looks nineteen. Covet p. 448)

165.

When heroine is outside alone, she has a sense of unease that someone is watching her. She often has this feeling in the story

**Crave**: "But I still can't shake the uncomfortable feeling that I'm being watched." p. 131; 16, 40, 126

**BMR**: "A distinct prickle of unease settled between my shoulder blades, the kind of feeling you get when you know someone is watching you..." 2011 p. 152

"Okay, there it was again. That feeling that someone was watching me and I'd been having it a lot lately." 2011 p. 48; 94, 95, 215; *Chapter Analysis Notes, 5-14-10 p. 3*

166.

In both books, the heroine believes she is human

**Crave:** "Like maybe they're aliens and I'm the ignorant and fragile human living among them." p. 133

**BMR:** "Am I still—human?" 2011 p. 409; "Is it because I'm human? I want to ask him." 2013 p. 226

48

**EXHIBIT 2**

**Page 232**

167.
The Order[11] is mentioned for the first time and heroine isn't told what it really is because she can't be told yet

**Crave**: '*The Order? ...* It's just a nickname we gave the most popular boys at school because they're always together.' …Macy's explanation is reasonable. Still, there's something about the way she says it–and the way she's looking everywhere but in my eyes–that makes me think there's more to the story than she's letting on." Macy cannot tell heroine because her father doesn't want heroine to know the truth about the school. p. 135

**BMR**: "'The Order—Agh!'He began pulling at the neck of his shirt, perspiration beading his upper lip and forehead. 'I don't think you should tell me anything else. In fact, I've heard enough, okay? Are you going to be all right?' I was worried that parts of him might go up in flames." 2010 p. 294; p. 300

168.
Romantic lead is a leader and he is "given a wide berth"

**Crave**: "I think about the guys Jaxon walked into the party with and the ones who were with him in the hall...Jaxon looked like the leader…" p. 135-136  "They give us a wide berth--Jaxon's with me, so of course they do…" Crush p. 62

**BMR**: "Instant leader among males. They respect him and give him a wide berth." *The Cast,* 2008
"Even our teachers were careful of her and gave her a wide berth." 2011 p. 20

169.
Around the romantic lead, heroine's throat is tight, she barely gets the words out / she can barely speak

**Crave**: "I barely manage to get the words out past my suddenly tight throat." p. 139

**BMR**: "My throat was so tight I could barely speak…" 2010 p. 174
"My throat felt tight and I spoke slowly to get the words out…" 2010 p. 21 (another reference, not with romantic lead).

170.
Romantic lead tells heroine it's not safe to be out alone on school grounds / after school

**Crave**: "And you sure as hell shouldn't be wandering around the school grounds on your own. You're not safe here." p. 141

**BMR:** "It's not safe to be out alone, even after school." 2011 p. 62

---

[11] Capitalized "the Order"

49

**EXHIBIT 2**

**Page 233**

171.
Romantic lead's warm breath against heroines ear, and his scent wraps around her

**Crave**: "...his breath is so warm and soft against my ear...and the orange and dark water scent of him currently wrapping itself around me." p. 141

**BMR**: "... his warm breath delicious against my ear. His scent wrapped itself around me." 2011 p. 172-73 ; "....his scent wrapped itself around me" 2010 p. 136

172. Intentionally deleted.

173.
Flint / Brendan wears things that are funny, he has a sense of humor

**Crave**: "Not to mention the fact that he's wearing a snow hat in the shape of a fire-breathing dragon that looks absolutely ridiculous." p. 142

**BMR**: "Brendan was dressed all in black interrupted by a white line down the middle of his front and back with yellow dashes. A stuffed kitty taped to his chest with bits of the stuffing spilling out of the cat's middle completed the look. 'Wait. Are you road kill?!' … 'This, my pet, is first place in the costume contest,' he said as he strutted down a mock runway…" 2011 p. 141

174.
Romantic lead's breath is warm against her neck

**Crave**: "Once more, his warm breath is against the side of my neck…" p. 143

**BMR**: "He pulled back, the huff of his warm breath delicious against my neck." 2010 p. 136

175.
The world falls away when the romantic lead and heroine are together, there's an electricity between them /
The world drops away when the romantic lead and heroine are together, there's an electricity between them

**Crave:** "Our eyes meet, and for a second, just a second, the whole world seems to drop away... it's just Jaxon and me and the electricity that arcs between us." p. 143-144; 267

**BMR:** "Our eyes meet as we pull apart...Our fingers touch, skin brushing skin, and the world around us literally falls away**.**" 2013 p. 26  "The air is suddenly charged between us, crackling with electricity." 2013 p. 117; "It was in this moment that I felt an instant sense of awareness—a tingling bolt of electricity." 2011 p. 16

50

**EXHIBIT 2**

**Page 234**

**176.**
Chosen One[12]

**Crave:** *Flint*: "I won't say anything else against the Chosen One**.**" p. 147; *Romantic lead:* "Lia and my mother whispering all kinds of Chosen One bullshit in his ear... " p. 394.

**BMR:** *Taylor:* "Unfortunately, there's more to you than meets the eye, Oh Chosen One." 2011 p. 567

177. Intentionally deleted.

**Heroine is hurt and carried by the romantic lead. She is attracted to him and notices his scent and "breathes him in." The romantic lead tells her it won't be easy for them to be together.**

178.
Heroine falls in the snow and has the breath knocked out of her

**Crave**: "And then I'm falling…it's all drowned out in the panicked beat of my heart as terror races through me…I brace myself for bone-crunching impact…We hit hard enough that the breath is knocked of me. For one second, two, three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs…panic is a wild animal inside me as I struggle to get my weight off him…snow-packed ground…I finally manage to pull in a huge gulp of air." p. 153-154

**BMR**: "Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air…I can't get my lungs to work. I know this is because I've fallen, and that in a few moments, my breath will come back, yet my panic is overwhelming. When I'm finally able to suck in air, it's in great, gulping, ragged gasps…There is always that moment just before impact, when you realize you've made a fatal mistake." 2011 p. 2, 4; 586, 588

---

[12] Chosen One capitalized in both books.

51

**EXHIBIT 2**

**Page 235**

179.

Romantic leads voice is cold, coldness in his eyes towards heroine's friend Flint / Romantic lead's voice is chilled, he is irritated by heroine's friend Brendan

**Crave:** "Jaxon, in the coldest most reasonable voice...the coldness in Jaxon's eyes...it's directed at Flint... p. 156 "Flint...he's not looking at me. He's not looking at Jaxon, either. Instead he's gazing off into the distance...As for everybody else...they're riveted by the drama, eyes glued to Jaxon as he continues to watch Flint who continues to very obviously not watch him back." p. 157 *Jaxon*: "I'll walk you back to your room." p. 158

**BMR:** "Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. "I didn't realize you were on a date," he said with a chill in his voice. 2011 p. 164 *Ash*: "I'll give her a ride," he said, holding Brendan's gaze again. 2011 p. 166

180.

Heroine wants to fit in and falling out of a tree and having guys have tension over her makes her stand out / Heroine wants to fit in and her mother's rules make her differences stand out just that much more

**Crave:** "So much for fitting in...or even *blending* in....It's like San Diego all over again. There, I was the girl whose parents died. Here, I'm the girl who fell out of a tree and nearly caused World War II between the two hottest guys in school" p. 160

**BMR**: "I wanted to fit in with my friends and her rules made my differences stand out just that much more." 2011 p. 146 (referring to her mother's rules, which her mother says in front of her friends, and tells them they should follow them as well)

181.

Heroine is hurt and romantic lead swoopes her into his arms and carries her

**Crave:** "...he swoops me into his arms." p. 160 "Plus, being in his arms, bride-style..." p. 161

**BMR:** "He swooped Catlin into his arms like a great romantic hero and carried her...Ash carried me into the great room. Like father, like son, I supposed." 2011 p. 413- 414

52

**EXHIBIT 2**

**Page 236**

182.
Short circuit about romantic lead /circuit overload

**Crave**: "I can only stare up at him in openmouthed shock as my brain short-circuits." p. 161

**BMR**: "Speechless, I knew I was experiencing circuit overload." 2011 p. 36

183.
Heroine notices how good it feels to be in his arms:

**Crave:** "Jaxon's arms…And they feel really good around me." p. 161

**BMR:** "It felt good to be in his arms, so safe." 2011 p. 414

184.
She notices his smell / scent

**Crave**: "And he smells amazing, too. His smell–like snow and orange–is what pushes me over the edge..." p. 161

**BMR**: "He leaned into me, his familiar scent blanketing me." 2011 p. 414 (this scene); other descriptions: "He smelled wonderful, a clean, woodsy scent." 2011 p. 17; "savoring his scent–citrus and spice now…" 2011 p. 460 " His scent, that tantalizing whisper of pine and snow…wraps itself around me until I'm lost in him." 2013 p. 158

185.
Heroine asks to be put down but he continues carrying her

**Crave:** "Just let me down, then…There isn't so much as a hitch in his stride." p. 161-162

**BMR:** "You can put me down now…Ash carried me into the great room." 2011 p. 414

53

**EXHIBIT 2**

**Page 237**

186.
Romantic lead lays heroine down on divan and removes coat & boots / Romantic lead deposits heroine on bed and removes boot

**Crave:** "...he deposits me on my bed and I think that's going to be the end of it. But then he reaches down and pulls off my boot." p. 163

**BMR:** "Ash crooked a smile at me and laid me on the divan, gently removing my coat and boots…" 2011 p. 418

187.
Heroine says "Et tu, Brute?" to her cousin, feeling betrayed in a humorous way over romantic lead attending to her / Heroine say "Et tu Brute?" to the romantic lead when he causes her to be called on in class

**Crave**: *Heroine to cousin:* "Et tu, Brute?" p. 164

**BMR:** *Heroine to romantic lead*:  "Et tu, Brute?" 2011 p. 40

188.
His scent is suddenly stronger

**Crave:** "His wildly sexy scent seems even stronger now than it did when he was carrying me." p. 165

**BMR:** "I could swear his scent was suddenly stronger, more intense." 2011 p. 59

189.
Heroine's mouth waters "breathes him in"

**Crave:** "It fills my senses, makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in." p. 165-66

**BMR:** "My face resting against the bare skin of his neck…I breathed him in…My mouth actually waters and I *need*—to kiss him. But I can't do that here in front of his mom and the fact that I can't is just about killing me, the need is so strong. 2013 p. 321
"...my face resting against the bare skin of his neck. I breathed him in..." 2011 p. 414

54

**EXHIBIT 2**

**Page 238**

190.

Heroine is so overwhelmed she's can't speak

**Crave**: "I've lost control of my vocal cords." p. 166

**BMR**: "I leaned into him, his familiar scent blanketing me. I nodded wordlessly." 2011 p. 414

191.

Romantic lead tells heroine this isn't going to be easy for them

**Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." p. 167

**BMR**: "You know this isn't going to be easy for us," 2011 p. 259; 2010 p. 200

**Heroine is trying to figure out the interest with the romantic lead; how she feels about him, how he feels about her. They talk about his older brother who died. She feels drawn to him, connected.**

192.

Heroine calls herself "fresh meat" because she is new to school and wonders if that's why romantic lead is interested / Heroine calls the romantic lead "fresh meat" because he is new to school, and all of the girls are interested

**Crave**: "Maybe he's just playing with me because he's bored or something. Because I'm fresh meat out here in the middle of nowhere." p. 168

**BMR**: "And then he stepped into the classroom. Tall, dark, and mercilessly good-looking…The entire class was focused on the scene in front of the classroom. Fresh meat." 2011 p. 20

55

**EXHIBIT 2**

**Page 239**

193.
Heroine notes romantic lead has a temper, and is trying to figure out her feelings toward him

**Crave**: "He looked pissed as hell at Flint…But a guy who isn't interested doesn't act like Jaxon did, right? He doesn't have the kind of temper tantrum—and it was a tantrum…Jaxon had…I've only ever had one boyfriend, and the way I felt about Gabe was nothing like this…I never spent hours obsessing over his every word, never found myself longing for his tough the way I do for Jaxon's." p. 168-169

**BMR**: "... Ash was also fiercely angry about his brother's death and wanted to track down those responsible…he seemed bent on vengeance of some sort…He was kind to me, giving me rides…Attraction. Infatuation…obsession? I was pretty sure I was falling for him, and hard. Maybe it was all tied up together–the love, the fear, the attraction." 2011 p. 186-187

"His temper, in fact any intense emotion, can take him over the edge…" *The Cast Notes,* 2008 p. 3; *Midnight Overview Notes,* 2009 p. 2

194.
Romantic lead makes heroine feel like she could spontaneously combust

**Crave:** *Heroine about romantic lead:* "...make me feel like I might spontaneously combust --especially if I spend much longer thinking about Jaxon." p. 170

**BMR:** *Heroine around romantic lead:* "My own spontaneous combustion would be great right about now. He's at the door in a flash, opening it for me..." 2016 p. 19

195.
Heroine bats cousins hands away when she is trying to help her get undressed  / Heroine bats mothers hands away when she is trying to help her with her hair

**Crave**: "It's okay; I can do it," I bat her hands away... p. 171

**BMR**: "I'll be fine," I said as I batted her hands away. 2011 p. 14; "I bat her hands away." 2013 p. 16

56

**EXHIBIT 2**

**Page 240**

196.

<u>Everything about the romantic lead whispers danger to the heroine / Everything about the romantic lead screams danger to the heroine</u>

**Crave:** "Every single thing about him screams danger—of the dark and brutally wounded variety. It's in his eyes, in his voice, in the way he holds himself and the way he moves." p. 172

 **BMR**: "The wry curl of his lip, the confident, almost arrogant way he held himself whispered of danger." 2011 p. 20; 2013 p. 22: "The wry curl of his lip, the confident, almost arrogant way he holds himself whispers of danger."

197.

<u>The way the romantic lead moves is dangerous</u>

**Crave:** "Every single thing about him screams danger..It's in his eyes, in his voice, in the way he holds himself and the way he moves." p. 172

**BMR**: "All of the McKays were possessed of that same energy, an almost magnetic force of presence and a certain dangerous something in the way they moved." 2011 p. 311

**Heroine and Macy in Crave / Jenny in BMR, have a conversation about the romantic lead. Heroine is attracted to him, and embarrassed when Macy / Jenny figures it out. The heroine thinks about how she feels about the romantic lead, that they have a soul connection, that they understand one another's pain. Macy / Jenny comments that the romantic lead is different, and intense.**

198.

<u>Not able to have a "poker face" in a conversation about the romantic lead between heroine Macy / Jenny, and whether he and the heroine are interested in one another. Heroine says "ugh"</u>

**Crave**:."Jaxon and me...Jaxon is...I mean we're...I don't...' I trail off, cheeks burning…'Ugh'….I watch Macy, who pretty much has the opposite of a poker face, as she tries to figure out what to say." p. 172-173

**BMR:** "'Is what true?' I asked, pretending not to know what she was talking about. I couldn't help the small smile that fought its way past my pursed lips. 'That you and Ash are dating?' She was wearing a silly little smile herself...Ugh! Why couldn't I keep a poker face?" 2011 p. 310

57

**EXHIBIT 2**

**Page 241**

199.
Heroine and romantic lead have a soul connection

**Crave:** "There's something about him that calls to me on a soul-deep level..." p. 174

**BMR:** "When I look at him, really look at him, I feel the strongest sense of recognition sound through my being, a déjà vu of my soul." 2013 p. 198; 2011 p. 222

200.
Romantic lead and heroine are both in pain over loss

**Crave:** "...something broken in him that fits with what's broken in me...all the grief and pain…" p. 174

**BMR:** "I understood his pain. He felt the same way I did about my dad and my grandparents." 2011 p. 125

201.
Heroine talks to her cousin about romantic lead, cousin tells her he is intense / Heroine talks to her friend about romantic lead, she tells her he is intense

**Crave:** *Macy:* "Jaxon is definitely not like anyone you've ever met before...he's different when he's with you. He's somehow less intense but also *more* intense..." p. 175

**BMR:** *Jenny*: "There's something about him, something intense…something about him that's different from everyone else…" 2011 p. 311
*Brendan:* "You know, the penetrating stare, his dominant male mojo and all that. He's pretty intense." 2011 p. 182 "He is intense and charismatic." *Midnight Overview Notes, 2009*

201 a)
Macy tells heroine romantic lead isn't an easy guy to be around / Jenny tells heroine romantic lead would be tough to date

**Crave**: *Macy:* "Hey, I told you to stay away from him because he's not an easy guy to be around." p. 175

**BMR**: *Jenny:* "He'd be tough to date. There's something about him, something intense…" 2011 p. 311

58

**EXHIBIT 2**

**Page 242**

202.

Heroine is obsessed with romantic lead; she's in "way" over her head

**Crave**: "I feel like I am obsessed with him. I think about him all the—" p. 176…" I'm in way over my head…" p. 177

**BMR**: "...obsession? I was pretty sure I was falling for him. And hard." 2011 p. 187 "I was in way over my head." 2011 p. 121

203.

Romantic lead has told heroine about his brother's death even though he hardly knows her

**Crave**: *Macy:* 'It's just that he doesn't talk about it much.'...*Heroine:* 'Sometimes it's easier…Talking to a stranger who doesn't have any kind of vested interest…sometimes it doesn't hurt so much." p. 181

**BMR**: *"His brows drew together and then he let out a long breath, his shoulders dropping. "It happened three years ago. My brother, Dylan, was killed. He was nineteen." 2011 p. 125

204.

Heroine recognize they both have a lot in common in terms of loss

**Crave**: "Maybe that's why he's different with me. Because he knows I've lost someone too." p. 182

**BMR**: "It was the pain in his eyes that told me he'd lost someone close." 2011 p. 125
*Romantic lead:* "'We have a lot in common don't we?...I totally understand.' And I knew he did. Because he felt the same way.  2011 p. 128

59

**EXHIBIT 2**

**Page 243**

205.
Heroine and romantic lead connected through loss

**Crave**: "But if the attraction between you and Jaxon is because you've both lost someone…Just be careful, okay, Grace?" p. 182 (Romantic lead has lost his brother, heroine has lost her parents).

**BMR**: "Anna carries a strong sense of loss over the death of her father…. It is through her relationship with Ash that she comes to see herself for who and what she really is… and heals her emotional wounds. Ash's connection with Anna is intense right from the start. It is through his relationship with her...that he comes to terms with his brother's death and is healed. *Midnight Overview Notes,* 2009 (He's lost his brother, she's lost her dad and grandparents).


