# EXHIBIT D

# EXHIBIT 3

EXHIBIT 3

**SUBSTANTIALLY SIMILAR LANGUAGE (PRIMARILY PHRASES) IN CRAVE AND BMR**

1.
And I don't believe in coincidences

**Crave**: "And I don't believe in coincidences." p. 403

**BMR**: "And I don't believe in coincidences…." 2010 p. 491

2.
Mouth opens and closes like a fish out of water, struggle

**Crave:** "Stunned, his mouth opening and closing like a fish out of water as he struggles for…." p. 373

**BMR**: "My mouth opens and closes like a fish out of water...as I struggle for…." 2011 p. 2

3.
Romantic lead winks. Italicized *Winks.*

**Crave**: "He looks over his shoulder at me and winks. He *winks*." p. 259

**BMR**: "He clasps my gloved hand in his and winks. *Winks*." 2014 p. 168

4.
Heroine thinks Alaska feels like the moon/ Heroine thinks Alaska is like living on the moon

**Crave**: The heroine reflects: "Alaska feels like the moon." p. 34

**BMR:** The heroine reflects: "winter in Alaska must be like living on the moon..." 2011 p. 274

5.
Okaaay/ Okaaaaaay

**Crave**: "Okaaaaaay," p. 179

**BMR**: "Okaaay," 2010 p. 236

**EXHIBIT 3**

**Page 329**

6.
<u>Touche</u>

**Crave:** "==Touche.== He inclines his ==head==…" p. 339

**BMR:** "==\"Touche.==' She dips her ==head==…" 2013 p. 139


7.
<u>One guy says, "Well, well, well. Looks like"</u>

**Crave:** "==Well, well, well. Looks like== we made it back just in time." ==p. 53==

**BMR**: "==Well, well, well. Looks like== I've hit the jackpot." 2013 ==p. 58==; 2014 ==p. 48==


8.
<u>Romantic lead grins at heroine as if he knows exactly what effect he has on her</u>

 **Crave:** "And now ==he's grinning==, … ==he knows exactly what kind of effect he's having on me.==" ==p. 22==

**BMR:** "==He== grins a wicked ==grin== and winks at me as if ==he knows exactly what effect he has on me.==" 2013 ==p. 20==;
2011 ==p. 16==


9.
<u>Admire her handiwork</u>

**Crave**: "Macy ==steps back== to ==admire her handiwork.==" ==p. 206==

**BMR:** "She ==stepped back== down….Much better she said, ==admiring her handiwork==" 2011 ==p. 219==


**EXHIBIT 3**

**Page 330**

10.
Warm breath against ear and scent wraps itself around me.

**Crave**: "...his breath is so warm and soft against my ear...and the orange and dark water scent of him currently wrapping itself around me." p. 141

**BMR**: "... his warm breath delicious against my ear. His scent wrapped itself around me." 2011 p. 172-73 ; "....his scent wrapped itself around me" 2010 p. 136

