

May 3, 2023

VIA ECF

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

Re:     Lynne Freeman v. Tracy Deebs-Elkenaney et. al., 1:22 Civ 02435 (AT)(SN)

Dear Judge Netburn:

   Plaintiff Lynne Freeman and Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, Universal City Studios LLC, Prospect Agency, LLC, and Emily Kim Sylvan jointly write to advise the Court that the parties have stipulated to extend the deadlines for opening and rebuttal expert disclosures by an additional three business days each. As the Court is aware, the parties recently moved those same deadlines by one week. This agreement only affects these two specific deadlines and no Court deadlines. The updated stipulated schedule is as follows.

| Event | Due Date |
|---|---|
| Expert disclosures and opening reports | 5/10/23 (previously 5/5/23) |
| Expert rebuttal reports and disclosure of any rebuttal experts | 5/31/23 (previously 5/26/23) |
| Expert depositions to be completed by | 6/16/23 |
| Pre-motion conference letters for summary judgment and/or *Daubert* motions (pursuant to Judge Stanton's Individual Rule 2.A) | 6/30/23 |
| Plaintiff's opening set of proposed findings of ultimate fact (pursuant to Judge Stanton's Individual Rule 4.A) | 6/30/23 |
| Opening summary judgment and *Daubert* motions | 7/26/23 |
| Summary judgment and *Daubert* oppositions | 8/23/23 |
| Summary judgment and *Daubert* replies | 9/13/23 |

   The parties will further update the Court if any issues requiring the Court's involvement arise.  Thank you for your time and attention to this issue.

Respectfully submitted,

By: /s/ Stephen M. Doniger
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90022
(310) 590-1820
stephen@donigerlawfirm.com

CSReeder, PC
Mark D. Passin
11766 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90025
310-861-2475
mark@csrlawyers.com


REITLER KAILAS & ROSENBLATT LLP
Paul V. LiCalsi
885 Third Avenue, Ste 20th Floor
New York, NY 10022
212-209-3090
plicalsi@reitlerlaw.com
Attorneys for Plaintiff Lynne Freeman



COWAN, DEBAETS, ABRAHAMS,
& SHEPPARD LLP

By:  /s/ Nancy Wolff
Nancy E. Wolff
41 Madison Avenue, 38th Floor
New York, New York 10010
212-974-7474
nwolff@cdas.com

Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Universal City Studios, LLC, Entangled Publishing, LLC and Holtzsbrinck Publishers, LLC, d/b/a Macmillan sued erroneously as Macmillan Publishers, LLC

Page 3
May 3, 2023

KLARIS LAW PLLC

By: /s/ Lacy H. ("Lance") Koonce, III
Lacy H. ("Lance") Koonce, III
29 Little West 12th Street
New York, New York 10014
917-612-5861
lancekoonce@gmail.com

Attorneys for Defendants Emily Sylvan Kim and Prospect Agency, LLC

cc: All Counsel of Record (via ECF)