UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNEE FREEMAN,

                              Plaintiff,                        22-CV-02435 (LLS)(SN)

      -against-                                        **ORDER**

TRACY DEEBS-ELKENANEY, et al.,

                              Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff recently filed an action in the U.S. District Court for the Central District of California against Amazon.com, Barnes & Noble Booksellers, and other retail book sellers (the "Retail Defendants") involving the same copyright works at issue in this case. See Freeman v. Amazon.com Inc. et. al., No. 2:23-cv-02917 (C.D. Cal. filed Apr. 18, 2023) (the "California Action"). Defendants move to enjoin this action or enjoin Plaintiff from prosecuting it. ECF No. 193 at 1. In the alternative, Defendants request that the Court order Plaintiff to enter a stipulation staying the California Action. ECF No. 201 at 3. Plaintiff does not object to staying the California action until the merits of the New York case are resolved. ECF No. 195 at 3.

      Accordingly, by May 16, 2023, Plaintiff is directed to file a motion to stay the California Action. Plaintiff is further directed to meet and confer with the Retail Defendants to seek their consent. The Clerk of Court is requested to terminate the motions at ECF Nos. 193 & 195.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:      May 12, 2023
                 New York, New York