UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LYNNE FREEMAN, an individual,

                        Plaintiff,

       -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC, D/B/A/ MACMILLAN, a New York limited liability company, UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company, CRAZY MAPLE STUDIO, INC, a California corporation.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 22-cv-02435-LLS-SN

**STIPULATION AND ORDER TO WITHDRAW AS COUNSEL TO PLAINTIFF**

Upon the stipulation of undersigned counsel for Plaintiff Lynne Freeman ("Plaintiff"), Plaintiff, and the above-named Defendants, the law firm of Reitler Kailas & Rosenblatt LLP ("RKR") shall no longer represent Plaintiff and shall have no further responsibility for Plaintiff in this action. The law firms of Reeder McCreary and Doniger/Burroughs will continue to represent Plaintiff in this action. No further pleadings, correspondence or other documents are required to be filed or served in this action on RKR.

Dated: May 9, 2023

                                                                      Respectfully submitted,

| **COWEN, DEBAETS, ABRAHAMS & SHEPPARD LLP** | **REITLER KAILAS & ROSENBLATT LLP** |
|---|---|
| By:s/ Benjamin Halperin | By: *Brett Van Benthysen* |
| Benjamin Halperin, Esq. | Paul V. LiCalsi |
| Nancy Wolff | Brett Van Benthysen |
| Scott J. Sholder | 885 Third Avenue |
| CeCe Cole | New York, New York 10022 |
|  | (212) 209-3050 |

41 Madison Ave, Floor 38
New York, NY 10010
212-974-7474
Fax: 212-974-8474
bhalperin@cdas.com
nwolff@cdas.com
ssholder@cdas.com
ccole@cdas.com

*Counsel for Tracy Deebs-Elkenaney, Entangled Publishing, LLC, Universal City Studios, LLC, and Holtzbrinck Publishers, LLC*

**KLARIS LAW, PLLC**

By:  s/ Lacy Herman Koonce
Lacy Herman Koonce, III, Esq.
Zachary M. Press, Esq.
29 Little West 12th Street
New York, NY 10014
917-612-5861
lance.koonce@klarislaw.com
zach.press@klarislaw.com

*Counsel for Emily Sylvan Kim and Prospect Agency, LLC*

Fax: 212-371-5500
plicalsi@reiterlaw.com
bvanbenthysen@reitlerlaw.com

*Exiting Counsel for Plaintiff Lynne Freeman*

**REEDER MCCREARY**

By: *Mark Passin*
Mark D. Passin
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
310-861-2475
Fax: 310-861-2476
mark@reedermccreary.com

Stephen M. Doniger
Scott A. Burroughs
**DONIGER / BURROUGHS**
247 Water Street, First Floor
New York, New York 10038
stephen@donigerlawfirm.com
scott@donigerlawfirm.com

*Counsel for Plaintiff Lynne Freeman*

**PLAINTIFF**

*Lynne Freeman*
Lynne Freeman

**SO ORDERED, this \_\_\_\_ day of May, 2023:**

_____
**HON. LOUIS L. STANTON**