

May 22, 2023

**VIA ECF**
The Honorable Sarah Netburn
S.D.N.Y. Thurgood Marshall Courthouse
New York, NY 10007

      Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

    We represent Defendants Tracy Wolff, Entangled Publishing, Macmillan, and Universal City Studios, and write jointly with counsel for Defendants Emily Sylvan Kim and Prospect Agency pursuant to Rule III. D of Your Honor's Individual Practices regarding filing redacted documents under seal and in connection with the parties' Protective Order (ECF No. 50) and the Second Circuit's opinion in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Defendants filed under seal Exhibits B-H to their May 22, 2023 letter requesting a conference. These exhibits consist of the parties' respective expert reports, which have all been marked as confidential.

    We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        By: /s/ Benjamin S. Halperin

                                        COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
                                        Nancy E. Wolff
                                        Benjamin H. Halperin
                                        CeCe M. Cole
                                        41 Madison Avenue, 38th Floor
                                        New York, New York 10010
                                        Tel: (212) 974-7474
                                        Fax: (212) 974-8474
                                        nwolff@cdas.com
                                        bhalperin@cdas.com
                                        ccole@cdas.com

                                        *Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue
38th Floor
New York, NY 10010

9454 Wilshire Blvd
Suite 901
Beverly Hills, CA 90212

cdas.com