

May 25, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square Room 430
New York, NY 1000

Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

We represent the Plaintiff, Lynne Freeman, in the above captioned matter. We write regarding the hearing that Your Honor set for June 2, 2023, at 11:00 a.m. in connection with Defendants' Motion for a Conference (DKT. No. 210).

Plaintiff is represented in this matter by Stephen M. Doniger of Doniger/Burroughs and me of Reeder & McCreary, LLP. We both plan on attending the hearing. However, because we both reside in Los Angeles, we respectfully request that we be able to attend the hearing by telephone to avoid the cost of travelling to New York.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**CSReeder, PC**

_____
Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475

Page 2
May 25, 2023

                                                  **DONIGER/BURROUGHS**

                                                  Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(310) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)

11766 Wilshire Boulevard, Suite 1470, Los Angeles, CA 90025

Phone: (310) 861-2470 • Fax: (310) 861-2476

mark@reedermccreary.com • www.markpassin.com