

May 26, 2023

**VIA ECF**
The Honorable Sarah Netburn
S.D.N.Y. Thurgood Marshall Courthouse
New York, NY 10007

      Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

Defendants believe the issues to be discussed at the June 2 conference are important and would welcome the opportunity to discuss them in person as ordered. If the Court is inclined to allow Plaintiff's counsel's request to appear by telephone, Defendants request that Defendants still be permitted to appear in person. We respectfully note that Plaintiff chose to file this action in New York with California counsel, recently added new California counsel (while Plaintiff's prior local counsel has withdrawn), and has requested telephonic appearances for every conference to date. Moreover, "the cost of travelling to New York" would seem to pale in comparison to the cost of retaining seven experts and filing four federal court actions.

Thank you for your time and attention to these issues.

                              Respectfully submitted,

                              COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

                              <u>By: /s/ Benjamin S. Halperin</u>
                              Nancy E. Wolff
                              Benjamin H. Halperin
                              CeCe M. Cole
                              41 Madison Avenue, 38th Floor
                              New York, New York 10010
                              Tel: (212) 974-7474
                              Fax: (212) 974-8474
                              nwolff@cdas.com
                              bhalperin@cdas.com
                              ccole@cdas.com

                              *Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue
38th Floor
New York, NY 10010

9454 Wilshire Blvd
Suite 901
Beverly Hills, CA 90212

cdas.com

                                                  Lacy H. Koonce, III
                                                  KLARIS LAW PLLC
                                                  29 Little West 12th Street
                                                  New York, NY 10014
                                                  Phone: (917) 612-5861
                                                  lance.koonce@klarislaw.com
                                                  *Attorneys for Emily Sylvan Kim and*
                                                  *Prospect Agency, LLC*

