

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2023

May 25, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square Room 430
New York, NY 1000

    Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

    We represent the Plaintiff, Lynne Freeman, in the above captioned matter. We write regarding the hearing that Your Honor set for June 2, 2023, at 11:00 a.m. in connection with Defendants' Motion for a Conference (DKT. No. 210).

    Plaintiff is represented in this matter by Stephen M. Doniger of Doniger/Burroughs and me of Reeder & McCreary, LLP. We both plan on attending the hearing. However, because we both reside in Los Angeles, we respectfully request that we be able to attend the hearing by telephone to avoid the cost of travelling to New York.

    We thank the Court for its time and attention to this matter.

                                                  Respectfully submitted,

                                                  **CSReeder, PC**

                                                  _____
                                                  Mark D. Passin
                                                  11766 Wilshire Boulevard,
                                                  Suite 1470
                                                  Los Angeles, CA 90025
                                                  310-861-2475

**DONIGER/BURROUGHS**

Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(310) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)

---

Plaintiff's request to appear at the June 2, 2023 conference by telephone is GRANTED. The Court will provide dial-in information in advance of the conference. All other parties shall appear in person. The Court notes that a New York attorney has appeared in this case on behalf of Plaintiff. If feasible, the Court believes it would be productive for an attorney to appear in person at this conference on Plaintiff's behalf.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 26, 2023
New York, New York