

May 30, 2023

**VIA ECF**

The Honorable Sarah Netburn
S.D.N.Y. Thurgood Marshall Courthouse
New York, NY 10007

      Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

We represent Defendants Tracy Wolff, Entangled Publishing, Macmillan, and Universal City Studios in the above-referenced Action. We write jointly with counsel for Defendants Emily Sylvan Kim and Prospect Agency pursuant to this District's Standing Order M10-468, to request the Court's permission to bring the electronic devices listed in the proposed order attached hereto as Exhibit A into the courthouse for use during the parties' conference scheduled for June 2, 2023. (ECF No. 201.)

We thank the Court for its time and attention to this matter.

                                          Respectfully submitted,

                                          COWAN, DEBAETS, ABRAHAMS &
                                          SHEPPARD LLP

                                          By: /s/ Benjamin S. Halperin
                                          Nancy E. Wolff
                                          Benjamin H. Halperin
                                          CeCe M. Cole
                                          41 Madison Avenue, 38th Floor
                                          New York, New York 10010
                                          Tel: (212) 974-7474
                                          Fax: (212) 974-8474
                                          nwolff@cdas.com
                                          bhalperin@cdas.com
                                          ccole@cdas.com

                                          *Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

                                          Lacy H. Koonce, III
                                          KLARIS LAW PLLC
                                          29 Little West 12th Street
                                          New York, NY 10014
                                          Phone: (917) 612-5861
                                          lance.koonce@klarislaw.com

                                          *Attorneys for Emily Sylvan Kim and Prospect Agency, LLC*

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue
38th Floor
New York, NY 10010

9454 Wilshire Blvd
Suite 901
Beverly Hills, CA 90212

cdas.com