# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————— x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

———————————————————————————————— x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Lynne Freeman v. Tracy Deebs-Elkenaney et. al.                                                           .

      ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) June 2, 2023                       .

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Nancy E. Wolff | nwolff@cdas.com | Tablet, Laptop, Cellular telephones | 219 | Yes |
| Benjamin S. Halperin | bhalperin@cdas.com | Tablet, Laptop, Cellular Telephones | 219 | Yes |
| CeCe M. Cole | ccole@cdas.com | Tablet, Laptop, Cellular Telephones | 219 | Yes |

*(Attach Extra Sheet If Needed)*

See page 2 for additional names

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated:         _____

_____
                         United States Judge

Revised: July 1, 2019.

**<u>Continued list of attorney(s) authorized to bring Persoal Electronic Device(s) and/ or the General Purpose Computing Device(s)</u>**

| Attorney | E-mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Lacy H. Koonce, III | Lance.koonce@klarislaw.com | Tablet, Laptop, Cellular telephones | 219 | Yes |