ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LYNNE FREEMAN, an individual,

                Plaintiff,

    - against -

TRACY DEEBS-ELKENANEY P/K/A TRACY
WOLFF, an individual, EMILY SYLVAN KIM, an
individual, PROSPECT AGENCY, LLC, a New Jersey
limited liability company, ENTANGLED PUBLISHING,
LLC, a Delaware limited liability company, MACMILLAN
PUBLISHERS, LLC, a New York limited liability
company, UNIVERSAL CITY STUDIOS, LLC, a
Delaware limited company,

                Defendants.
------------------------------------------------------------X

22 Civ. 2435 (LLS)

ORDER

    In light of defendants' request to streamline this litigation (Dkt. No. 205), the Court orders, pursuant to Federal Rule of Civil Procedure Rule 42(b), a separate jury trial on whether the _Crave_ series and plaintiff's manuscripts are substantially similar. The parties may have a reasonable time to complete their discovery with respect to that single issue, and I solicit their views, before June 28, 2023, on how long that should take. On all other procedures, counsel is directed to Section 4 of my individual practices.

    So ordered.

Dated: New York, New York
       June 14, 2023

                                       Louis L. Stanton
                                       LOUIS L. STANTON
                                            U.S.D.J.