UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN,<br><br>            Plaintiff,<br><br>   -against-<br><br>TRACY DEEBS-ELKENANEY, et al.<br><br>            Defendants. | Case No. 22-cv-02435 (LLS)(SN)<br><br>**[PROPSOED] ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 14, 2023 ORDER** |

i

## [PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

Plaintiff, Lynne Freeman's Motion for Reconsideration is hereby GRANTED as follows:

1. The Court's June 14, 2023 Order, docketed at ECF No. 218, is hereby WITHDRAWN;

2. The Court will issue an amended Order forthwith, outlining the schedule for this case and will permit the parties to file pre-motion letters addressing Freeman's copyright claims.

SO ORDERED.

Dated: _____, 2023        By: _____
                                              Hon. Louis L. Stanton
                                              U.S. District Judge