

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
stephen@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

June 20, 2023

**DELIVERED VIA ECF**

The Honorable Louis L. Stanton
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

|  |  |  |
|---|---|---|
|  | Case Title: | *Freeman v. Deebs-Elkenaney et al,* |
|  |  | **1:22-cv-02435-LLS-SN** |
|  | Re: | **Plaintiff's Motion to Seal Certain Documents** |

Dear Judge Stanton:

    We write on behalf of Plaintiff Lynne Freeman pursuant to Your Honor's Individual Rule III. B regarding filing documents under seal and in connection with Plaintiff's Motion for Reconsideration (ECF No. 224). Plaintiff filed under seal the unredacted version of Exhibit 3 to her June 20, 2023 Motion for Reconsideration. This exhibit consists of Plaintiff's expert report of Dr. Carole E. Chaski, which has been marked as confidential because it references documents that Defendants produced in this case as confidential. A redacted version removing only those references has been publicly filed as Exhibit 3 to the aforementioned motion. We have thus filed this Letter Motion under Seal and filed a redacted copy of the motion unsealed to protect any confidential information.

    We thank the Court for its time and attention to this matter.

                                            Respectfully submitted,

                          By:   */s/ Stephen M. Doniger*
                                  Stephen M. Doniger, Esq.
                                  Scott Alan Burroughs
                                  DONIGER / BURROUGHS PC
                                  For the Plaintiff

**IT IS HEREBY ORDERED.**

Dated: _____, 2023                       By:  _____
                                                                        Hon. Louis L. Stanton
                                                                         U.S. District Judge