

June 16, 2023

The Honorable Louis L. Stanton
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., New York, NY 10007-1312

    Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Stanton:

    We represent Plaintiff Lynne Freeman and are filing this motion to seal pursuant to Rule 3.B of Your Honor's Individual Practices regarding filing redacted documents under seal pursuant to the parties Protective Order (ECF No. 50).

    On behalf of Plaintiff, I filed a letter today in which a small portion of the letter was redacted. Plaintiff redacted that portion of the letter because it contained material that was arguably taken from documents produced by Defendants as confidential pursuant to the above referenced protective Order. We also filed an unredacted version of the letter under seal.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    **CSReeder, PC**

    _____
    Mark D. Passin
    11766 Wilshire Boulevard,
    Suite 1470
    Los Angeles, CA 90025
    310-861-2475

Page 2
June 20, 2023

**DONIGER/BURROUGHS**
Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(310) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)