# EXHIBIT B

Videotaped Deposition of

# Tracy Wolff

March 07, 2023

Freeman

vs.

Deebs

**Confidential**



```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
    LYNNE FREEMAN,                  )
 3  AN INDIVIDUAL                   )
    PLAINTIFF,                      )
 4                                  )
    VS.                             )
 5                                  )
    TRACY DEEBS-ELKENANEY           )
 6  P/K/A TRACY WOLFF, AN           )
    INDIVIDUAL, EMILY SYLVAN        )
 7  KIM, AN INDIVIDUAL,             )
    PROSPECT AGENCY, LLC, A         )
 8  NEW JERSEY LIMITED              )   CASE NO. 1:22-CV-02435-LLS
    LIABILITY COMPANY,              )
 9  ENTANGLED PUBLISHING,           )
    LLC, A DELAWARE LIMITED         )
10  LIABILITY COMPANY,              )
    HOLTZBRINCK PUBLISHERS,         )
11  LLC D/B/A MACMILLAN,            )
    A NEW YORK LIMITED              )
12  LIABILITY COMPANY, AND          )
    UNIVERSAL CITY STUDIOS,         )   JOB NO. 10115799
13  LLC, A DELAWARE                 )
    LIMITED LIABILITY COMPANY       )
14        DEFENDANTS.               )

15  ***********************************************************

16            ORAL AND VIDEOTAPED DEPOSITION OF
                         TRACY WOLFF
17                      MARCH 07, 2023

18  ***********************************************************

19

20       ORAL AND VIDEOTAPED DEPOSITION of TRACY WOLFF,
    produced as a witness at the instance of the Plaintiff,
21  and duly sworn, was taken in the above-styled and
    numbered cause on the 7th day of March, 2023, from 8:54
22  a.m. to 4:34 p.m., before Gabriela S. Silva, CSR, RPR in
    and for the State of Texas, reported by stenograph, at
23  the Law Offices of Kowert, Hood, Munyon, Rankin &
    Goetzel, 1120 S. Capital of Texas Hwy, Building 2,
24  Austin, Texas, pursuant to the Federal Rules of Civil
    Procedure and the provisions stated on the record or
25  attached hereto.
```

| Tracy Wolff | Confidential | Freeman vs. Deebs |
|---|---|---|

```
 1                   A P P E A R A N C E S

 2


 3    COUNSEL FOR THE PLAINTIFF:

 4          MARK D. PASSIN
            CSREEDER, PC
 5          11766 Wilshire Blvd., Ste. 1470
            Los Angeles, California 90025
 6          (310) 861-2470
            Mark@csrlawyers.com
 7


 8    COUNSEL FOR THE DEFENDANTS:

 9          DWAYNE GOETZEL
            KOWERT, HOOD, MUNYON, RANKIN & GOETZEL
10          1120 S. Capital of Texas Hwy, Building 2
            Austin,  Texas 78746
11          (512) 853-8800
            Dgoetzel@intprop.com
12
            NANCY E. WOLFF
13          CECE COLE
            COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP
14          41 Madison Avenue, 38th Floor
            New York,  New York 10010
15          (212) 974-7474
            Nwolff@cdas.com
16


17    ALSO PRESENT:

18          Mr. Walter Bryan, Videographer
            Mr. Trent Baer, Plaintiff's Husband
19          Mr. Lance Koonce (via Zoom)
            Mr. Zachary Press (via Zoom)
20          Mr. Stephen Doniger (via Zoom)
            Mrs. Lynne Freeman (via Zoom)
21

22

23

24

25
```

Page 2

```
 1   started any.  Liz Pelletier, I believe, started one or
 2   two.
 3        Q.  Are you aware, was there an access log to the
 4   Google Docs?
 5        A.  I don't know what an access log is.
 6        Q.  Well, access log would be a listing that shows
 7   who had accessed the Google Docs at any time.  Did you
 8   ever see anything like that?
 9        A.  No.
10        Q.  And maybe because you're not the owner?
11        A.  Yeah, I -- I don't know.
12        Q.  Did you use any text spinning software to write
13   any of the books in the Crave book series?
14        A.  I'm sorry.  I don't understand the question.
15        Q.  Are you familiar with text spinning software?
16        A.  I have no idea what that is.
17        Q.  Well, did you use any other kind of software --
18   did you use any kind of software to write or edit the
19   books in the Crave book series other than what we've
20   already discussed?
21        A.  I used Microsoft Word.
22        Q.  Did you use any artificial intelligent bots that
23   are able to reword sentences in writing any of the books
24   in the Crave book series?
25        A.  I did not.
```

| Tracy Wolff | Confidential | Freeman vs. Deebs |
|---|---|---|

```
 1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
     LYNNE FREEMAN,                )
 3   AN INDIVIDUAL                 )
     PLAINTIFF,                    )
 4                                 )
     VS.                           )
 5                                 )
     TRACY DEEBS-ELKENANEY         )
 6   P/K/A TRACY WOLFF, AN         )
     INDIVIDUAL, EMILY SYLVAN      )
 7   KIM, AN INDIVIDUAL,           )
     PROSPECT AGENCY, LLC, A       )
 8   NEW JERSEY LIMITED            )    CASE NO. 1:22-CV-02435-LLS
     LIABILITY COMPANY,            )
 9   ENTANGLED PUBLISHING,         )
     LLC, A DELAWARE LIMITED       )
10   LIABILITY COMPANY,            )
     HOLTZBRINCK PUBLISHERS,       )
11   LLC D/B/A MACMILLAN,          )
     A NEW YORK LIMITED            )
12   LIABILITY COMPANY, AND        )
     UNIVERSAL CITY STUDIOS,       )
13   LLC, A DELAWARE               )
     LIMITED LIABILITY COMPANY     )
14          DEFENDANTS.            )

15
                       REPORTER'S CERTIFICATION
16                  DEPOSITION OF TRACY WOLFF
                          March 07, 2023
17
            I, Gabriela S. Silva, Certified Shorthand
18   Reporter in and for the State of Texas, hereby certify
     to the following:
19          That the witness, TRACY WOLFF, was duly sworn by
     the officer and that the transcript of the oral
20   deposition is a true record of the testimony given by
     the witness;
21          I further certify that pursuant to FRCP Rule
     30(f)(1) that the signature of the deponent:
22
        __X__ was requested by the deponent or a party before
23   the completion of the deposition and that the signature
     is to be before any notary public and returned within
24   30 days from date of receipt of the transcript.  If
     returned, the attached Changes and Signature Page
25   contains any changes and the reasons therefor;
```

**Tracy Wolff**      Confidential      **Freeman vs. Deebs**

1   \_\_\_\_ was not requested by the deponent or a party before the completion of the deposition.

2

3   I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorney in the action in which this proceeding was

4   taken, and further that I am not financially or otherwise interested in the outcome of the action.

5

6   Certified to by me this 13th day of March, 2023.

7

8

9   _____
    Gabriela S. Silva, Texas CSR(8706), RPR

10  Expiration Date:  01-31-25
    Aptus Court Reporting

11  600 West Broadway, Suite 300
    San Diego , CA 92101

12  Phone: 866.999.8310

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 219**