# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
In re:                            :
                                     Docket #22cv2435
 FREEMAN,                         : 1-22-cv-02435-LLS-SN

                  Plaintiff,      :

   - against -                    :

 DEEBS-ELKENANEY, et al.,         : New York, New York
                                    July 20, 2022
                  Defendants.     :

------------------------------------ : Telephone Conference
```

PROCEEDINGS BEFORE
THE HONORABLE SARAH NETBURN,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:              CSREEDER, PC
                            BY:  MARK PASSIN, ESQ.
                            11766 Wilshire Boulevard, Suite 1470
                            Los Angeles, California 90025

For Defendants –            COWAN, DEBAETS, ABRAHAMS &
Entangled Publishing,       SHEPPARD LLP
LLC, Universal Studios      BY:  NANCY WOLFF, ESQ.
LLC, Holtzbrinck                 CECE COLE, ESQ.
Publishers, LLC, Tracy      41 Madison Avenue, 38th Floor
Wolff and Deebs-            New York, New York 10010
Elkenaney:

Transcription Service:  Carole Ludwig, *Transcription Services*
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com

Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service.

APPEARANCES (Continued):

For Defendants Emily Sylvan        KLARIS LAW, PLLC
Kim and Prospect Agency, LLC:      BY:  LANCE H. KOONCE, ESQ.
                                        ZACHARY PRESS, ESQ.
                                   29 Little West 12th Street
                                   New York, New York 10010


For Defendant Crazy Maple          PROCOPIO, CORY, HARGREAVES
Studio, Inc.:                      & SAVITCH LLP
                                   BY:  ERIC PLOURDE, ESQ.
                                   525 B Street, Suite 2200
                                   San Diego, California 92101

## INDEX

### E X A M I N A T I O N S

| Witness | Direct | Cross | Re-Direct | Re-Cross | Court |
|---------|--------|-------|-----------|----------|-------|
| None | | | | | |

### E X H I B I T S

| Exhibit Number | Description | ID | In | Voir Dire |
|----------------|-------------|-----|-----|-----------|
| None | | | | |

1

2

```
1                          PROCEEDINGS              5

2           MR. LANCE KOONCE:  Your Honor, this is Lance

3    Koonce with Klaris Law for Emily Sylvan Kim and

4    Prospect Agency, LLC, and I believe our associate Zach

5    Press is on the line as well.

6           THE COURT:  Great. Before we begin, I just

7    wanted to mention that I know Ed Klaris who is the

8    namesake of Klaris Law. I obviously have not spoken to

9    him about this case, I just noticed that when I was

10   preparing for today's conference and I certainly would

11   not speak to him, and I don't know when the next time

12   is that I would actually even see him.  But I did want

13   to mention that, if anyone thought that that created

14   the appearance of impropriety I'm happy to have the

15   case reassigned to another judge. I personally don't

16   think it does but I'm happy, I want everyone know that

17   and if (indiscernible) more comfortable I'm happy to

18   have the case reassigned.  Maybe I'll ask Mr. Passin

19   who might be the most interested?

20          MR. PASSIN:  I have no problem, but I would

21   like to run it by my client, but I assume she'd have

22   no problem. For today it's fine, Your Honor, but I

23   don't expect it to be a problem.

24          THE COURT:  Okay, I'm intending to rule on the

25   issue before us today, would you rather that I wait
```

```
1                       PROCEEDINGS                    6
2   until you --
3            MR. PASSIN:  No, no, that's fine, like I said,
4   I don't expect it to be a problem but I do want to
5   mention it to my client. So you can, we waive any
6   rights, you can definitely rule today, that's fine.
7            THE COURT:  Okay, anybody else?
8            MR. KOONCE:  Your Honor, this is Lance Koonce
9   again though with Klaris Law Firm, and I should also
10  mention that we are, I have a different case in which
11  we have conflict counsel in the case with Mr. Cuti's,
12  John Cuti's firm. I don't think that also creates a
13  conflict, I just wanted to put that on the record,
14  too.
15           THE COURT:  Sure, John Cuti, for those not in
16  the know, is my husband, so I have no idea what that
17  matter is and I'm unaware of the case and certainly
18  won't ask my husband about it.  But I didn't even know
19  about that issue so I'll now poll everybody again, now
20  knowing that second potential issue which, as I
21  understand it, is that, I was going to say whether my
22  husband was serving as conflict counsel or Klaris Law
23  was serving as conflict counsel on his matter, but it
24  sounds like there is some relationship between the
25  firm and my husband's law firm.  Mr. Passin, again --
```

```
 1                         PROCEEDINGS              7
 2             MR. PASSIN:  Again, I waive it for today, I
 3   don't have any problem, I don't think it will be a
 4   problem with my client, but I do feel she's a lawyer
 5   and I just want to mention it to her.
 6             THE COURT:  Fair enough, anybody else with to
 7   be heard on that issue?
 8             MS. WOLFF:  No, Your Honor, we don't have any
 9   issues.
10             THE COURT:  Okay.
11             MR. PLOURDE:  No, Your Honor.
12             THE COURT:  All right, thank you. So with that
13   housekeeping matter resolved, I want to talk about
14   this issue. I have the July 12th letter raising the
15   concerns about the protective order. I understand that
16   all of the defendants now believe that an attorneys' eyes
17   only provision is necessary and, if so, that that provision
18   should permit in-house counsel for the corporate defendants
19   to review AEO material but that the plaintiff,
20   notwithstanding her JD, notwithstanding the fact that she's
21   a lawyer, would not be able to serve reciprocal relief,
22   meaning she would not be entitled to review those attorneys'
23   eyes only documents.
24             So before we talk about sort of parity, I'd like
25   to hear from the defendants why they believe this type of
```

31

C E R T I F I C A T E

     I, Carole Ludwig, certify that the foregoing
transcript of proceedings in the United States District
Court, Southern District of New York, Freeman versus Deebs-
Elkenaney, et al., Docket #22cv2435, was prepared using PC-
based transcription software and is a true and accurate
record of the proceedings.


Signature_____*Carole Ludwig*_____

             Carole Ludwig

Date:   January 17, 2023