

June 27, 2023

**VIA ECF**
The Honorable Sarah Netburn
S.D.N.Y. Thurgood Marshall Courthouse
New York, NY 10007

     Re:   *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

     Defendants oppose Plaintiff's letter seeking recusal (ECF No. 238). None of the purported conflicts identified in Plaintiff's letter would prompt a reasonable person to question Your Honor's impartiality. *See, e.g.*, *Chevron Corp. v. Donziger*, 783 F. Supp. 2d 713, 721 (S.D.N.Y. 2011) ("the test of impartiality is what a reasonable person, knowing and understanding all the facts and circumstances, would believe"). Moreover, nearly all the alleged conflicts involve Your Honor's husband John Cuti, who was a partner at the same firm as Prospect Agency's counsel over ***a decade ago***. The federal recusal statute specifically addresses when recusal is required based on a judge's spouse's activities, and none of the statutory circumstances is present here. *See* 28 U.S.C. § 455(b)(5) (recusal required when the spouse is (1) a party, or an officer/director/trustee of a party; (2) a lawyer in the case; (3) is known to have an interest that could be substantially affected by the case outcome; or (4) is likely to be a material witness).

     Additionally, "[a] motion for recusal under Section 455(a) must be made 'as soon as the facts on which it is premised are known to the parties.'" *Donziger*, 783 F. Supp. 2d at 721 (citation omitted). Mr. Koonce disclosed the issue of Mr. Cuti's firm serving as conflicts counsel in a different case back in ***July 2022***. It is unclear why Plaintiff waited nearly a year to seek recusal, and why this is even necessary given that the substantive and procedural issues Plaintiff appears most concerned about are now before Judge Stanton.

     Thank you for your attention to this issue.

                    Respectfully submitted,

                    COWAN, DEBAETS, ABRAHAMS &
                    SHEPPARD LLP

                    By: /s/ Benjamin S. Halperin
                    Nancy E. Wolff
                    Benjamin H. Halperin
                    CeCe M. Cole
                    41 Madison Avenue, 38th Floor
                    New York, New York 10010
                    Tel: (212) 974-7474
                    Fax: (212) 974-8474
                    nwolff@cdas.com
                    bhalperin@cdas.com

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue      9454 Wilshire Blvd
38th Floor              Suite 901
New York, NY 10010    Beverly Hills, CA 90212            cdas.com

ccole@cdas.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Lacy H. Koonce, III
KLARIS LAW PLLC
29 Little West 12th Street
New York, NY 10014
Phone: (917) 612-5861
lance.koonce@klarislaw.com
*Attorneys for Emily Sylvan Kim and Prospect Agency, LLC*

