# EXHIBIT A

# In the Matter Of:

*LYNNE FREEMAN vs*

*TRACY DEEBS-ELKENANEY*

*LYNNE FREEMAN*

*March 24, 2023*



```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
 2              Civil Action No. 1:22-cv-02435-LLS-SN

 3

 4    LYNNE FREEMAN, an individual,

 5          Plaintiff,

 6       -vs-

 7    TRACY DEEBS-ELKENANEY P/K/A
      TRACY WOLFF, an individual,
 8    EMILY SYLVAN KIM, an
      individual, PROSPECT AGENCY,
 9    LLC, a New Jersey limited
      liability company, ENTANGLED
10    PUBLISHING, LLC, a Delaware
      limited liability company,
11    HOLTZBRINCK PUBLISHERS, LLC
      D/B/A MACMILLAN,  a New York
12    limited liability company, and
      UNIVERSAL CITY STUDIOS, LLC, a
13    Delaware limited liability
      company,
14
            Defendants.
15    _____/

16                       DEPOSITION OF
                         Lynne Freeman
17           CONFIDENTIAL - ATTORNEYS' EYES ONLY

18                   Friday, March 24, 2023
                     9:04 a.m. - 6:19 p.m.
19                       Pacific Time

20                     Remote Location
                    Via Zoom Videoconference
21                    All Parties Remote

22


23


24    STENOGRAPHICALLY REPORTED BY:
      ERICA FIELD, RPR
25    JOB NO. 886198
```

2

1    APPEARANCES:

2

3

4    On behalf of the Plaintiff:
         DONIGER BURROUGHS
5        603 Rose Avenue
         Venice, California 90291
6        (310) 590-1820
         BY: STEPHEN DONIGER, ESQUIRE
7        stephen@donigerlawfirm.com

8

9

10   On behalf of the Plaintiff:
         CSREEDER
11       11766 Wilshire Boulevard
         Suite 1470
12       Los Angeles, California 90025
         (310) 861-2475
13       BY: MARK PASSIN, ESQUIRE
         mark@csrlawyers.com

14

15

16   On behalf of Prospect Agency and Emily
     Sylvan Kim:
17       KLARIS LAW
         29 Little West 12th Street
18       New York, New York 10014
         (917) 822-7468
19       BY: LANCE KOONCE, ESQUIRE
         ZACHARY PRESS, ESQUIRE
20       lance.koonce@klarislaw.com
         zach.press@klarislaw.com
21

22

23

24

25

Case 1:22-cv-02435-LLS-SN   Document 245-1   Filed 07/05/23   Page 5 of 7
LYNNE FREEMAN vs
TRACY DEEBS-ELKENANEY              Attorneys Eyes Only
Lynne Freeman
March 24, 2023

3

1  APPEARANCES CONTINUED:

2

3

4  On behalf of Tracy Deebs-Elkenaney p/k/a
   Tracy Wolff, Entangled Publishing, LLC,
5  Holtzbrinck Publishers, LLC d/b/a Macmillan,
   and Universal City Studios LLC:
6       COWAN, DEBAETS, ABRAHAMS & SHEPPARD
        41 Madison Avenue
7       38th Floor
        New York, New York 10010
8       (212) 974-7474
        BY: NANCY WOLFF, ESQUIRE
9       CECE COLE, ESQUIRE
        BENJAMIN HALPERIN, ESQUIRE
10      nwolff@cdas.com
        ccole@cdas.com
11      bhalperin@cdas.com

12

13

14 ALSO PRESENT:
        Tracy Wolff
15      Elizabeth Pelletier

16

17

18 VIDEOGRAPHER:
        Adriel Olvera
19      Isaac Orihuela

20

21

22

23

24

25

208

1    Q.    You mentioned that Mark Passin is
2 your attorney of record here as well?
3    A.    Correct.
4    Q.    How do you pay Mark Passin?
5         THE WITNESS:  I assume I'm able
6    to answer these questions, Stephen?
7         MR. DONIGER:  You can say the
8    nature of the --
9         THE WITNESS:  Okay.
10   A.    ███████████████████████
11 BY MS. COLE:
12   Q.    And what about Paul LiCalsi's
13 firm?  How is he being paid?
14   A.    ████████████████████████████
15 ████
16   Q.    And you recently retained Doniger
17 Burroughs as counsel of record; isn't that
18 true?
19   A.    Correct.
20   Q.    How is Doniger Burroughs being
21 compensated here?
22   A.    ████████████████████████
23        MS. COLE:  I have no further
24   questions on my end.
25        If we want to take a break, or

1　　　　　　　CERTIFICATE OF REPORTER

2

3　UNITED STATES DISTRICT COURT )

4　SOUTHERN DISTRICT OF NEW YORK )

5

6　　I, ERICA FIELD, RPR, Stenographic Court

7　Reporter, certify that I was authorized to

8　and did stenographically report the

9　deposition of LYNNE FREEMAN, pages 1 through

10　355; that a review of the transcript was not

11　requested; and that the transcript is a true

12　and complete record of my stenographic notes.

13　　I further certify that I am not a

14　relative, employee, attorney, or counsel of

15　any of the parties, nor am I a relative or

16　employee of any of the parties' attorney or

17　counsel connected with the action, nor am I

18　financially interested in the action.

19

20　　DATED this 27th day of March, 2023.

21

22　　_____
　　　Erica Field, RPR

23

24

25