# EXHIBIT B

LEXITAS

```
                                                                    1

 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3

 4   LYNNE FREEMAN, an individual,    )
                                      )
 5              Plaintiff,            )
                                      )
 6        vs.                         ) Case No.
                                      ) 1:22-cv-02435-AT
 7   TRACY DEEBS-ELKENANEY P/K/A      )
     TRACY WOLFF, an individual,      )
 8   EMILY SYLVAN KIM, an             )
     individual, PROSPECT AGENCY,     )
 9   LLC, a New Jersey limited        )
     liability company, ENTANGLED     )
10   PUBLISHING, LLC, a Delaware      )
     limited liability company,       )
11   HOLTZBRINCK PUBLISHERS, LLC      )
     D/B/A MACMILLAN, a New York      )
12   limited liability company, and  )
     UNIVERSAL CITY STUDIOS, LLC, a   )
13   Delaware limited liability       )
     company,                         )
14                                    )
                Defendants.           )
15   _____  )

16

17

18              CONFIDENTIAL

19        REMOTE VIDEOTAPED DEPOSITION OF

20                 TRENT BAER

21          TUESDAY, MARCH 21, 2023

22

23

24
     Reported in Stenotype by:
25   Cody R. Knacke, RPR, CSR No. 13691
     Job No.:  886197
```

                                                                   2

1            REMOTE VIDEOTAPED DEPOSITION OF TRENT BAER,

2    taken before Cody R. Knacke, RPR, CSR No. 13691, a

3    Certified Shorthand Reporter for the State of

4    California, commencing on Tuesday, March 21, 2023,

5    at 9:01 a.m., Pacific time.

6

7    (All Appearances Via Videoconference.)

8    APPEARANCES OF COUNSEL:

9        For the Plaintiff Lynne Freeman:

10           DONIGER/BURROUGHS
             BY:  STEPHEN DONIGER, ESQ.
11           603 Rose Avenue
             Venice, California 90291
12           310.590.1820
             stephen@donigerlawfirm.com
13
             CSREEDER
14           BY:  MARK PASSIN, ESQ.
             1766 Wilshire Boulevard, Suite 1470
15           Los Angeles, California 90025
             310.861.2475
16           mark@csrlawyers.com

17       For the Defendants Tracy Deebs-Elkenaney p/k/a
         Tracy Wolff, Entangled Publishing, LLC,
18       Holtzbrinck Publishers, LLC d/b/a Macmillan,
         and Universal City Studios LLC:
19
             COWAN, DEBAETS, ABRAHAMS & SHEPPARD
20           BY:  BENJAMIN HALPERIN, ESQ.
                  CECE COLE, ESQ.
21           41 Madison Avenue, 38th Floor
             New York, New York 10010
22           212.974.7474
             bhalperin@cdas.com
23           ccole@cdas.com

24

25

```
                                                              3
 1   APPEARANCES OF COUNSEL:  (Continued)

 2       For Prospect Agency, LLC and Emily Sylvan Kim:

 3           KLARIS LAW
             BY:  LANCE KOONCE, ESQ.
 4           29 Little West 12th Street
             New York, New York 10014
 5           917.822.7468
             lance.koonce@klarislaw.com
 6
         Also Present:
 7
             Rick Majewski, Videographer
 8           Lynne Freeman
             Tracy Wolff
 9           Emily Sylvan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                               11
 1       Q.   I'm going to ask you a few personal
 2   questions, and I apologize if they're personal in
 3   nature, but I am entitled to ask them; so I'll try
 4   to stay minimally intrusive here.
 5            What's your age, Mr. Baer?
 6       A.   ■.
 7       Q.   What's your date of birth?
 8       A.   ████████████████████.
 9       Q.   Where do you live?
10       A.   I live in Anchorage, Alaska, and I also
11   live in Santa Barbara, California.
12       Q.   Do you own the property where you live in
13   Anchorage, Alaska?
14       A.   Yes.
15       Q.   Can you tell me the street address and town
16   of that property.
17       A.   The address is ████████████████, in
18   Anchorage, Alaska.  We recently sold another
19   property there.
20       Q.   Do you own the property where you live in
21   California?
22       A.   Yes.
23       Q.   And can you please give me the address of
24   that.
25       A.   It is ████████████████████████
```

```
                                                                    12
 1   Santa Barbara, California ████.
 2       Q.   The properties that you have described, do
 3   you own them just yourself or jointly with your
 4   wife?
 5       A.   I own them jointly with my wife.
 6       Q.   How long have you lived at your current
 7   residence in Alaska?
 8       A.   The previous residence -- we just moved
 9   into this other residence because we sold the
10   residence in November.
11       Q.   How long did you live at the one before,
12   the one you just sold?
13       A.   That one, we lived in for -- I think it was
14   2018 that we bought it, so four years.
15       Q.   Are you originally from Alaska?
16       A.   I am originally from Alaska.
17       Q.   So if I'm understanding correctly, you and
18   your wife split your time between California and
19   Alaska; is that correct?
20       A.   Correct.
21       Q.   ████████████████████████████  ████
22   ████████████████████████████
23       A.   ████  ████████████████████  We spend a
24   good portion of the summers and sometimes part of
25   the winter in Alaska.  And when it gets below --
```

```
                                                              13
 1   40 below 0, we go to Santa Barbara.
 2       Q.    Sounds about right.
 3             How many times a year would you say you go
 4   back and forth between California and Alaska?
 5       A.    ███████████████████████████████████████
 6   ███████████████████████████████████████████████████
 7   ███████████████████████████████
 8       Q.    ███████████████████████████████████████
 9       A.    ███████████████████████████████
10   ███████████████████████████████████████████████████
11   ███████████████████████████████████████████████████
12   ███████████████████████████████████████████████████
13   ███████████████████████████████████████████████████
14   ██████████████████████
15       Q.    When you travel back and forth between
16   California and Alaska, how do you travel?
17       A.    I was generally catching the red eye out of
18   LA on a five-hour flight direct to Anchorage.
19       Q.    So these are commercial flights, not
20   private flights?
21       A.    They are on Alaska Airlines, yeah.
22       Q.    And is it the same for your wife?
23       A.    Generally, yes.  She would not take red
24   eyes, though.
25       Q.    Are you currently employed, Mr. Baer?
```