# EXHIBIT A

**In the Matter Of:**

*LYNNE FREEMAN vs*

*TRACY DEEBS-ELKENANEY*

*LYNNE FREEMAN*

March 24, 2023



```
                                                                    1

 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2              Civil Action No. 1:22-cv-02435-LLS-SN

 3

 4      LYNNE FREEMAN, an individual,

 5           Plaintiff,

 6       -vs-

 7      TRACY DEEBS-ELKENANEY P/K/A
        TRACY WOLFF, an individual,
 8      EMILY SYLVAN KIM, an
        individual, PROSPECT AGENCY,
 9      LLC, a New Jersey limited
        liability company, ENTANGLED
10      PUBLISHING, LLC, a Delaware
        limited liability company,
11      HOLTZBRINCK PUBLISHERS, LLC
        D/B/A MACMILLAN,  a New York
12      limited liability company, and
        UNIVERSAL CITY STUDIOS, LLC, a
13      Delaware limited liability
        company,
14
             Defendants.
15      _____/

16                    DEPOSITION OF
                      Lynne Freeman
17         CONFIDENTIAL - ATTORNEYS' EYES ONLY

18             Friday, March 24, 2023
                9:04 a.m. - 6:19 p.m.
19                  Pacific Time

20              Remote Location
             Via Zoom Videoconference
21             All Parties Remote

22


23


24    STENOGRAPHICALLY REPORTED BY:
      ERICA FIELD, RPR
25    JOB NO. 886198
```

Case 1:22-cv-02435-LLS-SN   Document 250-1   Filed 07/10/23   Page 4 of 7
LYNNE FREEMAN vs                                              Lynne Freeman
TRACY DEEBS-ELKENANEY        Attorneys Eyes Only              March 24, 2023

2

1   APPEARANCES:

2

3

4   On behalf of the Plaintiff:
        DONIGER BURROUGHS
5       603 Rose Avenue
        Venice, California 90291
6       (310) 590-1820
        BY: STEPHEN DONIGER, ESQUIRE
7       stephen@donigerlawfirm.com

8

9

10  On behalf of the Plaintiff:
        CSREEDER
11      11766 Wilshire Boulevard
        Suite 1470
12      Los Angeles, California 90025
        (310) 861-2475
13      BY: MARK PASSIN, ESQUIRE
        mark@csrlawyers.com

14

15

16  On behalf of Prospect Agency and Emily
    Sylvan Kim:
17      KLARIS LAW
        29 Little West 12th Street
18      New York, New York 10014
        (917) 822-7468
19      BY: LANCE KOONCE, ESQUIRE
        ZACHARY PRESS, ESQUIRE
20      lance.koonce@klarislaw.com
        zach.press@klarislaw.com

21

22

23

24

25

Case 1:22-cv-02435-LLS-SN   Document 250-1   Filed 07/10/23   Page 5 of 7
LYNNE FREEMAN vs
TRACY DEEBS-ELKENANEY          Attorneys Eyes Only          Lynne Freeman
                                                            March 24, 2023

3

```
 1   APPEARANCES CONTINUED:

 2


 3


 4   On behalf of Tracy Deebs-Elkenaney p/k/a
     Tracy Wolff, Entangled Publishing, LLC,
 5   Holtzbrinck Publishers, LLC d/b/a Macmillan,
     and Universal City Studios LLC:
 6        COWAN, DEBAETS, ABRAHAMS & SHEPPARD
          41 Madison Avenue
 7        38th Floor
          New York, New York 10010
 8        (212) 974-7474
          BY: NANCY WOLFF, ESQUIRE
 9        CECE COLE, ESQUIRE
          BENJAMIN HALPERIN, ESQUIRE
10        nwolff@cdas.com
          ccole@cdas.com
11        bhalperin@cdas.com

12


13


14   ALSO PRESENT:
          Tracy Wolff
15        Elizabeth Pelletier

16


17


18   VIDEOGRAPHER:
          Adriel Olvera
19        Isaac Orihuela

20

21

22

23

24

25
```

Case 1:22-cv-02435-LLS-SN   Document 250-1   Filed 07/10/23   Page 6 of 7
LYNNE FREEMAN vs                                                Lynne Freeman
TRACY DEEBS-ELKENANEY          Attorneys Eyes Only              March 24, 2023

208

1    Q.   You mentioned that Mark Passin is
2    your attorney of record here as well?
3    A.   Correct.
4    Q.   How do you pay Mark Passin?
5         THE WITNESS:  I assume I'm able
6    to answer these questions, Stephen?
7         MR. DONIGER:  You can say the
8    nature of the --
9         THE WITNESS:  Okay.
10   A.   So Mark is on contingency.
11   BY MS. COLE:
12   Q.   And what about Paul LiCalsi's
13   firm?  How is he being paid?
14   A.   Paul LiCalsi's firm is being paid
15   hourly.
16   Q.   And you recently retained Doniger
17   Burroughs as counsel of record; isn't that
18   true?
19   A.   Correct.
20   Q.   How is Doniger Burroughs being
21   compensated here?
22   A.   They're contingency counsel.
23        MS. COLE:  I have no further
24   questions on my end.
25        If we want to take a break, or

356

CERTIFICATE OF REPORTER

UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )

   I, ERICA FIELD, RPR, Stenographic Court Reporter, certify that I was authorized to and did stenographically report the deposition of LYNNE FREEMAN, pages 1 through 355; that a review of the transcript was not requested; and that the transcript is a true and complete record of my stenographic notes.

   I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

   DATED this 27th day of March, 2023.

_____
Erica Field, RPR