# EXHIBIT 1



Integrative Medicine Spa
www.nestspasb.com

July 17, 2023

Re: Lynne Freeman

To Whom It May Concern:

I have acted as a primary care doctor to Ms. Freeman for over 10 years. She has panic disorder for which she has been receiving treatment during the time I've worked with her.

Due to the constant stress over the past 18-months she has an acute exacerbation of her panic disorder and autoimmune conditions, and that requires more treatment as well as avoidance of her triggers which include travel and flying. Travel is extremely challenging for her and should be minimized, if not avoided, unless absolutely necessary for so long as her current level of stress remains.

Thank you for your attention to this matter.

Sincerely,

Dr. Kristi Harter ND, MS, RD