# EXHIBIT 2

SANTA BARBARA INTEGRATIVE PSYCHIATRY

07-17-2023

To whom it may concern:

Lynne Freeman has been a patient of mine since 8/29/19. Ms. Freeman has panic disorder with agoraphobia F41.0, which is a qualified disability under the ADA.

Her condition has a relapsing – remitting pattern that is often triggered by excessive stressors.

She is currently in a relapsing phase and has been unable to see her son who lives in Alaska due to the intense panic that is triggered when she attempts to fly.

I have recently changed her treatment regimen and I am strongly recommending that she avoid intense stressors including flying until her condition improves.

Warmly,

Michael B. Mantz, M.D.
ABPN Board-Certified
CA License #A119528