ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

LYNNE FREEMAN, an individual,

                Plaintiff,

                22 Civ. 2435 (LLS)

                ORDER

      - against -

TRACY DEEBS-ELKENANEY P/K/A TRACY
WOLFF, an individual, EMILY SYLVAN
KIM, an individual, PROSPECT AGENCY,
LLC, a New Jersey limited liability
company, ENTANGLED PUBLISHING, LLC,
a Delaware limited liability company,
MACMILLAN PUBLISHERS, LLC, a New York
limited liability company, UNIVERSAL
CITY STUDIOS, LLC, a Delaware limited
company,

                Defendants.
- - - - - - - - - - - - - - - - - -X

    The Order dated June 14, 2023 is vacated and withdrawn.

    So Ordered.

Dated: New York, New York
      July 19, 2023

                                  Louis L. Stanton
                                LOUIS L. STANTON
                                  U.S.D.J.