ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:                                                                AMENDED
Plaintiff,   LYNNE FREEMAN, an individual             :          ORDER OF REFERENCE
:                                                                TO A MAGISTRATE JUDGE
-v-                                                   :                  2435
:                                                                22 Civ. ~~2453~~ ( LLS ) ~~(~~ SN ~~)~~
:
Defendant.   TRACY DEEBS-ELKANEY, et al.              :
:
:
:
------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[X] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: as they arise

*Do not check if already referred for general pretrial.

Dated  7/19/2023

SO ORDERED:

_Louis L. Stanton_
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/23