```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNNE FREEMAN,

                            Plaintiff,                  22-CV-02435 (LLS)(SN)

       -against-                                     **ORDER**

TRACY DEEBS-ELKENANEY, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 19, 2023, the Honorable Louis L. Stanton vacated the June 14, 2023 Order requiring a separate trial on substantial similarity and referred this case to my docket to resolve all dispositive motions. ECF Nos. 253-254. In light of this development, the Court intends to set an efficient schedule to complete expert discovery and proceed to motion practice on all claims.

        Accordingly, a conference is scheduled for Monday, July 24, 2023, at 11:00 a.m. to set remaining pretrial deadlines. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties are ORDERED to meet and confer in advance of the conference with a goal of jointly proposing a schedule. If the parties are able to propose a reasonable schedule, the Court may adjourn the conference.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:     July 20, 2023
                 New York, New York