**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

        Plaintiff,

   -against-

TRACY DEEBS-ELKENANEY, et al.

        Defendants.

Case No. 22-cv-02435 (LLS)(SN)

**PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 14, 2023 ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/23

Granted.
Louis L. Stanton
7/20/23

i

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to L.R. 6.3, Plaintiff Lynne Freeman, through her undersigned counsel, upon the accompanying Memorandum of Law, Declaration of Stephen M. Doniger and Lynne Freeman, respectfully moves the Court before the Honorable Louis L. Stanton, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 21C, New York, New York 10007, for reconsideration of the Court's June 14, 2023, Order for "a separate jury trial on whether the Crave series and plaintiff's manuscripts are substantially similar," and asks this Court to permit a single jury trial on her claims as that will be far more streamlined and efficient as well as fair and cost effective for all parties.

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests oral argument if this motion is opposed. Pursuant to Section 2.E. of the Court's Individual Rules, a general return date is set and an oral argument date will be established by the Court should the Court permit oral argument.

Dated: June 20, 2023  
Venice, CA

Respectfully submitted,

By: */s/ Stephen Doniger*  
Stephen Doniger, Esq.  
Scott Alan Burroughs, Esq.  
DONIGER / BURROUGHS  
247 Water Street, First Floor  
New York, New York 10038  
(310) 590-1820  
stephen@donigerlawfirm.com  
scott@donigerlawfirm.com  
Attorneys for Plaintiff