UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LYNNE FREEMAN,

                            Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY, et al.,

                         Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2023

22-CV-02435 (LLS)(SN)

**SECOND AMENDED<br>SCHEDULING ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On October 3, 2023, the Court granted Plaintiff's request to extend the deadline to file summary judgment and Daubert motions by 30 days. Thereafter, the parties were unable to implement the Court's order and raised additional concerns. This Second Amended Scheduling Order follows.

        This revised schedule honors the Court's prior 30-day extension but does not grant Plaintiff's request for a 60-day extension to oppose Defendants' motions for summary judgment. The amended briefing schedule, however, does provide Plaintiff some additional time to account for the holidays. The amended briefing schedule also delays the Daubert motion deadlines to alleviate the burden on both parties of filing summary judgment and Daubert motions simultaneously.

        Accordingly, with respect to the motions for summary judgment:

- By Monday, November 20, 2023, Plaintiff shall file two motions for summary judgment against the Publishing Defendants and the Prospect Defendants. Each brief in support of the motion shall not exceed 25 pages.

- By Friday, December 22, 2023, the Publishing Defendants and the Prospect Defendants shall each file a brief constituting their opposition to Plaintiff's

- motion and their affirmative motion for summary judgment. Each such brief shall not exceed 50 pages.

- By Wednesday, January 31, 2024, Plaintiff shall file one brief constituting her reply brief in further support of her motion against the Publishing Defendants and in opposition to these defendants' motion. Plaintiff shall file a second brief constituting her reply brief in further support of her motion against the Prospect Defendants and in opposition to these defendants' motion. Each brief shall not exceed 40 pages.

- By Wednesday, February 21, 2024, the Publishing Defendants and the Prospect Defendants shall each file a brief constituting their reply in further support of their motion. Each such brief shall not exceed 15 pages.

With respect to the Daubert motions:

- By Friday, December 22, 2023, Plaintiff shall file her Daubert motion. Her brief in support shall not exceed 20 pages.

- By Wednesday, January 31, 2024, all Defendants shall file their Daubert motion. Their brief in support of their motion and in opposition to Plaintiff's motion shall not exceed 40 pages.

- By Wednesday, February 21, 2024, Plaintiff shall her brief in opposition to Defendants' Daubert motion. Her brief shall not exceed 20 pages.

- No reply briefs will be accepted with respect to the Daubert motions.

No further extensions will be granted.

Separately, Plaintiff's motion to strike the letters attached to ECF No. 263 is DENIED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 11, 2023
         New York, New York