UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

    Plaintiff,

  -against-

TRACY DEEBS-ELKENANEY, et al.

    Defendants.

Case No. 22-cv-02435 (LLS)(SN)

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO ESTABLISH DEFENDANTS' LIABILITY FOR COPYRIGHT INFRINGEMENT**

## [PROPOSED] ORDER

In consideration of Plaintiff Lynne Freeman's Motion for Summary Judgment to Establish Defendants' Liability for Copyright Infringement, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for summary judgment is GRANTED;

2. Plaintiff owns a valid copyright for her Freeman Copyrighted Work at issue in this case;

3. Defendants Tracy Deebs-Elkenaney, Entangled Publishingm LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC, Emily Sylvan Kim, and Prospect Agency, LLC (collectively, "Defendants") had access to the Freeman Copyrighted Work; and

4. Defendants are each liable for infringement of the Freeman Copyrighted Work because each of them violated one or more of the bundle of rights Freeman holds in the Freeman Copyrighted Works through their involvement in the creation and distribution of the first four books of the *Crave* Series (*Crave, Crush, Covet*, and *Court*).

**SO ORDERED.**

Dated: _____, 2023            By: _____
                                            Hon. Sarah Netburn
                                            U.S. Magistrate Judge