# PROPOSED TO BE FILED UNDER SEAL

## EXHIBIT 13