**PROPOSED TO BE FILED UNDER SEAL**

**<u>EXHIBIT 16</u>**