# PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 17**