**PROPOSED TO BE FILED UNDER SEAL**

## EXHIBIT 19