**PROPOSED TO BE FILED UNDER SEAL**

**EXHIBIT 27**