# PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 28**