

34

## All's Fair
## in Love and
## Earthquakes

I stare back at him, not sure what to expect…or what to do. There's a part of me that thinks he's going to back up and a part of me that really hopes he doesn't. A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills, because Jaxon might not be an alien, but he's not like any boy I've ever met, either. And I am more than honest enough to admit that, much as I may want him, there's no way I can actually handle him.

In the end, he doesn't kiss me. But he doesn't back up, either. And neither do I. So we stand there for I don't know how long, him looking down, me looking up, the air between us loaded, heavy, electric.

I'm in it now, captivated by everything Jaxon is and everything he isn't, despite my misgivings. I wait for him to make a move, but he doesn't. He just keeps looking at me with those midnight eyes of his, emotion he rarely shows seething right below the surface. It makes me ache for him. Makes me physically hurt as I remember the question he asked earlier, the one that started all this.

I finally have the words—or in this case, the word—to answer

c r a v e

him. "Overwhelming," I say just as he starts to slide the blanket from my shoulders.

He freezes, the blanket, and his hands, hovering somewhere around the middle of my back. "What are you talking about?"

"You asked me what it was like to just let go and purge my emotions the way I did. It feels overwhelming sometimes, even a little terrifying. But what you just did for me...made me feel safe in a way I haven't in quite a while. So thank you. Seriously."

"Grace..."

I take one step closer, until my breasts are just brushing against his chest. I don't know what I'm doing here. I've never made a move on a guy in my life, and Jaxon isn't just any guy. I'm flying blind, but that doesn't matter now. Nothing does except touching him somehow.

I want him to feel the strength of my arms around him, the softness of my body against his. And I want to feel the warm power of him against my own.

Except he's not warm at all, that hoodie of his obviously no defense against the weather, despite what he said.

"Jaxon, you're freezing!" I pull the blanket from his hands and throw it around his shoulders before wrapping it all the way around him. Then I rub my hands up and down his blanket-covered arms, trying to chafe some warmth back into him.

"I'm fine," he says, trying to back away.

"You're obviously not fine. I've never felt anyone as cold as you are right now."

"I'm fine," he insists again, and this time he does take a step back. Several steps, in fact.

Everything inside me stops. "I'm sorry. I didn't mean to invade your personal space..." I break off, because I don't know what else to say. I don't know what I've done that is so wrong.

"Grace..." His voice trails off, too. And in that moment, he

looks different than all the other times. He isn't confident, isn't amused, isn't even stoically silent as he was when I was yelling at him in the art studio.

No, right now he just looks…vulnerable.

There's a desire in his eyes, a craving that has nothing to do with wanting me and everything to do with needing me. Needing my comfort. Needing my touch.

I can no more deny him than I can jump off this tower and fly under my own power. So I follow his retreat, taking the steps that bring my body back into contact with the hardness of his. Then I cup his face in my hands, stroke my thumbs over his ridiculous cheekbones and my fingers over the jagged edges of his scar.

His breath catches—I hear it in his chest, feel it against me. And though my heart is beating faster than triple time, I don't back away. I can't. I'm dazzled, mesmerized, enthralled.

All I can think about is him.

All I can see is him.

All I can smell and hear and taste is him.

And nothing has ever felt so right.

"Can I ask you a question?" I move even closer to him, unable to stop myself. *Unwilling* to stop myself.

For a second, I think he's going to take a step back, but he doesn't. Instead, he opens up the blanket and wraps it around me, too, so that his arms are around my waist and we're both sheltered within it. "Of course."

"Who did that Klimt sketch remind you of when you bought it?"

"You." The answer comes fast and honest. "I just didn't know it yet."

And just like that I melt. Just like that, this boy—this dark, damaged, devastating boy—touches a part of me I wasn't even sure existed anymore. A part of me that wants to believe. Wants

to hope. Wants to love.

I want to reach for him, want to grab on—want to hold on—but I can't. I'm frozen, terrified of wanting too much. Needing too much, in a world where things can just disappear between one moment and the next.

"Grace." He says my name softly, half whisper, half prayer, as he waits patiently for me to look at him.

But I can't. Not now. Not yet. "Have you ever—" My voice breaks and I take a deep breath, blow it slowly out. Take another one, and blow that one out, too. Then try again. "Have you ever wanted something so much that you were afraid to take it?"

"Yes." He nods.

"Like it's right there, waiting for you to just reach out and grab it, but you're so terrified of what will happen when you lose it that you never make the reach?"

"Yes," he says again, his voice low and deep and comforting in a way that burrows inside me.

I tilt my head up until our eyes meet, and then I whisper, "What did you do?"

For long seconds, he doesn't say anything. He doesn't do anything. He just stares back at me with a look in his eyes as scarred and broken as the rest of him. And says, "I decided to take it anyway."

Then he leans down and presses his lips to mine.

It's not a passionate kiss, not a hard kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost that stretches in all directions.

But for me, at least, it's just as powerful. Maybe more.

And then—suddenly—his hands are on my upper arms, holding me in place. His fingers squeezing tightly, pulling me against him as his mouth goes crazy on mine.

Lips, tongue, teeth, it's a cacophony of sensations—a riot of pleasure, desperation, need all wrapped into one—as he takes me. As he takes and takes and takes…and gives back even more.

It's a good thing he's holding on to me because my head spins and my knees go weak at the first swipe of his tongue along mine—just like one of those heroines from a novel. I've been kissed before. But no kiss ever made me feel like this. I strain against him, try to slide my arms up around his neck, but his hands are vises on my biceps, holding me in place. Holding me still, so that all I can do is take what he gives me.

And he gives a lot, head tilting, mouth moving on mine. My head gets lighter, my knees get weaker, and I swear I feel the ground trembling beneath my feet. And still the kiss goes on.

The trembling gets worse, and it hits me a second before my knees buckle. It's not just our kiss. The earth is actually shaking again.

"Earthquake!" I manage to squeak out, wrenching my mouth from his.

Jaxon doesn't listen at first, just follows my lips with his like he wants to keep on kissing me forever. And I almost let it go, almost melt back into him—I'm a California girl, after all. If it were a bad one, things would already be falling off the walls.

But it must hit Jaxon at the same time I'm about to forget about it, because not only does he let me go, but he's halfway across the room between one breath and the next.

I watch as he clenches his fists by his sides, as he takes a long, slow, deep breath…and then another and another as the earth continues to shake.

"It's okay," I tell him. "It's just a small quake, nowhere near as bad as the one this morning. It'll be over in a second."

"You have to go."

"What?" I couldn't have heard him right. He couldn't have

c r a v e

been kissing me like he wanted to devour me a few seconds ago and now be demanding that I leave in a voice as cold as the air outside. "It's fine."

"It's not fine," he snaps out, and it's the only sign of emotion from him now that his face and eyes are blank again. "You. Need. To. *Go!*"

"Jaxon." I can't stop myself from reaching for him. "Please—"

All of a sudden, his bedroom window shatters, glass flying in all directions. It sounds like an explosion, and I let out a strangled scream as shards of glass hit me above my eyebrow and on my neck, my cheek, my shoulder.

"Go!" Jaxon shouts, and this time there's no defying him. Not when he looks and sounds so out of control.

He advances on me then, fingers flexing and eyes burning like black coals in a face livid with rage.

I turn and run as fast as my weak knees will carry me, determined to get to the staircase, to freedom, before this strange, monstrous version of Jaxon overtakes me.

I don't make it.

## 35

## Baked Alaska
## Is More than
## Just a
## Yummy Dessert

I wake up in my bedroom with bandages on my neck and face and shoulder—and absolutely no memory of how I got here.

Macy is sitting cross-legged on the end of my bed, my uncle is standing by the door, and a woman I assume is the school nurse is hovering over me. With her waist-length black hair, bloodred nails, and stern face, she looks nothing like any nurse I've ever seen, but she's got a stethoscope around her neck and a roll of bandages in her hand.

"See, Finn, here she is. I told you the sedative wouldn't knock her out for long." She smiles at me and, though it is open and inviting, she still manages to look intimidating. I think it's the long, beak-like nose, but it could also be the medicine she said she gave me. I'm awake, but I still feel really fuzzy, like nothing is quite as it appears.

"How are you feeling, Grace?" she asks.

"I'm okay," I answer, because nothing hurts. In fact, everything feels warm and floaty right now.

"Yeah?" She leans over me. "How many fingers am I holding up?"

"Three."

"What day is it?"

"Tuesday."

"Where are you?"

"In Alaska."

"Good enough." She turns to my uncle. "See, I told you she was going to be okay. She lost some blood, but—"

"Jaxon!" The warm, floaty feeling melts away as I struggle to sit up. I don't know how I could have forgotten. "Is he okay? He was…" I stop when I realize I don't have a clue what to say next. Because I don't have a clue what actually happened up in that tower.

I remember Jaxon kissing me…and probably will for the rest of my life.

I remember the earthquake.

I remember running, though I don't know why.

And I remember blood. I know there was blood, but I can't figure out why.

"Don't push so hard," the nurse tells me with a pat to the back of my hand. "It'll come if you don't try to force it."

It doesn't feel like it will come. It feels like everything's a blur, like my synapses just aren't connecting the way they should.

Exactly what kind of sedative did this nurse give me anyway?

"Macy?" I turn to my cousin. "I—"

"Jaxon's fine," she assures me.

"He saved you," my uncle tells me. "He got you to the nurse, Marise, before you could bleed out."

"Bleed out?"

Marise is the one who answers. "When the window shattered, flying glass nicked an artery in your neck. You lost a lot of blood."

"My artery?" My hand flies to my neck as terror sets in for the first time. That's how my mother died. An arterial bleed-out before the ambulance could arrive.

"You're fine," my uncle says, his voice low and soothing. He reaches for my hand, pats it a few times. "Thankfully Jaxon was there. He slowed the bleeding and got you to Marise's office before…"

"Before I died." I say what he won't.

My uncle turns white. "Don't think about that now, Grace. You're fine."

Because Jaxon saved me. Again. "I want to see him."

"Of course," Uncle Finn agrees. "Once you're up and about."

"No, I'd really like to see him now." I start kicking at my covers, which feel like they weigh a thousand pounds. "I need to make sure he's okay. I need…" I trail off. I don't know what I need, except to see Jaxon. To see his face, to touch him, to feel him breathe and know that he's really okay.

And also because I'll go out of my mind if I don't find out how he feels about the kiss we shared. Soon.

"Whoa, now." Marise puts a firm hand on my shoulder and pushes me back down against the bed. "You can see Jaxon tomorrow. For now, you need to stay here and rest."

"I don't want to rest. I want—"

"I know what you want, but that's not possible right now. You're weak." The stern look is back, and it has multiplied times ten. "I don't think you realize how serious this injury is. You need to recuperate."

"I know exactly how serious an arterial bleed is," I insist, my mother's face floating behind my eyes for a few seconds before I manage to blink it away. "I'm not planning on snowboarding down the side of Denali. I just want to see my…"

I break off because I was about to call Jaxon my boyfriend and no, just no. One kiss does not a boyfriend make, even if it was the best kiss of my life. Maybe even the best kiss in the history of the world. I mean, until the glass started flying.

I try to play it off by picking at my comforter, but Macy's wide eyes tell me I'm not doing a very good job of it.

All of a sudden, Marise and Uncle Finn are studying me a lot more closely, too, though neither of them makes a comment about my slipup. Instead, Marise simply pulls my comforter back over me and says, "Behave or I'll give you another sedative. And this time I'll make sure it knocks you out for several hours."

The threat is real—I can see it in her eyes—so I don't push to see Jaxon any more. Instead, I settle back against my pillows and do my best impression of a good little patient.

"I'll behave," I promise. "You don't need to give me a sedative."

"We'll see," she harrumphs. "You need rest, and it's my job to make sure you get it. How that happens is completely up to you."

"He's okay," Macy reassures me when I don't say anything else. "I promise, Grace. He's just busy right now cleaning up the mess in the tower."

Oh, right. Arterial bleeds aren't exactly tidy. "Is it bad?" I know it's ridiculous, but I'm embarrassed that I bled all over Jaxon's tower, that I caused all this fuss for so many people. "Does he need help?"

"I've got it covered," Uncle Finn assures me dryly. "Thankfully the earthquake only caused minimal damage throughout the rest of the castle, so all my people are up in Jaxon's room."

"You're sure?" It's a question for Macy, not Uncle Finn. I don't know why I'm being so insistent, except there's this feeling deep inside me that something isn't quite right. That Jaxon is in trouble somehow. It's probably just the medicine messing with my head, but I can't seem to shake it. I need to know for sure that he's all right.

"I swear, Grace." She reaches over from her spot at the end of the bed and squeezes my hand. "Everything is under control

with Jaxon. He's fine, his rooms will be fine soon enough, and no one else was hurt in the earthquake. You can relax."

It's hard to imagine relaxing when fear is still a tight ball in the pit of my stomach. But it's not like I have a choice with everyone hovering over me.

Though it's the last thing I want to do right now, I relax back against my pillows. Maybe if I start being more compliant, Marise and Uncle Finn will leave me alone for a while.

"Are you thirsty, Grace?" Marise asks after a moment. "Do you want some juice?"

For the first time, I realize I *am* thirsty. Like, really, really thirsty. Like, can't remember the last time I needed a drink this badly thirsty. "Yes, please. Or water. Anything would be good."

"Let's start with a little cranapple juice. The sugar will be good for you, and then we'll go from there."

"Why do I need sugar?" I ask, even as I accept the small bottle she hands me. I drink it down in one gulp and pretend I don't see the look she exchanges with Uncle Finn.

"Can I have another?"

"Of course." A second bottle appears in her hand, though I would swear she didn't even turn around. I'm too thirsty to care, though, so I take it with a murmured thank-you. I try to drink it more slowly but end up chugging this one, too.

When I'm finished, Uncle Finn takes the bottle from me. Then he strokes a hand over my hair in that way that always makes me think of my dad and says, "I'm sorry, Grace."

"For what?" I ask, confused by the words and the pained look on his face.

"First the altitude sickness, now an earthquake. I brought you to Alaska because I wanted you to feel safe, wanted to help you find a new home. Instead, you've been miserable since you got here."

"I'm not miserable," I tell him. When it looks like he doesn't believe me, I reach for his hand. "I mean, Alaska is about as different from San Diego as it can get, but that doesn't mean I hate it here. I thought I would, but I don't."

I start out meaning to reassure him, but the more I say, the more I realize I mean every word. Alaska does feel alien, but if I didn't come here, I wouldn't have met Jaxon. I wouldn't have had that incredible kiss. And I wouldn't be living with my cousin, working on a friendship that I'm pretty sure is going to last the rest of our lives.

"Besides, the altitude sickness is gone. And we have earthquakes back home, too, you know." I grin. "It's pretty much the one thing Southern California and Alaska have in common."

"Yeah, but I should have given you more of an introduction to Katmere Academy. I guess I thought ignorance would keep you safe."

"I don't think a tour of the school would have stopped me from getting hurt in an earthquake, Uncle Finn."

He smiles a little sadly. "That's not what I mean."

My radar, fuzzy as it is, goes off again. "What *do* you mean, then?"

"He means that, like any school, it takes a little time to learn the ropes here," Marise interjects, and the look she gives my uncle tells him now is not the time to discuss those ropes. "I'm sure Macy will help you out with a lot of it. Plus, you're a smart girl. I think you'll be fitting in here in no time."

I'm not so sure, but I'm not about to argue with her. Not when doing so will just keep her and my uncle here longer.

Instead, I change the subject, hoping covering the last of my medical stuff will move them along. "What about my other cuts?" My hand goes to my cheek and the bandage there. "Are they bad?"

TRACY WOLFF                              279

"No, not at all. They'll be healed in no time, and none of them was deep enough to leave a scar."

"Except on my neck."

"Yes." She sounds reluctant to admit it. "You will have a small scar on your neck."

"Better than the alternative, I guess." I smile at her. "Thanks for taking care of me. I appreciate it."

"Of course, Grace. You're a model patient."

We'll see if she still thinks so after I sneak out of my room tonight to go to Jaxon's. I want to see him, want to make sure he wasn't hurt, too. And I want to know how he feels about our kiss, if he's still thinking about it—or if he's decided I'm just too much trouble.

I also want to know what happened between the glass breaking and me getting to the nurse's office, and he's the only one who can tell me. I hate that I can't remember anything. It makes me feel completely out of control, and I can't stand that feeling. It gets my anxiety up, so much so that I'm sure I'd be on the verge of a panic attack if it weren't for the sedative.

"Is it okay that I'm still so sleepy?" I ask, not because I actually want to take a nap but because I want everyone to stop hovering. Especially my uncle.

"Of course," Marise tells me. "It will probably be tomorrow morning before all the sedation wears off." She turns to my uncle. "Why don't we head out, Finn? Give Grace a chance to rest. I'll come back and check on her before bed and, in the meantime, I'm sure Macy will get us if there's any problem."

"Of course I will." Macy gives her father the most virtuous look I have ever seen on her face or any other. If I weren't so impressed, plus desperate for Uncle Finn to leave, I'd probably burst out laughing.

"How about you?" my uncle asks, stroking a hand over the

CRAVE

top of my head. "You okay with us leaving so you can get some sleep?"

"Of course. It feels rude to sleep while you're here, but I'm just so tired, Uncle Finn." Turns out Macy isn't the only one who can lay it on thick.

"Okay, then. I'll head out. Macy, why don't you come with me? You can grab some food for you and Grace from the dining room before Marise leaves." He looks at me. "You must be hungry."

I am, actually, now that he mentions it. Starved, actually. "I would love something to eat."

"Nothing too heavy," Marise warns. "Some soup and maybe a pudding to start with. If that stays down, we can talk about something a little more substantial."

"Of course." Macy sends me a reassuring look, then loops an arm through her father's. "Come on, Daddy. Let's go get Grace that food before she falls asleep."

My uncle walks out right behind her, and I tell myself I have to remember to do something really nice for Macy to pay her back for her help with him. Doing her laundry for a month, maybe, or cleaning the bathroom the next several times.

After they leave, I'm a little nervous about being left alone with the nurse, but she seems content to let me "doze," and I'm prepared to take full advantage of it. Now that the sedative has worn off some, I feel like I've been run over by a snowplow... twice. I'm sure it's just because of all the blood loss, so I'm not worried. But it still feels gross.

A few minutes go by in silence, but Marise must figure out I'm not actually napping because she asks, "Do you have any more questions about your condition, Grace?"

"No, I'm good," I answer. But then something occurs to me. "Actually, I was wondering how long before you take the stitches out?"

"Stitches?" She seems baffled at the question, which doesn't make any sense at all.

"For the arterial tear? You did stitch it up, right? Or is that just something they do on *Grey's Anatomy*?"

"Oh, right. Of course." Now she just looks uncomfortable. "The stitches I used on the artery will melt away, so no worries there."

"And the ones on the outside? That closed the wound?"

"They'll dissolve, too," she tells me.

Her answer strikes me as odd, but I'm not a nurse, so I'm willing to go with it. At least until she continues. "Keep that cut covered, by the way. Come to me tomorrow and I'll change the dressing for you, but don't uncover it on your own for at least a week."

"A week? What about when I take a shower?"

"I'll give you some waterproof film you can put over the bandage. It will keep it dry, even when you're washing your hair."

Seems like a lot of work for a wound that is supposed to heal normally, but I'm not going to call her on it. At least not yet. Instead, I simply say, "Thanks." And this time when I close my eyes, I actually try to fall asleep.

It doesn't work, though, because no matter how drowsy I am, something just doesn't feel right here, including the fact that a school nurse sewed up my artery…and then seemed shocked at the mere mention of stitches. Where I come from, doing stitches is a doctor's job, pure and simple.

Then again, this is Alaska, and we are ninety minutes from the closest hint of civilization. It probably stands to reason that the school nurse at Katmere can do a lot more than an average school nurse. Maybe she's a nurse practitioner and that's why she can prescribe sedatives and fix arteries.

Either way, I'm grateful when Macy finally gets back. I keep

pretending to be asleep until Marise leaves, but as soon as the door closes behind her, I spring up in bed.

"What aren't you telling me?" I demand of my cousin, who screams and nearly drops the tray she's carrying.

"I thought you were asleep!"

"I wanted to make sure Marise left." I throw back my covers and swing my legs off the side of the bed so that my feet are on the floor.

"You need to lay back down," Macy admonishes.

"I *need* to find out what really happened to me," I counter. "I mean, what are the odds that the window would shatter like that during an earthquake and that the flying glass would actually nick my artery? It seems like a long shot. And then Marise told me not to look at the cut. What is that?"

"She probably just doesn't want you to freak out about it being ugly or something."

Macy sets the tray down on her desk, but she doesn't turn around to face me. Instead, she fusses with the dishes on the tray until I want to scream. After all, there's only so much prep a bowl of already heated soup needs.

Which is why I push to my feet, ignoring how light-headed I feel, and start to walk over to her. The room begins swaying before I'm halfway there, though, and I put a hand on the wall to steady myself.

Just a small nick, my ass. I'm in seriously bad shape here.

Macy turns around and shrieks all over again when she sees how unsteady I am. "Get back in bed!" she orders, grabbing my arm and throwing it over her shoulders. "Come on, I'll help you."

"Tell me the truth. Did my artery really just get nicked or is there something they're not telling me?" I ask, refusing to let her move me until I get some of my questions answered.

"Your artery was nicked. I saw the blood myself."

"That's not what I asked."

"Yeah, but that's all I know. I wasn't there when Jaxon brought you to the nurse, you know. I was at dance practice."

"Oh, right." I sigh, fighting the urge to pull out a chunk or two of my hair. "Sorry. I just feel like something is off about this whole story."

"I don't know, Grace. It makes sense to me. Although I do feel like you have the worst luck ever. That tree branch breaking and now the window. It's weird."

"It *is* weird. That's what I was thinking earlier. I mean, the odds are way skewed. I just don't know what to think about it."

"Right now? You don't have to think about anything that doesn't involve crawling back into your bed and getting some sleep. Marise would kill me if she saw you up wandering around the room."

"And what's up with that?" I demand, even as I let Macy help me to my bed. "She's, like, the scariest school nurse anywhere."

"She's not so bad. She's just...serious."

I snag the pencil bag off my desk on my way by. I've got a mirror inside, and I want to get a look at the damage. "Yeah, that's one way to describe her."

"What kind of soup do you want?" Macy asks as she settles me down into a bed whose sheets seem a lot smoother than when I climbed out of it. Which makes no sense, considering Macy has been across the room the whole time.

"Hey, did you fix this?"

"What?"

"My bed. It was a mess when I got out of it."

"Oh, yeah. I, uh..." She moves her hand horizontally in a kind of smoothing motion.

"When?" I must be more out of it than I think. I didn't even

see her come over here.

"I did it when you were leaning against the wall. You had your eyes closed for a minute, and I didn't want to disturb you while you were getting your bearings."

Again, that doesn't seem right. I was sure she came directly over to me once she realized I was standing. Then again, I'm the one who's totally drugged while she's the one who has all her faculties about her. Besides, what does it matter anyway? It's not like my bed made itself.

"Well, I appreciate it," I say as I pull back the covers over me. "So thanks."

"No worries." Still, she looks a little white as she reaches for the food tray. "I brought potato, chicken noodle, and corn chowder. I didn't know what kind of soup you like."

"Honestly, I'm hungry enough that I'll eat anything. Pick what you want and give me whatever's left."

"Umm, no. You're the sick one."

"Exactly. I'm so drugged, it won't matter. Besides, tomato soup is pretty much the only kind I really don't like, so just give me something."

In the end, she hands me the corn chowder and a bowl of canned fruit—peaches this time.

I end up scarfing down half the bowl in three minutes flat. Macy eats at a more sedate pace, taking a couple of bites and then asking, "Hey, why exactly were you in Jaxon's room anyway? Last I heard, he was avoiding you."

The last thing I want to do is tell Macy about how I was crying. I don't want her to worry about me, and I definitely don't want her thinking that she hasn't been wonderful since I got here, because she has. "We were talking, and he offered to show me the meteor shower."

"The meteor shower? That's the best you've got?"

"It's the truth. It was gorgeous. I've never seen one so bright before."

She still looks skeptical. "And how exactly were you watching this meteor shower from inside his bedroom?"

"We were on the parapet *outside* his bedroom. We'd just crawled back through the window when the earthquake hit."

"The earthquake."

"Yeah, the earthquake. You know, that whole *ground shaking* thing that happened about five thirty this afternoon. It must have been an aftershock from this morning."

"Oh, I know about the earthquake. We all felt it."

"So why are you acting like I'm losing it?"

"I'm not. I was just thinking… I mean, it's probably silly. But what exactly were you and Jaxon doing when the earthquake hit?"

I freeze at the question, my gaze fastening on the wall directly behind her ear. But it doesn't really matter where I look, because I can feel my cheeks heating up.

"Oh my God. Were you—" Her voice drops. "Were you *hooking up* with him?"

"What? No! Of course not!" Pretty sure my cheeks just went from pink to bright red. "We were…"

"What?"

"Kissing. He was kissing me, okay?"

"That's it? Just kissing?"

"Of course that's it! I met the guy less than a week ago."

"Yeah, but…it seems like it would have to be more than that."

"What does? I mean, I'm not even sure he likes me."

Macy starts to say something but must think better of it, because in the end, she just shakes her head and stares down into her soup like it's suddenly the most interesting thing on the planet.

"Seriously?" I implore. "You don't get to do that. I answered

all your questions. You need to answer mine!"

"I know. It's just—" She breaks off as a knock sounds at our door. Of course. "It's probably my dad wanting to check on you again," she says as she climbs to her feet. "He's not very good at waiting on the sidelines, especially when someone he cares about is sick."

I put what's left of my soup on my nightstand and burrow down under my covers. "Will it offend you if I pretend to be asleep? I'm really not up for talking to anyone else right now."

"Of course not. Fake sleep away. I'll let him get a good look at you, and then I'll kick him out."

"Best. Roomie. Ever."

I close my eyes and roll onto my side—face toward the wall—while Macy goes to answer the door. I can hear a deep murmur from whoever is on the other side of the doorway, but I can't understand the words.

It must be Macy's dad, though, because she answers, "She's fine. She just had some soup, and now she's sleeping."

More murmuring from that deep voice and then Macy offering, "Do you want to come in and see for yourself? Nurse Marise gave her a lot of medicine. She's still drugged to the gills."

There's a little more murmuring, not much. And then Macy closes the door.

"Coast clear," she says, but her voice sounds a little off.

"Hey, I'm sorry if I made you feel like you had to lie to your dad. If you want to call him back—"

"It wasn't my dad."

"Oh. Who was it, then? Cam?"

"No." She looks a little sick as she admits, "It was Jaxon."

I spring up in bed for the third time tonight. "Jaxon? He was here? Why didn't you let him in?" I throw back the covers and climb out of bed, searching the room for my Chucks, but they're

nowhere to be found.

"I did invite him in. He's the one who declined."

"Because you told him I was sleeping." I give up on the shoe hunt and head for the door.

"Where are you going?" Macy squeaks.

"Where do you think?" I pull open the door. "After Jaxon."

## 36

# No Harm,
# All Foul

I charge out of our room, figuring I'll catch Jaxon a few doors down. But the hallway is completely empty. Still, he couldn't have gone far, so I take off toward the main staircase. Worst-case scenario, I know where his room is, even if a cleaning crew is currently in there.

I finally find him on the stairs, taking them three at a time. He's not alone, though—Liam and Rafael are with him, and all three of them seem like they're in a really big hurry.

I should probably let them go, but he's the one who came to my room, not the other way around. Which means he wanted to see me.

It's that thought that galvanizes me, that has me calling out his name as I move to the top landing.

He stops on a dime. All three of them do, and then they're all staring at me out of the same blank eyes. I have a second to try to absorb the direct impact of all that male beauty and intensity—it's a lot—before Jaxon is bounding back up the stairs.

Liam and Rafael watch for a second, their faces locked in that expressionless look I'm coming to hate. But then they both give me a little wave, plus Rafael adds a thumbs-up, before they

turn away and bound down the stairs.

"What are you doing out here?" Jaxon demands, and just that quickly, he's in front of me. Only his face isn't blank. It's livid with a mixture of self-loathing and regret, his eyes an incandescent black that has shivers sliding through me for all the wrong reasons.

"Macy said you were looking for me."

"I wasn't looking for you. I came to make sure you were okay."

"Oh." I hold out my arms, do a little self-deprecating shrug. "Well, as you can see, I'm fine."

He snorts. "Pretty sure that's a matter of opinion."

"What's that supposed to mean?"

"It means, you look like you're going to fall down any second. I don't know what you were thinking to come running down the halls after you nearly bled to death. Go back to bed."

"I don't want to go back to bed. I want to talk to you about what happened this afternoon."

"Blank" doesn't describe what happens to his face. It goes beyond blank, beyond empty, until there's absolutely nothing there. No sign at all of the Jaxon I watched the meteor shower with. Definitely no sign of the boy who kissed me until my knees buckled and my heart nearly exploded.

He looks like a stranger. A cold, emotionless stranger, one who has every intention of ignoring me. But then he finally answers. "You got hurt. That's what happened."

"That's not all that happened." I reach for his arm—I want to touch him, feel him—but he steps out of reach before my fingers can so much as brush against his shirt.

"It's the only thing that happened that matters."

Ouch. My heart falls straight to my feet as I struggle with the fact that he's grouping our kiss in with all the things he thinks *don't* matter.

For long seconds, I don't know what to say. But then I ask the one question that's been burning inside my brain since I woke up. "Are *you* all right?"

"I'm not the one you need to worry about."

"But I am worried about you." It's a lot to admit—especially when he's working so hard to shut down everything between us—but that doesn't make it any less true. "You look…"

His eyes meet mine. "What?"

"I don't know." I shrug. "Not okay."

He looks away. "I'm fine."

"Okay." It's obvious he doesn't want to talk to me right now, so I take a step back. "I guess I—"

"I'm sorry." It sounds like the words are dragged out of him.

"For what?" The apology astounds me.

"I didn't protect you."

"From an *earthquake*?"

His gaze swings back to mine, and for a second, just a second, I can see something in his eyes. Something powerful and terrible and all-consuming. But it's gone as quickly as it came and then he's back to showing nothing. "From a lot of things."

"From what I understand, you saved my life."

He snorts. "That's the point. You don't understand much. Which is why you should go back to your room and forget all about what happened earlier."

"Forget about the earthquake?" I ask. "Or forget about you kissing me?" I don't know where I got the guts to bring it up… except, truth is, it's not bravery so much as desperation. I have to know what Jaxon's thinking and why he's thinking it.

"Forget about it all," he answers.

"You know that's not going to happen." I reach for him once more, and this time he doesn't jerk away. Instead, he just watches me as I rest my hand on his shoulder, hoping the contact will

remind him of what it was like to touch me. Hoping it will break through the barriers he's erected between us.

"Yeah, well, it needs to happen. You have no idea what we just did."

"We kissed, Jaxon. That's all we did." It felt momentous, important—it still feels that way to me—but in the grand scheme of things, it really was just a kiss.

"I keep telling you that it doesn't work like that here." He shoves a frustrated hand through his hair. "Don't you get that? You've been a pawn since you got here, a chess piece to move around the board to get the desired result. But now...now we've upped the stakes. This isn't just a game anymore."

He might mean his words as warnings, but they feel like body blows.

"I was a game to you?"

"You're not listening." His eyes glow incandescent with the effort of holding in emotions I can't even begin to decipher—no matter how much I wish I could. "From the moment I kissed you. From the moment you got hurt, everything changed. You were in danger before, but now—"

He breaks off, jaw clenching, throat working. Then says, "Now I've all but put a bull's eye in the middle of your back and dared someone to take a shot."

"I don't understand. You didn't *do* anything."

"I did *everything*." He moves then, swift as one of those shooting stars from last night, until his face is right up in mine. "Listen to me. You need to stay away from me. I *need* to stay *away* from you."

His words send a chill through me, make my mouth go dry and my palms sweat. And still I can't just walk away. Not when he's standing right here. "Jaxon, please. You're not making any sense."

crave

"Only because you refuse to understand." He backs away. "I have to go."

The words hang in the air between us—dark and somber—but he doesn't go. He doesn't do anything but stand there, staring at me with tortured eyes.

So *I* do something. I step forward until our bodies are just barely brushing against each other.

It's not much, but it's enough to have heat pooling in my stomach and electricity crackling just below my skin. "Jaxon." I whisper his name because my vocal cords have forgotten how to work. He doesn't answer me, but he doesn't move away, either.

For one second, two, he just stands there looking down at me, his gaze locked with mine. His body pressing forward into mine.

I whisper his name again, and it's almost enough. I can see him waver, feel him lean more heavily against me.

But then he snaps out of it, his voice cutting like broken glass as he tells me, "Stay away from me, Grace." He turns away, takes the steps three at a time, and doesn't stop until he's on the landing ten feet below. Then, without turning around, he calls up to me. "It's the only way you're getting out of this school alive."

"Is that a threat?" I ask, more shaken than I want to admit—to him or to myself.

"I don't make threats." The *I don't have to* hangs in the air between us.

Before I can respond, he puts two hands on the iron banister and vaults straight over it. I let out a strangled scream, rush to the edge of the staircase, half afraid I'll see his mangled body down below. But not only is he not lying broken on the ground three stories below, he's nowhere to be seen at all. He's vanished, right into thin air.

37

## Don't Ask the Question if You Can't Handle the Answer

I stand, staring down at where Jaxon should be but isn't for several seconds. He couldn't have just disappeared. It's impossible.

I start down after him—the sane way—but I've barely made it four steps before someone is calling behind me. "Hey, Grace! Where are you going?"

I turn to see Lia coming across the landing toward me. She's dressed in all black, as per usual, and looks totally badass in a chic, feminine way. Also as per usual.

"I wanted to talk to Jaxon, but he's too fast for me."

"No news there. When Jaxon doesn't want to be caught, he's too fast for everyone." She rests a hand lightly on my shoulder. "But, Grace, honey, are you okay? You don't look so good."

I'm pretty sure that's the understatement of the year, so I just kind of shake my head. "It's been a weird day. And a long one."

"It always is when Jaxon is involved," she tells me with a laugh. "What you need is a little more of my tea and some girl time. We should arrange that for later."

"Yeah, definitely."

"In the meantime, maybe you should go after Jaxon.

Otherwise who knows how long he'll brood."

I think about it, I really do. But I have no idea where he went—or even if he's still in the castle. And if he's not inside, it's not like I can exactly go chasing after him in my pajamas.

Which is why, in the end, I just kind of sigh and say, "I think I'm going to go back to my room for now. Maybe try to text him."

"Oh, yeah, of course you *could* do that." She sounds a little patronizing, but it could just be that I'm pissy. Which is why, when she says, "Here, let me help you back to your room. You look like you're going to collapse at any second," I try not to be annoyed.

I *feel* like I'm going to collapse at any second, but I figure that's no one's business but my own. Especially in this school, where physical weakness seems like a character flaw.

Which is why, instead of answering her, I cast one more look down the stairs after Jaxon—to no avail—before turning to walk back the way I came. Lia seems to think I'm going to fall at any moment, though, because she walks right next to me, hand up like she's prepared to catch me if I fall. Which I absolutely am not going to do. I've caused enough trouble this week to last a lifetime.

"So what's going on?" she asks as we slowly make our way back to my room. "I thought I'd see you at dinner, but you weren't there."

"Oh, yeah. I had a little...accident."

"I can see that." She eyes the bandages covering too many of my visible surfaces. "Anything serious? Because you look like you went three rounds with a polar bear. And lost."

I shake my head with a laugh. "A little flying glass from the earthquake earlier, no big deal."

"Oh, right. The earthquake." She studies me for a second. "You know, we've had more tremors since you got here than

we've had in the last year. I'm beginning to think you brought them with you, California girl."

I snort. "Yeah, I've already had that discussion today. But I have to tell you, I never got hurt like this from a quake in California."

"Oh yeah? Well, you know what they say about Alaska."

"North to the Future?" I respond, quoting the state motto I found online when I was researching this state.

She laughs. "More like, everything here is designed to kill you in ten seconds or less."

"I thought that was Australia?"

"I'm pretty sure it works for any place that begins and ends with an A." She grins, but there's a bite to the words that reminds me just how bad things can get here. I may have fallen out of a tree and gotten cut by some glass since I got here, but Lia lost her boyfriend. And Jaxon lost his brother.

"How are you doing?" I ask as we get closer to my room.

"Me?" She looks startled. "You're the one who's all cut up."

"I didn't mean physically. I meant…" I take a deep breath, blow it out slowly. "About Hudson. How are you doing?"

For a second, just a second, rage flashes in her eyes. Towering, unadulterated, infinite. But then she blinks, and it's replaced with a bland, pleasant expression that is somehow a million times worse than the fury beneath it.

"I'm doing all right," she says with a strange little smile that makes me ache in sympathy. "I mean, I'm not good. I'll never be good. But I've figured out how to say no, so that's something."

"To say no?"

"Yeah, we talked about this before. Everyone wants me to just move on, and I can't. They tell me that nothing has to change, that Jaxon's a perfectly good replacement—"

"Jaxon?" My whole body tightens up at the mention of his

name linked with hers. She can't be serious…can she?

"I know. It's absurd. He and Hudson are nothing alike. And I don't care about politics or family dynasties even if he does. I just want Hudson back."

I'm reeling under the news that she and Jaxon are supposed to be together—and the implication that *he's* willing to go along with it. But she looks so small when she says it, so exposed, that my heart twists for her.

Besides, it doesn't make sense. Not with the way he held me earlier. Not with the way he kissed me. He didn't do either of those things like a guy who had another girl on his mind. He did them like a guy who was as desperate for me as I was for him.

Yeah, he tried to take it back on the stairs a few minutes ago, but you can't just take something like that back. Not when I've never felt anything close to it before in my whole life, and I would swear he never had, either.

So what's all this about, then? What's Lia getting at? And why is she talking about it to *me*, of all people?

I don't have answers to those questions and, more than likely, I'm not going to find them standing in the middle of the dorm hallway. Especially not when the combination of sedative and blood loss is still fogging up my brain, making me feel like half my body isn't even here.

On the plus side, we're finally back at my and Macy's room. I'm exhausted and more than ready to be back in my own bed. I'm also more than ready to be away from Lia, at least until I figure out if I'm being paranoid or if she's trying to subtly warn me off Jaxon because she considers him hers.

If that is what she's doing, it isn't going to work. Not when I already feel this connection to Jaxon. It's strange, I know, considering we've spent as much time sniping at each other as we have talking, but the more time I spend with him, the more

time I want to spend. Like there's something pushing me toward him, making me want him. There's not a chance her subtle little speech about how everyone wants her and Jaxon to be together because of *family* reasons is going to change that.

I reach up to knock—I was in such a hurry to get to the incredible disappearing Jaxon Vega that I forgot my key—but the door flies open before my fist can so much as touch the wood.

"There you are!" Macy exclaims. "I was just about to come looking—"

She breaks off when she sees Lia standing behind me. "Oh, hi, Lia." She nervously smooths her hair down. "How are you?"

"Good," Lia tells her dismissively before turning back to me with a concerned look on her face. "Rest up, okay, Grace? I'll come by to check on you tomorrow. Bring you a special blend of tea that will help you feel better faster."

"You don't have to do that." I cross through the beaded curtain into my room. "But I appreciate you walking me back. Thanks."

"Of course. And the tea is no bother." She smiles sweetly. "Get some rest."

"I will. Thanks." I don't bother to smile.

"Thanks for bringing her back. I appreciate it," Macy tells her with a grateful smile that gets my back up.

Lia ignores her. "I can bring the tea by now if you want it, Grace."

"I'm good." I wave a dismissive hand at her as I flop down on my bed. "I think I'm just going to sleep."

To prove my point, I lie down on my freshly made bed (again) and turn so I'm facing the wall, my back to the door—*and* Lia. I know it's rude, but right now, I don't actually care. I'm *so* done with this conversation, and for the moment, I'm done with Lia, too. Not just because of the Jaxon thing but because I really don't

like how she treats Macy. I can't stand how abrupt she is with her, like my cousin is some annoying puppy nipping at her shoes.

There's some soft murmuring from the door—my cousin apologizing to Lia for my churlish behavior, I'm sure—and then the door closes softly.

I roll over right away, and as I do, I come face-to-face with the bag of cookies and fresh glass of juice Macy has put on my nightstand.

"You really are the best cousin in the world," I tell her as I sit up. "You know that, right?"

"I do," she agrees, settling down on the bed next to me. "How are you feeling?"

"The truth?"

"Always."

"Awful. I should have listened to you." But it's ridiculous. And I hate it. All I did was run down the hall after Jaxon, and my body feels weak, exhausted.

"No shit." She reaches for the glass of juice and holds it out to me. "Drink up, buttercup."

For the first time, I can't help thinking about how much blood I must have actually lost.

It's that thought that has me taking the glass from her and downing the juice in a couple of swallows. It's what also has me eating a cookie even though my stomach is roiling and food is the last thing I want.

Macy watches me like a hawk, then smiles her approval when I manage to choke down a second cookie as well as a glass of water. Only then does she ask, "So are you going to tell me how you left here chasing Jaxon and came back with Lia?"

"Not much to tell. Jaxon did what he always does."

"And what's that?"

"He disappeared."

Macy nods. "Yeah."

I think about the look on Jaxon's face when I was trying to talk to him at the top of the stairs, then I think about what Lia just let "slip."

I think about the way Jaxon has managed to help me every time something bad happens to me. And I think about how he finds it so easy to walk away, time and time again.

It's enough to have my already addled brain begging for mercy.

"We should get some sleep," Macy says and, for the first time, I realize she's already in her pajamas. "It's after two."

"It's really that late? How long was I out?"

"Long enough." She gives me a hug before crawling off my bed. "Get some sleep. We'll talk more about the ins and outs of Jaxon Vega's brain tomorrow."

I nod and try to do as she suggests. But I can't stop thinking about how late it is. And about how much time I've lost. I must have been out a lot longer than I thought if it's really—I pick up my phone to check the time—2:31 in the morning.

There are a couple of messages from Heather—about how much Calculus sucks and how she wishes she could work up the nerve to talk to Veronica (her current crush). I shoot back a couple of texts of my own. Nothing about my most recent near-death experience, just encouragement about Veronica and Calculus. Plus a little whining of my own over Jaxon.

She doesn't answer—probably because it's the middle of the night. So I spend a few minutes scrolling through my Insta feed. As I stare blankly at the pics, I can't help thinking about this afternoon. Can't help wondering what happened in the time I was so out of it.

Was it exactly as Marise said? That Jaxon rushed me to her office and she drugged me so she could repair the "nick" in

my artery? Or is there something more to the story, something that accounts for why my uncle was so nervous and Jaxon so determined to put distance between us?

It's these thoughts that have me staring at the ceiling until nearly three in the morning.

These thoughts that finally have me heading to the bathroom and closing the door between Macy and me.

And it's these thoughts that have me peeling back the bandage I promised I wouldn't lift for at least a few days and staring at the cut on my neck.

Or, more precisely, at the two perfectly round, perfectly spaced puncture marks about an inch below a jagged cut.

# 38

## Nothing Says
## "I Like You"
## Like a Fang to the Throat

Needless to say, there's no going to sleep after that.

There's no doing anything except checking and rechecking my throat about a thousand times in the next two hours as I wait for the last of the drugs—and what I'm hoping is some kind of bizarre hallucinogen—to wear off.

Because if this isn't some drug-induced hallucination, then nicked arteries and aliens are the least of my concerns.

Part of me wants to get up and go for a walk to clear my head, but memories of what happened the other night are still fresh. After the day I've had, and what I just saw in the mirror, I'm pretty sure I'm going to lose my shit completely if anyone tries to hassle me tonight. Especially when a glance out the window reveals that the moon is still high in the sky.

Not that that should matter in a normal world, but "normal" has pretty much been a distant memory since I set foot in this place. Just the thought has me running my fingers over the bandage on my neck, my mind racing all over again as I try to figure out what could possibly have caused the puncture marks on my neck.

I mean, sure, if I was living in a horror novel, there would

be an obvious explanation for those perfectly placed, perfectly spaced punctures. But I'm not Bram Stoker, and this isn't Transylvania, so there has to be another reason.

A snake? Two shots to my neck? A really mean practical joke?

It has to be something. I just haven't figured out what it is yet.

The fact that I can't help but remember Jaxon's warning about the full moon and his sneered comment about Marc and Quinn being animals doesn't make it any easier to be logical. Nor do Macy's warnings that Flint and Jaxon come from different worlds, that they're just too different to ever get along.

It has to be the drugs, right? It has to be.

Because what's skating around the edges of my mind is totally absurd. Completely bonkers. There are no such things as monsters, just people who do monstrous things.

Like this.

If Marise didn't give me a couple of shots in the neck, then this *has* to be a practical joke. Jaxon *has* to be messing with me. He has to be. There is no other reasonable explanation.

This is the idea I hold on to all through the next couple of hours, the mantra I repeat to myself over and over and over again. And still, as soon as the clock on my phone hits six a.m., I'm up and in the shower—being careful, as instructed, not to get the bandage on my neck wet.

After all, what do I know about vampire bites? The last thing I need to do is aggravate the thing…

Not that this is a vampire bite or anything. I'm just saying, at this point I'm taking nothing for granted.

After I'm dressed in a black skirt, black tights, and purple polo shirt this time, I arrange my hair so it covers both my neck bandage and the cut on my cheek, grab my lined hoodie, and sneak out of the bedroom before Macy's alarm even goes off. Part of me wants to wake her up and ask her the question burning

itself indelibly within my mind, but I don't want her to lie to me.

I'm also not sure I want her to tell me the truth.

Jaxon, on the other hand… If he lies to me, you'd better believe I'm going to stake him through his fangy black heart. And yes, I know that makes no sense. I just don't happen to care at this exact moment.

I march through the school like a woman on a mission. The fact that I'm also still a little dizzy—just how much blood did I *lose*, anyway?—makes things particularly interesting, but there's no way I'm lying around in bed, waiting to talk to him, for one second longer.

I make it up to the tower in about five minutes flat, which pretty much has to be some kind of record, considering it's all the way at the other end of the castle. But when I rush through the alcove to pound on Jaxon's door, there's no answer.

I keep pounding, and when that doesn't work, I text him. And call him. And then pound some more. Because this can't be happening right now. He can't really not be here when I most need answers from him.

Except apparently he can. Damn it.

Frustrated, pissed off, and more worried than I'd like to admit, I drop down on one of the overstuffed chairs in his reading alcove and stare at the now-boarded-up window that started all this so I can pretend not to notice that the rug that was here yesterday is now gone.

Then I lean back and prepare to wait Jaxon Vega out.

Fifteen minutes later and I'm pretty much climbing the walls. Half an hour later and I'm firing off more than a few obnoxious texts to the raging jackass. And forty-five minutes later, I'm contemplating burning down the whole freaking tower…at least until Mekhi walks in, sleepy-eyed and amused.

"What are you smiling at?" I demand none too politely.

"You look cute when you're grumpy."

"I am *not* grumpy."

"Oh, right. You're pissed off beyond belief and more than capable of ripping Jaxon's fat black heart out of his chest and stomping on it?" He quotes my most outrageous text back to me, I assume to embarrass me. But I am beyond being embarrassed. I mean, I have fang marks in my neck. *Fang marks.*

"Exactly," I answer with a glare. "Not to paraphrase Sylvia Plath or anything."

"Not to paraphrase her *badly*, don't you mean?"

"Keep it up and I'm going to get pissed off at you, too," I add. He smiles, but before he can say something that makes me want to punch him in his ridiculously pretty face, I demand, "Where's Jaxon? And why is he hiding from me? Or showing you my texts?"

"He's not hiding from you."

"Oh, really?" I walk over and ceremoniously knock on his door. Once again, there's no answer. "Pretty sure he is."

"Really? And why would he be hiding from you exactly?" Mekhi crosses his arms over his chest and grins at me, brows raised and head tilted.

"Because of this." I reach up and rip the bandage off my throat, turning my head so Mekhi can see what I saw.

I take a perverse kind of satisfaction in watching the grin drop from his face. In watching his eyes widen and his face go slack with shock. "What the hell! Who bit you?"

Oh God. My stomach revolts, and for a second, I think I'm going to throw up as nausea washes through me. He didn't deny someone bit me. He just asked *who* bit me, like it's perfectly normal that I have two puncture wounds on my neck.

Like it's perfectly normal that there might be someone or, judging by his question, a *lot* of someones at this school who walk around biting people.

Fear skitters up my spine at the implication, has the hair on my arms and the back of my neck standing straight up.

"Grace?" Mekhi prompts when I'm too busy trying not to hyperventilate to answer him. "Who bit you?"

"What do you mean, who?" I nearly choke on the words. "Jaxon bit me. Obviously."

"Jaxon?" He shakes his head, a little wild-eyed. "No, I'm pretty sure that's not how that went down."

"What do you mean? Of course it is. I was up here, got cut by glass, and Jaxon bit me. I'm sure of it."

"You remember that happening? Just like that? You remember him biting you?"

"Well, no." I'm pretty sure I'm as wild-eyed as he is at this point. "But if it *wasn't* him, then who the hell was it?"

"I have no idea." He pulls out his phone and fires off a series of texts.

My head is swimming. Because of everything he's said *and* everything he hasn't. The only things that bite people are animals and— No. I'm not ready to go there yet. Not ready to actually think the word. My brain might explode.

"I swear to God, if you're messing with me, Mekhi... If this is all just some great, big practical joke you guys cooked up, I'm going to *murder* you all. Like, disembowel you while you're still alive and feed your entrails to whatever poor, starving polar bear I can find. We're clear about that, right?"

"Crystal." His phone vibrates with several return texts, and his face gets even more grim as he reads them. "It definitely wasn't Jaxon."

The shiver along my spine turns into a violent chill, one that makes it hard for me to think. Hard for me to breathe. "How do you know he's not just saying that?"

"Because Jaxon doesn't lie to me. And because he is currently

c r a v e

freaking the fuck out." His phone buzzes again, and he reads the newest messages before continuing. "He wants you to sit tight. He's on his way back. He'll be here in a few hours."

"On his way back?" My head is actually threatening to blow up. Like, it seriously might just explode right here, right now, and then it won't matter who made these marks on me or why. "Where exactly did he go?"

"The mountains."

"The mountains? You mean *Denali*?"

Mekhi doesn't look at me when he answers. "Farther than that."

"Farther than... How much farther are we talking about here?"

He shakes his head. "Don't worry about it."

"Don't you tell me not to worry about it." I poke him in the shoulder. "I'm the one with fang marks in my neck from some asshole's practical joke, and Jaxon is the last one who saw me besides the medical professional. So I'm going to worry until he gets back here and explains this to me. Okay?"

"Okay, okay!" He pretends to rub the spot I poked. "Jeez, woman. You definitely know how to make your point."

"Yeah, well, you might want to pass that along to your mountain-traversing friend. And by the way, why aren't you freaking out that I have fang marks in my neck?"

"I *am* freaking out! Jaxon's freaking out. We're all freaking out."

"Yeah, but you're freaking out because you don't know *who* bit me. You're not freaking out because—oh, I don't know— *someone bit me*!"

"Oh yeah." He shoves his hands in his pockets, looks anywhere but at me. "I think I'm going to leave that for Jaxon to explain."

"Because he's just so talkative."

I'm completely fed up with both of them at this point, not to mention the entire situation, so screw it. Just screw it. I push off the chair and head for the door.

Except Mekhi gets there before me—the boy sure can move fast when he wants to—and blocks my path. "Hey. Where are you going?"

"Back to my room to get my stuff. I have class." And a cousin who I am totally prepared to torture the truth out of if I have to. I move to go around him, but he shifts to block my path.

"I told you Jaxon wants you to stay put. Just…I don't know, grab a book and a blanket and curl up by the fire." He gestures to the empty fireplace.

"There's no fire."

"I'll build one. It'll take me five minutes, I promise."

"Mekhi." I speak slowly and in the most reasonable tone I can manage, but I can see that just makes him warier. Smart boy.

"Yes, Grace?"

"If Jaxon wants me to stay put, maybe he should have done the same. As it is, he's on some mountain God only knows where doing God only knows what, and I'm here with inexplicable *fang* marks in my neck that happened when I was *unconscious*." The terror is back, so I focus on the anger. It's so much easier to deal with. "I assume you can see why I don't actually give a *damn* what Jaxon wants right now."

"Um, yeah. I absolutely can see that." He gives me the grin that I'm sure normally gets him everything he wants in life and more, but I refuse to cave. Not now and not over this. "How about we compromise? You go back to your room and chill until Jaxon gets here. That way you'll be safe, and then you two can figure this out together."

"You really think I need to hide from some moron with a staple remover or a pet snake?"

"A staple remover didn't make those marks, Grace. And neither did a snake. I think you know that, or you wouldn't have been up here pounding on Jaxon's door at six in the morning."

His acknowledgment of the elephant in the room—or should I say the monster—has a kind of calmness washing over me from the top of my head to the tips of my toes. Maybe it's the medicine, maybe I'm going into shock, or maybe I'm just relieved to have someone finally being real with me.

Whatever it is, I take a deep breath and hold on to it with both hands as my very first conversation with Jaxon plays through my head. *There are more things in heaven and hell, Horatio, than are dreamt of in your philosophy.* And then I ask him—because I have to hear it out loud: "So what *did* make these marks?"

For long seconds, he doesn't answer. And then, just when I've given up on him speaking at all, he says, "The truth is, Grace, sometimes the most obvious answer really is the right one."

39

## There's Never a Hallucinogen Around When You Need One

Mekhi and I don't have a lot to say after that charming revelation—except for him insisting on escorting me back to my room. I mean, there really isn't much to say, considering I can't decide if I should trust him or not. I don't know this guy. I mean, yeah, Jaxon trusts him, but Jaxon is currently MIA, so that's not exactly a ringing endorsement.

The fact that Jaxon's been blowing up my phone with text messages for the last fifteen minutes doesn't matter much to me, either. I texted him earlier, and the only response I got was him sending Mekhi. So now he can ask Mekhi what he wants to know about me, because I am *not* answering.

Childish? Maybe. Prudent? Absolutely. Because in the mood I'm in, I'm afraid I'm going to say something I'll regret. Better to calm down and talk to him in person when he gets back. And also, if he tries to lie to me right now, I'll burn whatever is growing between us straight to the freaking ground.

Mekhi tries to start conversations several times on the way back to my room, but I'm too shell-shocked to participate much. It's not that I'm ignoring him; it's just that my head is spinning. This has to be a nightmare. It's the only reasonable explanation.

Eventually, Mekhi gives up on the small talk. It should be a relief, but that just leaves silence to stretch between us.

Still, it might just be the most awkward silence of my life, so I expect him to cut and run the second he delivers me to my door. Instead, he waits until I get the door unlocked.

"I'm not inviting you in," I tell him without so much as bothering to turn my head to look at him.

"I don't expect you to." But the moment I get the door open, he slaps his palm flat against it to keep me from closing it. He doesn't step inside, though, just stands as close to the threshold as he can get without actually crossing over it. Which seems strange, considering the beads are probably shocking the hell out of him— at least until I remember one of the first rules of vampire lore.

That they can't come inside unless they're invited in.

Which only makes his behavior more upsetting and me more freaked out—even before it becomes obvious that he's going to prevent me from closing my door until he decides it's okay.

"Hey! What are you doing?" I grab his arm and start trying to tug him back through the door.

He just shrugs me off. "Don't worry. I'm not getting any closer." Then he grins at my cousin. "Hey, Macy."

"Hi, Mekhi." She's still bleary-eyed and in her pajamas, which probably accounts for why she doesn't notice the power struggle going on between us. The cup of coffee in her hand attests to the fact that we didn't wake her up, but I'm still glad she wasn't in her underwear or something. "What's up?"

"Nothing. He was just leaving." I shoot him a warning look.

He doesn't even pretend to look shamefaced when he says, "Jaxon doesn't want her going to class today."

"Okay." She doesn't even pause.

"Okay?" I demand. "Jaxon doesn't get to tell me—"

"My dad already told her teachers she wouldn't be there after

what happened yesterday. Great minds and all that." She scowls at me. "You're supposed to be in bed."

"You going to stay with her?" Mekhi asks before I can defend myself.

"Yeah, absolutely. Why? What's going on?"

"I don't know yet. But I'm pretty sure that's what Jaxon aims to find out."

Macy's face tightens. "Is something wrong?"

"I don't know yet." Mekhi nods toward me. "I'll let her tell you about it."

"You know I'm standing right here in front of you, yeah? Which means you can talk *to* me instead of *over* me."

Mekhi's brows hit his forehead. "Oh, really? Because I'm pretty sure I already tried that."

"You know what? Bite me." I make an oops face. "Oh right, I forgot. Someone already did."

Macy whips her head around like it's on springs. "What did you say?"

"She knows, Mace."

If possible, my cousin turns even paler. "What exactly does she know, Mekhi?"

"You can go now," I tell him, grabbing on to the edge of the door and using it to back him off the threshold.

"Look, Grace, I'm really sorry," he says right before I get the door closed.

I pause. "Did you bite me?"

"What? No! Of course not."

"Then you've got nothing to apologize for." I sigh as some of the rage drains away. "I'm not mad at you personally, Mekhi. I'm just mad...and scared."

"I get that." He looks hesitant. "Does this mean you're not mad at Jaxon, either?"

crave

"Oh, no. I've got *all* the anger stored up for Jaxon, so don't you dare go telling him otherwise."

"Believe me, I won't." Mekhi grins. "The last thing I'm interested in doing is getting in the middle of *that* argument. Besides, it might be time someone takes my boy down a peg or two."

"More like twelve," I answer with a snort. "Now go away. I have stuff to do."

With that, I close the door right in his face. And now that it's just Macy and me, everything suddenly gets a whole shit ton more real.

I take a second to gather my wits, to try to formulate what I want to say. But Macy jumps in before I can do much more than have an OMG moment.

"Grace, it's not—"

I turn to face her. "I'm going to ask you one question, Macy. Just one. And I want you to be totally honest with me. Because if you're not...if you're not, I'm going to pack up all my shit and go back to California. I'll stay with Heather; I'll file for emancipation; I'll do whatever I have to do. But I swear, you will never see or hear from me again. Got it?"

If it's possible, she grows even paler. Plus, if her eyes got any bigger, they'd take over her entire face. But that doesn't stop her from nodding and saying quietly, "Okay."

"Are you a vampire?" I can't even believe I'm asking the question.

"What?" She shakes her head vehemently. "No."

The answer has me sagging with relief...at least until I realize one question isn't going to cut it. I have *dozens.*

"Is your father a vampire?"

"No."

"Was *my* father a vampire?"

"Absolutely not." She reaches a hand out to me. "Oh, Grace, is that what you're afraid of?"

I blow out a long breath as the biggest, tightest knot in my stomach unwinds. "At this moment, I don't know what I'm afraid of, Macy. But since you're not acting like I'm losing my mind for asking these questions—and I have a perfect bite mark on my neck at this very moment—I assume that means vampires are real."

"They are, yes."

"And they go to this school."

She nods. "Yes."

"And Jaxon is a vampire." I hold my breath as I wait for her answer.

"I really think you should talk to him about that, Grace. I mean—"

"Macy." I drop the anger, let her see the fear and frustration that are riding me hard. "Please."

She just looks at me, her face miserable.

"I thought we were friends, not just family."

"We are. Of course we are."

"Then tell me the truth. Is. Jaxon. Vega. A. Vampire?"

Macy sighs. "Yes."

I was expecting it—I was—and still it explodes over me like a grenade. My knees go out from under me, and I hit the floor hard.

"Grace!" Macy's next to me in the space between one second and the next. "Are you okay?"

"I have no idea." I close my eyes, lean my head back against the door, which is conveniently close to where I dropped. "That's why he can be outside without a jacket."

"Yes."

"So that means Lia…"

"Yes."

I nod. "Flint?"

"No, no. Flint's definitely not a vamp."

I close my eyes as relief sweeps through me, at least until she continues. "He's a…"

"What?" I open one eye. "He's a what?"

"I'm not sure you're ready."

"Will I ever be ready? Finish the sentence, please. He's a…"

"Dragon."

Now I open both eyes. "Say that again?"

She sighs. "He's a dragon, Grace. Flint is a dragon."

"Of course he is. You mean he's got—" I hold my arms up and kind of flap them up and down.

"Yes, he's got wings."

"And…fire?" I answer my own question. "Of course he does. With a name like Flint, how could he not?"

My brain is imploding. I can feel it actually turning to mush and folding in on itself under the weight of all this new information. I mean, who needs LSD when you go to Monster High?

Even worse, something tells me we aren't done yet. Which is probably what leads me to snark, "And that makes you what? A fairy?"

"I'm not a fairy." She sounds insulted.

"Not a fairy, not a vampire, not a…dragon?"

Macy sighs. "I'm a witch, Grace."

I run her words back through my head another time or five, but still. They make the least amount of sense of anything I've heard this afternoon. "I'm sorry?"

"You heard me." Now she's smirking at me. "And you want to know something else?"

"At this point, no. I don't. Not even a little bit. I'm done. My brain is—"

"You should have been one, too."

40

# Be Careful
# What You Witch For

Her words go off like a bomb inside me. They can't be right—*she* can't be right. I mean, the whole idea is absurd.

"I'm sorry, but you just blew it." Not for the first time in the last ten minutes, I stare at my cousin like she's a few pieces of straw short of a broomstick. Or, perhaps more appropriately, as if she's taken to riding a broom around our dorm room in a pointy black hat.

"Whatever prank this is, whatever weird-ass mass hallucination you have going on here, you took it one step too far with that claim. Because I may be a lot of things, but I am not, nor have I ever been, a witch."

I wave my hand in a magic-wand kind of gesture. "See, nothing happens. No glass dissolving and sending you tumbling into a snake pit. No ruby-red slippers to click together and take me home. No poisoned apple or magic mirror. So no, definitely not a witch."

Macy laughs. She actually laughs. "I'm not saying you *are* a witch. I'm just saying that if your dad hadn't fallen in love with your mom and lost his magic, you probably would be."

"Wait a minute. You're saying my dad *was* a witch?"

crave

"A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing."

I'm pretty sure my mind has stretched as far as it can go before just full-on caving in on itself. "I don't understand. How could my dad be a witch and I not know it?"

"Because he lost his powers when he fell for your mom. Witches aren't supposed to marry ordinary humans—weakens the bloodlines. So usually, when a witch falls in love with one, they...lose their powers."

"So my dad was a warlock, but then he wasn't. And that's why I'm not a witch?" Looks like I was wrong. My mind can still boggle.

"Pretty much. Yeah."

"Are you screwing with me, Macy?" I ask, because I have to. "I mean, you have to be messing with me, right?"

"I'm not messing with you, Grace."

"Are you sure? Like...really sure?"

She leans over and hugs me. "I'm really, really sure."

"Yeah, I was afraid of that." I just sit there for a minute, trying to absorb what she's telling me. "And my dad was okay with that? Losing all his powers?"

"From what my dad says, he really loved your mom. So yeah, he was."

"He did love her. They loved each other a ridiculous amount." I can't help but smile a little as I remember. "They were totally the parents who couldn't keep their hands off each other. I used to tell them how gross they were. But honestly, it was kind of nice, you know? To see that two people could love each other that much after so many years."

"I bet." Macy sighs wistfully.

"So," I say, trying to act like I'm okay with everything I've just learned. "I'm related to witches, huh?"

"Yeah. Bizarre, right?"

"A little bit." I eye her speculatively. "So...can you fly around the room or something?"

"To prove I'm not messing with you?" she asks with an arch of her brow.

"Maybe." Definitely.

"No, I can*not* fly around the room."

"Why not?" I ask, strangely disappointed.

"You know this is real life and not a book, right? Things like that don't actually happen."

"Well, what kind of witch are you if you can't do something an eleven-year-old kid can do?"

"The kind that doesn't come from J. K. Rowling's brilliant imagination." She waves a hand toward the electric teakettle that always sits on top of the fridge. It starts steaming and whistling instantly.

I try to tell myself that she had it turned on the whole time, but a quick glance reveals that it's not even plugged in. Because of course it isn't. Why would it be?

She doesn't stop with the teakettle, though. She waves her hand again, murmurs something under her breath, and I watch in fascination as she makes a cup of tea without ever leaving her spot on the floor.

"That's a real cup of tea?" I ask her as it comes floating across the room toward us.

"Of course it is." She snatches the cup out of midair, then holds it to me. "Want a sip?"

At this point, I'm pretty sure I'd rather drink rat poison. "I think I'll pass, thanks."

She shrugs, then lifts the tea to her own lips and blows a few times before taking a small sip.

"Why didn't you tell me about this when I got here? Why

didn't your dad?"

For the first time, she looks shamefaced. "I think he was planning to, but you kept getting hurt, and it never seemed like a good time."

"I'm not sure there's ever a good time to tell someone that monsters are real." I shake my head, try to remember how to breathe. "I can't believe this is happening. I just…can't believe it."

"Sure you can," she says with a sly smile. "Otherwise you wouldn't be so freaked out."

"I'm not freaked out. I mean, yeah, I'm on the floor and I can't feel my legs, but other than that, I think I'm handling the whole thing fairly well."

"Of course you are." She grins. "Except for the fact that every word that's come out of your mouth for the last ten minutes has squeaked."

"That's—" I pause and clear my throat because maybe, just maybe, I'm a little high-pitched. "What do you expect? You and Mekhi are trying to convince me that I'm living in the middle of a less bloody version of *Game of Thrones*. And winter is already here."

Macy laughs, then raises a brow. "You don't actually believe high school is a *less* bloody version of *Game of Thrones*, do you? I mean, how many times have you almost died since you got here?"

"Yeah, but those were accidents. I mean…they were accidents, right?"

"Probably." She inclines her head. "Yeah, they were. But Jaxon's freaking out, and he never freaks out, so…"

"He's freaking out because someone *bit* me! Someone who isn't him, I mean." I pull off the bandage for a second time and turn my head so she can see the puncture marks just below my cut.

"Oh! Is that what this is all about?" She sounds way too

relieved, considering I just told her some vampire sunk his or her teeth into me without my permission.

Then again, do they ever ask permission before they bite? And if so, who would be foolish enough to say yes? One more question to add to the tally of about a hundred or so I have waiting for Jaxon.

"I can explain everything," Macy adds flippantly.

"Oh, well, okay then." I make an expansive go-ahead gesture, then continue. "Please feel free. Explain away."

"Marise did that to you."

"The school nurse?" I don't know why that shocks me so much, but it really, really does. "Marise is a vampire, too?"

"She is. And she didn't have a choice. She had to bite you if she had any hope of repairing your arterial tear."

I narrow my eyes at her. "I thought it was a nick?"

"It was a tear. And you almost died. You would have died, in fact, if Jaxon hadn't been there and done what he did to save you."

"You mean running me to the nurse's office?" The squeak is back.

"I mean sealing your wound so you wouldn't bleed out while he got you to the nurse's office." She puts her cup of tea aside and reaches for my hands. Then, as she's squeezing tight, she continues. "Vampire venom has a lot of different properties, depending on what the vampire intends. Jaxon didn't bite you, but he did use his venom to seal your wound. And from what I understand, he was a little too thorough, and Marise couldn't get through it to actually suture the wound."

"So she bit me and got through that way?" I try not to shudder at the thought of her teeth sinking into my neck. When I believed it was Jaxon, it *freaked* me out but didn't *gross* me out. I can't say the same about having anyone else's teeth in me, though.

"She bit you and injected her own venom, using the

anticoagulant properties instead of the coagulant ones. It was enough to break down what Jaxon had done and let her heal you properly."

"So vampires can just do that? Just...override each other's venom?"

"Keep in mind, I'm not a vampire, but—"

"Right. You're just a witch."

She ignores my interruption. "I don't think they can. At least, not normally. But she's an older, more mature vampire and she's also a healer, which gives her extra abilities in times like that. It's why she's the school nurse. But from what my dad said, it still took a lot of skill and venom to undo what Jaxon had done. That boy was determined to save you."

Not going to lie, hearing that feels good. But I'm still mad at him, even though right now, I'm not sure why. Except... "So what you're saying is that I have two vampires' venom running through my blood right now?"

Macy settles back with a laugh and an eye roll. "Trust you to focus on that."

"I'm sorry, but it's pretty hard not to focus on it when every vampire movie I've ever seen is playing in the back of my head. I mean, I'm not going to..." I mime getting fangs.

She cracks up. Like full-on, rolling on the floor, laughing her ass off.

"That's not a no!" I whine.

She sits up, wiping tears from her eyes even as she continues to giggle. "No, Grace, you're not about to sprout fangs and start sucking people's blood. You're fine. In fact, the only reason you're alive is because a vampire was with you. And not just any vampire, but Jaxon. Most of the others would have had a really hard time stopping themselves from..."

"Drinking me dry?" I finish the thought she very obviously

Tracy Wolff

didn't want to.

She rolls her eyes. "Yeah, that's not how I would have put it."

"Doesn't make it any less true, though, does it?"

Macy doesn't answer, just grabs her teacup and stands.

I follow her, unwilling to just let her walk away right now when I still have so many questions. About vampires. And witches. And dragons, for God's sake. How can *dragons* exist and the rest of the world not know about it?

Speaking of which… "There aren't any other creatures here that you forgot to mention, right? No zombies, no unicorns, no—"

"Werewolves."

"Exactly. No werewolves."

"I wasn't saying no, Grace. I was answering your question."

"Oh." I swallow. "So…vampires, dragons, witches, and werewolves."

"Well, if you're going to get technical, they're wolf shifters really, more than werewolves."

By all means, let's get technical at this late date. "And the difference is?"

"Werewolves need the full moon. Wolf shifters can shift anytime. Same with the dragons."

"So Flint can be a dragon anytime he wants?"

"Flint *is* a dragon, all the time. He can shift between his dragon and human form whenever he wants."

"I have so many questions." And most of them start and end with *how is this possible?*

"I know." She leans over and gives me another hug.

"Marc and Quinn?" I think about the guys who tried to throw me out in the snow the first night. "Wolf shifters?"

"Yeah. Who apparently do get a little extra wild around the full moon." She shakes her head, obviously still annoyed. "The jerks."

"No argument here. They really were douches." I pause as something occurs to me, then say, "But they listened to Jaxon, even though he's a vampire."

Macy snorts. "I'm sorry, but haven't you noticed? *Everyone* listens to Jaxon."

"Yeah." Like in my Brit Lit class yesterday, when no one would come in. "Why is that exactly?"

"It's a really long, really messed-up story, which I'm happy to tell you. But I'm seriously starving. Can I answer the rest of it over breakfast in the dining hall?"

"Yeah, of course. But I thought you told Mekhi we weren't going to leave the room until Jaxon gets here."

"I told him we weren't going to class. And if the bite on your neck is what's got their panties all wadded up, then it's no problem. We know where the bite came from, and we know that it's harmless. So we'll just go grab a quick breakfast and be back in the room before Jaxon even gets here."

She's right. I know she's right. Plus, it's not like I'm going to ask how high every time Jaxon expects me to jump. Everyone else at this school might listen to him, but I'm not some supernatural creature. I'm human, and now's as good a time as any for Jaxon to figure out I don't play by the same weird, convoluted, *terrifying* rules everyone else around this place does.

"Sounds good," I tell her. "Turns out, I'm suddenly really hungry, too."

"I bet. Massive blood loss will do that to a girl," Macy says as she disappears into the bathroom, a pair of school sweats and PE T-shirt in her hands.

She comes out two minutes later, and not only is she dressed, but her hair is slicked back in an adorable style, and her face looks like she spent half an hour putting on makeup in front of the mirror.

Tracy Wolff

"What happened to you?" I demand.

"Oh, just a little glamour." She wiggles her fingers in front of her face. "And can I say how glad I am that you know now? My life is going to get so much easier."

"Apparently." Suddenly self-conscious, I grab my purse off my desk and pull out the peach lip gloss I always keep in the inside pocket. I swipe it over my lips as we head out the door. "So how exactly do you do that glamour thing?"

"Oh, it's just a little trick all witches know."

"Yeah, well, flying's still cooler," I tease.

"Maybe." She closes the door behind me. "But there's a lot I can do that you don't know about yet."

"Like what?" I ask, totally fascinated.

"Pretty sure that's for me to know and you to find out..."

41

## Vampires, Dragons, and Werewolves, Oh My!

The halls are crowded as we make our way to the dining hall—it's thirty-five minutes before first period starts, and apparently everyone in the school tries to eat during the same half an hour period. Which makes sense. I mean, if I'm not worrying about bizarre fang marks or trying to fit in at a new school, I don't want to get up one second sooner than I have to, either.

Still, now that I know, everything feels even weirder than normal. People move by us, jostling Macy, bumping into me, or even skirting us entirely the same as they did yesterday. But today, all I can do is look at them and wonder. Vampire? Shifter? Witch? *Dragon?* It's so strange, like falling into the pages of a fantasy novel...or a horror movie, depending on how this all goes.

As we walk, I kind of assign monsters to people based on characteristics they exhibit, but I have no idea if I'm right or not. For example, the really athletic ones who bound down the hall with all the energy, I figure must be wolves. But Jaxon moves hella fast when he wants to, so I could be completely wrong.

I want to ask Macy, just to see if any of my guesses are right. But it seems rude to whisper about people's ...species? Identity?

Whatever I'm Supposed to Call It? in the middle of the hall where anyone can hear. Or, for that matter, to whisper about it at all.

But at the same time, don't I kind of need to know? Like, if I cut my finger in front of a dragon, I figure it won't matter at all. But what happens if I do it in front of a vampire? Do I need to run, or is everything going to be okay?

And why are vampires even in the dining hall if they drink blood? I mean, I saw Jaxon eat that strawberry at the welcome party, but he didn't touch any of the food at breakfast yesterday. And now that I think about it, neither did any of the other guys.

And if Jaxon does drink blood regularly, where does he get it? Where do any of the vampires get it? I mean, short of kidnapping a fully stocked bloodmobile every day—which seems an impossible feat anywhere, let alone in the middle of freaking Alaska—where do they get the blood?

More importantly, do I really want to know the answer to that question?

Also, I've seen Jaxon and Lia outside during the day. I mean, it wasn't super sunny, but it was definitely not pitch-black, either. So does that mean the whole *vampires can't be in the sun* thing is a myth? If so, there are a lot of stories throughout history that got it wrong.

It's so confusing. Like, supremely confusing, especially since there's a part of me that still thinks Macy and Mekhi are just messing with me. I mean, yeah, I saw what she did with that teacup, but still… Witches? Dragons? Vampires?

Can I just say that I'm *really* beginning to miss my alien theory?

Especially when we step in the cafeteria and—surprise, surprise—everyone is looking at me. Per usual. I thought it was because I was the new girl. Now I can't help but think it's because I'm the *human* girl. Which then leads to thoughts about whether

or not any of them are thinking about eating me.

Do wolf shifters eat humans? Or is it just vampires? What about dragons? What do they eat?

I really hope human isn't on their delicacy list. Then again, wishing hasn't gotten me much in the last month. I can't expect it to get me this, either.

"You know what?" I tell Macy as we make our way to the buffet table at the front of the dining hall. "Maybe I should go back to the room."

"What's wrong?" She searches my face with a concerned frown. "Are you feeling dizzy? Or weak?"

"I'm feeling…out of place."

"Oh." Understanding dawns. "They're the same people you went to class with yesterday. The same people you had a snowball fight with the day before that."

"The same people who have been watching me since I got here. I thought they'd be over it by now, that they'd get used to me. But they're *never* going to get used to having a human here."

"I hate to be the one to break it to you, Grace, but the stares you're getting these days have way more to do with Jaxon than they do with you."

I don't bother to hide my confusion. "What do you mean?"

"I mean, he's a big deal here. Obviously. And he's shown an interest in you. Which makes *you* a big deal. It also makes you the person eighty percent of the female population wants to murder."

"Because they're jealous, right? Not because—"

"Yes, Grace." She rolls her eyes. "Because they're jealous. They want to be where you are."

"Bandaged up and sore, with a weak ankle and a vampire bite in my neck?" I joke.

"Exactly," she deadpans back. "Now, can we please get in line? It's chocolate croissant day, and they go fast."

"Of course." I gesture for her to precede me. "Who am I to get between a girl and her chocolate croissant?"

"A question every guy in the place asks himself at least once on Wednesdays," a familiar voice says from right behind me.

"Hi, Flint." I turn to him with a little bit of a forced smile. Not because his being a dragon makes me like him less, but because his being a dragon *FREAKS ME OUT.*

"Hey, New Girl." He looks me over. "Gotta say, I'm not a huge fan of your new look."

I touch the bandages self-consciously. "Yeah, me neither."

"I bet." He reaches out, rubs a reassuring hand up and down my non-damaged arm. "You don't look so good. Why don't you go sit down and let me bring you a plate?"

"You don't have to do that."

"I know I don't *have* to. But I still feel guilty about the whole *falling out of the tree* thing. This will help me make up for it." He gives me a beseeching look.

"What do you have to feel guilty about? You saved me from getting hurt worse." For the first time, I wonder if the reason he didn't get hurt at all is because he's a dragon. If so, then I'm glad he isn't human, glad that he wasn't in jeopardy because of me.

I look up at him with his incredibly handsome face, his glowing amber eyes, his charming grin, and wonder if I'm seeing the dragon or the human. Or maybe I'm seeing both. Who knows?

And then he raises his brows at me, and I wonder why it even matters when Flint—whatever and whoever he is—is my friend.

"Thank you again for that, by the way. I really appreciate it."

"Stop it, Grace. You wouldn't even have been up that tree if it weren't for me."

"I think we're just going to have to agree to disagree on this," I tell him.

"Fine. We'll agree to disagree...as soon as you let me bring you breakfast." He gives me his most charming grin, the one that would probably knock my socks off if I hadn't seen Jaxon first.

But I did see Jaxon, and now he's pretty much all I *can* see, vampire or not.

I start to argue with Flint some more—I'm sick of people treating me like an invalid—but we're holding up the line. And since the last thing I want to do is make an even bigger spectacle of myself, I just give in.

"Fine. I'll take a chocolate croissant if you can get one."

"Oh, I'll get one," he assures me.

"I have no doubt. And some fruit, if there is any."

"Sure. And what do you want to drink?"

I grin. "Surprise me."

His eyes darken, and for a second, something flashes in them. But before I can figure it out, it's gone, and the lightness is back. And so is the teasing as he says, "Believe me, I intend to."

Then he grabs both my shoulders and turns me around. "I'm sitting over there." He points toward the end of the center table. "There're a few extra seats. Why don't you head that way, and I'll be over as soon as I get our plates?"

"Sounds good." I do as he says, stopping just long enough to let Macy know where we'll be sitting.

Flint watches me the whole time, but I figure that's because he doesn't trust me to actually sit down. What he doesn't realize is that when the alternative is standing around awkwardly waiting for him while everyone looks on, it takes all my self-control not to run to a seat. Preferably in the back corner of the room.

Especially when I see Mekhi and Luca heading my way, dark frowns on their usually relaxed faces. I think about waiting for them, but I don't really want to hear what they have to say. And I don't want to explain to them why Macy and I decided it would

be okay to come to the dining hall—at least not in front of most of the student body.

So instead of waiting for them to catch up, I do what any girl who doesn't want to deal with a boy would do—I take off toward another boy's territory. In this case, the table where Flint and his friends are sitting.

It may not be the bravest or brightest move, but it's definitely the path of least resistance. I'm not ashamed to admit that I could do with a little less resistance and a little more easy in my life. Especially today.

I'm pretty sure it would have worked, too—the Order and Flint dislike each other *that* much—except for the terrible wrenching sound that splits the air directly above me just as I get close to Flint's part of the table.

## 42

# Good Thing
# Pancakes Aren't on
# Today's Menu

It's a horrific noise, and I glance up, trying to figure out what could possibly be making it, just in time to see the biggest crystal chandelier in the place pull free of the plate holding it to the ceiling. I have about half a second to think, *Oh shit*, and then someone is there, slamming their body into mine.

The hit knocks the breath out of me—or maybe it's the subsequent slam, face-first, into the nearest wall that does it. Either way, it's a struggle to get my breath back, especially since there's a long, lean male body pressed against my back, his arms caging me in on either side.

I realize that at the same time there's a gigantic crash. For a second, all I can hear is the tinkle of glass as it shatters and flies, hitting everything in its path. The boy behind me grunts and wraps himself more tightly around me, and that's when I know. I may not be able to draw a full breath yet, but there's enough oxygen in my body for my brain to function again. And my newly functioning brain registers one thing above all else—that the guy currently wrapped around me is *Jaxon*.

"Are you okay?" he demands as soon as the glass stops flying.

I don't answer him—I can't. My lungs still aren't working at

full capacity yet and neither is my voice.

I try to nod, but that's obviously not good enough for him because he's whirling me around, his hands skimming over my body as he orders, "Answer me, Grace! Are you all right?"

"I'm okay," I finally manage to gasp out. But that's when I get my first good look at him and realize that while I may be okay, he very definitely isn't. "You're bleeding."

"I'm fine." He shrugs it off. "Does anything hurt?"

"I'm not the one who's injured." I run a light finger over the right side of his face, pausing at the bloody parts. "What are you even doing here? I thought it would take a couple more hours for you to get back."

His dark eyes smolder at me—and not in a good way. "Obviously."

I don't know what to say to that, and he doesn't look like he's in the mood to listen anyway, so I reach into my purse (score one for vanity) and pull out the tiny first aid kit I keep inside it. It's a habit I picked up after my parents died in the car accident—ridiculous, since it would have taken more than a first aid kit to save them, with their injuries. Still, Heather's mom suggested it when I was freaking out right after they died, and for whatever reason, it calmed me down. Today's the first day it's actually going to come in handy, though.

"Sit down," I tell him, and when he doesn't move, I put my hands on his chest and gently push.

He doesn't budge.

"Please," I ask, moving a hand up to cup his uninjured but scarred cheek. "You're hurt. Let me take care of you."

For long seconds, he still doesn't move, just stares at me, unblinking. It sends chills down my spine—I don't think I've ever seen Jaxon this furious. Which...fine. He can be as angry as he wants as long as he lets me treat his wounds. "Please," I say

c r a v e

again, and this time I accompany it with a little shove to his chest.

He still doesn't say anything but slowly, grudgingly, he allows me to guide him to the nearest chair.

Macy makes it to me right around the time I get Jaxon settled. Tears are pouring down her face as she throws her arms around my neck. "Oh my God, Grace! Are you all right?"

"I'm fine, I'm fine," I tell her even as I try to disengage from her hug. What is wrong with her and Jaxon? Can't they tell that he's the one who's hurt? Maybe it's not a big deal when vampires bleed; I don't know. But it's a big deal to me.

I pull an antibacterial wipe out of the pack and press it gently to his cheek. He doesn't wince. In fact, he doesn't move at all—just stares stonily ahead. Still, I clean the wound carefully, making sure there's no glass in it, before squeezing ointment onto his cheek and following it with a Band-Aid. I have a moment of wondering if he needs the ointment—can vampires even get infections? But he doesn't stop me, and neither does Macy, so I figure even if it's not necessary, at least it won't hurt anything.

By now, adults are swarming the dining hall, teachers checking for injuries and trying to clear students out of the room as quickly as possible. It's a surprisingly quiet affair, one I don't pay much attention to as I move on to the jagged cut on Jaxon's arm.

I'm pretty sure it looks worse than it is, considering he hasn't bled much and it's already clotting. I wonder if maybe their venom isn't the only thing with a quick coagulant in it. Still, I clean it as thoroughly as I did his cheek. I have to admit I'm a little surprised no teacher has come by and tried to bundle him off to the nurse, but maybe there are people with worse injuries and I just don't realize it.

It's not until I finish bandaging his arm and step back that I realize there's a very good reason no one has tried to take Jaxon

for medical attention. It's the same reason that the room is so quiet despite everything that's happened.

The five other members of the Order have surrounded us.

They're several yards away, but they have definitely formed a perimeter around Jaxon and me, one that no one but Macy has been able to get through. Not that many people are exactly trying. Flint's getting into it with Byron, who isn't budging, but other than that, everyone else is standing back. Watching and obviously waiting, though I'm not sure for what.

It's an eerie feeling to know that they're expecting something that I don't understand, and it has my stomach dropping and nerves skittering along my spine. I assume it's because I've done something wrong, but what was I supposed to do? Just leave him bleeding?

"I'm…sorry." I say it haltingly as I'm packing up my first aid kit. "I guess I shouldn't have done that."

"Don't apologize," Jaxon growls as he stands up. "And don't duck your head like that. No one in here has the right to say a damn thing to you."

"I just wanted to help. And to thank you for saving me."

"I wouldn't have had to save you if you'd been in your room, where you were supposed to be. Where I told you to be." He grinds the last sentence out between clenched teeth.

I take offense at the *where I told you to be* part of his statement, but considering he's still shaking a little bit, I decide not to make an issue of it. Yet. Instead, I explain, "Macy and I were hungry. Plus, once we figured out the mystery of the bite, we figured it would be fine for us to come down to breakfast. It turns out the nurse—"

"Chandeliers don't fall on their own," he tells me. "And neither do tree branches."

"The tree branch didn't just fall. The wind was out of control."

"There are at least two hundred people in this room alone capable of making that kind of wind. And almost that many capable of dropping that chandelier." He's speaking softly now, so softly that I have to strain to hear him, even though he's right in front of me. "I keep trying to tell you, but you won't listen. Someone is trying to kill you, Grace."

# 43

## What Doesn't Kill You Still Scares the Hell Out of You

At first, his words don't register. And when they finally do, it takes a few more beats for me to remember how to form my own words.

"Kill *me*?" I finally whisper back to him as my stomach plummets and a chill works its way down my spine. Or I should say, I *try* to whisper because it's pretty hard to keep my voice super low now that the squeak is back.

I would be embarrassed, but to be honest, I feel like I've got a lot to squeak about. It's been one hell of a morning, and the hits just keep on coming. "That's ridiculous," I tell him even as I wipe my suddenly damp palms against my skirt. "Why?"

"I don't know yet."

I take a deep breath, try to get my racing heart back under control as I struggle to think through the panic slamming through me. It takes a minute, but I finally get the anxiety to recede enough that I can answer, "It doesn't make sense. I'm harmless."

Especially at this school. I mean, I'm not a threat at a regular high school. I'm sure as hell not a threat at a school where a quarter of the residents can shoot fire and fly.

"There are a lot of words I'd use to describe you, Grace.

'Harmless' isn't one of them." He glances around the room, eyes narrowed, whether in thought or warning, I can't be sure. "And if *I* know that, so do they."

"Jaxon." I wrap my arms around my waist and rock back on my heels a little as I try to convince him to see reason. As I try to convince *myself* that his words don't mean anything. "You can't really believe that. You're just upset at the near miss. You're not thinking clearly."

"I always think clearly." He starts to say more, but then something over my shoulder draws his attention. His eyes narrow to slits that have my heart racing all over again.

I turn and follow his gaze, only to find him staring at the rope that ties to the chandelier so it can be lowered for cleaning. Or should I say what's left of the rope, because even from here, I can see that it's in two pieces.

"It broke," I tell him, but there's an uncertainty to my voice when I say the words. Because how often does one of those ropes actually break? "Sometimes ropes—"

Jaxon interrupts me with, "Your uncle's here," and a small shake of his head.

"So? I want to talk about this."

"Later."

Before I can voice another objection, Uncle Finn closes in.

"Grace, honey, I'm so sorry it took me this long to get to you. I was out on the school grounds." He pulls me into a hug and holds me tight.

Normally, I'd find it comforting—the way he feels and smells so much like my dad. But right now, all I can think about is the look in Jaxon's eyes when he said someone was trying to kill me. His face was completely blank, completely unreadable. But burning deep in his eyes, where most people don't get close enough to look, was the most terrifying rage I've ever seen.

I don't want to leave him alone with it, don't want to let him stay trapped in his own head. But no matter how I pat Uncle Finn's back and assure him I'm okay, my uncle doesn't seem to be letting go any time soon.

"I can't begin to tell you how horrified I am that this has happened to you," he says when he finally pulls back. His blue eyes, so like Macy's and my father's, are sad and shadowed. "Once is unacceptable. Twice in two days…"

I guess I should count myself lucky he doesn't know about me falling out of that tree a few days ago. Three near-death experiences in a week are a lot for anyone.

Then again, when I think of it like that, suddenly Jaxon doesn't seem so paranoid. And maybe I don't seem paranoid enough.

"Well, let's get you out of here," my uncle says. "We hadn't planned on you going to class today anyway, but I would like to talk to you before you go back to your room."

"Oh, sure." I can't imagine what there is to talk about—I mean, what is there to say except *whew, close call*—but if it will make him feel better, I'm all for it.

Except every instinct I have is screaming at me not to leave Jaxon, screaming that this isn't the time to walk away from him, though I don't know why. "But can I come by your office a little later? I have a couple of things I need to do first—"

"Jaxon's already gone, Grace." I whirl around to find that my uncle is right. Jaxon *is* gone. "And I want to talk to you before you see him again anyway."

I don't know what that means, but I don't like the sound of it. Any more than I like the fact that, once again, Jaxon took off without so much as a goodbye.

*How does he do it?* I wonder as I reluctantly follow my uncle. How does he just disappear without my even hearing or

sensing him moving? Is it a vampire thing? Or a Jaxon thing? I'm pretty sure it's a Jaxon thing, but as I walk toward the dining hall doors, I realize every other member of the Order is gone, too. They all left, and I didn't have a freaking clue.

Which only backs up what I was telling Jaxon before my uncle showed up. I'm just a harmless human—why on earth would anyone here think I'm dangerous enough to try to kill me?

I mean, Jaxon, sure. I'm surprised they aren't lined up around the castle to take a shot at him—everything about the guy screams total, complete, *absolute* power. I'm pretty sure the only thing keeping him safe is that those same things also scream dangerous as fuck. I can't imagine anyone here being foolish enough to challenge him—even Flint backed down right after the snowball fight.

Which is why dropping a chandelier on Jaxon makes sense. But dropping one on me? Come on. One bad spell, wolf attack, or even *earthquake*, and I'm a goner. Why go through the trouble of bringing an entire chandelier down on top of my head when a broken window nearly did me in all on its own?

Uncle Finn doesn't say anything as we walk to his office and neither do I. I have to admit I am surprised, though, when he turns down what has to be the least-ornate corridor in this entire place and then stops in front of the most boring-looking door. Doesn't exactly jive with my idea of any headmaster's office, let alone the headmaster of a school that's taken on the responsibility of educating students from a wide range of paranormal backgrounds.

That impression is only reinforced when he opens his door and ushers me inside the most boring room in existence. Gray carpet, gray walls, gray chairs. The only spot of brightness in the room—if you can even call it that—is the heavy cherrywood desk loaded down with piles of papers, files, and an open laptop.

Basically, it looks like every other principal's office I've ever seen—except the window coverings are sturdier and the gray carpet is a little more plush.

He catches me staring and grins. "Surprised?"

"A little bit. I thought it would be more…"

"More?" His brows go up.

"Just more. No offense, Uncle Finn, but this has to be the most utilitarian room I've ever seen. I guess I expected a witch to have more flair."

"Good thing I'm not a witch, then, huh?"

"What?" My mind boggles. "I thought— Macy said— I don't—"

"Relax, Grace," my uncle says with a laugh. "I was just trying to lighten the mood. Macy told me she spilled all the tea."

"No offense, but it's kind of hard to keep the tea in the pot when I have fang marks in my neck."

"Touché." He inclines his head, gestures to one of the plain gray chairs in front of the desk as he walks around to the back of it. "Have a seat.

"I *am* sorry you had to find out that way," he continues when we're both seated. "It's not what I wanted for you."

He looks so miserable, I want to tell him it's okay, except it really isn't. "Why didn't you tell me? Or my dad? Why didn't he ever admit that he was a—" I break off, still having a hard time wrapping my head around the fact that my dad was a real-life witch. Or at least he'd been born one.

"I believe the word you're looking for is warlock," my uncle tells me, filling in the word I'm having such a hard time saying— and believing—with a sympathetic smile. "And yes, your father was a warlock—and very powerful at one point."

"Before he gave it up for my mother."

"It's a little more complicated than that." My uncle makes a

face, kind of wobbles his head back and forth. "No warlock gives up his power willingly, but some, like your father, are willing to risk everything for the greater good."

That's not how Macy described it, which makes me wonder just what my cousin doesn't know about my father. And what my uncle does. "What—what do you mean?" I ask as my heart skips a beat. "What did he do?'

For a second, my uncle looks far away, but his eyes clear at my question. "It's a long story," he tells me. "One for another day, considering you've got more than enough going on for this morning."

"Pretty sure I have enough going on for a lot of mornings," I answer. "For *all* the mornings, really."

"Yeah, you do." He sighs. "That's actually what I want to talk to you about. You've had quite a first week, young lady."

Talk about an understatement. I wait for him to say more, wait for the other shoe to drop even though it feels like a hundred have already fallen, but time passes and he doesn't say anything. Instead, he just kind of steeples his hands in front of his chin and stares at me across the desk. I don't know if he's doing it because he's waiting for me to break or if he's just trying to figure out the right way to say whatever he wants to say. I figure it must be the latter, because I haven't done anything wrong. I have no secrets to spill, especially not compared to the man who runs a school for monsters.

The prolonged silence does give me time to think, though. About all the wrong things. Including the fact that in the last week, what little control I've had over my life has disappeared completely.

I mean, seriously. Death by chandelier has to be one of the most random and bizarre deaths on the planet. The whole thing seems ridiculous, no matter what Jaxon says. But losing my

parents the way I did—having them go from happy and alive to cold and dead in the space from one minute to the next—has taught me just how easy it is for life to be extinguished.

As simple as the blink of your eye, the snap of your fingers, making the wrong turn at the wrong time…

I squeeze my eyes shut as the images flood back, desperate to stem them before they fill my head. Before they overwhelm me and bury me in the grief I'm only just learning how to crawl out of.

The pain must show on my face, because suddenly my uncle is breaking the silence to ask, "Are you sure you're okay, Grace? That chandelier was huge—and terrifying."

It *was* huge and terrifying, and I'm not sure how my life has gone so completely out of control. Five weeks ago, Heather and I were shopping for homecoming dresses and complaining about AP English. Now I'm an orphan living with half an encyclopedia of supernatural creatures and dodging death on the regular. At this rate, my only hope is that the universe doesn't hold a *Final Destination*–type grudge.

"I'm fine," I tell him, because physically I am. There's not even a scratch on me—or at least, not a new one. "Just a little shaken up."

"Give me a break, kid. *I'm* traumatized, and I wasn't even there. I can't believe you're only a little shaken up." He reaches for the hand I have resting on the desk and pats it a little awkwardly. I know he's trying to be comforting, but his eyes are filled with worry as they search my face.

I do my best to make sure there's nothing for him to find there, and I must succeed because, eventually, he shakes his head and leans back in his chair. "You're just like your mother, you know that? She always faced whatever life handed her head-on, too. No tears, no hysterics, just cool, calm resolve."

His casual mention of my mom now—when I'm missing her so much—destroys me, has me squeezing my hands into fists and digging my nails into my palms in an effort to keep it together.

It helps that Uncle Finn doesn't stay there, dwelling on my mom's incredible ability to take everything in stride—something I haven't inherited, no matter what my uncle thinks. Instead, he pulls something up on the computer and prints it out.

"You really sure you're okay? You don't want Marise to check you out?" he asks for what feels like the millionth time.

No freaking way. I know Macy said she bit me so that she could mend my artery, but that doesn't mean I'm anxious to let her near my throat again—or any other part of my anatomy, for that matter. "I swear I'm fine. It's Jaxon you should be concerned about. He shielded me from the glass."

"I've already requested that Marise check him out," he tells me. "And I'll call him in later to thank him for saving my favorite niece from harm."

"Only niece," I remind him, falling into the game we've played my entire life. It's a tiny bit of normalcy in this day that is anything but normal, and I grab on to it with both hands.

"Only *and* favorite," he tells me. "One doesn't discount the other."

"Okay, favorite uncle. I guess it doesn't."

"Exactly!" His slightly strained smile turns into a delighted grin. But it doesn't last long as silence once again descends between us.

This time I can't stop myself from fidgeting—not because I'm nervous but because I want to get out of here and get to Jaxon. He looked like he was on edge earlier, and I just want to make sure nothing bad happens—to him or anyone else.

But Uncle Finn obviously takes my fidgeting for something else entirely, because he rubs a hand over his hair with a heavy

sigh. Then says, "So now that the cat is out of the bag…"

"Don't you mean the werewolf?" I ask with a raised brow. "Or do you have cat shifters up here, too?"

He laughs. "Nope, just the wolves and dragons for now."

"Just." My tone is ripe with irony.

"You must have a lot of questions."

A lot? Nah. Just two or three million. Starting with the question I asked earlier that he chose not to answer. "Why didn't you tell me? You could have told me when you asked me to move to Alaska, when you came for the funerals."

"I figured you were pretty overwhelmed then, and the last thing you needed was for me to try to convince you that vampires and witches are real."

It's a fair point. But still… "And after I got here?"

He blows out a long breath. "I figured I would ease you in slowly. That first night, I had planned to let you know that things were different here than you might expect, but you had the most miserable altitude sickness. Then everything else happened, and it just seemed easier to leave you in the dark for a while. Especially when Dr. Wainwright told me that after talking to Dr. Blake, she thought we should let you get used to Alaska, and the huge change in your life, before you had to face the fact that everything you'd ever heard about the supernatural world was actually real."

"Everything?" It's my turn to lift my brows.

"Maybe not *everything*. But a lot of it, certainly."

What he says makes sense, I guess, but I'm still skeptical—especially since I haven't even had a chance to meet Dr. Wainwright yet. But how could anyone actually think they could hide the fact that this school is filled with things that go bump in the night?

I mean, when I think of Flint jumping out of a tree to save

me or Macy doing a glamour right in front of me or the shifters walking around in nothing but a pair of jeans or Jaxon...doing whatever Jaxon does, it seems impossible to imagine I wouldn't catch on. Sure, I was thinking aliens instead of vampires, but I still knew something was very, very wrong.

My skepticism must show on my face, because my uncle kind of grimaces. "Yeah. In hindsight, it was a bad plan all around. It's not exactly easy to hide the fact that vampires and dragons are real when we're in the middle of a giant turf war."

"Turf war?" I ask, because Macy has already alluded to the same thing. I thought she was talking about high school clique BS, but now that I know we're talking about different supernatural species...her warning makes a lot more sense.

And seems a lot scarier.

He shakes his head. "That's for another day. I'm pretty sure you've had as much as you can handle today—I know I have. Which leads me to the reason I've really called you in here."

It's pretty much the most awkward change of subject ever, and I almost call him on it because I know there is more to the story than he's telling me. A lot more. I'm also sure there are a lot more stories that I don't have a clue about, let alone the information that fleshes them out. But I don't think arguing with him is the way to get him to talk.

So instead of demanding answers to all my many, many questions, I bite my tongue and wait to hear what Uncle Finn has to say.

"I was thinking, a lot of really horrible stuff has happened to you since you got here."

"Not much has actually happened to me," I remind him. "Jaxon has saved me a bunch of times."

"I know he has, but we can't count on Jaxon to always be around. Stuff happens here that doesn't happen in other

schools—as you've seen the last few days. What happened with the earthquake was a freak accident, and I'm sure the chandelier was as well. But it's made me think. What will happen to you if someone loses control of their powers when Jaxon or Flint or Macy isn't around to whisk you out of the way? What happens if you end up getting seriously hurt?" He shakes his head. "I wouldn't be able to live with myself."

"Do you think that's what happened? Someone lost control of their powers?"

"We're not sure, but that's the assumption we're going with right now. Some witch was trying to see what she could do and *bam...* While we've never actually lost a chandelier before, we have had crystals fly across the room. Among other things."

That might actually be the best news I've heard all day, because it means Jaxon was probably freaking out for nothing. No one is trying to kill me—someone just had an oops with their powers and I happened to be in the way. Which makes so much more sense than thinking that someone might actually be out to get me.

"Anyway." My uncle is back to steepling his fingers. "That's why I want to send you back to San Diego."

44

## Sweet
## Home Alaska

"Send me back?" Horror slides through me like a plane on an icy runway—fast, desperate, all-consuming. "What do you mean? There's nothing for me there."

"I know." He shakes his head sadly. "But I'm beginning to think there's nothing for you here, either. And at least there, you'll be safe."

"You mean like my parents were safe?" The words are torn out of me, ragged and painful and terrified. Going back to San Diego means leaving Jaxon, and I don't want to do that. I *can't* do that, not now, when it's obvious that something is happening between us. Not now, when he's the first thing I think of when I wake up and the last before I fall asleep.

"That was a fluke, Grace. A terrible accident—"

"Accidents can happen anywhere. And if something is going to happen to me, I'd rather it happen here when I'm with Macy and you and—" I break off, unwilling to put voice to something I'm just beginning to understand myself. That somehow, in just about a week, Jaxon Vega has come to mean something to me.

But apparently, my uncle is more perceptive than I thought, because he finishes the sentence for me. "Jaxon?" he asks gently.

I don't answer. I *can't*. Whatever is between the two of us is between the two of us. No way can I try to explain it to Uncle Finn.

Then again, my lack of answer is pretty much an answer in and of itself. "I know Jaxon can be..." He pauses, blows out another long breath. "Seductive. I know how the girls feel about him, and I get it. He's—"

"Uncle Finn! No!" I all but put my hands over my ears to keep from hearing my uncle refer to the boy I'm falling for as "seductive."

"No?" he asks, looking confused. "You're not attracted to—?"

"I mean, no! Just no! I don't know what, if anything, is going on with Jaxon and me, but *we*"—I gesture back and forth between us—"are not talking about it."

"We aren't?"

"No. We aren't." I shake my head emphatically. "Not now, not ever."

"I swear, talking to you about boys is as bad as trying to talk to Macy about them," he says with a roll of his eyes. "Every time I ask her about Cam, she acts like I asked her to swallow eye of newt or something. But fine. No talking about boys. Except I do need to warn you that Jaxon is—"

"Dangerous. Yeah, Macy's already ground that into my head. And maybe he is, but he's never been anything but gentle with me, so—"

"I wasn't going to say dangerous." For the first time, there's a touch of annoyance in his voice. "And you'd know that if you stopped interrupting me."

"Oh, right." I can feel myself start to blush. "Sorry."

He just shakes his head. "What I was going to say is that Jaxon is not like any other boy you've ever met."

"Well, obviously." I do the same fang-miming thing I did with

Macy, and Uncle Finn bursts out laughing, too.

"I meant for a lot more reasons than just his being a vampire, but yes, there is the vampire thing as well."

Oh. His words set off butterflies in my stomach, though I'm not sure why. "What else is there?" I ask, because I can't *not* ask. "I know about his brother—"

"He told you about Hudson?" Now my uncle sounds shocked.

"Just that he died."

"Oh, yes." The way his face relaxes tells me there's a lot more to the story than what I know. Well, that and the fact that everyone has the same reaction when I mention that I know about Hudson. "His death left Jaxon with a lot of responsibility to shoulder—Hudson's and his own."

"I can imagine."

"No, Grace, you can't." He looks more somber than I have ever seen him. "Because being a vampire isn't like being a regular person."

"Okay. Sure. But he was regular once, right?" I think back on every vampire movie I've ever seen, every novel I've ever read. "I mean—"

"No. That's just it. Jaxon was born a vampire."

Now I'm the shocked one. "What do you mean? I thought all vampires…"

"Not all, no. Vampires can be made—in fact, most of them are. But they can also be born. Jaxon was born, as were the other members of the Order. And that means…a lot in our world."

I can't even begin to imagine what it means, because I'm still stuck on his *vampires can be born* revelation. "But how? I mean, I thought you had to be bitten to become a vampire?"

"Usually, yes. But that's assuming they want to turn you. If they don't, you just get a bite. Like…"

"Like what Marise did to me, you mean."

"Yes." He nods.

"That still doesn't explain how vampires can be born," I tell him. Part of me feels like I'm going to drown with all this new information, and part of me is kind of like...huh, okay. No big deal.

 I guess after making the leap to accept that all these creatures exist, *how* they came to exist isn't nearly as shocking.

"Like other things, vampirism is a genetic mutation. Rare, exceptionally rare, but a genetic mutation nonetheless. The first documented cases happened a few thousand years ago, but since then, many more have happened."

"Wait a minute. You have *documented* cases of vampires from thousands of years ago? How is that possible? I mean, how can you prove it?"

"Because they're still alive, Grace."

"Oh. Right." Something else I didn't see coming, though I probably should have. "Because vampires don't die."

"They do die, just much more slowly than the rest of us, because their cells develop differently than ours."

 Of course they do. Otherwise there wouldn't be so much bloodsucking and who knows what else. "And Jaxon is one of these vampires? One of the old ones?" The thought turns the butterflies into vultures. Which is strange. I mean, I'm totally willing to accept the vampire thing, so why does the old thing totally freak me out?

"Jaxon was born into the most ancient vampire family. But no, he's not four thousand years old, if that's what you're asking."

 Oh, thank God. "So these families are the only ones who can give birth to vampires? I mean, vampires can't just be born from anyone, right?"

"It's a genetic mutation, so yes, vampires can be born to anyone. Usually, they aren't. Usually, born vampires come

from one of the six ancient families, but other born vampires do happen. They're usually the ones you read about in stories, because they don't have any knowledge of who or what they are, so they..."

"Run rampant killing everyone in sight?"

"I wouldn't put it quite like that," he tells me with an exasperated look. "But yes. They are the ones who tend to make other vampires, because they don't know any better. Or because they're lonely and want to create a family. Or for several other reasons, as well. The older families aren't like that, though."

"What does that mean? They don't kill people?" I have to admit that's a huge relief.

At least until my uncle laughs and says, "Let's not get carried away."

"Oh, well, then. Jaxon has..."

"I'm not in the habit of talking about students with other students, Grace. And this conversation has gone far afield from where I intended it to go."

True, but I've learned a lot, so I'm more than okay with where the conversation has gone. Though the laugh that accompanied his *let's not get carried away* line was more than a little chilling. "I don't want to go back to San Diego, Uncle Finn."

It's the first time I've said it out loud. The first time I've really even thought it and believed it. But as the words come out of my mouth, I know they're true. No matter how much I miss the beach and the warmth and the life I used to have with my parents, going back there isn't what I want. My parents are gone forever, and nothing else that San Diego has holds as much appeal as Jaxon.

Nothing.

"Grace, I'm glad you like it at Katmere Academy. I am. But I don't know if it's safe. I thought I could protect you here,

TRACY WOLFF

351

but obviously being a regular person in a school meant for paranormals is dangerous."

Considering my week, that seems like an understatement. But still… "Isn't it my decision to make?"

"It is. But you can't make it over a boy."

"I'm not making it because of Jaxon. Or at least, not just because of Jaxon." This, too, is true. "I'm making it because of Macy. And you. And even Flint. I'm making it because I miss San Diego and my life there, but that life is over. My parents are dead, and if I stay there, if I go back to the same school and the same life I had—minus them—it's going to be a slap in the face. A reminder, every day, of what I lost.

"And I don't think I can do that, Uncle Finn. I don't think I can heal there, driving by my old house on the way to school every day. Going to all the places my parents and I used to go—" My voice breaks, and I look away, embarrassed by the tears in my eyes. Embarrassed by how weak I feel every time I think about my mom and dad.

"Okay." This time, when he reaches across the desk, he takes both my hands in his. "Okay, Grace. If that's how you feel, you know you can stay. You're always welcome wherever Macy and I are. But we have to do something about all these near misses, because I am not okay with something happening to you on my watch. The day you were born, I promised your father I'd take care of you if anything ever happened to him, and I am not about to let him down."

"That sounds perfect, because, honestly, I'm not a big fan of all the near misses, either."

He laughs. "I bet. So what—?"

He's interrupted by the buzzing of the intercom on his desk. *"Headmaster Foster, your nine o'clock call is on line three."*

"Oh, right. Thanks, Gladys." He looks at me. "Unfortunately,

I've got to take this. Why don't you head back to your room and relax for the rest of the day? I'll think about how we're going to keep you safe and come by around lunchtime to talk to you and Macy about it. Sound good?"

"Sounds great." I scoop my backpack off the ground and head for the door. Once I've got it open, though, I turn back to my uncle. "Thank you."

"Don't thank me yet. I haven't come up with any ideas."

"No, I mean, thank you for coming to San Diego to get me. Thank you for taking me in. Thank you for—"

"Being your family?" He shakes his head. "You never have to thank me for that, Grace. I love you. Macy loves you. And you'll have a place with us for as long as you want it. Okay?"

I swallow the sudden lump in my throat. "Okay." Then I book it out the door before I turn into a blubbering mess for the second time in as many days.

But I've barely closed the door and made it three steps down the hall before the floor beneath my feet starts to shake. Again.

# 45

## I Always Knew
## There Was Fire Between Us;
## I Just Didn't Realize it
## Was Your Breath

This one isn't bad—the ground just rumbles a little. But it's enough to make me nervous. More than enough to have me sheltering in the nearest doorway, like they taught us in elementary school. No way am I interested in any more injuries... or any more close calls, for that matter.

When the aftershock finishes a few seconds later, I pull out my phone and text Jaxon. Just to let him know I'm okay—and to make sure he is. Plus, I'd like to actually have a conversation with him where neither one of us is hurt—and half the school isn't looking on. I text him a quick, *Where are you? Want to meet up?* then wait impatiently for his answer.

It doesn't come, which only makes me more nervous.

I wish I'd gotten Mekhi's phone number this morning so I could text him, too, but I didn't, so I'm stuck, wandering the halls and waiting for Jaxon to text me back.

Not sure what else to do, I head up the stairs toward Jaxon's tower. But truth is, I'm not keen on showing up at his door uninvited again. He's the one who left me in the cafeteria, and he's the one who isn't answering my texts. I want to see him, want to talk to him, but I'm not going to chase him anymore.

354                              c r a v e

This time, he needs to come to me.

Which means I probably shouldn't head back to my room, where I'll spend all my time obsessing over where Jaxon is and what he's doing instead of something productive. And I've already spent enough of my time thinking about that boy today—probably too much, considering the way he's currently ignoring me.

It's that thought more than any other that has me heading down the hallway to the library as soon as I get to the second floor. I've been meaning to go back during regular hours so I can take my time looking around—and also maybe even find some books to check out. Apparently, I have a lot to learn about paranormal creatures, and now is as good a time as any to get started. Plus, I figure my uncle and Macy can't complain I'm not resting if I spend the day curled up with a bunch of horror movie throw pillows and a good book.

Class is in session, so the library is almost empty when I get there. Which is more than okay with me—the fewer people I run into, the lower the chance of any more "accidents."

I think about starting in the mythology section, seeing if there are any books on the different paranormal creatures I go to school with. It's where I would start in a regular library, but here at Katmere, monsters are real. So would I find books about them under nonfiction? Or biology?

This whole *monsters are real* thing is going to take a lot of getting used to.

I decide to stop at the main desk and ask the librarian where I should start. And the truth is, I've been dying to meet her since I found this place the other day. Her sticker choices and gargoyle placements alone mark her as supercool in my book.

It's an impression that is only reinforced when I actually get to see her up close.

She's tall and beautiful, with glowing copper skin. Her long, dark hair is threaded with orange and silver tinsel—leftover from Halloween, I imagine—and she's dressed like a total hippie, all flowing, long-sleeve boho dress and boots. Plus, she's got a giant smile on her face as I approach, something I haven't seen much of here at the very dark and very Gothic Katmere Academy.

"Ms. Royce?" I ask when I reach the front of the desk.

"You can call me Amka. Many of the students do." If possible, her grin gets even friendlier. "You must be Grace, the new student all the fuss is about."

My cheeks go warm. "That's not quite how I would have put it, but yeah. I guess I am."

"It's good to meet you. I'm glad to get to know the girl shaking up the status quo around here. They could use it."

"They?"

She chuckles and leans forward just a little. Then, in a loud, staged whisper, says, "The monsters."

My eyes go wide at the description, and relief floods me as I think back on what my uncle said. "So you're human, too?"

"Most of us are human, Grace. We just also happen to have a little something extra, that's all."

"Oh, right." I feel like a jerk. "Sorry, I didn't mean to offend you."

"You didn't." She holds out a hand. Seconds later, a light wind blows through the library, ruffling my hair and making the magazines on the rack behind me flutter.

"Oh! You're a witch!" I turn my face up so I can feel the breeze.

"I am. From the Inupiat tribe," she answers. "With an affinity for the elements."

"The elements?" I repeat, emphasizing the S. "So not just wind?"

"Not just wind," she agrees. She closes her hand, and the wind dies down instantly. Seconds later, without so much as a flick of her fingers, the candles in all the wall sconces begin to burn. "Fire. And I'd show you water, but I'm thinking you've had enough snow already."

"I really have," I agree. "But…if you don't mind, I'd still like to see it."

She nods, and seconds later, snowflakes start falling from the ceiling directly above our heads.

Instinctively, I reach my tongue out and taste one. Then tell her, "That's the coolest thing I've ever seen."

"Keep your eyes open," she answers. "There are a lot of cool things to see at Katmere."

"I'm looking forward to it," I say honestly. Because watching her manipulate the elements actually calms me down, convinces me that maybe things aren't as scary as I fear.

"Good," she says with a wink. "Now, what brings you to my library today?"

"Honestly, I just wanted to explore some more. I was in here the other day, and I fell in love with it. You've done an amazing job."

"Books are fascinating and fun. I figure the rooms that house them should be as well."

"You've definitely made that happen." I turn and look behind me. "I mean, the stickers alone are incredible. I could spend all day reading them. And the gargoyles. And the horror movie pillows? I love it all."

"I figure what's the good of working in a place like this if I can't have a little fun with it."

"Exactly!" I say with a laugh. "Which is actually the second reason I'm here. I was hoping to find some books that would help me learn more about the different kinds of people who go

to school here."

She smiles at my clumsy attempt to incorporate the first lesson she taught me in my request—that most of the people here are human, just different. "I admire your open mind. And your willingness to embrace what you've learned."

"I'm trying. I figure there's a lot to learn."

"You've got time." She reaches over and takes hold of my hands, clasping them between both of hers.

It surprises me, but doesn't offend me, so I don't pull away. Though I kind of wish I had when her eyes start to do this weird swirling thing.

It's no big deal, I tell myself. I mean, Macy did a glamour and I was totally okay with it. This is no different.

Except it feels different. It feels like she's looking deep inside of me, like she can see way more than I want her—or anyone—to.

Which is ridiculous. I mean, just because she's a witch doesn't make her a mind reader. Except just when I've got myself convinced that nothing weird is happening, she whispers, "Don't be afraid."

"I'm not," I answer, because what else am I supposed to say? That her eye thing is freaking me out a little bit?

"You're more than you think you are," she continues.

"I...don't know what that means."

She smiles as her eyes go back to normal. "You will when you need to. That's what matters."

"Thank you," I say, because what else do you say at times like these? I guess I should work up a few comebacks, since I'm going to be here for a while.

"Here." Amka rips a piece of paper off a notepad on her desk and scribbles something down on it, then folds it in half and hands it to me. "You might benefit from checking out the end of the stacks a couple of rows down."

"What section is it?" Excitement thrums through me, chasing away the disquiet of just a few moments ago.

"Dragons." She flashes a dimple. "Always a good place to start."

"Absolutely." I think of Flint and all the questions I have about him. "Thanks!"

"No problem. When you find what you're looking for, you'll know what to do with this." She hands me the piece of paper, then reaches under her desk and pulls out a bottle of water. Here, take this, too. And drink it. You need to stay hydrated at this altitude."

"Oh, yeah." I take the bottle. "Thanks again."

She just waves me on my way.

I head down the aisle she pointed to, wondering what kind of books on dragons I'll find there—especially considering it looks like I'm in the mystery section. But as soon as I get to the end of the aisle, Amka's grin makes sense, as do her directions. Because sitting at one of the round tables—with his earbuds in and a really old book open to a section with weird writing—is Flint.

Dragons indeed.

He glances up when I take a step toward him, and a look I can't quite decipher flits across his face for a second. It's followed quickly by a huge grin as he pops out one of his Airpods. "Hey, New Girl! What are you doing here?"

It's impossible for me not to smile back. "Researching dragons, apparently."

"Oh yeah?" He pats the chair next to him. "Looks like you came to the right place."

"Looks like I did." As I move to sit next to him, I hand him the note Amka gave me. "I think this is for you."

"Really?" His brow wrinkles a little as he reaches for the paper. While he reads it, I check my phone to make sure I haven't

missed a text from Jaxon.

I haven't.

"So," Flint says, deliberately not making eye contact as he drops the note on the table next to the book he's reading. What do you need to know about dragons?"

"We can do this later," I tell him. "I don't want to interrupt whatever you're working on."

"Don't worry about it. This is nothing." He closes the book before I can see much of anything and slides it away from him.

I see the language on the cover, though. "Oh, hey! Is that an Akkadian text?"

His eyes go wide. "How did you know about Akkadian?"

"Actually, I just learned about it for the first time a couple of days ago. Lia was researching it for a project. Are you guys in the same class?"

"Oh, yeah." He seems distinctly unenthusiastic, which isn't exactly a surprise considering how much they seem to dislike each other.

"What class is it for?" I reach for the book. "I kind of want to take it next semester, if I can."

"Ancient Languages of Magic." He eases the book away before I can even open it up and slides it into his backpack. "So, what are you looking to find out about dragons?"

"Anything. Everything." I hold my hands up in an *I'm clueless* gesture. "This whole *magical creatures are real* thing is…a lot."

"Nah. You'll get used to it in no time."

"That makes one of us who thinks so."

He laughs. "Come on. Hit me with your first question."

"Oh, I haven't really thought of specific questions. Except… Macy says you have wings. That means you can actually fly?" My mind boggles at the thought.

"Yeah, I can fly." He grins. "I can do other stuff, too."

"Like what?" I lean toward him, fascinated.

"Well, jeez, if we're going to get into all this, I feel like we need some sustenance." He reaches for his backpack.

"Oh, sorry. I didn't mean—"

"It's all good, New Girl." From the backpack's front pocket he pulls out a half-eaten bag of marshmallows, then holds it out to me. "Want one? They're my favorite snack."

"Mine too," I tell him as I take one. "I mean, usually in Rice Krispies treats, but I'm not complaining."

I start to pop it in my mouth, but he stops me with a hand on my arm. "Hey, that's no way to eat a marshmallow."

"What do you mean?"

He just wiggles his brows. Then tosses the marshmallow up in the air and *blows fire straight at it out of his mouth.*

I shriek, then cover my mouth, half in shock, half in delight, as the marshmallow turns a perfect golden brown right in midair. Seconds later, Flint closes his mouth, and the treat falls directly into his hand.

He holds it out to me. "Now that's how you eat a marshmallow."

"You're telling me!" I take it from him and pop it in my mouth. "Oh my God, it's hot!" I say around the gooey goodness.

He gives me a look that says, *No shit, Sherlock.*

"And it's perfectly roasted!" I can't believe how cool this is.

"Course it is. I've been doing this a long time." He holds the bag out to me. "Want another one?"

"Are you kidding? I want them all. All the marshmallows, all the time."

He grins. "My kind of woman."

"Can I throw it?" I pick out another one.

"I'd be insulted if you didn't."

I giggle as I toss the marshmallow up in the air. And this time

I scream only a little as Flint shoots a stream of fire straight at it.

When it's done, he closes his mouth and the marshmallow falls straight back into my hand. It's hot—really hot—so I juggle it between my hands for a second, waiting for it to cool down. Then I hold it out to him. "This one's yours."

He looks surprised as he glances between the marshmallow and me. Then he says, "Hey, thanks," and pops it in his mouth.

We roast the rest of the bag, one after the other—sometimes two or three at a time—and Flint cracks jokes during the whole thing. When the marshmallows finally run out, my stomach is killing me—partly because I've been laughing so hard and partly because I just ate a shit ton of marshmallows. Either way, it's a good hurt, unlike so many other things at this place, so I'll take it.

I'm also thirsty from all the sugar, and I reach for the water bottle Amka gave me. As I do, I can't help wondering if she gave it to me because she knew I was going to need it. Is foresight a thing with witches? Just one more thing I need to research.

I start to open the bottle, but Flint snatches it out of my hand before I can even break the seal. "Drinking warm water is such a plebian thing to do," he teases. Right before he opens his mouth and blows a stream of freezing cold air straight at the water.

Seconds later, he hands me an ice-cold bottle with another waggle of his brows.

"Wow. Just…wow." I shake my head in excitement. "Is there anything else you can do?"

"What? Flying, fire, and ice aren't enough?"

"Yes! I mean, of course they are." I feel like a total jerk. "I'm sorry. I was just—"

"Chill, I'm just messing with you." He holds out a hand, much like Amka did when she was calling up the wind. Except Flint isn't about anything as boring as wind.

I watch in astonishment as a cluster of pale-blue flowers

blooms on his hand. "Oh my God," I whisper as I start to smell their subtle fragrance. "Oh my God. How did you do that?"

He shrugs. "I'm one of the lucky ones." He holds it out to me, and I reach forward, stroke a gentle finger over one of the flower's delicate petals. It feels like silk.

"These are called forget-me-nots. They're Alaska's state flower."

"They're beautiful." I shake my head.

"You're beautiful," he answers. And then he leans forward and weaves the stem of flowers into my curls, right above my left ear.

My stomach bottoms out as his lips come within an inch of mine. *Oh, God. Oh no!*

Instinct has me jerking back in my chair, eyes wide and breath coming way too fast.

But Flint just laughs. "Don't worry, New Girl. I wasn't hitting on you."

Oh, thank God. I nearly sag in relief. "I didn't think— I was— I just—"

"Oh, Grace." Flint half laughs, half shakes his head. "You're something else. You know that?"

"Me? You're the one who can shoot fire and ice and create flowers out of thin air."

"Good point." He inclines his head, watching me with those molten amber eyes of his. "But I'll make you a promise right now, okay?"

"Okay?"

"When I hit on you, it'll be because you want me to. And we'll both know exactly what's going on when I do."

# 46

## I'll Get You
## and Your
## Little Dog, Too

I have no idea what to say to Flint's promise, which is probably a good thing, considering my throat is suddenly desert dry and I can't speak anyway.

Not because I want Flint to hit on me—I don't. And not because I'm offended by his words, because I'm not. But because when I look into his laughing amber eyes, when I see his infectious smile, I can imagine that if Jaxon wasn't around, I would totally welcome any move this dragon chose to make.

But Jaxon *is* around, and sitting here with Flint just got a million times more awkward.

I take a long sip of water to wet my throat...and to stall as I try to figure out what to say to defuse the situation. But before I can come up with anything, Flint's phone buzzes with a series of texts messages.

He picks up the phone, glances at the messages. And his entire demeanor changes. "Something's going down."

Immediately, I think of Jaxon. "What is it? What's happening?"

Flint doesn't answer, just scoops up his backpack and starts shoving things inside it. As he does, the note Amka sent him

falls open and I can't help but read it:

"There are a thousand ways to get somewhere, but not all ways are the correct one."

I don't have time to wonder about what it means because Flint scoops it up and then barks, "Come on, let's go."

I grab my purse and follow him, dread pooling in my stomach as I try to figure out what could possibly make him react like this. "What's going on?" I ask again.

"I don't know yet. But the Order is on the move."

"On the move? What does that mean?" I'm all but running in an effort to keep up with Flint's long-legged strides.

"It means there's going to be trouble." He bites the words out like they taste bad.

Not that I blame him. God knows, I've had more than enough of that in the last few days to last me a lifetime. "What kind of trouble?" I'm right behind him when he pushes the library doors open and starts booking it down the hall.

"That's what I'm trying to find out."

I fumble my phone out of my pocket, determined to get an answer out of Jaxon. But by the time we get to the main passing area near the stairs, I don't have to. Because one level up is the Order, walking in grim, single-file silence.

They're moving fast, and though their backs are toward us, I can tell Flint is right. There's a problem—a big one. It's in their squared-off shoulders and the tenseness that runs through each and every one of them like a live wire.

I call to Jaxon, but he's either ignoring me or he doesn't hear me. Either way, it's another bad sign, considering he usually knows exactly what's happening around him at all times.

Just the thought that he's in some kind of trouble has me rushing on the stairs right after Flint, determined to catch up with them before something terrible happens.

But Jaxon is moving swiftly, too, and we end up chasing him down one hall, past the physics lab and several classrooms. He pauses for a second at the door of a room I haven't been in yet—I think it's one of the student lounges—and I call his name again. I'm all the way at the other end of the long hall, so I'm not surprised he doesn't hear me.

Byron does, though. He turns his head and stares straight at me. I'm too far away to see his eyes clearly, but the look on his face is more than a little frightening as his eyes dart back and forth between Flint and me. Then he shakes his head at me in a quick back-and-forth motion.

It's obvious he wants me to leave them alone, but that's not going to happen—at least not before I know what's going on in there. So I just lay on the speed, determined to get to Jaxon before he does...whatever it is he intends to do.

I don't make it, and neither does Flint. Jaxon walks in the room, followed by the other five members of the Order—including Byron, who doesn't look my way again.

Panic slams through me, and I run faster than I ever have before, ignoring the way my neck and arm hurt. Ignoring the way it makes me feel dizzy. Ignoring everything but the need I have to get to Jaxon, to make sure he doesn't do anything because of me that he can't take back.

I don't know how I know this is about me, but I do.

I hit the door just as Jaxon sends all the furniture in the room flying in every direction.

Next to me, Flint curses. But he doesn't move to interfere, even when Jaxon sends a guy that I'm pretty sure is Cole flying next, slamming him against a turned-over table and an upended chair in the process.

My breath catches in my throat in a strangled scream. I knew he was powerful, knew he was dangerous—everyone has

been telling me so since I got here—but before now, I had no idea what that meant. But as Jaxon slams the guy—and yeah, it's definitely Cole—into the wall with a flick of his fingers, then has him dangling a dozen feet in the air using nothing but his mind, I begin to understand.

Still, no warning, no vampire lore, nothing anyone could have told me could prepare me for what comes next.

Several students rush him—other shifters, I assume since Quinn and Marc are among them—but just like in the cafeteria, Mekhi, Byron, and the others make a perimeter around him. The shifters don't seem to care, though, because they keep running straight at them in an effort to rescue the one Jaxon is still dangling about ten feet in the air. And that's when all hell breaks loose, the five members of the Order in an all-out brawl with three or four times as many shifters.

It's fast and brutal and terrifying to witness, some shifters fighting as humans, others as wolves. Teeth and claws come out, raking down Luca's back and Liam's arm as the vampires grab on to fur and send the wolves slamming to the ground. Jaxon must be the only one with telekinesis, though, because the Order is fighting the old-fashioned way—with fists and feet and what I'm pretty sure are fangs.

I turn to Flint, hoping he'll wade in, but he's just watching the fight with clenched fists and narrowed eyes.

Other students don't have his reticence, though, and they join the melee—more shifters and vampires squaring off against one another in a fight that will end I don't know how. But the ground is already littered with fur and blood. If someone doesn't stop this soon, people are going to *die*.

Jaxon must have the same thought because he suddenly drops Cole. He hits the ground hard, falling on his ass before scrambling back to his feet. At the same time, Jaxon waves his

other arm out in a wild arc that stops everyone in their tracks. Some even fall over completely.

I'm still across the room at the entrance, but the power he blasts out hits me, too. And Flint. We both end up stumbling backward, grabbing on to the double-wide doorframe to keep from falling.

I know I'm just a human, but Flint isn't, and he was shoved backward, too. I can't imagine the force the people close to him felt. No wonder so many of them ended up on the ground.

I think it's over—the fight and whatever Jaxon planned on doing to that shifter—so once the power blast dissipates, I take a step forward. "Jaxon!" I call, hoping to get his attention. Hoping to make him think in the middle of all this madness.

He glances my way for one second, two, and his eyes are like nothing I've ever seen before. Not blank. Not ice. But fire. A raging inferno blazing in his gaze.

"Jaxon," I say again, softer this time, and for a moment, I think I'm getting through.

At least until he turns his head, cutting me off. Blocking me out.

Seconds later, he reaches out a hand, and Cole is once again brought to his feet. This time, though, the entire room holds its collective breath as we wait to see what comes next.

It doesn't take long for us to find out.

Cole starts struggling, eyes going wide and fingers clawing at his throat as Jaxon reels him in. Slowly dragging him closer and closer until Cole is once again standing directly in front of him. Eyes bugging out. Livid red scratches on his neck. Terror in his eyes.

It's enough, more than enough. Whatever Jaxon is doing, whatever point he is trying to make, he's done it. Everyone in this room knows what he can do.

c r a v e

"Jaxon, please." I say it softly, not sure if he'll be able to hear me but unable to keep silent when he's so close to killing this boy. So close to destroying the shifter and himself in one moment of careless rage.

Everything inside me tells me to go to him, to get in the middle of him and the shifter before Jaxon does something he can't take back. But when I try to move toward him, it's like I'm running straight into a wall.

Unable to rush forward.

Unable even to take one single step.

It's not me—I can move or walk however I want—but there's an invisible barrier in front of me, as strong as stone and twice as impenetrable.

No wonder Flint has made no move to interrupt this nightmare. He must have known the wall was there all along.

It's Jaxon's doing—of course it is—and I'm furious that he's done this, that he's cut me off from him and his fight so completely. "It's enough, Jaxon!" I yell, pounding on the wall because I can't do anything else. "Stop. You have to stop."

He ignores me and terror swamps me. He can't do this. He can't—

Suddenly, I lurch forward as my hand and arm slide right through the mental barricade that Jaxon erected.

"What the fuck?" Flint breathes from beside me, but I'm too busy trying to get Jaxon's attention to respond. Or pull back.

"Jaxon!" I all but scream his name this time. "Stop. Please."

I don't know what's different—if it's because I somehow pierced through the barrier or if he's reached the same conclusion I have. Either way, whatever psychic grip he's been using on Cole disappears. Now standing under his own power, the shifter nearly falls to his knees even as he drags loud, painful-sounding breaths through his abused throat and into his air-starved lungs.

Relief sweeps through me—and the room. It's finally over. Everyone is still alive. Some are more than a little worse for wear, but at least they're a—

Jaxon strikes so fast, I almost miss it, fangs flashing and hands grabbing onto Cole's shoulders as he leans forward and sinks his teeth into the left side of his throat.

Someone screams, and for a second I think it's me, until I realize my throat is too tight to make a sound. Seconds pass—I don't know how many—as Jaxon drinks and drinks and drinks. Eventually the shifter stops fighting, goes limp.

That's when Jaxon finally lets him go, lifting his head and dropping Cole into a limp heap on the ground.

The guy's pallor is frightening, but he's still alive, eyes wide and frightened, blood trickling from the fang marks on his neck, when Jaxon looks out over the room and hisses, "This is the only warning you get."

Then he turns and walks straight toward me, without so much as a backward glance.

And when he takes my elbow in a grip that is as gentle as it is unyielding, I go with him. Because, honestly, what else am I going to do?

## 47

# The
# First Bite
# Is the Deepest

J axon doesn't say a word as he escorts me down the hall—and neither do I. After what I just saw, I'm too... I don't know what. I want to say "shocked," but that's not the right word. Neither is "disgusted" or "horrified" or any of the other descriptions—any of the other emotions—that someone who's an outsider might expect to feel.

I mean, watching Jaxon nearly drain that guy wasn't what I would call pleasant, but he *is* a vampire. Biting people's necks and drinking their blood is pretty much par for the course, isn't it? It feels hypocritical to freak out now just because I got to see it up close and personal—especially when Jaxon obviously had a reason for what he did. Otherwise, why go on a rampage like that? And why announce to the whole school that this is the only warning they're going to get?

I'm more concerned about finding out why he felt the need to issue the warning than I am about what he did. Especially since I'm terrified that it has something to do with me and his fear that someone is trying to hurt me.

I don't want to be responsible for Jaxon getting into trouble— and I definitely don't want to be responsible for Jaxon hurting

TRACY WOLFF

someone...or worse.

Not for the first time, my hand goes to the marks at my throat as I wonder what would have happened if Marise hadn't stopped. If she had bitten me for a purpose other than to help heal me. Would I be as laissez-faire about Jaxon's treatment of that shifter if I had nearly died the same way?

I don't know. I just know that right now, I care more about Jaxon's state of mind than I do some boy I don't know. Some boy who, if Jaxon is right, wants me dead.

As for the rest? The telekinesis, the absolute control Jaxon exerted over everyone in that lounge, including me? The obscene amount of power he wielded with just a wave of his hand? I don't know how I feel about all that, either. Except, like the violence, it doesn't scare me the way it probably should.

*He* doesn't scare me the way he probably should.

My injured ankle twinges a little as we round a corner—more than likely all the running I did on it earlier—but I bite down the cry of pain that wells in my throat. Jaxon's moving fast, I assume because he's trying to get us somewhere we can talk before the consequences of what just happened catch up to him.

I mean, yeah, this is a supernatural school and the rules are probably different than what I'm used to, but I have a hard time believing it's okay for one of the paranormal species to start chowing down on another one in the middle of the student lounge.

No matter how much he might deserve it.

Which is why I don't complain about the pace Jaxon sets as we quickly make our way down several hallways to the back stairs. It's as we start climbing that I realize where he's taking me. Not to my room, as I half expected, but to his. And judging from the look on his face—the blank eyes, the tight jaw, the lips pressed into a firm, straight line—he expects me to object.

I have no intention of arguing with him, though. Not until

c r a v e

I know what we're supposed to be arguing about. And on the plus side, I'm pretty sure no one will be crossing Jaxon again any time soon, which means maybe I can make it through a whole forty-eight hours without any near-death experiences. Not going to lie, that counts for something, too, even though I feel a little Machiavellian just thinking it.

The second we make it to the top of the tower steps, Jaxon lets go of my elbow and puts as much distance between the two of us as can be had in his little reading alcove. Which leaves me...adrift.

Nothing has changed since I was here a few hours ago. The window is still boarded up, the rug still missing, the book I tried to read while I was waiting for him still sitting in the exact same spot.

And yet it feels like everything has changed.

Maybe because it has. I don't know, and I *won't* know until Jaxon opens his mouth and actually talks to me instead of standing there next to the fireplace, with his hands in his pockets and his eyes everywhere but on mine.

I want to start the conversation, want to tell him...I don't know what. But everything inside me warns that that's the wrong approach to take. That if I have any hope of navigating what's going on here, I need to know what Jaxon is thinking before I open my mouth and say something that ruins everything.

And so I wait, hands in the pockets of my hoodie and eyes nowhere but on him, until he finally, finally turns to look at me.

"I won't hurt you," he says, his voice low and rusty and so empty that it hurts to listen to it.

"I know."

"You *know*?" He looks at me like I've grown another head... or three.

"I've never thought you were going to hurt me, Jaxon. I

wouldn't be here if I did."

He looks shocked at my words. No, not shocked. Stunned, his mouth opening and closing like a fish out of water as he struggles for a decent response. When it eventually comes, it's distinctly underwhelming.

"Is there something wrong with you?" he demands. "Or is it just that you have a death wish?"

It's my turn to pull his favorite trick and lift a brow. "Dramatic much?"

"You're impossible." He nearly strangles on the words.

"Pretty sure I'm not the impossible one in this…" I break off because I have no idea what to call this thing between Jaxon and me. Relationship? Friendship? Disaster? I finally settle on "thing," which is probably the worst description possible of whatever it is we have. "After all, you're the one who keeps running away." I'm trying to lighten up the funereal atmosphere, trying to make him smile a little. Or if not actually smile, then at least not frown so hard.

It isn't working. In fact, I think he's looking even grimmer than he was a couple of minutes ago.

"You saw what I did, right?"

I nod. "I did."

"And you're telling me that it doesn't scare you?" He looks incredulous. Suspicious. And, in a bizarre turn of the tables, maybe even a little disgusted. "That it doesn't horrify you?"

"Which part?" I want to reach out, want to touch him so badly, but it's fairly obvious now isn't the time. Not when everything about him screams boundaries. Or, more accurately, armed battlements.

"Which…part? What does that even mean?"

"It means, which part of what I just saw should I be afraid of? The part where you threw everyone across the room? Or

374                    c r a v e

the part where you hung someone in the air and choked him with your mind?" I ignore the frisson of discomfort that works its way down my spine at the memory. "Or am I just supposed to be hung up on the biting part?"

"I didn't realize this was an either-or situation," he growls at me as he paces back and forth in front of the fireplace. "You saw what I did to Cole. I thought you'd be appalled."

Watching him, I don't think I'm the one who's appalled here. I think *Jaxon* is—by what he's capable of and by what he's just done. Which makes my job of convincing him I'm not disgusted by him harder than I ever imagined it would be.

It also means I need to tread lightly.

"Is that the guy's name? Cole?" I finally settle on asking.

I want to get closer to him, want to shrink the gap he's put between us, but badass, take-no-prisoners Jaxon currently looks like he'll bolt at the first wrong move I make.

"Yes." He's back to not looking at me, so I wait him out, refusing to speak until he finally, reluctantly turns his gaze back to mine.

"Why are you looking at me like that?" he whispers.

"Like what?"

"Like you understand. You can't possibly—"

"Did he deserve what you did to him?" I interrupt.

His whole body goes rigid. "That's not the point."

"Actually, I think it's the most important point." I'm not going to stand here and beat him up emotionally when he's already doing a ridiculously good job of it himself. "Did he deserve it?" I ask again.

"He deserves worse than what he got," Jaxon finally spits out. "He deserves to be dead."

"But you didn't kill him."

"No." He shakes his head. "But I wanted to."

"It doesn't matter what you wanted to do," I admonish him. "It only matters what you did. You never once lost control when you were going after Cole—in fact, I've never seen anyone more in control than you were in that lounge. The power you wield… it's unfathomable."

He quirks a brow at me even as his shoulders tense, as if preparing for the next body blow. "And terrifying?"

"I'm pretty sure Cole was terrified."

"I don't give a shit about Cole. I'm talking about you." He shoves a frustrated hand through his hair, but this time his gaze never leaves mine.

I take a deep breath, let it out slowly. Then tell him the truth he so desperately needs to hear. "You don't scare me, Jaxon."

"I don't scare you." His tone is half sardonic, half disbelieving.

I shake my head. "No."

*No?*"

"No," I repeat. "And I've got to say, you're beginning to sound an awful lot like a parrot." I make a face at him. "You might try being careful of that if you want to keep your badass reputation intact."

He narrows his eyes at me. "My badass reputation is pretty solid right now, thank you very much. It's you I'm worried about."

"Me? Why are you worried about me?" I'm sick of waiting on the other side of the room for him to calm down. Not when it's not getting us anywhere, and not when the need to touch him, to hold him, is a physical ache inside me.

With that in mind, I finally take my hands out of my pockets and walk toward him, slowly, carefully, deliberately. His eyes get wider with every step I take, and for a second, I really do think he's contemplating fleeing.

Not going to lie, the idea that I scare Jaxon Vega fascinates me on all kinds of different levels.

crave

"What the fuck is happening here?" he demands after the silence between us has gone on too long.

I have no idea. I just know that I hate the way Jaxon looked when he walked up to me in the study lounge, hate even more the way he looked when he brought me into this room. Wary, lonely, ashamed, when I don't believe he has anything to be ashamed of.

"What do *you* think is happening here?" I ask.

"Now who's the parrot?" He shoves both hands into his hair in obvious frustration. "Are you okay? Are you in shock?"

"I'm fine. It's you I'm worried about."

"Me? I—" He breaks off and just stares at me, speechless, as he registers that I very deliberately mimicked his words. "I just terrorized the entire school. Why the hell are you worried about *me*?"

"Because you don't exactly look happy about it, now, do you?"

"There's nothing to be happy about."

And that, right there, is exactly why I'm not afraid of him.

I'm only a few steps away from him now and I take them slowly, under his watchful, worried gaze. "So how *do* you feel about what just happened?" I ask.

His face closes up. "I don't feel anything about it."

"You sure about that?" Finally, I'm close enough to go for it. I reach for his hand, grab on tight. The second our skin touches, he jerks like he's being electrocuted. But he doesn't pull away. Instead, he just stands there and watches as I lace our fingers together. "Because you look like you feel a hell of a lot."

He takes a step back even as he holds fast to my hand. "It had to be done."

"Okay." I take a step forward. If we keep this up, it's not going to be long before I have him pinned against a bookcase the same way he had me pinned against that chess table on my very first day.

Poetic justice, if you ask me.

"You should go." This time, he takes two steps back. More, he drops my hand.

I feel the loss of his touch keenly, but that doesn't stop me from closing the distance once again.

Doesn't stop me from reaching out and resting a hand on his hard biceps.

Doesn't stop me from softly stroking my thumb up and down his inner arm. "Is that what you want?"

"Yes." He nearly strangles on the word, but this time he doesn't move away from my touch. From me.

And while there is a part of me that can't believe I'm doing this, that I'm all but throwing myself at Jaxon, there's another part of me just waiting for him to give in.

It's the same part that's encouraged by the fact that he's barely coherent at this point.

The same part that can't help but feel—and be happy about—the small tremor running through his body.

The same part that desperately wants to feel Jaxon's mouth once again on my own and is determined not to leave here until I find out.

"I don't believe you," I whisper. And then I take the final step, closing the last of the distance between us and pressing my suddenly trembling body flush against his.

"You don't know what you're asking," he tells me in a voice that's low and tortured and anything but cold.

He's right. I don't have a clue how much I'm asking of him. But I know if I don't ask, if I don't push, I'll never get another chance. This will be the end of the discussion.

More, it will be the end of us.

And I'm not ready for that. I don't even know if there is an us, or what will happen in a day or a week or three months, if there

crave

is. I only know that I'm not ready to walk away from him—or whatever happens next. Which is why I reach for him again and whisper, "So show me."

Long seconds pass, minutes maybe, and Jaxon doesn't move. I'm not sure he even breathes.

"Jaxon," I finally whisper when I can't take the agony of waiting. "Please." My mouth is nearly pressed against his.

Still no response.

My confidence—shaky at the best of times—is about to desert me completely. After all, there's nothing quite like throwing yourself at a boy and having him turn into a human statue to make a girl feel wanted.

But I've got one more attempt in me, one more chance to get Jaxon to understand that I trust him, no matter what he did in that hall. That I want him, vampire or not.

Two months ago, I would have walked away—run away, really—prepared to hide under my bed forever. But two months ago, my parents weren't dead, and I didn't yet realize just how fleeting, how fragile, life really is.

And so I swallow my fear and embarrassment as I slide my hand down Jaxon's arm to his hand. Once more, I lace our fingers together before lifting both our hands to my chest. I press his palm flush against my heart and murmur, "I want you, Jaxon."

Something flashes in his eyes. "Even knowing what I am?"

Confusion swirls through me. "I know *who* you are. That's what matters."

"You say that now, but you don't know what you're asking."

"So show me," I whisper. "Give me what I'm asking for."

His eyes darken, his pupils blown completely out. "Don't say that if you don't mean it."

"I mean it. I need you, Jaxon. I *need* you."

His jaw clenches, and his fingers tighten reflexively on mine.

"Are you sure?" he grinds out. "I need to know you're sure. I don't want to scare you, Grace."

My knees tremble like some medieval heroine at the intensity in his voice, in his eyes. But I am not going to blow this now, not going to mess it up when I'm this close to getting what I want.

This close to having Jaxon as my own.

So I lock my knees in place, look him in the eye. And say as loud and clear as I have ever said anything in my life, "What scares me isn't you being a vampire, Jaxon. What scares me is the idea that you're going to walk away and I'm going to go my whole life without knowing what this could feel like."

And just like that, Jaxon strikes. Hands grabbing, fangs flashing, body wrapping itself around me so quickly, I barely understand what's happening. He whirls me around—my back to his front—tangles his hand in my hair, and pulls my head back.

And then sinks his teeth into my neck, right below my jaw.

## 48

# Is That a
# Wooden Stake in Your Pocket
# or Are You Just
# Happy to See Me?

For one second, two, panic immobilizes me. Makes it so I can't feel, can't think, can't breathe as I wait...for pain, for emptiness, for death.

But as time goes by and the agony I'm expecting doesn't come, my adrenaline stops shooting like a geyser, and I realize that whatever Jaxon is doing to me doesn't hurt at all. In fact, it feels really, really...good.

Pleasure like molten honey pours through my veins, lighting up my nerve endings and swamping me with an intensity, a need I never imagined existed. My already weak knees give out entirely, and I sag against him, letting him hold me up with his long, lean body and firm arms as I tilt my head to give him better access.

He growls at the invitation, a deep, rumbling sound that burrows deep inside me even as the ground shakes a little beneath my feet. And then the pleasure increases, lighting me up, turning me inside out, making me tremble even as I forget how to breathe. How to be.

I press myself even more tightly against him, wind my arms up and over my head so that I can tangle my fingers in his hair. Cup his jaw in my palm. Push my skin more firmly against his

mouth as my eyes drift closed.

I'm desperate for more—desperate for Jaxon and whatever he wants to give me or take from me. But he's obviously got more control than I can even imagine, because just as the pleasure threatens to overwhelm me, he pulls back, pulls away, his tongue stroking softly over his bite marks. The caress sends a whole new volley of emotions straight through me.

I stay where I am, body resting against his, hands clutching onto whatever part of him I can reach, totally dependent on him to keep me from falling as little darts of pleasure continue to zing through me. They're followed by a creeping lassitude that makes it impossible for me to so much as lift my lids, let alone step away from Jaxon.

As if I would.

"Are you okay?" he murmurs against my ear, his voice soft and warm in a way I've never heard from him before.

"Are you kidding?" I answer just as softly. "I don't think I've ever been this okay in my life. That was…amazing. *You're* amazing."

He laughs. "Yeah, well, being a vampire doesn't come with many perks, so you've got to take them where you can find them."

"Obviously." Eyes still closed, I turn my head. Raise my face to his. Purse my lips. And pray Jaxon doesn't shy away from me.

He doesn't, his lips pressing against mine in a tender kiss that has my breath catching all over again, though for very different reasons. Moments pass, and he starts to lift his head, but I hold on, wanting just a little more of him.

Just a little more of this boy who has such power and such tenderness inside him.

He gives it to me, his mouth moving against mine, his tongue stroking along my bottom lip until, finally, I find the strength to let him go.

382                           c r a v e

I pull back, open my eyes slowly, and find Jaxon staring down at me, his dark gaze filled with so much emotion, I don't know whether to laugh or weep.

"No one's going to hurt you again, Grace," he whispers.

"I know," I whisper back. "You made sure of it."

Surprise glows in the depths of his obsidian eyes. "I didn't think you believed—" He breaks off as the ground rumbles beneath our feet.

"We should get under the doorway," I tell him, glancing around for the closest one.

But he just closes his eyes, takes a deep breath. Moments later, the ground settles back down.

Shock explodes inside me. "You—" My voice breaks, and I clear my throat. Try again. "The earthquakes. They're you?"

He nods, looks wary.

"Even the big ones?" I ask, and I can feel my eyes going wide. "All of them?"

"I'm so sorry." His fingers stroke over my still-bandaged neck. "I never meant to hurt you."

"I know." I turn my head, kiss his palm even as astonishment continues to ricochet inside me. How can anyone be so powerful that they actually move the earth? It's incomprehensible, unimaginable. "Does this happen often?"

He shakes his head, shrugs, like he's as baffled as I am. "It's never happened...before."

"Before?" I ask.

"Before you." He pulls me more tightly against him. "I learned control early—over myself and my abilities. I had to or..."

"Cities would crumble?" I ask, tongue firmly in cheek.

"I wouldn't put it exactly like that. But I swear, I've got it under control now. I won't hurt you again." His mouth slides along my cheek, over my jaw, down my neck.

Heat moves through me at the first touch of his lips. It makes me tremble. Makes me want.

I pull his mouth back down to mine and let the need, and the pleasure, sweep me away.

The kiss goes on and on, until we're both breathless. Shaky. Desperate.

I arch against him in an effort to be closer, then run my hands over his arms, his shoulders, his back. My fingers tangle in his hair, and he groans low in his throat. Then bites down gently on my lip, sucking at it just a little, until it feels like the Fourth of July deep inside me.

I gasp, shudder, and Jaxon uses my still-weak knees as an excuse to pull away. I try to hold him in place, try to keep his lips and skin and body on mine. But he just smooths a hand over my hair and whispers, "Come on."

He takes my hand in his and tugs me toward his bedroom.

I follow him—of course I do—but as he leads the way, I can't help but notice that his once neat reading alcove is now an utter disaster.

Books cover the floor, some lying down, some standing up, some leaning drunkenly against furniture halfway in between. The couch is upside down and the gorgeous old coffee table I liked so much is now splintered into little more than wood chips.

"What—what happened?" I gasp, bending down to pick up a few books that are directly in my path.

Jaxon takes them from me with a shake of his head, tosses them onto the bottom of the couch, which is now facing up. "I promised you the earthquake thing isn't going to happen anymore," he answers. "But it's going to take a little time for me to figure out how to control all the things you make me feel."

"*This* is learning how to control it?" I step over a pile of rubble that I'm pretty sure used to be a bookcase and try to pretend his

CRAVE

words aren't making me melt deep inside.

He turns me inside out with a look, destroys me with a kiss. But this? This makes me feel like maybe, just maybe, he feels as much for me as I feel for him.

He shrugs. "The earth barely shook this time, and no window broke. That's definite progress."

"I guess." I swallow down the softness he makes bloom inside me and make a show of looking at the scattered wood chips instead. "I really liked that coffee table."

"I'll find you one you like more." He tugs on my hand. "Come on."

We make our way to his room, which thankfully seems to have been spared the destruction suffered by the reading alcove. It looks exactly the same as last time, complete with gorgeous paintings on the walls and musical instruments in the corner.

"I love your room," I tell him, trailing a hand over his dresser as I make my way to the drum kit. I resisted it last time, know I should resist it this time, since what has happened so far today has left us with a lot to talk about.

But it's been weeks since I've sat behind a kit, weeks since I've held a set of drumsticks in my hands, and I just need to touch it. Just need to run my hands over the skins.

"You play?" Jaxon asks as I rest my hand on the top of one of the toms.

"I used to, before…" I trail off. I don't want to talk about my parents right now, don't want to bring that sadness into my first conversation with Jaxon post…whatever that was.

He seems to get it, because he doesn't push. Instead, he smiles, really smiles, and it lights up his whole face. Lights up the whole room. Definitely lights up all the dark and sad places I've been holding on to for too long.

It isn't until I see his smile that I realize how much he's been

holding back, how much he's been holding *in* for who knows how long.

"Want to play something now?" he asks.

"No." It's my turn to hold a hand out to him. I pull him toward the bed, waiting until he chooses a side to sit on before I plop down on the other side. "I want to talk."

"About?" he deadpans even as a wariness creeps into his gaze that hasn't been there since he bit me.

"Oh, I don't know. The weather?" I tease because I'm trying to be nonchalant about this whole thing. Trying to tell myself that finding out the boy I'm falling for is a vampire who can literally shake the earth really isn't that big of a deal.

He rolls his eyes, but I'm watching closely and see the corners of his mouth turning up in the smile he's trying so hard to hide.

It makes the nonchalance totally worth it, even as I scramble with trying to wrap my head around everything that's happened today. And everything that's happened in the last six days. Because there is still a tiny part of me freaking out about the fact that I let a vampire bite me—even if that vampire is Jaxon. And even if I enjoyed it way more than I ever imagined I would.

But now is not the time for me to freak out, not when Jaxon is already so on edge. So I settle for giving him a playful *don't mess with me* look even as I lay down on one side of his bed.

Jaxon lifts a brow as he watches me make myself comfortable, then stretches out next to me. I don't miss the fact that he makes sure not to touch me at all as he does.

Which is completely unacceptable. I'm trying to close the distance between us, not make it bigger. But I appreciate the fact that he's working so hard not to freak me out. I just wish he realized that I'm not the one who's freaked out here.

But since I want to get the guarded look out of his eyes, I decide to tackle that subject later. For now, I'm going with, "Did

c r a v e

you hear the joke about the roof?"

"Excuse me?" He lifts a single disdainful brow—which means I have to work really hard to hide how googly-eyed it makes me when he does it.

"Never mind." I give him a cheesy grin. "It's over your head."

He stares at me, bemused, for several seconds. Then he shakes his head and says, "Somehow, they always get worse."

"You have no idea." I roll over until I'm on my stomach—and then scoot so the right side of my body is pressed to the left side of his. "What's the difference between a guitar and a fish?"

Both brows go up this time, even as he answers, "I don't think I want to know."

I ignore him. "You can tune a guitar but you can't tuna fish."

He lets out a bark of laughter that startles both of us. Then he shakes his head and tells me, "It's an actual sickness with you, isn't it?"

"It's fun, Jaxon." I give him the most obnoxious smirk I can manage. "You know what fun is, don't you?"

He rolls his eyes. "I think I have a vague recollection of that emotion, yeah."

"Good. What do you call a dinosaur that—?"

He cuts me off with a kiss and a yank. The kiss curls my toes, but the yank...the yank curls everything else. Especially when he pulls me over so that I'm on top of him, my knees straddling his hips and my curls forming a curtain around us.

Jaxon takes hold of a lock of my hair, then watches as the curl twines around his finger. "I love your hair," he says, pulling on the curl just to release it and watch it boing back into place.

"Yeah, well, I'm pretty fond of yours, too," I tell him, sliding my fingers through his black strands.

As I do, my palm brushes against his scar, and he stiffens before turning his head away so that I'm no longer touching it.

"Why do you do that?" I ask.

"Do what?"

I give him a look that says he knows exactly what I'm talking about. "I already told you that you're the sexiest guy I've ever seen—and that includes a lot of pretty impressive San Diego surf gods. So I don't understand why it bothers you so much if I see your scar."

He shrugs. "It doesn't bother me if you see my scar."

I don't think that's true, but I'm willing to go with it—up to a point. "Fine, it doesn't bother you if I see it, but it definitely bothers you if I touch it."

"No." He shakes his head. "That doesn't bother me, either."

"Okay, I'm sorry, but I call bullshit." To prove it, I lean down and press a series of hot, openmouthed kisses against his jaw. I don't deliberately touch his scar, but I don't shy away from it, either. And sure enough, he lasts only a few seconds before threading his fingers through my hair and gently pressing my face into the bend where his shoulder meets his neck.

Before I can say anything, though, he takes a deep breath. Then says, "It's not that I think you'll be disgusted by my scar or anything—you're not that shallow."

"Then why does it bother you so much if I go near it?"

He doesn't answer right away, and as silence stretches between us, I think maybe he won't answer at all. But then, just when I've given up, he says, "Because it reminds me of how I got it, and I don't want you anywhere near that world. And I sure as hell don't want that world anywhere near you."

## 49

## Eventually
## the World Breaks
## Everyone

The pain in his voice has my heart thudding slow and hard in my chest.

Sure, there's a part of me that can't imagine what world he's talking about, considering I'm currently living in the middle of a fantasy novel—one complete with fantastical creatures and secrets galore. But there's a larger part of me that just wants him to know that whatever world he's talking about, and whatever happened to him in that world, I'm on his side.

I take my time running my palms over his chest and pressing kisses along the powerful column of his throat. He smells like oranges again, and deep water, and I sink into the scent of him, into the glorious taste and feel and sound of him.

His hands go to my hips, and he groans low in his throat as he arches against me. It feels amazing—he feels amazing. I've never been this intimate with a guy before, have never wanted to be, but with Jaxon, I want it all. I want to feel everything, experience everything. Maybe not now, when we're on borrowed time, but soon.

But I also want to know what's hurting him. Not so I can take it away—I know way better than that—but so I can share it

with him. So I can understand. Which is why I roll off him just as things are getting really interesting.

He rolls with me, of course, so that now we're stretched on our sides, facing each other. His arm is around my waist, his hand resting on my hip, and there's a part of me that wants nothing more than to sink back into him. To just let whatever's going to happen happen.

But Jaxon deserves better than that. And so do I.

Which is why I reach up and cup his unscarred cheek, then lean forward until our mouths are so close that we're breathing the same air. "Believe me, I understand better than most if you don't want to talk about what happened to you," I whisper. "But I need you to know that if you ever want to share what happened with me, I'm more than happy to listen."

My words aren't sexy and they definitely aren't slick, but they are sincere and they are heartfelt. Jaxon must sense it, too, because instead of dismissing me out of turn, as I half expected him to, he stares at me through eyes that show more than I ever imagined.

Then he kisses me—long, slow, deep—before rolling away and sitting up, with his elbows on his knees and his head in his hands. I sit up, too, and because I can't leave him alone in this... whatever this turns out to be, I wrap myself around him from behind as I press soft, quick kisses to his shoulders and the back of his neck.

And then I say, "Tell me," because I think he needs to hear me say that almost as much as he needs to tell me the story burning inside him.

I'm not sure how I expect the story to come out—whether in fits and starts or one smooth retelling—but I do know that I never could have anticipated what he says when he finally begins to speak.

"I killed Hudson."

Shock rips through me. "Hudson? Your—"

"Brother. Yeah." He wipes a hand over his face.

A million emotions go through me at those four words—shock that isn't really shock, horror, sorrow, concern, pity, *pain.* The list goes on and on. But the one that stands head and shoulders above the others is disbelief. Dangerous as he is, I don't believe Jaxon would ever deliberately harm someone he cares about. Everyone else might be open season, but not those he considers under his protection. If I've learned nothing else in the week I've been here, I've learned that.

Which means something really horrible must have happened. What must it be like to live with the kind of power he wields?

What must it be like to live with the knowledge that one careless moment, one slip of control, and he can lose everything?

"What happened?" I ask eventually, when minutes pass and he doesn't say anything else.

"It doesn't matter."

"I think it does. I can't imagine you hurting your brother on purpose."

He turns on me then, eyes showing that yawning, empty blackness I'm coming to hate so much. "Then your imagination isn't good enough."

Fear skitters through me at the darkness in his voice. "Jaxon." I lay a gentle hand on his arm.

"I didn't set out to kill him, Grace. But do you really think intentions matter when someone's dead? It's not like you can just bring them back because you didn't want to do it."

"I know that better than most." I'm still haunted by the fight my parents and I had right before they died.

"Do you?" Jaxon demands. "Do you know what it feels like to be able to wave a hand and do this?" Seconds later, everything

in the room, except for the bed we're sitting on, is floating in the air around us. "Or this?" Everything comes crashing to the ground. The guitar crumbles. One of the glass picture frames shatters into a million pieces.

I take a minute, let the shock cycle through before I try to say anything that makes sense.

"Maybe you're right," I eventually answer. "Maybe I don't know what any of that feels like. But I know your brother wouldn't want you beating yourself up over whatever happened to him. He wouldn't want you torturing yourself."

Jaxon's answering laugh is filled with actual humor. "It's pretty obvious you don't know Hudson. Or my parents. Or Lia."

"Lia blames you for Hudson's death?" I ask, surprised.

"Lia blames everyone and everything for Hudson's death. If she had the kind of power I do, her rage would burn down the world." This time when he laughs, there's only regret in the sound.

"What about your parents? Surely they don't hold you responsible for something you had no control over?"

"Who said I had no control? I had a choice. And I made it. I killed him, Grace. On purpose. And I would do it again."

My stomach churns at his admission—and the coldness in his voice as he makes it. But I've learned enough about Jaxon to know that he will always cast himself in the most awful light. That he will always choose to see himself as the villain, even if he's the victim.

*Especially* if he's the victim.

Pointing that out to him right now won't do any good, though, so I wait for him to say more. And there is more. If there wasn't, he wouldn't be so concerned with losing control and hurting me.

"Hudson was the firstborn," he eventually continues. "The prince who would be king. The perfect son who only grew more perfect after death."

crave

There's no bitterness in the words, just a matter-of-factness that makes it way too easy to read between the lines. Still, I can't resist asking, "And you are?"

"Very definitely not." He laughs. "Which is fine. More than fine. Being king has never exactly been an aspiration of mine."

"King?" I ask, because when he first said it, I thought it was a metaphor. His brother the prince. But now that he said it again, in reference to himself being king, I can't not ask.

"Yes, king." He lifts a brow. "Didn't Macy tell you?"

"No." *King of what?* I want to ask, but now doesn't exactly seem like the time.

"Oh, well, here I am." He does a mock little bow. "The next vampire *liege* at your service."

"Ooookay." I don't know what else to say to that revelation. Except, "It was supposed to be Hudson? But now that he's dead..."

"Exactly." He makes a *you guessed it* clicking sound with the corner of his mouth. "I'm the replacement. The new heir apparent."

And future king. My mind boggles at the mere idea. What does a vampire king do, anyway? And is that why everyone treats Jaxon with such deference? Because he's royalty? But what does vampire royalty have to do with dragons? Or witches?

"I am, of course, also the murderer of the former heir apparent," Jaxon continues, "which in another species might cause some problems. But in the vampire world, you're only as strong as what you can defend...and what you can take. So all I had to do to become the most fearsome and revered vampire in the world was to kill my big brother."

He gives a little shrug that is supposed to show how amusing he finds the whole thing, how much he doesn't care.

I don't buy it for a second.

"But that's not why you killed him," I add, because I think he needs to hear me say it.

"I thought we already covered that motive doesn't matter? Perception becomes truth eventually, even when it's wrong." There's a wealth of pain in those four words, even though the tone Jaxon uses is completely devoid of emotion. "*Especially* when it's wrong. History is, after all, written by the winner."

I rest my head on his shoulder in a small gesture of comfort. "But you're the winner."

"Am I?"

I don't have an answer for that, so I don't even try. Instead, I ask for the truth. His truth. "Why did you kill Hudson?"

"Because he needed to be killed. And I'm the only one who could."

The words hang in the air as I try to absorb them, to figure out what he means. "So Hudson was as powerful as you, then."

"No one is as powerful as me." He isn't bragging. In fact, he sounds almost ashamed of the fact.

"Why is that exactly?" I ask.

He shrugs. "Genetics. Each generation of born vampires tends to be more powerful than the generation that came before them. There are exceptions, of course, but for the most part, that's how it's always been. It's why there are so few of us—nature's way of keeping the balance, I figure. And since my parents come from the strongest two families and wield incredible power themselves, it's no surprise that when they mated, their offspring…"

"Can literally make the earth shake."

He gives a half smile, the first I've seen from him since this conversation began. "Something like that, yeah."

"So am I right in guessing that Hudson was not exactly responsible with his power?"

"A lot of young vampires aren't."

"That's not an answer." I raise a brow, wait for him to look at me. It takes longer than it should. "And you strike me as very responsible."

He arches his own brows, takes a deliberate look around the disaster he made of the room when he was kissing me.

"You know what I mean."

"I know what you think you mean. Hudson…" He sighs. "Hudson's plans were always audacious. Always looking to give vampires more power, more money, more control, which isn't bad in and of itself."

I'm tempted to disagree. After all, if you plan on garnering more power, money, and control, it has to come from somewhere. And history has shown that taking any of those three things tends to be less than humane for the people it's being taken from.

But that's a discussion for another time, not now, when Jaxon is finally opening up.

"But somewhere along the line, he got lost in those plans," Jaxon continues. "He got so concerned with what he could achieve and how he could achieve it that he never stopped to question if he should.

"I tried to pull him back, tried to talk reason to him, but with Lia and my mother whispering all kinds of *Chosen One* bullshit in his ear, it became impossible to reach him. Impossible to make him understand that his own brand of manifest destiny was not…acceptable, especially when those plans included…" His voice drifts off for a minute, and a look at his eyes tells me that mentally, Jaxon's not here in this room anymore. He's far away in another time and place.

"Things between vampires and shifters have always been tense," he finally continues, a defensive note in his voice that I've never heard before. "We've never really gotten along with the wolves or the dragons; they don't trust us and we sure as hell don't

trust them. So when Hudson worked up a plan to"—he curls the fingers of his free hand and makes air quotes—"'put the shifters in their place,' a lot of people thought he was onto something."

"But not you."

"Going after the shifters looked and smelled an awful lot like prejudice to me. And then it began to look a lot like genocide. Especially when he started adding other supernatural creatures—and even made vampires—to his list. Things got ugly."

"How ugly?" I ask, though I'm not sure I actually want to know the answer. Not when Jaxon looks more grim than I've ever seen him. And not when he's throwing around words like "genocide."

"Ugly." He refuses to elaborate. "Especially with our history."

Again the blanks in my knowledge base make it impossible to understand what history he's referring to. Instead of asking, I make a mental note to check the library or ask Macy.

"I tried to reason with Hudson, tried to talk him down. I even went to the king and queen to see if they could do something with him."

I note how he calls his parents the king and queen instead of Mom and Dad, and for a second, I flash back to the first day I met him. To the chess table and the vampire queen and the things he said about what I thought at the time was just a chess piece.

It all makes so much more sense now.

"They *couldn't*."

"They wouldn't," he corrects. "So I tried to talk to him again. So did Byron and Mekhi and a few of the others who would have graduated with him. He didn't listen. And one day he started a fight that was set to rip the whole world apart, had it been allowed to continue."

"That's when you stepped in."

"I thought I could fix things. I thought I could talk him down.

It didn't work out like that.

He closes his eyes, and it makes him seem so far away. Until he opens them again, and I realize he is even more distant than I imagined.

"Do you know what it's like to realize the brother you grew up revering is a total and complete sociopath?" he asks in a voice made more terrible by the reasonableness of it. "Can you imagine what it feels like to know that maybe if you hadn't been so blind, so caught up in your hero worship and seen him for what he was sooner, a lot of people would still be alive?

"I had to kill him, Grace. There was no other choice. Truth be told, I don't even regret doing it." He says the last in a whisper, like he's ashamed to even admit it.

"I don't believe that," I tell him. Guilt radiates off him, makes me hurt for him in a way I've never hurt for anyone before.

"I believe it was necessary. I believe you did what you had to do. But I don't believe for one second that you don't regret killing him." He's spent too much time torturing himself for that to be true.

He doesn't answer right away, and I can't help wondering if I said the wrong thing. Can't help wondering if I just made everything worse.

"I regret that he had to be killed," he finally says after a long silence passes between us. "I regret that my parents created him and molded him into the monster that he was. But I don't regret that he's gone now. If he wasn't dead, no one in the entire world would be safe."

My stomach plummets at his words. Instinctively, I want to deny them, but I've seen Jaxon's power. I've seen what he can do when he controls it and what it can do on its own when he can't. If Hudson's power was anything close—without Jaxon's morality to keep it in check—I can't imagine what might happen.

TRACY WOLFF

"Did you have the same power, or—"

"Hudson could persuade anyone to do anything." The words are as flat as his tone. As his eyes. "I don't mean he could con people; I mean that he had the power to make people do whatever he wanted them to do. He could make them torture another person, could make them kill anyone he wanted to. He could start wars and launch bombs."

A chill runs up my spine at his words, has the hair on the back of my neck standing straight up. Even before he looks straight at me and continues. "He could make you kill yourself, Grace. Or Macy. Or your uncle. Or me. He could make you do anything he wanted, and he did. Over and over and over again.

"No one could stop him. No one could resist him. And he knew it. So he took whatever he wanted and planned for more. And when he decided he was going to murder the shifters, just wipe them out of existence, I knew he wouldn't stop there. The dragons would go, too. The witches. The made vampires. The humans.

"He would destroy them all— just because he could."

He looks away, I think because he doesn't want me to see his face. But I don't need to look in his eyes to know how much this hurts him, not when I can hear it in his voice and feel it in the tension of his body against mine. "There were a lot of people who supported him, Grace. And a lot of people willing to stand in front of him to protect him and the vision he had for our species. I killed a lot of them to get to him. And then I killed him."

This time, when he closes his eyes and then opens them, the distance is gone. And in its place is the same resolve it must have cost for him to not only take on Hudson but also to beat him. "So, no, I don't regret that I killed him. I regret that I didn't do it sooner."

When he finally turns back around to look at me, I can see

crave

the pain, the devastation behind the emptiness in his eyes. It makes me ache for him in a way I've never ached for anyone, not even my parents. "Oh, Jaxon." I put my arms around him again, try to hold him, but his body is stiff and unyielding against my own.

"His death destroyed my parents, and it broke Lia into so many pieces, I don't think she'll ever recover. Before all this happened, she was my best friend. Now she can barely stand to look at me. Flint's brother died fighting Hudson's army in the same fight, and Flint's never been the same, either. We used to be friends, if you can believe it."

He takes a deep, shuddering breath and lets himself sink into me. I hold him as tightly as I can, for as long as he'll let me. Which isn't long at all. He pulls away well before I'm ready to let him go.

"Nothing has been the same since Hudson did what he did. The different species have been at war three times in the last five hundred years. This was almost number four. And though we stopped it before it got too far, the distrust for vampires that goes back centuries is right up front again.

"Add in the fact that a lot of people got an up-close-and-personal look at my power and no one's happy. And can you blame them? How do they know I won't turn like my brother did?"

"You won't." The certainty is a fire deep inside me.

"Probably not," he agrees, though it's hard to miss his qualification. "But this is why I warned you away from Flint, and it's why I had to do what I did in the study lounge. They've been gunning for you since you got here. I don't know why it started, if it's because you're human or if there's something I haven't figured out yet. But I'm sure that it's continued—and gotten worse—because you're mine."

The torment is back, worse than before. "It's why I tried to stay away from you," he adds, "but we both know how well that worked."

"That's it, isn't it?" I whisper as so much of what he's said and done since I first got here finally begins to make sense. "This is why you act the way you do."

"I don't know what you're talking about." His face closes up, but there's a wariness—and a yearning—in his eyes that says I'm on the right track.

"You know exactly what I'm talking about." I rest a hand on his cheek, ignoring the way he flinches when I touch his scar. "You act the way you do because you believe it's the only way you can keep the peace."

"It *is* the only way to keep the peace." The words are torn from him. "We're balanced on a razor-thin tightrope, and every day, every minute, is a balancing act. One wrong step in either direction, and the world burns. Not just ours but yours as well, Grace. I can't let that happen."

Of course he can't.

Other people could walk away, could say it wasn't their responsibility. Could tell themselves that there was nothing they could do.

But that's not how Jaxon operates. Those aren't the rules he lives by. No, Jaxon takes it all on his shoulders. Not just the mess Hudson created and left him with but everything that happened before it—and everything that's happened since.

"So what does that mean for you?" I ask softly, not wanting to spook him any more than I already have. "That you have to give up everything good in your life just to keep things together for everyone else?"

"I'm not giving up anything. This is just who I am." His hands clench into fists, and he tries to turn away.

crave

But I won't let him. Not now, not when I'm finally understanding all the ways he's managed to torture himself—for Hudson's death and for this new role he doesn't want but can't turn away from.

"That's bullshit," I tell him softly. "You wear indifference like a mask; you wield coldness like a weapon—not because you feel nothing but because you feel too much. You've worked so hard to make everyone believe you're a monster that you've begun to believe it yourself.

"But you're not a monster, Jaxon. Not even close."

This time he doesn't try to turn away—he *jerks* away, like a live wire has just wrapped itself around his entire body. "You don't know what you're talking about," he growls.

"You think if people are scared enough, if they hate you enough, they won't dare to step out of line. They won't dare to start another war, because you'll finish that one, too—and them right along with it."

God. The pain, the loneliness, of his existence hits me like an avalanche. What must it feel like to be so alone? What must it feel like to—?

"Don't look at me like that," he orders in a voice as tight and thin as that high-wire he was just talking about.

"Like what?" I whisper.

"Like I'm a victim. Or a hero. I'm neither of those things."

He's both of those things—and so many more besides. But I know he won't believe me if I try to tell him that. Just like I know he won't take any more comfort from me right now, not when I've just laid him open right here for both of us to see.

So I do the only thing I can do.

I tangle my hands in his hair, pull his mouth down to mine.

And give him the only thing he'll accept from me.



# 50

## He Who
## Lives in Stone Towers
## Should Never
## Throw Dragons

For a second, right after our mouths meet, everything goes away. What he told me about his brother, what he told me about my being in danger, everything. For these moments, as his lips move over mine—as his tongue explores my mouth and his teeth gently ravage my lower lip—all I can think about is him. All I can want and feel and need is Jaxon.

He must feel the same way, because he makes a noise deep in his throat as his arms come around me. And then he's picking me up just a little, lifting me until the curves of my body line up perfectly with all the hard, sexy planes of his. And soon the kiss I meant as comfort shifts to something else entirely.

His hands are on my hips, his chest and stomach and thighs pressing against my own, and all I can think of is *yes*. All I can think of is *more*.

More and more and more, until my head is fuzzy, my heart is practically pounding out of my chest, and the rest of me feels like one more slide of his hands or shift of his hips will make me shatter.

Just the thought has a low, needy sound pouring out of me, a sound that Jaxon responds to with a hard, sexy squeeze of his

hands on my hips. But then he's pulling away, lifting his mouth from mine, and lowering me slowly to the ground.

"No," I whisper, trying to hold on to him for as long as I can. "Please." I'm not even sure what I'm asking for at this point, only that I don't want this to end. I don't want Jaxon to go back to that cold, bleak place where he has banished himself for so long.

I don't want to lose him to that darkness anymore.

But he murmurs softly to me, brushes his lips over my cheek, my hair, the top of my shoulder. Then slowly, slowly eases back a little more.

"We won't have much longer before Foster gets here, and I want to talk to you before he does."

"Yeah, okay." I sigh, then bury my face against his chest as I take a couple of deep breaths.

He runs his hands up and down my back to soothe us both, I think, before finally settling me on the bed—with a little distance between us. "I want to talk to you about your safety."

Of course he does. "Jaxon—"

"I'm serious, Grace. We need to talk about this, whether you want to or not."

"It's not that I'm trying to dodge the conversation. I'm just saying, after what happened earlier, anyone who doesn't like me is probably going to keep it to themselves from now on. Even if they want to hurt you."

He gives me a look. "I told you, this isn't all about me. If it was, Flint wouldn't have tried to kill you on your second day here. There wasn't anything between us then, so he couldn't have been trying to get to me. Which means—"

I finally recover from the shock ricocheting through me enough to interrupt him. "What are you talking about? Flint didn't try to kill me. He saved me. He's my friend."

"He's not."

"Yes, he is. I know you don't like him, but—"

"Who told you to walk under that chandelier, Grace?" Jaxon asks with watchful eyes.

"Flint did. But it wasn't like that." Still, uneasiness stirs in my belly. It's one thing to believe nameless strangers are out to get me. It's another to think that one of the few people I call a friend here is... "Flint wouldn't do that. Why would he try to drop a chandelier on me after he saved me when I fell off that branch?"

"That's what I was trying to tell you. He didn't save you."

"That's impossible—he wasn't even on the branch with me."

Jaxon narrows his eyes in an *are you kidding me* kind of way. "He wasn't underneath the chandelier with you, either."

"So what? He got one of the shifters to half break the branch before the snowball fight, knowing it was going to be windy?"

"More like he got one of his dragon friends to start the wind that caused all the problems. That's what I've been trying to tell you, Grace. The dragons can't be trusted, and Flint absolutely can't."

"That makes no sense. Why would he dive off that tree branch to keep me from hitting the ground if he was trying to kill me?"

Jaxon doesn't answer.

My stomach tightens up as something horrible occurs to me. "He did save me from falling, didn't he?"

Jaxon doesn't answer. Instead, he looks away, his jaw working for several seconds before he finally says, "It was Cole who was responsible for dropping that chandelier, but it's a hell of a coincidence that Flint made sure you were walking in that direction instead of sitting with the witches. And I don't believe in coincidences. As soon as I prove it, I'm taking care of him, too."

The uneasiness becomes a full-fledged sickness as I remember the look on Flint's face after I thanked him for not letting me splat all over the snow. And how fast Jaxon got there after I fell.

CRAVE

"You're still not answering the question I asked you, Jaxon. Did Flint jump out of that tree to save me or did you somehow *knock* him out of that tree?"

Jaxon avoids my eyes for the second time in as many minutes. Then says, "I wasn't near the tree."

It's my turn to grind my teeth together. "Like that would stop you..."

"Well, what was I supposed to do?" he demands, throwing his arms up in the air with as much emotion as I've ever seen from him. "Let you fall? I figured if I stopped you in midair and brought you gently to the ground, it would freak you out even worse—not to mention leave you with a bunch of questions no one was prepared to answer."

"So you made Flint dive after me instead?"

"I threw him under you, yes. And I'd do it again. I'll do whatever it takes to keep you safe, even if that means taking on every shifter in this place. Especially any of the dragons who might have the power to kick up a wind like the one that broke that branch."

Oh my God. Flint didn't save me. For a second, I think I'm going to throw up. I thought he was on my side. I thought we were friends.

"I'm sorry," Jaxon tells me after several seconds. "I don't want to hurt you. But I can't have you trusting him or any of the other shifters when they're trying to hurt you. Especially when I don't know why yet."

"All the shifters," I say, thinking again about what went down in the study lounge. "Including the alpha."

"Including the alpha."

I don't know what to say to him right now, especially considering everything he's done to keep me safe from that very first night. Even before he knew that we were going to matter

to each other. It's that thought that drives me to rest my head in the crook of his neck. And whisper, "Thank you."

"You're *thanking* me?" he demands, stiffening beneath the kisses I keep pressing into the sharp line of his jaw—and the scar he works so hard to keep hidden. "For what?"

"For saving me, of course." I pull him closer, skim my lips over his cheek and along the scar that started this whole discussion, dropping a kiss every couple of centimeters or so. "For not caring about the credit and only caring about making sure I'm okay."

He's sitting rigidly now, his spine ramrod straight with discomfort over what I'm doing. What I'm saying. But I don't care. Not now, when he's in my arms. Not now, when I'm overwhelmed by the feelings I have inside me for him.

It's those feelings that have me climbing onto his lap. Those feelings that have me straddling his hips with my knees on either side of his thighs and my arms wrapped tight around his neck.

And those feelings that bring us right back to where we were before Jaxon called a halt—with me kissing him and kissing him and kissing him. Long, slow, lingering touches of my lips to his brow, his cheek, the corner of his mouth. Over and over, I kiss him. Taste him. Touch him. Over and over, I whisper all the things I like and admire about him.

Slowly—so slowly that I almost don't notice it at first—he relaxes against me. The rigidness leaves his spine. His shoulders curve forward just a little. The hands that were fisted on the bed loosen up and wrap themselves around my waist.

And then he's kissing me, too, really kissing me, with open mouth and searching tongue and hungry, desperate hands. He pushes closer, and I arch against him, pressing my mouth into his until his breath becomes my breath, his need becomes my need.

I slide my hands under his shirt, stroking my fingers along his smooth skin and the lean muscles of his back. Jaxon groans a

crave

little as I do, arching into my touch. And then my phone goes off at the exact same time there's a heavy pounding on Jaxon's door…

The sounds break the spell between us, and he pulls away with a laugh. I hold tight to him, not ready to let him go. Not ready for this to end. He must feel the same way, though, because his hands tighten on my waist even as he presses his forehead to mine.

"You should get your phone," he says as it continues to ring. "Foster's probably freaking out because he doesn't know where you are."

The pounding on the door grows harder, more commanding. "Or he's freaking out because he knows *exactly* where I am."

"Yeah, there's that, too." He grins at me, his hands lingering on my waist for just a second as I start to climb off his lap. "You want to get the door or should I?"

"Why would I…?" Horror sweeps through me. "You don't think my uncle is the one pounding on the door, do you?"

"Not sure who else you think it would be, considering his beloved niece was last seen in the company of the guy who just picked a fight with every wolf shifter in the school."

"Oh my God." I look around for a mirror so I can fix my hair just enough that it doesn't look like I've spent the last hour making out with a vampire, then kind of stop in shock as I realize that there's nothing even resembling a mirror in here. "So are the old stories true?" I demand, combing my hair with little more than my fingers and a prayer. "Vampires really can't see themselves in mirrors?"

"We really can't."

"How is that possible?" I tuck my shirt in and make sure my hoodie is pulled down over my hips. "I mean, how do you know what you look like?"

He holds up his phone. "Selfie, anyone?" He moves toward

the door, which is practically vibrating under the force of my uncle's knocks. "Is this seriously what you want to talk about right now?"

A little bit, actually. Now that the whole vampire thing is out in the open, I realize I have a million questions. Things like how long do born vampires live—or are they immortal, like the stories suggest? Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? And if it is, exactly how old is Jaxon? Also, did Mekhi not come into my room today because he was being respectful or because he couldn't cross the threshold without an invitation?

There are more questions buzzing in my brain—so many more—but Jaxon is right. Now isn't exactly the time to be thinking about any of this.

"Of course not." I nod toward the door. "Open it and let's get this over with."

"It'll be fine," he promises with a wicked little grin that makes me think it will be anything but.

Especially if Uncle Finn is anything like my father. Then again, the guy's a witch and runs a school for the supernatural... so probably not that much in common after all.

"It will be whatever it is," I tell him, aiming for Zen and sounding completely out of touch instead. But come on, it's hard not to freak out when I'm pretty sure the boy I'm crazy about is going to be expelled.

Jaxon winks at me, even blows me a kiss, before rearranging his face into blankness as he throws open the door.

"Nice of you to let me in," my uncle says dryly. "So sorry you felt the need to hurry."

"Sorry, Foster, but Grace *did* have to get her clothes back on."

"Jaxon!" I gasp, my cheeks turning I can't even imagine what

shade of red. "I was fully dressed, Uncle Finn. I swear."

"This is what you want to lead with after that stunt you just pulled?" my uncle demands. But before Jaxon can answer, he turns on me. "I thought you were heading back to your room more than an hour ago?"

"I was. But I got…"

"Sidetracked?" my uncle finishes for me with a raised brow.

At this point, I'm pretty sure the blush has taken over my entire body. Including my eyelashes and hair. "Yeah."

"If you're well enough to be up here, you're probably well enough to be in class, don't you think?"

"Yeah. I probably am."

"Good." He glances at his watch. "First period should be about half done right now—we are squeezing it in before lunch due to the chandelier incident…and other things." He glares at Jaxon. "You should head there now."

I think about arguing, but he's got the same look on his face my dad used to have when I pushed him to the limit. I want to stay with Jaxon, want to know what's going to happen to him, but I'm afraid if I put up a fuss now, it will just make my uncle angrier. And that's the last thing I want if he's about to decide Jaxon's fate.

So instead of demanding to stay as I want to do, I just nod and head into the bedroom to grab my purse from where Jaxon dropped it. "Yes, Uncle Finn."

For a second, I could swear that surprise flashes in my uncle's eyes, but it's gone so fast that I'm not sure I didn't imagine it. Then again, Macy doesn't exactly strike me as the biddable type, so maybe he didn't expect me to agree so easily. Or he was surprised my purse was in Jaxon's bedroom, which…I am going to choose not to think about.

Either way, it's too late to argue now, so I turn to Jaxon. "I'll

see you later?" I deliberately avoid making eye contact with my uncle as I wait for his response.

"Yeah." His tone says *obviously*, even if he keeps his words simple in deference to my uncle. "I'll text you."

It's not quite the response I was hoping for, but again, I'm not in a position to argue. So I just give him a little smile as I head for the door.

And try not to panic when the last thing I hear before Uncle Finn slams it closed is, "Give me one reason not to ship your ass to Prague, Vega. And make sure it's a good one."

# 51

## Trial by
## Dragon Fire

I pull out my phone on the way down the stairs to Brit Lit and find about twenty text messages waiting for me. Five from Heather, complaining about how boring school is without me, along with several photos of her in her costume for the fall play.

I fire off a text telling her how great she looks dressed as the Cheshire Cat and another one sympathizing with the boredom. I want to tell her about Jaxon—not the vampire stuff, just the cute boy stuff—but that's a subject I know I shouldn't open until I decide exactly what I can or can't tell my bestie about him. Because when Heather is on the trail for new information, she's utterly relentless.

Plus, I've never lied to her, and I don't really want to start now. I mean, logic says that if I'm going to be with Jaxon, I'm going to have to lie sometimes—I can't walk around announcing to the world that he's a vampire without us having to dodge a lot of wooden stakes and garlic. But I need to think about what I'm going to say. I'm a terrible liar at the best of times. When talking to Heather? I'll crack in ten seconds flat, and that can't happen.

Which is why I don't say anything more than I absolutely have

to, even though a part of me is dying for her opinion about...oh, I don't know, everything hot-guy related.

Most of the other texts are from Macy—there are seven of them talking about what happened in the study room. She wasn't there, but the news of what Jaxon did to the wolf alpha has obviously spread. Not that I expected any different; he did it publicly for a reason. Plus Uncle Finn showing up at the tower shows just how far and fast the news traveled.

And Uncle Finn sent several texts to me as well, all of them demanding to know where I was. I don't bother to answer, considering he already found me—much to my chagrin.

The last two texts are from Flint, and I'm so shocked—and annoyed—I nearly miss a step and fall on my face. But then I remember the asshole dragon doesn't know what I know. He doesn't have a clue that I know he's been trying to kill me instead of help me.

It still pisses me off, though—the whole thing does—so I don't bother answering him. I swear to myself that I'll never answer him again, no matter what explanation he comes up with and no matter how many excuses he tries

Part of me wants to find him right now and have it out. But I've finally made it to Brit Lit, only to realize that I've totally forgotten to change into my school uniform. So I shove my phone back into the front pocket of my hoodie and head up to my room to do a super-quick change. Ten minutes later, I walk into class only to have the whole room go eerily silent the moment everyone spots me. You'd think I'd be used to that after the last week, but today, with everything that's happened, it feels a million times more awkward than usual.

But honestly, it's not like I can blame them. If I wasn't me, I'd be staring, too. I mean, come on, supernatural or not, they're still high school kids and I am still the girl who just caused a

fight between the alpha wolf and the most powerful vampire in existence.

It'd be stranger if they didn't stare.

That knowledge doesn't make the walk across the room to my desk any easier, though. Even with Mekhi giving me a supportive smile.

"We just started act 4, scene 5," he tells me in a soft undertone as I slide into my desk. "You can share my book."

"Thanks," I answer, pulling a pen and a small notebook out of my purse. I have no idea why I didn't grab my backpack before heading down here, but I didn't, so this is going to have to do.

"Everyone's taking a turn reading today, Grace," the instructor informs me from her spot at the front of the classroom. "Why don't you read Ophelia in this scene?"

"Okay," I answer, wondering why I have to play the damsel in distress. Because I've already read the play, I know this is the scene where Ophelia goes mad—or at least, where the audience gets to see her insanity for the first time. I try not to take it personally that she seems to think I'm the right one for the job...

Mekhi is playing Laertes, my brother, which makes it a little easier to read the lines of an insane girl who has just lost her father and feels all alone in the world. But I still struggle to get through them, especially the lines toward the end.

"'There's a daisy: I would give you some violets, but they withered all when my father died: they say he made a good end—For bonny sweet Robin is all my joy.'"

Mekhi reads Laertes's line—obviously concerned about the state of my mental health. And by *my*, I mean Ophelia's, I remind myself as I move into softly singing my last lines in the scene—and the play. "'And will he not come again? And will he not come again? No, no, he is dead; Go to thy death-bed: He never will come again—'"

The bell rings before I finish her lines, and I stop as the rest of the class starts shoveling their books into their backpacks as fast as they can go. "Thank you, Grace. Tomorrow, we'll pick up where you left off."

I nod, then shove everything back into my purse, doing my best not to think about the death scene I just read. Doing my best not to think about my parents—and about Hudson. About Jaxon's grief over who Hudson was and what that forced him to do.

It's harder than I want it to be, especially when I realize my World History of Witchcraft Trials (and yeah, okay, now that I know about the whole paranormal thing, classes like this one make a lot more sense) is next.

It's not the class that bothers me; it's the walk through the creepy-as-fuck tunnels. Especially now that I wonder what would have happened to me down there alone with Flint if Lia *hadn't* come along when she did.

But I've got to get to class, so it's no use spending too much time dwelling on might-have-beens. Especially now that Jaxon has pretty much made me untouchable. What happened in that lounge might have been horrifying to witness, but I'm not going to lie. The fact that I no longer have to be afraid of chandeliers falling on my head or random shifters shoving me out into the snow isn't a bad thing.

And when Mekhi walks with me down the hall instead of racing off to his next class, I realize that Jaxon's protection extends even further than I thought. The threat was made—and I'm pretty sure heeded, judging by the wide berth everyone is giving me at the moment—and still it's not enough for him. Still, he wants to make sure I'm safe, so much so that he's called in other members of the Order to ensure I am.

Maybe it should bother me.

crave

And honestly, if this was a normal school or a normal situation, it would probably bug the hell out of me to have such a protective…boyfriend? But I'm currently surrounded by shifters, vampires, and witches—all of whom play by rules I don't have a clue about. Plus, it's been less than three hours since a chandelier nearly crushed me to death. Not accepting Jaxon's and Mekhi's protection would be foolish, at least until things calm down around here.

I turn to thank Mekhi for walking with me, then freak out a little when Flint pretty much shoves his way between us. "Hey, Grace. How are you feeling?" he asks, all sweetness and concern. "I've been worried about you this morning."

"Worried about me or worried that the chandelier didn't do its job well enough?" I query, walking faster in what I already know is a useless attempt to get away from him.

He doesn't stop walking, but everything about him kind of stills when I confront him with what Jaxon told me—which tells me all *I* need to know.

And still, he tries to play it off. "What do you mean? Of course I'm worried about you."

"Give me a break, Flint. I know what you've been up to."

For the first time in our entire "friendship," anger flashes in his eyes. "Don't you mean you know what that tick told you I was up to?" he sneers.

Mekhi's face goes livid at the insult to Jaxon, and suddenly he's right there between the two of us again. "Back the fuck off, Dragon Boy."

Flint ignores him and continues talking to me. "You don't know what's really going on, Grace. You can't trust Jaxon—"

"Why? Because you say so? Aren't you the one who's been trying to kill me since I got here?"

"It's not for the reasons you think." He shoots me a pleading

look. "If you would just trust me—"

"Not for the reasons I think?" I repeat. "So you actually think there are good reasons for trying to kill me? And you still want *me* to trust *you*?" I wave an arm his way in a *step right up* kind of gesture. "Fine. Then tell me the truth about what happened during the snowball fight. Did you jump out of that tree to catch me, or did Jaxon knock you out of it?"

"I… It wasn't like… Jaxon overreacted. I was—"

I let him stutter all over himself for a few seconds, then cut him off. "Yeah, that's what I thought. Stay away from me, Flint. I don't want to have anything to do with you from now on."

"Well that's too bad, because I'm not going away."

"You know, there's a name for a guy who continues to hound a girl after she tells him to leave her alone," Mekhi tells Flint after we make the turn into the hallway that leads to the tunnels.

Flint ignores him. "Grace, please." He reaches out and grabs hold of my arm. Before I can tell him not to touch me, Mekhi is right there, fangs bared and warning growl pouring out of his throat.

"Get your filthy dragon hands off her," he hisses.

"I'm not going to hurt her!"

"Damn right you're not. Step back, Montgomery."

Flint makes a frustrated sound deep in his throat, but in the end, he does what Mekhi asks. Mostly, I think, because there was going to be a fight right here in the hallway if he didn't. One where Mekhi tries to tear him to pieces.

"Come on, Grace," he implores. "It's important. Just listen for one minute."

I stop because it's fairly obvious at this point that he isn't planning on going away. "Fine. You want to talk, talk. What's so important?" I cross my arms over my chest and wait to see what he has to say.

c r a v e

"You want me to say it now? In front of everyone?" he snarls, looking at Mekhi.

"Well, I'm sure as hell not going to go somewhere alone with you at this point. I may be ignorant about your world, but I'm not downright foolish."

"I can't do this. I—" He breaks off, runs a frustrated hand through his hair. "I can't talk to you in front of a vampire. It needs to be alone."

"Then you're not talking to her at all," Mekhi says, once again getting between us. "Let's go, Grace."

I allow Mekhi to guide me away from an increasingly angry Flint. Which is kind of obnoxious when you think about it. He's the one who tried to kill *me* with a chandelier, and now *he's* the one who gets to be angry? Where's the logic in that?

"Damn it, Mekhi, at least do me a favor and don't leave her alone, okay?" Flint calls after us. "I'm serious, Grace. You shouldn't go anywhere alone. It's not safe."

# 52

## If You Can't
## Live Without Me,
## Why Aren't You
## Dead Yet?

The irony of that statement isn't lost on me. Nor is it lost on Mekhi, if the way he snarls at Flint is any indication. "No shit, Sherlock. What do you think is happening here?"

Flint doesn't answer, and I don't bother to look back as Mekhi and I head into the tunnels. He doesn't say anything about Flint or anything else as we make our way through the first door. But the silence only makes me feel worse about what just happened. And about trusting Flint from the beginning, especially when Jaxon warned me not to.

I just wish I knew what he got out of hurting me when I've never done anything to him. *Not to mention playing at being my friend at the same time he was plotting to kill me.*

"Who knows with dragons?" It's not until Mekhi answers that I realize I spoke out loud. "They're super secretive, and nobody ever really knows what's going on with them."

"Apparently." I give him a shaky smile. "I really am sorry about all this—and about you having to walk me to class. I do appreciate it, though."

"No worries. It takes a lot more than a bad-tempered dragon to ruin my day. Besides, if I end up a couple of minutes late to

CRAVE

Calculus, you'll only be doing me a favor." He grins down at me as we follow the route into the tunnels.

As we make our way through all the doors, including stops for the security codes and the rest of the stuff I had to do with Flint, I'm struck by how different it feels with Mekhi. With Flint, everything inside me was screaming a warning, telling me to get the hell away from him as fast as I could.

With Mekhi, this trip into the tunnels feels normal. No, better than normal. Like walking with an old friend, one I'm totally comfortable around. There's no voice warning me to be careful, no uncomfortable shiver running down my spine. All of which tells me the bad feelings were tied to Flint and not the tunnel all along.

Still, I wait for that same voice to kick in as we go deeper into the tunnel. If not in warning, then at least a little self-congratulatory rumba for staying alive against all odds. Something that proves I'm not crazy for thinking I hear a voice deep inside myself that tells me what to do.

I admit, I've never had anything like it before, just the normal conscience-type stuff we all have when I'm trying to decide between right and wrong. But what happened the last time I was down here is different. In some ways, it felt almost sentient, like it existed away from my own consciousness and subconscious.

I can't help wondering what's actually going on. Can't help wondering just what Jaxon or Katmere Academy or freaking Alaska itself has woken up within me.

If anything.

I will say that whatever's happening, I'm at least glad the feeling of doom is gone. For now, I'm just going to accept that it is and worry about the rest when I've had a chance to breathe for a little while—which won't happen until I know for sure what Uncle Finn has decided about Jaxon.

Jaxon didn't act like he was afraid of being expelled, but that doesn't mean much. He doesn't strike me as being afraid of anything, let alone what the headmaster of his high school might do to him. But just because he didn't look worried doesn't mean Uncle Finn doesn't have the power to make him leave school temporarily...or for good.

I check my phone as we walk through the last gate into the tunnels. Still no text from Jaxon.

"Have you heard from him?" I ask as we start the long trek to the art building.

"No."

"Is that normal? I mean, does he usually check in with you or—"

I break off as Mekhi laughs. "Jaxon doesn't check in with anyone, Grace. I thought you would have figured that out by now."

"I did. I just... What do you think is going to happen?"

"I think Foster is going to give him a slap on the wrist and then move on."

"A slap on the wrist?" I don't even try to hide my shock. "He nearly killed that boy."

"*Nearly killed* and *killed* are two very different things here—in case you haven't noticed." He gives me a knowing look. "At some point, we all screw up learning how to deal with our powers."

"Yeah, but this wasn't a screwup. This was a calculated attack."

"Maybe." Mekhi shrugs. "But it was also necessary. I don't think Foster will blame Jaxon for trying to protect you. Or be shortsighted enough to send him away when he's the one standing between you and God knows what. In my opinion, the wolf alpha is more at risk for being kicked out than Jaxon is."

"School rules aren't all about me, even if the headmaster is my uncle. Besides, I thought Jaxon was the whole reason the shifters were after me. Because they wanted payback for everything that

went on with Hudson?"

I mean, what else could it be? I've never done anything to any of these people, nor is there anything supernatural about me. No powers, no shifting, no sudden desire to bite people's necks. So unless they're playing a rousing game of Terrorize the Human, I can't imagine what the shifters could possibly get out of trying to kill me.

"Jaxon's operating under that assumption, which makes sense, considering they've just been waiting to find something that matters to him. Waiting for something they can take away from him."

My heart beats a little faster at Mekhi's words—and the implication that everyone knows that I'm who Jaxon cares about. It's probably ridiculous to be so excited at the thought, since if it's true, those feelings put a big red *X* right on me. But after the time I spent with Jaxon in his room today, I don't care nearly as much as I should. I want to be with him.

"So what was Hudson like?" I ask Mekhi as we reach the back part of the tunnels. Maybe it's an indelicate question to ask, but how else am I supposed to find out anything about Jaxon's relationship with his brother? I'm pretty sure he's not going to tell me.

Mekhi glances down at me, and there's something different in the look he gives me, something wary and fearsome at the same time. It's so similar to the look Jaxon had when he was talking about Hudson—minus the palpable anguish—that it makes me wonder just who this guy was. And how his presence can be so keenly felt even after he's been dead for nearly a year.

"Hudson was...Hudson," Mekhi says with a sigh. "I guess the best way to describe him would be as a light version of Jaxon."

"A light version?" That's not what I was expecting, especially after what Jaxon had to say about him earlier. "I thought he was

a…" I trail off because I don't want to call the former heir to the vampire throne a monster, even though that's exactly what I'm thinking.

"Not light as in sunshine," Mekhi elaborates as we reach the center rotunda of the tunnels. "I mean Jaxon lite. He was the older brother and pretty much the prodigal son—their parents adored him. And so did a lot of other important people in our species.

"But being able to fool people into thinking you have character isn't the same as actually having character. And the one thing I know for sure is that Hudson wasn't a quarter of the person Jaxon is. Too selfish, too egotistical, too opportunistic. All Hudson cared about was Hudson. He was just good at pretending to care about what those in power wanted him to care about."

I don't know what to say to that, so in the end I don't say anything. After all, I never met Hudson, and I don't care about him in the slightest, beyond the fact that Jaxon is using his brother's death to punish himself.

But I've got to admit, Mekhi's description sounds awfully close to what I figured out reading between the lines of what Jaxon was telling me. He's beating himself to hell and back for what happened between them, but it sounds to me like he did the world a favor taking Hudson out of it. No matter what Jaxon thinks about it.

A noise sounds far behind us, and suddenly Mekhi is shoving me in back of him as he whirls around, hands raised in an obvious fighting stance. Which he drops once he realizes the noise came from Lia, who is racing up the tunnel toward us.

And by racing, I mean really booking it. Wow, she can move fast when she wants to. I mean, that's no surprise—I've seen Jaxon move, and it's a little shocking how quickly he can get to me when he wants to.

But so far, every time he moves like that, it's because I'm in some kind of trouble and he wants to get to me. The same kind of trouble that keeps me from paying close attention to him because I'm afraid I'm in the middle of trying not to die.

Watching Lia run without any safety fears for myself, though? It's intense. It takes her less than a minute to cover the tunnel we just spent the last five minutes walking down.

And when she gets to us? She isn't even breathless.

"Hey, girl, where's the fire?" Mekhi asks as she moves to pass right by us. I'm surprised at his tone, and the fact that a lot of the warmth he has when he talks to me is now absent.

Of course, she isn't exactly dripping friendliness herself when she answers, "Oh, hey, guys. Just using my free period to do some extra time in the art studio."

Mekhi raises a brow. "Since when do you use your free period for anything productive?"

She looks away, jaw working, and for a second, I'm pretty sure she isn't going to answer him. But then she shrugs and says, "I'm working on a painting of Hudson."

"So that's who it is," I exclaim, thinking back on the portrait I saw her working on yesterday. "He's really good-looking."

"You have no idea." Her lips curve in the closest thing I've seen to a smile from her. "I'm nowhere near talented enough to do him justice."

"False modesty?" Mekhi mocks. "That's not like you, Lia."

"I'd say bite me," she answers with an eye roll, "but who knows where you've been."

"Thanks, but I'm too afraid of catching rabies to ever bite you," he sneers back.

And can I just say, wow. There are enough bad vibes flowing between them that I can't help thinking I'm about to witness my second vampire attack of the day.

Apparently, when her relationship went bad with Jaxon, it went bad with the rest of the Order, too, because right now, Mekhi honestly looks like he wants to rip her throat out.

But just when I'm trying to determine how to get out of range, Lia flips him off. Then hooks her arm through mine and says, "Let's go, Grace. He's so not worth it."

"Oh, well, actually, Mekhi was just walking me to class." I don't like being in the middle of the two of them, but that doesn't mean I'm going to bail on Mekhi the first chance I get.

The warning bell chooses that exact moment to ring, and Mekhi gives a little shrug as he takes a step back. "I'm good heading to Calculus if you're good with Lia showing you the rest of the way."

"I'm pretty sure I can get her to class safely," Lia snarks, but I just smile my gratitude at him.

I like that Mekhi isn't making a big deal of the *me not being alone* thing, just kind of making sure all the bases are covered without putting up too big a fuss. Especially since Jaxon has already covered the giant-fuss department.

"I'm good," I tell him, and I mean it. Down here, surrounded by people Jaxon trusts—even if they don't trust each other—makes everything else that's happened so much easier to deal with. "You should get to math."

"Words absolutely no normal person has ever wanted to hear," he answers with a sigh. But he steps back, does a little two-fingered salute as a goodbye wave.

Impulsively, I close the distance between us to give him a hug. "Thanks for walking with me. I really appreciate it."

He seems a little taken aback by my very human show of emotion, so I pull away, worried that I did something wrong. But when I look up at him, he's got a goofy smile on his face that says he doesn't mind at all. And that's before he pats my head

c r a v e

like I'm a prize-winning Chihuahua or something.

Still, it feels pretty good to have one of Jaxon's friends' stamp of approval, so I just grin at him and do that ridiculous two-fingered salute back at him.

He laughs, then snarls a little at Lia—for show, I think—before turning around and heading back the way we came.

I watch him for a second, expecting him to start booking it like Lia was, but instead he takes his time, moseying along like he's in the middle of one of the old Westerns my dad used to watch.

Which only makes me appreciate Mekhi more. He's willing to give Lia and me some privacy, but he's in no hurry to leave me alone with anyone. Even another vampire.

"So what's been going on with you?" I ask Lia after another glance at my phone reveals still no texts from Jaxon. And the fact that we have two minutes left to get to class.

"Pretty sure that's my line after that whole scene in the lounge today." She raises her brows in a WTF look.

"Oh, that. Um, Jaxon…" I trail off, not sure what I can possibly say about what happened.

Lia laughs. "You don't have to explain anything to me. Hudson was overprotective in the same way, doing whatever he thought necessary to take care of me. Even if there was nothing to protect me from."

I think about correcting her, maybe even telling her what's been going on so I can get her take on it, but we're almost to the cottages, and suddenly more people are around—vampires, witches, *and* shifters. And since there's more than enough gossip surrounding me right now, I figure the last thing I need to do is add fuel to the fire.

So instead of letting Lia know everything that's happened over the last few days, I just kind of shrug and laugh. "You know

how guys are."

"Yeah, I do." She rolls her eyes. "Which reminds me...I was thinking you might want to get away from all that machismo for a while. Want to do a girls' night tonight? We can do facials, watch some rom-com, eat too much chocolate. Maybe even do those mani-pedis we were talking about the other day."

"Oh." I sneak another glance at my phone. Still no Jaxon. Maybe my uncle banished him to Prague—or Siberia—after all. "Yeah, I guess."

"Wow." She gives me a mock-offended look. "Don't sound so enthusiastic."

"Sorry. I was just hoping Jaxon would ask me to spend some time with him tonight. But—" I hold up my phone with a sigh. "Nothing so far."

"Yeah, well. Don't hold your breath. Making plans isn't exactly Jaxon's modus operandi." There's a sadness running underneath the bitterness in her voice when she talks about him. It makes me think that, despite what she says, she misses his friendship as much as he misses hers.

Which sucks, especially considering how much the two of them are hurting right now.

It's not my place to get involved—I didn't know Hudson and I wasn't around when things went bad between Jaxon and Lia—but I know how fleeting life can be, even for vampires. How quickly things can just end, with no warning and no chance to put everything right.

I also know how much his problems with Lia weigh on Jaxon, reminding him daily of his role in what happened to Hudson. I can't help wondering if those problems weigh just as heavily on Lia...and if maybe the two of them might finally begin to heal if they can forgive each other and themselves.

I mean, anything has to be better than this enmity between

CRAVE

them. She's destroyed, he's devastated, and neither of them can move into the future because they're so traumatized by the past.

Which is why, in the end, I can't resist saying, "You know, he really misses you."

Her eyes jump to mine. "You don't know what you're talking about." It's a half whisper, half hiss.

"I do know. He told me what happened. And I can't imagine how hurt you must be—"

"You're right. You can't imagine." She starts walking faster as we head up the final incline. "So don't."

"Okay. Sorry." I'm practically running in an effort to keep up with her. "It's just, I think you would be better off if you could try to connect with Jaxon a little bit. Or anyone, really, Lia. I know you're sad; I know you just want to be left alone because everything else is too agonizing to even think about. Believe me, I know that." God, do I ever.

"But the thing is," I continue, "you aren't getting any better like that. You're staying exactly where you were, drowning in grief, and until you decide to take the first step, you're always going to be drowning."

"What do you think I was doing when I invited you over for facials?" she asks, her voice smaller than I've ever heard it. "I'm tired of crying myself to sleep every night, Grace. I'm tired of hurting. That's why I thought I could try to start over with you. You're nice, and you didn't know Hudson or the person I used to be. I thought we had a chance of being friends. Real friends."

She turns her face away from mine, but I can still tell she's biting her lip, obviously trying not to cry. I feel like a total jerk. "Of course we're friends, Lia." Impulsively, I wrap an arm around her shoulders and squeeze.

She stiffens up at first, but eventually she relaxes and leans

into the hug. I used to be one of those people who never let go of the hug first—right up until my parents died. Then I got so many hugs I didn't want from well-meaning people who didn't know what else to do that backing away became self-preservation.

For Lia, I go back to the pre-accident time, hugging her until she decides it's enough. It takes longer than I thought it would, which, in my mind, proves the theory that you hold on until the other person pulls away because you never know what they're going through and if they need the comfort.

Of course, my phone chooses to *finally* vibrate right in the middle of the hug, and it takes every ounce of self-control I have not to make a grab for it. But real friends are important—not to mention few and far between—so I wait it out, not letting go until Lia finally steps back.

My phone vibrates three more times, stops, then vibrates again. Lia rolls her eyes, but in a friendly way that says the storm has passed. "Why don't you answer that and put Jaxon out of his misery? He's probably terrified the shifters decided to have barbecued Grace for lunch despite his warning."

She must be right, because two more texts come in before I can pull my phone out. Lia just laughs and shakes her head. "How the mighty have fallen."

Not going to lie, my heart skips a beat—or five—at hearing her say that, even if there's a part of me that's afraid it's wishful thinking. Still, it's hard not to smile when I look at the string of texts he's sent me.

**Jaxon:** Told you not to worry

**Jaxon:** I have lived to fight another day

**Jaxon:** Or should that be I have lived to bite another day...

**Jaxon:** Anyway, come to my room tonight, whenever you're available

**Jaxon:** I want to show you something

CRAVE

Partly because he contacted me as soon as he was done with Uncle Finn.

And (mostly) because he asked me out tonight. Or as close to out as we can get here in the middle of Alaska.

**Me:** Sorry, talking to Lia

**Me:** Definitely! What time?

**Me:** Glad things went okay

I hesitate for a second, then text what I've been thinking since he made the pun about living to bite another day. It's the same thing I've been thinking about off and on since I left his room a couple of hours ago.

**Me:** I like it when you bite

I blush a little as I send it, but I don't regret it. Because it's the truth and because I've already thrown myself at the boy. What else is there but to see it through to the end?

When my phone vibrates immediately, I'm almost afraid to look at it.

Afraid I've gone too far.

Afraid I'm pushing too fast.

**Jaxon:** Good, because I like the way you taste

It's corny and unoriginal and that doesn't matter at all, because *swoon*. For a boy who tries to be so implacable, Jaxon's got serious game. I mean, really. What girl is supposed to resist a text like that? Or the guy who texted it, when he's also the guy willing to fight wolves and dragons and anyone else who comes for her?

Not me, that's for sure.

Lia, on the other hand, makes a little gagging sound as she reads over my shoulder. "Wow, Jaxon. Sappy much?"

"I like it." Still, I blank out my phone screen and shove it back into my pocket. No need for her to see anything else Jaxon might decide to write to me.

I tingle a little at the thought.

"So we raincheck tonight?" Lia says as she pushes open the door to the art studio. "And do facials tomorrow?"

It sounds like a plan to me. But after everything she just revealed, I can't help asking, "Are you sure? I can go see Jaxon after we have our girls' night."

"And make me the one responsible for standing in the way of true love?" she snarks. "I don't think so."

"Oh, it's not like that," I tell her, even as a part of me melts at the description. "We're just...hanging out."

"Wanna bet?" Lia asks with a snort. "Because the Jaxon Vega I've known my whole life doesn't almost start a war over a girl he just wants to 'hang out' with."

## 53

# If This Kiss
# Is Going to Start a War,
# it May as Well
# Be Worth It

Lia's words are still ringing in my ears several hours later as I'm trying to figure out what to wear to Jaxon's room for our...date. Logically, I know he won't care, but I care. I haven't exactly been at my best since I got to Katmere, and just once I'd like to knock his socks off.

"You should go with the red dress," Macy says from where she's sitting cross-legged on my bed, watching me agonize over my clothes choice. "Guys love red. And that dress is killer, if I do say so myself."

She's right. The dress is amazing, but... "You don't think it's too obvious?"

"What's wrong with obvious?" she demands. "You're crazy about him. He obviously feels a whole lot of something for you or he wouldn't have nearly ripped Cole's throat out in the lounge today. There's nothing wrong with letting him know you dressed up for him."

"I know that. It's just..." I hold up her red dress for the ten millionth time. "This is a lot of dressing up."

"There's not enough material for it to be a lot of anything," Macy snickers.

"Yeah, that's kind of my point."

The red dress is amazing, no doubt about it. And I bet it looks gorgeous on Macy. But with all its geometric cuts and angles and the absolute lack of fabric near anything important, it's about as far from my usual style as I can get. Which is fine, I guess, except whatever happens with Jaxon tonight (or doesn't happen), I want it to happen when I look and feel like me.

"I think I'm going to go with the yellow one," I decide, reaching for the dress in question. It still has spaghetti straps, but the neckline is a little higher than the red one, and it should actually hit below my knees when I put it on, versus the top half of my thighs, like the red one.

"Seriously? That's my least favorite one of the bunch." Macy makes grabby hands for it, but I move back so it's out of her reach. "I mean, *my dad* picked it out for me."

"Well, I like it. And the fact that it doesn't scream that I want to get naked with him."

"Says the girl who got up to all kinds of naughty stuff in his room today," she says with a smirk.

"I never should have told you that! And it's not like we got naked. We just made out." I take off my uniform and slip into the dress. "The dress is just to make a point."

"And what point is that exactly?" She gets off the bed and starts tugging on the skirt to help it fall into place over my ridiculous curves. "Oh, right. The point that you lust after Jaxon's sexy, sexy body."

"I thought you didn't like Jaxon." I shoot her a smug look. "I mean, aren't you the one who told me how dangerous he was and that I should stay far, far away from him?"

"And look how well you listened." She crosses to her dresser and starts opening and closing the myriad assortment of little doors on the jewelry box she has perched on the top

of it. "Besides, just because he scares me doesn't mean I can't appreciate how sexy he is for you," she says in a deliberately deep and funny voice. "Plus that gorgeous bite mark he left on you? *Swoon*."

Swoon is right. Every time I see it in the mirror, it makes me want to melt. "Everything about Jaxon is gorgeous to me," I tell her as she crosses back over to me, a pair of dangling gold earrings in her hand.

"Try not to salivate on the dress," she answers dryly. "Drool is so last decade."

I stick my tongue out at her, but she just crosses her eyes at me. "Save that for Jaxon."

"Oh my God! Are you trying to embarrass me to death before I ever make it to his room?"

"What's there to be embarrassed about? You're head over heels for him; he's head over heels for you… I say go for it."

"Can you please just give me the earrings so I can get out of here?" I demand, holding my hand out for them.

"Stay still and I'll put them in for you. The clasp is kind of tricky." She leans over and slides one of the earrings into my earhole. "Wow, you smell good enough to eat… Oops. I mean drink."

"I swear to God, Macy…"

"Okay, okay, I'll stop messing with you." She moves to put the second earring in. "It's just so fun to watch you blush."

"Yeah. So much fun," I deadpan as she struggles to fasten the second earring.

Finally the clasp slides into place, and she steps back. "How do you stay so still?" she asks as she straightens out the skirt of my dress. "I swear you're a statue. It barely felt like you were breathing while I was putting that earring in."

"Terror that you were going to slip and rip the thing out of

my ear. Or poke me in the eye," I tease.

She makes a face at me as I slip my feet into the one nice pair of heels I brought with me. They're nude and strappy, so they go with almost anything. Including, thankfully, this yellow dress.

"So how do I look?" I do a little twirl in the center of the room.

"Like you're going to need another blood transfusion by the time Jaxon's done with you."

"Macy! Stop it!"

She just grins as I make my way to the door. "Seriously, you look amazing. You're going to knock that vamp's socks off."

This time when I blush, it's from excitement. "You really think so?"

"I know so." She motions for me to twirl around again, so I do. "Also, I'll bet you ten bucks that dress is going to be missing buttons when you finally make it back here."

"Okay, that's it!" I give her a mock glare as I head for the door.

But she just grins and crosses her eyes at me, all of which makes me laugh ridiculously hard. And calms me down, which I know is exactly what she was intending.

It's so strange. Before this week, I hadn't seen Macy in ten years. We were virtual strangers. And now I can't imagine going back to life without her.

"Don't wait up," I say as I make my way out the door.

"Yeah, like that's going to happen," she tells me with a snort. "FYI, I'm going to need all the details. And I mean all. So you should probably pay really close attention to everything that happens so you get them right."

"Absolutely," I agree, just to tease her. "I'll take notes. That way I won't forget anything."

"You think you're being funny, but I'm serious. Notes would be extremely helpful."

I roll my eyes. "Goodbye, Macy."

crave

"Come on, Grace! Let a girl live vicariously through you, will ya?"

"Why don't you go find Cam? Do a little non-vicarious living of your own?"

She considers it. "Maybe I will."

"Good. And you should totally wear the red dress when you do. After all, guys love it when you're obvious."

She flips me off and throws a pillow at me that I only narrowly manage to dodge.

"Temper, temper," I tease, then hightail it out the door before she decides to throw something at me that will really hurt. Or, you know, cast some kind of spell that makes all my hair fall out. There are perils to living with a witch, after all.

My palms are sweating and my heart is beating a little too fast as I make my way to the tower room. Maybe I should have come up right after classes, like I wanted to, because all the preparation—the hair, the makeup, the dress deliberation—has done is give me more time to think.

And more time to get nervous.

Which is ridiculous. This is Jaxon. He's seen me falling out of a tree and nearly bleeding to death. He's saved my life several times since I got here. He's seen me looking my worst—why am I suddenly so determined that he see me looking my best? It's not like I actually think he cares if I straighten my hair and put on high heels.

I tell myself all of this on the way to his room—and I even believe it. But my hands are still trembling when I knock on his door. And so are my knees.

Jaxon opens the door with a sexy grin that turns to total blankness the second he sees me. Which is definitely *not* the reaction I was hoping for after spending the last two hours getting ready.

"Am I early?" I ask, discomfort suddenly racing through me. "If you want, I can come back later—"

I break off as he reaches for my wrist and gently tugs me into his room—and his arms. "You look gorgeous," he murmurs against my ear as he hugs me tight. "Absolutely beautiful."

The ball of tension in my stomach dissolves as soon as he wraps himself around me.

As soon as I smell the sexy orange and fresh water scent of him.

As soon as I feel the strength and power of his body against and around my own.

"You look pretty amazing yourself," I tell him. And he does, with his ripped jeans and bright-blue cashmere sweater. "I think this is the first time I've seen you wearing something other than black."

"Yeah, well, let's keep that between us."

"Absolutely." I keep my arms wrapped around his waist as I grin up at him. "Wouldn't want to mess up that badass reputation of yours."

He rolls his eyes. "What is it about my reputation you're so obsessed with?"

"The fact that everybody feels like they need to warn me against being with you. Obviously. I've never dated anyone like you before."

I'm teasing, but the second the words leave my mouth, I want to take them back. After all, it was only this morning he was telling me how worried he is about hurting me. Just because that fear seems ridiculous to me, considering he's never been anything but gentle with me, doesn't mean he doesn't take it very, very seriously.

Sure enough, Jaxon pulls away. I try to grab on, but there's no holding him if he wants to go.

c r a v e

"I hurt you once, Grace," he says after a second, eyes and voice deadly serious. "It's not going to happen again."

"First of all, let's be clear. *You* didn't hurt me. A piece of flying glass hurt me. And secondly, I know I'm safe with you. I already told you. I wouldn't be here if I thought otherwise."

He studies me for a second, like he's trying to decide if I'm telling the truth. He must decide I am, because eventually he nods, reaches for me again. And this time when he pulls me against him, he lowers his head and presses his lips to mine.

It's different than the kiss we shared earlier, softer, gentler. But it reaches inside me all the same. Lights me up. Turns me inside out with everything I feel for him and everything I hope he'll let himself feel for me.

But tonight isn't about wishing for what might be. It's for celebrating what is, so I lock that thought down deep inside me and hold on to Jaxon with everything I have. And everything I am.

The kiss lasts forever, the soft whisper of his mouth against mine, and still he pulls away too soon. Still I'm clutching at him, fingers tangled in his shirt, my body straining against his as I try desperately to hold him to me for just a little longer.

But when I finally let him go, when I finally open my eyes, the Jaxon staring down at me isn't the one I'm used to seeing. There's no regret in his dark eyes, no scowl on his face. Instead, he looks lighter, happier than I've ever seen him.

It's a good look on him, one that has me breathless for a whole host of different reasons. I wonder if he feels the same way about me, because for several long seconds, we don't move at all. We just stare at each other, eyes locked, breaths held, fingers entwined.

There's a bubble of emotion inside me, and it grows with every second I get to look at him. Every second I get to touch him.

Tʀᴀᴄʏ Wᴏʟff                              437

It's been so long since I've felt it that it takes me a few minutes to recognize it as happiness.

Eventually, he turns away, and the loss I feel is a physical ache inside me. "What are you doing?" I ask, watching as he rummages in his closet.

"Much as I love that dress, you need a hoodie," he answers, pulling out a heavy fur-lined one from The North Face...in black, of course.

He slides my arms into the sleeves, zips it up. Pulls the hood over my head. Then he grabs the red blanket off the end of his bed and says, "Come on."

He reaches a hand out to me, and I take it—how could I not? Right now, there isn't anywhere I wouldn't follow this boy.

And that's before he pulls back the curtains that cover his window, and I get my first look at what's waiting for us.

# 54

## What Could Possibly Be More Interesting than Kissing Me?

"Oh my God!" I gasp, all but running to the window. "Omigod! How did you know?"

"You've only mentioned them like, three different times," he answers, sliding the window open and climbing onto the parapets before holding his hand out to me.

I follow him outside, my eyes glued to the sky spread in front of us. It's lit up like one giant rainbow, the background an incredible, intense purple while swirls of periwinkle and green and red dance across it.

"The northern lights," I breathe, so caught up in the incomparable beauty of them that I barely feel the cold…or Jaxon draping his super-warm blanket around me.

"So do they live up to your expectations?" he asks, wrapping his arms around me from behind so that I'm snuggled up in the blanket *and* his arms.

"They're even better," I tell him, a little astonished at how intense the colors are and how fast the lights are moving. "I've only seen pictures before this. I didn't know they'd actually move like this."

"This is nothing," he answers, pulling me closer. "It's early

yet. Wait until they really get going."

"You mean there's more?"

He laughs. "So much more. The higher the velocity of the solar winds hitting the atmosphere, the faster they dance."

"And the colors are all about the elements, right? The green and red are oxygen and the blue and purple are nitrogen."

He looks impressed. "You know a lot about the lights."

"I've loved them since I was a kid. My dad painted a mural on my bedroom wall when I was seven. Told me he'd bring me here to see them one day." I can't help thinking about how he didn't get to keep that promise. And about all the other promises that were lost when he was.

Jaxon nods and hugs me tighter. Then he turns me around so that I'm facing him. "Do you trust me?"

"Of course I do." The answer is instinctive and comes from the deepest, most primitive part of me.

He knows it, too. I can see it in the way his eyes widen, feel it in the way his heart is suddenly thudding heavily against my own. "You didn't even have to think about it," he whispers, fingers stroking reverently down my face.

"What's there to think about?" I wrap my arms around his neck and pull him down for a kiss. "I know you'll take care of me."

He closes his eyes then, rests his forehead against mine for a few moments before taking my mouth with his.

He kisses me like he's starving for me. Like his world depends on it. Like I'm the only thing that matters to him.

I kiss him right back the same way, until I can barely breathe and the colors behind my eyes are brighter than the aurora borealis. Until it feels like I'm flying.

"Maybe I should have asked if you're afraid of heights," Jaxon murmurs after a few minutes, his lips still pressed against mine.

"Heights? Not really," I answer, sliding my hands through

crave

his hair and trying to get him to kiss me again.

"Good." He moves my right hand until it's at my throat, so that I'm able to keep the blanket around me by clutching both corners in one fist. "Hold on to that blanket."

And then he grabs my left hand and spins me out fast and sharp, like they used to do in those old-time swing dances.

I gasp at the fast, jerky movement—and the fact that through it all, I can't feel the ground beneath my feet. Then scream a few seconds later as I get my first good look at the sky since Jaxon started to kiss me.

We're no longer on the parapet looking up at the northern lights. Instead, we're floating at least a hundred feet above the top of the castle, and somehow it feels like we're right in the middle of the aurora borealis.

"What are you doing?" I demand when I can finally get the words out past the terrified lump in my throat. "How are we flying?"

"I think *floating* is a better description of what we're doing," Jaxon tells me with a grin.

"Flying, floating. Does it matter?" I clutch his hand with all my might. "Don't drop me."

He laughs. "I'm telekinetic, remember? You're not going anywhere."

"Oh, right." The truth of that gets through to me, has me relaxing, just a tiny bit, the death grip I've got on him. And for the first time since we started floating, I really look at the sky around us.

"Oh my God," I whisper. "This is the most incredible thing I've ever seen."

Jaxon just laughs and pulls me back in, this time with my back against his chest so I can see everything and feel him wrapped around me at the same time.

And then he spins us around and around and around through the lights.

It's the ride of a lifetime, better than anything Disneyland or Six Flags could ever dream up. I laugh all the way through it, loving every second of it.

Loving the thrill of whirling across the sky with the lights.

Loving the feeling of dancing through the stars.

Loving even more that I get to do it all wrapped in Jaxon's arms.

We stay up for hours, dancing and floating and spinning our way through the most spectacular light show on earth. On one level, I know I'm cold—even wrapped up in the jacket, with Jaxon curled around me and the aurora borealis spread out across the sky in front and behind me—but on all the important levels, I barely feel it. How can I when the joy of being here, in this moment, with Jaxon makes it impossible to focus on anything else?

Eventually, though, he brings us back down to the parapet. I want to argue, want to beg him to keep us up just a little bit longer. But I don't know how his telekinesis works, don't know how much energy and power it took for him to keep us up there as long as he did.

"And you thought vampires were only good for biting things," he murmurs into my ear when we're once again standing on solid ground.

"I never said that." I turn in to him and press my mouth against his neck, loving the way his breath catches in his throat the moment I put my lips on him. "In fact, I think you're good for a lot of things."

"Do you now?" He pulls me closer, drops kisses on my eyes, my cheeks, my lips.

"I do." I slide my hands into the back pockets of his jeans and

revel in the way he shudders at my touch. "Though, not going to lie, the biting is pretty impressive too."

I lift my mouth for another kiss, but he steps away before I can press my lips against his. I start to follow him, but he just smiles and rubs his thumb across my bottom lip. "If I start to kiss you now, I'm not going to want to stop."

"I'm okay with that," I answer as I try to plaster our bodies together.

"I know you are." He grins. "But I have something I want to do first."

"What could possibly be more interesting than kissing me?" I joke.

"Absolutely nothing." He drops a quick kiss on my lips and then takes a big step back. "But I'm hoping this comes in a close second. Shut your eyes."

"Why?"

He gives a heavy mock sigh. "Because I asked you to. Obviously."

"Fine. But you better still be here when I open them up."

"You're in my room. Where else would I be?"

"I don't know, but I'm not taking any chances." I narrow my eyes at him. "You have a bad habit of disappearing whenever things get…interesting."

He grins. "That's because I'm usually afraid if I stay any longer, I'll bite you. Now that I know you don't mind, I won't have to run quite so fast."

"Or you could just not run at all." I tilt my head to the side in an obvious invitation.

His eyes go from their normal darkness to the pure black of blown-out pupils, and I shiver in anticipation. At least until he says, "You're not going to sidetrack me, Grace. So just do us both a favor and close your eyes."

TRACY WOLFF                    443

"Fine." I pout a little, but I do as he says. After all, the sooner we get past this, the sooner I'll be able to kiss him again. "Do your worst."

His laugh is a warm breath of air against my ear. "Don't you mean my best?"

"With you, I never know." I wait impatiently for him to do whatever it is he's going to do—at least until I feel his chest pressed around my back and his arms on either side of me. "What—?"

"You can open your eyes now," he says.

I do and then nearly fall over in shock. "What...?"

"Do you like it?" he asks, his voice soft and uncertain in a way I've never heard from him before.

"It's the most beautiful thing I've ever seen." I lift a trembling hand to the necklace he's holding just a few inches in front of me, brush my finger across the *huge* rainbow-colored gemstone hanging in the center of the gold chain. "What is it?"

"It's a mystic topaz. Some jewelers call it the aurora borealis stone because of the way the colors flow together."

"I can see why." The cut of the stone is incredible, each facet carved to highlight the blues and greens and purples within it so that they bleed into one another even as they stand out. "It's gorgeous."

"I'm glad you like it." He lowers the necklace until the stone rests a little below my collarbone and fastens it around my neck. Then he steps back to check it out. "It looks good on you."

"I can't take this, Jaxon." I force the words out even though everything inside me is screaming for me to hold tight to the necklace and never let it go. "It's..." Huge. And I can only imagine how much it cost. More than everything I own put together, I'm pretty sure.

"Perfect for you," he says, nuzzling the pendant aside and

pressing a kiss to my skin underneath it.

"To be fair, I'm pretty sure it's perfect for any woman." Of its own volition, my hand creeps up to hold on to the stone. I don't want to give it back. "It's so beautiful."

"Well then, you're well-matched."

"Oh my God." I groan. "That was ridiculously sappy."

"Yeah," he agrees with a little you've-got-me shrug. "And you're ridiculously beautiful."

I laugh, but before I can say anything else, he's kissing me, really kissing me, and anything I was going to say flies right out of my head.

I open to him, loving the way his lips move over mine. Loving even more the way his tongue brushes against the corners of my mouth before he gently scrapes a fang across my lower lip.

I shiver as he moves lower, brushing his lips across my jaw and down my neck. I've never felt anything like this before, never imagined that I *could* ever feel something like this. It's so much, physically and emotionally, that it's almost overwhelming—but in the best way possible.

"You're cold," he says, misinterpreting the shiver. "Let's go inside."

I don't want to go inside, don't want this magical, mystical night to end just yet. But as Jaxon pulls away, the cold catches up with me, and I shiver again. That's all it takes to have him lifting me up and all but shoving me through the window.

He follows me in, then slams the window shut behind us. I reach for him, feeling a little bereft now that we're back down here in the real world instead of dancing across the sky. But I'm finding that Jaxon on a mission is not to be deterred, especially when that mission involves something he considers important to my safety or comfort. So I wrap my fingers around the pendant I never want to take off and wait for him to do his thing.

Within minutes, he's got a new blanket around me and a cup of tea in each of our hands. I take a sip to placate him, then take another one because the tea is really, really good.

"What is this?" I ask, bringing the cup to my nose so I can sniff it a little. There's orange in it, along with cinnamon and sage and a couple other scents I can't quite identify.

"It's my favorite blend of Lia's. She brought it to me this afternoon, kind of a peace offering, if you will."

"Lia?" I can't keep the surprise out of my voice, considering the conversation she and I had this morning. I take another sip. It tastes different than the tea she made me last week, spicier, but very good.

"Yeah, believe me, I know. When I opened the door, she was the last person I ever thought I'd find on the other side of it." He shrugs. "But she said you talked to her this morning and she hadn't been able to stop thinking about me since. She didn't stay long, just brought the tea and told me she was willing to try to get back to how things were if I was."

"And are you?" I ask, joy a wild thing within me at the idea of Jaxon finding a little piece of what he lost.

"I want to try," he tells me. "I don't know what that looks like or what it means, but I'm going to give it a shot. Thanks to you."

"I didn't do anything," I tell him. "It's all you two."

"I don't think so."

"I do. In fact—" I break off as he drains his tea and then sets the cup aside. His eyes are glowing in that way they do when he wants something, and my stomach does a slow roll at the realization that *I'm* what he wants.

I set my half-drunk tea aside and reach for Jaxon, everything in me straining to be close to everything in him.

He pulls me against him with a growl, burying his face in the curve between my neck and my shoulder and pressing long,

CRAVE

slow, lingering kisses on the sensitive skin there. I shudder a little, press closer, loving the way his mouth skims over my shoulder and down my arm to the bend of my elbow. Loving just as much the way his hand slides up and down my back over the thin fabric of my dress.

Usually, when I'm with him, I'm covered in layers of clothing—sweaters, hoodies, thick fleece pants. But right now I can feel the warmth of his palm through the thin fabric of this dress. Can feel the softness of his skin as his fingertips skim over my shoulder blades.

He feels really, really good. So good, in fact, that I just lean into him and let him touch me wherever, and however, he wants.

I don't know how long we stand like that, him touching and kissing and caressing me.

Long enough for my insides to turn to melted candle wax.

Long enough for every cell in my body to catch fire.

More than long enough for me to fall even harder for Jaxon Vega.

He smells so good, tastes so good, *feels* so good that all I can think about is him. All I can want is him.

And when he scrapes his fangs across the delicate skin of my throat, everything inside me stills in anticipation.

"Can I?" he murmurs, his breath warm against my skin.

"Please," I answer, arching my neck to give him better access.

He draws a lazy circle right above my heart with his fangs. "You sure?" he asks again, and his reticence—his care—only makes me want him more.

Only makes me want *this* more.

"Yes," I manage to gasp out, my hands sliding around his waist to hold him close. "Yes, yes, yes."

It must be the reassurance he needs, because seconds later, he strikes, his fangs sinking deep inside me.

The same pleasure as earlier sweeps through me. Warm, slow, sweet. I give myself up to it, up to him, because I know that I can. Because I know that Jaxon will never take too much blood from me.

He'll never do anything that might hurt me.

I slide my hands up his back to tangle in the cool silk of his hair even as I tilt my head all the way back to give him better access. He snarls a little at the invitation, but then I feel his fangs sinking deeper, feel the pressure of his sucking getting stronger, harder.

The longer he sucks, the deeper I fall into the pleasure, and the more I want to give him.

But slowly, the warmth I feel in his arms is replaced by a chill that comes from my bones and seems to swallow me whole. A creeping lethargy comes with it, making it hard for me to think and even harder for me to move, to breathe.

For a moment, just a moment, some modicum of self-preservation rears its head. Has me calling Jaxon's name. Has me arching back and struggling weakly against his hold.

That's when he snarls, his grip on me getting harder, tighter, as he pulls me more firmly against him. His fangs sink deeper and the moment of clarity fades as he begins to suck in earnest.

I lose all sense of time, all sense of self as I shudder and wrap myself around him. As I give myself up to Jaxon and whatever he wants from me.

## 55

## No Use
## Crying Over
## Spilled Tea

Everything kind of fades after that, so that I have no idea how much time passes before Jaxon shoves me away from him. I hit the bed and tumble onto it, where I lay, dazed, for several seconds.

Until Jaxon snarls, "Get up, Grace. Get out now!"

There's a wildness to his voice that cuts through the lethargy, at least a little. An urgency that has me opening my eyes and trying desperately to focus on him.

He's towering above me now, fangs dripping blood and face contorted with rage. His hands are curled into fists and a deep, dark growl is coming from low in his throat.

*This isn't my Jaxon*, the voice inside me all but screams. This caricature from every B vampire movie in existence isn't the boy I love. He's a monster, one teetering on the brink of losing all control.

"Get out," he snarls at me again, his dark eyes finally finding mine. But they aren't his eyes, not really, and I shrink back at the soulless, bottomless depths staring out at me even as the voice deep inside me echoes his words. *Get out, get out, get out!*

Something's wrong with him—really wrong—and while

there's a part of me that's terrified *for* him, right now there's a much bigger part that's terrified *of* him. And that part is definitely in control as I scramble off the bed, careful not to make any movements he can interpret as the least bit aggressive.

Jaxon tracks me with his eyes, and the snarling gets worse as I start inching toward the door. But he doesn't move, doesn't make any attempt to stop me—just watches me with narrowed eyes and gleaming fangs.

*Run, run, run!* The voice inside me is full-on screaming now, and I'm more than ready to listen to it.

Especially when Jaxon bites out, "Get. Out."

The fear and urgency in his voice cuts right through me and has me running for the door, to hell with worrying if that will trigger the killer in him or not. He's already triggered and if I don't heed his warning, I'll have no one to blame but myself. Especially when it's obvious he's doing everything in his power to give me the chance to escape.

With that in mind, I stumble to the door as fast as my shaky legs can carry me. It's heavy, so I grab on with both hands and pull as hard as I can. But I'm weak from blood loss and it barely budges the first time. I can feel Jaxon getting closer, can feel him looming over me as I try desperately to find the strength to make the door move.

"Please," I beg. "Please, please, please." At this point I don't know if I'm talking to Jaxon or the door.

He must not know, either, because suddenly his hand is there on the door handle, pulling it wide open. "Go," he hisses out of the corner of his mouth.

I don't have to be told twice. I scramble over the threshold and through the reading alcove, desperate to make it to the stairs...and as far from this evil incarnation of Jaxon as I can possibly get.

crave

It's a small alcove, only a matter of feet between me and freedom. But I'm so light-headed right now that I can barely stand upright and I sway with every step I take.

Still, I'm determined to get to the stairs. Determined to save Jaxon the pain of having killed another person that he cares about. Whatever is happening right now isn't his fault—even as messed up as I am at the moment, I can see that something is very, very wrong.

But there will be no convincing him of that if anything happens to me, no way of getting him to believe that this— whatever this is—isn't completely his fault. And so I dig deep, push myself harder than I ever have before in an effort to save myself...and in turn, save Jaxon.

I use every ounce of energy I have to make it to the top of the stairs, but I do make it. *Crawl down them if you have to*, the voice inside me yells. *Do whatever you need to do.*

I grab on to the wall, push myself around the edge of the stairs, and prepare to take my first shaky step down. Except I slam right into Lia before I can ever take that step.

"Not feeling so good, Grace?" she asks, and there's an edge to her voice that I've never heard before. "What's the matter?"

"Lia, oh thank God! Help him, please. Something's wrong with Jaxon. I don't know what it is, but he's losing control. He's—"

She slaps me across the face so hard it knocks me into the nearest wall. "You have no idea how long I've wanted to do that," she tells me. "Now sit down and shut up, or I'll let Jaxon have you."

I stare at her in shock, my sluggish brain having trouble assimilating this new turn of events. Only when Jaxon races, snarling, out of his room, does any sense of clarity kick in, brought on by the terror sweeping through me.

I'm pretty sure Lia's no match for Jaxon on a normal day—no

one is—but now that something's wrong with him, I'm not so sure.

"Jaxon, stop!" I yell, but he's too busy putting himself between me and Lia to listen.

"Get away from her!" he orders, as things start flying off the shelves all around us.

Lia just sighs. "I knew I should have made the tea stronger. But I was afraid it would kill your little pet, and I couldn't let that happen. At least not yet."

She shrugs, then says in a kind of singsong voice, "No worries," right before she pulls a gun out of her pocket and shoots Jaxon straight in the heart.



# 56

## Vampire
## Girl Gone Wild

I scream, try to get to him, but all I manage to do is fall to my knees. I'm weak and dizzy and nauseous…so nauseous. The room is spinning and waves of cold are sweeping through my body, tightening my muscles and making it impossibly hard to breathe, to move.

And still I try to reach Jaxon. I'm sobbing and screaming as I crawl across the floor, terrified that she's killed him. I know it's not easy to kill a vampire, but I'm pretty sure that if anyone would know how to do it, it would be another vampire.

"God, would you shut up already!" Lia kicks me so hard in the stomach that she knocks the breath out of me. "I didn't kill him. I just tranq'd him. He'll be fine in a few hours. You, on the other hand, won't be so lucky if you don't stop that incessant whimpering."

Maybe she expects me to get hysterical all over again at that threat, but it isn't exactly a shock. As drugged and unable to think as I am right now, my mind is still working well enough to figure out that I won't be getting out of this alive. Which is saying something considering I can barely remember my own name at the moment.

"You should have drunk more tea," she tells me, disgust evident in her voice. "Everything would be easier if you just did what you were supposed to do, Grace."

She's looking at me like she expects me to say I'm sorry, which definitely isn't happening. Besides, what would that even look like? *Oops*? *So sorry I'm making it harder for you to kill me*?

Give me a break.

Lia keeps talking, but it's getting harder and harder for me to follow what she's saying. Not when the room is spinning and my head is muddled and all I can think about is Jaxon.

Jaxon, twirling me through the aurora borealis.

Jaxon, staring at me with hellish eyes.

Jaxon, telling me to run, trying to protect me even when he's drugged out of his mind.

It's enough to have me rolling over, enough to have me trying to crawl to him even though I don't have the strength anymore to push up to my knees.

"Jaxon," I call, but his name comes out so slurred I can barely understand it. Still, I try again. And again. Because the voice inside me is screaming that if Jaxon knows I'm in trouble, he'll move heaven and earth to get to me. Even if it involves waking up from a stealth-tranquilizer-gun attack.

Lia must know it, too, because she hisses, "Stop it," as she towers over me.

Which only makes me try harder. "Jaxon," I call again. This time, it's little more than a whisper, my voice failing as everything else does, too.

"I didn't want to do this the hard way," Lia says, raising the tranquilizer gun and aiming it straight at me. "When you wake up feeling like a herd of elephants is running through your head, remember you're the one who chose this."

And then she pulls the trigger.

## 57

## Double, Double, Toil and a Whole Lot of Trouble

I wake up shivering. I'm cold...so cold that my teeth are chattering and everything—I mean *everything*—hurts. My head worst of all, but the rest of me is almost as bad. Every muscle in my body feels like it's being stretched on a rack, and my bones ache deep inside. Worse, I can barely breathe.

I'm awake enough to know something is wrong—like really wrong—but not quite awake enough to remember what it is. I want to move, want to at least pull the blanket from my bed up and over me, but the voice deep inside me is back. And it's ordering me to lie still. Ordering me not to move, not to open my eyes, not to even breathe too deeply.

Which won't be a problem considering I feel like a fifty-pound weight is crushing my chest—kind of like how I felt when I was fourteen and got pneumonia, only a million times worse.

I want to disregard the voice, want to roll over and find a way to get warm again. But flashes of memory are starting to come back, and they scare me into lying very, very still.

Jaxon, with hellfire burning in his eyes, shouting for me to run.

Lia brandishing a gun.

Jaxon falling over, passing out.

Lia screaming at me that everything is all my fault right before she—

Oh my God! She shot Jaxon! OmigodOmigodOmigod.

Panic slams through me, and my eyes fly open before I can think better of it. I try to sit up, determined to get to him, but I can't move. I can't sit up. I can't roll over. I can't do anything but wiggle my fingers and toes and move my head a little, though I'm still not coherent enough to figure out why.

At least not until I turn my head and see my right arm stretched out to the side and tied into an iron ring. A quick glance to the other side shows my left arm in the same predicament.

It doesn't take a genius to figure out that my legs are tied down, too, and as more of the fogginess fades, I realize that I'm spread-eagled on top of some kind of cold stone slab. And I'm wearing nothing but a thin cotton sheath, which, honestly, is just adding insult to already egregious injury.

I mean, she drugged me, shot me, and tied me up. She has to freeze me as well?

As my memories come flooding back, adrenaline surges through my system. I try to tamp it down, try to think around the sick panic winding its way through me. But with the cold and the drugs and the adrenaline, clear thinking isn't exactly easy right now.

Still, I have to figure out what happened to Jaxon. I have to know if he's alive or if she killed him. She said she wasn't going to, but it's kind of hard to trust anything she says considering her original invite for tonight was for mani-pedis and look where I am now.

Just the thought of something happening to Jaxon has emptiness yawning inside of me. Has my panic turning to terror. I have to get to him. I have to figure out what happened. I have

to *do* something.

For the first time since coming to Katmere Academy, I wish I had some supernatural powers of my own. Namely the power to break through rope. Or teleport. Hell, I'd even take a shadow of Jaxon's telekinesis at this point—something, anything that might possibly get me untied and off this horrible rock.

I shake my head a little, struggle to clear the light-headed, packed-with-cotton feeling that's going on in there. And try to figure out how the hell I'm supposed to get these ropes off me before Lia comes back from whatever level of hell she's currently visiting.

Wherever I am, it's dark. Not pitch black, obviously, because I can see my hands and feet and a little beyond where I'm lying. But that's it. Only about four feet past my hands and feet in every direction, but after that it's really dark. Like really, really dark.

Which isn't terrifying at all considering I'm in the middle of a school filled with things that go bump in the night. Lucky, lucky me.

I think about screaming, but the chill in the air tells me I'm not actually inside the main school anymore. Which means there probably isn't anyone around to hear me—except Lia, and I definitely don't want to attract her attention one second sooner than she wants to give it to me.

So, I do the only thing possible in this situation. Strain against the ropes as hard as I can. I mean, I know I'm not going to be able to break free from them, but rope stretches if you pull on it long and hard enough. If I can just get some wiggle room around one of my wrists, I can slip my hand through, and I'll at least have a fighting chance.

Okay, maybe not a fighting chance. More like a teeny tiny chance. But at this point, I'm not exactly complaining. Any chance, no matter how small, is better than just lying here,

TRACY WOLFF

waiting to die.

Or worse.

I don't know how long I tug and strain against the ropes, but it feels like a lifetime. It's probably more like eight to ten minutes, but terrified and alone in the dark, it feels like so many more.

I try to concentrate on what I'm doing, try to put all my focus into escaping and nothing else. But it's hard when I don't know where Jaxon is, when I don't know what's happened to him or if he's even alive. Then again, if I don't get out of here, I'll never know.

It's that thought that has me pulling harder, twisting back and forth with more determination than ever. My wrists hurt now—big surprise—the rubbing back and forth against the ropes chafing them raw. Since I can't do anything about the pain, I ignore it and twist faster even as I strain to hear any sound that might indicate Lia is coming back.

For now I don't hear anything but the rasp of my wrists against the ropes, but who knows how long that will last.

*Please*, I whisper to the universe. *Please, just work with me a little here. Please, just let me get one arm free. Please, please, please.*

The pleading doesn't work. Then again, I didn't actually expect it to. It didn't work after my parents died, either.

The chafing on my wrists has given way to intense pain—and a slippery wetness that I'm very much afraid is blood. Then again, the fluid is making it easier to turn my wrist now, so maybe bleeding isn't the worst thing that could happen in this situation. At least if it helps get me out of here before a vampire or seven show up to finish me off.

For the first time, I understand—really understand—why an animal caught in a trap is willing to chew its own foot off to escape. If I thought it would give me a fighting chance, and if I

could reach my wrist, I might be tempted to do the same thing. Especially since this yanking and pulling doesn't seem to be—

My left hand slips, nearly comes out of the rope. I'm so surprised that I almost cry out in relief and maybe blow everything. Paranoid about letting a sound escape—although I don't actually think it's paranoia considering the situation I currently find myself in—I lock my jaw in place to keep the sounds of excitement and pain from spilling out into this pitch-dark room.

Ignoring the pain, ignoring the panic, ignoring everything but the fact that I am so close to getting one hand free, I twist and strain with every ounce of strength in my body, so hard and so long that it's almost a shock when my hand finally slips free from the rope.

The pain is excruciating, and I can feel blood running down my hand, slipping between my fingers and along my palm. I don't even care, though, not now when I'm so close to finding a way out of this. I twist my body and reach for my other wrist—not the easiest thing to do when I'm spread-eagled. With my legs tied as tightly as they are, I can only twist a little bit, but it's enough to reach my right hand.

Enough to maybe have a fighting chance at breaking completely free.

Slipping my fingers in between the ropes and my right wrist, I start pulling as hard as I can. The bizarre twisting adds another layer of pain to the mix, but once again I ignore it. I'm pretty sure any pain I feel now is nothing compared to what I'll feel once Lia decides to…do whatever it is she's planning on doing.

Finally, the rope on this wrist slips, too, and I manage to slide my right hand free as well. Somehow the hope that comes with that little bit of freedom makes me panic more, and it takes every ounce of concentration I have not to cry as I sit up and

start fumbling with the ropes around my ankles.

Every second feels like an eternity as I strain my ears in a desperate attempt to listen for Lia. I don't know why it matters so much; it's not like I'll be able to lie back down and fake it if she shows up. All this blood pretty much negates any chance of that ever happening.

Just the thought has me doubling my already frantic efforts, yanking on the ropes and pulling against them until my fingers and ankles are as raw and bloody as my wrists.

The rope around my right ankle finally gives a little bit. Not enough to get my foot through, but more than enough to have me concentrating solely on that side.

Another minute and a half, I'm guessing, and I've got my right foot free, which leaves me to concentrate on the left foot with everything I've got. At least until a high pitched scream slices through the cold air and has pretty much every hair on my body standing straight up—especially when the scream echoes around and around me.

It's Lia, I know it. My blood runs cold, and for a second I can't move, can't think through the terror. But then the voice is back, cutting through the fear and ordering me to *Hurry, hurry, hurry.*

I start tearing at the rope, no longer caring if I dig deep furrows into my skin as I try desperately to untie it. Try desperately to escape.

"Please, please, please," I mutter to the universe again. "Please."

I have no idea where I am, no idea if I actually manage to get loose if I can even get out of this place without freezing to death when I step outside. Just the idea of being trapped here has the panic simmering right below the surface rearing its ugly head again.

CRAVE

One problem at a time, I remind myself. Get free from the restraints and then worry about what comes next. Everything else, no matter how terrible, is still a step up from being tied to a stone table like some kind of human sacrifice.

My breath catches in my throat at the thought, a sob welling up within me. But I push the tears back down where they belong. Later, I can cry.

Later, I can do a lot of things.

For now, I need to get off this altar or whatever the hell it is. I need to escape and I need to figure out what's happening to Jaxon. Everything else can wait.

The rope gives—thankyouthankyouthankyou—and I manage to wiggle my foot out without sacrificing too many layers of skin.

The moment I'm free, I jump off the table…and nearly fall flat on the ground. Now that I'm standing, I realize just how woozy I still am. I thought the adrenaline would burn through the drugs lingering in my system, but they must be really strong drugs. Or I must not have been lying on that table as long as I thought I was…

Still, I take a deep breath and focus. Try to see through the dizziness to figure out where I am…and how to get the hell out of here before crazy, crazy Lia finds her way back.

Another scream rends the air, and I freeze—then run. I don't even know where I'm running to, but I figure if I make my way along the walls, I'll find a door eventually. And if I'm lucky, it'll be on the early side of eventually.

But I've barely taken a step before a roar follows the scream, this one deep and powerful and completely animalistic. For a second, just a second, I think it might be Jaxon, and a new rush of terror slams through me.

Then logic reasserts itself—I've heard Jaxon sound a lot of different ways, but never like that. Never like an animal with no

human qualities at all.

There's another roar, followed by the sound of something slamming into the wall. Another scream, some growls, something breaking, something hitting the wall again.

Lia's obviously in a fight, and I should take the opportunity to find a way out and run like hell. Except what if I'm wrong? What if the person making those growls and roars *is* Jaxon. What if he's as dizzy as I am and can't fight her off? What if—

I take off running toward the wall that I can hear things clattering against. It's a dumb move—the dumbest—but I have to know if it's Jaxon. I have to know if he's okay or if she's doing to him whatever she'd planned to do to me.

I knock my knees against something as I try to make it to the other side of what I'm beginning to realize is a huge room. Whatever I bumped tips over, and liquid splashes onto my feet and the long cotton shift Lia has me dressed in for some reason.

The water feels gross, squishing inside my toes and soaking through my dress, but I ignore it as I take off running again as fast as I can. To be honest, that's not saying all that much considering the drugs and my raw, wet feet, but I do my best. At least until what feels like a thousand candles burst to life all around me and all at the same time.

As their flames illuminate the room, I stop dead in my tracks. And wish with everything I have that I was back in the dark.

# 58

### Never Do a
### Trust Fall
### with Someone
### Who Can Fly

At least I know exactly where I am. The tunnels. Not the part of the tunnels I've already been in, but one of the side rooms they lead to that I haven't seen before. Still, I'm sure that's where Lia has brought me. The architecture—not to mention the bone chandeliers and candelabras—is a hard decorating choice to forget.

Too bad the obviously human-bone candle holders are the least terrifying thing in the place. The same can't be said for the—at least—two dozen three-foot glass vases filled with blood that line what can only be described as an altar in the center of the room. At the center of which is a stone slab with bloodied ropes.

So, not actually that far off when I snarked about being a human sacrifice. Fantastic.

A quick glance down at my legs shows just why that "water" squishing between my toes felt so gross earlier. Because it's not water. It's blood.

I'm covered in someone else's blood.

Funny how that sets me off worse than anything else in this nightmarish hellscape. But it totally does. I manage to swallow down the scream clawing at the inside of my throat, but it's a

close thing. So close that I can't stop a little whimper from doing the same.

And that's before I turn around and see a giant green dragon flying straight toward me, wings beating fast and talons extended.

Not going to lie—I freak out. Like totally, absolutely freak the fuck out—screams absolutely included. I duck down, try to make myself as small as possible as I run for the door, but I know it's too late even before a volley of flames streams right by me, slamming into the stone wall to my right.

I jump back, try to turn around, but that little delay is all the dragon needs to get to me. Talons wrap around my upper arms, pricking my biceps, as he lifts me straight off my feet and starts flying back across the room.

I struggle against his hold, trying to get him to drop me before he gets too high. But his talons go from pricking my skin to piercing it. I gasp as new pain slams through me, but the dragon gets his wish—I stop struggling, too afraid that he'll tear me to pieces to risk it.

At the same time, I'm too terrified that he'll kill me to just do nothing, so I grab on to his feet and try to pry his talons out of and off of me. I know I'll fall, but at this point it's the best plan I can come up with. Especially considering the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent.

Unfortunately, my prying fingers only make the dragon dig in deeper, and for a second, everything goes black. I take a few deep breaths, concentrate on beating back the pain. And wonder how the hell I got myself kidnapped by both a vampire *and* a dragon in *one night*.

San Diego has never seemed so far away.

All of a sudden, the dragon sweeps down, so low that my feet can practically touch the ground. We're headed straight for the

c r a v e

huge double doors on the other side of the room—looks like I was running in the wrong direction earlier—and that might not be a problem except for the fact that they are closed and the dragon's...hands? paws? claws?...are currently filled with me.

I shrink down, brace for impact and what I'm pretty sure is my imminent death. But about a second before we fly into them, the doors burst open and we soar right through...and over a screaming, infuriated Lia.

The dragon doesn't pause, just stretches out its wings and starts flying even faster, straight down the long hallway that I'm guessing leads toward the center portico with the huge bone chandelier.

Lia's running along below us, and she's fast enough to more than keep up. And at this point, I'm really close to losing it. Because trapped between a dragon and a vampire gives a whole new meaning to the old "rock and hard place" cliché, and that never works out well for the person in the middle.

Plus, I'm getting really sick of being dragged around by supernatural creatures. I mean, sure, I want to believe this dragon—whether it's Flint or some other kid I go to school with— is trying to rescue me, but the talons currently ripping through my arm muscles tell a different story.

At this point, I'm pretty sure the best-case scenario involves me choosing between death by dragon or death by vampire. Too bad I have no idea which one would be least painful. And does it really matter considering I'll be dead at the end, anyway?

We're moving crazy fast, so we reach the center hub of the tunnels in seconds. The only problem? We're flying straight toward the giant bone chandelier, with its hundreds of lit candles, and the dragon shows no sign of slowing down. Which, fine. He's a dragon and, I assume, fireproof. Too bad that same adjective can't be used to describe me or the cotton shift I'm wearing.

Suddenly, death by vampire bite doesn't sound so bad. Not when the alternative is burning alive in midair.

But at the last second, the dragon pulls his arms up tight to his body, with me still clutched in his talons, and dives right under the chandelier. His goal is obviously to get past it while staying as high and fast as possible. But that drop in altitude is what Lia's been waiting for, because now she's leaping off the ground and grabbing hold of the dragon's tail.

The dragon roars, tries to flick her off him, but she holds on. Seconds later, she's got her arms wrapped completely around his tail and is slamming us toward the ground as hard as she can.

Which—for the record—is really freaking hard. Especially considering the dragon doesn't let go of me while we fall.

We hit the ground with a crash. On the plus side, the dragon lets go of me on impact, and for the first time in several minutes, there are no talons digging into my arms. On the negative side, I hit the ground shoulder-first and am now seeing stars of the very not-good variety.

Plus, I can barely move my left arm. A problem that's compounded by the fact that I am also still bleeding from my wrists, my ankles, my fingers, and now my arms where the dragon was holding me. And, oh yeah, I'm being stalked by a crazy-ass vampire with ritualistic murder in her eyes.

And here I thought Alaska would be boring.

Snarls and screams sound behind me, and I scramble to my knees, trying to ignore the pain in my sprained? broken? dislocated? shoulder as I spin around in time to see Lia and the dragon going at it full force.

The dragon lashes out with a claw and slices Lia's cheek open before she jumps out of range. Seconds later, she responds by leaping onto his back and yanking his wing back so hard that he screams in agony even as he twists around and shoots fire

c r a v e

straight at her.

She dodges but gets a little singed around the edges—which only seems to piss her off more. She plasters herself low across his back and punches a hole straight through his other wing.

The dragon screams again, then blurs into a rainbow array of colors for several seconds. When the blur of color passes, he's a boy again—and not just any boy. Flint. And he's bleeding. Not as much as I am, but the wing punch obviously hurt him if the way he hunches over as he scrambles awkwardly to his feet is any indication.

He's dressed in the ripped-up version of the clothes he was wearing and has a lot more cuts and bruises on him now. Lia seems a little worse for wear from the fall, too, but she rushes him with a primal scream that has shivers running along every nerve ending that I've got. Flint meets her halfway, arm muscles bulging as he attempts to keep her flashing fangs out of his skin. Once he's got a good grip on her, it's his turn to send her flying to the ground. Then he grabs her head and starts pounding it over and over again into the stone floor.

She's fighting him, bucking and snarling and doing everything in her power to get away from him. But he holds tight as he growls something indecipherable at her. I take their preoccupation with each other as my cue to get as far from them as I possibly can, as fast as I possibly can.

I stumble to my feet, ignoring the pain and the fact that my messed up shoulder makes it impossible for me to do anything but list to my left side. But forward movement is forward movement even in this world, and I can't stay here watching Flint and Lia try to kill each other for one second longer.

Keeping one ear on the fight behind me, I start running/ hobbling through the portico, looking for the tunnel that will take me back into the school's main building. The tunnel that

will bring me back to Katmere.

I make it across the center of the room to the tunnel that's one to the side of being directly across from where Lia and Flint are fighting. But when I start to run down it, I'm torn between screaming for help and trying to go unnoticed a little while longer. And by a little while I mean long enough for me to stagger through the tunnel and into the school, where surely my Uncle Finn will put a stop to this madness.

Before the entire world explodes.

But I barely make it to the entrance to the tunnel that I think will lead me to the castle before Flint is on me. He grabs me by the hair and slams me face-first into the nearest wall.

"Flint, stop. Please," I manage to gasp out through the pain tearing through me courtesy of my injured shoulder.

"I wish I could, Grace." He sounds grim, defeated. "I thought I could get you out of here. But Lia's not going to let me. And I can't let the ticks get away with using you for what they want to do."

"Using me for what? I don't know what you're talking about."

"Lia's had a plan all along. It's why she brought you here."

"She didn't bring me here, Flint. My parents died—"

"Don't you get it? She killed your parents to get you here. We knew it for sure as soon as you arrived and the wolves got close enough to smell you.

"We were sure we'd be able to finish this long before we got here, but taking you and Lia out is one thing. Taking Jaxon out when we realized he was involved in the plan was another thing entirely."

I'm reeling, his words hitting me with the full force of a wrecking ball as I scramble to make sense of them. "What are you—my parents—Jaxon—how could…" I pause, take a breath. Try to breathe through the pain and confusion and horror his

words stir up inside me.

"Look, I don't have time to fill you in on everything. And it wouldn't change anything if I could. I want to save you, Grace. I do. But we can't let Lia do this. It'll mean the end of the world. So you've got to die. It's the only way we can stop this thing from happening." He reaches forward, wraps his hand around my neck.

And then he starts to squeeze.

59

## Carpe
## Kill-Em

"Stop!" I gasp out, clawing frantically at his hand with my bloody fingertips. "Flint, please. You can't do this."

But Flint isn't listening. He just stares at me with broken, tear-filled eyes as he squeezes tighter and tighter.

I'm panic-stricken by this point, terrified that he's really going to do it. That he's really going to kill me…and worse, he's going do it before I know the truth behind what happened to my parents.

"Flint, stop!" I try to get more out, try to beg him to tell me what he's talking about, but the pressure on my throat is too much. I can't speak anymore, can't breathe, can hardly think as the world starts going dark around me.

"I'm sorry, Grace." He sounds tortured, devastated, but the squeeze of his fingers around my throat never falters. "I wish it didn't have to be like this. I never wanted to hurt you. I never wanted—"

He breaks off on a scream and suddenly the pressure around my neck is gone, his fingers bending back from my skin at an unnatural angle.

I gasp, try to suck air into my starving lungs via my abused

throat. It hurts, a lot, but the pain doesn't matter right now. Nothing does except being able to breathe again.

When I finally have enough oxygen inside of me to think semi-clearly again, I look around for Lia. Find her crumpled on the floor in the same spot where Flint had been beating her head against the floor with all the strength of the dragon inside him.

Convinced she isn't a threat—at least for now—I focus back on Flint who has sunk to his knees at this point. He's clutching his hands, his face a mask of agony, and for a second—just a second—I feel sorry for him. Which is bizarre considering a few moments ago he was using those very fingers to strangle me.

I beat back the sympathy and take a step away, sliding along the wall in the most unobtrusive manner I can muster. I don't know what's happening here, don't know which of the many, many supernatural forces surrounding us is responsible for Flint's suffering, but I have a pretty good idea. And if I'm right, things are about to get a million times more dicey. If I'm right, Flint is about to have a very bad—

Jaxon bursts into the room like a dragon-seeking missile, his focus completely and totally on Flint as he races across the room at an unimaginable speed. His eyes, glowing and livid and filled with violence, meet mine for a second before sliding over every inch of me as if cataloging my injuries. Moments later, he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall.

Flint hits back-first, hard enough to make the wall shake. Then Jaxon's on him, his snarls of rage filling the room and echoing off the ceiling. There's a part of me that wants to run to him, that wants to beg him to hold me and take care of me after he deals with Flint. But there's another part that can't get over Flint's words. That can't get over the casual way he said Jaxon was part of Lia's crazy plan.

It doesn't make any sense. If Jaxon was a part of her plan all along, why did she give him tea to drug him? And why did she shoot him full of tranquilizers?

No, Flint has to be wrong, I tell myself as sobs I refuse to let escape threaten to tear my chest apart. Jaxon wouldn't deliberately hurt me, and he definitely wouldn't have had anything to do with killing my parents. He wouldn't do that. He *couldn't* do that, not after everything that happened with Hudson.

Out of nowhere, Flint roars an answer to one of Jaxon's snarls, and then he starts fighting back. Jaxon's response is to send him flying once more, this time headfirst into another wall.

Anyone else would be dead after the impact Flint makes, but dragons are obviously built very different from humans—even when in their human form. Because Flint shakes off the blow then whirls around to face Jaxon once again.

But when he brings his arms up to fight, his hands are no longer human. Instead they're talons, and he punches straight out with them, aiming for Jaxon's heart.

A strangled scream escapes me, and I slap my bloodied right hand over my mouth, desperate to avoid attention even as Jaxon deflects the blow. Then he reaches out, aiming to wrap his fingers around Flint's throat the way Flint just did to me, but before Jaxon can get a good grip, Flint starts to shift.

It takes a few seconds, and Jaxon tries to stop him—or at least, that's what I think he's doing when he thrusts a hand into the magical rainbow glow that comes whenever Flint changes form. But his hand goes right through it and he doesn't grab onto anything while we both wait to see what monstrous version of Flint this new edition can add to the story.

We get our answer when he comes back into focus in his full dragon form. Tall and majestic and a sparkling emerald green, all of his power, all of his strength and determination and *fire*

crave

are focused on Jaxon.

Who doesn't even flinch. He just plants his feet and stares down a freaking dragon like it's a gecko, waiting for an attack or an opening or who even knows what.

Except Flint is apparently as patient as Jaxon, even in dragon form, and the two circle each other for several seconds.

Jaxon seems to have calmed down. His eyes are almost back to normal and his face is totally blank, totally unreadable. Which is a good thing, because—

Suddenly, the whole tunnel shakes like it's being hit by an eight-point earthquake. Okay, not so calm, I think as my already shaky knees give way and I hit the ground, hard. I expect the shaking to stop, expect Jaxon to get control of himself, but that doesn't seem to be on his agenda as the walls start crumbling and bones start falling from the giant chandelier in the center of the room.

Flint shoots a stream of fire straight at Jaxon, who throws a hand up and deflects the fire into the nearest wall. The move seems to infuriate Flint, who lets loose with another blast of fire, this one so hot I can feel it from halfway across the room. And he doesn't let up. He keeps the fire stream going even as Jaxon continues to block it.

On the plus side, the ground stops shaking as Jaxon focuses every ounce of his power on not getting incinerated while Flint focuses every ounce of his power on doing the incinerating. At first, it looks like we've finally reached an impasse, Flint shooting fire and Jaxon holding that fire at bay. But as the seconds tick by, I realize Jaxon is doing more than just deflecting the fire. He's bending it back toward Flint and using his telekinesis to slowly—so, so slowly—push a stream of it back toward the dragon.

Part of me wants to stay and see what happens, to make sure Jaxon is okay at the end of this. But the voice inside me is finally

back and it's urging me to run, to get away, to leave Flint and Jaxon to their fates and save myself.

Any other time, I'd ignore the voice and stay, just in case I could find a way to help Jaxon. But Flint's words keep running through my head—about how Jaxon is a part of Lia's plan, about how Lia is responsible for my parents' deaths, about how whatever they have planned can't be allowed to happen.

I still don't know if what he's saying is true or not, but if it is...if it is, I can't count on Jaxon, or anyone else, to help me. I have to escape. And I have to do it by myself.

With that thought at the front of my mind, I start moving toward the exit tunnel. I tell myself to stand up, to make a run for it, but I'm too sick and dizzy to do anything but crawl. So that's what I do. I crawl toward the tunnel, each movement an agony for my screaming shoulder and raw, aching hands.

Thankfully, Jaxon and Flint are too caught up in their battle to notice me and my slow-but-stealthy progress. I'm hoping to keep it that way as I finally reach the mouth of the tunnel.

*Just a little farther*, I tell myself as I make it around the corner.

*Just a little farther*, I repeat like a mantra as I take a second to lean back against the wall and let the pain dissipate.

*Just a little farther*, I say one more time as I push myself up and off the floor.

I give myself one more second to take stock—stomach rolling, knees shaking, body hurting—and then say screw it and start staggering up the tunnel as fast as my abused ankles can carry me.

I've only gone about twenty feet when something hits me from behind, sends me pitching forward, and I hit the ground all over again. Agony slices through me as my shoulder bangs against the ground, and for a second, I'm sure I'm going to pass out.

crave

But seconds later, the pain dissipates, and as I try to wiggle away I realize my shoulder no longer hurts. Or at least, it's no longer screaming at me like it was a couple minutes ago. I must have knocked it back into position when I fell on it. Or, more specifically, when I was pushed down onto it.

Adrenaline surges through me at the thought, and I wonder if it's Jaxon who has found me. Or if it's Flint. I want it to be Jaxon—even with everything Flint said about him working with Lia—but the roughness of the shove says otherwise, as does the follow-up kick delivered to my side.

I'm panicking now, terrified that Jaxon is hurt...or worse. What if Flint was lying? What if Jaxon isn't a part of Lia's crazy plan and I just left him alone out there?

I spin around, hands raised in a pathetic defense against what I'm sure is a fire-breathing dragon. And find myself staring into Lia's wild and unhinged eyes instead. Eyes that only get more demented when she demands, "You don't actually think you're walking out of here, do you?"



# 60

## Some Call it Paranoia, But I Call it an Evil Bitch Trying to Use You as a Human Sacrifice

"Don't say a fucking word," Lia continues as she grabs me by the hair and starts dragging me up the tunnel. Pain—excruciating, overwhelming, *maddening*—explodes inside of me, and I clutch at my head, trying desperately to get some relief from the searing, tearing agony of being yanked around by my hair.

It doesn't work, and for a second the pain is so sharp that I can't even think. But it doesn't take a genius to figure out that Lia's dragging me to my death. If I let her get me back into that room with the blood and the altar, I'm going to die—in what I'm pretty sure is the most awful, most gruesome manner possible.

So, to hell with her warning and to hell with staying silent. Sucking in a huge gulp of air, I let loose with the loudest, most hysterical-sounding scream I can manage while at the same time digging my nails into her hands hard enough to draw blood.

Lia curses and slams my head into the wall she's been dragging me alongside. Which dazes my already not-functioning-so-great brain but doesn't get me to shut up. Nothing is going to do that, I promise myself as I scream and scream and scream, even as I struggle to free my hair from her viselike grip.

Lia's not having it, though, because this time she turns around and kicks me in the face. Not hard enough to fracture my jaw, but more than hard enough to have me reeling backward—which has the added benefit of shutting me up despite myself as everything around me starts to go black.

"Oh, no you don't, you bitch," Lia hisses at me. And this time when she hits me, it's a sharp slap on my cheek. "You are *not* going back to sleep. The whole reason we're in this mess right now is because I need you awake for this."

That's the best incentive I can think of to make myself pass out again. But unfortunately, that doesn't seem to be in the cards, since the pain of being dragged along by my hair is definitely keeping me awake. I just hope if I survive this—or even if I don't—that I'm not completely bald by the end.

We're about halfway up the tunnel now, and Lia pauses. At first I think it's to take a break—in the grand scheme of her vampire strength, I'm pretty sure I'm not making her strain much. But with her normally impeccable clothes ripped and her bloody hair matted to her face, she's not looking so good right now. Which means, maybe she's more hurt or worn out than I think.

The idea gives me hope, and I start to struggle again, but she's got something else planned, because she's definitely not resting. Instead, she tightens the hand in my hair until I stop moving, then she puts the other hand against one of the stones about halfway up the wall and pushes as hard as she can.

The wall shifts and groans, but eventually a whole section of it opens up, revealing a *super* secret passageway in this maze full of secret passageways.

It's narrow and dark and there is nothing in the world I want less right now than to be in this stuffy, airless corridor with Lia. But as she drags me to my feet, her hand still fisted deep in my hair, it's not like I have much of a choice. Especially when she

shoves me inside first and then frog-marches me down this new alleyway.

We're only a few steps in when the secret door closes behind us. As it slams shut, I have a moment of overwhelming anguish when I realize this is it. I've exhausted all of my options, and now I'm going to die here in this crazy labyrinth of tunnels, the victim of a vampire who has gone totally and completely around the bend.

And there's not a damn thing I can do about it.

The realization hits me hard, and for a moment it takes me to a place beyond despair and beyond hope. Because unless something changes fast, all I can do is pray that whatever's coming is over quickly. Well, that and to make sure that I don't give Lia the satisfaction of seeing me break down, no matter what she does to me.

I have a sick feeling that's going to be next to impossible, but I'm still going to try. Because if I came all the way to Alaska to die, I want to do it on my terms, not hers.

And so, even as exhaustion sets in, I continue to put one foot in front of the other. Continue to walk closer and closer to the site of my own demise. And with each step, the hopelessness deep inside me turns to anger and the anger turns to rage. It fills up the emptiness, fills up the aching, until all that is left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice.

For myself and, more importantly, for my parents.

I'm here in Alaska because Lia wanted me here.

My parents are dead because Lia decided they needed to die.

She's played god with too many people's lives to just get away with it. I'm weak and exhausted and broken and human, but even I know that much. Just as I know she can't be allowed to continue with whatever insanity she has planned. All of which

crave

means I'm going to have to do whatever I can to take her with me when I die.

I just wish I had a clue how I'm supposed to do that.

My brain makes and discards half a dozen feverish plans as we walk for what seems like forever. Eventually, though, we must get to where we are going, because Lia jerks me to a stop. She presses her hand against the wall, and seconds later, it opens just like the wall at the beginning of this passage.

All but cackling with delight, she shoves me through the open doorway and into the room where I was tied up what seems like forever ago. It seems strange to think that it's probably only been an hour or so since I woke up spread-eagled on that cold slab of rock.

Then again, it seems even stranger to think that after all the pain and frustration I've been through in the last hour, I'm about to be tied up there again.

FML. And Lia's, too.

"Move it!" she snarls, pushing me through the hundreds of lit candles to the raised altar in the center of the room. "It's almost time."

"Almost time?" I ask, figuring that getting her talking might buy me some time to think of something. Or buy me enough time for Jaxon and Flint to find me...though I'm not sure how much help either of them will be in this situation.

Flint's answer to Lia's insanity is to kill me before Lia has a chance to do whatever crazy thing she has planned, whereas Jaxon might actually be a part of her crazy plan. Not exactly a typical selection of heroes, but my mom used to say that beggars can't be choosers, and right now I'm definitely willing to beg if it means I don't become Katmere Academy's first human sacrifice.

"The stars align at twelve seventeen."

I have no idea what that means, but as Lia and I get closer and closer to the altar, I know that I've got very little time to do whatever I'm going to do to stop this madness. Because once she gets me tied down this time, it's game over for sure.

With no other ideas and no other options, I make my legs go weak.

"Walk!" she screeches, but I ignore her as I let my head loll back and my entire body sag. Then, using every ounce of willpower I have left, I close my eyes and make the gamble that she won't kill me right here, right now. And then I drop to the ground, ignoring the searing pain in my scalp as I rip out what I'm sure is a whole handful of hair in the process.

Lia howls in outrage as she loses her grip on me.

The sound bounces off the ceiling and echoes around the room in a macabre warning that has everything inside me urging me to run, to crawl, to put as much distance between her and me as I can possibly manage. Even the voice inside me is screaming to get up, to get moving.

But even on my best day, Lia's ten times faster than I am and twenty times stronger. Outrunning her isn't an option even if I could move faster than the sad, pathetic crawl I'm currently limited to.

So instead of running, I play possum. Not running, not moving, not even breathing as she screams at me to get up. When screaming doesn't work, she tries slapping my face a few times. And when that doesn't work, she hauls me up herself, throws me over her shoulder and starts stumbling toward the altar with my head hanging halfway down her back.

That alone tells me she's in a lot worse shape than she let on. Flint obviously did more damage than I gave him credit for. Good for him.

My injured shoulder is screaming at me in this position, but

CRAVE

I ignore it even as I give myself permission to open my eyes for a second.

Everything looks exactly as it did when I ran from this place, including the jar of blood that's still knocked over on its side. Lia steps around the glass containers and carries me past a stone lectern that has a book spread wide open on it. I have just enough time to wonder if it's the same book she was reading from in the library all those days ago, when I have to close my eyes again and play dead—or at least unconscious—as she dumps me on the altar.

This is the best—the only—chance I'm going to have to get myself free, so I wait until she turns her back on me and starts trying to untie the knot on one of the hand restraints. Then I grab her hair and throw every ounce of my weight behind it as I push her forward and slam her head against the edge of the altar as hard as I can.

Lia howls like a banshee.

And since she doesn't immediately strike out in revenge, I pull her head back and do it again, even harder this time. Then I scramble backward as fast as my bruised and battered body can carry me.

I don't get far before she whirls on me with a growl worthy of a big cat episode on Animal Planet. It doesn't stop me, though. Just makes me push harder through the pain. This time I'm not running for the door, though. Instead, I head straight toward the lectern—and the book Lia has resting on top of it.

It takes her a second to realize what I'm going for, but when she does, she lets loose a scream like nothing I've ever heard before. And then she leaps after me, clearing the altar with a single bound and landing right next to the lectern. But she's too late.

I'm already there.

I grab the book, rip out the pages she's got it open to—plus

a couple on either side just to be safe. Then nearly cry in relief when Lia completely loses her shit.

She screams and lunges for me, but I use the last drop of strength in my body to jump backward even as I tear the pieces in half.

She's on me in seconds, her claws and teeth tearing at me in a desperate effort to get her hands on what I'm pretty sure is some ancient spell. "Give it to me!" she screams as she rakes her fingers down my biceps. "Give it to me now!"

I hold on as tightly as I can, even as new blood flows down my arms. Then I do the only thing I can do to keep the paper out of her reach. I roll the both of us straight off the altar to the hard stone ground several feet below.

We land with a *thud*. Lia barely seems to notice the drop, but I'm half convinced the landing dislocated my shoulder all over again…and maybe even broke my back. Still, I've got one shot at foiling her plan—whatever the fuck it is beyond killing me as painfully as possible, so I ignore the pain as best I can and reach my hand out to one of the hundreds of candles burning around us.

And plunge the spell straight into the fire.

## 61

### Sticks and Stones May Break Your Bones, but Vampires Will Kill You

The dry, ancient paper instantly goes up in flames, and the sound Lia makes as we watch is like nothing I've ever heard before. Crazed, desperate, inhuman, it chills me to the bone.

It also brings to light what I've known all along—that what little time I had left is now used up. And there's nothing more I can do about it.

Lia dives for the paper, grabs the remnants of it despite the flames currently devouring it. Her skin sizzles at the contact, but it's too late. Anything useful is already gone.

She whirls on me with a snarl. "I'm going to enjoy ripping the flesh from your bones."

"I have no doubt."

The voice inside me wants me to get up, to run, but I've got nothing left. I'm battered, broken, and without my parents—without Jaxon—to run to, I can't figure out why I'm fighting so hard anyway. I've foiled her plan, kept her from doing whatever it is she murdered my parents to do.

It will have to be enough.

She's on me in seconds, and I wait for the kill shot, for new waves of agony to roll over me. But instead of ripping me to

pieces as I expect, she lifts me into her arms. Throws me back onto the altar.

"Do you think I need that book?" she demands, dragging me to the center of the stone slab. "I've spent months preparing for this. Months!" she screeches as she reaches down and tears a long strip of cotton from the shift I'm wearing. "I know every word, every syllable of what's on that page."

She throws herself down on top of me and grabs my left arm. It's my turn to scream as she wrenches it above my head.

She just laughs as she ties me to the metal ring I was tied to before and sneers. "Payback's a bitch."

She rips another strip from my gown, and though I kick at her, we both know it's not going to do any good. She doesn't even bother to slap me back. Just shifts her weight so she can tie my right arm up as well.

"I spent months searching for you," she tells me as she climbs to her feet. "And then after I found you, I spent weeks planning your parents' accident and planting the seeds with Finn that would get you here. Then more weeks making sure Jaxon was ready for you. And now you think you can ruin everything by burning a little spell? You have no idea."

She staggers back toward the lectern, grabs the book from where it fell onto the floor. "You have *no* idea!" she screams again, brandishing the book like a weapon. "This is my one chance, *my one chance*, to bring him back, and you think I'm going to let you *ruin* it? You? You pathetic, miserable excuse for a..."

"Human?" I interject, even as my mind runs wild at what she's suggesting. Bring *him* back? Who? *Hudson?*

"Is that what you think you are? Human?" She laughs. "God, you're even more pathetic than I thought. You think I would do all this to get my hands on a *human*? One trip to town and I

could have a hundred of them without even trying."

I have no idea what she means, or even if she's telling me the truth. And still her words go through me like lightning. Still they wake up something inside me that I don't recognize but somehow feels the slightest bit familiar. Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means?

And if I am, so what? There are more than a hundred witches at this school alone. What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else? Something more?

There's no time to dwell on the whole mess right now, not if she's being honest about knowing the spell. And not while the clock is ticking inexorably toward twelve seventeen. "Are you seriously trying to bring Hudson back?" I ask, and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her…or it would, if she hadn't also been responsible for the murder of my parents.

The fact that it's Hudson's death that did this to her, that made her so lost and broken that she came up with this ridiculous, convoluted scheme to bring him back…it's pathetic and heart-wrenching all at the same time.

But still, there's no way Lia can be allowed to bring Hudson back. Not if one-tenth of what Jaxon told me about him was true— and I know that it was. No wonder Flint and the other shifters were so adamant about doing whatever they had to to stop Lia, even if it meant killing me. But they were insane to think Jaxon would ever play a part in this. There's no way he would ever try to bring his brother back. No freaking way.

Knowing this makes me feel horrible for doubting him.

"You can't do this, Lia."

"I'm going to do it. I'm *going* to bring Hudson back," she answers. "And *you're* going to help me."

"It's impossible, Lia. You can kill as many people as you want, find as many spells as you think necessary. But you can't bring the boy you love back from the dead. It doesn't work that way."

"Don't talk to me about what I can or can't do," she snarls, even as she pulls out her phone and holds it out to me so I can see the time. "In five minutes, you'll know the truth. Everyone will."

I really hope that isn't true. I read *Frankenstein* last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works.

Before I can say anything, though, the main doors to the room rattle on their hinges. Seconds later, the whole wall shakes, but the stones stay in place. As do the doors.

"He's getting close," Lia says, crawling to the edge of the altar and pushing to her feet.

"Who? Hudson?" I ask, shivers of horror sliding down my spine at the thought of a resurrected vampire breaking through those doors—and then doing God only knows what? Feeding from me because of whatever Lia thinks I am?

"Jaxon," she answers me. "He's been out there for a while, trying to find a way to get to you."

Jaxon. Jaxon is out there. For the first time since I woke up strapped to this damn altar, I feel like there might be a chance to stop Lia. And to save my life. "How do you know?" The question escapes before I even know I'm going to ask it.

"Because I can feel him. He's desperate to get to you. But no vampire can enter a room he isn't invited into—even the most powerful vampire in existence. If he wants in here, he'll have to use more power than he even knows he has." She laughs, and this time there's no hiding the crazy in it.

"I hope he's suffering. I hope he knows what's happening to you in here and that it's killing him that he can't get to you. I can't wait for you to serve your purpose so you can die and

finally, he'll know just how excruciating it feels to lose a mate."

It turns out that even in the middle of all this, I can still be shocked. "Mate? What are you even talking about?"

"You really are stupid, aren't you? In our world, if you're lucky, souls can join for life. When you meet your mate, the magic knows and it's so powerful, you'll die or kill for your mate."

"You think Jaxon and I—" I start.

"Are fated to be together? It doesn't matter what I think, it only matters what *he* believes." She shrugs. "Then again, he also believes he can get around thousands of years of safeguards and break down these doors to get to you."

As if on cue, the door rattles, its hinges screaming at the pressure brought to bear on them by Jaxon's powers. "Jaxon!" I scream his name, desperate for him to hear me.

The rattling of the doors stops for just a second. "Grace! Hold on! I'm almost in!" The door shakes so much that the rocks around it start to crumble.

"Come in! You're invited in! Please! Come in, come in, come in!" I shout the words loud enough for him to hear them.

Lia just laughs. "Not your room, Grace. Not your invitation to issue. Sorry to burst your bubble."

The alarm on her phone goes off before I can respond, and suddenly she's all business. "It's time." Raising her arms above her head, she begins to chant, her voice low and rhythmic and strong, so strong.

She doesn't falter at all, doesn't stumble over words even though the written spell is long gone. Looks like she wasn't lying when she said she'd been practicing for months. Which means I really did throw myself off this altar for nothing.

My shoulder is *not* impressed.

I mean, logically, I know this isn't going to work. There's no way she's going to be able to bring Hudson back from the

487

dead—life just doesn't work like that. Believe me, I know.

But I'm not going to lie, when a breeze sweeps over me out of nowhere, ruffling my hair and brushing against my skin, it chills me to the bone. As does the sudden electricity in the air that follows it.

Every hair on my body stands straight up in response. Combined with Lia's odd chanting that's only getting odder, it's more than enough to have me screaming for Jaxon like the hounds of hell are after us.

He bellows in response, a primal sound from deep inside him that has me yanking on the ties around my wrists as hard as I can. It hurts—*ohmygod* does it hurt—but the pain doesn't matter. Nothing matters right now but stopping Lia and getting to Jaxon.

This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor. He's close now, so close, and everything inside me strains toward him and away from Lia's madness.

I can't believe I let Flint get inside my head, can't believe I thought even for a second that Lia and Jaxon were working together. And I definitely can't believe I ran from the only boy I've ever loved. Jaxon would never be involved in something like this. Especially if that something aimed to hurt me. I know that now.

Plus, how could I forget just how much Lia hates Jaxon? No way would she bring him in to her own personal Project Lazarus.

I really am a fool. And it's going to be the death of me.

Lia's chant grows louder, echoing throughout the cavernous room as she grabs a long, ceremonial knife from inside the lectern. I watch in horror as she slices open her wrist and lets her blood drip onto the altar.

It sizzles as it hits the stone, where it turns into a noxious black smoke. The wind picks up, starts churning the smoke into a kind of mini-tornado that has me pulling against my bindings as hard as I can even as I scream for Jaxon.

I'm beginning to think there just might be something to this raising Hudson from the dead thing. And if there is, I want absolutely no freaking part of it. I sure as hell don't want to be the catalyst that brings everything together.

Lia obviously has other plans, though, because she walks toward me with the knife. Her blood is still gleaming on the blade and I have an *oh God, please let her clean it off before she touches me with it* moment. Which seems absurd considering: One, shouldn't I be praying that she doesn't come near me with it at all? And two, what does it matter when I'm already covered in her blood, my blood, and some stranger's blood? What's a little more at this point?

Still I shrink back, pulling my legs up and trying to curl into a ball as best I can. It's not much protection—or really any protection—but it's all I've got until Jaxon manages to break through the ancient safeguards.

I expect Lia to start hacking at me with the knife as soon as she gets to me, but instead, she stands above me—arms spread wide and knife pointed directly at my midsection.

Not cut, then. Stabbed. Awesome.

I brace myself for more pain, but the knife never descends. Instead, the black smoke surrounds us, winding itself tighter and tighter as the breeze picks up and Lia finally stops chanting.

"Open your mouth!" she screams at me as the smoke centers itself directly above me.

No freaking way. She can kill me if she wants to—in fact, at this point she can feel free to do just that—because there is no way I'm opening up and sucking some noxious and terrifying

smoke into me that may or may not be Jaxon's dead brother. Not going to happen.

"Grace!" Jaxon yells from the other side of the door. "Grace, are you okay? Hold on! Hold on for me just a little longer."

I don't answer him—doing so would require opening my mouth, and right now I've got my face pressed into my arm and my jaw clenched as tightly as I possibly can. No way is this going down the way Lia seems to think it will.

"Do it, or I'll kill you!" Lia screeches. "Right here, right now."

Like that's going to scare me? I resigned myself to death a while ago, so the threat of dying doesn't hold much weight at the moment—especially since I know she'll kill me once she gets what she wants anyway. So why on earth should I give it to her? Especially when it involves me turning into some kind of bizarre host for an ancient vampiric ritual?

Lia abandons the threats and throws herself on top of me as she tries to pry my mouth open with her fingers.

*Don't let her do it*, the voice inside me warns. *Hold the course.*

I kind of want to answer it with a resounding *no shit, Sherlock*, but I'm too busy trying to buck Lia off me.

It's not working—big surprise considering she's a pissed-off vampire with superhuman strength and I'm a human in really, really bad shape. That doesn't mean I'm giving up, though, doesn't mean—

A giant wrenching sound suddenly fills the air. Lia freezes on top of me as stones go flying in every direction. And in walks Jaxon.

"No!" Lia screams as she picks up one of the stones that landed near us and chucks it back at him as hard as she can. "You can't be here! You're not invited in!"

Jaxon deflects the rock with little more than a look. "No wall, no invitation needed." And then he's leaping across the room

in a single bound. He lands next to us on the altar and rips Lia off me, sends her flying across the room.

She hits the wall with a crash but comes right back at him. Jaxon, in the meantime, whispers, "I'm sorry, Grace," as he waves a hand over me. The bindings on my wrists simply fall away. Then he's crouching down next to me, stroking a hand down my face. "I'm so sorry."

"It's not—" My voice breaks as relief sweeps through me. "It's not your fault."

His voice is bitter. "Whose fault is it, then?"

I start to answer, but—big surprise—Lia's not going down without a fight. "Look out!" I scream as she hurtles across the stage straight at Jaxon. He waits for her to get close then uses her own momentum to send her flying off the altar and across the room.

She lands with a sickening crunch of bone, but that doesn't keep her down, either. She staggers to her feet, holds her arms up, and starts that horrible chant again. The black smoke responds, circling Jaxon, circling me, cutting off our view of Lia and the rest of the room.

"What's happening?" Jaxon demands.

I don't answer him now that the smoke is right next to me again, too scared of opening my mouth to so much as make a sound.

Jaxon uses his powers to try to move the smoke away from us, but it must be the one thing in the universe not under his control. Because instead of clearing out, it winds itself more and more tightly around us, until I can barely see Jaxon, let alone the rest of the room.

Which, apparently, is Lia's plan, because as soon as Jaxon turns his back in search of an escape, Lia is on him. She leaps onto his back with a primal kind of war cry and plunges the knife

straight into Jaxon's chest.

It's my turn to scream—or as close to a scream as I can get with my jaw clamped shut. I try to get to him, but Jaxon throws a hand out, uses his telekinesis to keep me where I am. Then he reaches down and yanks the knife out of his chest.

It falls to the ground with a clatter.

Blood is steadily leaking out of his wound, but Jaxon doesn't seem to even notice. He's too focused on Lia. Reaching over his shoulder, he grabs Lia by the collar and pulls her over his head and onto the ground at his feet.

I expect him to use his powers on her now, but instead he plunges his hand down, aiming straight at her chest. She rolls away at the last second, tries to kick him in the face. But he grabs onto her leg and twists it, fast and hard.

A sickening crunch fills the air, followed by Lia's howls of pain. Jaxon grabs on to her hair, prepares to break her neck and put all of us out of our misery, but before he can do it, the black smoke circles his neck and starts to choke him.

He claws at his neck, tries to get it away from his throat, but it's not letting go no matter how hard he wrestles with it.

Somehow, Lia is on her feet again. Her left leg is bent at an unnatural angle, but she's standing, arms raised as she starts that horrible chanting again. The spell only seems to make the smoke stronger as it continues to strangle Jaxon.

He's sheet white as he falls to his knees and tries to wrestle with something he can't get an actual grip on. Blood continues to seep out of his chest wound, and I know if I don't do something, Jaxon is going to die right in front of me.

I can't let that happen.

I crawl forward, hands stretched out in front of me as I search for— My fingers come across the cold steel of Lia's ceremonial knife, and I grab onto it with all of my waning strength.

492                              c r a v e

It's sharp and it cuts me, but I barely feel the pain as I push myself up off the floor. And swing the knife at Lia's chest with every ounce of strength I have left in my body.

She's wide open, her arms spread out to the sides, so I connect. The knife makes a sickening squishing sound as it sinks through skin and flesh to the organs below.

She doesn't scream this time. Instead, she rears back with a strange gargle-gasp and falls straight backward onto the floor.

The horrifying rattle coming from her chest tells me I punctured a lung instead of her heart, but at this point I don't actually care. As long as she's out of commission, I'm good. Or I will be as soon as we figure out how to get the greasy black smoke off Jaxon, who honestly isn't looking much better than Lia at the moment.

If he's not strong enough to pry it off—with or without his telekinesis—I know I've got no shot. So I do the only thing I can think of, the only thing guaranteed to get the smoke to let him go.

I open my mouth and take a long, slow breath.

# 62

## Where There's Smoke, There's a Dead Vampire

It takes a few seconds, but the smoke—or whatever that thing is—finally catches on. It relinquishes its hold on Jaxon and arrows straight for me.

Which, gotta say, is probably the most terrifyingly awful thing that's ever happened to me in my life.

But considering the alternative is standing around and watching another person I love die, there is no alternative. And so I open my arms and gather the smoke toward me. Once it's surrounding me, I take a breath, start to suck it in.

"No!" Jaxon roars.

Suddenly, I'm falling backward, *flying* backward off the altar and halfway across the room while Jaxon stumbles to his feet. He's nearly gray at this point, but he manages to stand tall as he holds his hands out in front of him. Then slowly, slowly—so slowly I think I may have a heart attack watching him—he starts to compress the air between his hands into a spherical shape.

As he does, the entire room—the entire tunnel—starts to shake. And then it starts to crumble around us.

And still, Jaxon doesn't let up. Still, he continues to compress the sphere, his hands slowly rotating in a circle as he pulls more

crave

and more energy, more and more mass into the sphere.

The smoke flattens itself out, starts streaming in the other direction, but Jaxon is having none of it. He just starts pulling harder, until stones and candles and vases filled with blood start flying across the room toward him. He takes it all, pulls it all into the sphere and then reaches for more, until even the air in the room is streaming toward him in what looks and feels an awful lot like a tornado. And with the air comes the smoke, no matter how hard it struggles against Jaxon's power.

It's getting harder to breathe as Jaxon absorbs more and more of the oxygen in the room, but I don't even care. I just drop to the floor the way they taught me in fire safety and try to breathe whatever's left down here as I watch him draw the smoke inexorably closer to him. Closer and closer and closer.

Soon even Lia and I are caught up in the energy suck, getting dragged across the floor by Jaxon's power and his indomitable will. I don't try to fight it, don't do anything that might possibly make this harder for him. Instead, I just give myself over to Jaxon and trust that somehow he will keep me safe, even from himself.

He always does.

He's got the smoke in his grasp now, floating between his hands as he struggles to condense it, to break it down into whatever he needs it to be so that the vortex or whatever he's got going on in there can absorb it.

But the smoke isn't going down without a fight. Every time it looks like Jaxon might have it contained, a small stream escapes his hold and he has to start all over again. But Jaxon has a will of iron and more power than I even imagined possible inside of him. He won't give up.

Instead, he spins the sphere between his palms faster and faster. The ceiling starts caving in, the walls fall to pieces, even the stones on the floor start to crumble. And still Jaxon doesn't

relinquish his hold. Still, he continues to pull.

The oxygen in the room is getting thinner, and I'm really struggling for breath now. He must be, too, but you wouldn't know it from the way he continues to manipulate every single thing in the room.

The smoke struggles to escape one more time, but with a roar, Jaxon yanks it back inside the sphere once and for all. And then he just shuts it down, just turns off the conduit or the energy suck or whatever it is so that everything around us just settles.

The room stops shaking, the walls and ceiling and floor stop breaking apart, the remaining candles drop to the floor, and the oxygen slowly starts to stabilize. I settle back against the ground and just breathe for a few seconds, even as I watch Jaxon condense the sphere between his hands into a glowing orb only a little larger than a tennis ball.

And then he pulls his hand back and fires it straight at Lia.

It hits her in the stomach, and her whole body arches off the floor. She gives one last terrifying gasp as she absorbs the energy, the matter, the smoke. Then she looks straight at him and whispers, "Yes. Finally. Thank you."

Seconds later she explodes into a cloud of dust that slowly settles back onto the ground.

All I can think is that it's over. Oh my God, it's finally over.

"Jaxon!" I turn to him, try to crawl toward the only boy I've ever loved. But I'm weak, so weak, and the altar is too far away. Instead, I hold a hand out to him instead and call his name over and over and over again.

Jaxon staggers across the altar toward me, then half jumps, half falls off of it to the ground below, where I'm waiting for him.

He takes my hand, brings it to his lips. And whispers, "I'm so sorry," before falling into a dead faint at my feet.

"Jaxon!" Frantically, I call his name. "Jaxon, wake up! Jaxon!"

He doesn't move, and for one, terrifying second I'm not even sure he's breathing.

Somehow I find the strength to roll him over. I press a hand to his chest, feel the shallow movement of his chest up and down, and nearly sob in relief. But there's no time for that, not when he's still bleeding out from the chest wound Lia gave him. And not when he's turned a pasty, sickly white.

"I've got you," I whisper to him as I grab on to one of the ragged strips Lia actually left on my shift and rip it off. I ball it up, press it firmly to Jaxon's wound in an effort to staunch the blood. "I've got you."

Except I don't have him. Not really. Not when he could die on me at any second. He's lost so much blood—more than I have at this point—but I don't know what to do about it. If I leave him and go for help, he might very well bleed out while I'm gone. If I don't, he may bleed out anyway, since I can't seem to staunch the blood.

Desperate, I look around for any untouched jars of the blood Lia had lined up around the altar earlier today. But they're all gone now, sucked into Jaxon's vortex or spilled onto the floor around us.

"What do I do? What do I do? What do I do?" I mutter to myself as I try to get my panic-stricken and pain-addled brain to work. Jaxon's heart rate is slowing down and so is his breathing. I don't have much time to do something, anything to save him.

In the end, I do the only thing I can think of. The only thing I *can* do in this situation. I claw open one of the wounds on my wrists until it starts to bleed freely again. And then I press my wrist to his mouth and whisper, "Drink."

At first there's no response as my blood drips onto Jaxon's lips. Seconds go by, maybe a full minute, and I'm beginning to despair. If he doesn't drink, he'll die. If he doesn't drink, we'll both—

TRACY WOLFF

He regains consciousness with a roar. Then his hands are gripping my arm like a vise as he bites down right over my vein. And sucks and sucks and sucks.

It feels nothing—and everything—like it usually does when he drinks from me. There's pleasure, yes, but also a lot of pain as he takes in as much of my blood as he can with every swallow. Despite the pain, relief swamps me even as the room around me goes black.

There's no fighting it this time, no need to fight it this time, because I'm not alone. Jaxon's here with me, and that's all that matters. So when the next wave of blackness rises up to swamp me, I don't struggle against it.

Instead, I give myself over to it—and to Jaxon—trusting that somehow everything will be okay.

Trusting that somehow Jaxon will make sure of it.

# 63

## A Bite
## to Remember

The first thing I notice upon waking up is that I'm warm. Really warm, which feels off for some reason, though I can't quite figure out why. Then again. I can't quite figure out a lot of things as I drift slowly between sleep and wakefulness.

Like what the weird beep I'm hearing is from.

Or why my right arm feels like it's being crushed.

Or why my room smells like apples and cinnamon.

Eventually, it's the second question that brings me to full consciousness, that has me opening up my eyes and shaking out my arm in an effort to get the pain to stop.

The first thing I see when I open my eyes is a woman in a black-and-purple caftan holding a clipboard and reading a little machine next to my bed. The same machine that's making the beeping noise, it turns out. And making my arm hurt, because as soon as she presses a button, the pressure goes away.

Because blood pressure is an actual thing, apparently. And so are IVs, if the needle stuck into the back of my hand and the tube it's attached to are any indication.

It all comes flooding back to me in a rush—Flint, Lia, the fight.

"Jaxon." I push myself up, start looking wildly around the room. "Jaxon! Is he all right? Is he—"

"He's fine, Grace," the woman tells me with a soothing pat on the shoulder. "And so are you, though it was a touch dicey for a minute—with the both of you."

Her words feel an awful lot like déjà vu—then again, a lot of this morning feels like déjà vu. After everything that just happened, it's hard to imagine that it was just a couple of days ago that I found out about vampires. And now, I've helped murder one.

And—please God—helped save one, I remind myself as I scoot down the raised hospital bed until I make it past the guardrails and can actually swing my legs over the edge. "Where is he?" I demand of the short-haired woman standing next to my bed. "I need to make sure…" I stop, because I can't even say the words out loud.

"He really is okay," the nurse assures me, her tone soothing. "In fact, he's right outside your room. I asked him to step out while I took your vitals, but other than when medical personnel request it, he hasn't left your side since he brought you in."

"Can you get him for me?" I ask after licking my dry lips. "I just need a minute with him."

I'm assuming if I'm here, then Jaxon made it out of that hellhole of a dungeon. But emotion is currently outweighing logic, and I just need to see him. Just need to hear his voice and feel his hand—his body—against mine to believe that he actually made it out.

To believe that the nightmare is finally over.

"I'll get him," she tells me. "*If* you lie back in that bed. Your pulse rate is skyrocketing, and we just got everything stabilized, for heaven's sake."

My pulse is skyrocketing because I'm panicking, I want to

CRAVE

screech at her. Jaxon was nearly dead the last time I saw him.

But I don't screech. Instead, I settle for whispering, "Thank you," as I lean back against the raised head of the bed. My hands are shaking, so I hide them under the covers—no need to broadcast the fact that I already feel exhausted from one little adrenaline spike.

"You're welcome," she answers. "And just so you know what's going on, you're in Katmere Academy's infirmary, where you've been for the last two days. I'm Nurse Alma, and I've been taking care of you along with Marise. Like I said earlier, you're pretty banged up and you lost a lot of blood. Plus you have a dislocated shoulder, so now that you're awake and moving around, Marise will probably be splinting it up for a while. But overall, you're in good health. Jaxon got you here before the blood loss could do any permanent damage. You're going to be fine in a few days."

I know I should care about what she's saying and I will… soon. "What about Jaxon?" I ask anxiously. "He was stabbed. He lost a lot of blood, too. Is he—"

"From what I understand, you took care of him quite well. But let me get him so you can calm down. He can tell you how he is while I call your uncle and let him know you're awake."

I watch anxiously as Alma walks through the door into the hallway. She's speaking softly, so I can't hear what she's saying, but seconds later Jaxon bounds through the door. Alive and reasonably well.

Relief sweeps through me, and I finally feel like I can take a real breath. I mean, yeah, he looks like hell—or at least, as close to hell as someone like him can look—but he's alive. And walking under his own power. That has to count for something.

As he gets closer, I realize his complexion is still a little gray, which makes his scar stand out against his cheek in stark relief. He also seems like he's lost at least five pounds in the two days

I've been asleep. Which is impossible, I know, but he looks so tired and thin and worn out—nothing like the force of nature I'm used to.

"You're awake," he says, and for a second I swear I see tears in his dark eyes. But then he blinks and there's nothing but strength there…and something else I don't even try to interpret. Not when my head is spinning and I can barely keep my eyes open.

"Come here," I tell him, holding my hands out to him. As I look down at them, I notice my wrists are wrapped in gauze and the many cuts on my hands and arms seem to be sealed with a shiny liquid bandage. I'm a mess, but at least I'm a sterilized mess.

He moves closer, but he doesn't sit on the bed. And he doesn't touch me. "I don't want to jostle your shoulder—"

"My shoulder is fine," I tell him, which isn't even a lie right now, courtesy of whatever drugs or herbs or spells Alma currently has going on with me. "So come here. Or I'm coming to you."

I kick the covers down in preparation to do just that, then wince as the motion aggravates my raw ankles—which it turns out are also wrapped. Big surprise.

To be honest, I'm beginning to feel a little like a mummy here. And an unwanted one at that, if Jaxon's reaction to me is any indication.

"Stay where you are," he barks as he takes another couple of steps toward me.

"Then get over here and tell me what's going on," I say. "Because I'm beginning to feel like I've got the plague or something."

"Yeah, that's the problem here. You've got the plague." But at least he takes my outstretched hand this time as he settles himself gingerly on the edge of the bed.

"Don't be snarky," I say as I rest my forehead on his shoulder. "I did save your life, after all. You should be nice to me."

"Yeah, and I repaid you for that kindness by nearly killing you, so you should want me as far from you as I can get."

I roll my eyes, even as exhaustion threatens to swamp me. "Are you always such a drama queen, or do you just trot it out on special occasions?"

The look of shock on his face is priceless. And so is the snitty tone in his voice when he answers, "I don't think being concerned about you makes me a *drama queen*."

"No, but taking on all the blame for what was obviously Lia's giant head trip, does." I press a couple of kisses to his neck, reveling in the way he can't stop himself from shivering at the first touch of my lips to his skin. "So chill out a little, will you? I'm tired."

His eyebrows disappear under his crazily messed up hair, and I realize it's the first time since I've met him that I've ever seen his hair anything less than perfect. "You want me to chill out?" he repeats.

"I do." I scoot over to make room for him on the bed, biting the inside of my cheek to keep from crying out as I jostle my shoulder in the process. "Now climb on." I pat the bed next to me.

Jaxon looks from my face to the bed and back again, but he doesn't move. Which makes me sigh and say, "Come on. You know you want to."

"I want a lot of things that aren't good for you."

"What a coincidence. So do I, though I'm pretty sure we'll disagree on what's good for me and what isn't."

He sighs. "Grace—"

"Don't." I cut him off. "Please, Jaxon, just don't. Not now, when I'm too tired to argue with you. Do I need to spell it out for you? I need you to hold me."

And just like that, his resistance melts. Instead of arguing, he settles back against the pillows with me and wraps me in his

arms, taking care not to bother my injured shoulder.

We lie like that—in silence—for several minutes, and I don't truly relax until he rests his cheek against the top of my head and presses kisses into my hair.

"I'm glad we're okay."

"Yeah." His laugh is harsh. "Me too."

"Don't say it like that," I tell him. "We're lucky."

"You don't look so lucky right now."

"Yeah, well neither do you. But we are." I take a deep breath, let it out slowly. "We could be…" I trail off, unable to say the words.

"Dead, like Lia and Hudson?" Jaxon fills in the blanks for me.

"Yeah. And we're not, so I count that as a win."

He pauses for a minute, but then he nods. Sighs. "Yeah, me too."

"Flint?" I ask after a second.

"You don't want to talk to me about the dragon right now."

"I know," I soothe, running my right hand up and down his arm for comfort.

"He's alive, if that's what you're asking. And currently in better shape than either one of us, though he shouldn't be."

"He thought he was doing the right thing."

"Are you kidding me?" Jaxon jerks away from me, shoots me an incredulous look. "He and his friends tried to kill you on numerous occasions, then he pulled that stunt down in the tunnels that made everything worse, and you think he was just trying to do the right thing?"

"He was, bizarre as it sounds. And I mean, I'm not *happy* with him. But I'm glad he isn't dead."

"Yeah, well, that makes one of us," he mutters as he lies back down against me. "I should have killed him when I had the chance."

I hug him as tightly as my injured shoulder will let me. "I think we have enough blood on our hands right now."

"You mean I have enough blood on *my* hands, don't you?"

"That's not what I said, is it?" It's my turn to push away from him, but only because I want to be looking him in the eye when I say this. "This isn't your fault. It isn't my fault. And it isn't Flint's or the rest of the shifters' faults. It's Lia's fault. She's the one who devised this plan. And she's the one who caused everything that happened." My voice catches in my throat. "Did the shifters tell you? About my parents?"

"Flint told me. He and Cole told Foster and me everything—including why they didn't trust the witches or the vampires with what they knew."

"The vampires because they thought you might all be colluding for God only knows what reason," I guess. "But why not the witches?"

"You aren't a witch, but your family is. They didn't think Foster would be able to see past the fact that you're his niece to the danger having you here at Katmere posed to everyone."

I roll my eyes at him. "Yeah, well, I'm pretty sure the danger here at Katmere has all been *to* me and not *from* me, thank you very much."

"I should have figured it out sooner." Jaxon looks tortured.

"You planning on having that god complex of yours looked at any time soon?" I snark. "Or are we all just supposed to live with it?"

"Wow. You've been awake fifteen minutes and you've called me a drama queen and now accused me of having a god complex." He raises his brows. "You sure you aren't mad at me?"

"I'm sure," I tell him, pulling his face down to mine so I can kiss him.

But he flinches a little when my hand touches his scar, per

usual, and damn it, we've been through too much for this to keep happening. I pull away before our lips so much as brush.

"What's wrong?" He looks wary.

I sigh as I stroke my fingers along his jaw. "I know I have no right to tell you how to feel, but I wish you could see yourself as I do. I wish you could see how gorgeous you are to me. How strong and powerful and awe-inspiring you are."

"Grace." He turns his head, presses a kiss into my palm. "You don't need to say that. I know what I look like."

"But that's just it. You don't!" I reach for him and hold on tight, ignoring the pain that shoots up my arm at the movement. "I know you hate your scar because Hudson gave it to you during the most horrible moments of your life—"

"You're wrong," he interrupts.

I stare at him. "About what?"

"About everything. I don't hate my scar, I'm humiliated by the fact that I let it happen. Hudson didn't give me the scar, the vampire queen did. And the worst moments of my life weren't when I killed Hudson. They were when I finally regained consciousness on that altar and realized I'd taken too much of your blood. That moment—and all the moments it took for me to get you here? Those will *always* be the worst seconds, the *worst* minutes, of my life."

There are so many important things in what he just said that I don't know where to start. Except... "Your mother? Your mother did this to you?" I whisper as horror slithers through me.

He shrugs. "When I killed Hudson, I interfered with her plans. I needed to be punished."

"By tearing up your face?"

"It's hard to scar a vampire—we heal too quickly. By doing this, and ensuring I didn't heal, she left a mark of weakness on me for the whole world to see."

506                                   c r a v e

"But you could have stopped her anytime. Why didn't you?"

"I wasn't going to fight my mother, and I certainly wasn't going to hurt her any more than I already had." He shrugs again. "Besides, she needed someone to punish for what happened, someone to hurt so that she could feel better. Better me than someone who bore no responsibility for what happened."

I can't keep the horror from my face, but Jaxon just laughs a little. "Don't worry about it, Grace. It's all good."

"It's not all good." I do my best to swallow the rage that's swelling inside me. "That woman is a monster. She's evil. She's …"

"The vampire queen." He fills in the blank for me. "And there's nothing any of us can do about it. But thank you." It's his turn to whisper as his lips brush over my hair.

"For what?" I nearly choke on the words.

"For caring." He lowers his head for a kiss.

But our lips barely have a chance to brush before there's a knock on the open door. "Sorry to interrupt," Marise says as she sticks her head in the doorway. "But now that you're awake, I want to check out my favorite patient."

I glance around the empty bay. "Your only patient, don't you mean?"

"Yeah, well, you give me a lot of business. Plus, I had Jaxon and Flint in here for at least a day. You just require a little extra attention, that's all." She grins at me.

"Yeah, well, the whole being human thing really bites around here." Deep inside me, the voice wakes up. Whispers that I shouldn't be so fast to call myself human. Which is laughable, except…except Lia's words haunt me, about how much trouble she had to go through to find me and get me here.

Which leaves me with the question of why am I so special? Even if I am a witch—and I'm not sure I am—there are a lot of witches in this school to choose from. Is it because I really

am Jaxon's mate? And if I am, what does that even mean in his world? But how would she know that? And why would that matter anyway? What does who Jaxon loves have to do with raising Hudson from the dead?

Now that Lia is gone and her plan foiled, I have even more questions than I did before she died. I want to ask Jaxon if he has any of the answers, but now isn't the time to think about it, not with Marise flashing her fangs as she quips, "That's not the only thing that bites around here."

"So I've learned," I answer with a smirk.

It only takes a few minutes for her to look me over, and her prognosis is pretty much what Alma already told me. A lot of cuts and bruises that it turns out Alma—who is a healing witch—has already put a lot of effort into minimizing. And a half-healed dislocated shoulder that will need to be splinted for a couple of weeks to finish what Alma already started.

There's also the little matter of the blood transfusion, a little more than two liters, which I really wish she hadn't mentioned in front of Jaxon. But all in all, I'm in good health and will probably get to go back to my dorm room in a couple of days, if my vitals stay steady.

Or so Marise says as she exits with a little wave.

"It's not your fault!" I tell Jaxon the second she's out the door.

"It's entirely my fault," he answers. "I nearly drained you."

"Two liters is nowhere close to draining me."

"It's close to emptying you out enough that you die. Which counts as draining to me." He shakes his head. "I'm so sorry, Grace. About hurting you. About your parents. About everything."

"You didn't hurt me. You saved me. Alma said you got me here before any permanent damage could be done."

He doesn't answer, just kind of shakes his head as his jaw works furiously.

c r a v e

"I *gave* you my blood, because you were going to die without it." I take his face in my hands and look him straight in the eye so he can see that I mean what I'm saying. "And the truth is, it wasn't a sacrifice. It was as selfish as I could get, because now that I've found you, I'm not okay with being in a world where you don't exist."

For long seconds, he still doesn't say anything. Then he shakes his head, swears. "What am I supposed to say to that, Grace?"

"Say you believe me. Say you know it's not your fault. Say—"

"I love you."

I gasp, then let out a slow, shuddering breath as tears I don't even try to hide bloom in my eyes. "Or you could say that. You could very definitely say that."

"It's true," he whispers. "I'm so in love with you."

"Good, because I'm in love with you, too. And now that Lia's evil plan is forever over, we can try being in love when someone isn't trying to kill us."

He stiffens, looks away, and the cold I thought I'd finally managed to escape skitters down my spine once more.

"What's going on, Jaxon?"

"I don't—" He breaks off, shakes his head. "I don't think we can do this, Grace."

At his words, the cold congeals, turns my body to ice. "What do you mean?" I whisper. "You just said you love me."

"I do love you," he answers forcefully. "But sometimes love isn't enough."

"I don't even know what that means." It's my turn to glance away, my turn to look anywhere but at him.

"Yeah, you do."

I wait for Jaxon to say more, but he doesn't. He just sits on the bed next to me, arm wrapped around my shoulder, body

snuggled up against mine even as he rips my heart out of my freaking chest.

"It won't always be like this," I finally whisper to him.

"That's where you're wrong. It's *always* going to be like this. The fact that I love you means you're always going to be a target. You're always going to be in danger."

"That's not what this was about." I turn to him, tangling desperate fingers in his sweater as I tell him, "You know that. You were just a complication—Lia said she wanted me. She said it was about me. Even the shifters were after me because they knew she wanted to use me to…" I trail off, more than happy not to mention Hudson's name to Jaxon ever again.

"You don't really think the shifters are going to let this go, do you? Now that Lia's gone, they may not want to kill you at the moment, but that doesn't mean they won't reconsider the first time I—or my family—piss them off. Now that they know how important you are to me, you're more at risk than you've ever been."

Maybe his fears make sense, maybe they don't. But the truth is, "I don't care."

"*I* care, Grace." His gaze is shuttered, but it isn't blank. Not this time. I can see the pain in its depths, see that saying these things is hurting him as much as it's hurting me.

It's enough to have me sliding my hands up to his face, enough to have me cupping his cheeks in my palms as I stare deep into those eyes that have captivated me from the very first moment I saw him.

"Yeah, well, you're not the only one in this relationship," I tell him as I lean forward and press soft, desperate kisses to his forehead, the corners of his mouth, his lips. "And that means you don't get to make all the decisions for us."

"Please don't make this any more difficult." He grabs hold of

c r a v e

my hands where they still cover his cheeks, his fingers twining with mine even as he takes care not to hurt me. "I can't walk away if you make it difficult."

"Then don't walk away," I implore, my mouth so close to his that I can feel the heat of his breath on my skin. So close that I can see the tiny silver flecks swirling in his eyes. "Don't turn your back on this—on me—before we even have a chance to try."

He drops his forehead to mine, closes his eyes with an agonized groan. "I don't want to hurt you, Grace."

"So don't."

"It's not that simple—"

"Yes, it is. It is exactly that simple. Either you want to be with me or you don't."

His laugh is dark, tortured. "Of course I want to be with you."

"So be with me, Jaxon." I wrap my arms—IV cord and all—around him, hold him as close to my battered, desperate heart as I can manage. "Be with me. *Love me.* Let me love you."

For long seconds Jaxon doesn't move, doesn't answer, doesn't even breathe as despair and hope battle deep within me. But then, just as I'm about to give up, he takes a deep breath, shudders against me.

And then his hands are on my face and he's kissing me like I'm the most important thing in the world.

I kiss him back the same way, and nothing has ever felt so good. Because for right now, for this moment, everything is finally exactly how it should be.



64

All's Well
that Ends
with Marshmallows

"Please?"

"No." Jaxon looks at me like I'm from another planet.

I cuddle closer, bat my eyes like a windmill on high. "Pleeeeeeeeease?"

He lifts a brow. "Do you have something in your eye, or should I call the nurse because you're having a seizure?"

"Ugh. You suck." I cross my arms over my chest and pretend to pout. But after three days of being cooped up in my bedroom, recuperating, I'm not sure how much of it is actually pretending. And even though I know I won't be here forever, it's still awful. "Please, Jaxon? If I have to stare at these walls any longer, I'm going to freak out."

Jaxon sighs, but I can tell he's deliberating, so I push my luck. "Can't we go somewhere? Just for a little while? You can even carry me if I get too tired." I try the whole *eye batting* thing again, less *panicked bird* this time and more *femme fatale*. Or, at least, that's what I'm going for.

"Yeah, like I'm going to fall for that," he says with a snort.

Which, okay. He has a point. I'm not real keen on him carrying me anywhere, especially now that things have calmed

down around here. But still, the boredom is real...and getting more real every moment. "Come on, Jaxon. I know you're just following directions because Marise said I'm supposed to rest for a couple more days, but I'm not planning on joining the Iditarod. I just want to walk around for a few minutes. No big deal."

He studies my face for a minute and must figure out what I've already decided—that I'm going out with or without him—because he nods reluctantly. Then stands up from where we've been stretched out on my bed for the last two hours.

"Civil twilight has set in, so I'll take you outside for a little while," he says eventually. "But not far from the castle. And you have to promise to tell me as soon as you start to get tired."

"I will. I swear!" Excitement races through me, and I spring up after him, then kind of wish I hadn't, considering my *everything* hurts, especially my recently dislocated shoulder. Now that they've set it, it's a lot better than it was, but it still aches a lot. Not that I'm about to tell Jaxon that—partly because he might change his mind and partly because I know he blames himself for everything that happened with Lia.

Which is ridiculous, but Jaxon is totally the guy who balances the whole world on his shoulders and who takes the responsibility of that seriously, even if he never asked for it. So no way am I going to let him see how sore and battered I still feel. Not when that means giving him something else to beat himself up over.

"So what do you want to do?" I ask in an effort to distract him from the fact that I'm limping more than a little.

He's watching me with narrowed eyes and an expression that says I'm not fooling him. But he doesn't say anything else, except, "I've got a couple of ideas. Why don't you get dressed and I'll run and find a few things? I'll be back in fifteen minutes."

"We can meet downstairs—" I start but break off when he

looks at me with both brows lifted. "Oooor we can meet here," I finish.

"Yeah, let's do that." He leans down and drops a kiss on my lips.

It's meant to be quick, but I can't help wrapping my good arm around his neck and pressing myself against him as I deepen the kiss.

Jaxon goes still, but there's a hitch in his breathing that tells me I've got him. Seconds later, he slides his hands down to my hips to pull me even closer. And then he scrapes a fang across my lower lip in a move he knows makes every muscle in my body go weak.

My breath catches in my throat as I open for him. As I press even closer. As I give myself up to Jaxon and the explosion of heat and joy and light that he sets off inside me with just a kiss. Just a touch. Just a look.

I don't know how long we kiss for.

Long enough for my breathing to grow ragged.

Long enough for my knees to tremble with each stroke of his fingers against my hip.

More than long enough for me to reconsider our walk outside now that things inside have gotten so much more interesting.

But eventually Jaxon pulls away with a groan. He drops his forehead against mine, and we just breathe for a while. But then he pulls away, and in a voice gone deep and growly and oh so sexy, he says, "Get dressed. I'll be back in a few."

And then, like always, he's gone between one blink and the next.

It takes me a little longer to recover. A full minute or so passes before my heart rate steadies and my weak knees feel strong enough to support me. Eventually, I get my act together and start getting dressed in the layers upon layers necessary to

CRAVE

survive an hour outside in Alaska. My lips tingle the whole time.

Turns out, it's a good thing I hurried, because Jaxon is back, knocking on my door and letting himself in before I even have my socks on. To be fair, getting dressed takes a lot longer with a dislocated shoulder, but still. Even if I was completely healed, it'd still be impossible for me to compete with Jaxon's speed.

He's carrying a backpack, which he drops by the door when he sees me struggling to pull on my socks.

"Here, give them to me," he says, kneeling down in front of me and gently resting my ankle on his thigh.

And just like that, my breath catches in my throat again. Because if I've learned nothing else in the time I've been here, it's that Jaxon Vega kneels for no one. Yet here he is, kneeling in front of me like it's the most natural thing in the world.

"What?" he asks as he slides the socks over my feet and past my ankles.

I just shake my head because what else is there for me to say? Especially when his fingertips linger on my calf, tracing patterns into my suddenly oversensitive skin.

I must look as flustered as I feel, because he just kind of grins at me as he slides a second sock over the first before doing the same to my other foot.

I shake my head, look away before I end up melting into an actual puddle.

A couple of minutes later, after putting my boots on for me, too, Jaxon stands up and holds a hand out to pull me up.

"Have you decided where we're going?" I ask as we head for the door.

He picks up the backpack—something I've never seen him carry if he's not going to class—and says, "Yeah."

I wait for him to elaborate, but this is Jaxon. He almost never shares more than he has to. Then again, as he gives me a wicked

grin, I find myself not minding too much. If Jaxon wants to surprise me, who am I to say no? Especially when his surprises are usually so, so good.

We walk hand in hand through the halls and down the three flights of stairs to the front door. Almost everyone else is in the last class of the day—Jaxon should be, too, but he's ditching—so the common areas are nearly deserted. Which works for me. I'm still not ready to face most of them after everything that has happened.

"Are you okay?" Jaxon asks as we head out into the cold—and down even more steps. Which is great. I mean, it's not like every muscle in my body aches or anything…

Still, I nod, both because I don't want him to know that I'm hurting and because the biting cold kind of takes me by surprise. Which sounds ridiculous—this is Alaska; I know exactly how cold it is outside. But it's still a shock to my system every single time.

I must not be hiding it as well as I'd hoped, because Jaxon takes one look at my face and says, "We could go back in."

"No. I want to do something with you. Just the two of us."

His eyes widen at my words, and the guarded look in his eyes drops away. For a second, just a second, I get to see the real Jaxon—a little awkward, a little vulnerable, a lot in love with me—and it takes my breath away all over again. Because I feel all of that and so much more around him.

"Then let's go."

We set out in the opposite direction that I went on my walk around the grounds that first day. Instead of going by the classroom cottages, we head across the pristine snow to the forest that takes up a lot of the school grounds.

We walk slowly, partly because the cold isn't that bad once I start moving and partly because walking in snow really isn't easy, especially when you were beaten half to death less than a

CRAVE

week before. Eventually, though, we get to a little clearing in the forest. It's not very big—maybe the size of my and Macy's dorm room—but there are a couple of benches to the side.

Jaxon drops his backpack on one and pulls out a tall black thermos. He takes off the cup at the top, then opens it and pours something into the cup. Then he hands it to me with a grin.

"Hot chocolate?" I exclaim, delighted.

"Yeah, well, I figure you might want to lay off tea for a while."

I laugh. "You make a good point." I start to take a sip, but Jaxon stops me. Then he reaches into his backpack and pulls out a small bag of marshmallows.

"I don't know much about drinking hot cocoa, but I do know that it usually needs marshmallows." He pulls out a few of the small, homemade-looking squares and scatters them in my cup.

And I swear my heart nearly bursts, right here in the middle of a bunch of trees, as darkness slowly descends around us. Because even after everything we've been through, I'm still blown away by how Jaxon always thinks about me. About what I might like or what makes me feel good or what would make me happy. And he's always, always right.

I take a big sip of the cocoa and am not surprised at all that it's the best hot chocolate I've ever had. "So who did you talk into making this for you?" I ask, eyeing him over the rim of my cup.

He gives me a blank look. "I have no idea what you're talking about." But there's a shadow of amusement in the depths of his eyes that belies his words and makes me laugh.

"Well, whoever it is, please tell them it's really good."

He smirks a little. "I'll do that."

I take another sip, then hold the cup out to him. "Want some?"

"Thanks, but it's not really my thing." Now he's full-on grinning.

"Oh, right." Which makes a million of the questions I've been accumulating for days rush back into my head. "How does that work, anyway?"

He lifts a brow. "How does what work?"

"I saw you drink tea, but you don't drink cocoa. You ate a strawberry during the party, but I've never seen you eat anything else. Except…" I trail off, blushing.

"Except your blood?" he asks archly.

"Well, yeah."

"Vampires drink water just like every other mammal on the planet, and tea is basically hot water. You start adding in milk and chocolate and it's a different story."

"Oh. Yeah." That makes sense. "And the strawberry?"

"Yeah, that was totally for show. My stomach hurt for the rest of the night." It's his turn to look embarrassed.

"Really? So why'd you do it?"

"Honestly?" He shakes his head, looks away. "I have no idea."

It's not the answer I was expecting, but looking at him, it's obvious that he's telling the truth. So I let it go. And instead say, "One more question."

"The blood thing?" He looks both wary and amused.

"Of course the blood thing! And the *going outside when it's light* thing. I thought vampires could only be outside when it's dark."

He looks uncomfortable for a minute, but then he squares his shoulders and says, "That depends."

"On what?"

"On what kind of blood they drink. Here at the school, Foster serves animal blood. If we drink only that, we can be outside in the sunlight. If we choose to…supplement with human blood, however, then we have to wait until it's dark."

I think about his comment in my room, about how we could

go out, since civil twilight had started. "So when I got here, I saw you outside because you were only drinking animal blood. But now—" I blush, and it's my turn to shift my face away. Not because I'm necessarily embarrassed by what Jaxon and I do but because it feels so intimate to talk about the fact that he—

"You mean, now that I've been drinking your blood on the regular?"

And the blush gets even worse. "Yeah."

"Yes. I drank from you. And Cole. And then you again in the tunnels. So, no light for me."

"For how long?" I ask, because it's been days since the tunnels, and he definitely hasn't drank from me since—even though I've kind of wanted him to. But apparently me nearly dying of blood loss has him less than eager to sink his fangs into my neck any time soon.

"Until the hormonal spike that comes from metabolizing human blood wears off." When I look mystified, he continues. "It's like humans and insulin. When you eat high-carb foods, your insulin spikes and takes time to come down. When I drink human blood, my body secretes a hormone that makes it impossible for me to be in the sun. It takes about a week for all traces of that hormone to disappear. Animal blood doesn't trigger the same hormone."

I count back in my head. "It's been six days since the tunnels. So by tomorrow, you should be able to go out in the sun again."

He shrugs. "Probably the day after to be safe. And that's if I don't…"

"If you don't bite me again." A sudden surge of heat flares through me.

Now he's the uncomfortable-looking one. "Something like that, yeah."

"Something like that?" I put my cup down on the bench and

wrap my good arm around his waist. " Or that exactly?"

He looks down at me, eyes dark and just a little bit dangerous. "That exactly," he murmurs. And I know—if I wasn't covered from head to toe in piles of clothes, he might very well be biting me right now. The idea gives me a thrill I don't even try to pretend away.

"Stop looking at me like that," Jaxon warns. "Or I'm going to take you back to your room, and we're not going to do what I brought you here for."

Not going to lie. Going back to my room suddenly sounds pretty good. Except… "Why are we here?"

"Why else?" He reaches into his backpack and pulls out a long, skinny carrot and a hat. "To build a snowman."

"A snowman?" I gasp. "Really?"

"Flint's not the only one who knows how to play in the snow around here." His face stays relatively expressionless, but there's a bite to his words that has me wondering all kinds of things. Including if Jaxon could possibly be jealous…which seems absurd, considering Flint tried to kill me on three separate occasions. Not a lot there to inspire jealousy.

"Well, are you coming?" Jaxon asks as he leans down and starts scooping snow into a giant ball. "Or are you just going to watch?"

"It's a good view," I tell him, openly checking out his very fine ass—which is encased in way fewer layers than mine currently is. "But I'll help."

He just rolls his eyes at me. But he does wiggle his butt a little—which makes me laugh. A lot.

It's not long before we're both cracking up as we stare at what has to be the world's most lopsided snowman. Which makes sense for me, because I'm a San Diego girl. But Jaxon has lived in Alaska for years. Surely he's built a snowman before.

I start to ask, but there's something about the way he's staring at our snowman that makes me hold my tongue. Even as it makes me wonder if maybe Jaxon hasn't had much time to play in his life—even when he wasn't first in line for the throne.

The thought makes me sad as he looks around for stones to use for the snowman's eyes. He's been through so much in his life. It amazes me how he could have gone through all of that and still emerge on the other side, this boy who feels so much. Who cares so much. And who is willing to try to play for me.

It humbles me even as it makes me ache for him.

The ache only gets worse as I remember the question that's been nagging at me on and off since I woke up in that infirmary three days ago. "Jaxon?"

"Yeah?" Something in my voice must tip him off, because his smile fades into concern. "What's wrong?"

"I've been meaning to ask…" I take a deep breath and blurt out the question I've tried so hard to ignore. "Where did Hudson go? I mean, we saw Lia die. But where did the black smoke go? Did it die with her? Or…" I don't finish, because the thought is too horrible.

But Jaxon's never been one to sugarcoat things—or avoid them. His face turns grim as he answers, "I haven't figured that out yet. But I will. Because there's no way in hell I'm risking Hudson being set loose on the world a second time."

There's such vehemence in his tone that it hurts to hear it, especially knowing how much Jaxon has already suffered because of his brother. I hate that he's had to go through so much, hate even more that the threat of Hudson coming back will probably hang over us forever.

After all, it's hard to relax when a homicidal sociopath has it out for you…and the rest of the world.

Jaxon's obviously better at dealing with his fear than I am,

though—or maybe it's just that he's had longer to live with the threat. Whatever it is, he's able to shoot me a real smile as he finally makes the snowman a face out of stones and the carrot he brought for the nose. "Come on," he says. "You get to do the pièce de résistance." He hands me the hat.

It's the first time I've really looked at it, and when I do, it makes me laugh. And laugh. And laugh.

Because maybe I wasn't being ridiculous earlier after all. Maybe Jaxon actually is jealous of Flint.

Jaxon just shakes his head at me. "Are you going to put the hat on him or what?" he demands.

"Oh, I'm going to put the hat on." I step forward and do just that before moving back to where Jaxon is standing so we can both admire him.

"What do you think?" Jaxon asks after a moment. And even though he sounds like he's ready to make a joke, I can hear a little bit of vulnerability in his voice. A tiny little need for my approval that I never would have anticipated.

So I turn back and look at our poor, lopsided, listing-to-one-side snowman and, despite the cold, nearly melt all over again. Because to me, he looks perfect. Absolutely perfect.

I don't say that, though. I can't without revealing to Jaxon that I see more than he ever imagined. So instead, I tell him the only truth I can. "The vampire hat is a really nice touch."

His grin is huge. "Yeah, I thought so, too."

He reaches for my hand at the exact same moment I reach for his. And it feels good. More than good.

It feels right.

For the first time, I let myself think about what Lia said before she died, about me being Jaxon's mate. I don't know what that means, but as he pulls me close and his warmth slowly spreads through me, I can't help thinking that maybe I should find out.

# 65

## Why Can't a
## Girl Just Have an
## Ordinary HEA
## These Days?

Four days later, I finally get to start classes again—for real this time, complete with Brit Lit homework, a research paper on the causes of the Salem Witch Trials, and my very first counseling appointment with Dr. Wainwright. Plus, actual makeup work for what I missed when a psychopathic vampire tried to murder me. Which seems a little unfair, if you ask me, but who am I to complain when I get to spend every morning, every lunch period, and nearly every evening with Jaxon, who is doing an admirably good job of staying in the moment and not borrowing trouble.

We're together right now, in fact, grabbing breakfast in the cafeteria and joking around about Luca's latest dating debacle—which, even I have to admit, is a doozy.

I'm eating brown sugar Pop-Tarts—Macy grabbed the last pack of cherry ones, because she's mean like that—and Jaxon and the rest of the Order are drinking their morning rations of school-supplied elk blood out of opaque tumblers. Turns out, that's what all the big orange beverage coolers are for—feeding the vampires.

Cam still hasn't worked up the nerve to join us yet, but Macy

has high hopes for him finally coming around. I'm not so sure—Jaxon's reputation has only grown more intimidating since what happened with Lia got around, and nearly everyone is giving him an even wider berth than usual. I keep telling him they'd relax a little if he smiled more, but so far he hasn't taken my advice. Personally, I think it's because he believes that the more scared they are, the safer I am.

I don't necessarily agree, but I do have to admit things have been shockingly quiet lately. No one has tried to poison me or turn me into a human sacrifice in at least ninety-six hours. It's definitely a record, one I am more than happy to ride out as long as possible.

The warning bell rings as I take my last sip of tea, and I glance up to find Jaxon staring at me, a (very) slight smile on his lips. "What's up?" I ask as I grab my Pop-Tart wrapper and mug.

"Just looking at you." He leans over, presses a kiss to the corner of my mouth. "Wondering what you're thinking about."

"You," I answer. "Just like always."

Rafael pretends to gag. "No offense, but could the two of you try to refrain from sending the rest of us into sugar shock?"

"Vampires don't metabolize sugar the same way regular humans do," I inform him with a grin. "Hence, no sugar shock."

"Now look what you've done," Mekhi interjects. "You've created a research monster. She's obsessed."

"Pretty sure it's the librarian who's done that," Jaxon answers dryly. "Every day, Amka has as least five more books for Grace to check out."

"Hey, if I'm going to live with vampires, I need to know as much about them as possible," I tell them as I stand up and tuck in my chair. "It's pretty normal to want to learn about your surroundings."

"You know what else is normal?" Jaxon asks as he bends

down so his mouth is only a few scant inches from mine.

"I have a pretty good idea," I answer, tilting my face up so that our lips can meet.

"Look at us," I whisper against his mouth a few seconds later. "Being normal."

He scrapes a fang across my lower lip, gives me a sexy look that turns my insides to mush. "Almost normal."

"I'll take that."

He grins. "Yeah, me too."

He moves in for another kiss, one that makes my head swim and my knees tremble, and I can't help but melt against him. I've never been big on PDA, but Jaxon has me breaking all the rules, and I'm pretty sure I'm doing the same for him. Especially if Lia's right and we really are mated.

Not that I've told him that yet. I mean, the boy's already terrified of this whole relationship thing. If I bring up a word like mate—something Macy spent a long time explaining to me a couple of days ago—I'm pretty sure the earthquake Jaxon generates will crumble the school.

It's Mekhi's turn to snark about how sick he is of being late to class because *some people* can't keep their lips to themselves. Jaxon flips him off, but the words must sink in, because he pulls away from me and reaches for my backpack.

"Come on. I'll walk you to class."

"You don't have to do that." I glance at the clock. "You'll be late to physics."

He shoots me a give-me-a-break look. "Somehow I'm sure they'll survive without me for five minutes."

I'm not so sure about that, but I know enough about Jaxon—and the sudden, stubborn set of his jaw—to know when to argue and when to let it go. Besides, letting him walk me to class comes with an extra perk. With him next to me, no one is going to bump

into my still aching shoulder or any of my other injuries.

It's a win-win situation.

At least until we pass a small group of dragons on our way out of the cafeteria. Jaxon ignores them, and I try to, but Flint is right in the middle. And he's trying to catch my eye.

I want to ignore him, I really do. But like I told Jaxon the other day, there's a part of me that understands why he did what he did. I mean, I'm not ready to start roasting marshmallows with him again, but I can't hate him, either.

And I can't ignore him.

Instead, I let my gaze meet his for a couple of seconds. His eyes widen and he gives me the grin that's been making me laugh since my first day at Katmere. I don't laugh this time, but I do smile just a little as I walk on by. And for now, it's enough.

I kind of expect Jaxon to say something about what just happened as we weave through the halls, but he doesn't say a word. Guess I'm not the only one learning to compromise. I squeeze his hand just a little harder in a silent thank you, but he just kind of shakes his head in response.

It all feels very normal, and very right.

I know Jaxon still worries—and will continue to worry—that his being with me makes me a target. And there's a part of me that knows he's right. That I will never be safe if we're together.

But no matter what he thinks, it's not Jaxon's job to protect me. I've known from the first day that he wasn't meant to be the hero of my story. And I am more than okay with that.

Because he smiles now in a way he never did before. He laughs. And, on occasion, he even tells me a really bad joke or two. I'll take that over safe any day, especially when safety can be snatched away at any moment.

Which reminds me… "Hey, you never did tell me the punch line of that joke from the other day."

CRAVE

We stop a few feet away from my classroom, partly to take advantage of the now nearly empty hallway and partly in an effort not to freak my whole Brit Lit class out again.

"What joke?" he asks, puzzled.

"You know. The pirate one. Remember? What did the pirate say when he turned eighty?"

"Oh, right." Jaxon laughs. "He says…"

I never do get to hear the punch line. A flash over Jaxon's shoulder catches my attention. It's followed immediately by a noxious and eerily familiar cloud of black smoke. I start to stumble backward, to drag Jaxon with me. But it's too late. Because when the smoke clears, someone who can only be Hudson Vega is standing there, a giant broadsword in his hand—aimed straight at Jaxon's head.

The horror on my face must register, because Jaxon starts to glance over his shoulder. But the sword is already swinging. There's no time for him to even see the threat, let alone react to it.

Terrified, I grab his arms and yank him toward me. But even as he falls forward, I know it's not going to work. He's still in the blade's path. For a moment, just a moment, I flash back to how he looked last night when we were stretched out on his bed. He was leaning over me, resting on his elbow. Sleepy smile, eyes hazy with want.

His hair had fallen forward into his face, and I reached up to push it back so I could see his eyes…and, for the first time, as my hand grazed his scarred cheek, he didn't flinch. His smile didn't falter and he didn't duck his head. He didn't turn away. Instead, he stayed right there with me. In the moment.

Relaxed.

Happy.

Whole.

And that's when it hits me. Jaxon was never meant to be the

Tracy Wolff

hero of my story...because I was always meant to be the hero of his.

So, in the end, I do the only thing I can do. I wrap myself around him and spin us around so that my back is to the sword. And then I close my eyes and wait for the blow I've always known would come.

0

## She Persisted

### —Jaxon—

"When the fuck is she going to turn back, Foster?"

"I don't kn—"

"Don't tell me that again. Don't fucking tell me you don't know." I turn on the librarian and the Biology of Ancient Creatures teacher who are sitting in front of the headmaster's desk and demand, "Aren't you supposed to be able to figure out what the hell is going on around here? What the fuck is the point of putting you people in charge of this school if none of you can answer a simple fucking question?"

"It's *not* a simple question, Jaxon." The headmaster pinches the bridge of his nose between his thumb and forefinger.

"Sure, it is. One minute, Grace was in my arms, blocking Hudson's attack." My throat closes up at the thought of those frantic, frenzied moments. Of the way she tried to drag me away, and when that didn't work, how she threw herself between—

I cut off the thought before it can derail me and this entire conversation with it. Because if I think about it now, if I think about what she did... The ground beneath my feet starts to tremble and damn it, just damn it. The only thing keeping me from leveling the whole fucking school is the knowledge that I

might hurt Grace in the process.

I take a deep breath before continuing. "One minute, she was there. And now Grace… Grace is…" I can't say it. I can't fucking say that she's gone, because if I say it out loud I can't take it back.

If I say it out loud, then it's true.

"She was there, Foster," I repeat. "Warm, alive, *Grace*. She was right there. And then she was—" The ground rumbles yet again, and this time I don't even try to control it.

Instead, I walk over to the corner, where what's left of Grace—my Grace—is standing. "Why can't she just turn back?" I demand for what feels like the millionth time. "Why can't you make her turn back?"

"I know it's hard for you, Jaxon." Dr. Veracruz speaks for the first time. "It's hard for us, too. But we haven't seen one for a thousand years. It's going to take time to figure out what went wrong."

"You've had four days! Four days. And you can't tell me anything more than that! How am I supposed to get to her if you can't even tell me what's wrong?"

"I think you're going to have to accept that you can't get to her," Foster says, and for the first time I realize that he looks and sounds nearly as bad as I do. "I think we're going to have to accept that she's not going to come back until she wants to."

"I don't believe that," I tell him, voice hoarse and hands clenched into fists in an effort not to lose it completely. "Grace wouldn't leave me like this voluntarily. She wouldn't leave me."

"Everything I've read in the last four days says she should be able to turn back on her own," Amka tells me. "Which means only two things are possible."

"Don't say it," I warn her.

"Jaxon—"

c r a v e

"I mean it, Foster. Don't fucking say it. Grace isn't dead. She can't be dead."

Because there's no way I can keep myself from breaking wide open if she is.

No way I can stop myself from razing this school to the fucking ground. And if Hudson somehow has her… If he's hurting her…just the thought of what he's capable of—and what she might be going through because of it—sends a bolt of terror skittering down my spine and twisting in my stomach. If he's harmed her in any way, I'll find him. And then I'll set him on fire just to watch him burn.

"She's not dead," I tell them again as I stare into her beautiful face. Her eyes are closed just like they were in that last second in the hallway, but that doesn't matter. I don't need to see her eyes to know how she feels about me—it's written all over her face. She loves me, almost as much as I love her.

"If she's not dead—and I agree with you that she's not," Dr. Veracruz says, "then the only other option is she's *choosing* not to come back."

"You don't know that. She could be trapped—"

"We do know that," Amka reminds me firmly. "Gargoyles can't get trapped in their stone forms. If they don't change back to human, it's because they don't want to."

"That's not true. Hudson's doing something to her. He's—"

"Jaxon." Foster's voice slices through my denials. "Do you really think Grace would change back if she thought she was bringing a threat to Katmere?" The headmaster holds my gaze, eyes somehow both solemn and fierce at the same time as I will him not to say what he's thinking—what we're both thinking. "Or to you?"

Pain slices through me, destroying me. Eviscerating me where I stand. I can barely think, barely breathe, through the

agony of knowing that he's right. Of knowing that Grace might very well be suffering at this very moment—to save me.

I told her about Hudson, told her about my mother. She knows how much killing him nearly destroyed me. If coming back means bringing Hudson back with her, if it means making me kill my brother again, then there's no way Grace would do it. No way she would let me face that.

"She's saving me, isn't she?" I whisper, barely loud enough for myself to hear it.

But Foster hears it, and he braces a hand on my shoulder. "I think she might be."

There's no might about it. Because Grace loves me. She's already saved me once. I have no doubt that she'll stay locked in stone for as long as she has to. She'll stay locked in stone for as long as it takes to keep everyone she cares about here at Katmere safe.

And she'll stay locked in stone forever if it means saving me again.

My heart starts racing at the realization. My hands shake, my breath turns choppy and it takes every ounce of strength I have to stay on my feet.

I can't let her do it. I've barely made it through four days without Grace. No way can I make it through eternity without her.

For a moment, just a moment, I let myself remember all the little things I love about her. And ignore the fact that every memory breaks me a little more.

The way her eyes go all soft whenever she's touching me.

The way those same eyes narrow when she's about to call me out on my crap.

The way she laughs when she tells those awful jokes.

How do you cut the Roman Empire?

*With a pair of Caesars.*

That was a bad one. Hell, they were all bad ones, but that didn't matter when she giggled up at me, so proud of herself.

Fuck, I miss her.

I miss her sugar-cookie-and-strawberry scent.

I miss her softness, the way her ridiculously hot body always curves so perfectly into mine.

I miss her curls.

This time when I reach out, it's not to stroke her hair. It's to cup her stone-cold cheek the way she always cupped mine.

And tell Foster something that I desperately hope Grace can hear, too. "I'm going to find a way to separate her from Hudson. And I'm going to contain or kill him or do whatever I have to, to make sure he's never a threat to anybody ever again."

"That might not be enough, Jaxon," Amka says. "She might choose—"

"It'll be enough," I tell them. Because she loves me. Because she knows that I can't last much longer without her.

I lean forward, press my forehead to hers for one second, two. And whisper, "I'm going to find a way to stop him, Grace. I swear. And then you're going to come back to me. Because I need you. I need you to come home to me."

I close my eyes and swallow down everything else I want to say. Because it doesn't matter. Nothing does without Grace.

She has to make it back. Because if she doesn't, I'm going to shatter. And this time, I'm not sure I'll be strong enough not to take the whole world with me when I do.


END OF BOOK ONE

But wait—there's more!

Read on for an exclusive
look at three chapters from
Jaxon's point of view.

Nothing will ever be the same...

# You Only Think
# You're a Prince
# If You Don't Have a Tower
## —Jaxon—

I can't believe Foster did this. Just flat-out can't believe he did this. I'm spending every fucking hour of every fucking day trying to keep this whole thing from turning into a massive shit show, and Foster goes and does this. Un-fucking-believable.

"Is that her?" Mekhi asks from his spot on the couch behind me.

I look down at the girl currently climbing off the snowmobile in front of the school. "Yes."

"What do you think?" Luca chimes in. "Does she look like good bait?"

"She looks…" Exhausted. It's in the way she bows her head after she takes off her helmet. In the way her shoulders slump. In the way she looks at the stairs like they're the biggest obstacle she's ever seen in her life. Exhausted and…defeated?

"What?" Byron comes up behind me and peers over my shoulder. "Oh. Defenseless," he murmurs after a minute.

And yes, that's exactly the word I've been looking for. She looks *defenseless*. Which, no doubt about it, makes for great bait. It also makes me feel like shit. How the fuck am I supposed to use a girl who already looks like life has kicked her in the teeth

about a dozen times?

Then again, how can I afford not to? Something's going on. Something big. Something fucked-up. I can feel it, and so can the other members of the Order. We've been trying to ferret it out for days, but no one's talking…at least not to us. And since we don't want to come right out and start pushing in case we send whoever is responsible for what promises to be a disaster of monumental proportions scurrying for cover, we're screwed if we don't find some bait to follow.

"Defenseless is good, right?" Liam asks in typical asshole fashion.

I shoot him a look as he grabs a thermos of blood from the mini refrigerator at the bottom of one of my bookcases. He holds a hand up in semi-apology, then explains, "I mean, it'll lull whoever's behind whatever this is into a false sense of security."

"Or it will make her that much easier for them to kill," Rafael answers. The words are careless, though his tone is anything but. No surprise there, considering he's always had a soft spot for damsels in distress. He's also the only one who's been against this plan from the beginning.

But I don't know what else to do. I can't afford to ignore whatever is happening below the surface. Not if I want to prevent another war…or worse.

I turn back to see that she's made it up the steps now, though it looks a little like she's going to fall back down. I want to see her face, but she's so bundled up, I can't get a good look at anything but the wild corkscrew curls sticking out from beneath her hot-pink hat.

"So what are you going to do?" Mekhi asks. "What will you say to her?"

I don't have a fucking clue. I mean, I know what I *planned* to say to her. What I *should* say to her. But sometimes *should*

is a long way from what is. Hudson taught me that…and so did
our mother.

Which is why, instead of answering my best friend, I ask,
"What else do I need to know about?"

"Jaxon—" Rafael starts, but I shut him down with a look.

"What else?"

"The dragons are back in the tunnels," Luca volunteers in
his rolling Spanish accent that makes everything seem not quite
as bad as it actually is. "I haven't been able to figure out what
they're doing yet, but I will."

"And the wolves?"

Liam gives a sarcastic laugh. "Same old assholes, different
day."

"Like that's ever going to change?" Mekhi asks with a fist
bump.

"It'll never change," I agree. "But beyond the usual, anything
I should be aware of with them?"

"Nothing beyond howling at the moon like a bunch of
criminals." Byron's still looking out the window, and I know he's
thinking about Vivian. "When are you going to do something
about that?"

"They're wolves, By. Howling at the moon is pretty much
what they do," I tell him.

"You know what I mean."

I do. "They're not going to hurt anyone else the way they
hurt her. I've got Cole's word on that."

"Yeah." He snorts. "Like there's anything trustworthy about
Cole. Or his mangy pack of mutts."

It's been five years, but in vampire years, that's nothing.
Especially when it comes to losing a mate.

"She's going inside," Byron murmurs, and a quick glance at
the front of the school tells me he's right. The pink hat, and the

girl it belongs to, are nowhere to be seen.

"I'll be back," I tell them, pulling off the red Katmere Academy hoodie I've been wearing all day and tossing it on the back of the nearest chair. After all, nothing says intimidating like a school sweatshirt…

I take the steps three at a time on my way down. I don't have a clue what I'm going to do right now—if anything—but I do want a look at the new girl. I want to see what kind of trouble she is. Because if there's one thing I do know, it's that she is going to be all the trouble.

It's a feeling that gets reinforced the second I see her standing alone, back toward the stairs and anyone who might want to sneak up on her as she looks at the chess table half hidden by the alcove at the bottom of the stairs.

And what the hell? She's been here all of two minutes, and Macy and Foster just leave her alone out here? Where anyone could approach her?

And by *approach her* I mean hassle her…or worse.

In fact, I'm not even all the way down the stairs before Baxter is sidling up to her, eyes burning and fangs flashing, just a little.

I get his attention, give him a look that tells him to back the hell off. Not because I actually care if he drinks the little human dry—and she is little, barely five foot four—but because there are rules. And one of those rules is, very definitely, don't eat the headmaster's niece. More's the pity, because she smells really good. A combination of vanilla and honeysuckle underlays the slight tang of too many hours of travel.

Makes me wonder just how she'd taste.

But since drinking her—dry or otherwise—is out of the question, I shove the thought down deep and take the last half set of stairs in one leap.

She still doesn't notice, and I can't help wondering if she's

CRAVE

got a death wish or if she's just spectacularly unobservant.

I'm hoping it's the latter, because the former would definitely complicate things. Especially here at Katmere, where, at the moment, it feels like nearly everyone is hanging on to civilization by a thread. Myself definitely included.

I move up behind her as she picks up a chess piece and starts turning it around like it's the most fascinating thing in the world. Curious despite myself, I peer over her shoulder to see just what she finds so fascinating. But when I see what piece she's looking at—dear old Mom in all her glory—I can't help but lean in a little closer and warn, "I'd be careful with that one if I were you. She's got a nasty bite."

She jumps like I've actually bitten her instead of simply pointed out the danger. So simply unobservant, then, not a death wish. Things are looking up.

I start to warn her about turning her back on anyone in this place, but she whirls around before I can get the words out. And as our gazes collide, I lose all sense of what I was going to say.

Because fuck. Just fuck.

She's everything and nothing like I expected her to be.

She's fragile, like all humans. So easily broken—just a twist of my hand or a slice of my fangs and she could easily be dead. Problem solved, except, of course, for the shit storm Foster would unleash.

But as she looks up at me with startled eyes the color of rich, melted milk chocolate, I'm not thinking about killing her. Instead, I'm thinking about how soft her skin looks.

About how much I like the way her curls frame her heart-shaped face.

About whether the cluster of freckles on her left cheek forms a flower or a star.

And I'm sure as hell thinking about what it would feel like

to sink my teeth into that spot right below her ear.

What she would sound like when she asked me to do it.

What she would feel like against me as she offered herself.

What she would taste like on my tongue... If it's anything like how she smells, I'm afraid I might not be able to stop. And I can always stop.

It's not a realization I'm comfortable with, especially considering I came down here to check her out and make sure she wasn't going to cause any trouble when things are already so messed up. And here I am, suddenly thinking about—

"*Who's* got a nasty bite?" Her tremulous voice interrupts my thoughts, has me looking past her to the chess table...and the piece she dropped when I startled her.

I reach past her, pick up the vampire queen—even though she's pretty much the last thing I ever want to touch—and hold her up for Foster's niece, for *Grace* to see. "She's really not very nice."

She stares at me blankly. "She's a chess piece."

Her confusion amuses me—as does her determination to pretend that she's not afraid of me. She's got enough bravado that it might work on another human, but not with me. Not when I can smell her fear...and something else that makes me stand up and take notice. "Your point?" I ask, because poking the human is way too much fun.

"My point is, she's a *chess* piece," she answers, and for the first time, she's brave enough to look me in the eye. Which I like, way more than I should. "She's made of *marble*," she continues after a moment. "She can't bite anyone."

I incline my head in a *you never know* gesture. "'There are more things in heaven and hell, Horatio, / Than are dreamt of in your philosophy.'" Considering the clusterfuck we are currently in the middle of, a little *Hamlet* seems more than appropriate.

CRAVE

"Earth," she responds.

Which has me raising a brow at her. Not only does she know the quote, but she's not afraid to call me on my "mistake."

"The quote is, 'There are more things in heaven and *earth*, Horatio.'"

"Is it, now? I think I like my version better."

"Even though it's wrong?"

"Especially because it's wrong." She sounds incredulous and looks it, too. Which amuses me even as it concerns me. Because it means my first impression was right—she really is unobservant. Not to mention totally and completely clueless. All of which means she's going to get slaughtered up here—or she's going to cause a war. Or both.

I can't afford to let that happen…for everyone's sake. Not when I've worked so hard—and given up everything—to keep that from happening.

"I need to go." Her eyes are wide, the words high-pitched and a little squeaky.

It's the last straw, because if she can't handle a basic conversation with me on my best behavior, how the hell is she going to make it so much as a day here?

"Yeah, you do." I take a small step back, nod toward the common room—and the school entrance. "The door's that way."

Shock flits across her face as she demands, "So what, I shouldn't let it hit me on the way out?"

I shrug just before giving her an answer guaranteed to send her running for the hills. The fact that it also makes me sound like a total douche is for me to regret and for her to never know why. "As long as you leave this school, it doesn't matter to me if it hits you or not. I warned your uncle you wouldn't be safe here, but he obviously doesn't like you much."

Anger flashes across her face, replacing the uncertainty.

"Who exactly are you supposed to be, anyway? Katmere's very own unwelcome wagon?"

"*Un*welcome wagon?" I repeat. "Believe me, this is the nicest greeting you're going to get here."

"This is it, huh?" She raises her brows, spreads her arms out wide. "The big welcome to Alaska?"

The snark surprises me as much as it intrigues me—which is *not* acceptable…on any level. The knowledge has me snarling, "More like, welcome to hell. Now get the fuck out," as much as a warning to myself as an attempt to scare her senseless.

Too bad it doesn't work—on either front. Because she doesn't shut down at my warning, and she sure as hell doesn't run away. Instead, she just looks down her very cute nose at me and demands, "Is it that stick up your ass that makes you such a jerk? Or is this just your regular, charming personality?"

Shock washes over me—no one talks to me like that. Ever. Let alone some human girl I could kill with little more than a thought. With it comes a quick lick of frustration. Because I'm trying to save her life here, and she's too unaware to even notice.

I need to change that—and fast. Narrowing my eyes at her, I snap, "I've got to say, if that's the best you've got, I give you about an hour."

It's her turn for her brows to go up. "Before what?"

"Before something eats you." Obviously.

"Seriously? That's what you decided to go with?" She rolls her eyes. "Bite me, dude."

If she only knew how much I want to do just that… The angrier she gets, the better she smells. Not to mention how good she looks with flushed cheeks and the pulse point at the hollow of her throat beating double-time.

"Nah, I don't think so," I tell her even as my mouth waters

and my fangs threaten to elongate with every rapid pound of her heart.

I want to taste her. Want to feel the softness of her body leaning into mine as I drink my fill. As I drink and drink and—

I cut off the thought. Force myself to look her up and down disparagingly before answering, "I'm pretty sure you wouldn't even make an appetizer."

I step closer, determined to intimidate her—determined to get her out of here before all hell breaks loose and she gets hurt "Maybe a quick snack, though." I snap my teeth fast and hard. Then do my best to ignore the way she shivers at the sound.

It's so much fucking harder than it should be. Especially when she refuses to back down like anyone—everyone—else would. Instead she asks, "What is *wrong* with you?"

And shit. I nearly laugh at that, because "Got a century or three?" That just might be long enough to scratch the surface of my answer, if I was honest.

"You know what? You really don't have to be such a—"

Behind us, everyone is circling, straining to hear. None of them is stupid enough to actually wander by too close, but I can feel them there just around the corner. Listening. Waiting. Strategizing.

Which means enough is more than enough. Time to get serious about scaring her away. "Don't tell me what I have to be," I growl. "Not when you don't have a clue what you've wandered into here."

"Oh no!" She does a mock-afraid face, then asks, "Is this the part of the story where you tell me about the big, bad monsters out here in the big, bad Alaskan wilderness?"

And damn, but she impresses me. Sure, it's frustrating as hell that she's not taking any of this seriously, but it's hard to blame her when all she knows is what she's getting from me. In

fact, I'm impressed she's doing such a good job of holding her own—not many people can against me.

Which is why I respond, "No, this is the part of the story where I show you the big, bad monsters right here in this castle." I step forward, closing the small distance she managed to put between us.

She needs to know that if she's going to walk around this place challenging people like that, there will be consequences. Better that she learn it from me than from one of the shifters who likes to claw first and ask questions later.

She must read the intent in my face, because she takes one trembling step back. Then another. And another.

But I follow suit, moving one step forward for every step she takes backward, until she's pressed right up against the edge of the chess table. Nowhere else to go.

I need to scare her, need to make her run from this place as far and as fast as she can. But the closer I get to her, the more I lean toward her, the more I want to do anything but scare her away.

She feels so good pressed against me, smells so good, that it's hard to focus on the endgame. And when she moves, her body bumping into mine again and again, it's even harder to remember what the endgame is.

"What are—?" Her breath catches in her throat. "What are you doing?"

I don't answer right away—because I don't have an answer beyond, *The wrong thing. I'm doing the wrong thing.* But knowing that doesn't seem to matter when she's right here in front of me, her brown eyes alive with a million different emotions that make me feel things I haven't let myself feel in way too long.

But none of those is the answer I need to give her right now. None of them is even a thought I should have. So instead

crave

of saying what I want to say, I pick up one of the dragon pieces. Then hold it for her to see and answer, "You're the one who wanted to see the monsters."

She barely glances at the piece. Instead she sneers, "I'm not afraid of a three-inch dragon."

Silly girl. "Yeah, well, you should be."

"Yeah, well, I'm *not*." Her voice is strained, and I start to think that maybe I'm getting through to her. Except right now, she doesn't smell afraid. In fact, she smells— Fuck, no. I'm not going to go there, no matter how much I suddenly want to.

Instead, I pull back enough to put some space between us. And to watch her freak out a little as the silence between us grows longer and longer.

Eventually, I break the silence—and the tension building between us—because I know that she won't. "So if you aren't afraid of things that go bump in the night, what *are* you afraid of?" And then I work really hard to pretend that her answer doesn't matter to me.

At least until she says, "There's not much to be afraid of when you've already lost everything that matters."

I freeze as her words slam into me like depth charges— sinking deep and then exploding so fast and hard that I'm afraid I'm going to shatter right here in front of her. Agony I thought I was long past rips through me, tearing me open. Making me bleed when I thought I had already hemorrhaged everything I had to lose.

I shove it back, shove it down. And can't understand why it's still right here in front of me—until I realize that this time, the pain I'm seeing is hers.

It's terrible and terrifying to realize that she carries some of the same wounds, if not the same scars, that I do. Knowing that, recognizing it, makes it so much harder for me to back away.

Makes it nearly impossible for me to do what I know I need to.

Instead, I reach out and gently take hold of one of her curls. I like them because there's so much life there, so much energy, so much joy that touching one makes me forget all the reasons it's impossible for me to let her stay.

I stretch out the curl, watching as it wraps itself around my fingers of its own volition. It's silky and cool and just a little coarse, yet it warms me like nothing has in way too long. At least until she brings her hands up between us and pushes at my shoulders.

And still I don't back away. I can't. At least not until she whispers, "Please."

It takes me a second—maybe two or three—before I finally find the will to move away. Before I finally find the strength to let that one, single curl, that one, single connection, go.

Frustrated with myself, with her, with this whole fucked-up situation, I shove a hand through my hair. Then wish I hadn't when her eyes immediately go to my scar. I hate the fucking thing—hate what it is, hate where it came from, and hate even more what it represents.

I look away. Duck my head down so my hair quickly covers it up again.

But it's too late. I can see it in her face and her eyes.

Can hear it in the breath that catches in her throat.

Can feel it in the way she moves toward me for the first time instead of away.

And when she reaches out, when she cups my scarred cheek in her cold, soft hand, it's all I can do not to shove her away. Not to run as far and as fast as I can.

Only the irony holds me in place—the idea that I came down here to scare her away for her own safety and now am considering fleeing for mine.