But then our gazes connect, and I'm held in her thrall, completely captivated by the softness and the strength in her eyes as she strokes her thumb across my cheek over and over and over again.

I've never felt anything like it in my too-long life and nothing—nothing—could make me break the connection now.

At least until she whispers, "I'm sorry. This must have hurt horribly."

The sound of her voice combined with the glide of her thumb across my skin sends electricity arcing through me. Has my every nerve ending screaming in a mixture of agony and ecstasy as one word washes through me over and over again.

*Mate.*

This girl, this fragile human girl whose very life is even now balanced on the edge of a yawning precipice, is my mate.

For a moment, I let myself sink into the knowledge, into her. I close my eyes, press my cheek against her palm, take one long, shuddering breath, and imagine what it would feel like to be loved like that. Completely, irrevocably, unconditionally. Imagine what it would be like to build a life with this smart and snarky and brave and battered girl.

Nothing has ever felt so good.

But people are all around us, watching us—watching me— and there's no way I can let this continue. So I do the one thing I don't want to do, the one thing every cell in my body is screaming against. I step back, putting real distance between us for the first time since I walked down those stairs, what now feels like a lifetime ago.

"I don't understand you." They aren't the words I need to say, but they are the ones I have to.

"'There are more things in heaven and hell, Horatio, / Than are dreamt of in your philosophy,'" she answers, deliberately

using my earlier misquote with a smile that slices right through me.

I shake my head in a vain effort to clear it. Take another deep breath and slowly blow it out. "If you won't leave—"

"I *can't* leave," she interjects. "I have nowhere else to go. My parents—"

"Are dead. I know." Rage burns inside me—for her, for what she's suffered, and for all the things I want to do for her but *can't*. "Fine. If you're not going to leave, then you need to listen to me very, very carefully."

Her eyes widen in confusion. "What do you—?"

"Keep your head down. Don't look too closely at anyone or anything." I lean forward until my lips are almost pressed against her ear, fighting the instincts roaring to life inside me with every breath we both take as I finish, "And always, *always* watch your back."

Before she can answer, Foster and Macy come down the hall toward us. She turns to look at them, and I do what I have to do to keep her safe—do the only thing I can do in these ridiculous circumstances. I quickly fade to the stairs—the speed of it helping me pretend that each step away from her doesn't cut like jagged, broken glass.

I plan on going back to my room, but I don't make it that far. Instead, I stop just around the corner and listen to her voice as she talks to Foster. Not the words, just her voice, because I can't get enough of her. Not now. Not yet.

Soon enough. I'm going to have to give this up.

Soon enough, I'm going to have to stay as far away from her as I possibly can. Because if I thought it was bad for her to be used as bait, that's nothing compared to the danger of being a human mated to a vampire. And not just any vampire but one who holds the fate of the world in his hands.

# It Only Takes
# One Hot Vampire
# to Win a Snowball Fight
## —Jaxon—

I watch Grace head out the door with Flint and Macy and tell myself to walk away. That there's nothing to worry about. That she's going to be fine. And know, even as I say it to myself, that I'm going to follow them anyway.

Follow her anyway.

They're out in the snow now, moving slowly enough that any predator with half a mind could catch them—while walking backward on a leisurely afternoon stroll. I wait for Flint to get fed up, to try to hurry Grace along, but he doesn't do it. Instead, he walks close to her, laughing at whatever she's saying, making her laugh in return.

It's enough to make my blood boil, considering that's my mate he's trying to charm. And my mate he might very well be trying to kill. That thought does something way worse than make my blood boil. It makes every part of me freeze, every nerve in my body arrested with horror—and a rage so cold, it burns like ice.

Despite my determination to go unnoticed, I draw closer to them. Alarm bells are going off inside me, driving me to break all the rules I've held myself to for the last year. Making me do

things that I normally wouldn't even consider.

Then again, the last year has been all about doing things I wouldn't have imagined. Things I wouldn't wish on anyone, even a monster like myself. And now, here I am, trailing my ex-friend through the snow as I try to figure out exactly what Flint is up to.

There was a time not so long ago that I would have trusted him unconditionally, a time when he would have done the same for me. But that was a long time ago—in events if not in actual years. And now...now I don't even trust him with a simple snowball fight.

I sure as shit don't trust him with my mate.

The three of them finally make it out to the clearing where everyone is waiting. I stay in the trees, watching as Flint moves to the center of the group. He cracks a few jokes, loosens everyone up, then lays down the most ridiculous rules in existence—I should know. We made them up together years ago. Back when I got to at least pretend that I was like everyone else.

Grace watches him the whole time. It's enough to set my teeth on edge...and more than enough to make me feel like some kind of stalker. I'm only here because every instinct I have is screaming at me that something is wrong, that my mate is in danger, but it's still hard to justify peering at her from behind a tree like some kind of creep. Especially when she seems totally absorbed in another guy.

For a minute, just a minute, I think about heading back to the school. But then Flint finishes his rules and beckons like some kind of prince for Grace and Macy to join him. They do—of course they do—and Grace reaches up and pulls on his stupid dragon hat. Flint laughs and bends his head to give her better access, and I see fucking red.

Bloodred to be exact.

