# EXHIBIT 32

## SUMMARY OF BMR AND CRAVE SERIES BODY OF WORK

This summary describes the points in common for both bodies of work between Freeman (Blue Moon Rising) and Wolff (Crave series). The symbol / used in the examples below denotes the substitution of a similar word, with the BMR word shown first followed by the substituted Crave word.

Blue Moon Rising (later called Masqued and referred to herein as BMR) is a continuous body of work, beginning with a 2010 manuscript which Freeman provided to her literary agent, Defendant Kim, in October of 2010. Freeman then worked continuously with Kim for over three years (October 2010 - March 2014) revising and rewriting the manuscript, which included notes and other communications. The resulting drafts of BMR (2010-2016) are efforts to finalize and publish a novel and therefore constitute a continuous body of work. Each draft contains additional material as well as the subtraction of material[1].

These BMR drafts were used by Defendant Kim, the same literary agent, who represents Defendant Tracy Wolff (aka Deebs), to create the Crave series.

The Crave series uses BMR's first drafts and then all of the additional edited material from the following drafts, and scatters the scenes, character developments, and subplots throughout the Crave series of books. The main plot in the first drafts of BMR is used as the main plot in Crave (Book 1). The main characters as well as the supporting characters are also used. This scattering is referred to as mosaic plagiarism. In addition, subplots from BMR are used as the main plots for the subsequent books in the Crave series: Crush (Book 2), Covet (Book 3), & Court (Book 4), (See Plots and Sub Plots below for more details).

For purposes of analysis, six drafts and ten notes from the BMR manuscript[2] will be referenced. The Crave series comprises four books which are subject to this lawsuit[3]. The BMR manuscripts are 400-600 pages long. The Crave series books are 530-700 pages long. The comparison between the materials is thus a similar number of pages (approximately 2,650 in BMR and 2,750 in Crave series) and is the most fair and logical way to compare the stories because of the way the theft was done utilizing various forms of plagiarism.

---

[1] Freeman provided Defendant Kim every iteration of her novel, including notes and chapter outlines from 2008 through 2010 which she provided by thumb drive, along with copies of pictures.
[2] BMR 2010, 2011, 2012, 2014, 2016 & Notes 2008-2013 which were shared with Freeman's literary agent, Kim.
[3] Defendant has since added two additional books for a total of six to comprise the Crave series.

**Key**:
Yellow indicates the same words used within comparative sentences between the books, accounting for lemmatizing. For example, walk, walks, walking, walked
Cream indicates similarity of meaning, paraphrasing.
Pink indicates page number proximity, the action occurs within 50 pages.
 Blue indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second


Some examples of mosaic plagiarism taken from BMR drafts and used in the Crave series over the four books:

In **BMR**, the heroine hears a voice in her head. The voice speaks to her, gives her warnings, and tells her what to do. In the kidnapping scene at the climax of the story, the voice tells her to run, to get away, is screaming and tries to help her. But it also disappears when she feels like she needs advice, My new inner voice had deserted me ....  2010 p. 453. The voice also tells her that she is something more than what she thinks she is. 2011 p. 456

The heroine learns that the voice in her head is a creature trapped in his supernatural form in chains on an island that she can visit via a portal. It was the ultimate villain of the story, the vampire prince, who trapped him in this form. When she cannot set him free she tells him: "But I'll be back for you. I promise." 2012 p. 513.

She notices his face looks sad when she tries to free him. 2011 p. 583 His eyes are smoky-gray. p. 583 He bellows during this scene and she tells him, "I'm a friend, I promise." 2011 p. 583 She discovers later that he is her long-lost father who speaks Gaelic 2010 p. 208, 223. Their kind speak telepathically to one another. He tells her to call him Athair. 2010 p. 373

In **Crave** (Book 1) The heroine hears a voice in her head. The voice speaks to her, gives her warnings, and tells her what to do. In the kidnapping scene at the climax of the story, the voice tells her to run, to get away, is screaming and tries to help her. But also disappears when she feels like she needs it, "..the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent." p. 463  The voice tells her that she is something more than what she thinks she is. p. 484

In **Crush** (Book 2) she learns that the voice in her head is a creature trapped in his supernatural form in chains on an island, that she visits via a portal. He was trapped by the ultimate villain of the story, the vampire king. When she cannot set him free she tells him, "But I promise, we'll come back for you." p. 547

In **Covet** (Book 3) the heroine tries to free him. She notices his face looks sad when she tries to free him. p. 649. His eyes are smoke-gray p. 649.  He bellows during this scene, and she tells him, "I'm a friend." p. 649

In **Cour**t (Book 4) she learns he is her grandfather who speaks Gaelic. Their kind speak telepathically to one another. He tells her to call him Alistair.

All of the BMR characters are used this way throughout the Crave series, with character traits and development as it ties to the story scattered mosaically throughout the series; as well as the storylines, plots, subplots, and scenes. Ultimately, the same story is told, however, it is a comparison of the bodies of work that is required to see the extent of the theft.

**11 Character names in common**
The Bloodletter, God of Chaos, Marise, Queen of Shadows / Shadow Queen, Fiona, Lily, Collin (Colin), Aedan (Aidan), Emma, Gwendolyn (Gwen), Macy (Mason)
A 12th character name, Morrigan is used in the Crave series as Morrigan's dagger.

**Parallel characters in common:**

| | |
|---|---|
| The heroine | (*Anna / Grace*) |
| The romantic lead | (*Ash / Jaxon*) |
| The childhood best friend | (*Amanda / Macy*) |
| The best female friend | (*Jenny / Macy*)[4] |
| The heroine's male friend | (*Brendan / Flint*) |
| The nemesis female character | (*Taylor / Lia*) |
| The second love interest | (*Ronan / Hudson*) |
| The ultimate villain of the story | (*Vampire prince / Vampire king*) |
| The heroine's blood relative | (*Aunt Brie / Uncle Finn*) |
| The voice in the heroine's head character | (*Father / Grandfather*) |
| The advisor twin goddess who is the grandmother | (*Marise / Bloodletter*) |
| The outspoken, fashionista heroine admires | (*Rachel / Eden*) |
| The nasty daughter of the vampire prince/ vampire king who is related to the heroine by blood | (*Taylor / Isadora*) |
| The joke telling funny guy who is the love interest of the heroine's best female friend | (*Mason/Xavier*) |
| God of Chaos | |
| Queen of Shadows / Shadow Queen | |

---

[4] Jenny has a best friend and cousin, Macy is the heroine's best friend and cousin

These characters each have a supporting Character Index with quotes from both works showing their similarity. Often the same or similar words are used to describe them. For example, the ultimate villain in the story, the vampire prince in BMR is described by the heroine as being **"like a king cobra,"** while the vampire king (parallel character who is also the ultimate villain) is described by the heroine as being **"like a cobra."** Both characters have a special bite that they are known for: The Kiss of Life or Death / the eternal bite. They both want to give this bite, which is potentially lethal, to the heroine. Similar scenes and outcomes exist between these characters in both bodies of work.

**Places mentioned:**
New York, Hawaii, Hawaiian vacation, San Diego, Anchorage, Alaska, Denali

**Languages:**
Gaelic, Sumerian, Greek, Egyptian, a "crisp British accent," Scottish / Irish

**Unusual references:**
There are approximately fifty very unusual references taken from BMR and used in Crave. The occurrence of common themes and phrases between books of the same genre would not be uncommon. However, to have all of these very unusual references appear in both of the works is quite extraordinary. A small sample of the references: Humpty Dumpty, Peter Pan, Sleeping Beauty, Snow White, Star Wars, Grey's Anatomy reference, the Hulk, Superman and Lois Lane, the Wizard of Oz reference, Tom Cruise, French philosophers, Alexandre Dumas quote from *The Three Musketeers,* Shakespeare plays, Alaska like the moon, small Stonehenge / Stonehenge lite, clickety clack, Barbies, Hades (the mythological Greek god) etc.[5]

---

[5] See Heroine Index for a sample of these references p. 121-128

**SUMMARY OF PLOTS AND SUBPLOTS**

**The main plot of BMR 2010 and 2011 is the main plot of Crave (book 1);**

A girl around seventeen years of age from San Diego comes to Anchorage, Alaska after an accident kills her family members. Her last words with them were in a fight and she feels guilty. She suffers panic and anxiety from the trauma. She now lives with the only two family members she believes she has left, who are both supernatural witches. However, she doesn't know they are supernatural beings because she has been kept ignorant of the supernatural world by her overprotective family.

She meets the romantic lead, a dangerous guy with secrets of his own, who is also suffering from family loss. His older brother was murdered and he feels responsible. They heal one another through their love, and he believes they have a special bond and are mates, and that she is the only one for him.

She discovers the romantic lead is a dangerous supernatural being who is trying to stop a supernatural war among the factions of beings. She is irresistibly drawn to him and to the fact he is dangerous.

She is kidnapped by a vampire who wants to bring his / her dead mate back to life and needs the heroine in order to do so. This vampire believes the heroine will be the *reincarnation* of his dead mate / will be used in a spell to *resurrect* her dead mate. This vampire wants to use the heroine as an act of vengeance against the person believed to be responsible for the mate's death. (It is later revealed in BMR and in the subsequent books of the Crave series, that the mate isn't really dead but alive in another dimension).

The heroine turns out to be a unique supernatural being made of magic, who is a protector of supernaturals, humans, and other creatures. She is in danger because of what she is, and others are seeking to destroy her so that she can't be used in the war. At the end of the book, the Bloodletter character turns into a raven / winged creature and flies away.

**A subplot of BMR is used as the main plot of Crush (book 2):**
Powerful, magical objects must be found in order to stop Ronan / Hudson (parallel character) from rising again, and to ultimately, stop the supernatural war. The heroine is terrified when she realizes that she accidentally brought him back with her from another dimension. They were together in the Otherworld / Other plane but she doesn't remember him. The heroine has no memory of what happened to her and has injuries she can't explain. When she tries to remember

she has terrible head pain. She believes that Ronan / Hudson is evil, depraved, and responsible for the deaths of many, and that if he is free, he will bring war and it would be an apocalypse. In truth, he is not evil and is offended she would think so. He did what was necessary for the greater good. He gives the heroine his magic in order to help her. There is an attraction between them, and he is intended to be her true mate / is her true mate. The objects are found and the heroine must pass a trial. The evil vampire prince / king gives the heroine his special bite (the Kiss of Life or Death / the eternal bite), which could / should kill her. The heroine escapes his clutches and survives. The vampire prince / king will now be after her.

**Another subplot of BMR is used as the main plot of Covet (book 3)**:
The heroine must restore the Compact / find the Crown in order to stop the supernatural war and bring balance. The vampire prince / vampire king wants to bring supernaturals out of hiding from the human world. He wants power. The heroine is told about twin goddesses and that she is a descendant of one of them. She is told she is a queen. A tarot reading is performed and the heroine draws the *Tower card* (a standard Tarot deck has 78 cards). Magical tattoos appear on the heroine and they are spells. Her tattoo "itches and burns" and she is *lit up* with pin pricks / needle pricks of magic. She learns that her kind of being are protectors of humans, supernaturals, and other creatures, and that she is to *maintain / keep the balance*. She is a special being with *magic in her veins / in her blood*. She is *magic / made of magic*. The heroine learns more about what she is and her role in the supernatural world throughout the story and that her kind "don't walk the earth" in many numbers anymore due to a betrayal and this betrayal resulted in a holocaust / near extinction of her kind.

**Another subplot of BMR is used as the main plot of Court (book 4):**
The heroine meets the voice in her head character, who was trapped in chains on an island which she visited by portal earlier in the story. He is a creature like her, and she now learns he is her *father / grandfather*. He speaks *Gaelic*. Their kind of supernatural beings speak Gaelic, and can communicate with one another telepathically. He tells her to call him *Athair / Alistair*. The vampire prince / vampire king is responsible for trapping him in magical trap / chains which keep him in his supernatural form. This villain has kidnapped students at the heroine's school and is holding them hostage to get what he wants. Taking them may cause the supernatural war. He is draining them of their powers by taking their life force which tells him what kind of magic they have / magic which drains them of life force into himself. He threatens to drain the heroine's friends which could kill them unless she does what he wants. She makes a deal with him to save her friends. She sacrifices herself rather than have her friends come to harm. She ends up tricking him and he is injured. She and her friends are free. A structure like Stonehenge, a "small" Stonehenge / "Stonehenge Lite" is mentioned in relation to portals. The vampire prince / vampire king has a daughter by a woman who is not his mate. This daughter is related to the heroine by

blood. She is the heroine's half-sister / cousin. She is a supernatural being, like the heroine and her friends, and is nasty. She is aligned with her father, the vampire prince / vampire king. Although she is nasty to the heroine, she does help her, but ultimately stays with her father when given a choice. War is on the horizon, the vampire prince / king is not dead, and he will come after the heroine.

## OVERALL SUMMARY

Please refer to the Supporting Summary Index for details of the examples and quotes regarding each of these storyline sections.

BMR and the Crave series are Young Adult Paranormal Romance and Fantasy stories about a teen girl, approximately seventeen years old, who comes to live in Alaska[6] from San Diego after an accident kills her family members. She has panic attacks and anxiety from the trauma of her loss, and thinks about her family members' deaths often. She also feels guilty because she had a fight with her parents right before the accident happened. It was an accident in which the car they were in fell a long distance and they crashed to their deaths (elevator car / automobile car). §1

In the beginning of the story, the heroine is on her way to school, and she is thinking about the deaths of her family members; she tries not to think about what she's lost. This loss resulted in her move to Alaska. She also compares the weather in Alaska with the weather she left behind in California. She describes the position of the sun on the horizon which is the definition of civil twilight / she says it's civil twilight. She describes Alaska as a frozen wasteland / frozen hellhole. She tries to suppress her emotions. She suffers physical symptoms of anxiety: a weight on her chest, shaking hands, breathing issues, her stomach roils, drops, churns, her throat gets tight, her mouth gets dry, and she thinks about her defense mechanisms. She uses various strategies to cope with her anxiety, such as breathwork, and counting. She also suppresses her uncomfortable feelings, and pushes / shoves them down. She ducks her head or chin when she's uncomfortable, and doesn't like people watching or staring at her. She often feels like she is being watched throughout the story and it spooks her. She is given a ride on a motorcycle / snowmobile on the first school day in the beginning of the story. § 2

She now lives in Alaska with the only two family members she believes she has left in the world, and they are both supernatural witches, though she doesn't know this at first. She thinks about her remaining two family members, her mother and aunt / her cousin and uncle. She will later learn that she has a grandmother[7], and a father / grandfather who are alive[8].  She believes she is human at the beginning of the story as does almost everyone else. Her father was a werewolf /

---

[6] In Crave (Book 1) the heroine lands in Anchorage, Alaska. In later editions this was changed to Fairbanks, Alaska. The school is set in Healy, Alaska.

[7] See Heroine's Grandmother Character Index. She is a parallel character with more than a hint of danger / avarice in her green eyes and is part of the twin goddess creation story. The heroine is her descendant.

[8] See First Voice in Heroine's Head Character Index. The heroine's father / grandfather is a parallel character between the works with smokey-gray / smoke-gray eyes and is a voice she hears in her head.

witch, and her mother a witch / gargoyle. She has been kept ignorant of the supernatural world by her over-protective family in order to keep her safe. She has been raised as a normal, human girl in the human world until now. §3

She is angry later in the story when she finds out the truth, and feels she was old enough to know. She wonders if her family members were ever going to tell her everything about the secrets /secrecy about herself.  She recalls hearing whispered arguments between her family members about her and knows this is the secret they were hiding. The Heroine says she felt out of place in her life, knowing there was something different about her, and once she finds out what she is, she believes she is half-human, but she's not. She's actually a unique magical being in their world whose purpose is to bring balance, though she doesn't know this until much later in the story. § 4

She's shy at the beginning of the story and wants to fit in with everyone at school. She doesn't like standing out. A teacher talks to her about standing up and introducing herself. Her favorite food is from a local Mexican restaurant, she enjoys eating chocolate chip cookies and drinking tea, which she drinks often. She eats an apple and yogurt at school. She is smart, takes advanced classes at school, loves reading, quotes Shakespeare and other works, and talks about French philosophers. She sees herself as not beautiful and compares her looks to one of the two relatives she has left, her mother / cousin who is gorgeous. Others however, see the heroine as beautiful, strong, and smart. She wears her emotions on her face / sleeve and is worried others will see how she feels about the romantic lead. She pastes a smile on her face to hide her feelings, and curls up in a ball when she's overwhelmed by her feelings. She falls in the snow and has the breath knocked out of her which causes her to panic. §5

Unknown to the heroine at the beginning of the story is the war between the races of supernatural beings which threatens the human world. Fights between the supernatural beings have caused serious storms and affect the balance. The heroine is a unique being, the most powerful of her kind in ten generations / seen in a thousand years, and one whose very existence is to keep the balance among the different factions, and ultimately stop the ensuing war. Her kind are protectors of all creatures, including humans. She is made of magic, and has magic in her veins / blood. She is the descendant of a twin goddess, and is a queen. Her kind don't take sides / can't be swayed by either side in the strife between the supernaturals. §6

Tea is the beverage of choice throughout the stories and is often mentioned with the heroine frequently drinking it and others drinking it as well. Tea is big in her family / it was always more about tea at her house. Tea was also used to bind her powers and keep her from shifting into her supernatural form. The heroine's aunt / mother is an herbalist, and makes special herbal blends of teas. The heroine's aunt gives her herbal teas which keep her powers bound and keep her from shifting forms. § 7

She is the kind of being who has a supernatural form, even though she is of mixed bloodlines (her father is a werewolf / her mother is a witch) and (her father is a witch / her mother is a gargoyle). Later in the story, she asks her romantic lead how to shift (change between forms). He reassures her. Her supernatural purpose is to fix the balance. She wonders later in the story how she's supposed to do that. The heroine's mother is an artist who paints / the heroine is an artist who paints. There are paintings made from gemstones hanging on the walls / there are gemstones on the walls. § 8

The heroine draws a Tarot card from the deck, and it's the Tower card. The heroine describes the card as having a lightning bolt and a tower, and it's a bad card to draw. The cards are fanned out in front of her.  She is a high school student, and all of her friends are supernatural beings, though she doesn't know it at first. When her mom / cousin tries to help her with her hair / dress, the heroine bats her hands away. This character puts a black choker /black tie on the heroine and then steps back to admire her handiwork. Her mom / cousin suggests that the heroine wear a red dress to a party that the heroine thinks is too sexy for her. §9

The heroine's inner dialogue describes her thoughts about Alaska and how it feels like the moon. She then encounters the romantic lead Ash / Jaxon, at the end of chapter two, which is the first school day scene featured in the story. He's wearing black jeans and a t-shirt when they meet. He also wears a black v-neck sweater and designer clothes. She notices his dark hair, that he's hot, beautiful, striking, and has full red lips and chiseled features. And those eyes…/ And his eyes… His eyes are the color of a gemstone. She can't look away from him. She feels hypnotized. Their gazes connect on the exact same page of the story in both books. When they first meet, he grins at her, as if he knows exactly what effect he has on her. The heroine's heart is beating/ racing in a cage and the fact that she's reacting physically to his nearness makes her angry. She tears / rips her eyes away, looking anywhere but at him. The heroine notices his biceps and body. He's wicked, wild, sexy, and dangerous. He has a crooked grin that turns one corner of his mouth up. His looks remind her of a dark / fallen angel and a bad-boy. She finds him intriguing and he makes her feel terrified and excited all at the same time. She thinks there is something arrogant about him. His looks whisper / scream of danger. There is something dangerous in the way he holds himself and the way he moves. §10

The heroine's friends describe him as intense. They tell her he'd be tough to date / not easy to be around. He seems unattainable. She tells herself she doesn't want him. She realizes there's something different about him, that he has magnetism. She's upset because she has feelings for him and is conflicted. He is mysterious, dangerous, and alluring with secrets of his own. He feels he has a duty to stop the supernatural war[9]. He is a powerful supernatural being, a werewolf / vampire which the heroine doesn't know. His parents are leaders of their supernatural kind, and would want the heroine for their own purposes if they knew what she was. §11

---

[9] See Romantic Lead Character Index: Ash / Jaxon

There is a Shakespeare quote shared between the heroine and the romantic lead when they first meet at school, with both of them knowing the quote. They have a verbal repartee with the firing back of words, and the heroine feels he wins.  The romantic lead comes so close to her during this first meeting, that she can feel his warm breath. She finds him both irritating and attractive and doesn't want to have the kinds of feelings for him that she does–especially when he doesn't seem to feel the same way. She notices all / half the girls at school look at him.  She calls him Tall, Dark nicknames in her head. The heroine is shy and is told she will / won't have to introduce herself to the class. §12

This section describes the heroine's day at school. The heroine's best girlfriend, whom she has known since childhood/ her cousin who is her best friend, is a school cheerleader / school dance team member. The heroine doesn't like this activity. This best friend character is a supernatural being, which the heroine is unaware of at first. The heroine's new friends at school are cousins and best friends / the heroine's cousin at school is her new best friend.

The heroine's close male friend at school is multiracial, part Black, is described as having warm brown skin, is constantly laughing and joking with the heroine, and calls her nicknames /a nickname, and baby when he's teasing her. This character is gay–which only the heroine knows at first. He is smart, brainy, and gorgeous, and has a smile he is known for.[10]  He is in a position of leadership in a school activity. He has a sense of humor and wears a funny article of clothing with an animal theme made of fabric affixed to it; shirt / hat. During the first school day scene, the male friend character greets the heroine and jokes with her. In his supernatural form he has wings. The heroine describes him as beautiful in his supernatural form later in the story. He has a funny sense of humor, and is described by the heroine as charming, and often waggles his brows at the her[11] The romantic lead / the heroine's male friend has amber eyes, described as molten amber which are bright. The romantic lead doesn't like the heroine being around this guy and stares him down several times throughout the story. The heroine thinks the romantic lead is jealous. §13

The heroine is given a ride on a motorcycle / snowmobile, a new experience for her on the first day in the story. She wraps her arms around the driver's waist. She's told to hold on tight. She wears a helmet. The experience is exhilarating. She notices the trees and the wind. There is a long driveway, stone walls, and a security gate with a keypad that requires a security code to be tapped in before the gates open. The place they arrive at is described as a fortress. It is isolated. There is a castle[12] on a hillside far from town and remote, it is where the romantic lead lives /the castle is the school for supernaturals and where they live. It is made of stone. There are sconces

---

[10] See Heroine's Male Friend Brendan / Flint Character Index

[11] Id.

[12] In BMR it is referred to as the chateau (French for castle); and in BMR notes as a castle. *The Plot, 2009.*

with live candles burning in them, a fire going in the fireplace, crystal chandeliers, large doors, arches, and high ceilings. The heroine thinks of it as an architectural masterpiece / architecture I've only heard described in my art classes. Katmai is a place the heroine and her supernatural friends will go once she knows what she is / Katmere is the name of the school for supernaturals. A small plane must be taken to get there. At the place for supernatural beings, the heroine is reminded of Dante's Inferno (the only Dali painting that symbolizes hell) / a horror movie or Salvadore Dali painting. §14


At the end of the first meeting scene in BMR / scene in Crave, the romantic lead warns the heroine about it not being safe for her. It's the last thing he says to her that day. After meeting the romantic lead, she then visits with her aunt / uncle, who are parallel characters[13]. Her aunt / uncle kiss the heroine on top of her head as a sign of affection. The heroine thinks the romantic lead / her uncle has a woodsy scent. Her aunt / uncles tell the heroine about the supernatural world as the story unfolds. Her aunt / uncle talks to her about a special stone necklace / runestone that belonged to the heroine's father and now belongs to the heroine. She describes what it looks like, as well as the special meaning and properties of the stone. They tell her to never take it off / keep it on her always. When she tries to go to sleep that first night in the story, she is thinking about the romantic lead as well as everything that happened that day at school, her friends–and about the loss of her family members and their deaths. §15


The heroine is drawn to the romantic lead and tries to resist him but she thinks there's something different about him, that he has magnetism. He is drawn to her and also tries to resist. At school, she notices that his moods are inconsistent towards her. At times he's distant, other times angry. She can't figure out what's wrong. She babbles when she's nervous around him and has a dry mouth, butterflies in her stomach, and has word vomit / vomits words. She can't stand that she has feelings for him when he doesn't seem to have them for her. She finds him different and overwhelming, terrifying, intriguing, and dangerous.  She is drawn to the danger in him in particular. She feels her heartbeat racing when she's around the romantic lead, and by the look in his eyes, she can tell he feels it too. She obsesses over him and feels she's falling for him, and she realizes she's in way over her head. She thinks she's crushing on him.

The Romantic lead wants to know what kind of drink/ movies/ food the heroine likes. He leaves suddenly and she is left wondering. He often seems to vanish and has a special ability to move quickly as if to disappear called casting / fading.  §16

---

[13] See Aunt / Uncle Character Index

She soon discovers that the romantic lead has secrets and is suffering from the loss of a family member as well. He believes that his older brother, who was nineteen / looks about nineteen was murdered. He feels responsible for his brother's death. She sees the pain inside the romantic lead and identifies it as being like her own. At this moment she realizes she feels connected to him. The romantic lead talks to her about the death of his older brother and explains that his brother was murdered, and why he feels responsible.[14]  They are drawn together by loss and help heal one another by this shared connection. §17

The romantic lead has tried to resist the attraction he has for the heroine. He is concerned that being associated with him and his world will put her in danger. He believes that she is a human girl. And so does she. He tells her that being together won't be easy for them. Later in the story the romantic lead admits that he's selfish about the fact that he should have stayed away from the heroine. He believes they have a special bond, that they are mates, and that he is the one for her and she for him. §18

Much of the story takes place around Halloween / three days after Halloween. Halloween is the heroine's / Uncle Finn's favorite holiday. The heroine notes what it is to be a newbie in Alaska, and how a newbie wears snow boots, wool, a parka, down, gloves, and a hat. She notes that the romantic lead / she is a newbie,[15] §19

The heroine often hears a voice in her head. The voice tells her to run, gives her warnings, is screaming at her, speaks to her, and she also argues with the voice. She wonders if it is her wolf half / gargoyle half, once she knows she's a supernatural being. She calls it my inner voice, the voice inside, and thinks it's crazy that she hears it.

The voice turns out to be a character known as the abomination / Unkillable Beast, who is trapped in chains in his supernatural form on an island which the heroine visits by using a portal to get there. She tries to free him but cannot. She tells him "But I'll be back for you. I promise. / But I promise, we'll come back for you." He turns out to be her long lost father / grandfather she believed was dead. He and his kind speak Gaelic, they can communicate telepathically, and he tells her to call him Athair / Allistair. The villain of the story, the vampire prince / vampire king put him in chains where he was trapped in his supernatural form for a very long time.[16] §20

---

[14] The reveal about his brother's death being the source of his unhappiness occurs later in the story rather than the first meet day.

[15] This occurs within one page of proximity. See Summary Supporting Index, Section 37.

[16] See Voice Inside My Head Character Index

There is a second voice the heroine hears in her head. This character is thought to be dead and there would be an apocalypse if he returned. He is said to be depraved and evil and responsible for the deaths of many. Later it is revealed that this character is not evil, and did what was necessary for the greater good. He gives the heroine a magical object / his magic, and helps her, and there is an attraction between them. He is intended to be her mate / he is her mate. §21


Mean girls are mentioned and they have it out for the heroine, physically in one instance. She is tripped / a ball is thrown at her head. She thinks about the mean girls several times throughout the story. The heroine chokes on 7-Up / Dr. Pepper. It burns and she feels it in her belly. She coughs. A friend pats her on the back. The heroine cries at school over feelings of loss, thinking about her dead family members. She slumped down / sink down in tears. She thinks about her pain and cries about the loss of her family. She sobs, wrenching sobs and rocks as she cries. She thinks about people seeing her and wants to avoid that. The romantic lead catches her and she is embarrassed. She wonders what he heard / how long he's been there. He doesn't try to comfort her, instead he distracts her by walking her to class / by inviting her to his room at the school. §22

The heroine is about to go into the cafeteria for the first time in the story and tells the friend she's with that she doesn't want to go in. The friend pulls her along into the cafeteria. The heroine's stomach is upset with nerves: I can feel the weight of everyone's eyes in the lunchroom pressing down on me / when it feels like there's a weight pressing down on me...they're all looking at me. She notices the various groups and cliques are mentioned. She thinks about mean girls. §23


**The first big action scene occurs around page 50 in both works**:
The heroine encounters two supernatural bad guys who remind her of eighties rockers / concert goers, who aren't dressed for the winter weather. She is alone. She doesn't know what they are but they do sense something about her. They're wearing jeans and shirts, no coats. She wonders why they aren't affected by the winter weather. One has an earring / nose ring. One of the guy says to her, "Well, well, well. Looks like…" and mentions the rules.

