c r u s h

describe as royal. As in the royal "go ahead" decree.

"You said before that I could ride on your back. But..." I look him up and down, which pretty much amounts to looking up, up, and then up some more. "How am I supposed to reach your back? You're gigantic. I mean, this is definitely not going to be like riding a horse."

He snorts again, and this time there's a whole lot of insult in it. Turns out dragons—or at least this dragon—are a lot more expressive than I ever imagined.

Flint eyes me for another couple of seconds, just, I think, to make sure I understand how insulted he is to be compared to a horse. Then he slowly lowers his head and nuzzles my shoulder with the bridge of his nose.

And just like that, I melt. Because when he's not trying to kill me in his dragon form, Flint might actually be the most adorable thing I've ever seen.

"Yeah, yeah, yeah," I tell him, even as I reach up to stroke his nose and a few of his frills.

He makes a little noise, then presses closer, and I can't help but laugh. "You made it very clear you don't want to be called a horse, but you're acting like a giant puppy dog right now." To prove my point, I bring my second hand up to scratch the top of his head. I swear to God, Flint grins in response—or comes as close as a dragon can to smiling, super-sharp teeth and all.

I pet him for a couple of minutes, and I enjoy it at least as much as Flint does. But I'm also conscious of time quickly moving along, so finally I pull my hands back and step away.

The dragon snorts and moves forward to nudge me—a very clear signal that he wants more—but this time I give him only a cursory pat on the head. "You know, I would stand here all day and pet you if I could. I swear. But we have an assignment to do, and you still haven't explained to me how I'm supposed to get on your back."

Flint snorts again, then heaves a ridiculous sigh as he lowers himself to kneel on the ground.

"Yeah, that's great. But there's still no way I'm going to manage to make it onto your back." Even kneeling, belly to the ground, his back is still a good eight to ten feet off the ground. I can't even reach to the top of his back, let alone swing myself up onto it.

Flint tilts his head again, like he can't believe we're even having this discussion. I'm also pretty sure he rolled his eyes at me—which, not going to lie, doesn't feel good. I mean, it's one thing having a human Flint roll his eyes at me. It's a whole different feeling when a dragon does it. I don't know why, but it is.

This time, when he leans down and nudges me, I don't even bother to pet him. "I'm serious, Flint. We need to figure this out."

"You could always throw a saddle and some really big stirrups on him," Hudson suggests.

"If you're not going to help, I don't want to talk to you right now," I retort before Flint nudges me again, a little more forcefully this time. "Hey! That hurt!"

He does it again. And then again, this time hard enough to leave a bruise.

"Flint!" I scowl at him as I stumble back a little more. "Will you please stop fooling around? You're hurting me."

He sighs, and it is the longest-suffering sigh I have ever heard from an animal—or a human, for that matter—in my life. This time when he lowers his head, he doesn't nudge my shoulders. Instead, he nudges my thighs.

"Okay, look! That's it! If you keep this up, I'm going back—" I break off on a scream as Flint finally manages to get his head between my knees.

"Now there's something you don't see every day," Hudson comments wryly.

"Don't start!" I snap, because the only thing worse than dealing with the fact that

a guy who isn't my boyfriend very unexpectedly *has his head between my legs* (even if he is in dragon form) is dealing with it while

Hudson looks on.

I start to say something else but end up letting out a little scream as Flint tosses me up and back a little, so that I land, ass first, on the center of his neck.

Seconds later, he's lifting his head, and I'm trying not to scream as I slide down, down, down his neck, over spikes that turn out to be not that spiky at all only to slam, face-first, onto his back.

# 55

## Ain't Nothing but
## a Wing Thing



I just lay there, arms wrapped around his sides, and try to come to grips with what just happened to me. Eventually, though, Flint gets restless and starts to stand up, even though I am in no way seated appropriately.

"Wait, wait, wait!" I cry out as I try to shift myself around on a moving dragon—which, as it turns out, is even harder than it sounds. Especially when Hudson is laughing his ass off at me.

This time Flint's snort sounds a little more like a growl.

"Okay, okay, I'm sorry," I tell him as I finally manage to get myself situated properly, facing forward with my legs straddling his back and my arms wrapped around his neck.

He snorts again, obviously unimpressed with my apology. "Look, I said I was sorry. Now it seems really obvious what you were doing. But at the time, it didn't. So I'm sorry I thought…whatever it was I thought."

Flint twists his head around just enough for me to see the disdain on his features.

"You know what? Enough is enough. You want to be annoyed with me, fine. But how was I supposed to know? I've never ridden a dragon before. I've never even been this close to a dragon before except, you know, when you were digging your talons into my back. So let's just call it even and get on with the lesson, okay?"

No snort this time, but he does give a regal head toss that tells me my apology is sorely lacking. And also that he's over it, which is good, because so am I.

Seconds later, Flint bucks his head back in a warning that I don't understand and then shoots straight into the sky.

I scream again, louder this time, then wrap my hands around Flint's throat in what could probably best be described as a death grip. If I don't loosen up soon, it will probably end badly for both of us, but as he zooms to the very top of the castle, there's nothing I can do about it.

So I just close my eyes, hold on, and pray I don't fall off.

"Bugger this!" Hudson growls, and I realize he's now sitting right behind me.

"What are you doing here?" I demand, even as a scream rises in my throat. "I thought you were comfortable on that step."

"You do realize I'm actually in your head, right? So where you go, I go. It's kind of a thing."

"I know that. I just didn't expect you to decide to ride Flint along with me. It doesn't really seem your style."

"As it turns out," he answers stiffly, "I've never ridden a dragon before. I thought it would be…"

"Terrifying?" I ask as Flint does a vertical spin as he continues to fly higher.

"Fun." The word comes out a little breathless, which I can totally understand. My breath is in my throat, too.

Thankfully, it turns out Flint can breathe even with my death grip, and he takes a few loops around the castle and the sky above it. It's not exactly a flying lesson, but now that my brain is functioning again, I realize he's just trying to relax me a little. Get me used to flying, even if it is on a dragon.

I'm positive it won't work—it's super scary flying around this castle that's built on the side of a mountain—but eventually I manage to keep my eyes open for an extended period of time. And when I

do, I nearly squeal in delight because, scary or not, it's absolutely, breathtakingly beautiful up here.

The sky is crystal blue, the mountain is covered in glistening snow, and the castle looks like something out of a movie...or a dream. Its gray and black stones provide a startling contrast to the white snow, its parapets and towers stretching high into the bright blue sky.

Flint turns his long, majestic neck so he can glance back and check on me, and I hold on tight, expecting us to quickly drop back down to the ground.

But I totally underestimated Flint—big surprise—because instead of heading for the ground, he takes a tight turn in midair and heads straight up, up, up into the sky.

"Oh my God! What are you doing?" I screech, but he doesn't so much as look back at me. Instead he just goes faster.

I expect Hudson to complain, but when I glance at him, he's got a full-blown grin on his face. Then again, it's not like he's got the same fear of dying that I do...

We're back to flying vertically now, and I bite back a scream as I hold on as tightly as I can with both my arms *and* my legs. Not going to lie, it's completely terrifying. But it's also exciting and exhilarating and the view—when I finally manage to pry my eyes open—is absolutely breathtaking.

A few years ago, I watched a documentary called *The Art of Flight.* It was about snowboarding in the most difficult and breathtaking locations in the world, and Denali was one of the places spotlighted in the movie. They took a helicopter up to some of the areas that are off-limits to normal climbers and skiers and made a big deal about walking in places where no other human being had ever been.

At the time, I hadn't understood what the big deal was. But now, holding on to Flint as I get a dragon's-eye view of those very areas, all I can think is, *Of course.*

Of course they wanted to see this place that so few people have ever seen.

Of course they wanted to capture it on film so others had a chance to feel what they felt.

Of course it's worth anything—worth everything—to get here. Right here.

And suddenly, something wild inside me breaks free. It claws its way out of the deepest part of my soul, yearning toward the sky, toward the snow, toward freedom.

I gasp, because for that one second, my body wasn't under my control. It belonged to something—to someone—else, and I don't have a clue how to find my way back.

Of course, Flint chooses that moment to change direction, going into a deep dive that has the wind in my face and my heart in my throat. We're racing down even faster than we came up, and as terror whips through me, whatever raised its head inside me settles back down.

I want to follow it, want to figure out if it's the gargoyle or something else—something worse—but I can't when every ounce of concentration I have is focused on hanging on to Flint and praying that we don't crash.

We don't, but because he's Flint, he can't resist doing a series of loop-the-loops in the middle of our dive. I'm not sure what it says about our speed that I don't even have to worry about falling off, even when we're upside down, because centrifugal force keeps me plastered to his back the entire time.

In fact, by the time his third set of somersaults comes around, I don't even have to close my eyes. Instead, I just laugh with Hudson and enjoy the ride.

Eventually, he starts flying slowly by various architectural elements I recall from Mr. Damasen's list. I pull my phone from my coat pocket and quickly snap several pictures of each feature as we fly by.

When I finish taking the last picture, I put my phone back in my pocket and zip it up. Flint gives me another quick look over his shoulder and, I swear, shoots me a surprisingly wicked grin, considering he's a

*dragon.* That's the only clue I have to grip his neck tightly before he's soaring back up into the sky again, spinning a bit as we go.

And then, when I think we can't go any higher—he stops flapping his wings entirely.

We freeze in the sky for a split second without his strong wings pushing us forward, and my breath catches in my throat. I have an idea what he's about to do next, and I can feel the scream building in my chest. But before I can open my mouth and set it free, Flint flips his large body in midair, and suddenly...we're diving straight for the ground, wings tucked tight against his body as we continue to pick up speed.

I'm screaming like I'm on the scariest roller coaster ride in existence. Even Hudson gives a shout from behind me, his arms reaching around my waist and tugging me against his chest as though to protect me. And just like that, the wild thing deep inside me is set free again, and I'm laughing so hard, I can barely catch my breath.

At least until we get closer to the ground, because Flint's showing absolutely no sign of slowing down despite the fact that the tree line is looming awfully close. My stomach clenches, and a quick glance behind me shows that even Hudson looks a little nervous. But Flint hasn't steered us wrong yet, so I just take a deep breath and wait for whatever he's going to do next.

What he does next, in fact, is pull up at pretty much the last second, sending us screaming back to the top of the castle as I laugh and laugh and laugh. Now Flint looks back at me, laughter in his own eyes as we do two quick spins around the school before finally coming in for the smoothest landing ever.

I manage to get off him pretty much the way I got on but in reverse, and seconds later, I'm back on the ground, standing on my own shaky legs.

There's another shimmer, another air funnel, and a few seconds later, Flint is standing next to me in what's left of his school uniform— which now is little more than a pair of ripped-up pants and half a

c r u s h

button-down shirt missing all the buttons.

I take one look at him and start laughing, partly because of his clothes and partly because of the goofy smile on his face. It doesn't take long before he's laughing, too.

"So what'd you think?" Flint asks.

"It wasn't quite the flying lesson I was anticipating," I answer with a grin. "But it was so much fun." And it's true. For the first time since I turned human again, I feel completely, 100 percent myself. It's a good feeling, one that has me holding on to Flint's arm because I don't want him to go. I don't want him to take this feeling with him. "Did you have fun?"

"I really did. And you're a natural."

"Yeah, right. You rolled your eyes at me."

He very deliberately rolls them again. "You couldn't figure out how to get on my back."

"Well, it's not like dragons come with an instruction manual. It was difficult."

"Apparently." I stick my tongue out at him, but he just laughs. "Wanna do it again sometime?"

"Absolutely." I take a second to go over my schedule in my head. Then suggest, "How about tomorrow morning? We could get the whole Ludares team together to meet and maybe practice for the tournament? And you can show me how to fly, using my own wings this time."

"I like the way you think, New Girl. Meet you on the practice field at nine?"

"Make it ten. Macy's not a morning person."

He shakes his head. "Witches and vamps, man. They never are." He glances toward the school. "You need me to walk you back to your room?"

"Nah, I'm good. But thanks, Flint." I give him an impulsive hug. "You're the best."

"Not so much, New Girl." This time his smile is tinged with just

a little bit of sadness. "But I can't wait to see you fly tomorrow. See if you can give me a run for my money."

"Pretty sure a F-35 couldn't give you a run for your money, but thanks for the compliment." I give him a little wave, then head toward the stairs that lead up to the front entrance. As I go, I can't help wondering what it is that keeps making Flint seem so sad when he thinks I'm not looking.

# 56



## Just Shut Up and Dance

I'm exhausted by the time I get back to my bedroom around eight. Macy tries to convince me to go hang out with some of her witch friends—they're getting together for Netflix and facials—but the truth is, I'm too nervous about tomorrow to think about anything else.

I'm going to meet the whole Ludares team tomorrow—Flint and Macy worked on rounding it out today, and they think they've finally got the team we need to win. And we *need* to win, at least if we're going to get the bloodstone we need to force Hudson out of my head and turn him human. Without it, we're totally screwed.

But how am I supposed to compete in this game I still know next to nothing about? I mean, I know it takes place in the Katmere athletic complex—a place I've never even set foot in before. I also know that it's a strange hybrid of Keep Away and Hot Potato and that every member on the team has to control the ball for at least one part of the game.

All of which translates to me having to keep the ball away from the other team with my nonexistent skills.

I mean, yeah, I can turn to stone with the ball, but that isn't going to get it across the finish line. Supposedly, I can fly, but that would require shifting into my gargoyle form, which I've yet to do again. Well, that and actually flying. And as for the channeling-magic thing… I

don't know. How much of that was me this afternoon and how much of it was Hudson? It's a question that's haunted me since I realized it was his power, rather than Macy's, that I was directing.

Nervous, frustrated, and more than a little freaked out, all I really want to do is bury my head in a good book and pretend the rest of the world doesn't exist—even if part of that world is actually sharing my headspace with me.

But ten minutes into that plan, I realize it's a bust. I'm still way too hyped-up from a combination of nerves and residual energy from what was probably the most amazing flying lesson in the history of flying lessons to just sit around on my bed.

Maybe I should have gone to girls' night with Macy after all. At least I'd have something to do besides watch my own fears chase one another around and around in my head all night. But if I'd gone, I'd be forced to make small talk with people I don't know, and that's a whole different level of stress. Especially since I've never been very good at small talk even at the best of times.

In the end, I decide to take a quick shower, hoping that will settle me down. But that doesn't work, either—I'm still bouncing off the walls even after I dry my hair and straighten up my side of the room.

I think about calling Jaxon, but he'd looked really tired when we parted tonight. He'd mentioned going to bed early. If he's actually done that, I don't want to be the one to disturb him.

The best thing I can do for me is also to sleep—my mind has been through a lot over the course of the last several months. Too bad sleep currently feels about as foreign as a walk on the moon.

With nothing else to do, I gather up Macy's and my dirty laundry and head down to the laundry room on the second floor. I've never used it before, but I know where it is because it's attached to one of the student lounges where Macy gave me a tour my first couple of days at Katmere.

Normally I'd do only my laundry—I'm not sure how witches normally handle things, and the last thing I want is to upset the status

c r u s h

quo—but since I've heard Macy bemoan being short on tights three different days this week, I might as well help my cousin out. It's the least I can do after everything she's done for me.

It's not until an hour later, as I'm loading clean clothes from the washer to the dryer, that Hudson finally shows back up again with a "Boo!" so loud, I swear it shakes the rafters.

I've been expecting him and still he startles me so much that I drop my wet clothes all over the place—and nearly scream loud enough to be heard in the art cottage.

I bite the scream back at the last second, but it still takes me a little bit to get my breath back. "You know you're a jerk, right?" I snarl at him when I can talk again—and after I've picked up all the clothes he made me drop.

"You're just saying that because you missed me," he tells me from where he's perched on the lid of a washing machine several washers down.

"Missed you or wanted to make sure you weren't somewhere plotting world domination? It's a fine distinction, really."

"But an important one," he says with a grin that lights up his whole face.

I immediately distrust it. "Exactly what are you so smiley about this evening anyway?"

"Can't a guy just be happy for no reason?" he asks with an arch of his brow.

I throw the last of the clothes in the dryer and slam the lid with a solid *thud*. "Not when the last time he was happy, he was plotting a hostile takeover of half the paranormal world."

"You wound me. It was at least three-quarters."

"Remind me. How'd that work out for you again?" I ask as I empty out the lint trap and hit the start button.

"Pretty well, considering I'm sitting here tonight with a superhot gargoyle's panties on my shoe." He holds up his left foot and sure enough, my black lace panties are dangling from the toe of his merlot

suede Armani loafers.

"How is that even possible?" I demand, leaning down to yank them from his foot. They come off, but when I look at my hand, there's nothing there.

I mean, of course there isn't. Just because I can see him sitting on that washing machine doesn't mean he's actually there. Any more than it means my panties were actually dangling from his shoe. Except I *saw* them.

"Abracadabra," he answers, complete with full-on magician hand gestures. Which…

"Oh my God. Are you high?" I ask.

"I'm inside your head, Grace. If I were high, wouldn't that mean you are, too?"

"Yeah, well, maybe *I* am," I mutter as I gather up my laundry supplies, because I cannot think of another scenario on the planet where Hudson would behave in such a bizarre manner. The fact that the whole routine is just a teeny, tiny bit charming is also of paramount concern.

"Or maybe you're just coming around," he shoots back, his eyes shining a deep indigo in the bright lights of the laundry room.

"What exactly am I coming around to?" I ask. "Thinking you need a tranquilizer…or possibly seven?"

"More like the idea that all this doesn't have to end as badly as you seem to think it will."

I shoot him a baffled look. "I…don't have a clue what that means."

"Don't you?" He watches me closely.

"Not even a little bit, no."

For long seconds, he doesn't say anything. Then, just when I think he's going back to his normal, sarcastic ways, he lifts a hand and circles his index finger in a little loop that makes no sense to me at all—at least not until Flo Rida's "Good Feeling" starts playing—out of nowhere.

"What. Is. Happening?" I look around the laundry room a little

c r u s h

wildly, at least half of me wondering if I'm being punked. Because *what even is happening?* "Why are you playing Flo Rida?"

"Why not?" he answers, then grabs my wrist just as the refrain starts. Then, before I can register what's going on, he gives one solid yank, and I fly straight into his hard chest, squawking like an angry pterodactyl the whole way.

"What the hell, Hudson?" I demand, shoving at his chest until he finally lets me put some distance between us. "What's wrong with you?"

"Why does something have to be wrong?" he answers.

"Because we hate each other. And because happy music isn't exactly your style. And because the last thing I want to do right now is hug you."

This time, both brows go up, marking the return of the superior look I know and hate so well. "Who said anything about hugging?" he asks, right before he spins me out in what I can only assume is supposed to be some kind of dance move.

"Hudson," I say, but he ignores me in favor of pulling me back in and then spinning me back out in the opposite direction.

"Hudson!" I repeat a little louder. "What are you doing?"

He gives me a "what the hell" look. "*We* are dancing."

"No," I correct him. "*You* are dancing. *I'm* beginning to feel a dislocated shoulder coming on."

"And whose fault is that?" he asks. "Dance with me, Grace."

"Why?"

"Because I asked you to." He spins me out again, but this time the move is a lot gentler.

"But why did you ask me to?" I quiz when he pulls me back in. "What's going on, Hudson?"

"Grace?" he says, looking deep into my eyes, and for the briefest moment, I see something there that makes me catch my breath. And also wonder if I'm imagining it.

"Yes?"

He circles his finger again, and the music switches from Flo Rida to the opening lyrics of Walk the Moon's "Shut Up and Dance."

And it's so clever, so ridiculous, so Hudson, that I can't help bursting into laughter. Right before I decide, *screw it*, and let him dance me from one end of the laundry room to the other.

When the song finally comes to an end, Hudson lets me go, and we both stand there grinning at each other.

As we do, I can't help but wonder what someone would think if they'd walked into the laundry room a few seconds ago and found me dancing around the machines by myself, singing to a song only I can hear. Probably that it's just another weird human thing...or an even weirder gargoyle thing...which I guess it is, now that I think about it.

Still, I'm a little hot, a little breathless, but a lot more relaxed than I was when I got to the laundry room, and maybe that's why I finally ask him, "How did you know I love that song?"

And just that easily, his smile fades away, leaving nothing there but an emptiness so stark that I feel it deep in my chest. Even before he answers, "So you really remember nothing of the time we spent together?"

# 57



## Pulling all the (Heart) Strings

Confusion swamps me. "I don't... I mean... I told you..."

"Never mind." He shakes his head, rubs a hand over his hair. "I don't know what I was thinking."

"I don't know what you were thinking, either," I tell him. "That's kind of the point of a conversation."

"Maybe." He shrugs.

"Maybe? What does that mean?" I feel like I'm missing something important here, but I don't have a clue what it is. Even worse, this damn amnesia makes it impossible to figure out.

This time when his eyes meet mine, there's so much intensity there that my mouth goes desert dry. "It means I guess I saw what I wanted to see this afternoon."

I don't have a response to that, so I just stand there, watching him, even as a small frisson of...*something* works its way down my spine. I can't identify it—and if I'm honest, I don't want to—but it scares me a little. Even as it makes me more determined than ever to regain my memory of what happened in those three and a half missing months.

Because for a moment, during the whole magic-channeling portion of the afternoon, I realized that it didn't feel absolutely awful having Hudson stand right behind me. In fact, it almost felt kind of...nice.

I shook the feeling off because just the idea is absurd, but now

that he's standing here in front of me, a vulnerable look in his eyes for the first time ever, I can't help but wonder if this afternoon was an anomaly or a memory of a friendship so unimaginable that I've somehow managed to forget it.

"Hudson…"

"Don't worry about it," he tells me, and the softness that's been here since he showed up this morning is effectively gone. As I watch the Hudson I've come to know and despise over the last few days come to the fore, I can't decide if I'm relieved or sad. Or maybe a little of both…

"So why'd you decide to do laundry tonight, anyway? I thought you and Lover Boy would be cuddled up in his tower."

"Is that why you stayed away?" I ask as I open up the dryer to check my clothes. Sadly, they're still very much wet, but I grab a few things I don't want to overdry and shrink and throw them in my basket before I close the door and flip the timer on again. "Because you wanted to give me some privacy?"

"I stayed away because I had some things I needed to do. But you dodged the question, which makes me wonder if there's an actual reason you're here doing laundry." He narrows his eyes at me. "So spill."

"It's nothing."

"You hate doing laundry, so I don't believe for a minute that it's nothing." He snatches my favorite sweatshirt out of the dryer and dangles it just out of my reach. "Spill or you'll never see this hoodie alive again."

"It's nothing," I tell him a second time. Then screech a little as he balls my damp hoodie up and prepares to make a three-pointer into the trash can.

"Last chance, Grace."

"Okay, fine. I'm nervous."

"Nervous?" He looks confused as he lowers the hoodie. "About what?"

"We're all supposed to meet tomorrow morning on the practice field and start preparing for Ludares. I'm supposed to try to fly for the first time, and I have no idea how that's going to work. Or even if I'll be able to turn into a gargoyle. Everyone else will be doing their thing, and I'm either going to be a useless human or an even more useless statue."

Hudson laughs. He actually laughs, and I have the sudden urge to punch him.

"Thanks," I tell him with the nastiest glare I can muster. "You pushed me to tell you, and now you're laughing at me. You suck."

"I'm not laughing at you, Grace," he manages to say between laughs. "I'm... Yeah, I can't even lie with a straight face. I'm totally laughing at you."

"You know, this may be funny to you, but if we don't do well as a team, we don't get the bloodstone. If we don't get the bloodstone, we don't find a way to free you and you're stuck inside me forever until, you know, we both die. So I have no clue why you're so amused."

"I'm amused," he answers with a shake of his head, "because you're going to do fine."

"You don't know that—"

"I *do* know it, and you would, too, if you would just get out of your head for a minute and let yourself breathe."

"I'm trying to get out of my damn head!" I fire back. "So sorry that I'm struggling with it, but it's kind of hard to do with you in here demanding my attention all the time! It's even harder to do when I can't remember anything. I don't know what I can do, so how can I have any faith in myself? How can I 'breathe'?"

"Yeah, well, I know what you can do. I'm the one who was trapped with Gargoyle Grace for more than a hundred days, and I'm the one who remembers every damn minute of it. So listen to me, stop worrying, and just trust your instincts. You're going to do great."

His words give me pause, precisely because they aren't the ones I expected him—or anyone—to say. "What does that mean?" I ask

after several seconds pass. "When you say you were there, what does that mean?"

"It means four months is a long time to just stand around somewhere." He shifts uncomfortably. "We weren't just frozen in time while you were gone, Grace. You were a gargoyle, and one of the things you spent that time doing was figuring out what that means."

His words have my hands trembling and my heart pounding triple-time as I realize he knows more about me than I ever imagined.

I guess I thought we were enemies when we were together, but he makes it sound like that wasn't the case. Or at least, not the whole case.

Did we talk? Did we laugh? Did we fight? The latter seems the most likely, but the look in his eyes doesn't make it seem like he hated every second. "You remember what I was doing during those months?" I whisper.

For the first time, he looks wary, like he's afraid he's said too much.

And I get it, I do. I know everyone is worried that I have to find my memories in my own time, but I just want to know now.

He doesn't answer my question, but he does say something even more interesting. "You love being a gargoyle."

Now his words have my palms dampening and my stomach roiling with excitement. "What did I learn?" I ask.

The need to know is a physical ache inside me.

"What can I do?" I ask him.

"Pretty much anything you want to," he finally answers. "And if you want to prove it to yourself, you could just shift right here. There's plenty of room."

"What do you mean? *Here* here?" I ask, looking around. "Where anyone could come in?"

"I guarantee you, Grace, no one is coming in. You're the only one in the entire school doing your laundry on a Saturday night. Honestly, I don't know whether to be impressed or embarrassed for you."

"Wow." I glare at him. "That's a great way to motivate someone."

"It's not my job to motivate you," he shoots back. "That's your job.

I'm the enemy, if you remember correctly."

"I do remember," I snap. "And if I didn't, God knows it would only take a minute with you to figure it out."

"Exactly." He looks me over with that cold smile of his that doesn't quite meet his eyes. "Now, are you going to do something, or are we just going to stand around here all night while you feel sorry for yourself?"

Those words piss me off more than any others he might have used, and I have to force myself not to scream when I answer, "I'm not feeling sorry for myself!"

He looks me over from head to toe and says, "Okay."

That's it. Just a simple *okay*—and somehow he has me seeing red. "What do I need to do?" I grit my teeth, hating having to ask him. But pride is one thing. Naïveté is another. "What do I have to do to shift?"

"You've already got the answer to that."

"Yeah, but I can't remember the answer! So will you please help me out instead of just standing there voicing platitudes in my head?" I throw my hands wide in the air.

For long seconds, he looks torn. Like he doesn't know how much to say. But eventually his need to get the hell out of my head must supersede everything else, because he says, "You told me once that being a gargoyle was the most natural thing in the world for you. Like, you couldn't imagine how you'd spent seventeen years of your life not feeling it, because it felt like home."

I roll his words around in my mind, weighing them against everything that I'm feeling now, and they make no sense. "I really said that?"

"You really did."

How did I go from that to feeling like being a gargoyle is the most unnatural thing in the world for me? Could I really forget that much, I wonder, even as I stand in the middle of the room with my eyes closed and try to look inside myself.

But there's nothing to see, except the yawning emptiness that has

been there all along. "This is hopeless."

Hudson shakes his head and reaches down to pick up my hands. "You're trying too hard." Our gazes meet, and I get lost in the tumultuous blue waves in his eyes. "You don't have to learn how to *be* a gargoyle. You *are* one. It's a part of you, of who you are. And no matter what—no one can take that from you."

I feel like he's talking about more than just my being a gargoyle. "What does that—"

He stops me. "Not now," he says. "For now, close your eyes." He waits until I do before continuing. "Take a deep breath, let it out. And reach for that part of yourself that's hidden. The part you keep a secret from everyone else."

When I do, I can't help but see all the different threads inside me, each one a string that leads to a different piece of me, a different person or thing that makes me.

On the plus side, all I have to do is lay hands on the individual strings to realize what I'm dealing with. Bright orange for my love of reading. Soft blue for the ocean. Turquoise for my mother's laugh. Hot pink for Macy. Black for Jaxon, along with a single two-toned thread that starts as a medium green and keeps getting darker and darker until it fades into black. One look and I'm nearly positive that this is our mating bond, though I don't know how I know that. Red for my art. Brown for Saturday-morning walks with my father. There's even a brilliant emerald-green string, almost shimmering, it's so iridescent. I start to reach for that one, but a voice warns me to stay away from that string. Before I can really give it more thought, I get distracted by a gorgeous cerulean string, which I instinctively know is my mother. A deep russet string, my father. Even an aquamarine string for La Jolla.

The list goes on and on, and so do the colored strings, and I sort through them all—even ones I don't recognize yet—until I finally find a shiny platinum one buried deep in the middle of all the others.

Instinctively, I know this one is it. My gargoyle.

Not going to lie, I'm a little scared of it and what it can do. But

298                                    c r u s h

being afraid never got me anywhere, and it's definitely not going to solve this problem, so I just reach for it, breath held and heart beating way too fast.

The moment I touch it, I feel something resonate deep inside me, kind of like I did with Hudson's magic earlier. But this is deeper, stronger—a tidal wave where that was just a drop—and I can feel it sweeping over me. Roiling around me. *Burying* me in its power and its presence.

There's a part of me that wants to pull back, that wants to protect myself more than it wants anything else. But it's too late. Everything is crashing in on me now, and all I can do is hang on and wait to see what happens.

It doesn't take long, maybe a second or two, though it feels like an eternity. It starts in my hands and arms, a heaviness that feels completely foreign and yet completely right all at the same time. Once it reaches my shoulders, it spreads like wildfire down my torso to my hips and legs and feet before finally sweeping up my neck to my jaw and cheeks and the top of my head.

At the same time, there's a burning in my back, and it scares me a little until I remember—my wings. Of course.

And then it's done and I'm standing in the middle of Katmere's laundry room in my gargoyle form—and nothing has ever felt so weird. Really, really weird.

Now that I've shifted, I keep holding on to the string deep inside me, but I let go when Hudson tells me to.

"What's wrong?" I ask as he grins down at me. And, on a side note, can I just say how goddamn unfair it is that I'm short, even as a gargoyle? I mean, I just turned to stone for God's sake. Can't I at least grow a few inches along with the transformation?

"You're never going to stop complaining about that, are you?" Hudson asks.

"Never!" I answer immediately. But I've got bigger things than my height to worry about right now. "Why can't I hold on to the string?"

I mean, it's no big deal—it's not like it's burning my stone hands or anything. I'm just curious.

"Because I'm pretty sure the longer you hold the string, the more like a statue you become. But shifting to right here, to this point, lets you move and walk and *fly*," he tells me.

"Oh! So pretty important, then, huh?" I joke, right before I decide to see if Hudson is right.

Turns out, he is. I *can* walk. I can also dance and spin in circles and jump so hard, I shake the whole floor. And it is absolutely amazing!

There's a part of me that wants to see if I can fly—I've already wiggled my wings and they work—but there are a couple of problems with that. One, we're inside, and if I can't stop, I really, really don't want to explain to Uncle Finn why I've either knocked myself senseless or crashed through one of the castle walls.

And two, which is really just a sidebar of number one, I have *absolutely no idea* how to work these things. I'm pretty sure one day in my Physics of Flight class does not qualify me to operate wings, even if they are on my own back.

Suddenly, I remember the pic Macy showed me and I reach up... Sure enough, there are the horns. Sigh. At least they don't feel that big.

I don't know how long I walk and stomp and twirl around as a gargoyle, but I know it's long enough for my laundry to grow cold and wrinkle.

Long enough for Hudson to give up chasing me and slump down in the corner to watch, a non-sarcastic grin on his face.

More than long enough for my muscles to grow tired and shaky. Turns out it takes some serious effort to move this much rock.

I don't want to turn back yet, though. I don't know why or how, but there's something ridiculously freeing being in this form. I thought I'd feel trapped or weighed down or claustrophobic, but instead I just feel...content. Like I've found a giant piece of myself that I didn't even know was missing.

Eventually, though, I know I have to turn back to my human

form. It's late, Macy will probably be back from girls' night soon, and I don't want her to think I ditched her just to go hang with someone else. Plus, I have an early day tomorrow—we arranged to meet on the practice field at nine, and I want to get some sleep, maybe give myself a chance not to make a total fool of myself. Plus, Jaxon will be worried if he thinks I've disappeared again.

"Jaxy-Waxy keeps a tight rein on you, huh?" Hudson says, sarcasm back in full force now that he's used up his decency quotient for the year—maybe even the decade.

I don't answer him until I've changed back to human form—a process as easy as reaching for a bright gold string, which must be human Grace, and willing myself into my human body again. My clothes, which had turned to stone, shift back to cloth as well. "*Jaxon* worries ever since half the school, *and* his brother, tried to kill me."

Hudson yawns. "To be fair, I was trying to kill *him*. You just got in the way."

"Wow, I'm sure that makes both of us feel so much better."

He shrugs. "Didn't know making you feel better was my job."

And just like that, I'm totally exasperated with him again. Also very confused. I mean, what was going on in his head earlier, when he burst in here and twirled me around the room like we were best friends or something? And what's changed to bring him back to his oh-so-un-lovable self?

Not that I'm complaining. This Hudson I know how to handle. The other one completely freaked me out.

"Huh." Hudson snorts from where he's leaning a shoulder against the wall. "That's what I get for being nice."

"Yeah, you probably shouldn't do that," I agree. "It's not a good look on you."

"Please. Everything's a good look on me and you know it." He emphasizes the point by giving me what can only be described as a "male-model catwalk" look.

I burst out laughing—I can't help it. And though Hudson pretends

to be thoroughly disgusted with me, I've gotten to know him enough to recognize the gleam of humor deep in his eyes.

"I'm going to bed," I tell him when I finally stop laughing.

"Is that an invitation?" he asks.

Suddenly my cheeks are burning and everything feels too hot. "To not be a total douche for the next six hours so I can sleep? Yes. For anything else? Not a chance in hell." And with that parting shot, I pick up my laundry basket and head back to my room.

"Good. I didn't want to break your heart anyway." But he's whistling as we make our way up the stairs, and it's only after we get back to my room that I realize the tune is Flo Rida's "Good Feeling."

I don't know why that makes me smile, but it does.

Which is probably why, when I slide into bed a few minutes later, I whisper, "Thank you, Hudson. I really appreciate all your help today."

There's a long silence, so long that I would think he'd fallen asleep if I couldn't see his eyes. Eventually, though, he sighs and says, "Don't thank me, Grace."

"Why not?" I roll over so I can get a better look at his face as he leans up against the side of my bed.

"Because," he tells me, indigo eyes burning hotly with a myriad of emotions I can't begin to decipher, "if you do, I'm going to do something that you'll regret."

## 58



Always Look on
the Bite Side

"What do you get when you kiss a dragon?" I ask as soon as Jaxon answers his door. I reach up and idly twist the pendant he gave me in my hand. I've been wearing it nearly every day since I got back, but this is the first time it's not buried under a ton of clothes.

He looks at me with sleepy eyes and says, "Nausea?"

"Close. Burned lips." I hand him the tumbler full of blood I picked up for him at the cafeteria. "Here. Drink up."

He takes it, a small grin playing around his lips. "Thank you." Then he leans forward and takes my mouth in a short but powerful kiss. "I think I'll skip the burned lips and kiss a gargoyle instead."

"Good plan." I put my own hot-chocolate-filled tumbler on the table next to his door, then wrap my arms around his neck as I pull him down for a longer, more satisfying kiss of my own.

Jaxon makes a sound deep in his throat as he moves closer. He kisses the corners of my mouth, then drags his tongue along the line of my lower lip before wrapping his arms around my waist and pulling me close. "What about Hudson?" he whispers, his breath hot against my ear.

"He's still asleep. It's why I decided to meet you up here instead of in the foyer."

"I like the way you think," Jaxon tells me, even as he turns us so that I'm sandwiched between him and the wall. Then he runs his lips along the edge of my jaw and down my neck until he gets to the hollow of my throat.

"And I like the way you do that," I answer, tangling my fingers in the cool silk of his hair as I arch against him.

"Good." He skims lower, nuzzling the collar of my shirt down a little so he can kiss along my collarbone. "Because I plan on doing it for a long time to come. Mate."

"Jesus. Corny much?" Hudson butts in out of nowhere. He looks as sleepy-eyed as Jaxon, and half his hair is sticking straight up. But—per usual—his sarcasm is absolutely on point. "I mean, seriously. Surely my brother can come up with a better line than that. Or is he just planning on stamping his name on your ass and calling it a day?"

I pull away from Jaxon with a groan before turning to face Hudson, who's now leaning against the doorframe. "You know what? Bite me."

"I'd love to," he fires back, his midnight-blue eyes burning hotly into mine as he leans in close and shows a fang. "Any particular place you have in mind?"

Out of the blue, a not-altogether-bad shiver makes its way down my spine, which in turn freaks me out so much that I jerk back so quickly—from both of them—that I nearly fall flat on my ass.

"Hey, you okay?" Jaxon asks, reaching a hand out to steady me.

"Yeah, of course. I just…"

"I think I know." He lifts a brow. "Hudson's awake?"

"Something like that, yeah." I bend forward, rest the top of my head against his chest. And whisper, "I'm sorry."

"Never apologize," he answers. "At least not for that." Then he steps back into his room, gesturing for me to take a seat on the couch while he heads toward his bedroom. "Give me a couple of minutes to brush my teeth and get dressed. Then we can go."

"No hurry. We've got time," I call out as he closes his door. Mostly because I'd planned for us to have a few more minutes before we

went down to hang with the others...and before Hudson woke up. Apparently, I should have skipped the cafeteria run. But Jaxon looked so run-down all day yesterday that I wanted to make sure he got something to eat.

"Drink." Hudson flops down onto the chair facing the couch. He slouches into the seat and stretches his long legs out in front of him, arms tightly crossed. His jaw is clenched. And he sounds pissier than I've ever heard him—which is saying something.

It's also fine with me, because I'm feeling pretty damn pissy myself. "What are you talking about?" I ask flatly, as I have no interest in being cordial right now.

"He drinks, not eats."

"Whatever." I glare at him. "And will you please stop eavesdropping on my thoughts!"

"It's not eavesdropping when you're projecting them through your whole head like a bloody carnival barker," he shoots back. "No offense, but it's pretty hard not to listen. It's also nauseating as fuck."

"You know what? You're being a jackass and I don't even know why. Or did you just use up your entire niceness quotient for the month yesterday?"

"Don't you mean the year?" he asks with an obnoxious smirk.

"More like the decade, apparently." I stand and make my way to the table by the door to pick up my hot chocolate—and a book. Because there is no way I'm going to spend the next however many minutes listening to Hudson whine.

"Make sure to check the shelves at the back of the room. I'm pretty sure there's a book of fairy tales in there somewhere. I mean, if you want to keep telling yourself a bunch of lies."

"Oh. My. God!" I whirl on him, my fists clenched and a scream building in my throat. "What is your problem? You're acting like a douche!"

At first I think he's going to answer me—it certainly looks like he's got a lot to say when he gets up in my face—but then he just stares at

me, eyes blazing and mouth pressed into a line so tight and straight that it has to be painful.

Long seconds pass, and the tension ratchets up between us more and more until it feels like the top of my head is going to explode. Just when I'm about to lose it or scream at him—or both—Jaxon walks out of his bedroom, black jacket in hand.

"I didn't know if you remembered to bring a coat," he says, holding the jacket out to me. "The playing field is heated, but the walk there takes a few minutes."

Hudson turns away, muttering something obscene-sounding under his breath, and there's a part of me that wants to grab his arm. That wants to demand we finish this argument that makes no freaking sense.

But Jaxon is waiting for me, looking sweet and also sexy as hell in a pair of slim-fit black track pants and a black compression shirt that shows every muscle he's got. And he's got a lot of them.

"I brought one," I tell him, nodding to the back of the couch where I dropped my coat when I first got here. "But thanks. I appreciate it."

"Of course." He grins as he grabs an empty backpack and stuffs it full of water bottles—then reaches into the closed cabinet under one of his bookshelves and pulls out a box of my favorite granola bars and adds a couple to the bag.

"Where'd you get those?" I ask, a little surprised and a lot touched.

"I ordered them when we first got together, along with some Pop-Tarts in case you're ever hungry when you're hanging out here. They came when you were..." He waves a hand to encompass everything that happened. "So I put them away for when you got back—and here you are."

"Here I am," I repeat, nearly swooning at the way he takes such good care of me, even when I don't know he's doing it. "Thank you," I say again.

Jaxon rolls his eyes. "Stop saying that," he tells me as he zips the backpack before picking up my coat and helping me into it. "None of this is a big deal."

crush

"That's not true," I say, snagging his hand when he would have started for the door. I wait until he turns toward me to continue. "It's a very big deal to me, and I appreciate it."

He gives a little one-shouldered shrug, but I can tell he's pleased by my words. Still, looking at him out here in the light, I also realize the tiredness I saw on his face from earlier wasn't just sleepiness. He's feeling drained, even though he won't say so. I can tell, from the open books scattered all over the table by the window, he's been burning the candle at both ends researching the Unkillable Beast. We know it's on an enchanted island in the Arctic, but he wanted to learn more about it to help us prepare. Plus, he'd mentioned earlier trying to find a weakness.

My chest tightens. I know the horror is weighing on him of what Hudson could do if we bring him back with his abilities.

"Ready?" he asks, taking a step back. "It's almost nine."

"Almost ready," I answer, wrapping my arms around his waist. As I do, I reach for the mating bond, which is easy to find after last night, when I discovered all the different threads inside me.

"What are you doing?" he asks.

Instead of answering, I grab on to the black string with green streaks and start channeling a bunch of energy down the mating bond and straight into him.

"Stop!" Jaxon pulls away. "You don't have to do that."

"I don't have to do anything," I answer. "But I'm doing this." And now that I can hold the mating bond in my hand, it doesn't matter if I'm touching Jaxon or not. I'm not letting go of it until it looks like Jaxon has all the strength and energy he needs.

"What are you doing?" Hudson demands. "You can't just send all your power into him! What are you going to do when you need it?"

I smile at Jaxon, but I'm answering them both. "I can do anything I want—and what I want is to take care of Jaxon."

Hudson throws his hands in the air. "Maybe you'll feel differently when you get your ass handed to you on the practice field today."

TRACY WOLFF 307

My breath hitches. I know he meant to hit back at me, but I'm still surprised when I feel the punch in my chest. Just a reminder I'd started to let my guard down around Hudson, started to believe he really thought I was stronger than everyone else gives me credit for. And I have no idea why finding out that he doesn't suddenly makes me so sad.

Besides, he's completely wrong. We have a plan, and now that I can shift into my gargoyle, I know it's going to work.

Win the Ludares tournament and get the bloodstone.

Grab a bone from a graveyard.

And well, yeah, stealing the Unkillable Beast's heartstone feels a little iffy, but Jaxon is positive we can do it.

Once we do all that, we'll get Hudson out of my head once and for all—and he won't be able to hurt anyone else. Jaxon can finally get some sleep and we can maybe, maybe have a normal end to our senior year.

Or, you know, at least completely doable.

For the first time since I learned Hudson is stuck in my head, I can't help the smile spreading across my face. We've got a plan: Win the game. Get the bone. Kill the beast. As Macy likes to say, easy-peasy. We've totally got this.

Jaxon and I head out of his room hand in hand, a lightness in my step that's only marginally dimmed when I think I hear Hudson mutter, "We're all doomed."

# 59



## Two Vampires
## Too Many

J axon and I are the first to make it to the practice field. Because I'm bundled up in four layers of clothing, he insists I strip off the top two layers—which doesn't sit well with me, considering I'm still freezing from the walk through the forest, but he says if I start to sweat, it will make the walk back a million times worse.

I mean, the temperature isn't *terrible*—at least not by Alaska's standards—but something tells me *I'll* still be cold here in the middle of July.

"So what are we going to work on today?" I ask as I strip out of my coat, my hoodie, and my ski pants. The fact that I'm still wearing my fleece pants, leggings, a tank top, and a long-sleeve thermal shirt makes my head spin—and I'm pretty sure it always will. I guess it really is true that you can take the girl out of San Diego, but you can't take San Diego out of the girl…

"I thought we'd see what you can do," Jaxon says. "And I know Flint wants to get everyone talking strategy for the game."

"He's really taking this seriously," I comment as I start to stretch. "Especially considering we only have a couple days to train and the stakes are so high."

"Oh, I think he's got a lot of reasons he wants to win," Jaxon tells me with a look I can't quite decipher. "Plus, I don't think you get

what a big deal Ludares is here. The whole school looks forward to March for the tournament, and the winners get bragging rights for the rest of the year. And there's also the fact that Flint's team came in second last year, and I'm sure he's planning on making sure this year is different."

I bend over and put my hands flat on the ground as I stretch out my legs. "Thankfully, considering this is our best shot at a bloodstone."

Jaxon makes a sound of agreement deep in his throat, but when I peer around my thigh at him, there's a gleam in his eye that says he's focused on something else entirely: namely my butt as I bend over to stretch.

"Hey! We're supposed to be talking about the competition," I tell him as I open my legs wider so that I can stretch from side to side.

"Get first place, win the bloodstone, vanquish Hudson. I got it," he says, but he still hasn't lifted his eyes from my ass.

"Jaxon!" Heat rushes to my cheeks, but it makes me happy that he gets as much pleasure looking at me as I do looking at him—after all, I've been enjoying the sight of him in that compression shirt since I first saw him in it this morning.

"Sorry," he says, coming closer to rub a hand up and down my back. "Sometimes it hits me in the face how lucky I am to have you."

His honesty makes my knees tremble. But when I stand up, I'm still determined not to let him see how much—at least not until he leans forward and drops a kiss on first one cheek and then the other. "You're beautiful, Grace, inside and out. And I'm so grateful you found me."

This time there's no hiding it as I full-on melt. "I'm really glad I found you, too," I say as I wrap my arms around his waist and hug him close. "And ignored you every time you told me to get the hell out of Katmere Academy."

He pulls me even closer. "I don't know what I was thinking."

"Yeah, me neither." I press a kiss to his collarbone before pulling back. "Then again, you might have had a point. Considering the whole

Lia thing and now the whole Hudson thing… I mean, I'm glad I didn't know this was coming, because I would have run as far and as fast as I could. And then I would have missed out on you. On us. But your warning *does* make a lot more sense in retrospect."

I expect him to laugh with me, but he doesn't. Instead, he gets that tortured look on his face that I hate, the one that says he's beating himself up over things that are completely beyond his control.

I think about trying to coax him out of the mood, about doing what I usually do and try to talk some sense into him. But the more I learn about Jaxon, the more I've learned that that doesn't always work on him. So instead of sitting him down for a heart-to-heart, I do the only other thing I can think of.

I pull away and say, "Catch me if you can."

One incredulous eyebrow goes up. "What did you just say?"

I take several big steps backward. "I said, catch me if you can."

"You do realize I'm a vampire, right?" Now both his eyebrows are raised almost to his hairline. "I mean, I can just…" He fades the distance between us. "Catch you."

He goes to wrap his arms around me, but I push him away. "Not like that."

"You mean there's another way?"

I wiggle my brows at him, even as I take several more steps back. "There's always another way."

"Oooookay. I'll bite—"

"Not if I can help it, you won't." And then I do what Hudson taught me yesterday in the laundry room. I reach down deep inside myself for all the colored threads and wrap my hand around the bright platinum one. When my fingers wrap around it, I feel that same strange heaviness coming over me.

"Grace, are you okay—" Jaxon breaks off, eyes widening in shock as I start to turn to stone right in front of him. But unlike that time in the hallway, I don't hold on until I'm a statue. Instead, I let go as soon as it feels like the shift is complete.

And it works! Just like last night, I'm a gargoyle, but I can still move around. I can still talk. I can still be Grace, just in gargoyle form.

"Oh my God!" Jaxon says, coming closer again. "Look at you."

"Pretty cool, huh?" I hold a hand out for him to examine. "I mean, except for the horns." I run a self-conscious hand over one of them.

"I like the horns," Jaxon tells me with a grin. "They give you character."

"Oh yeah. Sooooo much character."

"I'm serious. They look good. You look good."

"Yeah?" I hate how vulnerable I feel when I ask that question, hate that I need to know Jaxon loves this side of me, too. Which gives me a whole new appreciation for how Jaxon felt when he was waiting to see how I would react to him being a vampire.

"Yeah," he says as he reaches out and runs a finger down the back of my hand from wrist to fingertip.

It feels good. *We* feel good.

"So, have you been practicing shifting into your gargoyle form?" he asks as we walk a little ways together. "You did it so easily."

"Just last night, Hudson helped me—"

I break off as Jaxon's face goes completely blank. "Hudson helped you?" he repeats.

"Yeah, just for a few minutes when I was doing laundry," I tell him, suddenly feeling the need to babble to get the words out faster. "I mean, it was no big deal. I was nervous about today, so he explained to me how shifters do it. Turns out, it works the same for gargoyles."

"Wait a minute. So you were nervous about coming out here with everyone?" Jaxon's jaw tightens, regret and self-disgust swirling in the depths of his eyes. "Why didn't you tell me? I would have brought you here alone first and worked as long as you wanted to. Or told them we couldn't come. I'd never force you into something you felt weird doing."

"I *know* that. I just…" I drift off with a shrug, not really sure what I want to say or how I want to say it.

"Just what?" he demands.

"It's embarrassing, okay? Everybody here make it looks so easy to be a paranormal, and it's humiliating to admit how freaked out I was about consciously shifting for the first time. I didn't want to make a fool of myself in front of everyone."

"First of all, there's nothing for you to be embarrassed about. Most people are nervous about their powers as they learn to use them. It's totally normal, and I would have said that to you if you'd asked me. And second, it's *humiliating* to admit that to me, but not to Hudson? Are you fucking kidding me?"

"Come on, Jaxon, that's not what I meant at all. I just want you to see me as strong, you know?" I go to run a hand through my hair, totally forgetting that it's stone as well, so I end up just patting my stone hair instead. Because that isn't awkward at all.

"I don't need to see you that way, Grace. You *are* that way. You're strong and powerful and amazing and no one knows that better than I do—you saved my life twice."

"That's not what I meant."

"I know, but that's what I see when I look at you. So if you need help for once or feel uncertain for a little while, why wouldn't you come to me? Why would you go to Hudson of all people?"

"Damn it, Jaxon. I didn't *go* to Hudson with anything, but it's not like I had a choice. I can't get away from him, so what am I supposed to do?"

Jaxon's eyes go watchful. "What does that mean exactly, that you don't have a choice? What don't you have a choice about?"

I can practically see the wheels turning in his head as he tries to reason this whole thing out, and it suddenly occurs to me that telling him that Hudson knows everything I'm thinking is akin to walking through a minefield without a metal detector. Terrifying, dangerous, and potentially very, very messy.

But it's obvious from his face—and his questions—that it's too late to step back now, and I'm not sure I would anyway, because lying to my mate seems like a really bad idea. Then again, so does jumping

down her throat when she makes a simple comment about a simple choice she made for herself about her own power...

Which is why I don't backtrack and why I don't apologize or try to prevaricate. Instead, I take a deep breath in an effort to beat back the annoyance and the anxiety that are building inside me—and then tell Jaxon as much of the truth as I understand myself. "It means he knows every single thing I'm thinking. Not just what I'm doing, but if I'm hungry or what pair of underwear I'm thinking about wearing or that I really don't understand aeronautical physics at all.

"So yeah, he knew that I was nervous about shifting again—who wouldn't be, considering I don't even remember doing it the first time? Or, for that matter, how I shifted back to my human form. I was worried about not being able to turn into a gargoyle. I was worried about not being able to shift back again. I was worried about it all. Every single part of it, even though I was doing laundry late at night because I was trying *not* to think about it so I could actually sleep."

I'm all worked up now, so I start to pace—which, it turns out, feels oddly different from when I do it in my human form but also oddly the same. It's something to think about, but at a different time, when Jaxon isn't looking at me like his head might explode at any second.

"So yes, Jaxon," I continue, "Hudson helped me out. Not because I had anything against you, but just because he was there."

Jaxon holds my gaze, and I watch a muscle in his jaw tick, but he doesn't say anything.

I can't help the sadness creeping in to fill the void where my anger had been. This isn't Jaxon's fault any more than it's mine. I sigh. "Fucking Hudson."

"Ouch. Don't hold back, Grace. Tell me how you really feel," Hudson says from where he's suddenly sprawled out on the Astroturf right behind Jaxon, a copy of Sartre's *No Exit* open in his hands.

# 60



## Paranormal Telenovelas Are a Lifestyle Choice

"Are you kidding me?" I turn and yell at Hudson, sadness disappearing under the reservoir of annoyance he so easily taps into. "You decide to show up *now*?"

"I've been here awhile, but it was starting to get uncomfortable listening to the two of you fight." He yawns and stretches a little, which just pisses me off more—exactly as I know he intends. "And by uncomfortable, I mean really fucking boring."

"Oh, I'm *so* sorry to hear that. Since, you know, I live to serve your every whim."

"I do know," he agrees. "And I have to say I appreciate it, which was why I'm letting you know that this whole back-and-forth thing with Jaxon really isn't working for me. But no worries. I know you'll fix it for next time."

I am well aware that he's just messing with me, know that he's trying to get me upset, and still I fall into the trap because how can I not? "You're awful, you know that? Like really, really, 'slugs crawling on your skin' awful."

He yawns again. "Old news, Grace. Try to keep up."

"Is this actually happening right now?" Jaxon's voice slices through the air between us. "I'm talking to *you* and you're talking to *him*?"

"I don't have a choice—" I start to say.

"Don't," he says, gaze like black ice. "Don't lie to me and say you aren't doing it willingly. You *turned* to face him. I'm sorry he's so much more interesting than I am—"

"He's not, Jaxon. Of course he's not."

"Now, now, Grace, my brother asked you not to lie," Hudson admonishes me. "But cut him some slack, will you? It's not his fault he's so damn boring."

I glare at Hudson. "Stop it! He is *not* boring!"

"Could have fooled me." Yet another yawn. "And here I thought you were supposed to be practicing the whole gargoyle thing this morning? Though, I have to admit, I like what you've done with the horns."

"The horns?" Instinctively, I lift a hand to my left horn and feel it. "Oh my God, it's bigger. How can it be bigger?"

"Now there's a question I'm sure Jaxon's never heard," Hudson says dryly.

"I'm still here, you know," Jaxon grinds out. "I'm right fucking here."

"I know. I'm sorry, Jaxon. I'm so sorry. But he's the most annoying person on the planet, and he refuses to shut up."

"Careful, Grace. Keep that up and you're going to hurt my feelings," Hudson mocks.

"I couldn't get that lucky!" I snap before turning back to Jaxon, who's got a half-angry, half-amazed look on his face.

"Is this what he does all day?" he finally asks. "Just badgers you until you look like you're about to explode?"

"He does it until I *do* explode, but yes. This is what he does. Over and over and over again."

"Wow, snookums. You make me sound so powerful." Hudson bats his eyes at me, but there's a gleam of remorse in them, like maybe he thinks he's gone too far. I don't trust it, but then, I don't trust anything about him. He's probably just sad Jaxon and I are no longer at each other's throats.

crush

"Again, ouch."

"Again, bite me."

He's not smiling, but I can see two fangs gleaming. "You keep offering that, and someone's going to take you up on it."

"Yeah, well, someone already has," I retort.

"Don't remind me."

The usual amusement is gone from his tone. Everything is gone, and all that's left is blankness—blank voice, blank face. I'd say blank body language except he lies back down on the field, kicks one ankle over the other knee, and holds *No Exit* up in front of his face as he starts to read.

It's blatant—the "I don't have a care in the world" and "fuck you very much" body language rolled into one—and I don't have a clue what to say about it. Or how to feel about it.

Before I can figure it out, Jaxon says, "I'm sorry," and he walks over and wraps his arms around my waist from behind.

I stiffen instinctively, then force myself to relax, even as I shift back to my human form. Because there's no use being angry with him for being angry about this situation. Does it suck for me? Yes. Would I be pissed as hell if he had some girl in his head taking all his attention away from me, who knew everything about him before I did and worked really hard to make me feel completely out of the loop? Hell yes, I would.

So I bury my annoyance deep and wrap my arms around his body as I lean in to him. "No, *I'm* sorry. I know this can't be easy for you."

"None of this is easy for either of us," he answers as he bends down and drops a soft kiss on the side of my neck. "I think I need to remember that more."

"We both do," I answer. "I'm sorry I get caught up in fighting with Hudson and I forget sometimes."

"Don't be sorry. Being annoying is my brother's singular talent."

"Whatever," Hudson growls, and he sounds even more pissed than he did this morning. "It barely cracks the top ten of my talents."

It takes every ounce of willpower I have, but this time I ignore him, keeping my attention completely focused on Jaxon—or at least as focused as I can considering Hudson is yammering away at me in the background.

"Thank you for understanding how hard this is for me. I know it's hard for you, too, and I appreciate how much you're trying to make this as easy for me as possible."

Jaxon sighs, his arms tightening around me just a little as he responds. "Thank you for understanding my side of this mess, too. I promise, we'll get him out of your head as soon as we possibly can."

"Sooner than that would be better," I joke, and it works. Jaxon laughs.

He holds me for several seconds longer, until we can see Flint and Macy entering the practice field with two other people I don't know.

Jaxon drops another kiss on my neck before pulling reluctantly away. But just before he lets me go, he leans down and whispers, "Does he really know what underwear you're wearing?"

"Black with white polka dots," Hudson answers without looking up from his book.

I sigh. "He really does."

Jaxon looks disgruntled, but he doesn't say anything, thankfully.

Hudson, however, has no such qualms. "You should wear the red ones with the white flowers tomorrow, though. They're my favorite."

Before I can think of a comeback to that, Flint sneaks up behind me and grabs me in a giant bear hug. And as he swings me around—chanting "Grace, Grace, Baby" much to my chagrin—I can't help but notice that Jaxon is showing a lot more fang than he usually does.

Then again, so is Hudson...

Forget YA novel, I'm living in the middle of a paranormal telenovela, and what happens next is anyone's guess...

Fuck. My. Life.

# 61

## The Monster Mash-Up



"**Y**ou ready to show these guys how it's done, Grace?" Flint asks when he finally drops me back on my feet.

"How what's done?" I ask, surreptitiously checking to make sure all my clothes are in all the right places. Flint is a *very* enthusiastic hugger.

"How to fly, baby!" He throws his arms out and does a really bad impression of wings and flying as he zips around me like a three-year-old pretending to be an airplane—cute, sweet, and absolutely ridiculous.

"I'm ready for *you* to show them how it's done," I tell him.

"No way! We're in this together. Well, you, me, and Eden." He turns to the girl behind him with a grin and beckons her forward.

She gives him a look when he waves, like there's no way she's going to give him the satisfaction of responding to such a plebian method of communication. But after making him wait just long enough that everyone knows she's moving only because she wants to, she swaggers toward us, all glorious hair and "don't mess with me" attitude.

"This is Eden Seong," Flint tells me when she finally reaches us. "She's one of my closest friends and also happens to be fire with a Ludares ball."

"And everything else," she drawls, and somehow even her voice is cool.

I can't believe I haven't noticed her around school before, because she's totally not the type to blend in. She's tall like Macy, with straight black hair that falls all the way to her butt and thick, severely cut bangs that hit below her eyebrows to the very tops of her *purple* eyes. I look closer, sure that they're just really blue, but nope. They're totally purple and the coolest eyes I've ever seen.

She's dressed completely in white—white workout pants, white tennis shoes, and white tank top that shows off a wild Korean dragon tattoo that stretches across her shoulders and down both her arms. So she's a dragon like Flint then. Badass.

She's got multiple piercings—several in her ears, plus her nose and her eyebrow—and each piercing is adorned with a glittering gemstone in a different color. She's also wearing close to a dozen flashy jeweled rings on her fingers, but instead of being overkill, it all just kind of works together to make her sparkle even more.

Not going to lie, I love her already, even before she thrusts out a hand to shake mine and says, "Being a gargoyle is the most kick-ass thing I have *ever* heard of. Good job."

I laugh. "It's not like I had a choice in the matter."

She shrugs. "No one actually gets a choice of what they are at the molecular level, Grace. It's what you do with it that matters, and so far everything you've done is pretty badass."

"I don't know about that."

"I do. And you should listen to me. Everybody does."

Again, she should come off as completely arrogant, but instead it just kind of screams of charming and total rock star. No wonder Flint adores her.

"It's true," Flint tells me as he drapes an arm around her shoulders and squeezes tight enough to make Eden glare at him. "She gives the best advice."

Eden shoots him a "why are you touching me" look, which only

makes him squeeze her harder. But when he reaches up to ruffle her hair, she ducks out from under his arm and twists it behind his back hard enough to have him squealing—not to mention coughing out a couple of pathetic blasts of ice—which has Jaxon, Macy, and the guy who came on the field with Eden, who I don't know yet, cracking up.

"Are you done?" Eden asks, eyes narrowed.

"For now." Flint gives her his most charming grin, and she just rolls her eyes. But she also lets him go.

"Anyway," Flint continues, "this is Eden. And this"—he turns to the white guy dressed in navy track pants, a gray compression shirt, and a navy baseball cap—"is Xavier. He's a wolf, but we try not to hold it against him."

Xavier cheerfully flips him off before nodding my way. "Nice to meet you, Grace. I've certainly heard a lot about you."

He doesn't tell me from where, and I don't ask. If he's a wolf, I'm not sure I want to know anyway.

"Nice to meet you, too," I answer with a smile. He's got laughing green eyes and a wide smile that makes it impossible not to grin back at him. Eden may be cool, but this guy is F.U.N. It's written all over him.

Add in the fact that my cousin keeps glancing at him out of the corner of her eye, and I'm only more interested in getting to know this guy.

"Is this everyone?" I ask, because I thought Flint mentioned there being eight people on a team.

"Mekhi will be here any minute," Jaxon tells the group.

"And Gwen had a makeup test this morning," Macy says. "But she'll be here as soon as it's over."

I'm super excited that Mekhi's going to be on our team—and just as excited that Macy chose Gwen to play with us instead of one of her other friends. Gwen was definitely the nicest when I met her whole friend group a few months ago. Somehow I can't imagine Simone agreeing the way Gwen and everyone else had when Jaxon explained just why we needed the bloodstone.

It still feels strange to think of that time being a few months ago, since for me it feels like it's been only a few weeks. But I'm trying to get used to it, just like I'm trying to get used to my memory likely never coming back. I hate the thought of never remembering those months, but I'm tired of worrying about it, tired of beating myself up over it.

"I hate that you can't remember, too," Hudson says, but it's a soft tone, not his usual sardonic one. He wanders over to check out the wolf, no longer pretending to be captivated by his book.

I want to ask him what happened, want to beg him to forget what everyone says is good for me and just tell me. But now isn't exactly the time, and how do I know I can trust what he tells me anyway?

"So what are we doing first?" Xavier asks, bouncing up on his toes like he's ready to take off at any second. Take off for where, I don't know, but I'm betting he'll be an impressive sight.

"I think we should probably divide into teams and see what we can do together first," Flint says, pulling a medium-size ball out of the duffel bag he'd dropped on the ground. "Macy, you want to enchant this thing for us?"

He tosses it to my cousin, who pulls out her wand and aims it at the ball as she murmurs what I assume is a spell.

"What's she doing?" I ask Jaxon, completely lost.

"Ludares is half Keep Away, half Hot Potato, but with a bunch of magical twists. The first twist is that the ball burns hotter and hotter the longer you hold it, so you've got to get rid of it after thirty seconds at the most or you're going to end burned right up. And shocked, because it vibrates, too."

"It vibrates and burns you?"

"Yeah, which is why teamwork makes the dream work," Flint adds. "The ball resets itself every time a new player touches it, so you have to move it around a lot. The only surefire way to lose the game is to try to do everything yourself. You can't do it, at least not without causing some pretty serious damage to yourself."

"How is this even a game?" I ask, baffled. "Let alone one they let

high school students play."

"It's the best game ever," Xavier chimes in. "Especially when you fall through a portal."

"A portal?" I turn to Jaxon. "What's a portal?"

"It's a magical passageway or door to somewhere else," he explains.

"I know what *a portal* is," I tell him with a roll of my eyes. "I mean, what is a portal in Ludares?"

"Exactly the same thing," Eden tells me. "When you're up here so close to the North Pole, several portals exist anyway, in nature. Ludares kind of takes advantage of that. Some of the school staff taps into the same kind of energy that opens portals between the poles and the sun and channels it into portals all over the arena that you can fall into."

"Ours don't take you to the sun, though," Macy finishes. "They just take you around the arena. But each one is different, and you don't know where you're going to be when you enter a portal. You may end up at the finish line, or you may end up all the way at the other end of the field and you have to start over."

"So I just jump into a portal over there"—I gesture to an area right inside the field's boundaries—"and I could end up all the way over there?" I point to the goalpost.

"Exactly!" Eden tells me with a grin that lights up her whole face. "Or you could end up over there." She points in the opposite direction. "With half of the opposing team crawling up your ass."

"That does sound like fun," I say, tongue totally in cheek, but the others just laugh.

"Once you play it, you'll see how cool it is," Xavier assures me. "Especially since everyone gets to use their magic however they want— so the game gets really wild sometimes."

"Right?" Eden agrees. "Remember sophomore year, when Alejandro turned everyone on the opposing team into turtles and then he and his teammates just ran the ball all the way down the field?"

"Well, until the witch used up all her energy and couldn't block

the opposing wolves who broke free and ran them down," Xavier adds with a gleam in his eyes.

"I remember Sancha turning herself into a giant snapping turtle and nearly snapping Felicity's hand right off. That was something to see," Flint says.

"Or when Drew turned the entire arena into a lightning storm and Foster nearly got struck?" Jaxon reminisces.

"My dad was so mad. He walked around with his hair sticking up for three days straight." Macy giggles.

"So yeah," Jaxon tells me. "Lots of wild times on the Ludares field."

A horrifying thought occurs to me. "Can't the dragons just burn everyone on the other team?" And then another thought. "Can't the vamps just fade to the end and win in thirty seconds?"

Xavier's grin gets even wider. "I like how this one thinks."

But Jaxon shakes his head and clarifies, "There are magical safeguards that prevent any spell or speed burst lasting more than ten seconds. Think of it as everyone wearing a personal handicap device. Our abilities are tempered." Jaxon winks at me. "Otherwise, obviously, I'd win in seconds."

Everyone laughs at his joke.

Everyone except Hudson, who turns his attention from studying Xavier to Jaxon, his eyebrows raised. "And I thought *my* ego was huge."

"So how do you win?" I snark. "Whoever's not dead or a turtle by the end?"

"We're not quite that sadistic," Eden says with a laugh, "but I like your style."

Xavier picks up where Macy and Eden left off, his green eyes dancing with excitement. "Whoever gets the ball over the other team's goal line first wins. No excuses. No second chances."

"That's it? You just run the hot ball down the field and cross a goal line with it?" I ask.

"Don't forget the 'try not to die' portion of that equation," Jaxon tells me.

c r u s h

"Yeah," Eden agrees. "And believe me, that's easier said than done at least half the time. Especially since this is the big magic show of the year—everyone is using their powers at the most spectacular level trying to shock and awe the other team."

"And everyone else in the arena," Xavier adds.

"True dat," Flint agrees with the biggest grin I've ever seen from him, and that's saying something.

"So, just to be clear, there're a bunch of portals you can wander into all over the stadium."

"Yeah." Flint grins. "I mean, not now. They set them up the day of the event, but yeah. It's super fun."

I nod. "And even if you're almost at the goal line, if you fall through a surprise portal the last couple of seconds, then you could be totally screwed." I shake my head. "That's diabolical."

"It is, absolutely," Jaxon agrees.

"It's also the most fun you can have with a hot ball ever," Xavier says.

"I don't even want to know what that means," I tease.

Xavier just winks at me in response, which makes me laugh and roll my eyes at the same time. The wink doesn't affect me at all—I've got Jaxon—but I'd be lying if I said I didn't notice how attractive the look is on him. No wonder Macy keeps glancing his way. It's ridiculous how even the goofy boys at this school have game.

"Are there any other rules I should know about?" I ask, just as Mekhi walks up to join us. He grins at me, and I wave back, excited to see him. Things have been so busy since I got back that we haven't had much of a chance to talk.

"The ball has to keep moving the entire time. If you have the ball and pause for longer than five seconds—even if you've just come out of a portal and have no idea where you are—then it's an automatic turnover," Xavier tells me.

"And every player has to have the ball at least once," Eden adds. "If not—"

"The other team wins. Apparently, if you breathe the wrong way, the other team wins," I say, totally disgusted.

"Yeah, but look at it this way," Mekhi tells me as he starts to stretch. "The other team's playing by the exact same rules."

I nod. "Fair enough."

"All right, enough talking!" Flint claps his hands to get everyone's attention. "We're dividing into teams, so for now, it'll be Jaxon, Grace, and me against the rest of you. When Gwen shows up, she can join our team."

He turns and wiggles his brows at me. "Ready to fly, Grace?"

"Not even a little bit." Still, I reach for that platinum thread, and seconds later I'm a gargoyle again, complete with kick-ass wings.

Which they all spend the next five minutes gawking over. As they should. They're totally awesome. Xavier asked how concrete wings fly and Flint smacked him. "Obviously magic."

My grin widens. I've got magical wings.

"We call the ball first," Eden says.

"Why should you get the ball first?" Flint asks indignantly. "There are only three of us!"

"Yeah, and one of you is Jaxon Vega while the other is a gargoyle made out of stone—which, you know, is impervious to heat. Pretty sure you've got a couple of big advantages over there already."

"But you said it vibrates," I tell them. "I'm not immune to that."

Everyone cracks up, even Jaxon. It takes me a second to realize what they're laughing at, and then I blush nonstop.

"So what am I, chopped liver?" Flint jumps in to save me, making a show of going from indignant to *really* indignant in the space of three seconds flat.

Eden looks him over with a huge smirk on her face. "You said it, not me."

"Oh, that's it. Fine, take the ball." He grabs it from Macy and fires it. "I'm going to be feeding it to you in five minutes flat."

"Oh yeah? Try it." She opens her mouth and shoots a giant stream

of lightning straight at him. It doesn't hit him, but it does burn off the bottom half of his workout shirt.

Flint yelps and jumps, while the rest of us burst out laughing. Though the female contingent of the group also totally checks out Flint's very nice abs—Eden very much included.

Or maybe not just the female contingent of the group, I realize when I glance over at Jaxon, who is paying pretty close attention as his ex-best friend strips what remains of his shirt off and drops it on the ground, and everyone scatters to take up positions on the field.

"It's a good look for him," I tease.

"What?" Jaxon asks, seeming a little confused.

"I saw you checking him out." I nod toward Flint. "No worries, though. Believe me, I get it."

"I didn't—I wasn't—"

I just laugh and take a note from Flint's playbook and waggle my brows at him.

But when things finally quiet down again and we start to take sides, I lean in to Flint and ask, "Shouldn't I at least *practice* flying before we start actually playing the game?"

# 62

## Gravity Bites



"**D**on't worry about it, Grace," Flint says with a grin. "You've got this."

"I most definitely don't have this!" I yelp. "I've never even tried to fly before!"

"Yeah, but you saw me fly. It's easy." He's taking such long strides that it's hard for me to keep up, but if he's going to throw all these ridiculous pronouncements out, he's at least going to look me in the eye when he does it.

I run to catch up, something that isn't easy to do as a gargoyle, apparently, and finally manage to get in front of him while Jaxon—and Hudson—look on in amusement. The jerks.

"Are you smoking something?" I slam a hand on his chest to make sure I get his attention. "I mean, seriously, are you *actually* high right now? I can't fly, Flint. I've never even *used my wings before*. There is no way you're going to just throw a hot ball at me and tell me to fly and think I'm going to just take off.

"So park your ego at the door for ten minutes, give me some flying pointers and a few minutes to practice, and *then* let's ground them into dust. Otherwise, I'm leaving and I'm not coming back."

Flint's eyes keep getting wider and wider the longer I talk, and by the time I'm done, he's actually looking a little shamefaced—an

328                                                 crush

expression that only gets worse when he realizes Jaxon watched the entire exchange.

"Yeah, of course. I'm sorry, Grace. Eden and I have this competitive thing going and it gets the best of me every time."

"Don't worry about it." I smile to soften my earlier frustration. "Just tell them we need fifteen minutes and then teach me how to fly, okay?"

Jaxon laughs. "I'll go tell them they get to try to beat just me for now," he says with a surreptitious wink at me, "while you two figure out how to defy gravity."

Flint watches him go, a pensive frown on his face. But when he turns back to me, he's all smiles. "So, flying's easy. You just need to think—"

"Happy thoughts?" I ask dryly.

He cracks up. "You're a gargoyle, not Peter Pan."

I roll my eyes at him, but I don't think he sees it, as we're hustling to the other side of the field now. "*That* was pretty much my point."

"What I was going to say is that you need to *think* about flying."

"So, like, I think about flapping my wings?" To my amazement, they flap back and forth even as I say the words.

"Oh my God, Flint!" I grab him, stopping him from taking another step, and jump up and down. "Did you see that?"

He's grinning hugely now. "Of course I saw it!"

I crane my neck around so I can see it, and then I do it again. And again. And again. "Oh my God! They work! They really work!"

Flint is full-on laughing his ass off now, but I don't care. I'm so excited that my wings work that I keep hopping around and making them flap as hard as I can.

Even Hudson is laughing now, but it's *with* me, not at me. "You look good flapping your wings like that."

"I do, don't I?" I flap them again, just because I can. "I have wings, Hudson! And they work!"

"Hell yeah, they do." He shakes his head with a big smile.

I turn to Flint. "Okay, now what do I do?"

"You just flap super hard until you get off the ground."

"Really?" I ask, my eyes going wide as I start to try that.

He bursts out laughing, so hard that for a moment he can't even talk. I'm not sure what the joke is until he finally recovers enough to put a hand on my shoulder. "No, stop," he says. "I was joking, Grace."

"Oh." I blush a little, but I'm having too much fun to be embarrassed for long. *Plus, I want to fly!* "So tell me what to do. For real this time!"

"Okay. What you want to do is think about flying. Not about falling, not about being able to move your wings, not about getting off the ground. Just think about flying. About catching the wind."

He looks around, then seems to get an idea, because he reaches out and grabs my hand. "Let's go to the bleachers."

"Are you kidding me? I'm not jumping off the bleachers the first time I try to fly! No effing way."

"We're not jumping from the bleachers, for God's sake. You're not a baby bird."

Hudson snort-laughs at this, then fades ahead of us, so that he's lounging on the bleachers with a huge, shit-eating grin before we even get close.

Once we're there, Flint stops at the railing right in front of the first row of bleachers. "Although, to be fair, if you did jump off the bleachers and started to fall, Jaxon and I would absolutely have your back. So there's nothing to worry about, right? Just a simple walk in the park...but, you know, in the sky," he teases.

My eyes go wide. "Says the guy who five minutes ago told me I'd figure flying out in the middle of the game."

He waggles his brows. "To be fair, I still stand by that analysis. But let's try this instead."

Then, with absolutely no warning at all, he picks me up and puts me on top of the railing in front of the first bleacher. Unlike when I'm in my human form, lifting me like this actually strains his biceps and has him grunting a little.

Which only makes it worse when he lets go of me—keeping my balance on a railing is one thing. Keeping my balance when I'm stone is something else entirely. And it's only sheer strength of will that stops me from shrieking when he lets go. But I manage it, because there's *no way* I'm going to act like a hysterical little human caught in the middle of a bunch of big, bad paranormals.

Jaxon deserves better for a mate, but more importantly, I deserve better, too.

So instead of letting out the scream that wells in my throat the second I'm standing on my own, I swallow it down deep. Then ask, "What next?"

Flint looks more than a little uncertain when he says, "Jump?"

"Is that a question or a command?" I ask.

"Umm, both?"

"I thought you said you'd give me flying lessons! This"—I gesture around me—"is not flying lessons!"

"I meant once you were in the air. I do the best triple loops in the school." He grins.

I shake my head. "Yeah, because triple loops are what I need right now, Flint."

"Look, I'm doing my best, okay?" He chuckles and steps back a few steps. "Now, will you at least try it my way?"

I place my hands on my hips and raise one pointed brow. "And what way is that exactly?"

"Just jump and then..." He gestures with his arms.

"Flap my wings?"

"Yes. But don't think about your wings. Think about—"

"Flying." I sigh. "Yeah, I got that much before." I look out at the field and the others who are kind of practicing but mostly just looking at me.

Okay, what the hell? Better to fall on my ass than never give it a shot. I take a deep breath, close my eyes.

"Remember, think about flying," Flint tells me, and he's a little

farther away than he was a minute ago. I'm not sure if that's because he thinks I'm going to fly or if it's because he thinks I'm going to crash and wants to be out of the blast radius.

*It doesn't matter*, I tell myself as I try to focus. Nothing does but thinking about flying. The fact that I have no idea how I'm supposed to do that doesn't matter at all.

*I'm flying. I'm flying. I'm flying. Flint told me to think about flying, so I'm thinking about flying. I'm flying. Like a bird. Like a plane. Like…okay, bad analogy. I'm flying. I'm fly—*

I jump and…land on my stony ass—which, it turns out, doesn't hurt nearly as much as when I fall on my human ass. Thankfully. Though it is definitely more jolting.

"It's also definitely not flying," Hudson teases from where he's still lounging a few feet up on the bleachers.

"Are you okay?" Jaxon asks as he comes jogging over to help me up. "I'm sorry, I was too far away to catch you."

Of course he would think he was supposed to catch me. I shake my head and smile. "No worries. Stone is a good shock absorber."

He laughs. "No, it's not."

"No, it's not," I agree, brushing the grass off my fleece pants. "But I swear it didn't hurt. I'm all right."

"Good." He nods to the railing. "You want to try it again?"

"Not even a little bit."

He lifts a brow. "Going to do it anyway?"

I lift my chin. "Abso-freaking-lutely."

# 63



## There Aren't Enough
## Happy Thoughts
## in the World

Jaxon holds out a hand. "Let me help you up."

I think about arguing, then decide, why would I? I have no interest in hauling my stony self on top of a three-foot railing. To be honest, I'm not sure I could get my regular self on top of the railing, either.

Two minutes later, I'm back on the ground, and this time my ass *does* hurt.

Three minutes after that, my ass *and* my pride hurt.

"Are you sure I *don't* need to think happy thoughts?" I ask Flint.

He grins. "I mean, you can try, but I don't think that will help, either."

"Yeah, well, the grumpy thoughts sure aren't cutting it."

"No shit." Hudson shakes his head and leans even farther back, placing both his hands behind his head. "Although the entertainment value is priceless."

Flint helps me up this time. "So, fourth time's the charm?"

"Fourth time is let's try something different," Jaxon interjects, taking my hand and pulling me toward the center of the field.

"How am I going to fly out here?" I ask. "Don't I need to start from someplace higher?"

He grins at me. "You *are* going to start from someplace higher."

And then he lifts us up, up, up, until we're hovering close to the roof of the practice field.

"Umm, while I appreciate the ride, it's not flying if you're lifting me up." I have to bite back an honest-to-God snicker as I imagine the two of us floating around up there like a few blimps. Hudson would never let me live it down.

"Guess you'd better fly, then, huh?" Hudson says. "Otherwise, I'm going to live off this for days…"

"Trust me, I won't be lifting you up for long." Jaxon pulls away a little, floating backward until we're no longer touching. "Now, try."

I look down at the ground about fifty feet below and wonder if I really want to try from this height. But trying on the ground didn't work at all, and if there's one thing I do know, it's that Jaxon won't let me fall. So what do I have to lose?

With that in mind, I close my eyes and think *happy thoughts* about flying. I'm not saying it worked, but I am saying that for the first time, my wings start to move—and they do it without my consciously deciding to move them.

It's a weird feeling. Not a bad one, but definitely a weird one. On the ground, I didn't feel much of anything when I was moving my wings, but now that I'm up here, it's a very different story. There's pressure underneath them that I didn't expect, and each time my wings push through, it gives me a little jolt.

"You're still holding me, right?" I ask Jaxon as I start to move forward.

"Absolutely," he answers with a grin that he's trying really hard to hide.

I know it's because I look ridiculous—I keep catching myself stroking my arms out in front of me like doing the breaststroke in midair is actually going to get me somewhere or something.

The absurdity is made worse by the fact that the faster I get my wings to go, the more likely I am to end up bobbing up and down. Which means if I don't get this whole thing figured out soon, I'm going

c r u s h

to find myself swimming through the air, all while looking like I'm practicing bizarrely timed evasive maneuvers anytime I want to fly.

Probably not the way I want to go, considering even my mate can't keep a straight face. I can only imagine what Flint and Macy and the others are thinking down below.

"I think we should quit," I tell Jaxon after a few more minutes of attempting to stay semi-vertical and also fly. "I'm never going to get this."

"That's not true. You're already so much better than you were."

"Considering my worst was plummeting off a railing, I feel like you're sugarcoating things."

He grins at me, and though he's several feet away, I swear I feel him caress my face. "One more time," he says. "For me. I've got an idea."

"What's your idea?"

"I'll tell you after. Just go ahead and try."

"Fine," I agree, "But after this, I'm done being today's entertainment. I'll have to find another way to contribute to the team...like being the water/blood girl."

He laughs. "I'm sure it's not going to come to that."

"I'm not."

But I said I would give it one more shot, so I will. I get my wings up to speed, and then I concentrate on moving forward, sans breaststroke.

For a minute, it looks like I'm about to go backward, and then suddenly, I jerk forward. "Oh my God!" I screech, beyond excited... until a few seconds later, I plummet about fifteen feet straight down.

Jaxon catches me, just like he said he would, and then suddenly, I'm flying. Forward. In a straight line.

"I'm doing it!" I shout to Jaxon, who is grinning hugely about twenty feet behind me, still hovering where we started.

"I can see that," he answers.

"I'm flying, Flint!" I shout down below me.

Flint gives me a big grin and a double thumbs-up in return.

"Hudson! I did it! I'm flying!" I whisper excitedly, knowing he can hear me at any distance.

"Yeah, you are." Suddenly, he's floating on his back next to me. "Wanna race to the end of the field?"

"Only if you don't 'let' me win."

He lifts a brow. "Do you know me at all?"

"Good point." I flap my wings extra hard, just to see what will happen. Then squeak with delight as I move ahead.

Hudson laughs, then pulls back even with me a few seconds later. "Ready?" he asks.

I nod. "On your mark."

He rolls over. "Get set."

I get myself into position, then yell, "Go!"

We shoot through the sky, and though a part of me knows he's not actually flying next to me, for these few seconds it feels like he is—and it's amazing. Exhilarating. Intoxicating.

We race through the air, going faster and faster and faster, until we hit the finish line together. I pull up, do a quick loop-the-loop that leaves me breathless and laughing, while Hudson does a front somersault.

Down below, Macy and Flint and Mekhi are cheering, and so is everyone else. I wave to them, then glance back at Hudson to share my joy, only to realize that he's gone. Or, more accurately, that he was never there at all.

Suddenly, the race doesn't feel quite so amazing. And neither does anything else, though I have no idea why.

"Hudson?" I reach out, wondering if he's gone back to wherever he goes when he doesn't want to talk to me.

"*I'm here,*" he answers in my thoughts. "*You looked great out there.*"

"*We* looked great out there."

"*Maybe.*"

I can feel him starting to say more, but before he can, Jaxon is

336                              c r u s h

right in front of me, wrapping his arms around me in a celebratory hug. "That was awesome!"

I gaze up at his face beaming down at me. "It was, right? I can't believe I did that. Can you?"

"Of course I can. I'm beginning to figure out that you can do anything, Grace."

"Umm, no. But tell me the truth. How much of that was me and how much was you?"

Jaxon grins. "That was one hundred percent you."

"At the end?" I ask, eyes wide as I think about the loop-the-loop I turned.

"No, the whole time. It was all you. That was my last idea. To let you go and see what happened if I wasn't holding you back."

64

# Pardon My
# Existential Crisis



There's something in the way Jaxon talks about holding me back—or, in this case, not holding me back—that makes me nervous. I don't know what it is, considering he's never been anything but supportive, but it niggles at me for the rest of the afternoon as Flint and the others teach me Ludares's rules and tactics.

Or, should I say, attempt to teach me, as every single person on the field has their own idea of the right way to play the game—which, I figure, should make for a really interesting team strategy.

"It's all about the portals," Xavier tells me at one point. "Sure, they're going to screw you over sometimes, but you've got to use them. You hit the right one and you win the game, just like that." He snaps his fingers to illustrate. "Plus, the crowd loves it!"

"The crowd also loves when you end up surrounded by the enemy and all alone as the ball burns the shit out of you," Eden contradicts with a hard eye roll. "It's about getting the ball down the field, Grace. You do that and they'll love you, no matter what. And portals may be flashy, but a straight shot makes one hell of an impression, too."

"For now," my cousin tells me when we're walking to our positions later in the afternoon, "the most important thing is that we work together and build a team. If we do that, the rest will come."

"No mercy!" Flint tells Jaxon, Gwen, and me as we get into our

crush

last huddle of the day. Gwen joined up after her test, and I have to admit, I'm grateful to have a witch on our side now. Thoughts of Macy turning all of us to turtles have been dancing in my head for hours. "When it comes to Ludares, mercy is for weaklings. We're going to go into these last plays and *crush* them into dust."

"What if I don't want to crush them into dust?" I ask, winking at Jaxon, who is rolling his eyes behind Flint's back.

"Do it anyway," Flint orders. "Just stomp those pretty gargoyle feet of yours all over them."

Yeah. I don't bother to tell him that's not going to happen, but I'm pretty sure he can tell from my face. And from the fact that, by the end of that round, Eden stomps her Nikes all over *him*.

We play all day—turns out Flint charmed a few witches in the kitchen into making us a picnic lunch—and by the time it gets dark, I'm exhausted and limping more than a little. But I'm also feeling pretty good about my ability to fly a ball down the field, so I'm definitely calling it a win.

Jaxon walks Macy and me back to our room around nine, and I start to invite him in to watch a movie or something. But he's looking a little worse for wear, the energy burst I gave him this morning having obviously worn off.

Because I know him and his ridiculous pride, I don't offer to give him another boost. Instead, I wait for Macy to slip into our room before I hug him close, kiss his neck, and send a spurt of energy down the mating bond before he even knows what I'm doing.

He pulls away immediately. "You've got to stop doing that."

"I'm not going to stop doing that. Not when you so obviously need it."

"I'll be fine," he tells me, resting his forehead against mine. "This isn't the first time in my life I've been tired and had a lot on my mind."

I know he's thinking of the time he and Hudson fought, and my chest feels tight. "This time, things will end differently. I promise."

Jaxon gives a not-altogether-pleasant laugh and says, "Yeah, well,

let's hope, for his sake."

"Besides, I need you in tip-top shape," I tell him, sliding my hands into the back pockets of his jeans as I snuggle close.

"Yeah?" He grins. "Me too." And then he leans down to kiss me, but just before our lips connect, Hudson groans dramatically.

"I keep trying to change the channel, but it won't work."

Even though I know it's a ploy, I can't help biting anyway. That's the magic—and the horror—of Hudson. *Change what channel?* I demand.

"This one." He mimes pressing the button on a remote. "So much kissing, when what I could really use is a good old-fashioned car chase. Or an assassination attempt. Or, you know, 'a plague on both your houses!' Something, anything, but this"—he waves his hand at Jaxon and me still snuggled up together—"all day, every day."

*Seriously? This is where you want to go after that* No Exit *BS you pulled on the field?*

"I don't see what the problem is," he says loftily. "It's a great piece of literature."

*Yeah, 'cause that's why you were reading it.* I pull away from Jaxon with a regretful smile. "Apparently Hudson has decided to rejoin the party."

For just a second, Jaxon looks angry. Like, really angry, but then it melts away and he gives me a rueful smile. "I'm really looking forward to the day he disappears for good."

"Yeah, me too," I answer. And I mean it, I do. I really am looking forward to having my mind and my body back for my exclusive use. But still, there's something in Jaxon's statement, and his voice, that doesn't feel quite right. I just can't put my finger on what it is.

Maybe that's why, when he leans in to drop a quick kiss on my lips, I dodge and give him a big hug instead. Or maybe it's just my overactive imagination, because when he hugs me back, arms so tight around me that for a minute—just a minute—I feel safe and whole and right, something I haven't felt in far too long.

I glance at Hudson and notice fury in his gaze before he has a chance to hide it. He's angrier than I've ever seen him. Angry and something more—hurt. His gaze narrows on Jaxon just as Jaxon seems to almost stumble, reaching out to put one hand on the wall beside him.

"Whoa." Jaxon gives me a half smile. "I think I'm more tired than I thought."

Something isn't right. I can feel it. But before I can ask him, he straightens and gives me a confident smile.

"See you in the morning?" he asks me when he finally pulls away.

"Yeah. I'll meet you guys in the cafeteria for breakfast before class."

"Sounds good." He starts to turn away but stops at the last second and says, "Give this to Hudson for me, will you?" And then he flips up his middle finger.

"Very mature," Hudson drawls, still leaning against the door.

"You just did," I tell Jaxon.

"Oh yeah?" The news gives him a little bounce in his step. "Then here's a couple more." This time he uses both hands to flip his brother off before finally turning and walking away.

I watch him go, and Hudson pretends to play some very sad music on an air violin in the background. "And the villain fades away into obscurity, never to be seen or heard from again…"

"He's not the villain of this story." I frown. "You are. And Jaxon's not going anywhere."

"Yeah." Hudson heaves an exaggerated sigh and steps away from the door. "That's what you keep telling me."

"Aren't you tired?" I ask him as I let myself into my room. "Go take a nap or something."

"Not tired at all. I napped all day just so we could spend the evening together." He gives me a shit-eating grin. "I feel great."

And just like that, all the puzzle pieces fit together and I figure out the horrible truth of what just happened to my boyfriend. "You're draining Jaxon's energy, aren't you? How are you doing it?" I demand, but then it comes to me. "Oh my God. You're using my mating bond

to drain my mate? Are you serious?"

He holds both hands up. "It's not like that."

My stomach rolls. How could I not have guessed it before now? I can't believe I missed it. I was actually starting to *trust* Hudson. I feel light-headed and queasy.

"I don't have a choice. This whole *me being alive but not actually alive yet* means I have to take energy from somewhere, and for whatever reason the universe hooked me up to your mating bond. Probably so that I could take energy from both of you instead of just you, so I wouldn't overwhelm your system."

"Wait a minute." His explanation is yet another shock to my system. "So you're feeding off me, too?"

I'll give him credit. He doesn't lie. Instead, he looks me straight in the eye and says, "Yes."

"This whole time?" I ask, incredulous. "You've been feeding off Jaxon and me since we got here?"

"Pretty much, yeah. But I'm taking way more from him than I am from you."

"You say that like it's a good thing...and not an absolutely terrifying one." I shake my head to try to clear it. "Why would you do that? Why would you risk hurting him like that?"

"Because he has more to spare. And I'm not hurting him." He sighs. "I'm just borrowing some of his life force so I can stay alive."

"Which means what? That you're pulling his life force out of him... like Darth Vader?" I demand. "Oh my God. You're deliberately hurting him and it's all my fault."

"It's *no one's* fault," he answers. "Jaxon has more power than you do, so I automatically get more power from him."

"What about what just happened?" I demand, eyes narrowed. "When he stumbled? I know you did something to him. What did you do?"

He sighs. "I took an extra burst of energy. It wasn't even a big one."

I narrow my eyes at him. "It felt like a big one. I thought he was

crush

going to fall in the hallway."

He doesn't answer for the longest time, and when he does, he sounds totally cavalier. "Normally I'm careful not to take too much from either of you. Maybe this time I wasn't so careful."

"I knew it!" Anger rockets through me. "Why would you do that to him?"

"He's fine," Hudson tells me, voice and eyes completely flat.

"How do you know?"

"Because he has more power. He can take it."

"Because you say so?" I demand, furious and scared at the same time. What if something happens to Jaxon and it's because of this? Because of me? It's a terrifying thought.

"Would you rather I fed off all of *your* energy?" Hudson asks, brows raised. "Or would you rather I didn't feed at all and just died?"

I don't answer him, but that just means he draws his own conclusions, his eyes going bleak for one brief second before his normal sardonic look returns. "I guess that's exactly what you'd prefer. Too bad we're tied together, then, huh? All your problems would be solved if you could just let me die."

## 65

# No Exit: A Biography



It's the first time Hudson's death has ever been put so starkly before, and I don't know what to say to him—or even what to feel. I mean, Jaxon's arguments for killing him were real and valid and important, and I understand why he did it. I also understand that it was the hardest thing he's ever had to do, whether he admits it to himself or not.

"Oh yeah. Of course. Let's feel sorry for *Jaxon* in this equation. I'm so sorry it hurt his *feelings* to murder me."

Everything about that sentence sets me off, because no. Just no. He doesn't get to play the victim here.

"You really should stop trying to rewrite history," I tell him. "It's not like Jaxon just woke up one morning and decided to kill you. You caused hundreds of paranormals to attack one another. For *fun*. For some ridiculous plan of born-vampire supremacy."

"No." Hudson glares at me. "No, no, no. I have done a lot of shitty things in my life, and I take responsibility for every single one of them. But I *do not* take responsibility for that." He begins pacing around my room.

I don't have the energy to process what he just said. My mind is still racing, remembering all the times over the last few weeks that Jaxon's looked tired. And all because of Hudson feeding on him,

using the mating bond. I know he doesn't mean to hurt Jaxon or me, but that doesn't make it any easier to hear. Not when I'm responsible for the fact that something—someone—is hurting my mate right in front of me. I suddenly feel sick and stumble over to sit on the edge of my bed. I have to fix this.

My head feels like it's going to explode. Then again, for the first time, so does my heart. I close my eyes and reach inside me for the dual-toned mating bond string I've become so familiar with over the last few days. I take it into my hand and squeeze, sending wave after wave of energy to Jaxon, remembering every single time he had dark circles under his eyes and I'd thought he just needed sleep. The tight lines I'd ignored around his smile. The faded black of his bottomless eyes.

This was all my fault. So many times I'd focused on my own problems instead of seeing how my mate was suffering and trying to hide it—*right in front of me.* And that's when I realize something else… Jaxon knew Hudson was feeding on the bond. And he didn't say anything.

My chest feels cleaved open. *He didn't want to make me feel guilty. And more, he didn't want to make me have to choose.*

"You need to stop."

I don't think I can. Because this is bad. This is really, really bad.

"Grace!" Hudson's voice thunders through my head with an urgency I can't ignore. "Stop!"

"You're the one who got me thinking about all of this and now you want me to stop?" I demand incredulously. "Screw you."

"I mean the energy!" he tells me as he puts an insistent hand on top of mine. "You can't give him any more or you're going to be drained. You need to stop."

He's right. I feel like I could sleep for a year. So I let go of the black-and-green string, though it leaves me feeling even more bereft.

"Goddamn it," Hudson growls. "You're going to kill yourself if you're not careful. You can't just play around with this stuff."

Before I can answer, he feeds me a burst of his own energy to make up for some of what I gave Jaxon.

"You didn't have to do that," I tell him, even as I feel his power surging through my veins, grounding me. Making me feel solid again.

"Someone has to," he snarls, "since you seem incapable of thinking of yourself in any given situation."

"That's not true!" I tell him.

"It sure feels true. And the fact that my brother lets you get away with it is a bunch of bullshit on his part, too. That's not what the mating bond is supposed to be about."

"Oh, really?" I stare at him incredulously. "Taking care of each other *isn't* what the bond is about?"

"Each other being the operative words in that sentence," Hudson snaps.

My phone dings, and I pull it out of my pocket and read the message from Jaxon:

**Jaxon:** Please don't ever do that again.

Three dots blink and then disappear, then start blinking again, as though he's reconsidering what he was about to text. Finally, my phone dings again.

**Jaxon:** Thank you

I text back a quick love you and good night, then put my phone away.

"He *thanked you* for giving him your strength?!" Hudson throws his hands in the air. "Quite the mate you've got there, Grace."

I whirl on him. "You know what, you've got a hell of a lot of nerve talking to me about the mating bond when you were okay with letting your mate *die* to bring *you* back."

Rage explodes within me, pure, towering rage that threatens to melt every single part of me. It's mind-numbing, stroke-inducing, completely catastrophic, and for a brief moment all I can think about is tearing the world apart.

Seconds later, it disappears, just like that. And that's when I

c r u s h

realize, it wasn't my fury that I was feeling at all. It was Hudson's, and it was incandescent.

It takes a few more seconds before he's willing—or able—to talk, and when he does, it's in a voice that is eminently reasonable and twice as terrifying because of it.

"First of all," he tells me, "I didn't ask Lia for a damn thing. Do you think, for one second, I wanted to end up here, like this? A prisoner in your head, a front-row spectator to whatever the hell it is you and Jaxon have going on? Alive but not?

"Second, Lia *was not* my mate. And third, you have a hell of a lot of nerve accusing me of anything when you have no fucking clue what you're talking about."

And just like that, my brain melts all over again. This time, it's not from anger, though. This time, it's because the pain underlying all that fury is all-encompassing—and impossible to witness without flinching.

It burns away my own anger, leaves me feeling bereft and anxious and like there's something I just don't understand.

The fact that I want to understand is shocking enough. The fact that I want to help is mind-blowing. Except, also not.

"Hudson?" I reach out quietly, hoping to find a way to break through the pain.

But even as I call his name, I know that he won't answer. I know that, trapped in my head or not, he's already gone.

66

## Frenemies Are Forever



Once Hudson disappears, I'm at loose ends. I have so many thoughts, so many feelings, that I can't process them all, so I end up pacing around my dorm room for, like, ten minutes. Eventually, I figure out that he's not coming back anytime soon, so I do the only thing I can think of to help myself get to sleep. I take a hot shower, hoping, if nothing else, that I can drown all the bizarre feelings roiling around inside me.

After a long shower that does absolutely nothing to settle my nerves or my stomach, I put on a tank and pajama shorts before heading back into the bedroom. Macy's there, sitting cross-legged on her bed with her earbuds in and a notebook open on her lap. She waves at me but doesn't try to talk, which means she must be studying.

It works for me, because I don't have much to say right now. I have so many emotions whirling around inside me that it's a miracle I can even think, let alone speak.

But then I realize Hudson must have come back while I was in the shower, too, and somehow that makes the emotions better and also worse at the same time. I don't question it, though. Not now.

He's slouched in the chair by my desk, the book he was reading earlier open on his lap but his gaze trained on my every movement. He looks wiped, and one glance tells me he feels the same way I do—too

raw to want to discuss what was said earlier.

"So, *No Exit* isn't quite the scintillating blockbuster you made it out to be?" I ask archly.

Hudson shoots me a relieved look. "I've already read it. Several times. Existentialism is so…"

"Last century?"

"Please, have you seen the world news lately?" he asks dryly.

"Good point," I agree as I walk over to the bathroom sink and squeeze toothpaste onto my toothbrush.

When I've finished brushing my teeth and putting my dirty clothes in the hamper, I gratefully flop myself down on the bed. Training for the Ludares tournament with the others was more fun than I've had in a long time. But now, after that and sending Jaxon energy, I'm totally exhausted.

And I'm pretty sure I have a couple of major muscle groups that are going to hurt a whole lot tomorrow. Flying definitely uses muscles I didn't even know I had.

"Did you have fun?" Macy asks, taking off her headphones the second I get settled.

"So much fun. Did you?"

"Oh my God, yes! I can't believe I'm on a team with Jaxon and Flint and Gwen and Mekhi! I never imagined I'd find myself on such a badass team my first year being able to play. We're totally going to win this tournament."

"We *have* to win the tournament," I remind her. "We need that bloodstone."

"We will. Don't even worry about it." She pauses before clearing her throat. "So did you, umm…" She coughs. "I mean, did you…" She coughs again, then finally manages to ask, "What did you think of Xavier?"

And because Hudson's diabolical nature has obviously rubbed off on me, I respond with, "Xavier who?"

Hudson snort-laughs but must realize I plan to chat with my

cousin for a bit because, with an arched brow, *No Exit* magically appears in his hands once more, and he opens it up to somewhere in the middle.

Macy's mouth drops open at my question. Like, literally drops open, and she sits there for what feels like ten seconds just staring at me, mouth ajar. "Xavier!" she finally says. "You know, the guy in the gray shirt? With the green eyes and the funny jokes?"

"No." I shake my head, give her a puzzled look. "Doesn't ring a bell."

"How can it not ring a bell?" She sits up, all aflutter. "We just spent, like, ten hours with him! Xavier."

"You know, you're a terrible person," Hudson says with a very British sniff as he continues to read. "Truly horrible."

"Xavier," I say musingly. "Xavier. Xavier. Xavier."

"Yes!" she squawks. "Xavier! You know—"

"Do you mean the great guy with the gorgeous face who you were making googly eyes at all day?" I ask slyly. "The one who spent an awful lot of time showing off his muscles right in front of you? Yeah, I might have a general idea of who Xavier is."

"Oh my God!" She throws a pillow at me, and when I dodge, she follows up with a stuffed animal, another pillow, and then one of her favorite bear slippers. "How could you do that to me! I thought you really hadn't noticed."

"How could I *not* notice him?" I chuckle. "He spent the whole day making everybody laugh and trying desperately to impress you."

"He wasn't actually trying to impress me," she says, looking shy for what might be the first time since I got to Katmere. "Was he?"

"Oh my God, yes. At one point, Hudson and I were both convinced he was going to strip down and start flexing his abs right in front of you."

"His abs and everything else," Hudson adds dryly, looking up long enough to wink at me.

"Really?" Macy leans forward excitedly, even as she clutches

another pillow on her lap. "You think so?"

"I know so. He was totally showing off for you. And I told you, I wasn't the only one who noticed. Hudson asked several times if we were sure he was a wolf and not a peacock."

My cousin laughs delightedly, then says, "You mean Jaxon."

"What?" I ask, confused.

"Jaxon said all those things, right? Not Hudson."

"No," I tell her, even more confused by the question. "It was definitely Hudson, not Jaxon, who was paying attention to what was happening between you two—and who made all the comments."

"Oh." She gives me a weird look. "I didn't realize you and Hudson…"

"What?" I ask when she trails off, looking awkward.

She clears her throat the way she always does when she's nervous. Then says, "I guess I just didn't realize you and Hudson had gotten so…close."

67

## Talk Darcy to Me



"Close?" I repeat as her words send a shock wave of...something through me. I croak out, "We aren't close."

"You aren't?" she asks, and now she's the one who sounds confused.

"Of course not!"

"Ouch!" Hudson says, turning a page in his book.

"Hush," I snap back before focusing on Macy. "I mean, we talk, but that's because he never shuts up."

"Umm, double ouch," Hudson interjects, slamming the book closed and walking over to the window. Suddenly, I'm worried our mutual truce might disappear again, and I honestly don't have it in me to go another round with His Royal Snarkiness. At least not right now.

"I mean, yeah, he makes me laugh sometimes," I blunder on. "And is strangely charming on occasion. And he notices everything about me and the world around us. And yeah, sometimes he helps me when I'm least expecting it, like when I was nervous about changing into a gargoyle or when I couldn't figure out how to light the candles in the library or when I was—" I break off as I realize what I'm saying. What I sound like.

And that Macy is staring at me all over again, the surprise and discomfort replaced by abject, slack-jawed shock. It doesn't help that Hudson has suddenly gotten just as quiet. More, I can sense him deep

c r u s h

inside me, still and silent and *listening*.

"It's not what you think," I tell her finally.

"Okay," she answers with a nod, and it's totally not what I'm expecting. Then she stands up and crosses over to her pajama drawer. "I think I'm going to take a shower, wash off some of today's grime."

"You don't want to talk about Xavier some more?" I ask as she heads toward the bathroom.

She smiles at that, a quick grin that lights up her whole face and finally breaks through the seriousness that's been there for the last couple of minutes. "There's not much to say yet," she tells me. "Except…you liked him, right?"

"I really did. He seems great. And perfect for you."

"Yeah." She nods, the smile slowly dropping off her face. "I think so, too."

As the bathroom door closes behind her, I go over our conversation in my head, wondering what could possibly have made Macy act so strangely. But there's nothing there, except for her weird reaction to the fact that Hudson and I talk.

But seriously, what am I supposed to do? The guy lives in my head. Should I just ignore everything he says?

"*Please* don't do that," Hudson tells me from his favorite spot near the window. I think he likes it there because it makes him look like a brooding Brontë hero.

"As if," he answers with another one of those proper British sniffs. "Brontë heroes are weak and pathetic and strange. I'm definitely an Austen hero." He gives me an arch look as he lifts his chin and sticks out his chest. "Mr. Darcy himself, perhaps?"

I crack up, exactly as he intends, because how can I not? He looks so ridiculous posing there that I can't help laughing and laughing and laughing. Especially when he adds a mock-offended face.

"Don't tell anyone," I say when I finally stop laughing. "But I've never been a Darcy fan."

"What? That's blasphemy, I tell you, blasphemy!"

And now he's laughing with me, his face all lit up, blue eyes shining. And I don't get it. I just don't get it.

"What don't you get?" he asks, the laughter fading away to be replaced by a serious look that I can't quite interpret. Then again, maybe he feels the same way about me.

"The fact that you can be like this with me and yet also be so evil. It doesn't make sense."

"That's because you don't want it to make sense," he tells me, and this time there's no mocking in the offended look he gives me as the rest of my sentence must register. "*Evil?* You think I'm fucking *evil*?"

And just like that, our mutual decision not to have this conversation fades into mist. "Well, how else would you describe what you did?"

"Necessary," he answers, shaking his head like he can't even believe we're having this conversation. Then again, maybe I can't, either.

"Necessary?" I repeat flatly. "You really think killing all those people was necessary?"

"Don't do that," he tells me. "Don't judge me when you don't know what you're talking about. When you weren't there. Am I proud of what I did? Not even a little bit. Would I do it again? You're damn straight I would. Sometimes you have to do horrible, awful, terrifying things in order to prevent something even worse from happening."

"Is that what you think you were doing?" I ask.

"I know that's what I was doing. The fact that you don't believe me doesn't make it any less true. It just means that you don't know shite." He shoves a hand through his hair and turns to look back out the window. "Then again, why should I be surprised? My baby brother doesn't know anything, either, and yet you trust him over me every single time."

"What do you want me to say? That I trust you more than Jaxon? That I believe you over my mate?"

"Your mate." He gives a sharp bark of laughter that sends chills down my spine, though I don't know why. "Yeah. Why would you

354                          c r u s h

believe me over *your mate*?"

"You know what? That's not fair. You want to pretend that it's just your word versus his, but the whole school was so scared of you that they were literally plotting to kill me at the mere idea that Lia might be able to bring you back from the dead. People don't do that just because they don't like somebody, no matter what you want me to believe."

"People fear what they don't understand. They always have and they always will."

"What does that mean?" I whisper, willing him to turn around and face me. "*Tell me*, Hudson."

He does, but when our eyes meet, there's something terrible in his. Something dark and desperate and so blindingly painful that I feel it nearly tear me in two.

"You think *Jaxon* has power?" he whispers to me in a voice that somehow fills up the whole room. "You don't have a clue what real power is, Grace. If you did, if you knew what I could do, you wouldn't have to ask me these questions, because you'd already know the answers."

# 68

## The Truth Hurts



**M**y heart wedges in my throat at the certainty in his voice, at the darkness and the horror he doesn't even try to hold back.

There's a part of me that wants to ask him to explain, but there's another, bigger part of me that's terrified of the answer.

So I don't say anything. Instead, I just lay on my bed, Macy's forgotten pillow clutched to my chest, and listen to the sound of the water running in her shower.

For the longest time, Hudson doesn't say anything, either. He just stands by the window, looking out at the dimly lit grounds.

Silence stretches between us, as fraught and frozen as the tundra in winter, untouched by even the smallest ray of light or warmth. It's so cold that it's painful, so empty that it echoes inside me, reverberating off every part of me until there's nothing that doesn't ache.

Nothing that doesn't burn.

I'm close to the breaking point, desperate to say something—anything—to shatter the icy desert between us, but Hudson cracks first.

"You know, you really were adorable when you were five."

It's the last thing I expect him to say, and it has me shooting up in bed as surprise replaces the strange hurt I've been wallowing in. "What does *that* mean?"

"It means you looked adorable when you smiled with your two

front teeth missing. I love that the first one fell out but that you knocked the second one out when you went head over handlebars two weeks later."

"How do you know that?" I whisper.

"You told me."

"No." I shake my head. "I never tell anyone that story." Because if I did, I'd have to explain about how that same front tooth ended up growing in really strange and gnarly because the baby tooth was knocked out too early, and before I got braces, everyone used to make fun of me for it—which is why beavers are still my least favorite animal to this day.

"Well, you told *me*," he answers, sounding incredibly pleased with that fact. "And now I'm watching the home movies, live and in color."

"What kind of home movies?" I ask warily.

"The kind where you look adorable in that navy polka dot dress you used to love to spin around the living room in. I particularly like the matching bow."

Oh my God. "Are you in my memories?"

"Yes, of course." He shakes his head, but his eyes are soft and the smile on his mouth is even softer. "You really were an incredibly cute kid."

"You can't do that!" I tell him. "You can't just go into my memories and look at whatever you want."

"Sure I can. They are just lying around, after all."

"They're not just 'lying around.' They're inside my *head*!"

"Yeah, and so am I." He holds his hands up in an *obviously* kind of gesture. "So you see what I mean about them just being here, right?"

"Seriously?"

"Umm, yeah. The bunny outfit when you were six is also one of my favorites."

"Oh my God." I pull Macy's pillow tightly over my head and wonder if it's possible to actually smother myself with rainbow fur. Not that that seems like such a bad idea right now.

"Why are you doing this to me?" I groan as I rack my brain, trying to imagine what horrible, humiliating memories he might run across at any second. I know there aren't actually that many, but right now it feels like the supply is limitless.

"I don't know, even I have to say that you've got a few doozies," he tells me. "That one with the chicken when you were in third grade was pretty embarrassing."

"First of all, it was a rooster. And second of all, he was rabid."

"Chickens can't get rabies," Hudson tells me with an amused smirk.

"What? Of course they can."

"No, they can't." He laughs. "Rabies only affects mammals. Chickens are birds, therefore no rabies."

"What do you know anyway?" I demand, flopping over on my side. "What are you, the Chicken Whisperer all of a sudden?"

"Yes," he answers, totally deadpan. "That's me, absolutely. Hudson Vega, world-renowned chicken whisperer. How did you know?"

"Oh, shut up," I groan and throw the pillow at him, but it doesn't actually connect. Of course it doesn't, because he's not really standing by the window. He's in my head, watching *home movies*. I grab another pillow to dive face-first into and moan, "You're such a pain in my ass, you know that? Giant. Enormous. Massive."

"Wow. How did I miss the memory of you swallowing a thesaurus? I should probably get right on finding that one. Maybe it's next to the one where you lost your bikini top at La Jolla Cove? You remember, right? You were thirteen and had to get your mom to bring you a towel while you waded neck-deep in the water."

"I hate you."

He grins. "No, you don't."

"Yes, I do," I insist, even though I know I sound like a cranky toddler.

His laugh dies away. "Yeah, maybe you do, at that." He sighs and seems to consider his words carefully before he continues. "You know I'm only looking at the memories you already shared with me, right?"

"That can't be true," I answer. "There's no way I tell anyone about my tooth. Or the bikini top. Or—" I stop myself before I can blurt anything else out.

"Or the time you threw up all over your kindergarten teacher's shoes?" he asks quietly.

"Why would I tell you these things? I don't tell them to anyone. Not even Heather or Macy know about most of them."

"I think that's something you need to ask yourself, isn't it? If you hate me this much, why would you tell me all these things?"

I don't have an answer for him. Hell, I don't even have an answer for myself. Maybe that's why I roll over and face the wall. Because suddenly, it feels like there's a whole lot I don't know.

The darkness is back, the yawning chasm that I've been trying to push my way through since I became human again. Only this time, I don't just see the emptiness. Instead, I see the wreckage, the destruction, the total wasteland of what is...and more, what could have—maybe even should have—been.

It hurts so much more than I expected it would.

Hudson doesn't disturb me again. But he does finally walk away from the window and slump down on the floor next to me, his back resting against the edge of my bed.

I keep my eyes closed, and suddenly, right behind my lids, a different memory begins to play. This one is of two dark-haired little boys, the older no more than ten years old, and both dressed in what look to be period costumes in the middle of a dark, tapestry-filled room. A giant table dominates the center of the space, with huge, elaborately carved wooden chairs tucked in all around it.

Standing beside the table is one of the little boys, his blue eyes filled with tears as he begs, "No, Mummy, no! Please don't take him. Please don't take him! Please don't take him!" He just keeps saying it over and over, and I can feel my chest growing tighter with each word.

"I have to take him," she answers in a cold, clipped voice. "Now, stop your crying and say your goodbyes, or we'll leave without them."

The little boy doesn't stop crying, but he does stop begging as he walks across the room to the younger boy—this one with dark, confused eyes. The blue-eyed boy hugs him and then fades across the room to grab something from the table before fading back to the other boy, a small, wooden horse gripped in his tiny hands.

He gives the other boy the toy and whispers, "I made him for you and named him Jax, so you wouldn't forget his name. I love you." He glances up at his mother before adding in a voice so raw, my heart breaks, "Don't forget me, Jax."

"Okay, that's enough," his mother tells him. "Go finish your studies. I'll be back for dinner, and I'll quiz you on them."

His mother and the dark-eyed boy turn and leave the other little boy all alone in the room. As the door clicks shut behind them, he falls to his knees, sobbing the way only a child can. With his whole body and heart and soul. The devastation, the pain, tears through me like an avalanche.

Just then, a man in a suit walks into the room and towers over the boy. Then smiles. "Use the pain, Hudson. It will make you stronger."

The child turns to look at the man, and a chill suddenly slides down my spine. The hatred in his gaze should belong to someone much older, and it has my breath catching in my throat. The boy narrows his eyes on his father, and everything goes still—the man, the child, the very air they breathe. And then everything explodes into particles. The table. The chairs. The rug. Everything but the man, whose smile grows wider.

"Fantastic. I'll tell your mother to get you a puppy tomorrow." And then he turns and leaves the room, leaving the boy on the hardwood floor, with the carpet disintegrated now, the splinters cutting into his knees.

He could have destroyed his father as easily as the chairs, but he couldn't bring himself to do it. He wouldn't be what his father wanted him to be. A killer.

And then the memory fades away as easily as it came.

360               c r u s h

Oh my God. "Hudson—"

"Stop," he tells me so matter-of-factly that I almost start to doubt what I just saw. At least until he says, "I don't have many childhood memories, at least not ones that a human would understand, so my pickings were fairly slim. But it only seemed fair that I show you something after all the ones that you've shown me. I mean, you've seen it before, but you don't remember, so..."

"You showed me this before?" I ask him as I surreptitiously wipe the tears off my cheeks.

He laughs, but there's no humor in the sound. "I showed you everything before."

The emptiness in those words echoes inside me, and I close my eyes, unsure of what to say to him. Unsure, even, if I can believe him, though I find myself wanting to. Badly.

"Hudson—"

"You're exhausted, Grace," he tells me as he stands up, and I would swear that I felt his hand brush across my hair. "Sleep now."

There's so much I want to say to him, words on the tip of my tongue that I suddenly don't know how to voice. So I do what he says. I close my eyes and let myself drift away.

But right before sleep claims me, I find a way to say at least one of the things that I want to. "You know I don't want you to die, right?"

Hudson freezes, then sighs wearily. "I know, Grace."

"But I can't let Jaxon die, either," I tell him. "I can't."

"I know that, too."

"Please don't make me choose." My eyes are closing, and I'm starting to drift off.

But I still hear him when he says, "I'll never make you choose, Grace. How could I when I know that you'd never choose me?"



# 69

## To Bite or
## Not to Bite

"**O**h my God, Grace! Get up!" Macy's squeals echo through our dorm room before light has even begun to filter through our window.

"Not yet," I groan, rolling over and burying my head under my pillow for the second time in eight hours. "Still dark."

I burrow deeper into my blankets, start to fall back into a dream about a little blue-eyed boy and his horse, when Macy shakes me. "I'm serious! You need to get up."

"Make her go away," Hudson groans from what *sounds like* the floor next to my bed.

Macy's phone rings, and she gives up trying to get me awake while she takes the call.

I peek over the edge of my bed and, sure enough, he's sprawled on the floor. He, too, buries his head under a pillow—one of my hot-pink pillows, to be exact.

"Don't judge me," he complains. "It's slim pickings in this room."

I smile. "Yeah, but I've got to say, hot pink might just be your color."

"You know I bite, right?" he growls as he pulls the pillow tight around his head.

"Yes, because I'm *so* scared you're going to bite me." I roll my

c r u s h

eyes. "While you're—you know—in my head."

He doesn't answer, and I'm just about to congratulate myself for winning this round when I feel his fangs scraping gently down my neck. They don't stop until they get to my pulse point, and then they hover there for one second, two.

Unexpected heat races through me at the familiarity of his touch, followed closely by an icy blast of panic—because he's *not* Jaxon. "Hey! What are you doing?" I start to push him away, but he's already gone.

"Showing you that even if I'm in your head, I can still bite you anytime you want me to."

"But I don't want you to!" I all but screech, even as my body still resonates from his touch. "That's my whole point."

"I know," he answers calmly. "That's why I didn't do it."

My hand goes to my neck, and I realize he's right. There's not even a tiny scratch. Thank God. "Don't ever do that again," I tell him, just to make sure he gets the message. "I don't want anyone but Jaxon to bite me. Ever."

His smile turns mocking and maybe even a little grim, but he doesn't argue with me. He just nods and says, "Message received. I promise I won't do that again."

"Good." Still, I run my fingers over my neck one more time, strangely disturbed by the warmth I feel under my skin despite the fact that Hudson never actually did anything to me. "Thank you."

"Of course." He grins slyly. "I mean, at least not until you ask me to."

"Ugh." I hit him with my pillow. "You're disgusting, you know that?"

"Because I told you I wouldn't touch you without your permission?" His look of wide-eyed innocence isn't nearly as good as he thinks it is. "I was only trying to be a gentleman."

"You know what? Bite me." As soon as the words are out of my mouth, I realize what I've said. Even before Hudson leans forward

with a wicked glint in his blue eyes. I throw a hand up and block his mouth. "No! I did *not* mean that in the good way."

"That's okay, Grace." He gives me a look that I'm pretty sure would melt my panties off my body *if* I wasn't mated to his brother. "I don't mind being bad."

"Yeah, I've heard that about you."

I throw back the covers—determined to end this conversation even if it means running away to the shower—and realize that Macy is off her call and speaking to me.

"I'm sorry," I tell her, trying to figure out why her eyes are so big and her face is so pale. "I was still asleep, so I didn't hear what you said. What's going on?"

"The Circle!" she tells me. "They're here."

"The Circle?" At first, her words don't make any sense to my sleep-addled brain, but when Hudson curses low and long in a corner of my mind, it registers who she's talking about. "Jaxon and Hudson's parents are here?" I whisper, horrified at the thought.

"Yes! The king and queen, plus the other three mated pairs showed up at five this morning. No advance warning, no call ahead. Just eight of them at the front gate, demanding entrance. My dad is beyond pissed."

"Why are they here?" I ask, shoving my super-obnoxious curls out of my way.

"Officially?" Macy answers. "For their twenty-five-year inspection. Which they scheduled at this time to support the Ludares tournament in order to promote interspecies cooperation and friendship."

"And unofficially?" I ask, a little afraid to hear the answer.

"They want a look at you," Hudson and Macy both reply at the exact same time.

"Me?" Okay, that was unexpected. "Why me?"

I mean, I get why maybe Jaxon's parents would want to meet me—seeing as how I'm mated to their only living (that they know about, at least) son. But why get the rest of the Circle involved in what should

crush

be a personal family matter?

When I say as much to Macy and Hudson, they laugh—*at* me this time, definitely not with me.

"This isn't about you being mated to Jaxon," Hudson tells me. "I don't think they care, one way or the other, about that—unless they think it threatens their power. What they do care about—what I guarantee you all members of the Circle care about, even the non-power-hungry ones—is that you're the first gargoyle to be born in more than a thousand years."

"Why does that matter? What is one lone gargoyle going to do to them? And a not very powerful gargoyle at that?" I say to the both of them.

"First of all," Macy says emphatically, "you're a new gargoyle, but that doesn't mean you're not a powerful one. It means you've got to take some time to figure out what's up. You don't even know all the things a gargoyle can do yet, let alone what you specifically can do.

"So yeah, of course they're scared. If they weren't, the king wouldn't have murdered all the gargoyles on his last horrific rampage and the Circle sure as hell wouldn't have let him get away with it. They may be cowards, for the most part, but normally they wouldn't be okay with full-on genocide unless it actually served them."

"Damn, Macy, tell us how you really feel!" Hudson exclaims. Then adds to me, "What she said."

I laugh a little bit at that, which leads to a questioning look from Macy. "Hudson approves of your summation," I tell her.

"That's because my summation is right-on. And his father is an asshole." She gives me a look that speaks volumes. "Like father, like son, apparently."

Hudson rolls his eyes but surprisingly has nothing to say in response. Which might actually be a first, now that I think about it. He does, however, sit up and lean against the side of my bed, then runs a hand through his short, tousled hair. I know he's not really real—so why is he sleeping in just a pair of flannel pajama pants and no

shirt? Did he take off his shirt, or am I just—inexplicably—choosing to imagine him without one?

And of course, he hears that stray thought and winks at me over one bare shoulder. "I'll let you decide."

I ignore the heat stinging my cheeks and focus on Macy.

"So why exactly does the fact that the Circle decided to pay us a not-so-auspicious visit mean that I have to get up at"—I glance at my phone—"dear God, five fifteen in the morning?"

"Because, apparently, they've called a before-school assembly. And that means we all have to be in the auditorium at six thirty in full dress uniform."

"Full dress uniform? You mean the skirt, tie, and blazer?" I think I've worn the whole uniform only once the entire time I've been here.

"Not the blazer," Macy says with an exaggerated sigh. "The robes."

"Robes?" I look toward my empty closet. "There's no robe in there."

"No, but I have an extra—from when I was shorter, thankfully. Otherwise, you'd fall on your face."

"So skirt, tie, robe?" I ask, making sure I've got it.

"Yeah."

"Like graduation robe?" I ask, just to be clear. Because right now I'm kind of picturing a room full of students in fuzzy black bathrobes. Not that that would be a bad thing…

"More like ceremonial robes." Macy sighs.

Which puts all my senses on red alert. "Not like human-sacrifice robes, right?"

Macy narrows her eyes at me. "No one's going to sacrifice you, Grace."

Easy for her to say. I tamp down the little spurt of annoyance and lead with humor instead. "Says the spider to the fly…"

Macy laughs, just as I intended her to. Which eggs me on. "I'm just saying, no one gets to criticize me for being skittish until they've had to fight off a homicidal bitch with talons through their arms,

c r u s h

a dislocated shoulder, a concussion, and gaping wounds on their wrists and ankles from clawing their way out of shackles. On an altar. Surrounded by blood. In the dark. While drugged."

Macy looks at me, completely deadpan, and says, "Well, who hasn't? I mean, really."

I burst out laughing, like full-on belly laughter, because the delivery was just too perfect. "Is that your way of telling me I'm being too much of a drama queen about the whole near-death-experience thing?"

"Are you kidding me? It's my way of telling you that I would like nothing more than a chance to dropkick that bitch straight to hell a second time." She crosses to her closet and pulls out two dark-purple robes. One she tosses on her bed and one she hands to me.

"It's purple," I tell her.

"Yeah," she says.

"The robe is purple."

She nods. "Pretty much, yeah."

"I'm going to look like Barney if I put that on."

She grins. "Welcome to Katmere Academy." And then, while I'm still eyeing the giant purple monstrosity that is supposed to be my ceremonial robe, she steals the freaking bathroom right out from under me.

70

# When the Devil Comes Up to Denali



I've been in auditoriums before. I mean, I *am* an American high school student. But nothing could prepare me for what the Katmere Academy auditorium looks like.

Huge, with ceilings that are probably close to thirty or forty feet high and creepy-looking carved spires everywhere, it looks more like a Gothic church than it does a meeting room for students.

Stained-glass windows depicting various paranormal scenes, check.

Carved black lancet arches hovering over every walkway, double check.

Elaborate and semi-creepy engravings on pretty much every available surface, triple check.

Seriously, I'm pretty sure the only thing missing is an altar.

In its place is a round stage in the center of the room, surrounded by hundreds of chairs in the same deep purple as our robes. So as the students filter in and find their seats, the whole front of the room looks like an eggplant exploded—or, more accurately, about a thousand eggplants.

The House of Usher has nothing on this place. Edgar Allan Poe, eat your heart out.

I turn to my left to share the joke with Hudson but realize he

c r u s h

didn't walk in with me.

Uncle Finn is on the stage already, but nobody else is, despite there being eight intricately carved (big surprise) chairs set up in a row directly behind the microphone and sound system that my uncle is currently messing with.

I have to laugh as I watch him, because here in the middle of this auditorium that looks like a horror story waiting to happen, my uncle is doing the same thing that every high school principal or vice principal in the history of high schools does before a schoolwide assembly. The abject normalcy of the whole thing amuses me, but it also makes me just a little homesick.

Not necessarily for the life I used to have but for the girl I used to be. Normal. Human. Average.

I mean, in my head I'm the same old boring Grace I've always been, but at Katmere Academy, I'm abnormal. An anomaly. Someone to be stared at and whispered about. Most of the time, I ignore it—I mean, I'm the girl mated to Jaxon Vega while Hudson Vega lives in her head. And, oh yeah, I have a pesky habit of turning to stone whenever I want.

Honestly, who wouldn't stare?

"Let's sit over there," Macy says, pointing to a couple of empty seats near the very front. "I want a good view of this mess."

I'm not normally a very front-of-the-room kind of girl, but of the things I feel like I might have to argue about today, where I sit doesn't even blip on the radar. Besides, at least this way I'll get a good look at Jaxon and Hudson's parents.

*"No!"* Hudson's shout reverberates in my head, so loud and vehement that it actually brings me to a stop, eyes wide, as I look around, wondering what kind of attack I should brace for.

But everything looks normal—or as normal as it gets at Katmere Academy, considering a group of witches is bouncing a ball all around the auditorium using nothing but a few flicks of their fingers.

*What's wrong?* I demand, my heart beating out of control.

*"Don't sit up front. Don't get anywhere near them."*

*Near whom?* I ask, again looking around for a threat I have yet to recognize.

*"My parents. They would love for you to sit that close so they can get a good look at you."*

*I feel like that's normal, under the circumstances,* I tell him with a shrug. *And I want a good look at them, too.*

Macy's gotten a little bit ahead of me, since Hudson's shout stopped me in my tracks, and I weave around a couple of groups of students in an effort to catch up to her.

*"Damn it, Grace! I said no!"*

*Excuse me?* I ask, shocked and more than a little annoyed. *Did you just order me not to do something?*

*"You can't trust them,"* he tells me. *"You can't just put yourself up there in front of the king and queen and think nothing's going to happen."*

*We're in the middle of a crowded assembly!* I shake my head in amazement. *What are they going to do to me?*

I wave to Gwen, who is sidling up to Macy, already sitting in the front row. I'm still seven or eight rows back, so I skirt around a few students in an effort to weave my way to them.

*"Anything they want! That's what I'm trying to tell you. My father is the head of the Circle because he has killed, literally, everyone who might possibly be any kind of threat to him. And he has done that continuously for two thousand years. Do you think for one second that he's going to hesitate to kill* you, *too?"*

*In the middle of a school function? Sure, he's going to try to kill me with my uncle, all the Katmere Academy teachers, and the entire student body looking on. Not likely. So will you please chill out and let me take an effing seat?*

I move down a couple more stairs and then freeze, not because I want to but because my feet won't move. At all.

I start to panic, wondering what on earth can be wrong, but then

it hits me. *Don't you dare! Hudson! Let me go right now!*

"*Grace, stop for a second!*" Hudson's voice is deliberately soothing, which only makes me that much angrier. "*Just listen to me.*"

*No! No, no, no! I'm not going to listen to you when you are controlling my body. What the ever-loving fuck is* wrong *with you?*

"*I just need you to think for a minute.*"

*And I just need you to* let *me* go. *If you don't release me right this second, I swear to God, Hudson, when I finally get you out of my head, I will murder you. I will literally make you human and then stab you through your fucking black heart until you die right in front of me! And then I'll stab you some more.*

Hudson walks "us" off to the side, weaving around students rushing to grab their own seats, then eventually slips us between two panels into a hidden alcove. And I'm not going to lie, having someone else take control of your body, with you stuck in the passenger seat, might be one of the worst experiences of my life. The violation, the fear, the anger swirling inside me right now are all building into a storm of epic proportions.

Once we're hidden, I can feel him struggling to give up control of my mind. It's like trying to walk through wet mud, but eventually the resistance gives way with a little pop, and I'm free. I feel *myself* rush in to fill the emptiness, and I can't fight the shiver of panic that overtakes my body.

When he moves around to face me, panic gives way to white-hot anger. He holds his hands up. "All right, all right. I'm sorry."

I take a deep breath, fight for calm. And then say *screw it*, latching on to the part of me that I've pushed down for so long. "Fuck. You."

"Feel better?" Hudson asks. "Now, can you just listen for a moment?"

Is he for *real*? I am beyond mad, well into a full-blown rage. "I am *never* listening to you again. *Never!*"

My heart is racing like I've run down twenty flights of stairs, double-time, my head whirling at the knowledge that Hudson must

already have punched through the wall the Bloodletter helped me build. How is it possible for him to be that strong? How can he be knocking it down when it's been less than a week?

Am I really that weak? Or is he just that strong?

He's standing there perfectly still, his face pleading as he tries to get me to listen to him. "I'm only trying to help you, Grace. I only want—"

"Help me?" I hurl at him like a berserker, my rage so overwhelming that it's all I can do not to claw his goddamn smug face off. Only the knowledge that he isn't actually standing in front of me keeps me from punching him right now.

"By violating my *trust* and taking my *free will*? How can you *possibly* think that's helping me?"

"It isn't like that—"

"Well, that's what it feels like!" I'm furious, absolutely furious, and I know it shows because Hudson's eyes are wide with what looks like actual despair. I almost feel bad. Almost. But since Hudson has made it very obvious that not only will he *not* respect the sanctity of my right to do what I please with my body, he won't even respect my right not to have five minutes without him yammering in my head.

So instead of heading to where Macy is waiting for me, I grab my phone and text her that I'll be right back. Then I put my hands on my hips, so I can have this out with Hudson once and for all.

71



## Revenge of the Body Snatched

"Grace, I'm sorry." Hudson must finally realize the full weight of my fury, because he rushes in to try to calm me down. "I didn't mean to take your choice away from you—"

"Yeah, well, that's exactly what you did, and I am not going to put up with it for one more minute. Not from you, not from anyone."

Rage at everything that happened over the last five months wells up inside me, and I let Hudson have every single bit of it—partly because he deserves it and partly because I can't hold it in for one second longer. "Ever since I first heard of this ridiculous school, my right to choose how to handle my own life has been almost nonexistent."

"Grace, please—"

"No! You don't talk now." I point my finger in his face. "You don't pull what you just pulled on me and then think we're going to go back to the way we were. I've had you yammering in my head for nearly a week but *you* are going to listen to *me* now.

"I take back what I said before. My control over my life didn't end when I got here. It ended even before I got to this school— *because of you*. Because of your psychotic, twisted, *fucked-up* ex-girlfriend. She was so in love with you that she *murdered my parents*. She murdered them, just so I would have to come to this

school. Just so Jaxon could find his mate. Just so she could use his power to bring *you* back.

"I know everybody laughs; I know it's a great big joke in my friend group now that I was almost a fucking human sacrifice, but think about that, will you, please? Just think about it. A regular, human girl from San Diego ends up in fucking Alaska, tied up on an altar so that an evil, heinous bitch could bring back her genocidal asshole of a boyfriend."

Hudson's eyes are going wider and wider with each word that I shout at him, and he looks absolutely devastated. But I don't actually care right now. I've been devastated for months. He can handle it for five damn minutes.

"Even before that, things weren't exactly rosy, were they? People tried to kill me left and right, all because they were afraid of you! So there I am, mated to a vampire—a *vampire*—when I didn't even know they existed two weeks before that. And that's great, actually. He's wonderful and kind and I love him and yay for us.

"But I don't even get to enjoy that, do I? No, of course not, because we're barely recovered from Lia's attack when you show up out of nowhere and try to murder my mate. So I step in and save him and now I'm locked up with you somewhere for three and a half months. Three and a half months, mind you, that I can't even fucking remember."

My hair has fallen in my face, so I pause in my diatribe just long enough to shove my ridiculous, out-of-control curls away and try to ignore this additional thing I can't tame.

"And then you do what you do. Body snatch me and turn me into an attempted murderer and a thief, leave me to wake up *covered in someone's blood*." I poke his chest with each of those words for emphasis. I will *never* get over that experience, and he needs to know it. "You live in my head for days without my permission, and then you think *I'm* crossing the line for freaking out when you take control of my body because you don't like *where I want to sit*? Who

crush

the *hell* do you think you are? You may think you're trying to protect me, but I've got to say, every single bad thing that's happened to me in the last five months can be traced directly back to you.

"So instead of asking me to think for a minute, why don't *you* think instead? Why don't *you* listen for a minute and figure out why anything you have to say should matter to me at all?"

By the time I'm done, Hudson's face is ashen. And now that I've gotten out all the bitterness and rage and pain inside me, I know that mine is, too. I hate losing my temper, hate yelling at people, because nothing good ever comes of it. And I've never in my whole life lost my temper like I just did. Is it any wonder my head now hurts like I've been on a week-long crying jag?

But at the same time, being nice wasn't cutting it with him. He was going to keep rolling right over my objections like the steamroller he is, and I'm not about to let that happen. I won't let him take control of my body ever again, and he needs to understand that.

"I don't—" He breaks off. "I didn't mean—" He breaks off again. "I'm sorry. I know it doesn't mean anything to you and it probably shouldn't, but I am sorry, Grace."

"Don't be sorry," I answer with a sigh. "Or be sorry, it doesn't really matter anymore. But don't ever do that again. *Ever.*"

He starts to say something else, but I'm done listening. The assembly is about to start, and I don't have any time or interest in listening to him say he's sorry again or offer platitudes about why he did what he did...or worse, start back on me again about where I sit or who I should be afraid of.

I'm not naive, either, even though Hudson doesn't seem to believe that. So I turn away from him and head back into the auditorium, but as I walk toward the center aisle, instead of turning left, I turn right... and walk up to the third-from-the-last row and sit down behind two huge dragon males. I can still see the stage, a little, and can still hear everything that's being said, but I'm pretty sure it will be hard for anyone to see me.

With that thought in mind, I pull out my phone and text Jaxon a quick note, telling him I'm sitting alone near the back because I have a headache and might need to leave early.

It's not a lie, considering my head *is* killing me, but I don't want to get into everything in text right now, either. Plus, I don't want him to come looking for me. I figure I can stay inconspicuous only if I'm not actually sitting next to their son.

"Thank you," Hudson tells me as he slides into the seat next to me, but I don't answer him. Not because I'm still angry but because I don't have anything else to say to him. Not right now, and maybe not ever if he doesn't get his act together.

I wait for him to say something obnoxious or try to argue with me, but he doesn't say a word. Maybe he's learning after all. I guess time will tell.

Jaxon texts back, asking if I need anything. When I tell him no, he explains that he's backstage right now—a command performance with the king and queen.

Maybe I should be disappointed, but I'm not. Him being away from me is that one extra layer of anonymity I was looking for.

And as the king and queen and the rest of the Circle file onto the stage, my palms begin to sweat. I'm not ready to forgive Hudson yet, but I can't lie that there's a part of me very grateful I am very, very far away from his parents as I watch both of them scan the audience while they take their seats.

It's obvious they're looking for someone...and it's not their son, as he was just with them backstage. But the longer they search, the more convinced I become that they really are looking for me. And after seeing Hudson's memory of his parents last night, I'm more than happy to make sure they don't find me. At least not until I'm ready for them.

# 72



## Welcome to the Paranormal Jungle

I start to text Jaxon again, but before I can figure out what to say, Uncle Finn turns on the microphone. He talks for a few minutes about the Ludares tournament, laying down the rules, talking about how many teams have signed up (twelve) and how the brackets are going to be run.

When he gets to the prize for winning the tournament, he turns toward the dignitaries seated behind him in ornate chairs—I snort; who am I kidding? Those are thrones and they want everyone to know it—and announces, "To discuss the prize for this very special Ludares tournament, we are incredibly lucky to have none other than King Cyrus and Queen Delilah from the Vampire Court here to announce the very special prize. Please join me in welcoming them and several other members of the Circle." He starts off the applause, but soon the auditorium is filled with the sound of respectful clapping, which amuses me because in my experience, so few things at this school have ever engendered such a tepid response.

Apparently, there are very few members of my generation who actually have any interest in the Circle—and especially the vampire king and queen—at all. Not that I blame them, but it's still interesting to see. And even more interesting to watch as that knowledge hits Cyrus full-on.

He tries to hide it, but I'm watching closely from a little spot between my two shields, and he. Looks. Pissed.

He doesn't say anything, though, as his eyes scan the crowd. He's smiling and waving as the queen moves to the microphone, but he's not missing one face. I slink down lower in my seat and all but feel Hudson's relief.

The queen introduces herself in a melodic British accent and with a smile that looks surprisingly sincere as she thanks everyone for such a warm, warm welcome. Even as her gaze—like her husband's—moves from face to face in the crowd, I can feel people opening up, see their shoulders relaxing and their bodies leaning forward as if they're suddenly afraid of missing even one word that falls from her bloodred-painted lips.

Her eyes are the same near-black as Jaxon's, and her skin has the same unique—and slightly odd—olive and alabaster tint to it. Her features are sharp, angled, and it's suddenly obvious just where the Vega cheekbones and jawline that I love so much come from. The long, lithe build and dark hair, too, though the queen wears hers in a long braid wrapped around the crown of her head—and then balances her gold-and-jewel-encrusted crown on top of it, just in case someone at Katmere doesn't know who she is.

She makes a striking picture, no doubt, and her sons are the spitting image of her, though Hudson's eyes are a different color. And like them, there's a regality—an expectation of how things should be—to her that simply can't be taught.

This is a woman who was born to rule...and to do it warmly, in such a way that nearly everyone watching her somehow feels like they have a connection to her. That she is speaking directly to them. No doubt, it's a spectacular talent.

I just don't know if I buy it.

Because I still can't forget that this is the woman who slashed Jaxon's face so severely that she *scarred a vampire*. The woman who took him away from Hudson without a backward glance even as

Hudson sobbed for the little brother he loved.

And yet she is winking at the crowd. She is smiling and thanking people by name and even cracking a joke or two just to make her public adore her a tiny bit more.

It's such a strange dichotomy that I'm reminded of an Andy Warhol painting. He did the same image in four different—usually tertiary—colors because each person's brain sees colors differently, and it is up to the brain to make its color perception fact. Looking at this woman, watching her after seeing the way she was in Hudson's memory yesterday, makes me wonder which shades of her my brain is really seeing…and which one I should make my reality.

Until I can figure out the answer, I think it behooves me to stay very, very far away from the queen. I'm guessing her name isn't Delilah for nothing.

Eventually, she manages to thank everyone in existence, but it's not until she starts talking about the prize that I lean forward, breath held and eyes peeled. *Let it be the bloodstone*, I beg the universe. *Please, please, please let it be the bloodstone. Don't let Byron's parents have changed their mind.*

"I know that the usual prize for the annual Katmere Ludares tournament is a trophy and a small monetary prize to be divided among the winning team." She smiles at the audience and seems to enjoy the sudden uptick in enthusiasm that seems to fill the auditorium. "But this year, we thought we'd do something a little different, a little bigger"—she waits for the spontaneous applause to die down—"since we have a big *occasion* to celebrate as well." She pauses to lean in herself, like she's about to share a secret with her most favorite loyal subjects. My stomach bottoms out, partly because I realize I might be the occasion she's referring to and partly because it terrifies me to see just how anxious everyone is to know what she has to say.

"Of course," she continues with a big, wide smile, "you already have up-close-and-personal knowledge of the occasion I'm referring to—the discovery of the first gargoyle in a thousand years!" Again

she looks around the crowd, and again I slump a little farther down in my seat. "The Circle and I are thrilled to welcome Grace Foster into our world.

"Welcome, Grace. I want you to know how very excited the Circle is to meet you." She lifts her hands in the gesture for applause, and the audience gives her what she's after, even though it's suddenly nowhere near as enthusiastic as it was. Which is okay with me, honestly.

Again, she waits for the noise to die down before continuing. "Now, let's talk about the prize—everybody's favorite part, including mine."

She reaches into the box and pulls out a large, deep-red geode, as richly colored as the blood that formed it. It glows—whether from the light reflecting off its angles or from within, I'm not sure—but it is absolutely breathtaking. "For the team that wins this year's very special Ludares tournament, we offer up this rare and beautiful bloodstone, donated by the distinguished Lord family, in fact originally gifted to them from our own personal royal collection!"

The auditorium goes wild, teenagers and faculty alike applauding and stomping and cheering her generosity. She loves it, of course, and so does the king, who sweeps in to take the microphone from her.

Looking at him up there, I realize he's nearly as tall as Jaxon and Hudson, and probably as muscular, though the three-piece suit in bright blue that he's wearing makes it hard to be sure. But that's where the similarity ends. Sure, Hudson gets his blue eyes from his father, but while they are the exact same shade of cobalt, they couldn't be more different. Hudson's are warm and alive, dancing with humor and intelligence even when he's angry with me. Cyrus's eyes are just as alive, but they are constantly moving, constantly observing, constantly helping him calculate and adjust.

Everything about Cyrus screams that he is as much a showman as his wife. But unlike Delilah, who works the audience, Cyrus seems happy just to bathe in their adoration. And unlike Delilah, I don't have to think about who this man is or what he wants. Even without

living through Hudson's painful memory last night, I know Cyrus is a textbook narcissist, one who cares about nothing more than his own power and prestige.

One who is willing to turn his own son into the greatest weapon the world has ever seen if it means he can use him to increase that adoration.

Delilah fascinates me even as I refuse to trust her. Cyrus just disgusts me.

My gaze darts to Hudson, concerned about what he must be thinking or feeling. But he might as well be watching the Home Shopping Network for all the emotion he's displaying. On a day when they're selling cookware or something equally as useless to a vampire.

I turn back to Cyrus—who is like a cobra, because it serves everyone best if you don't take your eyes off him for longer than a second or two—just as he starts to speak. But even as I do, I reach for the armrest between our seats and lay my hand next to Hudson's, so that just our pinkie fingers are brushing.

Touching but not.

"What an incredible prize we have for you!" He moves across the stage like he owns it, like he was born for this, his accent adding a sophistication to his words I know he doesn't deserve. Suddenly he pauses and sweeps his hand in front of him to encompass the entire audience. "As you all know, a bloodstone is an incredibly rare *and* powerful magical object. But I want to let you in on a little secret. This is not just any bloodstone!" He holds the collective breath of everyone in the palm of his hand, and he knows it. He even goes so far as to wink at Delilah before continuing, "As my beautiful wife Queen Delilah mentioned, this particular bloodstone was gifted to the Lords from our personal royal collection. Truly a prize beyond measure for our winning team this year because"—he pauses as the auditorium erupts in cheers again, a wide smile never wavering on his handsome face—"because *this* bloodstone is in fact the most *powerful* bloodstone to ever exist."

He leans forward, his whole demeanor changing as he grips the microphone with both hands and his tone grows somber. "As you all know, we lost our firstborn son sixteen months ago. Hudson was a lot of things—a misguided youth, to be certain—but also the joy of his mother's and my life. And he was also the most powerful vampire ever born."

He smiles softly, as though remembering Hudson fondly. But I've seen the real Cyrus. He's not proud of his son. He's proud that *he* created him. "I still remember the first time he used his gift to persuade the kitchen staff to swap out my evening blood for Kool-Aid." He chuckles now and shakes his head, as though a loving parent were remembering his child's antics, and the auditorium laughs with him, surely just as he planned.

Hudson, meanwhile, is eerily still during this recitation, and I have the distinct feeling Cyrus isn't sharing the full story with his audience.

"He wasn't as amused then, as he's implying, huh?" I venture a guess.

Hudson snort-laughs. "Sure. If you consider banning me from feeding for a month as amused."

My jaw falls open as I gasp. "He *starved* you for a *month*?"

His gaze never leaves his father. "It's no big deal. We're immortal, so it's not like I was going to die. It's just not very comfortable."

Without thinking, I lay my hand on his, but this time he flinches and pulls away. I watch as he crosses his arms over his chest, like just the suggestion of openness is too much for him right now.

Not that I blame him. His father is as close to a monster as I can possibly imagine.

Cyrus, meanwhile, is having a great time as he continues. "When Hudson was born, we all knew he was special. So we had his blood stored in a bloodstone for eternity—the very bloodstone, in fact, that the Lords have donated for this year's tournament!"

He pauses, arms up, as he waits for the audience to erupt. A portion of them do, cheering and whistling at his words. Others

slouch down in their chairs, try to look invisible, like they're terrified of attracting his or his dead son's attention. I expect that to piss him off, but Cyrus pauses, stands up to his full height again, and bathes in their adoration *and* their terror. It doesn't seem to matter what kind of attention he's getting, as long as he's getting a lot of it.

It's the most bizarre and terrible thing I think I've ever seen.

"What better way to celebrate this amazing tournament?" Cyrus continues. "And also, of course, to welcome the newest member of our paranormal community—the first gargoyle born in over one thousand years. Mate to my son, niece to our amazing headmaster. How lucky are we to be here to witness this miracle? I can't wait to meet our young Grace."

Where Hudson was still before, now he has a violent reaction to his father's words, everything in him rising up to reject what Cyrus said, especially as people around the audience start looking for me.

"Get down, Grace," he hisses. "Pull your robe up around your face. I don't want him to see you."

"If I pull my robe up around my face, I'm going to look a lot more obvious than I do now," I shoot back. "Just chill. The assembly is almost over."

On the stage, Cyrus is introducing Nuri and Aidan Montgomery, a mixed-race couple who I realize with some astonishment are Flint's parents. The witches, Imogen and Linden Choi, are next, followed by werewolves Angela and Willow Martinez.

As I stare at the eight people onstage, I realize for the first time that each is with their mate. "I forgot only mated pairs can be on the Circle," I whisper to Hudson. "I can't remember, is that a law?"

"Pretty much," he answers, completely disgruntled. "You don't have to be mated to get on the Council, but you have to pass a Trial that is impossible to pass by yourself. And since the only person who can help you in the Trial is your mate…you see the conundrum."

"All mated pairs on the Circle."

"Exactly. And if you get on as a pair and your mate dies, you stay

TRACY WOLFF

for one more year until a new mated pair can compete to replace you."

I have more questions for Hudson, but Cyrus is wrapping up the assembly, and Hudson is pushing at me to "get the hell out." I still think he's overreacting, at least until Cyrus says, "Thank you all for coming. Have a great day. And, Grace Foster, if you don't mind, can you please come up to the stage for a few minutes? We really are eager to meet you!"

Hudson curses and I freeze, neither of which is a particularly helpful strategy for dealing with the fact that the king has just pretty much ordered me to the stage. "What do I do?" I ask Hudson once I absorb the shock.

"Get up, get out, and don't look back," he tells me.

"Are you sure?" But I follow his directions, all but diving into the throng of students crowding the walkway.

"Very sure," he answers. "An empty auditorium when everyone else is in class is not the time to face my father. Now go, go, go."

I do as he says, making a beeline for one of the auditorium doors. Just before I reach it, I turn around to get a glimpse of what Cyrus is doing and what he's planning to do if I don't show up.

It's a bad move on my part, though, because the second I turn, our gazes collide. And recognition flashes on his face, along with the knowledge that I am very deliberately not following his directions.

I expect him to get mad, to order me to come down. But instead he simply inclines his head in an "all right, if you say so" gesture that chills me to the bone. Because it's not acceptance that I see in his eyes. It's slyness, combined with a whole lot of strategy.

For the first time, I think Hudson may be right. Maybe I really don't have any idea who or what I'm dealing with.

# 73



## Live and Let Love

I spend the next two days going to class, dodging the vampire king and queen, training with my team for the tournament, and trying to sneak small moments of time with Jaxon, who it turns out is as freaked out about me meeting his parents as Hudson is, mostly because he wants me to have absolutely nothing to do with his mom.

And I have to admit, I'm a little freaked out by the fact that both brothers have apparently been traumatized by a different parent. Like, what kind of monsters are these people—besides the obvious—that their two (very) badass sons each consider them, if not the devil, then at least one of his closest minions?

So far, Jaxon has been putting his parents off by citing a brutal training schedule for the tournament (which isn't actually too far from the truth), but that excuse is finite, and I'm not sure what's going to happen when the tournament is over.

When Wednesday, the day of the tournament, dawns bright and beautiful, I can't help but feel a biting chill in the air. Of course, it won't matter in the arena, since it's a climate-controlled dome, but still, it feels like the world is warning me not to get out of bed today.

I'm up early, too nervous about winning the games and the stone to get much sleep, even though Macy and Jaxon don't seem to be having any problem. We don't have to report to the arena until ten,

but I know if I sit around the room for the next three hours and stare at my sleeping cousin while obsessing over messing up the tournament, I'll end up bouncing off the walls.

Not even Hudson is around to distract me, telling me earlier he had something he had to do and would be gone for a few hours, but he'd be back in time for the tournament. I asked how he could possibly go *anywhere* stuck in my head, but he was already gone before I got the whole question out. Which isn't scary at all...

So after getting layered up and leaving a note for Macy—I didn't want to text her and risk waking her up—I grab a yogurt and a couple of granola bars and make my way down to the arena.

I honestly don't know what I plan to do there—beyond practice my flying some more and maybe walk the field, just to get a feel for what it's like. I figure I'll be alone for at least an hour or so, but the second I pass through one of the arena's ornate entrances—and the twisted passageways that lead to the seating—I realize that was a pipe dream. There are players all over the huge field. Not hundreds or anything like that but definitely at least ten or fifteen—one of whom is Flint.

Guess I'm not the only one on my team excited-slash-nervous-as-hell about today.

His back is toward me, but I'd recognize his Afro and broad shoulders anywhere—plus he's already wearing one of the super-colorful jerseys Macy got for each of us so we could all match on the field. I don't know much about the rest of the teams we're competing against, but I can guarantee no one else out here has a jersey like ours, with its wild kaleidoscope of colors, much like one of my favorite Kandinsky paintings.

I walk deeper into the arena, marveling at how amazing it looks already. Like everything else at Katmere, it has a decidedly Gothic spin to it—black stones, lancet arches, intricately carved stonework—but the design of it is all Roman Colosseum. Three stories high with fanned amphitheater seating, VIP boxes at the top, and all the gorgeous and imposing walkways imaginable. It's the most intimidating and

impressive high school arena I have ever seen.

And it's already decorated for the game—interspersed among the regular Katmere Academy flags are pennants from each of the individual teams competing today.

When Macy first mentioned having flags for our team, I thought she was just being my fun-loving, colorful cousin. But as I spot our banners in all their brightly colored glory mingling around the stadium with the darker, more boring ones of the other teams, I can't help being impressed with just how on top of things she really is.

If it had been left up to the rest of us, I don't think we'd even have one flag in the arena, and Macy has ensured that we have *hundreds*. And while it's probably ridiculous, seeing them all over the place does exactly what it's designed to do—it gets me excited and makes me even prouder to be playing on my team.

It also makes me believe that maybe, just maybe, we really will win.

Determined to get down to the giant oval field so I can warm up and practice a little, I make my way back through the passageways until I come to the entrance closest to Flint. He's still stretching, so maybe we can warm up together.

I'm planning to sneak up on him, but I barely get within ten feet before he turns with a grin and says, "Hey, you."

"No sneaking up on a dragon, huh?"

"There's a reason 'ears like a dragon' is a saying," he tells me.

"But it's not a saying," I answer, confused.

"No? Well, then it should be." He offers a halfhearted grin and grabs a stainless-steel tumbler off the nearest bench and guzzles from it. "So what are you doing here so early?" he asks.

"Probably the same thing you are."

He lifts a brow. "Exorcising demons?"

I laugh. "No, silly. Getting in some extra practice."

I expect him to laugh with me, but when he doesn't, I realize there was nothing joking about his last statement. "Hey." I put a hand on

his shoulder. "You okay?"

"Yeah, I'm fine." But this time, his patented Flint grin doesn't reach his eyes. When I keep looking at him, concerned, he shrugs.

"What's going on?" I drop my bag on the field and then take a seat on the bench, gesture for him to do the same. "Are you nervous about the game?" I don't even know how to process a nervous Flint. He's the epitome of optimism.

*Oh no.* If *Flint* is having doubts... I almost choke on my next words. "If you're anxious...that must mean you think we're all going to die gruesome deaths today, don't you?" I can feel the bubbles of panic start to rise in my stomach. "What was I thinking, that I could help us win? I've been a gargoyle all of six seconds. I'm like a weight around the team's necks." Sheer panic has me firing questions at Flint like a machine gun. "Can I quit the team? Will you get penalized if I throw myself down the stairs and break a leg? Is there someone available who can replace me on short notice?"

He reaches for my shoulders, but I barely notice. "Grace—"

"If the team only has seven, will they adjust the magical restraints? Can Jaxon use more of his strength without me?"

"Grace—"

"What if I develop a sudden shellfish allerg—"

"Grace!" Flint's voice finally seizes my attention, and I stop talking and blink up at him. "I've met someone."

Of all the things he was going to say, that is definitely not even top-twenty material. I swallow. "So you're not nervous I'm an anchor, destined to drag the team down?"

He chuckles. "Not remotely."

Okay. Then why the doom-and-gloom version of Flint? "Um, that's great that you met someone, isn't it?"

"Yeah." He looks away, pulling his hands back into his lap.

"What's her name?" I ask, trying to encourage him to talk. It's clear he has something he needs to get off his chest, but I have no idea what it is. "I mean, you don't have to tell me if you don't want—"

c r u s h

I break off when he laughs, because it's a low and painful sound. "I'm gay, Grace. I thought you'd figured that out by now."

"Oh!" Now that he says it out loud, I feel like a horrible friend. All the times I'd seen girls coming on to him—even Macy, God bless her—and he'd never shown any interest. Was I really so caught up in my own life that Flint and I had never stopped to talk about him?

Not to mention, yeah, Jaxon gets jealous sometimes when I hang out with Flint, but I always thought that was ridiculous. There's no chemistry between the two of us at all—even when I thought he was hitting on me in the library that time, it felt off. Like something wasn't right. Like he was trying too hard.

Because I only saw what I wanted to see, and apparently, so does everyone else around this place. Yeah, I'm the worst.

But that doesn't matter now. All that matters is the fact that Flint is staring at me, waiting for some kind of reaction from me, and I can't mess this up.

"That's awesome!" I squeal, throwing myself at him, wrapping my arms around his wide shoulders in a huge hug.

His arms go around my waist, but he doesn't really hug me back. "Wait. Awesome?" he repeats, confused.

"Of course. Why wouldn't it be?" I pull back and give him a once-over. "I mean, look at you. Of course there's a guy interested in seeing you. You're smart, gorgeous, funny… It's the trifecta, right?"

He laughs, but there are tears in his eyes, and it breaks my heart. "Oh, Flint. Please don't cry. There's nothing to cry about in being gay. You know that, right? You are who you are. You love who you love. Besides, I think the Circle could use a really kick-ass gay dragon couple on it, don't you? Give those asshole werewolves a run for their money."

"Oh my God, Grace." He rubs a hand over his face, and then he's hugging me, too. For real this time. Eventually we both get all the hugging out of our system and he leans back again. "I figure once we start dating, well, everyone's going to know. But you're the first

person I've told, and that was not the reaction I expected."

"What?" I ask. "Is it not normal for me to hope you show the werewolves up in all the ways? Every werewolf I've met so far—with the exception of Xavier—is fucking awful. I say take them down with your awesomeness."

He's laughing full-out now, which is exactly what I was hoping for. "I love you, Grace." He chuckles again when I raise a brow. "Not like *that*."

"So this is all amazing news. And you've met someone." I shake my head. "I've gotta be honest—I'm not seeing a problem here. I'm all for finding your mate!"

He sighs, and it's like he's trying to dislodge the weight of the world. "For what feels like my whole life, I've been in love with the same guy. But he was emotionally unavailable. And, well." He laughs, but there's absolutely no humor in his next words. "Now he's *really* emotionally unavailable."

I'm starting to see where this is going. "So you're giving up on him, aren't you?"

"Yeah," he says. "It's time. I always thought, if he could just let his guard down a crack, the magic could get in and he'd see we were destined to be mated. I just knew in my bones he was my mate." Flint shakes his head. "I was so wrong."

I feel awful for Flint but also, I'm curious how this mating-bond magic works—since I'm currently a happy victim of it. "I'm confused. The mating bond doesn't always mate soul mates?"

Flint shrugs. "No one knows exactly how the magic works, but we do know it's sentient—for lack of a better word. It won't mate pairs too young, for instance, or same-sex pairs before both are self-aware of their sexuality. Or if you never meet. In fact, the bond only snaps in place when you touch your mate." He gives me a rueful smile. "But hey, the good news is the magic also allows for you to have more than one mate in your lifetime—and a few times it's even been between more than just two people."

He waggles his brows at that last statement, and I laugh. "Gives a whole new meaning to the saying 'the more the merrier,' eh?"

I finally get a smile from Flint that reaches his eyes. "Definitely."

"So...you're going to open yourself up to the magic finding you another mate, is that it?" I reach over and rest a hand on his arm. "I think that's a great idea, Flint."

"Yeah. Like I said, I've met this great guy now who likes me back, and he deserves better than a lovesick dragon pining for someone who's never going to notice him that way. But, well, it's hard. I'm afraid I'll forever be split in two. The guy who loved this one person most of his life and this new person. Even if he didn't return my feelings—he was constant, you know? He was *my* constant."

Flint's voice breaks, and his beautiful eyes begin to water again. His heartbreak is like a gaping, jagged wound, and I want to hunt down whoever this asshole is who didn't recognize how amazing Flint is and kick his ass. Twice. Instead, I do the only thing I *can* do: I slide over and wrap my arms around Flint's waist and give him another hug. "He doesn't deserve you."

His big arms tighten around me. "Probably not."

"I say focus on the person who sees you for who you really are, and if you love him with all your heart, you can never go wrong." I squeeze him again.

"I'm sorry," Flint says, wiping his eyes in that "I'm not crying, just got dirt in my eye" sort of way. "I never meant to start this now. We have a game... But he's asked if he can come watch, cheer for us, for me, and, well, yeah. I had to shed some weight first."

He breaks off, his focus snagged by something across the field. And even before I turn to look, I know who I'm going to see.

Jaxon. Of course. Walking across the field with the rest of our team, all of them decked out in the colorful, cheerful jerseys that feel really out of place right now.

I figure I should probably disengage from the hot dragon before Jaxon gets jealous, and I glance up at Flint to share the joke, but his

gaze isn't on mine.

And suddenly I see *everything* I was too determined not to see before.

Seconds later, when Flint has his trademark goofy grin in place, I wonder how it's taken me this long to catch on to three very important facts: One, Flint uses that grin as a shield. Two, he lets real emotion break through that shield only when he can no longer contain it— namely when one certain person is around. And three... I swallow the lump in my throat, rub at the sudden ache in my chest. And three, the emotionally unavailable guy he's giving up on, the one he's waited so long for, is Jaxon.

# 74



## A Whole New Kind of March Madness

**M**y newfound knowledge is reverberating in my brain like a gong that's been hit way too hard as I walk over to Jaxon, a fake smile on my face. I'm focused on him, and on everything I just learned, but the building noise in the stadium makes me realize that while I was talking to Flint, the whole arena has filled up. It's not time for the tournament to start, but teams are warming up and orders are being picked.

"It works the same way the human March Madness does," Jaxon tells me as we line up to sign in. "But on a smaller scale. We start with sixteen teams randomly assigned to play each other, and the winners of those games go on to play one of the other winning teams, and we keep doing that until we win or get eliminated. Which means—"

"If we want to claim the bloodstone, then we need to win four games today," I finish for him, even though I'm only half listening. Most of my brain is still focused on Flint and how just my existence is breaking his heart wide open right.

It kills me, makes me feel helpless in a way that scrapes me raw on the inside. And having to hide what I know from Jaxon somehow only makes it worse.

Especially as he grins down at me. "Exactly. Easy, right?"

I roll my eyes and try to focus on him, for no other reason than

to give Flint an extra layer of protection for his feelings. "Sooooo easy." Yeah, right.

"Not even a little bit," I answer as my stomach churns with nerves. About the game, about Flint, about everything I've learned and everything I still don't have a clue about.

Jaxon laughs and hugs me close, but that doesn't stop the nerves. In fact, it only makes them worse because I can see Flint looking at me out of the corner of his eye. But when I try to catch his attention or smile, he ducks his head or pretends to be looking somewhere else.

Eventually, I stop trying, but when Jaxon gets busy talking to Mekhi and Luca, who is on the team behind ours, I bump my shoulder against Flint's. He looks startled at first, but eventually he grins and bumps me back just as gently.

"You okay?" I ask.

"I'm good," he answers, and since he isn't wearing that grin of his—and is instead looking as sincere as I have ever seen him look—I decide to believe him. Or at least not to keep poking at what I can imagine is an unbelievably painful subject.

When we finally get to the front of the line, I realize it's Uncle Finn who's checking us in. He gives us a huge smile and hands each one of us a plastic bracelet we immediately slide on our wrists. Macy explained to me last night that these bracelets are charmed to prevent serious injury during an otherwise intensely rough game, so I tug on mine a couple of times, just to make sure there's no chance it will fall off during the tournament.

Uncle Finn wishes us all luck. It's the same thing he says to each of the teams, but I think it's pretty obvious that he's rooting for us, especially when Macy pops colorful star stickers in the center of both his cheeks.

After we all sign in, Jaxon holds out a black box to Flint and says, "Team captains need to draw."

"We don't really have a team captain," Flint starts, but Jaxon looks at him like he's got two heads.

c r u s h

"Dude, this is all you," he says as he claps him on the back. "You're the team captain. Now, draw the number."

Flint swallows hard at Jaxon's words—or actions, I can't tell—then nods and reaches into the box. He pulls out a little round ball with the number eleven written on it.

"What does that mean?" I ask.

Jaxon points to a huge whiteboard free-floating on the sidelines, right in the center of the field. "It means we play team four first," he answers with a huge grin as he points to a team dressed in black T-shirts.

"Liam and Rafael's team," Mekhi whoops from behind us. "It's going to be fun kicking their asses."

Liam and Rafael are looking right back at us, shaking their heads. "You're going down, Vega!" Liam shouts.

"I'm so scared," Jaxon shoots back. "Can't you tell?"

"Children," Hudson says. "They're all children." But he's grinning almost as widely as his brother.

"You need a star sticker," I tell him. "For spirit."

"You mean like one of these?" Hudson turns his head, and I can see he's already got one on his left cheek. Which I totally wasn't expecting.

"Looks good on you," I tell him.

"Everything looks good on me," he answers, but the sparkle in his eyes makes it a joke.

"So what do we do now?" I ask the group at large.

"Now, we find a shady place in the stands and kick back to watch the action," Eden tells us. "We'll be playing fourth, and I can't wait to watch some of these people out here get their asses kicked on the field."

"And by that she means, she can't wait to kick their asses herself," Xavier interprets as we follow behind her.

"Yeah." I laugh. "I got that."

He smiles and makes a show of bumping fists with me before

jogging to the front of our group, so he can walk next to Flint...and Macy.

Once we're settled, I reach into my bag for a granola bar—I need the energy even if my stomach may be in knots right now—but Macy stops me. "They'll be around with much better stuff in a few minutes."

I'm not sure what she means until I realize several witches from the kitchen are buzzing up and down the field with huge containers strapped in front of them—kind of like the ones vendors wear at football games, only much smaller.

"Hot dogs?" I ask, a little surprised because they seem like such an incongruous food to be eating in the middle of Alaska.

Macy laughs. "Not quite."

It takes a few minutes, but eventually one of the witches makes her way to us. Turns out she's selling funnel cakes in the shape of the Katmere Academy crest. They're smothered in strawberries and whipped cream and they look absolutely delicious.

Flint orders about fifteen of them for the group. I figure she's just going to take our order, but then she reaches into her box and keeps pulling them out, hot and fresh and dripping with strawberries.

The next vendor who comes along is selling fresh lemonade, and Xavier gets what feels like several gallons of it as we settle in to watch the first match.

Cyrus—in a fitted, three-piece pinstriped suit, hair tied back into a tiny ponytail at the nape of his neck and bloodstone ring glowing under the stadium lights—saunters his way to the center of the field, a microphone in his hand. Once there, he throws his arms wide and welcomes us all to the annual Ludares tournament, then goes through the rules "for anyone who might need a refresher."

Every player must hold the comet (a large ball about six inches in diameter that magically vibrates painfully and heats the longer a player holds it) at least once in every match.

There are magical handicaps in place so that yes, one player can be faster or stronger than another, or be able to turn them into a turtle

crush

even (everyone laughs at that joke), but no spell or burst of speed or supernatural strength lasts more than ten seconds.

The only exception is flight, which can last up to twenty seconds at a time. So clearly a team with good flyers is going to have a slight advantage. I glance at Flint, and we fist-bump on that one.

All abilities that time out recharge every thirty seconds. I can tell from this rule, timing of when to use your speed or strength or flight or whatever so you have it when you need it is going to require a lot of strategy—and luck.

Everyone has been given a magical bracelet to prevent any serious injury. Dragon fire or ice, vampire bites, wolf claws and bites, and even witch's spells can all still hurt like a bitch, but there's no actual damage.

And of course, a player in mortal danger would immediately be magically transported to the sidelines and marked as permanently out of that match.

Despite all the rules, the actual game play is pretty simple. Get the comet across your goal line before your opposing team does the same—without breaking the rules.

Cyrus finishes his recitation of the regulations and then postures on for a while about interspecies cooperation, like he invented the game himself—which is made more entertaining by Hudson's snarky comments about Cyrus liking the sound of his own voice more than anyone else in the entire stadium. He's sitting directly behind me, the only one in the whole row, and I can tell he likes it that way. Even before he stretches out on the bench, sunglasses on, and heckles his father.

His insults are so inventive that I'm a little sad I'm the only one who gets to enjoy them. Then again, I'm pretty sure they'd get our team ejected from the tournament if anyone else heard him call the king a slack-jawed numby, so there is that...

Eventually, Cyrus calls the first two teams down to the field and blunders through introductions because he never bothered to figure out how to pronounce their names before he called them down. It's

the most arrogant—and also the most normal—school thing I've seen the whole time I've been at Katmere. I mean, besides having watched my uncle fidget with the sound system as he tried to get it to work.

Once the teams are introduced—I decide I'm rooting for team two, because it's got Luca and Byron on it—Cyrus opens up the case that's been lying at the center of the field since I got here this morning.

He announces into the microphone that Nuri—Flint's mom—is going to be in charge of this tip-off, and we all have to wait while she walks out from the sidelines. I grin as I realize she's dressed much more casually than Cyrus in a pair of jeans and a black turtleneck, and it only makes him look like more of a tool. Not that he needs much help in that department.

Cyrus motions to the box with a flourish but makes no move to pick up the comet.

Nuri leans over and picks up the black and purple object—and can I just say it's a lot more interesting-looking than I anticipated, a shiny black ball inside a purple metal netting—and holds it up in front of her. The entire stadium screams and cheers until the whole place feels like it's shaking with excitement.

The playing field is completely empty of markings except for a small box directly in the center of the grass and two purple lines—one on either side of the box—about ten feet away from it, which run the vertical length of the field.

The longer she holds the comet, the louder everyone cheers. This goes on for at least two minutes, and then she walks to the box at the center and steps on the raised platform, the comet still in her hand. I genuinely don't think the crowd can get any louder.

But when she holds out the ball—that has now turned a bright red—to the spectators as if offering it, her gaze going back and forth from one side of the arena to the other, challenging each and every person, the screaming becomes positively deafening. Students are stomping now in addition to yelling, and I'm certain the entire arena is going to collapse around us. It's thrilling and awe-inspiring and my

face aches with the giant smile plastered on it.

It doesn't take long before I'm screaming and stomping right along with everyone else, but I have to admit, I have no idea why we're all so excited. Maybe this is tradition?

Hudson chuckles in my head, where I can hear him over the crowd. *"Did you forget the comet gets hotter and vibrates at excruciating speeds the longer you hold it?"*

My eyes go wide. *Ohhhhh.* She's been holding it for at least five minutes now. Jaxon had told me the longest he'd ever held it was two minutes before the pain became so unbearable, he couldn't survive it. *Five minutes…?*

*"Flint's mom is scary as fuck."* The awe in Hudson's voice matches my own.

A quick glance at Flint shows him beaming with pride.

Finally, Nuri seems satisfied she's made her point and raises the comet above her head. And everything instantly goes dead silent.

The teams are lined up along both lines, and I notice that Rafael is directly in the center of his line, along with a short Black girl named Kali, whom I've never met but am pretty sure is a witch. On the other side are two warlocks: Cam—Macy's ex, and James, his friend with the creepy wandering eyes—another reason I'm not rooting for team one.

"The two in the center for each team are the ones who go for the ball," Hudson tells me quietly. Now that his father is done talking, he's leaning forward, elbows braced on his knees, so he can talk to me.

"Do they run for it?" I ask, because this isn't something we practiced—or even discussed, I realize now.

"Not exactly," Hudson answers, and he nods toward the field. "Watch and see."

And so I do, eyes wide as a whistle blows and Nuri throws the ball up as high as her dragon strength will let her. It soars straight up, up, up, almost to the top of the dome, and no one goes for it. No one tries to touch it at all. But the second it begins to fall, it. Is. On.

Rafael uses every ounce of vampire strength he has to jump

straight at the ball, while Kali shoots flames out of her fingertips straight at where she assumes James and Cam will be. But they have tricks up their sleeves, too, and they're already under her blast radius. In the meantime, James sends a powerful cyclone of water straight toward Kali and Rafael, while Cam uses a wind spell to knock the ball several feet back from where it should be falling.

It's the most amazing thing I've ever seen, the byproduct of power flying this way and that as the four players battle for control of the ball. It's about a million times more exciting than the tip-off at the beginning of a basketball game, and I can't even begin to imagine what an NBA stadium would look like if this kind of action went on.

Probably a lot like this one, actually, with its crowds of students yelling and stomping in excitement.

Rafael overshoots because of Cam's wind spell and misses the ball, which falls straight toward James. He jumps, prepared to catch it, but Kali swoops in with an air spell of her own and yanks it away at the last second. She fires it straight at one of the other girls on her team, who catches it.

And the game is on.

The girl runs for about ten seconds, and then she just disappears.

"Where'd she go?" I demand, leaning forward and searching the field—like every other person in the entire arena.

"Watch and see," Hudson repeats, which is absolutely no help at all. I turn to Jaxon, but he's shouting encouragement to his friends.

Seconds later, the girl pops back up—all the way at the opposite end of the field from where she needs to be to win.

"Portals are a real bitch," Xavier says with a shake of his head. "Especially since her team isn't anywhere near her—"

He breaks off as Luca fades across the field to her in less than the blink of an eye. She tosses him the comet, and he fades right back to the other end of the field.

Except one of the dragons from Cam's team is there waiting, and as soon as he gets close, she sends a stream of fire at him that

400                          c r u s h

has him jerking to the right to avoid her...and falling straight into another portal.

This time, he pops up several seconds later at center field with the ball glowing bright red. He sends it soaring up and over to Rafael, who jumps to get it—but misses when one of the wolves intercepts it and takes off right back down the field.

"This is unbelievable!" I shout to be heard above the crowd, and everyone on my team grins at me.

"You haven't seen anything yet," Hudson says. "This is just the beginning."

"What does that even mean?" I ask, right before Rafael and a vampire from the other team fade straight at each other.

They collide with a huge *thump* that can be heard around the stadium, then go down in a tangle of limbs and fangs. Rafael pops up seconds later with the ball and disappears into another portal.

The game goes on like this for the next twenty minutes, until Kali finally crosses the finish line, the ball burning bright red in her hand.

The crowd goes wild, and I slump back in my seat, already worn out just from the adrenaline pumping through me.

"That was the most intense thing I've ever seen," I tell Jaxon, who grins at me.

"Just wait," he says as he leans forward to drop a kiss on my lips that makes me really, really uncomfortable, considering everyone who is watching.

"For what?" I ask. "I thought the match was over."

"For our turn," Eden answers for him. "If you think watching is intense, just wait until you're on the field."

I know she's right, and I can't help wondering what it's going to feel like, though I don't want to ask.

Hudson answers anyway. "Like you're caught in the middle of a tornado. Everything goes really slow and also superfast at the same time. And you're just along for the ride, waiting to see what part of

the storm is going to kick the shit out of you."

A whole new flush of adrenaline surges through me. "Which part usually does the kicking?"

"In my experience?" he asks, brows raised.

"Yeah. I mean, who do I need to watch out for?"

"The dragons," he answers with a disgusted shake of his head. "It's always the bloody dragons who have the most tricks up their sleeves."

## 75



Now You See Me,
Now You Don't

**B**y the time our turn comes an hour later, I'm about to jump out of my skin.

"Break a wing," Hudson tells me as we head down to the waiting area while the refs and teachers reset the field, realigning the portals to come out different places than they did in the previous games, so that no one who's been trying to keep track has any extra advantage.

"Excuse me?" I answer, super offended. "Why would you wish that on me right before I go out to play the most important game of my life? Especially when I need to fly?"

He laughs. "I meant it in the break-a-leg context," he tells me with a shake of his head.

"Well, maybe be more specific next time," I answer. "Because it sounded like you meant it in the break-a-hip context."

"What are you, ninety?"

"What are you?" I snipe back. "Three hundred?"

"Age is just a number," he answers with a sniff.

"Yeah, that's what I thought." I roll my eyes.

"Don't be nervous," Jaxon says, taking my hand and squeezing it so tightly that I'm not sure he hasn't broken something.

"I don't think I'm the only one who's nervous here," I tease.

"Just excited." He grins. "I can't believe I'm actually going to play

Ludares. This is going to be so kick-ass."

My chest squeezes as I remember the Jaxon everyone knew before I got to Katmere. So certain he couldn't show an ounce of joy or weakness for fear a war among the species might break out. I'd forgotten this was the first time he'd allowed himself to compete.

"I know, right?" I start to say more, but Flint is in the middle of his team-captain-slash-cheerleader tour, where he gives every player a clap on the back and some encouraging words, and apparently it's Jaxon's and my turn.

"You've got this, okay?" he tells us. "Jaxon, don't be afraid to shake this shit up, *literally*, and you—" He gives me a mock-serious look that has me struggling to keep a straight face. "You just get up in the air and fly your little heart out. You're our secret weapon. Every other team only has two flyers, but we've got three—four if you count Jaxon."

"Yes, by all means, count the blimp," Hudson drawls.

*Stop it*, I hiss, but honestly, it takes every ounce of self-control I have not to laugh. Which only encourages Hudson more.

"Too bad there's a roof on this place. If we were lucky, he could just float away."

*Stop*, I say again as we start to walk out onto the field. *I actually have to pay attention now.*

"Okay, okay." He stops at the sidelines and watches as we head, single file, onto the field. We're almost to the purple line when he calls, "Hey, Grace?"

"Yeah?" I turn toward him instinctively.

He gives me a little chin nod. "Break a hip."

I burst out laughing all over again, and as I do, my stomach unclenches and the last of my nerves dissolve.

This time it's Aiden who marches onto the field with us and takes his place in the box. He's a lot more serious than the other members of the Circle—though not quite as serious as Cyrus—so there are no encouraging smiles from the dragon and no wishing of luck.

crush

He just stands there waiting as team four lines up across from us. Liam is in the direct center of the lineup, and so is a dragon I've never met before. Flint calls him Caden, and the two do a little friendly trash-talking, but it's obviously all in good fun. That, combined with the fact that Rafael and Liam are on this team, convinces me that, while the competition might be fierce, it will probably also be fair.

One of the great things about my friends is they tend not to associate with assholes—which is a good quality to have in friends, if you ask me. Flint and Gwen line up in the center of our group with Jaxon next to Gwen and me next to Jaxon. Xavier is on my other side.

"You okay?" Jaxon asks as Aiden gets a new comet out of the center box.

"As ready as I'm ever going to be," I answer, suddenly uncomfortably aware of just how wet my palms are.

I surreptitiously rub them on my pants—hard to catch a ball with sweaty palms—and hope no one notices. But Xavier grins down at me and says, "Don't worry, gargoyle. Jaxon and I've got your back." He looks all proud wolf as he says it, head up, chest out, body loose and ready for the fight.

And though I know I should be grateful for the support, I can't help firing back, "Don't worry, wolf. I've got *your* back." And then I smack him right in the center of his shoulder blades, just because I can.

He looks startled but not mad, and then he tosses back his head and lets out a loud, excited howl that gets the entire stadium on their feet. I don't speak wolf, but I don't have to, to know that howl was a challenge and a statement of intent at the same time.

Especially when one of the wolves across from us howls back—though his isn't nearly as impressive as Xavier's.

Aiden just shakes his head, but for the first time I see a gleam of excitement in his eyes. Right before he throws the comet straight up.

For a second, it feels like everything is frozen as we all tilt our heads back and watch the ball go up, up, up. It finally reaches its

ultimate height and hangs there before it eventually starts to come down.

And that's when it feels like the gates of hell open up around me. Flint shoots straight into the air, partially shifting as he goes so that he can use his wings to propel him upward. But the other dragon is doing the exact same thing, while Rafael jumps and grabs on to Flint, using his super-vampire strength to hold Flint back.

Flint roars in disapproval, shooting a stream of fire straight at the other dragon in an effort to slow him down even as he kicks Rafael in the face. Rafael's strength is dampened ten seconds faster than Flint's ability to fly, so Flint is eventually able to shake him off and use his powerful wings to propel him away from the other team before he's grounded for thirty seconds.

"Oh my God," I tell Jaxon and Xavier. "This is terrifying."

"No, this is amazing!" Xavier answers as, in the middle of the melee, Gwen quietly casts a spell and nets the ball right out from in front of the other team's dragon. Then she yanks it down and straight into her arms and starts to run for the nearest portal.

"Come on, Grace!" Jaxon shouts, and then we're running right along with Gwen. I have no idea what I'm supposed to be doing as Gwen dives headfirst into a portal, but I'm beginning to figure out that's part of the challenge, and the strategy, of the game.

Especially with the portals involved, no one knows exactly what's going to happen next, and the players who are the best at thinking on their feet are the ones who have the best shot of getting something done.

With that thought in mind, I stop running so fast and instead concentrate on watching as much of the field as I can, waiting for Gwen to pop back out of the portal.

She finally does, about halfway down the field from where the rest of us have managed to run. The ball is starting to glow red-hot, though, and I know she's going to need to get rid of it soon.

Eden figures it out, too, because she swoops down and grabs the

ball in her talons. But her thirty seconds as a dragon are almost up, so she drops it to Flint, who rockets down the field with it.

But one of their witches casts a spell that binds his wings to his body, and he starts freefalling toward the earth. Macy counteracts the spell with a flick of her wand and some words I can't hear. Then snatches the ball away from him and takes off toward the goal line.

Rafael fades straight for her and I hold my breath, because I know she doesn't have a chance.

Jaxon must know, too, because he fades to her in what feels like the blink of an eye. She tosses him the ball, and then he takes off fading the short distance to the goal line. He's so close, I think he's going to make it. But then Rafael comes out of nowhere and slams into him so hard that they both go flying...and so does the ball, straight into the air.

Flint, Eden, and the two dragons on the other team go racing for the ball, but it looks like they're on as big of a collision course as the vampires were. Which means I might have a chance to swoop in and steal it.

I shift into my gargoyle form before I even finish the thought and take off flying. On the sidelines, I can hear Hudson shouting for me, but I don't have time to pay attention to that. Not when the four dragons are closing in on the ball like their lives depend on it. I only have thirty seconds of flight available, and I'm determined to reach the comet with a few seconds to spare.

Suddenly, Flint and Eden both disappear into two camouflaged midair tunnels—which leaves me the only one on the team with any chance of retrieving the ball. I lay on the speed, and since the other team's dragons make the mistake of thinking the threat is gone now that Flint and Eden have disappeared, I swoop in from behind and underneath them and steal the ball right out from in front of their noses...and claws.

I get a swipe across my wing for my trouble, but there are perks that come with being made of stone. And while it sets me off-kilter,

I manage to recover.

Part of me wants to make a run for the goal line, but I know that when it comes to speed, I'm no match for two dragons. So I swoop toward the ground and drop the ball into Xavier's waiting hands.

He takes off with it, but it isn't long before the vampires are on him, so he moves toward Jaxon, who has gotten back to his feet, and tosses the ball straight into his waiting hands.

Rafael makes a lunge for him, but Jaxon avoids him and fades his way straight to the goal line.

The whole match is over in less than two minutes, and no one is more surprised than I am that I actually played an important part in helping us win.

Once I'm down on the ground, Macy throws her arms around my shoulders and shouts, "One down, three to go."

"Three to go," I echo, grinning from ear to ear. Maybe this won't be so bad after all...

# 76



## From Jock to Cock-a-Doodle-Doo

The rest of the day passes in a blur of excitement and anxiety, exhaustion and adrenaline rushes.

Our second match takes more than twenty-five minutes and nearly destroys us, while our third match is even worse. We pull it out, though, then watch in disgust as team twelve beats team three in a game that stretches forty-five minutes long and leaves the team led by the alpha wolf, Cole, as the only other one standing.

"Oh shit," Xavier snarls, and there's a wealth of rage in those two words. He drops back down onto the bleachers as Cole runs the ball across the goal line, much to the excitement of half the stadium.

The other half groans in dismay, and I groan right along with them. Considering our history with Cole, that wolf is going to be out for blood.

Normally, it would be strange for Xavier to have the same feelings I do, since Cole is technically his alpha. But Xavier is a relatively new transfer to Katmere, too—he's only been here about a year—and as I've learned over the last couple of days, not a big fan of the school's alpha.

Not that I blame him. Cole is a total jerk, and that's putting it mildly. Then again, stealing a guy's canine will likely piss off even the best person, and Cole is definitely not that.

TRACY WOLFF                                409

"He's a total arse," Hudson says. "Personally, I think someone should have challenged him a long time ago."

"Give Xavier time," I respond. "I'm pretty sure that's coming before the end of the year."

He grins. "I knew there was a reason I liked that wolf."

"Look at it this way," I tell Xavier as I reach over and grab his hand in solidarity. "After today, he's going to be so humiliated that everything else that happened before isn't even going to register."

"You mean like when Jaxon drained him in front of the whole school?" Xavier says, with a wicked gleam in his eye. "Or like when someone else drained him in the middle of the night? Or—"

"Yes," I tell him. "Yes, that's exactly what I mean."

"Oh, goodie." He grins. "Please, universe. Please let me be the one to plow my elbow straight down his throat in the middle of a pileup."

"I was thinking your foot," I tease him. "But if you want to go small…"

His smile turns into a full-on belly laugh as he holds a hand up for a high five. "Girl, I like your style."

"Good," I tell him as I slap my hand against his. "Because you're pretty much the only one in this whole school who does."

"That's totally not true," Eden says, dropping back to wrap a hand around my shoulder. "Any girl who can keep Jaxon *and* Hudson Vega in line at the same time is a girl I can get behind."

I just shake my head. "You've got a very broad definition of 'in line.'"

"Hey!" Jaxon yelps. "What's that supposed to mean?"

I roll my eyes at him teasingly. "It means that I'm not sure who's more trouble. You or your brother."

"My brother," he and Hudson say at the exact same time.

"I rest my case."

"You know," Flint tells Xavier quietly as the mandatory fifteen-minute rest period kicks in for the other team, "if you need to kind of chill out this game, so you don't piss off your alpha, we get it."

"Umm, no, we don't," Macy grumps. "Cole's got a solid team. We're going to need every single one of us."

"I don't understand, either," Xavier answers, looking completely affronted. "What kind of asshole do you think I am?"

"The kind who has to live under this alpha for at least another year," Flint tells him. "We can still kick their asses, even if you need to hang back a little."

"I'm not hanging back!" Xavier looks seriously pissed as he goes into full peacock mode. Chest out, feathers up, and eyes wild with a vicious annoyance. "Give me half a chance, and I'll be the first one to kick that guy's ass, alpha or not."

"Okay, okay." Flint holds up a conciliatory hand. "I just thought I'd offer."

"Yeah, well, don't do me any favors," Xavier tells him, and it's obvious he's still pissed.

I wait a few minutes before I move over to sit next to him. "You know Flint didn't mean any harm, right?" I say quietly.

"I'm not a punk," he fires back. "I didn't come this far with you guys just to sell you out to make things easier for myself. That's not who I am."

"I know," I tell him as Macy moves to sit on his other side.

"I think you're super brave going against Cole," she tells him, and I swear he puffs up a little more right in front of us. And since he's in good hands with Macy, I move back to Jaxon—just in time for the bell to go off, warning us to get to the field.

"You've got this," Jaxon tells me, giving me a hug for luck as we move toward the field. "You're a badass, Grace, so just go for it."

Once we're there, it's to see that Cyrus himself is waiting to escort us onto the field. Of course he is. No way would he let the final match go on without him.

I've managed to avoid him since he arrived, so this will be the first time I'll get the up-close-and-personal introduction. Super excited… not. #ratherhavearootcanal

He smiles when he sees Jaxon, but there's no warmth in it at all. And the cold blue eyes he runs over me might be the same shade as Hudson's, but the look in them gives me the creeps in a really big way.

I try to ignore him—and the stakes of this final game—but as I line up on the purple paint between Xavier and Macy, my stomach goes from tight to doing backward somersaults.

Because while this might just be a game to everyone else in the arena, for me this means a whole lot more. I lean forward to look at Jaxon, maybe even try to catch his attention, but he and Flint are in an intense eye fight with the guys on the other team directly facing them. Any other time, I'd be amused at their intensity, but right now, I'm trying not to vomit up funnel cake and humiliate myself in front of my mate.

*"You've got this,"* Hudson tells me. *"Just fly your badass heart out and you'll do great."*

*I don't know about that.* I look across at Cole's team, which is made up of some of the biggest assholes in the school—big surprise. I glance at Jaxon, who's been holding his own all day but is definitely showing signs of fatigue, although far less than I'd have imagined with Hudson still feeding on the mating bond. *I have a feeling I'm about to get my ass handed to me.*

*"Look at it this way,"* he tells me with a wicked grin. *"At the end of the day, there are way worse asses that you could have in your hands."*

*Wow. Those are your words of wisdom?*

*"I'm not old enough to be wise, so yeah. Pretty much."* I can sense his smile fade. *"Also, this isn't the only bloodstone in the world. It's the easiest to get our hands on, but it's not the only one. So whatever happens in this game, it's going to be okay. Okay?"*

The tightness in my chest eases. *Thank you.*

*"Good. Now go kick that smug werewolf's ass, will you, please?"*

I grit my teeth. *I'll do my best.*

I take a deep breath and stare back across the line at Cole's

412                           c r u s h

team. They still look like the biggest assholes in the school, so that hasn't changed.

But the knot in my stomach is a lot looser, and Hudson's words keep playing in my head. No matter what happens here, everything is going to be okay. I can work with that.

"Ready?" Flint asks from where he and Jaxon are lined up in the center of our team.

When we all nod, he grins and says, "Okay, then. Let's kick some alpha werewolf ass."

Two seconds later, the whistle blows.

Cyrus definitely has the same strength his sons do, because the ball goes up, up, up until it nearly touches the stadium's ceiling. Still, the second it starts to fall, all hell breaks loose.

Or at least, that's what it feels like when you're in the middle of a vampire, a werewolf, a dragon, and a witch all racing for the same ball.

Flint lets out a billow of ice straight at Cole and his teammate, a witch by the name of Jacqueline. The ice hits her, and she freezes for ten seconds, but Cole jumps over the blast as he dives for the ball. Jaxon's there before him, though, his telekinesis knocking the ball out of Cole's range. But he blasts it so hard that he sends it spinning straight up at the roof again.

The crowd groans at the mistake, and so do I as I send him a little "you've got this" vibe down the mating bond. He sends a laugh back, and that's when I realize it wasn't a mistake at all. Because Flint's partially shifted, and he's already up there waiting to snatch the ball right out of the air.

Cole bellows in rage as Flint snags the ball and fully shifts in midair, now flying straight toward the goal line as fast as he can go. He's been air-bound about ten seconds, and he likely can make it to the goal in the twenty seconds of flight he has left, but the ball has started burning red in his hands. And by the time he's halfway to the goal, he can't disguise the ripples of pain echoing through him. He has to toss the ball to Eden, who's launched herself into the air after him.

She reaches for the ball, a huge smile on her face as she realizes just how close to the goal line they are. Even I hold my breath, wondering if this match is really going to be over this easily.

But out of nowhere, one of the vamps on Cole's team jumps and intercepts the ball.

It's Flint's turn to shout as the vamp hits the ground with a solid *thud* and starts fading toward the opposite goal line. He's almost there, and now I've gone from excited to totally freaking out, thinking there's no way we're going to catch him. But then Mekhi pops out of a portal a few feet from the goal line and charges straight into him.

Yay!

I'm so excited that I start clapping, even as the ensuing crash makes a deep crater in the field. The crowd gasps, thinking one of them might be hurt, but Mekhi just rolls through it, picking the ball up from under the other vampire as he does. And disappears straight into another portal.

This one lets him out at center field, but the ball is already starting to glow red-hot. Mekhi's grimacing as he looks around—for Jaxon or Flint, I assume—but they've both fallen through portals in their race to get to the other vampire.

Xavier races up behind him, though—Cole hot on his ass—and grabs the ball before somersaulting through the air and literally diving into the closest portal, one hand holding the ball tucked up close to his side.

"Where is he; where is he?" Macy shouts as she looks wildly around the field, but none of us has an answer for her because he's not out yet. The seconds tick by, and I start to panic, because if someone isn't close to him when he finally makes it out of the portal, we are totally and completely screwed.

I glance at the clock on the side of the field. It reads twenty-seven seconds when Xavier finally emerges from the portal, which means he has three seconds to give the ball away before it starts to burn him. And I'm standing exactly three feet away from him.

414                              c r u s h

Shit.

He throws the ball at me and I fumble it, nearly drop it as nerves race through me. The crowd goes nuts, but I'm beyond listening as I struggle to hold on to the edge of the ball as Cole comes barreling straight at me.

Shit. Shit. Shit.

After several hours of playing, I'm not ashamed to admit I'm feeling the strain. I need to get the ball and shift fast, but I hesitate, worried it'll take the last of my strength and Cole will finally get his revenge. But I clench my jaw and narrow my eyes on the ball. I've got this.

I manage to get a grip on it at the exact same time Cole launches himself at me, and I shift on the run, shoot straight into the air the second I've got my wings. Cole manages to grab on to my foot, though, and he's so strong that I can't shake him off.

Which means I'm basically flying through the stadium with Cole hanging off me. Which, okay, except the ball is really starting to vibrate, and I'm going to have to land soon, something I won't be able to do with a werewolf attached to my damn foot.

Thankfully, Eden is racing toward me, her purple dragon wings catching huge air, but the ball is starting to vibrate so hard that I don't think I can hold on much longer. Plus, I'm a little afraid I'm going to lose a finger. But this is for the bloodstone. This is to get Hudson out of my head. So I do the only thing I can think of, the only thing that will get Cole off me. I lift my other foot up and kick Cole straight in the face as hard as I can.

He screams, but he lets go, falling about fifteen feet to the ground below, and I turn around and throw the ball straight at Eden.

She catches it with a dragon's roar and a thumbs-up, and then she's racing toward the finish line. She's almost there and the crowd is on their feet, chanting for her—and so are we—when one of the witches from Cole's team hits her with a spell that has her spinning wildly toward the ground.

Shit!

Fear grips me by the throat as I worry about her getting hurt—dragon or not, that's a really long fall, and if it's a nearly fatal one, she'll be disqualified and magically removed from the game—but Jaxon blasts out with his telekinesis and keeps her from slamming into the ground. Before one of us can get the ball from her, though, the other werewolf on Cole's team swoops in and grabs it.

Macy and I race toward him, but he dives into a portal right before one of us gets there. To my surprise, Macy dives in after him. Twenty-five seconds later, they finally emerge, but he's lying stunned on the ground and she's got the ball. It's burning red-hot, though, so she throws it to Xavier, who catches it on the fly.

The only problem? They're all the way at the other end of the field again, and Cole's entire team is between them and the goal line. Then again, so are we.

Xavier runs for twenty seconds, dodging hexes and dragon fire and even a vampire bite to the shoulder as Mekhi and Jaxon try to fight off a witch and a dragon so one of them can fade to him.

Gwen and I race forward, happy that everyone else is occupied, but before either of us can get to Xavier, Cole brings him down with a body slam about halfway up the field. Xavier's not going out with a fight, however, and he rolls away, clutching the ball to his chest as it burns hotter and vibrates so hard, I can hear it halfway across the field.

Just then, Cole slices a massive claw straight toward Xavier's arm. I wince in anticipation of how much it's going to hurt, even if Xavier's magically protected from the claw piercing skin. But at the last second, Cole flicks his wrist and the claw misses Xavier's arm entirely.

But it turns out Cole wasn't aiming for the arm at all. Everyone in the stadium gasps as, instead, he slices the magical bracelet on Xavier's wrist clean off. We watch it fall to the ground as if in slow motion. Xavier's eyes widen when he finally realizes what the rest of us have already caught on to. Cole's next blow, his clawed hand already arcing above Xavier, is headed straight for Xavier's unprotected throat.

416                              c r u s h

My heart stutters in my chest. Gwen is pretty close, but not close enough to help Xavier. And neither am I. No one is.

The whole stadium is on their feet as Cole's razor-sharp claws close the distance with Xavier's neck in the blink of an eye. There is a collective gasp. It's a death blow. There's no way—

There's a huge roar from the crowd because... I blink... Blink again... Wow. Not a death blow after all, because Cole is now...a fluffy white chicken. His soft feathers gently caress Xavier's neck as his small chicken body falls the three feet to the ground to squawk angrily.

My gaze darts around the arena until I connect with Macy, who obviously popped up through another portal about thirty feet from Xavier in the middle of all the drama. She looks as white as a sheet. Also hella pissed. And deeply satisfied at humiliating Cole for such a cowardly, and almost deadly, move.

But we don't have time to savor the image of Cole clucking, because the spell won't last much longer and Xavier is on his feet in a split second, the comet still burning bright in his hands. The stadium erupts in cheering and foot stomping.

Quickly looking around, he spies Eden and tosses her the comet as she swoops in from behind. She's climbing now, her powerful wings taking her fifty feet in the air in seconds. But Cole's team isn't out, and one of the witches slams Eden with a lightning bolt and Eden is tumbling from the sky, the comet no longer in her hands and falling as well.

I launch myself into the air after it. The only problem is that one of their dragons has done the same thing, so we race each other to the ball. My heart is pounding faster and faster the closer we get, and I'm determined to win the race as another burst of energy from Jaxon via the mating bond sizzles along my skin.

I fly faster than I've ever flown, but he still gets there first.

Well, what's the point of being a gargoyle if you can't turn someone into stone every once in a while? Praying this works, I

grab on to his wing with one hand and pull on the platinum string deep inside me with the other. He changes instantly...and without the wing design to carry a large dragon *made of heavy stone*, well, he starts to drop like a stone.

I flip the ball right out of his stone hands and then let go of the platinum string when we're about twenty feet off the ground.

He changes back to a living dragon instantly, and he is beyond pissed. He hits me with every ounce of fire he's got, but hey, gargoyle, baby. I don't feel a thing. So I wave goodbye and then somersault backward—straight into a portal that I did not see coming.

And holy hell! It feels like I'm being pulled apart, my entire body being stretched from end to end like I'm one of those rubber toys you get at arcade games as a kid. It doesn't hurt, but it feels really strange, and it's all I can do to hold on to the ball as even my hands start to stretch.

Still, there's no way I'm coming out of this portal without this ball. No way in hell. So I dig down deep and hold on as tight as I can. That's when the pain starts—when I resist the stretch—but I don't care. I am not messing this up, not when we're so close.

And then, suddenly, the pain is gone and the portal is vomiting me back onto the field. Unlike everyone else, I can't keep my footing, and I end up rolling straight onto my back like a turtle. But I've got the ball. That's all that matters. Even if it is vibrating so much that my fingers feel like they're starting to crack.

I roll over, looking for someone to throw the thing to, and Jaxon lands right in front of me with a grin and a wink. I toss him the ball, and then he's fading away, running full tilt toward the goal...at the other end of the field. Again.

Seriously, these portals completely suck.

I race behind him—well behind him—not sure what else I can do at this point. I won't be able to fly again for another thirty seconds. But then Cole and the other werewolf start to pass me in wolf form, heading straight for Jaxon. I can't take down both of them, but I

sure as hell can take down one, so I throw myself sideways straight into Cole.

He snarls like a rabid dog, his teeth closing on my hand. But again, stone, so it doesn't hurt. But for the second time today, he's not turning loose, so now he's dragging me like a rag doll down the field by one arm.

Not quite what I was going for with what I hoped would be a heroic save. Not sure what else to do, I reach up with my other hand and pull his tail as hard as I can.

He screams like a pissed-off child, which means he lets go of my hand just long enough for me to yank it away. But he's furious now and focused completely on me and not the ball. Which seems like it could be a problem.

At least until Xavier swoops in with a snarl—also in wolf form—and backs him down and away from me.

Cole turns and runs straight toward Jaxon like he's just remembered the ball, but I know the truth and so does Xavier. We saw his face when he ran. He was scared of Xavier, which I'm afraid is going to have ramifications way beyond this game.

But for now, Jaxon is almost to the finish line. Thank God! I don't think my nerves can handle much more of this.

Before he can get there, though, one of the vampires throws himself right in his path and shoves him back just as his foot is about to cross the goal. Jaxon goes flying and so does the other vampire, both of them spinning out of control through the air.

Jaxon lands on his feet, but he's cursing, the ball so hot, it's practically incandescent at this point. He has no other choice but to drop it. Luckily Gwen is close, and she swoops in to pick it up. Then she's running back toward the goal. One of the dragons is hot on her heels, so she lifts a hand above her head and calls the elements.

A powerful gust of wind swirls through the field, knocking the dragon out of the air and sending him careening into the witch who thought she was sneaking up on Gwen, wand raised.

But then, out of nowhere, the other vamp slams into Gwen. They fly sideways into a portal and are gone for about ten seconds, though it feels like forever as the timer on the side of the game crawls past twenty-seven seconds. Eventually Gwen staggers out a few feet from me, the red-hot comet clutched in her hands. But she's banged up pretty badly and she's clutching her ribs.

I'm worried about her, but the ref has her, so—grateful that my flying time-out is over—I race forward, grab the comet, and then fly straight toward the goal line with every ounce of strength and speed I have. Cole is racing along behind me, howling with rage, but I don't look at him. I don't look at anyone or anything but the goal line. This is our last shot to win this, and I am not going to screw it up.

Out of the corner of my eye, I see both dragons from the other team racing straight for me. I can't stop them, so I don't worry about them. I just fly. And right before they overtake me, I reach inside myself and pull on the platinum string again, forcing more of my body to turn to stone, and then I instantly drop fifteen feet straight down from the extra weight. And they collide overhead like an explosion.

But that doesn't matter, because I'm at the goal line. I release the string and yank on my human golden string, shed the extra weight, then fly straight over the goal and drop to the ground just before my thirty seconds of flight are up.

# 77



## Comet Me, Baby

"**W**e did it!" Flint crows for what has to be the hundredth time since we won the tournament earlier this afternoon. He shoots me an excited grin as he drops a few six-packs of soda on the table in Jaxon's tower antechamber.

"Damn straight we did!" Xavier echoes, crossing to meet him so the two of them can engage in the typical backslapping and chest-bumping celebration that comes with winning a sporting event. "Cole who?"

"That's what I'm saying," Eden agrees from where she's sitting on the couch, her scuffed purple combat boots propped on Jaxon's coffee table. "Swear to God, the best part was his face at the end. He couldn't believe they'd used all the dirty tricks and still lost."

"Dude. In what universe is a werewolf *ever* going to beat a dragon?" Flint scoffs.

"Excuse me?" Xavier asks. "What am I?"

"I haven't figured it out yet, actually," Flint answers, looking him up and down. "Maybe a weredragon? Or a dragonwolf?"

"Let's go with *wolf*dragon," he tells Flint with a grin.

"I could get behind that," Eden agrees, making grabby hands at Macy as she rounds the corner from the top of the stairs carrying a truly impressive number of pizza boxes from the cafeteria.

"How's Gwen?" I ask Macy.

"Her girlfriend texted me, told me they gave her a bunch of painkillers and she's sleeping in the infirmary right now. But she should be okay in a few days." She plops the boxes down on Jaxon's coffee table. "What are we debating now?"

"He's more dragon than wolf, so dragon should go first," Flint continues, grabbing a box off the top of the stack...and then keeping it for himself. "I mean, Xavier here's not a douche, is he?"

"True that," I say. And since—gargoyle or not—I don't have the amazing metabolism that comes with the ability to scarf down an entire pizza or three, I grab a much more sedate two pieces out of the communal pepperoni box before settling on the floor at one end of the coffee table.

"Not all wolves are douches," Xavier answers, right before he also grabs his own personal pizza box. "Just the ones at Katmere."

"You can say that louder for the people in the back," Mekhi tells him from his seat next to me.

"Like alpha, like everyone," Jaxon agrees. "That's why you should challenge him, Xavier. Once he's gone, the rest of the wolves will knock all their shit out."

"Pretty sure our boy already challenged that jackass on the Ludares field today," Flint answers. "You owned his ass before it was done. He was clucking long before Macy turned him into a chicken."

"We owned *all* their asses today," Eden says right before shoving half a piece of pizza into her mouth. "Every single one."

"But seriously? Best play of the game *has to* go to Macy. Not only did she save dear Xavier's life, but did everyone see Cole's tiny chicken body plop to the ground and cluck around for what felt like the happiest ten seconds of my life?" Mekhi laughs so hard, there are tears in his eyes. "And close second is when Grace was just flying down the field with Cole hanging off her foot." He brings his fingers and thumb together to mimic Cole biting me.

"Oh yeah," I tell him, totally deadpan, as the others crack up.

"That was sooo hilarious."

"Maybe not for you," Jaxon tells me with the grin that always sets butterflies off in my stomach. "But it was pure gold for the rest of us."

"I actually really liked it when you turned Seraphina to stone," Eden tells me. "It was the coolest move I've ever seen on a Ludares field."

"Yeah, it was," Flint agrees. "And did you see when…"

He keeps talking, while I turn to Jaxon beside me. "Are all dragons such braggarts?" I whisper.

"You haven't seen anything." He doesn't bother to whisper as he rolls his eyes. "Once Flint gets going, it takes hours to wind him back down again."

"I'm not a cuckoo clock, you know," Flint tells him, and though he's wearing that goofy grin of his, there's a flash of something that looks an awful lot like hurt there, too. "You can't actually wind me up."

"It's not the winding *up* I'm interested in," Jaxon responds, and suddenly I feel really awful, as I can't help thinking about what Flint told me on the field this morning.

"Anybody need another drink?" I ask as I stand and head over to the table near the window. Eden and Flint both ask for a soda, while Macy requests a sparkling water.

I take my time gathering everything up, mostly because I need a minute before I head back over there.

I get that Flint doesn't think I've connected the dots, and I know his heart is breaking over Jaxon, but there's a part of me that wishes he hadn't chosen me to be that person there for him this morning. Jaxon's my mate. How am I supposed to feel except guilty as hell that he's hurting and I'm the reason? Especially since they've known each other way longer than Jaxon and I have.

I'm the interloper. I'm the one who came along and probably messed everything up in Flint's mind. But what am I supposed to do? Just give up my mate? I couldn't even if I wanted to, and I most definitely don't want to. Which leaves us where? With me breaking

one of my closest friends' hearts just by existing? Or me watching while he breaks that heart on Jaxon over and over again?

It's awful just to think about, my soul hurting for Flint in a way that makes me ache deep down inside. I just wish there was something, *anything* I could do to make this better.

"There's nothing," Hudson says in a surprisingly serious voice as he walks over and flops down against the wall next to Jaxon's bedroom, about as far from the group as he can possibly get and still be in the same room. I'd wondered where he went during the game, figured maybe he'd stayed away so I could focus. But now, I stare at the dark circles under his eyes, the fatigue hunching his shoulders, the hollowness in his cheeks, making his cheekbones look even sharper.

My chest is so tight, I can barely breathe. I glance from him to Jaxon, who is laughing at something Mekhi is saying, the picture of health and energy, and then at Hudson, gaunt and exhausted. And I know Jaxon wasn't the one giving me his energy on the field. It was Hudson.

I'm about to mention it when I see his expression shift. He doesn't want me to make a big deal about it...so I don't.

Instead, I forget the drinks and walk over to where Hudson is and sit down next to him. I want to send him some of my energy, but I know he won't accept it. So instead, I pick up our conversation again.

"But I want to do something..." I search for the right words. "I feel like I should be able to fix this."

"Flint knows it's too late, Grace. Now he's just trying to figure out how to deal with the disappointment. Let him."

There's a layer of undercurrent there that I can't even begin to unpack right now. Lia? I wonder. How weird must it be to know that your mate loved you so much that she died to bring you back? But also, how awful.

"I already told you—she wasn't my mate." Hudson's voice cuts like a switchblade. I wait for him to say more, but he doesn't. At least not about Lia. "You're right, though. Flint probably shouldn't have

brought you into his mess."

"It's not a mess. It's how he feels," I say, looking around to make sure no one can hear me. They're all used to watching me talk to empty space and pay me no mind. Still, I keep my voice extra low. "He can't help how he feels."

I'm still wondering about all the weird vibes I'm picking up from Hudson about Lia. Not that I'm going to push or anything. One painful relationship confession a day is already more than I can take…

"The two aren't mutually exclusive, you know," he says in the super-snooty British accent he gets only when he's trying to make me feel childish…or trying to piss me off. "Emotions are absurdly messy all the time."

"Is that why you don't let yourself have any?" I shoot back. "Because they're too messy for you?"

There's another long silence. Then, "Do try to keep up, Grace. I have plenty of emotions. Mostly loathing, at the moment, but a feeling's a feeling."

I roll my eyes. "You're never going to change."

"Oh, if only that were true." He quirks a brow. "Better hurry with those drinks. The hoard is getting restless."

Before I can answer, Flint calls, "Hey, do you need some help?" Or, in other words, *Where's my drink?*

"Nope, I've got it," I tell him, grabbing a Dr Pepper for myself before piling all the drinks up and carrying them back over to the coffee table.

"So the assembly to get the bloodstone is tomorrow afternoon," Macy says once I'm settled back down between her and Jaxon. "Next item is the dragon bone. We should get that before the assembly starts."

"If we go tomorrow, Gwen won't be able to join us," Mekhi says. "I stopped by the infirmary to check on her before we came up here and she's doing better, but Marise says she is definitely out of commission for a day or two."

"Poor Gwen," I commiserate. "Her arm looked awful."

"It was awful," Mekhi agrees.

"She'll hate missing the Boneyard," Macy says. "But we need to get this done so we can move on to the next item."

"Wait a minute, go back." Eden looks at Flint. "Is this why you were asking about the Boneyard?" When he nods, she asks, "What do you need a dragon bone for?"

I think about blowing off her question, but the truth is all eight of us won the bloodstone. If only a few of us claim it for a prize, we're going to look like real jerks.

Jaxon must feel the same way, because he answers, "We entered the tournament because we need the bloodstone for a really important spell. But we also need a few other things as well—including a dragon bone."

"A dragon bone," Eden muses before she turns to Flint with wide eyes. "From the Boneyard? You're actually *taking* them to the *Boneyard*?"

"They have to go," he tells her. "What am I supposed to do? Just let them wander around down there and hope they don't die?"

"Wander down where?" Macy squeaks, and now she's the one with wide eyes. "What kind of place are you taking us to?"

"The magical kind that doesn't want non-dragons to visit," Eden answers. "Or even *dragons*, for that matter."

"Yeah, well, unfortunately, we don't have a choice," Jaxon tells her grimly, and then he fills the whole group in on the details of my situation.

"So," Xavier says, leaning forward so our gazes are locked. "He's in there right now?" He taps the side of my head gently.

"Does he think he can shake me out?" Hudson asks dryly. "Or is he just trying to stare longingly into my eyes?"

*A little bit of both, maybe?* I answer, because seriously. Who does that?

"Yes," Jaxon says, sliding forward so he can stop Xavier before he gives me a concussion. "He is. And the only way to get him out is

with these five objects."

"But do we really want him out?" Mekhi asks. "I mean, it didn't go so well for everyone the last time he was free."

"And it's not going so well for my mate now that he isn't," Jaxon snaps and Mekhi—along with everyone else—kind of sits back a little at his tone. Now that Jaxon's more approachable, I think people tend to forget he's still Jaxon, still the dark prince, and I think he must have reminded them.

"He took her body over more than once," Jaxon continues. "He knows her every thought, has access to our mating bond. So yeah, he has to go. As soon as possible."

"Yeah, he does," Xavier agrees, looking a little horrified at Jaxon's listing. Plus, he's not pounding on my temple anymore.

"Well, then, I'm in," Eden says.

"In what?" I ask, a little baffled.

"In for the Boneyard and whatever else you need to do."

"Yeah, me too," says Xavier. "Hijacking a girl's body like that just isn't cool. What a douche canoe."

I glance over at Hudson, who's now got his head tilted back against the wall, eyes closed. I can feel his exhaustion from here. "Everyone's a critic," he mutters.

"Count me in, too," Mekhi says. "You know I've always got your back, Jaxon. And yours, too, now, Grace."

"My dad is going to flip if he finds out we got three more of his students involved," Macy says. "I talked to him, and he's agreed to keep the Circle busy and out of our hair tomorrow morning while we sneak down to the Boneyard, but he's not happy about us going alone. He's really not going to be happy about us taking all of you."

"Plus, it's dangerous," I tell them. "Really dangerous."

"Umm, pretty sure I'm the one who just said that," Eden answers with a shrug. "But you know, sometimes a girl's gotta do what a girl's gotta do. And apparently, what your girl needs to do is kick a homicidal maniac out of her head."

"Cheers to that," Flint says, raising his soda. "Besides, sometimes—"

"Careful just doesn't get the job done," Jaxon joins in with a huge grin.

"Damn straight." Flint nods with satisfaction at what must be an inside joke between the two, before clapping his hands together. "So, just to be clear, we're doing this thing tomorrow morning?"

"Damn straight," Eden agrees, and everyone nods.

"Wait a minute—aren't we getting ahead of ourselves?" I ask. "I mean, we don't even know where the Boneyard is yet, do we?"

"We do," Flint says, exchanging a glance with Eden. "I talked to my grandma about it, but I also asked Eden to talk to *her* grandma the other day when you asked me, and she got the deets."

"The good news is, we won't have to travel very far," Eden says. "The bad news is, Grand-mère says only someone with a death wish would go there. Almost no one makes it out alive."

# 78



## Talk About a
## Bone to Pick

"**N**o one makes it out alive?" Macy says, eyes wide. "Wow, that sounds like fun."

"Don't worry, Mace," Xavier answers. "We can handle a bunch of old bones."

"It's a little more complicated than that," Flint tells him.

"But we can do it," Eden says. "I know it."

"On the plus side, it can't be worse than going after a beast that's impossible to kill," I interject. "Just saying."

"Love that optimism," Mekhi tells me. Then looks out at the group. "I say we go for it."

"Tomorrow, five a.m.," Jaxon orders before asking Flint and Eden, "Where do we need to meet?"

"The tunnels," Flint answers, and my stomach drops. But it is what it is. Sometimes you just have to put your head down and get the bad stuff done, even if you don't want to.

"Sounds good to me," Xavier says as he picks up his box and soda can and throws them in the recycling container at the top of the stairs. The rest of us follow suit, and the party breaks up soon after.

The tournament took a lot out of all of us, and no one wants to stick around for a late night. Except me… Hudson is sound asleep now, so spending a little time with my mate without his brother butting in

every ten seconds sounds like heaven.

I wait until Flint leaves—no reason to rub things in—before I settle on the sofa next to Jaxon and lift his hand to my mouth. He watches me with blazing-hot eyes for several seconds, then wraps his arms around me and pulls me against his body.

We both sigh at the contact. "You feel really good," he tells me.

"So do you." I lift my head and wait for him to kiss me, but he just drops a peck on my lips. Which is nice, but definitely not what I'm going for here.

I stretch up and kiss him this time, but again he pulls away after a second.

I can't decide if he's doing it on purpose because he's trying to be funny or if there's a problem I don't know about. But when I search his face, he smiles warmly, like he's having a great time.

And that's when I decide to take matters into my own hands. Standing up, I hold out a hand to him and say, "Come on, let's go"—I add air quotes for what I'm now thinking should be our forever secret code for "make out"—"watch the aurora borealis."

He looks confused. "You want to go see the northern lights? Now?"

"Yes, now!" I would stomp my foot like a petulant child, except I'm afraid the sudden movement will wake up Hudson. And that's the last thing I want.

"O-kay." Jaxon gives me a weird look as we move toward his bedroom—and the parapet outside his window. "Any particular reason why? I mean, I'm fine with it. I just—"

I grab him by the sweater and yank him down toward me so that I can slam my lips onto his.

"Oh," he murmurs in surprise. Then a deeper, "Oh," as he wraps his arms around me and picks me up and carries me to his bed, our mouths still locked together.

He turns so that he's the one who hits the bed first, and I land on top of him. I straddle his hips with my knees and start kissing

my way along his neck, relishing the way he feels against me. Hard. Strong. Perfect.

Jaxon groans and tilts his head back to give me better access, even as his hands mold my hips. "Wait," he gasps as I kiss the razor-sharp edge of his jaw. "What about Hudson?"

"Asleep," I answer, my hands sliding underneath his shirt to stroke the warm skin of his stomach.

He groans and then rolls us until I'm stretched out underneath him. "Why didn't you say so?" he asks, leaning on his elbows right above me.

"I tried. What do you think the whole 'aurora borealis' thing was all about?"

He looks confused. "What do you mean—" He breaks off as understanding dawns. "Wait a minute. That was your *move*?"

"I wouldn't exactly call it a move." I frown at him, but he's already shaking his head and laughing.

"I never would have guessed it. The aurora borealis as a move." He gives me a nod of respect. "That's smooth. I like it."

"Obviously not *that* smooth," I tell him, "since we're talking about it instead of kissing under it."

"Well, by all means, let's get back to it, then. I'd hate to disappoint you." He waves a hand and his curtains slide out of the way, showing the aurora borealis shimmering just beyond his window.

And then he's kissing me and it feels so good. So right. His mouth moving on mine. His hair tickling my cheek. His hands slipping under my sweater and sliding against my skin.

I arch in to him, tangling our legs together as he skims his lips down my neck and across my collarbone. I tilt my head to the side, offering him my neck—offering him my vein—and his fangs scrape gently against my skin.

Anticipation slides down my spine. I've missed this so much. I move against him, tangle my hands in his hair, and—my phone alarm goes off, blaring obnoxiously in the silence.

TRACY WOLFF                    431

Jaxon pulls away with a groan. "What is that for?"

"I'm supposed to FaceTime with Heather tonight." I sit up and pull my phone out so I can swipe off the alarm. "Let me just text her and say I'll call in a little—"

*"It can't be morning already,"* Hudson complains with a groan.

"And fuck, just fuck. Hudson's up." I flop back down on the bed and stare up at the ceiling.

Jaxon takes one look at my face and does the same. "He always was a light sleeper. Even when we were kids."

*"Yeah, well, it comes from never knowing if your father was going to come into the room and try to kill you or your younger brother,"* Hudson snipes back, his voice a little stiff as he must figure out what was going on while he slept.

"That's awful," I whisper, my opinion of Cyrus—and Delilah—sinking even lower, and honestly, I didn't think that was possible.

I can feel Hudson shrug in my mind.

"What's wrong?" Jaxon asks, rolling onto his side so he can get a better look at my face. "Are you nervous about tomorrow?"

I take the out, not willing to betray Hudson's confidence. "I am, actually. What if it's as bad as Eden's grandmother says?"

"Don't worry about it," Jaxon answers with a confident smile. "I'll protect you."

"That's not the point." I sit up, annoyed by his sudden "I'm the guy; I've got this" attitude. "The point is we're asking a lot of people we care about to risk their lives to help me. I don't want to see anyone get hurt."

"I'm telling you, I've got this," Jaxon says. "I can protect all of you. It's what I do."

"And *I* keep telling you that I don't *want* someone to protect me. I want to stand on my own two feet, *beside* my mate, not behind him—" I break off as the FaceTime ring starts coming from my phone.

"What?" Jaxon asks, looking confused.

I don't answer him. Instead, I hold my phone up and say, "I've

c r u s h

got to take this. I haven't talked to Heather in forever." I drop an absent-minded kiss on the top of his head before walking through the alcove toward the stairs. "I'll see you tomorrow."

*"I've gotta say, Grace,"* Hudson tells me as I swipe to answer Heather's call, *"you never cease to surprise me."*

# 79

## Talk About a
## Trust Fall



The next morning, I fire off a couple of quicks texts to Heather as Macy and I hustle down the last hallway toward the tunnels.

**Me:** So good to FINALLY talk to you last night

**Me:** Can't believe your parents bought you a ticket to Alaska for your bday!!!!! Can't wait to see you xoxoxo

It was so good to talk to her last night that I never wanted to hang up. I miss her so much and can't believe she forgave me for my four-month absence as easily as she did. I was totally prepared to grovel.

Instead, I found out she's going to come visit me for spring break… if I survive the next few days, anyway. *And* if I can figure out how to break the news to her that paranormals exist and that I'm a gargoyle. I could try to hide it, but there's no way I'm bringing her here and treating her the way they treated me when I first got to Katmere. No damn way.

**Heather:** Me too!! Also, calculus sucks balls

"We're here," Macy says, just as she and I step into the dungeon where Eden had texted everyone to meet her. I'll admit my heart stuttered last night when I realized that must mean the Dragon Boneyard was beneath the school—near the dungeons.

Although honestly, once I thought about it, it wasn't entirely unexpected. I mean, I'd already guessed Katmere was more closely

c r u s h

tied to the dragons than any other faction, what with the jewels embedded in the tunnel walls and bone corridors. In one of my hours of research in the library, I'd stumbled upon a whole history of the school.

Turns out Katmere hadn't always been a school.

It had started as a dragon lair.

And not just any dragon lair but the original ruling family's lair. They'd sided with Cyrus in the Second Great War, though, and as a concession after their loss, the lair had been claimed and Katmere established to foster interspecies relationships by making all the factions school together.

I'd asked once what happened to the original family, since I knew it wasn't Flint's parents, but Flint just shrugged and said most of them died in the war, and no one really knew where the rest scattered.

So much loss and tragedy in this supernatural world. And for what? So one group is in charge and another isn't? Is it really all about power?

"It rarely is," Hudson says, and I walk over to where he's idly running his fingertips along the jeweled walls. He's been in a funk all morning, and I'm going to need him to check his attitude at the door if I hope to keep my wits about me in the Boneyard. Hudson can make me forget everything else in a blink when he pushes my buttons. Zero to sixty in 2.8 seconds.

"What are you, a Bugatti?" he asks. "That's the only car in the world that can go that fast."

"When you start bugging me, yeah," I answer, and he groans.

"Worst. Pun. Ever."

"I do what I can," I tell him with a grin before glancing back at the group. Jaxon and Flint are discussing potential issues before we enter the Boneyard, Macy is checking her wand and swapping small potion bottles back and forth from her backpack to a pouch wrapped around her waist, and Eden and Xavier are betting each other over who can carry back the heaviest bone. My heart fills with

pride at my newfound family.

At least until Xavier demands of Macy, "Are you wearing a fanny pack?"

Macy doesn't even spare him a look as she answers, "It's my potion accessory kit."

"Don't you mean your potion ASSessory kit?" he shoots back with a sly, wolfish smile.

We all laugh, even as I turn to Hudson and say softly, "You know we're risking our lives for *you*, right?"

"Yeah, that's why you're all doing it," he scoffs. "More like to stop me from feeding on your precious Jaxon."

I shake my head. "Well, it's why *I'm* doing it."

That makes him pause. He stares at me for several long seconds, his indigo eyes blazing into mine with a dozen emotions I can't begin to name. I wait for him to put a voice to one of them, wait for him to say something—anything—that will help me understand why he's being so difficult right now.

And for a minute, it looks like he's actually going to do it. Like he'll open his mouth and say something that has some emotional depth to it.

But in the end, he just shakes his head and looks away. Shoves a rough hand through his hair. Does anything and everything but actually talk to me about something that matters.

He does, however, say, "Then by all means let me get my pom-poms ready."

And there we go. Zero to one hundred and *sixty*. "Fine. And to get you out of my damn head so I don't have to listen to you ruin my mood ever again." I huff and give him my back. We're all very likely about to die. Would it really kill him to just say thanks?

Jaxon motions everyone over, steps into the first cell, and starts to plug the code into the door so we can get to the tunnels. But Flint stops him with a hand to the shoulder.

"That's not how we get to the tunnels that lead to the Boneyard."

"What do you mean?" Macy asks. "I thought you said the only way to find it is through the tunnels."

"It is." Eden grins. "Just not those."

Flint motions for all of us to join him at the back of the cell, where one of the walls appears to have several gemstones embedded in a crude circle of emerald, ruby, sapphire, obsidian, amethyst, tourmaline, topaz, and citrine. He taps each gem as though entering a safe code, then steps back.

A couple of seconds later the floor under my feet rumbles ominously, and then the huge stones inside the circle of gems move back one by one, until we're all staring at a small, round tunnel in the middle of the wall.

"So who wants to go into the creepy hole first?" Macy jokes, and everyone laughs, but no one rushes to raise their hand.

"Well, you're all in luck, because I think it's going to have to be a dragon." Flint's eyes twinkle with devilish excitement. He turns to Eden and asks, "Should we tell them what's on the other side? Or more specifically, what's not?"

Eden rolls her eyes at him. "Yeah, I'm not risking a werewolf bite or fang to the neck in panic." She turns to address us. "As you know, these tunnels were built for dragons…who can fly. So on the other side of this tunnel…there's no ground for a bit. For Grace, who can fly—and Jaxon—when it launches you into the air, obviously, do your thing and you'll be fine. For the rest of you, just count to thirty before each person goes in, and Flint or I will catch you on the other side."

She nods as though that's that, grabs the small ledge above the hole, and swings her whole body inside in one fluid motion, feet first. And then disappears.

Flint jokes, "I love this part," before he, too, jumps into the hole and disappears.

The rest of us just stand there, looking from one to the other, wondering if they're messing with us or if we're really expected to just jump and let gravity do its thing. Either way, none of us is particularly

excited about being the first one to jump.

Jaxon grabs my hand and says, "Hey, no worries. I'll catch you."

Before I can point out that I actually have wings and can "catch" myself, thank you very much, Xavier responds with, "Dude, she *has* wings. You better catch *me* instead. No way do I want a dragon's talon through my heart."

Everyone nervously laughs, and we tacitly agree as a group that yeah, Jaxon should be the one to "catch" everyone without wings, so he jumps in the hole next. I wait to hear a scream or a splat or something, but this is Jaxon, so...nothing.

Since I'm the last one of those left who can fly, I take a deep breath and walk up to the hole and peer in. It goes down pretty far pretty fast... My heart starts racing for all the wrong reasons.

"Don't worry," Hudson says with a deliberately smug look on his face from the spot where he's been leaning against a wall the whole time, "*Jaxon* will catch you."

And that does it. I glare at him and lift my chin right before I turn back to the hole and jump straight in.

# 80



## A Gargoyle's Guide to Antigravity

I try to play it cool, but it's a long, long, long way down, and I end up screaming before I hit the first turn. Beneath me, the stone is smooth and slick, and that only helps me pick up speed as I zip around each crook and bend, still heading on a massive descent. Honestly, it kind of reminds me of a slip-and-slide water park in San Diego, and I'm grinning madly by the end...at least until the bottom gives way and the tunnel ejects me out into a dark and yawning void.

Black hole anyone?

My lungs—and everything else—tighten up as terror rips through me, but somehow I manage to shift in midair, my wings catching me before I fall more than a couple of feet. I can tell the cavern is small in the near-pitch-darkness, because I can hear the echo of our wings flapping, but not much else. Also, there must be water somewhere nearby, because wet, musty air coats my skin within seconds.

I can feel Flint and Eden hovering next to me, but I can't see them all that well as a shiver of fear skates along my spine. This place does not want me here; I can feel it in my bones. My inner voice is all but begging me to get the hell out of here, and I've never wanted to listen to it more.

I'm pretty sure I spot Jaxon standing on a path off to the side,

TRACY WOLFF                                    439

so I maneuver to him, land, and shift back. He pulls me in for a hug, but his focus never wavers from the hole from hell. As Mekhi, Xavier, and Macy pop out one by one, he floats them easily to the ground.

Mekhi is teasing Xavier that he screams like his sister's banshee best friend when Eden and Flint shift three feet above the ground and land on solid feet next to us, both shaking their heads.

"What, no one trusts a dragon to catch them?" Flint jokes, but he doesn't seem to mind as he turns to Eden and confides, "Man, that ride never gets old, does it?"

"Wait, I thought you'd never been to the Boneyard before. Is that not where we're going?" I ask, genuinely confused.

"Turns out the Boneyard is not too far from the horde, which I most definitely have been to." He waggles his brows at me comically and I laugh.

"Okay, I'll bite. What's the horde?"

Flint's tone turns almost reverent as he answers simply, "Treasure."

"You need a napkin to mop up some of that drool, man?" Xavier asks.

But Jaxon grins and shakes his head. "Dragons." As if that says it all.

"Anyway," Flint continues, "the Boneyard actually isn't too far from here. Just down a side corridor. Follow us."

Eden sets off after Flint into the near darkness, and we fall in behind them. I can't see much—apparently gargoyle eyes aren't anything special despite what that old TV show said, so I pull out my cell phone and tap the flashlight app. No way am I walking around creepy tunnels in the near dark.

Hudson chuckles beside me. "Chicken."

"Shhh," I tell him and focus on making sure there actually *is* ground in front of me before I take each step. "I'm concentrating on not falling."

crush

He chuckles again but thankfully doesn't comment.

We walk for another fifteen minutes through a maze of tunnels, pausing occasionally for Eden and Flint to argue over a direction. I've about decided we're completely lost when Flint looks over his shoulder and shouts, "We made it!"

And then he and Eden turn sharply left…and disappear.

## 81

## One Hundred Percent
## That Witch



J axon and I rush to the last place we saw the dragons, but all that's there is a solid wall. We start pressing our hands on the jagged edges of the stone surface, thinking maybe there's a secret latch or something.

All of a sudden, my hand touches flesh, and I scream and jump back. It's Flint.

"How—?" I start to ask.

"What are you guys doing?" he asks as he walks straight out of the solid wall. "Come on, stop messing around. What's the holdup?"

"Well, we don't seem to be able to walk through solid stone walls." I raise one eyebrow as Xavier pats his hand against the wall to show Flint.

"Oh, damn. We didn't think of that." He calls over his shoulder to Eden. "Apparently only dragons can pass through."

Eden walks through the wall now, too, and yes, it's just as creepy when she does it. "Huh. Grand-mère didn't mention that would be a problem. I wonder if she doesn't know. Any ideas?"

Jaxon steps forward and says, "Move back a little and let me try." Then he spreads his legs and places his hands out, like he's going to physically move a bed or something, but focuses on the wall about five feet in front of him.

"Oh, this I've got to see," Hudson snarks and positions himself

## crush

beside his brother. "Baby brother is going to start moving rock...in a tunnel."

His words don't register until I feel the ground start to rumble, small pebbles and dust falling from the ceiling all around us.

"Stop!" Macy shouts, and thankfully Jaxon does. "I don't think it's safe for us to try to break this wall down, Jaxon. It may be an illusion for the dragons, but it is very real to the rest of us. You might end up causing a cave-in."

"So how are we going to get through it, then?" Xavier asks.

"Now, I'm just spitballing here," Hudson says as he wanders over to the wall and leans a shoulder against it. "But it seems that maybe the best way to take out a magical wall is with...magic." He cocks one brow at me. "If only we had a witch handy..."

I stick my tongue out at him because, really, sarcasm is what we're missing right now? Then I turn to my cousin and ask, "Macy, do you think you can break through the wall's magic?"

Her eyes narrow as she thinks about it, but then she squares her shoulders and says, "You bet I can."

She pulls her backpack off her shoulder and starts rummaging through it. "Grace, can you help me with these?" she asks as she pulls out eight candles and places them equidistant in a large circle. "Okay, everyone, stand inside the circle."

Once we're all inside the protection of the circle, she casts her spell, and the candles begin to burn. Once she's satisfied with their flames, she points her wand at the wall and calls the elements. The wind comes slowly, blowing softly and gently down the tunnel. Macy starts to chant, her voice getting louder and louder with each line of the spell. The wind picks up, and at one point, I even feel a fine mist of water spray across my skin.

The wind picks up again, the flames on the candles growing higher and higher, and the very earth beneath our feet starts to tremble.

That's when Macy raises her wand, her arms open and face raised to the ceiling, and says, "Illusions great. Illusions small. Find

a door within this wall."

The wind picks up even more, howling through the passageway so hard and fast that I'm sure it's going to knock us down. The flames on the candles shoot straight up to the ceiling.

*"Good job, Macy."* There's a grudging respect in Hudson's tone that's usually absent when he talks about my cousin—or about anyone, for that matter. And that's before she lifts her wand above her head and points it straight up as she chants so low and fast that the only words I can make out are "heat," "cleanse," "burn."

All of a sudden, lightning flashes down, and I scream as it connects with Macy's wand. But my cousin doesn't even flinch. Instead, she just stands there, seconds ticking by as her wand absorbs every molecule of energy the lightning bolt can deliver.

Only when the lightning has dissipated and the wind and rain and fire have died down does Macy point her wand straight at the part of the wall where Eden and Flint say the Dragon Boneyard should be. And with a flick of her wrist, she unleashes every ounce of the power she's just absorbed.

The ancient stone rumbles and creaks as it trembles under the incredible power Macy is directing at it. For several seconds, I think the ancient dragon magic is going to hold, but then the first rock falls. Soon, the entire wall starts to crumble away, huge pieces of rock and stone raining down around us.

As the first stone threatens to hit us, Eden and Flint throw their arms up to protect their heads. But Macy's magic is too strong, her power resonating throughout the entire passageway and sealing the circle—and everyone in it—from harm.

More rocks and stones fall, littering the ground all around us. But not one pebble makes it through Macy's barrier; not one stray rock so much as touches the fire that encircles us. And when the lightning finally dissipates, when Macy's spell finally winds down and the dust from the falling rocks finally clears, the wall is gone.

And in its place is the opening to a giant glowing cavern.

# 82

## Ride or Die



Macy quickly closes the circle with a gratitude to the elements, and then we walk through the craggy opening in the wall that Macy just created.

"What the hell is this place?" Xavier demands as we all look around in a combination of fascination and horror.

"Salvador Dali's wet dream, apparently," Jaxon answers, wrapping an arm around my waist and pulling me close.

"Right?" I agree. "I'm just saying, the second I see one of those creepy clocks, I'm out of here."

We're standing in a small alcove at the edge of a cliff overlooking a massive cavern. The cavern itself is about three hundred feet across and appears bottomless. And if that's not terrifying as fuck, it's also super dark. But there's just enough light coming from whatever is beyond it for me to see the sharp and craggy rock formations jutting out from both sides.

"You definitely don't want to fall into that," Mekhi comments as he peeks over the edge.

"Not even a little bit," Macy answers.

I step closer to the edge, too, and something about the change in perspective makes me realize that the glowing area across the cavern is actually an island and the cavern is a bizarre kind of

moat surrounding it.

More, the island itself is filled with massive—and I mean *massive*—white bones. Which is creepy, yes, but what else do you expect when you sign up to go to a Dragon Boneyard? But what's really fascinating about the whole thing, what has all of us staring at it like we can't believe our eyes, is that the bones are so huge that they provide an enormous reflective surface when the dim light hits them. It is that reflection that makes the island look like some kind of paranormal nuclear reactor.

It's beautiful and terrifying at the same time.

"The Boneyard is right there," Flint says, as if the giant skeletons aren't enough of a tip-off.

"I'm okay as long as there are no rats," Macy says, stepping a little closer to the edge of the deep, yawning abyss in front of us as she strains to see across it. "Tell me there are no rats."

"Pretty sure if there were rats, they would have fallen in by now. And been, you know…" Xavier mimes being impaled, complete with tongue hanging sickly out of the corner of his mouth.

"Now, there's something you don't see every day," Hudson comments dryly.

"Pretty sure we could have done without the visual aid," Eden says to Xavier.

"I don't know. I think it adds a certain *je ne sais quoi*," Mekhi jokes, right before he picks up a large rock from the ground and throws it as hard as his vampire strength will let him. It barely makes it a third of the way across the divide before falling down, down, down…

We wait silently to hear it land, but it just keeps falling. Which isn't concerning at all.

Then again, I suppose it's no more concerning than the long, sharp rock spikes protruding from the walls and, presumably, the ground.

"So, you know what I'm thinking?" Xavier says as he claps Flint on the back.

"That you really don't want to fall in?"

crush

"Obviously. But I'm also thinking that it's finally the dragons' turn to save the day."

"Finally?" Eden shoots back. "Don't you mean always?"

Flint holds his hand up for a fist bump, which she delivers...right before she shifts in a colorful shimmer of light. Flint follows suit only a few seconds later.

Dragon riding absolutely solves the problem of crossing the divide, but it leaves the area where we're standing right now really, really crowded. I'm currently uncomfortably close to the edge, and that discomfort is growing exponentially, considering the added weight of the dragons is cracking the ground beneath our feet and making the edges crumble into oblivion.

Then again, that's probably the point.

"Who's riding which dragon?" I ask even as I inch toward Eden. Not that I mind riding with Flint, but one fall from this height above the craggy floor will mean certain death, and he's a bit too much of a daredevil for my current liking.

Before anyone else can pick their ride, we all turn as one just to the right of the island as we hear a high-pitched howling that chills my bones. The noise gets only louder until a huge gust of wind races across the cavern and knocks me back a few steps. Macy stumbles, too, and teeters next to the edge.

My heart jumps into my throat as I dive for her, but Xavier gets there first, wrapping an arm around her waist and pulling her forward, away from the edge, in a yank-and-swoop move for the record books. All that's missing is the backward dip and kiss, but judging from the looks on both their faces, it isn't far behind.

"What the hell was that?" Mekhi demands, looking at the ravine like it's suddenly been possessed.

"Wyvern wind," Jaxon and Hudson answer at exactly the same time.

I start to ask what that means, but the truth is I'm not sure I want to know. Especially since it comes again about forty seconds

Tracy Wolff                                    447

later, clearly circling the island, just as Jaxon is helping me up onto Eden's back. It slams into me, has me grabbing on to Eden's neck in a desperate effort not to fall off.

"There's no way we're going to make it before the next gust of wind," Xavier says, looking out across the chasm.

Flint snorts like Xavier's personally insulted him.

"I'm just saying, man, it's a long effing way."

Flint snorts again, and this time it's obvious he is very insulted.

"I think they've got it," I say, wrapping my arms tight around Eden's neck as Jaxon climbs up behind me, followed by Mekhi. "We've just got to time it right."

"Exactly," Macy agrees as she settles in behind Xavier on Flint. "We can go the second the next blast hits."

"We will," Jaxon says. "But I've got a backup plan, too. Just in case."

"Oh yeah?" Xavier says. "Want to let the rest of us in on it?"

Before he can answer, another gust of wyvern wind comes howling around the island and straight at us.

"Too late," Macy shouts as she grabs on tight to Flint.

I hold on tight, too, because the second the wind sweeps across us, Flint and Eden launch themselves straight into the air.

It's abrupt and fast and scary as fuck, so scary that Macy screams for the first ten seconds straight. Which I totally get. If my vocal cords weren't paralyzed, I'd be screaming, too.

Of every terrible and bizarre thing that's happened to me since I got to Katmere Academy, this is one of the most terrifying. Especially as we come up on thirty seconds and the cavern continues to stretch endlessly in front of us. There's no way we'll get to the island in less than ten.

Flint and Eden must have reached the same conclusion, because I can feel them bracing themselves even as they rocket forward faster and faster.

My vocal cords unfreeze themselves just long enough for me to

let out one wild yell, and then the wind is screaming straight toward us. Flint and Eden barrel-roll away from the wind while still going close to what has to be a hundred miles an hour.

Macy's back to screaming, and so is Xavier, but the wind misses us. Which means we have forty more seconds to get to the other side. Eden puts her head down and races forward, and I squeeze my eyes shut as tightly as I can, even as I count to forty. No way do I want to see what happens next.

Sure enough, I can hear the wyvern wind whistling as it races toward us. But this time, when Eden tries to evade it with another side roll, it doesn't work. The first edge of the wind clips her left wing as it starts to slide toward the rest of us, and I have one second to think that we're totally screwed. No way are we going to make it out of this alive.

But Jaxon throws a hand out and slaps the wind back before it can touch us. And then, using every ounce of power he's got, he pushes it back and then holds it there, just long enough for Eden to right herself and go slamming across the edge of the island onto what looks to be some sort of landing pad.

And as she skids to a fast and rocky stop, I manage to suck in the first real breath I've taken since I climbed on Eden's back.

Flint lands right next to us, and after we slide off the dragons' backs, we all collapse on the ground.

# 83

## Sometimes Homecoming Really Does Mean Coming Home



I t takes us a few seconds to actually move—honestly, I think we're gathering our courage. Or at least I am. I have no problem admitting that I'm a little scared of what might greet us in the Boneyard. Eden's grandma had said no one survives the actual Boneyard, and yet as a dragon herself, she would have survived that windswept path. So the real danger must still lie ahead.

Jaxon takes hold of my hand and gently tugs me to my feet and down the path leading away from the cliff's edge. The others follow right behind us as we walk down into the Boneyard.

I gasp when we finally make it to the entrance, because OH. MY. GOD.

"Holy shit," Hudson says, 100 percent echoing my thoughts as I scan from one side of the fifty-foot-high cavern to the other.

"Are these all dragons?" I whisper, staring out at the piles and piles and *piles* of bones. Rib bones rise twenty feet in the air like massive monuments, testament to these majestic beasts the rest of the world only remembers now in fairy tales. Shattered leg bones the length of trucks. Cracked skulls the size of cars. Just everywhere you look…bones.

"Yeah." Flint sounds more somber than I've ever heard him, and when I glance at him out of the corner of my eye, I realize he's crying.

Not full-on sobbing or anything, but there are definitely a few tears running down his cheeks.

A quick look at Eden shows she's having exactly the same reaction.

"I didn't expect there to be so many," I say, reaching out to grab Flint's hand with my free one. "It's…" Terrible and beautiful and awe-inspiring all at the same time.

"Home," Eden whispers as she takes the final step over the threshold. "It's home."

"Every dragon really gets called back here when they die?" Mekhi asks. "Every dragon in the whole world?"

"Every dragon," Flint tells him. "My grandparents, my great-grandparents, my brother… They're all here."

And suddenly, I'm deeply ashamed. When we decided to travel to the Dragon Boneyard for a bone to get Hudson out of my head, not once did I consider that we'd be *robbing a grave*. That that bone is someone's sister. Someone's father. Someone's *child*.

"My mom's here, too," Eden says reverently. "She died a couple of years ago, when I was away at school. I never thought I'd get the chance to come here. I never thought I'd get the chance to say goodbye." The last couple of words come out thick and painful, and I feel them all the way down deep inside me.

It devastated me when my parents died—there's a part of me that's still devastated now and will be for a long time to come. But at least I got to say goodbye to them with a formal funeral. At least I have a place where I can go to feel close to them. I can't imagine how I'd feel if they just disappeared one day, and I never even knew where they ended up.

"I'm sorry, Grace," Hudson says beside me, and for once there's no artifice to the words. No sarcasm or layers of protection or hidden agenda. Nothing but raw, honest truth when he continues. "I'm so sorry Lia did what she did to bring me back. And I'm so sorry that what she did hurt you so badly. I'd take it all back if I could."

And shit, now I'm crying, too. Because what am I supposed to

say to that? How am I supposed to feel?

"You're supposed to hate me," he answers. "God knows, I hate myself."

"It's not your fault," I whisper, and though it hurts to say it, for the first time, I actually believe it.

Whatever he did, whatever his reasons, I know that Hudson didn't mean for anything to end this way. He wouldn't ever have wanted my parents to die to save him. I don't know how I know this, but I do. Sometimes, you just have to offer someone your blind trust. Take the leap.

And so it's not his fault.

It just is.

Our gazes connect, and it's like the wall that separates our minds and souls has been lifted. Suddenly, I'm feeling everything he's feeling. The anguish. The guilt. The self-hatred. All of it.

I'm drowning in despair so overwhelming, I can't catch my breath. And then it's gone. The wall is back in place, and I take a deep breath. And then another. But the ball of anger I didn't even know I'd been carrying around with me at the unfairness of what Lia did to my parents is also gone.

*Thank you.*

He doesn't reply. There's nothing more to say. He already said it all in that one vulnerable act.

"Can we go in?" Xavier asks quietly, and this is the first time I've seen him without his snapback on. At first, I think he's lost it, and then I recognize the outline of it shoved in his back pocket.

For respect, I realize as he runs a nervous hand over his shaggy black hair. He's taken the hat off as a sign of respect before we enter the Boneyard.

"Yeah," Flint says, dashing a quick hand across his cheek. "Let's do this and get the hell out of here. It's time to go home."

# 84



## Two Vampires, a Witch, and a Werewolf Walk into a Boneyard...

"Where do we start?" Mekhi asks as we gingerly pick our way down the entrance path. Unlike human cemeteries, here there doesn't seem to be any rhyme or reason. Fragments of bones are strewn across every surface—including the path we're walking on. And none of them seems to belong to the same skeleton.

"We need to find a complete bone," Jaxon tells us. "Which doesn't look like it's going to be as easy as we thought it would be."

He, too, looks around at the shards of bones lying everywhere.

Mekhi sighs. "Not to sound like an ass here, but not only do we have to find a complete bone, we have to find one that we can actually get back to Katmere. I mean, these things are huge. And while I know we can carry it together, or Jaxon can use his telekinesis to move one, what exactly are we going to do with it when we get back to school? Most of these fragments won't even fit in our dorm rooms."

He's right, I realize as we get farther into the Boneyard. Most of the dragon skulls alone are at least five feet tall. And the rib and leg and neck bones are way bigger than that.

"Well," Macy adds, "I for one do not want to do that dragon flight again with a giant leg bone in tow. Why don't I work on a spell to open a portal to get us back to school, while you guys search for a bone? I set things up before I left—just have to see if I can get it to work."

I raise my brows. "You can create a portal? Why not one to get us here?"

Macy shakes her head. "I can only create a portal to a place where I have an anchor. I've never been here before, so… But I've got your backs now. So go find a bone before something terrible tries to kick us out of here."

"Nah." Xavier grins. "I think that's the worst of it. In fact, this looks like it's going to be a lot easier than we thought. What's a bunch of bones going to do to us anyway?"

Even Flint's signature grin slides from his face as we all stare at Xavier in shock.

"Dude, did you just jinx us?" Flint asks.

Xavier shakes his head. "You guys worry too much. Trust me. My wolf is super chill, so this place must not have any booby traps or anything. We're good to go. Now, how do we find a bone we can carry that's still solid?"

"Well, some of the tailbones are pretty small," Flint suggests. "At least if you get one from the end of the tail."

"Oh, that's a good idea," Macy tells him. "So we just have to find a tail."

Again, we look around. And again, I'm overwhelmed at the magnitude of the task in front of us. Because, unlike human remains, these dragons aren't grouped by individual skeleton. Bones lay wherever and belong to whomever. Very few of the fragments I'm looking at seem to belong to the same bone, let alone the same dragon.

"I think we need to split up if we have any hope of actually finding something," Jaxon says, and I have to agree with him. This place is massive, nearly two hundred yards wide, with some of the bone piles two stories high.

"Macy and I will take this section over here," Xavier says, pointing to the front right half of the cavern that will also allow Macy to finish creating the portal back to campus.

"Flint and I will take the front left," Eden tells us before heading that way.

"I guess that leaves the back right to Jaxon and Grace," Mekhi suggests to Jaxon. "While I take the back left."

"Actually, why don't Hudson and I take the back right, while you and Jaxon head to the back left," I suggest, and everyone turns to look at me. "Look, he's here whether we want him to be or not, and he has just as much at stake in helping us find a bone. I say we use him."

Jaxon's jaw clenches and unclenches for a few seconds, and I can tell he wants to protest. But some of what I've talked to him about these last few days must have finally gotten through, because he just nods. "You're right," he says before turning to Mekhi. "Let's go." Then they both fade away.

Everyone else gets busy searching, but Hudson is just standing there staring at me. "What's wrong?" I ask.

He shakes his head. "What's going on? You know I can see only what you see, right? I'm not really here, Grace."

Actually, I think I'd forgotten that. The moment we'd shared earlier had seemed so real, so tangible, that I'd genuinely forgotten *he* wasn't. I glance at Jaxon in the distance, wondering what he was thinking when I even suggested this. I'm about to tell him I've made a mistake when Hudson pipes up. "Hey, I think I found one!"

I quickly turn and realize he's pointing at the rib we're currently standing under. It's the size of a house and not something I could even move, let alone lift.

"Great choice." I roll my eyes at him but don't try to fight the half smile turning up one corner of my mouth. "Now, let's see you carry it."

He grins. "You know I'm more like management, right?"

"Yeah, that's what I thought. Come on, let's go find a bone Flint or Jaxon can actually carry."

As we start searching, I think about going over to Jaxon and telling him what happened between Hudson and me. But he and Mekhi are in the middle of digging through a giant pile of bones, and this doesn't

seem like the time. Besides, it's not a big deal. It can wait until we're back at school. Jaxon will just be glad to hear I've made my peace with what happened to my parents.

I turn back to Hudson, feeling lighter than I have in a very long time. "All right, smart-ass," I tell him, "let's see who can find a bone first. And hurry, okay? I want to get out of here before a swarm of locusts decides to suddenly attack us."

Because whether Xavier's wolf senses are chill or not, I know Eden's grand-mère was right. My inner voice is begging me to leave this place as quickly as possible.

# 85

## Dust and Dragon Bones



N ow that I'm focused, I start searching through the piles of bones like a woman on a mission. I'm determined to get this done—while we managed to sneak off campus pretty easily, I'm not so sure we'll be able to get back on with the same ease. Not with the way the Circle is sniffing around.

"What does a dragon tailbone look like anyway?" I ask Hudson as we finally get to the back right quadrant of the room.

"I have no idea," he answers. "My plan is to find any intact bone that we can, period, and get it to the front of the room. If it's small, great, we're out of here. If it's not, then we have a backup in case things go to shit."

"Yeah, good point."

There are a bunch more bones scattered around where we're standing, so I bend down to check them out. Hudson does the same, and it isn't long before we develop a system for searching.

We pick a small ten-foot-by-ten-foot area, and I walk all the way around it as quickly as possible; then we start combing it from different sides until we meet in the middle. If we don't find anything, we move on to the next area. As Hudson explains, he's more looking through my memories than looking at the actual bone piles, but, well, it works.

"You mentioned something in the tunnels, when I was thinking

about the original dragons. I said that was a lot of death just for someone to gain more power, and you said it's rarely all about power." I frown. "But I've met your dad, your *real* dad, in your memories. And it was clear that man *is* driven by power."

Hudson sighs. "I can't believe I'm going to defend that asshole—but his almighty quest for power has a purpose more than just feeding his ego. People don't follow him solely because he's got boatloads of charisma, Grace. His agenda has a thread of truth to it."

I have no idea what he's trying to tell me. I know what it *sounds* like his point is, but no way am I willing to accept that the Hudson I've gotten to know would ever agree with Cyrus there, no matter what Jaxon thought sixteen months ago. "That born vampires are a superior race and deserve to rule? You *agree* with that?"

"Hell no," Hudson barks out, shuffling around to get another view of a pile of bones. "But it is true that it's not fair paranormal creatures have to live in the shadows, always fearful of humans discovering us and trying to destroy us."

I blink back at him, my eyebrows shooting up into my hairline. "But your kind *feeds* on humans, Hudson. Shouldn't we have the right to protect ourselves?"

"Did you enjoy your dinner last night, Grace?" he asks out of the blue. "The pepperoni on your pizza?"

Understanding dawns. "No way. I know where you're going with this, and just no. Even though I can't entirely agree with our right to kill animals for food, there's no way that's the same as vampires hunting down *humans* as food."

He raises an obnoxious eyebrow. "And yet your kind has no issue with the hunting of deer to thin a population, for the good of the whole herd, yes?"

"That's different!"

A smug smile tugs up one corner of his mouth at my outburst. "Of course. 'Cause humans definitely don't have issues with overcrowding or limited resources."

"But— But—" I sputter because okay, maybe he has a tiny point there.

"It's about balance, Grace." He shoves his hands deep into his pockets. "Did you ever consider maybe the Creator had a plan for us, too? That we were created for a reason? That we weren't just some horrible cosmic joke?"

His endless blue gaze holds mine, so many emotions swirling just beneath their depths that I feel like they might pull me under. Because while we've been talking about Cyrus, I know that last bit was really about him. Is that what he truly thinks? That he's a horrible mistake? It's a devastating emotion to witness. But then he blinks and it's gone so fast, I have to wonder if I imagined it.

"Agree or disagree, Grace, that's how Cyrus is able to get so many people to follow him. Leaning in to thousands of years of perceived persecution and fear and anger, telling them humans are to blame for their lot in life, that gargoyles are standing in their way, that even their neighbors could be the enemy.

"Yes, I hate my father. But can you really blame someone for following the devil himself if he promises a better world for their children? Even if it requires walking through a river of someone else's blood?" He laughs, but there's no humor in the deep timbre. "Just because Dad doesn't care about a better world for *his* kids doesn't mean he doesn't believe in the cause. And it definitely doesn't mean he doesn't enjoy being the savior. Because the only thing he likes more than power is adoration."

"Is that why you did what you did?" I ask him. "Because your father twisted you up with his words until you couldn't tell right from wrong? Until you believed what he had to say?" "Is that what you really think of me?" he shoots back. "That I'm so weak?"

"You can't just rewrite history, Hudson," I tell him. "It's not like Jaxon woke up one morning and just decided to kill you. You were planning on exterminating made vampires simply because you don't like them. That's genocide, in case you don't recognize the definition."

Hudson glares at me. "I told you before, I have done a lot of shitty things in my life, and I take responsibility for every single one of them. But I do not take responsibility for that. I stamped out made vampires and others because they were my father's allies, he was building an army, not simply because they were made vampires. They had pledged their allegiance to him and were plotting to wipe out everyone in their way to finally bring paranormals out of the shadows. You have no idea how close we were to a Third Great War. I couldn't let that happen.

"So if you want to come at me for murder, go ahead. I made a horrible decision to stop an even more horrible outcome. But genocide is somebody else's sin, and I am not going to take responsibility for it. Don't be like my brother. Don't judge me until you know both sides of the story."

His words resonate inside of me—not just the ring of truthfulness I could hear when he was talking, but also the vehemence and the indignation and the rage that he can't even begin to hide.

Which leaves me...I don't know where. I mean, I don't believe for one second that Jaxon would kill his brother without being sure that it was the only option. At the same time, though, Hudson has lived in my head for days, and I'm beginning to recognize when he's full of shit and when he's telling the truth.

This latest diatribe of his smacks of the truth.

What I'm supposed to do with this version of the truth, I don't know. And I don't have a clue how I'm supposed to reconcile it with Jaxon's version. Either way, I'm not sure this changes my feelings on if Hudson can be trusted to come back with his powers.

He pauses, then shakes his head with a pissed-off laugh. "Why am I not surprised?" He stands up to his full height, hands on hips, gaze holding mine in its punishing depth. "I know how much you love to lump everyone and everything into just two groups, Grace. Good versus evil. But don't you think it's about time you grew up?"

He shakes his head and leans over another pile I'd looked at earlier. I'm about to argue that I *am* grown up, thank you very much,

and also that I was starting to think maybe Hudson was trying to protect humans with his killing spree—which no one has once considered—when he lets out a celebratory whoop. "I found one!" he shouts, pointing to a bone the size of his arm.

"That's fantastic!" I rush around to look at the bone myself and confirm it's whole and small enough that we can carry it out. "Let's go round up the others."

I pick up the bone and take only a couple of steps toward Jaxon and Mekhi before a pile of bones directly behind us starts to rustle.

"What's that?" I ask, whirling around as my imagination runs wild. Honestly, at this point I wouldn't be surprised if an army of angry pixies flew out of the center of a pile of bones and tried to set us on fire.

"I don't know," Hudson answers. "Stay near me."

I don't bother to point out how ridiculous that statement is. One glance at his face spells out just how clearly he gets it and how frustrated he is by it.

As we head to the front, a second bone pile starts to shudder, bones clacking together in an almost songlike rhythm. An eerie-as-fuck song, mind you, but a song nonetheless.

Hudson and I look at each other, eyebrows raised, then start moving faster as we head to the front of the cavern. And when a third pile of bones starts to rumble, he urges, "We need to move!"

But before we take more than a couple of steps, a giant leg bone falls from the ceiling and crashes into the spot right beside us.

It shatters as soon as it hits the ground in a thundering explosion, bone shards flying like mortar shells in all directions. One slices me right beneath my left eye, and blood starts pouring down my face.

"Fuck!" Flint yells from across the cavern. "A dragon must have just died! I think the Boneyard is calling the bones home."

"You *think* that's what's going on?" Xavier shouts as he grabs Macy's hand and they make a mad dash for the landing pad area where she'd been working on building a portal earlier.

Moments later, the other leg bone falls—about six inches from

where Xavier and Macy had been searching.

"We've got to go," Flint yells. "Now!"

"We can't go now," Eden tells him. "We don't have a bone yet."

"Hudson and I found one," I say, holding up our find as a giant rib bone falls in the back of the cavern.

"Then let's blow this pop stand!" Xavier yells as he and Macy make a beeline for the cavern entrance.

"I'm with them," Mekhi says, right before he fades to the front of the Boneyard—and doesn't stop until he's on the safe side of the entrance.

"Me too," Jaxon agrees just as what I think is a tailbone comes crashing straight down at us.

Jaxon throws an arm up at the last second and uses his telekinesis to send the bone spinning to the back of the chamber. Then does the same again and again and again, as more and more of the tail starts to fall, faster and faster. Flint and Eden are almost at the front now, where Macy and Xavier are standing just outside the Boneyard, Macy wringing her hands as she watches the carnage unfold.

A neck bone suddenly comes flying at Flint out of nowhere, and Jaxon turns and sends it soaring away.

But the split second it takes to help Flint leaves Jaxon vulnerable, and when the next bone comes flying down—an absolutely massive rib bone—he isn't fast enough, or strong enough, to stop it.

At the last moment, he shoves me away as hard as he can, and I end up tumbling butt-first into a pile of bones, just as the colossal rib bone crashes into Jaxon and slams him to the ground hard enough to knock him out.

# 86

## Grace Under Fire



"Jaxon!" I scream, scrambling up from the pile of bone shards he knocked me into in order to save me. My hands and arms are scraped to hell, but I barely register that as I race across the distance between us. "Oh my God, Jaxon!"

"Look out," Hudson snaps, and I pull back just as a giant bone—I'm too close to tell what it is—crashes in front of me and explodes into thousands of fragments that have me dropping the bone and covering my face with my arms.

"Okay, go," Hudson says when it's safe again, and I finish the dash to his brother just as another bone comes flying at me. It's a smaller one, and I brace myself for impact, but it explodes moments before it strikes me.

Bone shards fall everywhere.

Seconds later, the same thing happens to a bone that's about to fall on Jaxon.

I don't know what's going on, and I don't care. As long as bones keep exploding, that means they aren't landing on one of us, and that is something I can get behind.

I drop to my knees next to Jaxon and start trying to tug the bone off him, but it doesn't budge. It's too big, and I'm not strong enough, even when I put my back against it and try to use my legs for leverage.

"Jaxon!" Flint yells and races back toward Jaxon and me.

Mekhi beats him to it—but only by a couple seconds—and then the two of them pick up the bone like it's nothing and send it flying.

But Jaxon is still out, and when I feel the back of his head, there's a giant bump there. Huh. Who knew vampires could get concussions?

All around us, bones keep falling in giant, thunderous explosions. I remember watching this documentary once on World War II and how the soldiers suffered PTSD for the rest of their lives from the experience of surviving mortar fire, and now I get it. I really, really get it.

It starts with the sound of something falling from the sky. Then a quick, desperate look up, only to realize that the sky is vast and the sound could be coming from any direction. So you turn, try to identify the source of the sound as it gets louder and louder, only to realize it could actually be coming from the opposite direction you're looking in and you'll never even see it before the blast hits you.

The sheer panic of not being able to tell from what direction danger is coming completely steals your ability to even try to save yourself. And in that moment, you feel utterly powerless. Utterly vulnerable. Utterly alone.

Surviving soldiers say they would just run blindly toward what they hoped was safety, never knowing if their next step would be their last.

And now I have an inkling of what they went through, and it is the most terrifying experience of my life because of the total and complete inability to guess where the next hit is coming from.

What happened with Lia was frightening, but this is devastating. Completely soul-crushing.

One after another, bones fall from the cavern ceiling, no rhyme or reason, no pattern, nothing. It's utter chaos. As each bone slams into a bone pile, fragments fly in all directions, and before long, Mekhi, Flint, and I are cut all to hell.

Still, no bone has fallen on us, so I count it as a win.

c r u s h

But I know it's only a matter of time. We need to get the fuck out of here—now.

"Can you carry him?" I ask Mekhi. "Just fade to the front of the Boneyard with him over your shoulder?"

"Yeah, of course."

Mekhi grabs Jaxon and fades toward the front of the Boneyard, while Flint and I both shift. Then we take to the air and race toward the entrance.

*"Get moving, Grace!"* Hudson growls as another bone comes crashing toward me.

*I'm trying*, I snap, pushing my wings as hard as I can.

*"Try harder,"* he snaps back. *"Or you'll die in here."*

*Like I don't know that?*

Flint deliberately pulls above me—I think to block me from flying bones, which I hate because it means he's made himself more vulnerable. That knowledge has me struggling to go faster, and we plow through the air, desperate to get to the exit.

But bones are falling in earnest now, from every direction, and shrapnel is flying up every time a bone crashes to the ground. The noise is deafening, and fear is a metallic taste in my mouth. The need to survive is a visceral tug deep inside me, a desperation that claws at me right beneath my skin.

The fact that there is nothing I can do about it makes everything worse. No choice I can make that might make it better, no path I can try that might lessen the gravity of the danger. I have no choice except to pray that I get out of this alive.

So in the end, I do the only thing I can. I take a deep breath and surrender to the lack of control. Let it beat against my heart like a wild thing. And then I just fly.

Flint drops behind me right at the end, and the two of us shoot through the narrowing entrance of the Boneyard—one after the other. We collapse on the ground near the landing pad—where everyone else is waiting...also on the ground.

I can barely breathe. My heart is about to pound out of my chest, and I've never been so exhausted in my life. A glance at Flint, and everyone else, shows they aren't doing much better.

Jaxon is starting to stir on the ground, thank God, and as soon as I can breathe without coughing, I crawl over to him.

"Are you okay?" I ask, smoothing his hair back from his face.

He shakes his head like he's trying to clear it. "Yeah, I think so." Things must come flooding back, though, because he sits up in a rush. "Are you all right?" He glances around, then demands, "Is everyone okay? What happened?"

"You got hit in the head with a bone the size of a house and passed out," Mekhi jokes.

Jaxon looks stunned…and also mortified and furious with himself. "I *passed out*? In the middle of all that? How could I do that to you guys?"

"Umm, you didn't do anything. You got hurt," I answer him. "It happens to the best of us."

"Not to me. It's my job to protect you."

"It's our job to protect one another," I tell him, waving an arm to encompass everyone.

He looks like he wants to say more, but finally he just shakes his head like he gives up. Which is probably the smartest move at this point, since he's dealing with six other paranormals—all of whom are used to holding their own in any given situation.

"It's not that you aren't a total badass," I tell him with the best straight face I can manage. "It's just that we're all badasses."

"Amen to that," Eden says from where she's slumped next to Mekhi.

"And it's a good thing," Xavier says. "Because we're going to have to do this whole thing again tomorrow."

"What? Seriously?" Macy rests her head against her drawn-up knees.

"We didn't get a bone?" Jaxon groans.

"We didn't get a bone," Xavier confirms. "Being under fire from a dragon skeleton changed everything really fast."

"Shit, I had one. I must have dropped it when I fell." Or maybe it's when that first bone almost took me out. I can't remember. All I know is I had a bone and now I very much do not.

Jaxon looks completely embarrassed as he says, "I'm sorry, guys. We dragged you along on this expedition from hell for nothing."

"First of all, you didn't drag us along," Flint says. "We came willingly. So stop beating yourself up. And secondly…" He reaches into his pocket with a wicked grin and pulls out a delicate-looking bone about the length of a pencil. "Toe bones still count as bones, right?"

"Hell yeah, they do!" Eden tells him with a whoop of delight. "You did it!"

"Umm, I think you mean *we* did it." Flint shoves the bone back into his pocket for safekeeping, then reaches down and helps Jaxon to his feet. "And not to sound too much like a giant baby, but can I suggest we get the hell out of here before the next we're-all-gonna-scream-and-die activity begins?"

Macy giggles and says, "I'm with you on that one. Luckily, I've already got"—she pulls out her spell book—"a portal back to school ready and waiting. Before we left, I made sure to do the spell that opens up our dorm room as the other side of the portal, remember? Because honestly, I don't think I could do that dragon ride again, guys."

"I could literally kiss you, Macy," Xavier says, and I can tell my cousin has no idea how to reply…even though she is suddenly all smiles.

# 87

## All the Right Moves



I wake up to Macy dancing around the room with her headphones in. She's still in her pajamas, and I can see a ton of cuts and bruises on her arms and upper back—thank you, Dragon Boneyard—but she looks happy. Really happy, and I don't blame her.

Last night was terrifying, and I'm feeling pretty glad to be alive, too, even though we're both running on fumes after—I glance at the clock—only about four hours of sleep. Maybe that's why, instead of rolling over and going back to sleep, I convince her to switch to her phone speaker and then dance around the room with her.

We're laughing at each other as we shimmy and shake our hips, but it doesn't even matter because we're alive…and because we got the dragon bone.

We. Got. The. Dragon. Bone.

That means we've got all four things necessary to get Hudson out of my head. I mean, yeah, we still have the Unkillable Beast to get through, but we're almost there. Why shouldn't we celebrate?

"Oh, I don't know," Hudson interjects from behind me, sitting up and leaning against the wall on my bed. "Because the Unkillable Beast is going to kill you, perhaps?"

"Hush!" I tell him as I collapse next to him, out of breath as the song ends. Macy plops down on her own bed as well. "Don't be raining

c r u s h

on my parade this morning."

"Is that what I'm doing?" He looks somber, but there's an underlying note of something in his voice that has me narrowing my eyes.

"You're happy," I accuse.

"Excuse me?" Immediately, the tone is gone, replaced by his normal sardonic one.

"You are," I tell him as surprise courses through me. "You're actually happy for once."

He sniffs but doesn't say anything else, which means I'm right. The knowledge only makes me grin more widely. A happy Hudson can only be a good thing.

"Xavier held my hand last night," Macy says, and now she's smiling up at the ceiling she's been contemplating so hard for the last couple of minutes.

"What?" I shoot up in bed. "When?"

"When we were walking back from the Boneyard."

"How did I miss that?" I demand. "I was right there, wasn't I?"

"You were one of the first to go through the portal, with Flint and Jaxon. Xavier and I were walking together at the back and..." She pauses, a dreamy smile coming over her face. "About halfway back to school, he told me to watch out for something in the tunnels and tugged my hand to pull me away. And then he just never let go."

"Seriously? That's great. I mean, if you like him?"

"I do, actually." She rolls over on her bed and hugs her pillow to her chest. "He gives me butterflies. Not like the 'oh my gosh, the most popular boy in school is in my room' butterflies, but real butterflies. Because of *who* he is, not because of what he is."

"Oh, Macy, that's awesome. That's how I feel about Jaxon, actually."
"Really?"

"Yeah. Like it doesn't matter that he's this badass vamp. It only matters that he's Jaxon."

"You certainly know how to kill a mood, don't you?" Hudson

snarks from where he's sitting on top of my dresser. "I think I need a dose of insulin after all that sweetness."

"Bite me," I answer with a roll of my eyes in his direction, and Macy grins.

"If you keep saying that, one of these days I'm going to take you up on that offer," he tells me.

"I'll worry about that after you actually get some teeth," I shoot back.

"Wow. Looks like you don't have that problem," he tells me, all mock hurt. But there's a glint of amusement in his eyes that he doesn't even try to hide. "Maybe I'll borrow some of yours. Sounds like you've got plenty of teeth to go around."

"Yeah, I do." I snap said teeth at him. "My gargoyle fangs may not be as badass as yours, but they get the job done. You should probably remember that."

"I remember everything about you," he tells me, and there's something in his voice, and his face, that has me turning toward him, wanting to ask...I don't know what exactly. But definitely something.

"Okay," Macy says with a groan that breaks the sudden tension between Hudson and me. "Class starts in half an hour, so it's definitely a glamour day."

I smile at her, relaxed and happy for the first time in weeks.

At least until Macy sticks her head around the wall that separates the sink from the rest of the room and says, "Don't forget we have that assembly today."

"What assembly?" I ask as I reach for my uniform skirt and a purple tank top.

"The one where we get the bloodstone, silly." She peeks around the wall that separates the bathroom from the rest of the room. "The vampire king wants to do it with all the pomp and circumstance."

And just like that, my good mood shatters. And so does Hudson's, if the very British curses he's tossing out are any indication...

# 88

## Subconsciously Yours



Several hours later, it's time for art class, and I can't help the bounce in my step. I've been itching to finish the painting I started when I first got back. I still have no idea where it's going, but it's calling to me. And so is the fact that I need a finished product for my midterm grade.

Before I start, I do what I always do. I arrange my tools exactly how I like them, small, fine ones near the front; bigger ones near the back; all the colors of the rainbow right in front of me. And then I start to paint.

At least today I have a picture in my mind of what I want to paint. Before, it was just a desperate drive to get the background colors right. But today...today I have an image. I don't know where it came from or where I've seen it before—or if it's something from the three and a half months I have no memory of—but wherever it's from, it's clear as day. I don't need answers to the other questions yet. Not when I can simply paint what I see.

And so I do, mixing color after color, shade after shade, until all the variations of blue and gray and black and white combine on the canvas in front of me. I layer the shades carefully, one tiny color distinction after another, until they form a picture so tightly painted that one tone is practically indistinguishable from another. Until

trying to get through the painting means unraveling every single shade of every single color.

I work for hours—well after art class is over—until my hands are sore and my shoulders and biceps are on fire. And still I keep going, still I keep painting, layer after layer after layer, until the picture in my head slowly comes to life on the canvas.

Hudson wakes up from a nap in the middle of the painting, and I expect him to argue with me about the right shade of black again.

But he doesn't. Instead, he just watches me with unfathomable eyes...and an oddly gentle look on his face.

When it's finally complete, when I'm finally convinced I've done the picture in my mind justice, I put down the paintbrushes. And nearly weep with the relief that comes from lowering my arms.

I stretch out all the kinks, then close my eyes to give my tired brain a break. But when I finally open them, it's to find Hudson looking straight at me.

"So you remember?" he asks in a tone so tentative that I can't believe it even came from him.

"No." I glance back at the painting, my stomach clenching a little at the idea that I might have *finally* remembered something...even if I can't identify it yet. Even if it's just my subconscious poking at me, trying to tell me something. Trying to get me to do what I so desperately want to do—remember. "Do you recognize it?"

"It's impossible." Hudson shakes his head as if to clear it. "You couldn't possibly have painted this if you don't remember. Not this accurately. Not this perfectly."

"I felt it," I tell him, struggling to find a description that will make sense to both of us. "I don't know how else to describe it. From the moment I've been back, this place has been building in my head until I couldn't *not* paint it. From the moment I picked up my paintbrush, it was the only thing that felt right."

I don't say anything else—there's nothing else for me to say—and for long seconds, neither does Hudson. Eventually, though, he inclines

472                         c r u s h

his head and says, "It's perfect."

"You know where it is." It's not a question, even though my voice is quieter than his.

"Yes," he answers.

My breath catches in my chest, my throat. Finally, I'll know something. Finally, I'll have one memory to hold on to. It's not much, but it's more than I had when I woke up this morning. More than I had when I brushed my teeth or took a shower or picked up my favorite Pop-Tarts in the cafeteria.

But the seconds tick by, and still Hudson doesn't say anything until, finally, I feel like I can't take it anymore. Until I feel like even my skin doesn't fit.

"Are you going to tell me?" I demand, after time has passed and done nothing to alleviate the nerves.

Another silence, this one even longer than the one that came before it. "It's my lair," he answers, and there's a lifetime in those three words.

# 89

## Bend Till You Break



"**D**on't be nervous," Jaxon tells me several hours later as I fiddle with my uniform tie for what feels like the hundredth time. But I can't help it. My stomach's been churning since Macy told me about the assembly this morning. That feeling only doubled when Hudson told me I'd painted his lair from memory, until right here, right now, I feel like exploding.

"Be very nervous," Hudson tells me from his spot lounging against the door. "In fact, maybe you should just call in sick."

Jaxon's phone rings—his mom is calling—and he walks into his bedroom to answer it.

"I think you're the one who's nervous," I answer as soon as Jaxon is out of earshot.

"Umm, yeah. Because, you know, at least two people in that room want to kill you. Probably more." Hudson pauses and thinks. "Yeah, definitely more."

"Well then, it's sad for them, isn't it, that I have no intention of dying today. Or anytime soon."

"Yeah, we'll see," he mutters.

"You need to be a little more positive, you know that?" I'm so annoyed that I say this louder than I intend as Jaxon strides back over to me.

474                          c r u s h

"What did I do?" Jaxon asks, looking very confused.

"That wasn't to you," I explain. "That was to your brother."

"Oh." Jaxon rears back, like he forgot Hudson exists. Or like he can't believe I might be talking to both of them at the same time. Like I haven't done that every day since I made it back to my human form or anything.

"What's he saying?"

"That it's a bad idea to go to this assembly. But he said it about the last one, too, so I don't have a lot of faith in his opinion. Besides, how else are we going to get the bloodstone?"

"There are eight of you," Hudson tells me testily. "You could let any one of the other seven pick it up."

"And let Cyrus know I'm afraid of him?" I shake my head at Hudson. "I don't think so."

"You *should* be afraid of him. And even if you're not, you should act like you are. Anything else will just piss him off."

"Apparently everything is going to piss him off." I put both my hands on my hips. "So why does it matter what I do?"

"You're right, it probably doesn't. Which is another reason why you shouldn't go!" Hudson practically growls with aggravation.

"Why don't you go visit someone else for a while? Bring your doom and gloom there?" I make an obnoxious face. "Oh wait, you can't. That's why we need to get the stone."

He arches a brow. "You know that joke was old the first time you told it, right?"

"Yeah, well, you—"

"Not to interrupt what I'm sure is a scintillating conversation," Jaxon says so coolly that I feel the chill in my bones, "but I thought maybe you might like to talk to me instead of my brother. I mean, since you're actually in my room."

Of course. Because what I need today is for both the Vega brothers to freak out on me, even if it is for different reasons.

"Yeah, well, I wouldn't have to freak out if you would take your

own safety a little more seriously," Hudson tells me. "I can't help you if you won't help yourself."

*I didn't ask you to help me!* I answer in my head so Jaxon doesn't get upset.

"Maybe you should," he shoots back.

"Seriously?" Jaxon says. "You can't stop talking to him for two seconds? I'm trying to have a conversation with you here."

"Of course I can. I'm sorry." I take a deep breath, blow it out slowly. "What do you want to talk about, Jaxon?"

"Has he always been this whiny?" Hudson demands. "Honestly, I don't know how you stand it."

"Stop," I tell him and intentionally give him my back, determined not to engage with him any more right now.

But he's not having it. He walks around Jaxon so I'm facing both brothers now. "I'm only trying to be helpful, Grace. I know better than most just how spoiled Jaxon can be."

*He's not spoiled.* I jump in to defend Jaxon instantly and then realize, almost as quickly, that I've just been totally played. Hudson was trying to get a rise out of me. *You're kind of a jackass. You know that, right?*

"Know it?" He looks down his nose at me in a kind of snooty, kind of playful manner. "I pride myself on it."

*Yeah, but—*

"So." Jaxon looks really nervous. "What do you think?"

"About what?" I ask before I can think better of it.

"You weren't listening?" He looks vaguely homicidal. "You didn't hear anything I said?"

"I did. I just—"

He sighs disgustedly. "What I said was that there's another way to get Hudson out of your head. Besides the spell with the five artifacts."

"Seriously? And you're just bringing this up now?" I grab on to his hand. "What is it?"

"It's fairly drastic—"

476                             c r u s h

"Yeah, because going up against something called the Unkillable Beast isn't drastic at all," I answer, totally deadpan. "Why didn't you tell me earlier? I mean, we already have all four of the necessary—"

"Five," Jaxon growls. "We need five items. There's no way we're bringing him back if he's not human. No way."

I think back to what the Bloodletter said, to what everyone has said about Hudson—except Hudson. Every time I start to think that maybe he's not so bad, I force myself to remember what it felt like to be standing in that assembly with him and be unable to move. "Okay, okay. I know you're right about the whole power thing. So what is this other way?"

Jaxon looks a little sick, and this time he's the one taking the deep breath. Which makes my stomach plummet.

"What is it?" I ask, suddenly a lot more frightened than I was just a minute ago.

"We could break the mating bond."

The words fall like a nuclear bomb between us, the shock and pain of them radiating through me in a way nothing ever has in my whole life—even my parents' deaths.

"I don't— I can't—"

"Holy shit. Exactly how much does my brother hate me?" Hudson whispers.

I take a moment to answer Hudson and...also try to figure out how to breathe. *Seriously? That's what you're asking now? I would assume a lot, since he, you know, killed you.*

"Killing is pretty normal in our world. Trying to break a mating bond? That's unheard of. Mainly because it's literally impossible. Trust me, if it were possible, my mom would have definitely divorced *her* jackass mate." Hudson starts to pace. "This must be some scary-as-shit magic if it can sever a mating bond."

Wow. Okay, then.

I press a hand to my stomach, still trying to absorb the blow of Jaxon's words. And worse, the fact that he brought this up at all.

"So..." I have a million things I want to ask but no idea how to ask them. So I start with the most basic. "You don't want to be mated to me anymore?"

"Of course I want to be mated to you!" he exclaims, and this time he's the one who grabs my hands. "I want it more than anything."

"Then why would you even suggest..." There's a strange ringing in my ears, and I shake my head to clear it. "I thought mating bonds were unbreakable."

"I thought so, too. But I asked the Bloodletter—"

"You asked her? When we were there?" The pain deep inside me gets worse and worse. "When? When she put me to sleep? When she locked me in that cage?"

"No, not then. Of course not." He gives me a pleading look. "It was way before."

Somehow, that sounds even worse. "How 'way before,' considering I was here for a week, then gone for nearly four months, then here for a few days? When exactly did you ask her? And why?"

"I asked her after you first got here and I realized we were mated. I'd nearly killed you with the window... It just seemed like a really bad idea to be mated to a human who might die because of me. So I went to her and asked for a spell to break the bond."

There's so much to unpack there that I don't even know where to start. And for once, Hudson is completely silent, absolutely no help at all. The traitor.

I still can't believe Jaxon didn't tell me up front that we were mated. I mean, I get why he didn't say anything that first day, but why not after the snowball fight or when we started dating?

But I also can't believe he was going to break the bond—without even asking me. He was going to do something so irrevocable, so painful, so terrible, and he wasn't even going to get my opinion on the matter. It would have affected me, too, I'm sure of it, and he wasn't even going to ask?

And now, after we've come so far, he brings up breaking the bond

crush

again because having Hudson in my head is an inconvenience to him? Even though we're so close to getting him out another way? A way that leaves the bond completely intact?

"Did she give you the spell?" I finally whisper, because there's so much to say, I don't know where to start.

"She did," he tells me.

My breath catches. "Seriously?" It feels like he just hit me again. "And you took it?"

"I was scared. I'd nearly killed you. I didn't want to hurt you, Grace."

"Yeah, because this is a picnic." I look wildly around his room. "Where is it? Where are you keeping it?"

I don't know why it matters, but it does. If he knows where it is, if it's right at his damn fingertips…

"I threw it away."

"What?" That's not the answer I was expecting.

"I threw it away the same day she gave it to me. I couldn't bring myself to do it, Grace. To either of us. Not before we'd even had a chance to try. Not without your permission."

I blow out a breath slowly as the pain finally ebbs. It doesn't go away completely, but it slowly dissipates. Because he couldn't do it. He couldn't break what was between us before it even got started, and especially without telling me. That makes a difference. If he could, if he'd kept it…I don't know if I'd ever be able to get past it.

"We're not breaking the mating bond, Jaxon."

"It could starve him. Without the energy from the bond to feed on, he would die quickly, right? I think you'd be okay in that scenario. It's the draining that is slowly killing us all."

His words poke at all my still-tender spots. "And I'd have to sit by and watch him die. While also being traumatized at the loss of my mate."

"You wouldn't lose me. I'd still be here—"

"Just not my mate anymore." I look at him with what I know is my

heart in my eyes and whisper, "Is that really what you want?"

"Of course it's not what I want!" he practically shouts.

"Good. Then don't bring it up again."

"Grace—"

"No." I want to throw myself at him, to wrap my arms around his waist, but I'm still aching.

"I'm sorry." He pulls me close, holds me as tightly as I wanted to hold him. "I was only trying to make things better for you."

"I don't need that kind of help," I answer, even as I wonder if that's really true. If making things better for me is the only reason he brought this up.

"I'm sorry," he says again. "I'm so sorry."

I don't know if it's enough. Honestly, I don't know what would be enough right now, but it's a start. That has to count for something.

"Okay," I tell him, even though I'm feeling anything but. Still, we're out of time. We have to get to the assembly.

Maybe if I just breathe for a little while, the pain will go away. And so will the sense of betrayal that's ricocheting through me.

As I head for the door, I dread having to field Hudson's snark in the middle of all this. But for once, he doesn't make a sound.

# 90

## Fire and Bloodstone



I'm still reeling ten minutes later as we make our way to the ceremony. I tell myself that it's no big deal, that everything is going to be okay—with Jaxon, with the ceremony, with the Unkillable Beast. But how okay can I convince myself things are going to be if Jaxon was willing to sever our mating bond?

Everything feels wrong now, off-kilter. And the fact that Hudson is back to haranguing me definitely doesn't help.

"Which part of *my father murdered every gargoyle in existence* do you not understand?" Hudson demands as we make our way down to the auditorium. "Do you think he killed all of them in secret? He did it right out in the open and dared anyone to question him. And if they did, he killed them, too—or at least discredited them. You think he can't make one silly little girl go away?

"His words, not mine," he hastens to add when I turn on him, infuriated. "I'm just saying, that's what he'll be thinking. It's not true, but that's how he'll see it."

"Yeah, well, that's ridiculous," I mutter and glance up at Jaxon talking to Mekhi.

"Absolutely. But he's a ridiculous man. Evil. Monstrous. But ridiculous. You'll do well to remember that."

He doesn't say anything else, but then neither do Jaxon, Mekhi,

or I as we take the last flight of stairs two at a time. The others are waiting for us at the bottom, looking a million times happier than I feel. Then again, the king probably doesn't want to kill *them*.

"Looking good, Grace," Flint tells me, holding up a hand for a fist bump.

"You're looking pretty good yourself," I tell him, because it's true. All the guys look amazing in their dress uniforms, especially since they get to wear blazers tonight instead of those absurd purple robes.

"Everybody ready for this dog and vampire show?" Mekhi asks as he holds an arm out for Eden. She looks a little surprised at the gesture—I'm guessing the combat boots and kick-ass attitude tend to limit the gallant gestures aimed her way—but then she smiles wider than I've ever seen her.

"Damn straight!" she tells him, taking his offered arm.

Xavier offers his arm to Macy, and she giggles like a schoolgirl before she also takes it. But I can't help grinning at the way she and Xavier keep stealing glances at each other out of the corners of their eyes when they think the other one isn't looking.

"Guess that leaves you and me," Flint says to Gwen with a waggle of his eyebrows.

She looks at him like he's a little strange, but she nods as she gingerly takes his arm. She's doing so much better, but her arm is still badly bruised and cut up.

Jaxon reaches up and smooths my curls off my face. "It's going to be okay," he tells me. "I promise, I won't let anything happen to you."

"I know you won't," I answer as he takes my hand in his. But his words from earlier keep playing in my head.

Sometimes it feels like Jaxon tries to protect me from everyone but himself.

But as our palms meet, I can't help but realize how drained he is. I fed him energy down the mating bond right after we got back from the Boneyard earlier, and he seemed to be doing better, but right now I'm not so sure.

crush

We have to get the last item. We don't have any time to waste.

"So anxious to get me out, huh?" Hudson asks.

*So anxious to get your brother back to normal*, I answer. *It's not the same thing.*

I wait for the obnoxious comeback, and it doesn't take long. "Jaxon doesn't do normal, or haven't you noticed?"

*Says the guy who lives in my head*, I shoot back, fed up with everyone at the moment. *Hate to be the one to break it to you, but he's not the abnormal one here.*

Hudson starts to say something else, but he stops as we walk into the auditorium, which is already half filled with students, many of whom turn to look at us as we start toward the back row of seats.

There's a purple carpet—*a purple carpet!*—lining the walkway up to the stage. It's obviously for us, and I feel completely ridiculous walking down it, even though everyone else seems to think it's totally normal.

Uncle Finn is waiting when we get to the stage, once again fiddling with the sound system. He grins at all of us and goes out of his way to send an encouraging little wink to Macy and me.

Still, there's something in his eyes—they're so serious, despite his smile and wink—that makes my stomach clench.

"Is it too late to run?" I ask, and I'm only half kidding. Something about this just feels off. Jaxon squeezes my hand.

"I told you not to come," Hudson hisses at me. "I told you something bad would happen."

*Nothing bad has happened yet*, I try to soothe, but my heart has started beating out of control.

Even Jaxon looks like he thinks running might be a good option, especially as the assembly hall doors swing open and the members of the Circle come parading up the walkway on the opposite side of the auditorium from where the rest of us entered.

Cyrus heads to the podium with all the pomp and flair of Mick Jagger at a Stones concert. Today he's dressed in a black pinstripe

suit with a purple-and-black tie and, not going to lie, he looks like a million bucks. Of course, his eyes are gleaming like a zealot's, so it takes a little away from the whole picture.

As soon as the other members of the Circle find their seats, he starts the assembly with a, "Thank you, Katmere Academy, for the most exciting Ludares tournament we have ever experienced. It was truly a delight to preside over such an incredible event."

The room falls silent as he looks the audience over, and I'm not sure what's scarier, the serious looks on their faces or the sound of the locks as the doors slide shut.

I swallow the panic rising in my throat as I give the audience a shaky smile. What I really want to do is race down the aisle like a K-pop fan after my favorite idol, but instead I stay where I am as the king turns back to the audience and continues what I now know—what all eight of us now know—is a total fucking farce.

"First on the agenda is celebrating the win of this amazing team up here. They played an incredible game of Ludares, didn't they? That moment when Grace dodged the two dragons was breathtaking. And when she turned one of the dragons to stone?" He shakes his head. "Absolutely captivating."

The audience claps more enthusiastically than I expected.

"So, with no further ado, let's bring them up to accept the special prize donated this year—a bloodstone from the royal collection."

Delilah is also at the front of the stage, though it's clear she plans to let her husband do all the talking today. She's dressed head to toe in white, and she looks chillingly beautiful. Her crimson lips are turned upward in a perfect smile—that appears genuine as long as you don't look at it too closely.

Cyrus motions toward our team at the back of the auditorium. "Can our Ludares winners please come forward together and take a bow?"

The group of us exchanges uneasy glances—but Jaxon squares his shoulders and walks in front, with all of us following behind

reluctantly and single file.

"Take your bow," Cyrus instructs as we come to a stop on the stage, and we do as the audience applauds.

Cyrus walks behind us now and pats everyone on the back as he calls their name. I'm at the end, though, and he stops when he gets to me.

"Grace." Cyrus hands me the box with the bloodstone in it, looking me up and down, and it totally squicks me out. Not because the look he gives me is lascivious—it's not—but because it's avaricious. Like he wants me, but only because he's already figured out how to best use me to serve his interests.

"It's so lovely to meet you," he tells me, coming around to my side and opening both arms in some kind of bizarre facsimile of a social-distancing hug. "My son's mate, a gargoyle." He shakes his head. "It's unfathomable but so, so exciting."

"So exciting," Delilah echoes, and her perfect crimson smile never wavers.

Cyrus continues. "I can't tell you how impressed we were by your performance during the tournament."

"My entire team did very well," I agree.

Delilah cocks a brow in exactly the same way as both her sons do but says nothing.

"So they did. But *you* were their secret weapon. We all saw Grace Foster's performance at the Ludares tournament yesterday, correct?" Cyrus's voice booms through the auditorium and elicits cheers in response. "We saw the amazing things she could do, didn't we?" More cheers.

"But we also saw how vulnerable the poor girl is," Cyrus adds, shaking his head. "We saw her struggle, we saw her dragged across the field by a werewolf, we saw her nearly die between two dragons. Grace, our only gargoyle in more than one thousand years."

*Where's he going with this?* I ask Hudson as he continues to list the many things that have happened to me since my parents died.

"Nowhere good."

Cyrus pauses, and it's like the whole room forgot how to breathe. He turns to his wife and motions her over. "Would you like to deliver the good news, Delilah?"

The queen continues to smile as she walks forward, but it's not a happy smile. It's rigid, brittle, and I wonder how long she can hold it before shattering. Wonder how long she can wear this facade before she breaks completely.

Long enough, I guess, because she doesn't break as she steps forward to take the microphone. As she turns to the audience and says, "It is with the *utmost pleasure* that I share some exciting news."

She faces me, and I don't know whether it's Hudson or me who's more anxious about what she's going to say. Probably me. As her smile grows wider, my heartbeat pounds in my ears so loudly, I'm not sure I'll be able to hear the words.

"The Circle has voted and agreed. King Cyrus and I will be taking Grace home with us to the Vampire Court."

Huh. Turns out I definitely heard that...even though I wish I hadn't.

# 91



*Family Feud* Has
Nothing on Us

"Fuck, no!" Everything within Hudson instantly repudiates his mother's words. Then again, everything inside me does the same thing.

"Don't worry, Grace. I won't let that happen," Jaxon whispers as his hand tightens on mine, but I only vaguely register his words.

I think I'm in shock. My palms are sweaty, but I can't hear my heartbeat anymore. It's pounding so fast, it's just one continuous hum in my head.

"It was a grave and difficult decision," Cyrus takes the microphone back and adds. "But in a four-four decision—with my lead vote breaking the tie—the Circle has agreed that we must take Grace back home to London with us, where we can train her to defend herself, and protect her until she can protect herself."

The audience of students begins to clap at his words, though not as enthusiastically as before, but he doesn't seem to notice or mind. "I know you all care for Grace as we do, and I am so glad you agree that this rare creature, this new hope for our battered world, must be guarded at all costs."

"You can't do that!" Jaxon growls at his father.

Cyrus turns from the mic and tells his son in a low, contemptuous voice, "Stay quiet, boy. You won't like what lies down that

road if you don't."

"I don't care—" Jaxon starts, but he breaks off when I squeeze his hand hard enough to almost break it. Because Hudson is yammering in my head, screaming at me to stop Jaxon, that he has another plan.

Cyrus takes Jaxon's pause as acceptance and turns back to his audience and continues his speech, but I'm not paying attention to what he says.

"Wait," I whisper to my mate. "Just give Hudson a second to talk to me."

"Hudson?" Jaxon asks, his face twisted in disbelief. "You're going to believe *him*? My parents' perfect little minion?"

"It's not like that," I tell him, but when he starts to argue, I hold up a surreptitious hand to stop him.

"Challenge for inclusion," Hudson tells me. "Do it loud and make sure it's on the record."

*Inclusion? What's that?*

"Just do it before they close the assembly. You don't have much time."

"Wait," I shout, and Cyrus turns, a furious set to his normally placid face at being openly challenged.

I take a deep breath. Am I really going to trust Hudson?

"Do you have a choice?" he huffs.

I don't. So I shout out as loudly and as clearly as I can, "I challenge for inclusion."

And the room goes eerily quiet. *Oh fuck. What have I done?*

"The only thing you could," Hudson replies, but he's not looking at me. He's looking directly at his father, a sly smile curving his lips, like he just called checkmate before his dad even knew he was on the board.

"Inclusion?" Cyrus hisses at me with murder in his eyes.

His reaction only spurs me on. "Yes," I say again. "I challenge for inclusion."

"On what grounds?" he demands as the other members of the

crush

Circle start to exchange looks.

*Yeah, Hudson, on what grounds?*

"On the grounds that gargoyles have a rightful seat on the Circle and held one all the way up until their extermination. But don't use that word because it will just set my father off more."

*What? That's what inclusion is? I'm calling for a seat on the Circle? I don't want that!*

"It's that or live in my parents' dungeon forever. I've spent a lot of time down there myself, and I have to say, it's not a place you want to call home."

"On what grounds?" Cyrus thunders again, and when I don't immediately answer, he gives a twisted little smirk and turns back around to face the audience. "Inclusion den—"

"Gargoyles are an equal ruling faction on the Circle by law," I tell him. "Now that a gargoyle exists again, I have the right to representation. And since I am the only gargoyle in existence, I challenge for inclusion."

The other Circle members exchange another look, and some of them—like Flint's parents—are nodding. Even Delilah looks a little pained.

"Do you even know what the challenge is?" he demands.

"It's a…"

"Trial," Hudson supplies.

"Trial," I call out. "It's a test I have to pass." *Oh shit*, I realize. This is what everyone told me about. The reason Ludares came about to begin with.

*What have you gotten me into?* I demand of Hudson.

"It's a trial no one ever takes alone, one that only mated pairs can take," Cyrus tells me. "Therefore—"

"Good thing she has a mate," Jaxon says, stepping forward. "And we challenge for inclusion. Together."

Cyrus looks like he's going to explode and kill us both on the stage, consequences be damned, but then Imogen—one of the witches on the

Circle—stands up. "They should have the right to challenge," she says.

Her mate stands with her. "I agree."

"So do we," Nuri and her partner stand as well.

*It won't be enough*, I tell Hudson. *There won't be enough votes without the wolves.*

"You have a right to a seat by law," Hudson tells me. "It isn't up for a vote."

"By law, a gargoyle has a right to a seat on the Circle. This isn't up for debate. Or vote." I hold Cyrus's gaze and can tell he's debating his next move carefully.

"Fine," Cyrus says, the word crackling with rage and indignation. "Your challenge stands. The Trial will take place two days from now at dawn in the arena."

"Tell him you need more time," Hudson says urgently. "No way can you be ready in two days—"

"I need more time!" I say.

Cyrus shoots me a malicious look and says, "There is no more time. The Circle cannot afford to linger here as long as your heart desires. It is either two days from now or not at all. You choose."

"I guess I'll see you in the arena, then," I tell him.

He nods, his face once again carefully blank. "That you will."

As we leave the stage, the audience seems as mixed up as I feel. Some students are clapping and whistling, while others are whispering behind their hands or actively ignoring us—which is a new experience for me here at Katmere, but one I can definitely get behind.

The fewer people who are looking at me, the better. Especially now.

"Well, that went better than expected," Hudson comments.

"We're fucked, aren't we?" I ask.

Both Hudson and Jaxon reply at the same time. "Definitely."

# 92



## Is It Really a Throw Down if it Makes You Want to Throw Up?

"What did I just do?" I demand as soon as we leave the ceremony and make our way up to Jaxon's tower. Panic is a living, breathing beast within me, making my hands shake and my brain feel like it's about to explode. "What did I just do?"

"It's fine," Hudson says quickly. "You're fine."

"You agreed to compete in the Trials," Jaxon tells me. "Everyone who gets on the Circle has to compete—and win. That's why it's always done as a mated pair, because it's dangerous." He pauses. "It's really dangerous, Grace. And usually deadly. No one has won a seat in a thousand years. Don't you think people have tried to remove Cyrus before?"

"Of course it's dangerous," I answer. "I mean, what exactly about your world *isn't* deadly?"

"It's your world, too," Hudson reminds me, and for once he doesn't sound cavalier. In fact, he sounds concerned, and not in a snide way.

Which, now that I think about it, might be what's freaking me out so much. Well, that and my having just agreed to participate in some twisted paranormal version of reality TV—sudden-death edition.

"And I say you might as well be in charge of it instead of crushed by it," he adds.

"You shut up!" I tell him, and I'm so annoyed that I end up

practically yelling it. Out loud. "You're the one who got me into this mess!"

"Me?" Jaxon looks insulted. "I'm just trying to help get you *out* of this mess."

I don't bother telling him I'm talking to Hudson. Not when I've got enough anger to go around. "By signing up to die with me? I'm glad that feels like helping."

Now he just looks pissed off. "Should I have left you to go it alone when I can help you? We are mates, you know. That's not just in name only."

"Unless you decide otherwise," I snark, and I know it's a low blow, but I'm still hurting big-time from what happened before. Then to add this whole Trial thing on top of it, followed by the fact that the only help with it can come from my mate? The guy who just told me that, for a while at least, he didn't even want to *be* my mate?

It's like rubbing salt in an open wound—followed by a lemon juice and vinegar chaser.

"Okay, look," Macy steps in. "This is bad. No doubt about it. But we have too much to do in the next two days to start sniping at one another. So can we just settle down and make a plan?"

"I'm pretty sure Cyrus already made a plan." I sigh and run a hand through my hair. "And it ends with me in chains or dead."

"Yeah, well, that's not going to happen," Xavier tells me, hands on hips like he's ready to battle now. "Not if we have anything to say about it."

"Can someone tell me exactly what this Trial is that I've just signed myself up for? I know Ludares was based on it, but what exactly does that mean?"

"It's basically Ludares without rules. Or safety bracelets. No-holds-barred, free-for-all till the death," Jaxon tells me. "And instead of eight-versus-eight teams, it's the two challengers against eight champions picked by the Circle."

"So Ludares on steroids?" I ask as a whole new brand of horror

sweeps through me. "And I'm supposed to play by *myself*?"

"With your mate," Jaxon reminds me. "I've got your back, Grace."

I sigh, because as mad at him as I am—and I am really, really mad—I know that's true. Jaxon would never leave me hanging when I need him. Especially not when there's a way for him to help me. It's as I remember this that the last of my anger leaves me. Because Jaxon has always tried to do what is right for me—no matter how misguided—and that outweighs everything else.

"So," I say when I can finally think through the panic. "We have two days to get Jaxon and me in shape for the Trial. Fantastic. Any ideas?"

It's a sarcastic question, but judging from the contemplative looks on everyone's faces, they're actually trying to answer it. So many reasons why I adore my friends.

"Well, I think we should talk about the fact that we have to get Hudson out of your head before you get on that field," Flint says. "Otherwise he's going to keep draining you and Jaxon, and then you'll both lose—and possibly even die."

"He's right," Macy agrees. "We've got to get him out as soon as possible."

"Which means getting to the Unkillable Beast as soon as possible," Jaxon says. "We can't let him out until we have the heartstone the beast is guarding."

"What is it with my brother's determination to die?" Hudson grumbles. "You don't need a heartstone. You just need to get me out so I don't put any more strain on the mating bond. And you already have everything you need to do that."

"Yeah, well, you don't get a vote," I tell him as Jaxon and Flint start arguing over the best way to go about killing the beast.

"Of course I don't. Why should I, when I'm the one most affected by it?" He rolls his eyes.

Ugh. I'm frustrated and freaked out, and the last thing I need is Hudson's martyr complex right now.

"Martyr complex?" he almost roars. "Are you kidding me? I'm the *only* reason you're not in chains bound for my parents' dungeon, and *I* have a martyr complex? Seriously?"

I sigh. "You weren't supposed to hear that."

"News flash. I'm in your head," he snaps and paces in front of Jaxon's bookcase. "I hear everything. Every snarky little thought you have, I know about it. Every fear, I see it. Every random thought is front and center in my brain, so I get that you're afraid. And I get that you don't want to trust me because of what everyone else has told you.

"But could you please, for one minute, just listen to me? Just think this through. I swear, I'm trying to help you. I swear, that's all I'm trying to do, Grace. All I've done since I've come back is try to help you."

I want to believe him, I do. So much so that it surprises me. But I'm scared. I've made mistakes before, trusted people I shouldn't. Look at what happened with Lia.

"I'm not Lia," he tells me. "I never would have asked for this. I never would have even dreamed of putting you through what she did. What happened with her is one of the biggest regrets of my life and if I could take it back, I would—"

"Take what back?" I ask, shocked at how tortured he looks, how remorseful. Usually, those are the last two adjectives I'd ever use for Hudson.

"I made a mistake," he tells me. "I teased her one day, not long before I died. Told her she'd love me forever. I was joking, just playing around, but…" He shakes his head. "I don't get to do that, because my power makes it true. I knew better, but I forgot for one second, and all this happened." He holds his hands out helplessly.

His words make everything inside me sit at attention. Because maybe Lia wasn't as evil as I thought. Maybe she was just one more victim of power beyond someone's control. It's a hard thought to swallow after everything that's happened, so I file it in my "Shit I Don't Have Time For Today" folder and promise myself I'll get back

c r u s h

to it when I have more time.

"I'm trying to fix what I can," he tells me. "I swear, Grace, the last thing I want to do right now is hurt you—or anyone. You just have to trust me. And if you try to kill the beast before the Trial, you're going to die. If not by it, then by the Trial when you drag your broken ass into the arena."

I can feel his despair, feel his agitation, and despite everything, I believe him. More, I realize, I've believed him for a while now.

"That's not true," I tell the group. "We have the four items. We could let Hudson out right now. That would give us two days to recover all our strength and train really hard, so we'll actually have a chance of not dying." I nod. "It's the best option."

"Over my dead fucking body," Jaxon replies, ice dripping from every word he bites out.



## 93

## Betrayal Is a Four-Letter Word

"Best option for whom exactly?" Flint demands, jaw tight and eyes blazing. "Not for the rest of us, that's for damn sure."

"I'm with Flint," Eden says. "We can't do that. We can't let Hudson, with his power of persuasion, out in the world again. We just can't."

"I understand that you're scared—" I start.

"We're not scared," Macy says. "We're practical. We lived through Hudson once, until Jaxon and the rest of the Order finally found a way to bring him down. There's no way we can risk letting him loose again. No way we can justify risking so many people's lives just because it's expedient for us."

"What about risking *our* lives?" I ask. "Going against the Unkillable Beast won't be easy. One of us could die—"

"It's worth it," Xavier says quietly, his voice and eyes as serious as I've ever seen them.

"Dying is worth it?" I repeat flatly. "Seriously?"

"Do you know how many people he killed?" Mekhi asks. "How many wolves and made vampires died because of Hudson? Because he thought born vampires were the most important species on the planet? His gift of persuasion is just too powerful."

"That's not what happened," Hudson tells me, and there's an underlying urgency in his voice. "I told you that, Grace."

A memory of the scene with his father scratches at my mind. *Why does everyone keep mentioning your gift of persuasion but not the fact that you can literally destroy matter with your mind? What about the memory with your dad? No offense, the fact that you can disintegrate things with a mere thought seems even scarier than the persuasion thing.*

"Because they don't know about it. No one does." He sighs. "Well, except my parents. But my father believes the gift is unusable. That his attempts to force it to grow unfettered didn't make it stronger, it made it go dormant."

*Why?*

His impenetrable blue eyes hold mine, not a flicker of emotion moving in them. "Because he ran out of things to threaten that I love."

The fact that he says it so simply, so emotionlessly, only makes it worse. Every word slams into me like a bullet, and I sink down on the couch, slowly bleeding out.

Finally, I whisper, connecting all the dots, "So he thinks when he couldn't make you use it anymore, it just slowly atrophied?"

Hudson nods. "Why do you think he eventually let me leave the Vampire Court and attend Katmere? I was no longer of use to him."

My heart breaks wide open for the little boy in that memory. And for the guy standing in front of me, too. But I don't have time to analyze my feelings right now. I need to convince everyone that the devil they fear doesn't exist.

I don't bother to answer Mekhi. Instead, I plead with the group, "Are you really sure that you've got the full story? I know what you believe, but have you ever stopped to ask why he did what he did? Have you ever stopped to wonder if there was a justifiable reason?"

"For murder?" Jaxon narrows his gaze on me. "You're starting to believe whatever lies he's been feeding you. Grace, you know he can't be trusted."

"I *don't* know that," I answer with a shake of my head.

"What if we bring him back and it turns out he's been planning

to start his evil crusade all over again?" Gwen asks. "How do we live with ourselves?"

"Yes, because that's what I've been doing. Plotting for months on how to destroy the world." He shakes his head. "Who do they think I am? Dr. Evil?"

I ignore him because I know I have only a couple of minutes to make my case or they're going to move on, whether I want them to or not. So I look from person to person and try to explain. "Cyrus was organizing an army of made vampires, and others, to start another war. Hudson was only trying to prevent an even bigger catastrophe. I'm not saying I agree with his methods, but I believe him when he says he was doing the right thing. He only turned Cyrus's allies against one another."

Flint looks like I hit him with a truck. "Are you blaming *my brother* for what Hudson did?" I have never seen Flint really mad before, and as he raises up to his full dragon height, I have to say, I hope I never see it again. He's not threatening me in any way, but yeah. He is *pissed*. "Is he telling you my *family* was aligned with that fucking power-hungry monster?"

"Your brother most certainly was," Hudson replies, but I ignore him. "Had a nasty temper and hated being boxed in by humans."

"That's not what I'm saying, Flint." I try to calm him down. "But I *am* saying there may be more to this story than you know. I believe him. Doesn't that count for anything?"

"You don't know what you're talking about," Jaxon finally chimes in.

*"Excuse me?"* I stare at him. "What exactly does *that* mean?"

"You have Hudson whispering in your head, trying to trick you—"

"You really think I'm that silly? That I don't know my own mind?" I ask.

"I think you're human—"

"But I'm not only human," I shoot back. "Am I? At least, not any more than the rest of you. So why does my opinion matter less?"

"Because you weren't there," Jaxon tells me, and he sounds exasperated. Which is fine with me, because I'm way beyond exasperated at this point. Not that that seems to matter to him. Either because he doesn't know that he's offended me or he doesn't care—neither of which is particularly okay in my opinion. "You didn't see what we saw."

"Maybe not, but none of you has seen what I have, either. Hudson has been in my head for a week and a half, twenty-four seven. You think I don't know who he is now? You think I can't recognize a psychopath when I see one?"

"It doesn't matter if you think he's innocent," Flint says. "The risk is too great. We can't let him have his powers. Who knows what he'll do with them next?"

"So you think we have the right to play judge and jury?" I ask. "I think he deserves a chance."

"The truth is, Grace, it doesn't matter what you think," Jaxon tells me. "Because you're outvoted, seven to one."

I stare at him incredulously for long seconds, then glance around the room to see if anyone else thinks he sounds as autocratic as I do. But they all just look back at me solemnly. Which just pisses me off more.

I take a deep breath, try to calm down enough to be rational. Which is hard when my friends are all looking at me like I'm being ridiculous. Worse, like I'm a non-paranormal.

Though I'm not surprised by their stance. Not really. If I'd lived through what they did, I'd likely feel the same about a new girl at school who wants to set free the psychopath who gives them nightmares. But that doesn't mean it doesn't hurt me that Macy and Jaxon—*Jaxon*—are taking sides against me on something so important.

My heart is breaking, and I'm fighting tears as I finally choke out, "Are you seriously not even going to consider what I'm telling you, Jaxon? Are you really not even going to try to see your mate's point of view?"

Jaxon looks as bad as I feel as he reaches for my hands, pulls them close to his chest. "I love you, Grace. You know that." His words are raw and gravelly, like they're being wrenched from deep inside him. "But I can't give you this. Anything else, but not this." He gazes down at me, and there is a wetness in his own eyes that looks a lot like tears as he continues. "I can't afford to put myself first. Or my mate. It's my responsibility to keep everyone safe. Their lives are in *my* hands. So how can you ask *me* to choose?"

"Because I'm right, Jaxon." I turn to the rest of my friends. "I know you don't believe me, but I am. I know Hudson isn't going to hurt anyone again."

"And if you're wrong?" Xavier asks. "What then?"

"I'm not wrong," I tell him as I turn to Jaxon and lay my final card on the table. "And if I say I won't fly off on Flint's back to this mythical Arctic island with you?" I ask softly. "What then?"

"Then we go without you." Jaxon swallows but holds my gaze. "This is more important than any one person. Even you, Grace."

Pain swamps me, threatens to drag me under, and I don't have a clue what to say. Because there is no way to solve this dilemma, no way to find common ground among us, even though the stakes are death.

Or maybe because they are. I don't know anymore.

I'm not sure I know anything anymore. Except that there really is no changing Jaxon's mind.

Not on this.

Tears slide unheeded down my cheeks.

Poor reluctant prince.

Poor beautiful boy.

I glance around, see the closed looks on all my friends' faces, and realize that I really am outvoted. I really can't change their minds. And if I walk away now, if I refuse to go because I know they're wrong, then I'm lowering their chances of succeeding…and worse, *surviving*, as they face this Unkillable Beast.

The knowledge wounds me like few things ever have, and all I

500                              c r u s h

want to do is scream.

And that's when I hear Hudson deep in the recesses of my mind. *"It's okay, Grace. Whatever you decide, it's okay."*

*You don't mean that*, I tell him.

*"If it gets you to stop crying, then you're damn right I mean it,"* he answers. *"This isn't something you can fix. It's just something you have to endure. Whatever happens next, I promise I won't blame you for it."*

*It's not fair*, I tell him. *It isn't fair what they're going to do to you.*

His laugh, when it comes, is straight out of a tragedy. *"Life isn't fair, Grace. I thought you'd know that better than most."*

*I'm sorry*, I tell him as tears slide down my cheeks.

*"Don't be,"* he answers. *"None of this is your fault."*

The fact that he's right doesn't make me feel better. In fact, it only makes me feel worse, even as I reach up and cup Jaxon's face so he knows that I understand. So he knows that I feel the weight of the world he carries on his shoulders and that I won't add to it. Not right now. Not over this.

"Fine," I whisper, even though I know, deep down, that it's the wrong thing to do. "I'll go with you. But you have to promise me something in return."

"Anything," he answers as his hands tighten on my own.

"If we actually manage to get the heartstone—and survive—you have to promise me that we'll have this conversation again before we use it. You have to promise me that you'll give me one more chance to change your mind."

"You can have as many chances as you want," Jaxon answers me as he brings my hand to his lips. "I won't change my mind, but I'll listen to what you have to say. I'll always at least listen, Grace."

It's not enough. Not close to enough. But it's all he can give me. So I'll take it for now and hope for a miracle.

## 94

## Some Days the Glass Really Is Half Empty



"I've got bad news and more bad news. Which do you want first?" Xavier says the following night as soon as he enters Jaxon's tower where the rest of us have gathered. Unfortunately, there's absolutely no levity in his face as he asks.

"Is that even a real question?" Macy rolls her eyes. "If things are that bad, just tell us."

"Okay, bad news it is, then." He runs a hand over his face, as if bracing himself to deliver the worst. "I was just making the rounds, checking things out. And there's absolutely no way we're getting off campus tonight."

"What do you mean?" Jaxon demands. "We have to get off campus. We need to find the heartstone tonight, or we won't be able to free Hudson before the Trials."

"Yeah, no shit," Xavier answers. "That's why I called it bad news."

"There has to be a way," Flint says. "The tunnels—"

"I was just down there," Xavier answers. "They've got them closed off, with armed fucking guards standing at every single exit."

"Armed?" I ask, startled at the image of weapons here at Katmere. "Armed with what?"

"Magic," Jaxon answers quietly. "It's all they need."

"What about the battlements?" Macy asks. "The dragons—and

Grace—can fly off the towers—"

"Yeah, they've got people up there, too. A lot of them." Xavier slumps down against the wall and says, "We're fucked."

"We can't be fucked," Flint says. "We have to do this, so let's figure it out and get it done."

"That's what we're trying to do, dragon. Do you have any more suggestions, or do you just want to bitch about it?" Mekhi asks.

"I don't see you with any better suggestions, *vampire*. And I was just trying to make a point."

Mekhi snorts. "The point has already been made. So either put up or shut up. We don't have time for any more shit."

Flint holds a hand to his ear, pretends to listen really hard. "And what's your plan again?"

"Can you give us the rest of the bad news?" I ask, hoping to break up the insult trading before we have an all-out brawl on Jaxon's floor.

"What do you mean?" asks Eden from where she's sprawled across the end of the couch.

"Xavier said he had bad news and more bad news." The room goes silent as we all look at him. "So what other bad news is there?" I ask a second time.

"Oh, I heard the Circle called for champions to play in their stead, some of the fiercest warriors in the world, but your uncle Finn threw down. Said if Cyrus had the balls to accept a challenge, then he could damn well fight himself."

The churning in my stomach rises tenfold. I groan. "That's not just more bad news. That's awful, horrible, we're-all-gonna-die news."

Xavier grins now. "Oh, sorry, no, that's *not* the bad news. Apparently the king is scared shitless to meet Jaxon on the field—for good reason—so he still insisted on champions. And your uncle agreed...but they have to be Katmere students."

Okay, yeah, that's pretty bad news. I don't want to fight for my life against other teens. But at least we won't be facing off against Jaxon's parents. Or Flint's mom, who is a complete badass.

"So who did he pick?" Jaxon asks, and he sounds as grim as I feel.

"Cole was the first to agree," he answers, "and he's out for blood... of course."

My stomach drops. Why is it always Cole? I've never done anything to that jerk, at least not intentionally, and he's been gunning for me from the moment I got here. I've never really wished ill on anyone before—except Lia when she was trying to murder me—but I am really sad I stopped Jaxon from finishing Cole off when he had the chance.

Jaxon shakes his head and looks disgusted, and I'm about 99 percent positive he's having the exact same thoughts I am.

But all he asks is, "Who else?"

"He's picked Marc and Quinn as his additional wolves. And—"

"That's three wolves," Mekhi interrupts. "Why does he get three of them on the team?"

Xavier looks at him like he's not paying attention. "Do you know any vamps in the school who think it's a good idea to be on a team whose sole purpose is to let the king take Grace back to his dungeon, thereby separating Jaxon Vega and his mate?"

"Fair point," Mekhi agrees.

"What about the witches?" Macy asks, fingers nervously twisting the bottom of her sweater.

"From what I hear, it's going to be Simone and Cam, for sure. No one knows if it's going to be the witches or the dragons who have a third player, too, so the rumors are flying."

"I knew it!" Macy throws out a hand, and an entire row of books falls off the nearest bookshelf. "The traitor! When I get through with him, he's going to have lice and acne and a serious case of the bubonic plague! He's such a douche. I knew he was pissed when we broke up, but this is seriously gross behavior."

"The dragons are just as bad," Xavier continues. "The two definites are Joaquin and Delphina."

"Delphina, really?" Flint looks a little sick at the thought, which makes my already shaky stomach just flat-out revolt. If it does one

504                              c r u s h

more somersault, I swear I'm going to throw up, right here in the
middle of our meeting. I don't know who Delphina is, but if she can
make Flint look like that, I'm perfectly happy never meeting her.

"And the hits just keep on coming," Eden growls. "Can we get
back to the more pressing issue at hand, though? How on earth are
we going to get out of Katmere if they have all the exits blocked?"

"There has to be a way out they don't have covered," I say. "There
has to be."

"If so, I don't know what it is," Xavier answers.

"Well then, what's even the point of going to school in a magic
castle?" I complain, throwing up my hands.

"There's nothing actually 'magic' about the castle itself," Jaxon
says in a voice meant to calm me down. "Just the people in—"

"Actually, that's not technically true right now," Macy says, sitting
up like her hair is suddenly on fire. "Oh my God, I think I know what
to do!"

# 95

## Second Star to the Right and Straight On Till Siberia



"**W**e're almost there," Macy says as we walk single file down the dorm hallway. Flint, Jaxon, and Xavier are talking loudly and joking around, trying to act like it's totally normal for us to all be wandering the halls together at eleven at night, half of us with backpacks over our shoulders.

It's a good effort, but the truth is, I think anyone from the Circle who sees the eight of us together is going to know there's a problem. Which is probably why the rest of us are walking around like we're scared of our own shadow.

Well, not Eden. She looks like she's ready to punch anyone who glances at us twice. Then again, the more I'm around her, the more I'm beginning to realize that's her normal modus operandi.

My stomach is churning, partly from the fear of getting caught, partly from nervousness over the Unkillable Beast, and partly because Hudson has gone radio silent. He's never quiet, and I know his nerves must be triple mine, 'cause we're either both going to die or half of who he is will no longer exist after today. I refuse to focus on either outcome.

Still, I'm trying not to show how anxious I am, and I think I must be doing an okay job of it, because Jaxon doesn't seem any more concerned than usual—and neither does Macy.

c r u s h

"Okay, we're here," my cousin says as we stop in front of the yellow door leading to her secret passage. She waves her hand in front of the door and whispers the same spell as last time, and then we're inside.

It's just as cool as I remember, with stickers and jewels and scented candles to lead the way. Everyone else seems to think so, too, because—despite the circumstances—there are a lot of oohs and aahs going on.

"I can't believe you kept this place a secret," Eden tells her as she stops to examine a sticker that reads, *Life's a Witch, Then You Fly*. "It's amazing."

Macy shrugs. "I don't know. I found it when I was a kid, and it's kind of always been my place. I used to hide from my dad in here when it was bedtime."

"Well, I, for one, plan on visiting a lot more once we get the Circle the fuck out of Katmere," Xavier says with a wink at Macy. "It's really cool."

"It could use a dragon sticker or two," Eden tells her as we wind our way around one of the twists and turns.

All of a sudden, Xavier leans over and licks Macy's cheek. She shrieks and shoves at him, and a glance around tells me everyone else is about where I am—doubting what we just saw with our own eyes.

But Xavier just shrugs and points at a sticker directly above her head. "I was just following orders."

I move closer and see that it reads, *Get a Taste of Religion: Lick a Witch*, and I can't help it. I burst out laughing. Macy and Eden crack up right after me, followed quickly by the others. Xavier, the giant goofball, looks exceptionally pleased with himself, though I don't know if it's because he managed to get all of us to loosen up or if it's because he licked Macy and didn't get punched.

The last traces of tension are completely gone as we wind our way down the hallway until it dead-ends at a short ladder, right in front of a trapdoor at the top of the wall. "Next stop, planetarium," Macy says as she scoots to the front of the group and climbs up the ladder. Seconds later, she pushes open the door and crawls forward a few feet

before she disappears with a loud squeak.

Xavier bounds up the ladder after her. "Macy? Are you okay?" Suddenly, he falls through the hole, too—though the noise he makes is more of a yelp than a squeak.

The rest of us kind of look at one another in a "who's next?" kind of way, but none of us actually makes a move for the ladder. Facing the Unkillable Beast, sure. Falling through a floor...maybe not.

Eventually, though, Eden rolls her eyes and mutters, "What the hell," right before she charges up the ladder, two rungs at a time. A little more cautious than the other two, she sits on the top of the ladder and slides in feetfirst. Seconds after her head disappears, we hear a soft thump on the other side of the wall, followed by another, louder yelp.

"Think she landed on Xavier?" Mekhi asks, brows raised.

"Oh yeah," Jaxon answers. "No doubt."

Jaxon seems determined not to go before I do, so I climb the ladder next. I slide my feet in first, just like Eden did, then close my eyes and call out, "Incoming," right before I let myself drop straight into darkness.

My feet hit solid wood and not werewolf, thank God, but it's so dark, I can't see two inches in front of my face. I do have the presence of mind to shuffle several feet away from the gaping hole above my head, but after that, I'm left fumbling for my phone as I call for my cousin.

"Right here!" she answers a little breathlessly, and when I finally get my flashlight app open and focused on her face, it's hard to miss the fact that her lipstick is smeared in all the right places. Looks like Xavier found more to lick than just her cheek...

I gesture for her to wipe her mouth just as Jaxon comes through the hole and lands like a cat next to me with barely a sound. Flint slides through after him, whooping like he's on a ride at Disneyland. Then again, when *isn't* he whooping like he's on a ride at Disneyland?

Mekhi brings up the rear, and then—flashlights out—we're

crush

stumbling around, looking for a light switch.

Xavier hits the switch to turn on the giant star dome above us. Suddenly, all the constellations are rotating over our heads and it's strangely cool to be in this room, with these people, as all the stars float by above us.

It reminds me of the night Jaxon first kissed me, when he took me out on the battlements to watch a meteor shower. I glance over at him, feeling all warm and fuzzy on the inside, only to find him already watching me, a soft smile lighting up the hard planes of his face. So I'm not the only one remembering that night.

"So, wanna tell us why we're in the planetarium, Macy?" Flint asks.

She gives him a huge grin. "Well...I was practicing how to build portals with Mr. Badar, our Lunar Astronomy teacher, because I figured we might need one to get back to campus after the Boneyard. Anyway, Mr. Badar was demonstrating how to build a portal leaving campus instead of just returning, and so he built this one..." She holds her hands wide like she's revealing a magic trick. "And he left it up so I could come back and study it!"

"Way to go, Macy." Flint offers her a high five, and now we're all grinning.

"Only thing is that portals tend to move a few inches with the rotation of the Earth, so this one could have moved." She points to a corner in the room. "Last time I saw it, it was over there."

I turn and take a few steps back, so I can see around the telescope to where she's pointing, then scream as I feel myself falling, falling, falling for the second time in less than a week.

# 96

## Get Fanged



No matter how hard I try to right myself as I tumble through the vortex—determined not to make the same mistakes this time—I end up falling out of the sky and flat on my face. It turns out, hitting the ground hurts even more than slamming into the planetarium stage did, and it knocks the breath out of me.

Still, I scoot along the ground, trying to get out of the way of the portal before someone else comes shooting through after me. Sure enough, I still haven't managed to take a full breath before Jaxon lands on his feet nearby. The jerk.

"Are you okay?" he asks, crouching next to me.

I nod as my lungs finally start working again. "One of these days, you're going to need to teach me how to do that without nearly dying," I gasp.

He grins. "I'll see what I can do."

Seconds later, the portal drops Macy out—and she, too, manages to land on her feet. It's a shakier landing than Jaxon's, but that's not saying much, since I'm pretty sure the moon landing was shakier than his.

I look around and realize we're in the forest beyond the cottages. I wish I could see a bit more as I wait for everyone else to make it through the portal. But it's dark and there isn't much to see.

crush

Once everyone arrives, Flint and Eden change into their dragons. Flint lowers his head and I'm just about to climb on the way he showed me—much to Jaxon's chagrin—when we're suddenly surrounded by about twenty Circle guards in their black uniforms—several of whom have partially shifted into their werewolf or dragon forms.

The others—vampires and warlocks—stand shoulder to shoulder with them. And every single one of them looks like they mean business.

"You need to come with us," the vampy-looking one with the most stripes on his shoulder says.

Jaxon steps forward, gives him a sardonic look. "You know that's not going to happen, Simon."

The fact that Jaxon knows his name surprises me, until it registers that these are his father's guards. "The king has given orders that anyone trying to leave campus be detained and brought to him immediately," the guard responds.

"My father doesn't get to make those decisions at Katmere and you know it, Simon. The Circle doesn't run this school."

Jaxon takes another step forward, angling his body so that he's blocking as many of us from the guards as he can manage, while also keeping me firmly behind him.

"Yes, but I take my orders from your father, and I will follow them. He thought you and your mate might be too afraid to show up tomorrow, so we've been on the lookout for you all night. And here you are." He doesn't finish the sentence with *like the cowards you are*, but his voice says it for him.

"We're not running away," Jaxon tells him in the most reasonable tone I've ever heard from him. "We're out here practicing for the Trials tomorrow. My mate was nervous and wanted to do one more practice session."

"Well then, I'm sure the king will understand when you explain it to him." Simon grins coldly. "But you will be explaining it to him. Tonight."

His voice is sharp as steel and filled with resolve, but that's not

what has my breath catching in my throat and my blood turning to ice.

It's the malice in his eyes—it's obvious he's been looking forward to this for a long time, and he isn't going to be talked out of it. Which means we're about to be hauled in front of the king before we get the heartstone, or we're about to put up a fight. Either isn't optimal right now, especially not this close to the school and the hundred or so other guards the Circle brought with them.

*"You need to shift."* Hudson's voice comes, loud and urgent, from deep inside me. *"There's going to be a fight, and you're way too vulnerable as a human."*

*If I shift now, I'll take any element of surprise away from Jaxon.*

*"Jaxon can handle himself and so can the others. If you don't shift now, it will be too late."*

My friends and I talked about this the other night, what to do if we ended up getting caught on school grounds. Jaxon was adamant about us leaving him, but now that we're faced with that decision, there's no way I can do it. A glance at the others' faces—especially Mekhi—tells me the same thing. None of us is going anywhere without Jaxon.

And so I do almost what Hudson suggests. I reach for the platinum string and hold it gently in my hand. I don't close my fist around it quite yet, but I prepare myself to be able to in a split second.

*"Shift, damn it!"* Hudson is frantic now. *"You don't know my father. You don't know what he's capable of—"*

*Can you please be quiet?* I urge. *I can't hear with you shouting in my head. Just give me a minute to think, will you?*

"Simon, we both know this isn't going to end well for you and your little band of misfit toys." Jaxon's voice snaps like kindling. "Which means you've got two choices. You can go on your way and pretend you never saw us out here practicing." He holds up his backpack as proof of our late-night practice routine. "Or you can get your ass kicked. Now, I don't care which one of those you choose, but it is going to be one of those two choices. So take a minute, talk it over, and let me know what you guys end up deciding."

crush

A couple of the other guards laugh, a sound that's immediately quelled when they find themselves the object of Jaxon's own ice-cold stare. Though, to be honest, I'm shocked they can even meet his gaze. I'm his mate, and if he ever looked at me like that, I would *die*.

At first, it feels like they're going to back down. A couple of the guards shift their feet; a couple others look anywhere else but at Jaxon. And still others—warlocks, all of them—lift their hands away from their wand holders, a clear sign that they aren't looking to get in a full-on battle tonight.

But then something happens—the crack of a twig in the forest, a sudden movement from Flint behind me in his dragon form, a slight shift of Jaxon's feet so he could block me just a little more completely. I don't know—I'll probably never know—but out of nowhere, one of the guards at the very edge of their circle leaps straight at Mekhi, shifting in midair.

Jaxon shoves me into Flint—for protection, I think—and then moves to intercept the guard, but Mekhi is on the other side of the group, and the split second he took to shove me into Flint cost him. Worse, it costs Mekhi, as Jaxon is half a second too late as the guard sinks his werewolf teeth straight into Mekhi's throat, going for the jugular.

## 97

# Another One
# Bites the Dust



**M**acy screams as Jaxon rips the wolf off Mekhi's throat, and for one second, two, time seems to stand still. And then all hell breaks loose.

Mekhi drops to his knees, clutching his throat, as blood pours onto the ground around him.

I'm desperate to reach him, but every time I try, Flint wraps his tail around me—my own personal dragon armor—and holds me tight even as he shoots fire straight at the contingent of guards rushing toward him.

But I'm not weak, human Grace anymore, and while he is busy par-broiling one of the werewolves, I grab hold of my platinum string as tightly as I can.

"Get to Mekhi," Hudson urges. He appears behind me as the shift comes over me. "We can still save him, but it has to be now."

I don't question him—not about this and not when time is so precious. Instead, I shoot straight up in the air to disentangle myself from Flint's tail.

He's either too busy to notice or he trusts gargoyle Grace in a way he doesn't trust my human form. Either way, he doesn't come after me as I fly straight up, high above the melee.

Blood and destruction are everywhere—broken branches litter

514                              c r u s h

the ground, several trees are either uprooted or on fire, and people and animals are locked in hand-to-hand combat or lying dazed and injured on the ground.

A quick scan of the area shows that Mekhi is the only one of my group who is injured, thankfully. I race to him, dropping into a crouch beside him and shielding him with my wings as the fighting continues to go on around us.

Out of the corner of my eye, I see Jaxon trying to get to us, but guard after guard is grabbing on to him, fighting him, trying to tear him apart. They aren't having much luck—my mate is way too powerful for that—but they're slowing him down, and every second they cost him could cost Mekhi his life.

"No, it won't," Hudson tells me. "We've got this."

"How?" I ask even as I press a hand to Mekhi's throat in a vain effort to stop the bleeding. I'm willing to do whatever he wants but unsure of what we *can* do. Mekhi's already lost so much blood. I know he's not human, but I can't believe he's got much time left.

"Break off a piece of your stone," Hudson tells me.

"A piece of my stone?" I repeat, glancing down at myself and the thick, heavy pieces of stone that make up my entire body now. "How do I do that?"

Mekhi gasps and clutches at me, his hand wrapping around my arm and squeezing hard. At first I think he's trying to break the stone off me, but then I realize he's shaking his head, mouthing *no, no, no* as he grows more and more sickly looking.

"I have to, Mekhi," I tell him. "You'll die if I don't."

He shakes his head again, continues mouthing *no* to me, even as he runs out of air and starts to be strangled by his own blood.

"I don't understand," I tell Hudson, close to tears as I try to find a balance between what Mekhi wants and what I know is the right thing.

"It's because you're Jaxon's mate," Hudson says grimly. "He knows you're going to be queen one day and, close friends or not,

he can't allow you to sacrifice a piece of yourself for him. It's an etiquette thing, ancient rules that don't matter until we get to a situation like this."

"Fuck ancient rules," I spit as I reach up and break off a piece of my horn. God knows I hate the damn things anyway.

Mekhi's eyes widen, but I lean down and whisper, "I won't tell if you don't. Now, shut up and let me do what I can before it's too late." I turn to Hudson. "Tell me what to do. Please."

"Cup the stone between your hands," he tells me, "and let me do the rest."

I don't know what he means, but now isn't the time to argue, so I do as he says. Seconds later, I feel a strange heat running down my arms and through my fingers.

A few seconds after that, Hudson says, "Okay, that's enough."

I lift my hand to find a fine stone powder cupped in my other palm. I want to ask how he did it—because I know, deep inside, that this was Hudson and not me—but there's no time. "What now?" I beg.

"Pour it across his throat, covering the wound. Then hold your hand over it until you feel it set."

If someone had told me an hour ago that I would be pouring stone into an open wound as a means of healing someone, I would have told them they were out of their ever-loving minds. But every hour in this world brings something new and exciting and terrible, and apparently right now is no different.

So I do what Hudson tells me and pray the whole time that I'm not making things for Mekhi a million times worse.

"Hold his throat," Hudson tells me as soon as the last of the ground stone falls into his cut. "Don't let go until I tell you."

I nod. "Okay."

All around me, there are horrible noises. Battle noises. People screaming, the squish of flesh as bodies batter against each other, the roar of dragons and howls of enraged wolves. I want to look, want to

make sure that Jaxon and Macy and Flint and Eden and Xavier—that all my people—are okay.

But Mekhi's eyes are wide and afraid in a way I've never seen from him before, and there's no way I'm looking away, even for an instant. No way I'm leaving him alone in this for one single, solitary moment.

And so I lean down and whisper all kinds of things to him. Things that make no sense to me, let alone him, but that bind us together with their extreme lack of importance and their utter humanity at the same time.

Things like how much I like his locks, and how I think he and Eden would make a good couple, and how much I appreciated his friendship my first couple of weeks at Katmere. And also what my favorite vampire movie is—*The Lost Boys*, obviously—and why being a gargoyle is the strangest feeling in the world.

Finally, after what feels like hours but is probably only three or four minutes, I feel the heat under my hand start to dissipate. Mekhi's eyes go wide, and suddenly he takes a long, deep breath for the first time since I landed beside him.

"You did it," Hudson tells me, and there's pride in his voice as well as something that sounds an awful lot like awe.

"I did it?" I repeat, a part of me unable to believe that this bizarre act might actually have worked.

"Take your hand away," he says, and I do, astonished to see that where a gaping wound was only a few minutes ago, there is now only smooth, sleek stone.

"According to the books I've read on gargoyles, the stone patch-up won't last forever," Hudson continues as I reach down and pull Mekhi into a sitting position. "But it should last more than long enough for him to get himself to the infirmary to be looked at."

I grin as I tell Mekhi what Hudson said, finally allowing myself to hug him now that I know my handiwork won't fall apart in the next two minutes and take Mekhi with it.

But Mekhi shakes his head as soon as I mention getting him to the infirmary. "No way!" he grinds out in a voice that's both lower and rustier than his usual tone. "I need to go with you. The plan—"

"Screw the plan," I tell him as Jaxon finally shows up beside us. He's a little bloody and a lot bruised, but he's alive and in one piece and that's good enough for me. "You're going to the infirmary."

"Damn straight he is," Jaxon agrees. And so do the others as they gather around us, too.

And that's when I look up and realize that despite insurmountable odds, we've won this round. The entire contingent of Circle guards is lying on the ground in various states of unconsciousness or injury, and every single one of my friends is still standing. Except Mekhi, obviously, but he's alive and that's more than good enough for me.

"We need to go," Eden urges. "They won't be down for long, and they've probably already called for help. If we have any chance of actually getting out of here, now is the time to go—before reinforcements show up."

Her nose starts bleeding as she talks, and she wipes the blood away with the back of her hand.

"But we have to get Mekhi to the infirmary," I protest. "We can't leave him out here alone."

"There's no time," he tells me. "I can hear them coming."

"We all can," Xavier agrees. "We've got to go, Grace."

I turn to Jaxon. Surely he gets that we can't just leave his best friend here in the middle of this mess. But he, too, is shaking his head. "We're out of time, Grace. It's now or never."

I want to say never, but I know I can't. Not now that we're so close.

"I'm strong enough to fade because of you, Grace. Now, go." And just like that, Mekhi's gone, fading into the forest.

"Let's go," Flint says grimly, and then he's shifting back into his dragon form. I shift back to human at the same time, and now,

Jaxon doesn't wait for me to climb on under my own power. Instead, he all but throws me on top of Flint and climbs on right behind me.

Next to us, Xavier and Macy are climbing onto Eden.

And then we're off—bruised, bloodied, battered, but not broken (yet)—in search of a monster that absolutely no one has ever been able to kill.

Piece. Of. Cake.

## 98

## Fly by Night



"We have a problem," I tell Jaxon about ten minutes into our flight.

"I know," he agrees but then doesn't say anything else. Nothing at all, even though I wait several more minutes.

"Are we going to talk about the problem?" I finally ask, not because I'm trying to be obnoxious but because I really think we need time to plan. And yes, we've got a couple-hours flight ahead of us, but who knows how long it's going to take to figure out what we're going to do now that our plan is down a person. And not just anyone—one of the most important people, considering Mekhi's power is hypnotism.

*"You could still turn back, you know,"* Hudson says quietly in the corner of my mind.

*You know he won't listen. So if you aren't willing to help, just go back to sulking and let me figure out what to do.*

*"I wasn't sulking earlier,"* he tells me, then seems to think better of it. *"Okay, yes, I was sulking, but I'm over it."*

*Glad to hear it. But seriously, any suggestions on how we can do this now that we're down to six people?*

*"Besides turning around?"*

I purse my lips at him in annoyance. *Yes. Besides that.*

*"Well then, I go back to my idea from the other day, which is to*

c r u s h

*tell you not to try to kill the beast.”*

*I already told you we're not going home.*

*“I'm not saying you need to go home. I'm talking about going in there and attempting to have a conversation with the Unkillable Beast before you try to kill it…and lose.”*

*You don't know that we'll lose,* I tell him.

*“Oh, you're all going to die a most horrible death. You really think six high school students, no matter how powerful they are, are going to just waltz into a cave and defeat a beast that lore claims people have been trying to kill for two thousand years?”* He laughs in my head, but there's very little humor in the sound.

*Well, what are we supposed to do? We need this heartstone it's apparently protecting. How else are we going to get it if we don't kill it?*

*“Honestly? I don't know.”* He shakes his head. *“But I do know that going in, powers blazing, is only going to piss it off. And I don't want to see that happen—to any of you.”*

*And going in with our hands up isn't going to get us killed, too?* I shake my head.

*“I don't know. But I do know not every monster is what they seem.”*

His words hit home, probably because I know he's not just talking about the Unkillable Beast.

I don't know. I don't know what to think. I don't know what to believe. I sure as hell don't know if he's right. We aren't even sure if this monster can communicate. And what if the time it takes to try to reason with it is all it needs to kill my friends?

My cell phone goes off in the middle of my mental debate, and it's Macy texting me, because obviously she and Xavier are having the same conversation that Hudson and I are having—and that Jaxon is currently avoiding.

**Macy:** Any ideas?

**Me:** None

**Macy:** Yeah. Us either

*“You know I have a dozen other ideas, too, right? Virtually any*

*idea I come up with will be better than my brother's plan to just go in, guns blazing, and kill a monster with 'unkillable' literally in its name.*"

He accompanies his last statement with a massive eye roll and I can't help taunting him a little. *Careful, you keep rolling your eyes like that and they're going to get stuck that way.*

He snorts. "*I should be so lucky. At least then everyone will know how I really feel.*"

I laugh despite myself. *You're what my mother would have called a "piece of work," you know that?*

"*Yeah? Because you're what my mom calls 'dangerous.'*"

I think back to my meeting with the vampire queen and answer, *I'm pretty sure your mother doesn't think there's anything dangerous about me.*

"*That's where you're wrong,*" he tells me. "*Both my parents are terrified of you. If they weren't, they'd be back in jolly old London right now.*"

Before I can ask what he means by that, Macy texts me again.

**Macy:** X says we need a new plan

**Me:** No shit

**Macy:** How do we get into the cave?

**Macy:** If Mekhi isn't around to hypnotize it, how do we distract it?

**Me:** Get a banjo and dance the hula?

**Macy:** You aren't Timon or Pumbaa and this isn't the Lion King.

She follows it with an eye-roll emoji.

**Me:** I know that. I meant YOU

**Macy:** I'm not Timon either. And I'm sure as shit not Pumbaa

Now it's a string of eye-roll emojis, which makes me laugh. If Macy and Hudson are rolling their eyes at me like that, then I must really be on a roll tonight.

I start to say as much to Hudson, but Jaxon finally stirs behind me. "We need to set a trap," he says.

"What do you mean, a trap? Like a *bear* trap?"

"Something a little less gruesome, hopefully," he answers. "But

don't you think that's our best bet? Home-turf advantage is a real thing. You never attack on your opponent's home turf if you can avoid it, because it's the territory they're most familiar with and therefore most able to defend."

"And also because it's the territory they're most likely willing to die to defend," I add, thinking back on everything I've learned in history class through the years.

"Exactly. Now, we don't have the time or the resources to lure the monster off its island—so that's out. But we *can* lure it out of its comfort zone, away from its cave or wherever it's living." He pauses, and I can practically hear the wheels turning in his brain as he continues to plot.

Suddenly, I feel bad about turning to Hudson earlier when I thought Jaxon just wasn't going to engage with the situation. I should have known better—no matter what he says or does, Jaxon has always made my safety and everyone else's a priority from day one. And that includes making sure we have the best shot he can give us against an unkillable monster.

"When we had Mekhi," he continues, "it was okay to take it at its home because we could manipulate the odds with Mekhi's ability to hypnotize, but with him gone…it's just too risky."

He shakes his head, then focuses on me instead of the horizon. "What do you think?

"*I think it looks like baby brother is finally starting to use his brain for once,*" Hudson comments. "*I'm impressed.*"

I ignore the sarcasm of that last comment and focus instead on the realization that I have the two most powerful vampires of my generation currently focused on solving the same problem at the same time. Surely that's enough to get something important done.

"I think it sounds like the beginning of a plan," I say as I text Macy what's going on so she and Xavier can get in on the planning session. "So what do you think we should do first?"

"*Hopefully not die,*" Hudson replies, and I have to admit, he's summed it up nicely.

# 99

## With Baited Breath



We finally arrive at the island and realize it's not an island as much as a volcano, partially sticking up out of the ocean. There is a huge crater at the top, but its craggy sides jut straight into the water. Which means, the monster must be inside the crater...and there's nowhere to land except inside the enclosed space the beast calls home. I can't help but shake the feeling this is about as ridiculous as fighting a tiger at a zoo—in *his* cage.

Flint and Eden circle the opening several times, but all we can see from this height, with the bottom of the crater hundreds of feet below the opening, is surprisingly dense forest areas and huge piles of boulders. But no Unkillable Beast.

A thought suddenly occurs to me. "Did any of the books or databases say how *big* this beast is supposed to be? Should we even be able to see it from the sky?"

Jaxon leans forward so I can hear him over the wind rushing past us. "The stories vary, but most of them say it is massive. Several stories high."

"Then why can't we see it?" An uneasiness creeps into my bones as we both stare down into the crater again and still see nothing but trees and rocks. Everything in me says it's a very bad idea to land inside this crater. We need to turn around. Now.

c r u s h

"Let's go ahead and land!" Jaxon shouts to Flint, and my stomach pitches as Flint swiftly moves in for a quick descent.

I start to beg Jaxon for us all to turn around and go home, but he squeezes my waist and says, "Everything's going to be okay."

I've never wanted to believe anyone more in my life.

By the time we touch down inside a clearing in the crater, it's at least three o'clock in the morning, when everything is completely still and quiet. Normally, I like being the only one awake in the middle of the night—there's something about the silence that usually speaks to my soul.

But here, on the Unkillable Beast's island off the north coast of Siberia, the stillness just feels eerie, in the most disturbing way. I know it's probably just me projecting my own fears on an innocent, nearly uninhabited island, but the truth is, from the moment Flint lands on the soft, moss-covered strip of land, I know something is very, very wrong. It's like the island is speaking to me.

I almost laugh at my silliness. Of course the island isn't *trying to tell me something.* And so I ignore the voice deep inside warning—no, begging—me to leave.

Instead, I remind myself that the voice wasn't particularly happy about the Boneyard, either, and that turned out okay. Besides, it's not like my friends are about to change their minds now, so I try to shake off my uneasiness as I step away from Flint and Jaxon so Flint can shift back to his human form.

Hudson is walking around the edge of the forest about twenty feet away, trying fruitlessly to peer into the darkness. I think about reminding him that if I can't see in there, he certainly can't, but I know he's just trying to occupy himself doing *something.* He feels as antsy as I do.

Xavier, Macy, and Eden join us a few seconds later, and under the dim light cast by Macy's wand, we start to search the crater for the den of the Unkillable Beast. We may not have any plans for going in there at the moment, but it's pretty hard to lure someone or something

someplace if you don't know where the starting point is.

But the more we explore the interior of the crater, the more apparent it becomes that the place is enchanted. It's March, which means the temperature on one of these islands should range anywhere from fifteen to forty-five degrees, depending on the day and the kind of winter/spring we're in store for (thank you, Google). And while it definitely felt about thirty-five degrees at the opening, the area inside the crater is a near-tropical climate that has me sweating inside my many layers of clothes.

So yeah, definitely magical is the consensus, and that's before we discover a waterfall and hot springs that seem to appear out of nowhere and cast an eerie light within the crater. It's like the water itself is enchanted, its soft blue depths glowing so brightly, the entire area is lit like early morning, revealing trees, tall and green, with big, strangely shaped leaves that look more like they belong on a tropical island than this close to the Arctic Circle. Hibiscus and bromeliads envelop the forest in their sweet scents, and giant boulders are scattered randomly around the nearby clearing.

"This is where it lives," Jaxon says as we walk closer to the water, even as he keeps his eyes peeled for the monster.

"How do you know?" I ask.

"Where would you choose to live?" Jaxon counters. "In the pitch-black forest on the other side or near this glowing hot bath and fresh water?" He motions with his head just past us and grins. "Also, there's a cave on the other side of the waterfall."

"What do we do?" I ask, my gaze fixed on the waterfall now.

"We back away slowly," Xavier whispers. "And try to figure out what trap we could possibly set."

"Obviously, we need bait," Eden tells him as we move back toward the dark forest, to hide in the shadows and plan. "Really good bait."

"What kind of bait?" I ask even as the voice inside me whispers over and over, *Leave.*

"I'll be the bait," Xavier volunteers. "Once we decide the best

c r u s h

place to set up the trap, I can go in and lure it out. No way is it going to put up with having some interloper in its cave."

"But we don't even know what the beast looks like yet," Macy complains. "What if it's small and faster than a wolf? Or is twenty feet tall with eight long, octopus-like arms that you can't avoid?"

I know she was just offering some extreme examples, but I find myself nodding to each one. They all sound plausible to me right now.

"We just have to lure it out of its cave and keep it trapped or distracted," Xavier reminds us as we start looking around for a good place to set our trap. "The heartstone is probably kept right at the back of its cave where the Unkillable Beast can protect it."

Hudson catches my eye and mutters, "And this is your genius plan? To catch a beast when you have no idea what it looks like or what its powers are? And when you have no idea if your trap is the right size or strength of magical constraint? And you thought *my* idea was out there..."

I roll my eyes at him but turn to the group and ask, "Do we have any idea what this beast is? How big it is? How strong it is? If it's magical? I mean, how could we possibly know what kind of trap will keep it, well, caught?"

"It's obviously got to be magical," Macy says. "There's no other way to be prepared for whatever comes barreling out of those caves after us."

Everyone nods. Makes sense, I guess.

"Yeah, but what are we talking about here?" Eden says. "A spell? And if so, which one?"

"I could fry it," Flint suggests with a grin. "Pretty sure it wouldn't come back for more after that."

"Yeah, but what if it's wearing the heartstone and you fry it, too? What are we going to do then?" Macy asks. "Whatever the trap is can't be that violent."

"So you want to give the Unkillable Beast a chance to get a second wind?" Flint asks incredulously.

"No. I think I should put it to sleep," Macy suggests. "I have a spell for that, and I think it will work."

"You *think* it will work?" Eden asks, both brows raised.

"Well, I can't guarantee it, since I have no idea what the Unkillable Beast is, but yes. It should work. I looked it up on the way here, just to be sure."

"And if the sleep spell doesn't work?" I ask tentatively, not wanting to set Macy off, but not wanting to be caught without a backup plan, either.

"Then I say Flint freezes it. Xavier and I discussed it on the way here, and it seems like the best move," Jaxon volunteers. "It won't fry any stone the beast might have on it, but it will give us a couple of minutes to think things through once we know what the beast is and what it can do. Acting is always better than reacting, anyway."

Hudson snort-laughs at this. "The day my brother thinks first, then leaps second, I'll eat my shorts."

*You're not wearing any shorts*, I remind him.

He turns and winks at me. "Why, Miss Foster, have you been peeking?"

I know he's trying to distract me; he must sense my nerves are about to snap like a piano wire, but I blush all the same. *You're obnoxious.*

He simply bows at me before turning back to the half-baked plan we're currently cooking.

"So where are we setting up?" Xavier asks, looking around. "The beast'll be coming out along this path, right?" He points to the broken stone path that leads around the water's edge and then straight across the lake, with large, flat boulders, to meet the waterfall. "So how far out from them do we want to bring it before we spring the trap?"

"Not too far," Eden suggests. "We need cover, and there isn't much except this forest once you get away from the clearing."

"I agree," I tell them, thinking back to playing paintball with my dad as a kid and all the lessons he taught me about ambushes. Now

crush

that I think about it, I can't help but wonder if he knew I would need the information someday. Maybe not to fight an Unkillable Beast but because he came from this paranormal world and he knew just how dangerous it was.

"Flint should hide up there." I point to a small ledge a quarter of the way up the inside of the crater wall. "You can still reach the beast if you shoot ice from there, can't you?" I ask.

He measures the distance with his eyes. "Yeah, I should still have reach."

"Good. And Macy needs to be closer—"

"How much closer?" Xavier asks, and he doesn't look happy.

"As close as I need to be," she answers him with a glare before glancing around. "If it's coming down this path, I can get a really good shot at it if I'm sitting in that tree." She points to a huge coniferous tree about thirty feet away from the waterfall.

Xavier looks like a thundercloud at the very thought, and I have to admit, having her that close to the walkway doesn't make me feel particularly good, either. I mean, if the beast can jump, it could be on her in seconds, and there's nothing we could do to stop it.

"I'll be fine," Macy says, as if reading my thoughts.

"Maybe we should rethink—"

"I'm doing it," she tells me as she jogs toward the tree. "Besides, no guts, no glory, right?"

"The saying could also go, no guts, no terrifying death," I tell her.

She turns back just so I can see her roll her eyes. "I can do this, Grace. You need to trust me."

She's right. I know she's right, and still it's hard for me to watch her swing herself up into the tree and then find the branch with the heaviest foliage to hide on.

"I think we should have Eden as backup, too," Jaxon says as Flint gives me a quick wink before flying up to the ledge we decided on.

"I'm not sure how much help I'll be," she comments. "I only shoot lightning. If I aim at the beast, I *will* electrocute it."

"Which is why you're going to be Flint's backup," Jaxon tells her. "Worst-case scenario only."

"I can do that." She glances around. "Where do you want me?"

"Probably as close to the mountain as you can get," I tell her, "but on ground level. That way if Macy and Flint miss, you can come in behind him and do what you need to do."

"How about over there?" She points to a small alcove carved into the actual mountain that's only a couple of feet from the entrance.

"That's really close." I look around for someplace else. "How about something a little farther away?"

She grins at me. "Don't worry, Grace. I got this."

"I know you do, but—"

"Don't worry," she repeats. "Just make sure you don't get eaten, okay?"

"Yeah." I smile sickly. "That sounds like a plan."

When all three of them are in position, Jaxon looks at Xavier and me. "Ready?" he asks.

Not even a little bit. I don't say that, though. I can't. So instead, I just nod before shifting into my gargoyle form. It's past time to get this show on the road.

# 100

## Carpe Slay-Em



X avier, Jaxon, and I walk through the craggy rock entrance to the beast's oasis like we own the place—partly, I think, to shore up our own nerves when it comes to being bait and partly because it never hurts to look more confident than you feel.

"What do you think it is?" Xavier asks as the path we're on winds past the hot springs.

"I'm less concerned about what it is right now than *where* it is," Jaxon answers as he sweeps his head back and forth, checking out every single hiding spot we can find.

Thank God the water is glowing so brightly, or we'd be fighting this monster in the pitch dark. And most likely all about to die.

*Stop!* The voice inside me is growing more insistent with each step I take toward the Unkillable Beast.

It's creepy as fuck, and I can't help wondering if my gargoyle knows something I don't. If its senses are picking up on the danger I know is here but can't quite pinpoint yet.

Unlike my gargoyle, Hudson is oddly silent. He stopped asking me to reconsider right about the time we got everyone in position, and I thought at first that he went away to pout the way he sometimes does.

But I can feel him inside my mind, senses on high alert as he looks out at the world through my eyes, trying to spot the beast, too.

Trying—I know, even though he won't admit it—to help Jaxon and me any way that he can.

Which is the dichotomy of Hudson and always has been. He's capable of doing such horrible things that his own brother wanted him dead—or human—but now he's here, doing his best to defend Jaxon against a threat he doesn't even think we should be facing.

"You *shouldn't be facing it,*" he tells me. But he doesn't say it with his usual snark—for once, he's not trying to pick a fight. Instead, he's quiet. Sad, almost, like he knows what's coming and has given up any chance of stopping it.

A sudden noise cuts through the night air, a clanging of chains that has all three of us freezing in our tracks.

"What the hell was that?" I ask, whirling toward a sound I think is coming from behind the waterfall.

"Sounded like chains to me," Xavier answers, his werewolf ears working overtime.

The clang of chains comes again, more enthusiastically, and this time it's very obvious where it's coming from.

"Chains?" I murmur to Jaxon. "What's that about?"

He shakes his head. "I don't know."

The voice inside me is screaming now. *Go back, go back, go back!*

It's beyond scary, has me pausing for several seconds to draw in a shuddering breath as panic takes root deep inside me. But it's too late now. We're here and the clock is ticking away. We need to get this done.

So we exchange one long look among the three of us before squaring our shoulders and heading toward the cavern, where the clanging continues to grow louder and louder.

Not going to lie, I'm terrified. Terrified of what awaits us in that cave—I mean, what kind of monster uses chains to fight?—and terrified of what we have to do. I've never deliberately killed anyone or anything in my life (I even relocate bugs outside when I see them), and the idea of coming all the way up here to kill this monster and take a heartstone it clearly doesn't want us to take—when it has done

nothing to me or any of my friends—doesn't feel right.

But what's the alternative? Leave my friends to continue alone? There's no right answer here, nothing to do but forge ahead and somehow hope that everything turns out okay, though I don't know how that's possible right now.

Jaxon looks at me questioningly, but I just nod. And then the three of us walk toward the cave and the Unkillable Beast, whatever that might be, heart pounding in my chest. Palms sweaty. And a sick feeling growing in my stomach that something truly horrible is about to happen.

The cave is dark as we approach, and we're all on high alert, waiting for something to attack us. But the closer we get to the cave, the harder it is to ignore the clanging sound, to not focus on that to the exclusion of everything else.

Add in the low, husky growls that have started coming from deep inside, and it takes every ounce of courage I have to keep going—and that's before I look down at the ground and see the plethora of bones lying around. Some long and in perfect shape, others broken clean in half, but all recognizable as *human* bones.

People, I can only imagine, who had come before us and failed to do what we have to do.

When we get to the entrance, Jaxon holds a hand up to stop Xavier and me, then takes the first step into the cave himself. The chains go wild, but nothing else happens. Even the growls seem to have quieted.

Jaxon takes another step into the cave. I follow right behind and Xavier follows me.

I shine the flashlight on my phone around the darkened cave, but I don't see anything—and neither does Xavier or Jaxon, apparently, because seconds later, their flashlight beams follow mine.

We look around, though there's not much to see. I don't know what I was expecting, but not this barren cavern. There's nothing here, just rocky walls and bones scattered all around—skulls and leg bones and rib cages still intact.

TRACY WOLFF                    533

"Where is it?" I whisper, because there are no rocks in here, nothing at all for a monster to hide behind.

At first, I'm afraid that there are more rooms, that the cavern extends the way the Bloodletter's does. But more sweeps of our flashlights reveal that this is it. This one room, with rocky, bloodstained walls and a rough dirt floor.

And huge, thick chains anchored into the ceiling and the back wall.

"I don't understand," Xavier says. "I know the noise came from here. I know it did. So where the hell is this thing?"

Finally, another low growl sounds, and we spin into a protective circle, our backs together as we sweep our flashlight beams all over the cavern.

The voice inside my head warns. *Leave, leave, leave.*

*I can't leave!* I tell it. *It's too late.*

*Way too late.*

Seconds later, another, louder growl sounds as the chains in front of us start to clank. And the wall itself begins to move.

# 101

## Heaven on My Mind



"What the fuck!" Xavier exclaims, stumbling back, as the wall seems to come alive.

It growls once, long and low and loud, and the chains all but scream as it launches itself straight toward us.

Jaxon grabs me and shoves me behind him as he blasts out with every ounce of telekinetic power he has. It stops the thing—whatever it is—in midair, for a moment or maybe two. And then it just keeps coming, landing on all fours in front of us.

As I get my first good look at the beast, I can't help thinking it's like something out of a fantasy novel straight from hell. It's huge—the hugest creature I've ever seen in my life—and made entirely of craggy rock that's sharp and broken in a ton of different places, moss growing haphazardly all around.

Its eyes glow red and its teeth are vicious in a mouth that looks like it could swallow all three of us whole in one gulp. And it's advancing on us, one slow step at a time.

Jaxon lashes out again, throwing everything he's got straight at the monster. But all that does is make it angry, and it retaliates by striking with one massive hand (paw?) and sends him flying against a stone wall so hard that the cavern shakes.

"Jaxon!" I scream, grabbing Xavier and taking to the air as the

thing turns and takes a swing at us as well.

I manage to dodge it, but the ceiling isn't high enough for me to get out of its reach, so on its second swing, it catches Xavier and me, and we go flying toward the opposite wall.

We hit hard, so hard that my teeth rattle and my brain feels like it's going to explode right out of my stone skull. I'm a little dazed, a little out of it, but Hudson is in my head, screaming at me to get up. Screaming at me to *move, move, move.*

I do, one second before a giant fist comes down, right where I had just been lying.

"Xavier!" I scream, but he's already up and in wolf form, jumping straight over the monster's shoulder and landing next to Jaxon, who has also gotten back to his feet.

The beast roars and charges straight at them. As it does, I notice for the first time that the chains aren't its weapons. They're shackles, keeping it tied to the wall.

"Run!" I yell to Jaxon. "If we get out of the cave, maybe it can't reach you."

But this is Jaxon Vega we're talking about, and there's no way he's leaving his mate behind with this monster, something that I'm both grateful for and infuriated by at this moment when I need him to save himself.

Instead of lashing out and trying to blast the monster back like he did the first time, though, Jaxon focuses his power straight into the ground. A giant earthquake hits the cave, causing rocks and bones to fall from the walls and the very floor beneath our feet to buckle even as it rises up.

The creature screams, low and loud and agonizing to hear, and as it reaches out and picks Jaxon up, I'm sure that this is it. I'm sure that this is where it crushes Jaxon into dust right in front of me.

But it doesn't crush Jaxon. Instead it throws him straight at the cave entrance, so hard that Jaxon flies right out of the cave and keeps going until I can't see him anymore.

crush

*"Go, Grace!"* Hudson screams at me. *"Get out now, while it's distracted."*

But I can't get out, because the thing distracting the beast is Xavier, and he's heading straight for him.

"Hey!" I yell as loud as I can. "Over here! Come get me over here!"

The beast ignores me, laser focused on Xavier, who has hopped onto one of the rock formations in the wall, waiting—I think—for his chance to leap past the beast.

But he doesn't have my vantage point, can't see what I can, which is that there's not enough room for him to clear it. Anywhere he goes, the monster will get him—if not the second he leaps, then the second right after.

*Can't die, can't die, can't die.* The gargoyle in my head starts to chant and, right this second, it kind of makes me want to scream. Because my head is a pretty fucking crowded place as it is, with Hudson screaming at me to run, my own thoughts going wild, Jaxon shoving energy down the mating bond toward me, and now my goddamn gargoyle telling me that I can't die.

Which, no shit. I'm not planning on dying today.

But I can't just leave Xavier to fight it alone. So I do the only thing I *can* do—I get back in the air and fly straight at the Unkillable Beast's head. If I can distract it even a little, maybe Xavier will have a chance to get away.

*Get away, get away, get away!* My gargoyle chants its new mantra even as I dive-bomb the monster's head. At first, it ignores me, still so focused on Xavier that it barely acknowledges I exist. But when I get close enough to kick it in one of its bloodred eyes, it turns on me with a roar that echoes off the walls and shakes me down to my toes.

"Run, Xavier! Get out of here, now!" I yell as the beast faces me. Our whole plan was to lure the beast out of the cave, and if Xavier will leave, I think I can fly past it and hopefully its chains are long enough it can follow us outside to where Macy is waiting to put it to sleep.

I fly away as fast as I can, determined to stay out of its reach long

enough for Xavier to have a fighting chance. But I've barely made it halfway across the cave before the beast grabs me in its massive rock fist and sends me spinning toward the wall Xavier was just standing on. I bounce off and land in a heap on the ground.

Xavier at least managed to get down in the ensuing chaos, but he didn't leave. Instead, he switched back to his human form and landed on the wall where the chains are embedded.

As the beast reaches for me a second time, Xavier grabs on to the chain that binds its arm and pulls with every ounce of werewolf strength he has.

It doesn't do much, but the resistance surprises the monster enough that it turns its head to glare at Xavier for a split second. And that's all it takes for me to roll away.

The beast yanks its arm forward hard enough to send Xavier ricocheting off the wall, but then screams when it realizes I'm not where it left me. As it whirls around with a giant growl, Eden, Flint, Macy, and Jaxon must have given up on Xavier and me luring it out, because they suddenly storm the cave.

Eden and Flint are in their massive dragon forms, and as they circle around the beast like it's an airplane tower, I realize just how big it really is. Because Eden's and Flint's dragons are *huge*, and they look like nothing more than hummingbirds buzzing around its head. It must be…eighty stories tall. And growing, if my eyes aren't deceiving me.

Eden hits the stone giant with a blast of lightning that has it bellowing in rage, but this attack barely slows it down. Flint follows with a stream of ice so powerful that the entire cave freezes around us, icicles dripping off everything.

And still the monster barely seems to notice. It just keeps fighting, just keeps snarling and smashing and throwing *us* until rocks are tumbling down from the walls all around us, pieces flying everywhere and slicing us to ribbons.

*Go, go, go! Don't die, don't die!* The gargoyle in my head is

screaming now, so loud I can barely concentrate on anything else. Until a wrench on the mating bond has me gasping and nearly falling right out of the air.

"Jaxon!" I scream, whirling around just in time to see my mate fall to his knees. His complexion is gray, his eyes dull, and though he throws a hand out and manages to catch himself before he pitches forward onto his face, I know it's a close thing.

I can see it. More, I can feel it.

I dive down, racing to him as fast as I can—trying to get there before the beast sees just how weak and vulnerable Jaxon is.

And I get it. He's already used up so much of his finite energy today—the guards at school, the telekinetic attacks on the beast, the energy burst he sent me a little while ago while he was racing to get the others. Between all of that and what Hudson drains from him, Jaxon's got nothing left to fight.

I manage to get to Jaxon just as the beast knocks Eden clear out of the sky. She hits the ground so hard, her dragon screams, and when she tries to get up, she can't. She stumbles, falls, and I realize in horror that her wing is broken.

I throw myself in front of Jaxon, and as I do, I get a chance to look around at my friends who are valiantly fighting and realize that there's no way we can win. The beast isn't even winded, and we're in pieces.

Eden with her broken wing.

Jaxon with his awe-inspiring power almost completely depleted.

Flint shooting fire as the monster corners him but limping along in human form with what looks like a compound fracture to his leg.

Macy's okay, thank God, but she's poised with her wand up as she sends spell after spell spinning toward the giant. They hit—I know they hit—and yet nothing happens. Not one makes an impact.

And Xavier…Xavier is limping, too, though not as bad as Flint. He's currently circling around behind the beast, poised to go for the back of its knee in a last-ditch attempt to slow the monster down, but I already know that it isn't going to work. Nothing we do is going to work.

TRACY WOLFF                              539

"You need to stop this!" Hudson begs as he walks over to where I'm leaning on a rock wall, trying to catch my breath. For the first time, he sounds panicked—really, really panicked. "You have to call them off, Grace. No one else will do it, so you have to."

"I don't know how!" I yell back at him. "Even if I try to call them off, even if they listen to me, the beast isn't going to just let us go. How do I get them out of here without us all being killed?"

"Talk to him," Hudson tells me.

"Talk to *him*? Talk to who?" I shriek.

"The Unkillable Beast. Can't you hear him? He's been talking to you all along—you need to answer him. You're the only one who can."

"Talking to me? Nobody's been talking to me!"

"I hear him, Grace. I know you hear him, too. That voice telling you to go, telling you not to die. That's him."

"No. You're wrong. That's my gargoyle."

"I'm not wrong. You need to trust me, Grace."

"I don't believe—"

"Goddammit!" he yells as he falls to his knees, tears in his eyes, face twisted in agony. "I've fucked up, okay? A lot. I know that. You know that. But I'm not fucking this up. I know that's his voice. I know you can talk to him. I know you can stop this. You're the only one who can. Just fucking listen to me for once in your whole fucking life like you did when we were together."

He's screaming now, begging, and I want to believe him. I do. But if I'm wrong— "No!" I scream as the beast turns toward Macy with a roar.

I shoot straight up in the air, race to get to her before he reaches her, but even as I fly faster than I ever have in my life, I know I'm not going to be fast enough. I know I'm going to be too late.

Xavier gets there a split second before I do. He throws himself in front of Macy, sends her careening to the ground behind him and takes the blow meant for her.

I can hear the bones shatter from where I am, can feel his skull

540                              c r u s h

crack and cave in even before he flies straight into the wall. He hits the ground with a sickening *thud*, but the beast doesn't care. He reaches for Xavier's leg, starts to pick him up, but it's my turn to throw myself in front of Xavier.

I land between them, and I do what Hudson's been begging me to do. I throw my arms up in the universal gesture for stop and scream, "No!" from the very depths of my soul.

# 102

## We Are the Monsters



The Unkillable Beast rears back like I've struck him, so hard that he ends up stumbling and falling to the ground with a loud bellow that shakes every bone in my body. Shakes the very walls of the cavern.

But even as he screams, there's that voice inside me again, telling me, *No hurt, no hurt*, and I realize Hudson is right. That voice I've been hearing since I got to Katmere, that voice that warned me every time trouble was coming, that voice that I was certain was my gargoyle, was actually the Unkillable Beast all along.

I have no idea how. I have no idea why. But right now, all I care about is saving my friends.

I rub a hand over my eyes to wipe the tears away and then look at it, really look at this stone giant, for the first time since I got here.

I look at the craggy, broken rocks of his exterior.

At the stone rubbed smooth beneath the iron shackles.

At the top of his head and the one broken remnant of a horn that rests there, and I realize what I should have known all along.

The reason Macy's magic didn't work on him.

The reason Jaxon's telekinesis didn't, either.

The reason Eden's lightning and Flint's ice didn't so much as faze him isn't because he's all-powerful. It's because, like me, he's totally

immune to magic.

Because he's a gargoyle.

Not unkillable at all. Just a gargoyle—the last in existence besides me—chained up for a thousand years, if the lore is to be believed.

As I stare at him, this poor gargoyle, this poor, giant monster of a man—I put a hand to my own head, to the horns that have grown larger every time I've gained power, and look at him with new eyes. How many battles must he have survived, how many opponents must he have defeated to have grown as large as he is now?

The answer is unfathomable.

And we've only added to his agony.

Oh my God. What have we done?

*What have we done?*

*I'm sorry*, I say. *I'm sorry. I'm so sorry.*

I don't know if I'm saying it to him or to Xavier or to Hudson or to all three. I just know that it's my own hardheadedness that has brought us here, my flat-out refusal to listen to Hudson even when he begged me to, that led us to this exact moment in time. My inability to see anything in terms beyond black or white, good or bad. Savior or monster.

And now a moment I can't change or take back, no matter how much I wish I could, stretches before me.

Behind me, Macy screams in agony, and I know what I'm going to find even before I look. Still, I turn around—keeping one arm extended to the beast to show that I mean him no more harm—just as she sinks to her knees, sobbing, beside Xavier.

I watch as she gathers him up in her arms and rocks him back and forth, back and forth, back and forth.

"No!" Flint yells as he tries to limp over to where we are. "No! No, don't tell me that, please don't tell me that. No!"

Eden's back in human form, tears streaming down her face and Jaxon...Jaxon looks broken in a way I've never seen before.

*Sorry. Sorry, sorry, sorry*, the voice inside me says. *Wolves are*

*bad. I must protect her. I must save her.*

I don't know who he's referring to and right now, I don't think it matters. All that matters is that Xavier is dead. He's dead and this poor, broken soul killed him, not because he wanted to but because I wouldn't listen. Because I refused to see.

The horror and the grief turn my knees to nothing—just like the rest of me—and my legs go out from under me.

I hit the ground hard, my shin scraping against a slab of rock that fell from the walls, but I barely notice. How can I when Xavier is right here, his sightless eyes staring into the distance?

He was alive. Two minutes ago, he was alive, and now he's not. Now he's gone, and I could have stopped it all if I had just listened to what Hudson had tried so desperately to tell me.

This is my fault. This is all my fault.

Eden drops to her knees behind Macy, wraps her arms around my cousin, and holds her while she sobs. I should be doing that, should be doing something, anything to fix this mess that I've created. But I can't move. I can't think.

I can't even breathe.

"You have to finish it," Hudson tells me. "You have to get everyone home. You have to let Xavier go and save the people you can save."

"I don't even know how to get home," I whisper, and it's true. Neither Flint nor Eden is in any shape to fly us back to Katmere.

And the Trial is in less than four hours. I have to be there, or we will all suffer more than we already have. The king and queen are just the type to punish all my friends—and Jaxon—for my perceived indiscretions.

Ironic, really, considering the many mistakes I've made here tonight, and they're going to punish me for missing a mere *game* to see if I'm worthy. For being a gargoyle. For dating their son.

The hits just keep on coming.

"I'm sorry, Macy," I choke out as I crawl to my cousin, hug her, and press a kiss to the top of her head.

544                           c r u s h

"I'm sorry," I whisper to Hudson as I climb slowly to my feet.

*I'm sorry. I'm so, so sorry*, I tell this ancient gargoyle as I cross the distance between us and put my hand on his giant foot.

He roars at first, tries to pull away, but he doesn't try to hurt me again. He doesn't do anything but watch me out of those centuries-old eyes and wait to see what I'm going to do next.

*Who did this to you?* I ask, running a hand over the shackle on his ankle. *Who locked you up like this and made you into the Unkillable Beast?*

He screeches a little at the name, and I don't blame him. For centuries upon centuries, he's been in this crater, hunted by all kinds of magical creatures trying to steal some precious object he only wants to protect.

The horror of it, the unmitigated depravity it takes to do something like this… I can't even imagine.

*I have to save her*, he tells me. *I can't die. I have to save her. I have to free her.*

*Who?* I ask. *Who do you have to save? Maybe we can help.*

I don't know why he would believe me, considering my friends and I just tried to kill him, but I have to try. I owe him that much. The world that did this to him and perpetuated it for a millennia owes him so much more.

I look behind me at my friends, all of whom look like they've been to hell and back. All of whom are shell-shocked and bleeding and as devastated as I feel. I owe them, too.

At first the beast—no, the gargoyle—doesn't respond to my offer. Not that I blame him—I wouldn't, either. But then slowly, so slowly that I'm not sure I'm not imagining the whole thing, he lifts his wrist up and looks at the shackles.

Oh, of course. *Of course we'll let you go.*

I turn to my friends—my broken, bloody, devastated friends—and though it kills me, I have to ask them for one more thing. "I'm sorry. I'm so sorry, but I need your help."

Flint looks from me to the gargoyle, and I can see what he's thinking. Why should he help the monster who just murdered his friend?

"Because it's not his fault," I whisper before he can even formulate the question. "We came and attacked him. We tried to hurt him like so many of the people who have come before us. None of this is his fault. And because he's a gargoyle like me."

Everyone blinks at me, unsure how to process this revelation.

Macy is the first to move. She stumbles to her feet, mascara running in tear-streaked rivers down her face, and aims her wand at the gargoyle. At first, I think she's going to attack him again, and I put a hand up, try to ward off her magic—and the ensuing rampage such a move might cause. But then she surprises me, my cousin—with her kind heart as big and fierce as any dragon's.

She whispers a spell under her breath and shoots a bolt of lightning straight at the chain tethering the gargoyle to the wall.

# 103



## Going Through the Potions

The chain doesn't break, so she blasts it again. And again. And again.

Each time, the chain shudders and groans, but no matter what she hits it with, it continues to hold.

Soon, Flint joins in, shooting ice at the chain to make it brittle, and I pick up a giant rock and, flying, try to smash the frozen chain to bits. But again, no matter how hard we try or how much the chains protest what we're doing, they stay exactly where they are.

Finally, Jaxon staggers to his feet. He's wan and a little gray-looking and in almost as bad a shape as he was that day in the tunnels with Lia. And still he tries to help, too, putting every ounce of strength and power he has left into pulling the chains straight out of the wall.

The wall creaks, and cracks start appearing deep inside it, but the chains continue to hold.

Jaxon starts to try again, but he's swaying on his feet, and I'm terrified that using any more power will injure him permanently.

And so I turn to the Unkillable Beast—this gargoyle who doesn't deserve what my friends and I tried to do to him—and my heart breaks just a little bit more to see his head low, his shoulders hunched, like he knew all along that this was going to happen.

*I'm sorry*, I tell him again. *I'm sorry I can't take you with us right*

*now. But I promise, we'll come back for you. We'll find a way to set
you free, and we'll come back.*

He studies me for long seconds, those bloodred eyes growing
more human and less animalistic by the second. And then he asks,
very simply, *Why?*

*Why will we come back? To free you—*

*No. Why did you come to begin with?*

*Oh.* I look down, embarrassed by what I've done. Embarrassed
by the hubris that thought it would be okay to take something from
this creature who has already suffered so much and embarrassed by
all the other mistakes I made that led us here, to this moment.

*We needed a treasure you protect. A heartstone*, I tell him. *I'm
sorry. We thought we could just take it from you. It was wrong of us.
We're so sorry.*

*Heartstone?* He cocks his head to the side, like he's trying to figure
out what I'm talking about.

*Yes, heartstone*, I repeat.

Slowly, so slowly that I think I must be imagining it at first, the
gargoyle's chest starts to glow a dark, deep red. He looks down at the
color and so do we, more than a little shocked by what we're seeing.

*You need heartstone?* he asks, and then he pats his chest.

Oh my God. The heartstone isn't a jewel he's protecting. It's his
*stone heart.* And after everything we've done to him, he's still willing
to give it to us for no other reason I can guess than that we stopped
trying to kill him.

I fall to my knees again on a painful sob. Who *did this* to him?
Who could be so cruel?

The gargoyle taps his chest again. *Need heart stone?*

*No*, I answer. *No, I don't. But thank you.*

We've crossed too many lines to get here, sacrificed far too many
things. Lost Xavier. I'm not going to compound that by killing this
innocent creature, too.

I ruined everything because I didn't fight harder for what I

believed in, for what I believed was true. I knew that it was wrong to take away Hudson's vampire nature. I knew it was wrong for us to sit in judgment of him. And I knew it was wrong to risk all our lives because I wasn't strong enough to convince anyone that they were wrong, too.

So many wrongs that have led us here that I don't know how to make right. I don't know how I'll ever make my way home again.

"Grace." Jaxon leans against the wall to steady himself. "I know you're upset, but you need to take it."

"I'm not taking it," I tell him, bowing my head in a silent thank-you to my kin. "I'm not killing this gargoyle, Jaxon."

"When you calm down, you're going to regret this."

"There are many things I regret, but this decision will never be one of them," I reply without turning to look at him. Instead, I lower my head and rest it against the side of the gargoyle's foot as I shift back to my human form. *Thank you, my friend. For everything*, I tell him. *I promise I'll be back.*

When I pull away, it's to find that Jaxon has picked up Xavier's body and is fireman-carrying him out of the cave. Macy is helping Flint hobble back over the rough ground and Eden is walking behind them, her right shoulder slanted down in a way that looks incredibly painful.

I hurry to catch up—we still need to find a way back home—but I pause at the mouth of the cave to wave at the gargoyle one more time. And I smile when he waves back.

Time is ticking away as we wind past the hot springs and back to the clearing, where the temperature has dropped several degrees and the aurora borealis dances across the sky in shades of green. The Trial is supposed to start in a little more than three hours, and neither Jaxon nor I am in any shape for it. Not to mention I have no idea how we're going to get home. The dragons are both claiming that they can fly, but Flint's bone is sticking through his leg, and I saw what Eden's wing looks like.

No way is she going to be able to support a dragon's weight on

that wing, let alone the rest of us.

Macy doesn't stop walking until she's only a couple of feet from the water, and we all trail along behind her, lost and confused and more than a little scared. She settles Flint on the sand, then drops to her knees and starts rustling in her backpack. She doesn't stop until she's pulled out a handful of crystals and a spell book.

In the meantime, Jaxon lays Xavier's body on the ground several feet from Flint before collapsing on the sand, and Eden drops down between them. She's trying to keep her face neutral, but I can see the pain in her eyes as she looks at Xavier, and I know that only half her agony is physical.

My own anguish is pressing in on me, making it nearly impossible for me to breathe as I face my friends—really face them—for the first time since Xavier died.

I feel so guilty, I can barely look them in the eyes, but they deserve that from me and a lot more. So I meet each of their gazes in turn as I tell them, "I'm sorry. I never should have dragged any of you into my problems."

I look at Xavier's broken body and nearly choke on my own grief. "There's nothing I can do to bring Xavier back. I would change places with him—or with any of you—in a second if I could. I'm sorry. I'm so, so sorry."

"This isn't on you," Jaxon tells me, voice hoarse and eyes bruised with pain and exhaustion. "I pushed for this. I insisted that we come. I didn't listen to your doubts. This is my fault. If I had just—"

"Stop it, both of you," Macy snaps, even as she drags her hands across her face to wipe the tears away. "It's not up to either of you to apologize. We all made the decision to come. We all knew what the risks were—probably more than Grace, as we've all grown up with stories of the Unkillable Beast. And we came anyway."

Her tears keep falling, so she clears her throat several times as she, once again, wipes them away. "We flew all the way up here and attacked that poor creature, because we told ourselves we were

preventing a greater atrocity. We told ourselves we were doing the right thing even though everything about it was wrong. And that, too, is on all of us.

"We play with magic our entire lives. We do spells and shift forms and even move the earth"—she looks at Jaxon—"when we want to. But the world we live in—the privileges we enjoy—come with responsibilities and consequences that we learn about in school but never truly think about until we have to."

She looks at Xavier, and it seems like she's going to break down completely, but then she squares her shoulders and looks everyone in the eye except me. "We—all of us—are the ones who lost sight of those lessons when we decided to come here and play God with Hudson and the beast and even with our own lives—even after my cousin *begged us* not to. And that's on every single one of us; it's something we're going to have to live with, a lesson we are all going to agonize over for a long time to come."

She clears her throat. "But we owe it to Xavier and to that poor gargoyle in there and to all the people back at school—all the paranormals in the world who don't understand what the Circle has become or what it is doing—to learn from this mistake and to do whatever we must to stop them. It won't right this wrong, it won't fix this mistake, but it might keep others from making worse ones."

She points at me. "And that means getting you to that Trial and getting you on the Circle and doing whatever else we need to make things better. So all of you need to stop blaming yourselves. You need to stop wallowing in guilt and sadness and anger and help me get us back to Katmere before it's too late to stop what the Circle is trying so desperately to set in motion."

For long seconds, none of us moves. Instead, we stand transfixed by the power and the responsibility of her words. At least until she raises an eyebrow and says, "Or do I have to do this all by myself?"

# 104

## Because We Could Not Stop for Death



“We're in,” Flint says, trying desperately to push himself back to a standing position. It's painful to watch, at least until Jaxon rests a hand on his shoulder, then leans over and speaks quietly to him. I don't know what he says, but Flint settles back down and doesn't try to get up again.

“What do you need?” I ask as I scramble over to where Macy is once again kneeling in the sand.

“Give everybody a crystal and have them face north, south, east, and west respectively,” she answers, pointing in the right directions as she reads over a page in the spell book several times before closing the book with a snap and shoving it in her backpack. “Then lay the fifth crystal on Xavier's chest.”

I do as she says, my throat tightening a little as I place the crystal in the center of Xavier's Guns 'N' Roses T-shirt. I whisper a quick prayer for him, then head back to Macy to see what else I can do to help.

Jaxon must have the same thought, because he asks, “What do you need from us?” as he staggers over to where we're standing.

I grab on to his hand, send him a stream of energy through the mating bond.

“Stop,” he tells me, pulling away. “You can't afford that right now.”

c r u s h

"Yeah, well, I can't afford to have my mate get sick, either. So let me do this right now. We'll figure out the rest when we get back to school."

He doesn't agree, but he doesn't argue anymore, so I feed him a little more energy. Not enough to weaken me significantly, but enough that he doesn't look quite so gray and pallid.

"Just stand over there, where Grace put you," Macy answers as she slides her backpack onto her back.

"Now what?" I ask Macy as she turns to face the ocean.

"Now I'm going to try a spell Gwen told me about when I was preparing for tonight. I've never done it before, so all I can say is it's either going to work and get us back to school, or it's going to fail and splinter us into a thousand beams of light." She looks over at me. "So here's hoping."

"Umm, yeah," I answer, eyes wide and stomach flipping all the different ways. "Here's hoping."

She hands me one of the crystals and says, "Hold this for me, will you, please? And check to make sure everyone is where they need to be."

"Of course." I do as she instructs, glancing at the others before wrapping my fingers around the crystal as she pulls her athame out of her pocket instead of her wand and holds it dagger-side up. "Ready?" she asks as she grabs on to my hand.

"To splinter into a thousand beams of light?" Flint asks. "Sure. Why not?"

"That's what I was hoping you'd say," she answers and then tilts her face to the sky. "Here goes everything."

I hold my breath as Macy lifts her arms to the sky in a circular pose worthy of a ballet dancer. Her athame is in her right hand and she points it straight at the heart of the aurora borealis dancing above us as she moves her other hand in small, circular motions, over and over again.

At first nothing happens, but slowly—so slowly that it takes me a

few seconds to realize what's going on—the crystal in my hand starts to pulsate against my palm. A quick look shows me that the others' crystals are doing the same thing, glowing brighter and brighter as they begin to vibrate in their hands.

I look to Macy, but she is so focused on the sky that she doesn't so much as glance my way. I think that means she can't see, so I start to lift my hand up, to show her what the crystal is doing, but a small, nearly imperceptible shake of her head has me freezing in place.

But as the crystals continue to vibrate, to glow brighter and burn hotter, Macy's circular hand motions get bigger and bigger and bigger, until she seems to be encircling all of us with the gesture, wrapping her magic and her protection around the whole group of us even as she continues to channel energy from the sky.

All of a sudden, Macy gasps at the same time the crystal in my hand starts to burn superhot. I cry out, trying to hold on to it, but the heat gets more and more severe with each second that passes, until I have no choice but to open my fingers. For one second, two, the crystal lays flat against my palm and then it starts to rise, floating higher and higher above our heads until it floats into the athame's path.

The others' crystals do the same thing until they line up between the athame and the sky in rainbow order. The second the last crystal slides into place, lightning shoots through the sky and slams straight into the crystals and through them into Macy's athame.

I cry out at the sudden flash and heat of it, but Macy doesn't so much as gasp. She just holds the athame steady even as the lightning links up to it and then shoots out, making a giant circle that wraps around us all.

Sand and water rise up around us, a sudden wind whipping them into a tornado until we're surrounded on all sides by sand and water and wind and lightning—all four of the elements coming together through Macy.

She starts to shake, her entire body lighting up with the strength of the elements whipping through her. Soon her clothes are plastered