to her body, her hair stands on end, and her very skin seems to be glowing from within. She reaches out to me then, grabs my hand, and I feel it, all of the energy from the elements—from the natural world around us—flowing from her into me.

It's powerful, painful, so overwhelming that I nearly break away from her—until I realize that she needs me. That the energy is too much for her to contain on her own and she's funneling it through me, through my gargoyle, because I can absorb it, the power of the magic sliding through me but not hurting me at all.

So I hold tight to her hand, let her funnel everything that she needs to straight into me. And when a second blast of lightning cracks across the sky, I don't so much as flinch, even when it links up with the first.

Seconds pass, filled with incredible, unbelievable power, and then there's another giant flash. This one lights up the entire sky, spreads over the water, over the clearing, over us, until there is no more crater.

Until there is no more rock.

Until there is no more *us*, only the light and energy and air that we've become.

# 105

## Fall from Grace



We hit the ground screaming, every single one of us, as the light molecules we traveled on band together to re-form our bodies. It's painful and weird and a little bit terrifying, but it takes only a few seconds, and then I'm struggling to absorb the pain and get my breath back.

"What time is it?" I demand as I stagger to my feet and look around at my friends, all of whom are still curled up and moaning on the snow. I reach for my phone, but it's dead. I throw it and scream, "What time is it, goddammit?"

Rosy streaks of dawn are starting to work their way across the sky, and panic is a living, breathing animal within me. I didn't come this far just to fail because we're too late. We can't be too late.

Please God, we can't be too late.

"It's six fifty," Flint groans as he rolls over, his phone clutched in his hand.

"Six fifty," I whisper. I'd checked sunrise before we left, and we still have time. "True sunrise is at eight twenty. We have an hour and a half."

I look at Jaxon and the others, all of whom continue to lie on the snow despite my announcement. None of whom seems to understand the sudden urgency we're facing. "We have ninety minutes!" I yell

as I look around, trying to figure out exactly where on the Katmere grounds we are.

Macy pushes herself to her feet, and she looks as bad as I feel. Maybe worse. "Okay, okay, okay." She glances around, too, rubs a hand over her face. "The amphitheater is that way. We just need to get out of these trees."

"Come on," I say, pulling at Jaxon, who definitely isn't looking very good right now. Then again, I'm pretty sure the same can be said about me.

Flint rolls to his feet and helps me get Jaxon on his, but now that it's not as dark as at the gargoyle's cave, I can see just how bad his leg is. "You can't walk any farther on that," I tell him. "You have to stay here, and we'll send help."

"I'll stay with him," Eden says. "Him and Xavier."

But as soon as she says that, I look around for Xavier's body and realize he's not here. "We left him," I whisper in horror. "We left him there on the beach."

"No," Macy says. "No, we didn't."

"He's not here," Eden says, running for the closest trees. "Where is he? Oh my God, where is he?"

"He's light," Macy says, and her voice is thick with tears as she looks up at the ever-lightening sky. "We're still alive, so we could re-form back into our bodies. He wasn't, so my life-force magic couldn't work on him. He's gone." She starts to cry. "He's really gone."

I want to cry with her, want nothing more than to sit my weary, aching body down on this snow and sob like a child as guilt racks me. But I can't do that. *We* can't do that, not yet. Not when we have to be inside the arena in ninety minutes.

"I'm sorry, but we have to go," I tell Macy. "I can't do this on my own. I need you to come with me."

"I know. I'm sorry." She dashes her hands across her cheeks to dry her tears. "Let's go, let's go."

"I'm sorry, Macy." Jaxon's voice is low and hoarse with pain.

My cousin just nods. I mean, what else is there to actually say?

Eden and Flint wish us luck as we take off across the snow, stumbling a little under the weight of tiredness and injuries. But at least Macy's right. Once we break through the forest of trees we landed in, the arena looms huge over the landscape.

I glance at Jaxon's phone. We have eighty-five minutes to get inside. That doesn't leave much time for us to rest once we get settled by the field, but it's enough. That's all that matters.

"Go straight through there," Macy tells us, pointing to the closest entrance. "I'm going to find help, see if I can get Marise or someone to come out with me to try to help Flint. I'll also grab some blood for Jaxon and get to the arena as soon as I possibly can."

I don't have the energy to answer her, so I just nod as I continue to trudge across the snow, Jaxon's arm draped over my shoulders so I can support some of his weight. I'm tired, so tired, and every single bone in my body hurts.

I just want to sit down. I just want to go home. I just want to be anywhere but here.

*"Hey,"* Hudson says, and his voice is nearly as hoarse as Jaxon's and mine. Then again, he did do a lot of shouting there in the cave. *"You've got this. It's just a little farther, and then you can sit for a few minutes and just breathe, right? You and Jaxon can get your second winds."*

"Pretty sure you mean our fourth winds," I comment, but I take a deep breath and tell myself that he's right. That we can do this. It's only for a little while and then it's over. I can do anything for a little while. Even pretend that I'm not racked with guilt over Xavier's death.

But as we start down the final hill between the arena and us, Jaxon tells me, "We need to come up with a better plan for what we're going to do in there."

I glance his way. "I don't know that we can. Yes, we planned on using a lot of the portals, but you're probably not in good enough shape for it. The one I did during the game took a lot out of me."

He nods. "You know, I hadn't really talked to you about what I planned on doing in the Trial, but I was going to try to get it all the way down the field in one turn. Nuri held the comet for nearly five minutes. I figured I could do close to that, and then you wouldn't have to worry—"

"My pretty little head?" I ask as shock and outrage rip through me.

"What?" he asks, looking confused.

"You don't want me to have to worry my pretty little head about anything as strenuous as actually participating in the Trial that I called for?"

*"Uh-oh,"* Hudson says faintly in the back of my head, but I'm not paying attention to him right now.

"That's not what I said." Jaxon eyes me warily.

"Maybe not, but it's what you meant, right? What did you think was going to happen in that arena, Jaxon? Did you think I was just going to sit back and let you do your thing while I just hung out and cheered? I mean, should I have brought pom-poms?"

*"Hey! That's my line!"* Hudson complains, but there's a little bit of glee in his voice when he says it.

"I didn't mean it the way you're taking it," Jaxon says, and he sounds pissed for the first time.

"Okay, that's fair." I stop hobbling forward and just wait. "How *did* you mean it?"

"Really?" he asks, and the wariness is more pronounced now.

"Absolutely," I tell him. "If I took it wrong, then I'm sorry. But I would like to know what you meant."

He sighs, runs a shaky hand through his hair. "All I meant was I'm trying to take care of you, Grace. I'm stronger than you and I can do more, so let me do more. There's nothing wrong with me taking care of my girlfriend."

"You mean your human girlfriend, don't you?" I ask, eyebrow raised.

"Maybe I did. What's wrong with that?" He throws his free hand

up. "What's wrong with me wanting to take care of you?"

"Nothing," I answer. "Except with you it's a sickness. And I think it's a symptom of something a lot more problematic in our relationship."

"Problematic?" Now he looks more than just a little bit pissed. "What does that mean?"

"It means you think I'm weaker than you and that means you have to—"

"You *are* weaker than me!" he roars, cutting me off. "It's a fact."

"Oh, really?" I shrug his arm off, step away, and he almost falls flat on his ass. "Because right now it looks like you need me a lot more than I need you."

His eyes turn to pure, flat black. "Are you making fun of me for being exhausted after everything I just did in that cave?"

I take a deep breath and force myself not to yell at him even though I really, really want to right now. Because Jaxon just isn't getting it. For the first time, I'm a little afraid, because maybe he can't get it. Maybe he'll never get it. And then what will we do?

"No, I'm making fun of you because you don't seem to understand that we need to take care of each other," I tell him, backing up a few feet because I just can't be near him right now. "That sometimes I need help—"

"I know that—"

"Oh, I know you know that. You're super impressive at reminding me of all the things I can't do, of all the ways I'm weaker than you." I pause, my voice breaking. "Of all the ways my opinion doesn't matter to you."

"I've never said that." Jaxon staggers a little bit as he tries to close the distance between us. "You know I ask your opinion all the time."

"That's just it," I tell him. "You don't. You tell me what you think. I try to tell you what I think. And then you do what you want to do anyway. Maybe it doesn't happen that way all the time, but it happens that way at least eighty percent of the time.

"You don't tell me something because you're afraid it will worry

or hurt me. You don't listen to me, because you don't think I'll understand. You always want to solve a problem for me, because the frail human can't survive having to do it herself."

"What's wrong with wanting to take care of my *girlfriend*?" he growls. "I lost you for four months. What's wrong with me trying to make sure nothing else happens to you—"

"Because you didn't lose me. *I* saved *you*, in case you've forgotten."

"By nearly dying," he shoots back, and he looks anguished, his face contorted, his hands clenched into fists. "Do you know what that felt like? To stand there in that hallway with you turned to stone, completely out of my reach, and to know it happened because I didn't protect you well enough? To know that you nearly died in the tunnels, because I was naïve enough to drink that damn tea from Lia? To know that you were stuck with my brother for three and a half months because I couldn't reach you, couldn't—"

"Save me?" I finish his thought for him. "That's the whole point. It's not your job to save me. Maybe it's our job to save each other. But you're never going to give me that chance. Because in your head, I'm still the frail little human who came to Katmere Academy back in November."

"You are human. You are—"

"No!" I tell him, and this time I get right up in his face to say it. "I'm not human. Or at least, I'm not only human. I'm a gargoyle, and I can do a lot of cool shit. Maybe I can't shake the earth like you can, but I can turn you to stone right now if I wanted to. I can fly as high as you. And I can take a hell of a beating and keep coming."

"I know that," Jaxon tells me.

"Do you?" I ask. "Do you really? Because you say you love me, and I believe you do. But I don't think you respect me. Not like an equal. Not like I need to be respected. If you did, you wouldn't have just ignored me when I told you I thought it was a bad idea to go after the Unkillable Beast."

"That's not fair, Grace. I still stand by my opinion that letting

Hudson into the world with his powers would be a disaster—"

"Xavier's dead, Jaxon. He's dead and it's our fault! How are we supposed to live with that? How am I ever supposed to forgive myself for not fighting you harder? For not demanding that you listen? For not getting through to you?"

"You learn to understand what the rest of us already do. That it is a goddamn tragedy—" His voice breaks, but he clears his throat, swallows a couple of times. "It is a tragedy that Xavier died. But he said it himself the other night. Some things are worth dying for. Because if Hudson gets free with his powers, then a lot more people are going to suffer, a lot more people are going to die than just Xavier. That's what you don't understand."

His words resonate. They do. Because I wasn't here eighteen months ago. I didn't see firsthand what Hudson did. I didn't see what led to Jaxon feeling like he had to kill his brother.

And that's when it hits me.

Maybe that's the problem. Maybe the reason he can't believe me is that if he does, he's going to have to acknowledge that he didn't have to kill his brother. He's going to have to acknowledge that maybe he made the worst mistake of his life.

But we can't keep doing this. We can't keep chasing after ways to keep the world safe from Hudson, not when those ways leave people dead or badly injured.

"You're going to have to trust me," I tell him. "You're going to have to believe me on this. Because if you don't, I don't see how we can get past it. You're my mate, and I love you. But I can't spend the rest of our lives together fighting for you to believe me. Fighting for you to believe *in* me."

Hudson has gotten very, very quiet inside me. And I can understand why. There's a part of me that can't believe I'm saying this, that can't believe I'm even thinking it. But I can't live like this. I won't live like this, where my partner isn't actually my partner. I deserve better than that...and so does Jaxon.

562                                   c r u s h

"What does that mean?" he asks, and for the first time ever, Jaxon looks panicked, out of control, desperate. "What are you saying?"

Part of me wants to admit the truth. To say that I don't know. I don't know what I'm saying. I don't know what I'm thinking. But that's a cop-out. Worse, it's weak. And if there's one thing I'm not going to be anymore, it's weak. Not for Jaxon. Not for anyone.

"I'm saying I need you to meet me halfway," I tell him. "I need you to try to treat me as an equal. I need you to listen to me, to trust me, even when it's the hardest thing in the world for you to do, because that's what I'm willing to do for you. But if you can't get there, if you can't even try, then I don't know where we're going to end up."

He doesn't say anything for a few seconds, doesn't espouse his undying love, doesn't promise me that he'll do anything I want. And actually, I'm grateful for that. I'm grateful for the time he spends thinking about it. Because that means it's real. That means he's really trying to listen.

Finally, when my nerves are stretched to the breaking point and the clock has ticked down as long as we can afford to let it, Jaxon says, "I'll try, Grace. Of course I'll try. But I've been like this a really long time, so you're going to have to cut me some slack. I'm going to mess up. I'm going to try to protect you even when you don't need to be protected, and some of the time you're going to have to let me. Because that's who I am. That's who I'll always be."

"I know," I answer, tears burning my exhausted eyes as I finally, finally lean in to him. "We'll both try, okay? And we'll see where that gets us."

He presses his forehead against mine. "Right now, I'm pretty sure where it's going to get us is into that stadium where we may very well get our asses kicked."

"Yeah," I tell him. "Probably. But at least we'll get them kicked together. That's something, I guess."

"Not something." He looks at me with eyes that burn like the blackest sun. "That's everything."

# 106

## Stone Hearts Can Be Broken



It takes a couple of minutes for us to hobble up to the back entrance of the arena, but just as we get to the ornately carved entranceway, Cole walks out from behind the closest tree and starts clapping as he puts himself directly in our path.

"What do you want, Cole?" Jaxon growls, but there's not a lot of strength behind it, and judging from the way Cole's eyes go wide, he knows it, too.

"I just wanted to see if you were actually going to show up, Vega. It looks like you did. I don't know if that means you're brave or just the cockiest bastard on the planet. I mean, look at you." He laughs. "I almost feel bad."

I know I shouldn't ask—he's too smug and I don't want to give him the satisfaction. But I'm tired and obviously easily bait-able, and the words come out before I know I'm going to say them. "For what?"

He looks me straight in the eye as he pulls a piece of paper, obviously ripped into pieces some time ago and now held together with tape, out of his pocket and says, "For this."

Jaxon's eyes go wide and he yells, "No!" as he makes a grab for Cole. But suddenly all of Cole's minions are there. Two wolves grab on to me, two of them grab Jaxon, and the last three position themselves between him and Cole.

564                              c r u s h

"You're just *so* arrogant, aren't you, Jaxon? You didn't even hesitate to tear up something this powerful that could be used against you and throw it into the trash in front of everyone." His smile is pure malice and something more…jealousy. "What must it be like to be that confident everyone fears you, that no one would ever even dare to hurt you or your mate? Well just remember: you brought this on yourself."

And then Cole is reading a series of words that don't make much sense to my already addled brain—words that sound like a spell or a poem. I don't know. I'm so tired and it's so hard to follow… Except as he finishes, there's a giant wrenching inside me, a ripping in my soul that hurts like nothing has ever hurt before in my life.

I scream from the shock, from the pain, and my legs go out from under me. I hit the ground hard, my head bouncing off the packed snow as every single part of me shrieks in agony.

*Make it stop, oh my God, make it stop! Whatever he did, please, please, please make it stop!*

But it doesn't stop. It goes on and on and on until I can barely breathe. Barely think. Barely be. At one point, I try to push up to my hands and knees, but I'm too weak. It hurts too much.

I hear Jaxon shout, and I use the last ounce of strength I have to turn my head toward him. He's writhing on the ground, legs drawn up, body arched in pain.

"Jax—" I reach a hand out toward him, try to call his name, but I can't reach him. I've got nothing left. Darkness wells up inside me as I collapse back onto my stomach, and I do the only thing I can do to get to Jaxon.

I reach for the mating bond…and then scream all over again when I realize it isn't there.

# 107

## I Never Asked for This Anyway



Time passes. I don't know how much, but it does.

Enough that Cole and his posse of sadistic wolves disappear.

Enough that dawn finishes creeping over the sky.

More than enough that the reality of my missing mating bond sinks in.

The pain is finally gone and, in another world, at another time, I guess that would be a good thing. But right here, right now, in this time, at this place, I miss the feeling of it more than I can ever say.

I miss the searing heat of it.

I miss the violent cold of it.

I miss the overwhelming omnipotence of it as it fills up every nook and cranny of my heart and soul.

Because without it, without the agony and the ache, all that's left is emptiness.

Yawning, gaping, everlasting emptiness.

I've never felt like this before. I never even had a clue I *could* feel like this. When my parents died, I was numb. I was angry. I was lost. I was sad.

But I was never empty. I was never destroyed.

Now I'm both, and I can't even summon up the will to care.

Time is ticking away, seconds fading into minutes that I don't

566                              c r u s h

have to spare.

I should be walking into the arena with Jaxon right now.

We should be taking our place on the field *right now*.

We should be fighting this atrocity, facing down Cyrus and the evil that's taken over the Circle like a cancer, eating away at anything good that might have once been there.

Instead, I can't even get off the ground.

I glance over at Jaxon, realize that he, too, is still on the ground. Unlike me, he's not lying flat, though. He's curled up in a ball, hands over his head like he's desperate to ward off the next blow.

But there are no more blows coming, because there are no more blows to be dealt. Cole, in his infinite hatred, struck the death blow, and I didn't even see it coming.

At least the worst is over. No matter what dungeon they throw me in, no matter what terrible things Cyrus has in store for me, at least none of them will ever feel like this.

At least I will never feel like this again.

I take a deep breath, then start to cough as I breathe snow into my nose and down my throat. I roll over out of the most basic form of self-preservation, then stay that way because there's no reason not to.

Sunrise is coming, turning the edges of the sky a myriad of colors— at least for a minute or two. And then lightning crackles across the sky. Thunder booms, and the darkest clouds I've ever seen move across the sky straight toward us.

"Grace." Jaxon calls my name in a voice made hoarse by too much pain, too much loss.

"Yeah."

"You can't go in there," he rasps.

"What?"

"The arena. You can't go in there without me."

"I know."

He rolls over to his side, reaches a hand out to me, and I think about taking it. I want to take it. But he's too far away, and it doesn't

matter anyway. A touch of fingertips won't bring back what we lost.

"I mean it, Grace. They'll kill you if you go in there. Or worse, take you back to London and destroy you piece by piece."

Silly boy, can't he see that I'm already destroyed? Already broken into so many pieces that I can't even imagine what it would feel like to try to put them back together again.

My parents are dead.

My memory is gone.

My mating bond is gone.

Why on earth would I go in there to fight?

I've got nothing left to fight for.

The clouds creep ever closer, blocking out the last remnants of light as sleet begins to fall, the rain and ice stinging my skin, leaching the last little bit of warmth from inside me.

A heavy lassitude overtakes me. It has my eyes closing and my mind wandering and my breathing slowing to almost nothing. There's a voice deep in my head telling me that it's okay, that I can just stay right here. That I can rock shut as a seashell and let the stone take me.

I don't remember the last three months. Maybe if I stay stone long enough, I won't remember any of this, either.

I take one last breath and then let go.

# 108



## Pom-Poms and Pompadours

"Grace! Grace! Can you hear me?

"Damn it, Grace, can. You. Hear. Me?

"Don't do this. Don't you dare do this again. Don't you fucking dare.

"Get up! Damn it, Grace, I said get up!"

"Stop it." I don't even know who I'm talking to; I just know that there's a voice in my head, and it won't go away. It won't let me be. All I want to do is sleep, and it just keeps talking and talking and talking.

"Oh my God, there you are! Grace, please. Please come back. Please don't turn to stone.

"Grace? Grace? So help me God, Grace, if you don't wake up right now, I'm going to—"

"What?" I demand, cranky and pissed off and more than ready to bite the head off whoever it is who keeps bugging the hell out of me.

"Get up! I mean it. You need to get off this snow. You need to get into that arena. Now!"

I creak one eye open and see him staring back down at me with those ridiculous blue eyes of his. "Ugh, Hudson. I should have known it was you. Go away."

"I will not go away." His voice is all British again, dripping with

perfect syllables and indignation. "I'm saving you."

"What if I don't want to be saved?"

"Since when has what you wanted even been of paramount importance to me?" he demands.

"You make a good point."

"I always make a good point," he snaps. "You're just usually too busy hating me to listen."

"I'm still too busy hating you to listen." But I push myself up into a sitting position.

"Good. Hate me all you want. But get your ass up and get into that arena before you forfeit everything."

"I don't have a mate anymore," I tell him.

He blows out a long breath. "I know the bond with Jaxon broke."

"If by broke you mean it was ripped apart by fucking Cole, then yes. It broke."

He looks down at me for long seconds, then sighs and settles on the snow next to me in his black Armani trousers and dark-red dress shirt.

"Why do you look so good?" I demand, feeling exceptionally annoyed by his ridiculously pretty face.

"Excuse me?" He lifts a brow.

I hold my hands up. "It's sleeting. Why aren't you wet? Why do you look like you just walked off a runway?"

"Because I'm not currently rolling around in the snow feeling sorry for myself?" he asks.

"You're a douche." I make a face at him. "You know that, right?"

"It's a gift."

"More like a curse," I tell him.

"All gifts are curses in one way or another, don't you think? Otherwise, why would we be here?" he answers.

I turn my head so I can get a good look at his face as I try to figure out what he means. But after a solid sixty seconds of staring at him, I still don't have a clue. I do, however, know that his blue eyes have a lot of green flecks in them.

"You're looking at me strangely," he says, tilting his head questioningly.

"I'm trying to figure out if you meant that existentially or if you meant it—"

"No, I didn't mean it existentially!" he barks at me. "I meant, why else would we be sitting out here in the bloody snow when your arse should be in that arena right now?"

"I already told you, I. Don't. Have. A. Mate."

"Who. Cares."

"What do you mean?" I demand. "I can't compete without a mate."

"Sure you can. There is no rule on the books that says you *have* to take your mate in there with you," he tells me.

"Yeah, but I can't hold the ball longer than thirty seconds, so what am I supposed to do if I don't have someone else to throw it to?"

"You're a smart girl," he answers. "You'll figure it out."

"If that isn't the most Hudson thing you've ever said, I don't know what is."

