62

## I'll Be Watching You



"Well, that was fun," Flint jokes, but there's no humor in his voice at all. He looks as shaken as the rest of us at what Cyrus has done. The suffering this woman has endured for a thousand years.

The mood is hushed the entire walk back to Giant City, as though even the energy to speak is too much for any of us. No one is talking about what we plan to do tonight. No teasing about drinking challenges or excitement for more shopping. We're all weighted down by one simple truth: eventually Cyrus will get Hudson into that prison...and I will go with him. If we don't find a way to break out before then, Hudson and I have a fate worse than death ahead of us—for an eternity.

Hudson is staring off in the distance as we wind our way through the forest. And it doesn't take a genius to know what he's thinking. If we can't find a way to get in and get out, he will choose death and set me free.

He gives me a startled look as I reach for his hand and say, "Don't even think it."

His gaze widens, realizing that I've picked up on his thoughts so easily. "But—"

I interrupt him. "Never."

By the time we make it to the market, we've all kind of silently agreed we want to just head back to Katmere. We walk to where we agreed to meet back up with Jaxon and Macy and Erym, eager to grab our friends and go.

Macy's face lights up with a giant smile as soon as she sees us, and she comes bouncing over. She leans in to me and says, "Oh, the stories of today I have to share with you later. I smell a vampire-giant wedding one day in our futures." When I don't join in her humor, her gaze sharpens on my face, then bounces to the rest of our group. "Hell. Bad news?"

"I'll tell you later," is all I can manage to get out.

Jaxon has also caught on to the mood of our group, but Erym is blissfully unaware as she excitedly tells us about the banquet tonight and how excited she is for her parents to meet us.

"My mother says the Vampire Court used to throw the most beautiful balls!" And her adoring gaze falls upon Jaxon again.

I'm racking my brain, trying to come up with a polite way to skip the party, when Brown Beard comes running up to Erym and whispers in her ear loud enough for all of us to hear. "The Watch is here and demanding entrance into the city, Cala. They say they have an arrest warrant for Prince Vega."

My stomach sinks like a stone, my heart pounding in my throat. How did they find us so fast? My gaze meets Hudson's, fear skittering down my spine as I realize he's considering our options—one of which includes turning himself in to spare us all.

I shake my head at him, and his jaw clenches, but then he gives me a quick nod. I let out a ragged breath of relief that at least he's going to fight imprisonment. For now.

Erym, though, turns wide eyes to Jaxon. "You must leave quickly!" She's mistakenly assumed the Watch has come for Jaxon, and we don't correct her. Especially when she says she knows a secret exit out of the city that will give us a head start.

I just hope it's enough.

63

## I'm Rooting for You



We race through the tunnel Erym directed us to and burst out into the forest floor outside the city. Once there, we run, after deciding the vampires should carry everyone but me.

I only have a second to wonder why the Watch hasn't caught us yet. Because they're definitely faster than we are with the extra weight, even though the vampires fade like hell was on their heels. My wings are burning keeping up with them, but I dig deep and put on a sudden burst of extra speed so I can flip around to check why the Watch hasn't caught up with us.

And it doesn't take long to figure it out.

They're not coming straight at us…they're surrounding us. Boxing us in.

Jaxon must realize their strategy at the same time, because he pulls us to a stop in the center of a small clearing, and we stand in horror as vampires step around massive trees—in every direction. I land with a thump, staying in my solid gargoyle form, using my large stone wings to protect my friends as much as I can.

"Macy," Jaxon says, not taking his gaze from the vampires circling us, "I'm going to need you to build the fastest portal in witch history."

Macy is on her knees, riffling through her pack and pulling out her wand. "Already ahead of you."

I swallow. Hard. There must be at least thirty of them…and everyone but Macy and me has their powers grounded.

"This looks bad. Very bad." Fear for my friends, for Hudson, is beating against my chest like a living thing. Even my palms are sweating—and I'm stone, so that's saying something. "Should Hudson and I surrender, give you guys at least a chance to get away?"

But Mekhi just turns and says, "Jesus, Grace. It's not an army."

Luca gives him a fist bump, and the rest join in that action.

Well, everyone except Jaxon, who steps forward and says in a loud,

commanding voice, "I am Jaxon Vega, prince of the Vampire Court, and my friends are traveling under *my* protection. I suggest you rethink this before you suffer my wrath."

Several members of the Watch turn to look at the one member not dressed from head to toe in a solid-red uniform. His clothing is black as night, and it's clear he is the senior officer. "Don't try to bluff me, Vega. I happen to know for a fact everyone but your little gargoyle is cuffed right now."

"True, Re-gi-nald—" Hudson draws out each syllable of the vampire's name like a taunt. "But then I've never needed mine to teach you a lesson, now have I? How's that leg doing, by the way?"

Reginald definitely doesn't like that. His jaw clenches, and his eyes narrow. "You'll pay for that, asshole."

"I'll probably pay for a lot of things one day, but definitely not from you." Hudson glances around at the other Watch members. "Now, all, I know you're probably eager for a fight, but what do you say you hop on the winning team and we kick your commander's ass for fun? Whaddaya think? Any takers?"

"What are you doing?" I hiss at Hudson. Riling them up for a fight seems like a supremely bad idea.

But Hudson just winks at me—he *winks*!—then says under his breath to Macy, "How's that portal coming, Mace?"

"Almost there," she replies, biting her lip as she finishes a complicated symbol with her wand before beginning a new one.

"That's my girl," Hudson murmurs to her before shouting to Reginald again. "I dunno, Reggie. Looks like some of your boys might be thinking it over. What say you we save them the court martial and just you and I work out our differences? Maybe a little mano a mano?"

Reginald grabs a short baton from his waist and jerks it to the ground, three extra lengths popping out to make a large staff. That must have been a signal of some sort, because the entire Watch does the same with their own staffs and then begin to move forward, closing in on us.

"Wrong move, Reggie." Hudson shakes his head. "My brother there has been dying to kick someone's ass since I *stole* his mate. And you know who trained him, right? The Bloodletter."

Several members of the Watch hesitate long enough to check their commander's reaction and confirm it's true. But it's a small pause, and soon they're all moving forward again—only about a hundred feet from us now.

"You didn't *steal* my mate," Jaxon bites out, his gaze bouncing from Watch vampire to Watch vampire—and I'm shocked. Not because he wasn't affected by Hudson's words but that he didn't get that his brother was trying to send him a message. Hudson would never say something so callous to Jaxon. Ever. How could Jaxon not see that?

Hudson rolls his eyes and says with more emphasis, "You think you might want to *steal* something back, brother?"

"Yes, Jaxon," I chime in, "I really think you should *take* something back."

Jaxon's gaze meets mine, and I can see he finally understands.

"Of course, if the Bloodletter's training wasn't enough for you..." Hudson begins, but before he can even finish the sentence, Jaxon has faded around the clearing in a blink too fast to follow with my eyes.

"I think it was enough," Jaxon says and starts tossing six of the staffs he'd liberated from the Watch to everyone except Macy. I catch mine in midair, hovering over the group now so I can pivot more quickly to wherever I'm needed.

Jaxon's move stuns the Watch for a second, but they're trained soldiers, and they recover quickly. I can tell from my height as I slowly turn in a circle that they're about to rush us. Mekhi whispers to Macy, asking how much more time she needs, and my cousin pauses only long enough to hold up two fingers. Shit. Two minutes. We don't have two minutes.

My mind races with our options. It's too many to fight. If only we could slow them down. I glance around the clearing, looking for *something* to use to do just that. But all I see are grass and trees. And that's when an idea occurs to me.

I swiftly land on the ground again next to Hudson, slightly in front of him, actually.

"You got this, babe?" he asks, already knowing I'd have a plan before I'd land in front of him and block his attack.

"I got this," is all I say—and fall down into a crouch, my hands wide on the grass in front of me, my weight on one knee.

Hudson grins. "Reggie, do you have any idea what gargoyles can do that's really, really cool?"

I let my senses sink into the earth, down through my hands and back up through my feet. And I reach out. I open myself up to the magic of the earth, let it channel through me, until it feels like I'm as tall as the trees

overlooking the clearing, staring down at my friends, staffs ready, Macy's wand swooshing through a series of almost poetic moves in the air...and the vampires heading straight for them. And just beneath their feet, I feel it...my enchanted forest.

"What are you about to do, little girl? Throw rocks at us?" Reginald taunts, and a few of the other members of the Watch chuckle with him.

"Not rocks," I say out loud, and with my magic, I ask the trees for help, and I feel their answer immediately. I take a deep breath. I'm only going to have one chance. And then I open my eyes and fix my gaze on the commander. "This."

Before the vampire can react, giant sequoia roots break out of the earth, soil raining down on the entire clearing, as the thick roots swing through the air like the legs of an octopus. The Watch fades left and right to avoid the wild swipes, but the roots are relentless. Vampires scream as bodies are thrown like rag dolls hundreds of yards away from us.

One Watch member gets through, but Jaxon has him down on the ground, one foot on his throat in a blink.

"Got it!" Macy shouts. "Go, go, go!"

And everyone except Jaxon and Hudson makes a dash for the portal. I can't leave yet. I've got to keep the roots holding the Watch back until everyone is safe.

"Get through!" Hudson shouts to Jaxon as another vampire makes it through the roots, and Hudson knocks him back. Jaxon says something; I don't know what because the trees are screaming in my head as one of the Watch rips a root in half.

Oh my God, the pain! It feels like I've been ripped in half myself, and tears stream down my face, but I grit my jaw. That vampire will die for harming my forest. My gaze pierces his, and a root bursts through the ground and spears his thigh. He screams in agony, but I have no mercy.

"Babe," Hudson is whispering in my ear, his hands on my shoulders, I realize, stroking up and down. "Babe, it's time to go. You did good. Let them go now, okay?"

I blink. And stare at the clearing in front of me. Blood is mixing into the earth, bodies lying at odd angles everywhere. Jesus.

I take a deep breath and exhale, slowly pulling the magic back, whispering a "thank you" to the trees as I do, and I hear a whispering answer in return. *Goodbye, daughter.*

Once I've pulled all the magic back, my vision starts to blur. I'm so tired. I just want to curl up in the earth. I want to feel the rocks cover my body...and sleep.

I can sense Hudson's arms reach under my body as he whispers, "I've got you."

And then everything goes black.

# 64



## Pin the Tail
## on the Dragon

It's been two days since we made it back to Katmere, and Hudson hasn't picked a single fight with me. It's really damn annoying.

But I get it. I probably scared ten years off his life when I passed out in the clearing. I had no idea channeling magic would be so draining. Hey, I chalk it up to learning something new about my gargoyle powers, and that's nothing but a win in my book. We're going to need every edge we can get, since, you know, turns out the blacksmith who made the beast's cuffs is in the one place we've been working so hard to avoid. Prison.

Still, I'm trying to have tunnel vision, to just focus on school and graduating and what I can do at this specific moment. It's difficult, though, especially with the specter of Cyrus breathing down Hudson's and my necks. And why he wants us off the chessboard so badly.

We all agreed our next best step was to check in with the Dragon Court. Flint claims a member of the Court went to this prison and was able to get out of it a day later—so it *is* possible. He said he'd ask his mom for more information and until then, we were in a wait-and-see state.

As much as I believe getting the Crown is our best chance to stop Cyrus, if we can't get the blacksmith out of the Aethereum—or ourselves… Well, going to prison isn't an option, then, and we need to start brainstorming a Plan B.

Which we are totally going to do…after finals.

I always thought this would be the easiest time of my academic career— coasting through the last couple of weeks, taking finals that don't really mean much, and hanging out with Heather as much as I can. Instead, I'm in a sudden-death kind of situation, where one screwup means I don't get to graduate.

So *not* my idea of a great way to spend my eighteenth birthday, especially with everything else that's going on.

But it's hard to focus on studying when I keep thinking about Falia and Vander and the Unkillable Beast and everything they've suffered. It's awful, and every time I close my eyes, I think about them and all the pain they've had to go through, all the pain that's still to come.

It's not fair. And I know life isn't fair, but this whole paranormals-can-live-for-millennia thing isn't nearly as cool when you realize it also means you can suffer just as long.

I sigh. There's nothing I can do about that right now.

I have an Ethics of Power final to study for (a class Cyrus obviously slept through) and a history study session later today. So, despite everything going on and the fact that it's my birthday, I'm trying not to think about anything but the differences between Jung and Kant. And yes, it's just as hard as it sounds.

Two hours later, I'm just finishing up the last of my notes on Kant when my alarm goes off, reminding me that I'm supposed to be in a study session in Hudson's room in ten minutes. There's a part of me that wants to cancel—I'm so tired that I'm not sure I'm going to be able to keep my eyes open for much longer.

Then again, I really need the session. History is still kicking my butt, even after Jaxon and I did a brief study session the other day, and I am not going to fail my senior year because I can't keep my paranormal history straight. So instead of running back to my room to eat a pint of Cherry Garcia, I pack up my stuff and head down to Hudson's room. And try really hard not to think of that ridiculous bed of his while I do.

I text Macy to see if she's coming tonight—when I talked to her this morning, she wasn't sure, since she's only a junior and this isn't one of her classes—but I hope she does. I haven't told anyone it's my birthday, more because it snuck up on me than because I deliberately omitted telling them, but it would still be nice to hang out with her tonight.

Especially since this is my first birthday without my parents...which is, honestly, the real reason I haven't told anyone. It feels so strange to be turning eighteen without my mother's cherry chocolate chip pancakes for breakfast or my favorite fish tacos for lunch with my dad or an all-night movie marathon with Heather, like we've been doing on our birthdays for years and years and years.

Heather still hasn't texted me since I told her not to come to Katmere for a visit, and that hurts even more today. I thought maybe she would break her silence to wish me a happy birthday, but she hasn't. She is really pissed.

And I don't blame her. I deserve it. But if this is what it takes to keep her safe—I'd do it all over again.

Macy doesn't answer, so I shove my phone in my back pocket and try not to pout as I turn down the staircase to Hudson's lair. It's no big deal. I'll have some ice cream with her later and call it a—

"Surprise!"

I scream, just full-on scream, as I walk through the doorway into Hudson's room and my friends jump out from every hiding place available.

"Happy birthday, New Girl!" Flint calls from across the room, where he's draped in so many streamers that he looks like a hot-pink mummy.

"Thanks!" I call back, then turn to Macy, who's standing right next to the door and currently showering me with glitter and confetti. "Okay, okay, enough! Hudson is going to be walking around with hot-pink glitter in his hair for the next two weeks."

"Haven't you noticed?" he asks with a lift of his brows. "I already am."

I laugh—I can't stop smiling even though I told myself this was the last thing I wanted—then look around at the rest of my friends.

Mekhi is sprawled on the couch with a grin and a giant HAPPY EIGHTEENTH BIRTHDAY banner.

Luca is standing next to Flint with a colorful balloon bouquet.

Eden is waiting next to Macy with a bowl of backup confetti.

As for Jaxon, he's standing next to Hudson's library and blowing a noisemaker like his life depends on it.

And Hudson…Hudson is in the center of the room with a hot-pink and silver party hat on his head and a giant cake in his hands that reads, GARGOYLES RULE AND DRAGONS DROOL. Because of course that's what he had them write on it.

"How did you know?" I ask the room at large, but it's Macy who answers with a roll of her eyes.

"I'm your cousin. You think I don't know when you were born?" she asks. "Besides, I marked it on my calendar the week you got here so I wouldn't forget."

It's definitely not what I expect her to say, and I have to look down and blink the tears out of my eyes. Because sometimes when I'm sad about my parents, I focus only on what I've lost and forget how much I've gained. And how lucky I am, after everything, to have been able to land at a place that has given me friends—and a family—like this.

"Are you just going to stand there staring at us all night or are we going to throw some axes?" Flint teases.

"Is that what you want to do?" I ask. "Throw axes?"

"Umm, yeah." He glances at Luca. "Unwind me, will you?"

Luca shakes his head and takes a more direct approach, simply shredding through the streamers with a hand. Hudson sets the cake down on his desk and turns on Rihanna's "Birthday Cake" and cranks it up, while Macy makes a run for the axes, spilling confetti and glitter in a trail behind her.

I follow her at a more sedate pace, but I can't keep the grin off my face. This is so not the way I've spent any birthday before this one, and maybe that's what makes it so perfect.

"The birthday girl goes first," Flint says as he shoves an ax in my hand. "Do you know how to throw these?"

"Are you kidding me? I have absolutely no idea how to even hold one."

He laughs. "Yeah, me neither. Guess we'll have to learn how to do it together."

"And here I thought I wanted to play pin the tail on the donkey," I tease as Hudson comes up to give us a few pointers.

He gives me a mild look. "How about you play throw the ax at the dragon instead?"

"Hey now," Flint yelps. "No need to get violent. I mean, I know Eden is a lot, but she's still a person."

"Yeah, because I'm the one he's talking about there, Fire Boy," she says as she shoulder-checks him. But she grins as she turns to Hudson. "I say we go for it. I think he'd look great with a target painted right over his mouth."

Flint gives her a mock-wounded look. "You know what, Grace? I'm totally ready to play pin the ax on the dragon ass. Turn around, will you, Eden?"

She flips him off but gives her hips a little wiggle for good measure.

I start laughing, and I don't think I stop the entire rest of the night. I can't. My friends are entirely too ridiculous, and I'm having entirely too good of a time.

Hudson apparently made a whole birthday playlist for Macy and me, and I spend half the night dancing around to everything from Jeremih's "Birthday Sex" to "Best Day of My Life" by American Authors. The rest of the time we spend ax throwing, playing Cards Against Humanity, and falling all over ourselves and one another in a supernatural game of Twister that ends up

with all of us in a giant heap in the middle of Hudson's floor...with him on top, which is absolutely no surprise to anyone.

I also introduce them to Heads Up! which no one here has ever played. Jaxon—"we used to call this game charades"—ends up kicking everybody's ass, so Flint decides it's time to sing "Happy Birthday."

It's the best night I've had in a really long time, maybe ever, and as my friends finally gather round to cut my birthday cake, I can't help thinking that I don't want this to end. Not just this night—though I'm okay with it going on forever despite my earlier thoughts—but all of this. We graduate in a couple of weeks, and yeah, we've got a prison to go to (and get out of) and maybe even a war to fight, but after we leave Katmere, all of that will be different. All of this will be different.

We'll scatter all over the world, and this perfect-for-me blend of people will be no more. Maybe that's why not a single person has ever mentioned what they plan to do after graduation. I think we all know we're living on borrowed time. The rest of our lives is coming for us, whether we're ready for it or not.

It's an awful thought, one I shove down deep—at least for tonight. And then I make the most important wish of my life right before I blow my candles out.

We eat the cake—or at least four of us do—while I open up my presents. Sparkly earrings from Macy, nunchucks along with a promise to teach me how to use them from Eden, a giant bouquet of flowers from Mekhi, and a Harry Styles body pillow from Flint and Luca.

Hudson gives me a book of poetry from Pablo Neruda, which is incredibly sweet. I start to get up to thank him, but he shakes his head.

"That's just the socially acceptable public gift." He winks at me. "There's another gift I'll give you when we're alone."

Everyone in the room starts teasing him, shouting out guesses, everything from Victoria's Secret (Mekhi) to handcuffs (Flint) to a gag for him (Eden).

I can't help the blush creeping up my cheeks, nor my heart pounding in my chest, imagining what gift Hudson would want to give me...*privately*. Sure, we both know there is a furnace of heat between us every time we get within touching distance, but what no one else knows is that besides a little hand-holding, Hudson and I haven't even kissed yet. So that takes every gift my friends are suggesting off the table, thank God. But what does that leave?

My eyebrows shoot up as I ask him with my eyes what it could possibly be, but he just chuckles and tells me I'll have to wait to see.

I'm about to start begging for a hint when Jaxon walks up to me, a small square present wrapped in delicate pink tissue paper in his hands.

I open his present and gasp in shock. Our gazes collide, and for a moment—just a moment—I see a flare of warmth in the depths of his black-ice eyes. But then he blinks, and it's gone, and in its place is nothing but the same emptiness I've seen from him for days. The same emptiness that is echoing inside me.

"I can't—" I look down at the Klimt sketch I saw in his room that very first day. "I can't take this," I tell him, shoving it back toward him as my stomach begins to churn.

"Why not?" he answers with a shrug. "It's not like I've got a use for it anymore."

His words cut like knives. It feels like he's trying to exorcise *us*, what we had, from his life. Yes, it's painful to think of everything we lost, but I wouldn't trade a single memory for all the money in the world—even knowing it would all end. Usually he seems to have moved on, found peace with what happened and that I've moved on, too, but it's moments like this, I wonder if he really has.

"What is it?" Macy asks, leaning forward to see. "Oh my gosh! It's beautiful, Jaxon!"

"And you should totally accept it," Mekhi says. "It's not like it fits in Jaxon's room anymore—have you seen the dungeon he's turned it into lately?"

I have, and I hate it so, so much. "I just don't—"

"Take it," Jaxon tells me. "It's a gift. And it was always meant for you anyway."

I don't know what to say to that—don't know if there's even anything to say. Besides, things are starting to get awkward, our friends looking between us like they know this is about more than an expensive sketch. Plus, Hudson has moved away completely, looking at anything and everything but Jaxon or me.

"Okay," I whisper, because it's all I can do. "Thank you."

He nods, but like Hudson, he's not looking at me when he answers, "You're welcome."

An awkward silence starts to descend, but God bless Macy, because she says, "Come on, Hudson. Put on one more birthday song before we go."

He shrugs but walks over to his sound system. And seconds later, "Birthday" by The Beatles blasts through the room, complete with all the warm pops and crackles that come from listening to it on vinyl.

And fuck it. Just fuck it. I drop my presents next to my backpack, grab Macy, and dance around the room with her like it's the end of the fucking world.

It isn't until much later, back in my own room with Macy, that I realize Hudson never gave me my second present.

65

# A Little Less Talk, a Lot More Action



The first two days of finals go better than expected—at least by me. I get an A on my case defense in Ethics of Power and a B on my Physics of Flight test, so I'm feeling pretty good about this whole graduation thing after all. Or at least I would be if my history test didn't loom over me like a too-full snowbank, just waiting for something to kick off an avalanche and bury me alive.

To combat the whole death-by-history-final thing, I've arranged for one last study session with Hudson. Jaxon promised he'd tutor me, but I haven't felt like asking him for anything lately.

It's not even about the sketch he gave me, either—or at least not exclusively about the sketch. I can see why he might want to get rid of it, I guess—I don't even have his history with it. And yet, every time I open my desk drawer and see it staring at me, it reminds me of what we've lost and makes me wonder for the hundredth time if he's really been able to move on.

I'd totally get it if he wasn't as good with Hudson and me as he seems, too.

He doesn't know what I know—that we were manipulated by the Bloodletter. That Hudson is my true mate. So for the thousandth time, I wonder if I made the right decision not telling him. But like every other time, I decide it would only do more harm than good.

Besides, it's not just our breakup going on. I sense it. Something feels off with him, and it has for a while. Jaxon has always been a little aloof, a little cold, a little hard to reach. Just because he let me in doesn't mean I didn't see how he was with others. What's going on now, though, is very different. I don't like it, and I don't think the members of the Order do, either. I just don't think any of us knows what to do about it, especially when he's closed himself off so completely.

I text Hudson that I'm on my way to his room, and he immediately texts

covet

back that I should meet him by the front steps instead. Which is weird, but he's the one doing me a favor, so I'm not going to question it.

He's waiting by the door when I make it down the main steps. "Hey, what's up?" I ask when he turns around to smile at me. "Do you want to go to one of the study rooms instead?"

"Actually, I thought we might go outside," he says, and the British is heavy in his voice again—which means he's upset or nervous. "It's a right gorgeous day."

"It is," I agree, searching his face for some clue about what's going on in his head. There's no reason for him to be nervous, so I ask, "Everything okay?"

"Sure, why?"

I shake my head. "Just checking. And yes, I'd love to study outside. I just need to run upstairs and get a coat real fast."

"You can have mine," he says as he slips out of his wool Armani jacket. "It's not like I need it anyway."

"Are you sure?" I ask, even as I slide my backpack off my shoulder.

"Yeah, absolutely." He holds it up, and I start to take it before I realize that he's waiting for me to slide an arm into one of the sleeves...because he's a total gentleman, apparently.

When I was in San Diego, I probably would have thought it was strange if a guy did that, but there's something about Hudson that makes the move so smooth, so debonair, so sexy, that I just kind of go along with it. And then sigh with delight when the ginger and sandalwood scent of him envelops me from all sides.

Nobody smells quite as good as Hudson does.

"How do I look?" I ask, giggling as I hold out my arms to show the sleeves falling way past my fingertips. It's a blatant effort to hide the fact that I'm still sniffing his coat like a weirdo, but hey. Any port in a storm.

"Charming," he answers dryly. But he's smiling as he straightens out the front of the jacket and then rolls up both my sleeves until my hands are once again visible.

"Better?" I ask, doing a little pirouette before I bend to pick up my backpack.

I expect him to laugh, but his eyes are serious when he answers, "I like seeing you in my clothes."

And just like that, my mouth goes dry. Because there's no doubt I like wearing his clothes. Or at least this jacket.

TRACY WOLFF

The relaxed atmosphere between us evaporates, replaced by a tension that has nothing to do with our former enmity and everything to do with the attraction that keeps growing between us a little more every day.

*It's just the mating bond*, I tell myself even as my breath catches in my throat.

*It's not organic, not real*, I remind myself even as my heart stutters in my chest.

*It can vanish as easily as it came*, I repeat like a mantra even as he leans closer and turns my whole body to liquid.

At least until I realize he's only leaning in so that he can take my backpack and slide it over his shoulder. "Ready?" he asks as he pushes the front door open.

"As I'll ever be," I answer with a roll of my eyes. "This history class is kicking my butt."

"It's just because you've never heard it before. Once you get the basics memorized, you'll do fine."

"I'm not so sure about that." I turn my head up to soak in the warm rays of the sun. "I can memorize with the best of them, but I think my problems are coming from the fact that I'm having a terrible time wrapping my head around these alternate versions of history."

"Most of history has alternate versions," Hudson tells me as we walk down the steps and take one of the paths on the right. "It just depends who's telling the story."

"I don't think I agree with that," I tell him as we pass by a small path of lawn complete with a couple of tree-stump seats that I had no idea even existed until the snow started to melt. "I mean, yeah, there are two or more sides to every story, but facts don't change. That's why they're facts."

"I agree," he says with a nod. "But I think you need to know the whole story before you can decide what's truth and what's opinion. History makes it easier, not harder, to do that, because it pulls the lens back. Lets us see more of the whole picture."

"Yeah, and if you're lucky, that whole picture won't blow your tiny human brain all the way up."

He grins. "Well, yes, that would be the hope."

We come to a fork in the path, and he puts a hand on my lower back as he steers me toward an area I've never been to before. "Where are we going?" I ask.

c o v e t

"A place I know."

"I never would have guessed." I roll my eyes. "Can you give me a little more of a hint?"

"Where's the fun in that?" he asks.

"Just so you know, I hate surprises," I tell him.

"No, you don't," he answers absently as he concentrates on steering me around a giant mound of snow that has yet to melt. "You just tell people that so you always have the inside scoop. It's not the same thing."

"And the hits from having you in my head for so long just keep on coming…" I make a face at him. "You know, this whole you-knowing-everything-about-me-and-me-knowing-nothing-about-you thing really sucks."

"What do you want to know?" He glances at me out of the corner of his eye. "I have no problem sharing."

"Somehow, I doubt that. Doesn't sharing equal weakness?" I snark.

"It's not like I'm planning on announcing my neuroses to the entire campus," he answers dryly. "But if you want to know something, just ask."

There's so much I want to know that I don't even know where to start. What was he like as a child? Did he have a best friend? Where did he go to school? What was his favorite holiday? But every question seems like a minefield of sadness for him, and I don't want to make him relive anything painful just to satisfy my curiosity. "Can I think about it?" I finally ask.

"Of course. Think away." But his voice is stiff when he says it, and I get the impression I somehow said the wrong thing.

"Hudson—"

"Don't worry about it." He yawns. "Psychopathy isn't that interesting anyway."

"That isn't what I meant." I rest my hand on his arm, trying to get him to look at me, but he isn't going for it. Which isn't frustrating *at all*. "Why do you do that?"

"Do what?" His tone is as smooth as canned frosting—and twice as sickly sweet.

"Shut down!" I all but yell at him. "Every time I say something you don't like, you just shut me out."

"Why should that bother you when you've been shutting me out for months?"

"Seriously? That's what you're going to go with? I thought you were

*evil*—because you were so busy keeping me out that you didn't let me see the real you."

He starts walking faster. "I showed you the real me. You just conveniently forgot it."

His words land like blows. "Is that what you think? That I don't *want* to remember?" I narrow my eyes. "That's not fair, Hudson."

"You're going to talk to me about what's fair?" he stops and asks with a laugh that is anything but humorous. "Nice." Then he shakes his head and adds, "This was a bad idea."

He turns around, starts to walk away. But I grab onto his hand, try to hold him in place. "Please don't go."

"Because you need help with your bloody history?" he asks snidely.

"Because I want to talk to you," I tell him.

"What do we have to talk about, Grace? I know everything in the world there is to know about you—even the things you wish no one knew—and yet I still want to know more. But you, you can't even think of *one* question to ask me? I'm just tired of it all. Of being the only one here."

"Don't you mean tired of me?" I throw the words at him like a gauntlet, then freak out when I watch them hit.

"Yeah," he says after a second, his eyes as flat as a frozen lake. "Maybe that's exactly what I mean."

My breath catches. Hudson, who has never once given up on me, is giving up. And why wouldn't he? I'd told him I wanted to take things slowly, but instead of going slowly, I pulled him into the quicksand with me. And then watched him sink.

He starts to walk away again, and this time I scramble until I can get in front of him and block his path.

"Let me go," he says, and his blue eyes aren't calm anymore. They're livid with more emotions than I could ever hope to count.

"Why?" I whisper. "So you can go off and build an even bigger wall between us?"

"Because if you don't, I'm going to do something we both regret."

He won't, though. No matter how mad or hurt he is, Hudson would never do anything I didn't want him to do. Anything I didn't give him permission to do.

But we're stuck, and I can't unstick us. With all that I've lost this year, my

c o v e t

defenses are too high. I can't let anyone walk into my heart again—they're going to have to crash in. Maybe that's why Hudson and I have always been more comfortable sparring than speaking. It's like we each recognize how high our walls are and what it will take to eventually tear them down to let the other in. And so I do the only thing I can do—I push him over the edge.

"Oh yeah?" I ask, and it's as much dare as it is question. "And what if I *want* you to? What would you even do?"

I get one moment—one moment—to see all that emotion jump the chain he holds it on. And then he's moving toward me, his hands coming up to cup my cheeks. "This," he snarls, right before he slams his mouth down on mine.

66

## It Turns Out Diamonds Might Be a Girl's Best Friend After All



The world, quite literally, implodes.

There's no other way to describe it. No way to pretty it up. No way to downplay it. No way to say it other than this: the moment Hudson's mouth covers mine, everything around us simply ceases to exist.

There's no cold, no sun, no messy past, no uncertain future. For this one perfect moment, there's nothing but the two of us and the inferno raging between us.

Hot.

Overwhelming.

All-encompassing.

It threatens to burn me to a crisp, threatens to swallow us whole. Normally, feeling this much would terrify me, but right now, all I can think is bring. It. On.

And Hudson brings it. Oh my God, does he bring it.

His lips are warm and firm against mine, his body lean and strong. And his kisses, his kisses are everything I've ever thought they would be…and so much more.

Soft and lingering.

Fast and hard.

Featherlight and all-consuming.

They send flames racing down my spine, burning through my body. They melt me from the inside, turn my blood to lava and my knees to ashes and still it's not enough.

Still I want more.

I press myself up against him, tangle my fingers in his hair, and when he gasps for breath—starts to pull his mouth from mine—I yank him right back into the fire.

And then it's my turn to gasp, my turn to burn, as he fists his hands in my curls and scrapes a fang across my lower lip.

He takes instant advantage, licking and stroking, sucking and biting his way inside my mouth. I open for him—of course I do—reveling in the way his arms tighten around me, the way his body presses against me, the way his tongue strokes oh so gently against my own.

This feels good—*he* feels good—in a way I wasn't expecting but that now I can't get enough of.

I'm desperate. Determined. Punch-drunk and nearly lost in the smell, the taste, the very essence of him—ginger and sandalwood and sharp, crisp apples.

I press even more tightly against him now, sliding my hands down his back, wrapping my arms around his waist, twisting my fingers in the soft, silky material of his dress shirt as I pull him closer and closer and closer. Hudson groans, nips at my lower lip, tangles his fingers in my hair as our kiss grows deeper, hotter, more intense.

I have a random thought that I never want this to end—that I never want to let him go—but then he tilts my head back, delves into my mouth, and the ability to think abandons me.

All I can do is burn.

I don't know how long we would have stood there destroying each other—burning each other alive—if a couple of wolves hadn't wandered by and let out long, low whistles.

I'm so caught up in the heat sizzling through me that I barely hear them, but Hudson breaks away with a snarl so dark and threatening that their whistles turn to whines as they hightail it back to the castle.

Hudson turns back to me, but I can see in his eyes the same thing I know is reflected in mine. The moment has passed.

Still, as he backs away and I straighten out my hair, all I can think is that the whole mating bond chemistry thing is not a lie.

And also, when do I get to kiss him again?

It's that thought—and the urgency behind it—that has me backing away from Hudson with wide eyes.

"Are you okay?" he asks, and even though he looks concerned, he makes no move to bridge the gap I've opened between us.

"Of course!" I tell him in a voice that sounds anything but. "It was just a kiss."

Even as I say the words, I know they're a lie. Because if that was just a kiss, then Denali is just a hill. Or, you know, a tiny bump in the road.

"Right," Hudson says, and the British is back. "And the sun is a match."

He just holds my gaze, hands shoved deep in his pockets. And waits. He glances around like he's expecting my uncle to jump out of the bushes and throw him in the dungeon for daring to defile his precious niece. "Do you, um—do you still want to study?"

No, what I really want to do is rush back to my room and dissect every second of what just happened with Macy. And then Eden. And then maybe Macy and Eden together. But none of that is going to get me a passing grade in history, so, "Yeah, I do. If it's still okay with you."

He gives me a look. "I wouldn't have asked if it wasn't good with me."

"Oh, right." I give him the best smile I can muster and pray I don't look deranged. Or like I cook small children in the oven of my gingerbread house. The line between my *I'm nervous* look and my *I'm off the rails; you should hide all your valuables* look is a lot finer than I would like.

Still, I must not be too bad yet, because Hudson doesn't run away in terror.

But before we can move on, there's one thing I have to tell him.

"The reason I wanted to think about what question I would ask you is not because I don't want to know everything about you."

He turns his head like he's expecting a blow and doesn't want to see it coming, but I'm not having it. I was a coward before, but I can't always make Hudson be the one to knock against our walls.

So I step directly in front of him until he has no choice but to look at me again. When I'm absolutely sure I've got his attention, I continue. "I know your childhood was terrible, probably worse than I can imagine just from that one peek I had of it with your father, and I didn't want to ask you a question that would cause you pain, Hudson."

A glimmer of hope sparks to life in his eyes, and his mouth moves like he's about to say something. But in the end, he just nods and slips his palm into mine in what is fast becoming a habit, then leads me down the path and around the bend at the end of it. And no, I'm not ignorant to the symbolism there, but I am trying to ignore it.

Which is pretty easy to do when I see where Hudson has brought me—a small outdoor pavilion, complete with a picnic table, twinkly lights, and the most beautiful view of a mountain lake I have ever seen.

All around the lake, flowers are in bloom in every shade of the rainbow—and in the center of the table is a clear vase loaded to the brim with wildflowers.

"You did all this?" I ask, looking around me in wonder.

"I can take credit for the flowers and the lights, but the view is all Alaska."

"Fair enough," I say with a laugh. "But still, you didn't have to go through this much trouble for a study date."

"It wasn't any trouble," he tells me. "Besides, I wanted to give you your other birthday present."

"Oh. But you already gave me my birthday present. Which I loved, by the way. Pablo Neruda is my favorite poet ever."

"You didn't forget I said I had another present for you, did you?" he asks incredulously.

"I love that book. I was very happy with the one present. I don't need more."

"Oh, well, if that's the case, I don't have to give you anything else." He nods to my backpack. "We could just study instead."

"No! I mean, yes, I want to study. But if you already *have* my second birthday present, I wouldn't mind opening it." I'd be lying if I said I wasn't curious. Hudson may act like nothing matters to him, but the truth is he puts a lot of thought into everything he does—which really makes me wonder what he thought he should get for me and what I should only open when we were alone.

"It's actually one of those gifts that's best given fresh," he tells me.

"Like flowers?" I ask, leaning in to smell the gorgeous wildflower bouquet he's put on the table. "I love them!"

"No, Grace." He's full-on laughing now. "Not like flowers." He gestures to the three black rocks sitting on the corner of the table. One is round with jagged edges, one is more triangular in shape, and one is square. "Which one do you like?"

"Which rock?" I ask, because once again, Hudson never does the expected.

"Yeah." He rolls his eyes. "Which *rock* do you like?"

None of them? I've never exactly been a rock girl…which is odd, I know, 'cause yeah—gargoyle. But I can't tell him that, not when he's gone through so much trouble to set this up.

"I don't know. I guess I like the square one the most," I say, picking it up. I look at it for a few seconds, then plan to slide it into my backpack, but

TRACY WOLFF

now Hudson is looking at me like he has no idea what he's supposed to do with me right now.

Which is more than fine with me. I *never* know what I'm supposed to do with him.

"Can I see it, please?" he asks, holding out his hand.

"You're the one who said it was for me," I tell him, even as I place the rock in the palm of his hand.

"It is," he answers. "Just not yet."

And then he wraps his fingers around the rock and squeezes as hard as he can. And squeezes. And squeezes. And squeezes.

At first, I think he's lost it, but as seconds turn into minutes, an idea occurs to me that's so outlandish, I can't even believe it. And yet...I pick up another one of the rocks and examine it as I try to remember what my six weeks of geology my freshman year taught me about rocks.

"Oh my God!" I say, eyes wide. "Is this *carbon*?"

He grins, does a little eyebrow wiggle.

"How is this even possible? I know vampires are strong, but wouldn't you need your powers—"

"I don't need my powers for this. I can't *persuade* carbon to do anything it doesn't want to do." He winks at me.

After another minute of squeezing, he opens his hand and, where there once was a chunk of carbon, there is now a diamond—and not just any diamond. This one has to be at least five carats. It's beautiful, stunning, and completely incomprehensible to me.

"I thought... I can't... Don't they need to be polished?" I ask. "They don't normally just come out looking like that, do they?"

He lifts a brow. "Like what?"

"Perfect," I whisper.

He grins. "Yeah, well, giants aren't the only ones with a little earth magic. Besides, you deserve something perfect."

And then he reaches over and drops the most gorgeous, flawless diamond I have ever seen right into my hand.

"Happy birthday, Grace."

"Happy birthday, Hudson."

He grins, and when it registers what I said, I can feel myself blushing.

"I mean— I didn't—" I force myself to stop and take a deep breath. Being

covet

this tongue-tied around Hudson is *not* what I'm used to. But it's hard not to be when that kiss—and everything that's come after—has completely blown my mind. "Thank you," I tell him after a bit, then grin up at him. "I feel just like Lois Lane."

When he doesn't appear to get the reference, I remind him, "You know, in the movie. Superman crushes coal to give Lois a diamond."

He raises one brow. "Haven't seen the movie, but I think we can both agree I could definitely kick Superman's ass."

I roll my eyes but giggle anyway. I have the cockiest mate in history. And I wouldn't change a thing about him. "Well, thank you."

"You're very, very welcome." His grin turns softer, more intimate, more... vulnerable than I've ever seen it. At least until he reaches for my backpack and says, "Now, about those Witch Trials..."

67

## Who Needs Enchiladas When You Can Have the Whole Chimichanga?



I'm done.

I'm done, I'm done, I'm finally done!

I push back from my desk and barely resist doing a little shimmy right there in the aisle as I carry my dreaded—and now fully completed—history final to the front of the room. I drop it on my teacher's desk with a little wave—no way am I waiting around for her to grade it. I didn't get an A, but I know I passed, and today, that is *all* that matters.

Then I turn and walk out the door of the last high school class I will ever have to take.

It feels amazing and strange at the same time.

At least until I look up and realize Flint is leaning against the wall across from my classroom, arms over his chest and a giant grin on his face. "You look pretty pleased with yourself, New Girl."

"I am pretty pleased with myself, Dragon Boy. Thank you very much!"

"I'm glad to hear that." He pushes off the wall and falls into step beside me as I turn toward the stairs.

We start walking down the hallway, and Flint nods toward the long row of windows—and the bright-blue sky just beyond. "It's another gorgeous day. Want to go for a flight?"

My first instinct is to say no—I'm exhausted from too many all-nighters, and the only thing I really want to do is crawl into my bed, pull the covers over my head, and pray I don't have nightmares about Falia's cries...which has been happening more often than not since we got back from the Firmament.

But a closer look at his face tells me that this isn't just about a celebratory flight around campus. He wants to talk. And the thing about friendship is, it's not always convenient. And it's definitely not always fun. But it is important—and when you find the people who matter, you take the good with the bad.

So instead of begging off, I say, "Let me run my backpack up to my room and get changed. I'll meet you by the front steps in ten minutes."

His relieved smile tells me my instincts were right on. "See you in a few, New Girl."

"You know we're graduating in a week, right?" I tell him. "You're going to have to stop calling me New Girl after I actually get a diploma from this place."

"I'll think about it," he says with a roll of his eyes.

But I just roll my eyes right back. "Yeah, you do that!"

Ten minutes later, I'm back downstairs, feeling a little sick from scarfing down a Pop-Tart so quickly, but fast times at Katmere Academy call for fast measures.

"You ready to do this?" I call to Flint, who is currently cuddled up with Luca on the sofa in the common room. "Or did you change your mind?"

"Definitely didn't change my mind." He gives Luca a quick kiss, then bounds over the back of the sofa. "Let's do this thing."

As soon as we get outside, my tiredness falls away. And as I grab the platinum string and shift, I realize I'm glad Flint talked me into this. Stretching my wings is exactly what I need to do today.

"First one to the top of the castle gets to pick the movie tonight," he says, looking up at Katmere's roof.

"I'm not sure you get to promise that if the others aren't around."

"Hey." He shrugs. "They snooze, they lose."

"Fair point," I agree, even though it isn't...right before I launch myself into the air and race straight for the highest part of the castle—which just happens to be Jaxon's tower.

Below me, Flint shouts in outrage, "If you think I'm watching *Twilight* one more time, New Girl—" Then he shifts in a blink and is shooting straight up into the air, too.

He's about to pass me, so I lay on the speed even as I tell him, "I have never made you watch *Twilight*!" Macy and I do that alone in our room, like civilized Twihards.

We both make it to the top of the castle in a dead heat.

I land swiftly on the edge of the roof, and Flint shifts back into his human form just as he's touching down. It was actually a pretty impressive shift to watch, if I'm being honest. I wonder if I'll ever be as confident in my abilities.

We both sit down on the cold brick, dangling our feet over the edge, and look out across the campus.

"Thirsty?" I ask as I reach into my drawstring backpack and pull out two waters.

"You are a goddess," he insists as I toss him one.

"Maybe not a goddess," I tell him. "But definitely a demigod."

"I don't know." He pretends to consider it. "I think you could totally pull off the whole chimichanga."

I crack up. "I think you mean enchilada."

He looks mystified.

"The saying...it's 'the whole enchilada.'"

"Well, that's weird." He makes a face. "Have you ever seen an enchilada? They're tiny. I totally think you can pull off the whole chimichanga. Maybe even two."

I just shake my head and laugh, because sometimes Flint is so ridiculous, there's nothing else to do.

We sit in companionable silence for a couple of minutes, and I can't help thinking how beautiful the mountains are and how much I've come to love them in my time at Katmere. I don't know what I'm going to do after graduation—besides possibly get imprisoned while also doing my best to stop a paranormal war—but I know it probably means leaving here, and that makes me sad.

When I got here in November, I told myself I could get through anything for six months. And I have. I just didn't realize how much I would come to love that anything.

I almost say something to Flint, but he's looking so pensive that I decide to wait. Then he catches me watching him and says, "Sooooooo..." and I know the talking time has arrived with a vengeance.

"Sooooooo," I repeat back to him, brows raised.

He grins sheepishly, then shoves a hand through his afro in a nervous gesture I don't normally see from Flint. Instead of waiting for him to work his way around to whatever's on his mind, I just ask, flat-out.

"You going to tell me what we're really doing up here or am I supposed to guess?"

His look gets even more sheepish. "That obvious, am I?"

"To someone who just lost a flying race to someone made of stone, yeah."

covet

"Umm, excuse me, but I'm pretty sure I won everything anyway." He looks insulted.

"Flint, come on." I give him an encouraging smile. "What's going on?"

"I need to go home this weekend." He takes a deep breath and lets it out slowly. "And I want you to come with me."

68

## Gone Courting



"**H**ome? To the Dragon Court?" I ask. "Aren't your parents coming here next week for graduation?"

"Of course they are." He grimaces. "They can't wait. But this weekend is Wyvernhoard. It's basically the biggest holiday of the year for dragons, and there's absolutely no way I can miss it."

"Wyvernhoard," I repeat, trying the word on for size. "What is it celebrating?"

"It's our Feast of Fortune—a combination of our three favorite things."

"Which are?" I ask, fascinated by the idea of a holiday dedicated to good fortune.

"Feasting, hoarding, and fu— Well, you can guess the last one," he says with a laugh. "We're simple creatures, really."

"Oh yeah? So what do you do?" I ask, pointing to a plane that's just come into view on the horizon. "Do you decorate a pile of jewels or—"

"It's called the hoard," he tells me, kicking his feet idly back and forth. "And we don't *decorate* it, but all the attendees do get to choose something from the hoard on the last night. My parents actually host a festival to celebrate, and everyone who attends gets to pick something from the royal hoard."

"The royal hoard? You mean, like, the crown jewels?"

He grins. "Something like that, yeah. And there's fireworks and shows and amazing food. It's actually a really good time."

"It sounds like a great time," I agree. "So why does it seem like you don't want to go?"

He sighs. "Because it's Court, and that means a whole bunch of..." He waves a hand. "You know."

"I don't, actually."

"That's true." He brightens visibly. "That's another reason you should come. You can get a firsthand look at what Court is like. Maybe it will help you when you have to set up your own."

"My own Court?" Immediately, my pleasure in the day wanes. "What are you talking about?"

"You do remember the Ludares challenge, right?" He looks at me like maybe I hit my head one time too many. "You won a seat on the Circle. Which means, yeah, the Gargoyle Court is going to be a thing."

I laugh. "I don't think so. I mean, I'm essentially the only gargoyle in existence." I pause as I think about there being one more. "Okay, maybe there are two of us, if we manage to free the Unkillable Beast. But that would still be the world's smallest royal court."

"Court isn't just how many of your species you manage to gather around yourself," Flint insists. "It's the seat of your political power. And believe me, Grace, if you want to stay alive in this world, you need some political power. Because right now, you've got a big, shiny target on your back."

"Wow, I'm so glad you asked me to come flying with you," I tell him, tongue totally in cheek.

"I'm sorry! Freaking you out was not supposed to be part of the agenda." He shoves a frustrated hand through his hair. "The whole Gargoyle Court will be fine—we've got your back. And so does Hudson. I'm just talking out of my ass because I'm freaked, too."

"About going home?" I ask, still very much in the dark about what could be so bad about going home for a party where free jewels are involved. From what I saw when the Circle came to Katmere, Flint has a really great relationship with his parents—the total opposite of what Jaxon and Hudson have.

"About bringing Luca home with me," he answers in a rush. "He's always wanted to see a Wyvernhoard, so I don't want to say no. But the whole meeting-the-parents thing…"

"Ohhh." Understanding dawns. "It's a lot. After all, not everyone has my luck with parents-in-law, but…"

He cracks up. "Good point. Why am I even worried, considering you had to face Cyrus and Delilah right out of the gate? This will be a cakewalk compared to that."

"Compared to Cyrus trying to murder me?" I ask, brows raised. "You think?"

TRACY WOLFF

"Still, I want you to come. If you say yes, I'm going to invite the others, too, so then it really won't feel awkward. Plus, my mom wants to see you. I asked her about the prison, and she's willing to talk to us about it. So if you and Hudson come, maybe we can figure out if breaking you guys out of prison is even an option. She says she knows more about the dragon who once got out in only a day. That's got to be worth Hudson and you risking the trip, right?"

"You want Hudson to come, too?" I ask, and the sinking in the pit of my stomach only has a little bit to do with the fact that I've been hiding from him since he kissed me yesterday afternoon. Well, since we kissed each other. I know I have to deal with it eventually, but I put everything on pause until I passed that history exam. "Won't that put him at risk for getting arrested?"

"Not if it's for official Circle business. He is your mate, and you are to be the new gargoyle queen. Which makes him the king-to-be as well."

"Doesn't that mean he shouldn't be arrested at all?" I counter. "You really shouldn't be able to put your corulers in prison. Besides, if we're monarchs, aren't we always above the law? I'm pretty sure that was just on my history exam." I don't tell him it was a question I think I missed.

"Typically, yes, but again, you haven't been coronated yet. And if we sneak out and don't let anyone know he's gone, we'll be doubly fine."

"And if *he's* not fine?" I ask as we stand up and get ready to head back down.

"He will be," Flint soothes. "My mom assures it."

"But if he isn't?" I ask again once we're both back on the ground.

"Well, if he's not, then he'll get a direct chance to look for the blacksmith." He pulls open the front door. "And we'll get a chance to stage a prison break."

"Am I supposed to be reassured by that?" I ask.

But Flint just blows me a kiss and saunters away, exactly like the dragon he is.

Fuck my life.

# 69

## Falling From Grace



After Flint walks away, I think seriously about going back to my room and crawling into bed with my Harry Styles body pillow and my Netflix account. But the truth is, our talk got me too wound up to sleep, and if it hadn't, Flint's parting shot about the jailbreak certainly would have.

Graduation is almost here, and that means, more than likely, Hudson and I are going to prison. Hopefully with a scheme to break ourselves and Vander out, but if the last year has taught me anything, it's how important it is to say goodbye when you get the chance.

Which means I have to make one last effort to talk to Jaxon. Even if no one else can see it, I can tell something is wrong with him. Something more than just our breakup, although I wouldn't dream of minimizing that pain to anyone.

No, something else is going on, and I owe it to him as his friend to let him know I'm here for him if he needs me. That he doesn't have to push everyone away—which is exactly what his birthday gift to me suggests he's doing.

I think I remember the Order telling me they had some rehearsal for the graduation ceremony they were doing today, which means now might be a perfect moment to get Jaxon alone.

I take the stairs two at a time.

The front room is still totally empty except for the workout equipment, but this time the door to his bedroom is open and, as I cross the room, I can see that it, too, is barren. Gone are the instruments and the art and the books, and in their place is nothing but emptiness. In fact, the only things in the room now are the bed, the desk, and the desk chair. Even my favorite red blanket is nowhere to be found.

And neither is Jaxon.

I don't understand. I don't understand why he would do this. I don't

understand what's happened to him. I don't understand how to help him. I just simply don't understand.

I don't realize I've said the last out loud until Jaxon's face appears in the window—from the outside. He's on the parapet. Of course.

"Hey!" I exclaim with a smile. "How are you?"

He doesn't answer the question, and he doesn't smile back. But he does say, "Come on out," as he steps back.

It feels like the perfect chance to talk to him, so I ignore the open suitcase on his bed and head to the window, wondering the whole time how I'm going to get outside. It's not exactly an easy thing to maneuver...at least, not if you're not a vampire.

But there's one thing I forgot. Jaxon may be acting off lately, but he's still Jaxon. And when I reach the window, he's right there to help me through. Just like always.

"Thanks," I tell him once my feet are firmly planted on the stone floor of the parapet.

He shakes his head in a don't-worry-about-it gesture and moves back toward the crenellation, where he just stands and stares out at the horizon.

For the first time in a long time, I feel nervous with him. But it's not the fun, Pop Rocks kind of jitters that filled me up when we first met. No, this is a whole different kind of nervousness, and I don't like how uncomfortable it makes me. Any more than I like what it says about my relationship with Jaxon and where it's at right now.

I follow his sight line and realize he's staring at the pond with the gazebo. It breaks my heart just a little to realize how far we've come...and how much we've lost.

"Do you remember that day?" I whisper. "When you took me out there and we built the snowman."

He doesn't so much as glance at me. "Yes."

"I've always wondered where you got that vampire hat." I lean against the merlon right next to where he's standing.

"The Bloodletter knitted it for me."

"Really?" The idea of her doing that for Jaxon tickles me, even after everything else she's done. All the messes she's made. Again, I think about telling him everything, but I'm afraid it will only make things worse for him and frankly, I don't think he can handle much more at the moment.

e 1:22-cv-02435-LLS-SN   Document 276-39   Filed 11/22/23   Page 36 of
292
c o v e t

So instead of shattering the very last of his illusions, I focus on the positive as much as I can. "I think that's amazing. I love that hat."

He shrugs. "It's gone now."

"No it isn't!" I look at him in surprise. "Is that what you thought? Someone just took it?"

"That's not what happened?"

"No! Oh my God, I forgot! It's in my closet. I went out and got it the next day because I didn't want anything to happen to it for you. I stored it in my closet to give to you later because I was late to art class. But then, you know...I turned to stone for a while. I'm so sorry; I forgot all about it. I'm sure it's still in there."

He looks at me for the first time, and I can see in his eyes the debate raging inside him. I have no idea what side wins, but I do know that there is just a tiny bit more warmth in his voice when he says, "Thank you."

"Of course." I pause for a second, swallow down my fear. Then ask, "Do you ever wish we could go back to that day? When everything was simple? Perfect?"

"Hudson's ex had just nearly killed you in a diabolical plot to resurrect him," he answers. "How perfect could it be?"

"I wasn't talking about Lia," I tell him.

"I know exactly what you were talking about." He swallows, then shakes his head. "We were children, Grace. We had no idea what was coming."

"That was barely six months ago!" I say with a laugh. "I wouldn't exactly call us children."

"Yeah, well, a lot can happen in six months," he says.

And in that one thing, he's absolutely right. Look at us.

There's so much more I want to say, but maybe Jaxon's approach is right. Maybe I should just keep my mouth shut and let it go.

I don't know.

Which is why I do the only thing I can think of. I glance back at the suitcase on his bed and ask, "Why are you always packing when I come up here? Or did Flint already ask you?"

"Ask me what?"

"He's going to the Dragon Court this weekend and wants us to go with him. There's a festival for his biggest holiday—"

"Wyvernhoard, yeah. Aiden and Nuri host it every year." For the first

time in days, his lips curve in a tiny smile. "It's a lot of fun."

"You've been?"

"A long time ago. As part of the Vampire Court contingent, back when relations among the Courts weren't nearly as bad as they are now."

"Well, you should come again, then," I urge. "I bet it's more fun when the dragon prince himself is the one showing you around."

For a second, he looks tempted. But then he shakes his head and answers, "I can't. I've been summoned back to London."

"Again?" I ask. "You were just there."

"Yeah, well, I left rather abruptly." He shrugs. "Delilah wasn't impressed."

Annoyance at his mom flashes through me. "I didn't realize you cared how she felt."

"I don't. But if I want her to use her influence on Cyrus to drop the charges against Hudson, it needs to at least look like I'm falling in line."

"Do you think she'll do that?" To be honest, I'm shocked at the very idea. Delilah doesn't exactly seem like the maternal sort.

"I don't know." For the first time, he drops his guard and looks...exhausted. And I don't think he even realizes that he's rubbing his scar—or that he's reverted to keeping it covered. "Hudson was always her favorite, so...maybe? It's the best chance we've got."

I hate hearing that, because what I know of Delilah doesn't make me very confident that she'll do anything to help her older son, especially if it means inconveniencing herself.

"Be careful," I tell him, because I don't know what else to say.

"Says the girl who goes out of her way to get into trouble," he answers with a shake of his head.

"I don't go out of my way. It just happens."

"Yeah, I've heard that before." He moves to the window. "I need to go."

"Now?" I ask, though I don't know why I'm so shocked.

"I do need to be back for graduation in a few days, so yeah. Now." He climbs back inside his room, then holds out a hand so that he can pull me in behind him.

As I watch him gather up his phone and keys, a bad feeling sweeps over me. I'm not normally one to believe in that stuff, but this time...I just can't ignore the gnawing in the pit of my stomach. Or the fact that we haven't discussed what's going on with him. I need to tell him that he has friends,

covet

people who still care about him.

"Don't go," I whisper as I grab on to his hand. "Please. I need to tell you—"

"Stop, Grace." He pulls his hand from mine, then picks up his bag and slings the strap over his shoulder. "It's time for me to go."

Then he climbs back onto the parapet and gives me a little nod right before he jumps over the edge.

I think about climbing back out onto the parapet just to watch him go. But what's the point? By the time I get out there, he'll already be gone.

It's a familiar Vega modus operandi.

So instead of chasing after Jaxon, I slowly walk back down the stairs. As I do, I think a lot about that snowman...and everything else that's melted away in the spring thaw.

Maybe all these years, it's not the coming of winter we've had to fear, but the spring that thrives in its desolate destruction.

## Home-Port Advantage



"**W**hy do we always have to leave on these trips in the middle of the night?" Macy whines as a knock sounds on the door early Friday morning.

"Umm, maybe because we're always doing shit we're not supposed to?" I respond as I walk over to let in Flint and Luca, leaving the door open for Hudson, who should be here shortly.

"Not this time," she tells me as she pulls a sweatshirt over her head. "This time we are going on a fully sanctioned Circle field trip."

"Maybe so. But we still need to get Hudson there without him being arrested, so it's going to be middle-of-the-night runs for a while now."

"So sorry to be an inconvenience," Hudson drawls as he walks in. "I'll try to work on the whole enemy-of-the-state thing for future endeavors."

"Yeah, we both know that's bullshit," I say as I head back to my bed to triple-check my stuff. Flint wouldn't tell me where the Dragon Court is because he wants it to be a surprise, but he did tell me I could pack whatever kind of clothes I wanted as long as I had a sweatshirt and a fancy dress for the party.

At least after the welcome party my first day at Katmere, when I didn't have a dress to wear, I made it a point to order a couple of party dresses online. But a fancy dress means fancy shoes and a strapless bra and a bunch of other things guys don't need to worry about, and somehow I had to make all that *and* three days' worth of regular clothes all fit into a backpack… without using magic, sigh.

"So I'm *not* an inconvenience?" he challenges, leaning a shoulder against my doorframe.

"Of course you're not," Macy tells him. "I was just being—"

"Umm, yeah you are!" I cut Macy off with an eye roll. "You've been an

inconvenience since the first day you showed up in my life, and we both know you have no plans to change that anytime soon."

Hudson yawns. "And here I thought I was on my best behavior."

"You probably were," I agree as I zip up my backpack. "But that's not saying much."

"You only say that because you've never seen me on my worst behavior."

"I'm sorry." I grab my sweatshirt and pull it over my head. "You think that's something to brag about while we're all trying to keep you out of prison?"

"Grace!" Macy admonishes.

But Hudson just laughs. "Perhaps you've got a point."

"Yeah, perhaps." I swing my backpack onto my shoulder with another roll of my eyes, wincing a little at the weight of it.

"Do you have everything?" my cousin asks as she triple-checks her own things.

"I think so. And if I don't, I'm sure I can get whatever I need once we make it to Court."

Hudson laughs. "Yeah, that won't be a problem."

"Wait! Do you know where the Dragon Court is?" I turn to him with wide eyes. "Macy and Flint won't tell me. They keep saying they want to see my face when we arrive."

"I know exactly where it is," he answers. "But now that I know you don't, I think I'm going to keep that info to myself."

"See?" I say as I scooch past him in the doorway. "Totally inconvenient."

"Then it's probably a good thing you like me this way, isn't it?" he retorts with a grin.

"I never said that." I roll my eyes at him again, but his grin only grows wider.

"You two have the weirdest relationship," Macy jokes, but she's not wrong. We do.

But it works for us, so I shrug. "It's my job to make sure my mate's ego's in check so he can always fit his head through the door."

"And it's my job to push her buttons," Hudson fires back, dimple flashing.

Macy looks between us both and then says, "Are you guys talking in some sort of sex code?"

Oh. My. God. I glance at Hudson and yes, he was. I shake my head but

laugh. "Definitely an inconvenience."

Macy locks the door, and we once again sneak out through her secret passage.

By the time we make it outside, Eden and Flint are already there, as is Luca—and Uncle Finn. Macy squeals in delight when she realizes her dad is going to create a portal for us so we don't have to freeze on an umpteen-hour flight.

"Hi, Uncle Finn." I smile at him, and he returns the smile, although his eyes look concerned.

"I'm only doing this because Nuri asked me herself. She assured me you all would be treated like royalty during this visit." He looks us over, then motions for each of my friends to step up so he can remove their cuffs. Everyone except Hudson, who just shrugs. "But please, try not to cause an international incident for one weekend, okay?"

Flint grabs his chest in mock offense, and we all laugh. Even Uncle Finn, who shakes his head, then begins waving his wand as though conducting a symphony.

I glance at Hudson, but something feels off. His hands are shoved deep in his pockets, his jaw tight. I raise my brows at him, as if to ask what's up, but he just winks and pulls a hand from his pocket to lace with mine. As our fingers entwine, the familiar warmth replaces the tension in my stomach, and I shake the feeling. I must have imagined it.

"I'm going to leave this side open for you, Macy," Uncle Finn says as he finishes the last of the spell. "If you guys encounter any trouble—or create any—get back to campus immediately. Are we clear?"

We all assure him we want nothing more than a relaxing weekend, and then we step through the portal. Surely the universe will give us one weekend before royally screwing us.

# 71



## If All Hell Breaks Loose, Why Can't We?

All I can say when we finally land on the street outside the Dragon Court is, "Wow." I recognize where we are immediately. We are in New York City, baby, and I *cannot wait* to explore!

It's not my first trip to the Big Apple—my parents brought me here when I was little, but I don't remember much about it besides the Empire State Building and a lot of traffic. This time I'm going to remember *everything.*

I know we only have a few days here—and that we have to spend most of our time at the Dragon Court—but I'm not going to let that stop me. I'll go out in the middle of the night if I have to, but I am going to find some time to explore the city. The fact that Macy is pretty close to jumping up and down in excitement tells me I won't have any trouble finding a partner in crime.

The portal dropped us right in the middle of Tribeca, and we cross the street toward the lobby of the ritziest building on this very ritzy block. Apparently, the Dragon Court is doing very well for itself.

"I can't believe the Dragon Court is in New York City!" I exclaim with excitement. But then a thought occurs to me. "But the Dragon Court is much older than the city. Do Courts move?"

Flint nods. "There are dragons all around the world. But the Court is wherever the king and queen wish to reside at any given time. It's the same with every faction. Well, all species try not to move their Court to a city already claimed—that would be an act of war—but otherwise, yeah, it can move around. Who would want to spend an eternity in the same place?" Flint grins at me, and I guess that makes perfect sense.

For just a moment, I wonder where I would want to place the Gargoyle Court, if I could claim any city in the world. I shake my head at my fanciful thoughts. I don't even know if I plan to go to college yet. I certainly am not ready to make a decision like this for a long, long time. If ever.

Once we're inside the building, I can't stop my eyes from looking at everything. Massive, flowing stained glass chandeliers—I'm almost positive they're Dale Chihuly—dominate the room, and I kind of want to spend an hour or three just staring at them. It's the first time I've seen his work in person, and it's as mesmerizing as I always thought it would be. The shapes and swirls he manages to create with glass are truly awe-inspiring.

The rest of the room is just as impressive. Muted gold wallpaper that I'm pretty sure has some actual gold leaf in it, travertine flooring, oversize and overstuffed furniture, and elaborate fresh-flower arrangements fill the upscale lobby. But there are whimsical touches, too—dragon sculptures and a giant bowl filled with fake gemstones, just to name a few.

"Mr. Montgomery!" The older woman behind the fancy gold front desk hustles out from behind it and all but runs across the lobby to get to us. "Welcome home, sir! The queen is expecting you. She requested that I tell you to go on up to the fifty-fifth floor. She's overseeing the preparations for the banquet tonight, but she left strict orders that she would like to see you and your friends before you show them to their rooms." She leans in and whispers conspiratorially, "I think she just misses you and wants to see your face before all the festivities commence."

"I'll find her, Mrs. Jamieson. Thanks for letting us know." He gives her a big hug. "I missed you."

"Oh, you silly boy." She slaps gently at his shoulder, but her cheeks flush with color, and her smile is filled with joy. "I missed you, too. It seems like just yesterday you and your brother were playing fly-and-seek through this very lobby."

Flint's smile dims just a little. "Yeah, seems like that for me, too, sometimes." He pulls away. "I'll come down tomorrow morning, and we can catch up. I want to hear what those grandbabies of yours are up to."

"I've got the pictures all ready for you," she says. "Such a good boy you are."

"I try, Mrs. Jamieson. I try." He winks at her, then ushers us over to a glossy gold elevator that is separate from the other four in the lobby.

"That was very nice." Luca watches him with adoring eyes. "What you did for her."

"Mrs. Jamieson?" Flint looks surprised. "She's the best, man. She used to keep the most amazing cookies in her desk just for Damien and me—"

"Oh, Flint! I almost forgot." Mrs. Jamieson comes trotting back over, a bakery

box in her hand. "I picked these up for you on my way to work this morning."

His whole face lights up. "Oh, man. Are these the black-and-whites?"

"Would I get you any other kind?" She gives him a reproving look.

He bends down and kisses her wrinkled cheek. "I'm going to marry you one day, Mrs. Jamieson. Just see if I don't."

"I'm almost certain there's at least three hundred adoring fans who might object to that." Her voice is dry as she punches the elevator button. "Now, go see your mother."

"Three hundred?" Luca repeats, brows raised.

"She was e-exaggerating," Flint stutters as his cheeks turn a lovely shade of burnt sienna. "A lot."

"Of course she was." The mildness of Luca's answer only seems to exacerbate Flint's blush.

The elevator comes right away, which surprises me—at least until we climb in and I realize there are only four floors the elevator can stop on. And they're the top four floors, of course. Figuring I can help Flint by changing the subject, I ask, "Does the Dragon Court have all four of these floors?"

But Flint just laughs. "We've got the whole building, Grace."

"The whole building?" I don't even try to keep the shock from my voice. Manhattan real estate prices are legendary and this place…I can't even imagine what a penthouse here must cost, let alone the entire building.

"Dragons are good savers, Grace. And we figured out early that real estate was a great addition to the hoard."

"Apparently," I answer, even as my mind boggles.

And Flint thinks I'm going to be able to set up a Gargoyle Court? Is he serious? Sure, my parents left me enough money that I don't have to worry for a while, but that's a far cry from being able to afford an apartment in a building like this, let alone the entire building.

And something tells me the other Courts are just as elaborate, which equates to me being totally screwed. I mean, if I decide I actually want to try to do this Circle thing—which I haven't. At all.

But that's a problem for another day, because the mirrored elevator doors are opening and Nuri is waiting for us…along with six armed guards in full Dragon Court regalia.

"Seize him!" she orders, and I don't even need to turn around to know that she's pointing directly at Hudson.

# 72

## Cuff Me Not



"**M**om!" Flint exclaims, throwing a hand out to stop them as the guards get ready to rush the elevator. "What are you doing?"

Their hesitation is all I need, and I move quickly to put myself squarely in front of Hudson. But he's not having it—one second I'm moving to block him and the next he's directly in front of me.

"Stay back, Grace," he growls.

"I will not!" I snap, already reaching for the platinum string that will at least give me a fighting chance against whatever this ambush is.

But Hudson isn't budging, and for the first time, I understand just how immovable a vampire can be—especially one as powerful as Hudson. Because gargoyle or not, there's no way I'm getting in front of him if he doesn't want me there. And right now, he definitely doesn't.

"What's this about, Nuri?" Hudson demands in a voice as cold as a Arctic snowbank.

"That's Queen Nuri to you," she snarls, "and I think you know exactly what this is about. Or are you naive enough to think that you'd be able to come to my Court, without consequences, after what you did to my Damien?"

"I knew exactly what would happen if I came here. Nice to know you didn't disappoint." He lifts a brow. "Then again, like mother, like son, right? Isn't that how the old adage goes?"

Her face turns crimson with so much rage that her voice is shaking when she pivots to the guards and says, "What are you waiting for?"

They move forward as one, and I freak out, knowing there's no way Hudson is going to let me through to put myself between him and them. But ultimately, I don't have to, because Luca does it for me. And so do Eden and Macy.

"You can't do this," Macy cries. "I know you're sad over Damien—"

302                                   c o v e t

"It's already done," Nuri answers coldly. "The only question now is how many of you are going to end up in cells right next to him."

"All of us," Luca growls, but I notice Flint hasn't moved.

"Is that true?" Nuri's eyes go among Macy, Luca, Eden, and me. "Are you really going to risk everything for this *vampire*?" She says it like it's a dirty word. "After what he did?"

"Yeah," Macy says. "We are."

"No, you're not," Hudson tells her, and for the first time, he sounds a little unsteady, like he can't believe this is happening.

Not the threat of imprisonment, I realize as he turns to look at me over his shoulder, but the fact that someone has his back (in my case, quite literally).

"Can we just be frank here?" Eden asks, then continues before Nuri gives her any kind of leave to do so. "Damien was an asshole. I loved him, Your Majesty, just like I know Flint loved him. But he was still an asshole, and his death was his own fault."

"You dare to come into my house and speak ill of my dead son?" Nuri demands. "Your family line isn't strong enough for that."

"With all due respect, this isn't about my family line," Eden snarls. "This is about your son never being the man you wanted him to be, and everyone here knows it. You can pretend all you want, but I've spent almost my entire life at Court, and it was common knowledge. I've also gotten to know Hudson, and he's turning out to be ten times the man your son was."

Nuri stumbles back like she's been hit, and I hold my breath, waiting to hear what she's going to say. Waiting to find out if this nightmare is going to end or if it's just beginning. For a second, she looks older—much older than she did on the Ludares field—and frail, like a stray thought might knock her over.

But then she tamps down her sorrow right in front of us. She pulls herself up so that she looks every inch of her regal six feet plus, looks down her aquiline nose, and orders, "Take her, too."

"For what, Mom? For speaking her mind?" Flint weighs in for the first time in what feels like forever. "That's what Cyrus does—we're not like that."

She ignores him, choosing instead to stare down the guards as she waits for them to do what she orders. And while they were more than happy to haul Hudson to the dungeon or wherever they put people in buildings like

this, they apparently aren't nearly as excited about arresting a young dragon female for doing nothing worse than speaking truth to power.

But Nuri is not budging, and as tense seconds tick by, I think we all come to understand that.

Against the protests of Luca, Macy, and me, Hudson steps out from behind our friends, making sure to cover their bodies with his as he does. "I'll go with the guards if you leave Eden and the rest of them alone."

Nuri quirks one imperious brow. "You'll go with the guards no matter what."

"Maybe I will," he agrees with his own arrogant brow lift. "Or maybe I'll level this entire building instead. Want to try me?"

Her gaze flicks down to the magical bracelet he's wearing, the one that everyone knows grounds his power. He just smirks in response. Then he reaches down and unhooks it, holding it up for everyone to see before dropping it at her feet.

Macy gasps, Eden laughs, and Luca looks around like he's trying to find a support beam to crawl under before remembering he's on an elevator.

I don't even have time to process why his bracelet hasn't worked this entire time. But I send him a look that says we most definitely will discuss it later. Right now, I am focused on keeping him out of prison.

Nuri studies him from narrowed eyes, like she's assessing him and trying to decide if she wants to call his bluff. But in the end, she just shrugs and says, "Leave the girl. But take him to the cell I have waiting for him."

"Hudson, no!" I try to grab on to his arm, try to make eye contact with him again. "You don't have to do this."

"It's fine, Grace," he says dismissively, then peels my hand off him and lets it drop, like I'm nothing more than a gnat.

It's not what I expect from him. The blankness in his eyes when they meet mine is so foreign that I can feel everything inside me shrivel. I tell myself that it's just an act he's putting on for Nuri's benefit, that his father taught him anything he loves can be used as a weapon against him, but that doesn't stop my stomach from clenching or my hands from going clammy with fear.

I don't know where she's taking him. I don't know what she plans to do or what she hopes to accomplish other than avenging her lost son. But as I watch the guards slap chains on Hudson's wrists and ankles, the looks on my friends' faces tell me that whatever it is, it's not going to be good.

# 73



I'm Not Buying
What You're Celling

We watch in silence as the guards drag Hudson away. He's not fighting them at all, but they're either extra scared of him or extra sadistic, because they've put the chains on extra tight—which makes it really, really hard for him to walk. Of course, maybe that's the point.

Either way, Nuri has a small, pleased smile on her face as she watches them disappear with him around another corner. To the freight elevator, I wonder frantically, or to a prison she set up for him on this floor? My guess is the freight elevator, and I make a note to ask Mrs. Jamieson where it is later, because there is no way he's spending a night in prison. No fucking way.

Once the sound of the chains scraping against the expensive flooring dissipates, Nuri turns to us with a gracious smile. "Let me show you to your rooms now."

It's the most bizarre thing she could possibly have said in this moment, that it takes me a few seconds to even process it. But when I do, I turn on her with all the fear and rage bottled up inside me. "You don't actually think we're going to hide in our rooms like good little boys and girls after what you just did, do you?"

"Grace—" Flint steps forward, puts a hand on my arm, but I shrug him off. I'm not exactly happy with him right now, either. He might not have known what Nuri had planned, but he didn't stand up for Hudson either.

"What I expect," Nuri says, "is for you to do what we all do in times like this, Grace. Whatever is most prudent for you—which, in this case, I believe, is going to your room to unpack and cool off a little bit." Her eyes narrow just slightly. "It is unseasonably warm today."

It's a threat, and not even a very veiled one at that, but I couldn't care less. Not when panic is a living, breathing monster inside me, sucking up all my oxygen and battering at my insides. I take a deep breath, then several

more as I count to ten, twenty, *fifty*. I name ten things in the room, try to concentrate on the feel of my toes scraping against the bottom of my shoes, but nothing is working. I keep coming back to Nuri's face, to the look in her eyes, and it destroys me. As does the idea of Hudson locked up and vulnerable and being totally unable to help him.

Maybe that's why I whirl on Flint. "Did you know this was going to happen?"

He shakes his head, but he won't meet my gaze. Instead, he stares straight ahead, eyes blank and jaw working feverishly.

It infuriates me like nothing else could have. This emotionless being isn't the Flint I know, which means what? This whole weekend was just a trap? But by whom—Nuri or Cyrus?

I shoot a panicked look at Macy, who's usually really good at knowing how to calm me down, but the look she sends back shows that she's just as freaked out by all of this as I am. Which only succeeds in freaking me out more.

Still, I manage to hold my tongue—and keep my shit together—as Nuri takes us one floor down and walks us to our rooms. She's right. Not that I need to calm down, but that I need to take a moment and assess the situation. Figure out my next move. And if that means going to my room like a good little gargoyle, so be it.

The hallway we walk down is gorgeous, the ballroom we pass exquisite… and set for what looks like close to a thousand people. Any other time, I know I'd be fascinated, but right now, I barely notice. All my attention, every single part of me, is focused on Hudson and the bright-blue string within me.

I don't know how this works, didn't even know these strings existed until Jaxon's and my mating bond. And I've been too scared to look at Hudson's and mine that closely.

Too scared that it will let me see more than I want of him…or him of me.

Too scared that I'll like it too much.

Too scared that I won't be able to let it—to let him—go.

But now, now I reach for it with all the strength inside me, close my hand over it with the same determination I grab hold of my platinum string. I'm desperate to find him, to feel him, to know that he's safe.

The moment my fingers wrap around our bond, I feel him inside me, squeezing his side of the bond back. So many emotions come slamming into me, I almost stumble. Emotions I'm not ready to examine. Not ready to

acknowledge. So I sift through the layers of our relationship until I find the part I need—just Hudson.

I expect him to be scared, frantic, as worried about himself as I am about him. But I don't sense any of that—which would scare me, except for the fact that deep inside him there's warmth instead of worry, calm in place of fear.

Hudson is okay—more than okay—at least for now. I have time to figure out how to get him out of there before Nuri moves on to whatever the next step of this plan is.

For a second, I can't help wishing that she was a made-up villain, getting ready to spill her evil plan so that the hero (or in this case, heroine) could figure out a way to foil her. But this is real life, not fiction, and Nuri doesn't look oafish enough to spill her plans to anyone. Then again, she doesn't look like she's capable of kidnapping and imprisoning anyone, either, and yet here we are.

I squeeze the blue string one more time, once again heartened by the zip of electricity that slices back through me. Hudson is still alive, still strong. That's all that matters.

"This is your room, Grace," Nuri says as she stops in front of a beautiful blue room. It's got another Dale Chihuly chandelier hanging over the bed, beautiful white and silver furniture, and a bedspread that, coincidentally, is only a shade or so lighter than the mating bond I've spent the last five minutes staring at.

I nod and, after giving Macy a look that says *come find me as soon as Nuri is gone*, I step into the room. Nuri pauses a moment outside the door, like she's waiting for me to say thank you or close the door, but hell would have to literally freeze over before I even consider doing either.

She invited us here for a celebration and to help us figure out what to do, then turned around and imprisoned Hudson without a second thought. No way am I thanking her for that. And no way am I closing this door and risking her locking me in, too.

This room might be most people's idea of luxury personified, but once that door locks from the outside, it's a prison like any other. Today is not the day for me to willfully give away my freedom. Not when so many other people's freedom depends on me keeping mine.

So instead of saying anything to Nuri or Flint or the others, I put my backpack down on the luggage rack in the open closet beside the door and

start fake riffling through it, my back to her.

I can sense her waiting, hear her breathing, but when it becomes apparent that I have no plan to move, she reaches for the door handle and starts to close it.

"No thank you." I stretch out a stone hand and foot and block the door from being closed.

Nuri doesn't look shocked by my move. Instead, she looks intrigued—and watchful. Very, very watchful.

"I suppose we'll leave this open, then," she says before continuing down the hall, my friends following behind her like little ducks…or faithful servants. I guess the next few days will tell.

# 74

## Past Really Is Prologue



"Oh my God!" Macy says the second she hits my room.

"I know," I answer, moving from my spot on the bed for the first time since I lay down there half an hour ago.

I've counted every rose in the crown molding at least ten times and am happy to report that there are 227 of them with eight petals each, for a total of 1,816 petals. Not that anyone cares, but it gave me something to do besides obsessively checking on my blue mating bond.

"Just, oh my God, Grace."

"I *know*."

"What are we going to do?"

"I don't know." I reach into my backpack and pull out a Twix, then hand one of the bars to Macy. Nuri had small fruit-and-cheese baskets put in our rooms, but at this point, not only do I not want anything from her, I don't *trust* anything from her. "I mean, besides break Hudson out of prison before he levels the whole damn building? I'm pretty sure he'll go to real prison for that, and not just to find the blacksmith."

"Yeah." She sighs. "I know."

I bite into the Twix for some chocolate courage, then ask what's been on my mind since Nuri showed her true colors. "Do you think Flint knew this was going to happen?"

"What?" Macy asks, genuinely shocked. "He wouldn't do that to you."

I want to believe the same thing, but I've been wrong about him before. And while I'm a big believer in letting the past stay in the past, it's hard to do that when the past keeps punching me in the face. Repeatedly.

"I don't know. I want to believe that he wouldn't deliberately screw us over like that, but what if this was all just an elaborate trick to get Hudson here?"

She looks confused. "They have the festival every year. It's not a trick—"

"Not the festival. The Circle business stuff. And the promise of a dragon who came back from the prison in a day. What if none of that was true? What if this is just a wild goose chase that ends up ruining everything?" My voice breaks, and I take a deep breath, determined to will back the panic that's been plaguing me from the moment those elevator doors opened.

Too bad it's easier said than done.

"What if Flint thinks…" I trail off, not even sure what I want to say. And also, maybe a little too scared to put into words what I fear most.

"What if I think what?" Flint asks from the door, face strained and signature grin long gone.

Luca stands behind him, but not in a good way. There's definite space between them, and even from here, I can feel the ice-cold vibe rolling off the vampire. Apparently, I'm not the only one with some doubts.

"I don't know," I tell him as betrayal washes over me, twisting my stomach into knots. "Maybe if I did, I wouldn't feel so fucked over."

His jaw works. "That's not fair, Grace."

"Not fair?" I tell him. "Seriously? You're going to go there? Hudson is in a cell right now—"

"For killing my brother!" he roars. "He's locked up because he murdered Damien. You keep forgetting that."

"I haven't forgotten a damn thing," I tell him.

"Oh my God. You did know," Macy says, and she sounds sick.

"I didn't." He shakes his head emphatically. "I never would have brought you here if I did. But you've got to see her side of it, too. This is the guy who killed her son."

"Because her son was working with Cyrus to take over the fucking world," I tell him, and I can't believe we are even having this discussion. "He was going to hurt a lot of people. He—"

"He was my brother! And I loved him. Now, it turns out he wasn't a good guy—and I'm sorry for that. I really am. But you don't get to kill people for being assholes. Do you really think Hudson should go unpunished for what he did to Damien? For what he did to my entire family?"

"You mean the way you went unpunished for trying to kill me, over and over again?" I ask. "Or didn't I matter, because Lia had already killed my parents, and there was no one left to miss me?"

"My dad and I would have missed you," Macy says quietly.

"Well, then." I give Flint a bloodless smile. "There you go."

"It's not the same, Grace. I was trying to save—"

"What? The world?" I ask, all wide eyes and saccharin sweet. "From whom? Me?"

I give Macy and Luca my most innocent look. "But that's a little strange by your logic, considering I didn't do a damn thing. I didn't even know what was going on. Lia was the one with the evil plan. Lia was the one trying to 'destroy the world' by bringing big, bad Hudson Vega back. But she was too powerful to take on, so *you* decided *I* had to die. *You* decided I was collateral damage in your plot to save the world. *A reasonable loss*."

My throat clogs up with emotion, but I take a second to clear it because I'm not done yet. "And what did I do, Flint? Did I press charges? Did I demand that you go to prison for attempted murder? Assault? Accessory to human fucking sacrifice? No, I didn't. I let it go; I moved on. Because I understood that you were stuck, that there were no good options, and you were trying to save whomever you could.

"And I'm good with that decision. I still believe it was the right thing to do. I thought we could leave the past in the past and it would all be okay. But you don't get to be all sanctimonious with me now, you sorry son of a bitch. Because the only difference I can see between what Hudson did and what you did is he succeeded. And his target had it coming.

"So fuck you and your whole Dragon Court. I'm going to find this dungeon or basement or wherever they're holding him on my own, I'm going to get Hudson, and then we're going to get the fuck out of here. And if you and I never talk again, well, that's fine by me. I never could stand hypocrites anyway."

# 75

## Ditto



Flint doesn't say a word, though he has turned a sickly shade of beige that would normally concern me. But right now, I'm too damn mad to care. And his blocking the door—and my path to freedom—only makes me angrier. Maybe that's why I put a whole lot of stone into my shoulder when I shove my way past him.

And run straight into Nuri, because apparently, she's fucking everywhere. Fan-fucking-tastic.

"You done with your little temper tantrum?" she asks mildly.

"I don't know. Did you let my mate go yet?"

"Not yet, no."

"Well, then I guess the tantrum's not over yet." I start to walk right by her, but she grabs my wrist, holds me in place. Which makes me even angrier.

"You're going to want to let go of me," I tell her.

"And you're going to want to calm down," she shoots back, but she releases my wrist. "I'm only willing to give you so much room, Grace."

"Yeah, well, I feel the same way about you, *Nuri.*"

Macy gulps audibly, and Luca, who is still in the hallway, takes a large step into my bedroom, I assume because he wants out of the blast zone.

In the meantime, Nuri's eyes narrow. "I think you mean Your Majesty."

It's a low blow, pulling rank on me, but here's the thing. She's not the only one with a title. Which is why I smile sweetly at her and say, "Ditto."

Part of me expects her to slap me back into what she thinks is my place—God knows, Cyrus would have—but that same part is also welcoming it. Because I'm not the same girl I was in November, lost and exhausted and so sad that the path of least resistance seemed like the only road to take.

Jaxon and Hudson and Macy have all helped me in their own way to break through the sadness and the numbness, to find myself again—and not

just the old me but a stronger version of me, one who is more than capable of taking care of myself *and* the people I love. I'm not going back to that broken existence, not now and hopefully not ever again.

But Nuri surprises me. Instead of taking a swing at me, she says, "Okay, Grace. If you want to play with the big girls, I say let's play *Let's Make a Deal*."

It's my turn to narrow my eyes at her. "What does that mean?"

She laughs. "Don't go getting cautious on me now. Come on, step into my office." Then she turns and starts walking down the hall.

"Said the spider to the fly," I mutter.

"I think you mean dragon, don't you?" she asks over her shoulder with a brow raised in a regal arch. "So much deadlier than spiders."

It's a threat, pure and simple, but it doesn't scare me. She doesn't scare me, at least not anymore. Because if there's a deal to be had about getting Hudson out of those damn chains, I am all in.

Her office ends up being one floor down, so we take the stairs in silence (I don't think either one of us is cool with getting in a closed elevator with the other right now). My phone goes off the whole time, and it doesn't take a genius to figure out Macy is the one blowing it up.

Part of me wouldn't mind a little advice on how to handle Nuri, but there's no way I'm going to show weakness by pulling it out. Besides, I think I need to trust my own instincts on this.

When we finally get to her office, she throws the door open with a theatrical air, and as soon as I pass through the doorway, I know why. Just like I know why she insisted on having the meeting here and not somewhere else. Her office is as dramatic and elegant and *powerful* as the dragon queen herself.

Her desk itself is quite delicate—a Queen Anne writing desk like my mom used to have, though hers was in dark cherry. But that's where the delicacy ends. The colors of the furniture and fabrics and walls are bold reds, majestic purples, and powerful whites that catch the eye and the imagination.

There's a tall glass case towering in the corner, with what look to be Egyptian artifacts on display. A papyrus, a vase, and some ancient-looking jewelry. I remember Flint mentioning once that his mom was from an Egyptian dragon clan, so these are probably objects of great importance to her.

Along the wall facing massive windows overlooking the city—what a view!—are three pieces of modern art in bold colors that send a powerful message of strength and uniqueness, and the knickknacks, all dragon- or

royalty-related in some way, add a further note of authenticity to the whole office. As does the heavily used laptop on the edge of the desk.

"Would you like something to drink?" Nuri asks, gesturing to a small wet bar in the corner—and a silver pitcher sitting on top of it, along with several goblets.

"Hemlock?" I ask, because I wouldn't put it past her at the moment.

"Close," she answers with a laugh. "Pineapple juice. Would you like some?"

"I'm good."

"Please have a seat." She gestures to one of the two chairs in front of her desk. They're upholstered in pure, pristine white, and any other time, I might be terrified to sit in them for fear of a leaky pen or spilling my drink.

I pick the left one and am just petty enough to regret not taking her up on the juice.

She takes the purple chair behind her desk, which looks a lot more like a throne than an ergonomic desk chair.

Once seated, she picks up a pen to twirl between her fingers as she watches me for several seconds, waiting, I'm sure, for my nerves to get the best of me. And, not going to lie, I've got plenty of nerves going on. Plenty of voices in the back of my head telling me that I need to be really careful when it comes to Nuri.

Finally, she breaks the silence. "Would you agree, Grace, that actions have consequences?"

"I would agree to that," I tell her. "*If* we can agree motivation should play a big part in those consequences. And I would also argue that those who live in glass skyscrapers shouldn't throw stones."

She doesn't respond verbally to my last comment, but the velocity with which she twirls her fountain pen increases significantly as she continues. "I don't believe you are so naive as to think that there isn't opposition to you and Hudson claiming a spot on the Circle. Right now, we're evenly split—dragons and witches for, wolves and vampires against." She steeples her hands in front of her, then eyes me over her fingertips. "But that can change at any moment."

It's another not-so-veiled threat, and there's a part of me that wants to tell her to hell with the Circle. It's not like I want to deal with the power plays that are a part of it for the rest of my very long life. But she's right. I'm not that naive, and I know that the only power I have—the only real bargaining chip—comes from all the different factions knowing I've earned my spot on the Circle, whether they like it or not.

So instead of telling her off and walking out the way I so desperately want to, I lean back in my chair and ask, "What do you want, Nuri? Because that's what this is all leading up to, right? The *Let's Make a Deal* portion of the day?"

"Actually," Nuri says, "I don't think we're there yet." She studies me for a moment. "For starters, what do *you* want?"

"Hudson released from your dungeon and my friends and family safe," I respond immediately.

"That's it?" She quirks a dark brow. "No Court? No Circle? If you become gargoyle queen, you need a much wider view. It can't just be about your mate, your friends, and your family. It has to be about what's best for our five factions in general—"

"I respectfully disagree," I say. "Yes, we have to govern for everyone. But I think Cyrus's problem is that he thinks he's doing these things for vampires everywhere, but that's not true. Everything he does, he does for himself."

"Finally, something we agree on," Nuri tells me.

"I think if the whole Circle cared more about the concrete people in their own lives and less about the abstract concept of power, we'd all be better off," I add. "It's why I think motivation is so important when it comes to deciding things like punishment or right and wrong. Do actions have consequences? Of course they do. Every single thing we do in a day has a consequence—at least one. Which shirt I wear determines whether or not I feel confident going into my day. The answer to that question determines whether or not I do well on my English presentation. The answer to that determines whether I get to hang out with my friends tonight or if I have to study.

"I'm talking about simple things, yeah, but that doesn't mean they aren't important. Little things become big things, big things become huge things, and huge things—"

"Kill us all," Nuri finishes.

"Pretty much, yeah." I sigh. "And I get it. I'm not obtuse. I understand how soul-destroying it is that you couldn't save Damien. I feel the same way knowing that my parents died because someone who had never met any of us decided to make it so, because she needed something from me.

"Do you know what that feels like?" I ask. "To know that the two people I loved most in the world are dead because of me? And you think I don't know about actions and consequences? You think I don't know that one decision can change everything?"

I think about Jaxon and Hudson.

About the Bloodletter and the fake mating bond.

About Xavier and the way Hudson begged us not to try to take on the Unkillable Beast.

About Lia and my parents.

I think about them all.

"Actions have consequences," I say again. "Mistakes get made. Hearts get broken. But judging those consequences? Deciding the consequences someone must face? Those are just more actions, and those actions lead to more, often bloody consequences. It becomes a never-ending cycle that we have no hope of breaking unless we choose differently. Unless the consequences we enforce reflect not just what happened but *why* it happened and how we can heal the divide it caused."

It's the longest argument I've ever made in my life, and when I'm done, I slump back in my chair and wait for the verdict. Because I wasn't just blowing smoke up Nuri's butt. I meant every word I said, and not just because I want to free Hudson—although that is definitely part of it.

But it's also because I've learned over the last six months that the things we do matter. The things we say matter. We can't just pretend they don't. But until we figure that out, until we start acting like they do, we're just going to make the same mistakes.

Nuri doesn't say anything for a long time, just watches me and thinks. And thinks. And thinks. I can practically see the wheels turning in her brain, the scales wobbling back and forth as she considers and reconsiders what I've had to say.

It goes on so long that I'm nearly jumping out of my skin when she says, "Ask me what I want again."

This is it. I can feel it. My chance to free Hudson and maybe, possibly fix a little of the damage we've all caused. "What do you want?"

"To make sure I don't lose my second son." She looks me in the eye. "Now ask me how we're going to make that happen."

My mouth goes dry, and for a second, I'm not sure I'm going to be able to get the words out. But then I lick my lips, clear my throat, and ask, "How are we going to do it?"

"By doing whatever it takes to bring down Cyrus Vega and achieve peace for the Circle, the factions, and *our* friends and family."

# 76

## All Keyed Up



Her answer reverberates in my head like a wire that's been strung too tight. "If there's no war, they can't kill Flint. Or anybody else."

"Exactly. Because actions have consequences, even in this dark time."

Nuri studies my face intently—so intently that it makes me uncomfortable, and I think about looking away just to get a break for a second. But this is a test as much as anything else that's happened in this room, so I hold her gaze, let her look her fill.

She must find whatever she's looking for, because she sits up abruptly, then reaches into her desk drawer and pulls out a key. We both stare at it before she holds it out to me.

I'm almost afraid to hope, but I take it anyway, determined not to make any mistakes. At least not now.

"The cells are on zero floor. You need to take one of the main elevators to get there."

"Okay."

She lifts a brow. "No *thank you* for setting your mate free?"

"Thank you," I tell her and almost leave it at that. But I can't, not when this meeting is all about establishing some kind of partnership. Partnerships only work when both parties are on the same footing, and I am determined that this one will work, determined to do whatever I have to do to protect the people I love from Cyrus and Delilah and whatever the Circle has planned.

"Please don't do this again," I say, but both Nuri and I know it's more a demand than a request. "I think we both know—now—that locking Hudson up was your way of creating a bargaining chip. And while I...admire...your no-holds-barred attitude when it comes to saving the world, I don't want the people I care about to be used like that again."

I know I'm pushing it, and am half expecting her to lash out at me, but

this needs to be said. She has to know that Hudson and Jaxon and Macy and Eden and Uncle Finn and the Order are off-limits to her. That the next time she uses one of them, it won't end up working out as advantageously for her.

She inclines her head, seems to think about it. "As long as I don't feel like my son is at risk, I believe I can live with that."

That seems fair, considering Nuri and I want the same thing. And no matter how mad I was at Flint earlier, I still don't want anything bad to happen to him. "I've considered Flint one of my closest friends for weeks now," I tell her. "Until today, I would have said I would lay down my life for his."

When she leans back this time, she's smiling. "I believe you would. And just so you know, he had no idea what I had planned for Hudson. He was as shocked as you were."

I don't know if she says it to make me feel bad, but it works—a little bit. There were two reasons I was so mad at Flint. The first was because I thought he'd sold us out, but the second really was because he was trying to blame Hudson for what happened to Damien without ever taking responsibility for what he'd done to me.

I really thought I'd moved on, really thought I had left the past where it belonged. But apparently not.

I should probably work on that…later.

"You know, not all vampires are like Cyrus." The way she'd sneered the word "vampire" at Hudson earlier still stings. "Your son has loved two, after all. I definitely think he has a type, so it would probably make for easier family relations if you learned to like them as well."

Nuri offers me a half smile. It's the first chink in her armor all night, and it exposes just a touch of the worried mother underneath her tough royal exterior. "Yes, I've suspected for a while that he was in love with Jaxon Vega." She shakes her head. "But vampires are such cold creatures, and not a good match for our fiery dragon hearts. We love passionately, and I worry Flint will find out the hard way that they do not."

"You're wrong, Nuri. Vampires aren't cold. Just because they don't always show their love with flowery words doesn't mean it's not there. They don't just love with their hearts. They love with every part of their soul—a soul they would easily sacrifice without a thought for the one they love. It's an honor to be loved by so selfless a *creature*." I throw her word back at her and watch as it hits her where it hurts. "Luca is as kind and loving as they come, and

Flint is a lucky guy to have him in his life."

"Thank you for telling me that," she says.

"Does it make a difference?"

"I don't know yet," she says, but I can see she's considering what I said. "What about what I said about Flint? Does it make a difference that he didn't know my plans? Will you seek his friendship again?"

"I don't know yet," I say with equal honesty. We've both said a lot, and we both have a lot of thinking to do.

"Good. You shouldn't let him off too easily." My surprise must show on my face, because she laughs, then repeats her mantra. "Actions have consequences, Grace. You think because I'm his mother, I can't admit that he screwed up spectacularly with Lia? He didn't ask for help—tried to go it alone—and nearly destroyed everything."

"Including me," I say dryly.

"Including you," she agrees, then hesitates, as though she's not sure she wants to say something else. In the end, she must decide it's worth saying. "Trust no one, Grace. Especially not Cyrus."

"Umm, yeah, no worries there. I'd rather trust wet paint."

"Cyrus tricked me once, and it nearly destroyed my people, nearly toppled my entire kingdom. Before it was done, we had to forfeit almost everything we had—our hoards, our belongings, even our homes—including Katmere Academy itself, which was once *my* family's ancestral estate and our original Dragon Court. All because Aiden and I trusted Cyrus."

Her eyes glow even brighter now, and as I look more closely, I realize it isn't power making them glow. It's anger...and hate. "He used that trust to take out the biggest threat to his domination—the gargoyles—and then, once they were gone, he set his sights on destroying us as well."

"You helped?" I ask, the question bursting out of me in a horrified whisper before I can think twice about the prudence of asking it. "The dragons actually helped him destroy the gargoyles in the Second Great War?"

Just the thought has my stomach revolting, my entire being rejecting the idea. I know that Cyrus is evil, know that the need for power is a sickness deep within him, but is everyone like that in this world? Does no one care about anything but themselves and what they can take?

And if so, am I supposed to be the same? Will I join the Circle and suddenly only care about what I can take? Or what I can *steal*?

If so, I want no part of it—no part of any of this.

It's my turn to get to my feet. I stumble toward the door—overwhelmed by what she's told me and even more overwhelmed by what it all means. But before I can reach for the doorknob, Nuri is there in front of me.

"Now is not the time to behave rashly," she hisses at me. "Our history is a complicated discussion for another day. But suffice it to say that no, we were not directly responsible for the extinction of gargoyles, whether that's how that story is told in the history books or not."

I remain standing, but I don't move to leave.

She continues. "Now is the time to take great care, Grace. Cyrus is devious, and he will stop at nothing to get what he wants. Nothing," she reiterates, "even if that means killing his own sons. Exterminating an entire race. Burning the Circle and our whole world to the ground. And we are the only ones who can stop him."

Her words explode through me like a supernova. Not the fact that Cyrus is devious, because been there, done that, have the nightmares to prove it. But the idea that she and I can stop him? That we can change what one thousand years of planning, of plotting—of murder—have put into motion?

All I did was play a game, and it nearly killed me. How on earth can I stand against this man, who makes enemies of anyone who goes against him… and then destroys them just because he can?

"How?" I ask. "How are we supposed to do that? You've already got Hudson in a cage because he told you to—"

"You know about that?" she asks sharply.

"Like you said, I'm not naive, Nuri. I think you enjoyed putting him in that cage because of Damien. But I don't think you did it for that reason. You did it because Cyrus wants him there, and it will curry favor with him for you. He nearly destroyed you, and you're still willing to do this for him, so why the hell should I believe you when you say that we can stop him?"

"Because I gave you the key to get Hudson out." She ticks the reasons off on her fingers.

"Because if we don't stop Cyrus now, he's going to take everything from us. *Everything.* And lastly, because fear only keeps people in line if they have something left to lose. Cyrus has finally hit the tipping point—he's taken so much from so many people that the thirst for justice is completely overwhelming the fear. All we have to do is harness that thirst, stoke it, and—when it's time—let it loose. He won't stand a chance."

# 77



## Where There's a Witch, There's a Way

**M**y hands are shaking so badly, I shove them in my pockets so Nuri won't notice. She may think we're on the same side, but I don't doubt for a second that she'd exploit my weakness if she thought it would help keep Flint—or her precious Court—alive.

Looks like Hudson was right on earlier with the whole *like mother, like son* thing.

I don't know how I feel about what she's said, don't know how I feel about any of this, to be honest. But war is coming—we all know that—and I can only imagine that it's better to have allies than enemies.

"What do I need to do?" I ask when the silence becomes uncomfortable.

"You need to let Hudson go to prison," she says. "He can't hide forever. Most of the Circle will be at Katmere for graduation next week."

"They can't touch him as long as he's at Katmere! That's how it works—"

"Because Cyrus has proven himself so good at playing by the rules?" She gives me a pitying look. "Who's going to stop him if he decides he wants to arrest Hudson? Finn Foster? A bunch of kids? The new gargoyle queen?"

"So what would you have me do? Just leave him in your cell so you can hand him over to Cyrus?"

"Not to Cyrus," Nuri says. "To the prison. He's your mate. Surely you think going to prison is better for him than being dead, right?"

"To an inescapable prison, where he can stay for eternity, bound by an unbreakable curse?" I snarl at her, only to pause as surprise registers in her eyes. "You didn't think I knew about that, did you?"

She ignores my question—but I'm learning that Nuri ignores whatever she doesn't want to acknowledge. "Alive in prison is better than dead. Even Hudson can't defy the odds twice."

"You think he should be locked up for an eternity?" I ask. "For defending

the world from Cyrus's machinations?"

"It won't be for an eternity." Nuri waves a negligent hand. "We can free him as soon as we defeat Cyrus. And defending his mate or not, he scared people. That's the real reason he has to be locked up. He has too much power, and that scares those who will do anything to hang on to theirs."

"Like Cyrus."

"Yes."

"And you," I whisper.

She doesn't deny it. "You saw what he could do. One wave of his hand, and he destroyed every bone in his father's body. One thought, and he brought down a stadium. That kind of power is unfathomable...and infinitely corruptible. We already saw what he did to Damien. What else will he do if he has the chance? If he actually makes it onto the Circle?"

*Nothing*, I want to tell her. He won't do anything but try to rule the best way that he can. But she doesn't know Hudson, not the way I do, and even if she did, she wouldn't believe me anyway. Whether doing so saved people or not, Hudson will always be the person responsible for her son's death.

So instead of calling her on it, I focus on the next flaw in her plan. "I thought mates choose to go to prison together?"

"Ah, but you're ignoring the key word. 'Choose.' Mates can choose to go to prison together. But they don't have to."

"I'm not sure it's much of a choice." I think back on poor, mad, desperate Falia.

She waves away my concerns. "You're a strong woman, Grace. Stronger than you ever imagined. Will it be painful? Yes. But you can get through it, and when you do—when you come out on the other side—you will be unbreakable, your strength coveted by everyone who meets you. That girl, that *woman*, is the one who can save us all."

"By destroying my own soul?" I ask incredulously.

"If need be," she answers with a calmness that freezes my insides. "Remember where we started this discussion? Saying we would do whatever it took to keep the people we love safe? This is how we do that."

I make a disbelieving sound deep in my throat. "Have you ever thought that that's Cyrus's grand plan? To put Hudson away so that the one person who actually has the ability to stop him never gets the chance?"

Nuri starts to dismiss my words again, but then she stops. Narrows her

covet

eyes. Taps a finger to her lips as she stares into space, deep in thought.

Which makes me decide to press my luck. "You want to defend your kingdom against Cyrus? I agree that you and I will make a formidable force—and maybe, just maybe, we'd survive everything that he's ready to throw at us. But the two of us, with Hudson on our side? That's the only real chance we've got."

Nuri is still lost in thought, but when she goes back to steepling her hands on her lap, I know that I've got her. Even before she says, "Flint mentioned you and Hudson were actually wanting to go to prison. He didn't elaborate why, just that you wanted my help figuring a way to get out. Is that still true?"

Now my heart is beating so fast, I'm certain Nuri can hear it. Was this it? Were we finally going to get the answer we needed? I nod.

"Well, maybe we can both get what we want and come out stronger." She pauses and looks at a small statue of a dragon, its wings curved down to nearly cover a small dragon baby within its protective care. "I can agree to this. If Hudson goes to prison, I can curry favor with Cyrus for now, maybe even give the impression that the Dragon Court may want an alliance again. But I will also help you find a way to escape the prison so you are ready to fight by our side when the time is right."

I'm already leaning forward, willing her to continue. Because the truth is, we need more time to prepare. None of us is ready to stand against Cyrus yet, not when he has had a millennium to prepare for his moment.

"I've heard rumors of a witch, the Crone, who helped build the prison. She lives a hermit's life, and no one is exactly sure of how sane she is anymore. But supposedly, if you can get her to talk to you, you can learn the secrets of the prison. And a way to escape. She once helped a dragon do exactly that—but be forewarned, her price was steep."

Tiny wings of hope flutter against my rib cage for the first time since those elevator doors opened. "What was the price?"

"His dragon heart, which is a fate worse than death for a dragon. We cannot take our dragon form without a dragon heart," Nuri says, and the tragic pain in her eyes says it all. We would need to make a much more favorable bargain or there would be no point. The cost would be too high. "But I have to tell you, Grace, it's not good odds."

True that. And still, "Nothing I've done since I first got to Katmere has had good odds, Nuri. But bad odds are better than none."

TRACY WOLFF

"Especially for the girl who keeps beating them." She sighs, then says, "I can give you a week."

"A week?" My eyes go big. "To find the witch?"

"Finding her isn't a problem." She pulls out a piece of paper and writes down an address before handing it to me. "Getting her to talk to you and convincing her to help you? That's going to be a bit hard. But any longer than that and Cyrus will want to know why I haven't taken Hudson prisoner. The Dragon Court will look weak—or like it's making a move against him. I can't afford to have either of those things happen."

I get it. I do. In a lot of ways, Nuri is as stuck as I am. But I add, "Do I get to pick which week I want, or are you talking about this *coming* week, which, I don't know, includes nearly all my friends and I needing to be at Katmere Academy? For *graduation*?"

"Definitely this week."

"That's what I figured you would say," I answer as I seriously contemplate banging my head on the edge of her desk. Maybe if I knock myself out, when I wake up, this will all just be a bad dream.

She grins. "Good thing you're the girl who beats all the odds, then, eh?"

"Yeah, good thing," I answer faintly.

"Don't you have a vampire to liberate?" She looks pointedly at the key in my hands.

"Yeah." It's my turn to sigh. "Yeah, I do."

"Better get to it, then. The banquet starts at eight, and I can't stand it when people are late."

# 78



## Dungeons and Dragons: The Grace-Loses-Her-Shit Edition

I make my way out of Nuri's office and down the hall at close to a run (which is the fastest I feel safe going with guards eyeing me every fifty feet). And considering they look like the type to shoot flames first, ask questions never, I don't feel like antagonizing them is the way to go.

I finally make it to the elevator, but the ride down is excruciating—I swear to God, we stop on all fifty-six floors, which gives me plenty of time to picture Hudson bruised and battered and chained up against some wall. The only thing that keeps me calm is seeing that the mating bond is as strong and blue as ever.

And I know he could use his powers to cause some serious damage. I sigh because I also know he wouldn't want repercussions to come to us if he did. So he won't.

By the time the elevator doors open onto the basement floor, my palms are sweating and my stomach is in knots. I dart out of the elevator into the vestibule and look around wildly, not knowing what to expect but desperate to find Hudson.

I figure I'll run into a guard or a warden or a dungeon master of the very non-*D&D* variety—someone who is in charge down here—but there's no one. Just a dark, echoing, cavernous room that totally puts the creep in creepy.

I step forward tentatively, trying to get my bearings in the dim room. From what I can see, the basement is huge—the same size as an entire floor of this building but its opposite in every other way.

There are no Dale Chihuly lights down here, no overstuffed furniture— almost no lights or furniture at all, in fact. There are a couple of flickering light bulbs placed in a seemingly random order on the ceiling, but all they do is light the room up enough to take it from pitch-black to eerie as fuck. Not exactly my idea of a good decorating choice.

Still, standing here freaking myself out isn't going to do any good, so I step farther into the room, straining to see whatever I can. A few more steps and I realize the entire room is ringed in vertical bars, and every so often, the bars are cross-divided by shorter stone walls, forming squares or...

*Cells*, I realize as I step out of the elevator vestibule and into the main part of this basement. They've divided the room into *a lot* of cells. Like, *a lot* a lot.

Exactly how many prisoners does the Dragon Court anticipate having here at one time, anyway? It looks like Nuri's got enough cells in here to take half of Tribeca prisoner.

All the cells close to me are empty, so I start running toward the center of the room. I'm far enough away from the other side—and the light is so bad in here—that I can't get a good look in the cells.

There's a strange hissing noise coming from the back left corner of the dungeon, and while I can't see what's making the sound, it's animalistic enough that I'm nervous about getting too close. But a quick running tour of this half of the basement shows me two things. One, all the cells over here really are empty, and two, they are modeled exactly after the ones at Katmere Academy...right down to the arm and leg shackles in the walls.

My stomach churns at the idea of Hudson being chained up like this, and I start moving faster, looking in each of the cells I haven't already checked, getting more and more desperate to find him.

Has Nuri been lying to me this whole time? Did she just call me to her office to keep me busy while she had something horrible done to him? The thought has ice slicing down my spine even as I tell myself not to panic, to stay calm. To ignore the strange slithering sound that is growing louder and louder the closer I get to the back corner of the room.

*Hudson is in here somewhere*, I tell myself. I texted him in the elevator—a long shot, I know—and of course he didn't answer. Maybe if I scream for him, he'll hear me...or maybe whatever is making that sound will hear me and that will be the end of everything.

Still, I have to do something. If he's not in any of the corner cells, then I'm going to need to—

I freeze as I finally realize what the strange slithering sound is. Two guards are sitting on their butts on the hard cement floor, rolling a plastic playground ball back and forth to each other.

Of all the strange creatures—giant spiders, poisonous snakes, rabid

dragons—I had imagined being the source of that noise, two guards playing ball (and completely ignoring my intrusion into their prison) didn't even crack my top ten thousand.

For one out-of-time second, I think I'm being punked, that this is some elaborate show to cover up whatever is really going on. And then I realize destruction isn't Hudson's only power—it's just the one I've focused on the most.

"Hudson!" I yell, my voice echoing in the dim, shadowy room. "Hudson, where are you?"

"Grace? What are you doing down here?"

His voice comes from the very end of the row—the very last cell in the corner—and I take off running for it, key in my trembling hand. Only to have him walk right out of the cell in front of me...because the entire front of the cell is missing.

"You asshole." The word comes out before I even know I'm going to say it, but as it registers, I realize I don't want to take it back.

"Nice to see you, too," he says, and there's just enough bite in the words to remind anyone who's listening that he's a vampire...as if they'd need a reminder when he wears it like a damn trophy.

"Are you kidding me? I've been worried sick about you! I fought with Flint—*Luca* fought with Flint—and then I fought with Nuri, the whole time terrified that they were torturing you, and you're *fine*."

"I'm so sorry to disappoint you. Would you rather they *had* tortured me?"

"That's not the point," I growl at him as I turn around and start flouncing back to the elevator.

"What is the point, then?" he counters as he follows directly behind me.

"The point is you're okay. You persuaded the guards to play ball; you've disintegrated most of your cell..."

"So far not seeing the problem, unless you were hoping to catch me all bound up by those lovely chains in the wall."

"I was terrified that's how I would find you!" I snap back. "But you're fine!"

"You keep saying that. Which means what?" In typical Hudson fashion, he manages to sound befuddled and insulted at the same time. "That you're not happy about it?"

"Of course I'm happy about it! It's not like I enjoyed imagining them cutting small pieces off you or—"

"Please," he says dryly. "Spare me the gory details."

"Why should you be spared? I imagined it in goddamn Technicolor. Several times. But you're fine." I shake my head, trying to clear the last remnants of fear and adrenaline away. "You're fine."

"I'm still failing to understand what's going on here," he says, and oh wow, is the British back in force in his voice. "You want me to be fine, but you're upset that I'm fine." He holds his hands up on either side of himself and moves them up and down like they're a scale.

"I'm upset because you could totally get away from this at any second—and, in fact, did get away from it—and instead of putting us out of our misery, you left Luca and Macy and Eden and me to worry about you. How can you not see that that's beyond awful?"

I expect him to scoff at my words, to tell me that I'm being ridiculous. But instead, he just kind of stands there in the middle of the basement and stares at me with the most bizarre look that I've ever seen on his face.

"What?" I demand when he doesn't say anything. "Why are you staring at me like that?"

"You were worried about me."

It's my turn to give him a look. "Of course I was worried about you! What have I been screaming about this whole time? What did you think would happen? That I would just watch you get arrested and be all, *oh well, it was fun while it lasted*? Nice to know you think so highly of me!"

"I'm sorry. I just figured you'd know I could take care of myself."

"I do know that. But I also know that there are a lot of people in this world who can't be trusted, and most of them are gunning for you."

"I'm…sorry," he says again, then blows out a breath. "No one has ever—"

"Oh, no," I interrupt. "No, no, no. You don't get to do that. You don't get to pull that whole poor-little-rich-boy shit on me. You know you have people who care about you now. You know you have friends. You know you have—" I break off, folding my arms in front of my chest in a weak attempt at self-protection.

"A mate?" he asks, slowly walking toward me.

"That's not what I meant!" I tell him, backing away, my heart in my throat for a whole different reason now.

"I think it's exactly what you meant," he tells me, taking another step closer to me…which makes me take twice as many steps back in response.

c o v e t

"You can think whatever you want," I tell him in my snootiest voice. "That doesn't make it true."

I turn to head to the elevator, but he grabs my hand. Pulls me back around until we're face-to-face. "I'm sorry," he says. "I didn't think about how you must have felt—about how I would feel if it was you they took away in chains.

"They brought me down here, and I saw these cells, and I thought, *Blast it. My whole life has been a prison—this is just one more*. But this time it was going to be my choice, on my terms, and I didn't think about anyone else. It won't happen again."

I nod, because I understand what he's saying. And because there's a lump in my throat—for the little boy who suffered through so many unthinkable things and for the man he's become.

Because I know he'll hate my having so many feelings about what Cyrus put him through, I force the lump back down and change the subject. I motion my head toward the sound of the ball being pushed back and forth, still echoing in the basement. "You going to do something about that?"

He seems to think about it. Then says, "A little more time playing a toddler's game might do them good." I just arch a brow at him, and he sighs, then says, "Fine. But only because you asked so nicely."

Then he walks over and whispers something to the guards, who shake their heads and then get to their feet.

When he heads back over, I say, "While you were down here playing, Nuri told me how we might be able to bust out of prison."

Hudson's eyebrows go up. "Do tell."

And so I relate everything Nuri told me about the Crone. Hudson is especially impressed she also gave us directions for how to find her—and skeptical.

"Could be a trap," he says.

"Oh, I would plan for nothing less," I agree. "But I don't think we have a choice. We need the Crone to beat the prison sentence, with or without the blacksmith helping us free the Unkillable Beast. But if we just break out and don't get the Crown as well...we already know Cyrus is planning something—and we can't stop him without the Crown."

Hudson's gaze narrows on me. "If Cyrus harms anyone I love, I will end his miserable existence."

I ignore the thundering of my heart at his mention of love. Instead, I

stop walking and hold his gaze. "In which case, we'd need a way to break you out of prison regardless. I think we have a good plan. Let's go bargain for a get-out-of-jail-free card and save the blacksmith and ultimately the Unkillable Beast. If the Beast won't or can't give us the Crown, at least we will have saved some people who are suffering at Cyrus's hands—and that's better than saving none. We're not helpless without the Crown. We will fight to protect Katmere and the students there another way."

"I don't like it," Hudson says. "Without the Crown, a lot of people are going to die. I could just end him now. Save us all the trouble."

"Again, hello? Prison for murder?" I roll my eyes. "Nuri seems to think we have a chance. Speaking of which, how come you can just remove your cuff?"

He looks down at his feet so long, I think he's not going to answer. "Dear old Dad used to put me in them just before...my lessons. He couldn't even conceive someone with my power wouldn't use it to kill." He shrugs. "It just became second nature to disintegrate one of the locking runes before it was fastened on my wrist, rendering it useless. I didn't even think about it when I did it to Foster, and then everyone seemed so much more comfortable having me around if I was 'locked up,' so I just said nothing."

I know I should respond to what he told me, but there's nothing to say that won't upset him—that won't make him feel like I pity him—so I gloss right over it. "Let's head back," I say, and we start walking to the elevators again.

When the elevator finally arrives, he ushers me inside. Then grins and says, "If I'd known it only took getting thrown in a jail cell for you to show you cared, I'd have locked myself up in the tunnels at Katmere on day one."

I narrow my eyes at him.

"What?" he asks as we head up to my room. "Too soon?"

"Waaaaaay too soon."

# 79

## Ball Gown Blues



So when Flint told Macy and me that we'd need a fancy dress for the first night of Wyvernhoard, I didn't realize he meant we needed *a freaking ball gown*. Not that I would have been able to do anything about it on such short notice anyway, but still. It would have been nice to be mentally prepared, instead of spending all night tugging at the hem of my dress that's way too short for a ball gown event.

The dress Macy's wearing is also a little inappropriate for the banquet, it turns out, but it's better than mine.

"Try something new," she'd urged back when we were packing in our dorm room. "Be bold, shake things up."

So I did, and now I'm wearing a red halter top with almost no back and a skirt made of wide horizontal stripes that hugs every single curve I have and still only makes it to mid-thigh. If I was going clubbing in Manhattan, I'd fit right in. But as yet another woman walks by the open door of my room in a floor-length gown, I'm pretty sure I'm going to stick out like a sore talon once we walk into that ballroom.

In my defense, the dress looked a whole lot more innocuous hanging in my closet than it does covering up my curves.

"Stop pulling at it!" Macy hisses at me as we move into the bathroom to stare at ourselves in the wide mirrors. "You look gorgeous."

"And underdressed," I hiss back.

"Way underdressed," she acknowledges. "But that's not our fault; that's Flint's fault, so he can just own it."

We've got about an hour before we're supposed to meet the guys, but honestly, looking at myself in this definitely inappropriate dress for a formal event, I'm thinking I might just hide in my room instead. I look over at Macy, and I can tell she's considering the same.

TRACY WOLFF

I'm about to just say it when there's a knock at my open door.

"I'll see who that is," Macy says and disappears. A few seconds later, she gives a high-pitched squeal, and I go running out of the bathroom to stare slack-jawed as rack after rack of the most beautiful ball gowns I've ever seen are rolled into my room and placed against the far wall.

"Miss?" One of the staff presents me with a small white envelope.

"Thank you," I say and take it, my hands shaking so hard, I fumble the envelope twice before finally pulling out the note card with its masculine scrawl.

I close my eyes and take a deep breath. I already know who this is from—of course I do—and if he put something mushy on the card, I don't know what will happen. Those moments in the dungeon were enough to set my heart pounding into overdrive. I don't know if I'm ready to take things any further emotionally than that.

I know we've been moving toward something ever since our kiss. We both know it. But my walls are still too high for anything more than snark and heat to get through, and I've been hoping that he'll understand that.

If he doesn't, I don't know what's going to happen.

I take another deep breath, then blow it out slowly even as Macy implores, "Just read it already!"

So I do. And then I laugh my ass off. Because this is Hudson at his finest and of course—of *course*—he knows what I need. He always has, even when I don't.

*Underwear and glass slippers optional.*

*—H*

"What does it say?" Macy asks excitedly as she tries to peer over my shoulder.

Yeah, no way am I going to read this card out loud. "It's from Hudson. He wants us to feel like Cinderella."

I walk over to my backpack and slide the card into the front pocket—the exact pocket where I'd impulsively stashed my birthday diamond before we left Katmere.

"Oh my God," Macy squeals again, and I look up to see her holding two identical dresses. "He sent every dress in both our sizes!"

Of course he did. Ridiculous vampire prince that he is.

I try to pretend that I'm not melting into a puddle of goo, but it's not

covet

working—especially when my knees go weak and I've got to sit on the edge of my bed. How am I supposed to resist Hudson when he does stuff like this? It's one thing to send his mate a dress. I could tell myself it was so I was fittingly attired to accompany the vampire prince. But he sent every dress at Bloomingdale's and got the sizes right for both me *and* Macy, too. My eyes mist despite my best intentions.

The jerk.

But Macy doesn't give me a minute to process. She's already in motion, dashing over to me and yanking me back to my feet.

"Get up! We only have forty-five minutes," she says, "to pick out a dress that's going to knock that vampire's socks off!"

I look over at the racks of dresses and square my jaw. He really thinks he can just give up on creeping past my barriers and do something so thoughtful that it blows them to smithereens? Well, not on my watch, Hudson Vega. Not on my watch.

Two can play this game...

# 80

## Armani Make You Mine



"Let's go find the guys and see if Eden made it back from Brooklyn yet," Macy says as we leave my hotel room.

My stomach jumps nervously as I smooth a hand down my dress. I can't wait to see what Hudson does when he sees it.

I chose this dress for two reasons, the first being that it's absolutely beautiful and fits me like a dream. In the front, the soft scarlet satin hugs my curves perfectly until it reaches my knees and flares out to the floor in a deceptively demure silhouette. It's strapless, but the bodice with its tiny little V is still structured enough that it gives me the support I need without making me feel frumpy or too overtly suggestive. The moment I put it on, I felt like Goldilocks—like I had found the dress that was just right, the dress that makes me feel sexy and powerful and ready to take on the world, even if that world includes the sexiest vampire prince ever born.

The back being a little over-the-top just makes everything better. Hudson decided to come after my heart tonight with this little move, and I've decided the only response I've got is to take no prisoners. And this dress, with its deep, *deep* V back is going to hit him somewhere a little lower than his heart...

The second reason I chose the dress is that of the dozens Hudson had sent to the room, only this one is Armani. It's a dare, pure and simple, considering I am 100 percent positive he'll be in an Armani tux tonight. Some dares are meant to be accepted. And some are meant to be eaten by the person who makes the dare.

This is definitely one of them.

I glance over at Macy, who is wearing a loose-fitting, one-shouldered chiffon dress in every color of the rainbow. It's light and airy and so, so bright that it makes my heart ache just to look at it. To look at her and think that finally—finally—Macy is finding her way back.

Eden wasn't around for my total meltdown with Flint earlier because

she'd gone to visit her aunt and cousins in the Brooklyn for the afternoon, after swearing that "a pack of rabid wolves couldn't keep me away from tonight's hoard!" Macy and I had fun picking out a dress for her, though, so she wouldn't feel awkward tonight, either. We left it in her room, but now I'm dying to see how it looks on her.

We round the corner into the ballroom and find ourselves right next to the side door where Flint, Luca, and Hudson are waiting. I freeze, because just as I feared, all three are looking unbelievably good in their very appropriate tuxedos. And all three's eyes pop out of their heads as they take in my red dress and Macy's rainbow one.

Flint's signature grin is gone as his eyes meet mine, and I open my mouth to apologize for what happened earlier. Except the words stick in my throat—there was a lot of truth mixed in with the seething rage—and I basically just end up squeaking.

Flint, in the meantime, nods to Macy and me before turning around and holding the ballroom door open for us. Luca gives a fortified smile and says, "You ladies look gorgeous."

As for Hudson, he hasn't moved since Macy and I arrived, and I've apparently left all my courage back in my hotel room, because I can't bring myself to meet his gaze.

Desperate to flee all the awkward and weird feelings rolling around in the hallway, I keep my head down as I start toward the ballroom door.

Behind me, Hudson's breath whooshes out of him all at once, and I can't help grinning. Looks like my plan was as successful as I'd hoped.

I'm feeling a whole lot more confident as I take another step toward the ballroom, at least until Macy steps forward to block my way. Then she leans in close and whispers (in a voice I swear is loud enough to be heard in the back of the ballroom), "Shouldn't you let your mate escort you in?"

Before I can say anything *or* murder her, she takes Luca's offered arm and walks straight into the ballroom, a bright, excited smile on her face.

"Ready?" I ask Hudson, cheeks flushed at her blatant reminder about the mate thing after what happened earlier between us.

"Damn straight," he growls softly, and instead of taking the arm I offer to him in Macy fashion, he slides his arm around my waist and rests his palm at the small of my totally bare back. Then he leans in close and murmurs, "I was really hoping you'd pick this dress."

His breath brushes against the back of my neck, and shivers of awareness make their way down my spine. I tell myself it's because of everything that's happened in the last few days—especially the kiss and the argument in the basement.

But the truth is, Hudson is gorgeous. His very obviously couture Armani tuxedo, with its shiny lapels and white pocket square, fits his long, lean frame like it was made for him (which it probably was, now that I think about it—hello, vampire prince), and he looks like two million bucks. And also totally freaking hot.

"You look good, too," I murmur softly.

The compliment startles him, has his eyes going wide. But his answering grin is the brightest thing in the room—which is saying something, considering every dragon female here is draped in jewels—and the hand on my back gets a little more proprietary. The feel of his fingers curving around the edge of my waist makes my mouth go dry and my already none-too-steady legs shaky.

Determined to get some of my own back, I glance at him out of the corner of my eye and say, "Glass slippers are so last fairy tale."

"Oh yeah?" He moves even closer, his eyes kindling as they sweep over me from head to toe. "What about underwear?"

I lift a brow in perfect Hudson Vega fashion. "I'm pretty sure that depends on the girl."

And just like that, his eyes darken, the heat in them going from a blaze to an inferno in the space between one heartbeat and the next. "What kind of girl are you?" he whispers, his breath hot against my ear.

I let the question linger in the air for one second, two, before leaning in so that my lips brush along the line of his jaw right before I whisper back, "There's only one way to find out."

Hudson groans low in his throat even as his hold goes from proprietary to full-on caveman. His eyes blaze down at me, and I wait for him to say something that will make my cheeks burn as hotly as his gaze, but after several seconds, he seems to get a hold on whatever slipped the chain inside him.

Because instead of pushing full steam ahead, he blows out a breath, shakes his head, takes a beat to get his brain and other parts back in ballroom order. Then he propels me forward with a gentle pressure on my back. "You ready for this?"

I take my eyes off him for the first time to look at the way the room has been totally transformed and realize... "No. No, I'm really not ready for this."

He grins. "Better get ready, then, because here we go."

# 81



### Turns Out Cupid Is Packing a Lot More than Arrows

I'm not sure what he's referring to—and am too busy looking at the room and the city beyond its floor-to-ceiling windows. The ballroom overlooks the Hudson and much of Manhattan, so the view is breathtaking as the bright lights of the city reflect off the river. Flint was right when he said dragons figured out the worth of real estate early—this has to be one of the best views in the whole city.

"Oh my God! It's gorgeous."

"Absolutely gorgeous," Hudson agrees. I turn to smile at him, then realize he's not looking at the view. He's looking at me.

Our gazes catch and hold and I forget how to breathe. At least until I get hit in the head by something hard.

"What is that?" I jerk around to see what just hit me.

"Looks like a ruby flying a little low from the hoard," Hudson says with a laugh. He plucks it out of the air somewhere behind us to show me.

"The hoard?" I ask. "What do you mean?"

He just grins and points up.

And *OH MY GOD*. I was so mesmerized by the view of the city that somehow I missed the fact that the air in the top half of the ballroom—starting about a foot above Hudson's head and going all the way to the ceiling—is filled with treasure. Gemstones, gold, silver, keys, and tiny purple envelopes are individually floating in midair. But they're not just hanging there, they're circling the elegantly decorated room very, very slowly, giving every person here the chance to see as much of what's up there as possible.

"Oh my God! What is *happening*?" I ask. "And is it real?"

Hudson laughs. "Of course it's real. It's a hoard."

"You mean like the dragon treasure pile Flint was telling me about?" I can't take my eyes off the sparkling, airborne jewels. It's not that I covet

anything from the hoard; it's just that I'm having a hard time wrapping my head around millions upon millions of dollars just circling the ballroom above our heads, like it's no big deal.

"Not like," Hudson says. "This *is* a dragon treasure pile, just charmed to be a little more showy than normal. Every dragon in here is going to get the chance to take something from it tonight."

Flint told me the same thing, but I was picturing a gold coin for everyone or something. Not a diamond necklace or a sapphire as big as a baby's fist. It's mind-boggling, even before Hudson tosses the ruby back up toward the ceiling.

"What— Why—" I let out a squawk of surprise, expecting it to fall back down. But it doesn't. It just hangs there for a second before rejoining the slow spin of the rest of the hoard.

"Why do you look so surprised?" Hudson murmurs as we follow Luca, Flint, and Macy, all three of whom are basically arm in arm, everyone having made up with him after my talk with Nuri—well, except me. I watch as Flint leads them to a table at the very front of the ballroom where Eden is already standing, nervously shifting from foot to foot.

She'd obviously loved the dress we'd left out for her today. She looks stunning in the floor-length black velvet gown. But she wouldn't be Eden if she hadn't paired it with steel-toed Doc Martens and a saucy nose ring. She flashes Macy a big smile, and they settle down next to each other across the table from where Hudson is leading me.

Hudson continues. "The name of the holiday *is* Wyvernhoard."

"Yeah, I get it *now*. I guess I just thought some holidays become more symbolic over time…"

He laughs. "Not this one."

"Obviously not." I eye the flying treasure once again. "What are the keys for? And the envelopes?"

"If I remember correctly from the last time I was here, the keys are to real estate or vehicles, and the envelopes hold stock certificates to companies like Apple and Facebook or cash."

"Of course they do," I say in the most nonchalant tone I can manage— which is not very. But come on! What kind of wealth do you have to be raised around to be as blasé as Hudson is right now? If he remembers correctly? I promise myself I am never going to forget this moment. It's the coolest and most mind-blowing thing I've ever seen.

And I go to school with dragons and vampires…

Once I finally stop looking at the hoard and focus on the people in the ballroom again, I can't help noticing the way everyone is staring at us as we move to find our seats. Part of it, I know, comes from the fact that we're with Flint, the heir apparent to the dragon throne.

But not all the stares are for him…or the new royal boyfriend, Luca. A lot of them are directed at Hudson and me, too.

And while I've learned that vampires—especially vampire royalty—are a little bit like rock stars in this world, I have no idea why they're staring at me. Nobody knows who I am yet. It's not like there are pictures all over the internet of "that new gargoyle girl" or something.

At least until I realize that most of the women we pass are staring at me and my red dress with open jealousy, and they are literally ogling Hudson. I tell myself it's just because he's the vampire prince, but I've got eyes. I recognize envy when I see it. There are a lot of young women in this room who would do just about anything to take my place.

Not that I blame them. The more time I spend with Hudson, the more I realize that he really is a total catch.

No one seems to be upset at all that the vampire who killed the heir apparent is in their midst, and I can't help but wonder if Eden was right and everyone saw what an asshole Damien was. Everyone except his own mother, of course.

We're among the last ones in the ballroom—everyone must know about Nuri's obsession with timeliness—and once we take our seats at the second head table, Nuri and Aiden head to the microphone on the dais.

Aiden is dressed in a tuxedo, as well, but like his son, his jacket has a little more personality than the average basic black. While Flint's is a black-on-black zebra pattern with leather lapels, his dad has gone full color, with a violet velvet dinner jacket and a matching patterned bow tie that shows off his bright Irish red hair perfectly. He should look out of place among this sea of men in black, but he looks amazing.

Then again, being royalty must give you that ability.

Nuri looks fantastic, too. Her amber eyes are glowing, and her tight black curls are unbound for the first time that I've ever seen. As the ballroom lights catch her dress, I realize it's not the basic black I thought it was but a deep, dark, iridescent violet that sparkles every time she moves. Now Aiden's choice

of attire begins to make a lot more sense.

The dragon queen takes the microphone first, welcoming everyone to this year's Wyvernhoard celebration. She sounds as giddy as a little kid, and the smile on Flint's face as he watches his mother signals to me that she's being totally genuine when she tells everyone that this is her favorite holiday.

"It will forever be among the greatest honors of my life," she continues, looking out over the ballroom of almost a thousand people, "to be able to invite you into my home for this holiday. Thousands of years ago, dragons were reviled, homeless, hiding wherever we could in a futile attempt to survive human wrath and detection."

She looks from face to face. "But not anymore. We joined the Circle, were gifted a Dragon Boneyard so our loved ones' remains would not be violated by humans, fought for our rightful place beside the vampires, the witches, and the wolves." She says the last with a little sneer that makes her captive audience laugh. "Through our alliance with the witches, we have combined our magic to create the necessary illusions to live in such a hoard-worthy city and still fly in dragon form undetected.

"And now, here we are!" She throws her arms wide enough to encompass not just the ballroom and the hoard but the entire city glowing right outside the windows. "This world belongs to us now, and we are going to have it all!"

# 82



## The Old Ball Gown and Chain

Towering applause and shrill whistles greet Nuri's passionate words, but I can't help noticing that Macy, Hudson, and Luca aren't applauding. In fact, they're just kind of looking at one another like they're trying to figure out if Nuri is being hyperbolic...or if she just announced that she's planning a Circle coup.

And while I'd like to say that my time in her office today reassured me that it's the former, that would be a lie. Yes, she made a deal with me, one focused on destroying Cyrus's reign so that we can bring peace to the Circle and save the lives of the people we love. But she never said what happened next, what she thought that peace would look like to her.

My mistake for not asking.

And when she wraps up her little "dragons rule" speech by introducing the vampires, witch, and gargoyle in their midst, I can't help wondering if she's honoring us as she says...or painting targets on our backs. The looks on my friends' faces—even Flint's—say they're wondering the same thing.

Still, there's not much time to worry about it now, as Nuri has this banquet choreographed to a T.

Dinner is served right after Nuri and Aiden give their speeches, and it is beyond delicious. How they avoid the curse of the rubber chicken at a gathering of this size, I don't know. But I guess if you have enough money, you can avoid anything.

Flint, Macy, Eden, and I stuff ourselves on a wide variety of fancy appetizers that are served family-style on the table, followed by the most beautiful salad I've ever seen. We have a choice for the main course, and I choose a vegetarian pasta dish that melts in my mouth and a truffle garlic bread that's to die for. By the time dessert rolls around, I'm so full, I can barely move, but I take a couple of bites of the tiramisu anyway. Because it's tiramisu and I have to.

Nuri provides blood for the vamps, too, and from the looks Hudson and

Luca exchange when they drink it, it's definitely not the same old animal blood they usually have at Katmere.

As we eat, a fifteen-person orchestra plays softly in the background, and once plates are cleared, several couples move onto the dance floor in the center of the room.

A handful of dragon girls circles our table, and at first I think all the commotion is about Flint, which makes me chuckle a little, since Luca has all his attention. But then I realize it's for Hudson's benefit, and I totally start to feel like a third wheel—especially when they start moving in to ask him to dance, and he keeps using me as an excuse as to why he can't.

Finally, after one girl tosses me a particularly pissed-off look—one that says she's not just wishing me dead but covered in honey and staked over a fire-ant hill—I tell him, "You really don't have to keep doing that, you know."

"Doing what?" he asks, and once again, he's got that confused look on his face.

"Turning them down. If you want to dance, dance," I clarify with a studied nonchalance that I'm far from feeling.

"Oh yeah?" He glances around the ballroom at several of the younger dragons who are giving him attention...which doesn't seem fair. I mean, I'm glad that the dragons are giving Macy and me a wide berth—I have more men on my hands right now than I can handle—but is it so wrong to want your mate to ask you to dance? Or is there a reason he doesn't want to dance with me in front of a room full of the Dragon Court elite?

I'm so busy arguing with myself in my own head that I almost miss it when he asks, "So who do *you* think I should dance with?"

I swallow. Oh shit, what if he *does* ask me to dance? I'll probably just embarrass him in these shoes. "Umm don't you think that's a question you should answer for yourself?"

"You have a point," he says with a surprisingly bright grin. "Maybe I should ask—"

He was definitely going to ask me to dance. "Flint?" I interrupt.

"You think I should dance with Flint?" he asks, giving me a confused look.

"No, I think I should dance with Flint." I turn to look at the dragon in question and ask, "Will you dance with me?"

No one looks more confused than he does, considering the last conversation we had, but well...tripping around on the dance floor with Flint seems somehow less embarrassing than with Hudson. Plus, I owe Flint

an apology. And he owes me one. I should have talked to him earlier, when I returned from the dungeon, but I didn't know what to say…and, admittedly, I was hoping he would come to me. But he didn't, and now it's this huge thing between us, and I have the sick feeling that it's gotten weird enough that if we don't deal with it now, we won't deal with it at all.

And I don't want that to happen.

So if asking him to dance will get us past this weirdness—and save me from having to embarrass myself in front of Hudson—then I'm good with killing two birds with one stone.

"You want to dance with Flint?" Hudson asks, his eyes bouncing back and forth between the two of us.

"I do," I say, holding a hand out to him, and decide not to ask again and instead just tell him. "Let's dance."

"Umm, yeah. Of course." Flint and Luca exchange a what-the-hell look, then Flint stands up and takes my hand. "I'd love to, New Girl."

"Okay, then," Hudson snarks as I push my chair back and climb to my feet, hoping I won't sprain an ankle on these ridiculous shoes Macy talked me into packing. "Careful not to come back with fleas."

"Excuse me?" Flint says.

"You too." I give Hudson my most saccharin smile, then grab Flint's hand and all but pull him out onto the dance floor.

"What was that about?" he asks, looking over his shoulder like he's worried about getting a fang in the back.

"Nothing," I tell him as he takes one of my hands and then presses his other against my lower back. "We were just having words."

"Yeah, well, I know that feeling," he says as we start to move with the other dancers. And can I just say, Flint is an excellent dancer. I have no idea how to do much more than hold on to my partner and sway when it comes to slow dances, but Flint is strong enough at leading that he is actually waltzing me around the dance floor.

"I'm sorry," I tell him after a second. "I went off on you this afternoon, and it was uncalled for."

"I wouldn't say uncalled for," he answers. "There was a lot of validity in what you said."

The cold ball of ice that's been hovering somewhere around the vicinity of my heart ever since we had our fight starts to melt. "I agree," I tell him.

TRACY WOLFF                                    343

"But I didn't need to hurl insults at you, and I definitely didn't need to tell you off in front of everyone. I was just so worried about Hudson and so mad at you—" I break off, because it's not a very good apology if you start lambasting the person all over again.

"So mad at me for not seeing the parallels. You're right. I didn't." He pulls me in for a hug before moving us back into the waltz. "I apologized to you once, but it wasn't enough. I really am sorry, Grace. I can't believe I ever thought that was even an option. I feel like such an asshole."

"Thank you," I tell him. "I know you wouldn't make the same choice today, so...let's just never talk about it again, okay?"

"Okay," he says, just as the music changes to something that sounds like it's probably a swing song. "Besides, we've got some dancing to do."

He snaps his arm out and sends me spinning, then pulls me back in. I'm so not expecting it that I half laugh, half scream as I grab on to his shoulders for dear life.

"What are you doing?" I giggle.

"Having fun," he answers with another waggle of his brows, right before he sends me flying back out again.

It's the most fun I've ever had on a dance floor in my life—despite being half convinced I'm going to break an ankle at any moment. But Flint's a great partner, and he makes sure I'm solid even as he's flinging me around like a rag doll. At one point, I glance over at our table and realize Hudson is still sitting there, talking to Luca and Macy. I glance around the floor and catch Eden being twirled in another dragon's arms, her smile friendly but not overly interested. I can't help but wonder if she plans to ask Macy to dance tonight, or if I just imagined something growing between them these past few weeks.

Hudson's eyes are burning a brilliant cerulean when our gazes collide, and for a second, I can't breathe. But then Flint swings me away again, and the moment is broken.

The song finally ends about a minute later, and I'm ready to plead for a break when Flint looks behind me and grins. "I think I'm being cut in on," he says, stepping back.

"What do you—" I break off as I follow his gaze and realize Hudson is standing right behind me.

"May I?" he asks, holding out his hand to me just as a slow, sexy ballad starts to play.

# 83



## To Hoard or
## Not to Hoard...
## Asked Nobody Ever

For a second, I'm so surprised that I don't answer him. But then Flint nudges me gently, and I nod so fast, I nearly give myself whiplash. "Yeah, of course."

Hudson smiles, then takes my hand and pulls me straight into his arms. And he may not be as flashy as Flint is, but the boy has style. He knows how to hold a girl just right, so she feels safe, protected, but also free to move however she wants.

Also, I realize as I pull away just enough to shimmy my shoulders and my hips, that's always been Hudson's way with me—with everything. He always stays just close enough to help me if I need him—whether I'm learning to light candles or trying to pass paranormal ethics or taking on his father.

He lets me fight my own battles—in fact, he insists on it—but he's always there to help me if I need it. I don't know why I never realized that before.

It's a little awkward to realize it now, right after he's pulled me back against him so tightly that I can feel his long, lean muscles pressed against me. So tightly that I'm afraid he'll be able to hear the sudden pounding of my heart.

He looks down at me, his eyes filled with a heat that has my hands shaking and my throat closing up. "Hudson." I whisper his name, because it's the only sound I can make, the only word I can think of.

I can see the way it hits him, the way he has to swallow hard a couple of times before he can smile and whisper my name right back.

He lowers his head slowly, slowly, slowly, and my whole body goes on red alert. Because this is a million times different than what happened in the forest near Katmere. That was fast, brutal, an inferno raging out of control. But this, this is a slow, steady burn, the kind that gets hotter so gradually that you don't even notice it happening...until you're almost at the boiling point.

"Hudson," I say again, and my voice sounds weak and breathy, even to me.

He notices it, too—I can see it in his suddenly blown-out pupils, hear it in the stutter of his own breath, feel it in the way his body is now trembling against my own.

And then, just when he's about to kiss me, just when his lips are nearly touching mine, there's a sudden explosion from right over our heads.

Hudson wraps a protective arm around me even as he jerks away. We both look up to see what's happening, and I gasp when I realize what it is. Sometime in the last few minutes, the chandeliers have retracted into a kind of hollow panel in the ceiling, and now the entire ceiling is retracting, sliding back to reveal the sky above our heads—and the most amazing fireworks display I've ever seen in my life.

Hudson laughs, but I'm awestruck by the dozens of giant fireworks going off at the same time, over and over again.

"Come on," Hudson says, guiding me over to our friends, who are all oohing and aahing, too—even Flint, who has, I assume, seen this many times before. But when Hudson suggests moving over to an empty corner where the two walls of windows meet—right over the river—that's when things get truly spectacular.

Because not only are the fireworks directly above us, they're also all around us. Flashes of red and purple, gold and green, pink and white, over and over again. Then, suddenly, new lights join the fireworks, circles that cut through the flashes and align to make pictures of giant dragons and crowns and burning flames.

It's the most incredible show I've ever seen. It feels enchanted, maybe even a little mystical, and even though Luca explains that it's drones that are making the designs, it doesn't matter. It still feels magical.

Everything about this night does. Especially when the fireworks are over and the orchestra resumes, and my friends and I get to dance underneath the stars for hours.

As the clock strikes midnight, tiny bells start tinkling all around the room, and I look up at Hudson. "What's happening?"

He shrugs but offers a half grin. "I think it's time for the hoard."

People all around the room crowd in front of the flying hoard, lifting the hand to one item each and waiting as it gently drops down. There's laughter and screaming and cries of joy as one after another, a dragon reaches into

the hoard to draw out an envelope or jewelry or a key.

As everyone is shaking with excitement at what they've chosen, a sad thought comes to mind of all the dragons *not* here tonight. I turn to Flint and ask, "Is it only Court families who get to choose from the hoard? What about dragons living elsewhere who may not be wealthy?"

Flint looks affronted. "First of all, a dragon not being wealthy?" He pulls a fake knife from his heart. "Dragons love hoarding. It's in our blood. We can't help it. So no matter what we earn in life, we hoard it. We just naturally accumulate wealth—even if it takes generations."

He turns to Luca and drapes an arm over his shoulders before continuing. "But dragons have huge dragon hearts. As much as we love wealth, we love our families more. Our clans. Our people." He motions with a hand to the excited dragons still pulling items from the hoard in front of us. "This festival is going on in every town and city around the world where there are dragons. Granted, no one does it with quite the same flair as the dragon queen and the Dragon Court, but my mother ensures every clan shares in the royal hoard. We take care of our own."

Eden chimes in. "Each dragon and family has their own personal hoards, but we also all contribute to the royal hoard—which then gets redistributed during the festival. Items from the royal hoard are sent to each festival and joined with their clan hoards."

I nod. "So contributing to the royal hoard is like how you pay taxes?"

Flint rolls his eyes at that. "Sure, except without the political greed or benefits for the wealthiest families. The Montgomerys are the ruling family because we are the strongest, not just the wealthiest. And we believe we are only as strong as our weakest clan."

Luca's face is bright, pride beaming at his boyfriend. "You almost make me wish I were a dragon."

Flint grins down at him, his chest puffed out just a little bit. "Maybe one day we'll have to make you an honorary member."

And just like that, the moment between these two goes from sweet to searing hot. Eden coughs into her hand, suggests there's more dancing to be done tonight, and we all turn to head back to the dance floor.

But Flint calls out, "Wait a minute! Did you pick?"

"Pick what?" Macy asks, looking confused and more than a little bleary-eyed from lack of sleep. We've all been up more than twenty-four hours by

now—and between the tense arrival and the dancing, we are more than ready to crash.

Flint grins and gestures above our head to the much-depleted hoard still floating in the air. "Your treasure."

"Oh, we don't need—" Luca starts, but Flint just shakes his head.

"You can't come to the biggest party of the dragon year and leave empty-handed. It just isn't done. My family has contributed enough personal wealth to share with our guests, dragon or not." He narrows his eyes at us. "So pick something."

"Okay, okay." Eden looks up at the gold and gemstones whirling above our heads. "What do you recommend?"

"Depends on what you want." Flint looks up, too. "But I tend to go for the envelopes." He waits until the one he wants is directly above our heads, then reaches a hand up. Seconds later, it zooms right into his hand.

"What's in it?" Macy asks, crowding close to peer over his shoulder.

He shrugs, then tears open the top. Out comes what looks to be about five thousand dollars in cash. He grins. "Seems like breakfast is on me."

"It's that easy?" Macy asks, shaking her head in bewilderment.

"My mom and dad—and my mom's parents before them—worked really hard building up the Dragon Court into something formidable and independent and rich. It means a lot to her that she can give back to her people like this, means a lot to her that there's even this money to give." He inclines his head. "So yeah. It's that easy...and that important."

"And I thought witch history had a lot of land mines," Macy says. "But dragon history is obviously just as complex."

Then she reaches out a hand and pulls down a gold charm bracelet with several different gemstone charms on it—including a charm in the shape of a wolf.

Luca pulls down a gorgeous Breitling watch with a black crocodile band while Eden goes for a key. "Is there a locker around here somewhere that I open with this?"

Flint just laughs. "It's not that kind of key, Eden."

She narrows her eyes at him. "Well, what kind is it, then? I've never drawn a key before."

He takes it over to the nearest wait table and dunks the key chain in a leftover pitcher of water. We watch in amazement as a gold logo that looks

kind of like two lions and kind of like wings appears on the key chain.

"It's an Ecosse?" Eden all but screeches. "You're lying. That's just the key chain, right? It's not actually—"

"Oh, it's an Ecosse," he tells her with a huge grin. "Take this to my mom's secretary tomorrow, and she'll give you a choice of which one you want—depending on which ones have been claimed by that time."

Eden looks like she's about to jump out of her skin with joy, and I feel completely confused. "What's an Ecosse?" I ask.

Macy looks as lost as I do, but the other four turn on me like I've just stabbed them in their backs...and their hearts.

"Only the most kick-ass boutique motorcycle in the world," Eden tells me. "Titanium chassis, carbon-fiber wheels, the most gorgeous, custom paintwork in the business—well, except for the Harley Cosmic Starship, but nobody can ride that. An Ecosse!"

"That's awesome," Macy tells her, giving her a huge hug...even as she makes a *just go along with them* face at me behind her back.

"Totally awesome," I agree.

Eden just rolls her eyes. "I'll take you for a ride on it. You'll understand."

"I can't wait," I tell her sincerely. And yeah, my parents used to have a no-motorcycle rule for me, but I figure if I can fly on a dragon and turn to stone on command, maybe I can handle a motorcycle ride after all.

"Your turn," Luca tells me with a wink.

I look at all the stuff flying around, and then I think of how powerless and panicked I felt when I tried to imagine having the money to start up a Gargoyle Court. So I let all the keys pass me by and pick an envelope.

It comes right to me, like the others' choices did for them, and I open it expecting to find the same five thousand dollars that Flint found. Instead, there's a stock certificate. *For 1,500 shares of Alphabet Inc.*

"Holy shit," Luca says. "Seriously, *holy shit*. That's Google."

"Is that good?" I ask. "I mean, I know it's good—Google is huge, obviously, but..."

"Sure it's good." Hudson shrugs. "If you think three million dollars is good."

I choke, swallowing my own saliva. "I'm sorry. What did you just say?"

"You heard me. Each share is trading at somewhere around eighteen hundred dollars. So yeah, almost three million dollars in your hot little hand."

Tʀᴀᴄʏ Wᴏʟꜰꜰ

"I take it back," Flint teases me. "*You're* buying breakfast."

"Umm, yeah I am…as soon as I can feel my face again. Or my hands. Or any other part of my body." I stare at the stock certificate in shock. "This is for real?"

"It's for real, New Girl." Flint picks me up and whirls me around. "You're a millionaire."

"What are you going to spend it on?" Eden asks with a grin.

"Apparently, breakfast," I tell her as I start to believe that maybe this actually is happening. "And the beginnings of a Gargoyle Court?"

"Oh, hell yeah, you are!" Macy squeals.

We all laugh, and then I turn to Hudson. "Your turn."

He shakes his head. "I've got everything I need." The fact that he's staring at me when he says it doesn't make my stomach flip at all.

The others groan, and Eden may or may not make a slight gagging noise.

But Flint just grins. Then says, "Yeah, well, reach up there and grab an envelope for Grace, then. Apparently, we've got a Gargoyle Court to build."

# 84



### Slow Hands Are Good, But Sometimes Fast Hands Are Even Better

In the end, Hudson does reach up and snag another envelope for me. The one he chooses has a thousand dollars in it—which makes me super happy but gets him booed by Flint.

Still, middle-of-the-night hot chocolate and snacks are on me when we go up to the roof a little later—after changing into comfy sweats and sweatshirts. We're all exhausted, but none of us wants the night to end yet, and there's something magical about being up here, the city spread out below us.

I've never seen New York at this time before, and it's shocking to me how quiet it is in the middle of the night. It's like a switch gets turned off and the bright cacophony of the day and the neon fervor of the evening fade for just a couple of hours and all that's left is...peace.

I can use a little peace right now, and so can my friends, I think. We've got a lot ahead of us, and this night—this stolen moment in time—feels perfect.

Eventually, though, they all start drifting inside. Flint and Luca head out first with a decidedly intimate look in their eyes. Eden heads down next, and Macy not long after.

And then it's just Hudson and me on the roof—along with my rapidly cooling cup of hot cocoa.

"You ready to go down?" I ask as I dig out the last marshmallow from my cup.

"Are you?" he answers.

I should say yes. I'm cold and only getting colder, but...I don't know. There's something about being on this couch with him, the world at our feet and my favorite singer-songwriters' playlist playing on his phone, that feels too special to give up. At least not yet.

So I shake my head and burrow a little deeper into the blanket...and into him.

"You okay?" he asks.

"I just won three million dollars," I joke. "I think I'm doing all right."

He grins. "More than all right, I'd say."

"This whole weekend has been surreal." I don't know how it started with him being arrested and ended with me on this roof with Hudson, three million dollars richer.

"It's been the best weekend of my life," he says quietly.

I start to make a joke about how being arrested isn't usually a bucket list item, but there's something in his voice—something in his eyes when he turns to look at me—that has the words freezing in my throat.

And when Harry Styles's "Adore You" starts playing (because he always puts one Harry Styles song in the middle of a playlist just for me), I can't help myself. I stand up and hold out a hand to him. "Come on," I whisper. "Let's top off the best weekend of your life with a dance at the top of the world."

He grins and takes my hand. Then he's dancing me across the roof to one of my favorite songs, and I realize that Flint isn't the only one with the fancy moves.

"I don't know where you learned to dance like this," I squeal as he spins me out and then pulls me back in perfectly.

"There's a lot you don't know about me," he answers, and there's something in his voice that has my body aching and my throat closing up.

For a second, I'm afraid to ask the question he's set me up to ask, but as the song comes to an end and he dips me with a flourish, I can't help myself.

"Like what?" I whisper.

He pulls me up and into his arms just as "If the World Was Ending" from JP Saxe and Julia Michaels comes on the playlist. His hand slides down to right above the curve of my butt as he pulls me against him and spins the two of us right up to the edge of the roof, so that the lights of Manhattan glimmer below us.

And when he finally answers my question, his eyes are oceanic. "Like, I really want to kiss you right now."

It's all the invitation I need, my hands sliding up to tangle and tug at his hair as I yank his mouth down to mine.

Hudson groans low in his throat, and then he's kissing me back, his lips and teeth and tongue ravaging mine like it's the end of the world and this is the last kiss any two people will ever share.

And I ravage him right back, biting, licking, sucking, kissing, *exploring* every inch of his mouth until I can barely breathe, barely think. Until all I can do is feel.

His fangs scrape against my lower lip, and I moan. I tighten my fingers in his hair and try to pull him even closer.

It's impossible—we can't get any closer—but it makes him growl low in his throat. And this time when he uses his fangs on my lip, he nicks me...then licks away the tiny drops of blood that well up.

"Oh God!" I tear my mouth from his as every feeling I've ever had in my life wells up inside me all at once.

"Too much?" he asks, and he sounds as breathless as I feel.

"Not enough," I answer, and then I'm diving back into his arms. Into *him*. Into the wild, endless incandescence that is the two of us.

His hands slide under my ass, and I wrap my arms around his neck and my legs around his waist. And then we're fading, straight off the roof, down the three flights of stairs, and up the hallway that gets us to my room.

His mouth never leaves mine once.

85

## Of Bites and Bonds



I think there's a part of me that always expected it to be awkward if we ever got this far, that expected it to feel strange to be in the arms of this boy who lived inside my head for so long. This boy who knows everything—good, bad, and indifferent—about me.

But it doesn't feel strange at all. It feels...perfect, like this one moment in time was always meant to be.

We're still in the hallway outside my door, like Hudson's afraid of what it will imply if he takes that one last step and moves us inside. But I don't care where we are, and I sure as hell don't care about rules or social niceties or anything that doesn't involve getting his body on mine. It's nice that he does, though. Nice that he wants me to be sure.

But I am. Oh my God, I am. With a little moan, I slide my hands to the hem of his shirt, skim my fingers across the flat, hard plane of his stomach. Then scrape my teeth across his lip the same way he scraped his against mine.

And the heat takes over, a raging conflagration rising up in both of us until it spills over and sets fire to the world.

I whimper deep in my throat even as I grab on to his broad shoulders. I yank at his shirt, dig my fingers into his hard muscles, try desperately to pull him even closer. And something seems to snap deep inside him—something wild and brutal and all-consuming.

He groans as he fumbles us through my door and somehow manages to get it closed behind us. Then he's backing me straight into the nearest wall, his chest and hips and hands pressing into me so completely that I can't tell where I stop and he begins.

And still I want more. Still I'm imploring him, little gasps and pleas pouring from my lips even as he devours me. Even as we devour each other.

Kiss by kiss, touch by touch.

At one point, he pulls his mouth from mine; sucks in deep, shuddering gulps of air; and grinds out, "Grace. Are you sure? Do you want—"

"Yes," I breathe as I pull his mouth back to mine. "Yes, oh my God, yes." If he doesn't do something soon, I'm going to die. Just self-immolate right here and go up in flames.

Hudson snarls as he sucks my lower lip between his teeth, nipping at it just enough to have me gasping and arching against him. He gasps then, too, and this time when one of his fangs slides against my lip, nicking me just a little, he groans like a man who's tasted heaven...or one who is about to lose it.

And it makes me completely consumed with what I want him to do. What I *need* him to do. I arch my back, pull my mouth away from his, and tilt my head to the side like an offering.

He growls deep in his throat. "You don't know what you're asking for."

"I know exactly what I'm asking for," I tell him as I press his mouth to my skin. "What I'm *begging* for. Please, Hudson," I whisper as the heat inside me threatens to overwhelm me, to pull me down into a raging inferno I might never escape from. "Please, please, please."

He lets out a small moan, his hands clenching in my hair so that he can pull my head even farther to the side.

I expect him to strike right then, to tear through me like the rampaging beast that has us both in its claws. But this is Hudson, steady, deliberate, careful Hudson, and tearing into me is apparently not on his agenda, even though he's right there, his mouth pressed against my jugular.

"Please," I whisper.

His lips slide gently across my shoulder.

"Oh my God," I gasp.

His tongue brushes delicate patterns into my collarbone.

"Do it," I urge as his fangs scrape lightly against the sensitive skin behind my ear. "Do it, do it, do it!"

He roars then. It's deep and harsh and animalistic, and it sets everything inside me on high alert, my entire body stretched taut as a high wire as I wait. And wait. And wait.

"Hudson, please," I beg. "It hurts. It—"

And just like that, he strikes, his fangs sinking deep into my throat.

White-hot pleasure slams through me and I erupt, whimpers tearing from my throat. Hudson freezes, like he's going to pull out, but I grasp at him like

a wild woman, my hands holding him tight against me.

He growls in response, his hands clutching at my hips as he starts to drink.

And that's when I scream, not from the pain but from the explosion that rocks me all the way to my core.

And still he doesn't stop. Still, he continues to drink from me as his hands skim over my body. There's no surcease from the heat, no ending to the feelings sweeping along my nerve endings and rioting deep inside me.

There is only fire, only flames. They incinerate every barrier I have, laying waste to every stumbling block I put in our way, taking over everything until I can't think, can't breathe, can't do anything but burn.

Hudson must feel the same way, because even when he stops drinking from me, even when he pulls away, when he licks the wounds and closes them, he doesn't stop touching me. His hands are everywhere, his mouth everywhere, and all I want is to make him feel as good as he makes me feel.

I reach for his shirt, pull it over his head, and then my mouth is everywhere, too.

He groans, his hands cupping my ass again as he moves us to the bed. And as he lays down next to me, his long, lithe body pressed against mine, nothing has ever felt so good.

But even as I think it, it freaks me out a little. Because this *is* Hudson, and every warning bell inside me screams that if I let him in, if I choose him, then losing him will absolutely destroy me.

I pull away for just a second, and Hudson pushes up to his elbow, expression quizzical but eyes watchful.

"It's just the mating bond," I tell him.

He lifts a brow. "What is?"

"This." I move over to straddle him, my knees around his hips. "All of this. It's just the mating bond."

At first, I think he's going to argue, but when I lower my mouth to his, he grins against my lips. And says, "I can totally live with that."

# 86

## Kiss and TED Talk



**H**udson groans a little, arches into me, and it's my turn to take over. My turn to press kisses to his neck, his collarbone, the hollow of his throat.

He smells good—so good—like sandalwood and sun and warm, inviting amber. I want to burrow into him, to stay right here against him for as long as this moment and this world will let me.

Hudson must feel the same way, because he's in no hurry to move this along *or* to move out from under me. Instead, he tangles his hands in my hair, wrapping the individual curls around his fingertips and knuckles until he's tied up in me in a way that feels right and real and terrifying all at the same time.

*It's just the mating bond*, I tell myself again as I rock my hips against his.

*Just the mating bond* as I lean down to kiss him and my hair forms a perfect curtain between us and the rest of the world.

*Just the mating bond* as he presses against me over and over again until I go spinning through time and space once more.

For long seconds afterward, my whole body feels like stardust. Like little droplets of light, millions of tiny explosions, flying, falling, floating through space.

Hudson holds me the whole time, his mouth soft and tender against mine as he presses kisses to my shoulder. Nuzzles into the hollow of my throat. Skims his lips over the sensitive spot behind my ear.

I'm shaking by the time he finally lifts his mouth from mine.

He's shaking, too, his body tight as a bowstring. But when I slide down and reach for his Armani belt with hands that are suddenly all thumbs, he pulls me back up and rolls us over so that he's stretched out over me now, his hips slotted perfectly between the V of my legs.

"You're so beautiful," he says with an ache in his voice. It's the second time he's ever said it to me, and it makes me ache all over again, too. Makes

me tremble even more.

"You're pretty okay to look at yourself."

He shakes his head, makes an amused sound in the back of his throat. "I'm glad you think I'm okay-looking."

"Well, you smell pretty good, too," I tell him like I'm pretending to consider. "So you've got that going for you."

He's full-on laughing now, and it's a good look on him. His eyes crinkle at the corners just a little, and that tiny dimple flashes in his left cheek. "Well, as long as I've got something."

"I'd say you're doing all right." I rub my hands over his back, relishing the strength of him beneath my palms and the way his muscles bunch and stretch. Relishing also how this feels right in a way that few things in my life ever have.

I don't know what it means, and I don't want to know. Tomorrow is soon enough to take that bill out of the drawer. Tonight, I just want to be here with Hudson, just him and me for a little while.

"Oh yeah?" He crooks a brow. "Do tell."

"I think I'll just show you." I grin and push him over onto his back, my hand sliding to his belt again. This time, he doesn't push me away.

Hudson groans, and his eyes are wide, his pupils blown out, as he arches into my touch.

He's trembling now—his breathing shallow, his skin flushed and a little sweaty. And watching him like this is the sexiest thing that's ever happened to me. Even before his fingers clutch the sheets and my name pours from his lips like rain over the desert.

After we both come down, we get ready for bed. I expect him to lay down beside me, maybe go to sleep. But instead, he rolls over until he's settled between the V of my legs again. His face is inches from mine, his fingers playing with my curls as he watches me with eyes gone cloudy with release... and with something more that I'm not ready to think about.

It does strike me, though, how natural this feels, like this isn't the first time we've ever been like this. I know it can't be true, know that I would never have been unfaithful to Jaxon while I was locked in stone.

But it does make me want to know more—if not about that time specifically, then about Hudson. And him currently giving me shivers by pressing a line of kisses down my neck is not going to stop me from finding out.

"Can I ask you something?" I whisper.

He lifts his head to look down at me, brow furrowed. "Of course. Do you really even have to ask?"

"Tell me something I don't know about you."

"What, now?" He looks totally confused. "Am I not doing this right?" He gestures to himself currently lying on top of me, his mouth inches from my skin.

I laugh. "You're doing it great, and you know it."

I take his hand, press a kiss to the palm. And watch his eyes go blurry with want all over again, which makes my stomach do a half dozen backflips even as he asks, "So why now?"

"I don't know." I kiss my way over his knuckles and around his wrist. "I was just thinking—"

"So I *am* doing it wrong, then," he interrupts dryly. "I thought the goal was for you not to think."

"Yeah, well, you covered that portion of the program pretty well, too. But seriously." I push up onto my elbows. "You know so much about me, and I know that I used to know just as much about you.

"But I can't remember, and I hate it so much. Can you…" My voice wavers as I think about how much I've missed—and how much I'm missing. "Can you tell me something about you? Something I used to know but can't remember now?"

"Oh, Grace." He drops his head down until his forehead rests against mine. "Of course. What do you want to know?"

"I don't know. Anything. Everything?"

"That's really broad, but okay." He presses a kiss to my lips, then rolls off me and onto his side.

"I didn't mean you had to go." I clutch at him, try to bring him back.

He laughs. "I'm not going far. But if you want me to be able to have a real, coherent discussion, I need to not be on top of you."

"Maybe we can have the coherent discussion later, then." Once again, I try to pull him back over me, but there's no moving Hudson when he doesn't want to be moved.

"Something about me you used to know." He thinks for a second. "I've read every play Shakespeare ever wrote at least twice."

"Yeah, no shit." I roll my eyes. "I didn't need you to tell me that."

"Seriously? You're going to judge what I decide to share?" He looks offended.

"When it's that obvious, yeah. No offense, but I'm pretty sure you're a living, breathing library. And not just like a regular community library. Like the Library of Alexandria."

"You think I'm like a library that burned to the *ground*?" Now he looks more than offended.

"Turns out it didn't actually burn to the ground," I tell him. "Didn't you listen to the TED Talk?"

"Somehow I must have missed that." He makes an are-you-serious face.

"Your loss," I tell him with a shrug. "It was a good one."

He nods, even makes a fairly decent attempt at not laughing as he answers, "Apparently."

"It went up in flames when Julius Caesar set the ships in the harbor on fire. But I guess there's a ton of evidence showing that a bunch of writers and philosophers continued to use the library years later. It wasn't the fire that got it so much as all the subsequent leaders who were afraid of the knowledge it held."

As I finish, I realize Hudson is staring at me with the most bemused look on his face that I have ever seen. "What?" I ask.

He just shakes his head. "I've got to say, Grace, that is some seriously sexy pillow talk."

He leans in for a kiss, but I stop him by pressing my hand to his mouth. "No. No way. No pillow talk for you, and no kisses until you tell me something I actually don't know."

His eyebrows shoot up. "Are you kidding me? You're cutting off *kissing* now?"

"Umm, yes. Until you follow the rules set down, damn right I am." I reach for the duvet, start to pull it over me for good measure.

But Hudson isn't having it. He yanks the blue silk away again, this time going so far as to drop it on the floor, well out of my reach. "In case you haven't noticed, I'm not very good at following rules. Besides, there are lots of other places I want to kiss you."

And then he starts tugging down my sweats.

# 87



## When All the Feels Are a Few Too Many

I wake up slowly to the feel of sunlight streaming over my face and a long, hard, male body pressed up against my back.

There's no moment of surprise, no wondering what's going on. From the second I'm coherent enough to recognize the feel of his breath on the back of my neck, I know exactly what's happening. I'm in bed with Hudson.

I spent the night with Hudson.

And though we didn't technically have sex last night, we did a lot of other stuff. Stuff that goes a long way toward explaining how loose and relaxed and *happy* I feel this morning. Stuff that also makes me feel anxious, because suddenly this might be a thing.

I mean, yeah, the mating bond has always made it a thing, but there was a part of me that still figured things would go back to normal. Then I would...I don't know. Get a choice?

It's not that I hate the idea of a mating bond between two people. I don't. I just always thought choice should factor into it a lot more. I get the whole thing they taught us in class, about how two people have to be open to it for the mating bond to snap into place, but I'm not sure I buy that, considering it snapped into place with Hudson when I was practically comatose from Cyrus's eternal bite.

Does that mean this is a real mating bond or is it another manufactured one like what I had with Jaxon? And do my feelings just ebb and flow along with who I'm mated to? Or do the feelings I have for Hudson have more to do with that three and a half months we spent together than I ever imagined? Does my heart remember something my conscious mind has forgotten?

The thoughts chase themselves around and around in my head until my happy mood dissipates under the weight of the anxiety building inside me.

I don't like this not being settled, and I like even less that I have so little

TRACY WOLFF

control over my life—and haven't had any for months. From the moment Lia killed my parents, my life has been out of my hands. I just want a chance to take that control back.

Hudson stirs against me and murmurs something into my hair that has my entire body going rigid in shock.

"What did you say?" I ask as I roll over to look into his sleepy blue eyes.

I expect him to freak out, too, or to at least take it back, but Hudson just wraps an arm around my waist and pulls me closer, until our faces are only inches apart. And sidenote—why is it that vampires never get morning breath? I know they don't eat food. But still. It's not freaking fair, considering I'm sitting here with my mouth closed as tightly as I can manage when what I really want is to screech at him to take it back…or say it again.

"Don't worry about it," he tells me, and though his eyes are heavy-lidded and he's got a crease from the pillow on his cheek, there's something in the way he says the words that has my stomach churning as much as the words themselves.

"You can't tell me not to worry about it! Not if you said what I thought you did."

He sighs, shoves a hand through his sexy, rumpled hair. "Does it really matter?"

I look at him like he's grown three heads. "Of course it matters. We talked about this. We said it was only the mating bond—"

"No, *you* said it was only the mating bond," he tells me, sitting up now. As he does, the sheet falls down to his hips and, fight or no fight, there is no missing how beautiful his body is.

"You agreed!" I tell him. "Your exact words were 'I can totally live with that'!"

"I *can* live with it," he tells me with a shrug. "You're the one who seems to be freaking out here."

"Because you said—" I break off as his eyes narrow, become predatory.

"What?" he goads. "What did I say?"

"You know exactly what you said!" I snap at him. "And it's not fair—"

"Fair?" he shoots back, the British coming on thick. "I was half asleep. No, I take that back. I was three-quarters asleep. I can't be held responsible for what I say when I'm barely conscious."

"It's not that you said it!" I'm almost yelling now, but panic is a wild

c o v e t

animal within me. It's clawing at my throat, making my head spin and my lungs close up. "It's that you feel it."

"Excuse me?" he snaps, his eyes going Pacific-during-a-thunderstorm dark. "You don't get to tell me how I feel."

I've never heard him sound more insulted, but that just pisses me off more. "Yeah, well, you don't get to tell me how I feel, either."

Now he's the one looking at me like I've got issues. Which, not going to lie, I totally do. "I have never tried to tell you how you feel." His voice cuts like broken glass. "Last night, you told me it was the mating bond on your side, and I told you I was okay with that."

"On my side? Now it's suddenly that mating bond heat is only on my side?"

For a second, I think Hudson might actually explode, just spontaneously combust right where he's half sitting up now. But then he takes a deep breath and lets it out in slow, ragged increments.

Then he takes another one and another one before he finally looks at me again and asks, "Can we please just talk for a second without throwing accusations at each other?"

I have to admit, I appreciate the way he said that—especially as I'm the one who's been throwing all the accusations this morning.

But that means it's my turn to take a few deep breaths before saying, "You told me that you love me and it freaks me out. A lot."

"I'm sorry," he says, his shoulders slumping forward. "I didn't mean to say it. I *wouldn't* have said it if I had even half my wits about me."

"So it's not true?" I ask, and there's a sinking feeling in my stomach that makes absolutely no sense. "You don't love me."

He shakes his head, his jaw and throat working as he looks anywhere but at me. "What do you want me to say, Grace?"

"I want you to tell me the truth. Is that so much to ask?"

"I love you," he says with no flourish, no fanfare. Just three stark words that change everything, whether we want them to or not.

I shake my head, scramble to the corner of the bed. "You don't mean that."

"You don't get to tell me what I mean," he answers. "Any more than you get to tell me how I feel. I love you, Grace Foster. I've loved you for months, and I'll love you forever. There's nothing you can do about that fact."

He reaches for me then, pulls me across the bed, and settles me on top of him. "But I'm not trying to use my feelings as a weapon, either. Did I plan

on telling you? No. Am I sorry you know?" He shakes his head. "No. Do I expect you to tell me that you love me back?"

"Hudson—" I can't help the high, panicked note in my voice.

"No," he says. "I don't. And I don't mean to make you feel pressured to tell me anything you don't want to."

Tears clog up my throat, burn behind my eyes. "I don't want to hurt you."

"That's not on you." He lifts a hand to my face, strokes a tender finger down my cheek. "You're responsible for your feelings, and I'm responsible for mine. That's how this works."

Somehow, hearing him say it like that hurts worse than anything. Because I do have feelings for him, whether I want to or not. Big feelings, huge feelings that scare me so much that I can barely breathe. Barely think.

I loved my parents and they were murdered.

I loved Jaxon and he was ripped away from me.

If I love Hudson—if I let myself love Hudson—what's going to happen to me if I lose him? What's going to happen to me if this new world I find myself in won't let me have him?

I can't do that. I can't go through that again. I just can't.

The panic gets worse, my throat clogging up to the point that I can't breathe. I claw at it, try to force some oxygen in, but Hudson clasps my hands. Holds them tight, even when I try to pull away so I can claw at myself some more.

"It's okay, Grace," he says calmly, his voice warm and reassuring and right, so right. "Let's breathe in."

I shake my head. I can't.

"Yes, you can." He answers the protest I didn't even say out loud. "Come on, in with me. One, two, three, four, five. Hold it. Good. Now out. One, two, three…"

He does this several times with me, and when the panic attack passes, when I can breathe and think again, I know two things.

One, I feel more for Hudson Vega than I ever imagined I would.

And two, I can never, ever tell him.

# 88



## The Same
## Kind of Stardust

"You okay?" he asks when my breathing finally returns to normal.

"Yeah, I'm fine."

"Good." He smiles at me, even as he slides me off his lap. "I should probably get—"

I stop him with a kiss. Not one of the sizzling, burning kisses from last night but a sweet kiss. A warm kiss. A kiss that tries to show him all the things I feel inside but can't bring myself to say.

"Hey." He pulls away. "You don't have to do that."

"I want to," I tell him as I scramble back onto his lap. As I straddle his hips with my knees. As I press my body to his own. "I can't tell you what I feel, Hudson."

"It's okay," he says. But his hands are on my hips, and I know he's going to push me away.

"I can't tell you," I say. "But I can show you."

I lean forward and once again press my lips to his.

For a long while, he lets it happen, his lips moving under mine. His mouth touching, teasing, tasting.

And then he pulls back, cups my cheek in his hand, drops several tender kisses on my forehead, my nose, even my chin. "You don't have to prove anything to me," he whispers. "You don't have to do anything—"

"That's not what this is."

"Then what is it?" he asks.

Trust Hudson to ask the hard questions, to lay it all on the line just to make sure that I'm okay. That I'm not doing anything that might hurt me or might not be what I really want to do.

I'm grateful for that part of him, the part that always looks out for me no matter what. But right now, I want to look out for him. For both of us.

"I want this," I tell him, because it's easy to talk about the need that burns so brightly between us. "I want you."

This time, when I kiss him, he's all in.

And so am I, even if I can't tell him. Even if I can't yet tell myself.

This time, when his hands move to my hips, it's nothing—and everything—like I thought it'd be.

His mouth, dark and possessive.

His skin, warm and fragrant.

His hands, firm but tender in all the right places.

And his body, his beautiful, strong, powerful body, protecting me, arching against me, pressing into me, taking all that I'm offering and giving me so much more in return.

Nothing has ever felt so good.

Nothing has ever felt so right.

And when it's over, when my hands have finally stopped shaking and my heart has finally stopped racing, I realize the stardust has yet to settle. All the pieces of me and all the pieces of him mix together until it's impossible to tell where I leave off and he begins.

Until it's impossible to tell what either of us is, was, or will become without the other.

# 89

## The Big Apple
## Bites Back



Hudson and I woke up, had breakfast in bed, and lolled around watching Netflix as long as we could, but eventually he said he wanted to head back to his room and shower.

He's been gone about an hour when Macy discreetly knocks. I open the door and can tell she's trying not to be obvious—but is totally being obvious—as she checks to see if there's anyone in my bed.

I roll my eyes at her but can't help the slight blush warming my cheeks. "Hudson's in his room taking a shower."

She grins and rubs her hands together. "I am going to want *all* the details."

I turn back to the bed so she can't see my blush has turned into a full-on scarlet burn. "Yeah, that's not going to happen."

She pouts. "Fine. But when I get a mate...mum's the word from me."

"Deal." I chuckle.

She's about to plop on the bed next to me—probably to begin the best friend's rightful interrogation—when there's another knock on the door, followed by Eden calling, "Hurry up! My hands are full!"

Seconds later, Macy opens the door and Eden comes in carrying a bag of the most amazing-smelling food ever.

I jump up to take the bags from her. I have worked up a serious appetite. "Whatever you've got in here—I'll take it all."

She laughs. "It's New York, baby. Shawarma, fries, dolmas, and cheesecake. Everything a dragon needs to go into a food coma. But the vamps are on their own."

I empty out the bags on the dresser and steal a fry. Okay, a bag of fries.

Less than a minute later, Luca and Flint pop their heads in the open doorway. "God, it smells like home in here," Flint says with a happy groan. "You're my favorite, Eden."

He gives her a giant, smacking kiss on the top of her head, but she just rolls her eyes. "Who said I got any for you?"

"The text you sent me less than five minutes ago telling me to get my ass to Grace's room." He holds up his phone as proof.

"I must have had an out-of-body experience," she shoots back—right before she tosses a wrapped sandwich in his general vicinity.

Hudson catches it as he walks in the door, snagging it right out of the air in front of Flint. "Eden, you shouldn't have," he says dryly.

"Bro." Flint narrows his eyes. "Unhand the shawarma and no one gets hurt."

"I am, quite literally, quaking in fear." Hudson holds up the sandwich—in a rock-steady hand.

I toss Flint a giant piece of cheesecake. "Eat dessert first. He'll get bored with tormenting you eventually."

"You think so?" Flint asks doubtfully.

"He always gives up messing with me pretty quickly."

"That's because he doesn't want his mate to hate him," Flint argues, even as he digs his fork into the piece of cheesecake. "He doesn't care if I hate him."

"True story," Hudson agrees, flopping down next to me on the bed.

I start to offer him a bite of cheesecake—I only ever give advice I'm willing to take myself—then blush as I realize what I'm doing. "Sorry. I... forgot."

He shakes his head. "No worries." But there's something in his eyes when he looks at me, and I know that it makes me squirm in the best possible way.

"So what happens tonight?" Macy asks in between popping fries in her mouth. "Like, what do we need to wear? Are we going to be walking around or—"

Flint laughs. "Probably not much walking. But wear something comfortable—just make sure you bring a jacket."

Macy makes a face at him. "That tells me absolutely nothing."

"I know." He looks very happy with himself.

"Luca, will you please do something with your boy?" I whine.

"I've done lots of things with him," he shoots back. "So you're going to have to be more specific."

c o v e t

"Hey!" Flint looks embarrassed but also really pleased, and Macy cracks up...and so does everyone else.

Eden even says, "Niiiiice," then leans over and bumps knuckles with Luca, who looks quite proud of himself, too.

And I just watch the whole thing with a giant grin on my face. Because this is what I was saying to Nuri yesterday. This, right here, is what I'm fighting for. And what I'll die for, if I have to.

# 90

## The Sky's the Limit



"This is unbelievable," Macy says three hours later as we walk through Times Square after dusk, the sun just about to dip completely from the sky so it's lit up in dark purples and blues.

"It is," I agree, because there's something totally surreal about strolling through New York City less than a week before I graduate from high school. And not just New York City but one of the most iconic parts of the city: Times Square and Broadway.

My mom was a huge Broadway musical fan, and she kept telling me that the summer after I graduated, we'd come spend a week in New York and see *Hamilton* and *Kinky Boots* and whatever other shows struck our fancy. My being here now, so close to gradation but without her, breaks my heart just a little.

I managed to ignore it all day yesterday—everything with Hudson and Nuri helped with that—but standing here, right outside the Richard Rodgers Theatre where *Hamilton* is performed, suddenly I can't not think about it.

I can't not think about her, singing show tunes in our kitchen as she spread out her herbs and flowers all over the table and made her tea blends.

I can't not think about the fact that she won't be doing my hair for graduation in a few days.

I can't not think about how much I miss her…and how many things I want to ask her about this new world I'm living in, including *did she know.* And if she did, *why didn't she tell me?*

Most days, I'm learning to live with them being gone. But every once in a while, it creeps up on me, and this is one of those times, when the pain sinks through me like a stone hitting the water, ripples widening until they cover every part of me.

"Have you ever seen it?" Hudson asks, and I realize that I've been staring

at the front of the theater for way too long.

"No." I turn away, sweep my eyes across Times Square in an effort to find something, anything else to concentrate on.

"Hey," Hudson asks, concern replacing the lightness of his tone from just a few moments ago. "Are you all right?"

"Yeah," I tell him, because I am.

Because I have to be.

"What happens next?" Macy asks as we look out over the neon cacophony that is Times Square. Billboards stretch up the sides of buildings, flashing colors and pictures the size of small buildings. People and cars are everywhere, the sound of their voices and horns filling the street. It's organized chaos that isn't actually all that organized but somehow works anyway.

But all I can think as I look at the thousands and thousands of people crowding the area is, *How on earth are they going to be able to host a dragon festival* here?

"I think we wait for Flint to get back," Eden says as we squeeze between a hot dog vendor and a taxi driver having an argument with a passenger.

"Yeah, but how is this going to work?" I ask. "There are so many people here."

"So many," Macy echoes.

"I'm sure the dragons have something up their sleeves," Luca says. "They wouldn't bring us up here for nothing."

"I know," Macy agrees. "But where?"

We all stand in the middle of the street and look straight up—at the top of the W and the Marriott Marquis and a bunch of other buildings I haven't bothered to identify. The purples and oranges of dusk have started to descend on the patchwork pieces of sky directly above us, and I can't shake the feeling that the dragons are out there somewhere, waiting for something. I just don't have a clue what it is.

"There he is!" Luca points toward the crowded street area right in front of Junior's restaurant, and sure enough, I can see Flint wading through the crowd, a huge grin on his face.

"Sorry about that," he says as soon as he gets to us. "I got hung up helping the Court organize a few last details, but it's all good now. You ready?"

"So ready," Macy tells him. "But where is it?"

He winks at her. "Come on. I'll show you." And then he walks straight

through the door of the Marriott Marquis.

The rest of us look at one another, but in the end, we follow him through the revolving door and into the hotel.

Hudson is walking beside me, his hands shoved in his pockets like he's done this a thousand times. My eyebrows shoot up, and I whisper to him, "Have you been to this festival before?"

He meets my gaze and smiles. "But of course."

The others move ahead of us, and I turn to Hudson and grin. "You can tell me. Is the festival here?"

"Kind of," he answers, and I think he's enjoying the mystery.

"You're not even going to give me a hint?" I plead.

"Nope." He grins.

"You suck, you know that, right?" I tease.

"I've been known to," he answers with a wink.

And I have nothing to say to that. Heat creeps into my cheeks at his meaning, and I'd be lying if I said I didn't notice that things had shifted between us yesterday. In the basement, actually. We were both dancing around this thing between us, but we knew...we were headed for a reckoning soon.

We catch up to the others and take the glass elevators all the way to the forty-fifth floor, and when we get out, the entire hotel is laid out below us. I don't know if it's a money thing or a dragon thing, but they sure do like being high up.

There are no ballrooms here, only rooms, and I'm totally confused now because I have no idea how a festival could take place in a hotel room—even a big hotel room, which this is, I realize as soon as Flint swipes the key card. And when I say big, I mean *BIG*. There's an actual grand piano in the middle of the sitting room, for God's sake. You don't see that in a New York City hotel every day...or any day, really.

The suite is filled with people drinking champagne, eating hors d'oeuvres, laughing, and apparently having a fantastic time. It looks more like a party than a festival, at least until Flint brings us over to one of the huge picture windows that overlooks Times Square and asks, "Do you guys trust me?"

"No," Hudson answers immediately. "Not even a little bit."

We all laugh, and Hudson looks at us like he has no idea what the joke is. But I can see the humor lurking in the back of his eyes despite the deadpan delivery.

covet

"Well, then you're really going to hate this," Flint tells us as he puts a hand up to the glass...and it dissolves right in front of us. And out of nowhere, we're at the edge of the room, forty-five stories above Times Square, with absolutely no barrier to keep us from plunging to our deaths.

And that's before Flint steps right off the edge of the building and straight out into thin air.

## 91

Up Broadway
Is the New
Off Broadway



L uca makes a grab for him but misses and ends up plunging out the window as well.

Macy screams as he falls, and soon half the room is gathered around us, watching as Luca splays out five hundred feet above Times Square. Because he's not falling. He's just lying there, on the air, at Flint's feet.

"It's okay, babe," Flint says, reaching down to help him to his feet as the guests behind us titter in amusement. Because for no rhyme or reason that I can understand, Flint and Luca are literally walking on air.

And so are a lot of the other guests, who must decide it's time to exit the premises. Twenty or thirty of them are swarming into the air above Times Square, bejeweled champagne glasses still clutched in their hands.

Part of me wants to put it down to them being dragons, but none of their wings are out. Plus, Luca is standing there right next to Flint, and I know he can't fly.

"What is happening?" Macy asks, putting voice to the question all five of us are thinking.

"Come on out and see for yourself," Flint says. And though I'm not altogether sure I buy what he's selling, I decide to do what he says. Worst-case scenario, I start to fall—at least I have wings to keep me from plummeting to my death.

But when I walk off the edge of the hotel, I don't feel air beneath my feet. I feel solid ground.

Which is impossible, as we are literally standing in the middle of the air. When I look down, I can see people wandering Times Square. The billboards, the traffic, the lights of Broadway...they are all right there. We were standing down there just a few minutes ago and there was nothing up here. I was looking straight up at the top of this very building.

374                              c o v e t

And yet, here we are. Hudson, Macy, and Eden join the rest of us on what feels like a giant sheet of glass stretching over Times Square—and all the way down Seventh Avenue and Forty-Fifth Street as well. Because as far as I can see, people—dragons—are lining the sides of the glass streets waiting for the action to start.

It is the most mind-bending thing I have ever seen in a year of mind-bending things. But somehow, *somehow*, the dragons have harnessed enough air magic—at least I'm guessing this is magic—to hold an entire festival in the air right above Times Square and no one down below can see it.

It's genius and diabolical at the same time. And also way, hella cool.

"You've got to admit," Hudson says as he elbows Luca. "This takes balls."

"Major balls," Luca agrees.

"Who even thought of this?" Macy asks. "And how did you guys pull it off?"

Flint just grins. "You didn't actually think witches were the only ones who could harness the air, did you?"

"Actually, yes," she tells him. "I kind of did."

"I've heard the Court did this," Eden says, and it's the first time I've ever heard her awestruck in the entire time I've known her. "But I never actually believed it before now."

Flint holds out his arms. "Surprise!"

"No fucking shit surprise," Luca grumbles, but he's grinning almost as hugely as Flint.

"Want to go find a spot?" Flint asks.

"Don't you have royal duties to perform over there?" I ask, pointing to what looks like the main stage for the whole event.

"Later," he says. "I begged off initial duties so I could entertain our royal guests." He gestures to Hudson and me.

Hudson just laughs. "Sounds like a bunch of bollocks to me."

"Absolutely," Flint agrees. "But it got me out of show pony duty, so I'll take it. Now, come on. The festival is going to start in about five minutes, and I want to be able to see it."

He ushers us away from the hotel and a little farther down the block to a roped-off VIP area. It's still crowded, but not nearly as crowded as some of the other areas along the street, so we duck under the ropes gratefully.

We must make it just in time, because we've barely gotten ourselves

TRACY WOLFF

arranged behind the rope line when the music starts. At first, it's low, barely noticeable, wind chimes spinning through the air. Then it gets louder, bells and flutes joining in, and then the other woodwinds, and finally light strings as the music rolls and flirts its way through the audience, dancing on the air.

It's gorgeous—some of the most beautiful music I've ever heard—but I don't recognize it at all. "What is this?" I whisper, not wanting to break the spell it's weaving over all of us.

"It's dragon song," Hudson answers solemnly, "just in musical form."

"I didn't know that was a thing."

"It definitely is. Ask Eden or Flint to sing for you sometime. It will blow you away."

As the song grows louder and louder, soaring over us, the first performers burst onto what I'm beginning to realize is a giant parade route. Dragons in human form perform aerial acrobatics, tumbling and flying, twisting and weaving ribbons around themselves as they twirl their way down the street. Elaborate makeup on their faces, dressed in colorful leotards with gauzy skirts and overshirts, they epitomize a delicacy I didn't realize dragons were capable of.

As they move farther down the parade route, the music changes—gets louder, more demanding, more powerful. And just as it reaches a crescendo, dragons launch themselves off the tops of the highest buildings all around us and come hurtling straight toward the center of the street.

Lightning sizzles through the sky while fire and ice shoot out in all directions. The dragons race down the glass street, then soar high, high, high above us, only to perform incredible dives and twists and somersaults as they race back down at death-defying speeds.

They do this over and over again, each dive getting more dangerous than the one before it. Then the music changes again, back to the light, ethereal sound of the very beginning. But I can't place the instruments in this song, and as the dragons come into view, I realize why. They are all female, all in human form, and they are singing...this is the dragon song that Hudson mentioned before, and it is so beautiful that it has tears forming behind my eyes.

"You're right," I whisper to him, and my voice breaks just a little bit.

He smiles at me in return, and it's a soft smile rather than his usual sharp ones. And though I worked hard to bat them away, he must see the remnants of unshed tears in my eyes, because he wraps an arm around my shoulder

and pulls me into the shelter of his body.

"This is incredible," Macy says as the dragon singers move farther down the line.

"I know," I tell her. "I've never seen anything like it."

But then more dragons drop down onto the parade route. Big, strong, powerful, they send wind whipping through the audience, fire dancing along the edges of the ropes holding us back from the course.

One dragon shoots a ball of fire in our direction, and I gasp, rear back from it, but Flint just laughs. Right before another dragon scoops it out of the air, turning the fire into a large ring. Soon there are a dozen rings of fire lined up in the center of the street, one right after the other, and the dragons take turns flying through the circles as they get narrower and narrower.

After them come the younger dragons, small boys and girls walking the parade route in human form as they throw handfuls of gems and gold coins at the audience.

I half expect people to rush one another for them—God knows, humans would trample one another trying to get a diamond the size of a baby's fist or a sapphire so blue that it nearly looks black—but the dragons seem to take it all in stride, as if they know that everyone who wants something is going to get it before they leave.

More dragons fly by after them, lightning crackling across the air right above us. It's powerful lightning, loud and bright, and I can't help glancing down to see if the people below us have seen or heard anything. But not one of them is looking up at all—it's like they really are alone down there, with nothing but sky above them.

After the lightning dragons zip by, fireworks start going off above us—as big and bright as the ones last night over the Hudson. I figure they mark the end of the show, but then in the middle of all the exploding fireworks, an array of golden dragons comes racing down Seventh Avenue faster than I ever dreamed it was possible to fly.

They get from one end to the other in what feels like a blink of an eye; then they come back and do it all over again—this time tossing what looks an awful lot like a Ludares comet back and forth between their claws.

They're moving so fast, flying so straight, throwing so hard that I barely see the blur of the comet as it leaves one dragon's claw and is scooped up by the next. Back and forth, back and forth, back and forth they go, whizzing

T RACY   W OLFF

the comet among them like they're in the Ludares game of their lives.

"Who are they?" Macy asks, her voice breathy with excitement as the golden dragons turn around and come back for one more lap over the street.

"Those are the Golden Drakes," Eden says, and it's impossible to miss the awe and respect in her voice as she talks about them. "They're the most highly trained dragons in the world and they travel all over, putting on shows and helping train other dragons."

"The first Golden Drake squad came together more than a thousand years ago," Flint tells me, and there's a similar reverence in his voice. "Back when Ludares was more than a game kids played. Back when playing it decided not just who sat on the Circle but who lived and died. The dragons gave their best flyers to the squad to be trained and, slowly but surely, they helped us come out of hiding and poverty. They helped us regain our status and become the Dragon Court who can do all this."

One more time, the Golden Drakes loop around, and when they shoot straight down Forty-Fifth, they do it so fast that they break the sound barrier—a giant sonic bomb echoing forth from the end of the street, so loud and obvious that even the humans down below jump and start looking around for what possibly could have caused it.

The rest of us burst into cheers and applause that last until a whole new set of fireworks starts exploding over our heads, so fast and intense that they light up the whole street and make it look like the sky itself is raining gold.

# 92

Everything's
Up in the Air

When the show finally comes to an end, Flint goes to work on the receiving line with his parents—it's an exhausting job, one where he, Nuri, and Aiden stand on the official dais greeting everyone who wants to meet or talk to the royal family. He says it will probably take the rest of the night and encourages us to go out and explore the festival.

Luca goes with him—big surprise—so the rest of us wander down glass Forty-Fifth Street to see what we can find.

The answer is a lot.

The reason the parade route went straight down Seventh Avenue is because Forty-Fifth Street is lined with dragon booths selling everything from claw trimmers to fire enhancement pills. While we have no need for the above-mentioned things, we do find a ton of fun stuff to window shop, try on, and/or buy.

Hudson discovers some old vinyl that he insists he needs for his collection—N.W.A.'s *Straight Outta Compton* and Paul Simon's *Graceland*. Macy picks up some dragon's breath candles, and Eden buys a couple of leather cuffs for her wrists that she totally falls in love with.

I don't find anything that I can't live without until we run across a caricature artist. Then I beg and plead with all three of them to sit with me and finally—finally—they agree. The drawing takes about fifteen minutes, and when it's done, my heart jumps to my throat.

Hudson is portrayed as a kind of paranormal band manager, his hair extra spiky and his fangs extra long, while the three of us are shown as his girl group. Macy's in the front, her eyes big and soulful as she croons into the microphone. Eden is on her right, blowing into a saxophone and staring out of the page with suspicious eyes so much like hers that I can't help but be impressed. I, on the other hand, am shown shaking a tambourine. But instead

of looking out at the audience, I'm looking up at Hudson with seductive eyes... and he's looking right back.

Macy and Eden laugh over the caricature, but Hudson is as quiet as I am about it, which makes me even more self-conscious. In the end, I roll it up and stick it in my bag for later. After all, the whole point of it was to have a fun memento of the night—nothing more, nothing less.

Flint texts us after about two hours, telling us that he's still stuck and giving us information about different places along both Forty-Fifth Street and Seventh Avenue where there are access doors back to the street. But we end up following the dragon festival all the way down Broadway to Flint's building, which is about three miles total. We don't mean to go that far, but it's so much fun walking around, checking out the booths, being normal people upon whom the fate of the world doesn't rest, it's impossible to resist.

When we get to the airspace in front of the Dragon Court, we find a DJ and a dance floor of sorts set up right outside of it. It's loud and crowded and colorful, and it looks like a lot of fun. But we're all thirsty after the walk and the snacks we bought along the way, so we grab one of the pop-up high-tops near the building and sit down for a few minutes to grab some water and watch what everyone's up to.

About ten minutes after we get our drinks, I notice that Macy keeps shaking her shoulders and tapping her feet like she wants to dance. The old Macy—before Xavier—would have just jumped up and run out onto the dance floor without thinking twice. The new Macy is more cautious, less adventurous, and though I love her dearly, or maybe because I do, it makes me really sad.

I'm about to get up and ask her to dance when Hudson beats me to the punch. Macy is surprised but happy as she lets him lead her to the dance floor.

They pick a spot not that far from Eden and me, so I can't help watching them. Can't help seeing how good Hudson is with Macy, how careful he is and how warm and genuine. It's amazing to me that even after all he's been through, after everything he's suffered, he's managed to come out of it all a really nice guy.

I mean, yeah, he's acerbic and sarcastic and he's definitely grumpy sometimes, especially when he thinks I've done something to deliberately offend him. But when I see him taking care of Macy, trying to cheer her up

c o v e t

just because being sad sucks, I can't help but think how amazing he is. He's had a pretty shit life—I think anyone who knows him can agree to that—but instead of getting hard and heartless, he still remembers what it feels like to hurt, and because of that kind of empathy, he makes sure he doesn't do anything to hurt others if he can avoid it.

It's hard not to respect that, harder still not to fall for it at least a little bit. And when he grins down at her and laughs, I feel it all over my body.

"He's an asshole just on the surface, isn't he?" Eden asks, and I realize she's watching Hudson and Macy nearly as intently as I am.

"Actually, I don't think he's an asshole at all." Especially when he's beaming down at Macy like a proud older brother. Or when he's laughing at himself like right now, when the opening notes of the "Cupid Shuffle" start playing, and she's trying to teach him what to do. "Distant, yeah. An asshole, no."

Now Macy's laughing, too, really laughing, for the first time in a long time. And that's when it hits me. Hudson is as big a pushover as I am for the people he cares about. He just hides it better.

As the whole dance floor lines up and starts doing the Cupid Shuffle, I grab Eden's hand and say, "Come on, let's go."

I figure she'll argue, but she's grinning as largely as I am as we run for the dance floor. Macy and Hudson hold out hands and we line up right next to them, just in time to move "to the right, to the right, to the right…"

We're a mess. An absolute mess. Half the time, Hudson is going in the wrong direction, and when he isn't, Eden's kicking backward instead of toward the front, and it doesn't even matter. Macy and I try to keep them in some semblance of order, but by the end, they're just kind of doing whatever the hell they want to, and it's awesome.

When the song ends and Niall Horan's "Slow Hands" starts to play, we pair off naturally, and suddenly I'm in Hudson's arms. And I realize I have been thinking about it all day, have been thinking about him all day, all week, all month, even though it's the last thing I ever expected to have happen.

And when he looks down at me with those bottomless eyes of his—so deep and blue—there's nothing I can do but melt.

Nothing I can do but burn.

Even before he pulls me closer. Even before he presses his long, lean, hard body against mine. Even before he moves us across the dance floor, and

it hits me as I look down…

"We're dancing on air," I whisper as another wave of heat moves through me.

He grins even as he pulls me closer and spins us across the dance floor. "Now you know what it feels like."

"What what feels like?"

"Being next to you."

Everything inside me stills at his admission, and I move even closer, wanting, *needing*, to feel all of him against all of me.

Hudson must feel the same way, because his arms tighten around me and he's lifting me up, up, up, until our faces are on the same level and we're pressed together from shoulder to hip to thigh.

"Hi," I whisper as his mouth hovers inches away from my own.

"Hi," he answers as I instinctively lock my legs around his hips.

He shudders, his eyes darkening—his pupils blown out—until I can barely see the blue at all.

"The whole world disappears when you're near me, Hudson," I whisper on a shaky breath. "Are we alone?"

He growls low in his throat at my question, at the aching need trembling between us. "Not yet."

Everything inside me goes quiet all at once, like my whole being is holding its breath, waiting to see what he'll do next.

And just like that, we start to move, fading through the air, down the access ramp, then up the stairs to my room, in that quiet, perfect space between one breath and the next.

# 93



### Existential Crises Aren't All They're Cracked Up to Be

The next morning, the six of us spend the day in New York out of necessity rather than a desire to hang around and give Nuri a chance to take another swipe at us. But Luca and Hudson have both been imbibing human blood since we got here—Hudson more than Luca, obviously—and that means we can't travel until it gets dark.

Eden and Macy take advantage of the time by riding Eden's new Ecosse all over the city while Flint and Luca have a command performance with Aiden and Nuri—the king and queen want to check out the new boyfriend one-on-one, which seems fair.

That leaves Hudson and me to hang in my room all day, watching movies and talking about anything and everything. In my life before Katmere, I was a huge reader—I haven't had time to read much of anything since half the paranormal world painted a target on my back—but it's nice to lay in bed and argue with Hudson about Hemingway (total misogynist, I don't care what he says), Shelley (Percy, not Mary: it doesn't matter how brilliant you are if you're also a total asshole), and Hudson's undying love for the French existentialists (nothing could possibly be as bad as they think *everything* is).

"Seriously, if nothing matters, why do they have to spend so much time whining about it?"

"I wouldn't exactly call it whining," Hudson tells me, and I can tell I've struck a nerve. This *is* the boy who passive-aggressively read *No Exit* when he was trapped in my head and angry with me for kissing his brother.

But I'm not about to give in on this one. "'Anything, Anything would be better than this agony of mind, this creeping pain that gnaws and fumbles and caresses one and never hurts quite enough,'" I tell him, quoting Sartre with a roll of my eyes.

"Okay, so maybe that one is a little whiny." He laughs. "But they aren't all like that."

"'It is certain that we cannot escape anguish, for we are anguish'?" I shoot back. "Keep defending him. I can do this all day."

Hudson holds his hands up in the universal gesture of surrender. "You win. Maybe I just had a lot to be whiny about before."

"Before what?" I ask.

He doesn't answer, just kind of shakes his head. But he's watching me with soft eyes, and I know exactly what he's not saying. *Before me.*

And I don't know what to say to that, so I don't say anything. I just lean over and kiss him and kiss him and kiss him, until Flint knocks on the door an hour later and says that it's time to go.

My stomach twists, and I feel my familiar anxiety returning. We've been living on borrowed time, and it's finally catching up with us. Hudson and I decided not to ruin anyone's time in New York with discussions of prison or the Crone. We'd finally told everyone what Nuri had shared while eating dinner before heading back to Katmere.

So why did I have a gnawing pit in my stomach, thinking that we'd waited too long?

We've barely walked through the door back at Katmere before Jaxon jumps down four flight of stairs and lands at our feet.

"Dramatic much?" Hudson asks as Mekhi comes down the stairs at a much more sedate pace.

Jaxon just bares his teeth in a not very close facsimile of a smile. "I talked to Delilah for you, but if you'd rather not hear what she has to say, I can go back to my room."

"*I'd* rather not hear," I mutter under my breath.

But there is no *under your breath* when vampires are around, and Hudson gives me a look. "Don't judge her until you know everything."

"What *she's* endured," Jaxon mocks—which is essentially what I'm thinking, but not about to say.

Hudson ignores him, speaking to me instead. "I won't defend her. She made her bed when she chose Cyrus. She couldn't leave, but she protected me as best she could. She's endured a lot more than you'll ever know."

"As have I," Jaxon sneers at him, tilting his head so that his scar stands out in stark relief against his cheek. "And I don't have time to think about

everything she's done for *you*. I'm too busy remembering how willing she was to destroy me because of you."

Hudson's eyes go to the scar, but he still looks like he wants to argue more. I put a hand on his elbow, hoping against hope that he won't. In the end, though, all he says is, "What message did she send?"

"'Appear weak when you are strong.'"

"Okay, thanks for that." Hudson sighs as he wipes a tired hand down his face. "Can you just tell me what she wanted me to know so we can get to bed?"

"That's it," Jaxon says, and his eyes are nothing but black pits as he repeats, "that's *all* she said."

"That's it? A quote from *The Art of War* was worth demanding your presence at Court?" Hudson asks.

And I have to laugh because he seems so astonished by the whole thing—not just that his mother sent him an odd quote but also at the very idea of deliberately appearing weak. I don't think he could if he wanted to.

"I'm not impressed." Hudson shrugs. "It seems a lot like a BS message to me." His deliberately avoiding looking at Jaxon makes it obvious he thinks his brother is trolling him.

But I don't believe Jaxon would do something like that. The fact that he's gone to Court twice and dealt with his mother both times says everything about how much he wants to help Hudson, no matter what he says.

"I don't think so," I tell him, stepping between them in an effort to lower the tension emanating from them both. "I think maybe it means that she's trying to look weak at the moment, so your father doesn't realize that we're all working against him—including her."

I choke a little bit saying that last part, but maybe Hudson's right about her. *Maybe.*

Jaxon snorts and Hudson narrows his eyes, but neither of them says anything to the other.

"Besides," I continue, "if nothing else, you can ask her when she comes to graduation in a few days."

As soon as I say the words, I know they're a mistake. Even before Hudson's eyes darken at the idea of his parents coming to Katmere—or, namely, his father.

Jaxon reacts just as badly, saying, "Lucky us," then moves back toward the staircase. "Now that I've delivered the message, I'm going to sleep."

TRACY WOLFF                                    385

"You can't," Luca pipes up for the first time. "We just came back to shower and get some food. We're heading back out again in an hour—we've got to beat the sun."

Jaxon narrows his eyes at him, like he's thinking about what it would feel like to rip Luca limb from limb. Luca holds his gaze for a couple of seconds, then drops his eyes. I don't blame him.

This Jaxon is impossible to defy.

But Mekhi steps forward after a few seconds and asks, "Where are you going this time?"

Now that the tension between the two brothers has been broken a little bit, the others move closer. "We have to see a witch about the prison," Flint tells him. "My mom thinks she might be able to help Hudson escape." Jaxon seems to not care much about freeing Hudson from prison, if the *and?* look he sends Flint is any indication. "Okay, so forget Hudson. I think we can all agree, we need the Crown now more than ever to stop Cyrus. The vampire queen is sending *coded messages*." Flint's eyebrows go up in a *can shit get any weirder* look.

Jaxon sighs and turns to me. "A witch? What witch?"

"Nuri called her the Crone," I say. "She said no one had seen her in a really long time but that she helped build the prison and might have some advice for us."

"And what, we're just going to run off and trust some witch because Flint's mom told us to?"

"Hey, it's no more illogical to trust a witch than it is to trust a vampire!" Macy tells him indignantly.

He gives her a dark look. "Are you under some delusion that *I* trust vampires?"

"We've got to trust somebody," I tell him.

"And you think someone called 'the Crone' is the one to start with?"

"You don't have to come," Hudson growls.

"Oh, I'm coming," Jaxon snaps back. "God knows you're going to need someone to save your asses when everything goes south."

"Why do you think it's going to go south?" Eden asks.

"I think the more appropriate question is, how the hell can you possibly think it won't?"

# 94



## All That's Sugar
## Is Not Sweet

I've got to hand it to Nuri—the coordinates she gave us for the Crone's house are right on, even though we all doubted her when we looked them up because according to Google Maps, there's nothing here. Still, we decided to take the risk anyway.

And yeah: Nuri 1, Google 0.

Since Macy had never visited this witch, and we didn't want to risk asking Uncle Finn, we couldn't build a portal and had to ride on the backs of Flint's and Eden's dragons. It was a cold and long flight, but at least it gave me a lot of time to think.

Hudson spent an hour trying to talk us out of going, insisting the Crone was going to ask for a price he would never let us pay to save him. But I couldn't think of any other way. Cyrus was going to get him into that prison one way or another. My guess was that the real reason for the warrant was Hudson was too powerful to be left on the chessboard for what Cyrus had planned next. And even though we hated to admit it—Cyrus *is* planning something. We absolutely cannot afford for him to take Katmere.

So yeah, we need the Crone to save Hudson and me from a lifetime in a torture prison. That's definitely a win in my book. But maybe getting lucky enough to free the blacksmith, then free the beast, and get the Crown to stop a war seems like a win-win-win-win. No matter the cost.

I shiver, and Hudson tightens his arms wrapped around my waist.

He leans forward and says in my ear, over the rushing wind, "It'll be okay."

I nod and briefly squeeze our mating bond.

This is a conversation I can't have with him. For once, Hudson is refusing to face something—which should be my first clue as to how badly he thinks this trip is going to end. But we need to figure out what cost is worth a way to get out of prison. What would I be willing to sacrifice to save him?

*Anything.* The answer skates along my nerves—which should be *my* first clue as to how bad this is really going to get. I glance around at all my friends, though, and realize my answer would be the same for any of them. This is my family now, and I would protect them no matter the cost.

We circle the island once, just to get the lay of the land. Not that there's a lot to observe, save the giant house smack-dab in the middle of the island. And, to be fair, calling the place a "house" is a little like calling a five-star hotel a Motel 6. It's a full-on mansion out here in the middle of the Pacific Ocean.

I'd like to circle a few more times, try to figure out exactly how we want to approach the house—I'm a little gun-shy after that whole experience with the blacksmith's wife. But we've been racing dawn across the horizon, which means Hudson and Luca are almost out of time. At least Macy can make a portal back to school when we're done here.

Flint and Eden drop down first, while Jaxon pulls up the rear. It's pretty obvious that it annoys Hudson that Jaxon can just "float," while he has to ride on Flint's back. Normally, he would fade, but even Hudson Vega hasn't figured out how to run across the ocean quite yet. I'd offered to ride as well, and that seemed to make it better. Honestly, I just didn't think my upper back muscles were strong enough for a transpacific flight just yet, and I worried I'd slow everyone down.

Hudson doesn't say anything to Jaxon, though, as we stand looking up at the house. But I'm pretty sure that has more to do with the house than any actual restraint on Hudson's part when it comes to his younger brother.

"It's not just me, right?" Eden asks. "You all see it, too?"

"It's hard to miss," Mekhi agrees, and his eyes are wider than I've ever seen them.

"What exactly do you call this kind of architecture?" Flint asks, looking at Macy as he does.

"Why are you asking me?" she says. "Do I look like someone who would live in a house like this?"

"So it's not, like, a witch thing, then? You don't all live in houses like this?" Luca lifts his brows.

"I live in a castle, thank you very much. The same castle that all of you live in, by the way, in case you've forgotten."

"Yeah, but it's a choice, right?" Flint continues, eyes cataloging every detail of the house's exterior. "You don't just accidentally build a house that

looks like this."

"Do you think she has an oven?" Mekhi asks. "Should we be worried if she has an oven?"

"I'm pretty sure she has an oven," I tell him. "Most people do."

"Maybe she prefers the grill," Hudson suggests dryly.

"Is that a thing?" Flint queries, looking wildly among us. "Grilling?"

"You're awfully squeamish for a dragon," I tell him.

"What does that mean?" he demands, voice high with obvious insult. "It's not like I fly around campus barbecuing local wildlife with my flames."

"I'm thinking pizza oven myself." Jaxon picks up the previous conversation thread without so much as batting an eye. "I think I saw a big one in the back when we were circling."

"In that case, let's go," Eden says, starting toward the front door. "Those things get really hot, so at least we know it will be quick."

"Like, how hot?" Mekhi asks as he follows her down the flower-lined walk.

"Did anyone ever decide what they call this kind of architecture?" Flint asks again as he gapes at the ribbon-bedecked light poles lining the edges of the lawn, each one with a different colored light bulb shining from the top.

"Gingerbread house?" Eden snarks.

"More like gingerbread mansion," Hudson tells her as he takes the stairs up to the front door.

"Gingerbread villa?" I suggest as I climb up right behind him.

"Gingerbread ski lodge," Luca says definitively. "On a tropical island."

"Which makes her what?" Flint muses.

"Architecturally challenged," I whisper as we finally make it to the front door.

"Is it too early to knock?" Macy asks. "I know we need to get Hudson and Luca out of the sun, but what if she's asleep?"

"I'm not asleep," says a light, melodious voice directly behind us.

We whirl around to find a tall, beautiful woman in a long floral dress watching us. She's carrying a basket filled with flowers and herbs over her forearm.

"The hour before dawn is the best time to gather up ingredients for my potions," she says as she dances up the stairs on her tiptoes even as she looks at each one of us in turn. "But I came back early when I saw you land."

"We're sorry to disturb you," Macy says in her sweetest voice.

T RACY  W OLFF

"It's nothing. I've been wondering when you would come." She waves one elegant, lavender-fingertipped hand, and the double doors that lead into the house swing open. "Come on in, and I'll make you all a cup of tea."

It's the invitation we've been waiting for, but I can't help wondering if this is actually the woman we came here to meet. This can't be the Crone. I was picturing a stooped old woman and instead...she looks like a Greek goddess. Long, flowing hair, perfect porcelain skin, bright-blue eyes that seem to catalog everything about us.

But there's no way to find out unless we follow her inside. And even then, I'm not sure. What are we supposed to say? *Excuse me, but are you the Crone?* It seems pretty freaking rude, really. Especially when we came to ask for her help.

She leads the way through the door, her long hair blowing behind her in the wind. Flint follows her in, then Eden, Hudson, and me. But when Jaxon starts to walk in, she whirls around and shouts, "No!"

He freezes, nearly bouncing off the invisible barrier her refusal slams down in front of him.

"Is something wrong?" I ask. "That's Jaxon Vega. He's—"

"I know exactly who he is," she tells me. Her gaze slides to Hudson. "And who he's related to here. But I do not allow soulless creatures to enter my abode."

"Soulless?" I repeat, totally confused at this point. "He's not soulless. He's a vampire, just like Hudson—"

"I'm sorry, but those are my rules." Her blue eyes are laser bright when she turns them to me. "You and whichever friends would like to join you may stay inside with me while he stays outside. Or you may all leave. But do hurry and decide. I have flowers to process."

She walks through a living room fit for a European palace and places the flower basket on the coffee table before turning back to me. "What's it going to be, Grace?"

"You know my name?" I ask.

She arches one perfect brow but doesn't answer me.

The truth is there's only one possible answer to her question—we have to accept her choice and leave Jaxon outside, no matter how bizarre and unfounded her accusation is.

"Of course we want to stay," I tell her, even as I shoot Jaxon an *I'm sorry*

look. The others still seem confused, but they don't argue. They know just as well as I do how stuck we are.

Jaxon—who doesn't seem outraged at her assessment, merely resigned—walks over to one of the two porch swings and sits down on it, stretching his long legs out in front of him as he starts to glide back and forth. As he does, he makes sure not to look anyone in the eye, and I feel awful for him.

He's got a total poker face, but I know this boy, and it is obvious to me how much her baseless accusation actually bothers him. What surprises me is that he hasn't said a word to defend himself.

The others must feel the same way, because it's clear they're torn whether to stay with Jaxon or with me.

In the end, Mekhi and Eden choose to head outside with him, and I know Luca would choose the same thing if he didn't *have* to be out of the sun. Macy, Flint, Hudson, Luca, and I stay in the house.

Once that's decided, the double doors close behind us, and the witch gestures to the two pearl-gray sofas she has in the middle of her living room. "Take a seat. Please."

Once we do as she "requests," she walks over to the bloodred chair to the right of the sofas and sits down, looking for all the world like a queen holding court.

Seriously, Nuri and Delilah have nothing on this woman in terms of royal affect, and I can tell by the way that the two princes in the room shift in their seats that they recognize it, too.

"Would you like something to drink?" she asks, her melodic voice ringing like bells through the air now that everything about this situation is arranged exactly as she wants it to be.

I'm actually really thirsty—it was a long flight, and I ran out of water bottles somewhere near Hawaii—but I'm not taking anything this woman has to offer until I can get a better read on her. Because to me, her sweetness seems more saccharin than sugar, and I'm really not enjoying the aftertaste.

# 95

## Love, Hate,
## and All the Grace



"Actually, we're good," Flint tells her after a few awkward moments. "But thank you."

"So be it." She snaps, and a glass of lemonade appears in her hand. She takes a long drink, eyes on us the whole time—whether because she doesn't trust us or because she's mocking us for not trusting her, I don't know. But when she finally lets go of the glass, it hovers next to her in midair.

"So tell me, my darlings. What secret do you come here to uncover?"

"I don't think it's so much a secret as a solution." I shift uncomfortably, trying to gauge whether to jump right in or whether to lay our request out slowly. It's a lot, and she has no reason to help us other than the goodness of her heart…a goodness that is already quite suspect in my own mind.

But before I can decide what I want to say next, she looks me dead in the eye and trills, "Everything's a secret, Grace, whether we know it or not."

Then she takes another sip of her lemonade before once again leaving it to hover right next to her. "You know, I've found myself thinking about an old story several times over the last few weeks. I haven't been able to figure out what brought it to mind or why it's continued to linger in the forefront of my memory. Normally, stories show up for a little while and then flit away on the morning breeze when they realize I have no one to tell them to, save my flowers. We are a little isolated out here, aren't we?"

For just a moment, there's a sharpness to her words, but then it disappears so quickly that I think I must have imagined it, especially when the others have no reaction to it.

"But now you're here, and I realize the story must have been waiting for you all along." She locks eyes with each of us in turn. "So I ask that you indulge me in a trip down memory lane, if you don't mind."

"We don't mind at all," I say and smile. "In fact, I think we'd really like

*c o v e t*

to listen to whatever stories you want to tell us."

"All that power, and diplomacy, too. Aren't you a pleasant surprise, Grace?" Her smile is slow and wide, but it definitely doesn't reach her eyes. Which I guess is fair, considering I'm fairly certain mine doesn't, either.

Hudson doesn't like it, though. I can tell from the way he tenses beside me, his body angling toward mine just a little bit, as if preparing to block anything that comes at me—including the Crone.

But she just settles back against her chair with a satisfied smile and begins. "Once, a long time ago, magic sang in the wind that whistled through the trees. It played tag in the waves that kissed the shore and danced in the flames that burned to make the earth grow richer and even more benevolent. It was beautiful and lonely, and it is into this world of unleashed power—so different from the one we now try so desperately to understand—that two children were born."

Her eyes burn brighter and brighter—*she* burns brighter and brighter—as she lays the groundwork for the story, until her entire being seems lit from within. "The children were sisters, twins in fact, born of two deities, Zamar and Aciel, who loved each other so much that they wanted to have a child. But the universe requires balance, and so they had two daughters, each a different side of the same coin. Unfortunately, on the night of their birth, Zamar died and became the very light and warmth that every creature on this strange new planet would bask itself in. Aciel was devastated at the loss but vowed to raise the girls with all the care and support that the other deity would have given them."

She pauses to shove her heavy curtain of hair away from her eyes, and as she does, the early-morning light catches it, and I realize that it isn't the light brown I assumed it was after all. It's actually every color—red and blond and brown and black and silver and white all mixed together in a waterfall of color that feels infinite in a way I can't describe.

She notices me noticing and preens a little, combing her hands through her hair so that the light catches it at the best angle. And I have to fight a grin, because she may be powerful, but she's also vain as fuck. I make a mental note that this might be able to help us later, then wait patiently for her to continue the story.

"Aciel loved the girls equally and always told them that they were born to bring balance to the universe, that their power was so great that it couldn't

and shouldn't be contained in one person. 'Power,' they were told, 'always requires a counterbalance. You cannot have strength without weakness, beauty without ugliness, love without hate.'" She takes another sip of her lemonade before adding, "Good without evil.

"And so the sisters were raised in this world they both loved and hated, this world that took Zamar from the girls but also gave them back every day from the moment the sun came up until the time that it went down. They grew under this sun, learning and loving, failing and flourishing, until one day they were old enough."

She pauses again, lets that sink in as she takes a long, slow sip from her drink. I've never heard any part of this story, but I've read enough to recognize a creation myth when I hear it, and I'm dying to get to the good part. Dying to know who created what and why and how this fits in with what we've come to ask her—or even if it fits in at all.

And I've got to say, the Crone knows how to work a room, because we are literally on the edges of our seats, the others with looks of serious interest in what she's saying on their faces, almost as if parts of this myth aren't as unfamiliar to them as they are to me. Not that that's a surprise—the longer I'm in the paranormal world, the more I realize how many things are different from the human world. Is it really such a stretch that their origin myth—their belief system—would be different, too?

Though I am surprised that I've been here this long without recognizing that fact. Then again, I basically hibernated through my culture's most famous holiday last year...

"Old enough for what?" I ask when it becomes obvious that she is stretching the silence out because she *wants* someone to ask.

"Why, to name themselves, my dear. You see, Aciel couldn't do it. To bestow a name on someone is a sacred ritual and with the other deity's passing, the two girls would not be named until they were old enough to perform the rite themselves.

"And so Cassia and Adria were born."

The sisters' names go through the room like a lightning strike, fast and bright and all-encompassing. And as the others nod like this part, at least, is old hat, I realize I *have* heard parts of this story before—in my history class and my magical laws class, though references were always done in passing.

The Crone not only recognizes our own knowledge of the names but she

covet

seems to bask in it, her voice growing more and more animated as the story goes on. Her smile even loses its sharpness, becomes warmer and less guarded.

"Many cultures know of Cassia and Adria—though they call them by different names—and many the universe over love them for their sacrifice and their benevolence. Adria loved order so much that she created laws to govern the universe that the sisters both adored and despised. Then she created humans and declared them the perfect creation."

The Crone snarls a little at this, like she can't believe anyone could have the nerve to call humans perfect. And while I'm a paranormal now versus a regular human, the girl who was raised in the human world for seventeen years of her life bristles a little at the animosity, even as I acknowledge that a lot of it is completely justified. After all, look what we've done to Adria's planet...and to one another.

"Cassia, on the other hand, loved chaos and—not to be outdone by her perfect sister—created paranormal creatures and declared them flawless as well." She smiles kindly at us. "And here you all are, children of Cassia's love and imagination."

She pauses like she expects us to thank her, but no matter who the Crone thinks she is, I have a hard time imagining she's one of the two goddesses in a millennia-old creation myth. Call me skeptical, but it's a little hard to believe—even in a world where vampires and dragons walk the earth.

"But from the moment they were created, humans and paranormals have been at odds," the Crone continues a little abruptly when a wave of adoration doesn't immediately come her way. "And so Cassia and Adria watched as their beautiful creations went to war. Humans, who believed in order, tried to tame the universe. They set rules for everything and gave everything a place in the order of things. Paranormals, on the other hand"—she shakes her head like a benevolent mother who will never understand her children—"have never flourished in order. They like to fight, like to sow discord and havoc wherever they go.

"This angered Adria, who was furious at the way her children were being destroyed by the children of chaos." She looks particularly hard at Hudson, as if vampires—and he in particular—are responsible for everything bad that's ever happened in the world. "Seeing her creation being destroyed broke Adria, and she poisoned the Cup of Life that was meant to nourish her sister and her. It was the cup that would allow them to travel through realms and

continue creation in them all."

She shakes her head at Adria's wickedness. "And when Cassia, the goddess of chaos, went to drink from the cup, she was immediately poisoned and fell to earth as a demigod, her powers half of what they once were. Adria felt bad for her sister but felt righteous in her decision to protect her creatures and the order necessary for all to flourish. Except the silly goddess forgot one very important thing."

She pauses dramatically, even goes so far as to drain the rest of her lemonade in one long sip.

Macy is on the edge of her seat now, her hands twisted in her own dress as she all but wills the Crone to continue. "What happened?" she finally asks when the Crone doesn't continue fast enough for her. "What happened to Adria?"

"She forgot the most important advice Aciel had given her. The universe requires balance in all things—and she paid the price."

"What price did she pay?" Flint asks, and he, too, looks like he's dying to know what happened.

"And what happened to Cassia?" Macy asks. "Was she okay?"

"Adria fell to earth, too, as a demigod stripped of some of her most important powers. For what befalls one sister must always befall the other—to maintain balance. It is the oldest magic in the universe." She shakes her head as though sad the sisters had forgotten this lesson and what was to happen next. "And Aciel, who had loved and adored them their entire life, abandoned them. They said it was only until they learned their lesson, that once they learned how to get along—how to balance chaos and order—they would come to get the twins."

Her voice trails off as she looks past us and out the large glass picture windows at the back of the room. "But that was a long time ago," she finally whispers. "And Aciel has never come back for either of them.

"And so, the story goes, Cassia and Adria are trapped on this earth to this day, forced to watch as generation after generation of paranormals hunts generation after generation of humans and vice versa. Both sides constantly fighting, refusing to compromise, unable to live in any kind of harmony or balance—just like the sisters who created them."

Her voice hitches just a little and she pauses, blows out a long, slow breath, as if telling this part of the story physically hurts her. Eventually, though, she

continues in little more than a whisper. "As fights continued between the two creations and resulted in the First Great War, both sides pleaded with their creators to choose a side, so that finally they could live in harmony—even if that meant wiping the other side out of existence altogether.

"And so Adria began to help her beloved humans, training them in the way of hunting and destroying paranormals once and for all. They destroyed lives, ravaged whole villages of paranormals, brought some of the species to the brink of extinction, but still the paranormals wouldn't yield. Still they continued to fight the humans until a devastating chaos reigned over the world."

She pauses for a moment, her gaze skimming past everyone else and focusing on me alone.

Her eyes are super freaky now, glowing so brightly that they hardly seem real. Tension grows in the room as she stares at me, and shivers work their way down my spine. Even before she says, "It was into this chaos, this disorder, these extremes of love and hate, that you—that all gargoyles—were born."

## 96

### Balance Beams Aren't Just for Gymnasts... But They Should Be



**M**y whole body flashes from cold to hot to cold again as her words sizzle on my skin and skate along my every nerve ending.

I've tried to remain unaffected by her dramatics, tried to act like the story of Cassia and Adria wasn't nearly as fascinating as it is. But she's got me with this one—and the satisfied smile on her face as her eyes return to semi-normal says she knows it.

This is what I've been looking for in all those books. This is the origin story of gargoyles that I haven't been able to find anywhere.

Hudson must sense my excitement, because he slides his hand across the small amount of couch cushion between us and wraps his pinkie around mine. A whole different kind of nervous energy slams through me at the first brush of his skin against mine.

When he uses his pinkie to gently squeeze mine, I squeeze his right back. And am shocked by the amount of heat that small interaction sends spiraling through my entire being.

As if sensing she's lost my attention, the Crone clears her throat several times. Only when all five of us have refocused our attention on her does she finally begin this latest iteration of her story.

"Though the deity had left Cassia and Adria to suffer alongside their creations, Aciel had not forsaken them completely. And so, upon realizing that the world and creatures created by the daughters might never find balance—which would leave them trapped on earth forever—Aciel gifted them with a creation of their own. Gargoyles."

She gives me an eerie smile, the one that has the hair on the back of my neck standing up straight. In response, I can feel something deep inside me stirring, coming to life. At first I think it's my own gargoyle, responding to the rapid changes in my body as I try to absorb all the information the

Crone is giving us.

But then I hear his voice deep inside me. I haven't heard it for weeks, but I recognize it the moment he starts to talk.

*No*, he tells me. *No, no, no. You need to go.*

*It's okay*, I tell the Unkillable Beast, who is somehow managing to talk to me despite the distance between us. *She won't hurt us.*

*This is bad, bad, bad*, he tells me.

*It's okay*, I say again. *I need to know how we were created. I need to know what happened to us.*

He doesn't say anything else, just sends me a feeling of foreboding before fading away. I just wish I knew if it was because he's trapped and needs me to come release him or if it's because he knows something I don't and is trying to tell it to me…or trying to keep it from me.

*Don't worry*, I tell him. *I promise I'll come back for you. I promise I'll free you.*

But he's gone as easily and unexpectedly as he came.

"So this deity, who created the girls, made gargoyles?" Luca asks, eyes narrowed in concentration.

"The deity who created the *goddesses*," she corrects him. "But yes. In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles. It was Aciel's wish that after a while, gargoyles would balance things out, and then one day their daughters—having learned their lesson—would be freed from this earthly realm. But to make that possibility a reality, they had to create a creature who couldn't be swayed by either side.

"Since gargoyles were created from the source of all magic, instead of from chaos or order, you hold both within you, Grace. A desire to create order, a desire to create chaos. Always at war but also always in harmony. It's this ability that allows you to straddle both worlds, become a beacon of peace for both sisters' creations. It's also what helps you channel magic from both sides.

"That is not to say you are immune to magic," she assures me. "You are a creature born of magic, so you will always be tethered to it in one way or another, but only the most ancient magic will ever work on you."

As if to prove it, she sends a little current of electricity across the room that zaps me hard enough to make me gasp.

"What's wrong?" Hudson asks, looking between the Crone and me with narrowed eyes.

"Just a little demonstration of what true magic can do," she answers placidly. "She's fine."

"I'm fine," I echo, even though every nerve ending I have feels like it's been electrocuted.

I have so many questions I want to ask. Does this mean I really am as different from the others as I feel sometimes? Is it because gargoyles have all but disappeared from the earth that things seem to be spinning so rapidly out of control—in both the human and the paranormal worlds? And if so, am I supposed to find a way to bring balance back?

The idea seems absurd on its face. There used to be thousands upon thousands of gargoyles walking the earth. Now there are only two that I know of, and one is chained up in a cave, driven almost completely mad by the isolation. How can we possibly fix everything that's wrong?

It's a lot to process, a lot to think about and worry about and try to find a way to cope with. And now isn't the time for any of that, not while the Crone is watching me so carefully. And not when everything else seems to be spinning out of my control—Jaxon, Cyrus, my feelings for Hudson...

Right now, it feels a lot like I'm walking a balance beam that's way too high. One wrong move and not only will I fall off, but I'll end up smashed to bits. I can sense my chest tightening, my heart hammering as my stomach sinks. *No, no, not now. Not a panic attack now.*

I take a shaky breath and manage to get the words through my rapidly closing throat. "If I am supposed to be able to straddle both worlds of chaos and order, why does even the hint of conflict steal my breath?"

"That *is* a good question, now, isn't it?" She's smiling again—and again it doesn't reach her eyes. But after a few minutes of watching me struggle to breathe, she waves a hand, and it's as though she released a vise around my chest. My breath comes flooding back into my lungs, the anxiety that had seized me only a moment before gone now.

I want to ask her desperately how she did it, but I know I've already shown too much weakness. So instead, I hold her gaze and ask the other question that's been burning in my chest. "But if gargoyles are meant to bring balance and are immune to both sides, how did they lose so badly in the Second Great War? How did they become nearly extinct?"

The Crone shrugs. "How does anything like that happen? Betrayal."

"Betrayal?" Hudson asks, even as the word rocks me to my core. "By whom?"

"The gargoyle king," she answers. "Who else's betrayal could have such a devastating effect?"

"I don't understand," I whisper. "I thought gargoyles were supposed to bring balance. What could he have possibly done—"

"He sided with the paranormals over the humans, even became mated to one. He broke the balance between them once and for all, and for that, he was swiftly punished. But the punishment ended up affecting everyone, not just him. And so one of his men—eager to stop what he saw as a threat against himself and all gargoyles—went to the vampire king and told him how to kill gargoyles, a secret nobody knows. He thought Cyrus would use it only against the gargoyle king—"

"But he used it on all of them," I whisper in horror. "He killed them all."

"He did," the Crone agrees.

Horror washes through me—through all of us, if the looks on my friends' faces are anything to go by. And I would bet we're all thinking the same thing...

If Cyrus knows the secret to how to easily kill a gargoyle—why didn't he use it on me earlier? Why not take me out before the trials? "Cyrus nearly killed me with his Eternal Bite. Is that a gargoyle's weakness, since they *should* be immune to his magic otherwise?"

"Oh no, dear child. Cyrus's bite isn't magic at all. It's venom." Her eyes are twinkling evilly now. "In fact, Cyrus lost most of his magic a long time ago—which is why he rules with fear and ruthlessness. Better for you to fear him than he fear you, no?"

The vampire queen's words to Hudson flood my mind. *Appear weak when you are strong.* We've been so busy trying to figure out what she meant, we didn't even bother to consider that there is a second part to that saying. I turn to Hudson and say, "Appear strong when you are weak."

Hudson's eyes narrow in understanding. The vampire queen was telling us Cyrus is as desperate as we are to find the Crown. He needs power. What would he do with it if he got the Crown before us? Nothing we'd survive, of that I am sure.

# 97

## My Enemy's Enemy Is Still Sketchy as F*ck



Panic starts to well up inside me, and this time I'm not sure I'm going to be able to beat it back. My heart is pounding out of control, my chest feels like an elephant is sitting right on my solar plexus, and my hands are shaking so badly that I slide them under my thighs in a desperate effort to hide them from the Crone and my friends.

I take a few deep breaths, try to calm down, try to tell myself that it's going to be fine. That it's ridiculous to get this worked up about anything. But if there *is* anything in the world worth getting worked up about, an enemy with a secret that could kill me seems a good place to start. Especially if this knowledge was already successful once. And a Crown out there that would give him the power to do even worse.

I'm trying to keep it together, trying not to let anyone know how bad the panic is. But Hudson must sense it—or maybe he recognizes the symptoms from spending all that time in my head—because he scoots over until the outside of his thigh is pressed against the outside of mine.

It's a far cry from grass under my toes and sun on my face, but he feels safe and warm and secure, so I'll take it. I blow out a long, slow breath and concentrate on the feel of his leg against mine. Hard. Strong.

I take another deep breath and then blow it out slowly. Steady. Unwavering.

One more breath in, one more breath out. Right. He feels right.

"Okay?" Hudson asks under his breath, and I nod even though it's not quite true. "Okay" is a definite stretch from what I'm feeling, but it's better than freaked the fuck out, so I'll take it.

I look up to realize the Crone is staring at me like I'm a bug under a microscope. Because she's never seen a panic attack before? I wonder. Or because she's cataloging my weaknesses—trying to figure out where and how to hit me?

c o v e t

I hate that I think like this now, that I look at everyone—even people we're forced to ask for help—as adversaries who might or might not try to destroy us at any moment. It's a bullshit way to live, a bullshit way to think. But considering the alternative is not living at all…the dilemma is real.

The others must notice the same thing, because Flint leaps into action—and by action I mean throws out his most charming grin. "I know you said you were expecting us, but does that mean you know why we're here?"

Reluctantly, she turns her gaze to him…and then stares him down until his smile wilts and he averts his eyes. Only then does she allow herself to smile a little and say, "There are any number of reasons you could be here. My herbal teas. A particularly strong love potion." She examines her lavender-painted nails. "The Aethereum."

My entire body freezes at the last word she says—there's something about the way she says it, with a reverence that makes it sound special to her. Like *had a hand in building it* special?

Either way, it's obvious she's playing coy. I just wish I knew what she got out of it besides a captive audience.

Then again, maybe that's all she needs. If she's been alone out here as long as she says, then maybe all she wants is someone to talk to for a while. And maybe making us guess is how she guarantees we stick around a little bit longer.

Hudson has obviously had enough, though, because instead of playing her game, he just flat-out asks, "Can you help us get out of the prison or not?"

"Get out?" she asks, brows lifted. "Are you planning on doing something to get yourself put inside the Aethereum? And if so, why?"

"There's an arrest warrant out for my mate," I explain. "He pissed off Cyrus and—"

"Enough said. No one likes to toy with his subjects more than the vampire king." She shakes her head. "What a sad little man he is."

"I was thinking horrible little man," Macy says. "But I guess sad works, too."

The Crone laughs. "I like you," she tells my cousin, who grins back.

"I like you, too. And you have great hair."

That startles a laugh out of the Crone, who flips the hair in question. "It is fun, isn't it?" She turns back to the rest of us. "My best advice to you is to stay out of the prison. Do whatever it takes to not be sent there, even

403

if it means fleeing an arrest warrant. Because once you get in, it's not just that it's hell to get out. It's that in a lot of cases, you lose your will to *want* to get out."

"How is that even possible?" Luca asks. "Who loses their drive to get out of prison?"

"Let's just say it's a very...unique place." The Crone smiles. "The design is terribly clever."

"Does that mean you have an equally clever get-out-of-jail-free card you can offer?" Flint asks hopefully.

She clicks her tongue. "Nothing is free, dragon. Certainly nothing of value." She stands up, and at first I think she's going to order us out the door. "If we were to reach a bargain, how many people would be needing...passage... from the Aethereum?"

I cough. "Umm...we would need three."

The Crone's eyes narrow. "That would be quite expensive, my dear. Are you sure you wish to pay the price for such a request?"

This is it. The question I knew was coming, the one I was dreading, and yet I'm surprised how fast my answer comes. "Yes."

We stare at each other, and I can tell she's weighing her next words carefully. "Very well, Grace. I will provide safe passage for three people from the Aethereum in exchange for a favor. One day I will ask something of you, and you will be unable to refuse. Do you agree?"

"No!" all my friends shout at the same time. Well, except Hudson, who offers a healthy, "Hell fucking no."

But the question is simple. Am I willing to trade my future for that of my friends, my family, the Circle's survival itself? For Hudson? And Jaxon?

"Yes," I reply, and she starts to smile, "with several caveats."

"You're not in a position to bargain, Grace."

The words are delivered with deliberate calm, and that's how I know—I have something she wants. Badly. So just maybe I *am* in a position to bargain...

I shrug, "Well, you're welcome to turn down my offer, and we can leave as we came and find another way."

Her eyes narrow on me again before she finally says, "Very well. What are your terms?"

"I will not do anything that harms my friends, my family, or really anyone

on this entire fucking planet, whether directly or indirectly."

"Those are the exact words of your terms?" she asks, and I run what I said through my head several times. What loophole did I leave for this witch to exploit?

I can't think of anything. I nod. "Those are my exact terms."

"I accept," she says and walks over to the basket of flowers she gathered this morning before we arrived.

She sorts through it for a few seconds, and as she shifts them, the flowers release the most heavenly scent into the room. I have no idea what she's looking for—or why she's looking for it now—but when she turns around, she is carrying an armful of green stems with clusters of tiny bright-orange flowers.

"This is the only thing I can think of that will get you free from the prison," she says. "But it demands a steep price." Then she walks straight out of the room.

"Umm, was that an invitation to pay her?" Macy asks, rummaging in her pockets. "Because I think I've got twenty bucks on me."

"I don't think that's the kind of payment she's talking about," Hudson says.

"So do we just kind of hang around here and hope for the best," I ask, "or go find her?"

"Find whom?" the Crone asks as she walks in a totally different door—from a totally different direction—than the one she left by.

"You," I answer, leaving the "obviously" off.

She blinks those super-blue eyes of hers at me. "But I'm already here, dear Grace. Why would you be looking for me?"

I have no idea what I'm supposed to say to that, so I just kind of smile and nod. "You're right."

The flowers have now been snipped of their stems and are sitting in a small bowl of water. "These are for you," she tells me, holding the bowl out to me.

"Thank you," I tell her, though I don't know why she would give me a bunch of chopped-up flowers—especially in the middle of a conversation.

But as I lean down to sniff the fragrant blooms, she stops me with a firm hand to the shoulder. "I wouldn't do that if I were you."

I freeze, because if there's anything I've learned from living in this paranormal world, it's that when a being of power tells you not to do

something—especially in that tone—you don't do it.

"Okay," I say, lifting my head.

"That's butterfly weed," she tells me. "The only plant in the world that monarch butterflies will lay their eggs in. It's beautiful and it smells very nice and it is horribly, horribly toxic."

"Oh, well then...thank you for the gift?" I tell her, holding the bowl as far away from me as I can get and still be polite.

She sighs. "It's not a gift, dear. It's your—what did you call it?" she asks Flint. "Your get-out-of-jail-free card? All you have to do to cash it in is die."

# 98

## Hope Blooms Eternal



I drop the flowers on the nearest table. I come close enough to dying on a regular basis that I don't need some weed to help me along.

The Crone just smiles indulgently at me, though there is a dark watchfulness in her eyes that doesn't quite fit the *sugar and spice and everything oh so nice* vibes that she's working so hard to give out.

"You won't die from touching them, Grace. Just from eating them," she tells me.

"So let me get this straight," Luca says, "just because I like everybody to be on the same page. My friends tell you they don't want to go to prison—and they definitely don't want to get stuck there for crimes they didn't commit—and your suggestion is suicide?" He looks as horrified as he sounds.

"What? Of course not! Suicide helps no one, young man." She sighs heavily even as she picks up one of the severed flowers and uses the index finger of one hand to spin it around in the palm of the other. "This is my own specially engineered butterfly weed. It has most of the properties of this species of milkweed—including toxins that cause everything from bloating to hallucinations to death."

"Sounds fun," Flint tells her in obvious disgust.

She ignores him. "With a little something extra added from me."

"And what exactly is that extra something?" Hudson demands, and I only thought he looked skeptical before. Right now he looks like she could tell him that today is Monday and he'd tell her she was full of shit, even though it definitely is.

"Just a little...magical genetic engineering I do on some of my flowers. Call it a hobby."

"Making them less dangerous?" Macy asks, and even she sounds cautious. "Or *more* dangerous?"

The Crone's teeth snap together as she smiles. "What do you think? Dear." The last is tacked on, like she had to remind herself to say it.

"I think we should probably not take those flowers," Macy answers.

"That is, as always, up to you." She glides back to her chair. "But they will solve your problem."

"By killing us?" Hudson asks dryly. "Been there, done that. Not keen on a repeat."

"By making you appear dead long enough to break the prison's hold on you and get you taken outside the walls by the guards."

"Is that a polite way of saying they'll bury us alive?" I ask, just the idea making me sweat.

"No one from the prison gets buried when they die," she says sweetly. "That's just silly."

This is getting sketchier and sketchier.

"So, what you're saying is, we eat the flowers, knowing they are poisonous and they will kill us—" I break off as she shakes her head adamantly.

"Make you *appear* dead," she tells me. "Not the same thing at all."

"Oh right, sorry. They will make us appear dead, and then the guards will—for some reason unknown to us—take us outside the prison walls and not bury us, at which time we can get away."

She smiles. "Exactly. Sounds easy, doesn't it?"

"What it sounds like is some magical, next-gen *Romeo and Juliet* shit," Flint answers. "And I think we all know how that worked out for them."

"I've never read it," she tells him, but her tone is about ten degrees cooler than it was.

"Well, let me ruin it for you," Flint shoots back. "They both die in the end. For real."

"Hmm." It's Flint's turn to be examined like he's a bug—and not just any bug. She looks at him like he's a gigantic cockroach skittering across the rug while she's barefoot—right before she turns back to me. "Just to be clear. You're free to leave anytime. You are the ones who came to me asking for help, not the other way around."

"Of course, you're right," I say, because she is. And also because something tells me this witch doesn't get mad; she gets even…in the worst possible way. "We did come to you for help, and we appreciate everything you've done for us."

I pick the bowl of flowers back up, trying my best not to slosh any of the

c o v e t

water over the edges. "If you think these flowers are the way to go, then we will definitely take them with us if we end up getting arrested."

Hudson gives me a look that says *the hell we will*, but I ignore him. He can pretend like we have control over what's going to happen to us, but we don't. At least not right now. If this floral death trap gives us some semblance of that control back, then I say we go for it.

"Not like that, you won't," the Crone tells me.

"I'm sorry?"

She shakes her head. "It is a prison, dear, and you don't even know when—or if—you're going to end up there. If the flowers die before you get arrested, they will be useless to you. Not to mention that the prison would never let you in with them."

"Oh, right." I feel like a child as I look down at the bright-orange flowers floating in the water. "So what are we supposed to do?"

"You," she answers, nodding specifically at me, "need to put your hand in the liquid."

"My hand?" I ask with a whole lot of trepidation. There are two reasons I don't want to do what she asks—one is because the flowers are poisonous and the second is because she called the stuff they're floating in "liquid" instead of "water."

I must not be the only one who picks up on that, either, because Flint puts a hand on my forearm to keep me from doing anything as he asks, "What kind of liquid are we talking about here exactly?"

She just smiles. "It won't hurt you, Grace."

"I'll do it," Hudson says, moving forward to block my access to the bowl.

"No, you won't," the Crone answers, and beneath the sweetness is 100 percent steel.

"And why is that exactly?" he asks.

"Because I say so," she snaps, eyes flashing. "And also because this step won't work on a vampire."

Hudson bares his teeth at her—and I can't help wondering if this is all about to go south...in the worst possible way. A way that includes pulling Hudson out of here in a body bag...after she's shoved him into her pizza oven.

"I'll do it," I tell her, stepping around him.

"Grace—" Hudson shoots me a warning look, which I ignore.

Because of course I know it's a bad idea. But bad ideas are what you

have left after you've blown through all the good ones.

Is this a last resort? Abso-freaking-lutely. I'm not going to dispute that. But if we get arrested and stuck in an inescapable prison with an unbreakable curse, then I think we're fucked anyway.

So with options that are basically A, die fast, B, die slow, or C, maybe, possibly have a chance of getting the hell out with the help of these flowers?

I totally choose option D. But something tells me there's no way Cyrus is going to allow that, so C it is.

Without waiting for any more objections—or for Hudson to try to stop me—I plunge my hand straight into the bowl of floral liquid.

*Romeo and Juliet*, here I come.

# 99



### Blood Isn't Thicker than Water

**M**y hand still hurts several hours later, when we finally make it back to Katmere. I try to ignore the burn that's radiating from the three orange flowers now branded into my palm, but it's basically impossible.

*Tylenol*, here I come.

"This is a bad idea," Hudson tells me as we climb up the stairs to Katmere.

We're all exhausted—we've done entirely too much flying, partying, and tense negotiating in the last seventy-two hours, and all any of us wants to do is get some sleep. Preferably a lot of sleep before graduation tomorrow. Jaxon and the others got back before us, so odds are they're already curled up in bed. I envy them.

I have no doubt that we're going to need all our wits about us once we have to face Cyrus, who I know is going to be on his game.

"I agree," I tell him. "But I still think we can't rule it out."

"Rule it out? How can we even rule it in?" he hisses. "Tell me you don't actually trust that woman."

"'Trust' is a pretty strong word."

"'Trust' is utter recklessness. She lives in a bloody gingerbread house. I don't know about you, but I believe in truth in advertising, and I have no interest in being Hansel *or* fucking Gretel."

I make a face at him. "I really don't think cannibalism is on the table."

"I wouldn't be too sure about that. Did you see the way she was looking at Luca?"

"Yeah, well, I don't think that had anything to do with cannibalism."

We both laugh, and I don't know. There's something about the way he looks—so happy, despite all the shit we still have to go through—that hits me directly in the feels. And has me giggling long after the joke is over.

"You good?" he asks as we walk through the wide double doors at the

top of the steps.

"Yeah." I nod. "I am. How about you?"

His eyes go that fathomless blue that makes everything inside me stand up and take notice. Then he leans down a little, whispers, "I'd be better if you decide to sleep in my room tonight."

I roll my eyes. "If I decide to sleep in your room tonight, I think we'll both look like zombies at graduation."

"I'm okay with that," he tells me with a wicked little lift of his brows that has me thinking that maybe sleep isn't an actual physical requirement.

"Maybe I am, too," I tell him, idly turning my promise ring around and around my finger, and his eyes go wide with a delight that makes me laugh all over again.

"I promise I'll let you get some sleep," he tells me. "Eventually."

Then he's reaching over, brushing one of my many errant curls out of my face. As he does, he lets his fingers linger on my cheek for just a second or two, but it's long enough to have my breath catching in my throat.

Long enough to have electricity zinging along my nerve endings.

More than long enough to have me thinking about how good his mouth feels on mine.

He's thinking it, too. I can tell, and for a moment, everything fades away except Hudson and me and this heat that keeps burning, burning, burning between us.

And then all hell breaks loose.

"Don't you fucking touch her!" Jaxon snarls. "This is all your fault! You and your mating bond are the reason she might die in prison, and you think you've got the right to put your filthy fucking hands on her?"

"Whoa, Jaxon." Mekhi tries to put a restraining palm on his shoulder, but Jaxon just shoves it off as he gets right up in Hudson's face.

Hudson's eyes turn glacial in a way I haven't seen from him in weeks. "Well, at least I'm not the tosser who threw his mating bond in the trash, so maybe you shouldn't be too quick to come at me."

"You know what? Fuck you!" Jaxon roars. "You're a sanctimonious prick, and no one likes you. What the fuck are you even doing here?"

"Apparently pissing you off, so I'll call that a win for the day. And here's a little advice. Keep acting like a bloody wanker, and no one's going to like you, either." Hudson starts to brush past him, but out of nowhere, Jaxon

c o v e t

grabs him and slams him against the wall so hard that his head makes a cracking sound when it connects with the ancient stone.

"Jaxon!" I grab on to his arm, try to pull him back. "Jaxon, stop!"

He doesn't move, doesn't blink. Honestly, I don't even think he hears me. It's like he's a stranger, someone I don't even recognize.

"You just going to stand there like a cack-handed bell?" Hudson sneers. "Or are you actually going to do something? I haven't got all bleeding day for you to get your bollocks up."

"Hudson, stop!" I shout, but it's too late. I can see the moment Jaxon snaps. His hand goes to Hudson's throat, and he starts to squeeze.

"Jaxon! Jaxon, no!" I grab on to his hand, try to pull him back, but he's not budging. And neither is Hudson, who is staring at him with contemptuous eyes. I wait for him to stop this, wait for him to pry Jaxon off, but he's not even trying. I don't get it until I realize that Jaxon is using his telekinesis to hold him against the wall. And that's when I go from frightened to terrified.

If I don't stop this, Jaxon might actually kill Hudson—again.

"Please." I duck between them so that Jaxon can't ignore me, then grab on to the hand he's using to hold Hudson against the wall. "Come on, Jaxon," I say, determined not to be ignored any longer. "Don't do this."

The eyes he glances at me with are pitch-black and empty, and they chill me to my very core. Because this isn't my Jaxon. Even that very first day, he didn't look like this.

The others have gotten into the act, yelling at Jaxon, trying to pry him off Hudson, but it's not working. Nothing is.

I'm dimly aware that Macy is calling Uncle Finn, but if I don't do something now, this will be over before he can get here. Sure, Hudson could use his power to bring the ceiling down, but he won't do that. Not with the others and me in here.

Which means I have to find a way to stop this, to get beyond whatever's got him in its thrall and reach the Jaxon I pray is still in there.

I take a deep breath to keep the panic at bay, then let it out slowly as I reach up to cup his cheeks in my palms. "Jaxon," I whisper. "Look at me."

For a few impossibly long seconds, he refuses. But then that empty gaze locks on mine, and I nearly cry out, terrified that I'm already too late.

But he's in there; I know he's in there. I just have to find him. "It's okay," I tell him softly. "I've got you, Jaxon. I'm right here, and I'm not going anywhere.

Whatever this is, whatever's going on. I swear I've got you."

He starts to shake. "Grace," he whispers, and he looks so lost, it breaks my heart. "Something's wrong. Something's—"

"I know." The whole room starts to shake now. Things are falling off the walls, stones are cracking, and behind me, I feel Hudson start to sag.

We're running out of time; I can feel it. Panic is a rabid animal inside me now, but I fight it back, refuse to give in. Because if I do, it's over. And then what am I going to do? What are any of us going to do?

For a second, just a second, I look past him and out the still-open doors... and see the aurora borealis dancing across the sky. It gives me an idea. I just hope it's a good one—I know this is the last chance I've got.

"The Northern Lights just came out, Jaxon. They're right outside."

Our friends make disbelieving sounds, like they can't believe what I'm saying. But I'm betting everything on my belief that the Jaxon I loved is still in there somewhere.

"Do you remember that night?" I whisper. "I was so nervous, but you just held my hand and took me right off the edge of the parapet."

The shaking is worse now, in him and the room. But I know he's in there now, can feel him trying to find his way back to us.

"You danced me across the sky. Remember? We stayed out for hours. I was freezing, but I didn't want to go in. I didn't want to miss a second out there with you."

"Grace." It's an agonized whisper, but as he focuses on me, it's enough. His hold on his power slips for just a second, and Hudson strikes.

# 100



### Humpty Dumpty
### Got Nothing on Us

Jaxon roars as he hits the wall next to the door hard enough to leave a full-body imprint in the centuries-old stone. He recovers faster than I imagine possible and starts to charge Hudson again. Meanwhile, Hudson's in the middle of the room trying to get his breath back, but the look on his face says he's had enough.

Jaxon starts to swing at him, but he ducks and manages to evade. When Jaxon whirls and tries to use his telekinesis again, Hudson growls, "Don't you fucking dare!" Seconds later, the marble beneath Jaxon explodes and sends him falling into a two-foot hole.

And no, just no.

Jaxon jumps out in one fluid move, and he's got Hudson in his sights. But Hudson is looking right back, his patience long gone, and I am deathly afraid they are going to murder each other if someone doesn't do something.

I must not be the only one, because Mekhi, Luca, Eden, and Flint literally jump on Jaxon, while I whirl on Hudson. "Stop!" I snarl, and he freezes, eyes wide.

And I get it. I'm almost positive I have never sounded like that in my life, but there is no way I'm going to let these two people I love so much destroy each other on my watch. No fucking way.

"You need to back off," I tell him. And yes, I'm aware of how unfair it is for me to say that to him when Jaxon's the one who attacked him, but he's the one with the clear head. I don't know what's going on inside Jaxon, but whatever it is, it's not okay. "Something's really wrong with him."

Hudson blows out a long, slow breath, but he nods and takes a step back. And I...I turn back to Jaxon and the mess that we've managed to make.

He's calmed down enough that Flint and Eden have dropped their hold on him and stepped back. Luca has also let go of him, but he's positioned

himself directly between Jaxon and Hudson while Mekhi still holds on tight.

"I've got him," I tell Mekhi.

He gives me an *I don't think so* look, but I just wait him out, everything that's happened in the last few days playing through my mind like a video on a loop. Eventually Mekhi steps back, giving me some room. And I walk straight up to Jaxon and pull him into my arms.

He resists at first, his body stiff and unyielding against mine. But I'm not letting him go and, as he finally figures that out, he drops his head onto my shoulder and buries his face in the curve between my shoulder and my neck.

I don't say anything at first and neither does he. Instead, we just hold on tight to each other as the seconds tick by. At one point, I feel wetness against my neck and realize that Jaxon is crying. And my heart nearly buckles under the pain of it all.

As seconds turn to minutes, I want to pull away so I can find out what's wrong with him and how I can help. But my mom taught me a long time ago to never be the one who breaks a hug like this first, because you never know what the other person is going through...or what they need.

It's obvious Jaxon is going through something, and if this is all he'll let me do for him, then this is what I'll do for as long as he needs me.

Eventually, though, his silent tears dry up, and he pulls away. For the second time tonight, our eyes lock, and then he whispers, "I'm all fucked up, Grace."

It's so obvious now, when I look at him. He's lost weight again and looks even skinnier now than he did when I made it back from being frozen in stone. His face is sharper, the circles under his eyes so pronounced, he looks like he's got two black eyes. And there's still something very, very wrong with his eyes themselves.

"Tell me," I whisper, my hands clutching his.

But he just shakes his head. "I'm not your problem anymore."

"You listen to me, Jaxon Vega," I order, and this time I don't even try to keep my voice down. "Whatever's happened between us, you will always be my problem. You will always matter to me. And I'm scared. I'm *really* scared, and I need you to tell me what's going on with you."

"It's—" He breaks off. Shakes his head. Looks down.

All of which only scares me more. Jaxon is usually pretty straightfor-

ward about what's up with him, and if he's acting like this, it must be even worse than I've imagined.

And that's when I remember. "Why did the Crone say that today?" I whisper. "Why did she say that you don't have a soul?"

He's shaking like a leaf again. "I didn't want you to know. I didn't want *anyone* to know."

"You mean it's true?" I whisper as horror shreds my insides. "How? When? Why?"

He doesn't look at me when he answers, but he doesn't let go of his death grip on my hands, either. "I knew something was wrong—it's been wrong for weeks. So when I was in London this last time, I went to see a healer."

"What did she say?" I ask, and part of me wants to scream at him for taking too long. To beg him to just spit it out so I can determine how badly I need to freak out. Because right now, it feels like I should be doing a lot of freaking out. Like, *a lot* a lot.

"He said—" His voice breaks, so he swallows a couple of times and starts again. "He said that when the mating bond broke, our souls broke, too."

Behind me, Macy gasps, but no one else makes a sound. I'm not sure they're even breathing. I'm pretty sure that I'm not at this point.

"What does that mean?" I ask when I can finally squeeze some oxygen into my lungs, but this time it's my voice that cracks. "How can our souls be broken? How can they—" I force myself to stop talking and to just wait, to listen to what he has to say. He's obviously in worse shape than I am, because my soul—and the rest of me—feels fine.

"It's because it happened against our wills—and so violently that it nearly destroyed us right when it happened. Remember?"

Remember? Is he serious? I'll never forget the agony of those moments or how close I was to giving up forever. I'll never forget the look on Jaxon's face or the way it felt to have Hudson talk me off the snow.

"Of course I remember," I whisper.

"You mated to Hudson right after, so the healer is pretty sure his soul wrapped itself around yours and is holding yours together, so you'll be okay. But I'm..."

"Alone," I fill in for him, my entire body crumbling under the weight of my own fear and guilt and sorrow.

"Yeah. And without anything to hang on to, the pieces of my soul are

dying one by one."

Flint makes a terrible sound. Luca shushes him, but it's too late. The sound has pain sparking deep inside Jaxon's eyes, has shivers running up and down my spine.

"What does that mean?" I demand. "What can we do?"

"Nothing," he answers with a shrug I know he's far from feeling. "There's nothing to do, Grace, except wait for my soul to die completely."

"What happens then?" I whisper.

His grin is bitter. "Then I become the monster everyone's always expected me to be."

# 101

## Un-Break My Heart



This can't be happening.

This absolutely, positively can*not* be happening. I've lost track of how many times I've thought that since coming to Katmere, but this time is different. This time I really mean it, because I can't do this.

In the last few months, I've learned that I can handle almost anything. But not this. I can't handle this happening to Jaxon. Not now, when we're so close to maybe, finally finding a way to end Cyrus's evil rule.

Not now, when I was actually beginning to think that things might truly be okay.

Not now, and not to Jaxon. Please God, not to Jaxon. He doesn't deserve this. He doesn't deserve any of this.

"Why didn't you tell me?" I ask.

"Why would I?" he answers. "There's nothing you can do, Grace. There's nothing anyone can do."

"I don't believe that." I look around at our friends, all of whom look as horrified as I feel. "There has to be something."

He shakes his head. "There isn't."

"Don't say that. I don't believe it. There's always something, always some loophole or some magic. Someone who knows something that we don't. The Bloodletter—"

"Has nothing. Do you think she wasn't my first stop when I got back from Court? She has no suggestions, nothing that she thinks we can try. She cried, Grace." He shakes his head. "I figure when the Bloodletter is in tears, it's a pretty good sign that it's game fucking over for me."

Rage explodes through me at the idea that that monster just gave up on him. She caused *all* of this and then, when he needs her, she just throws him away? She just cries a little bit and says *too bad, so sad*?

I don't think so. I don't fucking think so.

"That's not good enough," I tell him.

"Grace—"

"No, don't you *Grace* me. Do you know how many times I've beaten the odds since I've gotten to this school? How many times I should have died and didn't? Jesus, two people in this room alone have tried to kill me, and I'm still here.

"That's not even counting Lia and Cole and fucking Cyrus. We beat them all." I look around, gesture to our friends. "We beat them all, and if you think that now, when you need us, we're all just going to lay down and let this happen to you, then you've got another think coming." I look at Flint, at Mekhi, at *Hudson*. "Right, guys?"

"Of course." Macy is the first one to speak up. "We'll figure it out."

"Damn straight," Mekhi adds. "No offense, but you're scary enough as it is. None of us needs the soulless version, thank you very much."

"Not to mention, it's been a week since anyone tried to kill us," Flint jokes. "I figure that means we're about due, right?"

Jaxon smiles and, for a second, I get a glimpse of the old Jaxon, the one who sent me *Twilight* and used to tell me corny jokes. The one I used to love.

My heart breaks all over again when I realize the truth—that I *used* to love. I try to take it back, try to convince myself that it was just an errant thought. That it doesn't mean anything.

And then I realize that it really doesn't have to mean anything. I can fix this, and I can fix Jaxon. All I have to do is fix what shattered his soul to begin with.

I need to find the Crown, just like Hudson and I planned. And once we do, we can use it to break our mating bond, just like we talked about all those weeks ago.

My heart twinges at the memory of the last few days with Hudson, but I ignore it. Tell myself it doesn't matter, just like the tears burning behind my eyes don't matter.

Maybe it won't come to that. Maybe if we find the Crown, we'll be able to use its magic to put Jaxon's soul back together on its own.

But if that doesn't work, if the choice comes down to staying with the boy who wants me but will be just fine without me and the boy who needs me and who will descend into madness without me, well, there really is no

choice. Not for me. And not for Hudson, because if I've learned anything about him, it's that he'll make the exact same choice.

Jaxon is his little brother, the boy he carved a horse for. The boy he spent so much of his life missing. There's no way he'll let him lose his soul if there's anything he can do about it.

It's that thought that has me turning around to find Hudson. And as our eyes meet, I realize he's already there. He's already accepted what I'm just coming around to—that the universe is asking us to choose between our bond and the boy we both love. The boy we'll lose forever if we make the wrong choice.

That in and of itself proves there is no choice. Maybe there never was.

*I'm sorry*, I mouth to him.

Hudson doesn't say anything back. He just nods before turning and walking away.

As I watch him go, I can't help remembering the day he told me he'd never make me choose between them, because he always knew I wouldn't choose him.

It's not until right this moment—when the choice is well and truly out of my hands—that I realize I had begun to hope that maybe I could prove him wrong. That maybe I could choose him after all.

And as Hudson walks away, as he disappears down the hallway that leads to his room—the room I was supposed to spend the night in with him tonight—I tell myself it doesn't matter. And that the breaking I feel deep inside myself is just my imagination.

# 102

## Hot Pink
## Is Hereditary
## After All



I don't sleep all night.

I'm exhausted—physically and emotionally—from everything that has happened these last few days, and still I can't sleep. Still I lay awake, staring at the ceiling and going over all the different things that could go wrong at any given moment over the next twenty-four hours.

As if that isn't enough, every time I close my eyes, I see Jaxon's soulless orbs staring at me as he rips out some innocent person's throat. Or Macy's throat. Or my throat.

I used to think it was awful having to relive Xavier's death over and over again, but the ambiguity of this—the not knowing what's going to happen or how or when—is even worse.

So yeah, no sleep, despite my never having needed it more. At some point today, Cyrus and Delilah are going to show up, along with Aiden and Nuri. What happens at that point is going to be an absolute shit show, I have no doubt.

And hanging over it all is the specter of graduation—and what happens once we have our diplomas in our hands. How long can Hudson reasonably stay at Katmere before he's forced to head to his lair? And how long can Cyrus afford to hang around outside Katmere's grounds hoping to catch him?

I'm afraid the answer to the latter is forever, especially since Cyrus doesn't have to hang around personally. He only has to leave a couple of guards here to arrest him.

And what happens then? To both of us? And if we end up in prison for who knows how long before we can break out, what happens to Jaxon?

Is it any wonder I can't sleep? My brain is about to explode.

Macy gets up around nine—she tossed and turned, but at least she slept—to say, "Take a shower and try to clear the fog out of my brain."

I wish her good luck and stay right where I am. Even though I know I should get up, too, and at least make an attempt to decide what I'm going to wear under my cap and gown, I instead spend fifteen minutes trying to harness my anxiety and find the will to move, all at the same time.

The struggle is oh so very real.

I'm about to throw myself out of bed when there's a knock on the door.

My stomach jumps, and I immediately wonder if it's Hudson. But when I finally open the door—after taking way too long to arrange my hair in the nearest mirror—it turns out to be Uncle Finn...and a giant bouquet of wildflowers.

"Oh my gosh! They're gorgeous!" I tell him, scooping them into my arms.

"They are, aren't they?" he says with a grin and a wink.

"Thank you so much," I tell him. "I really—"

"Oh, no, Grace! They're not from me. They were laying outside your door when I got here. My guess is a certain vampire wanted to surprise you."

Tears bloom in my eyes, because...Hudson. Even after everything that's happened, everything that's going to happen, he brings me flowers.

What the hell? I've looked forward to my high school graduation for four years and now that it's here, everything is so messed up, I can't even stand it. It sucks. It just freaking sucks.

"Oh, Grace. Don't cry," my uncle says, pulling me in for a hug. "It's going to be okay."

I'm not so sure about that, but it seems rude to contradict him.

"I was actually hoping I'd get some time to talk to you today," I tell my uncle, crossing back over to sit on my bed.

"Oh yeah?" He grabs my desk chair and pulls it over so he's sitting opposite me. "What about?"

"I wanted to thank you."

"Thank me?" He looks genuinely bewildered, and that right there is the reason my uncle Finn is and always will be the best guardian ever.

"Because you took me in when you didn't have to. Because you moved heaven and earth to help me when I turned into a gargoyle. And most of all, because you and Macy gave me a family again. For that I will always and forever be grateful."

"Oh, Grace." Now it's my uncle's turn to sniffle. "You never have to thank me. Not for any of that. From the moment you showed up at Katmere

Academy, you have been a second daughter to me—one I am so very proud to know. You're a strong, smart, capable, beautiful young woman, and I can't wait to see how far you can fly, even without your wings."

I laugh, because my uncle really is the sweetest man in the whole world. "I know we talked about me staying here at Katmere Academy after graduation until I figure out what to do. I just want to make sure that's still okay with you?"

"Why wouldn't it be okay with me?" He looks confused. "You will *always* have a home with Macy and me, whether it's here at Katmere or somewhere else entirely. You're stuck with us, kid. Got it?"

I give him a tremulous half-smile. "I've got it."

"Good." He reaches into his blazer pocket and pulls out a little box wrapped in hot-pink paper. "Macy picked out what she assures me is a kick-ass graduation present from us, but this one is from me."

"Oh, you didn't have to—"

"Yes, I did. I've actually wanted to give this to you for a while now." He nods to the box. "Go ahead and open it."

I full-on grin at him as I unwrap a small red box and pull the top off it. Nestled inside is a rectangular stone. It's bright pink (big surprise) with a few white-and-maroon-colored lines running through it, and carved on the top is an inscription—two Vs nestled together on their sides.

I haven't had much experience with these since coming to Katmere, but I totally recognize it for what it is. "Which rune is this?" I ask.

He smiles. "The inscription means peace, happiness, hope. The stone it's carved in—rhodochrosite—means the same. Emotional healing and joy." His voice breaks a little bit, and he looks away, blinks rapidly.

"Oh, Uncle Finn!" I throw my arms around him. "Thank you. I love it."

He hugs me back and presses a fatherly kiss to the top of my head. "I actually have the whole set for you down in my rooms, but it's a big one, and I wanted to give you something you could carry with you."

My heart melts, and I hug him again. "I don't think you know how much I needed this today," I whisper.

"There's more, and I hope it makes you happy, not sad." He hesitates for a second, and just as I try to figure out what he means, he says, "They were your father's, Grace. He left them in my safekeeping when he and your mother chose to move away from this life. I always hoped he would come back for them, but once you got here, I knew they were always meant to be yours."

424        c o v e t

His words catch me off guard, and a sob rises up out of nowhere, lodges in my throat. "I'm sorry. I didn't—"

"Shh, it's okay." He pulls me against him and rocks me as I cry into his shoulder just a little.

Because it's my graduation day, and my parents aren't here.

Because I finally opened myself up to Hudson, and now I have to lose him before I ever really had him.

Because I don't have a clue how this day is going to end, and I am terrified that it's going to end horribly.

"Oh, Grace, you're so brave," Uncle Finn whispers to me. "I'm so sorry about everything you've had to endure this year. I wish I could take it away from you."

I pull back as I shake my head, drying my tears with my hands. "I just miss them, you know?"

"I do know," he says. "I miss them, too. Every single day."

"Thank you for the rune," I tell him, picking it up and rolling it back and forth against my palm. It's surprisingly hot for a stone that wasn't being touched.

"Runes—I'll bring the whole bag up to you after graduation. But, Grace?" His voice turns deadly serious. "No matter what happens, no matter where you are in the next several days and weeks, I want you to keep that rune on you at all times."

"Okay," I tell him, but I can't help being a little confused. "Is there a reason why—"

"You'll know why soon enough," he tells me. "And you'll know when. Just remember to trust yourself and the people who love you. We've got you."

He looks like he's about to say more, but Macy comes bounding out of the shower in a long robe, with her hair up in a towel.

"Trust the people who love you," Uncle Finn says again before getting up to go to Macy. "You'll need them all before this is through."

# 103

## With a Lot of
## Help From
## My Friends



"**Y**ou ready for this?" Flint asks several hours later as he picks me up and twirls me around.

"As ready as I'll ever be," I answer once he puts me back on my feet. I give him a once-over. "You look like a giant eggplant."

"Yeah, well, better than a mini eggplant," he says with a definite waggle of his brows. "So who gets the last laugh?"

"Apparently you, you perv."

"Hey, you're the one who brought up eggplants." He glances into the makeshift stands—hastily constructed for graduation by the witches after Hudson leveled the Katmere stadium—and waves. "I just came to give you a hug and make conversation."

"Did your parents get in?" I ask, trying to follow where he's looking, but there are just so many people in the stands that it's hard to pick out any individuals—even the dragon queen and king.

"Oh, yeah. They're here," he says, but then his smile dims at the edges. "And so are Cyrus and Delilah."

"Of course they are." I glance around. "Are Jaxon and Hudson okay?"

He gives me a wide-eyed look. "After last night? I'm not sure any of us are going to be okay ever again."

"True that," I tell him, and I can feel my stomach getting tight.

"Grace—" He starts to say something, then breaks off when Eden and Mekhi come walking up to us.

"There's purple, and then there's too much purple," Eden says with an eye roll. "This"—she gestures to her cap and gown—"is too much purple."

"I think you look cute," Mekhi tells her, and he must be feeling really brave today, because he goes so far as to bop her on the nose.

She narrows her eyes at him. "And I think you look like you want to die."

c o v e t

He laughs. "Where is everybody else?"

"Probably making a break for it," Eden snarks. "Because seriously, can you see Hudson in this getup?"

"I wish I couldn't see me in this getup," Luca says as he walks behind Flint and wraps an arm around his waist.

"Oh my God!" Macy comes running up, phone in her hand. "You guys look so great! I have to get some pics."

We grumble a lot, but in the end, we move into some semblance of photo formation—if you don't count Flint either making faces at the camera or "dragon ears" over our heads.

Hudson joins us about halfway through the impromptu photo session. He's got the hat on, but his robe is draped over his arm.

"You're supposed to be wearing that, you know," Macy teases him.

He gives her a horrified look. "This is Armani," he says, gesturing to the bespoke suit he's wearing.

"What does that have to do with anything?" Mekhi asks.

"It has to do with everything, and I'm not covering it up with that monstrosity one second before I have to."

Macy rolls her eyes. "You're a dork, you know that, right?"

"Says the only other person standing here not in a purple robe," he shoots back.

"Only because I can't be in one." Her chin trembles just a little. "I can't believe I'm going to have to be here next year without you guys. What am I going to do?"

"Come visit us a lot," Eden says, wrapping an arm around her shoulders and hugging her tightly. "We could use a little witch perspective in the Dragon Court."

"So you've decided?" Macy asks, eyes huge. "You're going into guard training."

"Yeah, I think so." She glances at Flint. "Someone's got to keep this guy in line."

"The rest of us will be at the Vampire Court soon enough," Luca says, "hopefully putting it back together once we oust Cyrus once and for all. So feel free to visit us, too. London's great."

"And I'm not going anywhere for a while," I tell her, wrapping my arm around her from the other side. Then I think of the Crown I have to retrieve... and what I have to do to get it. "Except prison, but that doesn't count, right?"

TRACY WOLFF

427

Macy laughs, but before she can say anything else, Jaxon walks up—in a pair of jeans and a black T-shirt, sans cap and gown.

"Where's your stuff?" Macy asks. "The ceremony starts in, like, ten minutes."

"In my room, where it belongs."

"You're not going to wear it at all?" I ask.

"And look like a giant penis?" He eyes the other guys with vague amusement. "I don't think so."

"That's it." Macy throws up her hands. "I'm totally getting Dad to change the gown color before next year's ceremony."

"That's a year too late," Luca mutters.

But Macy just rolls her eyes. "Not for me! Besides, better late than never. Now, come on, you guys, squeeze in. I want to take a pic with all of you."

Jaxon rolls his eyes back at her, but I can't help noticing that when it comes time to snap the pic, he's right in the middle of the group—and he's got a tight-as-fuck hold on both Hudson and me.

I can tell Hudson notices, too, because, despite everything, his hold on his brother is just as strong.

"It's going to be okay," I whisper, and even as I say the words, I don't know if I'm talking to Jaxon or the universe or myself. I only know that when the wind kicks up and swirls the words away, I can't help thinking that maybe—just maybe—we'll make it through this if we can all just hold on to the fact that we really do love one another. And that the only people we need to fight are on the other side.

"Okay! I've got the pic!" Macy shouts excitedly.

"No, you don't," I tell her.

She looks confused. "What do you mean?"

"I mean it's not *the pic* unless you're in it. So get over here and let's do this thing."

Macy blushes in delight, even as she blinks back tears. And then we all crowd in around her as tightly as we can as she holds up the camera.

"When I count to three, say 'Fuck Cyrus' as loud as you can," she tells us. "One, two, three!"

"Fuck Cyrus!" we all shout, and she takes the pic.

And as I open it up a couple of minutes later and stare at the eight smiling faces, I pray to the universe as hard as I can that somehow, someway, we all make it through what's to come in one piece…and together.

# 104



Carpe Seize-Em

The graduation ceremony is surprisingly...anticlimactic. I don't know what I was expecting—maybe a Golden Drake salute, like we saw at the dragon festival? Or witches lighting the place up?

Instead, it is dignified and orderly and basically like every other graduation in the world. Which I get. How exciting can you make a ceremony that involves walking across the stage to get a fake piece of paper that you later have to turn in to get your real piece of paper? Yeah, ours is printed on two-hundred-year-old papyrus, but other than that, I figure it's pretty close to the ceremony I would have had in San Diego. Except here I have a lot more friends...and a lot more enemies.

After taking another round of pics—this time with most of their families—my friends and I head back to the castle. Since graduation had to take place at dusk to accommodate the vampires, Uncle Finn has a family dinner planned for Macy, him, and me; then tonight is the grad night that everyone says should be freaking fantastic...not to mention filled with all the paranormal spectacle graduation lacked.

I'm planning on checking my troubles at the door and having an *amazing* time, considering none of us has any idea what tomorrow will bring. And considering that, so far, Cyrus and Delilah have been on their best behavior today.

Which means it's just a matter of time before the other shoe drops.

I'm about halfway to the castle when Hudson makes his way over to me. And, not going to lie, there's a part of me that's super excited he sought me out...and another part of me that just wants to run away as fast as I can. After last night, I don't know what to say to him—or even if there is anything to say. I do know that I don't want to fall for him any more than I already have...and I don't want him to fall for me any more, either. This is already

going to be hard enough.

The heat from the mating bond is still there, combined with the friendship and respect we've built up over the last few weeks... I don't know. I don't know how this is going to work, how we're supposed to be together but not be together.

It was easier before New York, easier before he'd kissed me and touched me and... So much easier that I almost wish it hadn't happened. Almost. Because the truth is that no matter what happens next, I wouldn't trade those hours in New York for anything. Lying in Hudson's arms, listening to him talk about everything and nothing...knowing it's never going to happen again makes it even harder to look at him.

"Hey," he says after we've walked several feet together in awkward silence.

"Hey," I answer back. "Thank you for the flowers. They were beautiful."

"I'm glad you liked them," he answers, glancing at me out of the corner of his eye.

"I loved them." I clear my throat, searching for the right words to say. In the end, all I can come up with is, "I'm sorry."

"Nothing for you to be sorry about," he tells me.

"That's not true," I say, reaching for his hand—then wishing I hadn't as heat zings back and forth between us like a live wire. "I've made a mess of this from the very beginning. I didn't remember you. I didn't believe you. I didn't..."

"Love me?" he asks with a smile that is more resigned than sad.

That's the thing. I don't know if I do love him yet, but I'm well past the point of realizing that I *could* love him...if things were different. If we were different. If this whole messed-up world were different.

"I'm sorry," I say again, but Hudson just shakes his head.

"I love him, too, you know," Hudson says, "and I need him to be okay as much as you do—despite his disturbing propensity for wanting me dead *and* wanting to be the one to kill me at any given moment."

I laugh because the only other option is to cry, and I've already done that. "How's your throat doing?"

"Vampires heal fast," he tells me.

I glare at him. "That's not an answer."

"Sure it is. In fact—"

He breaks off as Nuri and several of her guards step into our path.

"Hudson Vega," she says, "you're under arrest by order of the Circle."

Surprise flashes over his face, but it's gone between one second and the next. "Seriously, Nuri? Haven't we done this before?" He fakes a yawn.

"We have," she agrees with hard eyes. "But this time I came prepared."

Four of her guards rush him, and seconds later, they slap thick, power-draining cuffs onto both his wrists and his ankles—cuffs that make the bracelets my uncle uses here at Katmere look like a child's toys.

"Nuri!" Uncle Finn comes racing across the grounds. "Let him go immediately."

"This isn't your business, Finn," she tells him.

"He is one of my students, which makes him my business," my uncle growls furiously. And I have to admit, I didn't know Uncle Finn had it in him, but right now he looks like he's ready to take someone apart with his bare hands.

"Correction," she tells him with a gleam in her eye that says she's enjoying this a little too much. "He *was* your student. As of about half an hour ago, he is a regular citizen."

"Yes, but you still can't arrest him on Katmere's grounds," I tell her, outraged at her betrayal...and her breaking of the law.

She won't even look at me when she answers. "The Circle passed a new law late last night. Students who break the law are safe on Katmere Academy grounds only while they are enrolled. The moment that enrollment lapses—through withdrawal or graduation—the school's protection becomes null and void."

"That's bullshit," Uncle Finn snarls, saving me from telling her the exact same thing. "You can't change laws and enforce them before you've even let people know they've changed."

Uncle Finn lifts his wand and points it at Hudson's chains.

"Don't do it, Finn," Nuri warns him, looking over his head. "You'll regret what happens if you do."

I follow her gaze and see Cyrus watching from the edge of the tree line like the bully he is. Nuri gave us a week, but here she is after only three days going back on her word. I know it's for his benefit, whether it's because he threatened her or promised her something, I don't know.

And honestly, I don't care. Not now when she's proven, once again, that she can't be trusted.

"You're pathetic," I spit at her, more furious than I've ever been in my life.

"What did you just say to me?" she snaps back.

"I said, you're pathetic. More, you're a coward. You act like you're so powerful, like you can take on anyone, but the truth is, you can't do shit." I nod toward Cyrus, whose eyes are gleaming as he watches this go down. "You gave in to a vampire—you gave in to Cyrus, who you hate—because you're as weak and power-hungry as the rest of them."

"Grace, stop," Uncle Finn tells me, and there's a warning in his voice—in his eyes—that I'm going too far.

But I don't care. I'm sick of this woman and her lies, sick of this fucking world where everyone in power is just out for what they can get, not caring who they have to fuck or who they have to destroy to get it.

She rounds on me with rage in her eyes. "You are a naive, naive child."

"And you are an even more naive woman." I'm as angry as she is, but my rage is a living, breathing thing inside me, beating against my chest, begging to be set free. Begging me to give in and give up control. And I want to, more than I've ever wanted anything, but I know it will get us nowhere. So I take a deep breath and say with a biting chill, "Which is fine. You do you, Nuri. Protect who you want to protect and be as shortsighted as you want to be. But don't come bitching to me when your little unholy alliance bites you in the ass. Because it will. I may only be eighteen years old—and half human—but I'm smart enough to know that you're already over. You just don't know it yet."

"You've lost any support you might have had from me," she hisses.

"Yeah, well, right back atcha," I snarl. "And something tells me you're going to miss my support more than I'll ever miss yours."

For a second, I think she's going to explode. But then she takes a deep breath and turns to my uncle. "Do you have anything to say about this?"

"Except for telling you that the Circle is going to be hearing from my attorney within the hour?" Uncle Finn asks. "Not really, no."

"What about you?" Nuri demands of Hudson. "Anything you want to say before we take you out of here?"

He pretends to think about it, then shakes his head. "Nah, Grace pretty much covered it and then some." He grins at me. "Good job."

Nuri bares her teeth, looking more like a dragon than I've ever seen her. "Take him away," she grits out to her guards before turning back to Hudson. "You'll be dead before you get out of that prison."

Hudson looks at me then, and for one second there's something in his

covet

eyes that rips my fucking heart out. But then he turns to her with a wicked grin and says, "Yeah, well, it wouldn't be the first time."

My heart is racing as the guards start dragging him away because—just like at the Dragon Court—the cuffs on his legs are so tight that it's nearly impossible for him to walk. Nearly impossible for him to do anything.

I turn to follow his progress with my eyes and realize the rest of my friends have joined the ever-growing crowd...and they look as furious as I feel. Except for Jaxon, who just looks empty.

And no matter how much I want to stay here, no matter how much I don't want to do what I'm about to do, I know this is it. It's now or never.

"Wait!" I tell Nuri.

She's back to ignoring me, refusing to so much as glance in my direction. Which I acknowledge is well deserved. But that doesn't mean I'm going to let her get away with it.

"I'm his mate!" I say so loudly and clearly that it echoes off the trees, bouncing around the meadows. "It's my right to go with him, my right to not be separated from him."

She swings around to face me. "You want to go to prison?" Her tone implies that something is very, very wrong with me.

And as terror slides down my spine, I can't say that I disagree. But I'm in too deep to go back now, and I wouldn't change my mind even if I wasn't. Too much is riding on this.

"I want to be with my mate," I tell her.

"Grace, no!" My uncle Finn steps forward, tries to put himself between us. "There are other ways—"

Not to do what I have to do. I don't tell him that, though—I can't without tipping off Cyrus and the rest of his unholy alliance. "It's going to be okay," I tell him, leaning in to give him a fast hug and slip my father's rune into his pocket. And to whisper in his ear, "Give Jaxon my rune. Tell him to hang on, that I'm coming back for him. Macy will explain everything. Listen to her."

"All right, then." Nuri swings around to her guards. "You heard her. Seize the gargoyle."

And just like that, my life changes. Again.

# 105

## If You Lay Down with *ssholes, You'll Wake Up Completely Screwed



Nuri's guards come at me like berserkers. I don't know if it's because they think "the gargoyle" is dangerous or if it's because they're pissed off at me for what I said to their queen. Whatever caused it, it still feels like my arms are going to be yanked out at my shoulder sockets as they pull my arms behind my back and slap thick cuffs on me.

"Hey!" Uncle Finn yells. "You don't have to grab her like that. She hasn't done anything wrong."

"Just standard procedure when transporting people to the Aethereum," Nuri tells him, voice neutral. But it doesn't feel very standard when the guards grind down on my wrists so hard that I see stars.

Hudson, who has been remarkably cool through this entire thing, looks like he's about to lose it for the first time. "Release her!" he snarls. "She's mistaken. She's not coming with me—"

"It's not your choice," Nuri tells him. "In fact, from here on out, nothing is your choice. Think about that while you spend eternity in prison."

His eyes turn deadly then—and so does his voice. "I'll be thinking about a lot of things while I'm in prison," he tells her. "And I promise you, it won't be for an eternity."

"Take them both away!" Nuri grinds out over the shouts and protests of our friends and a bunch of other Katmere Academy students who have gathered.

But again, before we can even make it out of the clearing, the guards are forced to stop. This time by the vampire king himself.

"I'm sorry to interfere with the strict adjudication of justice," Cyrus says, and I can't help enjoying how pissed off he looks that he has to be talking to us while leaning on a cane while he still heals from Hudson's attack—even one as impressive as the silver and black one he's currently wielding. The rest of him is just as dapper as usual, however, in a patterned bespoke suit. "But the Circle

c o v e t

issued one more writ of arrest during its special meeting this past weekend."

"Meeting?" Nuri asks, eyes narrowed. "I wasn't informed of any Circle business this past weekend."

"It seemed inappropriate to disturb you during the most important dragon holiday of the year." Cyrus is all benevolent, *I have the right to make decisions like that* dictator, and I can tell it's hitting Nuri exactly as it should: in all the wrong ways.

"Next time, please don't make a decision like that for me, Cyrus." She glances down at the writ in his hand. "Who else has the Circle decided to arrest?"

"Who else is guilty of a crime, you mean?" he answers silkily.

"Yes, of course." She shoots my uncle a steely look. "Apparently, Katmere Academy has become a hotbed of crime over the past several months."

Uncle Finn doesn't react, but he does look like he wants to turn her into a toad.

"The writ of arrest is for Flint Montgomery, and the charge is attempted murder of the last gargoyle in existence."

For one brief second, no one responds. We just stand there, stunned at the charge—and at his audacity. Part of me wants to scream at him that he's been trying to kill "the last gargoyle," who he knows very well isn't the last gargoyle, for a while now, so why the hell isn't there a writ out for his arrest as well?

But before I can reconcile how I would say that—or even if I should mention the Unkillable Beast—Nuri loses her shit completely. She goes for Cyrus's throat, her guards falling right into line behind her.

At first, I'm certain that we're about to see who wins in a vampire vs. dragon fight to the death, but as Cyrus draws himself up for the fight—his silver cane now a seriously wicked knife—Uncle Finn uses magic to spin an unbreachable wall between them.

It's the most magic I've ever seen him do—sometimes I actually forget he's a warlock—but watching him do this is seriously badass. I guess I always figured he didn't have much magic because he seems so...sweet, but the man in front of me has all the power. More than enough to keep Nuri and Cyrus exactly where he wants them.

"You can't attack him, Nuri," Finn tells her softly. "It's what he wants—a chance to get you kicked off the Circle or put in prison."

"He's my son, Finn." She looks devastated. "I've given Cyrus everything

he wants. Why would he do this?"

Because he can. Because you *have* given him everything he wants. The answers are right there on the tip of my tongue, but now's not the time to say them. I've never been an I-told-you-so kind of person...and I've definitely never been a fan of kicking people when they're down.

Besides, she already knows. It's written all over her face. As is the determination to pay him back for this somehow, someway.

Of course, that could just be me projecting. God knows, I've never wanted to kick someone's ass more in my entire life. Not a team of surrogates for him this time but his actual ass.

She waves a hand at Uncle Finn, telling him without words to lower the wall. And while I'm not so sure that she's chill enough to hold herself back, he obviously sees something in her face that he believes.

The wall comes down, and we all hold our breath as we expect Nuri to at least walk over to Cyrus and say something to him. Instead, she ignores him in favor of approaching her son.

Flint looks more somber than I've ever seen him, but he doesn't look afraid. And he doesn't look defiant. In fact, if it makes any sense at all—which it doesn't—a part of me would say he looks almost...relieved.

She reaches for his hands, but they're already cuffed. So she puts a hand on his shoulder instead and waits for him to look at her. "You need to atone," she tells him.

"I don't know— I can't—"

"Listen to me," she says, her voice low and urgent as she leans forward. "You didn't kill Grace, so the price you have to pay isn't to forfeit your life. The prison only holds the guilty until it deems you've paid your debt. If you want to get out, you need to atone for what you've done."

It's the most anyone has ever talked to us about what goes on in the prison, and my mind is whirling as I try to figure out what it means. I understand the concept of paying your debt, but how does a prison—which is still a building, no matter how enchanted it is—decide that you have atoned enough? Or worse, that you haven't?

I can't wrap my head around it as they walk us into the forest—and straight into a portal that Cyrus obviously had opened for just this occasion. Then again, I realize I don't have to imagine it. I'll be seeing it firsthand soon enough.

# 106



### There's Never a Pair of Ruby Slippers Around When You Need Them

This portal isn't like the ones at the Ludares tournament. There's no stretching, no pain, no quick dive in or even faster roll out. There's nothing but a free fall through darkness that goes on and on and on.

I strain my ears, trying to orient myself. Trying to find Hudson or Flint in the middle of this never-ending blackness, but I can't. I'm completely isolated, completely alone, and it's as terrifying as it is disorienting.

A scream wells up inside me, and I reach out a hand, certain that if I can just find Hudson or Flint—if I can just touch one of them—it will make all this bearable. But I can't reach them, can't touch them. It's like they've vanished, and I really am all alone in this.

I don't know how long the portal takes—probably only a couple of minutes. But it's the longest couple of minutes of my life, and all I want is for it to end.

Until it does.

The portal vomits me out in the middle of an obscenely bright room, the lights like giant needles being shoved into my eyes after the absolute darkness of the last few minutes. I'm disoriented, can barely see, and am more scared than I want to admit when I land on my knees with a hard *thud* that sends pain ricocheting through me.

My first instinct is to stay where I am until I can get my bearings, but it's not like they don't know where I am. Plus, being unable to see and on my knees makes me feel way too vulnerable—I'd rather be on my feet when I meet whatever comes next.

It turns out that whatever comes next is a woman in a severe black business suit and black sunglasses, her black hair tamed into a ruthlessly precise bun. She's standing a few feet from me, and though I can't see her eyes, the tilt of her head says she is very much watching me, like I'm an

animal in a cage.

Though I guess that's precisely what I am. Precisely what Cyrus has turned all three of us into.

My instincts tell me to duck my head, not to look at her even as she studies me. But that feels too much like defeat to me—too much like giving up at a time when I'm going to have to fight harder than I ever have in my life. So I stare right back at her, the blankest look on my face that I can manage. After all, she's going to do what she's going to do. My refusing to cower isn't going to change that.

I wish she'd take off the glasses, but something tells me they might be there for my protection, not hers. I can feel the magic in her, but I have no idea what she is—definitely not a vamp or any of the other paranormals I'm used to running into at Katmere Academy. But as I'm learning, there are a ton of other creatures in this world that I don't know about yet, and she is definitely one of them.

"Welcome to the Aethereum, Miss Foster," she hisses, her *S*'s extremely exaggerated as she walks around me in a circle that has the hair on the back of my neck standing straight up.

I turn with her, everything inside me screaming not to give this woman my back. The cold smile on her face tells me she's amused by my reluctance, but all her body language shouts that she's not going to put up with it for long.

Even before she says, "Turn around, please." Again with the long *S* sound.

It takes every ounce of strength I have to do as she orders, but I manage it. Then nearly sob in relief as she loosens the punishing cuffs. At least until I feel two sharp pricks in my wrist.

I start to jerk my hand away, but she stops me.

"You belong to the prison now, Miss Foster. You do what I say and nothing else."

"What did you do to me?" I ask, the sting in my wrist getting worse instead of better.

"Ensured that your powers belong to us now. Nothing more, nothing less."

"What does that mean?" I demand even as I reach inside me to find my gargoyle. Not because I want to shift but because I need the reassurance. Need to know that she's still there. Except she isn't...I can't even find the platinum string, let alone reach for it.

I quickly check for my other strings, and I'm a little dizzy as I find my

mating bond string, still shimmery and beautiful. But my gargoyle string is...gone.

Panic races through me, and I want to scream at her, want to beg her to tell me what she's done. But I already know that she won't tell me—this is prison, after all, and she doesn't have to tell me anything.

And that's before I feel something cold encircle the same wrist she pricked, before I feel a snug metal bracelet snap into place.

"You may turn back around now," she says. "And follow me." Without the S's, her syllables are sharp, bitten off.

I do as she says, rubbing at my wrist as we walk out of the brightness into a shadowy hallway. I keep trying to get a look at what she did to me, but the bracelet is covering it up.

As for the bracelet itself, there are strange etchings on it that look a lot like runes—similar to the one my uncle gave me this morning, in fact.

In the center of the bracelet—directly over the pricks to my skin that are finally starting to calm down—is a glowing red dot. I assume the red light has something to do with my gargoyle going missing, and everything inside me wants to claw at this bracelet. To tear it off. To rip it to pieces, anything to get my powers back.

It's ridiculous, I know, to be this upset about my gargoyle being bound—especially considering I didn't even know she existed before a few months ago. And it's not like I didn't know they were going to bind my powers in prison. They have to if they want to have any hope at all of controlling the prison population.

But knowing it and feeling it are two very different things, and now that my gargoyle is gone, I feel so empty. Like a giant part of me is missing and I'll never find her again.

Intellectually, I know that's not true. I know that once Hudson, Flint, and I make it out of here, my gargoyle will come back...and so will all the other strings. I just have to hold on to that, just have to remember that this isn't forever.

That everything is going to be okay.

Of course, that might be easier to remember if we hadn't just stopped in front of a Plexiglas cubicle about five feet by five feet. The woman holds open the door and says, "Step inside, please."

I don't want to step inside, but it's not like I have a choice. And not like

TRACY WOLFF

fighting is going to do me any good. So I take a deep breath and pretend that I'm not completely freaked out at the thought of being locked inside a small, see-through box.

For a second, I think it might be a shower, which is horrifying, even though I know it happens in regular human prisons. But this one has no showerhead, which I hope is a good thing, even though I'm definitely not willing to bet on it...

I walk through the door and try not to wince at the sound of her closing—and locking—it behind me. "Stand in the center of the room, arms at your sides. And don't move."

"What is this place?" I do as she says but keep looking around, hoping to find some hint of what's about to happen.

"I said not to move."

I freeze in place. "Okay, but can you at least tell me—"

"Close your mouth."

I snap my jaw shut so fast that my teeth clack together. Just in time, it seems, because a huge wind kicks up out of nowhere. It buffets me from all sides, making it nearly impossible for me to follow her repeated warning to "stand still."

Just when I think I'm about to blow away, the wind dies down, and fire takes its place.

"Do not get off the X," the woman orders.

I do what she says, forcing my feet to stay on the black painted X even as smokeless flames dance across the floor just out of reach of me before licking up the walls to the ceiling. It's like no fire I've ever seen before, the individual flames so hot, they're burning blue, and I know that one slip, one wrong move, and I'll end up incinerated.

It seems to go on forever, until I'm terrified I'm going to burn just from the heat in the room alone. But then, all of a sudden, the heat just disappears.

"Follow me," she instructs again, and I do on wobbly legs.

I still want to know what just happened to me, but to be honest, I'm too scared to ask. Every time I open my mouth in here, something worse happens.

The next station requires a clothing change—out of the cute sundress I wore to graduation and into the black jumpsuit that's going to be my prison uniform until I finally manage to get out of here. My phone and earrings are taken now and put into a bag along with my dress.

c o v e t

I expect her to take my promise ring, and my chest tightens. But she just turns to me and asks, "Do you wish to keep the ring?"

I know I'm not supposed to ask questions, but I can't stop the words that rush out. "I can keep my ring? But I thought no jewelry?"

She stares at me hard, and I think she's not going to answer, but then she says, "We make exceptions for promise rings to prevent people from having someone incarcerated to cancel a promise. The Aethereum is not a personal escape clause."

My heart is pounding in my chest, and I stare at the ring, twisting it around and around my finger. I still don't know what Hudson promised me. Do I want to hold him to his promise? And what about when we escape and I go back to Jaxon? Is it fair to hold him to his promise then?

Twist, twist, twist.

"Choose quickly, Miss Foster."

I take a deep breath and reach for the ring...and can't do it. Removing it now would be like giving up on Hudson. On us. And I know I will have to eventually to save Jaxon, but I can't do it today. I'm not ready to lose him yet.

"I'll keep it."

## 107

### Un-Solitary
### Confinement



We stop at two more stations, both of them as scary in their own way as the first one, before she leads me down one more dark hallway. This is the longest we've had to walk, and I'm beginning to hope that all the intake procedures are finally done, but then she leads me into one more room.

My stomach clenches as I pass through the door after her, terrified of what might be coming next.

It turns out that what's next is the bureaucratic part of intake, considering this room is filled with desks and filing cabinets. I should probably be reassured, considering that part, at least, looks like every other government bureaucratic room in the world. And maybe I would, except for the fact that the entire room looks like something out of a Transylvania horror movie… and the creatures sitting behind the desks look even creepier.

Eight black desks are lined up in two rows running the length of the room. The laptops and file folder holders on each one should have lent an air of normalcy to the space, but the pointy black nightmare chairs behind each desk—and the occupants of said chairs—take even that away.

The intake guards, or whatever you call them, are the creepiest-looking people I have ever seen. Zombies? I wonder as I eye their grayish, nearly translucent skin and yellow eyes. Or something even more menacing?

Their cheeks are sunken, their long hair gray and greasy looking, and their fingers tipped with two-inch-long razor-sharp talons that click ominously every time they make contact with the keyboards.

"Have a seat." The whisper is paper thin and directed at me, though I'm not sure where it came from—at least not until the woman who has escorted me this far orders, "Go to the first desk on your right. This is the last step."

"Last step of what?" I ask, hoping to stall a little. Everything inside me is screaming at the idea of sitting in front of one of those things, whatever they are.

covet

"Intake," she answers through narrowed eyes, and it's the first question of mine other than the promise ring that she's answered. And, her look says, it's going to be the last.

When I don't immediately start moving, she walks toward me with narrowed eyes. And this time when she tells me to move, her tongue comes out in warning. I nearly scream when I realize it's forked...and black.

I start walking, not sure which is worse at this point—dead-looking desk guy or snake lady—but deathly afraid I'm about to find out.

But I'm barely halfway to my assigned desk when the door opens and Hudson walks in, escorted by a man in a black suit and sunglasses who looks remarkably like the woman I've been stuck with all this time.

"Grace!" he says, relief practically dripping from the word.

He's dressed in the same black jumpsuit that I am—and looks better in it than I do, I'm sure—but his normally perfect pompadour is currently sticking straight up. There's also a line of soot running down his left cheek, and his knuckles are all scraped up.

"I'm okay," I tell him, starting toward him instinctively.

But the woman is there between us, tongue out in warning as she orders me to "ssssit," in a tone that brooks no more disobedience.

So I do, hightailing it over to the super-creepy-looking guy manning the first desk to the right.

Hudson ends up sitting directly across from me, and he looks a lot more composed than I feel, despite the disheveled hair. When I finally manage to catch his eye, he gives me a reassuring smile and a little nod, and it works...a bit. And when Flint walks in a couple of minutes later, his afro blown out bigger than I've ever seen it, courtesy of the wind/fire room from hell, we both breathe giant sighs of relief.

The woman, whoever she is, disappears once Flint is seated—and so do the two men who obviously escorted Hudson and Flint through their own hellish intake procedures.

The moment they're gone, we all relax a little, because while these guards are really creepy to look at, they don't seem overly motivated to do anything but their jobs.

"Are you okay?" Hudson asks Flint once the door shuts behind the scary woman and her two compatriots.

"Yeah. You?"

He nods, and so does Flint.

"What just happened to us?" I whisper. "And, Hudson, were you able to... you know...*take care of* your cuffs?"

Hudson shakes his head, looking down at his hands. "I've never seen cuffs like these before. I didn't know which rune to remove."

"This whole place is ridiculous," Flint adds. "I've been thinking about it. I'm pretty sure the flames were magical delousing, making sure we had no extra magic hitchhiking on us that the bracelet couldn't neutralize."

"And the imaging in the last room was to map us for identification," Hudson says. "In case something happens to us."

"Yeah, that's what I figured, too," Flint says after clearing his throat a few different times. "I don't know what any of the rest was."

"Silence, please," the intake officer checking in Flint demands, his raspy voice sending shivers all the way through me.

We shut up for a few minutes, but I can tell Flint and Hudson are worked up about something, because they keep exchanging looks. Which only manages to freak me out more, which I definitely don't need at the moment.

"What were those people?" I ask, almost afraid to hear the answer. "Her tongue—"

"Basilisks," Flint answers grimly.

"Basilisks?" I repeat, horror moving through me.

"Silence!" a second prison intake officer growls in a way that makes even Flint close his mouth.

Long minutes pass with no sound but the eerie clicking of those nails on the keyboard. The not-silent silence grates on my nerves, and I can tell I'm not the only one by the way Flint's leg is bouncing up and down and the way Hudson keeps tapping his thumb and middle finger together.

Finally, when the silence has stretched all of us near to our breaking point, Flint asks his intake officer, "So what happens now?"

He doesn't look away from his laptop screen as he rasps, "Now we assign you to a cell."

"With Remy?" Flint asks.

The officers exchange a long look—which Hudson definitely notices.

His eyes grow watchful even as he kicks his legs out in front of him and leans back in the chair. "I want to bunk with Remy, too. It's more my style, don't you think?"

I shoot Flint a confused look, but he just shrugs—which seems strange considering he's the one who brought up remies, whatever they are, to begin with.

"Oh, and since you're in the middle of assigning a cell, we were hoping we could get one by the sea?" Hudson jokes. "That's how Remy likes it, right?"

"You better watch your mouth," the officer doing my paperwork whispers, his long nails making a screeching noise as they scrape against the desk. "Remy's got a quick temper."

Hudson's brows go up at the confirmation that Remy exists. And obviously this is a scary person if the guards feel the need to warn us against him.

"He's been expecting her," a huge voice from the shadows at the back of the room booms.

I jump, even before he steps into the light, because I had no idea anyone was even back there. Once he does step forward, though, everything inside me freezes. Because this creature makes everyone who's come before him seem like a fuzzy monster from a child's Halloween show.

He is seriously and completely terrifying. It's not just the weird-ass antlers on his head, because I have nothing against moose normally. But his face is also filled with all kinds of sharp angles that aren't human and aren't moose but something in between that is vaguely demonic-looking.

More, his gray skin is almost completely translucent, his veins and arteries much more visible than they are on a normal person—or even the rest of the creatures in this room. When he sees me looking, he gives me a grim facsimile of a smile—one that reveals double rows of razor-sharp teeth.

He takes a couple of steps toward me, and I yank my gaze away, back to Hudson, who looks like he's about one second from jumping in between us. And while I am firmly aware that Hudson is the biggest badass around even without his powers, I'm also pretty sure that this guy would give him some stiff competition.

So I force a smile I am far from feeling and mouth *I'm okay*, even though I feel anything but.

Hudson watches me for several seconds, but eventually he sinks back against his chair and starts that silent tapping of his thumb and finger again.

A few minutes later, they finish our intake paperwork. Then they scan our bracelets and run a scanner over us one more time to check to make sure all our personal items have been removed. Then the giant guard from the back

of the room lumbers forward and orders us to follow him.

He leads us out the door and back down the shadowy hallway until we get to a high-tech portcullis. The metal door is crisscrossed, just like the gates in old castles, but from what I can tell, each strip of metal is lined with motion- and heat-detecting sensors.

The portcullis reminds me of Katmere, and not for the first time, I wonder how my friends are doing. I hope Uncle Finn didn't get into too much trouble when he went off on Nuri and Cyrus. And I really, really hope Jaxon got my father's rune and Macy and the others aren't totally freaking out. I just hope we can get through this quickly. I don't know how much longer Jaxon has.

"Which cell?" the guard working the gate asks. He looks an awful lot like the guard who is leading us, except one of his antlers is half broken.

"They're with Remy," the guard leading us answers.

The other one nods and plugs a bunch of numbers into the fancy electronic dashboard he's got sitting behind him. "They're parked in cellblock A, spot 68 today," he tells him, and our guard nods.

I'm a little intrigued by the idea of cells being parked like cars, but that's something to worry about another time. Right now I have a more pressing question.

"Who's Remy? And how did you know to mention him?" I ask Flint under my breath as the portcullis starts lifting with a loud clang.

"My mom whispered to me right before Cyrus took me away. She told me to find Remy. I don't know why."

"Let's go," the guard says as he begins lumbering down this new hallway.

We follow him, sticking close together because the farther we walk down the hallway, the narrower and shorter it gets.

We pause outside another gate, and the two guards have basically the same conversation we just went through. But instead of ignoring us, this guard looks at us as he opens the portcullis. And says, "You'd better hope that he's in a good mood. Remy hates surprises."

"Yeah, he does," agrees the guard who's been leading us here. "How many guards did it take to collect the pieces of the last person to ask for Remy?"

"Four," the gate guard answers. "And they had to make multiple trips."

Suddenly a room without a sea view—and without Remy—seems like the way to go, no matter what Nuri said.

But just as I'm reaching that conclusion—along with Flint and Hudson,

COVET

I'm pretty sure—the guard presses a bunch of numbers on his control pad. But this time, instead of the portcullis going up, I can hear the sound of metal rubbing together, like massive gears grinding against each other.

As the gears move, both guards step a little closer to the metal gate. I'm about to ask what's going on when the floor we're standing on drops into a steep slant.

"What the hell?" Flint squawks, trying to grab on to something. But it's too late. We're already sliding down, down, down...and right into a giant metal tube slide.

I hit the slide first, and I claw at the sides, trying to find something, *anything* to hold on to. But it's completely smooth, no ragged edges, no handles, nothing to grab. Which might be a blessing, considering I can hear Hudson and Flint sliding hot on my heels, and I really don't want to be crashed into by either of them.

It takes nearly a minute before I reach the end of the slide, and then I fall about five feet through the air onto a pristine metal floor.

This time I hit ass first, because apparently landing on my feet with a little bit of dignity is too much to ask. It hurts, but I've got no time to absorb the pain because I've got to scramble backward to avoid being hit by a falling Hudson who, of course, sticks his landing like a gymnast at the Olympics. Seconds later, Flint does the same thing.

The jerks.

"Where do you think we are?" Hudson asks as he reaches down to pull me to my feet. I take the help because both my ass and knees hurt now, and we haven't even been in this place two hours.

"Cell block 68?" I answer as I look around the room, which is nearly as shadowy as the hallway. Still, there's enough light for me to register that we're standing in a cell made completely of a perfectly smooth, perfectly polished metal. It's old metal—a little discolored in some places, a little dull in others—but metal just the same.

I run a hand over the wall, but there are no ridges or seams at all. From what I can see, the whole thing is one continuous piece—walls, ceiling, floor. I've never seen anything like it, and the artist in me is fascinated, even as the rest of me is terrified that we've just landed in a perfect metal coffin.

And that's before a low, terrifying growl comes from seemingly nowhere and makes every hair on my body stand straight up.

# 108

## War-Locked Up



I whirl around, trying to figure out where the sound is coming from, but Hudson and Flint have already stepped in front of me—blocking whatever it is from getting to me but also blocking my view of whatever it is.

Another, deeper growl sounds, and I can't help wondering if Remy is a T. rex, because I can't imagine what else could possibly make a sound like that.

I try to push Hudson aside a little bit, but he's not budging. And when I try a second time, he lets loose a warning growl of his own. Too bad I don't have a clue whether it's directed at me or the terrifying creature that has now taken to snarling at us basically nonstop.

I finally figure out that if I angle just right, I can peer between Hudson and Flint and see what they see—which at the moment appears to be a pair of glowing red eyes.

"Now, Calder, keep your drawers on," says a low, deep voice that's as hot as cayenne pepper and as smooth as the pecan pralines my mother used to love. "Don't you recognize company when you see it?"

Apparently not, because—drawers not withstanding—the only thing Calder does is let loose another long, slow growl.

"Who are you?" Hudson demands.

"I should probably be asking you that question, don't you think?" comes the easy answer. "Since you came uninvited into *my* home and all."

"Uninvited?" I squawk. "It's not like we had a choice."

"Sure you did, *cher*." He takes a couple of steps forward now, and though he's not out of the shadows yet, he is close enough to the light that I get the impression of shaggy dark hair, broad shoulders, and a strong jaw.

"Not exactly," I whisper. Okay, maybe we did, but I'm not telling *him* that. At least not until we figure out which answer might get us eaten by whatever is still growling in the corner.

"Hmm," he answers. "In my experience, 'not exactly' sounds an awful lot like 'yes.'"

"Not exactly," I say again, and this time he laughs—big and bold, but it only ratchets up the tension in the room.

"You've got gumption," he says in a slow, New Orleans drawl that wraps around each word and drags it out, and I wonder if that's where this prison is. "I'll give you that."

"And you've got issues, at least according to the guards," I shoot back. "Do you tear everyone to pieces or just the ones who aren't afraid of you?"

Flint makes a choked sound, and Hudson inhales a little too fast, but neither tries to convince me to stop talking. They do, however, brace for whatever it is he's going to do.

But he does nothing, save shake his head as he finally, finally steps out of the shadows. And as I get my first real glimpse of him, I realize he's nothing like what I expected.

To begin with, he's young—like about my age or a year younger. Admittedly, that doesn't necessarily mean anything in this paranormal world, as Hudson is more than two hundred and looks about nineteen.

But I don't get a vampire vibe from this guy, with his shaggy hair and forest-green eyes, nor do I get a vibe that says he's been around a long time. And he's huge and heavily muscled—at least six foot four, with shoulders almost as wide as the door. He'd definitely give Flint a run for his money. And unlike the rest of us, he's not dressed in prison black.

Instead, he's wearing a pair of well-worn jeans, ripped at the knees, and a white T-shirt that makes his warm brown complexion look even warmer, richer.

I'm about to decide this kid's not so bad—and then our gazes collide, and a shiver of fear skitters down my spine.

There might be a rabid beast in the corner of this cell, dying to rip us limb from limb, but one look at those eyes and I know Remy is the real danger here.

I don't know what he did to get thrown in this prison, but I can guess one thing: he definitely did it. And probably smiled the whole time.

"Good question. What do you think?" he asks as he strolls over to us like he's at a Sunday picnic on the banks of the Mississippi.

It's hard to tell if his words are an implied threat, since he says them so casually, but Hudson must think so because he snarls, "Get away from her,"

TRACY WOLFF                              449

in a voice so low and controlled that it has shivers tearing down my spine.

Remy, on the other hand, just kind of looks at him, dark eyebrows raised. "Nice little attack dog there, darlin'. You might tell him to stand down...if you want him to leave here with all his pieces attached."

Hudson steps forward to meet him and gives me the opportunity I've been looking for. I dart out between him and Flint and throw myself bodily in front of him. "Stop it," I hiss at Hudson and Flint. "This isn't helping."

"Like he is?" Hudson asks, offended.

"I don't know what he's doing yet, but let's at least try to find out before the two of you beat the hell out of each other."

"I'm not sure that's how this is going to go," Remy says. "Though I do enjoy a challenge."

"I'm happy to show you exactly how this is going to go," Hudson growls back, fangs on full display.

"Okay, that's it." It's my turn to snarl. "Can we please tamp down the level of testosterone in this room before it poisons us all?"

"Not to interrupt what is obviously a champion pissing contest," Flint says in his most pious voice. "But I'd like it noted that my testosterone is completely tamped down."

And in the span of a second, Remy and Hudson go from snarling at each other like two junkyard dogs to staring at Flint like he's the interloper.

I, on the other hand, am about ready to kiss him. Trust the charming dragon to figure out how to lower the tension in the room when everything I do only seems to escalate it.

After giving Flint a sketchy once-over, Remy turns back to me. "Quite the companions you have there, Grace."

Everyone stills. "How—how did you know my name?"

But he just holds my gaze until I feel a jolt of electricity go through me. It's not the same kind of heat I feel with Hudson, obviously—in fact, it's not sexual in the slightest. But it is a powerful jolt nonetheless. Almost like he's looking inside me, sorting through the blood and organs, cells and molecules, to find who I really am under all the trappings.

It's an odd feeling, one that only increases the longer our gazes are connected. And then his eyes turn dark and swirly, like a storm-tossed sky, and I can feel the power inside him, tugging at me, trying to latch on to something and pull me forward. And I almost go. At least until Hudson

wraps an arm around my waist and pulls me into him so that his front is pressed against my back.

"Don't look him in the eyes," Hudson whispers, and though we currently have bigger fish to fry, the warmth of his breath against the sensitive skin of my ear and neck has a tiny frisson of heat uncurling deep within me.

Then he looks straight at Remy and orders, "Stop with the tricks, witch. Or I'll stop them for you."

# 109

## A Charmer, a Bad Boy, and a Lost Soul All Walk into a Cell...



Tense silence ensues while Remy studies us like we're bugs under a microscope.

"All in due time, Grace," he eventually says in answer to my question about how he knows my name. Then he makes a little clicking noise with the corner of his mouth. "Why don't you come on over here, *cher*, and tell me a little bit about yourself."

I can't decide if that was meant as an invitation or a command. In fact, I'm having trouble figuring out exactly what Remy is all about, in general. Yes, he looks scary and cold and intimidating, but you know, we *are* standing in a prison. Also, how the hell did he know my name? That might be the scariest thing about all this, despite something inside telling me I don't have to be afraid. That he feels familiar. And more, that he feels safe.

Which makes absolutely no sense.

Everything about him screams *run scared*—except his eyes. His eyes are too watchful. Too careful. Too...*needy*.

And that's when it hits me. I know exactly why he feels familiar.

He's not the first guy I've met who pretends to be a psychopath so no one looks closer and sees his pain... Been there, done that, currently mated to him.

And that's it; I can't help it. I burst out laughing. Men. They really are simple creatures sometimes.

"Why don't you come on over here and tell us a little bit about *yourself*," I shoot back. "Starting with how you managed to get your bracelet off." I stare pointedly at his bare, unmarked wrist.

There's a moment's hesitation before he tells me, "I like you." And now I see it—his eyes are positively dancing with merriment. This whole thing has been a joke to him.

c o v e t

"Yeah, that's obvious," Hudson mutters, but Remy ignores him.

Instead, Remy follows my gaze and stares at his bracelet-less wrist like he's going to answer. But then he kind of shrugs and says, "Guess I'm just special like that."

"'Special' is one way to put it," Hudson mocks, and if his hold on me got any tighter, I'm pretty sure it would cut off my circulation. "Narcissistic is another. But hey. Potato, po-tah-to, right?"

Remy looks so surprised—and disgruntled—at the comeback that I can't help giggling.

And apparently, I'm not the only one because the beast from the shadows laughs—a deep, rollicking sound that fills up the whole cell with joy. And like that, Remy's laughing, too.

"Well, hell, Calder. You've gone and ruined the whole game. You might as well stop hiding in the shadows."

"I was wondering when you were going to let me out to play," a light female voice answers, which has Hudson, Flint, and me exchanging *what the fuck* looks.

Because how the hell could someone who sounds like *that* make the growls we just heard? At least until Calder steps out of the shadows, and we realize she is a giant of a girl. An Amazon who stands as tall as Flint and has biceps as big as Remy's and looks to be about seventeen herself.

She's also gorgeous—no doubt about that. Long red hair, big brown eyes, boobs that make even mine look small, and an infectious smile that lights up the whole room as much as her laugh did.

I start to step forward, hand extended, to say hello, but Hudson mutters, "Jesus," as he pulls me tighter into his side.

In the meantime, Flint sniffs the air and then asks with wide eyes, "Holy fuck. Is that a manticore?"

"Damn straight I am," Calder replies. "And so you know, I prefer it when men talk *to* me, not about me."

"Oh, yeah, right. Sorry." Flint's cheeks turn ruddy.

And I'm not trying to be rude here, especially since this girl looks like she could tear any one of us limb from limb with her bare hands, but I also have no idea what's going on. "I'm sorry," I say. "I'm kind of new to the whole paranormal world. What's a manticore?"

Remy laughs again, but Calder lifts her head proudly, red hair streaming

down her back and announces, "Only the fiercest and most beautiful creature ever created."

It doesn't tell me much, but it's one hell of a description. And, looking at her, I can't help thinking that it is right freaking on.

# 110

## The Big Not-So-Easy



"**M**anticores are part human and part lion, with eagle wings and a scorpion's tail," Hudson tells me softly.

"That is totally badass!" I exclaim.

"I know." Calder grins, pretending to buff her nails on her shirt. "We're the best."

"Definitely the most modest," Hudson interjects dryly.

Flint makes a choking sound, but Calder waves an airy hand. "It's okay. I don't believe in hiding my light under a bushel."

It's, like, the most perfect answer ever—at least from this glorious creature, which is probably why I crack up the second Remy's eyes meet mine. He laughs, too, but Calder just fluffs up her hair and swishes it back and forth.

"So why don't you pull up some metal floor," Remy suggests. "Get comfortable, and tell me what made you ask for me."

"You mean get uncomfortable, right?" Flint asks as he looks at the scarred and dented floor. I look closely, too, pretty sure that some of these scars are actually...claw marks? The thought makes my stomach sink.

What happens in here that someone would have to do something like that? And how do we keep it from happening to us?

Remy grins. "Comfort's relative after a life in prison. But I guess you'll find that out soon enough."

"Actually, that's kind of what we were hoping you could help us with," I tell him. "Flint's mom is the dragon queen, and she told us to find you. We need to locate someone else in the prison and then break out, preferably as soon as possible."

"Is that right?" Remy asks, brows raised. "You're gonna break four of you out of this place like it's nothing, huh?" He snaps, and sparks explode from the ends of his fingertips. They hang in the air between us for a moment or

Tracy Wolff

455

two before slowly fading away.

"That's the plan, yeah," Flint tells him.

"You know this place is governed by an unbreakable curse, right?"

"We do," I say.

"So, what?" he asks. "You think you might be the ones to actually beat that?"

"We *are* going to be the ones to beat it," Hudson tells him, and for a second he sounds just as arrogant as Calder. And, like with her, the confidence works on him.

Like really, really works on him. His blue eyes are gleaming as he squares off against Remy, his dark hair falling over his forehead since the wind/fire thing destroyed his normal style. Plus, the prison jumpsuit that looks ridiculous on me actually looks pretty damn good on him, especially with its open collar leaving his very kissable throat on display while also molding to the rest of the muscles on his upper body pretty damn well.

I know we're in prison, just like I know that things don't get much worse than this.

I also know if we succeed in actually finding the blacksmith, we're going to use him to find the Crown, defeat Cyrus, and break our mating bond so that we can save Jaxon's soul.

But right now, right at this very moment, when my mate has his arm around me and is preparing to wheel and deal with a warlock and a manticore, it's pretty hard to remember all that. Honestly, it's pretty hard to remember anything *except* that. For some reason I can't begin to understand, the universe made this gorgeous, sexy, brilliant guy my mate. *Mine.*

I'm trying not to draw attention to myself, but something of what I'm feeling must be showing on my face because Hudson keeps shooting me weird little looks. And when our gazes actually meet for a second or two, he squirms uncomfortably and—I'm pretty sure—forgets how to breathe.

*It's only proximity*, I tell myself. *Only biology.* But when Hudson lifts a sardonic brow in response to Remy's "no one breaks out of this prison," all of a sudden he's not the only one squirming.

"So how do we get out, then?" Flint asks. "Because we *are* getting out."

I don't know if Remy is humoring us or if he believes us, but after he studies each of our faces in turn, he says, "First? We barter."

"What does that mean?" I ask. "You think we can buy our way out of prison?"

"*Cher.*" He gives me a look like he's disappointed in me. "Haven't you figured out by now that anything can be bought with the right price?"

"Yeah, so name your price," Hudson tells him. "We'll get it for you."

"Well, well. Aren't you the big man?" Calder says, and I can't tell if she approves or if she's being sarcastic. At least not until she looks Hudson over from head to toe…and licks her lips.

Which is just…fantastic. Apparently, we're supposed to put our fate in the hands of a depraved Amazon and a warlock who feels an awful lot like a con man. Lucky, lucky us.

"It's not quite so simple," Remy says, and I swear his accent has gotten even heavier.

"What does that mean?" Hudson responds.

"It means you need to slow your roll. Getting to where you *might* be able to bust out of this place is a process, and it doesn't matter how impatient you are; some things can't be rushed."

"I understand that," Hudson counters. "But is there any way we can maybe speed it along a little?"

Remy shakes his head, like he pities Hudson. "You're in N'Awlins now, baby. That's not how things work down here."

A prison for paranormal creatures is in New Orleans. Everything about that sentence makes total sense.

"So how exactly do they work, then?" Hudson eyes him like he's wondering what size bucket he'd need for Remy if he decides to go full Bloodletter on his ass.

"Nice and slow. Just like all the best things in life," he answers, even as he sends me a cheeky little wink. "They don't call it The Big Easy for nothing."

Flint bursts out laughing—which he hastily turns into a cough when Hudson turns to stare at him with narrowed eyes.

"Sorry," he murmurs.

Hudson sighs and rubs his eyes like he's got the world's biggest headache… which seems fair, to be honest. Remy is…a lot.

"So what *do* we need to do?" I ask, hoping to give him a chance to regroup.

"I've been waiting for this moment since the day I was born," Remy replies. "So the first thing you need to do? Listen to me."

"You remember the day you were born?" I ask, which is, admittedly, the most inane of the questions racing around in my brain. But it's the one that

somehow comes out, partly because it seems ridiculous and partly, I think, because the paranormal world is just bizarre enough that that could actually be a thing, especially considering I am currently sitting with a dragon, a vampire, a warlock, and a manticore. Anything is possible.

Remy doesn't answer right away, and after a few seconds, I decide he's not going to answer at all. But then he says, "When you're born in a prison, you tend to remember it."

"You were born here?" Flint asks. "That's…"

"What it is," Remy finishes with a warning look. It's obvious he doesn't want any sympathy from us, but that seems impossible when my heart is breaking for him.

Still, I clear my throat in an effort to sound normal and *not* all choked up. "So you've never been outside these walls?"

"It's not so bad." He shrugs. "Once you learn how the prison works, you do okay. It's not like I'm lacking for anything."

Except freedom. And fresh air. And the choice of what to do with any and every part of his life.

He's right. It's not so bad. It's horrible. Especially when I think about the fact that he did nothing to get here. He's spent his entire life locked up in this prison simply for the crime of being born.

Actually, it's beyond horrible.

"I'm—" I break off, not sure what to say.

But Remy just shakes his head. "Please don't tell me you're sorry."

"It's hard not to," I respond.

"It shouldn't be. Not for you."

I don't understand. "Why not?"

"Because, *cher.* You're the only thing I've been living for for the last couple of years. And hearing you say you're sorry about that would plain break my heart."

# 111



### I Never Asked to Be Your Saving Grace...But Someone's Got to Do It

"What exactly does that mean?" Hudson's voice cuts like broken glass through the silence.

"It means I've been waiting for her for a long time." Remy smiles at me. "You disappeared for a little while there, but you came back a few weeks ago. And I, for one, have to say that I am intensely grateful for whatever put you back on the path of debauchery and mayhem that landed you in this fine establishment."

"No debauchery or mayhem," I tell him.

He *tsk*s at me. "Now, I have a hard time believing that, Grace. I have seen you in my dreams for a lot of years, and if I know anything, it's that you're a wild one."

"What did you just say about her?" Hudson demands.

"In your dreams?" I ask, confused. "You mean your dreams..."

"Come true? Yes. My mom was a witch, but not a very strong one—even before they slapped a bracelet on her. She died when I was five. My father, on the other hand...I know nothing about him because she never said a word, but he did give me one little present. I can see the future. And I have seen that you are my key to escaping this shithole prison."

He grins. "And like I said, Grace, I've seen you coming for a long time. I'm merely glad you finally got here." He reaches over and pats my knee, which has Hudson giving him an evil look all over again.

But I get it. I can't imagine seeing someone coming your whole life who you think can play a role in freeing you, only to have her disappear on you, just when it's almost time.

I know those weeks he was talking about—and I can tell Hudson knows them, too. It must have been the time I was mated to Jaxon. When I was with him, it must have taken me off the path of following Hudson to prison.

TRACY WOLFF

I glance at him out of the corner of my eye, and he looks devastated. I know he's blaming himself, know that he thinks it's his fault that I'm here. But if Remy's seen me all along, doesn't that prove that Hudson and I were always meant to be mates?

The thought breaks my heart way more than being in this prison ever could. Because this is the real thing. Hudson is the mate the universe gave me, and I'm the mate the universe gave him. But we still can't be together... If we are, we'll lose Jaxon. And I know neither of us would ever be able to live with ourselves if that happened.

Still, I reach over and squeeze Hudson's hand. Because whatever happens between us—whether we find the Crown and break the mating bond or not—there's a part of me that will never forget that Hudson loves me, warts and all.

Remy is watching us closely, and there's something in his eyes that makes my heart hurt for him even more. But the second he notices me watching, it disappears and the smart-ass grin is back in place.

"I do have to say one thing, though, Grace. I think you should have held out a little in the mate department."

"Oh, really?" I ask, keeping a firm grip on Hudson's hand when I see the fangs come out.

"Yeah." He gives Hudson another smug once-over. "You totally could have snagged someone with a cheerier personality."

"Someone like you, you mean?" I ask dryly.

"Me? I'm flattered." He gives me a faux-shocked look that we both know is total bullshit. "But now that you ask, I do have an opening."

"Am I sitting here right now or am I fucking invisible?" Hudson asks. "For a guy who wants our help, you sure have a fuckton of nerve."

Remy looks him straight in the eye. "I've been living in this shithole my whole life. Nerve is the only thing I've got to my name."

"Maybe that's because you're an asshole who drives everyone away," Hudson shoots back.

"Hey!" Calder stops braiding her hair long enough to glare at Hudson. "That's not nice. You should apologize." She fluffs her bangs. "I'm somebody."

For a while, Hudson just stares at her, nonplussed, and it takes every ounce of self-control I have not to laugh. Because the truth is, my mate is a lot of things. Brilliant, funny, self-deprecating, sexy as fuck.

But he is also used to being the biggest diva in any room. And now he's

up against Remy, who uses his appeal like a weapon, and Calder, who is so completely self-absorbed that Hudson's sarcasm doesn't have a chance of getting through.

Frankly, I'm amazed he hasn't started pulling out his hair yet. Then again, that would cause an unsightly bald spot...

"What are you laughing at?" Hudson asks quietly.

"I don't know what you're talking about." I give him my best deadpan look. "I'm not laughing at all."

He rolls his eyes. "You are on the inside. I can feel it."

"Sorry, I was just..." I lower my voice to a whisper. "Imagining you with a bald spot."

The look he gives me is so affronted that both Flint and Remy burst out laughing. Calder doesn't even notice.

"Vampires don't go bald," he hisses.

"Which is why it was such a funny thought." I widen my eyes, going for the innocent look. But the downside of having Hudson live in my head for so long is that he doesn't believe it for a second.

"Can we focus, please?" he asks. "The sooner we figure this shit out, the better. We need to get home." He turns back to Remy. "How fast do you think we can make that happen?"

"That depends on the three of you," he answers. "I want out of this shithole more than anybody here, but there's no cheating the system."

"We know the curse is supposed to be unbreakable," Flint says. "But there's got to be a loophole, right?"

"There's no loophole," Remy says. "But the flowers will—"

"Wait." Hudson's eyes narrow. "You know about the flowers?"

Remy sighs. "Which part of 'seeing the future' do you not understand?"

"The part where you're an asshole. Oh, wait, that's the present *and* the future. My bad."

The two of them look like they're about to get started on another pissing contest, but frankly, I don't have the energy for it.

Besides, there's a bigger problem. "I have the flowers, but I have no idea how to use them."

# 112

## Warlocks Spell
## It Like It Is



"**I** do," Hudson says.

"What? How? When?" I ask. "I thought you didn't even believe the flowers would work!"

"I don't have a clue if they'll work," he tells me. "But I've seen this kind of magic before. You just press your fingers against the tattoo as though picking the flowers out of thin air, and they'll come to you. It's a spell of need."

"More like desperation." Flint snorts. And he's not wrong. Still...

"You. Are. Brilliant!" I tell Hudson. And to hell with our audience and us basically living a soap opera. I lean over and give him one quick but perfect kiss.

Hudson's brows go up, but he's totally on board. "There are three flowers," he murmurs against my lips. "You know, in case you want to show your appreciation for each flower."

I laugh but give him two more quick kisses, because I want them as much as he apparently does.

"This is awesome!" I say once I'm settled in a spot on the ground. "I've spent the last umpteen hours worried to death that we wouldn't be able to get them."

"Umm, Grace?" Flint interrupts. "I hate to be the one to burst your very happy bubble, but we still have a problem."

"What's that?" I ask.

"There are three flowers. Counting the blacksmith, there are four of us—"

"Five," Remy interrupts.

"Umm, six," Calder reminds us sweetly.

"Okay, *fine*," Flint says. "Counting the blacksmith, there are *six* of us who need to escape and only three flowers to help us do it. Can we use half a flower per person instead, you think?"

"Yeah, and only end up looking half dead?" Remy says skeptically. "That gets us a trip to Bianca's infirmary, and there ain't nobody who wants to go there.

"Besides, they're really small flowers." He looks at my tattoos doubtfully. "And if it's the same blacksmith I think you're referring to, he's a really big guy. Half might kill his welding hand, but that's about it."

"Vander Bracka, a giant who makes magical cuffs?" I ask, just so we're clear what blacksmith we need—'cause it wouldn't be awkward to break out the wrong one or anything.

Remy nods. "Yup. That's him."

"Well then, we're back to where we started," I say. "We've got nothing."

"Not nothing," Hudson tells me. "You and Flint can still find the blacksmith, and the three of you can escape."

"I'm not okay with that," I tell him.

"Umm, me neither," Calder says. "What makes her so special?"

Hudson lifts a brow. "She brought the flowers?"

"Yes, but we've been waiting for the girl with the flowers *forever*. I don't think it's fair that we're not even in the running to leave with her—especially since we all know they'll look best on me."

"Who cares who they'll look best on?" Flint asks. "We're going to eat them."

She fluffs her hair, shrugs. "I'm just saying, aesthetics are important. And mine are obviously the best."

Flint stares at her for a second, like he can't quite decide if she's real. Then he shakes his head as if to clear it and says, "Here's an idea, aesthetics aside. How about we come up with a plan that gets *everybody* free? What's the point of having all this awesomeness in one group if we can't figure this out?"

"Aww, you're so sweet," Calder tells him, then stage-whispers to Remy. "Flint called me awesome."

Flint, Hudson, and I exchange looks that ask pretty clearly if this girl is for real, but Remy nods like she's said the most logical thing in the world.

Then he turns to us. "Look, for all I know, the rest of you ride a rainbow-tailed unicorn out of here. But Grace gives me a flower. I've seen it a million times. It's my only way out."

"Unicorns don't like manticores," Calder says matter-of-factly. "Probably because we have cooler tails. Besides, you wouldn't leave me here, so one of

the flowers must be for me, too." She shrugs as if to say, *Logic.*

So now we're down two flowers, and we haven't even found the blacksmith yet? This is beginning to sound a little fishy to me. It must sound that way to Hudson, too, because he asks the question that's been on the tip of my tongue since I got here. "*How* do you two know each other?"

The obvious answer is prison, but there has to be more to it than that. It's such an odd friendship. They clearly love each other, but it's not the least bit sexual. More like brother and sister.

Which makes me wonder—how far would Remy go to get Calder out of here? Far enough to trick us and try to steal a flower?

"Calder and I go way back, don't we?" Remy gives her a slow grin. "And I've seen her end—and it's not in this shithole. As for how we met… That's her story, not mine."

"Some stories aren't meant to be shared," she answers with a little shrug. "It makes them lose their magic."

This is getting us nowhere, so I turn to Remy. I'm beginning to think I need to make one thing clear. "*No one* gets a flower unless we have another way out—*with* the blacksmith."

Calder tilts her head as she studies me appraisingly. "I think I like this one, Remy."

Remy just grins. "I'm sure we can come up with a way to get you guys out. If you're lucky enough *and* can survive long enough *and* do exactly what I tell you." His grin turns to a grimace. "But the blacksmith, well, he's a prize down here, and not exactly small enough to hide if we plan on sneaking him out."

Something must occur to him, because his eyes narrow as he looks each one of us over before asking, "Exactly what did you guys do to end up in here, anyway?"

"I had a disagreement with my father." Hudson says it casually, like it's no big deal. But his eyes are watchful as he waits to see what they do.

"A disagreement landed you in here?" Calder says skeptically. "What did you do? Turn him into a dancing chicken?"

"I turned his bones to dust." The words are flat and obviously a challenge.

"Dust?" Calder asks. "Like ashes to ashes, dust to dust? That's brutal." She doesn't seem put off by the fact.

"He's not dead, if that's what you're asking," Hudson answers, deadpan. "I *just* turned his bones to dust."

c o v e t

An avaricious gleam enters Calder's eyes as she looks him up and down. "You and I are going to be really good friends."

I think we're both okay with that proclamation *until* she licks her lips again and adds an eyebrow wiggle.

Hudson scooches a little closer to me on the floor, and I can't say I blame him. So I wrap my arm around his shoulders and say, "Mine." Simple, to the point, hard to misunderstand.

Of course, it also makes Hudson lean over and give me the goofiest smile imaginable, because ugh. Men.

Calder bats her eyes innocently before turning to Flint. "What about you, big guy?"

Flint looks a little shame-faced as he nods toward me and admits, "I tried to kill Grace."

"Only *tried* to kill her?" Calder looks a little disappointed, which…thanks. It only takes her a second to bounce back, though. "I'll tell you what," she says with an excited squeal. "The next time you try to kill her, I'll give you pointers. I'm really good at it. Then I'll take Hudson, and the three of us can be best friends."

"Tossed me over already?" Remy asks, even as I roll my eyes. Hard.

"Anyone care why I'm here? Because the answer is I'm his *mate*."

"Well, that's no fun." Calder looks nonplussed. "Of course, that's why the big guy's gonna kill you, silly. Then it will all work out."

Remy laughs and winks at me. "Ignore her, *cher*. She's just trying to see what you're made of, but she's harmless."

I start to reply *stone, I'm made of badass stone*, but then I remember this prison took my gargoyle, and my shoulders sink a little. What *am* I made of without my gargoyle? I honestly don't know.

"Do you mind if I ask what the big deal is about the blacksmith?" Remy asks. "Like I said, he's a favorite down here, so getting him out is going to be a little rough."

We don't answer right away. Flint, Hudson, and I exchange glances, none of us sure how much to share with our cellmates. What if Remy plans on using what we tell him to get himself out?

Then again, he seems pretty convinced he uses a flower to get out. Besides, he doesn't know the real reason why we're here yet, so he has no motive to lie. And Nuri specifically told Flint to find Remy. What did she know about

him that would help us?

My stomach is in knots trying to figure out our next move, but one thing I do know for certain…we're going to have to trust someone down here if we hope to get out alive. And since Remy's the only one lining up for the job, the choice is an easy one.

I take a deep breath and pray to God I'm not wrong. "We need the blacksmith to defeat Cyrus."

Remy's and Calder's eyebrows both shoot up so fast, it's almost comical. Almost. You know, if we weren't sitting on the floor of a prison trying to plan an escape, that is.

"So let me get this straight," Remy says in his smooth Cajun drawl. "You three are just hanging out, planning a coup to defeat the vampire king… from *prison*?"

Hudson shrugs. "Ultimately, he didn't like it much when I turned his bones to dust."

Remy's eyebrows are practically in his hairline now—well, what I can see of his hairline around his long, shaggy hair. "Your dad is the *vampire king*?"

"What's wrong?" Hudson asks, tongue very much in cheek. "Didn't see that one coming?"

Remy shakes his head. "Not even a little bit."

"Oh, I am so in," Calder says, her face positively lit from the inside with excitement as she turns to Hudson. "Like one thousand percent in. I'll hold him down while you fuck his shit up, pretty boy."

Flint lets out a snort-laugh and Hudson glares at him. And me? I'm grinning ear to ear. Because Calder's eyes never sparkled when she flirted with Hudson like they are now at the thought of killing Cyrus. That's what *real* interest looks like.

"What exactly did Cyrus do to you?" Flint asks Calder, and I notice Remy's gaze softens on her.

"Oh, nothing to me," she says while tossing a nod over at Remy. "But Cyrus is the reason my boy has been in this prison his whole life. That's not okay."

Remy inclines his head. "Family is everything to a manticore." It's as much a warning as it is a statement.

"I didn't realize you two were related," I answer, surprised.

"Family doesn't have to be blood," Calder says, like it's the most obvious

466

thing in the world.

I think of Xavier, of Flint and Eden, Jaxon and Hudson, Mekhi and Luca, and I couldn't agree more. "You know what, Calder? I think I like you, too. So much that I'll even let you flirt with my mate."

"Wait, what?" Hudson whispers as he throws me a desperate look.

But now I'm grinning right along with Calder. "No touching, though."

"See, I knew we were going to be friends," Calder says. "Wasn't I just saying that, Remy?"

"Does that mean you'll help us?" I ask Remy.

"If it means making Cyrus pay for what he did to my mother? Oh, *cher*, you needn't even ask," he says, then tacks on, "but I will be taking one of those flowers as payment."

# 113

## Come On, Baby, Cuff Me One More Time



"Let's assume we agree to your terms," Hudson begins. "What's your other idea for how to get out without the flowers? And more importantly, why didn't you try it for you and Calder?"

Remy shrugs. "Seeing the future isn't all it's cracked up to be. The future is constantly changing. Just because I see one path doesn't mean it'll happen. Look at how I saw Grace giving me a flower, then she disappeared from my dreams for weeks."

I have no idea what point he's trying to make. "And?"

"I knew I was going to get out with a flower. I knew roughly *when* Calder would get out," he says. "At least there was hope for us. To risk trying to get out another way could have failed *and* changed the future—meaning we might never get out." He must see that I'm still not understanding, because he holds my gaze as he says, "What's a better bet, *cher*? The sure thing that you'll get to leave this shithole one day, even if you have to wait years, or a chance at freedom that could mean you never get out? I decided to bet on the sure thing."

I think about his words, chew on them. What would I have done? I honestly don't know. I can't imagine spending one extra day imprisoned if there was even a chance of getting out—but then I haven't spent seventeen years in here. Yet. I might just want a sure thing myself by then.

"But you think there's a way out for us?" Flint asks.

Remy nods. "Like I said, it's going to take a whole lot of luck and even more money...and that's only if we survive the trip. But there's a chance. It's happened before."

That last comment perks up all our ears. We only knew about the dragon who got out—and he'd made a deal with the Crone for a flower. There was another way that didn't require me signing a devil's pact with a witch and

her pizza oven? Well, super awesome that we're only learning about it now.

"Okay, so what's the big escape plan?" I ask.

But before they can say anything, there's a scraping sound on the floor across the room.

"What's that?" I ask, even as Hudson moves so that I'm once again behind him.

"Dinner," Calder answers, and though she doesn't sound happy at the prospect, she also doesn't sound traumatized. Which is something, at least, especially since my stomach has decided to let me know that it is well aware that it has been many hours since I've eaten.

"They feed us through a hole in the floor?" Flint sounds horrified.

"That floor panel is the only access in or out of this room," Remy explains. "There's no door, no window, nothing. Just the tube that dropped you in and this tiny door the guards have to move us to unblock. Oh, and the fold-down staircase right below it that they have to activate."

"Move us?" Flint asks. "What does that mean?"

"You'll see," Remy answers.

His matter-of-fact tone should reassure me—he's pretty blasé about the situation, after all—but instead, it freaks me out. So far I've done what I think is a pretty good job of keeping my panic at bay, but the idea that there is literally no way out of this place except waiting for the guards to not only open our cell but to unblock the entrance completely... Well, let's say it makes me want out of here right freaking now.

I mean, does this place not answer to a fire marshal?

Calder walks over to the now-open hole in the floor and pulls out a triple-stacked tray. "You came on a good day," she tells us. "It's chicken and mashed potatoes."

Not going to lie. The food choice kind of blows my mind. I don't know what I expected to eat at the most diabolical prison ever created, but it definitely wasn't my mother's favorite comfort meal.

As she's handing out the covered trays to Flint and me—and a cup of what I assume is blood to Hudson—we all settle on the floor again and dig in.

After we take a few bites, Hudson puts aside his distrust of Remy long enough to ask, "Can you tell us a little more about how this place works? Our powers feel like they're gone."

"That's because they're blocked," Calder says. "Like, really blocked."

"By the cuffs on our wrists?" Hudson asks. "I've worn a cuff like this before—it's never really cut me off from my power, though. Not like this."

"Because it's not just that cuff." Remy takes a bite of a dinner roll and motions with it at the room. "Look around. The cuffs block all your magic, even shifting magic, but let's say we break those…"

Calder shakes her head. "You'd still have no abilities. The cell itself is a cuff."

"Oh, shit. That's brilliant," Flint says, and the look on his face is half respect and half horror as he glances around the room. "That's why the cell is all metal."

"The whole outside prison wall is a giant cuff," Remy tells us. "Then each cell is a cuff in a long chain of cuffs that, when locked together, make another cuff. And then, of course, there's the cuffs on your wrists."

"Four cuffs?" Flint asks, and for once, he seems totally cowed. "There are four separate cuffs between me and my magic?" He shakes his head. "No wonder I can't feel it at all."

That's why my gargoyle string has completely disappeared. It's locked away, hidden under one layer of metal after another, until there really is nothing left. I push my food around on my plate, my appetite suddenly gone.

The cruelty seems unfathomable. I understand that this is prison. I understand that powerful beings have to be contained. But they're using safeguards upon safeguards upon safeguards upon safeguards to ensure that people can't access something that is as much a part of them as their heart or their blood… It's beyond horrible. It's an actual violation.

"And just think," Remy says grimly. "We're the lucky ones. At least without a cuff, I have access to *some* of my magic. I can't imagine how the rest of you lot get by with none. It's a plain tragedy."

"Lucky?" I ask. "How so?"

"We're in the East Wheel, which is the political prisoner and petty-crime side. If you go over to the West Wheel—where the real criminals are—there are even more layers of protection."

I don't even want to think about it. But then, I realize, I don't have a choice. We didn't plan for the prison layout because we didn't know about it—it's a tightly held secret. But that means… "Do you know where the blacksmith is?" I ask. "On the East Wheel or the West one? Because if he's in the West Wheel…"

e 1:22-cv-02435-LLS-SN   Document 276-39   Filed 11/22/23   Page 214 of
470
c o v e t

"We are totally screwed," Flint finishes for me.

"And then some," Hudson agrees.

"He's somewhere else entirely," Remy tells us. And maybe I would be relieved if he didn't have such a wary look on his face.

"So where is he, then?" I ask as my stomach cramps in dread.

Remy and Calder exchange a look. "He's in the Pit, Grace," he answers reluctantly.

# 114

## How A Prison Cell Became the Room Where It Happens



"The Pit?" I look at Hudson and Flint, but they both seem as lost as I feel. "What's that?"

Remy lifts a brow. "Ever read Dante's 'Inferno'? I'm thinking he took inspiration from this place, because someone had some fun with the idea."

"I haven't, no."

"I have," Hudson says grimly, and his arm goes around my waist again. "And I would sincerely prefer not to be frozen in ice…or anything else."

I have no idea what he's talking about, but I'm totally willing to agree with it.

Calder stands up and puts her tray back in the hole in the floor, and we all do the same. I look around the cell, wondering if we're going to have to piss in a different hole next. Calder must catch my expression and guess what I'm thinking, because she smiles and says, "Bathroom's at the other end, in the shadows hidden behind a wall."

I mouth *thank you* to her and catalog that info away for later.

Remy moves over to the tube we fell down and pulls on the chain attached to the end of it. He slides it through a pulley attached to the ceiling and slowly, slowly, slowly, beds start to crank down from the walls at the twelve, two, four, six, and eight positions on a clock.

"In case you don't want to sleep on the floor," he says and winks at me. "That bed opposite the tube is mine. Calder sleeps in the one to the right of it."

"Oh, thank God," I whisper, dropping down on the bed next to Calder's. Hudson takes the one next to me, which leaves the last one in the circle for Flint, but he perches on the end of mine for now.

"But we have to get the blacksmith," Flint says, and I know he's thinking about how Luca is the firstborn at Katmere and what that could mean if Cyrus has his way. "Otherwise all of this is for nothing."

c o v e t

"You're right," I agree before turning to Remy and Calder. No way are we staying in this prison. And no way are we leaving Jaxon high and dry or Katmere vulnerable to Cyrus's plans. "So how do we do that?"

Remy and Calder exchange a look that's more serious than anything I've seen from either one of them. "We run the gauntlet and reach the Pit," they both say in unison.

"Why exactly do they keep him in the Pit?" I ask, choosing to ignore the gauntlet comment entirely for now. "I thought he was here as a political prisoner, not because he was an actual criminal."

"He's not in the Pit because he's a bad guy, *cher*. He's in the Pit because that's where the forge is."

"The forge?" Hudson asks. "He's still a blacksmith?"

"He's the best blacksmith in the world," Calder says as she starts undoing the braid she just put in earlier. "Do you think they'd leave him sitting around in a cell all day?"

"He makes the bracelets," Remy says, nodding at our wrists. "It's why they're so effective."

"And that's why you said he's a favorite down here," Hudson says. "He's useful, which means they're not going to want to let him go."

"Yeah, well, I say that's their problem. Did you see that poor man's wife and what this has done to her?" I focus on Remy and take a deep breath. "So what's this gauntlet? And how long does it take?"

He blinks at me with those eyes of his that see way too much. "I've got to say, darlin', I really like your get-shit-done attitude. It's refreshing."

"I'm glad to hear that. Now, can we actually try to get shit done?"

"By all means." He reaches into a drawer under his bed and pulls out a small notebook and pen. He makes a couple of quick drawings, then moves over to sit next to me on the bed. With him on my left and Flint on my right, it's a tight fit, so I angle my shoulders to give us all a little more room on my tiny bed.

Hudson moves to sit on Remy's bed directly across from me and flashes the warlock a little fang. I'm pretty sure it's on account of me—a quick reminder of whose mate I am—and I can't help it: I giggle because the whole thing is so ridiculous. Which makes Hudson smile sheepishly at me for a second before going back to glaring at Remy. It's total caveman behavior, and it doesn't bother me in the slightest. I mean, there were a few moments

earlier when Calder was licking her lips that I had to warn her off as well. Turns out, we're quite the possessive pair.

"So this is our cellblock, right?" he says, pointing to the rough chain of cells he drew.

"And this right here is something they like to call the Chamber." He points to an oval he drew directly between the two ends of the chain.

"And what does the Chamber do?" Flint asks.

"Makes you wish you were never born." Calder is stretched out on her bed now, braid gone and hair fanned around her head like a crown. The fact that her tone is so mild, she could have been talking about lunch or the weather or a million other topics, only makes what she said sound worse and resonate more.

"Could you maybe be a little more specific?" Flint asks, and he looks really nervous.

Not that I blame him. I'm pretty sure I look nervous, too. Hudson's face having gone completely blank says he's feeling the stress as well.

"The Chamber was built for rehabilitation purposes," Remy tells us.

"Rehabilitation as in learn a trade?" I ask. "Or as in the Spanish Inquisition?"

Remy thinks about it for a second. "I'd say a little more painful than the Spanish Inquisition."

"By a little, he means *so* much more painful," Calder translates. "Like so, so, sooooo much more painful."

"And we have to go into the Chamber to get to the Pit?" I ask, my stomach churning wildly now.

Calder sighs. "It's because the prison is judge, jury, and executioner. I'm sure you know how hard it is to have a real trial in the paranormal world—people use magic to game the system or use their power to topple the Court. All kind of things. So this prison was built with an unbreakable curse—no one in here could game the system. And once you're in, the only way out is to prove that you're rehabilitated."

Remy laughs, but there's no amusement in the sound. "Of course, that means the prison itself gets to judge *when* you're rehabilitated. It provides your punishment in increments via the Chamber, and when it thinks you've atoned enough, it decides to let you go."

Calder nods to Remy. "And if you're unlucky enough to be born inside,

well, being born is apparently your crime—and there's no way to atone for
that sin."

I gasp and stare at Remy. No wonder he's so certain a flower is his only
way out.

"The prison decides," Hudson says, totally blank-faced. "And who runs
the prison?"

"That's the kicker," Remy says. "No one does. Supposedly, the prison is
governed by ancient magic. It makes its own decisions, does its own thing,
and because it has no human emotion or drive, it can't be bribed or get angry
or anything. Although I have my suspicions."

"My mom said something when I was being arrested about atoning," Flint
tells us. "I didn't know what she meant, but she must have been telling me
to go to the Chamber."

"She couldn't have known what she was asking," Calder says. "Nobody
would wish that on someone they care about."

"And yet you do it every month just so I can get to the Pit." Remy smiles
at her.

For the first time since we've met her, Calder seems a little flustered. But
she recovers quickly. "Well, I have to go get my nail polish anyway. Beauty
has its costs."

Flint looks from her nails to Remy to me, and I shrug. I would be the last
person to go through a little light torture for a new nail polish color.

"So how do we get to the Chamber?" I ask, terrified but also resolved. We
need to get to the blacksmith, and then we need to get the hell out of here.
If the Chamber is the way to do it, then sign me up. "And how long does it
take to get from where we are to the Pit?"

"Do you know, Calder?" Remy asks. "I can't remember where in the cycle
we are. I think we're six or seven days out—"

"Six," Calder says, and now she's sitting up, painting her toenails black. I
have no idea where she pulled the polish from, but I have to say, she's really,
really good at it.

"So in six days, we'll be in the Pit?" Hudson asks.

"If you choose to risk the Chamber every night."

"What do you mean, 'risk it'?" Flint asks, and he, too, is watching Calder
paint her nails.

"It's like playing Russian roulette," Remy explains, standing up and

heading back to his bed as Hudson moves over next to me, "and the Chamber is the bullet. If we decide we want to play, that night we'll join the rotation. We may land in the Chamber; we may not. If we don't, we still drop a level and we get a good night's sleep, then play again the next day. If we do land in it, we go through hell and then—if we're up for it—we play again the next day. Six days out means six spins of the Chamber, six possible nights of torture, but then we arrive at the Pit."

"We'll be up for it," Hudson assures him. "How badly could they hurt us in one night?"

"Oh, it's not physical," Calder says. "The Chamber never harms a hair on your head. But you'll be begging for mercy by the end." She puts her nail polish away, pulls her knees into her chest, and rocks a little.

"What does it do?" I ask, terrified to hear the answer.

"It makes you face the worst things you've ever done, over and over and over again, until it's sure that you've atoned for them *all*. Days, weeks, years." Remy's face is grim. "People go crazy from it—sometimes the first night, sometimes several months in. It simply depends on the person."

"And the crimes," Calder reminds him.

"And the crimes," Remy agrees. "So I guess you have to ask yourselves. What's the worst thing you've ever done?"

# 115



### How Can You Tell the Future if There's No Future to Tell?

The question hangs in the air for what feels like forever after Remy asks it, growing bigger and bigger and bigger until it's all I can think about. All any of us can think about.

Flint is the first to move. He stands up and starts pacing, the look on his face telling everyone that he's already in a dark place.

Hudson doesn't react at all. His face stays blank, and he doesn't so much as move a muscle. But I'm holding his hand, and I can feel him trembling.

I try to catch his eye, but he's staring straight ahead, and I know he's going over and over and over those last days and weeks at Katmere before Jaxon killed him. I know at the time he thought he was doing the right thing, but I also know how much his mistakes hurt him now, in retrospect. The idea of having them shoved in his face all night—every night—seems beyond cruel.

"What if you don't want to play?" I ask abruptly. "What if you don't want to risk ending up in the Chamber?"

"The prison isn't completely cruel," Remy answers. "You simply don't slot yourself in for the spin. You stay exactly where you are. You can take six months to get to the Pit. Or you can take a year. Or you can take forever. But if you don't atone in the Chamber…"

"Then you never get the chance to leave," I fill in for him.

"Exactly."

"Fan-fucking-tastic," Flint growls from where he is still pacing, showing no sign of settling—or sitting—down.

"So we already know we don't have enough flowers to get all of us out of here, and we're six days from reaching the blacksmith," I say, ticking off the information that we have in an effort to make a plan—and to avoid my own stress about my own "crimes." I may not have used my mind to force people to kill themselves, but not standing up harder against Jaxon about

the Unkillable Beast and then getting Xavier killed is not something I even like to think about, let alone relive again and again and again.

But if we do this thing, I am going to have to relive it. Until the prison thinks I've atoned enough and lets me go...or until we find a way to escape anyway.

Like Flint said. Fan-fucking-tastic.

"Out of curiosity," I say as I go over in my head everything Remy and Calder have told me. "What are the odds that we get to the Pit in six days and the prison decides we've atoned enough and just lets us go?"

"Zero," they both answer at once.

"Really?" I ask. "Even if we get the Chamber every night? There's still no way the prison will let us out?"

"We won't get the Chamber every night," Remy tells me. "It never happens like that. I heard a guard say once that everyone used to have to choose Chamber or pause. But over the centuries, the prison became overcrowded, so now we spin for who gets the Chamber each night. And I don't know if it's that or simply the way this fucked-up prison was built—but atonement is a joke. In seventeen years, I've never seen anyone rehabilitated by torture."

That's a chilling thought, and I can tell everyone is letting those words sink in.

Calder eventually breaks the silence. "Also, if we did end up getting the Chamber every night... No one can withstand what the Chamber does over and over and over again—especially if it's that close together."

"So we won't get it six times," I say, trying to sound upbeat. "We can do it two or three times, right?"

"Once is enough for a lifetime," Calder tells me, and she already sounds... empty. Like she, too, is in a dark place, and she's merely trying to figure out how to get through it.

"But I thought Remy said you two make this trip once a month?" I ask.

"We do," Remy agrees and winks at Calder. "Of course, Calder *is* particularly fond of nail polish."

I want to ask if she sniffs it, because who would voluntarily choose torture over no torture? But then my stomach starts to pitch as another reason comes to mind. Is what happens while on "pause" even worse than the Chamber?

My anxiety shifts into overdrive. Panic wells up inside me, and I bend over, start to take off my shoes, but then I realize the only thing I have to feel

c o v e t

is cool, smooth metal, which will do nothing to calm me down.

I can't pull a breath into my lungs, can't think. I try to name things in the room to ground myself, but there's nothing here—and the room itself is built to make me anxious as hell. I grab on to my bedcovers, scrunch them in my hands, and try to concentrate on the feel of the fibers. But they're thin and again just reinforce where we are.

I start to count backward as my heart feels like it's going to explode, but then Hudson is there. Letting me feel the strength in his hand, feel our fingers brush against each other's, letting me ground myself...in him.

It's rough going for a couple of minutes, but he seems to know instinctively what to do to make me feel better. He doesn't crowd me, doesn't try to talk, doesn't do anything but be there with me. And eventually, I am able to breathe again.

"I'm sorry," I tell him when I finally feel normal—or as normal as I can feel in this situation.

His laugh is dark and painful to listen to. "Don't apologize to me. Not for this. Not for anything." He shakes his head, his jaw working. "I can't believe I did this to you."

"You didn't do this to me," I whisper fiercely. "I chose to come. We have a plan—"

"You chose to come because the alternative was just as bad. That's not a choice!"

"Don't do this, Hudson. We've been in this together from the beginning—don't change that now. And don't take my agency in this away from me. I make decisions for my life, not you. Not anybody else."

At first, he doesn't answer. But then he grabs me and pulls me to him until our bodies are only inches apart. "I don't want you to suffer any more because of me," he whispers. "I can't—" He breaks off, throat working.

"And I don't want you suffering because of me," I shoot back. "I don't want anyone in this room suffering. But we're in this together, right?" I look around to everyone else, who are all trying studiously not to listen...and failing.

"We're in this together, right?" I repeat. "Whatever happens, we're going to find the blacksmith and somehow, we're going to get out of this prison. I swear it."

I turn to Remy. "You see the future, so tell me, what do you see? You use the flower to get out, but what do the rest of us do?"

"I don't know," he admits.

"What do you mean, you don't know?" Flint demands.

His green eyes are swirling eerily, but then he shakes his head and they're back to normal. "It means, all I know is that I use the flower. So either you give it to me to use, or I kill you and take it, or you find another way out."

"Well, that's a hell of a lot of *or*s," Hudson growls, looking like he once again wants to rip him limb from limb.

"I can't see the future unless it's decided," Remy answers. "And right now, what happens to you is entirely up in the air."

# 116

## The Price Is Fright



"You're just the bearer of all the good news, aren't you?" Flint asks as he plops down on his bed.

"It's not my job to make you feel better about your choices in life," Remy tells him, and though the rolling syllables of his New Orleans accent are still readily apparent, there's an edge to his tone that hasn't been there since the very beginning.

"Yeah, well, I'm taking a nap. Wake me up when we need to do this Chamber thing." Flint closes his eyes, and it only takes a couple of minutes before his breathing evens out.

"Must be nice," Hudson mutters under his breath, and—not going to lie—I had the same thought. Sure, Flint was stressed out earlier about whatever he thinks the Chamber is going to throw at him, but apparently he's conquered the fear. Which is great for him, but I wish I could conquer my fear of the Chamber half as easily. The idea of seeing Xavier die again and again and again... I fight the urge to dive under my bedcovers and never come out.

"All right, guess we're going to play," Remy says, then presses a large button near the bed pulleys.

"Three hours before the spin," Calder says as she stretches out on top of her bed, too.

"How do you know?" Hudson asks.

She points to a series of small dots on the wall behind the tunnel chute. Three of them are lit a pale fluorescent blue.

"Are you sure you want to do this?" I ask her.

She shrugs. "You won't get out if we don't, so..."

"Yeah, but it doesn't seem fair to you," I say as it really sinks in what we're about to put Remy and Calder through.

She makes a *whatever* sound deep in her throat. "Nothing about this place

is fair, Grace. The sooner you figure that out, the sooner you find a way to accept your time here." She shrugs. "Besides, I want out as much as the rest of you do. I'm willing to do whatever it takes to make that happen. Killing Cyrus once we get out—well, that's just icing on the cake."

It's the most thoughtful I've heard her since we met, which only makes me more concerned about what's coming. If it can do this to Calder...

Hudson stands up and then motions for me to do the same so he can pull back the covers. Once he does, I climb into bed and scoot all the way to the edge to make room for him.

He hesitates for a second, but I am not having it. "If all hell ends up breaking loose, I want to have spent these last three hours with your arms around me," I tell him softly.

He makes an agonized sound low in his throat but then scoots in behind me. He slides an arm under my head for me to use as a pillow, then wraps his other arm around my waist and pulls me into his body so that I can feel him completely enveloping me.

It feels so good. He feels so good. I melt into him, pressing myself even more tightly against him, so that all I can feel is him.

"No biting," Flint says sleepily, which probably means he isn't asleep after all. "Unless I get to watch, I mean. Then feel free to bite away, Hudson."

"You are such a perv," I tease.

"Only way to be," he jokes back. "Besides, that's the way you like me."

Hudson growls a little, but it's without heat and, judging by the little chuckle he gives, Flint knows it.

"We're going to get out of here," Hudson whispers against my ear, and the way he says it sounds like a vow. "And when we do, I'm going to do a hell of a lot more than disintegrate Cyrus's bones."

He doesn't say anything after that and neither do I. Instead, I snuggle closer and finally give in to the exhaustion that's been overwhelming me for days.

I don't know how long we sleep, but I do know that I don't wake up until I hit the ground. Hard.

*Earthquake* is my first thought, because you can take the girl out of California, but you can't take California out of the girl.

But the shaking is actually worse than an earthquake—which I realize when Calder yells, "Beds up!" like her life depends on it.

c o v e t

"We overslept," Remy shouts as he races for the chain behind the tube and yanks on it so hard that Flint almost doesn't make it out of bed in time.

"What's going on?" I ask, pushing to my knees. But the floor is still violently shaking, which makes it nearly impossible to climb to my feet.

The beds snap into their spot in the wall as Hudson barks, "Give me your hand."

He's got one foot braced against the wall as he reaches for me, but before I can grab on to him, the room starts to spin. For about three seconds, it's not so bad, and then it's like a switch is flipped and it goes from zero to three hundred in no time flat.

I get picked up and slammed against the wall like I'm on one of those carnival rides, the centrifugal force holding me pinned there as the room spins and spins and spins. Faster and faster we go until the simple act of lifting my hand off the wall becomes impossible.

Next to me, Calder is laughing like she's on a ride at Disneyland. My stomach didn't get that memo, though, and it twists and churns as the chicken from earlier threatens to make a very unpleasant reappearance.

Just when I'm sure I'm going to turn this into a real-life version of the Vomitron, we grind to a stop.

I slide back down the wall, never more grateful in my life for my feet to be touching solid ground. But as the cell settles back into place, all twenty-four dots on the countdown clock turn red at the same time—and so do the recessed ceiling lights.

Calder stops laughing and murmurs, "Well, fuck."

And that's when I know.

We got the Chamber.

# 117

## Hell Hath No Fury
## Like a Prison Scorned



**R**emy reaches for my hand.

"What happens now?" I ask, but I get my answer before Remy even says a word.

Across from me, Hudson's eyes roll back in his head, and he crumples to the ground.

I scream, then easily pull free of Remy's hold and make a mad dash across the cell.

"Oh my God, Hudson! Hudson!" I turn to Remy, start to ask what the hell is going on. And realize that Calder and Flint are also passed out on the ground.

My blood turns cold.

"Is this what the Chamber does?" I whisper.

"It is, yeah." He shrugs. "No worries, though. They're fine."

"They're *passed out*. How fine could they be?" I check Hudson's pulse to be sure.

"Better asleep than awake." He walks back over to the chain and unrolls the beds from the wall again. "No one needs to be conscious when going through what's happening to them right now."

"Is it really that bad?" I ask as I smooth a hand down Hudson's face before moving on to check on Flint, then Calder.

Remy's right. They're both breathing fine.

"Worse," he answers, even as he picks up Calder and carries her to her bed.

"What can we do to help them?"

"Nothing to do but wait," he answers, even as he tucks Calder under her sheet and blanket. "The Chamber will let them go…when it's ready."

I watch in silence as he carries first Hudson and then Flint to their beds, too, all without so much as breaking a sweat. Once all three of them are

settled—and I've checked a second time to assure myself that they really are okay—I ask Remy the question that's been on my mind since the minute I realized what was happening to everyone else.

"I don't understand," I say as he stretches out on his bed, a well-worn book in his hand.

"Why didn't the Chamber take me?" I think about how Hudson, Flint, and Calder are suffering God only knows what and here I am, hanging out and feeling just fine, as guilt swamps me. It's not right. "Why Calder? Or Flint? Or—"

"Hudson?" Remy lifts a brow. "That's who you really want to know about, right?"

"He's had a rough time," I tell him. "What he has to face—"

"He'll face or he won't. There's nothing either of us can do about that."

"But there is," I tell him. "Obviously there is. Somehow the Chamber skipped me, so maybe it could skip them one night."

"It didn't skip you. I kept you out."

My eyes widen in shock. "If you can keep people out, why not the others?"

"That's just it," Remy tells me with a shake of his head. "I can't keep anyone else out. Only you."

"What do you mean, you can't? Why not?"

"Don't you think I've tried to keep Calder out before? Every time. It doesn't work. But I knew the minute we met that I would keep you out, simply by touching your hand. I don't know why—I just saw it, so I did it when the time came."

"Why didn't you say something before we got the Chamber?"

"Seemed no point in upsetting anyone else over me already knowing we were getting the Chamber tonight." He shrugs. "And before you ask again, I have no idea how I can keep you out but no one else. There's something about you that lets my limited magic work."

What he's saying makes a horrible kind of sense. It's probably my gargoyle. She's hidden under layers of metal, but she's still a part of me. And the one thing she's very good at is channeling magic.

Which doesn't make me feel remotely less guilty.

Hudson was so afraid of the Chamber. He never said a word to me, never let on about anything but that tremor he couldn't hide. But I know he was afraid, know he couldn't stand the idea of facing what he'd done in his past.

There must be something more Remy can do, but his face is closed. There's no way I'll get anything else out of him now.

But that doesn't mean I won't be able to try again later…and to maybe convince him to give holding on to Hudson a bigger try if we ever hit the Chamber again.

It's not that I'm anxious for another turn at whatever is doing this to two of the strongest guys I know. If things go the way I'm really, really hoping, we'll never hit the Chamber again. But if we do…if we do, it's only fair that I take a turn going through hell.

I settle onto my bed and just stare at Hudson next to me, ready to go to him if he needs me. I don't know how long I sit there watching him. I don't have any idea what time it is, either—they took my phone from me, and it's not like they have a clock in here other than those horrible lit dots on the wall that count down every hour—but I'm dying to know how much longer this is going to go on. It feels like I've been waiting an eternity for the three of them to wake up. But all twelve lights are still lit, which means this hasn't been going on for even an hour.

"How much longer?" I ask Remy, because if this is going to last all night, I need to prepare myself for it.

He glance at the lights on the wall, then shrugs. "It usually takes about an hour and a half, so maybe an hour more."

"An hour and a half," I repeat, relieved. "That's not so bad."

Remy snorts. "Maybe not for you, *cher*, but for them?" He shakes his head. "It's like dreaming. You know how when you're having a really elaborate dream, a ten-minute nap can feel like eight hours of sleep? That's what it's like in there for them right now. This shit is assaulting them from every angle, and they feel like hours are passing."

"I'm really beginning to hate this place," I tell him, hands clenched at my sides.

"And you haven't even been here twenty-four hours. Think about how the rest of us feel."

"I'm curious. If you've been in prison your whole life, why do you have a Cajun drawl like a native from New Orleans?" I turn my head to stare at him. He's got one leg crossed at the knee, a book leaning against it while he's lying down. "Have you really never been out?"

He doesn't answer at first, but eventually he sighs and admits, "The prison

guards and creatures in the Pit raised me. Most of them are from N'Awlins, so I just sort of picked it up."

"I can't even imagine. I—"

It's Hudson's turn to scream now, over and over again. It's eerie, because he's not actually making much noise at all. Though his mouth is fully open, stretched wide, the only thing that comes out is an agonized whisper so awful that it chills me to my bones.

I go to him then. I can't *not* go to him when he sounds like that, looks like that. He's still asleep, still totally out of it, but when I brush my fingers over his hair, he grabs on to my hand and holds it for long seconds as he screams and screams and screams.

It breaks something inside me to see him like this, and I sink onto my knees even as I bring my other hand up to cup his cheek, brush against his hair, rub over his arm and shoulder and back.

Eventually, the screaming stops, but his grip on my hand never does. So I stay with him the whole time, watching every flicker of horror cross his face. Feeling every twitch of his body, hearing every silent scream and plea.

It's the longest ninety minutes of my life, and that's coming from someone who's been tied up on a human-sacrifice altar waiting for death. But being here, witnessing Hudson's and Flint's and Calder's pain and shame, is by far the worst thing I've ever experienced. And all I'm doing is watching. I can't imagine what it feels like for them.

Hudson whimpers again, and I lean over him, whisper that I'm here, that everything is going to be okay, but I don't know if that's true. I would take his pain if I could, go through watching Xavier die a million times if it meant sparing Hudson this. But I can't, so I do the only thing I can do right now—sit here holding on to him and praying for it to be over soon.

Eventually the red lights click back to normal.

The dots on the wall reset themselves to green.

And Hudson's lashes finally flutter open.

I've never been more relieved to see someone wake up in my life. At least until he looks at me and whispers, "I don't deserve to ever leave."

# 118

## Long Time
## Gone From Grace



"Oh, Hudson." I reach for him, but he turns away, tucks himself into a ball like he's trying to protect himself. From what? I wonder. The Chamber...or me?

It doesn't make any sense that it would be me, but every time I try to touch him, he shudders a little, like he can't stand it. Which ends up freaking me out, because that's definitely not a problem Hudson and I usually have. Normally, he can't wait to have my hands on him.

He's shuddering now, his whole body trembling like he's freezing cold. I want to go to him, want to hold him until he can warm up—another problem he usually doesn't have—but I'm afraid of what will happen if I try to touch him. Because every time I try to get near him, he shrinks away.

But he's shivering so badly that I can't just do nothing—especially when his teeth start to chatter.

Not knowing what else to do, I go back to my bed and strip the thin blanket off it. It's not much, but it's better than nothing. I place it over Hudson, on top of the sheet and blanket he's already got on him. I'm tempted to tuck it in around him, but I hold back.

He's already so freaked out that I don't want to do anything to make it worse.

My stomach is pitching and rolling like we're still spinning around, and for a second, I think I'm going to be sick.

I take a couple of deep breaths, breathing in through my nose so I can keep my jaw firmly locked against the nausea churning deep inside me. But when Flint lets out a low scream and jerks so hard that he slams onto the floor next to his bed, I know I'm going to lose the fight.

I race to the bathroom and throw up everything in my stomach, then deal with several rounds of dry heaves as well. I know Remy said the Chamber

c o v e t

was bad—he and Calder both did—but I didn't expect anything like this.

Not when Hudson and Flint have both proven that they are more than happy to walk into hell if they have to—and come out the other side making jokes. For them to be acting like this?

Another wave of sickness hits me.

When it's finally over, I make myself stand up. Make myself brush my teeth with one of the brand-new toothbrushes that came through the hole with our dinner.

Make myself rinse off my face and take several deep breaths to try to calm down.

There's no mirror in here, but I don't need one to know what I look like right now. Limp hair, ashen skin, eyes wide and bruised-looking.

I feel like I've been run over by a herd of rampaging elephants, followed by half a dozen city buses and an eighteen-wheeler or two. And I didn't even have to go in the Chamber.

I walk back through the bathroom door when all I really want to do is hide in here forever and move to Flint, who is awake now but still lying on the ground, curled full-on into the fetal position.

I struggle and help him back into his bed despite the way he flinches away from me, too. And the way he looks at me with horror-drenched eyes.

After Flint is taken care of, I glance at Calder and realize that Remy must have taken care of her when I was in the bathroom. She, too, is tucked under the covers, and while she's not curled up like Hudson and Flint, her fists are clenched and her mouth is stretched open in a silent scream.

I move back to check on Hudson. Unlike Flint and Calder, he's still awake. Even worse, he pushes himself all the way back against the head of the bed when he sees me walking toward him—like he can't get far enough away from me.

It hurts, but I have no idea what he suffered in the Chamber. I have no right to judge—or be hurt by—him wanting nothing to do with me. Or, more, that he seems scared of me.

I stand near the end of his bed for a while, trying to decide what to do. He looks like he needs comfort—more comfort than I think it might be possible to give—but he's also made it clear that he doesn't want any of that comfort to come from me.

In the end, I walk back to my bed and sit down in the center of it. Then

I pull my knees to my chest and prepare for a never-ending night.

It isn't long before Calder lets out a guttural scream, and Flint rolls over and presses shaking hands to his ears.

"Is it happening again?" I ask Remy, and even I can hear the fear in my voice.

But Remy shakes his head. "It usually happens like this. Calder can sleep for up to ten hours after she's been in the Chamber."

"Ten hours?" I ask, horrified. I can't take ten more hours of not being able to reach Hudson, of not being able to talk to him, to see his eyes, to make sure he's okay.

"Consider it a blessing. The nightmares only last for a few minutes, and then they'll settle back down."

I hope he's right, but the way they're tossing and turning makes the theory sound pretty far-fetched. "This is awful."

Remy shrugs. "It is what it is."

He sounds callous as he goes back to reading the book he must have pulled out of his underbed drawer, but then I realize two things at once. One, he's had to go through this who knows how many times with Calder, and the only way for him to survive without losing it is to put some distance between him and the process. And two? The book he's "reading" is upside down, which means he's nowhere near as untouched by all of this as he wants me to believe.

I think about calling him on it, but before I can say anything, Flint shoots up out of bed with a hoarse scream.

"It's okay," I tell him, rushing over to sit on the bed next to him. "You're okay."

He's shaking so badly that I'm afraid he's going to end up falling off the bed again. I take his hand, try to calm him. At least until he opens his eyes and realizes I'm the one holding his hand. He flinches, instinctively holding a palm up in front of his face, like he thinks I'm going to hit him.

"It's okay, Flint," I tell him soothingly. "Whatever you dreamed, it wasn't real. It was—"

"It was real," he tells me hoarsely, and he's pulling his covers up like he wants to hide underneath them.

Like he wants to hide from me.

Which freaks me out enough that I stand up, hands in the air to show him that I'm not going to hurt him...or even touch him. It doesn't seem to

make much of an impression through the fear, though, so I back away, tears in my own eyes.

As Flint settles into an exhausted sleep, I turn to look at Calder. And realize she's finally settled down, too, though her cheeks are still wet with tears.

And fuck this, just fuck it. The Chamber and its aftermath are truly the most horrible things I've ever witnessed. Whoever devised this prison was a monster. And so is anyone who sentences people here.

Fuck them all.

Seven hours later—at least according to the ridiculous dots on the wall that are back to counting down to tonight's Chamber—breakfast comes through the slot in the floor. Remy and I don't even glance at it. If I try to eat now, I'm positive that I'll throw up again.

Instead, I cuddle on Hudson's bed behind him, curling my body against his. He's still trembling badly as I wrap my arm around his waist, but at least he's asleep. And not trying to get away from me anymore.

But as I lay here listening to the too-fast beating of his heart, I can't help thinking that there has to be another way.

Can't help thinking that we can't go through this for five or six more nights.

Because if we do…if we do, the question won't be about how we get out anymore.

It will be about who we are when we finally do.

# 119

## Big Stick Energy



Hudson wakes up about an hour later, though he looks like he hasn't slept at all. His hair is disheveled, yes, but not in the sexy way I'm used to. It's more like a been-to-hell-and-I'm-still-living-there look. The fact that Flint and Calder are sporting the afro and prom queen versions of his not-so-pompadour look only makes everything feel so much worse.

He sits up, and I try to reach for him, but he evades my hands, and I end up clutching at air.

He walks straight to the bathroom and turns on the shower. It runs and runs and runs for what feels like forever.

Remy, on the other hand, has pulled a couple of wrapped packages out of the drawer under his bed—apparently he's got an entire convenience store in there. "Get ready," he tells me over his shoulder.

"For what?"

Calder smiles and tosses her long red hair like she's in a fifties movie set and she's the main pinup girl. Only the fine tremor in her hands betrays that she's as shaken up as Hudson in her own way. "To channel your inner badass, of course."

I have no idea what that means, but I glance over at Flint to share a grin. And also because I expect him to have all sorts of questions—that's the kind of proclamation that usually has him intrigued. But he's just sitting on his bed, arms wrapped around himself as he stares off into space.

I cross the cell with some vague idea of offering comfort and whisper, "Hey." I don't bother to ask if he's okay. It's clear he's very, very far from okay.

But Flint pulls away, wraps his arms even more tightly around himself, and stares anywhere and everywhere but at me. When our gazes do glance off each other's by sheer luck, I can't help but notice that the bags under his eyes could take up half the cargo area on a 747.

c o v e t

It's terrifying, and it makes me wonder exactly what happens in the Chamber if it did this to two of the strongest guys I know. I want to give Flint a hug, want to wrap myself around Hudson and hold him until he can look at me again, but neither of them seems like they want to be touched... or even spoken to.

"Not sure any of our inner badasses are functioning today," I finally tell Calder as I sink back down onto my bed to wait for Hudson to get out of the shower.

"Well, you'd better find them, *cher*," Remy tells me. "Because we've only got fifteen minutes before it starts."

Now I'm getting alarmed. "What's *it*?" I ask warily.

"Hex time," Calder answers. "And unless you want to be thought of as new meat, you and your friends had better pull things together."

I've watched enough prison movies to know what "new meat" means, and the thought has my stomach churning. Not because I don't think we can take care of ourselves in a situation like this, but because I don't want to have *to be* in a situation like this. I don't want to have to fight anyone, and I sure as hell don't want to pick a fight with someone. Isn't having to deal with the Chamber bad enough for Flint and Hudson? Do they really have to beat people down, too? During something called Hex time, of all things?

"What exactly is Hex time?" Flint asks. And though he doesn't crack a joke like he normally would, at least he's asking questions. That's something, right?

"Time in the Hex," Calder answers...which tells us absolutely nothing.

"And the Hex is..." I give her an I-have-no-idea-what-you're-saying look.

"It's the yard," Remy answers. When I still look at him blankly, he rolls his eyes and continues. "We get two hours a day out of our cells. Most of the time is spent in the Hex, though once you've been here a few weeks and earned privileges, you can go to the library and a few other places."

"How exactly do you earn privileges?" I ask warily.

"By not getting into fights with the people who want to get into fights with you," Remy tells me like it's the most obvious thing in the world.

"Except you have to get into fights," Calder says. "And win. Or they'll eat you alive."

"Me?" I squeak, because there's still a part of me that can't believe this is happening, That can't believe I am actually having this conversation right now. In prison.

I mean, yeah, we've all seen the movies where they say pick the biggest guy in the prison and show no fear, but I never thought it would be advice that applied to me. It's all fun and games when Groot picks up the guy by the nose in *Guardians of the Galaxy*. Here, it seems like a nightmare instead.

"Can we just stay in our rooms? And not go out there at all?" I suggest nervously.

"It's required," Calder says as Remy goes to knock on the bathroom door and tell Hudson to shake a leg. "And if you hide in here, it'd be like saying you're easy pickings anyway."

Of course it would. "So basically there's no winning, is what you're saying?"

"I'm not saying that at all." Calder fluffs her hair again. "What I'm saying is go out there and be your beautiful, badass self. Walk the Hex like you mean it—and carry a big stick."

I recognize the Teddy Roosevelt quote but still, I can't resist responding, "I don't have a big stick."

She rolls her eyes. "Sure you do. You've got Remy and me. We're pretty much the biggest stick there is in this place."

"Speak for yourself," Remy says in his slowest drawl. "I'm a lover, not a fighter."

Calder laughs like he's said the funniest thing ever, and I can't help thinking back to what the guards said earlier—about how the last person to get dropped into Remy's cell was taken out in pieces. Once we met Calder, I kind of figured that was because of her—I mean, that growl was enough to make me tear *myself* into pieces preemptively, just to avoid whatever she's got planned for me.

But maybe it's Remy after all. There is something about him that screams he can handle himself and everyone and everything else that comes along. Kind of like Hudson, now that I think about it. But in a totally different package.

"Okay, then." I swallow past the lump in my throat. "Anything else we need to know about how to survive in this place?"

"Don't take shite from anyone," Hudson says as he walks out of the bathroom. His hair is still wet, which means it's down and falling over his forehead. It's the first time I've seen him like this, and despite his tough words, it makes him look...vulnerable. Then again, that could be the look in

494                                   c o v e t

his eyes. Guarded, distant, vacant.

Despite all that, he still looks sexy as all get out. Of course, this is Hudson Vega we're talking about. I'm pretty sure the method to take away from his sexiness hasn't been invented yet.

"Exactly." Calder grins and bats her eyes. "Hudson gets what I'm saying."

I glance at Hudson, hoping to catch his eye to share a little smile about how ridiculous—and ridiculously adorable—Calder is. But he's deliberately not looking at me, so there's nothing for me to do but share a grin with Remy, who shakes his head in a gotta-love-her kind of way.

I start to say more, but before I can, all the lights in the room turn blue.

"Hex time?" I ask nervously.

"Hex time," Remy answers, right before the small trapdoor in the floor slides open.

# 120

## Why Turn the Other Cheek When You Can Smack It?



"What do we do first?" Flint asks as we wait for the steepest, narrowest staircase I've ever seen to descend at a painfully glacial pace. It's going so slowly that I'm pretty sure I could rappel down faster, and I am terrible at rock climbing.

"I've got some rounds to make—a couple of packages to deliver," Remy says. "You can come along if you like."

"Or you can come with me," Calder says. "I'm way more fun than Remy anyway."

Remy doesn't argue, just gives a rueful tilt of his head that seems to say, *Yeah she is.*

"What are you going to do?" I ask her, because I'm not sure Calder and I have the same definition of "fun." Like, at all.

Her teeth glisten in the bright lights of our room. "Find a game, of course."

"A game?" Flint asks, like it's the last answer he expected.

"We're going to be at the Pit in a few days," she explains. "Which means we're going to need money. Which means…"

"We need to find a game to bet on?" I finish for her.

"Exactly," she answers.

"What kind of games are we talking about here?" Hudson asks.

"Don't worry. There's a game for every appetite," Calder tells him, looking him up and down like he's a prize horse…of the stallion variety.

"Lucky us," he answers, even as he wraps an arm around my shoulders. I'm pretty sure it's in self-defense—Calder is getting more and more brazen—but that's okay. I'm more than happy to run a little interference for him.

Plus, I like the way he feels against me. And the way he finally looks at me as I snuggle even closer beneath his arm. Like I'm everything he wants all rolled into one.

covet

And I know—I know—this is a bad idea, playing at being mates when we know how this has to end. But it's hard to ignore the pull between us now that we're locked up in such close quarters. Even harder to ignore the way he feels about me when it's written all over his face…and also harder to ignore my suspicion that I'm falling for him, too. Or worse, that I've fallen for him already. And that the idea of giving him up hurts way more than I want it to—way more than I can stand right now.

But what else am I supposed to do? Let Jaxon lose his soul—let him become what he fears most—when I have a chance of preventing it? I can't do that. More, I won't do that. But the pain is already there, waiting for me—waiting for us. What will it hurt if, just for a little while, I pretend that Hudson is mine? And let him pretend that I am his?

"About time!" Flint says, and I realize the ladder has hit the ground. "Let's go."

"Ready?" Hudson asks me, brow raised.

"Not even a little bit."

"Aww, come on. It'll be fun," Calder tells me with a huge grin. "There's a bunch of new inmates recently—I know we can hustle some of them into arm wrestling."

"Umm…" I look from her gigantic biceps to my very-much-not-gigantic one and suggest, "Maybe I should sit that game out."

"Well, obviously, Curls." She rolls her eyes in a friendly way. "I was talking to the vamp."

"My mistake," I say with a laugh as I duck out from under Hudson's arm. "By all means, hustle away."

"I intend to," she says with a waggle of her brows. Just before she slaps Hudson right on the ass. "Move it or lose it, partner."

And then she dives down the steps.

"Did she…" Hudson looks at me with bemused eyes.

"She did," I tell him. "I think it was a teammate thing. You know, like how football players smack each other on the ass right before they go into battle."

"I know. But I think that's the first time anyone has smacked my bum since I was…" He pauses to think about it, then shakes his head. "No, that's the first time anyone has *ever* smacked my bum."

He doesn't sound upset so much as contemplative.

"Look at you," Flint teases as he follows Calder down. "All kinds of new experiences in prison."

"If it makes you feel better, I can slap the other cheek," Remy deadpans. "Even you out."

Hudson rolls his eyes. "I think I'm good. Thanks, though."

Remy shrugs philosophically. "Your loss, *teammate*." And then he, too, disappears down the stairs.

I start after him, but Hudson grabs my hand and pulls me back into his arms.

"Oh yeah?" I ask with a flirty grin as I wrap my arms around his waist. "You want me to slap you on the ass instead of Remy?"

He pretends to think about it, then grins and says, "Anytime." Right before he lowers his mouth to mine.

It's a sweet kiss, a quick kiss, and still it has me going all soft and melty inside. Maybe that's why I slide my hand a little lower and slap the other ass cheek, just like Remy suggested.

Hudson laughs—like, full-on cracks up—and I know I did it because nothing in the world makes me happier than seeing Hudson laugh.

"Let's go," I tell him as I head for the stairs. "Last one down has to arm wrestle Calder."

The fact that he doesn't even try to beat me to the bottom shows what a gentleman Hudson truly is.

# 121

## It's Only a Food Fight
## if the Food Fights Back



It appears the Hex comes by its name legitimately.

Partly because it's a huge room, at least two football fields wide, with six sides, and partly because everyone in it is trying to pull some kind of magic to screw everyone else over—without any actual magic, of course, thanks to the bracelets.

The room itself is lit up as brightly as Times Square on a Saturday night. But that's where the light ends, because everything about this place is dark.

Dark and deadly and devastating—that's basically how I'd sum it up, and not only because I'm a whore for alliteration.

Guards are stationed every ten feet along the stained and scarred walls—and can I just say that in daylight, the really creepy moose-like things with translucent skin are a thousand times scarier than at night. And I didn't think that was possible.

"What are those things?" I whisper to Hudson as we pass by the biggest one in the room. He guards the main entrance to the place, and though he's dressed in a relatively plain olive-green uniform, I can still see the veins and muscles and, in some cases, *bone* directly under his skin. Add in the really scary teeth and the even scarier claws and I can see why he doesn't need a weapon. He *is* the weapon.

"Windigos," Hudson replies quietly. "You don't want to mess with them."

"Yeah, no shit," I say.

"Seriously. They're vicious and they eat humans, so don't get on their radar."

"They're not so bad," Remy says. "I mean, don't piss them off, but as long as you're cool, I can almost guarantee they won't eat you."

"You know, that 'almost guarantee' thing of yours is super effective in calming nerves," Flint tells him as he side-eyes another guard.

TRACY WOLFF

"That's Bertha," Remy says. "She definitely won't hurt you...unless you mess with me."

"So what you're saying is that I shouldn't slap you on the ass, then?" Hudson deadpans.

"That would depend," Remy says after he stops laughing, "on whether or not you want to have a hand left when you're done. She's particularly fond of barbecued finger bones."

"Everyone's got a favorite," Flint agrees, and I can tell he's forcing it, but I appreciate the effort. "Mine's chocolate cake, but who am I to judge? I mean, barbecue's good, too."

"You really are ridiculous," I tell him. "You know that, right?"

"How could I not when you keep telling me?" he answers with a wink.

"So what do we do now?" Hudson asks.

"Now we find some people to relieve of their funds," Calder tells him as she nods toward a group of misfit paranormals sitting together at a couple of tables in the center of the room. Unlike most of the other groups in the cavernous Hex, this one doesn't seem to be made up predominantly of one kind of paranormal. Instead, there is a mix of species—fairies, dragons, witches, vampires, and a bunch of others I can't identify in their human forms.

"You're really going to arm wrestle?" Remy asks, shooting her an amused look as we pass a group of what I'm pretty sure are warlocks, covered from head to toe in runic and other ancient magical tattoos.

 Drawn on the ground in front of them is a black pentagram, and inside it they're rolling dice. I look closer, expecting to see magical symbols on the dice, but instead they're just the regular, six-sided dice with dots on them that most of the world plays with.

"What's going on over there?" I ask as a paranormal type I don't recognize rolls inside the pentagram. She comes up with a one and a two. The warlock running the game laughs and holds out a hand. She rolls her eyes, but she slaps a gold coin into his palm before reaching for the dice again.

"Can't load magic dice." Calder sneers. "So unless the person playing demands otherwise, those necrolytes use regular dice and get the gullible and the unsuspecting."

"Do a lot of people demand otherwise?" I ask.

"Are you kidding? It's the Hex. No one trusts anyone," she answers. "Even the good guys."

"Are there any good guys down here?" I ask while eyeing a bunch of different paranormals I am in no way equipped to identify yet.

"We're here, aren't we?" Remy asks.

"And yet Calder is planning on using Hudson to sucker in new bets," I remind him.

"That doesn't make me evil," Calder says with assurance.

"What does it make you, then?" I ask.

"Hey, I simply play on vanity. Those guys cheat—it's not the same thing," she tells him, even as she stares at Hudson and says, "Look more pathetic."

"Excuse me?" He lifts a brow.

"Channel some of that *just got out of the Chamber* shit you had going on earlier. No one's gonna believe you can't kick their ass when you walk around looking like that." She bats her eyes at him. "Honestly, right now you look almost as good as I do."

"So why would they believe you can't kick their ass?" Hudson asks, and though his face is serious, I can tell he's completely amused.

"Because." She makes an *obviously* face at him even as she holds her arms out wide. "Feminine wiles, baby. Feminine wiles."

"Grace has feminine wiles, too," Flint says as he nudges me with his shoulder.

"Yeah, but that's all she has." She makes a *pfft* noise. "What's she going to do? Strangle them with her curls?"

"I didn't realize I needed to strangle anyone," I answer mildly.

"Exactly!" she says triumphantly, which leaves me wondering how and why she plans to strangle her arm-wrestling victims. And why she thinks doing so would help her collect her winnings.

It also makes me determined to prove my worth somehow—even if it isn't in the arm-wrestling arena. If I had my gargoyle, I'd be able to do a lot of things. Without her, I'm merely regular old Grace. But these people are without their powers, too, which means at least I've got a shot.

We pass another group of paranormals—fairies, I think, judging by the small wings and multicolored hair. They're running a shell game with a gold coin, and I watch with interest as they take their mark for way more than what that gold coin he's chasing is worth.

In the corner is a group of wolves running a blackjack game, and though I don't wait around to see what they're doing—or how they're doing it—it's

obvious they tried something, if the pissed-off player is any indication. In fact, he's pissed enough that I hurry my group along before—

A chair goes flying, crashing into the dealer, as the player screams about cheating. He barely gets a few words in edgewise, though, before another wolf is on him, strong fist around a neck. And that's when all hell breaks loose. The player was obviously a troll, because a mess of trolls descend on the wolves' game en masse, which leads to a bunch of wolves doing the same thing.

Blood and bodies are flying as Remy hustles us along, but the commotion doesn't last long, because two of the guards hit the game running. The biggest one skewers a wolf through the shoulder with one of his long nails and then holds him up so everyone can see, while the second one grabs the troll who started everything and rips his leg clean off…right before he starts to eat it.

The troll is screaming, blood is flowing freely, and the other guards are circling with their teeth bared and their claws at the ready. My stomach roils at the carnage, and I almost vomit but just manage to swallow it down. I can only imagine what weakness that would have shown in a place like this. I'm terrified to see what happens next but even more terrified when I realize that most of the people in this place barely even notice.

Remy and Calder do little more than give the bleeding troll a look before moving on with their agenda. I, on the other hand, can't stop seeing the windigo start to eat the troll's leg, even though Hudson has his arms around me and my face pressed into his chest.

"We need to get out of here," I whisper to him as my stomach twists and turns in a desperate effort to throw up what's left of the chicken from earlier.

"It's only two hours," he tells me. "It'll be over—"

"No, not the Hex. This prison. We can't stay here. We can't—"

"Not so loud, Curls," Calder says, her mouth inches from my ear. "The last thing you want to do is broadcast our agenda in this place. We'll end up in solitary confinement in three minutes flat…and probably missing a limb or two while we're at it."

After what we just saw, I believe it. What kind of a prison employs guards who actually like to eat the inmates? I mean, yeah, it probably does away with that pesky prison overcrowding problem, but it's also murder. Why put people here to punish them—and make them atone—for violent crimes if you're then going to let the people who run it commit as many violent crimes as they want?

It makes no sense, but even more than that, it's wrong. Just plain wrong.

"Keep walking," Remy says, and for once there is an urgency in his voice that refuses to be ignored.

So we do, stepping one foot in front of the other, even though all three of us are shaken.

Hudson seems the most unaffected by what we just witnessed, but he did spend a huge part of his life in Cyrus and Delilah's Court. Who knows what he saw there?

We don't stop moving until the commotion has died down and we're right in the center of the Hex, standing in front of a table of "infergins," or marks, as Calder calls them.

They all look a little lost, a little confused, and a little scared, but none of them runs away when Calder plops herself down on the tabletop they are all sitting around and asks, "Who wants to play a game?"

# 122

## What the Hex?



"**A**re you going to eat us if we do?" asks the lone demon from his spot at the end of the table.

Calder blows him a kiss. "Only if you ask nicely."

"Does that work in reverse?" calls one of the two vampires who have been eyeing her ever since we got here.

"Only if you ask nicely," she says again, and this time the whole table laughs. "I will tell you one thing, though. To the victor go the spoils. Right, Hudson?"

My mate doesn't say anything to that, simply inclines his head in a whatever-you-say-goes kind of way.

But he looks adorable when he does it—which is not lost on much of his audience. That and the eyebrow wiggle Calder gives the group of them is all it takes to set off a stampede.

I don't know if it's because one of the regulars is finally acknowledging their existence or if it's because they're just that taken with Calder and Hudson, but the infergins nearly trample themselves in their enthusiasm to get to the front of the line. Before I know it, every single one of them has put up a gold coin for the privilege of wrestling either Calder or Hudson.

Calder puts up money for each of them as well, and I wonder how many coins she's got with her. Both of them have long lines—nearly twenty-five people deep for each of them—surely they won't win them all. Some of their competition is huge. There are also other vampires, and while I'm sure Hudson can take care of them, I'm not so sure about Calder.

I know she's really strong—that's obvious—but is she strong enough to take on a fully grown vampire in his prime? Especially if she can't access her manticore side?

My stomach clenches nervously as the first two people come up to wrestle

them. Each slaps his coin on the table next to Hudson's and Calder's and then slides into their chairs, arms up.

Hudson and Calder lean forward as one and lock hands with their competition. And then Flint—who has somehow been roped into acting as referee—announces the rules. "Butts in chairs at all times, one arm only, winner takes the bet, and the ref calls all ties. Those are the rules. If you don't like them, hit the road now."

No one moves or complains, so Flint continues. "We go on three. One, two, three!"

It's over before he even finishes the word, Calder and Hudson slamming their oppositions' arms down on the table so hard that I can't help wondering if they're going to leave dents.

They don't, but I'm pretty sure at least one wrist got sprained.

The second and third matches go essentially the same way, but the fourth match pits Hudson against an actual giant. Calder wins her match against the demon, but Hudson gets his ass handed to him.

He takes the loss with a grin and a joke, and soon the tense atmosphere that's invaded the competition goes away and everyone's having a good time—unlike most of the other games in this place.

Soon after, Remy heads off with his two mysterious packages, and I decide to wander a little bit, as the other three are still all wrapped up in their arm-wrestling game. Normally I'd stick close, but I'm smarting a little over Calder's comments about my feminine wiles being the only thing of value I've got.

At the same time, I don't go too far—that seems like a bad move, considering what I just saw happen with the wolves and the troll. I like my limbs exactly where they are, thank you very much.

So instead of wandering toward one of the guards, I stick close to the tables at the center of the Hex, looking for something to catch my interest.

The first thing I come to are a bunch of dragons in human form who are running some kind of card game. They're in bad shape, their human skin scraped up and full of sores that makes me feel horrible for them. The prison's fault, I wonder, or maybe the Chamber's?

I wander past a group of small paranormals with wings, multicolored hair, and rows upon rows of sharp teeth. Fairies, I wonder? Pixies? Or something else entirely? I don't know, but one of them smiles at me and tries to suck

TRACY WOLFF                505

me into buying some kind of iridescent powder from them. Near them are selkies who are selling vials of some kind of water…seawater, maybe? I end up watching a game of Razzle-Dazzle run by two witches—the younger of whom reminds me a lot of my friend Gwen, with her sleek black hair and shy grin.

Except the longer I stand here, the more I realize she uses that smile to her advantage, to convince people that there's nothing shady about her game. But I've played this a bunch of times—Heather's dad is a math professor and he loved nothing more than demonstrating to us how different games were sucker games…and also how to beat them.

When the last player gives up in disgust—but without throwing a fit to attract the guards' attention, thankfully—I slide into the open seat.

"You're new here," says the old witch who runs the game.

"I am," I agree.

"Who are you with?"

I don't know what she means, and it must show on my face, because she laughs and says, "Who brought you here?"

"Oh, Remy and Calder. They're—"

"Everyone knows Remy," she tells me, and there's a softness in her voice when she speaks of him that is unexpected…but also not. She must be one of the longtimers here, who's known Remy since he was very little. "But I do have to say, I'm surprised he let you out of his sight."

"He's busy," I tell her with a shrug. "And I thought your game looked like fun."

The witches exchange a look. "Oh, it's definitely that," says the youngest one. "Want to play?"

"I do, actually." I look at the familiar board, with its seemingly random arrangement of numbers between one and six, and try to figure out if there's a pattern. Like Heather's dad teaches his advanced math students, this one has a lot of fours, a lot of ones, and not very many fives or sixes. The big numbers are concentrated mostly in the center of the board, which very few people notice is slanted a little bit higher than the rest of the board, so the marbles I roll will fall away from the center.

"But I don't have any money on me to bet with."

"None?" the witch asks, and she is obviously astonished.

"None," I reiterate, and I feel like a jerk. The whole point of these games is money. How did I think to sit down without so much as a dollar to my name?

The truth is, I've been so annoyed at Calder's comments about me that I just didn't think. "I'm sorry. I'll leave."

"Not so fast." The witch's wizened old claw grasps on to my arm, keeps me in place. "Do you have nothing of value on you at all?"

I start to say no but then stick my hand in my pockets—and find one gold coin. I have no idea how it got there, but it had to be Calder or Remy. I'll have to remember to thank them later.

"How many games does this buy me?"

Quick as lightning, her hand flashes out and grabs it as avarice burns in her eyes. "One game," she tells me. "If you win—"

"One?" I ask, incredulous. "No thank you." I reach to take it back, and she snarls—literally snarls—as she yanks it out of my reach.

"How about ten games?" the younger witch suggests. "You can play five. If, at any time, your numbers add up to win one of the prizes"—she gestures to the various pile of coins behind the winning combinations of twenty-six, eighteen, forty-one, and thirty-two—"you take the coin and the prize. If you lose the game, the coin is ours."

The older witch is grinning now, and though I know the deal favors them— or so they think—I decide to go for it. All of Heather's dad's instructions are running through my head as I take the handful of marbles and roll them near the bottom of the board.

They land all over the place, and when we add them up, they equal nineteen. No prize.

The old witch hisses in delight.

"Four more," the young witch tells me as she hands me back the marbles to roll.

I shake them a little more this time and roll them again. They end up totaling twenty-three—still no winner.

The older witch leans forward, a macabre grin on her face. "Three more turns, my pretty."

I nod and then take my time shaking the marbles as I try to decide what to do. I threw the first two rolls, so do I throw a third to lull them into a false sense of complacency? Or do I start winning now, so they can't call the last roll lucky?

There's no easy answer, considering if they kick up a fit, I could end up like that poor troll with one less leg. Considering I like my legs—and my

TRACY WOLFF

arms—it's a real dilemma.

I throw the marbles one more time, and they add up to eighteen.

Both witches rear back in shock as I grin and hold out my hand for the eighteen coins that come with my win.

"How'd you do that?" the younger witch demands, her hand hovering over the bag of coins.

"What do you mean?" I ask, all wide-eyed innocence. "I thought the goal was to get one of the numbers on the board?"

"It is. You did well," says the older witch as she puts a restraining hand on the younger one's arm. "Before you receive your payout, shall we play double or nothing?"

"I don't have another coin to put up," I tell her, even though I know that's not the plan.

"Of course you don't. We'll play for the same coin and double the money. If you win again, you get the coin back and double the winnings you would normally earn. If you lose, I keep everything."

I pretend to consider. "That sounds fair, I guess."

"Of course it's fair. That many gold coins is a lot in the Pit." She grins slyly. "That is where you are going, isn't it?"

I don't ask her how she knows. Instead, I smile at her as I roll the marbles...and they come up with thirty-two. Eighty-two coins—which I'm pretty sure is more than Calder has made arm wrestling at this point. Not that I'm counting or anything.

"May I collect my winnings, please?" I ask, using the most pleasant voice possible.

"You cheated!" the younger witch whispers to me, eyes narrowed and voice livid.

"I was just playing your game," I tell her even as I hold my hand out for my winnings.

"There's no way you won fair and square. No way at all," she hisses at me.

"Why wouldn't I have?" I ask quietly. "Unless you're saying that *you're* cheating?"

She doesn't answer, but her fingers curl like she's simply dying to rake them down my face. Instead, she shakes her head. "That's not the deal we had. You don't get to collect your money until you take your last turn."

"But I'm good. I don't want any more turns."

508                                    c o v e t

She leans forward then, slides one razor-sharp nail down the side of my face. "Then you forfeit your winnings, my pretty. A deal is a deal, after all."

I start to argue with her—our deal said nothing about combined winnings, so technically I should get paid for these two turns and then take the fifth, free and clear. But one of the guards is circling this way, and there's no chance I'm about to get caught arguing.

So I just nod when she says, "Double or nothing," again, and I take the marbles she hands me.

Then the younger witch shakes the board: "For luck, nothing more."

But I can tell a difference in the board, can see how it's listing to one side a little so that the stones will roll down and away from the higher numbers. Heather and I spent hours practicing when we were kids, determined to show up her dad. And after literally tens of thousands of throws, I know that the trick is to throw half from the low side and then twist my hand so that the other half come out near the top where the lowest numbers are grouped.

But that was on her dad's board, which was so minutely slanted that you couldn't even tell—kind of like this one was before she shook it. I'm not sure I'll be able to make the same thing work when the board's not flat, but I tell myself it doesn't matter. I put a coin up at the beginning, knowing I could lose it. Worst-case scenario, I come out of this with nothing to show for it and all my limbs, because I'm not about to fight.

Best-case scenario? Calder learns my feminine wiles aren't the only things I have going for me.

With that thought in mind—and with a growing crush of people shooting covetous looks my way—I take my time shaking the marbles in my hand before finally letting them fly.

# 123

## Hex This



I hold my breath as the marbles roll around the board more than I like and will them to land in my favor. I thought my throw was right on, but as they bounce from side to corner to board and back again, I can't help wondering if I made a mistake and overthrew.

Eventually the throw winds down, the marbles start to land, and I add them up—three, nine, fifteen, eighteen, twenty-two, twenty-three, twenty-seven, thirty-two.

I blink my eyes, double-check. The number is still the same. Thirty-two. It's a winning number.

I look up from the board at the same time the witch does, and suddenly she's in my face, an athame to my throat. I don't know how she got it in prison—and at the moment I don't care. All that matters is that she not slice my throat open.

And that the damn windigo guards don't show up and tear either of us limb from limb.

"You don't honestly think I'm going to pay you, do you?"

"You're going to pay her, Esmerelda," the slow, southern drawl comes from behind me. "And you're going to get that knife away from her throat, or we're going to have a real problem, you and I."

Esmerelda snarls at Remy, who doesn't say anything else as she glares over my head at him. But she must know about the last person taken out of his cell in pieces, too, because it only takes a few seconds before she lowers the knife and I take my first real, throat-expanding breath since she grabbed me.

"Thank you," Remy says in his mild way, but when I glance over my head, I can see that his eyes are swirling in that strange, smoky gray-green way they have. And, not going to lie, out here in the middle of all this—it's freaky as hell. Even before he looks at me and asks, "How much does she owe you?"

c o v e t

"One hundred and sixty-four gold coins," I tell him and watch his eyes go big.

"She cheated," Esmerelda snarls. "I shouldn't have to pay her."

Behind me, I can hear people moving restlessly, and I don't know if it's because of the argument or if it's because a guard is coming. But if it's the latter, I don't care what Calder and Remy say about the Pit. I don't need money badly enough to risk getting on some windigo's bad side.

"We could forget the double-or-nothing bet," I tell her. "You could just pay half—"

"A bet's a bet," Remy contradicts me. "Pay her, Esmerelda, or I will, and then you and I are going to have words. You don't really want that, do you?"

Apparently not, because two sacks of gold coins hit the table pretty damn fast after that.

"Thank you," I say as I reach for the money.

"Don't thank me yet, little girl," she says, her voice loaded with rage... and promise. "I'll be coming for it."

I don't know what to say to that, so I don't say anything at all. Just gather up my winnings and let Remy guide me away—which he does, very quickly.

It turns out Hudson is right behind Remy, and he's the other reason no one tried to interrupt the game—or steal the gold I won. The only other time I've seen him look like this is right before he disintegrated Cyrus's bones and, magic-tamping bracelets or not, he does not look like someone to mess with right now. And that's before he flat-out stares down one of the guards who starts to intercept us.

After that, people don't merely step back as we pass—they literally scramble to get out of our way. Flint and Calder—who were cleaning up in the arm-wrestling ring—meet up with us halfway across the Hex. And then I feel like I'm walking in some kind of paranormal cage, with Remy in front of me, Hudson behind me, and Calder and Flint on either side of me.

"Where are we going?" I whisper as I scramble to keep up with Remy's long-legged strides. And can I just say how much it sucks to be the only short person in the middle of a group of tall people, who are all hell-bent on getting somewhere really damn fast?

"Back to our room," Hudson tells me. "Between what you won and the arm wrestling, we're carrying enough gold to have half the floor coming for us."

And sure enough, when I glance around, I realize that every person in the place is staring at us now. And what I see in their expressions isn't good.

Fear, avarice, curiosity, rage. It's all right there, and I can't help wondering how long before everything blows up.

We have six more days to reach the Pit—which means five more days of visiting the Hex. I thought the Chamber was the worst thing we had to go through in this place, and now I can't help wondering if it's really just a matter of going from the frying pan into the fire and back again.

We make it to our room in what I'm pretty sure must be record time, but none of us relaxes until the staircase retracts and the trapdoor slides shut behind us.

The second it does, Calder lets out a huge whoop. "I take it back, Grace. That was one hell of a show. Looks like you've got way more going for you than I thought."

It's the most backhanded compliment I've ever received, but Calder seems sincere, so I smile and say, "Thanks?" Although it doesn't seem exactly fair to take the compliment, considering Remy had to rescue me. If he hadn't, I'm pretty sure one of the witches or I would have ended up losing a limb—or more—at the hands of a pissed-off windigo.

"I agree, that was one hell of a show," Remy says.

"They were great, weren't they?" I ask, grinning at Hudson. "I couldn't believe how long you lasted against that giant."

"I don't think the arm wrestling was the show he was talking about," Hudson tells me with a grin. "You were spectacular."

"Me? All I did was roll some marbles."

"Against two members of the evilest coven in the place," Remy tells me. "And you practically had them in tears before you were through."

"All I did was play the game—"

"No one ever wins their game. Ever." Remy gives a little disbelieving shake of his head. "It's kind of a thing around these parts."

"What made you choose them, anyway?" Flint asks.

"I know the game—my friend Heather's dad used to have a board like that. And I just wanted to make some money to help everyone." I leave out my desire to show Calder that I'm good for something, but the look in Hudson's eyes says he already knows. And is highly amused by the competition.

"I think you made almost as much as Hudson and Calder combined,"

Remy says, and it's obvious he's amused, too. "Looks like you're the biggest badass of the day."

"I'm not so sure about that," I answer. "Hudson did stare down a windigo like it was nothing."

"What can I say?" He shoots me a tiny grin that gives me all the feels in all the places. "I like you with all your pieces attached."

"Yeah, me too," I agree fervently.

His eyes darken at my tone, and just like that I'm back in that hotel room in New York, my arms and legs wrapped around Hudson while he does all the right things to those pieces he likes so much.

# 124

## Is It Still Russian Roulette if the Gun Is Fully Loaded?



Idon't know how long we stand there staring at each other with way too much heat in our eyes, but it's long enough for Calder to start fanning herself and for Flint to head to the bathroom, commenting that, "I strangely feel the need for a cold shower."

Remy, on the other hand, simply laughs and goes over to his bunk.

It's not long after that the rest of us do the same.

Lunch comes through the trapdoor—turkey sandwiches this time—and I eat like it's been a year since I've seen food. Who knew that nearly getting murdered would give a girl such an appetite?

Afterward, I figure we'll sit around talking—there's not much else to do—but Calder, Flint, and Hudson fall asleep pretty quickly. Which seems normal, at least until each of them starts to shake or whimper.

I've never felt more pathetic—or more useless—in my entire life.

I hate that they're suffering, hate even more that there's nothing I can do to take it away. Still, Remy says he'll keep me out again tonight—and if he can't keep any of the others out, I'm going to let him.

My only hope for the others is that we don't get the Chamber again tonight. Remy and Calder say it never happens simultaneously. That maybe, maybe you'll get the Chamber twice on your trip to the Pit—if you're unlucky.

I have my fingers, my toes, and everything else I can think of crossed, praying that they don't have to go through that again. That Hudson and Flint and Calder don't have to face whatever it is the Chamber gives them—especially since tonight's will be worse, as we're one level closer to the Pit.

Part of me wishes I had read Dante's "Inferno," just so I understood how this whole layers-of-hell/prison thing works. But the other part is grateful that I don't know. Hudson and Macy make comments about me burying my head too much—and they're right. I do. But when it comes to this, the last

thing I need is images of what's to come emblazoned on my brain.

Besides, it's not going to come if we don't get the Chamber again, I remind myself. And we're not going to get the Chamber. We're not. Surely we can't be that unlucky.

Except we are. Over and over again.

Every night, the cell circles around as we wait to find out if we hit the Chamber. And every single night, we end up in hell.

"This isn't fair!" I rage to Remy on the third night. "Why does this keep happening to them?"

"Life's not fair, *cher*," is his laconic reply. But his knuckles are white as he clutches his book like a lifeline.

"They can't keep going through this!" I yell when we hit it again on the fourth night. Guilt and desperation eat me up. But all I can do is sit out here and watch as they go through hell.

That night, their screams are louder and more frequent. And the following morning, none of them even tries to pretend to recover.

Flint looks like hell. I haven't seen his grin in two days, his eyes are sunken pits from lack of sleep brought on by nightmares, and his hands tremble now almost all the time.

Calder's skin has lost its shine, and she has dark bags under her eyes. Even her glorious hair has gone dull, and at least half the time she's holding back tears.

As for Hudson…Hudson is wasting away right in front of me. He doesn't touch the blood they send for meals—in fact, he doesn't even look at it. He barely talks, barely sleeps, and every day he seems to be slipping more and more away from me.

"It's going to be okay," Remy reassures me, but I can see the doubt creeping into his eyes.

On the fifth day, we don't even make it through half of our allotted Hex time. Everyone else on our level is in a great mood, as none of them has gotten the Chamber even once, except the few others in our cellblock (who look like they would beat us down if they weren't so beaten themselves from the Chamber). The games of chance are growing more and more daring, and Remy cleans up at a shell game. He tries to talk the others into arm wrestling again, but it becomes apparent pretty quickly that none of them is in any shape for it.

TRACY WOLFF                                            515

Flint loses his first three matches and quits.

Calder can't sit still long enough to even get into position.

And Hudson flat-out refuses to touch anyone. He also doesn't stop by to browse at even one of the stalls bartering books, which he's done almost every other day.

We end up back in our room in less than an hour.

Later that night, after Calder starts crying hysterically the second the light clicks down to one hour before the Chamber spin, I beg Remy to try to let me take one of their places.

"I can't do this!" I tell him. "I can't watch them suffer like this another night and not do something to try to help them."

"It won't work," he answers me through gritted teeth.

"But how do you know until you try?"

The look he pins me with is as dark and desperate as I feel. "How do you know I haven't already tried? Every night, I've tried to take one of their places myself, to keep one of them out. It doesn't work, Grace. For whatever reason, it only works for you."

By the sixth day, we're all shells of our former selves. Flint stopped eating and drinking yesterday, too. He doesn't talk, he doesn't move, and when Hex time came around, Remy had to make an excuse to the guards because there was no way we were getting Flint off his bed. He's spent nearly every hour of the last twenty-four sitting on his bed, arms wrapped around his knees as he rocks and rocks and rocks.

I try to talk to him, to comfort him or make him laugh, but every time I come near him, he looks like I've hit him. I don't know what he's going through in the Chamber, but whatever it is is killing him. And I can't stand it.

Hudson is almost as terrible now, the black circles under his eyes so bad that he looks like he's been hit…repeatedly. He doesn't run from me, but he doesn't talk to me much, either. Whenever I get too close, he stiffens up, and whenever I try to dig into what went on in the Chamber the night before, he tells me not to worry about it. That he's got it. That he deserves what's coming his way but that it will take more than this to bring down his vampire ass.

I wish I could be so sure.

I know this won't kill them—Flint and Hudson are way too physically strong to be felled by a week of barely eating. But mentally and emotionally are a whole different ball game, and I don't know how much more they can take.