206.
Romantic lead tells heroine I don't know what you like

**Crave**: *Romantic lead and heroine:* 'I don't know what you like yet…' There's a cup of coffee and another one of tea. A bottle of sparkling water…" p. 188-189

**BMR**: *Romantic lead and heroine:* 'Coffee, hot chocolate? I don't know what you like…' 'This one's for me?' I gestured toward the bottle of water on my side of the table. 2010 p. 173


207.
Romantic lead wants to know heroine's favorite things

**Crave**: "What's your favorite movie...favorite song...favorite ice cream flavor…" p. 191-193

**BMR**: "I want to know your favorite foods, books, movies, all of it." 2011 p. 288; 2010 p. 225


208.
Heroine mentions the Star Wars movie talking with romantic lead / Heroine thinks about the Star Wars movie when she's with the romantic lead

**Crave**: "The Star Wars movie where everybody dies???" p. 191

**BMR**: "…it was the cantina scene from 'Star Wars,' only I was in it." 2011 p. 495


60

**EXHIBIT 2**

**Page 244**

209.
Heroine gets butterflies when the romantic lead is near her or when she thinks he is nearby

**Crush:** "...even as the sudden butterflies in my stomach kind of fall back down with a thud." p. 195

**BMR:** "The butterflies in my stomach were hopped up on caffeine." 2011 p. 161

210.
Romantic lead sends heroine the book, *Twilight*, her cousin finds the gesture humerous / Romantic lead's sister refers to the romantic lead and heroine as Bella and Edward from *Twilight* in humor.

**Crave**: "*Twilight*? He sent me a copy of *Twilight*?" I turn to Macy in confusion. Macy gasps as she stares from the book to me. And then she starts to laugh. And laugh. And laugh" p. 196

**BMR:** "Lily gently patted me on the back. 'Good one! I think it's more like Edward and Bella, though,' she said with a wink." 2011 p. 484

211.
Heroine feels self-conscious around the romantic lead; she ducks her head / ducks her chin

**Crave:** "I duck my head, suddenly way self-conscious around this guy..." p. 199

**BMR:** "I smiled self-consciously and with supreme force of will ducked my chin down..." 2011 p. 35

212.
Heroine says their thoughts are an echo of one another

**Crave:** "About Jaxon, whose deepest thoughts and heart and pain seem to so closely echo mine." p. 205

**BMR:** Romantic lead: 'It's just that I feel like we know each other better than we do. Like we've always known each other. But that's impossible, isn't it?'... 'His words are an echo of my own thoughts.' 2013 p. 118

61

**EXHIBIT 2**

**Page 245**

213.

Heroine's palms sweat when she thinks romantic lead is near / when romantic lead is near

**Crave**: "I smooth my sweaty palms down the sides of my skirt…" p. 207

**BMR**: "My palms are sweating with nerves because he's sitting beside me." 2013 p. 25

214.

Halloween is Uncle Finn's favorite holiday / Halloween is heroine's favorite holiday

**Crave:** Cousin Mary to heroine: "...Halloween has always been my dad's favorite holiday." p. 211

**BMR:** "Halloween is my very favorite holiday..." 2011p. 133

215.

Heroine is in the cafeteria, she's being stared at; she's looking for romantic lead and can feel everyone's eyes

**Crave**: "...I'm sick of pretending I don't see people staring at me…The negative is that I also won't be able to watch for Jaxon, and I was really hoping to see him this morning…a part of me that wants to sneak a look behind me, just to see if I can catch a glimpse of him. But it seems way too obvious with half the cafeteria watching me. And they *are* watching—I can feel their eyes…" p. 213

**BMR**: "As we headed into the cafeteria, it seemed as though everyone was staring at us. Or rather at me." 2011 p. 315; "…as we approached the two tables, I could feel the weight of everyone's eyes in the lunchroom" 2011 p. 102; "I couldn't help looking up every time someone entered the classroom wondering if it might be him…an action I repeated third and fourth hour as well…I had to admit I was still looking for him as I headed to my locker." 2011 p. 29

62

**EXHIBIT 2**

**Page 246**

216.
<u>Romantic lead asks heroine if he can sit with her Romantic lead asks heroine to sit with him</u>

**Crave:** "Before I can turn around to see what's got her so discombobulated, someone asks, 'Is this seat taken?' And then I don't have to turn around at all. Because I'd know that voice anywhere. Jaxon Vega just asked to sit next to me. In front of everyone." p. 214-215 "No! I mean, yes. I mean…" I stop, take a deep breath… p. 215

**BMR**: "His lips curved in a slight smile as he patted the empty chair next to his. I was surprised and pleased. I didn't know what to expect exactly but the open invitation to sit with him, especially since I hadn't seen him all day, caught me off guard." 2011 p. 108-109

**Tea is mentioned frequently, both the heroine and her family take tea often in both books.**
**The concept of using tea to bind the heroine's powers and to keep her safe and ignorant of the supernatural world while she is growing up, is also used. In BMR it is the heroine's aunt who is a skilled herbalist and witch who makes the tea. In the Crave series, book 4, Court, it is the heroine's mother who has the heroine's aunt get the tea from the heroine's great-aunt. Note the page proximity and the words used in this sequence.**

**Crave:** p. 69, 75, 81-82, 96, 98, 100, 101, 103, 130, 189, 213, 214, 293, 297, 317, 319, 321, 325, 339. 445, 451, 453, 471, 516, 517, 523

**BMR:** 2011 p. 74, 75, 77, 80, 81, 82, 83, 86, 91, 184, 185, 211, 213, 275, 278, 279, 280, 374, 418, 428, 429, 515, 516

217.
<u>Heroine's family prefers tea</u>

**Crave**: Heroine: "It was always more about tea at my house." p. 214

**BMR**: Heroine: "Tea is big in our family...None of us are coffee people." 2010 p. 213

218.
<u>Heroine's mom makes special tea blends / Heroine's aunt makes special tea blends</u>

**Crave**: Heroine about her mom: "She made her own tea blends, and they were fantastic." p. 214

**BMR**: Aunt Brie: "It's skullcap, valerian and chamomile to clear your mind of negative thoughts." 2011 p. 74
"I took Aunt Brie's valerian and chamomile tea and made a pot..." 2011 p. 184

63

**EXHIBIT 2**

**Page 247**

219.
Heroine's mom is an herbalist / Heroine's aunt is an herbalist

**Crave**: "My mom was an amazing herbalist." p. 214

**BMR**: "My aunt is a strong believer in the power of essential oils and herbal remedies to heal just about anything. Accustomed to the teas and candles, I had been instructed on the use of various herbs since I was little." 2011 p. 91;  "The nerve tonic, an herbal concoction my aunt brewed…" 2011 p. 208

220.
Heroine remembers lemon-thyme-verbena tea / heroine is offered lemon verbena

**Crave**: "I can still almost taste her lemon-thyme-verbena tea." p. 214

**BMR:** "Lemon verbena," he soothes. "It's an herb for calm and mental clarity." 2016 p. 84

221.
Tea was used by heroine's mother and father to bind her powers to keep her safe/ Tea was used by heroine's mother and aunt to bind her powers to keep her safe

**Court**: 'Why?' My mother demands. "We've protected her this far. And the tea—the tea keeps her safe, Cillian…You know we're almost out of that tea that keep her gargoyle hidden…" p. 448

**BMR**: "...she has caused Anna's powers to be bound completely in order to keep her safe by maintaining her ignorance of their world." *Midnight Overview Notes,* 2009; "Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers." *The Plot,* 2008
"Her mom wanted to protect her and keep her safe from the supernatural world. The teas she is always drinking have herbs that bind her powers. When she is no longer given the herbs, the effect wears off allowing her to shift forms and exhibit her powers." *Freeman Notes, 1-27*

222.
Heroine feels like she's falling for romantic lead

**Crave:** "I really do think I'm falling for Jaxon Vega." p. 217

**BMR:** "I was pretty sure I was falling for him. And hard." 2011 p. 187

64

**EXHIBIT 2**

**Page 248**

223.
<u>The girls at school want the attention of the romantic lead, find him attractive</u>

**Crave:** "Well, all I'm saying is, there's a reason half the girls in the school are swooning over Jaxon." p. 220

**BMR:** "...it seemed that all of the girls made some excuse to ogle him, dropping pencils, coughing, stretching..." 2011 p. 24


224.
<u>Heroine wants to fit in and not stand out</u>

**Crave**: "So much for fitting in...or even *blending* in. After tonight, I might as well be painted biohazard orange." p. 160  "So yeah, that whole blending-in plan I hatched in San Diego?" p. 222

**BMR**: "I wanted to fit in with my friends and her rules made my differences stand out just that much more." 2011 p. 146  "She believes that she just wants to fit in and hopes and prays not to be noticed." *Midnight Overview Notes,* 2009


225.
<u>Heroine is shy, told by teacher she won't have to introduce herself on the first day of class / Heroine is shy, is told she will have to introduce herself on the first day of class, along with romantic lead</u>

**Crave:** "Since you look like the shy type–despite your association with Katmere's most notorious student I won't make you stand up and introduce yourself to the class." p. 227

**BMR**: "Why don't you two introduce yourselves before we go any further." She has a teasing look on her face as if she knows just how embarrassing this will be. "Stand up, tell us a little bit about yourself and why you're taking this class." 2012 p. 38; 2010 p. 30; 2011 p. 40; "Because I'm a little shy…" 2010 p. 10


226.
<u>Flint teases heroine and calls her baby / Brendan teases heroine and calls her baby</u>

**Crave**: "Know it I own it, baby." p. 231

**BMR**: "Sashay, shante, baby." 2011 p. 126

227.
Only the heroine knows Flint is gay / Only the heroine knows Brendan is gay

**Crush**: "I'm gay, Grace." p. 369 "But you're the first person I've told." p. 370

**BMR**: "What she and the rest of our classmates don't know is that his immunity is due to the fact he's gay." 2011 p. 100

228.
His parents are a mixed race couple

**Crush**: "...a mixed race couple who I realize with some astonishment are Flint's parents." p. 382

**BMR:** "His mother is a former Danish model, his father a surgeon of multiracial descent. They're sort of the Heidi Klum and Seal in our town." p. 100

**Heroine hears a voice in her head. In Crave, she hears one voice, (in Crush she hears two voices). In BMR, the heroine hears two voices. The voices are the same characters in both books.**

In Crave, the heroine hears one voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to the Unkillable Beast, (who will turn out to be her long-lost grandfather, Court, book 4). He is a gargoyle and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Alistair." (Court).

In BMR, the heroine hears a voice in her head that warns her and tries to help her. She doesn't understand who or what the voice is. The voice belongs to an "abomination," (who will turn out to be her long-lost father). He is a Sentinel and their kind communicate telepathically. They also speak Gaelic. He tells her to call him "Athair."

In Crush (book 2), the heroine hears a second voice, Hudson, a royal with an accent who is thought to be dead and would have a role in the war that is brewing if he was brought back. Hudson is in a love triangle, and intended to be the heroine's true mate. She hears him because he is trapped in her head. She has accidentally brought him back from another dimension.

In BMR, the heroine hears a second voice, that of Ronan, a royal with an accent who is thought to be dead and would have a role in the supernatural war "when he rises." Ronan is intended to be in a love triangle, and the heroine's true mate (*The World Notes,* 2010). At the end of BMR, she has accidentally brought him back from another dimension.

*Note: This recurring theme is explored in more detail with this concept and the associated sub plots and characters elaborated in the later books in the series Crush, Covet & Court, however, they originate in BMR manuscripts and associated notes.*

66

**EXHIBIT 2**

**Page 250**

229.
Voice inside her head character tells heroine to get away, to run

**Crave:** "...a voice deep inside me starts screeching—telling me not to go any further. Telling me to run. Telling me to get the hell away from these tunnels and never look back." p. 233: 418, 448, 449, 450, 453, 472, 473, 479, 482, 484, 506

**BMR:** "That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run!" 2011 p. 472;. 5, 177, 287, 430, 452, 474, 475, 480, 481, 483, 484, 506, 521, 551


230.
Heroine feels like a competition is going on and thinks of ping pong to explain it

**Crave**: "...I can't help but feel like a ping-pong ball caught between them." p. 236

**BMR**: "Now everyone was looking to see what I would do. Ping. Pong." 2011, p. 52


231.
Heroine notices gemstones decorating the walls at school / Heroines walls at her home are decorated with art made from gemstones

 **Crave:** "The walls are made entirely of different-colored stones...they gleam red and blue and green even in the faint light...what school...has the money to embed gemstones in the walls?" p. 238-239

**BMR:** "Her art decorated the walls as it did in so many rooms throughout our house—splashes of color made from gemstones sparkling and catching the light..." 2011 p. 210


232.
Romantic lead's eyes stare at Flint / Brendan, he's irritated

**Crave:** "His eyes, flat and black, are pinned to Flint... it turns out I only thought Jaxon was pissed before. Because after Flint's comment, he looks like he's one very small step away from an aneurysm." p. 243

**BMR:** "Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. 'I didn't realize you were on a date,' he said with a chill in his voice." 2011 p. 164

67

**EXHIBIT 2**

**Page 251**

233.
Mean Girls try to hurt heroine

**Crave:**  "... just in time to see a basketball flying toward my head. I swat it away, then press my lips together to keep from crying out as pain radiates up my hand." p. 246 "No way am I going to start whining about a few mean girls. Or a lot of mean girls, for that matter, one of whom apparently has a future in professional basketball." p. 246-247

**BMR**: "The Mean Girls were out in full force, giggling as I approached. Somebody stuck her foot out and I tripped as I passed them, their raucous laughter ringing in my ears." 2011 p. 107


234.
Heroine's cousin and best friend is a dance team member who performs at pep rally / Heroine's best friend is a school cheerleader

**Crave:** "I've never been a big dance team enthusiast. But Macy obviously loves it..." p. 247-48

**BMR:** "... she's part of Amanda's latest phase—the cheerleader phase. One I hope won't last for very long." 2012 p. 26; 2013  p. 29


235.
Heroine is worried about people seeing how she feels about the romantic lead; she wears her emotions

**Crave:** "I tend to wear my emotions on my sleeve, and the last thing I want is for someone watching me to see how I feel about Jaxon…" p. 249

**BMR**: "...that way I felt about him was somehow revealed on my face." 2011 p. 158
"...as if she were wearing her soul on her face with nothing in between. Every feeling evident on her expressive face." *The Cast Notes, 2008*


**The heroine breaks down and cries at school over her feelings of loss. She is thinking about the loss of her family, in particular the loss of her parents in Crave, and of her dad and grandparents in BMR. The romantic lead discovers her crying in both books and she is embarrassed.**

68

**EXHIBIT 2**

236.
Heroine sinks down in tears, wants to avoid attention / Heroine slumps down in tears, wants to avoid attention

**Crave:** "I sink down onto one of the chairs and finally, finally let the tears come….I'm trying to be quiet–the last thing I want is to draw more attention to myself…"  p. 252

"…having *anyone* seeing me like this—is the threat that finally galvanizes me." p. 253

**BMR:** "I slumped down to the bottom of my locker and pulled the door close to me, shielding myself from prying eyes...I could feel the tears ..." 2011 p. 34

237.
Heroine is afraid she won't stop crying

**Crave:** "I haven't cried, really cried, since the funeral, and now that I've started, I'm not sure I'll ever stop." p. 252

**BMR:** "I have a sense when I cry that all of the pain I've held onto so tightly will come gushing out, leaving me with no flood control. 2011 p. 34

238.
Her pain from loss of her family members is overwhelming

**Crave:** "Grief is a wild thing within me, a rabid animal tearing at my insides and making everything hurt…it's hard when it hurts this much….battling the pain and loneliness that come from losing my parents in the blink of an eye" p. 252

**BMR**: "I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died…I'd never gotten over it. I just couldn't handle any more loss." 2011 p. 34

239.
Heroine rocks herself, has tears, wrenching sobs

**Crave**:  "I wrap my arms around myself and start to rock..." "...and the tears just keep coming, as do the harsh, wrenching sobs tearing from my chest." p. 252

**BMR:**  "Head in my hands, I rocked myself back and forth...And I realized I was crying, deep, gut-wrenching sobs without making a sound. My tears ran freely down my cheeks and chin, unchecked." 2011 p. 470

69

**EXHIBIT 2**

**Page 253**

240.
Heroine sobs

**Crave**: "...harsh, wrenching sobs…" p. 252

**BMR**: "gut-wrenching sobs" 2011 p. 471 "...pushing down the rising sob…" 2011 p. 34;

241.
She worries about anyone seeing her cry

**Crave**: "I'm trying to be quiet–the last thing I want is to draw more attention to myself…having *anyone* seeing me like this is the threat that finally galvanizes me." p. 252

**BMR**: "I…. pulled the door close to me, shielding myself from prying eyes." 2011 p. 34

242.
Romantic lead catches heroine crying, and she's embarrassed

**Crave**: "…I climb to my feet and turn around…Jaxon…Embarrassment slams through me, makes my face hot and my breath stutter." p. 253-254

**BMR**: "Caught, I snapped my neck around…staring up into <u>his</u> molten-honey gaze…I felt a hot blush rise up and stain my cheeks." 2011 p. 34

243.
Heroine asks how long romantic lead has been there / Heroine asks how much did romantic lead hear

**Crave:** "I start to ask how long's he's been there, but it doesn't really matter. He's been there long enough." p. 254

**BMR**: 'How much did you hear?' 'Everything,' he admitted… 2011 p. 34

70

**EXHIBIT 2**

**Page 254**

244.
Although the heroine's been caught crying, she's attracted to romantic lead. He gets close to her. She is attracted to him.