11.
Fitful Sleep

**Crave**: "I drift in and out of sleep….and eventually fall into a fitful sleep…." p. 109 (same paragraph)

**BMR**: "As I drift in and out of fitful sleep…." 2010 p. 158

12.
Ornately carved double doors

**Crave:** "... ornately carved set of double doors." p. 75

**BMR**: "...ornately carved double doors," 2011 p. 525

13.
Trying to do the right thing

**Crave**: "...he was just trying to do the right thing." p. 503

**BMR:** "They're trying to do the right thing." 2011 p. 240

**EXHIBIT 3**

**Page 331**

14.
Wasn't going down without a fight

**Crave**: "But the smoke wasn't going down without a fight." p. 494

**BMR**: "And I wasn't going down without a fight." 2011 p. 527


15.
I can't believe this happening

**Crave:** "I can't believe this is happening." p. 318

**BMR:** "...I can't believe this is happening." 2014 p. 178


16.
Using every ounce of willpower

**Crave:** "Then, using every ounce of willpower I have left…" p. 479

**BMR:** "Using every ounce of willpower that remained to me...2011 p. 499


17.
I'm in "way" over her head

**Crave**: "...I'm in way over my head." p. 177

**BMR**: "I was in way over my head." 2011 p. 121


18.
She walks in like she owns the place, heads turn her way

**Crave:** "... she walks in like she owns the place….everyone in the room turns to look at her..." p. 75.

**BMR:** "She walks into the place like she owns it. Every male head turns her way…" 2013 p. 272; 2010 p. 276


**EXHIBIT 3**

**Page 332**

19.
Ground to open up and swallow me

**Crave**: "...I pray for the ground to open up and swallow me." p. 254

**BMR**: "... I wanted the ground to just open up and swallow me." 2011 p. 107, p. 134 with romantic lead

20.
I bat her hands away

**Crave**: "I bat her hands away... p. 171

**BMR**: "I bat her hands away." 2013 p. 16

21.
Wonders what it would be like to kiss him

**Crave**: "...wonders what it would feel like to kiss him…" p. 267

**BMR**: "...wondering would it would be like to kiss him…" 2013 p. 207

22.
He presses a kiss to the corner of my mouth

**Crave**: "he leans over, presses a kiss to the corner of my mouth." p. 523

**BMR**: "...he pressed a soft kiss on the corner of my mouth." 2011 533

23.
Skitters down my spine

**Crave**: "...skitters down my spine." p. 508

**BMR**: "A shiver skitters down my spine." 2013 p. 57

**EXHIBIT 3**

**Page 333**

24.
Heroine lost control of vocal cords

**Crave**: "...I've lost control of my vocal cords..." p. 166

**BMR:** "My new inner voice had control of my vocal cords." 2011 p. 521

25.
Romantic lead's smile turns one corner of his mouth up

**Crave**: "one corner of his mouth turning up in a crooked little smile" p. 22

**BMR**: "a corner of his mouth turning up" 2011 p. 24, "amusement turning a corner of his mouth up" 2011 p. 51

26.
Corners of mouth turning/tilting

**Crave:** "... corners of his mouth turning up in the smile..." p. 385

**BMR**: "...smile tilting the corners of his mouth up." 2011 p. 109

27.
My stomach is roiling

**Crave**: "…my stomach is roiling..." p. 298

**BMR**: "My stomach is roiling." 2013 p. 127

28.
One of the guys "reaches out and grabs me"

**Crave**: "But Marc reaches out and grabs me…" p. 56

**BMR:** "Billy reaches a hand out and grabs me…" 2013 p. 59; 2014 p. 48, 49

**EXHIBIT 3**

**Page 334**

29.
Molten amber eyes

**Crave**: "...watching me with those ==molten amber eyes== of his." ==p. 362==

**BMR**: "==His eyes== were ==molten amber==..." 2011 ==p. 367==

30.
Heroine has a feeling of being watched

**Crave**: "...==the hair on the back of my neck== ==stands up==...it suddenly ==feels== an awful lot like ==I'm being watched==." ==p. 40==

**BMR**: "...==feeling of being watched== makes the ==hairs== prickle on the ==back of my neck==." 2011 ==p. 3==

31.
Uncomfortable / strong feeling of being watched

**Crave:** "...uncomfortable ==feeling== I'm ==being watched==." ==p. 131==

**BMR**: "...with a strong ==feeling== of ==being watched==." 2011 ==p. 94==

32.
Giant / loud wrenching sound, she's thrown across the room and hits the wall

**Crave**: "==A giant ==wrenching sound== suddenly fills the air...==He==...sends ==her== flying ==across== the room. She== hits ==the wall== with a crash..." ==p. 489-490==

**BMR:** "Julian...==he threw ==her== across the room.... She== fell into a heap against ==the wall==...She straightened with ==a loud ==wrenching sound==." 2010 ==p. 447; 2011 p. 523==

**EXHIBIT 3**

**Page 335**

33.

As heroine enters the school in the opening sequence, she meets the romantic lead

**Crave:**
Dark hair, full red lips, chiseled features
p. 21, 22
Dangerous
p. 22, 28, 137, 224
Fallen angel p. 30
Bad boy p. 30
Sexy p. 86
Arrogant p. 137
Rockstar p. 137
Gorgeous p. 137, 432
Beautiful p. 21, 203
Wicked p. 22
Wild p. 22
Hot p. 137, 311
Smoking hot p. 137
Long, lean     p. 22
Lean muscle   p. 405
Hard well-defined biceps p. 22
Smile turns one corner of his mouth up p. 22
Dark hair   p. 22

**BMR:**
Dark hair, full lips, red lips, chiseled features.
2011 p. 15-16, 34, 58, 101, 108, 163, 168.
Dangerous
2011 p. 16, 53, 127, 251, 286, 311, 367, 424, 465
Dark angel  2011 p. 222
Bad boy  2011 p. 42, 172, 475
Sexy 2011 p. 20
Arrogant 2011 p. 20
Rockstar 2011 p. 20, 82
Gorgeous 2011 p. 16, 82,108, 483
Beautiful 2011 p. 16, 17, 222
Wicked 2011 p. 16
Wild  2011 p. 186; 2014 p. 19
Hot  2011 p. 21, 22, 28, 29, 252, 303, 311
Smoking hot  2011 p. 303
Tall, lean       2011 p. 15
Lean muscle  2011 p. 15
Hard muscles of his biceps p. 167
Smile turns one corner of his mouth up 2011 p. 24
Dark hair p. 15, 119

34.

I rip / tear my eyes away and look anywhere but

**Crave**: "I rip my eyes away...Determined to avoid his eyes, I look anywhere but. p. 22

**BMR**: "I...tear my eyes away...keeping my eyes anywhere but on his face. 2011 p. 17

35.

My mouth waters I breathe him in

**Crave:** "It fills my senses, makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in." p. 165-66

**BMR:** "My face resting against the bare skin of his neck…I breathed him in…My mouth actually waters …"
2013 p. 321   "...my face resting against the bare skin of his neck. I breathed him in..." 2011 p. 414

**EXHIBIT 3**

**Page 336**

36.
This isn't going to be easy: romantic lead tells heroine about them having a relationship

**Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." p. 167

**BMR:** "You know this isn't going to be easy for us," 2010 p. 200

37.
He brings his thumb to his lips, gaze, sucks it / licks it

**Crave:** "Then brings his thumb to his lips and —holding my gaze with his own—sticks his thumb in his mouth and slowly sucks off the blood." p. 62

**BMR:** "He brought his thumb to his lips and licked it, his gaze locked with mine." 2011 p. 594

38.
Something different about romantic lead, magnetism

**Crave:** "Still, there's something more to him. Something different and powerful and overwhelming..." "sheer magnetism rolling off him in waves." p. 21

**BMR:** "There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82

39.
Romantic lead is different than others

**Crave:** "...He's different than anybody I've ever met and—" p. 175

**BMR:** "He's not like the other guys at school. There's something different about him..." 2011 p. 82

**EXHIBIT 3**

**Page 337**

40.
<u>Romantic lead is different and intense</u>

**Crave:** "...he's different when he's with you. He's somehow less intense but also *more* intense..." p. 175

**BMR:** "There's something about him, something intense…something about him that's different from everyone else…" 2011 p. 311

41.
<u>The way romantic lead holds himself screams / whispers danger to the heroine</u>

**Crave:** "Every single thing about him screams danger…. in the way he holds himself and the way he moves." p. 172

**BMR:** "The…way he held himself whispered of danger." 2011 p. 20

42.
<u>Romantic lead wears -black jeans and a t-shirt when he first meets heroine.</u>