It takes every ounce of control I have to stay where I am, fists

c r a v e

clenched and teeth on edge, as I try to figure out exactly what game Flint is playing. If he's playing a game at all.

He bends down to talk to Grace, to whisper something in her ear that I'm too far away to hear—even with my heightened senses. And when his fucking lips nearly brush the small strip of exposed skin at the top of her cheek, my fangs explode in my mouth.

I'm suddenly a whole lot closer to them without having made any conscious decision about moving, thoughts of murder and mayhem blazing a trail through my brain.

I tamp them back, shove them down deep. And pretend to myself that I'm not tracking Flint's every move like a predator about to strike his prey.

"Chill," Mekhi tells me from his spot behind a tree several yards away. For the first time, I'm glad he and the others wouldn't let me come out here alone. Ostensibly, it was for my own protection—that's how they roll—but now I can't help but wonder if it's for everyone else's as well.

Fuck. I close my eyes, run a hand over my face. When it comes to Grace, I need to get my shit together…and fast. Because the universe might have decreed that she's my mate, but that doesn't mean anything if she doesn't agree. And Flint comes with a lot less baggage than I do—is it any wonder she's laughing so easily with him?

I need to move back, to give them a little more room and maybe get this damn bloodlust under control.

But then the game is on, and Grace, Macy, and Flint are running into the trees on the other side of the clearing. I let them go, determined to watch from here. But since I apparently have no self-control when it comes to this girl, my resolution lasts about five seconds before I start making my way toward them stealthily—no reason to have to explain to anyone else what I'm

TRACY WOLFF                          551

doing out here when I'm not even sure myself.

I skirt around a group of witches who aren't even bothering to make snowballs. Instead they're firing streams of snow at one another in what looks to be a wholly ineffectual but amazingly fun exercise in futility. At least until a witch named Violet manages to pick up enough snow to leave her opponents buried in the stuff.

They screech as they try to burrow their way out, and I'm left grinning as I slide by unnoticed. Looks like the snow spelling wasn't so ineffectual after all.

Grace is several trees in front of me now, making that arsenal of snowballs I suggested. She's laughing, and I realize it's the first time I've heard her do that since she got here. It's a good sound, a happy sound, and I grin even though Dragon Boy is responsible for it. It's nice to hear her happy.

I grab a tree branch and swing myself up the regular way. It's fast and a lot more fun than using my telekinesis to levitate. And when I climb up a few more branches to the top of the tree, it gives me a hell of a view of the action.

Some of the wolves are still in the clearing, knocking the shit out of one another with one superpowered snowball after another. The witches are dropping snow and icicles from nearby tree branches on every person foolish enough to walk under one. And the dragons are stockpiling, staying out of the action for now as they hoard snowballs like they do their jewels down in the tunnels beneath the school. It's definitely the most pragmatic approach—it won't be long before they have enough of an arsenal to take down anyone who comes near them—but I'd be lying if I said I didn't admire the witches' approach the most. Ambushing anyone who walks by with a pile of snow on their head is both ingenious and fun as hell to watch.

A nearby shriek in a familiar voice has me focusing on Grace

with laser-like precision. And grinning like a fool as she tries desperately to wipe away a face full of snow. At least until Flint reaches over and helps her clear out her scarf, his hands suddenly way too close to the petal-soft skin of her cheeks. The same skin I've been dreaming about touching ever since she cupped my jaw with her hand.

And when she looks up at him with a laugh and a toss of her curls—hot-pink hat definitely included—a low growl that I have no control over emanates from my throat. Even before Flint hands her that fucking dragon hat and helps her fill it with snowballs.

The growl only gets worse when he actually puts his hands on her, picking her up and tossing her over his shoulder like she belongs there. And when he wraps an arm around her upper thighs to hold her in place, I swear I can feel his jugular beneath my fangs.

If he drops her, if he harms so much as one hair on her head, I'm going to fucking kill him. And if he doesn't...I just might kill him anyway. Especially if he doesn't get his hands off her in the next five seconds.

Relief shimmers through me as he deposits Grace safely on one of the lower branches, and I take my first real breath in what feels like hours.

Then I settle back to enjoy the show as Grace pelts everyone who walks by with snowball after snowball. She's got remarkably good form for someone who's never had a snowball fight before.

At least until a brisk wind comes up out of nowhere. Grace falters a little, and my stomach bottoms out as she grabs on to the tree trunk for support. And by the time another gust shakes the tree even harder, I'm already moving—sliding down my own tree even as I scan the surrounding area to see if the wind is natural or creature-made.

TRACY WOLFF                      553

The rest of the Order is right behind me.

I'm down the tree and halfway to Grace—and about to call the wind natural despite the bizarre coincidence—when I spot Bayu several yards away. The dragon is still in human form, but he's facing Grace's tree with his mouth wide open. Everything between him and Grace—snow, trees, people—is buffeted with a powerful wind.

Fury sweeps through me. With a slice of my hand and a flash of my telekinetic power, I lift him several feet off the ground and send him hurtling into the nearest tree trunk.

He hits hard enough to knock himself out, and that's all I care about. There's a part of me that wants to stop and drain him dry for even thinking about threatening Grace, but right now I have bigger things to worry about. Namely the fact that while the wind dragon is currently incapacitated, the last of the breeze he released definitely isn't. And it's headed straight for my mate.