One guy is blond and stocky / muscular. They get too close to her. She's reminded of a movie. One guy reaches a hand out and grabs me. She struggles and is pinned against him, my back to his front. She bucks back to hit his nose. She stomps on his toes / thinks about stomping on his feet. She feels fury / infuriated. She tastes her own blood in her mouth during the fight, it tastes coppery / metallic. She puts her fists up.

The romantic lead comes to her rescue in this scene, though she doesn't realize it at first. The attackers are afraid of him and back off. The heroine mentions a self-defense class when talking with the romantic lead about what just happened / she thinks about self-defense training.

The romantic lead looks me over to make sure she's not hurt. Keeping a secret is mentioned in this scene and the romantic lead tells her that the bad guys won't be back. She thanks him for saving her but he doesn't feel he deserves her thanks. He believes that he is endangering her because of who and what he is. §24

The heroine is in danger in this supernatural world because of what she is and her potential role in the supernatural war. These beings believe she will be used by the wrong side and bring about the war. Thus, certain supernatural beings are out to get her. It is unknown to her at this point in the story. Beings of Shadows and Light / chaos and order are opposing forces and have warred with one another. §25

*The first kiss between the romantic lead and the heroine is the catalyst for the heroine finding out about the supernatural world and that the romantic lead isn't human:*
They go outside to watch the northern lights / meteor shower together and although it's winter and cold outside, the romantic lead makes her feel heat. The heroine thinks of it as a light show. The heroine feels shy. She wants to kiss him but part of her is afraid. The air is electric. He looks at her with a yearning / craving. She can't look away. The kiss is soft. He pulls her closer. She feels delirious / her head gets lighter. When they kiss, the romantic lead loses self-control of his powers and she is frightened of him. She thinks he's a monster / a monstrous version of himself. She thinks about running away / she tries to run away.

This sequence of events leads to the heroine demanding to know the truth. She has marks on her neck. She has trouble sleeping that night and wonders about aliens and monsters. She wonders if the romantic lead is an alien. The next day she confronts the romantic lead about what he is and learns the truth: he's a werewolf / vampire.

Werewolves are not werewolves in the traditional sense of the word; they are people who can shift into wolves, it's a technicality / it's technical. §26

The romantic lead has special powers with his mind. The heroine thinks she should be scared of the romantic lead and what he can do, the fact that he can exert power over / control people but she isn't. He mentions monsters and wants to scare her for her own good. She thinks about mythological beings from books. He tells her he would never hurt her. The heroine learns there is war among supernaturals with earth as the battlefield / a giant turf war. The romantic lead talks to her about the things that go bump in the night. The heroine contemplates her new reality and

thinks about the war and school and that everything she's heard about myths and fairy tales / the supernatural world is real. The romantic lead explains his role in it to try and stop it. He is a lonely guy and has a lot of responsibility. Heroine says the romantic lead isn't a monster. He tells her he will keep her safe. §27

***The second kiss scene is one in which the romantic lead wants assurance from the heroine that she knows what she's getting into by being with him. He doesn't kiss her when she expects they will kiss and she is embarrassed***:

The heroine attempts to kiss the romantic lead but he doesn't respond and she is embarrassed. He is concerned that the heroine couldn't want him because of what he is. They have a "who I am what I am" conversation about what he is and she assures him that she wants him and it doesn't matter. Romantic lead / heroine is concerned about walking away and not experiencing what they have. They kiss. He groans low in his throat. (Note that he does this in the second kiss scene and not the first one). He tells her he won't lose self-control like he did during their first kiss. He touches a lock of the heroine's hair and often touches her hair throughout the story. He has a smile that she thinks lights up his face and his words cause her to melt inside. §28

The heroine gets ready to go to a party with her best friend, the cheerleader and another friend / dance team member she's known since childhood. Clothing is discussed and trying on outfits. The heroine's nemesis / best friend walks into the place like she owns it going into the party. The heroine's nemesis is a female character who has tried to make the heroine think she has a superior claim to the romantic lead in order to make her jealous[17]. The heroine feels tension in her body when the nemesis character implies she is involved with a romantic lead. The heroine is taken aback but ultimately doesn't believe the nemesis. The romantic lead doesn't like the nemesis character. §29

This nemesis character spikes the heroine's drink, gives her a cup of it, and tells the heroine she'll like it / hopes she'll like it. The heroine takes a sip and describes the taste as fruity / floral. The heroine tells the nemesis she has to go home and the nemesis tries to get the heroine to stay. The nemesis rolls her eyes in this scene and is unpleasant[18]. This is a situation where the heroine believes she is a human girl and the nemesis is a supernatural girl who wants to get rid of the heroine for her own reasons. The nemesis is in love with a vampire prince. The heroine throws up everything I've ever eaten in my life / the inside of my stomach, and rides waves of nausea. The heroine doesn't know her drink was spiked and it is revealed later that the nemesis did it. This nemesis is connected to the climax of the story later on where the heroine is kidnapped. §30

---

[17]The nemesis is a parallel character. See Heroine's Female Nemesis Character Index

[18] See Nemesis Taylor / Lia Index

Northern Lights Scene. The romantic lead takes the heroine to see the northern lights. In BMR, they dance together at the school dance, and then he takes her outside to see the northern lights. In Crave, he takes her and they dance beneath the northern lights. The heroine wonders about the science behind the phenomenon / the heroine explains the science of it.§31

The heroine suffers blood loss after she sees the romantic lead snarl and he bites her. She must be given a healing type of bite by the romantic lead in order to save her life–his bite is not what caused her blood loss. She thinks about clarity and the world dims / fades. She suffers from blood loss in this scene, and she's lightheaded / dizzy. The bites have coagulating properties. She wakes up after the blood loss with no memory of how she got there. She's asked "How are you feeling?" She says "okay." She's told she's lost blood. She's made to rest by a medical professional for supernatural beings and told to drink a sweet drink and not to argue with this medical professional. She wonders if she will sprout fur / sprout fangs after this bite. §32

When the heroine is hurt, the romantic lead carries her in his arms like a great romantic hero / bridestyle. She thinks it feels good to be in his arms. She tells him to set her down but he doesn't. He takes off her boots. She rests her face against his neck and breathes him in / she wants to press her face against his neck and breathe him in. §33

The romantic lead's type of supernatural being is due to a genetic mutation. His kind are born. Sometimes, their kind can be born not knowing what they are and can go around killing everyone. The heroine wants to know more about the romantic lead's type of supernatural being. She talks about the old days / old stories and what people thought about these beings. When she asks him these questions, he asks her if she really wants to discuss this. The heroine wants to know how old the romantic lead really is and she notes that his kind don't age like humans. She also does the math in her head when thinking about beings that are thousands of years old in a later conversation.[19]§34

Because the heroine is in danger, her surviving family members want to send her away from Alaska. The heroine doesn't want to go. She has feelings for the romantic lead. She ultimately stays. §35

When the romantic lead makes a transgression, his family imposes the sanction in a physically punitive way. The heroine is horrified that his own family would do something so painful to him. He laughs it off and tells her not to worry, he heals quickly. §36

---

[19] The later conversation where the heroine does "the math in my head" occurs in book four, Court, of the Crave series. See Summary Supporting Index Section 57.

The heroine is in a room and steps through a doorway– it's summer outside in this place, even though it's winter in Alaska. The heroine is with the romantic lead and it's winter, with snow on the ground outside. They step through a doorway in a room, and suddenly it's summer. The heroine notices the sunshine, the air, and wildflowers. There are two scenes of this in BMR and both are used in the one scene in Crave. The heroine thinks it feels like coming home.§37


*The climax and major plot come together when the heroine is kidnapped by the vampire prince / vampire prince's mate, who has taken the heroine to use her to bring back their dead mate:*
In BMR, the vampire prince believes the heroine will be a reincarnation of his dead mate and in Crave, the vampire prince's mate believes she can use the heroine to resurrect her dead mate. The mate is not really dead and has been residing in another dimension. Additionally, the heroine is being used as an act of vengeance against the person who is believed to have killed the mate.

The vampire prince / vampire prince's mate tells the heroine how painful it is to lose a mate. The heroine thinks about what is happening in this scene and wonders about Frankenstein. The heroine thinks this vampire is crazy. The heroine feels sorry for this villain –even though she herself might be killed.

The heroine learns that this character, the vampire prince / vampire prince's mate, is responsible for the deaths of her family members that resulted in the heroine coming to Alaska.  The nemesis character Taylor / Lia tells the heroine she is pathetic and gives a hint of what the heroine is in relation to human/ humankind. This makes the heroine feel furious to know her family was murdered. She has an anger deep down inside her, that's a fire and its hot.

When she comes up against the vampire prince's / vampire prince's mate's strength she goes completely still / plays possum. Her arms are held over her head and there are cuffs. There is a sickening crunch of bone / of a wrist. The heroine is choked and the person who chokes her is thrown up against a wall by a vampire prince.

A loud shuddering sound is heard when the romantic lead destroys the door / the wall and door to get in and save the heroine. The heroine / the vampire prince's mate makes a primal war cry/ primal kind of war cry in this scene. The heroine / the vampire prince's mate leaps on a demon's back / the romantic lead's back with a knife. There is a horrible sucking sound / sickening squishing sound when the knife connects with flesh. §38

The heroine saves the romantic lead's life and he has saved hers. He feels like the heroine's abduction is his fault. The romantic lead tells the heroine he loves her, and he tells her she loves him for the first time after this fight has occurred. There is an argument between them about whether or not they should be together. Their discussion ends with an epic kiss.  §39

At the end of the story, BMR and Crave (book 1), the heroine has accidentally brought Ronan in BMR / Hudson in Crave, back from another dimension, where he is now tied to her which terrifies her. She doesn't realize this until book 2, Crush, in the Crave series[20]  The story comes to a final conclusion when the Bloodletter character turns into a raven / turns into a winged creature and flies away,[21]  §40

Bonus chapters
There are approximately forty pages of bonus material at the end of Crave told from the romantic lead's point of view with the material taken from BMR with a few examples.§41

---

[20] This happens toward the end of BMR 2010-2014 and in the beginning of book two, Crush of Crave series.
[21] BMR 2010, 2011, 2012 and Crave end with the Bloodletter character turning into a raven / winged creature and flying away.

## SUPPORTING SUMMARY INDEX

**KEY:**
<mark>Yellow</mark> indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
<mark>Cream</mark> indicates similarity of meaning
<mark>Pink</mark> indicates page number proximity within 50 pages
*Blue* text indicates notes and outlines shared with the agent.
/ is used to describe events between the two books. BMR is first / Crave is second

## Section 1

1.

Heroine in Anchorage, Alaska

**BMR:** Ours is the only security-gated home I've ever seen or even heard of <mark>in Anchorage</mark>. 2010 p. 43

**Crave**: I've been freezing since I landed <mark>in Anchorage</mark>. p. 98 *(Crave first edition)*.

*Edited in later editions of the published books to say Fairbanks. Wolff had originally set the story in Anchorage, per her Instagram blog  6-1-2019:*

> "If you had told me ten days ago that I would be standing on the edges of an airport <mark>in Anchorage,</mark> Alaska, I would have said you were crazy."
> https://www.instagram.com/p/ByLJKfIg5B0/?utm_source=ig_web_copy_link

*Freeman and Wolff's literary agent, Emily Kim, suggested Alaska to Wolff:*

> "I've actually never been to <mark>Alaska</mark> and I'm dying to go. But when I was brainstorming settings with <mark>my agent,</mark> she kind of tossed <mark>Alaska</mark> out as a throwaway suggestion and I fell in love with it from the get-go."  https://thenerddaily.com/tracy-wolff-author-interview

2.

The heroine is originally from San Diego, CA

**BMR:**  "Why'd your mom pick Alaska? Do you have family here?"…'I shook my head. We lived in San Diego.' 2011 p. 124

**Crave:** Healy, Alaska..It looks really, really tiny. Way smaller than my neighborhood in San Diego. p. 3

3.

The heroine is almost seventeen / seventeen years old

**BMR:** *Heroine about herself:* …(well, almost seventeen). 2010 p. 12;"Nearly seventeen." 2010 p. 343 *(birthday in three weeks)*; ….almost seventeen. 2011 p. 20

 **Crave:** Heroine about herself: ...despite being a year younger than my own seventeen years… p. 6

4.

Heroine comes to Alaska after an accident kills her family members

**BMR**: "And all of a sudden, literally days after the accident, we moved here…" 2011 p. 124
It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed. 2011 p. 12

**Crave**: It's a habit I picked up after my parents died in the car accident… p. 331

5.

She feels guilty about the accident because she had a fight with her family right before it happened

**BMR**: When they wouldn't let me, I pitched a fit… I've always felt really guilty about what happened. If I hadn't insisted on having my way, they'd still be alive. 2010 p. 100-101

**Crave**: I wish that the last words my parents and I spoke weren't hurled at each other in a fight that seems so stupid now. p. 45

6.
Heroine is haunted by her memories of what happened that day of the accident that killed her family

**BMR**: Lately though, I've found myself haunted by memories, wisps of conversation and images of people and places swirling behind my eyes. It feels as though my memories are trying to push themselves out of a locked box and if I could just pry the lid open a little bit more, I could remember what happened that day and maybe, finally, be free. 2010 p. 9

**Crave**: I'm still haunted by the fight my parents and I had right before they died. p. 390


7.
The accident was in a "car" that fell and crashed (elevator car / automobile car)

**BMR**: My dad and my grandparents took one car and I agreed to let my mom ride with me—she'd come back to get dressed so we could all go together to see her show…When they got in, they crashed forty stories to the basement and the car exploded. 2010 p. 100-101

**Crave**: I wish that my dad hadn't lost control of the car two hours later and driven himself and my mother off a cliff, plunging hundreds of feet into the ocean. p. 45


Section 2

*In the beginning of the story, the heroine is on her way to school. She's thinking about the deaths of her family, the weather and California:*

8.
Heroine describes Alaska as frozen and uses negative words

**BMR**: It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed. 2011 p. 12

**Crave**: It's not the first description that popped into my head… hell has actually frozen over. p. 3; …since I got to this frozen hellhole… p. 90

9.

<u>In the beginning of the story, heroine thinks about California and compares it to the cold of Alaska</u>

**BMR**: We'd lived in California before the accident; a time and place of sunshine and laughter. Now we live here, a land of seemingly perpetual darkness and winter. 2010 p. 9, 2011 p. 11

**Crave**: It's so cold out…How can anyone live like this? It's unreal, especially considering it was seventy degrees where I woke up this morning. p. 5 *(She woke up in California)*


10.

<u>Heroine describes what the sky looks like in Alaska and it's civil twilight at that time of day</u>

**BMR**: The sun was still out, though it was sitting low on the horizon, the sky its usual shade of unrelenting gray at this time of year. There was maybe an hour or so of daylight left before the darkness closed in.  2011 p. 49

*Civil twilight is the brightest of the 3 twilight phases. The sun is just below the horizon…*
https://www.timeanddate.com/astronomy/civil-twilight.html

**Crave**: ...we're in the middle of a weird kind of haze that Philip refers to as 'civil twilight' even though it's barely five o-clock.  p. 3


11.

<u>Heroine describes the town in Alaska where she is</u>

**BMR**: Anchorage is surrounded by water—Cook Inlet on one side and snow covered mountains all around. The hillside area is still considered to be in town but it's a bit remote. 2011 p. 411


**Crave**: I can't help but think of the mountains and rivers that surround this town in all directions… p. 8  there's nothing but mountains and snow in all directions… p. 7

12.

<u>Heroine tries to blot out the accident, and her loss that resulted in her move to Alaska/ Heroine won't
let herself dwell on her loss and what she's leaving behind to move to Alaska</u>

**BMR**: ...my dad and grandparents were killed. I've always felt it was somehow my fault...the
accident...so I blotted it out as best I could...My mom's car glided into the parking lot. 2010 p. 9,
2011 p. 12

**Crave**: I feel a pang looking at them, but I don't let myself dwell on everything I had to leave behind,
any more than I let myself dwell on the idea of strangers living in the house I grew up in...who cares
about a house...when I've lost so much more?...He nods toward a parking lot. p. 5


13.

<u>Heroine thinks about the deaths of her family members on her way to the school</u>

**BMR**: You'd think...I would have had some inkling of my dad and grandparents' deaths. 2010 p. 8
2011 p. 11; My dad and my grandparents had all been killed in a freak accident when I was seven. My
mom had never gotten over it. None of us had, really.  2011 p. 76

**Crave**: Besides, if I've learned anything in the month since my parents died, it's just how little most
things matter.  p. 7


14.

<u>Heroine is suffering from loss and thinks about it at the beginning of the story</u>

**BMR**: ...a long time after my dad and grandparents died, and the truth was I'd never really gotten over
it. I just couldn't handle any more loss.  2011 p. 34

**Crave:** ...Heather's mom told me that experiencing too powerful emotions is completely normal after a
huge loss.  p. 50

15.

<u>Heroine remembers her parents and how loving they were with each other</u>

**BMR**: The things I do remember are very clear, almost like looking at a snapshot…
Or the look between my parents when they didn't realize I was watching them. 2010 p. 99-100

**Crave**: "They loved each other a ridiculous amount." I can't help but smile a little as I remember.
"They were totally the parents who couldn't keep their hands off each other." p 316

16.

<u>Heroine ducks her head whenever she is uncomfortable or embarrassed</u>

**BMR:** Startled and embarrassed, I ducked my chin down. 2010 p. 336
Flushing hard, I ducked my chin down. 2010 p. 400, 2011 p. 419
I ducked my head down and nodded as he opened the passenger side of the car door for me. 2011
p. 176, 2011 p. 35, 2011 p. 301

**Crave:** I duck my head as my cheeks heat up.  p. 10, 18, 199, 227

***The Heroine Has Panic Attacks Stemming From the Trauma of the Loss of Her Family:***

17.

<u>Heroine has panic attacks stemming from the loss of her family</u>

**BMR:** Anna carries a strong sense of loss over the death of her father and grandparents in an accident.
She has panic attacks – anxiety from the trauma. *The Cast Notes,* 2008; *The World Notes,* 2010.
Panic seized control, wild tendrils of fear curdling in my stomach. 2011 p. 407
Fear set in and with it came its cousin, anxiety. I figured panic wasn't too far behind. And if I gave into
that panic I knew I would be lost. 2011 p. 524
I knew I'd fallen and that in a few moments my breath would return, yet my panic was overwhelming.
2011 p. 586
The room felt smaller somehow, as though it was closing in around me and I couldn't breathe.
2011 p. 247
My heart skittered wildly in my chest. I couldn't breathe. 2011 p. 497

**Crave:** Just the idea of not being able to breathe sets off the beginnings of the panic attack I've barely
kept at bay all day. p. 15. Dr. Blake…giving me tips on how to deal with the anxiety I've been having
since my parents died. p. 15

*The Physical Symptoms of Her Panic Attacks are the Same and Quite Specific:*

18.
Heroine's panic feels like a weight on chest, has shaking hands

**BMR**: She has panic attacks – anxiety from the trauma. *The World Notes,* 2010;
…felt like a weight on my chest. 2011 p. 337; My hands were shaking so badly it was hard to angle the mirror just right. 470; So I took a long, slow breath and released the tension coiling in my body. 2011 p. 337

**Crave**: The crushing weight on my chest…the shaking hands… p. 50; ...but I'm smart enough to know if I stay here staring at the ceiling, I'm going to end up having a full-blown panic attack. So instead, I take a deep breath… p. 51


19.
That's when the panic hits the heroine

**BMR:** That's when the panic hits. 2013 p. 463

**Crush:** That's when panic hits me... p. 112


20.
Heroine's stomach and her panic and anxiety

**BMR:** My stomach tightened. 2011 p. 469

**Crave**: My stomach tightens up... p. 403


**BMR:** My stomach is roiling....2013 p. 127

**Crush:** My stomach is roiling… p. 154


**BMR:** My stomach clenches… 2012 p. 54, p. 174

**Crush:** My stomach clenches…  p. 283, 471, 482

**BMR**: My stomach drops. 2013 p. 19,  p. 59, p. 181, p. 344

**Crush:** My stomach drops. p. 428, 503


**BMR**: I felt a sudden churning in my stomach. 2010 p 337

**Crush**: My stomach churns… p. 27


**BMR:** My stomach flipped at her words. 2010 p. 22

**Crush:** I answer, eyes wide and stomach flipping... p. 552


**BMR:** The butterflies in my stomach were hopped up on caffeine. 2011 p. 161

**Crave:** ...the sudden butterflies in my stomach kind of fall back down with a thud. p. 195


21.
Hands tremble - nervous when with the romantic lead

**BMR:** My hands were trembling… 2010 p. 41

**Crush**: My hands are trembling… p. 33


22.
Panic rises into heroine's throat, and I swallow it

**BMR:** A jolt of panic rises up from my stomach into my throat but I swallow it back down. 2013 p. 310

**Crush:** I swallow the panic rising in my throat… p. 483

**BMR:** Swallowing my panic 2011 p. 205

**Crush**: I swallow the panic .... 483

**BMR:**  The horror of the experience came back to me...choked on my own emotions. I swallowed them down...” 2010 p. 346

**Crush:** So I force myself to swallow down my horror...p. 88


23.
Panic makes it hard to breathe

**BMR**: My heart skittered wildly in my chest. I couldn't breathe. 2011 p. 497

**Crush**: I can barely breathe. My heart is about to pound out of my chest... p. 465

**BMR:** ...my chest and my throat is choked so tight I can barely breathe. 2012 p. 32

**Crush:** My chest is so tight I can barely breathe. p. 423


24.
My breath coming out in tight / shallow huffs /puffs

**BMR:**...panic. Blinking furiously, my breath coming in and out in tight little huffs… 2011 p. 437

**Crush**: Panic starts to bubble up in my chest, my breath coming out in shallow puffs. p. 120


25.
Heroine's defense mechanism

**BMR:** My aunt and my mother assured me it was just a defense mechanism—a way for my brain to save me from having to remember details of the tragedy. 2011 p. 79

**Crush:** Eventually, my now-familiar defense mechanisms slide into place. p. 123


26.
Heroine pushes / shoves her fears and worries down: I push / shove emotions down

**BMR:** So I decided to push my feelings of fear and dread all the way down, out of reach…2011 p. 474

**Crush**: ...I shove my panic down deep inside me… p. 123

27.

Heroine needed to push thoughts / shove thoughts down/ back

**BMR:** I needed to push those thoughts down for the moment, which seemed impossible. . . 2011 p. 580

**Crush:** It's a horrible thought...so I shove it to the back of my head… p. 106

*Heroine feels like she's being watched:*

28.

*First school day:* Heroine feels watched, the hair on the back of her neck prickles / stands up

**BMR**: A strong feeling of being watched makes the hairs prickle on the back of my neck. 2011 p. 3

**Crave**: ...the hair on the back of my neck stands up...it suddenly feels an awful lot like I'm being watched. p. 40

29.

She often feels she's being watched

**BMR**: A distinct prickle of unease settled between my shoulder blades, the kind of feeling you get when you know someone is watching you... 2011 p. 152

**Crave**: But I still can't shake the uncomfortable feeling that I'm being watched. p. 131; 40, 126

*On the first school day in the story:*

30.

Heroine is given a ride on a motorcycle / snowmobile and told to hold on to the person, there's a
helmet, they speed, and time / darkness stretches on forever/endlessly

**BMR**: ...he reaches onto the back of his motorcycle...An extra helmet... "Wrap your arms around me
and hold on tight."... we speed along in silence wishing that time would stretch on forever. 2012
p. 49-50

**Crave**: ...that's when Macy reaches for one of the helmets draped over the snowmobile's handles...
"Hold on to my waist!"...we're speeding into the darkness that stretches endlessly in front of us.
p. 10-11

**Section 3**

31.

The heroine now lives with the only family she has left

**BMR:** The three of us make up my family. We're all that's left. 2011 p. 13 ; 2011 p.  73; 2013 p. 15

**Crave:** Not to mention the only family I have left.  p. 7. p. 28, 316

32.

Heroine's only family she has left alive are both supernatural witches and she didn't know

**BMR:** *Heroine to herself*: My mom and my aunt are both witches, but not exactly the Wiccan variety
as I had been led to believe. 2013 p. 220; I was born and remain Kindred—witch..I am your mother.
2011 p. 576, 578

**Crave:** *Cousin to heroine:* "A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing." p.
316

33.

Heroine believes she is human

**BMR:** Am I still—human? 2011 p. 409

**Crave**: I'm human, and now's as good a time as any… p. 322


34.

Heroine thought both of her parents were human: Her dad was a wolf shifter / witch

**BMR:** *Heroine:* My father. Why didn't he tell me? 2010 p. 354; My dad. I don't understand why he didn't tell me…Were they all Sentinels then? *(wolf shifter).* 2011 p. 439-440

**Crave:** *Heroine:* Wait a minute, you're saying my dad *was* a witch?...How could my dad be a witch and I not know it? p. 315-16


35.

Heroine thought both of her parents were human: her mother is a witch / was a gargoyle

**BMR**: *Romantic lead to heroine about her father being a wolf shifter and the heroine thinks her mom is human:* "I don't think your mom knows. Though I can't imagine how or why he kept it from her. And you"...No, I couldn't imagine either. 2011 p. 439-440; My mother is so–so not into anything remotely supernatural...2010 p. 354; *Heroine to her mom and aunt:* "I am part human, right? I mean you're human," I say. 2013 p. 344 "Oh my dear girl," Mom says. "We're not human." *Kindred aren't human?*' 2014 p. 280; Her mother is Kindred, her father Sentinel. *The World Notes,* 2010

**Court**: My mother knew she was a gargoyle? p. 164

***The heroine is ignorant of the magical world, and that she is a magical being:***

36.

Heroine has been kept ignorant of the magical world by her mom, aunt / mom, dad to protect her

**BMR** *Mother to heroine:* ...contact with the magical world. I thought if I could keep you from it, I would protect you and save myself. Instead, by keeping you ignorant… 2013 p. 467

**Covet**: Because she was my mother...This is how she protected me.... p. 601 …They knew there was magic in this world… They kept me ignorant… p. 600 ...they did the best they could to protect me. p. 602

37.

She's been kept ignorant of the supernatural world and who she really is

**BMR:** I trusted them. My family….Everything I've ever known about myself has been One Big Lie. 2013 p. 462; *Mom to heroine:* "By keeping you ignorant of your heritage, I placed you in unnecessary danger…"  2014 p. 376 ...that my life had been constructed on nothing but lies built upon layers of lies. By everyone.  2011 p. 545; "I need to know who I am," I find myself saying. "I need to know the truth." 2012 p. 214

**Crush:** It's a horrible thought—the idea that my parents deliberately kept who I really am from me my whole life...  p. 106

38.

They've kept her ignorant that she's a magical being

**BMR**: *Mother to heroine that she is a magical being:* "By keeping you ignorant of your heritage, I placed you in unnecessary danger.." 2014 p. 376  Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers. The Plot 2008

**Covet**: My parents knew, they *knew* I was a gargoyle, and they never told me... They kept me ignorant. p. 600

39.

The heroine later learns she has a grandmother she never knew about[1]

**BMR**: *High Priestess to Heroine:* "For I, the High Priestess, am your grandmother." 2013 p. 436

**Court** (Book 4): *Bloodletter to Heroine*: "...I am…The God of Chaos,' she answers. '...you're my granddaughter.' p. 159

---

[1] See Heroine's Grandmother Character Index. This character is a parallel character between the works.

40.

<u>The heroine later learns her father / grandfather is living[2]</u>

**BMR**: I gasped. I hadn't realized in all this time that my wise ==wolf== was ==my== dad. 2011 p. 577-578

**Court** (Book 4): But for me, personally, it's nowhere near as big as the fifteen-thousand pound elephant that the ==gargoyle== king–that ==my== ==grandfather?==--just brought into the room. p. 37


**Section 4**

41.

<u>She realizes her mom, aunt/ mom, dad were always talking and arguing about her</u>

**BMR**: It was always like this—==them talking about me== in ==whispered== words and broken off ==conversations==… 2011 p. 65  *Heroine to her mom and aunt:* "..Every time ==I== come ==into the room== you stop ==talking== and it's obvious you're talking about me."  2012 p. 64

**Covet**:  *Heroine about her mom and dad:* To the ==whispered== fights, the tense meals, ==the way they== ==clammed up whenever== ==I== walked ==into a room==. p. 601


42.