He sighs, then reaches over and straightens my jacket, flipping the collar over and smoothing out the sleeves. As he does, I keep waiting for him to say something, but he doesn't. Instead, he just sits there waiting, like he expects *me* to say something.

Usually, I can wait him out, but I'm cold and wet and empty and a whole lot of other things I'm not sure how to identify right now, and I don't want to play this game with him. Especially not when he's looking at me with that ridiculous pretty face.

"What am I supposed to do?" I finally explode. "Just go in there and throw the ball until Cole eviscerates me?"

"You're Grace Foster, the only gargoyle born in the last thousand years. I say, go in there and do whatever the fuck you want... as long as that includes kicking Cole's skinny wolf ass all over that arena."

TRACY WOLFF                            571

"What should I do? Turn him to stone?" I ask sarcastically.

"Sure, why not?" he answers. "And then shatter him with a sledgehammer. I promise you the world will be better off."

"I can't do that."

"That's what I keep trying to tell you, Grace. You can do whatever you want to do. Who saved Jaxon from Lia? Who won the Ludares tournament for her team? Who figured out what was going on with the Unkillable Beast? Who channeled enough magic from the aurora borealis to light up New York and got all her friends home? That was you, Grace. That was all you.

"You don't have to be a dragon. You don't have to be a vampire. You sure as shit don't have to be a werewolf. You just have to get off your arse, go into that arena, and be the gargoyle girl we all know and love."

"But it's hard." I give myself permission to whine for one more second.

"Yeah," he agrees as he stands back up. "It is. But life's hard. So either get in there and do what you have to do or get the fuck off the ride."

"I tried to do that, if you remember correctly." I pull myself up to my feet. "You wouldn't let me."

"You're right, I wouldn't. Total waste of the sexiest gargoyle girl to walk this earth in a thousand years."

"I'm the *only* gargoyle girl to walk this earth in a thousand years."

He gives me an arch look. "Damn straight you are. Now what are you going to do about it?"

I sigh. "Go into that arena and get hurt a lot but then win in the end and shove a burning hot ball right down Cole's disgusting, ugly werewolf snout."

"Sounds like a plan," he tells me as we walk toward the arena.

"Thank you," I tell him, because if it wasn't for him, I'd still be lying on the snow willing myself to turn into a statue forever.

"You're welcome." He smiles slyly. "Gargoyle girl."

"Call me that one more time, and I'm going to eviscerate you."

"You'll have to catch me first," he tells me.

"You live in my head. How hard could that be?" I counter. "Besides, I'd catch you even if you didn't."

"Oh yeah?" Both brows go up this time. "Why's that?"

"Because I'm a gargoyle, bitch. And it may have been a thousand years since they've had to deal with one of my kind, but that ends now."

# 109

## Where Do Broken Bonds Go?



I stoop down to check on Jaxon before I go. He doesn't look good, but then I'm pretty sure the same can be said for me right now.

But since there's no bossy Brit boy living in his head at the moment, he's still lying in the snow, curled up in a ball as if to ward off whatever blow fate decides to deliver next.

I know the feeling.

"Jaxon?" I call softly, but he doesn't answer me. More, he doesn't even open his eyes to *look* at me, which is so not like him that it worries me even more than the fact that he has yet to move. I'm sure he's exhausted—I am, and I haven't done half of what he has tonight, even after he was drained by Hudson.

Determined to make sure he's okay before I go anywhere or do anything else, I stroke my hand over his shoulder and call his name several times. Eventually, he opens his eyes, and I see the emptiness inside him—the same emptiness that I currently feel—staring back at me.

Still, he smiles at me as I take his hand in mine. "Are you all right?" I ask.

He doesn't say anything, so I ask again even as I slip a hand under his arms to help him sit up.

"Yeah. Are you?"

crush

As soon as he repeats my question back to me, I understand his hesitation in answering. Because there is no real, true answer to that question that doesn't begin with, *I'm not sure I'll ever be okay again.*

And since we can't say that, at least not now when we still have so much left to do before we can rest, I do the same thing Jaxon did and answer, "Yeah."

His sad smile says he knows exactly what I'm doing as he grabs hold of my hand and squeezes it. "I'm sorry," he whispers. "I'm so sorry. This is all my fault."

"No," I tell him. "It's not."

"But, Grace, I threw the spell away and never thought about anyone finding it—"

"Still not your fault," I say, cutting him off. "If it's anyone's, it's Cole's. Or maybe it's your father's. I don't know, but assigning blame isn't going to solve anything right now, not when I have to—"

"Don't go in there," he tells me again, clutching at my arm. "You can't do the match by yourself. You'll lose."

"Probably," I agree. "But I have to go in there. There's no other choice."

"There is," he counters. "There's always a choice. You can forfeit—"

"And what? Go live as a prisoner in your parents' dungeon?"

"Better a prisoner than dead," he answers me. "I can't come find you if you're dead."

"You won't be able to come find me anyway. I'm pretty sure your parents will make sure of that." I lean forward, bring a hand up to rest on his cheek, then take my time stroking my fingers down the scar he used to hate so much, the scar he's finally come to grips with after more than a year.

"You don't know that." His voice reflects his desperation. "You don't know what the future could bring."

"Neither do you." This time it's my turn to smooth *his* hair out of *his* face. "Don't worry," I try to reassure him. "I've got this."

"Grace—" He tries to stand, but he's too weak. Between feeding

Hudson energy for so long, taking out the Circle guards, and then fighting the Unkillable Beast, he's got nothing left.

"It's okay," I tell him, propping him up against the stone wall that surrounds the arena, so that he can look out at the forest as he waits. "Rest now, Jaxon. Macy will be here soon with some blood for you. She just went for help for Flint and Eden. But she'll be here as soon as she can."

"I don't need Macy to take care of me," he argues and tries once again to push to his feet. Once again, he fails.

Which only pisses him off.

Jaxon curses in frustration, kicks out at the ground in frustration, and has the closest thing to a hissy fit I've ever seen my strong, proud boyfriend have. But in the end, he sinks back against the wall and closes his eyes for long seconds as pain and fatigue draw lines on his typically unmarred face.

When he finally opens his eyes again, it's obvious that he's blinking back tears, and just that easily my own emotions are back to burning in the back of my throat. "I wish I could go in there with you," he whispers.

"I know," I tell him, because I do. Mate or not, if there was any way Jaxon could fight by my side right now, I know he would do it.

But I also know that time is running out. Though he's trying to be respectful, I can feel Hudson's impatience pushing at me from the corners of my mind, urging me to hurry. Urging me to forget Jaxon and focus on the task ahead.

But I can't do that. I can't just leave him like this, not if this is the last time I'm ever going to see him. So I cup his face with my hands, tangle the tips of my fingers in the edges of his too-long hair like I've done so many times before. And then I press kisses against his eyes, along his scarred cheek, over his mouth, which is still tight with pain.

"I love you," I tell him, and out of habit I reach for him along the mating bond. But it's not there. Nothing is.

God, it hurts all over again.

"I love you, too," he says, and from the pained look on his face, I can tell he's feeling the absence, too. "Even without the mating bond."

He reaches out then, wraps his arms around me, and pulls me into a hug that is as painful as it is comforting. I bury my face in the spot where his shoulder meets his neck, and I breathe him in. Whatever happens with this Trial, however it may go, I want to remember this smell—and this moment—for an eternity.

Too soon, horns sound from inside—the seven-minute warning I remember from the tournament. "I have to go," I tell Jaxon. My Jaxon.

"I know." He lets me go slowly, painfully. "Be careful, Grace. Please, please be careful."

"I'll try," I tell him with a grin, because all this sadness is tearing me apart again. "But sometimes careful doesn't get the job done." I deliberately mimic the words he and Flint said during a study session not that long ago.

I push to my feet, swaying a little as I do. Jaxon tries to steady me, but I just give him a smile as I step out of reach. There's no part of this he can do for me. Now I have to do it on my own.

"I'll see you soon," I tell him.

"You better," he answers, fear plain on his face.

There's more to say—there's always more to say with Jaxon—but I really am out of time. So I just give him one last smile, and then I turn away.

## 110

# Heeeeeeeeere's
# Hudson



I'm not that far from the arena door, but once I'm inside, there's a long walkway I have to go down to get to the field. Hudson hassles me about hurrying the entire time, even though I'm doing my best. It's not exactly easy when everything hurts when I run.

Or worse, everything hurts when I breathe.

Maybe that's why I don't remember until I'm halfway down the ramp. "Hold on a minute," I tell Hudson as I careen to a stop.

"There's no time to wait, Grace!" He shoots me an impatient look. "You've got to get on the field."

"Yeah, well, I don't think I can afford to *get* on the field without doing this, so they're all just going to have to wait a little bit longer, whether they want to or not."

I unzip the front pocket of my backpack and take out the small pouch I have hidden in the secret compartment at the back of it. I know it was a risk to bring these things with me to the cave of the Unkillable Beast, but I was afraid I might get injured while I was there—or worse. And if that happened, I wanted the others to have a way to get Hudson out of my head.

I didn't want him to have to die with me.

Turns out, I wasn't the one who died in that cave. And I will remember Xavier and regret his loss for the rest of my life—however

578                              c r u s h

long or short that might be. But I'm *not* about to go into another dangerous situation, one that can turn deadly at any moment, and not take care of everything—everyone—I can. Which means there is no other time. I have to do this now.

I open the pouch and slowly, carefully take out each of the four items inside it, one by one.

Hudson's eyes go huge as he realizes what I'm doing. "You can't do this right now," he tells me, backing away from me in such a hurry that he nearly trips over his own feet—and probably would have if he was actually in his own body. "There are other, more important things for you to—"

"I might die." Three little words, but they shut him right up, his mouth slamming closed fast and tight, even as his eyes implore me to stop talking. To not say what we both know I'm going to say.

But I can't give him that, not now when there's so very much on the line.

"Jokes about shoving the ball down Cole's snout notwithstanding," I continue, "we both know things could go really wrong in there today. Which means there might not be another time to do this. Ever. I know what I'm supposed to do—the Bloodletter told me—but can you help me? Make sure I don't mess it up?"

"This isn't what you need to be worrying about right now, Grace. You need to focus. Plus, if I'm still in your head, maybe I can help you. Maybe I can—"

"Die with me," I finish the sentence with a firm shake of my head. "I know you like to do things your way, but you don't get a vote on this. One way or the other, I'm getting you out of my head, so you can either help me or you can risk ending up haunting the hallways as Katmere Academy's very first ghost."

I throw my hands up in the air in a "what you going to do?" kind of shrug. "It's your choice."

"One, I wouldn't be the first ghost at Katmere Academy. And second, the ghost thing doesn't really work like that anyway."

"And you know this because?" I ask, brows arched.

"I was dead...?" He pauses. "Well, sort of."

"Sort of?" That's news to me. "What does that mean?"

"It means I'll tell you once you go in there and kick Cole's whiny little ass," he answers with his trademark smirk. "So don't screw it up."

"Not planning on it," I say, "but you know. Shit happens."

"It does," he agrees, face pensive and eyes sad.

I'm pretty sure this is Hudson's version of a sad puppy dog face—or as close as he gets to it—and I am not going to fall victim to it. There's too much on the line.

So instead of looking at him, I crouch down and place the four items the way the Bloodletter told me to: bloodstone in the north position, dragon bone in the south, werewolf eyetooth in the west, and witch athame in the east, all arranged in a circle large enough for two people to stand in.

Once he realizes I'm not going to change my mind, I can feel Hudson watching me with a somber face. But every time I glance up at him, the expression in his eyes is completely unreadable.

After I'm done laying the items out, I light the special candle Macy gave me for just this occasion and put it on the other side of the square, as instructed.

I'm not a witch. I don't have any of Macy's magic in me. But supposedly, that's what these four items are for. Their magic is so strong that I don't need any of my own to make this work.

I'm not sure I believe that, but I guess we'll find out one way or the other soon enough.

I close my eyes, take a deep breath, then step inside the circle—and right away, I know exactly what the Bloodletter was talking about. I can feel something start to happen. I have no idea what it is, but it's definitely something big.

There's a charge in the air, an electric shock that rides the air currents as they glide past me. As they do, every hair on my body stands straight up and my skin starts to tingle. My chest gets tight, my

580                              c r u s h

breathing labored, and it feels like I'm going to pass out.

"Get out!" Hudson yells at me, panic evident in his voice. "Get out of the circle!"

But it's too late. I'm not going anywhere—I *can't* go anywhere. The electric current that surrounds me is burning hotter, getting stronger, and the ground beneath my feet starts to vibrate.

There are loud gasps from the crowd, a few screams, and that's when I realize it's not just me who feels it. The ground beneath the whole arena is starting to shake.

I stumble back a little at the knowledge, nearly step outside the circle like Hudson begged me to, but the electric current catches me and refuses to let me escape. Instead, it zaps me and pushes me right back in.

Not going to lie—it scares me a little. I've never felt anything like this in my life, not even down in the tunnels with Lia when she called up that horrible black nastiness that nearly killed Jaxon and me.

But I don't have time to worry about that right now, not when it feels like the entire universe is about to lose its shit all over this place. My knees are turning liquid as the ground goes from trembling to full-on shaking, and I throw my arms out to help get my balance.

"Jaxon?" I call, but there's no answer. Still, I turn to look behind me, convinced he somehow managed to make it in here after all, because I don't know anyone else who can make the earth shake like this.

But the walkway behind me is empty.

There's no one here but me.

The five-minute-warning bell sounds, and I know that I don't have any more time to waste. It's now or never. I turn back around and look down at the circle—only to gasp, because the items are no longer on the ground. Instead, they're hovering about three feet in the air now. Not only that, but they're also glowing and vibrating so violently that I can feel it in the air all around me.

The ground shakes more violently, and I wait for something to

happen, wait for Hudson to suddenly be standing in front of me. But I can still feel him in my mind, can hear him bitching at me even now, telling me to stop this madness before it's too late.

Obviously he hasn't gotten with the program, because I knew two minutes ago that it was already too late.

The Bloodletter told me I'd know what to do when the time was right, but I'm still waiting for the knowledge to hit me. All I know right now is that I better get some mystical, magical inspiration soon or this whole stadium is going to shake apart—and take Hudson and me with it.

The items are spinning around me now, circling me like some supernatural Hula-Hoop that needs no interference from me to stay aloft. Again, I rack my brain, trying to figure out what to do and again, I come up with nothing.

At least not until the spinning finally stops and the bloodstone ends up right in front of me, glowing more and more brightly with each second that passes. Ruby red light explodes off it in all directions, razor-sharp shards that slice the world around me into scarlet ribbons that are as beautiful as they are terrifying.

The stone is so close now that I can reach out and touch it, just wrap my hand around it and hold it tight. Keep it safe.

And just that easily, I realize the Bloodletter was right. I know exactly what it is I need to do.

Reaching out, I grab on to the stone, wrapping my hand completely around it. But it's so much sharper than it looks, and the second my fingers touch it, it slices a giant gash right down the center of my palm.

I cry out, pain and fear mingling inside me as I look at the blood dripping from my palm. I must have been wrong. I didn't have a clue what to do and now I've messed up everything. Too bad I have no idea how to fix it.

Figuring the best thing to do right now is to give the bloodstone back to its circle, I start to open my hand. But before I can drop it, the other three items begin to spin around me, whizzing by faster

c r u s h

and faster until they blur together.

"Grace!" Hudson cries out, and he's reaching for me even though he's still inside my mind. "Hold on, Grace! Don't let go."

I try, I really do. but I have no idea what I'm supposed to hold on to in a world that's spun wildly out of control. The ground rolls beneath my feet, wind rips through my hair and tangles in my clothes while lightning sizzles along my every nerve ending.

I'm caught in a maelstrom of my own making, and I don't know what I'm supposed to do to make it stop.

And through it all, I hold the bloodstone in my hand, its strangely sharp edges digging into my palm. Drops of my own blood are streaming into the tumult now, and that might be the freakiest thing about this whole experience.

I want to let the stone go, need to let it go, but the voice deep inside me—the Unkillable Beast or something even older, I don't know—keeps telling me to hold on to the stone just a little bit longer. So I do, even as it feels like the world is going mad around me.

And then, just as suddenly as it started, the bloodstone cracks in half and everything stops. The wind, the quake, the electricity, and the spinning magical items, all gone in the blink of an eye.

I feel it then, another wrenching deep inside me. This one is different from what I felt with Jaxon, though. This one feels less like my entire soul is being ripped to shreds and more like something is finally sliding back into place.

I stand frozen for several seconds, unable to move or breathe or even think. But then I realize that it's over, that it's really over, and I close my eyes. Let the bloodstone fall to the ground at my feet. And breathe, just breathe.

Until it hits me that what I'm feeling is emptiness...because Hudson is gone.

# 111

## Talk About a Power Trip



There's no more sarcastic voice in my head, no watchful presence, nothing but my own thoughts and memories rattling around up there.

He's really gone.

I whirl around, shout, "Hudson—" Then freeze, because there he is, standing right in front of me.

Same Armani trousers and burgundy silk dress shirt.

Same Brit boy hair.

Same brilliant blue eyes.

Only the smile is different—his usual sardonic smirk replaced by a tiny, uncertain twist of his lips.

Oh, and his smell. His smell is new, too. But can I just say, holy hell? How could this guy have lived in my head for all those months and I not have a clue that he smells like this?

Like ginger and sandalwood and warm, inviting amber…and confidence. He smells like confidence.

"Hi, Grace." He gives me the little two-fingered wave he used to do all the time in my head that always exasperated me. Somehow, in person, it's just as bad.

"Hudson. You're…" I trail off, not sure what to say to him now that he's right in front of me.

584 crush

Now that he's real.

"Listen to me, Grace. There's no more time." He glances behind him, toward the stadium, where the screams have finally died down. We can hear the king over the loudspeaker, trying to get everyone calm and settled. Telling them the Trial will start in two minutes...if Grace Foster bothers to show up.

"I have to go," I tell him, the urgency he'd had all along suddenly beating in my blood.

"I know," he answers. "That's why you need to listen to me. I left my powers inside you so that—"

"You left your powers inside me? Why? How do I get them out?"

"I'll accept them back from you eventually. I'm just loaning them to you for a while. You're a conduit, remember? You channel magic, and I've given you mine to channel for now."

"Loaning them to me?" I look at him like he's got two heads. "What does that even mean?"

The smirk is back, but it's coupled with a tenderness in his eyes that I can't begin to understand. "It means I'm mortal right now."

"What?" Horror explodes through me. "You said we couldn't do that to you. You said it would ruin everything. We decided—"

"Don't worry about what we decided. I know my parents. No way did they make this Trial something you can pass on your own. Remember, they were planning on you and Jaxon, so the Trial would have been close to impossible for the two of you. For you alone..." He shakes his head. "That's why you don't have a choice. You need to take my powers."

"Yeah, but that leaves you vulnerable, right? I mean, if you're mortal, doesn't that mean they can hurt you, too?"

He shrugs. "Don't worry about me. They've already done everything they can to me—especially my father."

He doesn't elaborate and I don't ask—there isn't time—but my heart dies a little bit with the acknowledgment of just how awful his life, and Jaxon's, have been.

"Take them back," I say, reaching for him. "If they find out you're here, and you don't have any powers—"

"They won't find out," he tells me, his British accept crisp with a combination of impatience and urgency. "Besides, you're in much worse peril. Without a mate in there fighting with you, you're going to need all the help you can get. Which is why I hid my powers deep inside you, so that the Council won't know they're there unless they search through all of your memories."

Maybe it's the whirlwind I just went through, but nothing he's saying is making any sense to me right now. "But how? You can't just drop things off in people's memories."

The look he gives me says that maybe I can't, but he certainly can. But all he says is, "When all that magic you just did put me back together, I chose to leave them behind for you, in my favorite memory of yours. It's the one when you were little and your parents were teaching you how to ride a bike. Remember? You fell off and skinned your knee, and your dad told you that it was okay. That you would try again tomorrow."

I nod, because I do remember that memory. It's one of my favorites, too, and I think about it every time I have something hard to do…and every time I miss my parents.

"My mom told him I could do it. She told us both I could do it."

"Yeah, she did. And then she smiled at you and it was so full of love and so full of confidence—"

"That I picked up my bike, dusted the gravel off my knees, and rode all the way home by myself."

"Yes, you did. And she ran along beside you the whole way, just in case." His eyes are soft as he continues. "But you only needed her once."

"Yeah, when I hit a rut in the sidewalk and started to wobble. She grabbed on to the back of my seat and held me steady for a few seconds until I could get control again."

"That's why I hid my powers in her smile. So you'd know that I

586                          c r u s h

believe in you, too. That I know you can do this. And while I can't be on that field to catch you if you fall, that doesn't mean I don't have your back."

I don't know what I'm supposed to say to that, what I'm supposed to say to *him*. This is the most selfless thing anyone has ever done for me, and I don't know how to feel about it. "Hudson—"

"Not now," he tells me. "You have to go. But remember, they're there if you need them. Just be careful, because you don't heal like I do, and you don't have the same kind of physical strength to withstand the pressure of them. So you can only use them once or they'll drain you completely. You'll know when you need them. Only once, though." He gives me a searching look. "Got it?"

Not even a little bit. I'm so mixed up inside right now that my brain feels like a box of confetti—lots of individual pieces in a confined space but nothing actually working together. I can't say that, though, so instead I just nod. "Yeah. Got it."

"Good. Now, get out there and show my father exactly what one gargoyle can do."

# 112

## It's High Noon and Justice Doesn't Serve Itself



I reach deep inside myself and start to separate the colored strings as I walk the final steps to the field with my heart in my throat. When the others were in the arena with me, it was no big deal to shift out in the open. But now that I'm alone and everyone is staring at me, it feels uncomfortable.

Still, there's nothing to do but suck it up. So I do, and I shift right out in the open—in front of anyone who wants to look.

Which, it turns out, is *everyone*. I mean, who doesn't want to gawk at the new magical creature?