**Crave**: "Instead, he just stands there, watching me with those black-magic eyes of his until I lose my breath again… He closes the gap, moving until he's only inches from me. My mouth goes desert dry… so close that I can feel his breath on my cheek. So close that I'm sure he can feel my breath on his." p. 254

**BMR**: "I winced and rubbed my abused head, staring up into his molten-honey gaze." …Up close like this, he's even better looking than I remembered. My traitorous heart fluttered in response to his nearness…" He crouched down beside me…I shivered at his touch in spite of myself, his scent enveloping me." 2011 p. 35

245.
After an embarrassing moment for the heroine

**Crave**: "...I pray for the ground to open up and swallow me." p. 254

**BMR**: "... I wanted the ground to just open up and swallow me." 2011 p. 107;
*With romantic lead*: "I wanted a big hole to just open up and swallow me." 2011 p. 134

246.
After the crying scene, romantic lead walks to his room at school which is a few feet away and opens the door, invites her to enter/ romantic lead walks heroine to class and opens the door for her to enter

**Crave**: "He walks past me, opens the door to the room that lays just beyond the alcove and walks inside...He left his door open in what looks like an invitation. 'Coming?' he asks. I follow him inside." p. 256

**BMR**: "We walked down the hallway in silence…When we reached the classroom, he opened the door…'After you,' he murmured…I walked past." p. 37
247.
Heroine wants to be closer to romantic lead but is afraid at the same time

**Crave:** "...there's a part of me that wishes he were closer. That wishes we were touching right now…part of me that's still terrified of touching him, even more terrified of having him touch me." p. 258

**BMR:** "He smiled that dangerous smile that made me want to slide over closer to him and run away, far away at the same time. 2011 p. 367 "I wanted him to kiss me and yet at the same time I was afraid that he might." 2011 p. 16 "...though it terrifies her, she can't stay away from him." *Midnight Overview Notes,* 2009

**Note: look at the use of italics and the words that precede it in *"winks"***

71

**EXHIBIT 2**

**Page 255**

248.
Romantic lead winks. *Winks.*

**Crave**: "He looks over his shoulder at me and winks. He *winks*." p. 259

**BMR**: "He clasps my gloved hand in his and winks. *Winks.*" 2014 p. 168


249.
Romantic lead gives heroine a quick / sharp twist of his lips

**Crave:** "a quick twist of his lips." p. 259

**BMR**: "a sharp twist of his lips" 2014 p. 174; 2013 p. 210


250.
Heroine asks if romantic lead is an alien

**Crave:** Heroine asks romantic lead: "Are you an alien?" p. 260

**BMR:** Heroine: "Ash was likely to be either a vampire or a werewolf. Or just a freak, alien or monster of unknown origin." 2011 p. 193

72

**EXHIBIT 2**

**Page 256**

251.

Heroine and romantic lead talk about old movies, and Tom Cruise/ Heroine thinks romantic lead has a Tom Cruise smile

**Crave:** *Heroine*: "So you're an old movie buff? Or just an old Tom Cruise movie buff?" p. 262

**BMR**:   *Romantic lead*: "And I love all of the 'Raiders of the Lost Ark' movies too." He gave his best bad-boy grin, one that would do Tom Cruise proud.' 2011 p. 42


**The first kiss between the romantic lead and the heroine becomes the catalyst for the heroine to learn about the supernatural world. The scene begins with them going outside to view a special phenomenon in the sky. In Crave, the phenomenon is a meteor shower, in BMR, it is the northern lights. It's winter, and it's cold. They kiss and the romantic lead loses self-control of his powers. In Crave, the romantic lead causes an earthquake, in BMR, the romantic lead's eyes glow. In Crave, the heroine doesn't realize the romantic lead caused the earthquake, but she is frightened of him when he starts yelling at her to go. In BMR, she is aware his eyes aren't right and she is frightened of him. In both books she does not learn the truth until the following day after the event.**


252.

It's cold but the romantic lead makes heroine feel heat

**Crave**: "...try to pretend that despite the chill, his hand on my arm doesn't flood every cell of my body with heat." p. 261

**BMR**: "Don't worry, I'll keep you warm," he offers. The way he says it I feel a flutter of heat curl through me." 2013 p. 155




253.

A light show at night

**Crave**: "...just watching the most brilliant show I've ever seen light up the sky." p. 263

**BMR**: "…that flash across the sky in Alaska in the deep winter…Just a perfect black background to showcase our own personal lightshow." 2013 p. 154

73

**EXHIBIT 2**

**Page 257**

254.
Heroine feels shy

**Crave:** "I glance at him, suddenly shy, though I don't know why." p. 263

**BMR**: "I feel shy and uncertain of myself." 2013 p. 157

255.
Heroine wants romantic lead to kiss her but is afraid he might

**Crave:** "A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills…" p. 267

**BMR**: "I want him to kiss me but at the same time I'm afraid he might. 2013 p. 155

256.
The air between the heroine and romantic lead is charged and electric

**Crave:** "The air between us loaded, heavy, electric." p. 267

**BMR**: "The air is suddenly charged between us, crackling with electricity." 2013 p. 117

257.
Romantic lead looks at her, craving / Romantic lead looks at her, yearning

**Crave**: "There's a desire in his eyes, a craving that has nothing to do with wanting me and everything to do with needing me." p. 269

**BMR**: "What I see in his face is a mix of wistful yearning and hope. He's looking at me like I'm the one who might be slightly out of reach when it's clearly always been the other way around." 2013 p. 157

"While I craved the comfort of his presence, I knew he needed to be here more than I needed him." 2010 p. 407 "The intense sense of connection between us, the craving to be near him, for his touch, the sound of his voice…" 2009 p. 383

74

**EXHIBIT 2**

**Page 258**

258.
Heroine can't back away, she's mesmerized / Heroine can't look away, she's caught

**Crave**: "I don't back away. I can't. I'm dazzled, mesmerized, enthralled." p. 269

**BMR**: He looks down into my eyes and I can't look away. I'm caught. It's hopeless, really.  2013 p. 157

259.
Cups face in hand

**Crave**: Heroine: "I cup his face in my hands…" p. 269

**BMR**: Romantic lead: "He cups my cheek with his hand…" 2013 p. 158

260.
Romantic lead leans down, presses a soft kiss / Romantic lead leans in, presses a soft kiss

**Crave:** "Then he leans down and presses his lips to mine. It's not a passionate kiss, not a hard kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost..." p. 270

**BMR:** "He leaned in and turned my chin up, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss." 2011 p. 172
Another description: "He leaned in and captured my lips with his own. Feather light, feather soft was his kiss, a gentle brush of his lips, the warmth of his breath mingling with my own." 2011 p. 255

261.
Heroines' arms around romantic leads neck

**Crave:** "...his hands are on my upper arms...pulling me against him...try to slide my arms around his neck…" p. 271

**BMR**: "His hands are in my hair and my arms are twined around his neck pulling him closer." 2013 p. 158

262.
During the kiss, heroine is light-headed / during the kiss, heroine is delirious

**Crave**: "My head gets lighter, my knees get weaker." p. 271

**BMR**: "I'm delirious with the heat and urgency of our kiss." 2013 p. 158

263.
Romantic lead loses self-control of his powers: the ground shakes because he's a vampire / his eyes start to change because he's a wolf shifter

**Crave:** "'Earthquake!' I manage to squeak out, wrenching my mouth from his." p. 271

**BMR**: "His coppery eyes were gleaming, phosphorescent like an animal's eyes in the dark." 2011 p. 173; 2013 p. 159.

264.
Heroine is scared of romantic lead: his burning eyes, monstrous, needs to run away / Heroine is scared of romantic lead: his gleaming, inhuman eyes, and needs to run away

**Crave**: 'You. Need. To. Go!'… He advances on me then, fingers flexing and eyes burning like black coals in a face livid with rage. I turn and run as fast as my weak knees will carry me…before this monstrous version of Jaxon overtakes me. p. 272

**BMR:** "Gleaming amber eyes rimmed in black…. Inhuman eyes…My heart was racing double-time so fast and so hard I was dizzy...It was all I could do not to stomp on his toes and make a run for it...I needed to get out of here. Now." 2011 p. 175; *see also* 2013 p. 159 "...wishing this all could have been different. Ash. My first kiss. The fact that he's some kind of monster." 2013 p. 162 (same scene in this version)

265.
The heroine is cut by glass and experiences blood loss after romantic lead causes an earthquake / The heroine is stabbed and experiences blood loss

**Crave**: 'How are you feeling, Grace?'…'I'm okay'…'She lost some blood….' p. 273-274; 283 (nicked artery)

**BMR**: 'Easy there, Anna. You lost a lot of blood.'…'How are you feeling?'…'I'm not sure. Okay I guess.' 2011 p. 407-408; 403 (stab wound)

266.

Nurse instructs heroine to rest and not argue, wraps her up in bed / The doctor instructs heroine to rest and not argue, wants her snug in bed

**Crave**: *Nurse and heroine:* 'For now, you need to stay here and rest.' 'I don't want to rest. I want–' 'I know what you want, but that's not possible right now. You're weak…I don't think you realize how serious this injury is…Marise simply pulls my comforter back over me and says, "Behave or I'll give you another sedative."'' p. 275, 276

**BMR**: *Doctor and heroine*: "...he opened his arms shaking out a similar fleecy blanket for me, indicating that I should take my place on the matching divan…'Oh no, thank you, I'm fine.'…'You may think you feel fine just now but once the adrenaline wears off the shock kicks in. Dizziness, feeling faint, muffled hearing. . .any of that ring a bell?'... I just looked at him. 'That's what I thought. I want you wrapped up snug as a bug in a rug and I won't take any lip about it.'…'C'mon Anna. Don't argue with Cousin Mac.' 2011 p. 417-418

267.

The nurse instructs heroine to have a sweet drink / The doctor instructs heroine to have a sweet drink

**Crave**: *Nurse:* "Let's start with a little cranapple juice. The sugar will be good for you, and then we'll go on from there." p. 277

**BMR**: *Doctor:* "'Young Collin here will fetch you some warm tea with honey and biscuits. You'll accept of course.' He raised his brows daring me to defy him." 2011 p. 417-418; 2012 342-343

268.

Heroine notices eyes are "incandescent"

**Crave**: "...his eyes an incandescent black that has shivers sliding through me…" p. 289
"His eyes glow incandescent with the effort of holding in emotions…" p. 291

**BMR**: "...his incandescent blue eyes narrowed in calculation…" 2011 p. 527

269.
Romantic lead feels he should protect heroine, feels sorry that he hasn't

**Crave**: "I'm sorry...I didn't protect you." p. 290

**BMR**: "I'm so sorry, Anna...I should have been there to protect you." 2011 p. 411; 2010  p. 330

270.
Romantic lead believes heroine's association with him has put her in danger

 **Crave**: "From the moment I kissed you. From the moment you got hurt, everything changed…Now I've all but put a bull's eye in the middle of your back and dared someone to take a shot." p. 291

**BMR**: "If you didn't know me maybe you wouldn't be caught up in this. And you are, Anna. Things can never be what they were—there's no going back." 2011 p. 411; "I'm sorry this happened. It's my fault. If you didn't know me, you wouldn't be caught up in this." 2014 p. 261

271.
Romantic lead tells heroine they need to stay away from each other / that they shouldn't be seen together

**Crave**: 'You didn't *do* anything.' 'I did *everything*…You need to stay away from me. I *need* to stay *away* from you." p. 291

**BMR**: "It's just that if we're seen together as a couple, it might well...it might not be safe. We don't know whether another student or even a faculty member is part of what's going on…staying away from me would be better for you." 2011 p. 297, 299

272.
Romantic lead vanishes

**Crave:** "But not only is he not lying broken on the ground three stories below, he's nowhere to be seen at all. He's vanished right into thin air." p. 292

**BMR:** "There was no sign of Ash. He'd simply vanished**.** Could he do that?...no footprints either." 2011 p. 451
**The heroine and the romantic lead are becoming involved at this point in the story. The heroine's nemesis (Lia in Crave, and Taylor in BMR) attempts to make the heroine jealous by implying she has a claim to the romantic lead that is superior to the heroine's.**

273.
Lia implies that she and romantic lead are together / Taylor implies that she and romantic lead are together

**Crave**: *Lia*: "They tell me nothing has to change, that Jaxon's a perfectly good replacement...I don't care about politics or family dynasties even if he does..." p. 295-296 (Implying she is to be with the romantic lead since his older brother, who was her boyfriend, is dead).

**BMR**: *Taylor:* "'Well,' she said, raising one perfectly arched brow, 'it was very . . . romantic. That boy knows how to wine and dine a girl, if you know what I mean.' (Implying she was on a date with romantic lead) 2011 p. 149

274.
Heroine mentions romantic lead's name, feels physical sensation of upset

**Crave**: 'Jaxon?' My whole body tightens up at the mention of his name linked with hers. She can't be serious...can she?" p. 295

**BMR:** "Wait a minute. Dinner with Ash? I felt a sudden, clutching sensation in my chest." 2011 p. 149

79

**EXHIBIT 2**

**Page 263**

275.
<u>Lia / Taylor tries to make heroine jealous by implying that she and the romantic lead have a relationship</u>

**Crave**: "I'm reeling under the news that she and Jaxon are supposed to be together--and the implication that *he's* willing to go along with it." p. 296

**BMR**: "Pain formed a tight knot in my stomach. 'He told me he had to work tonight.' The words fled my lips in a whisper of dismay." 2011 p. 150

276.
<u>Heroine notices that Lia is not being honest / Heroine mentions that Taylor is not being honest</u>

**Crave**: "But she looks so small when she says it, so exposed, that my heart twists for her. Besides, it doesn't make sense…Not with the way he kissed me." p. 296

**BMR**: "'Really? I think you're the one who's worried about getting hurt'...Her mouth fell open in surprise. 'Why would you think that?'...'Because of all the effort you're making to convince me he's into you.'" 2011 p. 151

277.
<u>The heroine already feels a connection to romantic lead</u>

**Crave**: "Not when I already feel this connection to Jaxon... " p. 296

**BMR:** "I felt a current between us, a connection. Even though we'd only just met, he was already somehow important to me." 2011 p. 64

80

**EXHIBIT 2**

**Page 264**

278.
Heroine feels there is a push / pull toward the romantic lead, she wants to spend more time with him and it's never enough

 Crave: "...the more time I spend with him, the more time I want to spend. Like there's something pushing me toward him, making me want him." p. 297

BMR:  "There was always this constant pull toward him, this desire to be near him, to drink him in and it was never enough." 2011 p. 468

**The heroine wants to know the truth about what really happened after her first kiss with the romantic lead. She finds marks on her neck; in Crave they look like puncture marks, in BMR they are markings or script but not from the romantic lead. She doesn't understand what the marks are and can't sleep. She is told the romantic lead is a supernatural being, a vampire (Crave), a werewolf (BMR). She learns that monsters are real.**

279.
Heroine realizes romantic lead tried to keep his distance so she wouldn't figure out the truth

Crave: "Or is there something more to the story, something that accounts for why my uncle was so nervous and Jaxon so determined to put distance between us." p. 300

BMR: "The reason he'd kept his distance is because his parents knew he had a shifty eye problem and didn't want him dating a girl from school who might find out about it. Me."  2011 p. 186

280.
Heroine has surprising marks on her neck

Crave: "And it's these thoughts that have me peeling back the bandage…staring at the cut on my neck. Or, more precisely, at the two perfectly round, perfectly spaced puncture marks…" p. 300

BMR:  "I tilted my head to the side and angled the mirror—and felt my face drain of all color. There were markings on the back of my neck!" 2011 p. 190

81

**EXHIBIT 2**

**Page 265**

281.
Heroine can't sleep after that

**Crave**: "Needless to say, there's no going to sleep after that." p. 301

**BMR**: "Exhausted, I was too wired to go to sleep but needed to go through the motions anyway…" 2011 p. 189

282.
Heroine wonders about aliens

**Crave**: "Because if this isn't some drug-induced hallucination, then nicked arteries and aliens are the least of my concerns." p. 301

**BMR**: "Or just a freak, alien or monster of unknown origin." 2011 p. 193

283.
Heroine is dizzy from bloodloss

**Crave:** "I'm also still a little dizzy—just how much blood did I lose anyway?" p. 303

**BMR:** "I leaned against the desk feeling dizzy and all of a sudden very, very tired…blood" 2010 p. 321; 2011 p. 402-403.

284.
Heroine wants answers about what happened and what is going on with romantic lead

**Crave**: "Jaxon, on the other hand…If he lies to me, you'd better believe I'm going to stake him through his fangy black heart…I march through the school like a woman on a mission." p. 303 (about the fang marks and romantic lead's part in that)

**BMR**: "I wanted answers about Ash and I wanted them now." 2011 p. 192 (about romantic lead's eyes and what happened)

82

**EXHIBIT 2**

**Page 266**

285.
Heroine notices that romantic lead's friend doesn't cross over the threshold and wonders if they are vampires /
heroine notices that romantic lead doesn't cross over the threshold and wonders if he is a vampire

**Crave**: "He doesn't step inside, though, just stands as close to the threshold as he can get without actually crossing over it…one of the first rules of vampire lore, that they can't come in unless they're invited." p. 310

**BMR**: "And if he couldn't cross over the threshold unless he was invited, did that mean he was a vampire?" 2011 p. 202

286.
Heroine's head is spinning when she learns from romantic leads friend that the supernatural world is real
/ Heroine's head is spinning when she learns from romantic lead that the supernatural world is real

**Crave**: "...it's just that my head is spinning. This has to be a nightmare." p. 309 Romantic lead's friend has just told her that her bite marks were not made by a snake or staple remover, that the obvious answer is the right one.

**BMR**: "My head was spinning with a hundred different thoughts at one time…" 2011 p. 230 (romantic lead has just told her there are supernatural beings)

287.
Heroine learns romantic lead is a vampire / Heroine learns romantic lead is a werewolf shifter

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313

**BMR:** "I-I think you might be under a curse of some kind. Like a werewolf…" 2011 p. 228

288.
Vamp – both books call vampires "vamps"

**Crave:** "No. no. Flint's definitely not a vamp." p. 314

**BMR:** "...That vamp hasn't shown his fangs yet and probably won't..."  2011 p. 508

83

**EXHIBIT 2**

**Page 267**

289.

Flint is a dragon, a winged supernatural being / Brendan is a faery, a winged supernatural being

**Crave**: 'Flint is a dragon.'…'You mean he's got—' I hold my arms up and kind of flap them up and down.' 'Yes, he's got wings.' p. 314

**BMR**: "'The boy's a Faery.' He releases his hold on Brendan's face." 2013 p. 405; 'Love the wings, girls.' I flap my arms and twirl in a circle…'Anna?' Brendan asks. 'Not you, too?' 'Why are you all gold and glowy? How are you doing that?' 2013 p. 283

290.

Heroine asks if her cousin is a fairy / Heroine is told her friend is a faery

**Crave**: "And that makes you what? A fairy?" p. 314

**BMR**: "The boy's a faery." 2013 p. 405

291.