**Crave:** "...the black jeans and t-shirt he's wearing..." p. 22

**BMR:** "...he was dressed well in black designer jeans and a black t-shirt..." 2011 p. 20

43.
<u>Romantic lead wears a black V-neck sweater, designer clothes</u>

**Crave:** "Dressed all in Gucci black, silk V-neck sweater…" p. 86

**BMR**: "Though he was dressed well in jeans and a black v-neck sweater…" 2010 p. 16;  "dressed well in black designer jeans" 2011 p. 20

**EXHIBIT 3**

**Page 338**

44.
Romantic lead is lean, hard, muscle well-defined biceps

**Crave**: "...his long, lean body...flat stomach, and hard, well-defined biceps." p. 22

**BMR**: "...tall...fit with lean muscle." 2011, p. 15  "I noticed the hard muscles of his biceps and chest…" 2011, p. 167;


45.
Romantic lead touches heroine's face reverently

**Crave:** "...fingers stroking reverently down my face." p. 439

**BMR:** "His hand moves up to cup my face, his touch careful, reverent. 2012 p. 221


46.
Everything / something inside me responds to him, drawn to his danger

**Crave:**  "...everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…" p. 127

**BMR**: "... Something inside of me responded to the dangerous edge in him and liked it." 2011 p. 127


47.
Our eyes meet…the world drops away / falls away

**Crave:** "Our eyes meet… the whole world seems to drop away... it's just Jaxon and me…" p. 143-144

**BMR:** "Our eyes meet as we pull apart.. the world around us literally falls away." 2013 p. 26


**EXHIBIT 3**

**Page 339**

48.
There is a primal war cry in the fight scene with the vampire prince / vampire prince's mate

**Crave:** "...with a primal kind of war cry..." p. 490

**BMR:** "...screaming at the top of my lungs—a primal war cry..." 2010 p. 452

49.
Get the words out, tight throat

**Crave**: "I barely manage to get the words out past my suddenly tight throat." p. 139

**BMR**: "My throat felt tight and I spoke slowly to get the words out…" 2011 p. 31

50.
Or throw up or both

**Crave**: "….hit something…or throw up. Or both." p. 567

**BMR**:  "I might cry or throw up or both." 2011 p. 410

51.
Everything in her is "screaming"

**Crave**: "even though everything inside me is screaming for me to hold tight to the necklace…" p. 443

**BMR:** "Everything within me is screaming to just give in and say yes to the ride." 2013 p. 51

**EXHIBIT 3**

**Page 340**

52.

<u>Heroine is pinned against the guy, "my back to his front"</u>

**Crave**: "He yanks me hard against him–my back to his front…" p. 56

**BMR**:"…pinning me to him, my back to his front." 2014 p. 49; 2013 p. 60

53.

<u>Heroine struggles, bucks, head butts attacker and breaks his nose / Heroine struggles, bucks, slams head back aiming to break his nose</u>

**Crave**: "I start to struggle in earnest… bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose." p. 56-57

**BMR**: "I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose." 2014 p. 50; 2013 p. 60

54.

<u>Weight on my chest</u>

**Crave:** "The crushing weight on my chest…" p. 50

**BMR:** "…felt like a weight on my chest." 2011 p. 337

55.