I take off running toward Grace, but, fast as I am, I'm too late. The wind has been buffeting the tree, and her, for too long. I can hear the branch she's on crack from here. And Flint, the fucker, is doing absolutely nothing to help her.

A million thoughts run through my head in an instant. Pulling Grace off that branch and floating her safely down to the ground. Wrapping a telekinetic hand around Flint's traitorous throat and squeezing until his fucking eyes pop out. Holding the tree branch in place until I can get there and catch her.

But as the branch gives another ominous crack, I go with the most expeditious—and easily explainable to someone who doesn't know about vampires or dragons—solution and yank Flint out of the tree just as Grace starts to fall.

He's a big guy—dragons usually are—and turns out, he makes a really good landing spot to break her fall.

Of course, Flint knows it's me who yanked him out of the

tree—knowledge that I am more than okay with him having. The second he hits the ground, he's lifting his head, looking around to try to spot me. But if dealing with Hudson taught me anything, it's the value of guerrilla warfare. Never let them see you until they're already dead.

Today is no exception as I indulge a particularly satisfying fantasy of ripping Flint's fucking head from his fucking traitorous body. And that's before my mate tries to scramble off him and only ends up straddling him instead, her knees on either side of his hips.

As she tries to make sure he's okay after he just participated in an attempt on her life.

The irony is fucking painful, especially when the jackass reassures her he's fine. And puts his hands on her hips in a gesture that makes every cell in my body yearn for destruction. It's a feeling that doesn't go away, even after Grace scrambles off him and starts alternating between yelling at him and thanking him for jumping out of the tree to save her.

And when she steps forward, looking like she wants to check out up close and personally if he's really okay, I give up any attempt at staying cool.

Screw decorum. Screw the art of surprise. Screw everything. No way is my mate putting her hands—or any other part of her body—on that jackass one more time, at least not while she's ignorant of Flint's part in her taking a header out of that tree.

I fade through the space between us, roughly the size of three football fields, in a flash. There are people milling around Grace and Flint, but the second they realize I'm here, they back the fuck up. Fast.

And then I'm there, staring down at this girl whose mere existence has changed everything, and wishing desperately that I had met her a year ago, before everything in my life and the

world around us went to total and complete shit.

The yearning is so powerful that for a second, I'm barely aware of Flint.

Or my friends, who have suddenly lined up behind me in a very obvious show of solidarity.

Or the crowd, who's watching every second of the drama with greedy eyes. All I can see or hear or think about is Grace.

But then Flint moves, whether in an attempt to apologize or tell me off, I don't know. And I don't care. He got Grace up that tree deliberately so Bayu could knock her out of it, and if he thinks I'm just going to let him get away with that, then his grasp of reality is in serious jeopardy right now.

Actions have consequences, and murder attempts mean there will be hell to pay. Even if I don't yet know what kind of hell it's going to be. I do know, however, that he's going to give me some kind of answer about this debacle before we leave. Or I'll tear him limb from fucking limb right here, right now.

"What the hell did you think you were doing?" I demand when he finally has the nerve to look me in the eye.

Flint doesn't answer me right away—the coward—and I start to ask again, more forcefully this time. Except Grace steps between us before I can and whispers, "I fell, Jaxon. Flint saved me."

It's like setting a rocket off inside me. Finally hearing my name on her lips feels damn good, but listening to her defend Flint is about to make my head explode. "Did he?" I ask, reverting to sarcasm in an attempt not to tear Flint apart.

"Yes! The wind kicked up, and I lost my balance," she implores. "I fell out of the tree, and Flint jumped after me."

I'm about to question the veracity of that statement—from Flint's point of view, anyway—when Grace reaches out and touches his shoulder like he's the big, brave hero who saved her.

"What's wrong?" she asks, and it burns my ass. "Are you hurt after all?"

There's a lot I want to say to that, but I can't. Not here and not now, so once again I lock it down deep and pretend that it isn't there.

Seconds later, a small quake rips through the earth.

Behind me, Byron says my name—quietly—and I shut that shit down fast. It's harder than it should be, considering the only way I've gotten through everything I've had to do for the last year is to lock down my emotions until I forget that I even feel anything at all.

I'm not sure anyone even noticed the quake, because no one says a word. Instead, Flint shrugs off Grace's hand and says, "I'm fine, Grace." Which means he's smarter than he looks.

Except she's not buying it. "Then what's wrong?" she asks, looking back and forth between us. "I don't understand what's happening here."

There's nothing to say, so I don't answer—and neither does Flint, probably for the same reason. Grace looks confused, and everyone else around us looks like they're seconds away from rubbing their hands together with glee—even as the dragons move into place behind Flint, making sure the Order and I know that they have his back.

Like that will matter if I decide to destroy him.

Macy must sense the growing danger, because suddenly she pipes up from nowhere. "We should go back to the room, Grace. Make sure you're okay." Her voice is a lot higher than I've ever heard it.

"I'm fine," Grace assures her, once again looking between the dragon and me like she thinks I'm going to do something stupid. Which, not going to lie, I just might if we don't get the hell out of here and soon. Then she continues. "I'm not going anywhere."

And yeah, that's not going to work for me. Not when she's here surrounded by who knows how many people who want to hurt her. Or worse.