<u>Heroine's mom more worried than aunt / dad, and interrupted aunt / dad from telling out of fear</u>

**BMR**: ==What was== ==my mother== so worried that ==my aunt was going to say==?...It felt as though they were both waiting for something to happen—something about me and it ==scared== them, especially ==my mom.== 2011 p. 71

**Covet**: ==How my father kept trying to talk to me, but== ==my mother== would interrupt, her face alive with a ==fear== ==I== didn't understand. p. 602


43.

<u>Heroine wanted her family to tell her everything about the magical world and herself, secrets</u>

**BMR**: ==They== had a chance to come clean with me tonight, ==to tell me everything==....How can I trust

---

[2] See First Voice in Heroine's Head Character Index. This character is a parallel character between the works.

them to tell me the truth about anything with the silence of so many unspoken secrets still standing between us? 2013 p. 361

**Covet**: Were they going to tell me *everything*?... I realize that maybe I can't hold the secrecy against them after all.  p.602

44.
<u>Heroine old enough to be told the truth by her family about what she is and the supernatural world</u>

**BMR**: You're old enough to know the truth. 2013 p. 91

**Covet**: Had they decided I was finally old enough? p. 602

45.
<u>Heroine has felt out of place her whole life not knowing what she truly is</u>

**BMR**: I've felt out of place and out of touch my whole life. 2012 p. 81; 2011 p. 448; 2013 p. 89

**Covet**: ...I felt odd, out of place, a fish out of water in my own body… and in my own life. p. 600

46.
<u>Heroine believes she is half-human once she knows she's a magical being</u>

**BMR**: Is it because I'm half human… 2013 p. 344

**Covet**: I may be only eighteen years old--and half human…" p. 431

47.
<u>Very few of heroine's kind walk the earth</u>

**BMR:** Kindred are rare and magical and Anna must not reveal that they still walk the earth. 2013 Chapter Outline to Emily Sylvan Kim (our agent) Ch 43;"It's said that the kindred don't walk the Earth in many numbers anymore." 2012 p. 385

**Covet:** "There used to be thousands upon thousands of gargoyles walking the earth. Now there are only two that I know of…" p. 399

48.

Heroine is special / of the utmost importance in the supernatural world

**BMR**: "You are something different, unique. Your birth heralds a new age. A new beginning for us all. Surely you sense that you are special?" 2011 p. 268

**Covet:** "And I knew instantly that you would be of the utmost importance to us later...because of who you really are." p.112

49.

Heroine's supernatural purpose is to bring balance

**BMR:** "And your greatest gift is maintaining the balance. It is your destiny." 2012 p. 216 "Maintain the balance, no matter the cost." 2011 p.218

**Covet**: "They wanted help finding a way to bring gargoyles back...without the balance gargoyles bring to us, the paranormal world was spinning rapidly out of control...p.111-112 (Heroine is the only gargoyle and is to bring back balance). "For what befalls one sister must always befall the other--to maintain the balance." p. 395

**Section 5**

50.

Heroine is shy and teacher talks about standing up and introducing herself in class

**BMR**: "Why don't you two introduce yourselves before we go any further." She has a teasing look on her face as if she knows just how embarrassing this will be. "Stand up, tell us a little bit about yourself and why you're taking this class." 2012 p. 38; 2010 p. 30; 2011 p. 40; Because I'm a little shy… 2010 p. 10

**Crave:** "Since you look like the shy type–despite your association with Katmere's most notorious student I won't make you stand up and introduce yourself to the class." p. 227

    A.  Heroine feels shy

   **BMR**: I feel shy and uncertain of myself. 2013 p. 157

   **Crave:** I glance at him, suddenly shy, though I don't know why. p. 263

51.

Heroine wants to fit in and not stand out but that doesn't work

**BMR**: I wanted to fit in with my friends and her rules made my differences stand out just that much more. 2011 p. 146; She believes that she just wants to fit in and hopes and prays not to be noticed. *Midnight Overview Notes 2009*

**Crave**: So much for fitting in...or even *blending* in. After tonight, I might as well be painted biohazard orange. p. 160; So yeah, that whole blending-in plan I hatched in San Diego? p. 222

52.

Mexican food / street tacos, my favorite, Alaska

**BMR:** A local hotspot, La Mex has the best Mexican food in Alaska with home-made salsa and chips and my favorite, queso queso... 2011 p. 514

**Crush:** He's gotten me street tacos in the middle of Alaska that look just like the ones from my favorite taqueria in San Diego. p. 210   "I love tacos." p. 211

53.

Heroine often drinks tea, eats cookies,  and has apples, yogurt at school

In BMR, heroine's aunt bakes cookies and serves herbal teas.

In Covet, heroine's mom was known for her cookies, and her aunt (Macy's mom) for her teas.

    A.  Tea is heroine's family beverage

**BMR**:  "Tea is big in our family...None of us are coffee people." 2010 p. 213

**Crave**: It was always more about tea at my house. p. 214

    B.  Cookies

**BMR**: "Anna's Aunt Brie just finished baking cookies." 2011 p.61

**Covet**: Her cookies were legendary. p. 202 *(referencing heroine's mom's cookies)*

    C.   Tea blends

**BMR**: "tea...it's skullcap, valerian and chamomile…" 2011 p.74 (Aunt Brie)

**Covet**: My mom really did make the best tea blends...especially the hibiscus one. p.202

.

    D.   Tea and cookies

**BMR:** She held a tray with tea things and cookies… 2011 p. 74

**Covet**: ...to get a cup of tea and a couple of cookies… p.44

    E.   Cookies and Tea

**BMR**: *Heroine is offered tea and cookies:* "Cookies and tea?" 2011 p. 211

**Covet**: *Heroine is offered tea and cookies:* "Would you like some tea?"...Inside are homemade chocolate chip cookies…" p. 249-250


54.
Heroine enjoys homemade chocolate chip cookies

**BMR:** *Aunt Brie to heroine*: They're your favorite. Chocolate chip. And they just came out of the oven…" 2011 p. 66

**Covet:** Macy isn't around, though she has left two chocolate chip cookies on a plate by my bed.p. 125 Inside are homemade chocolate chip cookies. p. 250


55.
Heroine eats yogurt in the cafeteria scene when nothing looks appetizing

**BMR:** ...I settled on yogurt… 2011 p.102

**Covet:** "Frozen yogurt?" p. 13

56.

Heroine grabs an apple between classes

**BMR**: I stood at my locker rummaging through my backpack for an apple. 2011 p. 98 109639

**Covet**: ...head to class after stopping by the dining hall to grab an apple.p. 163


57.

Romantic lead knows Shakespeare quotes

**BMR:** "You've got to be kidding!" I whispered furiously, glaring daggers at him. "Et tu, Brute?" I muttered. 2010 p. 30
*Heroine about romantic lead:* Smartypants was well-read enough to know his Shakespeare. Figured. 2011 p. 40

**Covet:** *Romantic lead to heroine:* "Oh what tangled webs we weave…" p. 47


58.

Heroine loves to read

**BMR:** "We learn that Anna is smart and bookish…" 2013 Chapter Outline to Emily Sylvan Kim p.2 "What? That I read too much?" 2011 p. 464 ...any book about these subjects holds me spellbound. 2011 p. 9; "Maybe you shouldn't stay up so late reading," she lectured… 2011 p.10  "...images from books I'd read flashing fast-forward…" 2011 p. 230 I knew it was the correct way to pronounce it from a book I'd read… 2011 p. 385

**Covet:** In my life before Katmere, I was a huge reader--I haven't had time to read much of anything since half the paranormal world painted a target on my back… p. 382


59.

Heroine knows literature and intellectual books

**BMR**: "Et tu, brute?...Shakespeare. 2011 p.40 LF 109581" " Macbeth? Really?" 2012 p. 4 "'Malleus Maleficarum,' right...The Witches Hammer. Pope Innocent XIII" 2011 p. 464 "Women Who Dared: Renegades and Pirate Queens of the High Seas." 4-2013 p. 122

**Covet:** ...but it's nice to lay in my bed and argue with Hudson about Hemingway...Shelley…French existentialists… p 382

60.

She talks about French philosophers

**BMR**: Amanda who started taking French with me because I wanted to read Descartes' *Meditations on First Philosophy* in his native tongue. 2012 p. 258

**Covet:** I tell him, quoting Sartre with a roll of my eyes. p. 382

61.

She argues about philosophy with her best male friend

**BMR:** Brendan...he's also my best guy friend...We've grown up talking on the phone, arguing politics, religion and philosophy. 2012 p. 89

**Covet:** ...and argue with Hudson about Hemingway...Shelley… and Hudson's undying love for the French existentialists." p. 382  (Because this is Hudson. My mate. My best friend.) p. 530

62.

She quotes literature

**BMR**: *Heroine:* It reminds me of one of my favorite poems, 'Evangeline,' by Henry Wadsworth Longfellow. *(She then quotes the poem)*. 2011 p. 264

By the prick of my thumbs, something wicked this way comes… 2012 p. 4

**Covet**: *Cousin to heroine:* "...you're always quoting some book." p.201; "It is certain that we cannot escape anguish, for we are anguish" p. 383 *(heroine quoting Sartre)*

63.

Heroine sees herself as not beautiful; compares herself to mom / cousin who is gorgeous

**BMR:** I'm not bad looking, but I'm not beautiful like she is. 2016 p. 10  And it's not like I'm unattractive. But I'm not exactly teen model material either...My mother...She's also drop-dead gorgeous. 2010 p. 12

**Crave**: ...I'm pretty much the opposite of beautiful. On a good day, I'm cute. Standing next to Macy, who is freaking gorgeous, I'm wallpaper. p. 73

A.  <u>Others however, see her as strong, beautiful, and smart</u>

**BMR**: "You're smart...and so very beautiful." 2010 p. 103; 2011 p. 131; "You're strong, Anna..." 2010 p. 53 2011 p. 69

**Covet**: "You're a strong, smart, capable, beautiful young woman...." p. 423

64.

<u>Heroine is worried about people seeing how she feels about the romantic lead; she wears her emotions</u>

**BMR**: ...that the way I felt about him was somehow revealed on my face. 2011 p. 158; ...as if she were wearing her soul on her face with nothing in between. Every feeling evident on her expressive face. *The Cast,* 2008

**Crave:** I tend to wear my emotions on my sleeve, and the last thing I want is for someone watching me to see how I feel about Jaxon… p. 249

65.

<u>Heroine's feelings must show on her face with romantic lead</u>

**BMR**:Some of what I was feeling must have shown on my face because he looked worried. 2011 p. 261

**Covet**: ...something of what I'm feeling must be showing on my face because Hudson keeps shooting me weird little looks. p. 455

66.

<u>Because her feelings show on her face she is comforted: He pats/bumps my/his shoulder</u>

**BMR:** Taking in the worried look on my face, the one that says I'm not budging, he pats my shoulder and turns me toward the window. 2013 p. 203

**Court:** My thoughts must be all over my face, though, because Flint gently bumps his shoulder against mine. p. 189

67.
<u>Heroine pastes a smile on her face to hide her feelings</u>

**BMR:** I pasted a smile on my face and tried not to wince, knowing my expression probably looked as pained as it felt." 2011 p. 8

**Crush:** I paste a huge smile on my face—a smile that I'm far from feeling right now... p. 106

68.
<u>Heroine curls up in a ball when overwhelmed by emotion</u>

**BMR:** I smother another panicky scream that rises in my throat.  …I wrap my arms around my middle, leaning forward and curling into a ball.  The room is spinning out of control. 2012 p. 188

**Crave**: …how it feels more like a premonition than a warning. A heaviness creeps into my bones ….until the simple act of rolling over and curling into a protective ball feels impossible.  I settle for wrapping my arms around my waist…p. 182

69.
<u>Heroine falls in the snow and has the breath knocked out of her, panic</u>

**BMR**: Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air…I can't get my lungs to work. I know this is because I've fallen, and that in a few moments, my breath will come back, yet my panic is overwhelming. When I'm finally able to suck in air, it's in great, gulping, ragged gasps…There is always that moment just before impact, when you realize you've made a fatal mistake. 2011 p. 2,4, 586, 588

**Crave**: And then I'm falling…it's all drowned out in the panicked beat of my heart as terror races through me…I brace myself for bone-crunching impact…We hit hard enough that the breath is knocked of me. For one second, two, three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs…panic is a wild animal inside me as I struggle to get my weight off him…snow-packed ground…I finally manage to pull in a huge gulp of air. p. 153-154

Section 6

***Unknown to the heroine at the beginning of the story is the war between the races of supernatural beings which threatens the human world. Fights between the supernatural beings have caused serious storms.***

70.

The balance is off, the world is in danger, storms, erratic weather (fighting among supernaturals in both books is part of the problem)

**BMR**: "The demons have grown too strong and they've tipped the balance. That's why the environmental problems, the weather..." *2013 Chapter Outline to Emily Sylvan Kim Ch 43* "

"The Compact binds *all* others when it is in force. Such Compacts have existed from time immemorial. When they are broken, chaos reigns and the world is off balance. Erratic weather patterns, random acts of violence, wars, annihilation—these events are the results of broken Compacts among our kind."

"What can I do?" He nudges me back along the path, the way we came. "You were born to achieve this task. …You have a role in this war, Daughter. An important one that only you were born to do.  The Compact must be restored, the Houses of Shadows and Light in accord." 2012 p. 217; "The fighting among the supernaturals is causing problems in the world at large. Erratic weather, storms, wars among humans…" *The World Notes 2010* "Erratic weather patterns...these events are the results of broken Compacts among our kind." 2012 p. 217; "...a sure sign of early winter and the grim reality of global warming with its erratic weather patterns...Disappearing glaciers, bears and wolves scavenging in the city looking for food—something that was utterly unheard of until now—and the weak salmon runs are proof that nature is seriously out of balance." 2012 p. 13-14

**Covet**: "...a coven of witches came to me in the middle of the worst snowstorm Alaska had seen for nearly fifty years.  ...Worried for the fate of their coven and the world, both human and paranormal....and without the balance the gargoyles bring to us, the paranormal world was spinning rapidly out of control. It had gotten so bad that it was affecting the human world, and that was endangering us all." p. 111-112

71.

Heroine is the most powerful of her kind born in ten generations / first of her kind born in a thousand years

**BMR**: "She's said to be the most powerful of her kind born in ten generations." 2012 p. 279

**Covet**: "The first gargoyle born in a thousand years." p. 50

72.
She is a protector of humans and all creatures; and the balance

**BMR:** "The Kin are protectors of the land and all of its creatures, including humans. They protect against demons but also against humans who disturb the natural balance. 2011 p. 462

**Crush**: "Gargoyles kept the balance among all the paranormals...and every other not-just-human creature on the planet—and also humans."  p. 220  "...and that's why gargoyles have always been protectors." p. 219

73.
She is to keep the peace among the supernaturals.

**BMR:** "You have a role in this war, Daughter. An important one that only you were born to do. There must be peace, the Houses of Shadows and Light in accord..." 2013 p. 221

**Crush:** "Gargoyles are peacekeepers..." p. 242

74.
Heroine is told: There's magic in her blood / veins

**BMR:** "There's magic in your veins." 2011 p. 440

**Court**: "There's magic in your blood." p. 477

    A.  She is a magical being made of magic.

    **BMR**: "The Kindred *are* magic." 2011 p. 463; 2010 p. 375

    **Covet**: "You are a creature born of magic…" p. 398  "Since gargoyles were created from the source of all magic…" p. 398

75.
Heroine is a queen

**BMR:** *said to heroine:* "But when he told us about you being special and all that...He said you're a queen." 2012 p. 486

**Covet**: *said to heroine:* "I can never thank you enough for what you've done, Queen." p. 610

***The Heroine is descended from Twin Goddess (Isis and Nephthys) / Twin Gods who are women (Cassia and Adria):***

76.

The heroine's  grandmother is the daughter of a deity, and the heroine learns she is the grandaughter of this being and about the balance

**BMR**: *Grandmother to Heroine:* "True daughters of Isis are always born as fraternal twins, like Isis and her twin sister, Nephthys. Like your mother and Roselyn." She pauses and lowers her voice. "Like you and Emmaline." 2016 p. 104-105; *Heroine:* I understand that the balance is harmony, an accord of light and dark. You can't have one without the other because they're two sides of the same coin; each opposite is essential to maintain the balance and rhythm of life on earth. 2013 p. 90

**Covet** (Book 3): *Grandmother's twin sister to Heroine*:  "The children were sisters, twins in fact, born of two deities, Zamar and Aciel, who loved each other so much that they wanted to have a child. But the universe requires balance, and so they had two daughters, each a different side of the same coin." p. 392

**BMR**: "But you are not just kindred. You are something more," she says. "Ours is a sacred lineage. An unbroken chain of priestesses, mother to daughter back to the first queen of Egypt, to the Great Mother Isis herself. 2016 p. 104; "For I, the High Priestess am your grandmother." 2014 p. 346; 2013 p. 436

**Court**: "In the beginning, two gods gave birth to twins, two daughters. One was the God of Chaos and the other the God of Order...Cassia and Adria…" p. 168; '...I am…The God of Chaos,' she answers. '...you're my grand-daughter.' p. 159 *(God of Chaos is a twin god, and she is a woman. Her twin sister is the God of Order).*

       A.  Ancient gods / deity creation story

**BMR**: "The ancient gods created kindred to act as liaisons between themselves and the humans." 2016 p. 104;  All kindred have a calling, the one thing we alone are meant to do to maintain the balance. 2016 p. 4

**Covet** (Book 3): "And so, upon realizing that the world and creatures created by the daughters might never find balance-which would leave them trapped on earth

forever-Aciel gifted them with a creation of their own. Gargoyles… In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles." p. 397-398

### B.  Heroine is a semi-goddess / demi-god

**BMR**: As the story evolved, my heroine was to discover that her mother was really a descendant of one of the twin goddesses, or perhaps was actually a goddess (See 2016). This would result in the heroine being semi divine and explain why she has the abilities that she does, and why her purpose is so magical and powerful.  *Freeman Notes 1-27-22 (these notes pre-date the publishing of Court, book 4 and have been authenticated)*

**Court**: "You are the descendant of a god and a gargoyle, therefore you will never be more than a demi-god." p. 165

77.

Heroine's kind doesn't take sides / can't be swayed by either side

**BMR**: "We don't take sides in the war between the Unseen." 2013 p. 345

**Covet**: "...they had to create a creature who couldn't be swayed by either side." 398

### Section 7

*Tea is the beverage of choice throughout the stories and is often mentioned with the heroine drinking it.*

78.

Heroine drinks tea often, her family is in to tea                              *(one page apart)*

**BMR**:  "Tea is big in our family...None of us are coffee people." 2010 p. 213

**Crave**: "It was always more about tea at my house." p. 214

79.
Heroine's aunt / mom is an herbalist

**BMR**: My aunt is a strong believer in the power of essential oils and herbal remedies to heal just about anything. Accustomed to the teas and candles, I had been instructed on the use of various herbs since I was little. 2011 p. 91 "The nerve tonic, an herbal concoction my aunt brewed…" 2011 p. 208

**Crave**: "My mom was an amazing herbalist." p. 214


80.
Heroine's aunt makes / mom made special tea blends

**BMR**: *Aunt Brie:* "It's skullcap, valerian and chamomile to clear your mind of negative thoughts." 2011 p. 74   "I took Aunt Brie's valerian and chamomile tea and made a pot..." 2011 p. 184

**Crave**: *Heroine about her mom*: "She made her own tea blends, and they were fantastic." p. 214


81.
Lemon verbena

**BMR:** "Lemon verbena," he soothes. "It's an herb for calm and mental clarity." 2016 p. 84

**Crave**: I can still almost taste her lemon-thyme-verbena tea. p. 214

> A. Tea was used by heroine's mother and aunt / mother and father to bind her powers to keep her safe

**BMR**: "...she has caused Anna's powers to be bound completely in order to keep her safe by maintaining her ignorance of their world." *Midnight Overview Notes, 2009;* Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers." *The Plot, 2008*

"Her mom wanted to protect her and keep her safe from the supernatural world. The teas she is always drinking have herbs that bind her powers. When she is no longer given the herbs, the effect wears off allowing her to shift forms and exhibit her powers." Freeman Notes, 1-27-22

**Court**: 'Why?' My mother demands. "We've protected her this far. And the tea—the tea keeps her safe, Cillian…You know we're almost out of that tea that keep her gargoyle hidden…" p. 448

**Covet** (Book 3): *Heroine about her parents:* My parents knew, they *knew* I was a gargoyle, and they never told me... They kept me ignorant. p. 600

    B.  <u>Binding powers is done as a punishment in their world</u>

**BMR**: "Quieting the Powers is a punishment that cuts a kindred's ability to use magic…" 2016 p. 75 "The Order...they're like the police but tend to be a bit overzealous." p. 75

**Covet**: "And it's not like I didn't know they were going to bind my powers in prison." p. 438

**Section 8**

*The heroine is the kind of being who has a supernatural form even though she is of mixed bloodlines*

82.
<u>Heroine is part witch and the idea of mixed bloodlines</u>

**BMR**; "Your mixed bloodlines put you at terrible danger from both sides in this stupid war. 2014 p. 280;"The big deal is maybe you're not supposed to mix with humans. " 2013 p. 255

**Crave**: "Witches aren't supposed to marry ordinary humans-weakens the bloodlines. So usually, when a witch falls in love with one, they.. .lose their powers." p. 316

83.
<u>Heroine asks romantic lead / romantic lead two how to shift.</u>

**BMR:** *Heroine asks romantic lead*: "How do you do it? Shift I mean," I asked. 2011 p. 459; 2013 p. 352

**Crush:** *Heroine asks romantic lead 2*: "What do I have to do to shift?" p. 296

A.  <u>Romantic lead tells her it's not that hard / she's trying too hard</u>

**BMR:** *Romantic lead to heroine:* "It's really not that <mark>hard</mark>…" 2011 p. 459

**Crush:** *Romantic lead to heroine:* "You're trying too <mark>hard</mark>." p. 297

B.  <u>Romantic lead assures her that her supernatural half is part of her.</u>

**BMR**: *Romantic lead:* <mark>"One moment you're human and in the next, your wolf is out and y<mark>ou are the <u>wolf</u>…Nobody ever gets it wrong." 2011 p. 456

**Crush:** *Romantic lead 2*:  "You don't have to learn how to *be* a <mark>gargoyle. <mark>You *are* one</mark>. It's part of you, of who <mark>you are.</mark>" p. 297

84.

<u>Heroine wonders how she is supposed to restore the balance</u>

**BMR**: She is of mixed bloodlines so that she can <mark>restore</mark> the natural <mark>balance</mark>." *The World 2010* 'You will need to <mark>balance</mark> both…' 2013 p. 220; "<mark>And</mark> there is such a need in order for the Prophecy to be fulfilled, for <mark>the balance</mark> to be restored. 2011 p. 573, 2012 p. 498 ; '<mark>And</mark> just how <mark>am I supposed to</mark> do all that?' I say it like there's no <mark>way</mark> he can possibly be serious. I'm just one person.'  2012 p. 217

**Covet**: <mark>And</mark> if so, <mark>am I supposed to</mark> find a <mark>way</mark> to bring back <mark>the balance</mark>? The idea seems absurd on its face. It's a lot to process… p. 399

85.

<u>Heroine is to balance the two sides; between humanity and chaos</u>

**BMR**: "Although <mark>Shadows</mark> is a darker path, it is not necessarily evil, just as <mark>Light</mark> is not always good. You will need to <mark>balance</mark> both in order to achieve your destiny. <mark>Humanity</mark> is in peril...<mark>You were born to achieve this task.</mark>" 2013 p. 220-221; "Beings of <mark>Shadows and Light</mark> are fighting, with earth as the battlefield…My kind is all that stands between <mark>humanity and chaos</mark>." 2014 p. 165-166

**Covet**: "In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles." p. 398

86.

The walls at the heroine's home /school are decorated with gemstones

**BMR:** Her art decorated the walls as it did in so many rooms throughout our house—splashes of color made from gemstones sparkling and catching the light... 2011 p. 210

**Crave**: The walls are made entirely of different-colored stones...they gleam red and blue and green even in the faint light...what school...has the money to embed gemstones in the walls? p. 238-239

87.

Heroine's mom / heroine is an artist: she paints

**BMR**: She's a talented and successful artist. 2011 p. 15; Her art decorated the walls...splashes of color made from gemstones...painted on canvas…" p. 210

**Crave**: I've been sketching and painting since I understood crayons can do more than color in coloring books…what kind of art studio they have out here that I can work in. p. 120

**Section 9**

88.

The heroine has drawn a bad tarot card - it's the same card, the Tower

**BMR**: Reaching out, I clutch a Tarot card...no card...scares a reader more than drawing this one. p. 9

**Covet**: I give in and pull out a card. Then jump a little as everyone around me tenses…p. 540

89.

The Tower Card is drawn by the heroine from the deck of tarot cards
*(In both works the heroine gets the exact same Tower card from a deck of 78 Tarot cards)*

**BMR**: The Tower. Not good…A black tower leans on its side stricken by a lightning bolt…
2011 p. 6

**Covet**: "Trouble," Hudson answers as he studies the card that looks like a tower being struck by lightning. p. 540

90.
<u>Heroine's friends and family are supernatural beings and two teachers / all of her teachers</u>

**BMR:** *Heroine***:** "I stare at my friends in disbelief. 'You're not *human*? None of you?' 2013 p. 409
'I'm a ban sidhe, Anna'…2013 p. 409
'         Rachel and I are cousins by blood. Sirens and ban sidhe are cousins, too.'… 2013 p. 40
"Finally, he grabs Mason…'A leprechaun.'" 2013 p. 407
"The boy's a Faery." 2013 p. 405
"I thought you knew we were succubi…" 2013 p. 423
"But yes, Dad's a berserker, like me…" p. 324 (he's a teacher at school and RL's dad);
"'They're vampires?' Vampires, trolls and demons, oh my." 2011 p. 500
How do you ask someone if they're a teenage werewolf? 2011 p. 224; He claimed he wasn't a
werewolf but could shift into a wolf." p. 236
         "I was born and remain Kindred–Witch." 2011 p. 576
"Melusine was our great-great grandmother…she took the form of a dragon…as a descendant of
Melusine, you are…" 2012 p. 312-13; 505

**Crave**: *Heroine:* "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313
"And I'm a witch. It's a family thing." p. 316
"they're wolf shifters really, more than werewolves." p. 321
'He's a…' 'Dragon.' p. 314
"And that makes you what? A Fairy?" p. 314

91.
<u>Heroine wears a gemstone necklace and doesn't know it was made by witches yet / Heroine</u>
<u>notices girls wearing gemstones and doesn't know they're witches yet</u>

**BMR**: 'Your amulet is what we call sacred jewelry**…**the colors, the gemstones…the more you
wear a certain piece of jewelry…the more strongly attuned the piece is to your vibrations and
you to it.' 2011 p. 80-81

**Crave:** Up close, they're even more spectacular, different gemstones gleaming in their hair and against their skin. Earrings, pendants, hair clips, plus eyebrow, lip, and nose rings, all bedecked with colorful stones.  p. 80

92.

Heroine bats her mom /cousin's hands away when she's helping heroine with her hair /clothes

**BMR**: "I'll be fine," I said as I batted her hands away. 2011 p. 14

**Crave**: "It's okay; I can do it," I bat her hands away... p. 171

93.

Heroine's mom / cousin  puts  a black choker / black tie around her neck and compliments heroine on how it looks

**BMR**: She whisked through the pockets and snatched out a black lace choker with small charms….she came around behind me and fastened the choker around my neck. She stepped back down studying me as she turned me this way and that. "Oh, that's lovely. Much better," she said, admiring her handiwork. 2011 p. 219

**Crave:** Macy tells me as she opens one of my dresser drawers and pulls out a black tie with purple and silver stripes on it …"She starts by draping the tie unevenly around my neck… 'Looks good,' Macy says as she steps back to admire her handiwork. p. 206

94.

Heroine is offered a red dress to the party by mom / cousin

**BMR**: Before she could answer, I had worked the zipper down to find a red dress in the bag. 2011 p. 137

**Crave:** "You should go with the red dress…" p. 430

95.

<u>The red dress is short, and too revealing</u>

**BMR**: I'm wearing a red, baby-doll mini dress with a form fitting peasant top, lace up bodice and cutesy gingham apron. A flouncy, red lace petticoat peeps out from beneath the too short hem. The long white knee socks and black patent Mary Jane shoes are the icing on the naughty girl cake of a costume. 2013 p. 136

**Crave**: "There's not enough material for it to be a lot of anything," Macy snickers. "Yeah, that's kind of my point." The red dress is amazing, no doubt about it. And I bet it looks gorgeous on Macy. But with all its geometric cuts and angles and the absolute lack of fabric near anything important, it's about as far from my usual style as I can get…. "I think I'm going to go with the yellow one,"….but the neckline is a little higher than the red one, and it should actually hit below my knees when I put it on, versus the top half of my thighs, like the red one.