It's just one more indignity in a long line of indignities I've suffered at the hands of paranormals over the last five months, and I refuse to let it faze me. Especially since people watching me become a gargoyle like they have a right to see it is the least of my problems right now. The biggest? Figuring out how to do this without Jaxon next to me or Hudson in my head.

As I walk up to the gate that leads to the field, I can feel everyone staring at me. Discomfort crawls through me, and I realize how much I've come to depend on Jaxon—and Hudson—in the time I've been at Katmere.

Jaxon acted like he owned the place, so it was easy to just accept people's stares as par for the course. Hudson, on the other hand,

basically had a kiss-my-ass attitude that made it a lot harder to care if other people were watching me, just like it made it nearly impossible for me to care what they thought.

But now I'm on my own. No Jaxon to hold my hand, no Hudson to say irreverent things that make me laugh and gasp at the same time. It's just me and a field full of people who all want to see me fail.

Too bad I'm not about to give them that satisfaction.

Closing my eyes, I take a deep breath and pretend for a moment—just a moment—that everything is going to be okay. That somehow I'll step off this field safe and in one piece. It's a good picture, so I put it out into the universe.

Then I square my shoulders and walk straight out to the center of the field, where the king is standing and Cole's team is lined up on one of the now-bloodred lines. Trust the king to change a detail like that...along with a few other ones that have my heart pounding and the dome closing in on me.

The other day, it was bright and cheerful in here, with pennants waving and people cheering and delicious snacks being sold. This morning, it's pretty much the exact opposite. The weather outside has turned everything dark and ominous...or maybe that's just the king's malicious presence. Whatever it is, it's absolutely terrifying to see dark shadows encroaching from every side. Which, I'm pretty sure, is exactly what Cyrus wants.

Chills slide down my spine, and the cold wind whipping through the whole arena with the dome open has fear settling in my stomach like a fifty-pound weight. It drags me down, makes me realize just how impossible a task I've set for myself. Just how impossibly tired I already am.

I want to turn around, want to run away, want to be anywhere but here, doing anything but this.

The feeling is so overwhelming that it all but smothers me as I try desperately to get it under control. But it just grows and grows

and grows until I can barely breathe, barely think. As I finally find the strength to start the formidable job of fighting it back, I can't help wondering if the grayness is coming from inside me or if Cyrus has done something to the arena to make me feel like this.

Just the idea that he—or some member of the Circle—is messing with my emotions pisses me off beyond words. And makes me even more determined not to cave to these people. They think they can do whatever they want, that they can run over anyone in their path.

But they aren't running over me. Not anymore.

Besides, they may be pulling this with me now, but if it works, I won't be the only one. If I don't take a stand, if I don't make a point of showing them that they can't do whatever they want to whomever they want, then what's to say they won't do this again? I can't be the only person they're threatened by, can't be the only paranormal the king hates just because of who I am. If I don't stop this, *now*, he'll lock up a lot more people in that dungeon of his before he's through.

So I don't turn around. I don't run away. I don't even falter in my steps as I stride to the center of the field. Instead, I keep walking as I ignore the ominous feelings pressing in on me from all sides. I might very well die in this ridiculous quest today, but if I do, I'm going to die fighting. For now, that's all I can promise myself.

But it's enough. It carries me right up to the king.

Right up to the Circle, who are standing behind Cyrus in a semicircle of support as he whips the crowd into a frenzy.

Right up to the bloodred line that I have to stand on all alone.

I'm not going to lie. It's scary as fuck.

Then again, nearly everything has been scary as fuck since I got to this school, so why not just embrace it?

"Nice of you to join us, Grace," Cyrus says in a voice so barbed, it feels like he's flaying my flesh from my bones. "We were just about ready to give up on you."

"Sorry, I was unavoidably detained," I tell him as I look straight

c r u s h

across the field to Cole, who is lined up directly across from me.

Our gazes meet, and the malevolent glee in his makes me want to scream. But it also gives me the strength I need to not look away. Because no way am I giving that jerk the satisfaction of letting him know just how deeply he's hurt me. Just how much he's torn me apart.

Cyrus looks me over, fake concern on his face as he plays for the crowd. "Are you all right, Grace? You look like you've had a very rough start to the day."

"I'm fine."

My answer is dismissive, and for a breath, something flashes in his eyes: Surprise? Rage? Annoyance? I don't know and, honestly, I don't care. This is going to go how it's going to go, and everything else is just window dressing that I don't have the energy to analyze... or participate in right now.

"Welcome, students and faculty of Katmere Academy, to the rarest of occurrences—one of *your own* challenging for inclusion on the Circle. And not just any student, mind you, but the first gargoyle student Katmere Academy has ever had. It is a truly thrilling and auspicious day."

Everyone cheers in response, but there's a malicious edge to it that I wasn't expecting, considering these are the people who cheered for me and the rest of my team a few short days ago. Then again, maybe I'm just imagining it—seeing something that isn't there because I'm so freaked out.

It's lonely out here by myself, lonely in this stadium, when the last time I was here I had all the support in the world. But right now, it feels like there's no one in the entire place who is rooting for me. The lone gargoyle.

Jaxon, Flint, and Eden are injured and awaiting help.

Macy is trying to bring that help.

Mekhi and Gwen are in the infirmary.

Even my uncle Finn was powerless to do much more than clap

for me as I entered the arena.

And Hudson is probably outside, trying to keep a low profile now that he's mortal. Not that I blame him. I have my powers *and* his, and I still wish I was outside…or anywhere else but on this field.

Still, the last thing I want is to spend the rest of my life locked in a dungeon, praying Cyrus won't kill me. There's no one else to do this right now, no one else to challenge Cyrus and Delilah's power. No one else to do what has to be done.

So what I want doesn't matter. Only winning matters, because winning is the sole way I'll be able to stop this mess from unfolding.

Cyrus turns back to the crowd, arms open wide like a carnival barker as he begins to weave them a tale in his very proper British accent.

"The eight of us here"—he turns to look at the members of the Circle behind him—"are very excited to see if she measures up, has what it takes to serve on your ruling body. And I know some of you are probably wondering how this happened, how a girl new to your school and new to our world could possibly be afforded an opportunity like this. Where does Grace Foster get the audacity to believe she deserves to rule?"

The stadium fills with an uneasy silence—and a dark one—as the students and faculty turn to look my way. Again, I can't help feeling like something isn't right. Like there's something more at work here than these people suddenly thrilled at the idea of seeing me taken down.

I mean, I know Jaxon's not my mate anymore. Ostensibly, so does the Circle and all of Cole's team. After all, Cyrus hasn't yet asked me where my partner is for this Trial. But I doubt they announced it to the entire stadium in the time it took me to get in here.

So why do they suddenly hate me so much? What's happened to turn everything so dark? To make it seem like every person in the arena is suddenly against me? And how does Cyrus know to play on it unless he's causing it?

"It's okay," Cyrus continues as the crowd whispers awkwardly

among itself. "It's okay to ask yourself these questions. Every member of the Circle certainly has."

He gives his best attempt at a sincere laugh, but it just comes across as creepy. Then again, nearly everything about the man comes across as creepy. I swear, how he managed to father two of the most heroic guys I've ever met, I'll never know.

"But whether it seems strange or not, rules are rules. Challenges are challenges, and we here at the Circle strive to always do the right thing. The rules of inclusion state that anyone who is from a faction with an unfilled seat on the Circle may challenge for inclusion. So we are, on this dark and gloomy day, waiting for the—very late—Grace to prove she is worthy." He laughs again.

"But no matter, no matter. Outsiders can't be expected to know all the rules, can they? Normally, members of the Circle themselves would fight, or choose champions from their armies, but your headmaster Finn Foster has rightly pointed out that we're on school grounds and must abide by the covenant of the school. Therefore, instead of bringing in generals, or sadly watch Grace fall quickly were one of the Circle to enter the Trial, we have agreed to choose our champions from the student body." Cheers go up in the arena as my opponents wave at the stands.

"And since these are but mere students, the magical safeguards against mortal injury have also been instituted—for everyone except Grace, of course." His smile stretches wide and reminds me of an alligator as he delivers this bit of good news.

He thinks by not being able to kill an opponent he's made me weaker—because that's how someone like him *would* think. But actually, he's done me a huge favor. Now that I don't have to worry about killing anyone, I can come full force with every ounce of power I have and not worry about doing something horrible. I offer him a smile even slyer than his own, not even trying to hide the satisfaction crinkling my eyes as Cyrus falters at my reaction.

But he quickly recovers and continues. "In the interest of being

as fair as possible"—I give a snort-laugh that would make Hudson proud—"and to ensure that there is no outside interference on either side, Imogen and Linden have shielded the arena.

"The players inside will be able to hear you cheering for them, but none of your powers can get through to them, which guarantees this is a totally fair Trial—for both sides. Rest assured, no one will be allowed to cheat their way onto the Circle."

He pauses and lets that sink in, holding my gaze for a reaction. But again, he thinks he's limiting my chances when he's only further emboldened me now that I don't need to worry his team will cheat. Uncle Finn is the only person left here to cheer for me, and he's certainly not about to help me cheat, so this is no handicap.

I give him, and the whole stadium, a wide smile that has his gaze narrowing and his jaw clenching. But the show must go on, so he forces a condescending smile as he adds, "And no one on the opposing team will be able to get extra help to defeat our little gargoyle, either."

As I stand here, listening to him go on about how magnanimous he is to organize today—like it's not a part of the Circle's fucking charter—I realize for the first time why Hudson originally wanted me to challenge them. Not because he doesn't believe in me. But because he knows there's no way his father is going to give me, or anyone else, a fair chance—all his words to the contrary.

My heart beats wildly at the thought. I mean, I knew walking in here that I might not walk out again. But recognizing just how stacked against me this damn Trial is infuriates me. And only makes me more determined to survive. I just hope I have enough cunning and physical strength left to back up that determination.

"And finally," Cyrus says, the words drawing my attention because it sounds like he is finally tired of hearing his own voice, "to prove the Circle's impartiality regarding the outcome of this test, Grace will start with the ball, giving her a powerful advantage here at the beginning of the Trial."

crush

He waits for Nuri to hold up the ball—which she does with an approving wink to me that seems both sweet and completely out of place in this ever-darkening arena—then turns back to the crowd.

Cyrus lifts his arms in a wide arc that sweeps through the air as he orders, "Let the Trial begin!"

# 113

## A Match Played in Hell



I wasn't expecting to have the ball first—I didn't think Cyrus would give me anything that even resembles an advantage—and as Nuri walks to the center square with it, I start to panic a little because I'm not sure what to do. Jaxon and I would have just continually passed it back and forth (well, unless he'd managed to fade all the way to the end and win immediately like he'd apparently planned), but now that it's just me, that strategy is worthless.

Plus, I figured with two of them jumping for the ball at tip-off, I wouldn't have a chance. So I'd been hoping to let them do some of the initial work as I got to see what a few of the portals might do this time.

Now, though…now I have about fifteen seconds before that ball is in my hands and thirty seconds after that to get rid of it before I start losing pieces of my stone to its out-of-control vibration. Which, now that I think about it, might be exactly what Cyrus had planned—no advantage here after all.

As the fifteen seconds tick by between one long breath and the next, a dozen strategies enter my mind, and I discard them all. I briefly consider using Hudson's gift of persuasion right away—just end this Trial early and walk the ball in. But sadly, the other team is too spread out. I'm not sure how much time I'll have once I tap into

crush

his power, but surely not long enough to chase them all down and persuade each to take a nap instead of trying to kill me. I can't even bring myself to consider turning everyone to dust—even if I know the magic of mortal injury will save them. Plus, Hudson's worked so hard to keep that particular gift a secret, convince Cyrus it's dormant, and it's not my right to expose it now.

Other strategies come and go as well. All equally bad. And then it's too late, because the whistle is blowing, and Nuri is throwing the comet straight at me.

I catch it and start to run—there's not much else for me to do at the moment—then realize, not for the first time, that while my gargoyle form does a whole lot for me, one thing it doesn't do is give me speed and maneuverability. So I switch to human on the fly, and just as Cole and Marc close in on me, teeth bared in their werewolf forms, I dive into a portal.

I'm prepared for the stretching feeling, tell myself to just breathe through it. But this portal doesn't feel like that at all. Instead of stretching me out, it feels like I'm being poked with hundreds of thousands of pins all over my body at the same time. Each individual pin doesn't hurt much, but when put altogether, it's excruciating.

Even worse, the ball is getting warmer and warmer in my hands and this portal seems to be taking forever.

I tell myself it's not any longer than the other ones, that I won't go over the thirty seconds, which is the longest I've ever been able to hold the comet, but it's hard to think through the pain of being jabbed a million different times.

Then again, the pain is nothing compared to losing Jaxon and losing my parents, nothing compared to the guilt I feel over Xavier's death or not believing Hudson sooner about his father.

*It's nothing*, I remind myself, even as every inch of my skin stings. Nothing that matters and nothing that I can't handle. I just need to hold on and breathe.

Finally—*finally*—I start to experience the weird surfacing-

through-water feeling that comes with the beginning and end of a portal, and I brace myself to be emptied onto the field.

I manage to land on my feet this time, but I'm still disoriented, because in the small amount of time I was in the portal, the arena has gone dark. Like really, really dark.

The stands are so dark, I can barely see the audience, which makes their shouts and cheers and gasps feel completely disembodied. Even the lights on either end of the field seem to be darker than they were just a few minutes ago.

I tell myself I'm imagining things, but when I look around, I can no longer see all of the field. I can only see the portion around me—at least in my human form—which can only mean Cyrus did this on purpose.

Of course he did.

It's a huge advantage for my opponents, because the wolves, dragons, and vampires can see perfectly in the dark, while I'm stuck squinting and trying to figure out which way I'm supposed to go.

The portal let me out about twenty yards from my goal line, so now I've got one hundred thirty left to go to get across theirs. The stone is burning red-hot in my hands, though, so I do the only thing I can do—I throw the ball as high into the air as I can, then shift on the run and launch myself into the air after it.

The wolves and witches can't get me up here, and the dragons are all the way down the field, blocking their goal line, so it works. I snatch the ball out of the air and start to fly as fast as I can toward the goal, thankful that my gargoyle eyes work slightly better than my human ones do.

I know I'll have to go low eventually—the dragons are racing straight at me as fast as they can, and while their magic doesn't work on me, they can still knock me right out of the sky. They're massive, and the fall is a lot from up here—I'll end up shattered, in human or gargoyle form, for sure.

But as they get closer, I realize one is going low—they obviously

598                              c r u s h

learned from the trick I pulled during the Ludares tournament—and the avenue of escape I had planned is cut off from me. The clock on the side of the field says I've got fifteen more seconds before the ball starts to become untouchable again, which means I have to figure this out *now*.

I think about voluntarily turning the ball over to one of them—desperate times and all that—but I can't bring myself to do it. So at the last minute, just when they start a pincher movement to squeeze me in, I shoot straight up, up, up into the air.

The dragons come chasing after me and I let them, bringing them in closer and closer the higher we get. I'm counting on the fact that Joaquin and Delphina have much bigger wings than I do—and are much heavier than I am—which means I should be able to turn around faster than they can. Or, here's hoping, anyway...

Which is why, just as they're about to get me—and just as the ball starts to turn superhot and vibrate—I drop it.

And then, as the crowd gasps and murmurs in surprise, I roll straight into a half somersault and go full-on diving after the ball.

The dragons bellow in rage, and blasts of fire and ice come shooting down after me. But I'm in my gargoyle form, so I barely notice as I race for the ball.

On the ground below me, one of the witches, Violet, tries to cast down the ball, but I get there before she manages to pull it to her. I swoop through her spell, causing her to shout—whether in rage or pain, I don't know—and I scoop the ball up right out of the air again. Then I'm racing, racing, racing for the goal line with the dragons coming up fast behind me.

They're closing in really fast, and though I'm immune to their powers, that doesn't mean I can't feel the brush of warmth as Joaquin's fire sweeps past my leg. Much closer and they won't have to use magic. They'll be able to grab on to one of my feet and send me careening across the sky.

I'm not about to let that happen—not the grabbing on to me and

definitely not the "sending me flying" thing. But a superfast glance over my shoulder shows me that pretty soon, I'm not going to have a choice. So I do the only thing I can think of—dart into one of the few midair portals.

As I do, I pray it's not like the last one I entered. A girl can only take so many things going to shit around her at any given time, and I pretty much feel like I'm at my quota right now. Just saying.

Turns out it's not at all like the last one I entered—it's so much worse that I kind of want to cry.

I don't even know what to think about this one, except to say that whoever thought it up was pure evil. Brilliant, yes, but also completely evil.

Something about the gravity is all messed up, and I end up freefalling through the portal while also spinning head over heels. With each spin, the top of my head and the back of my heels scrape against the walls of the portal and I get an electric shock every single time. It's really, really not fun.

Even worse, from the scream I hear not too far behind me, at least one of the dragons chose to follow me into the portal and whoever it is is pissed. Then again, they're so big, they must be scraping against the sides of the portal the whole time. I'm having trouble feeling sorry for them, but I wouldn't wish that kind of shock/electrocution on anyone.

I try to take a guess at where we're going to come out—and how I'm going to gain control enough to keep flying when we do—all while holding on to a ball that's starting to vibrate hard again. And can I just say, it's beginning to feel like overkill… Bad enough that I've got eight homicidal paranormals on my ass. I need to also have a ball that's sole purpose seems to be to break me apart? I know Flint and Jaxon love Ludares, but I'm pretty sure it might be the worst. Game. Ever.

The portal finally ends, throwing me out into the near pitch black… and, I realize with horror, on *top* of someone.

What the hell? Afraid I landed on one of the werewolves, I start

to push away, but then I realize I'm hearing human screams. And not one or two but several of them...all up close and personal.

Which means... I look around desperately, trying to get my bearings and find the goal at the same time, only to realize that I'm *not even on the field anymore*. This freaking defective portal dropped me off directly in the middle of the audience. Which means... Oh shit.

We're about to get squashed.

"You need to move!" I shout. "Move now!"

Then I take off, flying right over my classmates' heads even as I hope that they listen, that they manage to get out before... All kinds of screams ensue as Joaquin slides out of the portal and right into—and on top of—the crowd.

A glance behind me shows that Delphina follows right after him, belching ice, and the two of them manage to take out a whole section of arena seats—and the people sitting in them. Cyrus yells for order, and several teachers and Circle members race for the area, hoping to sort out the melee.

I make sure no one is seriously injured then take advantage of the ensuing chaos to toss the ball high enough in the air to reset it, then catch it again as I race back down toward the field. I'm in my gargoyle form, so despite the darkness, I can see well enough to figure out that I'm not that far from their goal line. I lay on the speed, heading toward that damn red line with every ounce of energy I can muster. I've got thirty seconds to get close to my goal and maybe, just maybe, figure out one more way to reset the ball without chancing losing it when I'm this close to the end. Now if everyone else on the field would also cooperate, I would really appreciate it.

But the upper balcony seats jut out over the field in this section, so I have to fly low in order to clear them. I do my best, dipping down and bringing my wings in low and close to my body as I make a beeline for the end. As long as the dragons remain tangled up with the spectators, I have a real chance.

I end up hitting the field about twenty feet from the goal line with the most intense tunnel vision of my life. I know things are going on behind me and around me, but I don't care right now. If they were seriously injured, or about to be, the magic of the game would pull them out anyway. All I care about is getting to that damn goal line before the dragons—or anything else—catches me.

And if I could do it before my hands literally shake off my body from the ball vibrating so intensely, that would be great, too. But I'm low to the ground now, too low, so I start to climb up again as fast as possible.

I don't make it. Quinn comes out of nowhere, in werewolf form, slamming into me so hard that he sends me careering into the ground.

It doesn't hurt—the stone keeps me from feeling too much—but the lack of pain doesn't change the fact that I'm on the ground with a wolf standing directly above me, snarling like I'm about to be his next meal.

He wants the ball—I know he wants the ball—but I'm not planning on giving it to him. At least not if I can help it. Instead, I grab on to the comet with one hand, then pull back my other hand and punch him in the nose as hard as I can with my stone fist.

He screams and rears back, blood spurting out of his nose, and I take the opportunity to roll over and start army crawling away, but the ball is vibrating so badly that it's almost impossible to hold on to it like this.

I manage it, though, and stumble to my feet at as close to a run as I can manage. I shift on the fly, going back to my human form so I can run faster. I'm so close, the goal line is only twenty feet in front of me, and I'm almost there, almost there. Back in human form, the burn from the comet is moving quickly from painful to agonizing, but if I can just hold on another few seconds—

Out of what feels like nowhere, Cam (Macy's right, he *is* a fucking traitor) hits me with some kind of earth spell, and vines shoot up from the field and wrap themselves around my ankles and legs. I go down

602                         c r u s h

hard and take the ball with me.

It's burning hot now, and when I fall on top of it, I can feel it branding me through my shirt. Can feel painful blisters starting to form. The pain is too much, and I gasp, roll off the ball, and just that easily, Macy's soon-to-be-ex-friend Simone swoops in.

She picks up the ball and takes off running full tilt for the goal.

# 114

## Fake It Till You Break It



I jump to my feet, shifting into my gargoyle form as I do, so that the vines are ripped apart by my larger stone size. But I'm way behind Simone, and I'm terrified I won't be able to catch her before she tosses the comet to a teammate and I never catch up.

I launch myself into the air, and briefly I think about tapping into Hudson's powers. But he said I can do it only once, and to make sure that when I do, it's to win, because it will totally wipe me out.

I'm not there yet—I'm currently about as far from winning as I was at the beginning of the game, maybe even further—but if I don't catch Simone right now, it won't matter if I save Hudson's power for later because I will have already lost.

Desperate not to let that happen, I fly faster, determined to use the power if I really, really have to. One of the dragons—Joaquin, I'm pretty sure—passes Simone going in the opposite direction and heads straight for me, fire blazing and talons out.

I don't have time for him or his shit right now. Too bad he doesn't feel the same way about me.

He's heading straight for me like I'm personally responsible for whatever pain and humiliation he suffered coming out of the portal earlier, and he's looking for payback.