Heroine thought both of her parents were human: Heroine's dad was a witch but she didn't know / Heroine thought both of her parents were human: dad was a wolf shifter but she didn't know

**Crave:** *Heroine:* "Wait a minute, you're saying my dad *was* a witch?...How could my dad be a witch and I not know it?" p. 315-16

**BMR:** *Heroine:* "My father. Why didn't he tell me?" 2010 p. 354; "My dad. I don't understand why he didn't tell me…Were they all Sentinels then?" (he's a wolf shifter). 2011 p. 440;. "My mother and my aunt knew my dad's secret.'…I had always dreamed of being a princess, but somehow a wolf princess hadn't figured into that particular fantasy." 2011 p. 446; "One of these wolves is my dad." 2013 p. 578; 2011 p. 582 "Her mother is Kindred, her father Sentinel." *The World Notes, 2010.*

84

**EXHIBIT 2**

**Page 268**

292.
Heroine thought both of her parents were human:her mother is a gargoyle / Heroine thought both of her parents were human: her mother is a witch

**Crave:** *Heroine and cousin:* 'Wait a minute, you're saying my dad *was* a witch?...How could my dad be a witch and I not know it?'...'Because he lost his powers when he fell for your mom. Witches aren't supposed to marry ordinary humans...' p. 316
**Court**: "My mother knew she was a gargoyle" p. 164

**BMR**: *Romantic lead to heroine about her father being a wolf shifter* 'I don't think your mom knows. Though I can't imagine why he kept it from her. And you.'...No, I couldn't imagine either. My mother is so–so not into anything remotely supernatural."...2011 p. 354 (Heroine thinks her mom is human)

*Heroine to her mom and aunt:* 'I am part human, right? I mean you're human,' I say." 2013 p. 344

'Oh my dear girl,' Mom says. 'We're not human.' *Kindred aren't human?*' 2014 p. 280 (Kindred are witches); 'Her mother is Kindred, her father Sentinel.' *The World Notes, 2010*
 "I was born and remain Kindred–Witch...I am your mother." 2011 p. 576, 578

293.
Heroines remaining two family members are both witches

**Crave:** *Cousin to heroine:* "A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing." p. 316

**BMR:** *Heroine to herself*: "My mom and my aunt are both witches, but not exactly the Wiccan variety as I had been led to believe." 2013 p. 220; "I was born and remain Kindred—witch..I am your mother." 2011 p. 576, 578

294.
Heroine's parents love each other very much

**Crave:** Heroine's parents. "They loved each other a ridiculous amount." p. 316

**BMR**: "Anna was born to two parents deeply in love with another..." *Midnight Overview Notes,* 2009, *The World Notes,* 2010

85

**EXHIBIT 2**

**Page 269**

295.
J.K. Rowling's imagination is discussed during scene where heroine learns her friends are supernaturals /
Harry Potter books are discussed during scene where heroine learns her friends are supernaturals

**Crave**: *Heroine to cousin:* 'Well what kind of a witch are you if you can't do something an eleven year old kid can do?' *Cousin:* 'The kind that doesn't come from J.K. Rowling's brilliant imagination.' p. 317 (Rowling wrote Harry Potter)

**BMR**: *Heroine to Julian the vampire prince:* 'Are you quoting *Harry Potter*? Really?!'....*Julian*: Think of what I'm doing as my very own 'sorting hat….' 2013 p. 405

296.
Heroine learns monsters are real

**Crave:** "I'm not sure there's ever a good time to tell someone that monsters are real." p. 318

**BMR: "**All the fairy tales and stories you heard in your childhood about monsters and evil beings—it just so happens they're true**.**" 2011 p. 237; "Because they're real. Monsters." 2011 p. 4

297.

Heroine's friends and family are supernatural beings and all of her teachers / Heroine's friends and family are
supernatural beings and two teachers

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313
"A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing." p. 316
"they're wolf shifters really, more than werewolves." p. 321; 'He's a…' 'Dragon.'[13] p. 314
'The school nurse?...Marise is a vampire, too?'

**BMR:** "It is also through their relationship with one another that Ash and Anna each find themselves with a
unique group of friends with some surprising abilities of their own." *Midnight Overview Notes, 2009, p. 2*

**2011:** "But yes, Dad's a berserker, like me…"  p. 421 (he's a teacher at school and RL's dad);
"They're vampires?' Vampires, trolls and demons, oh my."  p. 500
"How do you ask someone if they're a teenage werewolf?"  p. 224; He claimed he wasn't a werewolf but could
shift into a wolf." p. 236
 "I was born and remain Kindred–Witch." p. 576
"The teachers' names were on the chalkboard: Dr. Baen and Dr. Caitlin MacKay….Ash MacKay" p. 38; 42;
"So, it's not only you," I said. "It's your family, too, isn't it?" p. 225; "the wolf–Caitlin?--held on…" p. 396;
Baen: "So he turns into a wolf, too…" p. 421

**2012:** "Melusine was our great-great grandmother…she took the form of a dragon…as a descendant of
Melusine, you are…" p. 312-313; 505

**2013:** "I stare at my friends in disbelief. 'You're not *human*? None of you?' p. 409
'I'm a ban sidhe, Anna'...  p. 409 (pronounced ban shee)
'Rachel and I are cousins by blood. Sirens and ban sidhe are cousins, too.'...  p. 405-409
"The boy's a Faery."  p. 405
"I thought you knew we were succubi…"  p. 423; "Wendigo" p. 81

298.

Romantic lead saved heroine with his healing venom / Romantic lead saved heroine with his healing bite

**Crave:** "Vampire venom has a lot of different properties, depending on what the vampire intends. Jaxon didn't
bite you, but he did use his healing venom to seal your wound." p. 319

**BMR:** The romantic lead (werewolf) bites the heroine in order to save her from a serious injury which could
have killed her. 2010 p. 323. "One bite is only enough to gift you with rapid healing." 2010 p. 329
"Ash's healing bite"  2011 p. 423, 425.
"Something was different between us now, had changed since the healing bite he'd given me." 2011 p. 425

---

[13] In both books, "dragons" as a supernatural being are mentioned for the first time in Crave p. 314 and BMR 2012
p. 312-313.

299.
Vampire venom / saliva has "coagulating properties" used to heal

**Crave:** "She bit you and injected her own venom, using the anticoagulant properties instead of the coagulant ones." p. 319- 20

**BMR:** "...as he licked her wrist when he was done, somehow sealing the puncture…In a corner of my brain I noted that his saliva must have coagulating properties." 2010 p. 429; 2011 p. 532

300.
Heroine wonders if romantic lead's healing will cause her to turn into what he is

**Crave:** *Heroine*: "'...I mean, I'm not going to…' I mime getting fangs…She cracks up…'No, Grace, you're not about to sprout fangs and start sucking people's blood.'" p. 320

**BMR:** *Heroine*: "'Am I a werewolf now that you've bitten me?' Caitlin snorted. 'You're exactly what you were before.'" 2010 p. 329 'Anna, how much did you know about your dad?'... 'E-enough to know he d-didn't sprout fur and whiskers and run around on four f-feet.' 2010 p. 294

301.
The main supernatural races in the first story are vampires, witches, and werewolves. There are also dragons

**Crave:** "I swallow. 'So...vampires, dragons, witches and werewolves.'" "dragon shifters" p. 321

**BMR:**
Vampires: "A vampire? What else didn't I know about?" 2011 p. 478

Witches: "I was born and remain Kindred—Witch." 2011 p. 576

Werewolves: "Mom and the rest of our family are what you might call 'werewolves.'" 2011 p. 421

Dragons: a. "It is said that Melusine was our great, great-grandmother going back to the days of long ago...Melusine took the form of a dragon and watches her descendants unto this day." 2012 p. 312-313; "As a descendant of Melusine you are…" 2012 p. 505

b. "Dracon-dragon shifting people live in ice caves in Alaska and Russia." *The World Notes,* 2010

c. "From this side, the dragons that frame the mirror are alive. Their sleek, silver and gold bodies writhe around the frame head to head, tails entwined. Two pairs of brilliant, emerald green eyes stare back at me. I hold my hands out to them and can't resist stroking their beautiful faces. They butt their heads into my hands, vying for attention." 2013 p. 435

88

**EXHIBIT 2**

**Page 272**

302.
"Technically" werewolves are wolf shifters

**Crave**: *Cousin to heroine:* "Well, if you're going to get technical, they're wolf shifters really, more than werewolves.
p. 321

**BMR**: *Heroine with romantic lead:* "He claimed he wasn't a werewolf but could shift into a wolf. It seemed like a bit of a technicality…." 2011 p. 236

303.
Wolf shifters are affected by the full moon

**Crave:** 'Wolf shifters?' 'Yeah. Who apparently do get a little extra wild around the full moon." p. 321

**BMR:** "...and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2011 p. 231
304.
Heroine's friend, Flint, is a dragon and shifts / heroine's great-great-grandmother took the form of a dragon

**Crave**: "Flint *is* a dragon, all the time. He can shift between his dragon and human form whenever he wants."
p. 321

**BMR**: "...Melusine was our great, great-grandmother…Melusine took the form of a dragon and watches her descendants…the dragons' eyes in the mirror frame are open and glittering green as emeralds, liquid as glacial water " 2012 p. 312-314; 505 (dragons alive)
"Races of supernatural beings are…dracon-dragon shifting people live in ice caves in Alaska…" *The World Notes, 2010*

89

**EXHIBIT 2**

**Page 273**

305.

Magical glamour is used to do make-up and hair by witches; in Crave, heroine's cousin is a witch, and in BMR, heroine's aunt is a witch[14]

**Crave:** "She comes out two minutes later, and not only is she dressed, but her hair is slicked back in an adorable style, and her face looks like she spent half an hour putting on makeup in front of a mirror." …'What happened to you?' I demand. 'Oh, just a little glamour.' She wiggles her fingers in front of her face. 'And can I say how glad I am that you know now? My life is going to get so much easier." p. 322-323.

**BMR:** "'Let's play with a little glamour,' Aunt Brynne says. She's my makeup artist tonight. 'Snow White,' she whispers. My skin is all creamy porcelain and petal pink cheeks, my lips berry-kissed. She presses a finger over each eyelid. 'Eyes bright.' My grey eyes sparkle like silver, hidden contrasts of blue, green and ice glittering in the light. She runs her fingers through my long brown hair and soft curls follow in their wake. I toss my head from side to side and we're both laughing." 2014 p. 102

306.

Heroine thinks about her prior alien theory to explain the strange goings-on at school /Heroine's friend, as well as a teacher talk about alien theories

**Crave**: "Can I just say that I'm *really* beginning to miss my alien theory?" p. 325

**BMR**: "These alien theories fall along the same lines. Sometimes people give a complicated answer to a simple question." 2016 p. 41; "…aliens theory is so popular." 2014 p. 34

**In both books, someone is trying to kill the heroine to stop the war between the supernatural races. The heroine is the key to releasing the evil character (Hudson in Crave, and Ronan in BMR, who will bring destruction). Heroine's uncle explains / romantic lead explains, that there is a war going on. In Crave, it's a "giant turf war" and in BMR, the "earth" is used as a "battlefield." The heroine is in danger and should leave Alaska, but doesn't. The heroine thinks of mythology to understand the supernaturals. She realizes she should be scared of the romantic lead's power but isn't.**

---

[14] Glamour is a magic that witches use to magically do make-up, hair in both books.

90

**EXHIBIT 2**

307.

Heroine notices while in the school cafeteria that the romantic lead is bleeding, he makes light of it / Heroine notices while in the classroom that the romantic lead is bleeding, he makes light of it

**Crave**: 'You're bleeding.' 'I'm fine.' He shrugs it off..'You're hurt. Let me take care of you.' For long seconds, he still doesn't move, just stares at me, unblinking." p. 331

**BMR**: 'Are you bleeding?'...'Yeah, it's nothing.'... 'But you're still bleeding.' I reached out and pulled his shirt back…'I'm fine,' he said, staring into my eyes as if willing me to believe him. There was a long moment of intense silence between us…our eyes locked with one another." 2011 p. 110-111

308.

Someone is trying to kill the heroine / The Order is trying to kill the heroine

**Crave**: "I keep trying to tell you, but you won't listen. Someone is trying to kill you, Grace." p. 334

**BMR**: 'Why can't they know about me?' I ask…'Because they'll kill you." 2013 p. 344; "He's part of the Order— the corrupt Order that killed my dad. And they'll want me if they find out about me." 2013 p. 223; "Ronan…when he rises, it won't be long before they're united…and the end is near…" 2013 p. 330 (referencing the girl they're looking for, who is the heroine).

309.

The heroine contemplates her new reality regarding the supernatural, school, things that go bump in the night and the war

**Crave**: "...everything you'd ever heard about the supernatural world was actually real...this school is filled with things that go bump in the night...vampires and dragons are real when we're in the middle of a giant turf war…." p. 343-344

**BMR:** "A reality where the supernatural was, perhaps, natural." … "The things that go bump in the night….All the fairy tales and stories…they're true." …"How could I possibly reconcile school with demons, werewolves and a supernatural war?" 2011 p. 236-237; 230; 462

91

**EXHIBIT 2**

**Page 275**

310.
Heroine learns there is war among supernaturals having a giant turf war / with earth as the battlefield

**Crave**: "It's not exactly easy to hide the fact that vampires and dragons are real when we're in the middle of a giant turf war." p. 344

**BMR**: "There's a war going on...Beings of myth and legend are fighting each other every day with Earth as the battlefield." 2011 p. 230

311.
Heroine's uncle has kept the supernatural world from her/ Heroine's mother and aunt have kept the supernatural world from her

**Crave**: 'Why didn't you tell me? You could have told me when you asked me to move to Alaska, when you came for the funerals.'... 'it seemed easier to leave you in the dark for a while. Especially…after talking to Dr. Blake, she thought we should let you get used to Alaska, and the huge change in your life…' p. 343

**BMR**: 'Why haven't you told me *anything*?' …'We couldn't tell you without putting you in danger.' 2013 p. 343; 344-345 "Alaska is the one place in the world we knew you'd be safest…" 2013 p. 345

312.
Heroine's uncle wants her to leave Alaska because he believes she's in danger / Heroine's mother and aunt want her to leave Alaska because they believe she's in danger

**Crave**: "No one is trying to kill me—someone just had an oops with their powers… 'We're not sure…' My uncle is back to steepling his fingers. 'That's why I want to send you back to San Diego.' 'Send me back?' p. 345-346

**BMR**: 'They can't find out about her. Or us. I say we leave at first light.'...'*Leaving?!* Aren't you overreacting a bit? Why can't they know about me?'…'Because they'll kill you.' 2014 p. 279-280

92

**EXHIBIT 2**

**Page 276**

313.
<u>Romantic lead is seductive</u>

**Crave**: "'I know Jaxon can be'...He pauses, blows out another long breath. 'Seductive. I know how the girls feel about him.'" p. 347

**BMR**: About Ash: "Seductively charismatic...Intensely sexually attractive to the opposite sex." *The Cast Notes*, 2008

314.
<u>Heroine is told by her uncle that vampires are born / Heroine is told by vampire prince that vampires are born</u>

**Crave**: *Uncle to heroine*: "Jaxon was born a vampire...Vampires can be made... but they can also be born." p. 348

**BMR:** *Vampire prince to heroine*: "Our kind are born you know..." 2011 p. 541; 2010 p. 438; "You mean to make me a vampire as some sort of punishment to him, is that it?" 2011 p. 547

315. Intentionally deleted.

316.
<u>Heroine is told that romantic lead's type of supernatural is due to a genetic mutation / Heroine wonders if romantic lead's type of supernatural is due to a genetic mutation</u>

**Crave**: "Like other things, vampirism is a genetic mutation." p. 349

**BMR**: "Maybe his glow-in-the-dark eyes ran in his family. Maybe it was some kind of genetic mutation." 2011 p. 186

317.

Vampires are due to a genetic mutation and romantic lead is a vampire / Berserkers are due to a gene (shift into a wolf and a bear)

**Crave**: "It's a genetic mutation, so yes, vampires can be born to anyone. Usually they aren't." p. 349

**BMR**: "Every now and then someone is born with a dominant Berserker gene…If you're being polite about it, I'm a Sentinel…If you don't want to play nice, then I guess you'd say I'm a Berserker like my dad…" 2010 p. 338-339; 2011 p. 421-422

318.

Sometimes a vampire is born due to a gene and doesn't know what they are / sometimes a Berserker is born due to a genetic mutation and doesn't know what they are

**Crave**: "…other born vampires do happen. They're the ones you read about in stories, because they don't have any knowledge of who or what they are so they…' 'Run rampant killing everyone in sight?' '…They are the ones who don't know any better.' p. 350

**BMR**: "Technically, Dad's a Berserker…every now and then someone is born with a dominant Berserker gene…He was seven. The villagers were terrified of him. They didn't know whether his magics were a gift from the gods or a curse...they cast him out...Berserkers...fought until no one was left standing…Fortunately, one of our kind found him…" 2010 p. 338-339; 2011 p. 421

319.