<u>Heroine: My eyes bugging/ed out of my head</u>

**Crave**: "…my eyes bugging out of my head. p. 239

**BMR**: "My eyes bugged out of my head…." 2011 p. 280

**EXHIBIT 3**

**Page 341**

56.
The voice inside her head says to run!

**Crave**: "*Run, run, run!* The voice inside me is full-on screaming now…." p. 449

 **BMR**: "That new inner voice inside my head is warning me. The voice says run!" 2013 p 360;

"The voice inside my head is screaming…" 2013 p. 381


57.
Heroine feels like she's falling for romantic lead

**Crave**: "I really do think I'm falling for Jaxon Vega." p. 217

**BMR**: "I was pretty sure I was falling for him." 2011 p. 187


58.
Heroine says, this can't be happening

**Crave**: "...this can't be happening right now." p. 303

**BMR**: "This can't be happening." 2014  p. 329  2013 p. 124


59.
Heroine makes a beeline for

**Crave**: "Still, I make a beeline for the door…" p. 104

**BMR**: "They made a beeline for each other." 2010 p. 113


**EXHIBIT 3**

**Page 342**

60.
Romantic lead gives heroine a quick / sharp twist of his lips

**Crave:** "a quick twist of his lips." p. 259

**BMR**: "a sharp twist of his lips" 2014 p. 174; 2013  p. 210

61.
Romantic lead groans low in his throat

**Crave:** "…he groans low in his throat…" p. 388

**BMR**: " He groans low in his throat…" 2012 p. 222; 2013 p. 225

62.
Sickening crunch with the vampire prince's mate / vampire prince in the same scene

**Crave:** "She lands with a sickening crunch of bone." p. 490

**BMR:** " With a sickening crunch, he bit into her wrist." 2010 p. 429; 2011  p. 532

63.
Self-defense in the same scene

**Crave:** *Heroine:* "Every ounce of self-defense training I've ever had…" p. 59

**BMR:**  *Heroine*: "Just a self-defense class," 2013  p. 62

**EXHIBIT 3**

**Page 343**

64.
<u>Smolder…not in a good way</u>

**Crave**: "His dark eyes <mark>smolder</mark> at me–and <mark>not in a good way.</mark>" p. 331

**BMR**: "**...** you're starting to <mark>smolder. Not in a good way.</mark>" 2011  p. 103

65.
<u>She gives me a funny look</u>

**Crave**: " <mark>She</mark> tilts her head to the side, <mark>gives me a funny look</mark>." p. 73

**BMR 2013:** "<mark>She gives me a funny look</mark>." 2011 p. 34

66.
<u>Wait for the other shoe to drop</u>

**Crave:** "I <mark>wait for the other shoe to drop</mark>…" p. 168

**BMR**: "It's funny in a <mark>waiting for the other shoe to drop</mark> sort of way…" 2012 p. 192

67.
<u>Pressing finger / thumb against lip</u>

**Crave**: "...<mark>pressing</mark> his thumb <mark>against my lip</mark>..." p. 202

**BMR**: "...<mark>pressing</mark> a warm finger <mark>across my lips.</mark>" p. 160

68.
<u>Things that go bump in the night</u>

**Crave**: *Romantic lead*: '"<mark>things that go bump in the night</mark>." p. 28

**BMR:** *Romantic lead:* "<mark>Things that go bump in the night.</mark>" 2011 p. 4  p. 237; *The Plot,* 2008

**EXHIBIT 3**

**Page 344**

69.
Whole lot of something

**Crave:** "He obviously feels a ==whole lot of something==.." p. 430

**BMR:** "…7-Up and ==whole lot of something==.." 2011 p. 330

70.
Whole Lot of Trouble

**Crave**: "Double, Double Toil and ==Whole Lot of Trouble==."  p. 454

**BMR:** "I was probably in a ==whole lot of trouble==." 2011 p. 370

71.
Such a drama queen

**Crave**: "Are you always ==such a drama queen==…" ==p. 502==

**BMR**: "Don't be ==such a drama queen!==" 2011 ==p. 514==

72.
Ground out through clenched teeth

**Crave**: "..He ==grinds== the last sentence ==out between clenched teeth==." ==p. 333==

**BMR:** "...she ==ground out through clenched teeth==." 2011 ==p. 329==

73.
Et tu Brute

**Crave**: *Heroine:* "==Et tu, brute?==" p. 161

**BMR:** *Heroine:* "==Et tu, brute?==" 2011 p. 40

**EXHIBIT 3**

**Page 345**

74.

<u>My stomach tightens up</u>

**Crave**: "<mark>My stomach tightens up</mark>..." p. 403

**BMR:** "<mark>My stomach tightens</mark>." 2016 p. 14

75.

<u>Damsel in distress</u>

**Crave**: "I'm not <mark>a damsel in distress</mark>…." p. 93

**BMR**: "...your…<mark>damsel-in-distress</mark> act." 2011 p. 27

76.

<u>My heart sank/ falls…to my feet.</u>

**Crave:** "<mark>My heart falls straight to my feet</mark>... " p. 289

**BMR:** "<mark>My heart</mark> sank down to my stomach and my stomach <mark>dropped down to my feet</mark>." 2011 p. 199

77.

<u>My kind of people</u>

**Crave:** "Because whoever runs this library is <mark>my kind of people</mark>." p. 91

**BMR**: "I always thought you were <mark>my kind of people</mark>…" 2014 p. 90

78.

<u>Uncle / Aunt kisses the top of heroine's head</u>

**Crave:** "…with a <mark>kiss to the top of my head</mark>…" p. 116

**BMR:** "She <mark>kisses the top of my head</mark> as she gets up to leave." 2012 p. 123

**EXHIBIT 3**

**Page 346**

79.
Inside the castle the heroine notices the details / Inside the chateau the heroine notices the details

**Crave**: The inside of the castle is described with "vaulted arches," "arched ceiling" "large antique doors," "crystal chandeliers," " "roaring fireplace" "tapestries" p. 16-18

**BMR:** The inside of the chateau is described with " ceilings vaulted with large, arched doorways" and "crystal chandeliers." "fire blazing in the hearth"; "tapestry" 2011 p. 411-414, 416; 2014 p. 338 (tapestry)


80.
Romantic lead's words cause heroine to melt inside

**Crave:** "...try to pretend his words aren't making me melt deep inside." p. 384

**BMR:** "...the way he said those words—I'm melting inside." 2011 p. 147


81.
Spontaneous combustion

**Crave:** "...make me feel like *I might spontaneously combust*--especially if I spend much longer thinking about Jaxon." p. 170

**BMR:** "My own spontaneous combustion would be great right about now. He's at the door in a flash, opening it for me..." 2016 p. 19


82.
Stretches on endlessly

**Crave:** "...the darkness that stretches endlessly…" p. 11

**BMR:** "The forest stretched on around us endlessly." 2011 p. 493


**EXHIBIT 3**

**Page 347**

83.

<u>What was I supposed to do?</u>

**Crave:** "...but <mark>what was I supposed to do</mark>?" p. 333

**BMR**: "Now <mark>what was I supposed to do</mark>?" 2011 p. 296

**Crave:** "Well, <mark>What was I supposed to do</mark>?" p. 404

**BMR:** "So <mark>what was I supposed to do</mark> now?" 2011 p. 505

84.

<u>Romantic lead asks heroine, do you trust me</u>

**Crave**: *Romantic lead*: "<mark>Do you trust me?</mark>" p. 439

**BMR**: *Romantic lead*: "Anna, <mark>Do you trust me</mark>?" 2011 p. 55

85.

<u>Romantic lead does a mock bow</u>

**Crave:** "<mark>He</mark> does a <mark>mock</mark> little <mark>bow.</mark>" p. 392

**BMR**: "<mark>He</mark> swept his arm out, ducking in a <mark>mock bow...</mark>" 2011 p. 37

86.