I take a couple of steps closer to Grace until I'm right behind her, so close that I can smell the warm cinnamon and vanilla scent of her. "Actually, that's the best idea I've heard all afternoon. I'll walk you back to your room."

No way am I letting her go anywhere alone.

The crowd recoils at my words. Like, I actually see people drawing back, eyes wide, mouths open, faces slack with shock. Not that I blame them. I'm acting way outside the norm now. Everyone wants to watch, but no one wants to get in my way.

Smart move. With the mood I'm in, the first person to challenge me might very well end up dead. Or at least with two very distinct marks in their neck.

It's a feeling that is only reinforced when Grace says, "I need to stay with Flint. Make sure he's really—"

"I'm fine, Grace," Flint grates out from between clenched teeth. "Just go."

"Are you sure?" She reaches out and tries to lay a hand on his fucking shoulder again. But this time I'm there between then, preventing her hand from landing. Then I step forward, moving her slowly, inexorably away from Flint and back toward school.

She doesn't object, though the look on her face holds about a dozen questions. Maybe even more.

"Come on, Macy," she says, eventually reaching for her cousin's hand. "Let's go."

Macy nods, and then we start walking back toward the castle—Macy, Grace, and me. I nod to the Order to stay where they are until the crowd starts to disperse, so that's exactly what they do.

Grace and I walk in silence for a minute or two until she

turns to me and asks, "What are you doing out here anyway? I thought you weren't going to join the snowball fight."

I don't have an answer to that, so I prevaricate with, "Good thing I was out here, considering the mess Flint got you into." I very deliberately don't look at her to keep myself from saying something stupid.

"It really is no big deal," she assures me, but there's something off in her tone even before she continues. "Flint had me. He—"

"Flint very definitely did not have you," I snap, her defense of that damn dragon setting me off like few things have in a very long time. I stop to face her, determined to make her understand. "In fact—" I break off, eyes narrowing at the flicker of pain that flits across her face. "What's wrong?"

"Besides not being able to figure out why you're so mad?" She brushes off my concern.

But that doesn't stop me from looking her over from head to toe. "What's hurting you?"

"I'm fine," she insists.

"You're hurt, Grace?" Macy joins the conversation for the first time, and I'm embarrassed to admit I almost forgot she was even with us. Then again, next to Grace, everyone pales in comparison.

"It's nothing," Grace repeats, but it's not very convincing. Especially when she continues to walk—and winces with every step she takes.

I grind my teeth together and resist the urge to make a comment about just how stubborn she is. Instead I ask, "What hurts?" and give her a look that tells her I'm not budging on this until she's honest with me.

She stares back, giving as good as she's getting. But eventually she backs off with a disgruntled sigh. "My ankle. I must have twisted it when we hit the ground."

TRACY WOLFF                559

As soon as I know what's wrong with her, I kneel down and probe her foot and ankle as gently as I can through her boot. She gasps a little, and the fact that I'm hurting her, even accidentally, goes through me like a particularly powerful current. "I can't take this off out here or you'll get frostbite. But does it hurt when I do this?"

She gasps, and I ease away, pissed off that I hurt her. Even more pissed off that I let her get hurt to begin with.

"Should I run ahead and get the snowmobile?" Macy asks. "I can be back before too long."

"I can walk. Honest. I'm okay," Grace says, but her voice sounds as pathetic as she looks.

I shoot her an incredulous look as I reach down and help her to her feet. Then, because she very obviously can't walk, I swoop her into my arms. And do my best to ignore the fact that holding her feels better than anything has in the entire two hundred years of my existence.

# If You Want to
# Feel Better, Never Ask
# an Evil Vampire a Question
## —Jaxon—

I'm out the front door before Grace can even make it down the first step.

I know I should probably stick around, but I can't do that. Not right now. Not when she's got that bandage on her neck and other ones on her arm and cheek. And not when I know that I'm the asshole who did it to her.

I close my eyes for a second—just a second—and it all flashes back. The earthquake. The window exploding under the force of my power. The moment the glass sliced into Grace's neck.

I've never been more terrified in my life. Fear isn't something I experience very often—when you're the scariest thing in the night, you tend to not worry about what else is bumping along next to you. But watching that glass hit Grace, watching her blood spray all over the room and realizing the glass had sliced an artery... Yeah, terrified doesn't even begin to cover how I felt.

The next five minutes are a blur. I remember licking her throat closed in an effort to stop the blood, remember bits and pieces of gathering her in my arms, but fade full-out for Marise as Grace lay white and still in my arms.

I'd nearly killed her because I couldn't control myself.

Nearly killed her just because being near her makes me feel so much that I can't lock it away.

Nearly killed her because when it comes to her, I'm weak. So weak that I unwittingly let the energy build up and nearly mated her without even asking her permission.

It's a humbling realization...and an awful one. I've spent my entire life protecting people from the terrible power and unchecked selfishness of my family. And now, three days with my mate and suddenly I'm blowing out windows, shaking the fucking earth, and nearly bonding with her without even letting her know what's going on?

What the fuck am I thinking?