**Section 10**

96.

***Heroine thinks to herself:*** <u>Alaska is like the moon:</u>        *(2 em dashes punctuation  used in both books)*

**BMR:** I've always felt that winter in Alaska must be like living on the moon–at least the way it looks in pictures–all white powdery stuff on the ground but blackness and stars surrounding you from all sides." 2011 p. 274

**Crave**: I'm not glad I'm here–Alaska feels like the moon right now–but I'm all for things getting easier." p. 34

97.

<u>On the day the heroine and romantic lead first meet, he is wearing black jeans and a t-shirt</u>

**BMR:** …though he was dressed well in black designer jeans and a black t-shirt… 2011 p. 20

**Crave:** …the black jeans and t-shirt he's wearing… p. 22

98.

He wears designer clothing, black v-neck sweater

**BMR:** ...though he was dressed well in black designer jeans… 2011 p. 20; Though he was dressed well in jeans and a black v-neck sweater…2010 p. 16

**Crave:** "Dressed all in Gucci black--silk V-neck sweater…" p. 86


99.

Heroine notices romantic leads hair, which is dark and tousled / falls forward

**BMR**: I noticed his tousled hair was a rich, dark brown, almost black. 2011 p. 15; He looked like someone you'd see in a glossy magazine ad for some hip designer; artfully disheveled hair… 2011 p. 108

**Crave:** Add in the thick, dark hair that's worn a little too long, so that it falls forward into his face and skims low across his insane cheekbones… p. 22


100.

Romantic lead is described as hot

**BMR**: Hot New Guy, he's incredibly hot 2011 p. 22, 311

**Crave:** And not just because he's hot…although he's definitely that. p. 21


101.

Romantic lead is striking, full red lips, chiseled features, beautiful

**BMR**: ...striking–bewitchingly good-looking... full lips and sculpted features...red lips and sun-kissed skin...was he really that beautiful?" 2011 p. 15-17, 219

**Crave**: ...too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone. Smooth, alabaster skin." p. 21

102.
Romantic leads eyes…

**BMR**: And those eyes… they were beguiling and disturbing at the same time. 2010 p. 30 ; 2011 p. 40

**Crave**: And his eyes. . . a bottomless obsidian that see everything and show nothing. p. 21


103.
Romantic lead has gemstone eyes

**BMR**: Amber eyes rimmed in black. 2011 16

**Crave**: …eyes…a bottomless obsidian… p. 21


104.
Heroine can't look away from romantic lead's stare

**BMR**: I tried not to stare as I approached the front doors of the school, but I couldn't bring myself to look away…Our eyes locked…"2011 p. 16

**Crave:** I'm trapped by his stare, hypnotized…" p. 21


105.
Romantic lead has a hypnotic effect on heroine:

 **BMR:**  …the way he smelled seem to have an almost hypnotic effect on me. 2010 p. 42; 2011 p. 55

**Crave**: ...hypnotized by the sheer magnetism rolling off him in waves. p. 21


106.
Heroine has to catch her breath when her gaze meets his / heroine reminds herself to breathe when their gazes collide                                              *(Same page)*

**BMR**: "He turns and our gazes collide…reminding myself to breathe slowly. *Whoa girl*…" 2013 p. 21-22

**Crave**: "...try to yank my gaze from his…I swallow hard to catch my breath." p. 21-22

107.
Romantic lead grins at heroine as if he knows exactly what effect he has on her

 **BMR:**  He steps forward. A tingling bolt of electricity runs through me. I can't help it—my lips part and I gasp. He grins a wicked grin and winks at me as if he knows exactly what effect he has on me." 2013 p. 20; 2011 p. 16

**Crave:** And now he's grinning, one corner of his mouth turning up in a crooked little smile that I feel in every single cell. Which only makes it worse, because that smirk says he knows exactly what kind of effect he's having on me. p. 22

108.
Heroine's heart is beating in a cage metaphor and it makes her mad

**BMR:** My traitorous heart fluttered in response to his nearness and that made me mad. 2011 p. 35; I looked down quickly, my heart racing wildly in the cage of my chest" 2010 p. 16

**Crave:**  "And there goes my heart again, beating like a caged bird desperate to escape. I hate it**.**" p. 27

109.
Heroine rip her eyes away and looks anywhere but / Heroine tears her eyes and looks anywhere but

**BMR:**I...tear my eyes away...keeping my eyes anywhere but on his face. 2011 p. 17

**Crave**: I rip my eyes away...Determined to avoid his eyes, I look anywhere but. p. 22

110.
Heroine notices romantic lead's biceps and his body

**BMR:** ...tall...fit with lean muscle. 2011 p. 15 ; I noticed the hard muscles of his biceps and chest…
2011 p. 167
**Crave**: ...his long, lean body...flat stomach, and hard, well-defined biceps. p. 22

111.

Romantic lead is wicked, dangerous, sexy, wild

**BMR:** The overall picture was one of dangerous, irresistible beauty...wicked grin… 2011 p. 16; ...just plain sexy. 2011 p. 20; something a little wild…danger in a bottle. 2011 p. 186; 53, 127, 368, 311; 2014 p. 19

**Crave:** ...sexy as hell. A little wicked, a lot wild, and all dangerous. p. 22; 28, 137, 224


112.

Romantic lead's smile turns one corner of his mouth up

**BMR:**...he smiled crookedly. 2010 p. 96; crooked grin 2011 p. 157; …a corner of his mouth turning up as he handed me my pencil… 2011 p. 24; The corners of his mouth turned up as though he was trying to suppress a smile." 2010 p. 224; amusement turning a corner of his mouth up 2011 p. 51

**Crave**: one corner of his mouth turning up in a crooked little smile p. 22, 385; 259; half smile, crooked smile, crooked grin.  p. 22, 393; 126; 216


113.

His looks remind the heroine of a dark / fallen angel and bad-boy

**BMR:** A beautiful dark angel. 2011 p. 222; He appears like the quintessential bad-boy. *Midnight Overview Notes 2009.*  Bad-boy grin  2010 p. 32

**Crave:** A fallen angel with a bad-boy vibe for miles... p. 30


114.

Heroine thinks romantic lead is terrifying, intriguing and exciting at the same time

**BMR**: "I knew he was dangerous on some level yet I found him intriguing and maybe even exciting at the same time. 2011 p. 127;"He captivated me in every way, he was just so appealing. And terrifying." 2011 p. 253
**Crave**:  "... I realize this guy is as terrifying as he is intriguing." p. 25  "this boy who frustrates, terrifies, and excites me all at the same time." p. 30

115.

<u>Heroine thinks there's something arrogant about the romantic lead</u>

**BMR**: The wry curl of his lip, the confident, almost ==arrogant== way he held himself whispered of danger. 2011 p. 20

**Crave:** I've got to admit, it's a pretty good description-especially the *==arrogan==t* part… p.137

116.

<u>Everything about romantic lead whispers / screams danger, the way he moves, the way he holds himself</u>

**BMR**: The wry curl of his lip, the confident, almost arrogant ==way he held himself== whispered of ==danger.== 2011 p. 20; All of the McKays were possessed of that same energy, an almost magnetic force of presence and a certain ==dangerous== something ==in the way== they ==moved==. 2011 p. 311

**Crave:** Every single thing about him screams ==danger==—of the dark and brutally wounded variety. It's in his eyes, in his voice, ==in the way he holds himself== and ==the way he== ==moves==.  p. 172

**Section 11**

117.

<u>Heroine's friends / friend and cousin tell heroine romantic lead is intense</u>  (7 pages apart)

**BMR:** *Jenny:* "There's something about him, something ==intense==…something about him that's ==different== from everyone else…" 2011 p. 311;  *Brendan:* "You know, the penetrating stare, his dominant male mojo and all that. He's pretty ==intense==." 2011 ==p. 182==  "He is ==intense== and charismatic." *Midnight Overview Notes,* 2009

**Crave:** *Macy*: "...he's ==different== when he's with you. He's somehow less ==intense== but also *more* ==intense...==" ==p. 175==

118.

<u>Heroine's friend / cousin says romantic lead is tough to date / not easy to be around</u>

**BMR:** *Jenny*: "==He'd be tough to date==. There's something about him, ==something intense...==" 2011 p. 311

**Crave:** *Macy:* "Hey, I told you to stay away from him because he's not an easy guy to be around." p. 175


119.

The heroine tells herself she doesn't want the romantic lead; he's unattainable

**BMR**: "But if I were to date someone, it wouldn't be him. 2011 p. 20 24, 25  "...first love, the seemingly unattainable object of affection…" *Midnight Overview Notes, 2009*

**Crave**: "The new girl swooning over the hottest, most unattainable boy in school? Gross. And so not happening." p. 23


120.

Heroine thinks there is something different about the romantic lead, magnetism

**BMR**: There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82

**Crave**: "Still, there's something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…sheer magnetism rolling off him in waves. p. 21


121.

Heroine feels mad / hate and conflicted by her feelings towards romantic lead:

**BMR:** Up close he's even better looking…My traitorous heart flutters in response to his nearness and that makes me mad. I don't want to have this reaction. Not when my feelings about him are so conflicted. 2013  p. 35; p. 114

**Crave:** He steps forward, closing the small distance I put between us. And there goes my heart again, beating like a caged bird desperate to escape. I hate it. I hate that he's bested me, and I hate that being this close to him makes me feel a bunch of things I shouldn't... The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating p. 27

122.

Romantic lead feels a sense of responsibility to stop the war and keep the balance

**BMR**:"They're searching for someone…who is tied to both houses, light and dark. That girl is the key to tipping the balance of the war, one way or the other (2011 p. 239)... If they find her first, the world as we know it will never be the same (2011 p. 241)....it's my duty, the duty of my people to look after and protect yours. It's what has to be done…there is no second chance here, Anna." 2011 p. 248

**Crave**: "We're balanced on a razor-thin tightrope, and every day, every minute, is a balancing act. One wrong step in either direction, and the world burns. Not just ours, but yours as well, Grace. I can't let that happen." p. 399

123.

Romantic lead is a powerful supernatural being; he's a werewolf / vampire

**BMR**: He claimed he wasn't a werewolf but could shift into a wolf. It seemed like a bit of a technicality…. 2011 p. 236

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313

124.

Romantic lead's parents are leaders of their supernatural kind and would destroy heroine if they knew what she was

**BMR**: *Romantic lead's father:* "Our particular Clan also has the honor and distinction to serve as Knights of the Order," Baen added.
*Heroine*"...the corrupt Order that killed my dad. And they'll want me if they find out about me. 2013 p. 223

**Crush**: *Romantic Lead:* "My parents have the highest positions of power on the council…my father instigated the murdering of all the gargoyles…(heroine is a gargoyle) p. 220 Grace may have survived my father's bite, but that only makes her more of a target." p. 662

**Section 12**

125.

Shakespeare is quoted on the first meet day between the heroine and romantic lead and the
heroine is irritated with the romantic lead and his behavior

**BMR**: *Heroine:* I whispered furiously, glaring daggers at him. "Et tu, Brute?" 2011 p. 40

**Crave**: *Heroine:* "The quote is, 'There are more things in heaven and *earth*, Horatio.'...I need to
go.' I force the words past a jaw I didn't even know I'd been clenching.' p. 24- 25

*(Crave uses the Shakespeare quote from Julius Caesar, "Et tu, Brute" on page 161, like BMR.
The quote above is from Shakespeare's Hamlet. BMR quotes Shakespeare's Macbeth. 2013 p. 6. )*

126.

Heroine snaps back at the romantic lead when she feels offended by him on their first meet day

**BMR**: *Heroine to romantic lead*: "There's an expression about pay backs. Looks like yours is coming
right about now." I don't know where that came from but after the morning I'd had, it felt really good
saying it. 2011 p. 47

**Crave**: *Heroine to romantic lead*: "Is it that stick up your ass that makes you such a jerk?...Or is this
just your regular, charming personality?" p. 26

127.

Heroine and romantic lead are in a verbal repartee; he fires back / she fires back

**BMR**: "'What about your girlfriend?' I fired back. There, I had him now." 2011 p. 53

**Crave**: "Then he fires back, 'I've got to say, if that's the best you've got, I give you about an hour.'"
p. 26

128.
Heroine is upset romantic lead wins verbal repartee between them during the first day they meet

**BMR**: Match and game. I hadn't anticipated that. 2011 p. 53

**Crave:** I hate that he's bested me… p. 27


129.
Verbal repartee: heroine feels frustrated, angry, offended, and conflicted at the effect the romantic lead has on her, and blames him for it

**BMR:** Up close he's even better looking than I remembered. My traitorous heart flutters in response to his nearness and that makes me mad. I don't want to have this reaction. Not when my feelings about him are so conflicted." 2013  p. 35; "...at first she is intimidated and slightly offended by Ash's confidence and magnetism. She is also hopelessly attracted to him in spite of herself." *Midnight Overview Notes,* 2009

**Crave:** He steps forward, closing the small distance I put between us. And there goes my heart again, beating like a caged bird desperate to escape. I hate it. I hate that he's bested me, and I hate that being this close to him makes me feel a bunch of things I shouldn't for a guy who's been a total jerk to me…" p. 27


130.
Romantic lead is so close heroine can feel his warm breath

**BMR**: ...bringing his face so close that I could feel the huff of his warm breath on my own…2010 p. 42

**Crave:** he leans closer still, *gets* closer still, until I can feel his warm breath on my cheek… p. 27


131.
The girls at school want the attention of the romantic lead, find him attractive

**BMR:** ...it seemed that all of the girls made some excuse to ogle him, dropping pencils, coughing, stretching...2011 p. 24

**Crave:** Well, all I'm saying is, there's a reason half the girls in the school are swooning over Jaxon. p. 220

132.
Heroine calls him Tall, dark nicknames in her head

**BMR:** Tall, dark, and mercilessly good-looking. 2011 p. 20
Tall, dark, and wickedly handsome 2012 p. 19
Mr. Tall, Dark, and Bloodthirsty, *heroine refers to vampire prince*. 2011 p. 507

**Crave:** Mr. Tall, Dark, and Surly. p. 32, *he is the vampire prince*
Tall, Dark and Surly p. 34

133.
Heroine is asked by teacher to introduce herself /doesn't have to introduce herself on the first day of class, she is shy

**BMR**: "Why don't you two introduce yourselves before we go any further." She has a teasing look on her face as if she knows just how embarrassing this will be. "Stand up, tell us a little bit about yourself and why you're taking this class." 2012 p. 38; 2010 p. 30; 2011 p. 40; "Because I'm a little shy…" 2010 p. 10

**Crave:** "Since you look like the shy type–despite your association with Katmere's most notorious student I won't make you stand up and introduce yourself to the class." p. 227

**Section 13**

134.
Heroine's best friend is a school cheerleader / cousin and best friend is a school dance team member

**BMR:** ... she's part of Amanda's latest phase—the cheerleader phase. One I hope won't last for very long. 2012 p. 26; 2013  p. 29

**Crave:** ...I've never been a big dance team enthusiast. But Macy obviously loves it... p. 247-48

135.
Heroine's best friend is a supernatural

**BMR**: *Taylor to heroine about herself and Amanda*: "I thought you knew we were succubi, and that maybe you were too, when Amanda and I invited you to the party." 2012 p. 488

**Crave**: Macy sighs. "I'm a witch, Grace." p. 314

136.

In BMR, the heroine becomes new best friends with two cousins who are best friends, Jenny and Rachel.  In Crave, the heroine and her cousin are new best friends.

Cousins and best friends

**BMR:** Cousins, Rachel and Jenny are BFFs. 2010 p. 112

**Crave**: *Heroine to Macy:*  "If we weren't cousins who are also destined to be best friends, I would resent you." p. 78

137.

Brendan / Flint has warm brown skin. *(He is a parallel character)*

**BMR**: He has warm, cafe-au-lait skin… 2011 p. 100; His usual warm, mochachino skin…"2011 p. 564; 94

**Crave**: Warm, brown skin. p. 35

138.

Flint / Brendan is described as  gorgeous

**BMR**: *Describing Bredan:* And Brendan all golden and gorgeous. 2012 p. 280; ...Brendan is also beautiful. 2011 p. 100

**Crave**: *Describing Flint:* I mean, yeah, he's gorgeous… p. 43

139.

Flint / Brendan is supersmart / brainy

**BMR**: Brendan is the tie that binds their group together, he's both brainy and athletic. 2013 p. 100

**Crave**: ...he's nice and supersmart… p. 43

140.

Brendan / Flint is multiracial part Black

**BMR:** His father a surgeon of multiracial descent. They're sort of the Heidi Klum and Seal… 2011 p. 100 *(Seal is a musician with a Nigerian father and Brazilian mother).*

**Crave**: Black afro that looks amazing on him. p. 35

**Crush**: ...a mixed-race couple who I realize with some astonishment are Flint's parents. p. 382

141.

Brendan / Flint has a charming smile that everyone responds to

**BMR**: *Brendan:* He flashed his charming political smile–the one that everyone found so friendly and reassuring. 2011 p. 102

**Crave**: *Flint:* I turn and end up grinning at him because it's impossible not to. He's just that fun *and* that charming. p. 142

142.

Flint / Brendan wears things that are funny, he has a sense of humor

**BMR**: *Brendan:* Brendan was dressed all in black interrupted by a white line down the middle of his front and back with yellow dashes. A stuffed kitty taped to his chest with bits of the stuffing spilling out of the cat's middle completed the look. 2011 p. 141

**Crave**: *Flint:* Not to mention the fact that he's wearing a snow hat in the shape of a fire-breathing dragon that looks absolutely ridiculous. p. 142

143.

Only the heroine knows Flint is gay / Only the heroine knows Brendan is gay

**BMR**: What she and the rest of our classmates don't know is that his immunity is due to the fact he's gay. 2011 p. 100

**Crush**: "I'm gay, Grace." p. 388 "But you're the first person I've told." p. 388-389

144.

Brendan / Flint waggles his brows at the heroine

**BMR**: Brendan waggled his brows at me, the brat. 2011 p. 166

**Crush**: Flint waggles his brows at me. p. 272


145.

Brendan / Flint is involved in school leadership

**BMR**: "Brendan is our class president." 2011 p. 99

**Crush** (Book 2): *Jaxon to Flint:* "You're the team captain…" p. 394


146.

Brendan / Flint calls the heroine nicknames / a nickname and says baby to her

**BMR**: *Brendan to heroine:* "..Peaches."..."sweetie pie".. "pumpkin" ... Brendan always calls me ridiculous pet names. 2011 p. 100, p, 142, p. 164, p 180, p. 515

**Crush** (Book 2): *Flint to heroine:* "New Girl! You're back!" p. 40, p 41, p. 184, p. 248, p. 266, p. 284 *(He calls the heroine New Girl)*

**BMR**: *Brendan to heroine*: "Hey pumpkin…" Brendan greeted me…he grinned… "Little Red Riding Hood in goth. I dig it." He twirled me around the foyer causing the shapeless sack I was wearing to flounce. "Now that's just naughty," he teased. 2011 p. 141; Brendan clasped his hands to his chest. "Are you saying it's over, baby?" 2011 p. 165

**Crush** (Book 2): *Flint to heroine:* "Ooh. The new girl's got some claws after all. I like it." I roll my eyes. "You're a total weirdo. You know that, right?" "Know it? I own it, baby." I can't help but laugh as he makes a ridiculous face at me, crossing his eyes and sticking out his tongue. p. 231

**BMR:** *Brendan to heroine:*…he struts down a mock runway, putting his hands on his hips and posing. "Sashay, shante, baby." 2012 p. 124; 2013 p. 129; 2011 p. 141

**Crush** (Book 2): *Flint to heroine*: "You ready to show these guys how it's done, Grace?" Flint asks… "How what's done?"... "How to fly, baby!" He throws his arms out…as he zips around me like a three year old pretending to be an airplane… p. 318

147.

Romantic lead / Heroine's close male friend, Flint has molten amber eyes that are bright

**BMR**: His eyes were molten amber rimmed in black, as bright and shiny as a new penny. 2011 p. 367

**Crave**: ...watching me with those molten amber eyes of his. p. 362; Bright-amber eyes that seem to burn from within. p. 35

148.

The romantic lead stares at Brendan / Flint, and keeps looking at him until Brendan / Flint looks away *(The heroine thinks the romantic lead is jealous of Brendan / Flint)*

**BMR**: Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. "I didn't realize you were on a date," he said with a chill in his voice. 2011 p. 164

**Crave** (Book 1): ...the coldness in Jaxon's eyes...it's directed at Flint...he's not looking at me. He's not looking at Jaxon, either. Instead he's gazing off into the distance...As for everybody else...they're riveted by the drama, eyes glued to Jaxon as he continues to watch Flint who continues to very obviously not watch him back. p. 157, p. 243

**Section 14**

149.

Heroine is given a ride from school on motorcycle /to school on a snowmobile

**BMR**: ...he reaches onto the back of the motorcycle…An extra helmet… "Wrap your arms around me and hold on tight."... we speed along in silence wishing that time would stretch on forever. 2012 p. 49-50;p. 52-53

**Crave**: …that's when Macy reaches for one of the helmets draped over the snowmobile's handles… "Hold on to my waist!"…we're speeding into the darkness that stretches endlessly in front of us. p. 10-11


150.

There is a remote chateau / castle surrounded by mountains and is located on a hillside near a town / on the side of mountain of a town

**BMR**: I noticed that we were now on the hillside. Anchorage is surrounded by water—Cook Inlet on one side and mountains all around. The hillside area is still considered to be in town but it's remote and homes dot the hillside overlooking the town and the Inlet.  We reached a security gate and large stone walls. Of all things. I should have felt right at home. After all, they were just like the ones we had around our house.  Ash drove the Land Rover down a long drive. I took in the dense forest of trees all around.  After a very long minute or more we finally reached a park with a circular driveway. Their home was more of a chateau than a house and would have looked appropriate some place in Europe rather than in Anchorage, Alaska. 2011 p. 411-412

**Crave**: I can't help but think of the mountains and rivers that surround this town in all directions and wonder where on earth I'm going to end up before this day is through." p. 8: "Or should I say the huge castle looming in front of us, because the dwelling I'm looking at is nothing like a modern building. And absolutely nothing like any school I have ever seen. I tried to Google it before I got here, but apparently Katmere Academy is so elite even Google hasn't heard of it. First of all, it's big. Like, really big... and sprawling. From here it looks like the brick wall in front of the castle stretches halfway around the mountain.p. 13


151.

The romantic lead and his family live in an Old World European Chateau/The boarding school is in a castle /

**BMR**: Live on large compound like a castle– with some family members and Clan. *The Plot,* 2008; looks like an Old World European chateau. 2013 p. 322; 2011 p. 412

**Crave**: Or should I say the huge *castle*. p. 13 Gothic castle p. 13

152.

Heroine notices the very long driveway to get to the chateau /castle

**BMR**: *To the Chateau*: Ash drove the Land Rover down a long drive... After a very long minute or more we finally reached a park with a circular driveway. 2011 p. 412

**Crave**: *To the castle:* Just a long, winding driveway that looks like every other prep school driveway I've ever seen on TV…  p. 13-14


153.

Heroine describes the chateau as an architectural masterpiece/ the castle as architecture she's only heard described in art class

**BMR**: Their home was more of a chateau than a house and would have looked more appropriate in Europe rather than in Anchorage, Alaska. Entirely made of stone, it was an architectural masterpiece. 2011 p. 412  The house looks like an Old World European chateau. Not a home in Alaska. 2013 p. 322 Live on large compound like a castle– with some family members and Clan. *The Plot,* 2008

**Crave**: ..the huge *castle*...because the dwelling I'm looking at is nothing like a modern building…with architecture I've only heard described in my art classes before. p. 13; castle thing with its pointed archways and elaborate stone work p. 16-17


154.

Huge gate, enters code, stone walls

**BMR:** We reached a security gate and large stone walls. 2011 p. 411 (Chateau); ...entered my code on the keypad. 2011 p. 56  *(Heroine's home is also surrounded by stone walls and a security gate).*

**Crave**: .... the brick wall in front of the castle stretches halfway around the mountain...Macy pulls up to the huge gate at the front of the school and enters a code. p. 13 *castle*, complete with stone walls. p. 17


155.

Heroine notices that the castle / Sanctuary has an ornately carved double doors

**BMR**: ...ornately carved double doors, 2011 p. 525

**Crave:**  incredibly ornate front doors p. 14; ... ornately carved set of double doors**.** p. 75

156.

<u>Inside the castle the heroine notices the details / Inside the chateau the heroine notices the details</u>

**BMR:**  The inside of the chateau is described with " ceilings vaulted with large, arched doorways" and "crystal chandeliers." "fire..blazing in the hearth"; "tapestry"  2011 p. 414, 416;  2014 p. 338 (tapestry)

**Crave**: The inside of the castle is described with "vaulted arches," "arched ceiling" "antique doors," "crystal chandeliers," " "roaring fireplace" "tapestries"  p. 13, 14, 16-17

157.

<u>The heroine notices decorations carved into dragons</u>

**BMR:** Peering at the gilt carvings along the frame more closely, I notice that what I have mistaken for fanciful curlicues is in actuality a design of two silver and gold dragons.2012 p. 313; 2013 p. 426

**Crave**: Each wall sconce is carved into the shape of a different dragon. p. 76

158.

<u>Katmai a place for supernaturals / Katmere the supernatural school</u>

**BMR**: "Katmai…is in Alaska…..(it's a real place only accessible by float plane which makes this fun for the reader). In book 2, it's magically accessed like Sanctuary. Sanctuary is a magical place where all supes meet on neutral ground. No fighting. And no one can do harm because there are wards. Katmai is one of the last refuges where nature is in balance with humans and the supernaturals. The supes go during the summer of the midnight sun when some of them are vulnerable (like trolls etc. and some of the demon races). Anna and friends will go once she knows what she is." *The World Notes*, 2010

*(Katmai, Alaska is a real place. Float planes are small planes that can land on water. They are taken to get to Katmai).*

**Crave:** "Is that Katmere Academy?" I shout.  p. 12; Now, though, as I stare at this plane that I'm not even sure deserves the dignity of being called a plane… p. 1

*(The plane in the first few pages is a small plane the heroine catches from Fairbanks to fly to Healy).*

159.

Heroine felt like she was in Dante's Inferno (the only painting by Dali that is like a horror movie) when at Sanctuary, the place for supernaturals/Heroine felt like she was in a horror movie or Salvadore Dali painting when at the school for supernaturals

**BMR**: *Heroine says*: felt like I was in Dante's inferno."  2011 p. 491

**Crave**: *Heroine says*: Like I'm trapped in a horror movie or Salvador Dali painting. p. 13

*(Salvador Dali painted Dante's Inferno, which is the only Dali painting that symbolizes hell).*


**Section 15**

160.

At the end of their first meet day / first meet scene,  the romantic lead warns the heroine to be careful

**BMR:** *Romantic lead to heroine:* "It's not safe to be out alone, even after school."...He looked as though he wanted to say something more. 2010 p. 48; 2011 p. 62

**Crave:** *Romantic lead to heroine:*  "Keep your head down. Don't look too closely at anyone or anything. And always, *always* watch your back." p. 31


161.

Romantic lead reaches out and touches heroine's hair during the first meet day / scene

**BMR**: ... he reached out with one hand and brushed a lock of my hair back from my face, his touch so light it was almost as though I had imagined it. 2011 p. 62

**Crave**: …he reaches out and gently takes hold of one of my million curls. p. 29


162.

Heroine thinks the romantic lead / her uncle has a clean woodsy scent

 **BMR**: He smelled wonderful, a clean, woodsy scent 2011 p. 17

**Crave:** …comforting scent of him—the same woodsy scent" (describing uncle) p. 32


163.

Aunt / uncle talks to heroine about an amulet / set of rune stones that was her father's and is now heroine's

**BMR**: *Aunt to heroine:* "Do you still wear your amulet every day, the one Dante gave you?" … I love it not only for its beauty but because it reminds me of my dad. 2011 p. 79-80 ; *(The amulet was her father's).* "Though it's strange your father gave you his own and so early." p. 439

**Covet** (Book 3)**:** *Uncle to heroine:* "They were your father's, Grace. He left them in my safekeeping...once you got here, I knew they were meant to be yours." p. 423 *(set of her father's rune stones)*


164.

The heroine describes what this object of her father's looks like

**BMR**: On the front is a depiction of a jackal's head in profile wearing an Egyptian headdress and collar encrusted in lapis and carnelian. 2011 p. 80

**Covet** (Book 3): Nestled inside is a rectangular stone. It's bright pink (big surprise) with a few white-and-maroon-colored lines running through it, and carved on the top is an inscription--two Vs nestled together on their sides. p. 423


165.