Also something I don't have time for at the moment.

c r u s h

But this is the path Simone is running, so this is the one I have to stay on—which means I can't afford to duck or change course or do anything at all but what I'm doing.

So I do exactly that, even though it means flying straight at Joaquin.

You know, if anyone had told me six months ago that I'd be playing a supernatural game of chicken with a dragon, I would have suggested they stop smoking whatever it was they were smoking. But six months makes a huge difference in this world—hell, at Katmere Academy, six *minutes* makes a huge difference—and I can't afford to blink. Not now. Not this time.

So I stay the course, no matter how scared I am.

No matter how fast my heart is pounding.

No matter how loudly my brain is screaming for me to stop, to go back, to turn around because there's no way I can win in a collision with a two-thousand-pound dragon.

But I *have* to win—this collision and this game. Which means there's no way I'm backing down now.

A quick glance at the field shows me that Simone has passed the ball off to Cam, who is now running for the goal even faster, with the wolves quickly approaching to flank him on either side. I have no idea where the other dragon is—and I try not to let that fear distract me—because I've almost caught up with Cam, and I need to get this giant freaking other dragon the hell out of my way.

So I'm just going to have to count on beating the warlock to the goal line and keeping the ball in play.

How I'm going to do that is another matter altogether, though. Especially since there's only one way I can think of to do that while we're both thirty feet off the ground—and it's pretty goddamn awful.

I know everyone on the ground thinks I'm out of my mind. I know they're convinced I'm about to die right here in midair, and maybe they're right. But times don't get much more desperate than this, so I aim for the dragon and brace myself for impact.

I let myself wonder briefly about not surviving the upcoming crush. And if I'm really willing to take that chance.

But the truth is, if I don't take that chance—if I don't fight this fight and win—I won't survive anyway. Besides, I'd rather die fighting for what I believe in than live as the victim of somebody else's whims—especially if that person is as evil as Cyrus.

There's no way I want to spend the rest of my very long life being Cyrus's prisoner or personal gargoyle-for-hire.

That being said, I don't actually *want* to die. And so I lay on the speed, using every ounce of strength and energy I have to go faster, faster, faster. Joaquin is still coming at me, but I can tell from the way he's flying that he's convinced I'm going to chicken out at the last minute. Convinced that there's no way I'm going to actually let myself get into a giant collision with a *dragon.*

But he's wrong, way wrong. And his mistaken conviction means I have an advantage. Right now, it's a small advantage, but I'm willing to take anything I can get. Which is why, as the dragon bears down on me, wings spread wide and flames shooting out of his mouth, I do the only thing I can do.

I veer just a couple of inches to the right and clench both my hands into fists as I straighten my arms out directly in front of me and tuck in my own wings…and then I punch a giant hole in the center of his wing and fly right through it.

Joaquin screams in agony and starts spinning out as he plummets to the ground, unable to do anything but fall with his broken, torn-up wing. I feel bad—of course I do—but an injured wing is totally fixable, especially with Marise in charge of the infirmary.

A gargoyle's lifetime chained up in a dungeon? Not so much.

Leaving half the Circle to run wild, power hungry and unchecked, throughout the paranormal world? Double not so much.

I vaguely notice Joaquin magically disappears from the sky just before he hits the ground, likely teleported to the infirmary. Either way, they're down a player, and that can only be good news for me.

The crowd is shouting now—at me or for me, I don't know or particularly care—but I don't take so much as a second to glance over at them.

Instead, I do a backward corkscrew and deep dive toward the ground as Cam closes in on the goal. No way is Macy's scummy ex getting that ball over the line. No freaking way.

Except Cole is there, too, waiting to take me out if I get too close to Cam—or if he can think of another reason to do it. But I haven't come this far to lose to some mangy dog with a God complex, even if he is in human form, so instead of moving in front of Cam to stop him, I take him from behind—with a well-placed kick to the back of his knee.

He cries out and starts to fall, bobbling the ball in the process—which is exactly what I've been waiting for. I snatch the ball out of midair and somersault backward, planning to take to the air a second time. With one of the dragons down, my odds just got a whole lot better in the sky.

But before I can get more than a couple of feet off the ground, Cole leaps at me. I'm not fast enough to get away, and he manages to twist his arms around my waist as he tries to wrestle me to the ground.

I fight him the whole way—the gargoyle's stone way more effective than my human body would be in this situation—but before I can land one really good punch, we're falling straight into another goddamn portal.

This portal is narrow and fast—so narrow that my wings are scraping hard against the sides of it and so fast that it's actually crumbling the edges of them. Terrified I won't be able to fly if I lose too much of my wings right now—the info from the library said gargoyles can regenerate certain things but it doesn't happen instantly—I do the only thing I can think of to do. I shift back to my human form.

But that's no better, because I'm still in this portal with Cole and

the ball, and while I'm trying desperately to get my hands on the comet, Cole is trying desperately to get his hands on me. I start crawling away from him, using his own body as my ground, arms stretched in front of me as I try to grasp the ball that's spinning along in front of us. But Cole has a different idea, and he grabs on to the back of my pants and pulls me straight back toward him, even as I claw at the icy portal in front of me.

He finally manages to get me turned over and then wraps his hands around my neck and starts to squeeze.

# 115

## He Totally Deserved That



**P**anic fills me—wild, overwhelming, desperate—as I realize this isn't about the ball. It isn't about the game or even about the Circle itself. This is about Cole and how much he despises me. More proof—if there was any doubt—that Cole has never given a damn about the Trial. He only cares about hurting me.

Which makes him a million times more dangerous.

*Get up!* the voice deep inside me says. *Get him off. He'll kill you.*

I want to shoot back, *Thanks, Captain Obvious*, but the beast doesn't deserve my snark. He's just trying to help.

My hands are on top of Cole's now, my nails scoring his skin as I try to pry his fingers from around my throat. But he's a werewolf, with werewolf strength, and I can't get him off me no matter what I do.

And I do a lot.

I twist and buck and kick and claw and try to roll over, anything to make him let go, anything to dislodge his grip for even a second, but he doesn't budge.

Suddenly, I sense the weird feeling again, the one that says we're about to exit the portal, and I brace myself for my one chance to run, to get away.

But even as the portal empties us onto the field, shooting us out, Cole's fingers don't dislodge.

We hit the ground fast and hard, and Cole grunts in pain. I take that one split second of inattention and try to run with it, body bucking wildly even as I reach for the platinum string inside me.

If I can change back to my gargoyle form, I can end this right now—he can't strangle stone, after all—but no matter how hard I try, I can't do it. Keeping Cole from tightening his fingers and crushing my windpipe is taking every ounce of energy and focus I have. Grabbing on to the platinum string takes concentration and precision, and I've got neither going on right now.

Suddenly, the ball flies out of the portal, too, smacking Cole in the side of the face. He doesn't so much as flinch. To be honest, I'm not even sure he knows it hit him—once again reinforcing the idea that this Trial doesn't mean shit to him.

*Get up now!* the Unkillable Beast orders me again.

*I'm trying, I really am.* But I can't catch my breath, and I can barely think. Everything is going gray and cloudy inside my head.

There's a part of me that knows Cam just ran by and scooped up the ball, so I have a fleeting thought that I've already lost this game.

And then another fleeting thought about how fucked-up everything is if that's what I'm worried about right now, when death seems a much more imminent concern.

Desperate, I try to reach for Hudson's power—pretty sure now's the time to use it—but I can't unlock it, can't focus without oxygen to sift through the memories enough to find the one where he left—

"Grace!" Hudson's shout echoes across the field. "Get up! Get away from him, now!"

I want to, I really want to, but I can't. The darkness is coming over me, swallowing me whole, and I'm fading, fading, fad—

But before I do, I turn my head just a little to get a glimpse of Hudson, and that's when I see them—Macy and Jaxon and Hudson on the sidelines of an arena gone silent with shaken spectators.

Macy is standing by the fence that separates the field from the stands, screaming at the Circle.

610                             c r u s h

Jaxon still looks half dead, but he's got murder in his eyes as he rests both hands on the magical wall. He's sending quakes of energy to unseat Cole, but the witch's magic is holding and he's only shaking the spectators instead.

And Hudson... Hudson is laser focused on me. His eyes are pinned to my face with an intensity that makes it impossible not to feel him and imagine him still in my head.

"Get that bloody wanker off you, Grace!" he orders me.

I don't know if it's the Britishism or the intensity of his voice, but suddenly it feels like he's inside my head again instead of all the way across the stadium. Snarking at me to stand on my own two feet, telling me I'm a badass, that I'm stronger than I think. Pushing me to try again, to reach inside me for my platinum string. And this time, even though I know it's too far, that I don't have the strength to grab it, I strain my fingers just enough to brush against its soft glow.

And with my last ounce of breath, I shift my knee into solid stone—and shove it straight into Cole's balls.

He yelps like a kicked puppy, and I'm not going to lie, a part of me is disappointed he doesn't disappear instantly from a mortal injury. I'll just have to comfort myself with the image of him limping for a bit, and regardless, his hands are no longer around my throat as he falls over to cup his injured flesh, and I can finally, finally breathe.

I roll onto my hands and knees, coughing my head off as I suck air into my oxygen-deprived lungs. I tell myself I need to get up, I need to keep moving, but there's a part of me that knows it's already too late.

Cam picked up the ball what seems like a lifetime ago. He's won.

# 116

## Death By Ice Cube
## Is No Way to
## Start an Obituary



**B**ut as I look around, my gaze slowly coming into focus, I realize not only has Cam not run down the field to the goal—their entire team is standing still. And staring at me.

If I'd hazard a guess, I'd think they were enjoying watching Cole choke me to death. Bastards. But now they're staring openmouthed as Cole writhes around on the ground holding his hopefully busted junk, not sure what to do next.

Luckily, I have no such issues.

With every ounce of energy I can muster, I jump forward and shift, flying straight at Cam, my stone foot swinging under my body to connect with his to knock the comet free. But I needn't have bothered, because as my foot draws near, he drops the ball and covers his privates. I was aiming for his chin, but whatever.

I swoop down and snag the ball before anyone else.

I've been playing defense since I got the ball at the very first second of the game, trying to figure out how to stay away from all the people I'm playing against instead of trying to figure out how to beat them.

But that stops right now.

Because there is no way in hell I'm putting myself in another position like the one I was just in. No way Cole is ever going to get

c r u s h

his supernaturally strong werewolf fingers around any part of my anatomy *ever* again.

It's time to even the playing field, and I'm just the gargoyle to do it.

My throat is still killing me, though, which makes it a lot harder to breathe than it should. Especially with a giant blue dragon on my ass, as Delphina was quick to recover from my snatch-and-grab and is already in the air, hot on my tail.

Delphina is faster than I am, and now she's shooting solid chunks of ice my way—and while I may be immune to magic, I am not immune to a ten-pound block of ice slamming into my legs at incredible speeds. Gargoyles still shatter, after all.

And I like my legs exactly where they are...

Which means I have to do a whole lot of zigzagging and even more bobbing and weaving as I fly down the field. With this ridiculous ball vibrating more and more in my hands every second.

No freaking problem.

But there's nothing like a near-death experience to keep a girl on her toes, so I just channel my inner snowboarder and try a whole lot of tricks I've never done before. Most of them turn out okay—I mean, it's definitely function over form here, but the crowd doesn't seem to mind, finally sounding like they're on my side.

Especially when a giant piece of ice goes whizzing right by my head. Thank God. Death by ice cube is no heading for an obituary.

And not going to lie, Jaxon, Hudson, and Macy being here helps a lot. I didn't know quite how alone I felt until I saw them standing there, trying to save me. Outraged on my behalf and cheering me on. Even if they couldn't reach me, their wanting to made all the difference. It gave me the third wind I didn't even know I was looking for.

I glance behind me as I race, race, race toward my goal. I know I'm not going to make it, though—it's still too far away—which means I need another plan. I just wish I knew what it was.

My normal throwing the ball or dropping the ball isn't going to work here, not with Delphina on my ass, just waiting so she can scoop

it up and get back down the field with it. So instead of just letting it go, I grit my teeth and do a deep vertical dive down, down, down until I'm right next to Violet and Simone.

Then I drop the ball right into Violet's hands.

She shrieks with surprise and takes off running, just like I anticipated. Simone, on the other hand, turns on me with an air spell, whipping the wind into a frenzy and sending it straight at me like a heat-seeking tornado that chases me right back down the field.

It's moving fast—faster than I am, in fact—and it overtakes me a couple of times. Being caught in it feels like being stuck in a vortex, one that sucks away all the oxygen. And since I've already done the not-breathing thing tonight, I'm pretty much over it.

Still, I think I can use it if I play my cards right, so I don't put too much effort into losing the tornado. Instead, I hold it close as I keep time with Violet, waiting for her to make the handoff to one of her teammates. It's going to be Cam or Quinn—they're the only ones really close to her—and I'd be lying if I said I was broken up at the idea of going head-to-head with either of those jerks.

As her time runs down, I slow just enough to lull her into a false sense of security, but to do that means letting Simone's tornado catch up to me. So I do, taking a deep breath right before it overtakes me and holding it and holding it and holding it, even as the vortex spins around me.

Sure enough, Violet makes the handoff to Quinn, and I dive straight toward him. I'm going to get that ball back, and I'm going to shove this tornado down one of their throats while I'm at it.

Quinn is totally unprepared for the ambush—for me or for the tornado—and he bobbles the ball at the first gust of wind. And that's when I snatch it away from him and fly right out of the wind and into the nearest portal—leaving the rest of them behind to deal with the tornado.

I take my first deep breath in what feels like hours but is probably only about fifteen seconds. And then swear under my breath when

614                              c r u s h

I realize I've wandered into the stretchy portal—the one from the very first game.

It's a million times better than being stuck with pins over and over again, but holding on to the ball is a big challenge. So is landing on my feet when I finally get dumped back on the field.

Still, I don't have time to waste—Cole will be out for blood now. So with him and Delphina on my ass, I'm really going to have to be on my game.

Unless I'm lucky, of course, and I finally picked a portal that empties me out near my own goal line. Then again, nothing about today has felt particularly lucky to me, so I'm not counting on it.

Besides, I totally wouldn't put it past Cyrus to make sure that all the portals emptied as far from my goal line as they could get—for no other reason than to make this as difficult for me as possible.

The weird vacuum feeling finally hits me, and I brace myself for hitting the field. Which I do, shoulder-first.

It jolts me but doesn't hurt—stone for the win—and I jump up as fast as I can.

But it's still not fast enough, because Marc is only a couple of steps away in his werewolf form, and one look at his eyes tells me he's here to avenge his alpha.

Maybe that's why I get so angry when he compounds that first assault by chomping down on my ball-carrying arm as hard as he can. It doesn't hurt—again, stone—but hearing his teeth scrape against me riles me an irrational amount.

So when he starts trying to drag me down the field again, I decide I've had enough of this shit. And I whirl around, punching him in his ugly wolf snout with my other fist. He whimpers but doesn't let go, his jaws turning into a vise on my arm.

Which only pisses me off more, so this time when I hit him I don't pull my punches. I use every ounce of strength I can muster as I lash out with my stone fist and hit him on the side of his head as hard as I can. And then I hit him again.

TRACY WOLFF                615

Third time's the charm as he finally, finally lets go, and I roll away from him. But a quick look back shows me that while he's shaking his head, he's planning on coming after me again. And I just can't have that.

I'm beyond exhausted, and there's no way I'm going to be able to keep going like this—having one after another after another steal back any progress that I've gained. This game is rough when you're playing eight on eight. When you're playing one on eight—or even one on seven—it's absolutely brutal.

Plus, each shift I make—gargoyle to human and back again—takes a little more out of me. As does being strangled by a superstrong were-jackass for nearly a minute...

All of which means I'm going to have to start taking out more of the competition if I have any hope at all of getting across that goal line. And I have more than hope. I have resolve. I've decided there is no way I am losing to that asshole Cole. No fucking way.

So the second that Marc lunges a little drunkenly my way, I decide it's time to even the odds. I protect the ball with one side of my body and then use the other to slam into him with a full-on roundhouse kick to the side of the face—thank you very much, miserable kickboxing class that Heather made me take with her sophomore year.

He yelps but still keeps coming—turns out wolves have very hard heads—so I hit him with another, even harder one, and then swing around to deliver another kick...but this time he doesn't just go down, he magically disappears. I swallow back the nausea as I realize if my next kick had connected, it could have been a mortal blow.

But now I've got even bigger problems. The ten seconds I spent taking Marc out of the game caused two new issues.

One, the ball is vibrating so much that it's about to take me apart.

And two, Cole is headed straight for me, and I gave him the time to catch up.

# 117



## Raining Cats and Dragons

Part of me is tempted to stay right here and let him take his best shot at me, but I've got more urgent things to do right now—namely, reset the ball.

So that's what I do, tossing it as high into the air as I can manage and then shooting up after it, about two seconds before Cole gets to where I'm standing. He makes a huge leap for me and his fingers brush against the bottom of my feet, but I'm already flying higher and he can't grab on.

Too bad the same thing can't be said for Delphina, who looks about as done playing as I am.

I'm almost to the ball, but she gets there a second before I do and uses her powerful tail to knock it all the way down the field—back toward the goal line I need to protect. Of course.

I zip off after it, already knowing I'm going to be too late and I'll have to wrestle it away from someone else. But I'm back to dodging giant blocks of ice, so for the moment, I've got other things on my mind—mainly how not to be the prize in my very own midair shooting gallery.

I do a pretty good job of it, mostly by doing more of the death-defying flips and turns I didn't even know I had in me before half an hour ago. But Delphina's getting better at shooting on the fly, and

she catches me with a huge block of ice to the hip, which sends me spinning out of control as pain explodes along that side of my body.

I plummet downward in a flat-out spin. My brain is screaming at me to pull up, to get moving, to go, go, go, but gravity, aerodynamics, and exhaustion make a deadly combination. So in the end, I do what my driving instructor taught me to do when skidding out in a car. Instead of fighting to pull out of the spin, I turn into it.

Apparently, it's the right move, because it changes everything. I get control in a couple of seconds, and then I'm flying down the field, straight at Cam, who has cotton in his nose, blood on his shirt, and the ball clutched in his ham-fisted hands.

My hip is killing me, but that doesn't matter at this point. Nothing does but stopping Cam before he hands the ball off to Cole—because I know Cole is going to want to be the one to bring it across the goal line—and end the game.

Except either Cam is getting smarter or one of the witches is, because as I barrel down the field toward him, none of them tries to use a spell on me. Instead, they use a spell on *him*…and he effing disappears halfway down the field.

What the hell am I supposed to do with that?

I've got no time—*no* time—but the only thing I've got going for me is he doesn't have that much time, either. In fifteen seconds or so, he's going to have to toss that ball to someone else—invisible or not.

But I don't want to wait that long. Every second he runs is an extra several feet he gets toward the goal line. And that is not something I can let happen.

Glancing around, I'm desperate for an idea when one suddenly hits me. It's nothing I've ever done before. But then again, I've never before done 95 percent of the things I've done in the last twenty-four hours.

Is it a long shot? Yeah. Does that matter? At this point, not even a little bit.

I want to land, but I know better than to put myself down where

618                              c r u s h

Cole might be able to get me. So I stay in the air and start looking for the ice Delphina's been shooting since we got into this hell-arena. There are hundreds of chunks scattered around the field, and I'm going to use them all.

Or at least, that's the plan.

Most of the books Amka laid out for me in the library really didn't shed much light on what gargoyles can do, but there's one thing they all mentioned... Gargoyles are naturally adept at channeling water—supposedly it's why, for centuries, so many buildings used decorative sculptures of us as water spouts. I don't know if any of that's true or not—and neither did Jaxon or Hudson, since I'm the first gargoyle they've ever met—but I'm going to operate on the idea that it's true.

And probably lose this game if it's not.

But I'm not going to think about that right now. I'm not going to think about anything but getting that ice to work for me. And so I start to focus on pulling the water to me. Just like I channeled magic into Jaxon through the mating bond or Hudson's magic to light candles, I let the energy build in me. Feel its purpose as it courses through my body, drawing it into my hand.

Once I can feel the ball of energy burning brightly in my palm, I clench my fist on it, draw it back in. And then I pull, pull, pull, pull the ice toward me, melting it into water even as it flies through the air. And it *does* fly. All of it. And no one is more amazed than I am.

It's an amazing thing to see, these giant blocks of ice flying at me from all over the field and melting into funnels of water in midair. But the one thing I didn't account for—the one thing that makes this even cooler *and* more terrifying—is the fact that there is a *lot* of water in the air.

And I am pulling it *all* toward me.

Suddenly my funnels become one giant wall of water moving down the field, and I've never seen anything like it. Judging from the way the audience is reacting—screaming and stomping their feet—neither have they.

I want to look for my people—for Hudson and Jaxon and Macy—and see what they think of what's going on. But I'm terrified of breaking my concentration, of what will happen if I drop my focus for even half a second.

I also don't have the time. I need to find Cam before it's too late.

Not going to lie, I'm freaking out a little bit, but I figure it's now or never. So I take a deep breath, gather all the water into my hold, and then throw it straight down the field at where I think Cam is.

Sure enough, as it falls, it falls around him, not through him, and that's enough to show me where he is—only about forty yards from the goal line.

I take off after him, flying at absolutely top speed, and still I don't know if I'll get to him in time. So I pool the water back together and create a giant wave of water...and bring it crashing down on him, Violet, and Quinn—all of whom are on that part of the field. And as the wave starts to dissipate, I pull the water back and, with a spin of my wrist, turn it into a whirlpool to trap them all.

Cam turns visible again somewhere in the middle of my whole water attack, but he no longer has the ball. None of them does, and I strain my eyes, trying to find it before someone else can.

I finally spy it resting near the bottom of the whirlpool. I was planning on letting them go after a few seconds, but I can't do that now. Not when they're so close to the ball and the goal line.

A quick glance around shows me that Cole and Simone have spotted the ball and are racing for it—even as Delphina is diving to intercept me. Keeping the whirlpool going is taking a lot of my energy, and I'm running out of ideas.

I have no choice but to try to get to the ball first.