Heroine doesn't want to leave Alaska

**Crave**: "I don't want to go back to San Diego, Uncle Finn." p. 350

**BMR**: "*I can't just leave!*" 2014 p. 279

94

**EXHIBIT 2**

**Page 278**

320.
<u>Uncle and heroine discuss about leaving Alaska, loss of family is mentioned / Mother and aunt discuss with heroine about leaving Alaska, loss of family is mentioned</u>

**Crave**:
*Heroine to uncle:* "I don't think I can heal there, driving by my old house on the way to school every day. Going to all the places my parents and I used to go—" p. 351

*Uncle to heroine*: "On the day you were born, I promised your father I'd take care of you if anything ever happened to him, and I am not about to let him down." p. 351

**BMR**:
*Mother to heroine with aunt*: "…we've—lost everyone we care about. All of our family. My husband, our brother, cousins, parents—I cannot and will not lose you." 2014 p. 280

321.
<u>Heroine doesn't end up leaving Alaska</u>

**Crave**: "Okay. Grace. If that's how you feel, you know you can stay." p. 351 (she stays)

**BMR**: "It's been nearly a week since the night that changed everything." 2014 p. 373… "'I'm leaving tonight.' As soon as I say the words, I know that's what I'll do. I'll keep us both from having to make choices we shouldn't have to make. 'Don't.' He catches my hand in his. 'You saved my life that night….I'm saying we'll figure this out together…' Our breaths become one breath and in this kiss is a promise." 2014 p. 386-387 (she stays)

322.
<u>Heroine thinks that monsters are real</u>

**Crave**: "This whole *monsters are real* thing is going to take a lot of getting used to." p. 354

**BMR**: "Because they're real. Monsters." 2010 p. 3; "There were a lot of creepy monsters in fairy tales. If most of them were true then I was definitely back to checking the closets and underneath the bed." 2010 p. 185

95

**EXHIBIT 2**

**Page 279**

333.
Heroine is looking for a book in mythology section to explain the supernatural beings she has learned are real /
Heroine thinks about books she's read on mythology

**Crave**: "I think about starting in the mythology section, seeing if there are any books on the different paranormal creatures." p. 354

**BMR**: "…images from books I'd read…mythological beings…were they shape-shifters of some kind…" 2011 p. 230-231

334.
The element of air ruffles the heroine's hair when it is called upon

**Crave**: "A light wind blows through the library, ruffling my hair and making the magazines on the rack behind me flutter…" 'You're a witch!'…'I am…with an affinity for the elements.'…'So not just wind?' p. 355

**BMR**: "A gentle wind ruffles my hair, tickling my ears and playing with the hem of my nightgown…Somehow in this place, I know what to do—calling the elements…" 2011 p. 386-387 ;Witches call on the five elements, 2011 p. 463

335.
The romantic lead has power with his mind:

**Crave:** Romantic lead "Jaxon slams the guy...into the wall with a flick of his fingers, then has him dangling a dozen feet in the air using nothing but his mind." *"telekinesis"* p. 366 15

**BMR:** Romantic lead: 'Basically, get them to trust me...I would've just *compelled* you to open the door and let me in,' 2011 p. 271, 286 'I could blur your memories…' 'That makes you very dangerous," I said in a low voice, more to myself than to him. He was the ultimate hunter being able to charm his prey.' p. 286

336.
Invisible fence made by romantic lead who is a vampire / Invisible barrier made by vampires

**Crave**: "But when I try to move toward him, it's like I'm running straight into a wall...an invisible barrier in front of me…" p. 368

**BMR**: "I dart past them but everyone else stops in front of the van like they've hit an invisible fence." 2013 p. 394

96

**EXHIBIT 2**

**Page 280**

337.
Heroine thinks she should be scared of romantic lead after seeing his powers, but she isn't

**Crave**: "The telekinesis, the absolute control Jaxon exerted over everyone in that lounge, including me? The obscene amount of power he wielded with just a wave of his hand? I don't know how I feel about all that either. Except, like the violence, it doesn't scare me the way it probably should. *He* doesn't scare me the way he probably should." p. 371

**BMR**: "I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't." 2010 p. 220

338.
Romantic lead tells heroine he won't hurt her

**Crave**: *Romantic lead:* "I won't hurt you…" p. 372

**BMR**: *Romantic lead:* "I would never hurt you, you know that, right?" 2011 p. 172

339.
Mouth opens and closes like a fish out of water

**Crave:** "Stunned, his mouth opening and closing like a fish out of water as he struggles for a decent response." p. 373

**BMR**: "My mouth opens and closes like a fish out of water...I struggle for air, my body thrashing." BMR 2011 p. 2

**Heroine and romantic lead are about to kiss for the second time. They have a who I am what I am conversation about the romantic lead. She tries to kiss him but he won't allow it until he knows that she's okay with what he is.**

340.
Heroine moves in to kiss romantic lead but he doesn't respond, she is embarrassed

**Crave**: "'Please.' My mouth is nearly pressed against his. Still no response. My confidence—shaky at the best of times—is about to desert me completely." p. 378

**BMR**: "I raise my face up to him and close my eyes. I want this moment. I want him to kiss me. But he doesn't. Opening my eyes, I feel ten kinds of stupid…Mortified, I look away." 2013 p. 208

341.
Heroine laces her fingers with romantic lead's / romantic lead laces his fingers with heroine

**Crave**: "Once more, I lace our fingers together…" p. 378

**BMR**: "He covers my hand with his, lacing his fingers through mine." 2013 p. 208


342.
It doesn't matter to the heroine what romantic lead is

**Crave:** *Romantic lead*:... "Even knowing what I am?"
     *Heroine*: "I know *who* you are. That's what matters.'"  p. 378

**BMR**: *Romantic lead*: "It's because of what I am, isn't it?"
     *Heroine*: "I guess I don't care about what you are, Ash. It doesn't matter to me." 2010 p. 221

    *Romantic lead:* "When we kiss, I want it to be because you want *me*. And I don't want you to have any questions about that. About who I am or what I am." 2013 p. 208.


343.
Heroine is concerned about romantic lead walking away / Romantic lead is concerned about heroine walking away

**Crave:** *Heroine:* "What scares me is the idea that you're going to walk away and I'm going to go my whole life without knowing what this could feel like." p. 379

**BMR:** *Romantic lead*: "I can't explain it but I've got a feeling that if I let you walk away I'll be missing something so important that I can't take that chance." 2013 p. 223

**EXHIBIT 2**

**Page 282**

Case 2:22-cv-02435-SSS-SSJN Document 44-3 Filed 05/03/23 Page 101 of 145

344.

Romantic lead groans low in his throat, heroine's hands are in his hair, down his back / Romantic lead groans low in his throat, heroine's fingers are in his hair, hands on his back

**Crave:** "I arch against him in an effort to be closer, then run my hands over his arms, his shoulders, his back. My fingers tangle in his hair, and he groans low in his throat. p. 383

**BMR:** "He groans low in his throat, it's almost a growl and that sound makes me wild with my own power that I could do that to him. My hands are in his hair and I'm pulling him to me, closer. My hands glide down his back and grip the belt loops of his jeans. 2012 p. 222; 2013 p. 225

345.

Romantic lead explains he had trouble with self-control of his powers around the heroine

**Crave**: "I promised you the earthquake thing isn't going to happen anymore…But it's going to take a little time for me to figure out how to control all the things you make me feel." p. 383

**BMR**: "Because I find you so. . . appealing, and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2011 p. 231

346.

Romantic lead's smile lights up his face

**Crave**: "...he smiles, really smiles, and it lights up his whole face" p. 384

**BMR**: "He smiled that smile of his, the one that touched his eyes and lit up his entire face." 2011 p. 119

347.

Romantic lead's words cause heroine to melt inside

**Crave:** "...try to pretend his words aren't making me melt deep inside." p. 384

**BMR:** "...the way he said those words—I'm melting inside." 2011 p. 147

99

**EXHIBIT 2**

**Page 283**

348.
The romantic lead likes to touch a lock of the heroine's hair, and does so often

**Crave**: "Jaxon takes hold of a lock of my hair... " p. 386; 202, 225, 386, 502 (kindle edition);
"…he reaches out and gently takes hold of one of my million curls." p. 29

**BMR**: "...he reached out with one hand and brushed a lock of my hair back from my face..." 2011 p. 62; "He tucked a lock of my hair behind my ear. p. 261; 299, 321, 462, 466, 468, 477

349.
The heroine notices his scent of oranges and deep water / of citrus and spice and waterfalls, wants him

**Crave**: "He smells like oranges again, and deep water, and I sink into the scent of him, into the glorious taste and feel and sound of him. His hands go to my hips, and he groans low in his throat…I've never been this intimate with a guy before, have never wanted to be, but with Jaxon, I want it all…" p. 388

**BMR**: "The heat of his skin felt good. I took a deep breath savoring his scent–citrus and spice with a note of musk and woods." 2010 p. 372; Same quote in 2011 but adds "waterfalls" p. 460
"Being with him, the touch of his skin on mine, the way his lips feel against my own, make me want to be with him more than I want anything else. He groans low in his throat… 2012 p. 222; 2013 p. 225

**Romantic lead talks to heroine about his older brother who was killed.**

350.
Romantic lead believes he killed his older brother / Romantic lead's older brother was killed and he feels responsible

**Crave**: *Romantic lead:* 'I killed Hudson.' 'Your brother?'...'Brother. Yeah.' p. 390
"I didn't set out to kill him, Grace. But do you really think intentions matter when someone's dead? It's not like you can just bring them back because you didn't want to do it." p. 390

**BMR**: *Romantic lead:* "It happened three years ago. My brother, Dylan, was killed. He was nineteen…He was in the wrong place at the wrong time…they said it was an accident but it wasn't."
     *Heroine:* "I understood his pain. He felt the same way I did about my dad and grandparents' deaths. Responsible."  2011 p. 125

351.
Romantic lead's older brother was nineteen / Romantic lead's older brother looks nineteen

**Covet**: "…as Hudson is more than two hundred and looks about nineteen." p. 448 (Hudson is the romantic lead's older brother).

**BMR**: "My brother, Dylan, was killed. He was nineteen." 2011 p. 125

352.
Hudson was the vampire prince / Julian is the vampire prince

**Crave**: 'Hudson was the firstborn…The prince would be king.' … 'King?'...'The next vampire liege at your service….I'm the replacement.' p. 391-392

**BMR**: 'And I am a prince…You may call me Julian, my sweet.'...'crazy vampire' 2010 p. 427

353.
Romantic lead does a mock bow

**Crave:** Romantic lead: "He does a mock little bow." p. 392

**BMR:** Romantic lead: "He swept his arm out, ducking in a mock bow..." 2011 p. 37

354.
Romantic lead is a royal / Romantic lead is referred to as a royal

**Crave**: "Is that why everyone treats Jaxon with such deference? Because he's royalty?" p. 392

**BMR**: "His Royal Hotness" 2011 p. 319 (about romantic lead)
"Being of the blood, means that you're practically royalty." (about heroine) 2011 p. 446
"...which I knew from my studies was a sign of royalty among the Celts of old." 2011 p. 592 (about Ronan)

101

**EXHIBIT 2**

**Page 285**

355.
<u>Romantic lead is a prince /Romantic lead is a knight</u>

**Crave**: "'I'm the replacement. The new heir apparent.'…'And future king.'" p. 392

**BMR**: *Romantic lead's father:* "Our particular Clan also has the honor distinction to serve as Knights of the Order." 2011 p. 443
"The Order….The Ancients, a governing branch." 2011 p. 300

356.
<u>The Order serves the romantic lead, he is part of the Order as prince / the romantic lead serves the Order</u>

**Crave**: *Romantic lead:* "I nod to the Order to stay where they are until the crowd starts to disperse, so that's exactly what they do." p. 557

**BMR**: *Romantic lead's mother:* "There are Knights of the Order planted in each high school in Anchorage…" 2011 p. 444; "Our particular Clan…serve as Knights of the Order." 2011 p. 443

357.
<u>"Chosen One" in capital letters</u>

**Crave:** "Lia and my mother whispering all kinds of Chosen One bullshit in his ear... " 394.

**BMR:** "Unfortunately, there's more to you than meets the eye, Oh Chosen One." 2011 p. 567

358.
<u>Romantic lead is talking to heroine about Hudson's plan to put shifters in their place and uses air quotes with fingers /Aunt is talking to heroine about werewolf shifters and makes air quotes with her fingers</u>

**Crave**: "''So when Hudson worked up a plan to'--he curls the fingers of his free hand and makes air quotes– 'put the shifters in their place…'" p. 395

**BMR**: "One girl even claims that she was taken by werewolves, with glowing eyes, 'like in the movies,'" she said as she made air quotes with her fingers." 2011 p. 76

102

**EXHIBIT 2**

**Page 286**

359.

Hudson was responsible for the wholesale slaughter of his people / Ronan was responsible for genocide

**Crave**: "So when Hudson worked up a plan to…put the shifters in their place…looked and smelled an awful lot like prejudice to me. And then it began to look a lot like genocide. Especially when he started adding other supernatural creatures—even made vampires—to his list. Things got ugly." p. 395

**BMR**: "No one knows exactly what happened—though legend has it that one man, Ronan O'Faolain, a druid, was responsible for the wholesale slaughter of his people." 2011 p. 46; "war between the races" 2014 p. 326; "war between the Unseen" 2014 p. 280

360.

Hudson started a fight that could rip the world apart / When Ronan rises, the end will be near

**Crave**: "And one day he started a fight that was set to rip the whole world apart had it been allowed to continue." p. 395 (Refering to Hudson, who is Ronan in BMR)

**BMR**: "He and the Nyx are tied together. According to the curse, when he rises, it won't be long before they're united. And the end is near." 2014 p. 267; "The war. Demons and things that go bump in the night" 2011 p. 297; "war between the races" 2014 p. 326 (referring to Ronan, who is Hudson in Crave); "war between the Unseen" 2014 p. 280

**Mind control powers of the romantic leads: In Crave, the romantic lead has power with his mind; he's telekinetic. His brother, Hudson, the "vampire prince," has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

**In BMR, the romantic lead can make people do things with his mind, and Ronan, the Bloodletter, is said to have taken away people's free will. The vampire prince, Julian, has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.**

103

**EXHIBIT 2**

**Page 287**

361.
Vampire prince can make people do things with mind control.

**Crave**: *About Hudson the vampire prince:* "He had the power to make people do whatever he wanted them to do....He could make you kill yourself, Grace. Or Macy. Or your uncle. Or me." p. 397

**BMR:** *About Julian, the vampire prince*: "He stood up. 'Kneel.' ...And my friends knelt, knowledge full in their faces but powerless to give voice to their terror." 2011 p. 531

*About Ronan*: "Ronan's trick in binding the druids took away their free will. Their ability to choose." 2011 p. 432
*Heroine about the romantic lead*: "I couldn't help but feel that manipulating someone's free will, even when it was for the right reasons, wasn't okay. Would he, could he end up doing that to me?" 2011 p. 454

362.
Hudson would destroy them all / Ronan slaughtered every man, woman, child

**Crave**: "He would destroy them all—just because he could." p. 397

**BMR**: "He slaughtered every man, woman, and child…" 2011 p. 434

363.
Heroine can see the pain in romantic lead's eyes about the murder of his brother

**Crave**: "When he finally turns back around to look at me, I can see the pain, the devastation behind the emptiness in his eyes." p. 397-398

**BMR**: "It was the pain in his eyes as he spoke that told me he'd lost someone close… After a long silence he turned and looked at me, his face full of anguish. And more than a hint of anger.  2011 p. 125

364.
A supernatural war is on the rise, there have been three / supernatural war is on the rise

**Crave:** "The different species have been at war three times in the last five hundred years. This was almost number four…the distrust for vampires that goes back centuries is right up front again." p. 398

**BMR:**  "war between the Unseen" 2014 p. 280; concept of "...war between the races" 2014 p. 326; "We're at war with demons—beings who feed on humans in one way or another, be it flesh, blood, spirit or energy. Myths and legends have been created from the very fabric of this war. You'll find references to us in every culture, going all the way back to the beginning of recorded history." 2010 p. 355 2011 p. 441

104

**EXHIBIT 2**

**Page 288**

365.
<u>Romantic lead has tried to stay away because he doesn't think it's safe for the heroine to be around him.</u>

**Crave:** "They've been gunning for you since you got here. I don't know why it started, if it's because you're human or if there's something I haven't figured out yet. But I'm sure it's continued—and gotten worse—because you're mine...It's why I tried to stay away from you..." p. 398-399

**BMR:** 'So you've been avoiding me because?'... 'I wanted to protect you...I didn't think it was safe for you to be around me. You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me.' 2014 p. 99

"I'm just worried now that you're so very publicly connected to me. That's all... We're going to have to be even more careful than I'd planned." 2011 p. 321-322
"It's just that if we're seen together as a couple, it might well...it might not be safe." 2011 p. 297

'Why have you been ignoring me at school?…did I say or do something wrong?'...'No! It's not you…things aren't what they seem. At least not with me….I have a lot of stuff going on my life that's—well—it's complicated.' 2011 p. 130-131 (referring to his part in the war); 2013 p. 116-117; 2014 p. 96-98

366.
<u>Romantic lead feels a sense of responsibility to stop the war and keep the balance / to stop the balance from being tipped in the war</u>

**Crave**: *Romantic lead:* "We're balanced on a razor-thin tightrope, and every day, every minute, is a balancing act. One wrong step in either direction, and the world burns. Not just ours, but yours as well, Grace. I can't let that happen." p. 399

**BMR**: *Romantic lead:* "They're searching for someone…who is tied to both houses, light and dark. That girl is the key to tipping the balance of the war, one way or the other (p. 239)... If they find her first, the world as we know it will never be the same (p. 241)....it's my duty, the duty of my people to look after and protect yours. It's what has to be done…there is no second chance here, Anna." p. 248 (romantic lead will kill the girl who will unite with Ronan and tip the balance in the war). 2011 p. 239, 241, 248

**Note:** In Crave, the heroine is needed to resurrect Hudson, who will bring war, destroy the world. In BMR, it is believed that a girl, the heroine, will unite with Ronan, and bring war, an apocalypse.

**Note:** In BMR manuscripts, the heroine's ultimate purpose is to unite the races, though it's believed she presents a danger in uniting with Ronan, and that Ronan is evil. In truth, Ronan is not evil. In Crave series, the heroine's ultimate purpose is to unite the races, though at first, in Crave, it is believed that she will be used to resurrect Hudson, and that Hudson is evil. In truth, Hudson is not evil.

105

**EXHIBIT 2**

**Page 289**

367.
Romantic lead is a lonely guy

**Crave**: "The pain, the loneliness, of his existence hits me like an avalanche. What must it feel like to be so alone?" p. 400

**BMR**: "As for Ash, he is a lone wolf, so to speak…he has not had the opportunity to form meaningful relationships...he feels very lonely." *The Cast,* 2008; "Our family moves around a lot because there's always a project. Most of the time we're pretty remote." 2011p. 121

368.
Heroine tells romantic lead he's not a monster

**Crave**: "But you're not a monster, Jaxon. Not even close." p. 400

**BMR**: "Those changes I saw name you as some kind of monster. But when I think about you," I said softly, almost whispering, "I just don't believe that." 2011 p. 253  "Ash wasn't a monster" 2011 p. 261

369.
Romantic lead tells heroine he will keep her safe after she is hurt by a supernatural being

**Crave**: "I'll do whatever it takes to keep you safe, even if that means taking on every shifter in the place. Especially any dragons who might have the power to kick up a wind like the one that broke that branch." p. 404

**BMR**: "I want you to feel safe with me, protected. After everything that's happened today, I know that won't be easy. I promise you, Anna, I'll make sure nothing like that can ever happen again." 2010 p. 364; 2011 p. 468

370.
Heroine and romantic lead kiss until his breath becomes my breath / until our breaths become one breath

**Crave**: "He pushes closer, and I arch against him, pressing my mouth into his until his breath becomes my breath…" p. 405

**BMR**: "He pressed his lips against mine again, soft and warm, our breaths becoming one breath." 2011 p. 256

106

**EXHIBIT 2**

**Page 290**

370 a.
Romantic lead asks heroine if she really wants to talk about this when she asks him questions about his type of supernatural being

**Crave**: *Romantic lead*: "Is this seriously what you want to talk about right now?" p. 407

**BMR**: *Romantic lead*: "'Do you really want to know?' He asked in a tone of voice that told me I probably didn't." 2011 p. 420

371.
Heroine wonders how old romantic lead really is, and how his kind age

**Crave**: "Things like how long do born vampires live—or are they immortal, like the stories suggest? Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? And if it is, exactly how old is Jaxon?" p. 407

**BMR**: 'Your dad–he looks like a Viking' …'That's because he *is* a Viking.'…'That means he's…' 'Over a thousand years old, give or take a few years' …'I mean are you' …'I'm just seventeen.' 'Is that in human or dog years?' I found myself asking. 'You don't age like we do then.' …'We don't age like *humans* do.' 2011 p. 420

372.
Romantic lead winks at heroine when uncle is at the door, after they've been making out / Romantic lead winks at heroine when he puts her legs in his lap and she worries what his parents will think about their public display of affection in front of them

**Crave:** "I look around for a mirror so I can fix my hair just enough that it doesn't look like I've spent the last hour making out with a vampire…He moves toward the door, which is practically vibrating with the force of my uncle's knocks…Jaxon winks at me, even blows me a kiss…as he throws open the door. 'Nice of you to let me in…' 'Sorry, Foster, but Grace *did* have to get her clothes back on.'" p. 406-407 (they've been making out)

**BMR**: "Wrapping me up in the oh-so-soft blanket. He cradled my head in his hands as he eased a fluffy pillow under my head, propping me up. With a wink, he inserted himself underneath my legs by raising them up and over his lap. I wondered if his parents would object to this obvious public display of affection. I knew my mom would. He whisked the blanket over my feet." 2011 p. 418

107

**EXHIBIT 2**

**Page 291**

373.