<u>At least not yet</u>

**Crave:** "<mark>At least not yet</mark>." p.186

**BMR**: "<mark>At least not yet</mark>." 2011 p. 181

**Crave:** "<mark>At least not yet</mark>." p. 451

**BMR**: "<mark>At least not yet</mark>." 2011 p. 466

**EXHIBIT 3**

**Page 348**

87.
**No big deal, same page**

**Crave**: "No big deal." p. 349

**BMR**: "It's no big deal, Anna." 2011 p. 349

88.
**Heroine says I'll be back in a minute**

**Crave**: "I'll be back in a minute." p. 84

**BMR**: "I'll be back in a minute." 2011 p. 502

89.
**His mouth moving on mine**

**Crave:** "...he gives a lot, head tilting, mouth moving on mine." p. 271

**BMR:** "...the feel of his mouth moving on mine." 2011 p. 554

90.
**Heroine thinks that monsters are real**

**Crave**: "This whole *monsters are real*... " p. 354

**BMR:** "Because they're real. Monsters." 2010 p. 3

**EXHIBIT 3**

**Page 349**

91.

Presses lips / mouth, breaths becoming my / one breath

**Crave**: "...pressing my mouth into his until his breath becomes my breath." P. 405

**BMR**: "...he presses his lips against mine again, soft and warm, our breaths becoming one breath." p. 242

92.

Air quotes with fingers when talking about shifters

**Crave**: "...he curls the fingers of his free hand and makes air quotes--'put the shifters in their place…'" p. 395

**BMR**: "...she was taken by werewolves, with glowing eyes, 'like in the movies,'" she said as she made air quotes with her fingers." 2011 p. 76

93.

Heroine calls romantic lead nicknames in her head:

**Crave**: "Mr. Tall, Dark, and Surly." p. 32

**BMR**: "Mr. Tall, Dark, and Bloodthirsty" 2011 p. 507; "Tall, dark, and mercilessly good-looking" 2011 p. 20; "Tall, dark, and wickedly handsome" 2012 p. 19

94.

A light show at night

**Crave**: "...just watching the most brilliant show I've ever seen light up the sky." p. 263 "...the most spectacular light show on earth." p. 441

**BMR**: "…that flash across the sky…Just a perfect black background to showcase our own personal lightshow…Flowing streamers of brilliant green…" 2013 p. 154

**EXHIBIT 3**

**Page 350**

95.
Exciting at the same time

**Crave**: "this boy who frustrates and ==terrifies and excites== me all ==at the same time.==" p. 30; 25

**BMR**: "I found him intriguing and maybe even ==exciting at the same time==. 2011 p. 127
"He captivated me in every way, he was just so appealing. And ==terrifying.==" 2011 p. 253

96.
Romantic lead, lock of my hair

**Crave**: "==Jaxon== takes hold of ==a lock of my hair==... " p. 386

**BMR**: "==He== tucked ==a lock of my hair== behind my ear." 2011 p. 261

97.
Who I am what I am

**Crave**: *Romantic lead*:... "Even knowing ==what I am?=="
     *Heroine:* "I know ==*who* you are.== That's ==what matters.=='"  p. 378

**BMR**: *Romantic lead*: "It's because of ==what I am,== isn't it?"
     *Heroine*: "I guess ==I don't care about== ==what you are==, Ash. ==It doesn't== ==matter== to me." 2010 p. 221
*Romantic lead:* "...any questions about that. About ==who I am== or ==what I am==." 2013 p. 208

98.
Olympic gymnastics / somersaults

**Crave:** "==My already== nervous ==stomach== does ==a series of somersaults==**.**" p. 206

**BMR:** "==My stomach== was ==already== performing the ==Olympic gymnastics routine==." 2011 p. 101

**EXHIBIT 3**

**Page 351**

99.

Heroine laces her fingers with romantic lead's / romantic lead laces his fingers with heroine

**Crave**: "Once more, I lace our fingers together…" p. 378

**BMR**: "He covers my hand with his, lacing his fingers through mine." 2013 p. 208

100.

Velvet wing chair vs. velvet wingback chair

**Crave:** "...and the huge red velvet wingback chair  p. 89

"I sat on the plush velvet wing chair on the….." 2011 p. 209

101.

Minds and all that

**Crave**: "Great minds and all that…" p. 311

**BMR**: "Inquiring minds and all that…" 2011 p. 320

102.

Our gazes collide

**Crave**: "And as our gazes collide, I lose all sense of what I was going to say." p. 538

**BMR:** "He turns and our gazes collide." 2013 p. 18

103.

Heroine has a feeling of dread

**Crave**: …feeling of dread that overwhelms me." p. 564

**BMR**: "...feeling of dread was so strong…" 2011 p. 504

**EXHIBIT 3**

**Page 352**

104.
<u>Laughs then snarls / snarled, laughing</u>

**Crave**: Mekhi "laughs, then snarls a little at Lia." p. 424

**BMR**: Caitlin "snarled at him, laughing…" 2011 p. 419

105.
<u>Heroine is told Home sweet home at castle / at chateau</u>

**Crave**: "Home sweet home." p. 40

**BMR**: "Home, sweet home" 2011 p. 412

106.
<u>Giant / loud wrenching sound, thrown across the room</u>

**Crave**: "A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash…" p. 489-490

**BMR:** "Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound." 2010 p. 447; 2011 p. 523

107.
<u>Dark water scent/ scent a dark current</u>

**Crave**: "…dark water scent of him... " p. 141

**BMR**: "The scent of him...a dark current…" 2011 p. 256

108.
<u>Vampires …oh my! (Wizard of Oz reference)</u>

**Crave:** "Vampires, dragons and werewolves oh my!" p. 324

**BMR:** "Vampires trolls and demons oh my." 2011 p. 500

**EXHIBIT 3**

**Page 353**

109.
Clawing at my insides / at the inside

**Crave**: "...scream clawing at the inside of my throat." p. 462

**BMR**: "...fear clawing at my insides." 2012 p. 26

110.
Heroine pressing her body against romantic lead

**Crave:** "...pressing my suddenly trembling body flush against his." p. 377

**BMR**: "...pressing my body against his... " 2011 p. 466

111.
Heroine can't bear losing one more / another person she loves

**BMR**: "Because the thought of losing one more person I love is unbearable." 2016 P. 95

**Crave**: "...watching another person I love die, there is no alternative..." P. 493

112.
Frankenstein

**Crave**: "I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works." p. 485

**BMR**: "Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride." 2012 p. 474

**EXHIBIT 3**

**Page 354**

113.