But that's just it. I haven't been thinking, not since I walked down those stairs that first evening and saw Grace standing by the chess table. From that moment on, all I've been thinking about is making her mine. And now she's nearly died, twice, all because I can't get my shit together enough to take care of her—to watch over her—the way I should.

But what's the alternative to us being there together? Leave Katmere Academy—school to the children of the most influential monsters in the world—right now, when we're on the brink of yet another war? Especially when that war has been largely caused by my own family?

Or should I get Grace to leave? I already tried that the first day, all but ordering her to get the hell out because I wanted her more than I've ever wanted anything—a feeling that only grows with each day she's here. She didn't go when I told her to because she couldn't, because she doesn't have anywhere else to be.

*Because she belongs at Katmere Academy*, the animalistic voice deep down inside me snarls. *More, she belongs with me.*

Because she's my mate. My mate.

Even after five days, I still can't get over the wonder and the

terror that one simple word engenders in me.

Every vampire has a mate, but finding them in your first two hundred years is practically unimaginable. Byron found Vivien early, but that's because they were born into the same small town in France and were raised together as friends long before they ever knew they were mates. The rest of us just have to bumble around until we find ours…and that's if we're lucky.

I haven't told anyone else about Grace, not even Mekhi or Byron, because labeling her as such puts her in even more jeopardy than she's already in. Which, apparently, is a hell of a lot, considering her mate can't even fucking protect her from himself.

I never should have gone to her room today. I should have left Grace the hell alone. But I'm selfish and I'm weak and I couldn't not see her. I couldn't not check on her, couldn't not make sure she was okay, no matter how much doing so fucked things up even more.

But that was before I saw her over Macy's shoulder, covered in cuts and bruises from the flying glass. Battered, bandaged, broken. And realized, mate or not, the best thing I can do for her is to leave her the fuck alone.

The thought has me recoiling, has the monster deep inside me screaming in rage. But that just makes me move faster, desperate to put as much distance between Grace and me as I possibly can.

There are miles between us now, and still it isn't enough. Still, I can feel her blood calling out to me, her taste like nothing I've ever experienced before. When I licked the small drop of her blood off my thumb that very first night, the taste of her nearly brought me to my knees. Last night was worse. I wanted her blood even as it spilled over me, even as I tried desperately to stanch the flow that would kill her if left unchecked.

I already know I'm a monster, but what does that need— that craving—in the middle of a life-and-death crisis make me?

TRACY WOLFF

563

Desperate? Evil? Irredeemable?

And when did that happen? When I killed Hudson? Or years, decades, before?

I keep fading, even though I don't have a clue where I'm going, as I race across the snow. It doesn't really matter, though, as long as it's far away from Katmere…and from Grace. I can't think when she's that close, her blood calling to me—one more temptation that I can't afford to give in to.

Not if I want to keep her safe.

Not if I want to keep her whole.

And I do, more even than I want to make her mine.

It's that thought that finally gives me direction. A quick glance at the GPS on my phone tells me just how close I already am to my newly decided-on destination. So close that I can't help wondering if my subconscious was guiding me here all along.

I take a quick left at the base of a mountain I once lifted a hundred feet in the air—a training exercise for twelve-year-old me—and fade another twenty miles through the snow to an ice cave whose entrance is almost completely obscured by the snow at the base of the mountains that surround it.

I pause when I reach it, take a minute to get my thoughts, and the rest of me, under tight control. The Bloodletter might be the mentor who taught me almost everything I know, but that doesn't make it any easier to go in there. The most vicious and powerful vampire in existence, the Bloodletter is an expert at ferreting out weakness. And then using it to destroy you with barely more than a word or two.

I spent twenty-five years of my life right here in this cave at the queen's insistence, learning to harness my powers. And how to use them to destroy any enemies of the throne, also at the queen's insistence. The Bloodletter made sure I could do all of that…and so much more. It's been a blessing and a curse.

564                                    c r a v e

When I've finally got my defenses in place, any thoughts of Grace shoved down deep inside me, I take a few long breaths. And begin my descent into the ice.

There are safeguards on the entrance, protections woven into the air and rock and ice as ancient as the Bloodletter. I dismantle them without a thought—as I was taught all those years ago. Or, more accurately, as I figured out through very painful trial and error.

The ground slopes steeply down, a narrow path carved through ice and igneous rock. I traverse it quickly, winding my way through beautiful and deadly ice formations from memory alone. Eventually, I get to a fork in the path and take the way on the right, despite the feeling of dread that overwhelms me the moment I step down it.

More safeguards, which I also undo, making sure to weave them back in place before I continue deeper into the cave. Normally, this part of the walk is done in total darkness, but today lit candles line both sides of the path. I wonder if the Bloodletter is expecting someone...or if some sacrifice has recently been made by someone seeking some kernel of the knowledge the Bloodletter so stingily doles out.

One more bend in the path, one more fork to traverse—I go left this time—and one more set of safeguards. Then I've finally arrived in the antechamber before the Bloodletter's quarters. The room is huge and also lit with candles that illuminate the brilliant ice and rock formations that line the walls and ceiling in all directions.

A small river of ice runs right down the center of the room. It's currently frozen solid, but I've seen it as running water as well. In the middle of summer and, of course, at a flick of the Bloodletter's fingers. When I was young, I used to think it was the River Styx, carting the souls of everyone who failed the

Bloodletter's trials straight to Hell without benefit of a ferryman.