Aunt / uncle explains the meaning of the stones to the heroine

**BMR:** *Aunt to heroine:* "Carnelian is an energy booster. That makes sense doesn't it, because it's red?... Lapis is an ancient stone of the most powerful protection. It's said to shelter the wearer from danger. But it can also help you tap into your own inner power." 2011 p. 80-81

**Covet** (Book 3): *Uncle to heroine:* "The stone it's carved in--rhodochrosite--means the same. Emotional healing and joy." p. 423


166.

The heroine's emotions stick in her throat during the conversation with her aunt /uncle about her father's amulet / runes because she misses her father

**BMR:** I swallowed a lump in my throat. 2011 p. 81

**Covet** (Book 3): ...a sob rises up out of nowhere, lodges in my throat. p. 424

167.
The heroine's aunt / uncle tells her not to take the object off, ever / to keep it on her at all times

**BMR**: *Aunt to heroine:*  "You mustn't take it off. Ever." 2011 p. 81

**Covet** (Book 3): *Uncle to heroine:*  "No matter what happens, no matter where you are in the next several days and weeks, I want you to keep that rune on you at all times." p. 424

168.
When aunt / uncle talk to heroine about the stone and her father, the aunt / uncle is not forthcoming a

**BMR**: "I decided to press and see how far she'd go. There was always the feeling, even with my Aunt Brie, of hidden doors that I wasn't to try and open—things I wasn't to ask and we couldn't discuss.  I wondered if she'd tell me more, more about my dad, more about the time before we came to Alaska…'Did he practice the Craft, Aunt Brie?' 'Not exactly.' She gave me an enigmatic smile." 2011 p. 81

**Covet** (Book 3): *Heroine and uncle:* 'Is there a reason why-' 'You'll know why soon enough,' he tells me. 'And you'll know when. Just remember to trust yourself and the people who love you. We've got you.' He looks like he's about to say more but Macy comes bounding out of the shower in a long robe, with her hair up in a towel." p. 424

169.
When heroine goes to sleep that night, she thinks about her day at school, her friends, the romantic lead, her dad and grandparents / her dad and mom / and their deaths

**BMR**: I had been getting ready for bed and obsessing about my friends turning on me, and Ash of course. He'd left so suddenly today…" … "My dad and grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really." 2010 p. 56, 58 (before she goes to sleep)

**Crave**: I glance at the clock–3:23 in the morning......most of my old friends drifted away after my parents died…"My parents, leaving San Diego and my friends, that ridiculous airplane ride into Healy. Macy's expectations for our friendship, the way Jaxon looked at me and then *didn't* look at me, the things he said to me." p. 48-50 (when she wakes up in the middle of the night)

## Section 16

170.

Heroine thinks there is something different about the romantic lead, magnetism

**BMR**: "There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82

**Crave:** "Still, there's something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…sheer magnetism rolling off him in waves." p. 21

171.

Heroine thinks romantic lead is terrifying, intriguing and exciting at the same time

**BMR**: I knew he was dangerous on some level yet I found him intriguing and maybe even exciting at the same time. 2011 p. 127 He captivated me in every way, he was just so appealing. And terrifying. 2011 p. 253

**Crave**:  .. I realize this guy is as terrifying as he is intriguing. p. 25 this boy who frustrates, terrifies, and excites me all at the same time. p. 30

172.

Heroine notes when she is around romantic lead that she babbles when she's nervous, especially around him

**BMR**:...I babbled nervously. 2011 p. 36 (talking with romantic lead) Instead, I was possessed by a wracking case of babbling, stumbling idiocy, with no control over what came out of my mouth. 2011 p. 52

**Crave**: .....I tend to either clam up or babble when I'm nervous, so all in all, it's not a *terrible* performance. p. 126 *(runs into romantic lead with Lia)*

173.

Word vomit                                                              *(same page)*

**BMR:** Word vomit. Twice in one day and both times with him! 2011 p. 52

**Covet**: ...I force myself to stop vomiting words... p. 52

174.

Romantic lead has different moods each time he meets heroine            *(one page apart)*

**BMR**: Ash… was ever present in my thoughts but when we saw one another he was distant. No more flirtatious banter between us, no more anything. At times, I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times inexplicably, he looked angry. 2010 p. 91

**Crave:** I've run into him four times since I got to this frozen hellhole, and each time has been a different experience. Douchey the first time, blank the second, intense the third, and furious the fourth.  p. 90

175.

Heroine has uncomfortable feelings about the romantic lead, doesn't want to crush on him but is / is crushing on him

**BMR**: Although I knew Ash couldn't see or hear me, it was so embarrassing. It was as if talking about him might suddenly appear or somehow know I was talking about him. Paranoid right? Psychotic? Maybe a little. But crushing on someone is like that. 2011 p. 84

**Crave**: Just like I ignore the weird feeling inside me that has shown up every time I've seen him. I assure myself it's nothing, that it doesn't matter. Because no way am I about to crush on a boy this complicated…all I really want to do is grab on to him and hold on tight. It's an absurd thought, an absurd feeling… p. 126-127

176.
Heroine notes romantic lead has a temper, and is trying to figure out her feelings toward him

BMR: ... Ash was also fiercely angry about his brother's death and wanted to track down those responsible…he seemed bent on vengeance of some sort…He was kind to me, giving me rides…Attraction. Infatuation…obsession? I was pretty sure I was falling for him, and hard. Maybe it was all tied up together–the love, the fear, the attraction. 2011 p. 186-187

His temper, in fact any intense emotion, can take him over the edge… *The Cast Notes,* 2008 p. 3; *Midnight Overview Notes,* 2009 p. 2

Crave: He looked pissed as hell at Flint…But a guy who isn't interested doesn't act like Jaxon did, right? He doesn't have the kind of temper tantrum—and it was a tantrum…Jaxon had…I've only ever had one boyfriend, and the way I felt about Gabe was nothing like this…I never spent hours obsessing over his every word, never found myself longing for his tough the way I do for Jaxon's. p. 168-169


177.
Heroine is drawn to the romantic lead, responds to the danger inside him and likes it     *(same page)*

BMR: "I realized that it was a bit twisted to feel that way about him, to be drawn to him even though he frightened me—maybe even to be drawn to him because he frightened me—but I was. Something inside of me responded to the dangerous edge in him and liked it." 2011 p. 127

Crave: "Instead, I stay where I am. Not because Jaxon is blocking my way--which he is--but because everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…" p. 127


178.
Heroine realizes she's taking risks being with romantic lead     *(same page)*

BMR: "I realized that it was a bit twisted to feel that way about him, to be drawn to him even though he frightened me–maybe even to be drawn to him because he frightened me–but I was." 2011 p. 127 "It was always this way with him–me taking risks when the outcome might prove dangerous." 2013    p. 347

Crave: "Instead, I stay where I am…everything inside me is responding to everything inside him… though I've never been that girl before, the one who takes risks just to see how they feel. " p. 127

179.
Heroine is obsessed with romantic lead; she's in way over her head

**BMR**: ...obsession? I was pretty sure I was falling for him. And hard. 2011 p. 187 I was in way over my head. 2011 p. 121

**Crave**: I feel like I am obsessed with him. I think about him all the— p. 176… I'm in way over my head… p. 177

180.
Romantic lead tells heroine I don't know what you like, offers drink

**BMR**: "Coffee, hot chocolate? I don't know what you like…" "This one's for me?" I gestured toward the bottle of water on my side of the table. 2010 p. 173

**Crave**: "I don't know what you like yet…" There's a cup of coffee and another one of tea. A bottle of sparkling water… p. 188-189

181.
Romantic lead wants to know heroine's favorite things

**BMR**: "I want to know your favorite foods, books, movies, all of it." 2011p. 288; 2010 p. 225

**Crave**: "What's your favorite movie...favorite song...favorite ice cream flavor…" p. 191-193

*(In BMR manuscripts, this is a line or two and more developed as the manuscripts progress. In Crave, Wolff uses texts for this scene.)*

182.
Heroine calls romantic lead nicknames in her head:

**BMR:** Tall, dark, and mercilessly good-looking 2011 p. 20
Tall, dark, and wickedly handsome 2012 p. 19
Mr. Tall, Dark, and Bloodthirsty, heroine refers to vampire prince 2011 p. 507

**Crave:** Mr. Tall, Dark, and Surly. p. 32
Tall, Dark and Surly p. 34


183.
<u>After romantic lead leaves, heroine is left wondering</u>

**BMR:** He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering."= 2011 p. 63; 2014 p. 58
"Already she feels that he is somehow important to her and wonders why." *Chapter Analysis*, 5-14-10

**Crave:** I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do.  p. 64


184.
<u>Romantic lead comes and goes so quickly, she can't hear him, seems like he "vanishes"</u>

**BMR:**  "There was no sign of Ash. He'd simply vanished. Could he do that?...no footprints either." 2011  p. 451

**Crave:** "But not only is he not lying broken on the ground three stories below, he's nowhere to be seen at all. He's vanished right into thin air." p. 292


185.
<u>Romantic lead moves so quickly it's called fading / it's called casting</u>

**BMR**: He moved so quickly that the trees around us flashed by in a blur…
"He becomes smoke and mist and then nothing at all. I blink and he reappears. "How did you do that?"... "Casting is a Power.. cast myself and small objects…" 2011 p. 485; 2016 p. 87

**Crave**: I fade through the space between us, roughly the size of three football fields, in a flash. p. 554

**Section 17**

186.

Heroine and romantic lead talk, and she learns that he had an older brother who died. Heroine believes he's in pain over it and relates.                                                    *(5 pages apart)*

**BMR**: "My brother Dylan was killed. He was nineteen.' He kept his eyes steadily on the road as he spoke. 'He was in the wrong place at the wrong time. So they say…I should've done something.' He said the last part quietly, almost to himself as he stared off into the distance. I understood his pain. He felt the same way I did about my dad and grandparents." 2011 p. 125

**Crave:** "Just that her boyfriend died. She didn't say anything about you at all. I just took a guess that her boyfriend might also be…' 'My brother? Yeah, Hudson was my brother.' The words drip ice, in an effort–I think–to keep me from knowing how much they hurt. But I've been there, have spent weeks doing the same thing, and he doesn't fool me. p. 130

*(The romantic lead's older brother died. In BMR, he was nineteen. In the Crave series, Hudson looks nineteen. Covet p. 448)*

187.

Heroine  notices pain in the eyes of the romantic lead, and his pain is like her own

**BMR:** It was the pain in his eyes as he spoke that told me he'd lost someone close. 2011 p. 125 …his eyes…revealed within their depths was an anguish so raw I knew it rivaled my own. 2011 p. 592 (about second romantic lead)

**Crave**: "Even his eyes change…Stillness and an agony so deep…But I *can* see it. More, I can *feel* it calling to my own pain." p. 29

188.

Heroine feels connected to romantic lead by loss

**BMR:** ….I understood his pain. He felt the same way I did about my dad and grandparents….I found myself feeling more and more connected to Ash. I understood him and I knew he understood me. 2011 p. 125, 127

**Crave:** ....connected in a way I can feel but can't comprehend by our very separate horrors. p. 29, p. 49


189.

Heroine recognize they both have a lot in common in terms of loss

**BMR**: It was the pain in his eyes that told me he'd lost someone close. 2011 p. 125 "We have a lot in common don't we?...I totally understand." And I knew he did. Because he felt the same way. Responsible. 2011 p. 128

**Crave**: Maybe that's why he's different with me. Because he knows I've lost someone too. p. 182


190.

Heroine and romantic lead connected through loss

**BMR**: "Anna carries a strong sense of loss over the death of her father…. It is through her relationship with Ash that she comes to see herself for who and what she really is… and heals her emotional wounds. Ash's connection with Anna is intense right from the start. It is through his relationship with her...that he comes to terms with his brother's death and is healed. *Midnight Overview Notes,* 2009 (He's lost his brother, she's lost her dad and grandparents).

**Crave**: "But if the attraction between you and Jaxon is because you've both lost someone…Just be careful, okay, Grace?" p. 182 (Romantic lead has lost his brother, heroine has lost her parents).


**Section 18**

191.

Romantic lead has tried to stay away because he doesn't think it's safe for the heroine to be around him

**BMR:** "It's just that if we're seen together as a couple, it might well...it might not be safe." 2011 p. 297 "I'm just worried now that you're so very publicly connected to me. That's all... We're going to have to be even more careful than I'd planned."  2011 p. 321-322

"So you've been avoiding me because?"... "I wanted to protect you...I didn't think it was safe for you to be around me. You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99

**Crave:** "They've been gunning for you since you got here. I don't know why it started, if it's because you're human or if there's something I haven't figured out yet. But I'm sure it's continued—and gotten worse—because you're mine...It's why I tried to stay away from you…" p. 398-399

**BMR**: "If you didn't know me maybe you wouldn't be caught up in this. And you are, Anna. Things can never be what they were—there's no going back." 2011 p. 411; "I'm sorry this happened. It's my fault. If you didn't know me, you wouldn't be caught up in this." 2014 p. 261

**Crave**: "From the moment I kissed you. From the moment you got hurt, everything changed…Now I've all but put a bull's eye in the middle of your back and dared someone to take a shot." p. 291

192.
Romantic lead tells heroine they need to stay away from each other

**BMR**: "It's just that if we're seen together as a couple, it might well...it might not be safe. We don't know whether another student or even a faculty member is part of what's going on…staying away from me would be better for you." 2011 p. 297, 299

**Crave:** "You didn't *do* anything." "I did *everything*…You need to stay away from me. I *need* to stay *away* from you." p. 291

193.
Heroine realizes romantic lead tried to keep his distance so she wouldn't figure out the truth

**BMR**: The reason he'd kept his distance is because his parents knew he had a shifty eye problem and didn't want him dating a girl from school who might find out about it. Me.  2011 p. 186

**Crave**: "Or is there something more to the story, something that accounts for why my uncle was so nervous and Jaxon so determined to put distance between us. p. 300

194.
He tells heroine it won't be easy for them to be together

**BMR**: "You know this isn't going to be easy for us," 2010 p. 200; 2011 p. 259

**Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." p. 167

195.

Romantic lead is selfish and can't stay away from heroine

**BMR:** "Staying away from me would be better for you. But I'm selfish, Anna." 2010 p. 233; 2011 p. 299

**Crave**: I should have left Grace the hell alone. But I'm selfish and I'm weak and I couldn't not see her. p. 562

196.

The romantic lead believes she is his mate / that they are bonded mates

**BMR:** 'What does bonded mean?' 'We can have only one life partner. If that person dies we don't get remarried.' He paused a moment. 'Many choose not to live after their mate dies—unless there are children.'... '…finding that one person right under your very own nose,' he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him.' 2011 p. 423-424; 495 (BMR uses "bonded" "mates")

**Crave**: "This girl, this fragile human girl…is my mate." p. 546 ("mating bond" used in Crave series)

**Section 19**

197.

Halloween is mentioned and is tomorrow / Halloween was three days ago

**BMR**: "Are you going to the Halloween dance tomorrow night?" 2010 p. 105; 2011 p. 133

**Crave**: "Halloween was three days ago." p. 97 *(This sentence is edited in later editions to say "Halloween wasn't that long ago. p. 97)*

198.

Halloween is heroine's favorite holiday/ Halloween is Uncle Finn's favorite holiday

**BMR:** *Heroine:* Halloween is my very favorite holiday... 2011 p. 133

**Crave:** *Cousin to heroine*: "...Halloween has always been my dad's favorite holiday." p. 211

199.
Heroine describes how newbies dress in Alaska –                    *(one page apart)*

**BMR:** New people from the Lower Forty-Eight, 'chechakos,' wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves and act all tough like they're true Alaskans… I noticed that he wasn't dressed like a newbie, even though it was his first winter here. 2011 p. 118-119

**Crave:** ...because I'm a total newbie--I google how to dress for an Alaskan winter. Turns out the answer is *very* carefully, even when it's only November…wool tights...a layer of long underwear...fleece pants...fleece jacket...hat, scarf, gloves, and two pairs of socks...down filled hooded parka...snow boots. p. 117

**Section 20**

200.
The voice inside her head says to run!

**BMR:** "That new inner voice inside my head is warning me to get it together…The voice says run!" 2013 p. 360; "The voice inside my head is screaming…" 2013 p. 381

**Crave:** "*Run, run, run!* The voice inside me is full-on screaming now…." p. 449

201.
Voice inside the heroine tells her to get away, to run

**BMR:** That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run! 2011 p. 472;. 5, 177, 287, 430, 452, 474, 475, 480, 481, 483, 484, 506, 521, 551

**Crave:** ...a voice deep inside me starts screeching—telling me not to go any further. Telling me to run. Telling me to get the hell away from these tunnels and never look back. p. 233: 418, 448, 449, 450, 453, 472, 473, 479, 482, 484, 506

202.

Heroine wonders if the voice is crazy / if she's crazy for hearing the voice

**BMR**: "A voice in the back of my head told me that I had made that spider happen to Brendan…crazy voice." 2011 p. 314 "And I was worried strange things might be happening when I could feel them—or that I was going crazy…" 2011 p. 337

**Crave**: "Something that proves I'm not crazy for thinking I hear a voice deep inside myself that tells me what to do." p. 418

203.

Heroine wonders if voice inside her head means she's something more

**BMR:** "Maybe that new inner voice was my wolf half. But if this was the case, she was something more than a mere wolf." 2011 p. 456

**Crave:** "Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means? What makes me so special? … Something more." p. 484

204.

Heroine feels like there are two of her / Heroine feels like voice is separate from her

**BMR:** About the voice: "I wondered if I would always feel fractured, like there were two of me sharing the same skin." 2011 p. 430

**Crave:** About the voice: "In some ways, it felt almost sentient, like it existed away from my own consciousness and subconsciousness." p. 418

205.

The voice speaks to heroine and tells her things

**BMR:** "You are more than a match for him," my new inner voice whispered. 2010 p. 287; 2011 p. 287; 2010 p. 452; 2011 p. 555, 556

**Crave:** "Don't let her do it," the voice inside me warns. p. 489

206.

The voice inside is screaming at heroine while thinking about romantic lead

**BMR**: The voice inside my head is screaming at me to look down, look away, look anywhere but at him. 2013 p. 381

**Crave:** Because the voice inside me is screaming that if Jaxon knows I'm in trouble, he'll move heaven and earth to get me. p. 453


207.

The heroine uses a portal/vortex to find the trapped abomination (her father) / Unkillable Beast:

**BMR**: I'm falling, falling through an abyss with no beginning and no end. 2011 p. 205 Falling, my arms flailed wildly as I tried to regain a sense of place. Finally, after what felt like a very long time the air stilled; in slow-motion I landed with a solid thump on my knees, adrenaline coursing through my body. 2011 P. 579 (577-579); 2010 p. 468 (the priestess witch creates the portal)

**Crush:** ...I feel myself falling, falling, falling for the second time in less than a week...No matter how hard I try to right myself as I tumble through the vortex... p. 508-09 *(the witch creates the portal)*


208.

The vampire were-wolf abomination / Unkillable Beast is trapped and cannot leave

**BMR:** Against the base of two of the tallest, thickest oaks, two enormous wolves...each had a foot caught in the jaws of a terrible steel trap. 2011 p. 582

**Crush:** They're shackles, keeping it tied to the wall. p. 535


209.

She cannot free him and promises to return

**BMR:** "But I'll be back for you. I promise." 2012 p. 513

**Crush**: "But I promise, we'll come back for you." p. 547

210.

Heroine's Father / Grandfather's kind supernaturals speak Gaelic

**BMR:** "What did he say it was?" "Athair Mo Chroid," I said slowly, stumbling over the words. They didn't come so easily to my lips in the waking world. "AH her Muh KREE," he corrected. "You know Gaelic?" He sounded surprised…. In Gaelic it means 'father of my heart.'..He looked at me for a moment. "My family is Scottish. That would be the burr you hear in my mom's voice?"... "My parents speak Gaelic and so does the family, so I've picked it up." 2010 p. 223

**Court:** "What language are they speaking?" I ask as we wait for Chastain to make his way over to us. Alistair raises his brows. "English?" I laugh. "I know they're speaking English. But they're also speaking something else. What is it?" "Oh, that's Gaelic, child. You don't recognize it?" "Gaelic?" I look around in wonder. Even as I repeat the word, Alistair's familiar-sounding accent clicks into place. No wonder he sounds so much like Niall Horan. He's Irish. "Are we in Ireland?" p. 45


211.

Villain is responsible for imprisoning the voice in heroine's head character (her father / grandfather)  and trapping him in his supernatural form

**BMR:** *Julian*: "So I took him and imprisoned him where no one would think to find him. It seemed fitting while I considered how to mete his punishment." 2011 p. 547

**Covet** (Book 3)**:** "Cyrus did this. I know it. Everything inside me screams it. He tormented this man--just like he's tormented the Unkillable Beast for a millennia--simply because he could." p. 544

**BMR:** "I must gain my strength before I can help you here, in this place. I've been trapped in my wolf for over a—well, for a very long time."  He seemed to catch himself from saying more than he wanted me to know. My father was alive! I needed to seize onto that fact and repeat it over and over until it sank in. Julian had been telling the truth after all. 2010 p. 483

**Covet:** (Book 3): "It's been a thousand years since he's been human and the last people he saw did this to him...Just one more atrocity Cyrus has to answer for." p. 650


**Section 21**


212.

When the heroine is first introduced to him his voice is known / familiar to her. She is in a state of shock and can't breathe / tries to breath

**BMR:** "I've got you now," my rescuer says, and reaches his arms out. That voice. I know that voice. Then his face comes to view in the open window. No. Oh no. I can't breathe. I'm in the freaking Twilight Zone. I'm shaking my head side to side denying what my eyes are seeing. Not him. 2013 p. 464

**Crush** (Book 2): Suddenly, there's another voice in my head, and it's not the one I'm used to, the one that warns me of bad things to come. No, this voice is low and sardonic. It's also familiar-really familiar. "Well, it's about time."….My head hurts and my stomach is roiling…. My eyes fly open as I remember Hudson, and I bolt upright, then wish I hadn't as the room spins around me. I do my best to breathe p. 153-154

213.
He was presumed dead but actually living in the Otherworld / other plane

**BMR:** "The Prophecy says he shall walk this Earth again…" 2011 p. 432, 434; "No one knows precisely what happened—though legend has it that one man, Ronan O'Faolain, a druid, was responsible for the wholesale slaughter of his people." 2011 p. 46 (Teacher giving lecture in Ancient Global Studies. He's a legendary historical figure).

**Crush** (Book 2): 'I was dead…?' He pauses. 'Well, sort of.' …'Sort of?' That's news to me. 'What does that mean?' 'It means I'll tell you…' p. 579 'I was dead. Sort of.' 'Sort of?' What does that mean? It means a lot of what I've believed for the last weeks, months, has been a lie." p. 646

**Crush** (Book 2): *Hudson with Jaxon:* "By *fine*, you mean everyone thought I was dead…".. "I should have done a better job of killing you when I had the chance.' p. 659

214.
He committed murder and is said to have been responsible for the deaths of many people

**BMR:** "The only Ronan I'd ever heard of was the evil druid priest who'd murdered his people." 2012 p. 315

**Crave** (Book 1):  "And when he decided he was going to murder the shifters, just wipe them out of existence, I knew it wouldn't stop there." p. 397

**BMR:** "Legend has it that one man…Ronan… was responsible for the wholesale slaughter of his people." 2011 p. 46; p. 602

**Crush** (Book 2): The word 'genocide' slams into me…I can't imagine anything worse for Hudson to have done, can't imagine how depraved–how downright evil– p. 217


215.

He is believed to be evil

**BMR:** *About Ronan:* "The man is pure evil." 2012 p. 356

**Crush** (Book 2):  "...someone as evil and powerful as Hudson Vega." p. 185


216.

A supernatural war and apocalypse is on the horizon if he is freed

**BMR**: *Discussing Ronan:* "The prophecy says that when he rises it won't be long before they're united. And the end is near..."  2013 p. 330

**BMR:** *Heroines told about her role in the war:* "You have a role in this war, …There must be peace, the Houses of Shadows and Light in accord or apocalypse is imminent." "And just how am I supposed to do all that?" I say it like there's no way he can possibly be serious.…..He sounds like my aunt again, all mysterious and wise and that irritates me because I want the answers to be simple. 2013 p. 221

**Crush** *Discussing with Hudson his role in the apocalypse:* "I thought I was stopping a new effing apocalypse by preventing Lia from bringing Hudson back." "The apocalypse? Seriously?" Hudson leans against the wall, … "You people really think I'm the fucking harbinger of the apocalypse?"....Plus, I do want to know the answer, and maybe one of them has it…p. 256-257

**Crush:** *Hudson to heroine:*  The war I've worked so hard to prevent-the war my brother and others have tried to blame me for inciting-will come whether we want it or not. p. 662-663


217.

He is believed to be depraved and to have lost his sanity

**BMR**: "He slaughtered every man, woman and child of the tribe in various acts of violence and depravity." 2011 p. 434 "Ronan lost his humanity–his sanity." 2011 p. 434

**Crush** (Book 2):  "Genocide…I can't imagine anything worse for Hudson to have done, can't imagine how depraved…" p. 217 "*Maybe because you're a raging psychopath, and I'm tired of doing your bidding.*" p. 166

218.

He helps the heroine by giving her his magic. He's weakened / vulnerable. He has been through trails / the heroine faces trials. The heroine notices his tender / troubled eyes

**BMR:** *Ronan and heroine:* "When I have re-gained my powers in their full strength, I will help you." …and I am sorely weakened by my trials." …"I must go soon," he says. "I have a small magic I can offer you now. It is not much but it will have to do." … I look up into his troubled eyes to find that he's standing close to me... 2013 p. 452

**Crush** (Book 2): "I have to go," I tell him…. "I left my powers inside you so that-" "You left your powers inside me?"…. "You channel magic, and I've given you mine to channel for now." …I look at him …but it's coupled with a tenderness in his eyes that I can't begin to understand…. No way did they make this Trial something you can pass on your own. … "You need to take my powers." "Yeah, but that leaves you vulnerable, right? .." p. 584


219.

Heroine finds him attractive, even though she's in love with romantic lead

**BMR:** *Heroine with Ronan:* And he's every bit as crazy good-looking as Ash is—..He shouldn't be good-looking ….. He's pleasing to me all right and I haven't exactly been subtle about it………Are we related?" "In a manner of speaking, lass."…Somehow, without me noticing, he's standing right in front of me, framing my face in his hands. …tears that have stolen their way down my cheeks. …He sighs. 2013 p. 448-450

**Crush** (Book 2)**:** *Heroine with Hudson:* Holy hell. He's right there, one wide shoulder resting against the icy wall...obnoxious smirk on his ridiculously pretty face...high cheekbones, strong jawline... gorgeous eyes… "Have you been standing there all along?" "Yes, Grace….he tells me with a long suffering sigh. … "We're kind of attached, in case you didn't notice."…his already perfect face look even more perfect. p. 156-157


220.

He isn't the evil guy he's rumored to be *(In both works, Ronan/Hudson helps the heroine. He says and does things to show he isn't the evil he's been made out to be.)*

**BMR**: He is not evil...He has no idea that history has painted him as evil. *The World Notes, 2010*

*Heroine*: "Are you a demon?" I ask it outright. 2014 p.364

*Ronan:* "Are you?" He says it back with a hint of frost in his voice. 2014 p. 364:

**BMR:** *Ronan to heroine:* His voice is calm certainty. "And we are both of us caught in a web not entirely of our own making. Shall we work together then? Help one another?" My heart squeezes tight. *He knows! And he's part of it too.* 2013 p. 453

**Crush** (Book 2):

*Hudson*: "You people really think I'm the fucking harbinger of the apocalypse?"

*Heroine*: "You really want to get into that right now, do you?"