Luckily, I grab it right before Cole, which gives me the lovely side benefit of being able to kick him in the stomach as I launch myself back into the air.

I've got to say, for someone who's always prided herself on being nonviolent, these last few punches and kicks have made me entirely

620                               c r u s h

too happy. Then again, payback's a bitch, and I've had just about enough of being poor, weak little Grace.

It's time everyone on this field—everyone in this paranormal world—figured out that I'm not fair game anymore. And that I don't need to hide behind Jaxon, either.

My gaze narrows on the finish line as I race toward my goal. Excitement burns in my chest as I realize I'm going to make it. I'm flying with every last ounce of energy I can muster, and as my goal gets closer and closer, I can't help the elation bubbling in my chest. I'm actually going to make it.

I've barely got anything left in me now, so I have to drop the whirlpool keeping Violet, Quinn, and Cam out of my hair.

But it doesn't matter. I'm only twenty feet from my goal, and they're all too far behind to catch me. As long as Cole hasn't suddenly learned to fly, I've done it. I've actually done it.

I've mentally celebrated no more than five seconds, though, before I realize I've made a giant strategic error.

I lost track of Delphina.

And she's a lot closer than I thought, blindsiding me just as I stretch out for my flight to the goal line.

She hits me full-on in the side with all her strength and velocity, and it knocks me out of the air. Even worse, I hear—and feel—the stone of my wing crack.

# 118

## Stop Dragon my Wings Around



I manage to hold on to the comet for no other reason than I'm in such agony, every muscle in my body is contracting in an effort to protect the rest of me from further pain.

And this time when I plummet to the ground, I can't do anything about it but scream.

My right wing is obviously cracked—I haven't seen it yet, but the trauma has me almost blacking out—and I can't fly straight, no matter how hard I try. I can't fly at all, to be honest, and my only hope of not shattering when I hit the ground is gliding my way down on air currents. Quickly.

It's not easy and it's not pretty but it works, and that's all that matters. But thirty seconds have passed by the time I'm on the ground, and I have to get rid of the ball or the vibrations will nearly destroy me. Again.

I think back to Nuri holding the comet for five minutes before Ludares kicked off, and I'm in awe of her. Thirty seconds for me, and I would sell my soul to set it down right now.

I throw it up in the air and pray—just this once—for a small break. I can't fly anymore, so if Delphina gets it, I'm totally screwed. Then again, I'm probably screwed anyway, considering I'm now stuck on the ground with Cole, who's barreling toward me like the hounds of

622                              c r u s h

hell are after him.

Delphina doesn't get it, which is surprising. Then again, the way she's flying around in wavering circles at the moment hints at the idea that that last hit was as hard on her brain as it was on the rest of me. On a different day, with a different Trial, that might make me sad. Right now, I'm just glad it means she's out of commission for a few seconds.

Cole's racing straight at me—and the ball—in werewolf form, and I'm closer and know if I run, I might just beat him to it. So I change to my human form on the fly and race for the ball.

I manage to snatch it right out of Cole's open jaws. I hit the ground running, but a quick look behind me shows that not only is Cole hot on my heels, so is everyone else...except Delphina, who is still doing her best impression of a cuckoo clock.

But Quinn, Violet, and Cam have finally managed to find their way out of the whirlpool I left them in and are now chasing me like their entire reputation depends on bringing me down.

That may be true, but my entire *life* depends on me not letting them, so I put everything I've got on the line. I grit my teeth as I pass thirty seconds with the comet. The ball is so hot that it feels like I'm burning the skin right off my hands. But I can't get rid of it, can't give it away any more, either. My energy is flagging, I'm bruised, battered, broken, and I don't have much more fight in me.

This is it—I know it is. I can feel it in my bones, can feel it in every part of me. This is my shot to win, and if I don't take it now, then it's probably never going to come around again.

Which means I'm not giving up this ball, no matter how much it hurts. No matter how much I have to sacrifice to hold on to it.

And I run.

When I'm about ten yards from the goal line, I glance behind me—not the least bit surprised to see six pissed-off paranormals barreling down the field after me. Lucky me, it looks like the birdies have finally stopped circling Delphina's head because she is back in the game as well.

Tracy Wolff                    623

Which means, winning this thing just got much, much harder.

I'm so close.

But so is Cole.

I need to shift back into a gargoyle so the sadistic fuck doesn't kill me with his sharp teeth or claws. But what if my wing is so damaged, the pain causes me to falter? Even a second's delay is all Cole needs to have me in his powerful grasp.

I'd read in one book that shifting can cause some shifters to heal or partially heal as the magic transforms their body, not physiology. So there's a chance, a very, very small chance, that shifting could actually give me an advantage against Cole, too—I could get my flight back.

And so I decide to risk it. I shift.

I almost pass out with relief as I realize my wing has healed itself, and I launch into the air. It's not the best liftoff, as the comet is now so painful, tears are leaking down the sides of my stone face. But I'm only five yards from the finish line and flying.

# 119



## Gargoyle Girls Do
## It with Grace

I barely make it a few feet before I feel something score my back, and the pain is excruciating.

Sharp talons wrap all the way around my arm, then sling me toward the ground with such force that it's impossible for me to right myself.

The ground rises up to meet me as my stone body slams into the earth, the comet trapped beneath one of my arms. My head is turned toward my goal, and I almost weep when I realize I'm only a few yards away. So close.

Even if I could move, which I most definitely can't, Violet sends vines from the ground to wrap around my arms and legs, pressing me farther into the earth—and the comet that's now vibrating so fast and hot, it's a constant mind-numbing pain.

I can vaguely hear the stadium erupt in noise, but I have no idea if they want to call a halt to the Trial or see me punished by death for daring to question the sanctity of their beloved Circle.

Simone snarls at me, goes to try to pry the ball from under my body, but Cole just laughs. "Don't worry about taking it," he tells her as he nods to the clock at the side of the field. "She's going on forty-five seconds now. She'll forfeit when it kills her."

He turns to me, the malevolent glint in his eyes growing more

evil with every second that passes. "It has to be excruciating, right, Grace? Why don't you just let the ball go? Everything will be easier if you just give up."

"Fuck you," I tell him. "I wouldn't give you the satisfaction."

He grins. "I was hoping you'd say that." And then he punches me full in the face.

The rest of them take the punch to mean it's open season, and they leap on me. Quinn—now in human form—grabs on to my free arm and starts to yank it back, back, back until it feels like it's going to snap right off.

Delphina slams her tail into my face, and blood gushes down the back of my throat, choking me. I didn't even know I could bleed in gargoyle form, so thanks for that lesson.

Cam kicks me in the side and yells, "Payback's a bitch."

And Cole, Cole walks over to one of the straight, heavy rods the game uses as goalposts and uses his wolf strength to yank it right out of the ground.

I try to find a way to protect myself from a blow that can actually shatter me. I think about changing back to human form, but if I do that, a hit from Cole wielding that goalpost will kill human me.

I'm trapped, blows raining down on me, and I try to find the memory of my mother's smile, try to find Hudson's power, but I can't. I can't focus on anything except the next punishing blow to my body, the ball ripping me apart atom by atom now.

I can feel my eyesight grow dim, and I know I'm going to die.

And this time no one can save me, not even myself.

And still I don't regret coming to Katmere. I could never regret anything that brought Jaxon into my life. And Hudson. And Macy and Flint and Eden and Mekhi and Gwen and Uncle Finn and even poor, poor Xavier. My friends. My family.

My only regret is that my parents didn't live to see the life I've made for myself here. They would have loved my people as much as I do. My father would have loved Jaxon's protectiveness and Flint's

ridiculous sense of humor. My mother would have loved Macy's sassiness and how often Hudson pushes me to stand up for myself.

It's as I remember my mother, my laughing, smiling mother, that an image shimmers before me, so clear that I can almost reach out and touch it.

My knees. My knees hurt so much. Scraped so badly by the concrete that a few trickles of blood are running down my leg and seeping into my pretty pink socks. Tears are falling down my cheeks now as I ask my dad why he didn't catch me before I fell. And I can see his heart break that he wasn't there for me. He should have been. But he wasn't. He leans forward and pushes a strand of hair behind my ear and tells me he's sorry, that we can try again later. He'll catch me tomorrow. And then he's reaching down to grab my hand, to walk me and my bike home. And I am so sad.

I didn't learn to ride my bike today. Instead, I fell down. I wasn't strong enough. I couldn't do it. My knees ache, but that feeling that I've failed my parents, that I've failed myself, hurts more than any scrape ever could. I look up to see if my mom is ashamed of me, too, but she's smiling down. Her eyes twinkling with unconditional love.

"You've got this, honey." She takes my hand and squeezes, then darts a quick look to my dad to encourage him to step back and give me room. "Now, get up. Get up, Grace."

And she smiles at me. A smile so filled with love, so filled with confidence and hope and warmth, that I feel it explode inside me, envelop me in its strength and power. So much power, sizzling just below the surface. Waiting for me to touch it. To take it.

To use it.

And that's when I know. When I recognize what this is.

This power lighting up every cell in my body isn't just mine.

It's Hudson's.

And it is ungodly.

# 120

## Fee, Fi, Fo, F*ck



I don't know how Hudson knew I would need that memory at this point, right now, more than I've ever needed anything in my life. Not just his power but my mother's confidence in me, too. Maybe because he understood just how battered and broken and weary I would be coming into the end of this Trial. Or maybe because, after all this time trapped in my head, he just understands me.

I feel the ground rumble beneath my cheek, and I know Jaxon is doing everything he can to break down the barrier and get inside to save me. I hear Macy shouting spells, each one hitting the barrier like ringing the gong of a bell. And I know if Flint were here, he'd use every ounce of strength he had to burn the magic of the protective spell away.

But I don't need them to save me, not this time. Thanks to Hudson, I've got this. Even if no one on this field knows it yet. Because Hudson is the only one who gave me the strength to pick *myself* back up again.

Even if it meant giving up the very essence of who he was. For me. A girl who spent the last two weeks hating him. Who was at one point willing to take from him that which he willingly gave.

I take a deep breath, let the power flow through me. And realize that he didn't just give me some of his power. He gave it *all* to me.

And can I just say—holy hell! I knew Hudson was powerful, but

c r u s h

I'm used to powerful. I was mated to Jaxon, after all, and in the world I come from, it doesn't get much more powerful than that…or so I thought.

But the kind of power Hudson has? The kind of power that's coursing through my body right now? It's like nothing I ever could have imagined. Like nothing anyone I know could possibly imagine… even Jaxon.

I'm barely skating along the edges of it, and it feels like more than I can ever possibly hope to wield or contain. What would it feel like to have all that inside you? To know you could do whatever you wanted, whenever you wanted?

For a second—just a second—all the bits and pieces of what Hudson has told me over the last couple of weeks during our myriad conversations come together in my head.

Jaxon definitely got it wrong. Because if Hudson had really wanted to commit genocide, hell, if he really wanted to kill *everyone*, he wouldn't have wasted his time with only using his gift of persuasion. I see it now, what he's really capable of. With a mere thought, his enemies would have been turned to dust. Not just one. Or ten. Or even a thousand. *All of them.*

And now I can't help wondering if the only reason Jaxon defeated Hudson is because Hudson let him win. Because I know, without a doubt, all I need to do is think of something and it will, quite simply, cease to be.

But I don't have time to ponder this as Cole snickers and crouches down next to me, the goalpost still clutched in his hands like a child's security blanket—more proof of just how weak he is.

As if I need more proof. I can't believe this guy is alpha. He's pathetic—I just never knew how pathetic until right now.

"I can't wait until I'm done with you." He sneers. "You don't belong here. You've never belonged here. Foster's just too chickenshit to admit that. But I'm not. I'm going to do everyone a favor and take care of you once and for all."

Then he leans down to whisper in my ear. "And then I'm going to take care of Jaxon and Hudson. This is the time—can you feel it? Neither of them is looking quite like their old selves, are they? I have to admit, I was surprised to see Hudson was back. But hey, gives me a chance to kill him myself for the mess he made of my plans last year."

He nods to the others to get out of the way. And then he lifts the goalpost, preparing to deliver the blow that will guarantee an end to the game and likely an end to me.

In the background, Nuri's whistle is blowing loud and sharp, but Cole isn't paying any attention to it. And neither is anyone else. Which is fine with me. Because now that Hudson's power has spread all the way through me, now that I can feel it in every single part of me, I know exactly what to do. Because no way is Cole going to touch a hair on Jaxon's or Hudson's heads.

Not after everything they've done for me.

Not after everything they've been to me.

"They could destroy you with nothing but a thought," I hiss at him. "But by the time I'm done, they won't have to."

And so I dissolve the vines holding me to the ground with nothing more than the whisper of an idea in my head. I plant one hand on the ground and stagger to my feet, the agonizingly painful ball still clutched in my hand and Hudson's power flowing through my veins. It mixes with my gargoyle, grows even more powerful...then touches on something else deep inside me. Something I can feel but don't yet have a name for.

It all mixes together as I finally stand tall, ignoring the bruises and the small, broken pieces of me that litter the ground around us.

Cole's smug smile falters as he looks at me, but I don't know why. Probably because he's not used to anyone standing up to him, least of all the little human girl he's been messing with since the day she got here.

The little human girl who has turned out to be so much more than any of us ever expected.

Something akin to fear flashes across his face. But then the witches rush to his aid, wands raised as the three of them hit me with spell after spell.

But I'm in my gargoyle form—imbued with a vampire's power—and every spell they throw at me just rolls right off. Delphina hits me with an icy blast so powerful that it should chip a few more parts of me away—or at least rock me back on my heels. But it does neither, and as I take a step forward, I realize that the foot I'm looking down at doesn't belong to me. Or at least not normal-size me.

Because with every single spell they send my way, I'm growing larger.

With every chunk of ice Delphina spits at me, I'm becoming taller and stronger, my stone becoming more and more impenetrable.

*This is Hudson's power?* I wonder as I take a second step forward. This is what he can do?

But something inside me—my gargoyle or Hudson's power or some weird amalgamation of both—whispers *no*. Whispers that what's happening right now is something else entirely. Something no one has ever seen before—but it doesn't give me a clue about what it is.

Delphina hits me with one more blast of ice, right before Violet and Cam and Simone stand together, faces frightened and wands raised. I don't know what they have planned, and I don't care. All I want is to get to the goal and end this game once and for all.

But together they cast a spell that has long red ribbons flying through the air at me, wrapping themselves around me, binding my free arm to my side and the arm cradling the ball to my chest.

I don't know how they could possibly imagine for one second that these flimsy bindings would hold me, magical or not. I rip them away with barely a thought and keep walking, as the ribbons disintegrate into a million pieces of confetti that flutter and float around me.

And that's when it happens, when Cole and Quinn launch themselves at me. They are back in their werewolf forms, growling and snarling and clawing as they try to grab on to any part of me that

might actually hurt. Any part of me that they imagine might bring me down.

But I don't have time for them. I don't have time for any of this pettiness anymore, and I wave a hand to shoo them away. They fall to the ground, whimpering and nearly formless, and I realize that simple wave of my hand has broken nearly every bone in their bodies to slivers.

They're crying when they change back to human form to help mend their bones, but I don't pay any more attention to them. As long as they don't bother me, I won't bother them.

I turn to the others, prepared to cut off another attack if necessary, but they're not coming near me. They're just watching me in horrified astonishment…which works for me.

But Delphina makes one last pass at me, diving out of the sky as fast as she can, talons aimed straight for my heart. With nothing more than a thought, with a wave of my hand, she disappears.

And the crowd roars even louder. Not because I've killed her, although I easily could have. But because she's re-formed in the infirmary tent on the sidelines. So strange to imagine I could have dealt a mortal blow with a mere thought.

I'm only a few steps away from the goal now, and with each step I take, I shrink a little more, until I'm back down to my normal size.

I pause before I cross, though, and hold the ball up to the audience, in the same way Nuri did. I challenge each and every one of them to hold it as long as I have—which by now must be at least ten minutes, including the time it was trapped, incendiary and vibrating, under my broken body.

Then I shift back to my human form, so that as I step across the bloodred goal line, it's Grace—just Grace—who is walking the ball across it.

Grace, just Grace, who has somehow managed to beat Cole, beat the Circle, beat the king, *and* beat the odds.

It's a good feeling.

As I cross the goal, the arena erupts in cheers and stomping, and I can't help taunting the king. I offer him the comet. I didn't think the noise could become more deafening, but it does. Somehow it does. Nuri dips her head in respect, and I wink at her. Then drop the comet onto the ground.

But that last blast of Hudson's power has decimated me, and the moment the words ring out across the stadium that I'm the winner, I stop. I just stop.

And then fall to my knees as wave after wave of exhaustion rolls right over me.

# 121

## And the Crowd Goes Wild



*It's over. It's finally over.* That's all I can think as the world around me goes wild.

I want to get back up, want to check on Jaxon and Hudson and Macy and Flint and Eden and Mekhi and Gwen—all casualties in the battles that have gotten me here, to this moment—but I'm too tired to so much as turn my head. Too tired to do anything but lie here and try to absorb everything that's just happened.

The crowd is screaming and stomping so loudly that it feels like the arena itself is going to crack wide open. Students are cheering, faculty are clapping, and even most of the Circle are looking at me like they *might* have underestimated me.

It's a little strange considering how, less than an hour ago, it felt like everyone in this place was against me. Suspicious, angry, convinced that I didn't belong here...and now they're cheering for me like I'm actually one of their own.

And the only thing that's changed is I actually won the Circle's little Trial.

I'm still me, still Grace. Half-human, half-gargoyle girl. Only now they seem to think I belong.

Interesting, considering I've never wanted to belong less. Never wanted anything more than to simply walk away from this stadium

634                                   c r u s h

and never look back.

There are only eight people in this entire place who I actually care about—everyone else can go straight to hell.

Ironic? Yes. Something I need to deal with right now? Not even close.

So I drop what I sincerely hope is my last entry into the "Shit I Don't Have Time For Today" file, then rest my head on the ground and breathe. Just breathe.

I'm going to get up—*I am*—just as soon as I'm certain that my legs can support me. Turns out doing the entire test on my own and *then* following it up with some kind of mega power explosion takes a lot out of a girl...especially with the night I had.

But before I can so much as figure out what hurts—or more accurately, what *doesn't* hurt, since that's a *much* smaller list—Cyrus has lowered the magical force field protecting the playing area just enough to let himself in and is now moving quickly across the grass.

I don't want to get up, but no way am I meeting this man facedown on the ground. Much less on my knees. So I dig into whatever last reserve of strength I have, and I push myself up and stand. I'm wobbly, but I'm on my feet.

As our gazes connect, I can't help but pick up on a disturbing amount of rage in his eyes, so much so that I expect him to start screaming and running full tilt at me any second.

But he's got too much restraint for that.

Instead, he walks slowly, deliberately up to me in his three-piece Tom Ford suit and tie, and he doesn't stop until he's only a couple of inches away.

The closer he gets, the more unsettling it becomes to be this close to him. Partly because he looks like a thirty-year-old version of Jaxon and Hudson—a little more scruff and a lot more sophistication, with an attitude that commands obedience—and partly because, when our gazes meet, there's something in the depths of his that gives me the creeps on a whole new level.

I start to take a step back—several steps, actually—but that's exactly what he's going for. So I force myself to stand my ground, lift my chin, and keep my gaze locked on his despite my misgivings.

I expect my small rebellion to set him off, but instead it brings an ever-so-slight smile to his face as he looks me over. He never says a word, never makes a move toward me, and still I feel all kinds of gross by the time his gaze travels from my muddy shoes back up to my face.

Maybe I should have taken that step back after all—onto the next mountain, if possible. But it's too late now. Any move on my part will look like retreat, and I'm not about to give him the satisfaction…or the power.

All of a sudden, the entire arena begins to shake, the ground rolling and jerking beneath my feet for a few seconds before settling back down again.

"So. You did it," he says, eyebrow arched and index finger running along his lower lip in that way some men do when they think they've found a snack.

As if.

"I did," I answer, lip curled in contempt even as every instinct I have is screaming at me to run, that a deadly predator has me in his sights. "And now I'm going to leave."

I go to move past him, and he reaches out, grabs my elbow.

The arena starts to shake again, and I glance over at my friends, see Jaxon's and Hudson's frantic faces, and know instinctively that Jaxon is the cause of this. He's fighting his father's protection dome, trying desperately to break through it.

The ground shifts again, and Cyrus adjusts his stance—and his grip—on my arm. I brace myself for pain, for punishment, for *something*, but his touch remains light even as he leans down to whisper in my ear.

"You don't really think I'm going to let you leave, do you?"

"I think you don't have a choice," I answer. "I played your little game and I won. And now I'm walking away. From you. From this

636                              c r u s h

arena. From everything."

I start to pull my elbow from his grip, and that's when his fingers tighten, pinning me in place. And there's nothing I can do. I'm fighting a fatigue so powerful, my entire body is shaking with the effort to stay on my feet. "You think I don't know you cheated?"

"Do you think I care what you know?" I shoot back.

"I designed this Trial. There's no way you beat it on your own." His fingers dig into my elbow a little more with each word that he hisses.

I don't flinch or pull away, even though the pain is getting worse by the second. Instead, I return his smile and answer, "I find it interesting that you felt the need to put together the hardest Trial ever for a half-human girl who's only had her powers about two weeks. Overkill much?"

"Are you saying you didn't cheat?" he asks.

"Are you saying *you* didn't?" I counter.

Because I suppose, technically, I did cheat a little—I used Hudson's power when only mates can help each other.

But that's nothing compared to what they did to ensure that I failed. They deliberately broke my mating bond minutes before I walked into the arena.

They deprived me of a mate, not just for this ridiculous game but for the rest of my life as well.

They *broke* me...*and* Jaxon.

And Cyrus thinks he's going to come down here and complain that I cheated? Sorry, *so* not sorry.

"Do you think this means you're actually going to get a seat on the Circle, little girl?" It's said with a snarl, though his face never changes—and neither does the pressure of his fingers on my elbow. "No gargoyle will *ever* sit on it again. Not while I'm king. Not after what they did."