Heroine is warned she shouldn't go out alone

**Crave**: "You shouldn't go out anywhere alone. It's not safe." p. 416

**BMR**: "It's not safe to be out alone, even after school." 2011 p. 62; "You aren't going anyplace alone and if you find yourself without a ride, you'll call home." 2011 p. 82; "Anna isn't to walk home alone and she knows better." 2011 p. 61

374.

Heroine wonders if she might be crazy, for hearing voice in her head

**Crave**: "Something that proves I'm not crazy for thinking I hear a voice deep inside myself that tells me what to do." p. 418

**BMR**: "A voice in the back of my head told me that I had made that spider happen to Brendan…crazy voice." 2011 p. 314 "And I was worried strange things might be happening when I could feel them—or that I was going crazy…" 2011 p. 337

375.

Heroine feels like there are two of her / Heroine feels like voice is separate from her

**Crave:** About the voice: "In some ways, it felt almost sentient, like it existed away from my own consciousness and subconsciousness." p. 418

**BMR:** About the voice: "I wondered if I would always feel fractured, like there were two of me sharing the same skin." 2011 p. 430

376.

Heroine isn't to be alone and is escorted by friends

**Crave:** "'I'm good heading to Calculus if you're good with Lia showing you the rest of the way.' … I like that Mekhi isn't making a big deal of the *me not being alone* thing, just kind of making sure all the bases are covered…" p. 423

**BMR**: "Anna isn't to walk home alone and she knows better." 2011 p. 61
'All of us are staying together so we can make sure you're safe.' 2011 p. 517

108

**EXHIBIT 2**

**Page 292**

377.

Heroine worries about adding fuel to the fire, regarding gossip / Heroine worries about being in a gossip column & adding fuel the fire

**Crave**: "...the last thing I need to do is add fuel to the fire." p. 424

**BMR:** "Adding fuel to the fire…." 2011 p. 319

378.

Lia invites heroine to a girls night which is a pretext for the kidnapping / Heroine is invited to a slumber party which is a pretext for the kidnapping

**Crave**: *Heroine is invited*: "I was thinking you might want to get away from all that machismo for a while. Want to do a girls' night tonight?" p. 425

**BMR:** *Heroine's friends invite her:* 'You can't deny that something's up. And whatever it is, it can't be good.'...'Which is why we are having a great big slumber party tonight.' 2010 p. 415

379.

Heroine thinks about real friends and how important they are when she has just made a new friend. The new friend will be her kidnapper / Heroine thinks about real friends and how important they are when she has just made two new friends. These new friends will be part of the kidnapping scene

**Crave**: "But real friends are important–not to mention few and far between…" p. 427 when with new friend Lia

**BMR**: "Rachel and Jenny were real people. Real friends." 2011 p. 334-335 when with new friends Rachel and Jenny

109

**EXHIBIT 2**

**Page 293**

380.

Romantic lead invites heroine to meet him in his room / to meet him at the dance. It feels like a date

**Crave**: *Romantic lead*: "Anyway, come to my room tonight, whenever you're available." p. 427
*Heroine:* "...I'm trying to figure out what to wear to Jaxon's room for our…date." p. 430 (herone tells her cousin they are just hanging out but she refers to it as a "date" in her head).

**BMR**: *Romantic lead*: "Meet me at the dance?" 2013 p. 120
*Heroine:* "Even though Ash hasn't asked me, it feels like a date." 2013 p. 151

381.

Heroine notices romantic lead's scent

**Crave**: "orange and freshwater scent of him." p. 435

**BMR**: "his scent—*citrus* and spice now...waterfalls." p. 460  waterfall 2011 p. 35, 256, 405, 460

**Northern Lights Scene. The romantic lead takes the heroine to see the northern lights. In Crave, he takes her and they dance beneath the northern lights. In BMR, they dance together at the school dance, and then he takes her outside to see the northern lights.**

382.

Northern lights, it's cold outside but heroine barely feels it

**Crave:** "'The northern lights,' I breathe, so caught up in the incomparable beauty of them I barely feel the cold." p. 438

**BMR:** "It's unseasonably cold for Halloween this year but I don't care—I barely feel it...We've decided to check out the northern lights... 2013 p. 153

383.

Purple, green swirls across the sky

**Crave**: "…background an intense, incredible purple while swirls of periwinkle and green and red dance across it." p. 438

**BMR**: "Flowing streamers of brilliant green and purple swirl across a pitch-black sky…" 2013 p. 154

110

**EXHIBIT 2**

**Page 294**

384.
Romantic lead and heroine give scientific explanation / Heroine says there is a scientific explanation

**Crave:** "The higher velocity of the solar winds hitting the atmosphere, the faster they dance." "And the colors are all about the elements**,** right? The green and red are oxygen and the blue and purple are nitrogen." p. 439

**BMR:** "I know there's a scientific explanation for it but still, it feels magical." 2013 p. 154

385.
They kiss and she is hungry for him / He kisses her like he's starving for her

**Crave:** "He kisses me like he's starving for me. Like his world depends on it. Like I'm the only thing that matters to him. I kiss him right back the same way…" p. 439

**BMR**: "…he brushes his lips…in a whisper of a first kiss. I turn his face with my fingers and brush my mouth against his, tremulously at first and then a sort of hunger overtakes me and I claim his mouth with my own." 2013 p. 158

386.
Romantic lead wraps heroine in a blanket and his arms; heroine feels pace like a warm blanket when she's in romantic lead's arms

**Crave:** "...Jaxon draping his super-warm blanket around me….wrapping his arms around me from behind so that I'm snuggled up in the blanket *and* his arms."  p. 438

**BMR:** "He couldn't possibly understand the effect he had on me, especially holding me in his arms….A sense of peace settled over me like a warm blanket and I moved in time with the music and with Ash. I felt the music flow around and through me.  2011 p. 162 (at school dance)

111

**EXHIBIT 2**

**Page 295**

387.
Heroine and romantic lead enjoy dancing, floating and spinning, joy of the moment together / Heroine and romantic lead enjoy dancing, are suspended together in time, enjoy the pure joy of it

**Crave:** "I laugh all the way through it... dancing and floating and spinning our way through the most spectacular light show on earth...the joy of being here, in this moment, with Jaxon..." p. 441

**BMR:** "We were suspended in time, just the two of us and there was no one else...guiding me as we danced. We moved in perfect time as though we had been dancing together forever. I threw my head back and laughed for the pure joy of it..." 2011 p. 162-163 (at school dance); 2013 p. 149;


388.
The northern lights is a lightshow

 **Crave**: "We stay up for hours, dancing and floating and spinning our way through the most spectacular light show on earth." p. 441

**BMR**: "Just a perfect black background to showcase our own personal lightshow." 2013 p. 153


389.
Romantic lead is able to float (telekinesis), seems like he can fly / Romantic lead jumps so high, it seems like he can fly

**Crave:** *Heroine:* "How are we flying?" p. 440

**BMR:** *Romantic lead:* "I didn't exactly fly. Well, I guess I sort of did, didn't I?" 2011 p. 453


**Heroine receives a special necklace. Romantic lead in Crave gives the heroine a special necklace. In BMR, Ronan gives her a special necklace. Ronan is Crave's Hudson (the presumed dead brother of romantic lead in Crave), who is not introduced as a character until book two, Crush, and will be in a love triangle. Ronan is intended for the love triangle in BMR, according to Freeman materials, with the foundation set forth in versions of the manuscript.**


112

**EXHIBIT 2**

**Page 296**

390.

Everything in her is "screaming" when romantic lead offers heroine something she wants but feels she shouldn't accept

**Crave**: Romantic lead offers heroine a necklace, which she feels she shouldn't accept: "even though everything inside me is screaming for me to hold tight to the necklace…" p. 443

**BMR:** Romantic lead offers heroine a ride which she feels she shouldn't accept: "Everything within me is screaming to just give in and say yes to the ride." 2013 p. 51

391.

Heroine is given a special necklace

**Crave:** "…necklace…It's the most beautiful thing I've ever seen…huge rainbow colored gemstone…aurora borealis stone…he lowers the necklace until the stone rests a little below my collarbone…and fastens it around my neck." p. 443

**BMR:** "It's beautiful…glimmering moonstone…a summoning stone…I feel him walk the fingers of one hand slowly up my arm to my collarbone…He's put the necklace around my neck?" 2013 p. 452-453

(The Bloodletter) Ronan, gives the heroine a necklace with a stone that has magical properties. He kisses her after giving it to her in BMR 2010 p. 484

392.

After romantic lead gives heroine the necklace, he kisses her

**Crave**: '…he's kissing me, really kissing me… his lips move over mine…his tongue brushes over the corner of my mouth…I've never felt anything like this before, never imagined that I *could* ever feel something like this…the cold catches up with me…" p. 444

**BMR**: "He bent down and gently touched his mouth to mine…his lips lingered over mine, our breath mingling in the night air that should have been cold…His mouth closed over mine again and I gave myself up to the sensation of it." 2010 p. 484

**Romantic lead asks if he can bite the heroine scene. In Crave, the romantic lead asks to bite the heroine as part of their kissing. In BMR, the romantic lead asks to bite her in order to save her. In both sequences, he snarls, his mouth is bloody, and it's a frightening moment.**

113

**EXHIBIT 2**

**Page 297**

393.

Heroine sees romantic lead snarl, his fangs dripping blood / Heroine sees romantic lead snarling, his mouth bloodied, canines sharp

**Crave**: 'That's when he snarls. His grip on me getting harder, tighter...His fangs sink deeper and the moment of clarity fades as he begins to suck in earnest'…'He's towering above me now, fangs dripping blood, and face contorted with rage.' p. 447, 448

**BMR**: "... a vision of Ash exploded in a swirl of violent color. A snarling, vicious-looking Ash, lips curled back in fury as he looks up from a girl's broken body, mouth bloodied, canines sharp." 2011 p. 260 "And I realized that the vision I'd had in the parking lot of Barnes and Noble all those weeks ago, of Ash leaning over the broken and bloodied body of a girl, his lips red with her blood, was this moment. That girl was me." 2011 p. 406

394.

Romantic lead's fangs sink into heroine / Romantic lead's canines distended as bites heroine

**Crave:** "...seconds later he strikes, his fangs sinking deep inside me." p. 446

**BMR**: "The last thing I saw was Ash's face, canines distended, as he leaned forward to bite me." 2011 p. 406

395.

Heroine's mental clarity

**Crave**: "...and the moment of clarity fades." p. 447

**BMR**: "My newfound mental clarity was stubborn." 2011 p. 408

396.

Heroine's world dimmed / everything fades for heroine

**Crave**: "Everything kind of fades after that, so that I have no idea how much times passes…" p. 448

**BMR**: "The world dimmed until I knew no more." 2011 p. 406

114

**EXHIBIT 2**

**Page 298**

397.

<u>Heroine has lost a lot of blood</u>

**Crave:** "But I'm weak from blood loss and it barely budges the first time." p. 449

**BMR**: "Easy there, Anna. You lost a lot of blood." 2011 p. 407

398.

<u>Heroine is disoriented, dizzy, /heroine is light-headed, sways</u>

**Crave**: "But I'm so light-headed right now that I can barely stand upright and I sway with every step I take." p. 450

**BMR**: "I had a strange sense of disorientation. Dizzy, I collapsed to my knees on the floor grabbing onto a leather bench for support." 2011 p. 414

399.

<u>The voice inside her head says to run!</u>

**Crave:** "*Run, run, run!* The voice inside me is full-on screaming now…." p. 449

 **BMR**: "That new inner voice inside my head is warning me. The voice says run!" 2013 p 360; "The voice inside my head is screaming…" 2013 p. 381

400.

<u>Lia gave the heroine the spiked tea / Taylor gave the heroine spiked punch</u>

**Crave**: "Lia just sighs…'I knew I should have made the tea stronger. But I was afraid it would kill your little pet, and I couldn't let that happen. At least not yet.'" p. 451

**BMR**: "Taylor Vaughn gave Anna spiked punch…" 2011 p. 371

115

**EXHIBIT 2**

**Page 299**

401.
Heroine is nauseous / queasy after the spiked tea / punch

**Crave**: I'm weak and dizzy and nauseous…so nauseous. The room is spinning and waves of cold are sweeping through my body." p. 452

**BMR**: "I'm riding waves of queasiness. Up. And. Down… Waves going up. And. Waves going down." 2013 p. 288; 2012 p. 286 (after drinking spiked punch)

402.
The voice inside her head is screaming

**Crave:** "Because the voice inside me is screaming that if Jaxon knows I'm in trouble, he'll move heaven and earth to get me." p. 453

**BMR**: "The voice inside my head is screaming at me to look down, look away, look anywhere but at him." 2013 p. 381

The heroine is kidnapped by the vampire prince's mate in Crave (Lia), and by the vampire prince in BMR (Julian). Lia wants to use the heroine in a spell to resurrect her dead mate and bring him back to life. Julian wants to use the heroine by making her into a vampire believing she will then be the reincarnation of his dead mate. In both books, the heroine is being used in vengeance against the person they believe is responsible for killing their mate. In both books, the presumed dead mate is not really dead.

403.
Heroine's hands are bound together

**Crave:** "I turn my head and see my right arm stretched out to the side and tied to an iron ring." p. 455

**BMR:** "It held both of my hands over my head in one hand and then reached into a pouch at its side and brought out wire cuffs with the other hand—" 2011 p. 559; "'Cuff her,' he said to the other vampire." 2010 p. 419 (heroine is kidnapped and cuffed).

116

**EXHIBIT 2**

404.

Toward the end of the story, the heroine is kidnapped by Lia, the vampire prince's mate / Julian, the vampire prince

**Crave:** "I wake up shivering. I'm cold…But flashes of memory are starting to come back…Lia screaming at me that everything is all my fault….I mean, she drugged me, shot me, and tied me up…my legs are tied down, too…" p. 455, p. 452 - 490

**BMR**: "As the doors closed behind us, realization sunk in. I'd been taken. By vampires. Demons. We were now members of a select group; a club of sorts—the kids on the back of the milk cartons." 2010 p. 419, 420 - 455 "My abduction was no mere coincidence. And the fact that my friends had been taken right along with me was my fault." 2011 p. 527, 528

405.

Heroine notices she's on a stone slab/ heroine notices a stone lab

**Crave:** "I realize that I'm spread eagled on top of some kind of cold stone slab." p. 455

**BMR:** "A large, polished stone slab shaped like a giant "L" stood incongruous in the center of the clearing…" 2011 p. 494

406.

Heroine tires to shake off packed with / stuffed "cotton" feeling in her head

**Crave**: "I shake my head a little, struggle to clear the light-headed, packed-with-cotton feeling that's going on in there." p. 456

**BMR**: " I …roll my shoulders back a few times trying to shake off the stuffed cotton feeling in my head." 2013 p. 320

117

**EXHIBIT 2**

**Page 301**

407.
<u>Heroine finds the voice in her head is missing, absent when she needs it in fight scene</u>

**Crave**: In a fight scene: "the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent." p. 463

**BMR:** "My new inner voice had deserted me ...2011 p. 524; 2010 p. 453; "My inner voice was missing in action." 2011 p. 543

408.
<u>The vampire prince's mate is crazy over the loss of her mate and heroine notices / The vampire prince is crazy over the loss of his mate and heroine notices</u>

**Crave:** "And oh yeah, I'm being stalked by a crazy-ass vampire... " p. 465

**BMR:** "Great. A crazy vampire." 2010 p. 427; 2011 p. 530

**Heroine can't be allowed to live because it would pose a risk to the world. She could be used in such a way that the war between the races would bring about the end of the world.**

118

**EXHIBIT 2**

409.
Heroine can't be allowed to live because it would pose a risk to the world

**Crave**: *Flint:* "Lia's had a plan all along. It's why she brought you here…We knew it for sure as soon as you arrived and the wolves got close enough to smell you…I want to save you, Grace. I do. But we can't let Lia do this. It'll mean the end of the world. So you've got to die. It's the only way we can stop this thing from happening." p. 467-468

**BMR**: 'What would you do if you were the one to find her?'… 'Destroy her.'… 'What?! You'd kill her?...It's not her fault she is what she is, right?'… 'There is no second chance here, Anna. We're at war! What if the demons get her? Everything will change. We can't risk it.' 2011 p. 247-248; "Whoever has this girl on their side, wins, for a time anyway…If they find their first, the demons, the world as we know it will never be the same. It'll be an apocalypse." 2013 p. 213

*Heroine*: "I was that girl. It had always been me. I was the one girl that both sides in the war were searching for— searching to destroy." 2011 p. 470

"Ronan…He and the Nyx are tied together. The prophecy says that when he rises it won't be long before they're united. And the end is near for either Shadows or Light." 2013 p. 330

"Ronan…The prophecy says that he 'shall walk this Earth' again and this is but one of the signs that the time of change is upon us," 2011 p. 432

'Why can't they know about me?' I ask 'Why does it have to be such a big secret?' 'Because they'll kill you." 2013 p. 344; "He's part of the Order— the corrupt Order that killed my dad. And they'll want me if they find out about me." 2013 p. 223; "Ronan…he and the Nyx are tied together…when he rises, it won't be long before they're united…and the end is near for either shadows or light" 2013 p. 330

410.
Heroine is choked by Flint / Heroine is choked by Selene

**Crave**: "He reaches forward, wraps his hand around my neck. And then he starts to squeeze…I can't speak anymore, can't breathe…" p. 468, 469

**BMR**: "Before I knew what was happening, I found myself flung to the hard, concrete floor, the life being choked out of me. I couldn't breathe." 2010 p. 447; 2011 p. 552

119

**EXHIBIT 2**

**Page 303**

411.
Romantic lead saves the heroine from being choked / Julian  saves the heroine from being choked

**Crave**: "Moments later, he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall." p. 470

**BMR**: "His strength was such that he threw her across the room…She fell into a heap against the wall." 2010 p. 447; 2011 p. 552


412
Heroine is dragged and tries to resist

**Crave**: "Lia continues as she grabs me by the hair and starts dragging me up the tunnel…digging my nails into her hands hard enough to draw blood." p. 475

**BMR**: "I was dragged to the corner of the room, twisting and kicking…" 2010 p. 447; 2011 p. 559


413.
Lia slaps and kicks the heroine / Julian slaps and kicks Selene: Julian slaps the heroine

**Crave**: "Lia's not having it, though, because this time she turns around and kicks me in the face…And this time when she hits me, it's a sharp slap on my cheek." p.  476

**BMR**: "Standing in front of her, he lashed out with his feet, kicking her harder and faster up against the wall…Julian shouted as he backhanded her across the face." 2010 p. 447;  2011 p. 552

*Heroine is slapped in the same scene, different version*: "moves so fast I don't see it until his back hand connects with my face…he has my arms pinned over my head…. And he hits me again." 2013 p. 414

120

**EXHIBIT 2**

**Page 304**

414.