Star Wars

**BMR:** "....it was the cantina scene from "Star Wars," only I was in it." 2011 p. 495

**Crave:** "The Star Wars movie where everybody dies???" p. 191

114.

Harry Potter

**Crave:** "I can't help wondering if this castle--like Hogwarts--comes equipped with its very own ghosts." p. 53; 'The kind that doesn't come from J.K. Rowling's brilliant imagination.' p. 317

**BMR:** "Are you quoting *Harry Potter*? Really?!'...'Think of what I'm doing as my very own 'sorting hat...' 2013 p. 405

115.

Tom Cruise and old movies

**Crave:** "So you're an old movie buff? Or just an old Tom Cruise movie buff?" p. 262

**BMR**: "'And I love all of the 'Raiders of the Lost Ark' movies too." He gave his best bad-boy grin, one that would do Tom Cruise proud.' 2011 p. 42

116.

Celtic cross v. Celtic knot

**Crave**: "One with it's wings spread in front of a fancy Celtic cross."   p. 76

**BMR**: "...One is obviously Celtic design, a type of knot with a point enclosed in a circle" 2012 p. 9

**EXHIBIT 3**

**Page 355**

117.
Gemstones on the walls

**Crave**: "The walls are made entirely of different-colored stones...they gleam red and blue and green even in the faint light...what school...has the money to embed gemstones in the walls?" p. 238-239

**BMR:** "Her art decorated the walls as it did in so many rooms throughout our house—splashes of color made from gemstones sparkling and catching the light..." 2011 p. 210

118.
Romantic lead is a monster when he starts to change in terrifying way

**Crave**: "He's a monster, one teetering on the brink of losing all control." p. 448

**BMR**: "Ash. My first kiss. The fact that he's some kind of monster." 2013, p. 162

119.
Fuel to the fire and gossip about the heroine

**Crave:**: "...gossip …. add fuel to the fire." p. 424

**BMR**: 'Unlike most gossip columnists…' 'Adding fuel to the fire…' 2011 p. 319

120.
Stone Slab

**Crave:** "...dragging me to the center of the stone slab." p. 483

**BMR:** "A large, polished stone slab," 2011 p. 494

**EXHIBIT 3**

**Page 356**

121.

Dressing like a "newbie" in Alaska

**Crave**: "...because I'm a total newbie--I google how to dress for an Alaskan winter. Turns out the answer is *very* carefully, even when it's only November…wool tights...a layer of long underwear...fleece pants...fleece jacket...hat, scarf, gloves, and two pairs of socks...down filled hooded parka...snow boots. p. 117

**BMR**: "New people from the Lower Forty-Eight, 'chechakos,' wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves…. I noticed that he wasn't dressed like a newbie, even though it was his first winter here." 2011 p. 118-119

122.

Midnight eyes

**Crave:** "midnight of his eyes" p. 29

**BMR:** "midnight eyes" p. 50

123.

Romantic lead is a fallen / dark angel

**Crave:** "A fallen angel... " p. 30

**BMR:** "A beautiful dark angel." 2011 p. 222

124.

Hand in hand

**Crave**: "We walk hand in hand through the halls. p. 515

**BMR:** "Mason and Jenny were in front of us, hand in hand." 2011 p. 513 "Our fingers linked, hand in hand, I stepped toward her….p. 571

**EXHIBIT 3**

**Page 357**

125.

Sighed Wistfully 2 pages apart

**Crave:** "Macy sighs wistfully." p. 316

**BMR:** "Brendan sighed wistfully." 2011 p. 318

126.

Yearns for destruction of vampire prince's mate / vampire prince in the same scene in both books

**Crave:** "Fury sweeps through me…And puts his hands on her hips in a gesture that makes every cell in my body yearn for destruction." p. 553-554

**BMR**: "A fury so strong I actually felt on fire with it and yearned to destroy him." 2011 p. 551

127.

Heroine curls up in a ball when overwhelmed by emotion

**Crave:** "...until the simple act of rolling over and curling into a protective ball feels impossible.  I settle for wrapping my arms around my waist…p. 182

**BMR:** "...I wrap my arms around my middle, leaning forward and curling into a ball." 2012  p. 188

128.

Saccharin sweet

**Crave:** "Lia's own smile is saccharin sweet…" p. 236

**BMR**: "...she said in a saccharine sweet voice." 2011 p. 144

**EXHIBIT 3**

**Page 358**

129.
The vampire is crazy over the loss of his / her mate

**Crave:** "And oh yeah, I'm being stalked by a crazy-ass vampire... " p. 465

**BMR:** "Great. A crazy vampire." 2010 p. 427; 2011 p. 530

130.
Heroine has a feeling of impending doom

**Crave:** "No thoughts are clear, no images stand out from any of the others—only an overwhelming feeling of impending doom." p. 50