More than once I threw myself into it on the off chance that a one-way trip to Hell would finally end my torment. It didn't.

I look around, take a second to collect myself one more time. And do my best to ignore the human carcasses hanging upside down in the corner, draining into a couple of large buckets on the floor. More proof that nothing has changed. The Bloodletter lures humans to the cave instead of going out to hunt. Some are eaten fresh and some are…stored for when the weather is so bad that this area is nearly deserted. It's a more efficient use of time for everyone involved, I was always told.

Right before I was punished for never fully draining my victims…not to mention leaving them alive.

I look away from the bloody carnage, take one more deep breath. And step right through an ice archway into the Bloodletter's living room.

It's exactly as I remember. The walls are painted a cozy periwinkle blue and flames snap in the rock fireplace that dominates one of the side walls. Bookshelves filled with first editions line two of the other walls and an abstract rug in shades of sunrise stretches across the ice floor.

In the center of the room, facing away from the fire, are two antique wingback chairs in brown leather. Across from them, separated by a square glass table, is a velvet sofa in dark violet.

And sitting on that sofa in a bright-yellow caftan, legs curled up beneath her, is the Bloodletter, knitting what I'm pretty sure is a winter hat in the design of a fully fanged vampire.

"Took you long enough to get through the safeguards." She glances at me over the top of a pair of half-moon glasses. "Are you going to stand there all day or are you going to come on in and sit down?"

"I don't know." It's the most honest answer I've ever given.

She smiles, pauses in her knitting just long enough to pat her short gray curls a couple of times. And gesture for me to have a seat. "Come on. I'm making you a present."

The hat is almost done, which means she started it long before I even decided that I was coming...which is not exactly a surprise, now that I think about it.

"What exactly am I going to do with a hat?" I ask, even as I follow her directions.

She grins, her bright-green eyes twinkling against the warm brown of her skin as she answers, "Oh, I'm sure you'll think of something."

I have no idea what to say to that, so I just nod and wait for her to say something else. The Bloodletter has never been fond of anyone speaking first.

Turns out, at the moment, she's not interested in talking at all. So I sit in the leather chair for almost an hour, watching as she puts the finishing touches on a vampire hat I have absolutely no interest in wearing.

Finally, when she's done, she ties off the yarn and puts everything beside her on the couch. "Thirsty?" she asks, nodding toward the bar in the corner.

I am, but a flashback to the humans draining right outside this room has me shaking my head. "No, thanks."

"Suit yourself." She gives a delicate little shrug as she stands up. "Well, come on, then. Let's take a walk."

I stand and follow her toward a second archway near the back of the room. The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down warmly upon us.

"So," she says after we've walked several minutes in silence. "Are you going to tell me what's bothering you?"

"I'm pretty sure you already know."

She makes an affirmative sound, along with a face that says, *Maybe I do.* But she doesn't volunteer any information.

"How are you?" I ask after a few seconds. "I'm sorry I haven't been by in a while."

She waves a hand. "Oh, child, nothing to worry about on that front. You've had bigger fish to fry."

I think of Hudson and my mother and the nightmare of keeping the different factions from dissolving into civil war. "Yeah, I guess you could say that."

"I am saying it." She reaches up, rests a hand on my shoulder. "I'm proud of you, my boy."

It's the last thing I expect her to say. An unexpected lump blooms in my throat in response, tightening up my vocal cords until I have to clear my throat several times before I can speak. "That makes one of us."

"Don't do that." The hand on my shoulder goes from comforting to slapping the back of my head from one instant to the next. "You've done more for this race than anyone in the last thousand years. Be proud of that. And be proud of the fact that you've found your mate."

"So you do know why I'm here."

"I know why you think you're here."

I look away, only to end up staring at a patch of wildflowers in a shade of bright pink that I will associate with Grace until I take my last breath. "How do I do it?" I ask, and the earlier tightness in my throat is nothing compared to how I feel now.

I can barely breathe.

"Take her as a mate?" Her brows go up.

"You know that's not what I mean." I clench my fists and pretend this conversation isn't making me want to hit something… or throw up. Or both.

She sighs heavily. "There is a way."

"Tell me."

"Are you sure, Jaxon? Once you do it, there's no coming back from it. You can't just fix what's been torn asunder."

"I won't want to fix it." I grind the words out past clenched teeth.

"You don't know that." She waves a hand, and the meadow transforms into Grace's dorm room. Grace is curled up in bed, reading something off her phone while Macy flits around her. She looks beautiful and fragile, and I want nothing more than to wrap my arms around her. Want nothing more than to protect her from everything…even if that everything includes me. Especially if it does.

"Finding your mate is a precious thing," the Bloodletter continues. "Finding her so young is even more special. Why would you give that up if you don't have to?"

"They're already gunning for her. I don't know why yet, but she's a pawn in some plan they have to do God knows what. Overthrow the vampires? Bring about the civil war I've worked so hard to stop? Get revenge for what Hudson did? I don't know. I just know that I can't let her get hurt because of decisions I made that have nothing to do with her."

I mean every word I'm saying, but that doesn't make them hurt any less. I've never had anything that was mine in my whole life—my mother saw to that. Yet here Grace is, right in front of me. She's meant to be mine. And still I can't afford to reach for her. Not if it means risking something happening to her because of me.