*Hudson*: "Hell yeah. I'm bloody well sick of being cast as the bad guy." p. 256


221.
He believed his actions were for the greater good

**BMR**: In truth, he did the lesser of two evils trying to save the people. *The World Notes, 2010*

**Crush** (Book 2): *Hudson:* "I made a horrible decision to stop an even more horrible outcome." p. 459


222.
He then gives the heroine a magical object and flees the area

**BMR**: He reached around his neck and unclasped a small silver chain, pressing it into my hand and holding it there….A summoning stone....taking off into the night sky… 2011 p. 595-598

**Covet** (Book 3): His palm slides against mine...And then he takes off running...He gave me something…tattooed right in the center of my hand...is a wreath...or a crown. p. 654


223.
He is intended for / is part of a love triangle involving him, the heroine and the romantic lead. He is intended to be / is the heroine's true mate
*(Ronan / Hudson is to become the second romantic lead)*

**BMR:** Ronan and Anna barely meet in book 1. He has been a guide to her and has spoken to her trying to help her in his wolf form from the Otherworld. She doesn't remember him or his voice. When he shifts to human form, and they meet she is intrigued and attracted to him at first–. He gives her a summoning stone to contact him, kisses her and bites her lip, taking her blood so that he can always find her.  Love triangle for book 2. Ash wants to protect her. Ronan wants to help her learn to use her powers to restore the balance. *The World Notes, 2010.*

*(In Crush (Book 2) he says she's his mate. This foreshadowing in Crush (Book 2) of the heroine developing an attraction for him is explored more in Covet (Book 3). In Covet (Book 3) she is in love with Jaxon (Ash) but their mating bond breaks, and she has a true mating bond with Hudson (Ronan)).*

**Covet:** *Heroine about first romantic lead (Jaxon)*: "But that girl? The Grace who was wildly in love with him and whom he wildly loved? She's gone and has been for a while. That girl was scared and lonely and naive. She needed protecting. More, she wanted protecting as much as he wanted to protect her. But that's kind of how young love is, isn't it? It's idealistic and explosive and perfect.. .until it's not anymore. Until it blows up or fades away or you just move on. I moved on during those three and a half months I don't remember. I changed, and Jaxon didn't. It's nobody's fault." p. 589

**Covet**: Jaxon wanted to protect me, wanted to take care of me, but Hudson wants to help me learn how to take care of myself. p.194

**BMR:** *Ronan*: "I am yours, Anna," he says with a soft breath. 2011 p. 595; 2013 p. 451

**Covet:** *Hudson:* "Grace is my mate," Hudson blurts out…" p. 106

## Section 22

224.
Heroine worries about mean girls in the dining area, cafeteria

**BMR**: I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls…staring daggers at me. 2010 p. 79

**Crave**: Well, that and the fact that acting like prey right now seems like a particularly bad idea, I mean, if I don't want to spend the rest of my senior year dodging every mean girl in the place.  p. 80

225.

Heroine feels like she's in *Mean Girls* / Heroine thinks about Mean Girls

**BMR**: I couldn't stand for Taylor and the Mean Girls to see me like that. I couldn't stand to feel like that. 2010 p. 117

**Crave**: I'm beginning to feel like I've fallen into *Mean Girls*, Alaska version or something. p. 115

226.

The Mean Girls try to hurt the heroine

**BMR**: The Mean Girls were out in full force, giggling as I approached. Somebody stuck her foot out and I tripped as I passed them, their raucous laughter ringing in my ears. 2011 p. 107

**Crave:**  ... just in time to see a basketball flying toward my head. I swat it away, then press my lips together to keep from crying out as pain radiates up my hand…No way am I going to start whining about a few mean girls. Or a lot of mean girls, for that matter, one of whom apparently has a future in professional basketball. p. 246-247

227.

Heroine is at the school party with her friends Taylor and Amanda / Macy and chokes on a carbonated drink, her friends pat / pound her back to help her

**BMR:** The kitchen is crowded with lots of people, some from our class, most of them seniors "Thanks," I reply, taking a sip of what looks like 7-Up. Only it's 7-Up and a whole lot of something more that burns my throat all the way down to my belly. Taylor's already engaged with several senior boys eating from her hands and doesn't even notice when I cough and sputter. Amanda pats me on the back. 2013 p. 273, p. 38

**Crave:** …can't get anything out of a throat that has closed up tight…. I jerk my gaze from his and lift my Dr Pepper to my mouth, trying hard to look unconcerned. All of which leads to the carbonated drink going straight down the wrong pipe. My abused lungs revolt as I cover my mouth and cough hard, eyes watering and humiliation burning in my belly. I pretend he isn't

watching, pretend Flint isn't pounding on my back, pretend that I don't even notice the weight of all those cold stares as my new classmates watch me... p. 87-88

228.
Romantic lead invites heroine to sit next to him in class

**BMR**: His lips curved in a slight smile as he patted the empty chair next to his. I was surprised and pleased. I didn't know what to expect exactly but the open invitation to sit with him, especially since I hadn't seen him all day, caught me off guard. 2011 p. 108-109

**Crave:** Before I can turn around to see what's got her so discombobulated, someone asks, "Is this seat taken?" And then I don't have to turn around at all. Because I'd know that voice anywhere. Jaxon Vega just asked to sit next to me. In front of everyone. p. 214-215

229.
Heroine slumps down / sinks down and cries at school

**BMR:** I slumped down to the bottom of my locker and pulled the door close to me, shielding myself from prying eyes...I could feel the tears ... 2011 p. 34

**Crave:** I sink down onto one of the chairs and finally, finally let the tears come.  p. 252

230.
Heroine thinks about crying and her pain over her loss of family

**BMR:** I have a sense when I cry that all of the pain I've held onto so tightly will come gushing out, leaving me with no flood control. 2011 p. 34

**Crave**: I haven't cried, really cried, since the funeral, and now that I've started, I'm not sure I'll ever stop. p. 252

231.
She worries about anyone seeing her cry at the school

**BMR**: I…. pulled the door close to me, shielding myself from prying eyes. 2011 p. 34

**Crave**: I'm trying to be quiet–the last thing I want is to draw more attention to myself…having *anyone* seeing me like this is the threat that finally galvanizes me. p. 252

232.
Her pain from the loss of her family members is overwhelming

**BMR**: I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died…I'd never gotten over it. I just couldn't handle any more loss. 2011 p. 34

**Crave**: Grief is a wild thing within me, a rabid animal tearing at my insides and making everything hurt…it's hard when it hurts this much….battling the pain and loneliness that come from losing my parents in the blink of an eye p. 252

233.
Rocking and wrenching sobs

**BMR:**  Head in my hands, I rocked myself back and forth...And I realized I was crying, deep, gut-wrenching sobs without making a sound. My tears ran freely down my cheeks and chin, unchecked. 2011 p. 470; p. 34 *(these two quotes about crying are mosaically used in Crave)*.

**Crave**: I wrap my arms around myself and start to rock...and the tears just keep coming, as do the harsh, wrenching sobs tearing from my chest. p. 252

234.
Romantic lead catches her crying and she's embarrassed

**BMR**: Caught, I snapped my neck around…staring up into his molten-honey gaze…I felt a hot blush rise up and stain my cheeks. 2011 p. 34

**Crave**: …I climb to my feet and turn around…Jaxon…Embarrassment slams through me, makes my face hot and my breath stutter. p. 253-254

**BMR**: *Heroine with Romantic lead:* .. I wanted the ground to just open up and swallow me. 2011 p. 107, p. 134

**Crave**: ...I pray for the ground to open up and swallow me. p. 254


235.

Heroine asks romantic lead how much did you hear / starts to ask how long he's been there

**BMR**: "How much did you hear?" "Everything," he admitted… 2011 p. 34

**Crave:** I start to ask how long's he's been there, but it doesn't really matter. He's been there long enough. p. 254


236.

Although the heroine has been caught crying, she's attracted to him. He gets close to her

**BMR**: I winced and rubbed my abused head, staring up into his molten-honey gaze. …Up close like this, he's even better looking than I remembered. My traitorous heart fluttered in response to his nearness… He crouched down beside me…I shivered at his touch in spite of myself, his scent enveloping me. 2011 p. 35

**Crave**: Instead, he just stands there, watching me with those black-magic eyes of his until I lose my breath again… He closes the gap, moving until he's only inches from me. My mouth goes desert dry… so close that I can feel his breath on my cheek. So close that I'm sure he can feel my breath on his. p. 254


237.

He walks her to class and opens the door for her to enter / He walks to his room at the school which is just a few feet away and opens the door, leaving it open for her to enter

**BMR**: We walked down the hallway in silence…When we reached the classroom, he opened the door… "After you," he murmured…I walked past. p 37

**Crave**: He walks past me, opens the door to the room that lays just beyond the alcove and walks inside...He left his door open in what looks like an invitation. "Coming?" he asks. I follow him inside. p. 256

**Section 23**


238.

Heroine doesn't want to go to the cafeteria / welcome tea party

**BMR**: When we reached the cafeteria doors I balked. "Listen Brendan, I'm not up for this." 2010 p. 78

**Crave**: "We could just skip it altogether…Be fashionably absent." p. 73


239.

Heroine although hesitant is pulled along

**BMR**: "Wrong answer, Sweetheart. We're going in," he said. And with that he looped my arm through his, locking it tight. 2010  p. 78

**Crave**:......I let her pull me out the door… "Too late" she answers with a deliberately obnoxious grin. p. 73


240.

Heroine has a nervous stomach about going

**BMR**: My stomach was already performing the Olympic gymnastics routine. 2010  p. 78

**Crave**: ...my stomach has calmed down. More like the pterodactyls have become butterflies… p. 74


241.

Heroine hates the feeling of people staring, weight pressing down on me at school

**BMR**: I can feel the weight of everyone's eyes in the lunchroom pressing down on me. 2011 p. 102; 2010 p. 79

**Crave**: ...when it feels like there's a weight pressing down on me...my worst nightmare has come true and they're all looking at me." p. 75- 76


242.

Heroine is uncomfortable with people watching her

**BMR:** As we headed into the cafeteria, it seemed as though everyone was staring at us. Or rather at me. 2011 p. 315 and p. 37, 164, 309, 515

**Crave:** Only, as we get closer, I realize they aren't watching the video game. Or their books. Or even their phones. Instead, they're all looking at me p. 17-18; p.19, 86, 210, 222, 227, 411


243.

Heroine describes the different social groups at the school, the cliques

**BMR**: Taylor and Amanda were now part of the Mean Girl Clique. 2010 p. 75

**Crave**: Students are grouped together in various areas of the room...Cliques are everywhere. p. 77

**BMR:** It was either the leper table with the social misfits (of which I was now an honorary member), or the Chess Club's table. I figured either group would let us sit with them...we joined the guys at their table. Brendan made sure we were facing away from the Mean Girls...Jake and Carter are serious jocks in our class. 2010 p. 79-80

**CRAVE:** Though they are as obvious a clique as any of the others in the room...how ridiculously tight most of the groups are. Like, seriously, there's zero crossover-no guy dressed all in black hanging with a girl in a long, flowy dress. No super-tall girl making eyes at one of the sporty-looking guys, or girls, near the window....every mean girl in the place. p. 79-80


244.

Heroine worries about mean girls in the dining area, cafeteria

**BMR**: I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls...staring daggers at me. 2010 p. 79

**Crave**: Well, that and the fact that acting like prey right now seems like a particularly bad idea, I mean, if I don't want to spend the rest of my senior year dodging every mean girl in the place. p. 80


**Section 24**

245.

Heroine sees two guys not dressed for the winter weather

**BMR:** Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves. 2011 p. 519

**Crave:** ..both doors fly open. And in walk two guys wearing nothing but old-school concert T-shirts, jeans and lace-up boots. No jackets, no sweaters, no hoodies even. p. 53

246.
The two guys remind her of eighties rockers / concert goers; earring and dog collar / ring through nose

**BMR:** Sporting a black leather jacket and a dog collar and an earring, he's out of place. He looks like a retro throw back to the eighties. In fact, he looks a lot like Billy Idol. 2013 p. 58

**Crave:** Ones who died at an eighties rock concert. Well, well, well. Looks like we made it back just in time, says the taller of the two guys. He's got warm copper skin, dark hair tied back in a ponytail and a black nose ring right through his septum. p. 53

247.
One guy says: "Well, well, well. Looks like.."

**BMR**: *One guy says*: "Well, well, well. Looks like I've hit the jackpot." 2013 p. 58; 2014 p. 48

**Crave:** *One guy says*: "Well, well, well. Looks like we made it back just in time." p. 53

*The heroine describes the two guys who assault her: one muscular, one blond with short spiky hair/ one stocky and blond hair shaved close to his head*

248.
The two guys: one muscular, one blond, short

**BMR**: One was blond and muscular and had the broad, over-developed physique of a body builder. The other was thin and wiry with short, spiky white-blond hair. 2013 p. 58

**Crave**: ...taller of the two guys. Warm copper skin, dark hair tied back in a ponytail, and a black nose ring…...second guy. He's shorter than the first and stockier too. His blond hair is shaved close against his head. p. 53


249.
The heroine is reminded of a movie during this scene

**BMR**: He looks like a punk rocker throwback in a bad eighties movie. 2014 p. 48

**Crave**: ...this feels like a scene out of every teen movie… p. 55


250.
One of the guys reaches out and grabs her

**BMR:** Billy reaches a hand out and grabs me… 2013 p. 59

**Crave**: But Marc reaches out and grabs me… p. 56


251.
Heroine is pinned against the guy: my back to his front

**BMR**: The Hulk grabs me and twists my wrists behind my back, pinning me to him, my back to his front. 2014 p. 49; 2013 p. 60

**Crave**: He yanks me hard against him–my back to his front–and wraps his arms around me as I start to struggle in earnest. p. 56


252.
Heroine struggles, bucks, back to break / try to break his nose

**BMR:** I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose. 2014 p. 50; 2013 p. 60

**Crave:** ...and wraps his arms around me as I start to struggle in earnest....I shout, bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose. p. 57


253.

Heroine stomps on his toes / thinks about stomping on his feet

**BMR:** I flinched at the pain but continued to struggle, kicking out at his shins and stomping on his toes. I screamed too… 2011 p. 521; 2013 p. 59; 2014 p. 49

**Crave**: "...bringing my heel back to kick him in the knees… I think about stomping on his feet, but my Converse aren't going to do much damage… "Let me go or I'll scream!" p. 56


254.

During the attack by the two guys, the heroine gets angry and feels fury / infuriates:

**BMR:** Fury pulses through me. 2013 p. 60; 2014 p. 50

**Crave**: Which infuriates me as much as it terrifies me. p. 56  Which only pisses me off more. p. 57


255.

During the attack, the heroine tastes her own blood: in my mouth, it's coppery / metallic

**BMR**: "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 p. 50

**Crave**: "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." p. 56-57


256.

Heroine puts her fists up

**BMR:** I clench my jaw and crouch forward on the balls of my feet, fists up, ready to take the Hulk on. 2014 p. 50; 2013 p. 60

**Crave**: I turn to flee, fists up in an attempt to ward off Quinn if he tries to stop me…" p. 57

257.
The romantic lead saves heroine and scares the two guys away, but she doesn't realize it at first

**BMR**: A roaring growl splits the air around us—a *grizzly bear?*—and we're both hauled backward out of the van. I roll out of the Hulk's grasp. Roman is on top of him in a flash, using the Hulk's face as a punching bag, his fists are flying so fast. How did Roman get to the van? 2014 p. 50

**Crave**: Shit. There are three of them now? Panic races through me, and I reach out, try to shove whoever it is backward. … At least not until he wraps his hand around my wrist and tugs me forward…I get my first good look at his face and realize that it's Jaxon.  p. 57- 58

258.
After the attack the heroine mentions / thinks about self-defense class / training to romantic lead

**BMR**: *Heroine:* "Just a self-defense class," I mutter, looking away.  2013 p. 62; 2014 p. 52

**Crave**: *Heroine*: Every ounce of self-defense training I've ever had says I should run.  p. 59

259.
Heroine says:  I have no idea what....to the romantic lead after the attack

**BMR:** I have no idea what just happened or how I did it. And I know he'll never believe it. Even I can't believe it.  2013 p. 61

**Crave:** "What I can do?" I have no idea what they're talking about. "I mean, it's obvious you've got something going on." p. 55…I have no idea what that means, and honestly, I don't care. p. 60…Too bad I have no idea how I feel about feeling like that. p. 60, 61

260.
The romantic lead looks the heroine over after the attack to check she's okay. He asks her
 if she's hurt? /  okay? And the heroine replies she's fine          *(One page apart)*

**BMR**:  "Are you hurt?" He looks me over, cupping my face in his hands. I shake my head. Miraculously, I'm not. And I probably should be. "What happened?" he asks, wrapping his arms around me and guiding me to a curb to sit down. All I can do is shake my head. "I don't know. They were trying to get me to go with them in their van, whether I wanted to or not. I just—I can't believe it." Ash blows out a long breath. "Are you sure you're not hurt anywhere?" "I'm fine…"2013 p. 61

Crave: For long seconds, he doesn't say anything, just looks me over from head to toe, his dark eyes cataloging every inch of me…. "Are you okay?" he asks quietly, his fingers finally releasing their hold on my wrist. "I'm fine," I answer, even though I'm not sure it's true. What kind of place is this where people try to shove you outside to die as a prank? "You don't look fine." p. 60

261.
The romantic lead lets her know her secret is safe / she lets him know his secret is safe with her

**BMR**: "The secret's safe with me, but I think you should tell her anyway." 2014 p. 57

**Crave:** I hold his gaze, telling him with a look that I'll keep his secret. p. 59

262.
Romantic lead tells heroine the attackers won't bother her again

**BMR**: "After tangling with you, they'll think twice before they pull a stunt like that again." 2013 p. 61,

**Crave**: "You don't have to worry about Mark and Quinn. They won't bother you again." p. 61

263.
Heroine thanks romantic lead for helping her

**BMR**: "Thanks for—well, for everything." 2014 p. 57

**Crave:** "Thank you," I blurt out. "For helping me, I mean." p. 61

264.

<u>Romantic lead lets heroine know he doesn't feel he deserves her thanks, he believes his involvement with her puts her in danger</u>

**BMR**:
*Him*: His brows draw together in a frown. "Sorry about today."
*Her*: "You saved me."
*Him*: He just shakes his head, and I can tell he thinks it's his fault. 2014 p. 57…."You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99

**Crave**:
*Her*:  "Thank you…for helping me…"
*Him*: "Is that what you think I did?"
*Her*: "Isn't it?"
*Him*: He shakes his head, gives a little laugh that has my heart stuttering in my chest. "You have no idea…I just made you a pawn in a game you can't begin to understand." p. 61


**Section 25**

She is in danger in this supernatural world because of what she is and her potential role in the supernatural war. These beings believe she will be used by the wrong side and bring about the war. Thus, certain supernatural beings are out to get her. §25

265.
<u>Heroine is unique and special  / of the utmost importance to the supernatural world to keep the balance</u>

**BMR**: "You are something different, unique. Your birth heralds a new age. A new beginning for us all. Surely you sense that you are special?" 2011 p. 268; 2012 p. 216

**Covet:** "And I knew instantly that you would be of the utmost importance to us later...because of who you really are." p. 112


266.
<u>Heroine's supernatural purpose is to bring balance</u>

A. Balance Shadows and Light / Chaos and Order

**BMR**: "...the ability to balance both Shadows and Light within yourself and emerge transformed will be your greatest challenge. And your greatest gift in maintaining the balance… You will need to balance both in order to achieve your destiny." 2012 p. 216

**Covet**: "In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles….you hold both within you. A desire to create order, a desire to create chaos....It's this ability that allows you to straddle both worlds…" p. 398

B. Heroine's kinds purpose is to maintain the balance

**BMR:** "And your greatest gift in maintaining the balance. It is your destiny." 2012 p. 216 "Maintain the balance, no matter the cost." 2012 p. 218

**Covet**: "They wanted help finding a way to bring gargoyles back...without the balance gargoyles bring to us, the paranormal world was spinning rapidly out of control...p. 111 (Heroine is the only gargoyle and is to bring back balance). "For what befalls one sister must always befall the other--to maintain the balance." p. 395

C. Heroine was born as a result of this need for balance

**BMR**: "…You were born to achieve this task." 2012 p. 216-217

**Covet**: "It was into this chaos, this disorder, these extremes of love and hate, that you–that all gargoyles–were born." p. 396.

267.
Heroine needs the Compact / the Crown to restore the balance

**BMR:** "The Compact binds *all* Others when it is in force. Such Compacts have existed from time immemorial. When they are broken, chaos reigns and the world is off balance." 2012 p. 217

**Covet**: "The Crown brings balance to the universe. For a long time, paranormals held too much power, so the Crown was created to balance that out." p. 119

**BMR**: "You have a role in this war...The Compact must be restored...You were born to achieve this task." 2012 p. 217

**Covet**: "But maybe getting lucky enough to free the blacksmith, then free the beast, and get the Crown to stop a war seems like a win-win-win-win." p. 386

**Section 26**

*The first kiss between the romantic lead and the heroine is the catalyst for the heroine finding out about the supernatural world and that the romantic lead isn't human.*

268.
<u>First kiss scene: It's cold but the romantic lead makes the heroine feel heat</u>

**BMR**: "Don't worry, I'll keep you warm," he offers. The way he says it I feel a flutter of heat curl through me. 2013 p. 155

**Crave**: ...try to pretend that despite the chill, his hand on my arm doesn't flood every cell of my body with heat. p. 261

269.
<u>They experience a light show in the sky at night</u>

**BMR**: …that flash across the sky in Alaska in the deep winter…Just a perfect black background to showcase our own personal lightshow. 2013 p. 154

**Crave**: ...just watching the most brilliant show I've ever seen light up the sky. p. 263

270.
<u>Heroine feels shy</u>

**BMR**: I feel shy and uncertain of myself. 2013 p. 157

**Crave**: I glance at him, suddenly shy, though I don't know why. p. 263

271.
<u>Heroine wants romantic lead to kiss her but is also afraid</u>

**BMR**: I want him to kiss me but at the same time I'm afraid he might. 2013 p. 155

**Crave:** A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills… p. 267


272.
The air between the heroine and romantic lead is charged and electric

**BMR**:  The air is suddenly charged between us, crackling with electricity. 2013 p. 117

**Crave:** The air between us loaded, heavy, electric. p. 267

273.
The romantic lead looks at her with yearning / craving

**BMR**: What I see in his face is a mix of wistful yearning and hope. He's looking at me like I'm the one who might be slightly out of reach when it's clearly always been the other way around. 2013 p. 157

**Crave**: There's a desire in his eyes, a craving that has nothing to do with wanting me and everything to do with needing me. p. 269


274.
Heroine can't look / back away, she's caught / mesmerized

**BMR**: He looks down into my eyes and I can't look away. I'm caught. It's hopeless, really.  2013 p. 157

**Crave**: I don't back away. I can't. I'm dazzled, mesmerized, enthralled. p. 269


275.
Cups face in hand

**BMR**: *Romantic lead:* He cups my cheek with his hand… 2013 p. 158

**Crave**: *Heroine:* I cup his face in my hands… p. 269

276.
Romantic lead leans in / down, and presses a soft kiss

**BMR:** He leaned in and turned my chin up, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss. 2011 p. 172

He leaned in and captured my lips with his own. Feather light, feather soft was his kiss, a gentle brush of his lips, the warmth of his breath mingling with my own. 2011 p. 255

**Crave:** Then he leans down and presses his lips to mine. It's not a passionate kiss, not a hard kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost... p. 270

277.
Heroines' arms around romantic leads neck

**BMR:** His hands are in my hair and my arms are twined around his neck pulling him closer. 2013 p. 158

**Crave:** ...his hands are on my upper arms...pulling me against him...try to slide my arms around his neck… p. 271

278.
During the kiss, heroine is delirious / light-headed

**BMR:** I'm delirious with the heat and urgency of our kiss. 2013 p. 158

**Crave:** My head gets lighter, my knees get weaker. p. 271

279.

When romantic lead loses self-control of his powers: his eyes start to change because he's a wolf shifter/ the ground shakes because he's a vampire

**BMR**: His coppery eyes were gleaming, phosphorescent like an animal's eyes in the dark. 2011 p. 173; 2013 p. 159.

**Crave:** "Earthquake!" I manage to squeak out, wrenching my mouth from his. p. 271

280.
The heroine is scared of the romantic lead. His eyes are burning / gleaming eyes, he's a monster and she needs to run away

**BMR:** Gleaming amber ==eyes== rimmed in ==black==.... ==Inhuman== ==eyes==…My heart was racing double-time so fast and so hard I was dizzy...It was all I could do not to stomp on his toes and make a ==run== for it...I ==needed to get out of here==. ==Now==. 2011 p. 173-176; *see also* 2013 p. 159 ...wishing this all could have been different. ==Ash==. My first kiss. The fact that he's some kind of ==monster==. 2013 p. 162 *(same scene in this version)*

**Crave:** '==You==. ==Need==. ==To==. ==Go!=='... He advances on me then, fingers flexing and ==eyes== burning like ==black== coals in a face livid with rage. I turn and ==run== as fast my weak knees will carry me...before this ==monstrous== version of ==Jaxon== overtakes me. p. 272

281.
Heroine wants answers about what happened and what is going on with romantic lead

**BMR**: "==I wanted answers about Ash and I wanted them now==." 2011 p. 192 (about romantic lead's eyes and what happened)

**Crave:** "Jaxon, on the other hand…If he lies to me, you'd better believe I'm going to stake him through his fangy black heart…==I march through the school like a woman on a mission==." p. 303 (about the fang marks and romantic lead's part in that)

282.

Heroine has surprising marks on her neck which she notices after the kiss incident

**BMR**:  I tilted my head to the side and angled the mirror—and felt my face drain of all color. There were markings on the back of my neck! 2011 p. 190

**Crave**: And it's these thoughts that have me peeling back the bandage…staring at the cut on my neck. Or, more precisely, at the two perfectly round, perfectly spaced puncture marks… p. 300


283.
Heroine's head is spinning when she learns the supernatural world is real

**BMR**: My head was spinning with a hundred different thoughts at one time… 2011 p. 230 *(romantic lead has just told her there are supernatural beings)*

**Crave**: "A staple remover didn't make those marks, Grace. And neither did a snake. I think you know that, or you wouldn't have been up here pounding on Jaxon's door at six in the morning." p. 308 …it's just that my head is spinning. This has to be a nightmare. p. 309


284.
Heroine can't sleep after that

**BMR**: Exhausted, I was too wired to go to sleep but needed to go through the motions anyway… 2011 p. 189

**Crave**: Needless to say, there's no going to sleep after that. p. 301


285.
Heroine asks if romantic lead is an alien

**BMR:** Ash was likely to be either a vampire or a werewolf. Or just a freak, alien or monster of unknown origin." 2011 p. 193

**Crave:** Heroine asks romantic lead: "Are you an alien?" p. 260


286.

Heroine learns romantic lead is a werewolf shifter / vampire

**BMR:** "I-I think you might be under a curse of some kind. Like a werewolf…" 2011 p. 228

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313

287.
It's a technicality / technical that werewolves are wolf shifters

**BMR:** *Heroine with romantic lead:* "He claimed he wasn't a werewolf but could shift into a wolf. It seemed like a bit of a technicality…." 2011 p. 236

**Crave**: *Cousin to heroine:* "Well, if you're going to get technical, they're wolf shifters really, more than werewolves. p. 321

**Section 27**

288.
The romantic lead has power with his mind

**BMR:** *Romantic lead and heroine*: "Basically, get them to trust me...I would've just *compelled* you to open the door and let me in.." 2011 p. 271, 286  "I could blur your memories…" "That makes you very dangerous," I said in a low voice, more to myself than to him. He was the ultimate hunter being able to charm his prey. 2011  p. 286

**Crave:** *Heroine about romantic lead:* Jaxon slams the guy...into the wall with a flick of his fingers, then has him dangling a dozen feet in the air using nothing but his mind." *"telekinesis"* p. 366

289.
The heroine isn't scared of his power even though she thinks she should be

**BMR**: I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't. 2010 p. 220

**Crave**: The telekinesis, the absolute control Jaxon exerted over everyone in that lounge, including me? The obscene amount of power he wielded with just a wave of his hand? I don't

know how I feel about all that either. Except, like the violence, it doesn't scare me the way it probably should. *He* doesn't scare me the way he probably should. p. 371

290.

<u>Romantic lead talks to her about monsters, wants to scare her for her own good.</u>

**BMR**: *Romantic lead*: "All the fairy tales and stories you heard in your childhood about monsters…they're true…Are you scared?"…"Yes," I admitted in a small voice. "Good," he said regarding me thoughtfully. 2011 p. 237

**Crave**: *Romantic lead*:  "No, this is the part of the story where I show you the big, bad, monsters right here in this castle."…I need to scare her, make her run from this place… p. 543

291.

<u>Heroine thinks about books she's read on mythology to explain the beings she's just learned are real /</u>
<u>looks for a book on mythology to explain the creatures she's just learned are real</u>

**BMR**: …images from books I'd read…mythological beings…were they shape-shifters of some kind… 2011 p. 230-231.

**Crave**: I think about starting in the mythology section, seeing if there are any books on the different paranormal creatures. p. 354

292.

<u>Romantic lead tells heroine he won't hurt her</u>

**BMR**: *Romantic lead:* "I would never hurt you, you know that, right?" 2011 p. 172

**Crave**: *Romantic lead:* "I won't hurt you…" p. 372

293.