I don't know what he means, and I don't care. Not now, maybe not ever.

Which is why I snarl back, "I don't give a shit about your Circle. I

TRACY WOLFF                    637

never have." I'm fed up with this conversation, fed up with him, fed up with this whole damn world and its arbitrary rules and out-of-control power grabs. "So why don't you and your little group of playmates pack up your stuff and go home? Nobody wants you here."

"You don't get to tell me to go home." He starts to circle around behind me, and I know something is coming, can feel it in my bones.

But I'm still not backing down from this man. I can't. More, I won't. Instead, I reach for my gargoyle. For the shiny platinum thread that has kept me safe for days now.

"You don't get to tell me anything," he continues.

I turn my head so I can track his movements. Just because I refuse to back down to him doesn't mean I'd ever let him out of my sight—especially when he's this close. "I feel exactly the same way, *Cyrus*." I deliberately use his name just to piss him off.

It works, his voice turning to ice as he says, "You know we can't both win, right, Grace?"

I would congratulate myself for getting under his skin, but there's something in his tone that tells me I pissed him off too much. Something that puts me on high alert and has me pulling on the platinum thread. I start to shift even though I'm exhausted and I know it will cost me. But I'm too worn out; my gargoyle is sluggish.

And that's when Cyrus strikes, fangs flashing a millisecond before he sinks them into my neck, right over my carotid artery.

## 122

### You're So Jelly



I scream as the world goes completely out of control, the ground shaking so hard that I swear it's going to tear itself apart. And then I scream again.

I can't help it. The pain is overwhelming, so different than when Jaxon bites me that I can barely comprehend what's happening.

"Stop!" I scream, shoving Cyrus off as I desperately try to complete my shift.

But I can't transform, my body already moving beyond my control as the pain starts shooting down my arms, turning my legs weak and my blood to fire.

Oh God, it hurts. *It hurts.*

Tears bloom in my eyes, but I blink them back as I push at Cyrus, desperate to get him off me. But he's already off, already pulling away. I don't understand how that's possible when the agony inside me is only getting worse.

And that's when it hits me. He's not drinking my blood like Jaxon did. All Cyrus did was bite me, and it's that bite that burns like the surface of the sun.

Venom.

Cyrus turns to the crowd, his arms wide, and announces in a bellowing voice that carries in the silence like a lone bell, "Our little

gargoyle has admitted she cheated. We all saw it. And the penalty for cheating the Trials is death, is it not?" He holds the arena in the palm of his hand. "How dare she try to subvert our traditions, our rules. She is not one of us and never will be."

And on that final note, he turns back to me just as a loud tearing noise rends the air. Suddenly the crowd sounds much louder, even though the ground has finally stopped shaking. Which is good, I register, as everything starts to shut down inside me, because my legs are giving way.

I start to crumple, brace myself for the impact of the ground and whatever else will come from Cyrus when I'm finally lying there defenseless.

But I never hit the ground, because just as suddenly as Cyrus struck, Hudson is here, beside me. Catching me.

Like I was yesterday's trash, Cyrus has already turned and walked away. I stare at his tall form stalking across the field, and I wonder if anyone will ever challenge this brutal vampire. How much longer until the entire world is on its knees before him? How naïve was I to think I could temper his reign? Me. A tiny half-human gargoyle.

Hudson scoops me up into his arms, his face ravaged with a fear and rage like I've never seen from him before. "Grace!" he shouts hoarsely. "Grace, hang on."

There's nothing removed about him now. Nothing sardonic or defensive or even snarky at all. And I suddenly realize, even through the pain, that I might be looking at the real Hudson for the very first time.

I like what I see. Except...the sudden tears in his blue eyes only make them look deeper.

I reach a hand up and brush them away. "Hey, it's okay," I tell him even though I know it's not. "Don't do that."

I know this is bad, even without Hudson's tears. It's not like it's exactly a surprise as pain and burning continue to spread through every part of my body. It doesn't mean I'm not sad, though. I was

crush

looking forward to getting to know him when he wasn't in my head.

I was looking forward to a lot of things.

I glance over to where Jaxon and Macy are trying to get to me. They're halfway across the field, but Jaxon is struggling—I can't imagine what it must have taken for him to rip that magical dome apart, especially as depleted as he already was.

I wish I could go to him, wish I could hold him one more time.

But I'm already cold, the rain and sleet able to reach the stadium with the magical wall gone, and I can already feel everywhere Cyrus's venom touches as it works its way deeper and deeper into my system.

"Grace, look at me," Hudson says with an urgency I've never heard from him before. "I need you to look at me."

I slowly turn my head back to him, even as I wonder how much longer it's going to take the venom to kill me. Everything hurts so much, I can barely breathe, barely think.

"You have to hang on," Hudson whispers. "We can fix this—I know we can. I just need you to stay with me a little longer."

"Eternal bite," I whisper to him. A reminder that I know what's happening here. Just like I know that he's lying. Because no one ever recovers from Cyrus's eternal bite—not even gargoyles. History has proven that.

"Fuck the eternal bite," he answers. "You're not dying on my watch, Grace."

I laugh—just a little—because the pain makes it hurt too much. "I don't think even you can stop this."

"You have no idea what I can do."

Speaking of which... "I think I have something that belongs to you," I whisper.

Another wave of pain racks my body so hard, I almost pass out. I vaguely register Hudson's shouting at me, pleading with me, though I'm not sure why. He doesn't want me to do something...probably not die. Yeah, I don't want that, either. But if I'm going to die, I'm going to at least give him a fighting chance at living again.

As the pain finally recedes, I reach my hand up, lay it on his cheek. Then reach inside me to find the brilliant blue thread that's never been there before—it's right on top, laid over all the others like it's just been waiting for this moment.

Then again, maybe it has. I'm sure Hudson knows what to do with his powers much better than I ever will.

With the last remaining strength I can muster, I wrap my hand around the string and channel Hudson's power back into him.

There's a lot of it, more than I've ever imagined was possible for one person to hold, let alone wield. I've seen Jaxon's power, felt it through the mating bond, and it's immense. But this...this feels limitless.

The exchange goes on and on, Hudson's eyes glowing a little brighter with every second that passes, his lips moving, but I can't make out the words he's saying over the sound of his power rushing in my ears as it leaves me. Until finally, finally I'm empty. Finally, the last remnant of Hudson is gone, and I am well and truly alone.

Which seems fair, actually. I guess when it all comes down to it, everybody dies alone.

"I'm sorry," I tell him, tears blooming in my eyes once more and mingling with the soft rain on my face. "I should have—"

"You," Cyrus says, his fury barely contained as he stares down at the son he so recently lost. "How are *you* here?"

Someone must have told him Hudson was beside me, and he came back to see for himself. I wish he would leave. I can tell I only have a few more minutes left, and I want to spend them with Hudson.

"Does it matter?" Hudson responds. "You were always going to pay for this, whether I was here or not."

"She cheated. The rules are very clear—only a mate can help you pass the test, and she has no mate. Cole made sure—"

My heart stutters in my chest, rage and regret burning inside me at what Cyrus just revealed. He *did* know what Cole had planned—had maybe even put him up to it.

642                                    c r u s h

I want to say something to Cyrus, want to call him on the atrocity—or atrocities—he committed today, but I don't have the strength to fight anymore. It's taking every inch of strength I have left to try to follow what's going on. Arguing is impossible. And it wouldn't matter anyway—what's done is done, and it's not like getting him to admit his complicity changes anything. I just want him to leave me to die in peace.

Hudson doesn't argue, either. He just stares his father down, face blank and eyes blazing, until it's obvious that Cyrus starts to get uncomfortable, his face growing pale as he shifts back and forth. But still he blusters. Still he pits his arrogance against Hudson's strength.

"You know the rules," he says. "She cheated."

"She did *not* cheat," Hudson tells him. And neither says a word for a second, maybe more. "And I *will* find a way to heal her. She *will* rule the Circle one day."

Cyrus turns pale and panicked at Hudson's words, his eyes darting back and forth between us. "No gargoyle will ever rule the Circle again," he tells us. "Just suggesting it is to invite genocide against your own species, Hudson."

"No, that's your trick. That's what you brought to your people," Hudson snaps back. "And to too many others. Besides, pretty soon you'll be too busy healing to worry about who sits on the Circle and who doesn't."

"Healing from what? I'm—"

Hudson cuts him off with a wave of his hand.

And just like that, Cyrus screams in agony…as he seems to melt before my very eyes.

123

## It All Comes Crashing Down



"What was that?" I whisper, torn between trying to watch what happens to Cyrus and closing my eyes and resting my head against Hudson's chest.

The closed eyes win, mostly because I'm so tired and everything hurts so much. But also because the little bit I just saw—Cyrus's body literally caving in on itself like he imploded from the inside—might be the most terrifying thing I've ever witnessed.

"Nothing for you to worry about. The bastard's bones will regrow… eventually," Hudson answers softly and smooths the hair around my face. But when I lay my head on his chest and try to block out the stomach-churning pain, he tells me firmly, "Don't go to sleep, Grace."

"I don't think vampire bites work the same way as concussions." I drag each word from my screaming lungs, trying to make a joke so I can see Hudson smile one last time.

"Yeah, because that's what I'm worried about," he jokes back as he scoops me up into his arms and carries me across the field. "You having a concussion."

Jaxon and Macy finally get to us, and Jaxon demands, "Let me have her," but Hudson barely glances his way. He just keeps moving. He's not fading, but he is striding out of the arena like a man on a mission.

c r u s h

The only thing he bothers to say is, "Push everyone back, make them leave this arena."

I don't know if Jaxon follows Hudson's directions, but I no longer hear voices coming closer. Everything seems to be receding. Then again, that could be the poison working its way through my system.

"Grace, just hold on a little longer," Macy tells me, her voice thick with tears. "We'll figure this out. I swear, there has to be a spell, something. My dad is talking to all the witches and vampires on staff right now. They're trying to find a way—"

She breaks off, unwilling to say what all of us are thinking, which is that it will take a lot more than a spell to save me now. Cyrus is too powerful, his bite too irrevocable. They can look all they want, but if what Hudson told me about his father the other night was true, they won't find anything.

And much as I don't want it to be true, the pain coursing through me right now says otherwise.

Still, I hate to see Macy like this. She's devastated, her face crumpled and wet with tears she doesn't even bother to try to stem. "It's okay," I soothe, because someone needs to. "You're going to be okay." I rub my hand against her arm, which is the only part of her I can reach.

"Where are you going?" Jaxon demands as Hudson continues to stride through the arena. "Where are you taking her?"

"I've got an idea," he grinds out from between clenched teeth, his arms tightening around me. "It's a long shot, but it's better than sitting here waiting for her to die."

The others wince, but I'm glad someone finally said it out loud. I'm going to die.

"What is it?" Macy whispers.

But Hudson isn't listening anymore. Instead, he's locked into the fury inside him, his wrath so great that it's threatening to rise up and swallow us whole. I don't know if the others can tell—his face is completely impassive—but I can feel it in the way he's holding me. See

it in his clenched jaw. Hear it in his ragged breathing and the too-fast pounding of his heart.

"It's okay," I try to tell him, but a stronger, deeper wave of pain chooses that exact moment to hit me, and I can't stop myself from arching in his arms. From squeezing my eyes and fists and mouth shut as tightly as I can in an effort to stop the scream that wells in my throat.

"It's not okay," he growls as we finally step through the stadium doors into the snow and sleet.

The moment we do, there's a wrenching sound behind us.

Macy gasps, her face going as white as the snow-capped mountains all around us. And a few seconds after that, the entire building starts collapsing in on itself. I watch over Hudson's shoulder as wood and glass and stone and metal come tumbling down, the arena literally tearing itself apart piece by piece.

"What's happening?" Macy squeaks out. "Jaxon, what are you doing?"

But Jaxon looks as ashen as she does as he shakes his head. "That's not me."

*You don't know what real power is.*

Hudson's words come back to me now, as does that moment when I was returning his powers to him—the moment when I realized just how infinite they really are.

Infinite enough to reduce his father's bones to dust with the wave of a hand.

Infinite enough to tear down an entire stadium with barely a thought.

Infinite enough to do whatever he wants, whenever he wants.

And if Jaxon's gasp is anything to go by, he knows it, too. Which means he also knows that Hudson has been telling me the truth all along. Because if he had been dead set on the murder and mayhem and genocide that Jaxon had believed was his plan two years ago, then it would have already happened. It would have been done with a flick of his fingers—a wave of his hand—and there would have been

646                                    c r u s h

nothing anyone could have done to stop it. Jaxon would only have found out about it after it was a fait accompli.

Because *that*'s the kind of power Hudson wields.

And now his brother knows.

People start running out of the arena screaming, and still the structure continues to fall, huge pieces of it exploding into dust before they even hit the ground. Seats from the top of the stadium, chunks of the roof, fragments of stone from the outside wall. All crumbling away. All imploding into the smallest particles of dust, harmlessly floating to the ground.

I know what Hudson is doing. I can feel the fury coming off him in waves. He wants to tear down the arena where people sat back and watched Cole try to kill me. Watched Cyrus actually kill me. And they did nothing. But he's not hurting them. I don't even have to look to know he's not. But he certainly is putting the fear of God into them, and honestly, I wouldn't be lying if I said they might deserve it just a little.

The amount of power it takes to tear the arena down and hurt no one. The amount of *control*. I smile. The one thing his father tried to deny him, control of his abilities, he found a way on his own terms. And Cyrus would have seen it, too, if he'd only ever bothered to pay attention to his son. That day in the memory... Hudson destroyed everything in the room except his father.

It makes me wonder what else Hudson can do.

*I was dead. Sort of.*

*Sort of? What does that mean?*

It means a lot of what I've believed for the last weeks, months, has been a lie.

It means a lot of what I blamed Hudson for wasn't his fault—or maybe didn't even happen at all. That he tried to tell me several times only makes me feel worse.

"Why didn't you tell me?" I ask as he strides away from the arena and back toward the forest we came through less than two hours ago.

And God, it feels surreal to be here. To see how much everything has changed. And also how nothing has. The pain is now so great, it's reached some level that my body can't even register anymore. A quiet calm settles over me as the pain recedes in soft waves, and all I see is Hudson. This moment. The last words we'll ever share. And I want him to know. I want him to know that I see everything now. I see *him*.

"Tell you what?" he asks. "Not to go anywhere near my father? I'm pretty sure we covered that several times."

"No," I respond after swallowing the lump in my throat. "Why didn't you tell me what a good person you are?"

Startled blue eyes find mine and our gazes lock, hold.

For a second, Hudson slows down so much that he nearly trips over his own feet while Macy and Jaxon demand to know what's going on.

He doesn't answer them. In fact, he doesn't say anything at all—and neither do I. We just stare at each other as a strange understanding passes between us.

"We'll talk about this later," he tells me as he starts walking again.

"There isn't going to be a later," I answer quietly, "and you know it."

He starts to say something, then breaks off. Swallows. Starts to speak again, then breaks off again.

As he struggles, explosions start going off around us. I drag my eyes away from his tortured blue ones in time to see a centuries-old tree turned to sawdust in the blink of an eye.

"Hudson—" I reach for his hand where it's clutching my thighs, his arm beneath my knees, and cup my hand over his. "What are you doing?"

He shakes his head, doesn't answer. More trees explode with every step he takes, the timberland around us turning to nothing, bark and roots and leaves just disappearing with each long stride. He's destroying an entire forest in the blink of an eye, in an absolute and perfect rage.

"Hudson," I whisper. "Please don't be like this. There's nothing you can do."

Dozens more trees explode around us at that, and then finally, finally, he comes to a stop in the middle of a clearing he just made, a hundred trees—maybe more—gone with just a thought.

One corner of his mouth ticks up in a teasing grin. "Jeez, Grace, your belief in me is overwhelming as always." But the humor never reaches his normally bright blue eyes, now turned nearly gray with the riotous storm of his emotions.

"It's not about believing in you. It's about the fact that I can feel your father's venom moving through me. You can't fix that."

He squares his jaw. "You don't have a clue what I can do." He doesn't say it to be mean. I know him now. He's trying to convince himself.

"Maybe not. But I know—" I break off as another fresh wave of pain surges through me and I gasp. I must have been in the eye of the tempest earlier, and now the pain is buffeting against me in growing agony. I'm out of time.

"You don't know anything," he answers harshly, his storm-tossed eyes wet with more emotions than I can keep track of. "But you're about to."

# 124

## Long Time, No Sea



"**G**ive her to me," Jaxon demands for the third or fourth time since Hudson picked me up, but it's obvious Hudson couldn't care less what Jaxon wants.

He keeps his eyes on mine for several beats, his gaze searching my face as I fight against the pain. I can tell he wants to ask me if I want to go. To Jaxon.

And he would hand me over. One word from me, and he would step aside. But I don't even know what he'd be stepping aside from. We've barely tolerated each other for two weeks. And I was mated to Jaxon until two hours ago. So obviously I want to go to Jaxon.

But I don't say anything. I can't. Right now, I don't know what I want.

Another wave of pain rolls through my body, and this time, I can't swallow my scream.

"Don't fight it," he tells me in little more than a whisper. "Let the pain roll over you. Absorb it instead of fighting against it. It'll make the next few minutes easier."

I don't argue with him—the pain is too overwhelming for that now—but I want to ask how he thinks I can just surrender to it when it feels like every nerve ending in my body is being dipped in lava… at the same time.

650                                crush

Before I can think of a way to explain that, Hudson leans over and deposits me gently—so, so gently—into Jaxon's waiting arms.

It feels like coming home.

Despite how worn out he is, Jaxon takes me with ease, holding me steadily against his chest for long seconds before carrying me a little away from Hudson and Macy. Then he sinks down onto the snow and cradles me in his lap.

"It's okay," he whispers as he strokes my still unruly curls back from my face. "You're going to be okay." But I can see in his eyes that he knows the truth. Unlike Hudson, Jaxon understands that I'm already gone.

He doesn't like it, but he gets it.

Next to Hudson, the ground makes a sound like it's screaming, and we all turn to watch him turn the snow to vapor as he splinters the rocky ground in front of him wide open.

"What are you doing?" Macy demands. "I thought you were going to help Grace. I thought—"

Hudson holds a hand up and she freezes, which is ridiculous because he won't hurt her and yet totally understandable, considering she just watched him vaporize a stadium and a shit ton of trees all in the space of ten minutes.

As we watch, the dirt that was frozen beneath the snow explodes up and out. But Hudson barely pays it any attention as he digs deeper, deeper, deeper. The sounds get worse, the ground grinding against itself as he literally carves through granite with a thought.

"What's he doing?" Macy whispers.

"I have no idea," Jaxon answers, still watching his brother with bewildered eyes.

I don't know, either, but I know that whatever it is, it's his long-shot idea. And because I can't stand the thought of hoping, of thinking that Hudson might somehow find a way to save me only to have my hopes dashed at the last possible second, I turn to Jaxon, who looks as exhausted and traumatized as I feel.

I hate it—hate it for him, and I hate it for us. Maybe that's why I give him the closest thing to a smile that I can manage and softly ask, "Tell me the pirate joke?"

"What pirate joke?" he asks at first, still distracted by what his brother is doing right over our shoulders.

"You know exactly what pirate joke I'm talking about." I groan as another wave of pain rolls through me.

"The pirate joke from the hallway?" Jaxon says in disbelief. "You want to hear that *now*?"

"I've always wanted to know the punch line. And I'm probably not going to have another chance, so—"

His dark eyes fill with tears as he stares down at me. "Don't say that. Don't you fucking say that to me, Grace."

"Tell me the joke," I urge him again, because I can't stand to see the pain in his eyes. I'd take it if I could, take it all into me and away from this broken boy who's already suffered so much. "Please."

"Fuck, no," he says with a scowl that almost—almost—battles back the tears. "You want to hear the punch line of that joke? You don't die, okay? You stick around and I'll tell you next week. I promise."

Another wave of pain hits me, and this one is accompanied by a cold that chills every part of me. Together, they overwhelm me, nearly take me under. I struggle against it, not forever but for now. For a few more minutes to spend looking into Jaxon's beloved face.

"I'd really like that," I tell him after a second. "But I don't think it's possible."

I raise a hand to his cheek, run my thumb back and forth over the scar he's spent so much time despising and trying to hide. "You know that you're going to be okay, right?" I tell him.

"Don't say that. Damn it, Grace, you don't get to talk about dying as easily as brushing your teeth in the morning and then say that everything is going to be okay!"

"I love you," I tell him softly, wiping away one of the tears that fall in an endless streak down his cheeks. And I mean it. Maybe not

in the same way I did when I first came to Katmere, but in a new way. Maybe even a better one.

"Please don't leave me." It's a whisper from the deepest, most broken part of him—from the little boy who's already lost so much—and it nearly shatters me.

I shake my head a little, because I won't promise him that. I won't be just one more person who treats him like he's somehow more than a god and less than a person at the same time.

So I do the only thing I can in this situation, the only thing we still have time for. I smile at him and ask, "What did the beach say to the tide when it came in?"

He just stares at me, seconds ticking by as silence stretches hopelessly between us. In fact, he waits so long to answer that I've almost decided that he's not *going* to. But then he takes a breath and blows it out slowly, so, so slowly. And says, "I have no idea."

Of course he doesn't. He's terrible at these, but he indulges me anyway. Which is why I'm grinning as widely as I can manage when I answer. "Long time no sea."

Jaxon laughs, but in the middle, it turns into a sob and he buries his face against my neck. "I'm sorry, Grace," he whispers to me as hot tears slide against my skin. "I'm so sorry."

"I'm not." I comb my fingers through the silky coolness of his hair. "I'll never be sorry for having found you, Jaxon, even if I didn't get to keep you as long as I would have liked." I pull his mouth down to mine, press my lips to his. And nearly sob myself when he whispers, "I love you," against my mouth.

Behind us, Hudson finally stops doing whatever it is he's doing to the land and takes a step toward me.

"It's time," Macy says, and there are tears streaming down her face, too, as she reaches for my hand.

"It's going to be okay," she tells me. "You're going to be okay."