The heroine has anger, rage towards the vampire prince's mate for killing her family / The heroine has fury towards the vampire prince for killing her family

**Crave:** "...the hopelessness deep inside me turns to anger, and the anger turns to rage. It fills up the emptiness, fills up the aching, until all that is left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice." p. 477

**BMR:** "Something within me, deep and far down, rose up like hot acid**.** A fury so strong I actually felt on fire with it and yearned to destroy him."  2010 p. 446; 2011 p. 551

415.

Heroine wonders how she can kill the vampire Lia / Heroine wonders how she can kill the vampire Julian

**Crave**: "All of which means I'm going to have to do whatever I can to take her with me when I die. I just wish I had a clue how I'm supposed to do that. My brain makes and discards half a dozen feverish plans…" p. 477-478

 **BMR**: "How do you kill a vampire? In books and movies, it's a stake to the heart, decapitation or sometimes fire. Was there a kernel of truth to the mythology? I vowed I would find out." 2010 p. 446; 2011 p. 551; "A plan would be really nice about now." 2013 p. 413

416.

The heroine realizes she can't stand up against the vampire's strength, so she goes numb and still during the fight scene

**Crave:** "So instead of running, I play possum. Not running, not moving, not even breathing..." p. 479

**BMR:** "I held perfectly still, unresisting, though every fiber of my being screamed in protest." 2010 p. 449; 2011 p. 555

417.

Banshee / Ban sidhe

 **Crave**: "Lia howls like a banshee." p. 480

 **BMR**: "Julian rolls his eyes. 'little ban sidhe'" (Gaelic for banshee). 2013 p. 408 (same kidnapping scene)

121

**EXHIBIT 2**

**Page 305**

418.

The voice inside her tells her to run

**Crave**: "The voice inside me wants me to get up, to run, but I've got nothing left." p. 482

**BMR**: "'*Run!*' The hysterical voice inside my head screamed. '*Run!*' But my rational mind knew that would be yet another mistake." 2010 p. 476

419.

Lia, the vampire prince's mate, has present months preparing / Julian, the vampire prince, has been waiting years

**Crave**: "I've spent months preparing for this. Months!....I spent months searching for you…" p. 483

**BMR**: "Such a long time I've waited…But when I saw you, that he had a daughter, ah well, that's when I knew. It had to be you. And I waited…" 2010 p. 436; 2011 p. 539

420.

Vampire prince's mate wants to use heroine to get mate back / Vampire prince wants to use heroine to get mate back /

**Crave**: 'I know every word, every syllable of what's on that page…And now you think you can ruin everything by burning a little spell? …This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it?'... ''Bring *him* back? Who? *Hudson?*...Are you seriously trying to bring Hudson back?' I ask" p. 483-484

**BMR**: *Julian:* "Do you believe in reincarnation, sweet Anna? The rebirth of a soul to live another life in a new body?...You are my sweet Elise, I'm sure of it." 2010 p. 436; 2011 p. 540 "Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories my darling sweet." 2011 p. 549;
*Heroine:* "And if I'm not who you think I am? What then?"
*Julian:* "We do things the old-fashioned way…If it doesn't kill you, well, then voila! Either way, it's a win-win." 2010 p. 444; 2011 p. 549
"...he believes she IS Elise reborn... thinks that she's a vessel for Elise's spirit." *Pitch Notes to Emily Sylvan Kim, 2013*

**EXHIBIT 2**

**Page 306**

421.

Vampire prince's mate caused the accident that killed heroine's parents / Vampire prince caused the accident that killed heroine's grandparents

**Crave:** *Vampire prince's mate to heroine*: "I spent weeks planning your parents' accident…" p. 483

**BMR:** *Heroine and vampire prince:* 'B-but he died in the elevator crash with my grandparents.' I insisted stubbornly. He shook his head. 'Not so. That was no accident, Anna Sweet." 2010 p. 443; 2011 p. 547

422.

Lia tells the heroine in this scene that she is pathetic / Taylor is in Julian's lair and tells heroine in this scene that she is pathetic: both characters tell the heroine she isn't what she thinks she is

**Crave**: *Lia to heroine:* 'You pathetic, miserable excuse for a…' 'Human?' I interject. 'Is that what you think you are? Human?' She laughs. 'You're even more pathetic than I thought. You think I would do all this to get my hands on a *human*?" p. 483

**BMR**: *Taylor to heroine:* 'You think you're like them, don't you? A Sentinel, a protector of humankind,' she spat. 'Unfortunately, there's so much more to you than meets the eye…She turned…laughing. 'You're pathetic!' she hissed. 2012 p. 489
(2012 is the only version of the manuscript that has these lines in it. Look at the page proximity. 5 pages apart).

423.

Heroine wonders if voice inside her head means she's a witch, something more / Heroine wonders if the the voice inside her head means she's a wolf, something more

**Crave:** "Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means? What makes me so special? … Something more." p. 484

**BMR:** "Maybe that new inner voice was my wolf half. But if this was the case, she was something more than a mere wolf. " 2011 p. 456

123

**EXHIBIT 2**

**Page 307**

424.

Heroine wonders why Lia / why Julian wants her

**Crave**: "What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else? Something more?" p. 484

**BMR**: 'Why me?...Why?' I whispered. 'Because you're special. Haven't you guessed?' he whispered back. 'Besides, your family owes me a Blood Debt for my sweet Elise. You look remarkably like her, you know.' 2010 p. 435 (why me), p. 436

425.

Vampire prince's mate wants to use heroine to get mate back / Vampire prince wants to use heroine to get mate back /

**Crave:** 'This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it?'... 'Bring *him* back? Who? *Hudson?*...Are you seriously trying to bring Hudson back?' I ask" p. 483-484

**BMR**: *Julian:* "Do you believe in reincarnation, sweet Anna? The rebirth of a soul to live another life in a new body?...You are my sweet Elise, I'm sure of it." 2010 p. 436; 2011 p. 540 "Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories my darling sweet." 2011 p. 549;
*Heroine:* "And if I'm not who you think I am? What then?"
*Julian*: "We do things the old-fashioned way…If it doesn't kill you, well, then voila! Either way, it's a win-win." 2010 p. 444; 2011 p. 549
"...he believes she IS Elise reborn... thinks that she's a vessel for Elise's spirit." *Pitch Notes to Emily Sylvan Kim, 2013*

426.

The heroine feels pity for vampire prince's mate, even though she may kill her in the process of bringing back her mate / The heroine feels pity for vampire prince even though he may kill her in the process of bringing back his mate, but that feeling is negated by the fact that Lia/ Julian murdered her family memvers

**Crave:** "...and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her…or  it would if she hadn't also been responsible for the murder of my parents." p. 484

**BMR:** *Julian the vampire prince:* "I bite you, drain most of your blood…If it doesn't kill you, well, then voila!" 2010 p. 444; 2011 p. 549
*Heroine:* "I felt a stirring of pity for him and was surprised by it." 2010 p. 437; 2011 p. 540;
"Murderer! How I hated him for killing my grandparents and robbing me and my family." 2010 p. 443

427.

Heroine worries about Lia's plans and thinks of Frankenstein / Heroine worries about Julian's plans and worries about becoming Frankenstein's bride

**Crave**: "I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works." p. 485

**BMR**: "Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride." 2012 p. 474

428.

The pain of losing your mate

**Crave:** *Lia, vampire prince's mate to heroine:* "Jaxon…he's been out there for a while trying to get to you… finally, he'll know just how excruciating it is to lose a mate." p. 486

**BMR:** *Julian, vampire prince to heroine:* "My sweet Elise was the other half of my own soul. Can you understand what it means to have that one person, the other half of you torn away?" 2010 p. 437; 2011 p. 540
*Elise:* "Julian was everything I could have hoped for in a mate" 2010 p. 467; 2011 p. 576

429.

Vampire prince's mate wants vengeance against romantic lead for killing her mate. Heroine is part of that plan / Vampire prince wants vengeance against heroine's father for killing his mate. Heroine is part of that plan

**Crave**: 'I hope he's suffering. I hope he knows what's happening to you in here and that it's killing him that he can't get to you. I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate.'…'I'm not Jaxon's mate…' 'It's cute that you believe that…What matters right now is that it's true. And that he believes it…As long as he suffers when you die, I don't care…' p. 485-486 (Jaxon killed her mate, Hudson)

**BMR**: 'And I would never give him the satisfaction of death. That's too easy… Your father robbed me! He took my sweet Elise! He killed his own relation!...So I took him and imprisoned him where no one would think to find him'…'You mean to make me a vampire as some sort of punishment to him, is that it?'…'That and something more, sweet Annalise.' 2010 p. 442-443; 2011 p. 539-540; 544

125

**EXHIBIT 2**

**Page 309**

430.

Wall shudders during the rescue by the romantic lead / Door shuddering during the rescue by the romantic lead

**Crave:** "This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor." p. 487

**BMR:** "A sudden, shuddering pounding as the door splintered and collapsed ...uninvited guests had crashed the party. My werewolves. They had come for me…I scanned the room for Ash…Ash met my eyes from across the room in his human form…"  2010 p. 450, 451; 2011 p. 556, 557

431.

The voice speaks to heroine and tells her things

**Crave:** "Don't let her do it," the voice inside me warns. p. 489

**BMR**: "You are more than a match for him," my new inner voice whispered. 2010 p. 287; 2011 p. 287; 2010 p. 452; 2011 p. 555, 556

432.

Heroine hears a loud wrenching sound, romantic lead throws Lia across the room and she hits the wall / Julian throws Selene across the room and she straightens with a loud wrenching sounds

**Crave**: "A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash…" p. 489-490

**BMR:** "Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound." 2010 p. 447; 2011 p. 523

126

**EXHIBIT 2**

**Page 310**

433.
Romantic lead feels like the heroine's abduction was his fault in this scene

**Crave**:          "Then he's crouching down next to me, stroking a hand down my face.
*Romantic lead*: 'I'm so sorry.'...'
*Heroine*:          'It's not–' My voice breaks as relief sweeps through me. 'It's not your fault.' …
Romantic lead:  His voice is bitter. 'Whose fault is it, then?' p. 490

**BMR**:          "He pulled back and pressed a finger to my lips.
*Romantic lead*: 'You don't know, you can't imagine what it's done to me knowing you were in danger.
                     Because of me.' His voice broke and shook with emotion.
*Heroine*:          'None of this was your fault.' I pushed against his chest. 2010 p. 488

434.
"A sickening crunch" in this scene with the vampire prince's mate and vampire prince

**Crave:** "She lands with a sickening crunch of bone." p. 490

**BMR:** "With a sickening crunch, he bit into her wrist." 2010 p. 429; 2011 p. 532

**Note:** 2010 and 2011 are the only versions that say "with a sickening crunch." These words occur in the same scene in BMR and Crave.

435.
Lia makes a primal war cry & jumps on romantic leads back with a knife / Heroine makes a primal war cry and lunches herself on demons back with a dagger

**Crave:** "She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest. It's my turn to scream—" p. 490-491

**BMR:** "I ran into the melee screaming at the top of my lungs—a primal war cry escaping my lips along with Ash's name…The Ka Ramun was now less than a foot away from Ash. It raised a dagger poised to strike and in that moment, I sprang forward and launched myself on its back…I…brought the dagger down into its neck." 2011 p. 558; 2010 p. 452 (2011 contains entire sequence; 2010 partial sequence)

127

**EXHIBIT 2**

**Page 311**

436.
Heroine saves romantic lead and herself by stabbing vampire prince's mate with a knife / Heroine saves romantic lead and herself by stabbing the demon with a dagger

**Crave:** "She's wide open, her arms spread out to the sides, so I connect. The knife makes a sickening squishing sound…" p. 492

**BMR:** "The Ka Ramun was now less than a foot away from Ash. It raised a dagger…I gripped the dagger with both hands, trying to wrench it free for another stab. Each tug resulted in a horrible, sucking sound" 2011 p. 559

437.
Heroine offers herself to save romantic lead's life  by inhaling the black smoke that is around him, which is Hudson/ Heroine offers herself for her friends' lives and romantic lead's life

**Crave:** "So I do the only thing I can think of, the only thing guaranteed to get the smoke to let him go. I open my mouth and take a long, slow breath." p. 492, 493

**BMR:** '*Do you pledge your life to me for this boy of Light?*' … 'Yes!' I cry. 'My life for his.' 2014 p. 357

'Hmm. If I set your friends free—allow them to return to their homes relatively unscathed—I get you, *willingly…(for) eternity.'...* 'Yes, you do, deal.' 2012 p. 456; 2011 p. 537.

438.
Heroine can't bear losing one more person she loves / Heroine can't bear losing another person she loves

**Crave:** "...watching another person I love die, there is no alternative..." p. 493

**BMR**: "Because the thought of losing one more person I love is unbearable." 2016  p. 95

439.
The smoke (Hudson) / heroine wasn't going down without a fight

**Crave**: "But the smoke wasn't going down without a fight." p. 494

**BMR**: "And I wasn't going down without a fight." 2011 p. 527

128

**EXHIBIT 2**

**Page 312**

440.

Romantic lead kills Lia and she thanks him for the death; Heroine kills the demon and he honors her for the death

**Crave**: "...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…It hits her in the stomach….Then she looks straight at him and whispers, 'Yes. Finally. Thank you. Seconds later she explodes into a cloud of dust…' p. 495

**BMR**: "I gripped the dagger, plunging it harder…into the thing's neck…Already on his knees, he bowed down prostrate before me, his arms stretched straight out in front of him, making obeisance as though I were a god. There was no mistaking that. And then he disintegrated into dust." 2012 p. 480

441.

Heroine offers romantic lead her blood to save his life / Heroine offers her life to save romantic lead's life

**Crave**: "Not when he could die on me at any second. He's lost so much blood…Jaxon's heart rate is slowing down and so is his breathing…I press my wrist to his mouth..if he doesn't drink, he'll die." p. 496

**BMR**: 'I watch as a hoard of demons descend and realize I have no power. No magic to save my beloved. Please! He can't die!' I beg her. I want to scream, kick, fight, do something–anything–to make this right. '*A life for a life. The balance must be maintained.*' 'Then take mine' I offer… '*Do you pledge your life to me for this boy of Light?*'… 'Yes!' I cry. 'My life for his.' 2014 p. 357

**In both books, the romantic lead tells the heroine he loves her for the first time after the fight with the vampire prince's mate (Lia) / vampire prince (Julian)  toward the end of the story. In Crave, the romantic lead has hurt the heroine by feeding on her. He's a vampire. In BMR 2014, the heroine has hurt the romantic lead by feeding on him. She's part demon and has fed on him in this version of BMR.**

442.

Romantic lead fed on heroine, hurting her / Heroine feeds on romantic lead, hurting him

**Crave:** *Romantic lead:* "I nearly drained you...I'm so sorry, Grace. About hurting you." p. 507

**BMR**: *Heroine:* "'I hurt you. That was me—' I choke. I can't bring myself to say the word *feeding*." 2014 p. 387

129

**EXHIBIT 2**

**Page 313**

443.
Heroine sacrifices her own life to save the romantic lead

**Crave**: *Heroine:* "You didn't hurt me. You saved me'... I *gave* you my blood because you were going to die without it. And the truth is, it wasn't a sacrifice." p. 507, 508

**BMR**: *Romantic lead*: "You saved my life that night. You sacrificed your own life for me." 2014 p. 386

444.
Heroine is selfish when it comes to her feelings about wanting the romantic lead

**Crave**: *Heroine*: "It was as selfish as I could get, because now that I've found you, I'm not okay being in a world where you don't exist." p. 508

**BMR**: *Heroine*: "I can't be his undoing. I can't be that selfish...I'm selfish. God help me. Because I don't push him away." 2014 p. 388

445.
Romantic lead tells heroine for the first time that he's in love with her

**Crave**: *Romantic lead*: "I'm so in love with you." p. 508

**BMR**: *Romantic lead:* "I'm in love with you." 2014 p. 388

446.
Romantic lead tells heroine - love isn't enough / Heroine thinks -Following your heart doesn't lead to happy ending

**Crave:** *Romantic lead*: "But sometimes love isn't enough." p. 508

**BMR**: *Heroine:* "Following your heart doesn't always lead to a happy ending." 2014 p. 388

130

**EXHIBIT 2**

**Page 314**

447.

<u>Romantic lead thinks heroine will be in danger if they stay together and tries to resist her / heroine thinks romantic lead will be in danger if they stay together and tries to resist him</u>

**Crave**: *Romantic lead:* "The fact that I love you means you're always going to be a target. You're always going to be in danger….Please don't make this any more difficult." p. 509

**BMR**: *Heroine:* "I should do the right thing. I should let him go. Choosing me, simply being with me will be dangerous for him." 2014 p. 387-388

448.

<u>Heroine tells romantic lead -he's not the only one in the relationship / Romantic lead tells heroine -we'll figure it (relationship) out together.</u>

**Crave**: *Heroine:* "You're not the only one in the relationship...And that means you don't get to make all the decisions for us." p. 509

**BMR**: *Romantic lead*: "I'm saying we'll figure it out together." 2014 p. 388

449.