**BMR:** "It seemed a petty concern in light of the demons, cursed objects and my impending doom." 2011 p. 296

131.
Wide Berth

**Crave:** "...judging by the wide berth everyone is giving me at the moment…" p. 413

**BMR**: "Even our teachers were careful of her and gave her a wide berth." 2010 p. 16

132.
Soul sucking demon

**Crave**: "How was I supposed to know Angie was a soul-sucking demon?" p. 219

**BMR**: "I'd been taken. By demons. Soul sucking demons." 2012 p. 440

133.
Heroine tastes her own blood "in my mouth"

**Crave:** "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." p. 56-57

**BMR**: "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 p. 50

**EXHIBIT 3**

**Page 359**

134.
<u>Heroine falls in the snow and has the breath knocked out of her</u>

**Crave**: "And then I'm falling…it's all drowned out in the panicked beat of my heart as terror races through me…I brace myself for bone-crunching impact…We hit hard enough that the breath is knocked of me. For one second, two, three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs…panic is a wild animal inside me as I struggle to get my weight off him…snow-packed ground…I finally manage to pull in a huge gulp of air." p. 153-154

**BMR**: "Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air…I can't get my lungs to work. I know this is because I've fallen, and that in a few moments, my breath will come back, yet my panic is overwhelming. When I'm finally able to suck in air, it's in great, gulping, ragged gasps…There is always that moment just before impact, when you realize you've made a fatal mistake." 2011 p. 2, 4; 586, 588

135.
<u>Alien theories</u>

**Crave**: "Can I just say that I'm *really* beginning to miss my alien theory?" p. 325

**BMR**: "These alien theories fall along the same lines. 2016 p. 41; "…aliens theory is so popular." 2014 p. 34

136.
<u>Sun dappled / sunlight dappling in the mountain wilderness / mountain forest</u>

**Crave**: "We're on the side of a mountain...backdrop of white snow…tree… I veer toward the sun-dappled path..." p. 119-121

**BMR**: "the way I imagined sunlight dappling leaves in a cool mountain forest…" 2011 p. 35

137.
<u>Sometimes a complicated / obvious answer is the right one</u>

**Crave**: "The truth is, Grace, sometimes the most obvious answer really is the right one." p. 308

**BMR**: "Sometimes a complicated answer is the right one." 2016 p. 41

**EXHIBIT 3**

138.
Her heart beats double /triple time

**Crave**: "...my heart beats triple time." p. 188

**BMR**: "My heart was racing double-time…" 2011 p. 175

139.
Polar bears 2 pages apart

**Crave:** "You look like you went three rounds with a polar bear. p. 294

**BMR:** "Glaciers are melting, polar bears face extinction…" 2011 p. 292

140.
Half smile

**Crave:** "He gives a half smile." p. 393

**BMR:** "...a half smile on his lips." 2010 p. 363

141.
Poker face

**Crave**:"...who pretty much has the opposite of a poker face..." p.173

**BMR:** "...willing myself to keep a poker face." 2011 p. 131

142.
Mother-hen

**Crave**: "Except Macy is in full mother-hen mode apparently." p. 195

**BMR**: "She's outspoken to an almost comical degree and mother-hens everyone." 2011 p. 143

**EXHIBIT 3**

**Page 361**

143.
Heroine says she's "a fool"

**Crave**: "I really am a fool." p. 487

**BMR**: "I am a bigger fool…" 2013 p. 454

144.
Minion

**Crave**: "...she's going to turn into one of his minions." p. 165

**BMR:** "Was she ever your friend of just Taylor's minion?" 2011 p.158

145.
Matter of fact

**Crave**: There's no bitterness in the words, just a matter-of-factness…p. 392

**BMR:** She was calm, matter of fact about it. 2011 p. 401

146.
Heroine gets butterflies when the romantic lead is near her

**Crush:** "...even as the sudden butterflies in my stomach kind of fall back down with a thud." p. 195

**BMR:** "The butterflies in my stomach were hopped up on caffeine." 2011 p. 161

**EXHIBIT 3**

**Page 362**

147.
<u>Romantic lead talks about monsters and scary stories with heroine</u>

**Crave**: 'I like ==scary stories==.' …'But do you like the ==monsters== in them?' p. 198

**BMR**: "All the fairy tales and ==stories== you heard in your childhood about ==monsters==...they're true...Are you ==scared==?" 2010 p. 185; 2011 p. 237

148.
<u>Fresh Meat</u>

**Crave**: "Because I'm ==fresh meat== out here in the middle of nowhere." p. 168

**BMR**: "The entire class is focused on the scene. ==Fresh meat.==" 2013 p. 21

149.
<u>Sheet white</u>

**Crave**: "I turn to look at Macy, who has gone absolutely ==sheet white.==" p. 142

**BMR**: "...her skin is ==sheet white==." 2014 p. 154

150.
<u>Heroine has electricity in her skin</u>

**Crave**: "...==electricity== crackling just below ==my skin.==" p. 292

**BMR:** "==Electricity== leaped through my veins at his touch." 2011 p. 54
"...almost like there was a mild ==electric== current passing through ==my skin.==" 2011 p. 331

**EXHIBIT 3**

**Page 363**

151.
Point taken

**Crave**: "Point taken.  How about Legacies." p. 70

**BMR:** "Point taken, I snapped that awful grin back into place." 2010 p. 90


152.
Ping Pong

**BMR**: "Now everyone was looking to see what I would do. Ping. Pong." 2010 P. 40

**Crave**: "...I can't help but feel like a ping pong ball caught between them." P. 236


153.
Looks badass the way she / he's dressed

**Crave**: "She's dressed in all black, as per usual, and looks totally badass in a chic, feminine way." p. 293

**BMR**: "With all that flowing white- blonde hair and bad ass clothing he really did look like Lord Viking." 2010 p. 336; 2013 p. 323