"You know she'll never be safe in this world. You know they'll kill her just to make me suffer."

The Bloodletter waves her hand, and once again, we're walking in the meadow. I have to bite my lip to keep from begging

569

her to bring Grace back, even as she answers, "I know they'll try."

"Eventually they'll succeed." I say it as much to remind myself as her. "They always do."

"Not always." She gives me an arch look meant to remind me of what happened a year ago. Like I need reminding. "Have a little faith, will you?"

I snort. "In myself?"

"In yourself and your mate."

"I have all the faith in Grace. But she's human. Vulnerable." I think back to the spurting blood, to the deep cuts on her shoulder and her neck. "Breakable."

She laughs. "We're all breakable, my boy. Part of being alive." She points a finger at me. "And your Grace might surprise you, you know."

"What are you talking about?" I ask. Then, tired of all her riddles and partial advice, I can't help demanding, "Can't you just tell me what you mean? Can't you just tell me what to do?"

"Nobody can tell you what to do, Jaxon. It's been your greatest strength—and your greatest problem—your entire life. Why change that now?"

Impatience wells up inside me, overwhelming the last of my fake calm. "Damn it! I just need to know how to break the mating bond."

This time when she smiles, there's a flash of razor-sharp incisors. "Careful how you speak to me, my boy. Just because I'm fond of you doesn't mean I won't drain you for a midwinter meal. You taste quite good if I remember correctly."

It's an old threat, one neither of us pays much attention to anymore. But I do shut my mouth because there's another threat implicit in that one—mainly that she won't help me after all.

We walk in silence for several minutes, until I'm all but vibrating with a desperate impatience, convinced I'm going to

crave

jump out of my skin at any second. Only then does she take hold of my hand.

"This will tell you how to do what you seek," she says to me, pressing a folded piece of paper into my palm and curling my fingers over it.

I want to ask her where the paper came from, but the truth is, I don't care. Not now that I have the means to save Grace within my grasp.

"Just be make sure it's what you really want." She repeats her earlier warning. "Because once you break what's between you and Grace, you can't ever put it back together again."

It absolutely hurts to hear her say that, to imagine an endless life without my mate. Without Grace. But when the alternative is watching her suffer—and die—so people can get to me, there really is no alternative.

"Thank you," I tell the Bloodletter, shoving the paper deep into my pocket.

"You're welcome, my sweet boy." This time when she lifts her hand, it's to pat my cheek. "I do love you, you know."

"I know," I agree, because in some strange way, it's true.

"And if even a crusty old vampire like me can love you, I'm pretty sure a girl as strong as Grace can, too." She winks at me before dropping her hand and stepping away. "Besides, you're forgetting one thing."

"What?" I ask, a tiny flare of hope kindling to life inside me despite my best efforts.

"'There are more things in heaven and Earth, Horatio, / than are dreamt of in your philosophy.'" She takes another step back, transforming into a winged creature I don't recognize right before my eyes.

And then she flies away, leaving me with the answer I sought and a host of questions I don't have a clue how to even ask.

TRACY WOLFF

571

Part of me wants to stick around and wait for her so we can talk some more—sometimes she's willing to do that after she feeds. But the second I walk back toward her main quarters, my phone starts buzzing with a series of texts from Grace and Mekhi.

They come in a mismatched order, though, so I head out of the cave and back into cell service range in an attempt to get the whole story. Which is when they start showing up fast and furious. As I read them, I forget all about waiting for the Bloodletter to return. I forget all about everything except getting to Grace—to my mate—as soon as possible. I need to make sure she's okay, and I need to make sure that whoever had the nerve to bite her understands just what a terrible life choice they made.

It's as I'm racing back to Denali that it hits me.

It doesn't matter who I have to fight to keep her safe. It doesn't matter what I have to do to hold on to her. Grace is my mate, and there's no way I'm giving her up. No matter what.

And what a stupid idea anyway—to sever the bond before Grace even knows it exists? This is a choice both of us need to make, and I was a total asshole to ever think otherwise.

Which is why the first thing I do when I get back to Katmere is to reach into my pocket and pull out the note the Bloodletter gave me. I don't even bother to open it before I tear it up and drop the pieces in the nearest trash can on my way up the stairs.

After all, I have a mate to see to, and nothing is going to stand in the way of that.

# ABOUT THE AUTHOR

*New York Times* and *USA Today* bestselling author Tracy Wolff is a lover of vampires, dragons, and all things that go bump in the night. A onetime English professor, she now devotes all her time to writing dark and romantic stories with tortured heroes and kick-butt heroines. She has written all her sixty-plus novels from her home in Austin, Texas, which she shares with her family.

tracywolffbooks.com

# ACKNOWLEDGMENTS

If you made it all the way to the end of this monster book, I have to start my acknowledgments by thanking you. Thank you for picking up *Crave*, thank you for reading all one hundred and fifty-two thousand words of it, thank you for letting me share Jaxon and Grace's world with you. I'm more thrilled than I can say that you have chosen to take this journey with us. Thank you, thank you, thank you.