Heroine learns there is war among supernaturals with earth as the battlefield / a giant turf war

**BMR:** *Romantic lead to heroine:* "...you believe in the supernatural," he began. I nodded…. "Well, there are good guys and bad guys in the supe world." …He leaned forward, his features suddenly animated, his voice intense. "There's a war going on, Anna. It's happening all around us every day …"Beings of myth and legend are fighting each other every day with Earth as the battlefield. 2011 p. 230

**Crave** (Book 1): *Uncle Finn to Heroine:* …. my uncle kind of grimaces. "...It's not exactly easy to hide the fact that vampires and dragons are real when we're in the middle of a giant turf war." "Turf war?"... we're talking about different supernatural species ... . p. 344


294.
The heroine contemplates her new reality regarding the supernatural, school, things that go bump in the night and the war

**BMR:** A reality where the supernatural was, perhaps, natural. … "The things that go bump in the night….All the fairy tales and stories…they're true." …How could I possibly reconcile school with demons, werewolves and a supernatural war? 2011 p. 236-237; 230; 462

**Crave** (Book 1): …everything you'd ever heard about the supernatural world was actually real...this school is filled with things that go bump in the night...vampires and dragons are real when we're in the middle of a giant turf war…. p. 343-344; p. 544


295.
Romantic lead feels a sense of responsibility to stop the war and keep the balance

**BMR:** "They're searching for someone…who is tied to both houses, light and dark. That girl is the key to tipping the balance of the war, one way or the other (2011 p. 239)... If they find her first, the world as we know it will never be the same (2011 p. 241)....it's my duty, the duty of my people to look after and protect yours. It's what has to be done…there is no second chance here, Anna." 2011 p. 249

**Crave**: "We're balanced on a razor-thin tightrope, and every day, every minute, is a balancing act. One wrong step in either direction, and the world burns. Not just ours, but yours as well, Grace. I can't let that happen." p. 399


296.

Romantic lead is a lonely guy

**BMR**: "As for Ash, he is a lone wolf, so to speak…he has not had the opportunity to form meaningful relationships...he feels very lonely." *The Cast,* 2008 p. 2; "Our family moves around a lot because there's always a project. Most of the time we're pretty remote." 2011p. 121

**Crave**: "The pain, the loneliness, of his existence hits me like an avalanche. What must it feel like to be so alone?" p. 400


297.
Heroine tells romantic lead he's not a monster

**BMR**: "Those changes I saw name you as some kind of monster. But when I think about you," I said softly, almost whispering, "I just don't believe that." 2011 p. 253  "Ash wasn't a monster" 2011 p. 261

**Crave**: "But you're not a monster, Jaxon. Not even close." p. 400


298.
Romantic lead tells heroine he will keep her safe after she is hurt by a supernatural being

**BMR**: "I want you to feel safe with me, protected. After everything that's happened today, I know that won't be easy. I promise you, Anna, I'll make sure nothing like that can ever happen again." 2010 p. 364; 2011 p. 468

**Crave**: "I'll do whatever it takes to keep you safe, even if that means taking on every shifter in the place." p. 404


**Section 28**

299.
Heroine moves in to kiss romantic lead but he doesn't respond, she is embarrassed

**BMR**: I raise my face up to him and close my eyes. I want this moment. I want him to kiss me. But he doesn't. Opening my eyes, I feel ten kinds of stupid…Mortified, I look away." 2013 p. 208

**Crave**: 'Please.' My mouth is nearly pressed against his. Still no response. My confidence—shaky at the best of times—is about to desert me completely." p. 378


300.
He is concerned that heroine couldn't want him because of what he is

**BMR**: *Romantic lead*: "It's because of what I am, isn't it?"
 *Heroine*: "I guess I don't care about what you are, Ash. It doesn't matter to me." 2010 p. 221

*Romantic lead:* "When we kiss, I want it to be because you want *me*. And I don't want you to have any questions about that. About who I am or what I am." 2013 p. 208.

**Crave:** *Romantic lead:*... "Even knowing what I am?"
 *Heroine:* "I know *who* you are. That's what matters."  p. 378


301.
Their fingers are laced

 **BMR:** He covers my hand with his, lacing his fingers through mine. 2013 p. 208

**Crave:** Once more, I lace our fingers together… p. 378


302.
Romantic lead / heroine is concerned about walking away and not experiencing what they have

**BMR:** *Romantic lead*: "I can't explain it but I've got a feeling that if I let you walk away I'll be missing something so important that I can't take that chance." 2013 p. 223

**Crave:** *Heroine:* "What scares me is the idea that you're going to walk away and I'm going to go my whole life without knowing what this could feel like." p. 379

303.

<u>They kiss and he groans low in his throat</u>

**BMR:** He groans so low in his throat, it's almost a growl and that sound makes me wild with my own power that I could do that to him. My hands are in his hair and I'm pulling him to me, closer. My hands glide down his back and grip the belt loops of his jeans.  2013 p. 225

**Crave:** I arch against him in an effort to be closer, then my hands over his arms, his shoulders, his back My fingers tangle in his hair, and he groans low in his throat.  p. 383

304.

<u>Romantic lead explains he had trouble with self-control of his powers around the heroine</u>

**BMR**: "Because I find you so. . . irresistible, and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2013 p. 202

**Crave**: "I promised you the earthquake thing isn't going to happen anymore…But it's going to take a little time for me to figure out how to control all the things you make me feel." p. 383

305.

<u>Romantic lead touches a lock of her hair, he touches her hair often</u>

**BMR**: ..he reached out with one hand and brushed a lock of my hair back from my face..." 2011 p. 62; "He tucked a lock of my hair behind my ear. p. 261

**Crave**: Jaxon takes hold of a lock of my hair...  p. 386

306.

<u>Romantic lead's smile lights up his face</u>

**BMR**: He smiled that smile of his, the one that touched his eyes and lit up his entire face. 2011 p. 119

**Crave**: ...he smiles, really smiles, and it lights up his whole face p. 384

307.
Romantic lead's words cause heroine to melt inside

**BMR:** ...the way he said those words—I'm melting inside. 2011 p. 147

**Crave:** ...try to pretend his words aren't making me melt deep inside. p. 384


**Section 29**

308.
Heroine and her friend discuss jeans and what the heroine is wearing for the party

**BMR**: I take my coat off revealing black skinny jeans and a sweater… "Hmm." Taylor tapped her cheek with a pink polished nail. "That's fine for school but don't you want to spice it up for the party?" 2013 p. 267; 2010 p. 269

**Crave**: "Maybe you should wear the jeans as you originally planned...I don't want you to be uncomfortable" "Are any of the other girls wearing jeans?"... "I take it that's a no."... I give up and shut the closet door… "Come on let's get going" p. 72-73


309.
Taylor walks into the place like she owns it /Cousin Macy walks in like she owns the place /

**BMR:** I've never seen anyone work a room like Taylor. She walks into the place like she owns it. Every male head turns her way… 2013 p. 272; 2010 p. 276

**Crave:** Then she's leaning forward, sending the double doors flying in both directions as she walks in like she owns the place. And maybe she does. From the way everyone in the room turns to look at her, I can believe it. p. 75


310.
Taylor / Lia tries to make the heroine believe that she is romantically linked to the romantic lead

**BMR**: *Taylor to Heroine:* "Well," she said, raising one perfectly arched brow, "it was very . . . romantic. That boy knows how to wine and dine a girl, if you know what I mean…He even gave me a red rose….It was really sweet of him to let you down easy like that since he had plans with me though, wasn't it?" 2011 p. 149

**Crave**: *Lia to Heroine:* "They tell me nothing has to change, that Jaxon's a perfectly good replacement…" …I'm reeling under the news that she and Jaxon are supposed to be together–and the implication that he's willing to go along with it. p. 295-296

311.

When Taylor / Lia mentions the romantic lead's name and that Taylor / Lia is with him, heroine feels physically  upset

**BMR:** Wait a minute. Dinner with Ash? I felt a sudden, clutching sensation in my chest. 2011 p. 149

**Crave**: "Jaxon?" My whole body tightens up at the mention of his name linked with hers. p. 295

312.

Initially the heroine believes Taylor / Lia is linked romantically with the romantic lead. She then decides it's not true

**BMR**: *Heroine to Lia:* "Because of all the effort you're making to convince me he's into you." I took a step closer to her. "If he was that into you, you wouldn't bother with the little show, Taylor." 2011 p. 151

**Crave**: *Heroine about Lia:* Besides, it doesn't make sense. Not with the way he held me earlier. Not with the way he kissed me. p. 296

**Section 30**

313.

She gives the heroine a special drink in a cup at / after the party, she tells the heroine she'll like it

**BMR**: She hands me another plastic cup. I sniff the contents while Taylor rolls her eyes. "It's just punch, Anna. Get a grip. Besides, it's super yummy. You'll like it."…I take a small sip and decide it's okay. "Thanks." 2013 p. 276-277

**Crave**: "It's my own special blend," she says, holding her cup up to her mouth and blowing softly. "I hope you like it." … "I'm sure it's awesome." …I take a sip of the tea, which has a really powerful floral taste that I'm not sure I care for. But it's hot, and that's enough to have me taking another sip. p. 100-101

314.

When she gives the heroine the drink, the heroine takes a sip and thinks it tastes fruity / floral

**BMR**: I begin, sipping the punch. It's unusually good; not too sweet and just the right amount of fruity. 2013 p. 277

**Crave**: I take a sip of the tea, which has a really powerful floral taste that I'm not sure I care for. p. 101

315.

Heroine tells her she needs to go and wants to leave after having the drink

**BMR**: "I think I'm going to head home." 2013 p. 277

**Crave**: "Sorry, Lia, but I've got to go." p. 103

316.

She tells the heroine to stay and drink more of the special drink

**BMR**: "Don't go! Have a little more punch and I'll introduce you to everyone myself." 2013 p. 277

**Crave**: "At least stay a couple more minutes, finish your drink." p. 104

317.

As the heroine tells her she has to leave she also notices the look on her face

**BMR**: Her eyes widen a fraction and the expression on her face is comical. She looks like she's stepped in a pile of something unpleasant—or as if I have and it's sticking to my shoe. 2013 p. 278

**Crave**: She looks half amused, half disappointed as she continues. p. 104

318.

She rolls her eyes at the heroine and is rude during the special drink scene

**BMR**: Taylor rolls her eyes. "It's just punch, Anna. Get a grip." 2013 p. 277

**Crave**: Lia rolls her eyes. "Obviously, you're invited, too." And then she closes the door in our faces. p. 105

319.
Taylor / Lia's special drink makes the heroine sick and then causes her to throw up

**BMR**: I'm riding waves of queasiness. Up. And. Down. 2013 p. 288
(*After drinking Taylor's special punch*)

**Crave**: ...another wave of nausea rolls over me. I ride it out… p. 109
(*After drinking Lia's special tea. Initially the heroine thinks she is suffering from altitude sickness, only later it's revealed that it was Lia's drink that caused her nausea.*)

**BMR**: Instead, I open the car door and throw up; great wracking heaves that seem like they're never going to end. By the time it's finally over and I've heaved up anything and everything I've ever eaten in my life, the snow is blanketed in Ever Pink vomit. 2013 p. 289

**Crave**: I spend the next fifteen minutes trying to throw up the inside of my stomach and hoping that if this godforsaken place *is* trying to kill me, it just gets it over with already." p. 108

320.
Heroine learns later that it was Taylor / Lia's drink that made her ill

**BMR**: "Taylor Vaughn gave Anna spiked punch." My mother and aunt gasp. "She didn't have much but she's had an unusually strong reaction to it." 2013 p. 293

**Crave**: Lia just sighs… "I knew I should have made the tea stronger. But I was afraid it would kill your little pet, and I couldn't let that happen. At least not yet." p. 451 (*this is explained to the heroine much later in the story.*)

**Section 31**

321.
Heroine barely feels the cold with romantic lead to check out northern lights

**BMR:** It's unseasonably cold for Halloween this year but I don't care—I barely feel it...We've decided to check out the northern lights…p. 153

**Crave:** "The northern lights," I breathe, so caught up in the incomparable beauty of them I barely feel the cold." p. 438

322.
Green and purple swirl across the sky

**BMR**: Flowing streamers of brilliant green and purple swirl across a pitch-black sky… 2013 p. 154

**Crave**: …background an intense, incredible purple while swirls of periwinkle and green and red dance across it. p. 438


323.

The heroine says there's a scientific explanation for it / the heroine explains the science of it

**BMR:** "I know there's a scientific explanation for it but still, it feels magical." p. 168

**Crave:** "The higher velocity of the solar winds hitting the atmosphere, the faster they dance." "And the colors are all about the elements, right? The green and red are oxygen and the blue and purple are nitrogen." p. 439


324.

Heroine and romantic lead kiss

**BMR:** …he brushes his lips…in a whisper of a first kiss. I turn his face with my fingers and brush my mouth against his, tremulously at first and then a sort of hunger overtakes me and I claim his mouth with my own. 2013 p. 158

**Crave**: "He kisses me like he's starving for me. Like his world depends on it. Like I'm the only thing that matters to him. I kiss him right back the same way…" p. 439


325.

The romantic lead puts / wraps his arms around heroine: like a blanket

**BMR:** He put an arm around my waist and looped my hand around the back of his neck…A sense of peace settled over me like a warm blanket and I moved in time with the music and with Ash. I felt the music flow around and through me. 2011 p. 161-162

**Crave**: ...wrapping his arms around me from behind so that I'm snuggled up in the blanket *and* his arms. p. 438

326.

They dance and laugh

BMR: We were suspended in time, just the two of us and there was no one else...guiding me as we danced. We moved in perfect time as though we had been dancing together forever. I threw my head back and laughed for the pure joy of it... 2011 p. 163

Crave: I laugh all the way through it... dancing and floating and spinning our way through the most spectacular light show on earth...the joy of being here, in this moment, with Jaxon... p. 441


327.

It's a light show

BMR: Just a perfect black background to showcase our own personal lightshow. 2013 p. 154

Crave: We stay up for hours, dancing and floating and spinning our way through the most spectacular light show on earth.  p. 441


**Section 32**

328.

Heroine sees romantic lead snarl, he looks angry, blood

BMR: A snarling, vicious-looking Ash, lips curled back in fury as he looks up from a girl's broken body, mouth bloodied, canines sharp." 2011 p. 260  ...Ash leaning over the broken and bloodied body of a girl, his lips red with her blood, was this moment. That girl was me. 2011 p. 406

Crave: That's when he snarls. His grip on me getting harder, tighter...His fangs sink deeper and the moment of clarity fades as he begins to suck in earnest'…'He's towering above me now, fangs dripping blood, and face contorted with rage.' p. 447, 448


329.

Romantic lead's canines distended as bites heroine / fangs sink into heroine

BMR: The last thing I saw was Ash's face, canines distended, as he leaned forward to bite me. 2011 p. 406

**Crave:** It must be the reassurance he needs, because seconds later he strikes, his fangs sinking deep inside me. p. 446

330.

Heroine's mental clarity during same scene of her being bitten with antonym adjective

BMR: My newfound mental clarity was stubborn. 2011 p. 408

Crave: His fangs sink deeper and the moment of clarity fades as he begins to suck in earnest. p. 447

331.

Heroine's world dimmed / everything fades for heroine

BMR: The world dimmed until I knew no more. 2011 p. 406

Crave: Everything kind of fades after that, so that I have no idea how much times passes… p. 448

332.

Heroine has lost a lot of blood

BMR: "Easy there, Anna. You lost a lot of blood." 2011 p. 407

Crave: But I'm weak from blood loss and it barely budges the first time. p. 449

333.

Heroine is disoriented, dizzy, /heroine is light-headed, sways

BMR: I had a strange sense of disorientation. Dizzy, I collapsed to my knees on the floor grabbing onto a leather bench for support. 2011 p. 414

Crave: But I'm so light-headed right now that I can barely stand upright and I sway with every step I take. p. 450

334.

Romantic lead saved heroine with his healing bite/Romantic lead saved heroine with his healing venom

**BMR:** "One bite is only enough to gift you with rapid healing." 2010 p. 329; "Ash's healing bite"  2011 p. 423, 425. Something was different between us now, had changed since the healing bite he'd given me. 2011 p. 425

**Crave:** "Vampire venom has a lot of different properties, depending on what the vampire intends. Jaxon didn't bite you, but he did use his healing venom to seal your wound." p. 319

335.

Vampire saliva / venom  has coagulating properties used to heal

**BMR:** "...as he licked her wrist when he was done, somehow sealing the puncture…In a corner of my brain I noted that his saliva must have coagulating properties." 2010 p. 429; 2011p. 532

**Crave:** "She bit you and injected her own venom, using the anticoagulant properties instead of the coagulant ones." p. 319- 20

336.

The heroine is stabbed and experiences blood loss/The heroine is cut by glass and experiences blood loss after romantic lead causes an earthquake

**BMR**: 'Easy there, Anna. You lost a lot of blood.'...'How are you feeling?'...'I'm not sure. Okay I guess.' 2011 p. 407-408; 403 (stab wound)

**Crave**: 'How are you feeling, Grace?'...'I'm okay'...'She lost some blood….' p. 273-274; 283 (nicked artery)

337.

The doctor instructs heroine to rest and not  argue, wants her snug / Nurse instructs heroine to rest and not argue, wraps her up in bed /

**BMR**: *Doctor and heroine*: "...he opened his arms shaking out a similar fleecy blanket for me, indicating that I should take my place on the matching divan…'Oh no, thank you, I'm fine.'...'You may think you feel fine    just now but once the adrenaline wears off the shock kicks in. Dizziness, feeling faint, muffled hearing. . .any of that ring a bell?'... I just looked at him. 'That's what I thought. I want you wrapped up

snug as a bug in a rug and I won't take any lip about it.'...'C'mon Anna. Don't argue with Cousin Mac.' 2011 p. 417-418

**Crave**: *Nurse and heroine:* 'For now, you need to stay here and rest.' 'I don't want to rest. I want–' 'I know what you want, but that's not possible right now. You're weak…I don't think you realize how serious this injury is…Marise simply pulls my comforter back over me and says, "Behave or I'll give you another sedative."' p. 275, 276

338.
The doctor instructs heroine to have a sweet drink/The nurse instructs heroine to have a sweet drink

**BMR**: *Doctor:* "Young Collin here will fetch you some warm tea with honey and biscuits. You'll accept of course." 2011 p. 417-418; 2012 342-343

**Crave**: *Nurse:* "Let's start with a little cranapple juice. The sugar will be good for you, and then we'll go on from there." p. 277

339.
Heroine wonders if romantic lead's healing will cause her to turn into what he is

**BMR**: *Heroine*: "'Am I a werewolf now that you've bitten me?' Caitlin  snorted. 'You're exactly what you were before.'" 2010 p. 329  'Anna, how much did you know about your dad?'... 'E-enough to know he d-didn't sprout fur and whiskers and run around on four f-feet.' 2010 p. 294

**Crave**: *Heroine*: "'...I mean, I'm not going to…' I mime getting fangs…She cracks up…'No, Grace, you're not about to sprout fangs and start sucking people's blood.'" p. 320

**Section 33**

340.
Heroine is hurt and romantic lead swoops her into his arms and carries her

**BMR:** He swooped Catlin into his arms like a great romantic hero and carried her…Ash carried me into the great room. Like father, like son, I supposed. 2011 p. 413- 414
400.
**Crave:** …he swoops me into his arms. p. 160 Plus, being in his arms, bride-style… p. 161

341.

Heroine notices how good it feels to be in his arms:

**BMR:** It felt good to be in his arms, so safe. 2011 p. 414

**Crave:** And they (his arms) feel really good around me" p. 161


342.

Heroine asks to be put down but he continues carrying her

**BMR:** "You can put me down now"…Ash carried me into the great room. 2011 p. 414

**Crave:** "Just let me down, then"…There isn't so much as a hitch in his stride. p. 161-162


343.

Romantic lead lays heroine down on divan and removes coat & boots / Romantic lead deposits heroine on bed and removes boot

**BMR:** Ash crooked a smile at me and laid me on the divan, gently removing my coat and boots… 2011 p. 418

**Crave:** ...he deposits me on my bed and I think that's going to be the end of it. But then he reaches down and pulls off my boot. p. 163


**Section 34**

344.

Romantic lead's type of supernatural may be / is due to a genetic mutation

**BMR**: Maybe his glow-in-the-dark eyes ran in his family. Maybe it was some kind of genetic mutation. 2011 p. 186

**Crave**: "Like other things, vampirism is a genetic mutation." p. 349

345.
Romantic lead's type of supernatural; gene / genetic born

**BMR**: "Every now and then someone is born with a dominant Berserker gene…If you're being polite about it, I'm a Sentinel…If you don't want to play nice, then I guess you'd say I'm a Berserker like my dad…" 2010 p. 338-339

**Crave**: "It's a genetic mutation, so yes, vampires can be born to anyone. Usually they aren't." p. 349


346.
Sometimes they are born not knowing what they are and kill

**BMR**: "Technically, Dad's a Berserker…every now and then someone is born with a dominant Berserker gene…He was seven. The villagers were terrified of him. They didn't know whether his magics were a gift from the gods or a curse…they cast him out...Berserkers...fought until no one was left standing…Fortunately, one of our kind found him…" 2010 p. 338-339

**Crave**: "…other born vampires do happen. They're the ones you read about in stories, because they don't have any knowledge of who or what they are so they…" "Run rampant killing everyone in sight?" "..They are the ones who don't know any better." p. 350


347.
Romantic lead's kind are due to a gene and are born

**BMR**: "Every now and then someone is born with a dominant Berserker gene…If you're being polite about it, I'm a Sentinel…If you don't want to play nice, then I guess you'd say I'm a Berserker like my dad…" 2010 p. 338-339; 2011 p. 421-422

**Crave**: "It's a genetic mutation, so yes, vampires can be born to anyone. Usually they aren't." p. 349

348.

Sometimes romantic lead's kind is born not knowing what they are and fight until no one is left
standing / run rampant and kill everyone in sight

**BMR**: "Technically, Dad's a Berserker…every now and then someone is born with a dominant
Berserker gene…He was seven. The villagers were terrified of him. They didn't know whether his
magics were a gift from the gods or a curse...they cast him out...Berserkers...fought until no one was
left standing…Fortunately, one of our kind found him…" 2010 p. 338-339; 2011 p. 421 (Romantic lead
is a berserker like his dad. Can shift into a wolf and a bear).

**Crave**: "…other born vampires do happen. They're the ones you read about in stories, because they
don't have any knowledge of who or what they are so they…' 'Run rampant killing everyone in sight?'
'…They are the ones who don't know any better.' p. 350

349.

Heroine wonders how old romantic lead really is, and how his kind age     *(in page proximity)*

**BMR**: "Your dad–he looks like a Viking" …"That's because he *is* a Viking."..."That means
he's…" "Over a thousand years old, give or take a few years" …"I mean are you" … "I'm just
seventeen." "Is that in human or dog years?" I found myself asking. "You don't age like we do
then." …"We don't age like *humans* do." 2011 p. 420

**Crave**: Things like how long do born vampires live—or are they immortal, like the stories
suggest? Which leads me to wonder if born vampires age the same way, or is this a baby Yoda
thing, where their maturation is much slower than non-magical humans? And if it is, exactly how
old is Jaxon? p. 407

350.

Romantic lead asks heroine if she really wants to talk about this when she asks him questions
about his type of supernatural being:

**BMR**: *Romantic lead*: "Do you really want to know?" He asked in a tone of voice that told me I
probably didn't. 2011 p. 420

**Crave**: *Romantic lead:* "Is this seriously what you want to talk about right now?" p. 407

351.
Heroine wonders if romantic lead's kind ages differently than a human

**BMR**: "You don't age like we do, then." It wasn't a question. "We don't age like humans do, Anna," he corrected.  2011 p. 420

**Crave**: Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? p. 407

352.
Heroine wonders how old romantic lead really is

**BMR**: "Your dad…he's like–" "Over a thousand years old, give or take a few years."… "Is he–I mean are you" "I'm just seventeen."… "Is that in human or dog years?" I found myself asking. 2011 p. 420

**Crave**: And if it is, exactly how old is Jaxon? p. 407

353.
Heroine does the math her in head about the aging –

*Heroine and romantic lead are discussing the true age of romantic lead and family members, and that they are older than they look. Romantic lead teases the heroine about it. Heroine is also realizing the implications of the different aging process between her and the romantic lead:*

**BMR:**  As we crossed the room, ..my place on the matching divan across from Caitlin…He cradled my head in his hands as he eased a fluffy pillow under my head, propping me up…."Your dad—..".. Ash smirked. "He's a little older than he looks."Arms crossed, I leaned back against my pillows and frowned. .. "You're kidding, right?"…I took a slow breath as I tried to do the math in my head. "That means he's—he's like—" "Over a thousand years old,, give or take a few years. He's not exactly sure himself," Ash finished for me, my brain too muddled to do the math…he teased. "I'm just seventeen" …"My parents met during the Battle of Culloden." …The Jacobite Rebellion took place in 1745. …closed my jaw manually, shaking my head. "You don't age like we do, then." It wasn't a question. "It doesn't matter, Anna. Not in the way that you're thinking." he said. He knew what I was thinking. We were both seventeen now. When would his aging process slow down? 2010 p. 335-338

**Court:** Hudson and I decide to go back to our room..He shakes his head and sits down on the bed next to me. "Secondly, born vampires are just as susceptible to the signs of aging as any species, albeit on a much slower basis."...I instead scooch my butt backward until I can lay my head on my pillow. "So then how could she be a thousand years old and still look sixteen?"….I still remember the festival my father threw for me…. "Still, do vampires really age that slowly?" I plop down on the edge of the bed…"Will you still look this young in a thousand years, too?" It's not something I've ever considered…Now, all I can think about is him looking nineteen forever…."So you were five when? Like the 1800s?" I know both he and Jaxon have mentioned being hundreds of years old at times, but I've never thought of either of them as more than eighteen or nineteen. At least not until I start to do the math in my head ... "Oh my God, am I, like, your seven thousandth girlfriend?" "More like my eight thousandth," he deadpans,... p. 367-369

**Section 35**

354.

Heroine's aunt, mother / uncle want her to leave Alaska because they believe she's in danger, that she might be killed

**BMR:** *Mother, aunt and heroine:*  "They can't find out about her. Or us. I say we leave at first light."... "*Leaving?!* Aren't you overreacting a bit? Why can't they know about me?"… "Because they'll kill you." 2014 p. 279

**Crave (Book 1):** *Heroine and uncle:* "No one is trying to kill me—someone just had an oops with their powers… "We're not sure…" My uncle is back to steepling his fingers. "That's why I want to send you back to San Diego." "Send me back?" p. 345-346

355.

Heroine tells her aunt and mother / uncle that she doesn't want to leave Alaska

**BMR:** *Heroine to aunt and mother:* "*I can't just leave!*" 2014 p. 279

**Crave (Book 1):** *Heroine to uncle:* "I don't want to go back to San Diego, Uncle Finn." p. 350

356.

Mother and aunt tell heroine there has already been too much loss in their family and they won't
risk losing her / Uncle promised he would take care of her if anything happened to her parents
and he can't let anything happen to her

**BMR**: *Mother to heroine with aunt*:  "…we've—lost everyone we care about. All of our family.
My husband, our brother, cousins, parents—I cannot and will not lose you."  2014 p. 280

**Crave** (Book 1): *Uncle to heroine*: "What happens if you end up getting seriously hurt?" He
shakes his head. "I wouldn't be able to live with myself." p. 345 "On the day you were born, I
promised your father I'd take care of you if anything ever happened to him, and I am not about
to let him down." p. 351

357.

Heroine doesn't end up leaving Alaska

**BMR**: It's been nearly a week since the night that changed everything. 2014 p. 373 *(the night the
heroine's aunt and mother said it was time to leave Alaska and the kidnapping)*; "I'm thinking
we should go some place warm for Christmas…" p. 375 *(heroine says since they are staying in
Alaska).*

**Crave** (Book 1): "Okay. Grace. If that's how you feel, you know you can stay." p. 351

**Section 36**

358.

Romantic lead is physically punished as a consequence for transgressions by family / mother

**BMR**: And I watched in sudden horror as his hands started smoking, the stink of charred flesh
filling the air around us. … "Apparently, I said something I shouldn't have. That was a warning.
2010 p. 179-180

**Crave**: "By doing this, and ensuring I didn't heal, she left a mark of weakness on me for the
whole world to see." p. 505

359.

His own family / mother did this to him

**BMR**: "Who put this geas on you?..".As usual, my expression must have revealed my revulsion that his own family would do such a thing to him...It seemed an incredibly barbaric yet highly effective method of control. 2010 p. 181

**Crave**: "Your mother did this to you?" I whisper as horror slithers through me. p. 505

360.