I don't know how, but as Hudson bends down and slides me from Jaxon's arms back into his own, I get my first real look at what he's

been doing while I talked to Jaxon.

And horror seizes my chest. For all this time, Hudson has been carving a *grave* for me out of the frozen earth and the granite that lies below.

My breath catches as I whisper, "Why?"

# 125



Between a Rock
and a Hard Place

"No," I beg, confusion muddling my already pain-soaked brain. "Hudson, please. Please don't do it. Don't make me—"

"What are you doing?" Jaxon demands, shoving to his feet and moving toward us. "Dude, don't touch her—"

Without ever taking his gaze from mine, Hudson reaches out and explodes a wide fissure in the ground, leaving Jaxon and Macy on one side and he and I on the other.

"Do you trust me?" he asks.

"Of course, but—"

"Do. You. Trust. Me?" he asks again, and in the space between the words—the space between us—are all the things we've never said.

"Don't!" Jaxon shouts to me. "Don't believe anything he says. You know he can't be trusted, Grace. You know—"

"Yes," I whisper, even as my entire body recoils from the hole in the ground he's made for me.

"Yes?" he asks, his blue eyes a little disbelieving and a lot determined.

"Yes, Hudson. I trust you." It may be the most ridiculous decision of my rapidly draining life, but I do trust him. I do, more than I ever would have believed possible even a couple of short days ago.

"Do you remember that night we went to the library?"

"Which one?"

He rolls his eyes. "The night Jaxy-Waxy got you those street tacos."

I laugh just a little at how disgruntled he looks, then wish I hadn't when another wave of pain slides through me at the disjointed motion. "Oh, right. The night you behaved like a total ass. I remember that really well, actually."

"I think you're confused," he tells me with a heavy sigh. "But, considering the morning you've had, I suppose that's to be expected. I won't hold it against you."

"You sure about that?" I ask. "Because I've got to say, burying me alive seems like one hell of a revenge plot."

"Forget about the bloody ground for a second, will you, please?" he snaps.

"Easy for you to say, all things considered," I snap back. Then spend several seconds having a coughing fit for my trouble.

"I read something in the library; then when we met the Unkillable Beast—" He stops as the coughing fit overtakes me and I gasp for air, tears sliding unchecked out of the corners of my eyes. "We don't have time for explanations."

"Yeah." Another coughing fit comes on, this one harder and more painful than the one before.

"It's getting worse," he says, all traces of humor gone.

Now it feels like there's a weight pressing down on my chest, but I finally manage to choke out, "No...shit...Sherlock..."

We both know what I'm doing—making it easy for Hudson to bury me in the ground.

He doesn't want to put me there any more than I want to *be* there, but we're out of options.

And so Hudson bends down and lays me gently inside the grave he so desperately carved out for me.

It's terrifying—the most terrifying thing that's ever happened to me, even after everything I've faced in the last few months—and I tell myself to close my eyes. To pretend it isn't happening. To just

breathe and wait it out.

But I can't, not when Hudson waves Jaxon and Macy over, and everyone is standing over my grave, watching me.

"Bury her—" Hudson begins.

"I won't," Jaxon insists. "No way am I burying her before she's dead."

But Hudson isn't in the mood to put up with anything from him right now. "Bury her," he commands. "Right now. Or you won't like what happens next. That much I can promise you."

Macy's eyes widen in fear, and I want to tell her he doesn't mean it. But both she and Jaxon must take him at his word, because Jaxon is using his telekinesis to slowly, methodically cover me with small stones and pebbles.

He starts at my feet, dropping more and more of the tiny rocks on top of me, then slowly, carefully works his way up until my legs are covered, then my hips, then my rib cage and arms.

I'm cold, so cold, but I struggle to hold on just a little longer. If this is the last time I'm going to see these people—my family—then I'm going to hold on until the very last second. I'm going to stay with them until I no longer have a choice in the matter.

Macy is full-on ugly crying now. Jaxon's eyes are locked sadly on mine. And Hudson, Hudson is crouched down at the head of the grave, his fingers gently, gently, gently stroking my hair.

I watch the three of them until the end. Until the stones reach past my neck and there is no more time left. Then, and only then, do I close my eyes and let the earth and the stone take me.

O

## Amazing Grace

## —Hudson—



I'm terrified.

It's not something I like to admit, even to myself—and something I'd deny if anyone ever asked—but I am bloody terrified watching Grace sink into the earth.

Watching the rocks cover her even as the cold rain and sleet pour down on us.

Watching her fade away a little more with each labored breath she takes.

This isn't how this was supposed to happen—it isn't how any of this was supposed to go. When we first made the plan to come back, together, I thought we'd covered every contingency, had thought of anything that might possibly go wrong. I knew it wouldn't be easy, but I never, *never* thought it would end up like this.

If I'd had a clue, I would have found another way. Any other way, even if it meant staying encased in stone, locked up with Grace, forever.

I run a hand through my hair, glancing around at the sheer destruction I'd leveled on this forest. I should come out and plant saplings in the spring. Grace would want that.

"If this doesn't work, I'll destroy you," Jaxon snarls at me as the last rock covers her. He's obviously spoiling for a fight.

But I'm not biting. I'm not going to be drawn into an argument

c r u s h

when he wants to act like a child. So I swallow the eight thousand things I could say in response and settle for the pure, unvarnished truth. "If this doesn't work, you won't have to."

Because what the fuck am I supposed to do if Grace doesn't make it out of that grave? How the fuck am I supposed to live with myself... or just live, for that matter, without her?

"I can't believe this is happening," her cousin says, tears still pouring down her face.

Jaxon glares at me. "It shouldn't be happening."

I return the look with interest. "Maybe it wouldn't be if you'd killed that bloody wolf the first time you had a shot at him."

Okay, so maybe I am biting a little after all.

I can put up with a bloody buggering lot from my younger brother—and I have—but I'm not taking responsibility for something he should have taken care of to begin with.

"You really think my killing Cole would have prevented this?" he demands.

I don't know. Maybe *nothing* would have prevented this, short of wrapping Grace in cotton and keeping her as far away from our father as we could. Then again, he would have found her eventually. Whether any of them know it or not, Cyrus has been gunning for her from the moment he first found out she was a gargoyle. Probably before.

"So what do we do now?" Macy asks, her voice echoing in the tense, angry silence that weighs between us. Her tears have finally stopped, but she sounds almost as empty as I feel as she stares down at the stone-covered grave.

"Now we wait," Jaxon tells her. "What else is there to do?"

Nothing. If I thought there was something, anything else I could do to help Grace, I would be doing it.

"How long should it take?" Macy shifts her weight back and forth, like she's too nervous to stand still.

"I don't know." And I don't care. I'll stand here as long as I have to if it means Grace comes out of that ground healed.

"Is there anything you *do* know?" Jaxon demands, and there's a distrust in his eyes that slays me even as it makes me want to punch the shit out of him. "Why the fuck did you have to come back anyway? Things were fine before you got here—"

"By *fine*, you mean everyone thought I was dead, and you were wallowing in your own despair, throwing your life away like a total wanker? Because if that's your definition of fine, then yes. Things were great."

"Throwing my life away? I was trying to get my shit back together after everything *you* did and then what Mom…" He drifts off, but his scar stands out in stark relief against his cheek despite the weather.

And maybe I should feel bad about what our mother did to him, but fuck that. He has no idea how easy he's had it.

"Oh, did Mummy not love you enough?" I make a fake-concerned face. "Poor little Jaxy-Waxy. It's so hard to be you."

"I should have done a better job of killing you when I had the chance." He glares at me like he's measuring me for a body bag… again. Big surprise.

"You really should have," I agree with a deliberately bland expression. "Apparently you have a real history of screwing things up and then feeling bad for yourself. And of expecting everyone else to feel bad for you, too."

"You know what? Fuck you! I don't need anyone to feel bad for me."

"Umm, guys—" Macy tries to interrupt, but this is a fight that's way too long overdue and there's no way a sixteen-year-old girl—witch or not—is going to be able to stop it.

"Sure you do," I taunt, because I can't stop myself now that I finally have the chance to say just a little bit of what's been burning in my brain for weeks now. "When we were together, Grace went on and on about how *sorry* she felt for you. I kept telling her there was no reason to, but you know how softhearted our girl is."

"*My* girl," Jaxon corrects me. "*My* mate—bond or not."

His words hit with an accuracy that makes them feel like body

blows. The last two and a half weeks have been a living hell for me, and now he's acting like he's got all the cards when he's the one who let this happen to Grace to begin with. It's shite, absolute and total shite, and I'm sick of listening to him whine about it.

"Your mate? Oh, right. That must be why you protected her so well that there's not even a bond anymore."

His hands clench into fists. "You're a real bastard, you know that, right?"

"And you're a pathetic child who can't protect himself, let alone anyone else."

"You're really going to come at me with that?" he demands incredulously. "Can we discuss—just for a minute—who the fuck I was trying to protect Grace from last semester? Oh, right. Your homicidal ex-girlfriend who wanted to *sacrifice* her to bring *you* back."

Guilt slams through me all over again, because he's right. This is all my fault. Not because I planned it, but because I couldn't stop it.

So here we are. Lia's dead, Grace is in the ground, and Jaxon—

"You guys!" This time Macy's voice is more forceful when she tries to get our attention. "Look."

The sleet is letting up, and Jaxon and I turn as one, just in time to see Grace's body finish absorbing one of the stones my brother laid on her chest.

"What's happening?" Jaxon asks, eyes wide and voice just a little awed.

"I'm not sure," Macy answers. "But that's the third one she's absorbed in the last two minutes."

"Really?" I watch as another stone starts to quiver and then gradually sinks into her flesh.

Our fight forgotten, Jaxon and I stand with Macy for long minutes while Grace slowly, slowly, slowly absorbs every stone, every rock, every *pebble* that Jaxon laid over her—hundreds of small shards sinking into every inch of her flesh, one by one by one.

When it's over, when every single speck of granite has been

absorbed into her body, we stand over her, waiting...for a sign, for a breath, for something that proves she's alive.

Something that proves that this last-ditch desperation on my part actually worked.

Several nerve-racking seconds pass where nothing happens. And then, just when Jaxon starts cursing and I'm about to give up, Grace's eyelids flicker open. It's all I can do not to put my head down and sob in relief.

"Oh my God!" Macy's hand flies up to cover her mouth as shock rockets through us all. "Grace! Grace, are you okay?"

Grace doesn't answer, but as Jaxon races to sit beside her head, she smiles up at him.

"You're okay?" he asks, and I've never heard such joy in my younger brother's voice in our lives.

"I—" Her voice cracks and she coughs, licks her lips.

"Here!" Macy reaches into her ubiquitous backpack and pulls out a bottle of water that she hands to Jaxon.

He opens it, then helps Grace sit up in her bed of granite so that she can take a sip.

"How are you feeling?" I ask, slowly walking to the other side and crouching down beside her.

"Okay, I think." She coughs a little more, then pauses like she's taking inventory of herself. "Pretty good, actually. I think I'm...okay."

This time when she takes a deep breath, she doesn't cough.

"Do you remember what happened?" Macy asks, excitement and concern warring on her face.

Grace thinks and then says, "I do, yeah."

And just like that, my hands are shaking, when they never shake. I can't figure out what to do with them, so I shove them in my pockets. And wait.

"I won the game and Cyrus bit me. You guys brought me here and—" She turns to me. "Hudson, thank you. Thank you so much."

Disappointment racks me, but I ignore it. I'm certainly used to it

662                                   c r u s h

by now, and—on the positive side—at least my hands aren't trembling anymore. So what if she remembers the facts of what happened today and nothing else. Certainly nothing that came before. It's probably better that way.

"Don't thank me," I tell her, even as she reaches for me, her hand clutching at my arm as she smiles up at me in a way I haven't seen from her in quite a while. Now my whole body is trembling…and I don't have a bloody clue what to do about it.

Especially when Grace is full-on grinning at me despite the fact that her grip isn't quite as strong or as firm yet as it would normally be. "And why is that exactly?"

A half a dozen answers come to mind, but in the end, I don't say any of them.

"That's what I thought." She rolls her eyes. "Just admit you saved me, Hudson. I promise, it won't make you any less of a jerk in the long run."

"I think you're confused." I shake my head again, more determined than ever to make it stick this time. The last thing I want from Grace is gratitude. It's the last thing I've ever wanted from her. "I was just—"

"I don't want to argue with you," she says. "Especially over something so ridiculous."

"So don't," I answer. "I'm sure you've got better things to do right now." Besides, you know, ripping my heart out of my chest again.

Things like returning to Katmere and taking her rightful place in the Circle.

Both necessary.

Both important.

And both extremely dangerous.

Because Grace may have survived my father's bite, but that only makes her more of a target, not less. He will heal eventually, and when he does, he'll be angrier, and more afraid, than he ever was before.

Which means it's already too late.

The war I've worked so hard to prevent—the war my brother

and others have tried to blame me for inciting—will come whether we want it or not.

Whether we're ready for it or not.

And now that we know what side the wolves will fall on... It took an army of gargoyles to defeat them the last time the vampires and wolves fought together. Who knows what it will take today, especially when all we have is one gargoyle and a few rogue vampires to join the witches and the dragons.

Not great odds.

But thinking about the war will wait...at least a few more days. Because as Jaxon reaches down to help Grace from the hole I created for her, he wraps his arms around her and presses her body to his. And I begin to see red, even before he leans down to kiss her, and every ounce of chill—and emotional self-preservation—I have goes out the fucking window.

My hands curl into fists, my fangs explode in my mouth, and though there were a million other ways I was hoping to break my newfound knowledge to Grace, the words come out before I can even think about stopping them.

"Jaxon, if you wouldn't mind, take your fucking hands off my mate."

END OF BOOK TWO

But wait—there's more!

Read on for an exclusive
look at two chapters from
Hudson's point of view.

Everything is about to change...

# Didn't Want to Wake Up Like This
## —Hudson—



Something's not right.

I'm not sure what it is yet, but something definitely isn't right.

"Grace?" I ask, waiting for her to give me that smile she reserves just for me—half amused, half exasperated, all sweet.

But it doesn't come.

Nothing does except blankness, and that scares the bloody hell out of me.

What if something went wrong?

"Grace?" I try again, making my voice slightly louder this time and my presence a little more known.

I never had to do that with her before, but that's when it was just the two of us existing on a separate plane—there was no background noise to compete with, no snowstorm fluttering by, no inane high school students chattering to themselves about God knows what, no chimes playing an old Rolling Stones song because the headmaster has delusions of cool.

It was just us, and while I was all for Grace's plan to come back—because when she's around, I am nothing if not a bright-eyed optimist (said no one about me ever, except Grace)—I have to admit, I didn't expect it to start out like this.

She still isn't answering me. Instead, she's walking down the stairs

crush

of Katmere Academy like it's been sixteen minutes instead of sixteen weeks since she's been here.

I don't get it.

"Grace!" This time, I burrow into the path in her brain that makes it impossible for her to ignore me (and vice versa), the path that was our very first clue we were locked together all those weeks ago.

She falters, her foot coming down wrong on the stair, and nearly falls. I grab on to her, taking control of her body for just a second so that I can help steady her. I know we agreed that I would only take control of her if I really thought it was necessary, but keeping her from falling down the flight of circular stairs seems necessary to me.

Once she's steady, she pauses and looks around like she's trying to find someone...or looking for whoever called her name.

Excitement thrums through me at the idea that she finally hears me, so I do it again. "Grace! Grace, can you hear me?"

She startles again, and again she looks around. But it's barely eight in the morning, and none of the students out here are paying any attention to her at all as they rush to class. "Grace, I'm right here."

She gives the landing up above her one last glance, then shakes her head a little and mutters, "Get a grip, Grace," before hustling down the last couple of steps and turning onto the main hallway.

Damn it. Something definitely went wrong. She honestly doesn't have a clue I'm here. I'm not sure how that's possible after all our plans. I also don't get why she isn't at least trying to figure out what went wrong. She may not hear me, but isn't she at least wondering where I've gone?

It's that thought more than any other that has me combing through her thoughts, trying to figure out what's happening. But it's not until she steps into the melee of the crowded hallway without so much as a pause that the truth finally hits me in the face. It's not just that she can't hear me anymore. It's that she doesn't remember me.

What. The. Everlasting. Fuck?

I tell myself that I'm wrong, that I'm freaking out over nothing.

That there's no way Grace has just forgotten me. No way that she's just forgotten *us*.

But then a vampire with long locks—a friend of my brother's if I remember correctly—stops her in the hall. "Grace?" he asks, and he looks like he's seen a damn ghost. Then again, he probably thinks he has.

There's a part of me that still expects Grace to reassure him. To tell him that she's okay, even after being gone for so long. But when she just smiles at him and says, "Hey, there you are. I thought I was going to have to read *Hamlet* all by myself today," I realize just how fucked everything's become.

Because not only has she forgotten *me*, she's forgotten *everything*.

For the first time, I start to worry there's really something wrong with her. That shifting back to her human form—and bringing me with her—has done something to harm her. Just the thought has me ready to climb the walls—that and realizing there's no way for me to communicate with her or anyone else. No way for me to tell them what might have happened to her.

"*Hamlet*?" the vampire asks, looking as worried as he does confused.

"Yeah, *Hamlet*. The play we've been reading for Brit Lit since I got here?" Grace starts to shuffle her feet, and I can feel her sudden nervousness. "We're performing a scene today, remember?"

I'm beginning to think that maybe she *should* be nervous—maybe we both should. Still, I hate seeing her like that, so I do my best to calm her down through the mental path we share, but I have no idea if anything I'm doing is actually getting through. Also, it's hard to help keep her calm when I'm one very small step from freaking the fuck out myself.

"We're not rea—" The vampire breaks off as he starts to text someone. Too bad, I have a feeling I know exactly who he's texting.

"Are you okay?" Grace asks, stepping closer to him. "You don't look so good."

"*I* don't look so good?" He laughs, but it sounds about as humorous as I feel. "Grace, you're—"

"Miss Foster?" One of the teachers comes straight up to Grace, cutting off the vampire. "Are you all right?" he asks.

"I'm fine," she answers, taking a startled step back.

But it's obvious that she's far from fine. Her thoughts have gone from calm to a jumbled mess, and I can feel her emotions pressing in on her. Fear, confusion, annoyance, worry—they're closing in from every side, and the beginnings of one of the damn panic attacks she hates so much are starting to tighten up her chest.

She takes a deep breath, then seems to calm down just a little as she explains, "I'm just trying to get to class before the bell rings."

I stroke a hand down her back, whisper, "You're okay. Everything is okay."

I know she doesn't hear me—doesn't even have a clue that I'm here—but she must feel me, at least a little, because her breathing smooths out and her entire body loosens up some.

"We need to find your uncle," the teacher—a wolf—tells her as he starts to almost push her down the hallway.

The vampire practically falls on his ass trying to get out of their way, which doesn't make me think much of him. But I don't have time to worry about that, because the farther Grace gets down this hall, the more nervous she grows.

I can feel it in the way her heart is beating wildly.

Taste it in the metallic aftertaste on her tongue.

Hear it in the ragged breathing she's trying so hard to keep under control.

"I'm here," I try to tell her, using the path from earlier—the path I'm sure she's heard me on twice now. "I've got you."

This time, though, all it does is freak her out more. "Can you please tell me what's going on?" she asks, her voice about an octave too high as the crowd parts right in front of her.

I get a glimpse of how much she hates when they do that—as well

as a passing reference to how it comes with the territory of dating my brother. Present tense.

And fuck. Just fuck. I don't even know what I'm supposed to do with that.

"You don't know?" the teacher demands, and he sounds a lot like I feel. Worried and stressed with a side of pissed off.

"Grace!" one of the dragons calls out, bounding out of the classroom so he can walk alongside the two of them. "Oh my God, Grace! You're back!"

A closer look at him through Grace's eyes has me registering who it is. Flint Montgomery. Bloody hell. The hits just keep on coming today.

He looks like his brother. So much so that it feels like a fist to my fucking gut just being in the same hallway with him. It's been almost two years since Branton died—*nineteen months*—and the pain of his betrayal, the betrayal of my best friend, my only friend, still cuts like the edge of a very dull blade.

"Not now, Mr. Montgomery," the teacher snaps, his teeth clicking together sharply with each word.

I never thought I'd be grateful to a wolf in my life, but when the teacher—Mr. Badar, Grace calls him—rushes us past Flint, I'm definitely thankful. Dealing with this disaster with Grace is nearly impossible as it is. Dealing with it and having to face the broken pieces of my past, too…

"Wait, Grace—" Flint reaches for her, but the wolf blocks his hand from connecting.

"I said not now, Flint! Go to class!" the teacher snarls, teeth bared.

Flint looks pissed, plus like he wants to argue—dragons are like vamps, in that none of them wants to take orders from a wolf, even at the best of times—his own teeth suddenly gleaming sharply in the soft chandelier lighting of the hallway.

He must decide it's not worth it—despite clearly spoiling for a fight—because in the end, he kind of stops in his tracks and watches

672                        c r u s h

Grace and the wolf walk by...just like everyone else in the hallway.

Several people start to say something to her, but the teacher gives a low, warning growl that keeps everyone at bay. I, for one, am glad this guy's bite must be as bad as his growl. Because Grace is getting tenser and tenser, more and more panicked, and the last thing she needs is to deal with more people.

Especially since nothing I do seems to be able to calm her down.

This isn't the first time she's been like this. It happened several times when we were trapped together. At first, she would only do things on her own, but as time went on and she started to trust me, she began to let me help her.

Not with my power, since that doesn't work on her anyway, but with my presence. With my voice. With my touch, or a close facsimile of it anyway. I've grown so used to reaching out to her—so used to feeling her reach out to me—that going without it now, when she's so upset, is bloody well killing me.

"Hold on, Grace. We're almost there," the teacher says.

"Almost where?" she asks, and her voice is high-pitched, tight.

Her mind is racing as she tries to figure out what's going on, what she's missing, and I'm worried about what she's going to do when she finds out.

I'm also worried that the truth will only make her ground herself more firmly in this world, which, in turn, will make it a lot harder for me to reach her.