<u>Heroine asks romantic lead to be with her / Romantic lead asks heroine to be with him</u>

**Crave**: *Heroine:* "Yes it is. It's exactly that simple. Either you want to be with me or you don't...Be with me. *Love* me. Let me love you." p. 510

**BMR**: *Romantic lead:* 'I know what I'm doing,' he says with a rueful smile. 'And what I'm doing is following my heart. The question is, do you trust me enough to follow yours?' 2014 p. 388

131

**EXHIBIT 2**

**Page 315**

450.
The scene ends with an epic kiss

**Crave**: "And then his hands are on my face and he's kissing me like I'm the most important thing in the world. I kiss him back the same way, and nothing has ever felt so good. Because for right now, for this moment, everything is finally exactly how it should be." p. 510

**BMR**: "He leans in, his hands slipping under my hair to the back of my neck, and in his arms I feel cherished. Our lips meet, hesitantly at first, a question in the kiss. Then, the press of his lips is more insistent and so is mine. Our breaths become one breath, and in this kiss is a promise." 2014 p. 389

**Both books end with the heroine having accidentally brought Hudson in Crave / Ronan in BMR, back from another dimension, where he is now tied to her. In Crave, he is trapped with her when she turns into a stone gargoyle. In BMR, the heroine has released him into the world, but he has taken her blood, and he can now find her anywhere. Crave has a second ending, which follows BMR's ending, analyzed further below.**

451.
Romantic lead explains that vampires need blood to survive, but not human blood.

**Crave**: "Here at the school, Foster serves animal blood. If we drink only that, we can be outside in the sunlight." p. 517

**BMR:** "Vampires...need blood in order to survive. Just not human blood." 2011 p. 500-501

452.
Romantic lead explains negative consequences of drinking human blood

**Crave**: "If we choose to…supplement with human blood, however, then we have to wait until it's dark." (To go outside) p. 517 (Can't go in the sun)

**BMR:** "Human blood is a delicacy to them. It's highly addictive, and once they try it they're like junkies for it." 2011 p. 501

132

**EXHIBIT 2**

**Page 316**

453.

Romantic lead tells heroine he won't risk Hudson being set loose on the world / Heroine realizes she's unleashed Ronan upon the world

**Crave:** *Romantic lead:* "Because there's no way in hell I'm risking Hudson being set loose on the world a second time." p. 520

**BMR**: *Heroine:* "*Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world." 2011 p. 602-03; 2010 p. 490

454.

Heroine melts into the romantic lead when they kiss

**Crave:** "He moves in for another kiss…I can't help but melt against him. I've never been big on PDA, but Jaxon has me breaking all the rules…" p. 524

**BMR**: "Ash pulled me in and lowered his mouth to mine, gently nibbling my lower lip. I melted into him" 2011 p. 481; I wonder if his parents would object to this obvious public display of affection. 2011 p. 418

455.

Heroine worries the romantic lead will be hurt by Hudson / Heroine worries the romantic lead will be hurt by Ronan

**Crave**: "...someone who can only be Hudson Vega is standing there, a giant broadsword in his hand–aimed straight at Jaxon's head."…. p. 526

**BMR**: "Violence was a heartbeat from now…I knew that the young man wasn't a danger to me and I could tell by the waves of hot anger rolling off Ash, waves that I could feel even at this distance, that the two would come to mortal blows. 2011 p. 597; 2010 p. 485

133

**EXHIBIT 2**

**Page 317**

456.
Heroine is willing to sacrifice herself to save  romantic lead's life

**Crave:** "Jaxon was never meant to be the hero of my story...because I was always meant to be the hero of his." wrap myself around him and spin us around so that my back is to the sword. p. 526-527 Heroine unknowingly has shifted into a stone gargoyle to save romantic lead's life. Her part of the story ends here.

"I gave you my blood, because you were going to die without it...And the truth is, it wasn't a sacrifice...now that I've found you, I'm not okay with being in a world where you don't exist." p. 508

**BMR**: "Ash wanted to be the hero...But I wouldn't have it." 2011 p. 600;
"I reminded myself that I was a willing sacrifice—for now." 2011 p. 555
'Please! He can't die! I beg her.' I want to scream, kick, fight, do something–anything–to make this right. '*A life for a life. The balance must be maintained.*' 'Then take mine' I offer… '*Do you pledge your life to me for this boy of Light?*'… 'Yes!' I cry. 'My life for his.' 2014 p. 357

"The Rules of the World are constructed to encourage personal growth, acts of heroism and sacrifice for love."
*Midnight Overview Notes, 2009*


457.
The heroine is a unique creature in the supernatural world

**Crave**: "But we haven't seen one for a thousand years." p. 529; "Gargoyles can't get trapped in their stone forms." p. 530

**BMR**: "You are something different, unique. Your birth heralds a new age. A new beginning for us all. Surely you sense that you are special?" 2011 p. 268

134

**EXHIBIT 2**

**Page 318**

458.
Heroine has accidentally released Hudson from the other dimension where he has been trapped. She is now a stone gargoyle and he is tied with her in some way.
/ Heroine has accidentally released Ronan from the other dimension where he has been trapped. He is tied with her in some way.

**Crave:** *Romantic lead:* "…I'm going to find a way to separate her from Hudson. And I'm going to contain or kill him or do whatever I have to, to make sure he's never a threat to anybody ever again." p. 532

**Crush**: *Heroine:* "I can't be responsible for letting Hudson loose again, can't be responsible for bringing him back where he can terrorize everyone and raise an army of vampires and their sympathizers." p. 27  "No, no, no. It can't be." p. 122 and "I have a monster living *inside* me." p. 123

**BMR**: *Heroine:* "*Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world." 2011 p. 602-03; 2010 p. 490

459.
The heroine is tied in some way to Hudson / The heroine is tied in some way to Ronan

**Crave**: "...no way in hell I'm risking Hudson being set loose upon the world…I'm going to find a way to separate her from Hudson." p. 520, 532

**BMR:** 'Did he bite you?' …I nod mutely…'So he can find me now? Is that it? Because he bit me?' 2010 p. 488; (Ronan bites her lip, tastes her blood)

*Ronan:* "I know who and what you are, lass." His voice is calm certainty. "And we are both of us caught in a web not entirely of our own making. Shall we work together then? Help one another?"
My heart squeezes tight. *He knows! And he's part of it too.*' 2013 p. 453 "I am yours, Anna," he says with a soft breath. And again, I hear what he's not saying. That I'm *his.*" 2013 p. 451

"Ronan…when he rises, it won't be long before they're united…" 2013 p. 330 (Ronan and the heroine)

**Crave ends here from the heroine's point of view, but there are three bonus chapters at the end of the book that use BMR material. These "bonus" chapters are told from the romantic lead's point of view. The romantic lead in Crave visits the Bloodletter character. The name Bloodletter is also used in BMR (2012 forward) but refers to a different character. (The Bloodletter in Crave is the High Priestess in BMR). Both books end with the character called the Bloodletter shifting into a "winged creature" in Crave and a "raven" in BMR and flying away. Afterward, the romantic lead realizes he wants to be with the heroine no matter what, and he will keep her safe.**

135

**EXHIBIT 2**

**Page 319**

460.
<u>In the first meet scene, romantic lead thinks heroine has "chocolate" eyes / In the first meet scene, heroine thinks romantic lead has a "chocolate" voice</u>

**Crave**: "...she looks up at me with startled eyes the color of rich, melted milk chocolate…" p. 538

**BMR**: "'Are you okay?' he asked with a hint of laughter in his, smooth rich voice. If chocolate had a voice it would be his." 2011 p. 17

461.
<u>He quotes Shakespeare to her and notes that she knows the quote / She quotes Shakespeare and notes that he knows the quote:</u>

**Crave**: "Not only does she know the quote, but she's not afraid to call me on my 'mistake.' p. 540

**BMR:** "Smartypants was well-read enough to know his Shakespeare. Figures." 2011 p. 40

462.
<u>Romantic lead talks to her about monsters, wants to scare her for her own good.</u>

**Crave**: *Romantic lead*:  "No, this is the part of the story where I show you the big, bad, monsters right here in this castle.'…I need to scare her, make her run from this place…" p. 543

**BMR**: *Romantic lead*:'All the fairy tales and stories you heard in your childhood about monsters…they're true…Are you scared?' …'Yes,' I admitted in a small voice. 'Good,' he said regarding me thoughtfully. 2011 p. 237

136

**EXHIBIT 2**

**Page 320**

463.

Romantic lead mentions "things that go bump in the night" while talking to heroine about monsters and wanting her to be scared

**Crave**: *Romantic lead:* "So if you aren't afraid of things that go bump in the night, what *are* you afraid of?" p. 544

**BMR**: *Romantic lead:* "Things that go bump in the night, Anna." 2011 p. 237

464.

Romantic lead realizes heroine has suffered loss like he has when she mentions the loss of her family members.

**Crave**:
*Heroine:* 'There's not much to be afraid of when you've already lost everything that matters.
*Romantic lead:* "I freeze as her words slam into me like depth charges...Agony I thought I was long past rips into me, tearing me open. I shove it back, shove it down. And can't understand why it's still   right here in front of me—until I realize that this time, the pain I'm seeing is hers." p. 544

**BMR**:
*Heroine:* 'My dad and my grandparents were killed in the same accident when I was seven.' I heard myself saying. 'I live with my mom and my aunt. Just us.' I said the last part quietly, it was so sad.
*Romantic lead:*  'And you miss them every day don't you?' he said just as softly. 'No matter how long it's been, that sense of loss doesn't ever go away.'
*Heroine:* 'You sound as though you speak from experience.' It was the pain in his eyes as he spoke that told me he'd lost someone close.'  His brows drew together and then he let out a long breath, his shoulders dropping. 2011 p. 125

465.

The romantic lead likes to touch a lock of the heroine's hair and does so often

**Crave**: "I reach out and gently take hold of one of her curls." p. 545

**BMR**: "...he reached out with one hand and brushed a lock of my hair back from my face..." 2011  p. 62

137

**EXHIBIT 2**

**Page 321**

466.

The romantic lead believes she is his mate / that they are bonded mates

**Crave**: "This girl, this fragile human girl…is my mate." p. 546 ("mating bond" used in Crave series)

**BMR:** 'What does bonded mean?' 'We can have only one life partner. If that person dies we don't get remarried.' He paused a moment. 'Many choose not to live after their mate dies—unless there are children.'… '…finding that one person right under your very own nose,' he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him.' 2011 p. 423-424; 495 (BMR uses "bonded" "mates")

467.

Romantic lead warns heroine at the end of their first meet

**Crave:** *Romantic lead:* "Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back." p. 547

**BMR:** *Romantic lead:* "It's not safe to be out alone, even after school." 2011 p. 62

468.

Romantic lead moves so quickly it's called fading / it's called casting

**Crave**: "I fade through the space between us, roughly the size of three football fields, in a flash." p. 554

**BMR**: "He moved so quickly that the trees around us flashed by in a blur…" "He becomes smoke and mist and then nothing at all. I blink and he reappears. 'How did you do that?'…'Casting is a Power.. cast myself and small objects…' 2011 p. 485; 2016 p. 87

138

**EXHIBIT 2**

**Page 322**

469.
<u>Romantic lead says "I'm selfish" not to stay away from heroine</u>

**Crave**: *Romantic lead:* "I should have left Grace the hell alone. But I'm selfish and I'm weak and I couldn't not see her." p. 562

**BMR:** *Romantic lead:* "Staying away from me would be better for you. But I'm selfish, Anna." 2010 p. 233; 2011 p. 299

**The Bloodletter character name is in both books. Both books have a character who is called "The Bloodletter." They are different characters but share the same name.**

470.
<u>The Bloodletter</u>

**Crave:** The Bloodletter is rumored to be the "most vicious" of vampires and is ancient. The romantic lead goes deep into the ice to visit her for advice. She is dangerous. p. 563-570.
"The Bloodletter is an expert at ferreting out weakness. And then using it to destroy you with barely more than a word or two."

**BMR:** The Bloodletter is rumored to be an evil Chief Druid, "dark magus," and "vampire /demon." He is accidentally released by the heroine into our world. 2011 p. 100, 240, 478 and *The World Notes,* 2010 "He slaughtered the tribe in various acts of violence and depravity." 2012 p. 357
In BMR, there is a High Priestess who the heroine visits for advice in another dimension. She is dangerous. 2011 p. 572- 578.

471.
<u>Antechamber</u>

**Crave:** Antechamber to the Bloodletter's lair: "Then I've finally arrived in the antechamber before the Bloodletter's quarters." p. 564

**BMR:** Antechamber to the vampire prince's lair: "Billy and Willy led us down a hallway that fed into a large antechamber." 2011 p. 525

**EXHIBIT 2**

**Page 323**

472.
Bloodletters lair has a large buckets for draining blood / Vampire prince's lair has a drain for blood in the floor

**Crave:** Bloodletter's lair:  "And do my best to ignore the human carcasses hanging upside down in the corner, draining into a couple of large buckets on the floor." p. 565

**BMR:** Vampire prince's lair:  "I couldn't miss the large drain set in the center of the floor. Not a good sign given our vampire captors." 2011 p. 526


**Step through a doorway and it's summer. Romantic lead steps through a doorway in Alaska and it's summer. Heroine steps through a doorway with the romantic lead in Alaska, and it's summer. It's a different part of the world and another dimension. This is copied in Crave (and the other books in the series):**


473.
Heroine and romantic lead pass from a room in Alaska into a summer meadow, wildflowers & sun / Heroine and romantic lead pass from a room in Alaska into summer grove, wild honeysuckle and jasmine & sunlight

**Crave:** *Romantic lead:* "The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down on us." p. 566

**BMR:** *Heroine with romantic lead:* "We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were standing outside among a grove of trees in high summer—oak, birch and yew—beneath a glimmering canopy of stars. The air was warm and fresh." 2011 p. 492

"Sunlight? I look around, staring at the impossible. We're in a clearing in the heart of a forest—and it's summer. The leaves of the trees are brushed with the golden glow of dazzling sunlight ...The air is heavy with the wild perfume of honeysuckle and jasmine." 2013 p. 204


474.
The Bloodletter calls the romantic lead child / The high priestess calls the heroine child

**Crave**: "Oh, child, nothing to worry about on that front." p. 567

**BMR**: "The mirror is a portal between our worlds, child." 2011 p. 571

**EXHIBIT 2**

**Page 324**

475.
Bloodletter talks to the romantic lead about his mate / The High Priestess talks to the heroine about her mate

**Crave:** *Bloodletter:* "And be proud of the fact that you've found your mate." p. 567

**BMR**: *High Priestess:* "He was everything I could have hoped for in a mate." 2011 p. 576

476.
Supernatural beings have a mating bond / are bonded, mates

**Crave:** "In our world, if you're lucky, souls can join for life. When you meet your mate, the magic knows and it's so powerful, you'll die or kill for your mate." (Kindle version p. 452). Not in hardcover.
"I just need to know how to break the mating bond." p. 569

**BMR:** 'What does bonded mean?'…'We can only have one life partner. If that person dies, we don't get remarried.' He paused for a moment. 'Many choose not to live after their mate dies—unless there are children.' 2011 p. 423-424; "He was everything I could have hoped for in a mate." 2011 p. 576
"...love only once in a lifetime....Dante is my soul mate and I'm his." 2014 p. 379; "Lily wants there to be more of an adventure than just finding that one person right under your very own nose," he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him." 2011 p. 495

477.
Romantic lead wants to keep heroine safe and wants to get rid of their mating bond. A war is coming. / doesn't want to have the feelings he has for her. A war is being waged.

**Crave:** *Bloodletter:* "Finding your mate is a precious thing…Why would you give that up if you don't have to?'
*Romantic lead:* 'I just know that I can't let her get hurt because of decisions I made that have nothing to do with her.' p. 569

**BMR:** *Romantic lead:* "Staying away from me would be better for you…There's a part of me that almost wishes I could avoid this, the feelings I have for you. At least right now because I have certain responsibilities to see through." (His responsibilities related to the war) 2011 p. 299

141

**EXHIBIT 2**

**Page 325**

478.

<u>Romantic lead wants the Bloodletter to tell him what to do / heroine wants the high priestess to tell her what to do</u>

**Crave**: *Romantic lead:* 'Can't you just tell me what you mean? Can't you just tell me what to do?'
       *Bloodletter:*    'Nobody can tell you what to do, Jaxon. It's been your greatest strength–and your greatest problem. Why change that now?' p. 569

**BMR**: *Heroine:*      "I don't understand…What am I supposed to do?" 2012 p. 499 (same scene)
    *High Priestess:* "But you want someone to tell you who you are and what to do with your gifts. Don't you think that should be up to you to decide, child?' 2013 p. 432

**Crave and BMR end with the Bloodletter character turning into a "winged creature" in Crave and a raven in BMR, and flying off. In both books, the romantic lead decides to be with the heroine, and keep her safe, and that nothing else matters.**

479.

<u>The Bloodletter turns into a "winged creature and flies away / the High Priestess turns into a raven / Ronan turns into a raven and takes off into the night sky</u>

**Crave**: "She takes another step back, transforming into a winged creature I don't recognize right before my eyes. And then she flies away…" p. 570

**BMR**: "...the air shimmered around Ronan and he was, impossibly, the raven. He circled around Ash's head one time before flapping his great wings and taking off into the night sky…" 2011 p. 598; 2012 p. 524; 2013 p. 454. 462; 2014 p. 367, 368.

142

**EXHIBIT 2**

**Page 326**

480.
<u>Romantic lead decides ultimately, he has to be with the heroine</u>

**Crave**: *Romantic lead:* "It doesn't matter who I have to fight to keep her safe. It doesn't matter what I have to do to hold on to her. And Grace is my mate, and there's no way I'm giving her up. And what a stupid idea anyway—to sever the bond…" p. 571

**BMR**: *Romantic lead:* "I love you," he said as pulled me into his arms, crushing me to his chest. "And I'm so grateful that you're safe and alive that nothing, nothing else matters. Do you understand what I'm saying?" His voice shook with the force of his emotion. …. It doesn't matter. I swear it doesn't. All that stuff we talked about, all of those what ifs, they don't matter….You don't know, you can't imagine what it's done to me knowing that you were in danger. However the cards fall Anna, I've vowed to protect you and to see you safe." 2011 p. 600; 2010 p. 488; 2012 p. 526-528; 2014 p. 388

—End of Crave–

143

**EXHIBIT 2**

**Page 327**