154.
Romantic lead is bossy to heroine

**Crave**: "Wow. Bossy much?" p. 190

**BMR**: "Following Mr. Bossy Pants to the bed, I let him tuck me in." 2010p. 374


155.
Rich voice

**Crave**:  a "low, rich voice." p. 85

**BMR**:  a "smooth, rich voice." 2011 p. 17


**EXHIBIT 3**

**Page 364**

156.
Frostbite, gloves, and a hat

**Crave:** "... plus gloves and a hat--if I don't have any plans to get frostbite." p. 228

**BMR:** "He was the only one who hadn't been wearing gloves or a hat. 'This weather bites for real. I think I have frostbite.'" 2011 p. 514

157.
Columns

**Crave**: "...and more columns than existed in all of Ancient Greece." p. 209-210

**BMR:** "We find ourselves standing in front of a large, Egyptian temple….Tall white columns stand in a line of twos…"  2016 p. 94, 95

158
Miles / minutes from civilization

**Crave:** "Then again, this is Alaska, and we are ninety minutes from the closest hint of civilization." p. 281

**BMR**: "It seems as if it's miles from civilization because there is nothing but wilderness in any direction…" 2016 p. 54

159.
Chosen One

**Crave:**  "I won't say anything else against the Chosen One." p. 147;

**BMR:** "Unfortunately, there's more to you than meets the eye, Oh Chosen One." 2011 p. 567

**EXHIBIT 3**

**Page 365**

160.
Antechamber

**Crave:** "Then I've finally arrived in the antechamber before the Bloodletter's quarters." p. 564

**BMR:** "Billy and Willy led us down a hallway that fed into a large antechamber." 2011 p. 525

161.
Marise has a beak-like nose/ Marise has is beak to nose with the heroine

**Crave**: "I think it's the long, beak-like nose, but it could also be the medicine she gave me." p. 273

**BMR**: "I'm beak to nose with a raven...It turns its head and it's her again—the girl, no the woman—who looks like me."  2014 p. 153

162.
Ancient bloodlines / ancient families

**Crave**: the romantic lead is from "one of the six ancient families." p. 350

**BMR:**  the heroine "descends from three of the most powerful and ancient bloodlines... " 2011 p. 242

163.
During the attack by the two guys, heroine starts to gets angry

**Crave**: "Which infuriates me as much as it terrifies me." p. 56  "Which only pisses me off more." p. 57

**BMR:** "Fury pulses through me." 2013  p. 60; 2014 p. 50

**EXHIBIT 3**

**Page 366**

164.
Waves of anger rolling off romantic lead /  Darkness rolls off romantic lead in waves

**Crave**: "...despite the darkness that rolls off him in waves." p. 30

**BMR**: "...waves of anger rolling off of him." 2010 p. 87

165.
Love, irrevocably

**Crave:** "...imagine what it would feel like to be loved like that. Completely, irrevocably, unconditionally." p. 546

**BMR:** "I was so in love with Ash. Utterly. Irrevocably." 2010 p. 365

166.
Lemon verbena

**Crave**: "I can still almost taste her lemon-thyme-verbena tea." p. 214

**BMR:** "Lemon verbena," he soothes. "It's an herb for calm and mental clarity." 2016 p. 84

167.
Rich chocolate voice / rich chocolate eyes first time heroine and romantic lead meet

**Crave:** "...eyes the color of rich, melted milk chocolate…" p. 538

**BMR:** "...his smooth, rich voice. If chocolate had a voice it would be his." 2011 p. 17

**EXHIBIT 3**

**Page 367**

168.

Witches' glamour magic for hair and make-up

**Crave:** "...her hair is slicked back in an adorable style, and her face looks like she spent half an hour putting on makeup in front of a mirror." … "'Oh, just a little glamour.' She wiggles her fingers in front of her face." p. 322, 323

**BMR:** "'Let's play with a little glamour,' Aunt Brynne says. She's my makeup artist tonight. 'Snow White,' she whispers.  My skin is all creamy porcelain and petal pink cheeks, my lips berry-kissed. She runs her fingers through my long brown hair and soft curls follow in their wake." 2014 p. 102

169.

Three words. A period after each word. Ends with infinite.

**Crave**: "Towering, unadulterated, infinite. p. 295

**BMR**: "Silver. Glowing. Infinite." 2016 p. 92

170.

The heroine laughs like a hyena at school / The heroine is giggled at like "hyenas" at school

**Crave:** "I laugh like a hyena the whole time." p. 150

**BMR**: "As soon as I pass by, the whole group dissolves into peels of giggles, the hyenas." 2013 p. 96

171.

Heroine's mind is foggy with romantic lead, same page

**Crave:** "I try to sit up, determined to get him, but I can't move,...I'm still not coherent enough....my legs are tied down, too, and as more of the fogginess fades, I realize…" p. 455

**BMR:**  "I sit down hard...my mind fogged with confusion. I feel the grip of Ash's hands pulling me…" 2013 p. 455

**EXHIBIT 3**

**Page 368**

172.

He has a woodsy scent

**Crave:** "...comforting scent of him—the same woodsy scent" (describing uncle) p. 32

**BMR**: "He smelled wonderful, a clean, woodsy scent" 2011 p. 17


173.

Mean Girls in caps, page proximity; and mean girls lower case

**Crave**: "I'm beginning to feel like I've fallen into *Mean Girls*, Alaska version or something." p. 115

**BMR**: "I couldn't stand for Taylor and the Mean Girls to see me like that." 2010 p. 117

**Crave**: "No way am I going to start whining about a few mean girls." p. 247

**BMR**: "...laughing with the mean girls whenever I passed by." 2011 p. 116-117


174.

Chaos all around us

**Crave:** "There's chaos all around us." p. 151

**BMR**: "...chaos erupts all around us." 2013 p. 419


175.

Reminds me of my dad

**Crave:** "Besides, he reminds me of my dad." p. 209

**BMR**: "...because it reminds me of my dad." 2011 p. 80 "Does he really remind her of my dad?" 2013 p. 233


**EXHIBIT 3**

**Page 369**