Secondly, I have to thank Liz Pelletier, who I adore more than I can ever say. Liz, you have taught me so much about writing and myself and friendship that I don't even know where to begin to thank you. You are an incredible editor and an incredible friend, and I will be grateful the rest of my life that you chose me to take this journey with you. Thank you for everything you have done to make this book the absolute best it could be. I can't wait for the next one.

Stacy Cantor Abrams, I love that we've been working together for more than ten years now. You are an amazing editor and an even more amazing person, and I am so excited that there is more to come. Thanks so much for your unflagging enthusiasm for this book and your flexibility through all the craziness it took to make it come together. It means the world to me. I'm so lucky to have you in my corner.

Jessica Turner, thank you so much for all your excitement regarding this book and all of the wonderful ideas you came up with to market it. You are an awe-inspiring woman and a great friend, and I am so very lucky to have you in my corner. Thank you for being so fabulous!

Bree Archer, for giving me THE BEST COVER IN THE WORLD. Seriously. THE BEST COVER IN THE WORLD. From the bottom of my heart, thank you.

Toni Kerr, for the incredible care you took with my baby. Every page is beautiful and I owe that to you. Thank you so very, very much.

Meredith Johnson, for putting up with all the craziness that came with this book. Thank you so much for your help steering this behemoth all the way from my imagination to the store shelves.

Jen, thank you for all your thoughtful comments and feedback! You're amazing!

Everyone at Entangled and Macmillan, for your patience and enthusiasm for *Crave*. I'm so excited that this book has such an amazing home and such an amazing team behind it.

Emily Sylvan Kim—I don't even know what to say here. I didn't realize just how lucky I was the day you agreed to be my agent, and I thank the universe for you every single day. Thank you for always being in my corner and for always, always, always finding a way through whatever obstacle comes our way. You're the best.

Eden Kim, for being the first person besides me to read *Crave*. Thank you for all your excitement. It made everything that came after the first draft so much easier.

Jenn Elkins, for being my best friend through thick and thin for more years than we want to admit. Thanks for always being there for me and for always keeping it real, xoxoxo.

The amazing Emily McKay, Shellee Roberts, and Sherry Thomas, you are the best friends and brainstormers I could ever ask for. Thank you from the bottom of my heart.

Stephanie Marquez, for all your help and encouragement throughout the writing of this book. You remind me of all the

reasons I love writing and all the reasons I became a writer to begin with. I love you so much and can't wait for what comes next.

My mom, for all your help keeping my day-to-day life running in a (kind of, sort of) smooth way. I know we're a lot, but we are so grateful that you put up with us! I love you!

And lastly, to my three boys who I love more than I can ever say. We've had a few rough and rocky years, and I just want to say thank you for hanging in there and being the coolest, most wonderful sons in the whole world. You amaze me every day, and I am so, so, so lucky to be your mom.



# PLAY THE GAME
## GET MORE OF WHAT YOU

# crave

1) **Download Chapters via QR code or visit your app store.**
2) **Enjoy full access to all content!**
3) **Play on Android or iOS**

A lush, unique new fantasy trilogy about a girl
tasked with stealing the prince's heart...literally,
from *New York Times* bestselling author
Sara Wolf



Zera is a Heartless—the immortal, unaging soldier of a witch.
Bound to the witch Nightsinger, Zera longs for freedom from the
woods they hide in. With her heart in a jar under Nightsinger's
control, she serves the witch unquestioningly.

Until Nightsinger asks Zera for a prince's heart in exchange for
her own, with one addendum: if she's discovered infiltrating the
court, Nightsinger will destroy Zera's heart rather than see her
tortured by the witch-hating nobles.

Crown Prince Lucien d'Malvane hates the royal court as much
as it loves him—every tutor too afraid to correct him and every
girl jockeying for a place at his darkly handsome side. No one can
challenge him—until the arrival of Lady Zera. She's inelegant,
smart-mouthed, carefree, and out for his blood. The prince's
honor has him quickly aiming for her throat.

So begins a game of cat and mouse between a girl with nothing
to lose and a boy who has it all.

Ready for your next epic adventure?



## A.K. WILDER

In a world on the brink of the next Great Dying, no amount of training can prepare us for what is to come ...

A young heir will raise the most powerful phantom in all of Baiseen.

A dangerous High Savant will do anything to control the nine realms.

A mysterious and deadly Mar race will steal children into the sea.

And a handsome guide with far too many secrets will make me fall in love.

My name is Ash. A lowly scribe meant to observe and record. And yet I think I'm destined to save us all.

*New York Times* bestselling author Pintip Dunn asks, *"Could you take a life to save a million?"* in her #OwnVoices YA romantic thriller

# MALICE

What I know: someone at my school will one day wipe out two-thirds of the population with a virus.

What I don't know: who it is.

In a race against the clock, I not only have to figure out their identity, but I'll have to outwit a voice from the future telling me to kill them. Because I'm starting to realize no one is telling the truth. But how can I play chess with someone who already knows the outcome of my every move? Someone so filled with malice she's lost all hope in humanity? Well, I'll just have to find a way—because now she's drawn a target on the only boy I've ever loved…

# Let's be friends!

@EntangledTeen

@EntangledTeen

@EntangledTeen

bit.ly/TeenNewsletter



on imprint of Entangled Publishing LLC