Romantic lead laughs and says don't worry when heroine is upset about this punishment

**BMR**: His eyes laughed at me as he said, "Don't look so worried. It could be worse." 2010 p. 181

**Crave**: But Jaxon just laughs a little. "Don't worry about it, Grace. It's all good." p. 506

361.

He tells her that his kind heals quickly

**BMR**: "I heal quickly. It's one of the perks." 2010 p. 181

**Crave**: "It's hard to scar a vampire, we heal too quickly." p. 505

**Section 37**

362.

Heroine steps into a room and it's summer even though she's in Alaska

**BMR:** We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were standing outside among a grove of trees in high summer... 2011 p. 492

**Crush**: The Ancient vampire leads me through a double arch into another, darker room. But the second we walk in, the room springs to life. The sun is shining, the sand beneath my boots is sparkling... p. 150

363.

Heroine thinks it must not be real, that it's magic / illusion:

**BMR:** "So we're not really outside then...it's magic, right?" 2011 p. 493

**Crush:** ...I'm in the middle of a giant illusion... p. 151  "But I can't believe it. It's not *real*." p. 152

364.

Heroine is given an esoteric answer about whether it real

**BMR:** "It's not really outside, not in the way you might think. This place just..is."  2011 p. 494

**Crush:** "It's as real as you want it to be, Grace." p. 152

365.

The heroine realizes that the supernatural world feels like coming home, feels like home

**BMR:** Anna recognizes that the world beyond the ring stones in that place belongs to her. She feels that she's come home. *2013 Chapter Outline to Emily Sylvan Kim.* (*Supernatural magical world)*; We're in a clearing in the heart of a forest—and it's summer... And it feels like a place my heart has always yearned for but never knew until this moment. It feels like *home.* 2013 p. 378; It feels that familiar. Like coming home. 2012 p. 202; 2013 p. 207

**Crush**:  ...the illusion of this world fades into something that feels even more right. Something that feels like coming home. p. 153

366.

Heroine and romantic lead pass from a room in Alaska into a summer meadow, wildflowers & sun / Romantic lead passes from a room in the Alaskan winter into a summer meadow and wildflowers and sun

**BMR:** *Heroine with romantic lead:* We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were standing outside among a grove of trees in high summer—oak, birch and yew—beneath a glimmering canopy of stars. The air was warm and fresh." 2011 p. 492; Sunlight? I

look around, staring at the impossible. We're in a clearing in the heart of a forest—and it's summer. The leaves of the trees are brushed with the golden glow of dazzling sunlight ...The air is heavy with the wild perfume of honeysuckle and jasmine. 2013 p. 204

**Crave:** *Romantic lead:* The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down on us. p. 566


**Section 38**
**The climax of the story, the heroine is abducted**

367.
Toward the end of the story, the heroine is kidnapped by the vampire prince / vampire prince's mate

**BMR**:  As the doors closed behind us, realization sunk in. I'd been taken. By vampires. Demons. We were now members of a select group; a club of sorts—the kids on the back of the milk cartons." 2010 p. 419, 420 - 455 ;My abduction was no mere coincidence. And the fact that my friends had been taken right along with me was my fault. 2011 p. 527, 528

**Crave:** I wake up shivering. I'm cold…But flashes of memory are starting to come back…Lia screaming at me that everything is all my fault….I mean, she drugged me, shot me, and tied me up…my legs are tied down, too… p. 455, p. 452 - 490


368.
When the heroine is first abducted, she is in pitch darkness / dark and is frightened /terrified and has scary thoughts

**BMR:** Fear of the dark is kindled by the imagination. So many times what you imagine is far more frightening that what actually is. …you don't see the monster, at least not until it's too late. ..there was no light.  I had never outgrown my childhood fear of the dark and the darkness surrounding me was utter pitch." 2010 p. 421

**Crave:** Wherever I am, it's dark. Not pitch black, obviously, because I can see my hands and feet and a little beyond where I'm lying. But that's it. Only about four feet past my hands and feet in every direction, but after that it's really dark. Like really, really dark. Which isn't terrifying at all considering I'm in the middle of a school filled with things that go bump in the night.  p. 456

369.

While captured the heroine feels panic and wishes she felt empowered / had the power to escape
but can't muster any / has none

**BMR:**  I figured panic wasn't too far behind. And if I gave into that panic I knew I would be
lost. …But my situation was too grim for me to have any feeling of empowerment.  And anger
requires empowerment.  Or maybe if you're angry enough it makes you feel empowered.  Either
way, I couldn't muster a spark to save my life. 2010 p. 421-422

**Crave:** Has my panic turning to terror…..I have to do something…I wish I had some
supernatural powers of my own. Namely the power to break through rope. Or teleport. Hell, I'd
even take a shadow of Jaxon's telekinesis at this point-something, anything that might possibly
get me untied and off this horrible rock. p. 455-456

370.

Heroine is kidnapped by Julian, the vampire prince / Lia, the vampire prince's mate

**BMR**:  As the doors closed behind us, realization sunk in. I'd been taken. By vampires. Demons.
We were now members of a select group; a club of sorts—the kids on the back of the milk
cartons. 2010 p. 419, 420 - 455 My abduction was no mere coincidence. 2010 p. 425

**Crave:**  I wake up shivering. I'm cold…But flashes of memory are starting to come back…Lia
screaming at me that everything is all my fault….I mean, she drugged me, shot me, and tied me
up…my legs are tied down, too… p. 455, p. 452 - 490

> A.  The heroine has been kidnapped and Taylor helped Julian to do it / Lia did it

**BMR:** *Heroine to Taylor:*  "So it was you, wasn't it?" I said quietly." 2010 p. 458

**Crave**: *Heroine about Lia:* "I mean, she drugged me, shot me, and tied me up…" p. 455

371.

The heroine's arms are in cuffs / tied to an iron ring and she's on a cold floor / slab

**BMR:** With my arms cuffed behind my back and sitting on the cold metal floor for so long, my
muscles were cramped and I had no ability to gain my feet. 2010 p. 422

**Crave:** At least not until I turn my head and see my right arm stretched out to the side and tied into an iron ring…my left arm in the same predicament…I realize that I'm spread-eagled on top of some kind of cold stone slab. p. 455

372.
<u>Heroine thinks the vampire prince - Julian / vampire prince's mate -Lia is a crazy vampire</u>

**BMR:** Great. A crazy vampire. 2010 p. 427

**Crave:** And oh yeah, I'm being stalked by a crazy-ass vampire... p. 465

373.
<u>The vampire prince - Julian, / vampire prince's mate- Lia have been waiting a long time to get the heroine</u>

**BMR**: *Vampire prince to heroine:* "Such a long time I've waited…But when I saw you, that he had a daughter, ah well, that's when I knew. It had to be you. And I waited…" 2010 p. 436; 2011 p. 539

**Crave**: *Vampire prince's mate to heroine:* "I've spent months preparing for this. Months!....I spent months searching for you…" p. 483

374.
<u>Vampire prince / vampire prince's mate killed heroine's family members</u>

**BMR:** *Heroine and vampire prince:* "B-but he died in the elevator crash with my grandparents." I insisted stubbornly. He shook his head. "Not so. That was no accident, Anna Sweet." 2010 p. 443

**Crave:** *Vampire prince's mate to heroine*: "I spent weeks planning your parents' accident…" p. 483

375.
<u>Heroine wonders why she was kidnapped and why she's special</u>

**BMR**: *Julian and heroine*: "Why me?...Why?" I whispered. "Because you're special. Haven't you guessed?" he whispered back. "Besides, your family owes me a Blood Debt for my sweet Elise. You look remarkably like her, you know." 2010 p. 435 (why me), p. 436

**Crave**: *Heroine*: What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else? Something more? p. 484

***Reincarnation / resurrection and bringing back from the dead:***

376.
Vampire prince -Julian / vampire prince's mate -Lia want to use the heroine to bring their mate back from the dead; *reincarnation*/resurrection

**BMR**:
*Julian:* "Do you believe in reincarnation, sweet Anna? The rebirth of a soul to live another life in a new body?...You are my sweet Elise, I'm sure of it." 2010 p. 436; 2011 p. 545
"Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories my darling sweet." 2011 p. 549
*(2011 is the first version to use rebirth as a Sanguine. Sanguine are vampires in BMR).*

*Heroine:* "And if I'm not who you think I am? What then?"

*Julian*: "We do things the old-fashioned way…If it doesn't kill you, well, then voila! Either way, it's a win-win." 2010 p. 444 ..he believes she IS Elise reborn... thinks that she's a vessel for Elise's spirit. *Pitch Notes to Emily Sylvan Kim, 2013*

**Crave:**
*Lia:* "This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it?"... *Heroine:* Bring *him* back? Who? *Hudson?*

*Lia:* "I'm going to bring Hudson back…and *you're* going to help me."

*Heroine:* …But you can't bring the boy you love back from the dead…shivers of horror sliding down my spine at the thought of a *resurrected* vampire breaking through those doors p.483-485

377.
He / she is suffering from the loss of the mate

**BMR:**
*Julian to heroine:* "My sweet Elise was the other half of my own soul. Can you understand what it means to have that one person, the other half of you torn away?" 2010 p. 437

*Elise:* "Julian was everything I could have hoped for in a mate" 2010 p. 467

**Crave**:
*Lia to heroine:* "I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate." p. 485-486

**Crush**: *Heroine:* "Lia? I wonder. How weird must it be to know that your mate loved you so much that she died to bring you back? p. 423

*However, the mate isn't dead but is actually living in another dimension. This is revealed later in BMR 2010 p. 467; 2011 p. 576; 2012 p. 501 and in Crush (Book 2) p. 659 and more explicitly in Court (Book 4) p. 375 of the Crave series.*


378.

Vampire prince / vampire prince's mate wants vengeance against the person they believe killed their mate

**BMR**: *Julian and heroine:* "And I would never give him the satisfaction of death. That's too easy… Your father robbed me! He took my sweet Elise! He killed his own relation!...So I took him and imprisoned him where no one would think to find him"… "You mean to make me a vampire as some sort of punishment to him, is that it?"... "That and something more, sweet Annalise." 2010 p. 442-443; 2011 p. 539-540; 544

**Crave**: *Lia to heroine:* "I hope he's suffering. I hope he knows what's happening to you in here and that it's killing him that he can't get to you. I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate."... "I'm not Jaxon's mate…" "It's cute that you believe that…What matters right now is that it's true. And that he believes it…As long as he suffers when you die, I don't care…" p. 485-486


*The vampire prince / vampire prince's mate is talking about the pain of their mate's death and the heroine at first feels pity for him/her. However she then becomes upset when she remembers that they are responsible for killing her family.*


379.

At first the heroine feels sorry for the vampire prince / vampire prince's mate even though they might kill her, but then angry as he/she murdered her family

**BMR:**
*Julian to heroine:* "I bite you, drain most of your blood…If it doesn't kill you, well, then voila!" 2010 p. 444 *(His plans could kill the heroine)*

*Julian to heroine*: "Do you believe in reincarnation…The rebirth of a soul to live a life in a new body…Because I do…" 2011 p. 540.

*Heroine:* I felt a stirring of pity for him and was surprised by it. 2010 p. 437 Murderer! How I hated him for killing my grandparents and robbing me and my family. 2010 p. 443

**Crave:**
*Lia to heroine:* "This is my one chance, *my one chance* to bring him back…" p. 483

*Heroine:* "Are you seriously trying to bring Hudson back?" I ask, and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her…or it would if she hadn't also been responsible for the murder of my parents. p. 484

380.
Heroine worries she'll be Frankenstein's bride / Frankenstein if the plan to resurrect the dead mate works

**BMR**: Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride. 2012 p. 474

**Crave**: I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works. p. 485

381.
The heroine finds the voice in her head has deserted her / is absent when she needs it during this kidnapping scene

**BMR**: My new inner voice had deserted me … 2012 p. 442

**Crave**: the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent. p. 463

382.
The heroine has fury / anger, rage deep within / inside her towards the vampire prince / prince's mate and she feels fire, like hot acid / hot flame

**BMR:** Something within me, deep and far down, rose up like hot acid. A fury so strong I actually felt on fire with it and yearned to destroy him. 2010 p. 446; 2011 p. 551

**Crave:** ...the hopelessness deep inside me turns to anger, and the anger turns to rage. It fills up the emptiness, fills up the aching, until all that is left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice.  p. 477

383.
The heroine wonders how she can kill the vampire prince / vampire prince's mate

 **BMR**: How do you kill a vampire? In books and movies, it's a stake to the heart, decapitation or sometimes fire. Was there a kernel of truth to the mythology? I vowed I would find out. 2010 p. 446; 2011 p. 551; A plan would be really nice about now. 2013 p. 413

**Crave**: All of which means I'm going to have to do whatever I can to take her with me when I die. I just wish I had a clue how I'm supposed to do that. My brain makes and discards half a dozen feverish plans… p. 477-478


384.
The heroine realizes she can't compete against the vampire prince's / vampire prince's mate's strength, so she holds still /doesn't move during the fight in the kidnapping scene


**BMR:** I held perfectly still, unresisting, though every fiber of my being screamed in protest. 2010 p. 449

**Crave:** So instead of running, I play possum. Not running, not moving, not even breathing… p. 479


385.
Heroine is choked by another supernatural being (Selene / Flint) in this kidnapping scene

**BMR**: *Selene chokes the heroine:* Before I knew what was happening, I found myself flung to the hard, concrete floor, the life being choked out of me. I couldn't breathe. 2010 p. 447

**Crave**: *Flint chokes the heroine:*  He grabs me by the hair and slams me face-first into the nearest wall.…He reaches forward, wraps his hand around my neck. And then he starts to squeeze…I can't speak anymore, can't breathe… p. 467-469


386.
The vampire prince / romantic lead saves the heroine from being choked by throwing / heaving Selene / Flint across the room

**BMR**: His strength was such that he threw her across the room…She fell into a heap against the wall. 2010 p. 447

**Crave**: Moments later, he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall. p. 470


387.
During the fight in the kidnapping scene the heroine is dragged and tries to resist

**BMR**: I was dragged to the corner of the room, twisting and kicking… 2012 p. 478

**C**rave: Lia continues as she grabs me by the hair and starts dragging me up the tunnel…digging my nails into her hands hard enough to draw blood.  p. 475

388.
During the fight scene the heroine notes Julian/Lia's strength and that Julian could turn her brain to mush /Lia slams her head and the heroine's brain is not functioning well. She feels disconnected from her body and tries to fight the feeling/ Heroine wants to pass out but Lia won't let her

**BMR:** He'll turn my brains to mush if I don't give in. …I clench my jaw against the pain of it, tears streaming down my cheeks.…I'm floating, disconnected from my body, drifting on a tide. I mustn't give myself over to that feeling, even though it's tempting to just let go….Julian's eyes widen and he pulls back with a start.…his backhand connects with my face. The pain is blinding, radiating from my jaw to my temple and up to my head. My neck snaps back and I'm slammed into the wall, crumpling to the floor. …He has my arms pinned over my head before I can so much as draw a breath. And then he hits me again. I've sadly underestimated his strength..2013 p. 414-415

**Crave:** Lia curses and slams my head into the wall …Which dazes my already not-functioning so- great brain but doesn't get me to shut up. …Lia's not having it…she turns around and kicks me in the face. Not hard enough to fracture my jaw, but more than hard enough to have me reeling backward…. as everything around me starts to go black. "Oh, no you don't, you bitch," Lia hisses at me. And this time when she hits me, it's a sharp slap on my cheek. "You are not going back to sleep..". …That's the best incentive I can think of to make myself pass out again….in the grand scheme of her vampire strength..
p. 476

389.
Julian the vampire prince hits and kicks a female vampire and he hits the heroine / Lia the vampire prince's mate hits and kicks the heroine

**BMR:** Standing in front of her, he lashed out with his feet, kicking her harder and faster up against the wall…Julian shouted as he backhanded her across the face. 2010 p. 447;  2011 p. 552 ..moves so fast I don't see it until his back hand connects with my face…he has my arms pinned over my head…. And he hits me again. 2013 p. 414-415.
*(2013 is the first version of BMR with the heroine being slapped)*

**Crave**: Lia's not having it, though, because this time she turns around and kicks me in the face…And this time when she hits me, it's a sharp slap on my cheek. p. 476

390.
Ban sidhe (Gaelic for Banshee) / Banshee is said during this scene

**BMR**: Julian rolls his eyes. "little ban sidhe" (*Gaelic for banshee*). 2013 p. 408
*(2013 is the first version BMR to use the word ban sidhe, pronounced banshee)*

**Crave**: "Lia howls like a banshee." p. 480


391.
During the kidnapping scene the voice inside heroine tells her to run but she can't

**BMR**: "*Run!*" The hysterical voice inside my head screamed. "*Run!*" But my rational mind knew that would be yet another mistake." 2010 p. 476

**Crave**: The voice inside me wants me to get up, to run, but I've got nothing left. p. 482


392.
Taylor / Lia tells heroine she is pathetic and heroine isn't want she thinks she is

**BMR**:
*Taylor to heroine:* "You think you're like them, don't you? A Sentinel, a protector of humankind," she spat. "Unfortunately, there's so much more to you than meets the eye…She turned…laughing. "You're pathetic!" she hissed. 2012 p. 489

*Taylor to heroine:* "You have no idea what you are and it's such a waste." 2010 p. 459

**Crave**:
*Lia to heroine:*  "You pathetic, miserable excuse for a…" "Human?" I interject. "Is that what you think you are? Human?" She laughs. "You're even more pathetic than I thought. You think I would do all this to get my hands on a *human*?" p. 483


393.
Romantic lead's rescue causes the door / wall to shudder and fall apart

**BMR:** A sudden, shuddering pounding as the door splintered and collapsed ...uninvited guests had crashed the party. My werewolves. They had come for me…I scanned the room for Ash…Ash met my eyes from across the room in his human form…  2010 p. 450, 451

**Crave:** This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor. p. 487

394.
There is a loud /giant wrenching sound and the female vampire is thrown across the room and hits the wall

**BMR:** Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound. 2010 p. 447; 2011 p. 552

**Crave:** A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash… p. 489-490

395.
There is a sickening crunch of a wrist / bone

**BMR:** He grabbed Rachel's wrist and studied it closely, as though he were thinking. "Slytherin perhaps?" With a sickening crunch, he bit into her wrist. 2010 p. 429; 2011 p. 532

**Crave:** He waits for her to get close then uses her own momentum to send her flying off the altar and across the room. She lands with a sickening crunch of bone. p. 490

396.
There is a primal war cry when the heroine jumps on a demon's back with a dagger / Lia jumps on the romantic lead's back with a knife

**BMR:** I ran into the melee screaming at the top of my lungs—a primal war cry escaping my lips along with Ash's name…The Ka Ramun was now less than a foot away from Ash. It raised a dagger poised to strike and in that moment, I sprang forward and launched myself on its back…I…brought the dagger down into its neck. 2011 p. 559; 2010 p. 452 (*2011 contains entire sequence; 2010 partial sequence*)

**Crave:** She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest. It's my turn to scream— p. 490-491

397.

The demon disintegrates into dust / Lia explodes into dust after being stabbed

**BMR**: I gripped the dagger, plunging it harder…into the thing's neck…and then he disintegrated into dust.  2012 p. 480

**Crave**: ...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Seconds later she explodes into a cloud of dust… p. 495

*In BMR 2010-2013, the heroine saves the romantic lead's life in the kidnapping scene by jumping on a demon's back and stabbing it with a dagger when the demon is about to attack the romantic lead from behind. In 2014, the heroine actually offers to sacrifice her life for his.*

398.

The heroine must do something, anything to save the romantic lead's life after she has been rescued by the romantic lead from the vampire prince / vampire prince's mate

**BMR**: I watch as a hoard of demons descend and realize I have no power. No magic to save my beloved. Please! He can't die!' I beg her. I want to scream, kick, fight, do something–anything–to make this right. "*A life for a life. The balance must be maintained.*" "Then take mine" I offer… "*Do you pledge your life to me for this boy of Light?*"… "Yes!" I cry. "My life for his." 2014 p. 357
*(2014 is the first version of BMR where the heroine offers her life in exchange for the romantic lead's life to save him.)*

**Crave**: Not when he could die on me at any second…If I leave him and go for help, he might very well bleed out while I'm gone. If I don't, he may bleed out anyway…Jaxon's heart rate is slowing down and so is his breathing. I don't have much time to do something, anything to save him. In the end, I do the only thing I can think of…I claw open one of the wounds on my wrists…I press my wrist to his mouth…if he doesn't drink, he'll die." p. 496

399.

At the end of the kidnapping scene the romantic lead believes the heroine's abduction was his fault; the nemesis is gone

**BMR**:             He pulled back and pressed a finger to my lips.
*Romantic lead:* "You don't know, you can't imagine what it's done to me knowing you were in
                           danger. Because of me." His voice broke and shook with emotion.
*Heroine:*               "None of this was your fault." I pushed against his chest. 2010 p. 488

**Crave**:             Then he's crouching down next to me, stroking a hand down my face.
*Romantic lead:* "I'm so sorry."
*Heroine:*               "It's not–" My voice breaks as relief sweeps through me. "It's not your fault." …

Romantic lead: His voice is bitter. "Whose fault is it, then?" p. 490


400.
Heroine saves romantic lead and herself by stabbing vampire prince's mate with a knife / Heroine saves romantic lead and herself by stabbing the demon with a dagger

**BMR:** "The Ka Ramun was now less than a foot away from Ash. It raised a dagger…I gripped the dagger with both hands, trying to wrench it free for another stab. Each tug resulted in a horrible, sucking sound" 2011 p. 559

**Crave:** "She's wide open, her arms spread out to the sides, so I connect. The knife makes a sickening squishing sound…" p. 492


401.
Heroine can't bear losing one more person she loves / Heroine can't bear losing another person she loves

**Crave:** "...watching another person I love die, there is no alternative..." p. 493

**BMR**: "Because the thought of losing one more person I love is unbearable." 2016  p. 95


402.
The smoke (Hudson) / heroine wasn't going down without a fight

**Crave**: "But the smoke wasn't going down without a fight." p. 494

**BMR**: "And I wasn't going down without a fight." 2011 p. 527


403.
Heroine stabs the Ka Ramun demon and he turns into dust/Romantic lead throws the smoke at Lia and she turns into dust

**BMR**: I gripped the dagger, plunging it harder…into the thing's neck…and then he disintegrated into dust. 2011 p. 560; 2012 p. 480

**Crave**: ...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Seconds later she explodes into a cloud of dust… p. 495

**404.**

<u>The vampire prince kills the jealous girlfriend who tried to harm the heroine</u>

**BMR**: His movements increased in tempo as her screams did, a terrible song of muffled thumps and crunches, his legs and feet moving so rapidly that the whole thing was nothing more than blur. Finally, she was silent and no more than a heap of pulp at his feet. 2010 p. 447; 2011 p. 552

**Crave:** ...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Seconds later she explodes into a cloud of dust… p. 495

<b>Section 39</b>

**405.**

<u>Heroine saves romantic lead's life</u>

**BMR**: I watch as a hoard of demons descend and realize I have no power. No magic to save my beloved. Please! He can't die!' I beg her. I want to scream, kick, fight, do something–anything–to make this right. '*A life for a life. The balance must be maintained.*' 'Then take mine' I offer… '*Do you pledge your life to me for this boy of Light?*'… 'Yes!' I cry. 'My life for his.' 2014 p. 357

**Crave**: Not when he could die on me at any second. He's lost so much blood…Jaxon's heart rate is slowing down and so is his breathing…I press my wrist to his mouth..if he doesn't drink, he'll die. p. 496

**406.**

<u>Romantic lead feels that the heroine's abduction and being in danger was his fault</u>

**BMR**: '"I chose to let you out of my sight and I should have known better, coming from the world I do. So while you feel that everything that happened tonight was a result of your choices—well, I feel that what happened was ultimately the result of my choices. Mine.' I watched him look at me with such sorrow and guilt that it hurt." 2011 p. 601

**Crave**: "I'm so sorry.'...'It's not your fault.' …His voice is bitter. 'Whose fault is it then?' p. 490

**407.**

<u>Romantic lead tells heroine for the first time that he's in love with her</u>

**BMR**: *Romantic lead to heroine:* "I'm in love with you." 2014 p. 388

**Crave**: *Romantic lead to heroine*: "I'm so in love with you." p. 508

408.

Heroine tells him I love you too

**BMR:** *Heroine responds*: "I love you, too." 2011 p. 600

**Crave**: *Heroine responds*: "Good, because I'm in love with you, too." p. 508

409.

Heroine / romantic lead says sometimes things don't work out

**BMR**: *Heroine*: "Following your heart doesn't always lead to a happy ending." 2014 p. 388

**Crave:** *Romantic lead*: "But sometimes love isn't enough." p. 508

410.

Romantic lead / heroine wants to work it out

**BMR**: *Romantic lead*: "I'm saying we'll figure it out together." 2014 p. 388

**Crave**: *Heroine*: "You're not the only one in the relationship...And that means you don't get to make all the decisions for us." p. 509

411.

Romantic lead / heroine asks the other to be with them

**BMR**: *Romantic lead:* 'I know what I'm doing,' he says with a rueful smile. 'And what I'm doing is following my heart. The question is, do you trust me enough to follow yours?' 2014 p. 388

**Crave**: *Heroine:* "Yes it is. It's exactly that simple. Either you want to be with me or you don't...Be with me. *Love* me. Let me love you." p. 510

412.

<u>Romantic lead initiates the kiss after the I love you</u>

**BMR**: He leans in, his hands slipping under my hair to the back of my neck, and in his arms I feel cherished. Our lips meet, hesitantly at first, a question in the kiss. Then, the press of his lips is more insistent and so is mine. Our breaths become one breath, and in this kiss is a promise. 2014 p. 388

**Crave**: And then his hands are on my face and he's kissing me like I'm the most important thing in the world. I kiss him back the same way, and nothing has ever felt so good. Because for right now, for this moment, everything is finally exactly how it should be. p. 510

**Section 40**

413.

<u>The heroine realizes she's brought Ronan / Hudson back with her by accident</u>

**BMR:** *Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world. 2011 p. 602-03

**Crush** (Book 2): "Did I bring him back with me?" …"No, no, no. It can't be." p. 122

414.

<u>Heroine panics at the realization that she's brought him back</u>

**BMR**: A bolt of sheer panic jackknifed through me… 2011 p. 598

**Crush** (Book 2): Panic races through me… p. 123

415.

<u>Heroine has accidentally released Ronan / Hudson from the other dimension where he has been trapped. He is tied with her in some way</u>

**BMR**: *Heroine:* "*Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world." 2011 p. 602-03; 2010 p. 490

**Crave**: *Romantic lead:* "…I'm going to find a way to separate her from Hudson. And I'm going to contain or kill him or do whatever I have to, to make sure he's never a threat to anybody ever again." p. 532

**Crush**: *Heroine:* "I can't be responsible for letting Hudson loose again, can't be responsible for bringing him back where he can terrorize everyone and raise an army of vampires and their sympathizers." p. 27  "No, no, no. It can't be." p. 122 and "I have a monster living *inside* me." p. 123


416.        **End of the story**
The Bloodletter turns into a a raven / winged creature and takes off into the sky

**BMR**: ...the air shimmered around Ronan and he was, impossibly, the raven. He circled around Ash's head one time before flapping his great wings and taking off into the night sky… 2011 p. 598; 2012 p. 524; 2013 p. 454. 462; 2014 p. 367, 368.

**Crave**: She takes another step back, transforming into a winged creature I don't recognize right before my eyes. And then she flies away… p. 570


# Section 41

## Bonus Chapters

There are approximately forty pages of bonus material at the end of Crave told from the romantic lead's point of view with the material taken from BMR. This is just a few examples.


417.
Romantic lead explains that vampires need blood to survive, but not human blood.

 **BMR:** "Vampires...need blood in order to survive. Just not human blood." 2011 p. 500-501

**Crave**: "Here at the school, Foster serves animal blood. If we drink only that, we can be outside in the sunlight." p. 517


418.
Romantic lead explains negative consequences of drinking human blood

**BMR:** "Human blood is a delicacy to them. It's highly addictive, and once they try it they're like junkies for it." 2011 p. 501

**Crave**: "If we choose to…supplement with <mark>human blood</mark>, however, then we have to wait until it's dark." p. 517 *(To go outside, can't go in the sun)*

419.

<u>Heroine realizes she's unleashed Ronan upon the world / Romantic lead tells heroine he won't risk</u>
<u>Hudson being set loose on the world</u>

**BMR**: *Heroine:* "*Oh god <mark>no!</mark>* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had <mark>unleashed upon the world</mark>." 2011 p. 602-03; 2010 p. 490

**Crave**: *Romantic lead:* "Because there's no way in hell I'm risking Hudson being <mark>set loose on the world</mark> a second time." p. 520