I can't fucking believe all our careful planning went so bloody wrong—especially right out of the gate like this.

We turn the corner onto a narrow hallway, and Grace reaches into her pocket for her phone. As she does, all she can think about is Jaxon.

Jaxon, not me.

I don't understand.

I know that the mating bond is supposed to be unbreakable, but hers and Jaxon's had faded into nothingness the first month we were trapped together—before we could stand each other. Long before we

developed feelings for each other. I had looked, at least once a week since then, and I couldn't see it at all.

We both thought it must be because we were trapped together forever. Mating bonds break when people die. Was this really so different?

But once we discovered a way to come back, we both knew we had to take it. We owed Jaxon at least that much.

Now that she's back at Katmere and we're no longer trapped on some other plane, though, their mating bond is impossible to miss. It's right there, front and center, functioning like it's always been there.

Flashes of him—of them together—come through as she thinks of Jaxon. Smiles. Touches. Kisses. She loses herself in one of the memories, and it tears me wide open. Makes me feel pretty fucking worthless.

I expect the anger that hits me, the rage that the girl I love—the girl who has told me almost every intimate detail about herself and who knows nearly every single one of mine—is standing right here, mooning over another guy. And not just any guy: Jaxon.

But the pain comes out of nowhere.

It crashes into me like a tsunami, drags me down, pulls me under.

Shreds what's left of my soul into pieces so small, I can't imagine ever fitting them back together again.

If I had a body right now, I'd be on my knees. As it is, there's nothing for me to do but stay right here and feel—no, endure—the love and excitement building inside her at the idea of seeing Jaxon again.

But it's not all excitement in Grace's head. There's confusion and apprehension and more than a little bit of anger on her side as she finally asks the question I've been both waiting for and dreading at the same time.

"What the hell is going on?"

The teacher answers. "I'm pretty sure Foster was hoping you could fill him in on that."

It's not the answer she's looking for, and her uneasiness moves into panic. I hate it. No matter how angry I am—no matter how much I'm hurting—I can't stand to know that she's hurting, too. And so I reach out along the pathway that goes right to the center of her mind and her soul, and I send her everything I have left inside me to give.

It's not much right now, and nothing compared to what I'd like to give her, but after a minute, I can feel it steady her. Feel it calm her, even before the assistant behind the desk says, "I'll be right with you. I just need one—"

The woman glances up at Grace over the top of her computer screen and her purple half-moon glasses, then stops mid-sentence as she realizes who she's looking at. As soon as it registers, she jumps up from behind her desk and starts yelling for Foster like she's just seen an entire contingent of ghosts.

"Finn, come quick!" The older lady circles out from behind her desk and throws her arms around Grace in a way I can only dream of doing. "Grace, it's so good to see you! I'm so glad you're here!"

Grace hugs the woman back, but the fact that she really doesn't have any idea what's going on is just another slap in the face to me. Just another reminder that everything I thought was between us doesn't mean anything anymore.

"It's good to see you, too," Grace finally responds.

"Finn!" the woman shouts again. She's right next to Grace's ear now, so her voice jars both of us—not just Grace. My own ears are ringing even before she starts yelling some more. "Finn! It's—"

The door to the headmaster's inner office flies open. "Gladys, we *have* an intercom—" Foster, too, breaks off mid-sentence, his eyes going wide as he registers that Grace is standing in front of him.

"Hey, Uncle Finn." Grace's mind is a seething mass of confusion when Foster's assistant finally lets her go. She waves at him, but it's obvious she doesn't know what's going on.

I've never missed being fully alive more—right now, I want nothing more than to put myself between her and the others so that

she can have a minute to just think. Just breathe.

But that's not to be, as her uncle continues to stare at her in shock.

Grace stares back before finally shrugging awkwardly and saying, "I'm sorry to bother you."

If she's so far gone that she doesn't even register that there's been a lapse of time between what she remembers and now, then I've already lost her...before I ever had the chance to really have her.

As I watch all our careful plans go up in smoke in front of me, everything inside me burns to ash. And I can't help wondering how Shakespeare got it so fucking wrong. Because it turns out all that "better to have loved and lost" stuff really is just a bunch of bullshit.



# They Can All Kiss My Ass
## —Hudson—

*Two years ago*

**W**hat does a guy have to do to get his ass kicked around here anyway?

A fist comes flying at my face, and on a normal day, I'd lean back a little, let it go right by without even using my powers, but this isn't a usual day. Not by a long shot. So instead of leaning back, I fight the urge to roll my eyes as I lean forward, straight into the punch. And let it hit me squarely in the jaw.

I'd like to say I see stars or at least feel the explosion of blood in my mouth, but the truth is, my mother hits harder than this. A lot harder.

But I'm trying to make a point here, so I do what I can to make the hit look worse than it is. Of course, I have to bite my tongue to do it, but desperate times call for desperate measures. I even stagger a little to make it look good, then deliberately turn *into* the uppercut coming from my left.

That one actually stings a little, and it even opens a cut on my jaw—courtesy of the bloodstone ring on my assailant's finger. The guy laughs and then raises his fist to deliver another blow.

It's the laugh that gets me, and I can't help thinking about wiping the smug look off his face. It grates—not because he's better than me

but because he isn't. I'm literally fighting with both my powers tied behind my back here, and he's still acting like he's actually doing something. Still acting like he's the badass in this equation when the truth is, it's all I can do not to yawn.

But yawning doesn't get the job done, and neither does kicking this guy's ass the way it so richly deserves to be kicked. I've waited too long for this opportunity to let a little pride—or, you know, basic athletic prowess—stand in my way. So I pretend I don't see the second guy's foot coming at me and let it hit me right in my solar plexus. Then I drop to my knees and take several more blows to my shoulder, neck, and chin.

Out of the corner of my eye, I see my father leaning up against the wall, arms crossed over his chest and disgusted sneer on his face. Next to him is some werewolf creep who looks even more disgusted— and amused—than my father does. Then again, his son is one of the assholes currently kicking the shit out of me...Cole, I think the douchebag's name is.

Another kick—this one to the side of my head—has the werewolf kid laughing...and me contemplating murder. But I decide to hell with it and go down anyway. The sooner this is done, the sooner I'll be able to move on to the next part of my plan. Besides, much as it's necessary, I dislike giving this much enjoyment to assholes like these.

I fall forward and hit my already-split-open chin on the ground, hard. This time, blood flows a lot more freely than it did the first time... Head wounds really are a bitch.

My father steps forward, the signal that he's seen enough, and I expect him to stop the beating now that he knows for sure just how worthless I really am. But he doesn't stop it. Instead, he gives a little nod to all three of my assailants, and they start wailing away on me in earnest. Fists and feet, elbows and knees, coming at me from all directions.

And still I don't fight back. Still I let them do whatever it is they

678                    c r u s h

feel the need to do to impress my father. Because it's not about what they do to me...it's about what I *let* them do to me. Right now, the means justify the ends, and I've been working toward this particular end for a very long time. Way too long to let my father's sadism derail me.

On and on it goes, until my head really does start to ring. Everything hurts now, a dull throbbing that I know is going to be a lot worse later. But things are winding down. I can hear it in my assailants' heavy breathing, feel it in the way the blows are coming slower and slower, see it in the way my father doesn't even look disgusted anymore. He just looks done, which is what I've been going for all along.

Finally, the old man waves a careless hand to call them off. The blows stop as abruptly as they started, but as they walk away, one of them—the werewolf kid, I think—deliberately steps on my hand hard enough that I can hear, and feel, my bones crunch beneath his boot.

It's the first injury I've gotten today that I care about. Definitely the first one that pisses me off.

My father barely spares me a glance before leaving the room, the werewolf alpha and his entourage trailing behind him. And as the door closes, I realize that it's finally happened. I've finally gotten what I've been aiming for for so long.

I lay on the ground a few more minutes to make a good show of it just in case they come back...and also, maybe, a little bit because my head is now throbbing like the drums in an Aerosmith song. Eventually, though, it's obvious the king won't be coming back to check on me.

I knew the moment he waved that careless hand that he was done with me, that he'd *finally* written me off, but one can never be too cautious when dealing with Cyrus. He may not be the sharpest tool in the shed, but he's got one hell of a survival instinct. That, combined with the fact that he's willing to do whatever it takes to get his message across, makes him very, very dangerous.

Eventually, I peel myself off the floor, doing a quick catalog of my injuries. Judging by the way my head hurts, I've definitely got a concussion. My jaw's not broken, but it's bruised, and my shoulder is dislocated. A few ribs are cracked, and the rest of me—even the parts that aren't broken—feels like it's had the crap kicked out of it.

Truth in advertising for the win.

The worst part of the whole thing—besides having to swallow my pride enough to let it happen—is my hand getting broken all to hell. That damn werewolf doesn't weigh much, but apparently his boot packs one hell of a wallop.

A glance at my watch shows me it was broken in the "fight." A glance at my phone tells me the same thing, which pisses me off more than the actual beating did. After all, I've been expecting it for weeks. Hell, I've been courting it. But I really needed this damn phone.

Walking is a bit of a challenge, but I'm more worried about getting my hand and shoulder back in place before my body starts to heal this way. A quick slam of my shoulder into the nearest wall forces it back where it belongs, and an excruciating couple of minutes working on my hand does the same thing. I wrap the hand—for a few hours at least—and then head back to my rooms. I have an appointment I can't miss.

Waters is already there when I arrive, and though he doesn't criticize my tardiness, a scornful sniff and eyebrow arch do the job for him.

At least until I tell him, "This will be our last session."

The scorn turns to something else entirely. Caution? Regret? Hope? I don't know, and right now I can't afford to care. I've got too much else to worry about.

"Are you okay?" Waters asks as he sets out a block of wood for me on the shelf near the window.

I don't bother to hide my disdain as I walk to the workstation he's set out for me. It's the only answer he's going to get, and judging

c r u s h

by his sigh, he knows it.

"I'm proud of you," he tells me.

It's the first time in my life someone has said that to me, and for a second, I can't talk for the desert that's taken up residence in my mouth. "You don't have to be," I finally manage to answer.

"That's not how pride works." He very precisely lays out the tools next to the block of wood.

"I wouldn't know."

I reach for the coping saw first, but as soon as my fingers close around its handle, my hand screams in agony. I grit my teeth and hold on anyway, but it only takes a couple of tries for me to figure out this isn't going to work.

Anger swells up inside me. Irrational, I know, to be angry about this after the beating I just deliberately took, but that doesn't make my rage any less. I don't care about the punches or the kicks, don't care about the concussion or the blown-out shoulder. But the hand, and more importantly, this last lesson…missing out on it hurts more than I will ever admit to anyone.

"I don't think we'll be able to carve today," Waters says, and there's no trace of regret in his crisp, precise syllables.

"I can do it," I tell him through my clenched and aching jaw. "I just need a different tool."

But no matter what I reach for—the carving knife, the gouge, even the chisel—I can't get any of them to do what I want them to do.

Finally, I give up in frustration, slamming the gouge down on the shelf and turning to look out the window. "You can go," I tell Waters dismissively. He is only my tutor, after all.

A long silence follows my words, and then a sigh that sounds like it comes from his very bones. "You're going to be all right, my boy."

"I can take care of myself, present evidence to the contrary."

"I never doubted it for a moment." He lays a hand on my shoulder, and I can't help thinking that it is the first time he's touched me in

all the decades he's been teaching me. "In case I don't get another chance to tell you this, it has been my great privilege and honor to serve as your tutor for the last several years. I—"

"You don't need to say that," I tell him as my heart starts to beat double-time.

"I don't need to say anything," he snaps back, his syllables even crisper than normal. "That, however, does not make what I *choose* to say any less true."

He pauses, takes a deep breath, then lets it out slowly. "My boy, watching you grow up in this...home filled me with fear for the kind of man you would become."

"Yeah, I know. I'm no good."

"That's not what I was going to say."

"You don't have to say it," I answer him, ignoring the fact that his words make me hurt in a way a thousand blows never could. "I know what I am."

"Do you?" he asks, and there is more sarcasm in those two words than I have ever heard from Waters. "Do you really?"

I wave a hand toward the sofa in the center of the room—and it disintegrates in an instant. "I am...an abomination. A mistake."

"You are what you choose to be," he answers.

"If only that were true." I pick the wood up in my uninjured hand, turn it around and around. "I know what I am. I know who I came from."

"But that's the rub, dear boy. Who you come from is only the smallest part of who you are." He looks me over from head to toe. "This horror you've just endured proves that."

"It was nothing," I tell him.

"It was everything," he snaps back. "Don't dishonor yourself—or me—by trying to pretend otherwise."

He looks down at the wood still spinning in my hands. "Where you come from, what you endure, are only a fraction of who you are and what you can become. The true test is what's inside you...and

what you do with it."

"I showed you what was inside me." I glance back at where the sofa used to be.

"No, you showed me what you can do. It's not the same thing at all." He takes the wood from me and puts it back on the workstation. "That gift you have can do more than just destroy."

"That's not true."

"It is." He nods to the wood. "Go ahead and try."

"My hand—"

"Don't use your hand this time."

At first, I don't understand, and when I do, my first instinct is to laugh. To tell him no. But the truth is, I want him to be right. I want there to be more inside me than just the ability to destroy things... even though that's the ability I'm going to need if I have any chance of stopping my father. It's why I had to prove to him that I was useless this afternoon. Because if he thought there was a chance, even a chance, that he could use me as a weapon, he would never let me go to Katmere.

Never let me be free for even a second.

Never give me the chance to stop the horror he has planned.

"I can't do it," I tell him, even as I focus on the wood. Of course, nothing happens.

"Your problem is you associate your gift with death. You see only the destruction it can bring. But it can also create the space for something beautiful to emerge."

I swallow the tightness in my throat. "You don't know what you're talking about."

I expect his eyes to narrow at the insult, but they soften instead. "What do we do when we carve a block of wood but remove the negative space? Something beautiful already lives within the material; it just needs the right person to set it free."

My hands start to shake a little, but I don't reach for the wood. I can't. Maybe because I want his words to be true too much.

"Don't be afraid of destroying it, son. Picture what the wood *could be* and then let go."

"If I let go, I'll destroy *everything*."

"If you let go," he answers, "you will find what you need."

I don't believe him. I can't afford to believe him. But the look in his faded green eyes tells me that I'm not going to get out of this. That the only way to avoid the piece of wood in front of me is to tear this entire place down brick by brick.

And that will defeat everything I've already worked for. I can't afford to let that happen. Jax, and the world, can't afford for me to let that happen.

So I do the only thing I can do in this situation. I picture in my mind what I want the final product to look like. And then I let loose a tiny stream of power, knowing the whole time that it won't work.

Except…it does. Well, almost.

Every part of the wood I don't want disintegrates, turns to the finest sawdust imaginable. And what's left…what's left is a carbon copy of the horse I made for my brother all those years ago. Upon closer inspection, there are a few flaws, a few places where I didn't get it quite right. But my heart is pounding in my chest now. What if I *am* capable of more than just destruction?

"Very good," Waters tells me as he starts to pack up his satchel. "Very good indeed."

"But what—" I break off, swallowing the lump in my throat. I never would have imagined that damn horse if I'd thought there was a chance in hell of Waters's idea working. "What do I do now?"

"Whatever you want," he answers, putting his own block of wood back in his bag.

"Whatever you can," he continues as he snaps the bag's buckle into place.

"Whatever you have to," he concludes with one final pat of my arm. "It's all on your shoulders now."

And so I practice. For hours. Until I can duplicate the horse

crush

down to the last swoosh on its tail to perfection, not a single particle removed except what I want.

We both stand back and look at my final piece. I've always known what I needed to do. But now I know *why*.

I'm not going to Katmere to destroy my father's evil plan. I'm going to Katmere to remove everything ugly and wrong so the real beauty of what that school can be is revealed.

# Acknowledgments

Writing a book this big and complicated takes more than just one person, so I have to start by thanking the two women who even made it possible: Liz Pelletier and Emily Sylvan Kim.

Liz, I feel like we've been through a war, or three, and I can only say thank you, thank you, thank you. Thank you for pushing me and this book past my comfort zone, thank you for your unflagging determination to tell this story, and thank you for the Herculean effort you put in to make sure that we got it done (in a ridiculous amount of time). We make a great team and I adore you more than I can say.

Emily, what do I even say? You've been with me through every twist and turn of the last sixty-four books and I am so incredibly grateful. Thank you for your enthusiasm, your support, your friendship, and all the late-night solidarity sessions. You are, sincerely, the best agent and friend in the whole world.

Stacy Cantor Abrams, while I was working on this book, the anniversary of my first YA novel passed, and I realized that we've been working together for ten years. I'm so, so lucky that you bought *Tempest* all those years ago. I've learned more from you than I can ever say and am thrilled to count you as a great friend as well as a great editor.

To everyone else at Entangled and Macmillan who has played a part in the success of the Crave series, thank you, thank you, thank you. Bree Archer and Elizabeth Turner Stokes for making me *all* the beautiful covers *all* the time, Jessica Turner for the amazing marketing and publicity, Meredith Johnson for all your help with this book in all the different capacities, Toni Kerr for your flexibility and the incredible care you took with my baby, Curtis Svehlak for making

miracles happen on the production side and for putting up with me being late on everything, Katie Clapsadl for answering a million questions with such grace, Riki Cleveland for being so fabulous always, Heather Riccio for all your enthusiasm and help with a million different things, Jaime Bode for being such a devout advocate for this series, and Nancy Cantor, Greta Gunselman, and Jessica Meigs for taking such care with every page of this story.

Eden Kim, for being a fabulous beta reader and the inspiration for one of my favorite characters ever.

Sherry Thomas, for all these years of friendship and for your daily messages that, I swear, were the only thing that kept me going when things got hard. I am so, so lucky to have you for a best friend.

Megan Beatie, for all your help and enthusiasm with launching *Crave.* You're the best!

Stephanie Marquez, for everything. For all the help, support, love, encouragement, enthusiasm, and excitement that I could ever ask for. Thanks for keeping the peace, for taking care of my mom and my boys on the days I couldn't take my fingers off the keyboard, for taking care of me always, and for putting up with the no-sleep grumpy days with such grace, kindness, and love.

For my three boys, who I love with my whole heart and soul. Thank you for understanding all the evenings I had to shut myself up in my room and work instead of hanging out, for pitching in when I needed you most, for sticking with me through all the difficult years, and for being the best kids I could ever ask for.

And finally, for fans of Jaxon, Grace, and the whole crew. Thank you, thank you, thank you for your unflagging support and enthusiasm for the Crave series. I can't tell you how much your emails and DMs and posts mean to me. Thanks for choosing to take this journey with me, and I hope you enjoyed *Crush* as much as I enjoyed writing it. I love and am grateful for every single one of you. xoxoxoxo

*The bestselling author of the Dead Is series is back with a campy, hilarious take on the vampire genre.*

# THE AFTERLIFE OF THE PARTY

## BY MARLENE PEREZ

I didn't even want to go to the party.

Seriously, I'd rather have stayed home with my librarian-witch grandmother and her mystical book club than go. But my best friend Skyler begged me. So I went.

And it was the worst party of my life. The last party of my life.

Not only was the band downright horrible, but the lead singer bit me afterward. And then stole Skyler.

Now I'm chasing down a band of angry vamps with my other best friend Vaughn in tow—and a buttload of feelings between us we can't even begin to address. And worse, I'm changing into something else...

Let the afterlife begin.

*Ready for your next epic adventure?*



In a world on the brink of the next Great Dying, no amount of training can prepare us for what is to come...

A young heir will raise the most powerful phantom in all of Baiseen.

A dangerous High Savant will do anything to control the nine realms.

A mysterious and deadly Mar race will steal children into the sea.

And a handsome guide with far too many secrets will make me fall in love.

My name is Ash. A lowly scribe meant to observe and record. And yet I think I'm destined to save us all.

*Dating takes a rom-com twist in this pitch-perfect and hilarious #OwnVoices novel*



NEW YORK TIMES
BESTSELLING
AUTHOR
PINTIP
DUNN

The Tech sisters don't date in high school. Not because they're not asked. Not because they're not interested. Not even because no one can pronounce their long, Thai last name—hence the shortened, awkward moniker. But simply because they're not allowed.

Until now.

In a move that other Asian American girls know all too well, six months after the older Tech twins got to college, their parents asked, "Why aren't you engaged yet?" The sisters retaliated by vowing that they won't marry for ten (maybe even twenty!) years, not until they've had lots of the dating practice that they didn't get in high school.

In a shocking war on the status quo, her parents now insist that their youngest daughter, Orrawin (aka "Winnie"), must practice fake dating in high school. Under their watchful eyes, of course—and organized based on their favorite rom-coms. 'Cause that won't end in disaster.

The first candidate? The son of their longtime friends, Mat Songsomboon—arrogant, infuriating, and way too good-looking. Winnie's known him since they were toddlers throwing sticky rice balls at each other. And her parents love him.

If only he weren't her sworn enemy.

*Two teens must fight a government that has divided society into classes living underground.*





## JERRI CHISHOLM

Four generations ago, Earth was rendered uninhabitable; the sun too hot, the land too barren. Those who survived were forced underground, where civilization divided into compounds. In Compound Eleven, only the cruel survive. Fighting is entertainment, violence is a way of life, and hierarchy between the floors is everything.

Sixteen-year-old Eve Hamilton may have been born on the second floor, but she was born to survive, and freedom means everything if it means protecting someone she cares about most.

There's a rumor not all who go above die, but there is only one way to escape Compound Eleven—and it is not for the faint of heart. The only one standing in her way? The privileged from top floor Wren Edelman: mysterious, infuriating, persistent, and shockingly handsome. Except relationships between floors aren't just nonexistent—they're dangerous.

And there's plenty more to fear in Eleven. Because suddenly, falling for the wrong boy is the least of her concerns. If she doesn't make it to the surface soon, everyone she cares about could die.

# Let's be friends!

@EntangledTeen

@EntangledTeen

@EntangledTeen

bit.ly/TeenNewsletter



an imprint of Entangled Publishing LLC