Even Calder, who's been through this before, looks ready to break. She's spent most of the day in the shadows, and every time Remy and I make a noise, she cowers and begs us not to hurt her. Her normally sparkling brown eyes are dull and lifeless, and she hasn't even bothered to brush her hair. For a girl who is normally an obsessive self-groomer, the change is startling. And disturbing.

As night descends and the lights on the wall get closer and closer to go time, tension ratchets up inside our cell.

Flint has finally moved and is now lying on his stomach, head buried under his pillow and entire body stiff.

Calder is still in the shadows, but she's talking nonstop, her voice high and tight as the words come faster and faster.

And Hudson... Hudson spends most of the evening in the shower, and I don't know if that's because he wants to scream without us hearing him or if he's just trying to make himself feel clean.

By the time the last light flickers off, I can barely breathe, barely think. All I can do is close my eyes and pray as we spin round and round and round.

125

## At the End of My String



As soon as we stop, I know we're fucked. The lights turn red and once again, Hudson, Flint, and Calder collapse.

I think I scream—I can't be sure because the horror inside me is all-consuming now, panic lighting me up in all the wrong ways. My stomach is twisting, my heart feels like it's going to explode, and all I can think is *not again. Not again, not again, not again.*

"It's the last time," Remy says, but he sounds as exhausted and defeated as I feel. "They can get through it."

"They shouldn't have to," I snap back at him, and for the first time I realize I'm on my knees, even though I have no recollection of how I got here.

I try to push myself up, but my legs are shaking so badly, they can barely hold me. I can't do this. I can't watch them go through this again. I can't.

A scream echoes through the chamber, and I'm sure that it's mine, except it's not. It's Calder, who's screaming and begging whatever is happening in her head to, "Stop. Please, God. Just stop."

Flint is crying, tears running down his face, as he sobs like his heart is breaking.

And Hudson—Hudson is shaking so badly that his teeth are chattering, and he keeps banging his head against the wall he collapsed next to.

"We need to get them into their beds before they hurt themselves," I say, and Remy nods.

"They'll be okay," he tells me for what feels like the millionth time.

But as he carries them to their beds and I pull the covers over them, he doesn't seem so sure. All three of them look like they're full-on being tortured and standing here powerless while it happens may be the worst experience of my life.

When Hudson starts to cry, too, I can't take it anymore. I whirl on Remy

518                                                  c o v e t

and beg, "Help him. Please, you have to help him."

Remy shakes his head, but for the first time since we've gotten here, he looks helpless...and as crushed as I am. "I can't, Grace. It doesn't work that way."

"Fuck how it works! He can't take any more!"

But Remy is adamant. "He's going to have to. They all are, because they have to find their own ways out."

"But what if they can't?" I point to Hudson, who is curled into an even tighter ball than the others...and is still shaking so badly that he's making the metal frame of his bed bang against the wall. "What if he can't get beyond whatever's in his mind?"

Remy doesn't answer, simply goes to his own bed and pulls a sketchbook out of the drawer under his bed.

"Remy?" I prompt, and when he still doesn't say anything, I push again. "What do you think we should—"

"I don't know!" he explodes. "I have no fucking idea what happens now. I've never even heard of anyone getting the Chamber six days in a row. It just doesn't happen."

"Doesn't that make you wonder why it's happening now?" I ask.

"They must have done something pretty awful and the prison is demanding atonement," he answers. "How else does it assure people have made up for what they've done?"

"This isn't atonement!" I shout at him. "This is revenge, pure and simple."

"No." His voice is adamant. "The prison doesn't feel. It can't want vengeance."

"Maybe not. But the people who built it can. And so can the people who fill it with prisoners." I turn back to look at Hudson and Flint. "Do you know who they are?"

"A vamp and a dragon," he says with a shrug.

"Not just any vamp or any dragon," I remind him. "That's the crown vampire prince over there, and that is the crown dragon prince. Their parents sit on the Circle."

Remy knows who they are, of course—we talked about it before—but I can see a dawning look as *who they are* enters his expression. "What *are* they doing here?"

"They tried to change things, tried to fight an unjust system where power

skews toward the most brutal and the most ambitious. They took on the vampire king, and the establishment absolutely fucked them."

"Yeah, it did." His drawl is out in full force.

"Now you see why I don't think us getting the Chamber every night is an accident?"

"I don't know." He tosses his sketchbook on the bed, giving up any pretense of being unaffected. "I've lived here my whole life. I know this prison inside and out. And I had no idea it was even possible to control the Chamber spin." He looks over to where Calder is curled around her blanket, whimpering. "It's not okay to do this to people."

"None of this is okay," I tell him. "It's barbaric and a total abuse of power. It has to stop. Not just the repeated nights in a row but the whole practice altogether. No one should have to go through this simply to leave a prison, especially if they don't even belong in it to begin with."

Remy nods his agreement. "But I still can't help them. I would if I could, Grace, but there's literally nothing I can do. If there was, I'd be doing it already."

It's not the answer I want to hear, but looking at him now—seeing the outrage on his face—makes me believe him in a way I didn't before. There really is nothing he can do to save them.

"I don't think they—" I break off as Hudson screams.

Whatever grip I have on my emotions shatters. And that's it. That's just it. I can't do this for one second longer. I can't sit here and watch him suffer.

Rage rips through me, and with it comes an idea. It's a long shot, but it's the only shot I've got. So I reach deep inside myself and start looking for one string in particular—the shining blue one that I've tried so hard to ignore—that's blazing as brightly as ever. I grab it and close my eyes before squeezing as hard as I can.

# 126



## I Love You to Death (Whether I Want To or Not)

When I open my eyes, I'm back at Katmere—in Hudson's room. I can see the big red-and-black bed that I've had so many fantasies about, can feel the warmth of the spring sunshine filtering through his windows. And I can hear Lewis Capaldi's "Grace" coming through the speakers.

But those are the only things that feel familiar. Everything else is wrong.

The furniture is smashed to bits, his vinyl is scattered and broken all over the floor, and his bookshelves have been ripped straight out of the wall. Books are lying in destroyed piles underneath them, torn pages floating through the air.

And in the corner, right behind his audio equipment, is another version of me. I'm dressed in my Katmere uniform, but instead of sitting on the bed (as I've imagined more times than I want to admit, even to myself), I'm cowering in the corner, crying and begging for someone to, "Stop! Please, please, please stop!"

Someone is snarling loudly enough to be heard over the music, and when I turn to try to figure out who it is—and what's going on—I find Hudson standing right there. His fangs are extended and dripping blood, and there's a look in his eyes that warns me that my time has run out. There's nowhere to go, no place to escape to.

"I can't stop, Grace." He's screaming at me. "I can't stop. I can't stop." He reaches up and grabs handfuls of his hair in his fists. "It hurts. It hurts. I'm trying to—" He breaks off with a growl, his entire body convulsing as he fights against the urge to lunge for me.

"Please, no. Please don't make me. Please, please, please." He seems to plead with someone I can't see. "Don't make me do it. I don't want to hurt her. I don't want—" He breaks off, another shudder running through him. And then he yells, "Run, Grace, run!"

And the other Grace tries. She does. She springs into action, racing for the door, but even as she runs, I know it's too late.

He's on her in a second, leaping the length of the room in one bound. She screams for one long moment, the sound hanging in the air as he rips her throat out and starts to drink.

The moment she dies, the compulsion ends and Hudson is left, covered in her blood—in *my* blood—as he sinks to the ground. He cradles me to his chest as blood continues to spill out of my severed carotid artery, and though there are silent tears running down his cheeks, he doesn't make a sound. Instead, he just holds me in his arms and rocks and rocks and rocks as my blood spills all over the both of us and onto the floor around us.

His hand is on my neck, and it's obvious he's trying to stop the blood flow, but nothing can stop it. It keeps pouring out until we're both drenched in it, until it coats his floor, soaks the pages of his favorite books, covers his entire room—so much more blood than my body could ever hold.

But that doesn't matter in this hellscape.

Nothing does but torturing, breaking, *destroying* Hudson.

And when he throws his head back and screams like everything inside him is shattering, I can't help but think it's succeeded.

Then, in the space between one blink and the next, the blood is gone, and Hudson is sitting on his couch reading *The Stranger* by Albert Camus (of course). JP Saxe and Julia Michaels's "If the World Was Ending" is playing as a knock sounds on his door, which breaks my heart all over again.

It's the other Grace, and she throws her arms around him as soon as he opens the door. He drops his book and picks her up. Her legs go around his waist the same way mine did that night in New York, and they're kissing like it's the only thing that matters in the world.

Finally, she pulls her mouth from his and gasps for air.

He grins and whispers, "You smell so good," as he nuzzles his way along her throat.

"Oh yeah?" The other Grace tilts her head to the side a little and whispers, "Maybe you should take a little bite. See if I taste as good as I smell."

He groans low in his throat before scraping his fangs along the sensitive column of her neck.

She shivers, her hand clutching at his hair as she tries to pull him closer. "Please, Hudson," she whispers. "I need you."

But he just shakes his head and whispers, "I can't. If I bite you now, I won't be able to stop. I'll drink you all up."

That's when it hits me. Hudson's crime—the thing he has to atone for—is compelling everything that happened at Katmere before Jaxon killed him. Whether it was for the greater good or not, whether they were secret supremacists working with Cyrus, he took their choice from them and turned them into murderers.

And now the prison is doing the same thing to him, compelling him to murder his mate again and again and again.

The Hudson in the vision must realize it at the same time I do, because he sets her back on the floor and whispers, "Run," right before his fangs explode in full force.

The other Grace heeds the warning, but he's blocking the door, so she runs deeper into the room. She trips on the corner of his rug and goes flying, though, and that's how she ends up cowering near the audio equipment. As he walks toward her and the music switches to Lewis Capaldi's "Grace," I realize that this is it. This is where he kills her. And as horror registers on Hudson's face, I can tell that he knows it, too.

I also realize at the same instant that the real Hudson—the one shaking and pleading on the bed next to me—is so far gone that if he has to spend another hour killing me, even if it is only in his nightmares, it just might shatter him forever.

# 127

### If You Can't Stand the Heat, Stay out of the Hellscape



I don't know what to do for him, don't know how to stop this from happening—how to stop any of this from happening.

As I stand here, watching the prison compel him to do this, I finally understand—really understand—what he meant when he told me his power was the nuclear option. And why he's refused, over and over again, to compel anyone to do anything.

I thought he would do it at the Firmament when the Watch surrounded us. Later wondered why he hadn't in New York when Nuri went to arrest him. But he never did—and now I know why. He's never forgiven himself for what he did last year, never forgiven himself for what he caused. He did it because he felt he had no choice, and those boys died. Which was tragic.

Were they planning horrible things? Yes, absolutely.

Would they have killed people of their own volition? Probably.

But we'll never know.

And now, watching this—watching him—I realize it's not them being dead that is eating him up so completely. Yes, the deaths obviously bother him, but what is destroying him is him having taken away their choice. He compelled them to do something so appalling, so soul-crushing, that he can never forgive himself. Disintegrating them would have been more humane, but he couldn't let his father know that ability still existed. So instead, he was cruel and forced those boys to play bystander in their own bodies while they killed their classmates—killed their friends.

And now he's suffering the same thing, over and over and over again.

No wonder he looks like hell. No wonder he can barely stand to be near me. Every time he looks at me, all he sees is what he did. And what he is capable of doing.

covet

Right in front of me, the other Grace is looking for someplace to run. Someplace to hide. She tries to make it back to the front door, but he cuts her off. When she rushes toward the library, he leans over and catches her in the shoulder with his fangs. And when she darts toward the bed, he follows her, fangs dripping blood even as he begs her to run. To get away. To not let him hurt her.

And then, there she is, cowering behind the audio equipment, exactly as she was when I first entered this hellscape, and I know we've all run out of time.

Desperate to stop him, desperate to spare him the terror and the agony of murdering me again, I call out to him. "Hudson! Hudson, stop! I'm right here."

For one second, two, he freezes, head tilted a little as if he could hear me.

"Hudson, please! Hudson, it's okay. You don't have to do it! You're okay. You're—"

I break off when I realize that, not only isn't he listening any longer, but my shouting is actually making things worse. Because there is a part of him that can hear me, and it's adding to his desperation to stop even as the compulsion pushes him forward. Now, he hears not just the compulsion in his head but my voice, too, and as agonized tears roll down his face, I can't help thinking that I'm only torturing him even more.

The idea traumatizes me, and when he grabs the other Grace again, when he tears her throat out again, I can feel his terror as clearly as I can feel my own. And when he drops to his knees, the other Grace in his arms, I can feel something deep inside me break into a million pieces. Because the look on Hudson's face as he tilts his head back—the tears, the anguish, the soul-deep guilt—is more than I can bear.

Because this boy, this beautiful, beautiful boy whom I love so much, doesn't deserve this.

He doesn't deserve to suffer like this.

He doesn't deserve to be broken like this.

He's already learned his lesson, has already repented for the things he did. He's changed, he's *really* changed, and this forced atonement is destroying the person he's working so hard to be.

I have to stop this. I have to fix this.

But I've only got one shot at it.

As the scene resets to Hudson reading on the couch, I take a deep breath and force myself to let go of our mating bond. It's harder than it should be, even knowing it's the only chance I have of stopping this.

I drop back into the cell just in time to hear Hudson scream. Which makes me wonder if he was more aware of me along the mating bond than I thought. He's at the early part of the nightmare—before anything bad happens—so he shouldn't be this freaked out yet. But he's convulsing on the bed, his entire body shaking as he groans in distress.

I drop to my knees next to the bed and put an arm around him. "I've got you," I whisper into his ear, hoping against hope that somehow he'll hear me in the middle of that hellscape. "I'm going to get you out."

I turn to Remy then and ask, "Can you help me? I need to hold him down."

"Of course," he answers, all but leaping off his bed and running across the cell to us. "What happened in there?" he asks as he drops to his knees beside me.

I don't take the time to answer him. I can't afford to, not knowing what's coming next for Hudson. Instead, I wrap one hand around Remy's wrist and whisper, "I'm sorry."

Then, praying this works, I close my eyes one more time and use my other hand to grab on to the mating bond.

It takes a few more seconds than it did the first time, but when I open my eyes, Remy and I are both in Hudson's nightmare.

"What the fuck did you do?" Remy yells. He doesn't seem angry, more astonished. Which I get, considering I'm a little shocked that it worked, too.

"Channeling magic is one of my powers," I tell him. "And even though my powers are currently locked up, yours aren't. So I took a really big chance, hoping that the magic used to channel comes from the source—you—and not me, which would make it immune to the whole prison-cell/grounding situation we've got going on here." I give a slight grin. "Apparently, it's a chance that paid off."

"Apparently," he agrees. "Nice job, Amazing Grace."

"How about we save the superlative nicknames until we know whether my plan works or not?" I look down at where my hand is still wrapped around his wrist. "Do you mind?"

"For you, *cher*?" He gives me a playful wink. "Not even a little bit."

I'd roll my eyes at him, but I'm too busy using every ounce of strength

c o v e t

I have inside me to focus on every ounce of magic I can sense inside him. There's more than I thought, but not as much as I'd hoped—or as much as I think we'll need. But I don't care. I have to try.

Drawing as much of that magic into me as I possibly can, I focus on Hudson—who is currently stalking the other Grace across his room—and shout, "Stop!" as loud as I can.

128

## Now You Kill Me,
## Now You Don't



At first, I don't think he hears me. He doesn't move, doesn't falter, doesn't so much as look my way. But I'm not about to give up now. Not when I'm so close to getting his attention…and he's so close to self-destructing.

"Hudson! Stop!" I shout again.

This time, he does more than pause. He turns to me and slowly, slowly registers that I'm inside the dream with him.

"Grace?" he whispers. "What are you doing here?"

"It's okay," I tell him, walking toward him. "I've got—"

"No!" he yells, throwing a hand out as if to ward me off. "Don't come any closer."

He sounds so anguished, so panicked that I freeze about halfway across the room.

"Hudson, please. Let me touch you."

"I can't." He holds up his hands, and suddenly they are drenched in blood, even though he hasn't so much as touched the other Grace. "I'll hurt you."

"No." I shake my head even as I take another step toward him. "You won't. That's just a nightmare. It's not real."

"It *is* real," he says, and his voice is shaking in a way it so rarely does. "I hurt everyone. It's what I do. It's all I know how to do."

"Is that what you really think? Or is that what this place is telling you?"

"It's the truth. I killed those people. Worse, I made them kill themselves."

"You did," I agree. "And it was a terrible thing. But it wasn't all on you, Hudson. It was on them, too."

"It was all on me. I took away their choices. I made them do what they did—"

"Because you felt like *you* didn't have a choice," I remind him. "They were going to do something awful. They were going to hurt, maybe kill, all those kids. Destroy all those families. You didn't know who you could trust,

c o v e t

so you did what you thought you had to do to stop them."

"I made them kill their friends, all the while as they screamed in their heads to stop," he whispers, then continues on a ragged sob, "but they couldn't. They couldn't stop. They couldn't stop. They couldn't."

Before I can think of anything else to say, the Grace cowering on the floor starts to scream. "Stop! Please stop, Hudson. Please don't hurt me. Don't—"

"Get out now!" he growls at me. "Before it's too late."

Then he turns and advances toward the kneeling Grace, and I know he's going to kill her again. But I also know that this is the time that's going to break him—I can see it in his eyes, can hear it in the agony he doesn't even try to hide.

Can feel it in the misery stretching between us, like a mating bond on the brink of unraveling.

And I know I can't let him do it. Not this time. Not ever again.

So I do the only thing I can think of, the only thing that might be able to reach him. I drop my hold on Remy's wrist and let him fall back out of the hellscape—I don't need him now that Hudson knows I'm here—then leap across the room, throwing myself between that other Grace and him.

"Get out of here!" he yells again, and now the bloodlust is in his eyes, the compulsion raging through him like a forest fire. "I can't hold back any longer."

"Then don't hold back," I tell him, moving so that my body is pressed up against his. "Do whatever you need to, Hudson. Because I'm not walking away—from this or from you."

"Grace," he growls, even as the fire burns in his eyes. "Grace, no."

"It's okay, Hudson." I thread my fingers through his hair, press myself even closer against him.

"I can't—" he chokes out, and I can see his fangs gleaming in the light. "I won't be able to—" He breaks off, buries his face in the sensitive space where my neck and my shoulder meet. I can feel him fighting himself, can feel him trying to pull back, to move away. But I can also feel the heat in him, the need, and the bloodlust. And I know if I let him go now, he'll be on the other Grace—the Grace this hellscape is wielding like a weapon against him—and there's no way he'll survive.

No way either of them will survive.

And I'm not about to let that happen. This shithole has been using me to hurt him from the first day we arrived...

TRACY WOLFF

But that ends here and now.

"Nobody lives their lives without regrets, Hudson," I say, looking intently into his eyes. "Everyone makes shitty decisions at some point, tough decisions, ones we'll spend the rest of our lives regretting." For just a second, I think of my parents. "The key isn't to try to live life regret-free. It's to always try to make the best decision you can in that moment, because the regret's going to come whether you like it or not. But if you tried your best, well, that's the most anyone can ask of you."

I pause, take a deep breath. "It's okay," I whisper to him again, even as I tilt my head back and to the side. "I want you to."

He tries one more time. "Grace—"

"I've got you, Hudson. I've got you."

He groans low in his throat and then, with a flash of teeth, he's on me.

He bites me right over the pulse point at the base of my throat, his fangs slicing cleanly through skin and sinking deep into my veins.

I cry out at the sudden movement, the quick flash of pain, but it fades as rapidly as it started. Then he starts to drink, and everything fades but Hudson and me and this one moment...

He shifts against me, looking for more, and I tilt my head back to give him better access. I press myself even more tightly against him so that I can feel every part of him against every part of me. Then revel in the way his hands tighten on my hips, in the way his mouth grows slower as he drinks and drinks and drinks from me.

For what feels like an eternity, I forget where we are, forget why we're doing this, forget anything and everything but Hudson and how if I don't break through to him, I might never get him back.

He shifts against me, pulls away, and I moan. With a ragged voice, I whisper, "Hudson, I trust you—"

He strikes again, deeper this time, and I gasp. Shudder. Try to wrap myself around him as he continues to take. As he takes whatever I have to give and then demands more. Demands everything until my knees go shaky, my breath goes shallow, and my hands and feet turn ice-cold despite the heat blazing deep inside me.

And even as the pleasure swamps me, engulfs me, there's a tiny part of me that understands: Hudson has taken too much blood.

# 129



## Some Days Life's a Bowl of Cherries; Some Days It's Just the Pits

For one brief moment, I think of protesting, of pulling away.

But my mind is cloudy, my body weak, my will to resist nonexistent. Because this is Hudson.

My mate.

My best friend.

My partner.

And because he is all those things, I know something he doesn't. Something this hellscape can't imagine and something he will never let himself believe. He made the best choice he could make with those boys... and I would never blame him for it. Regret? Yes. But also forgiveness.

And so I say again, stronger this time, "I trust you, Hudson."

Hudson pulls off me with a strangled groan, his eyes confused but clear as he looks between me and the Grace on the floor. As he realizes that it really is just a nightmare.

It's his turn to bury his hands in my hair as he whispers, "Are you all right? Did I hurt you?"

"That's the whole point," I murmur, turning my head so I can kiss the sensitive skin on the inside of his wrist. "What I've known all along and what I need you to believe, too. You will never hurt me, Hudson. At least not like that. You would never hurt anyone if you could help it."

He shakes his head, starts to speak, but I stop him with a soft finger over his lips. "Never," I reiterate.

We both glance down then, toward the other Grace who should be cowering on the floor near Hudson's desk. But she's gone, and when I look toward the door, I see her disappearing out of it, backpack over her shoulder and curls streaming behind her.

"It was wrong," he tells me, and I realize he's watching the other Grace

walk away, too. "What I did to them."

"Yes," I agree, because it was. "But, baby. War turns everyone into villains. There's never been a way to get around that fact."

He doesn't answer, just closes his eyes with a sigh and nods.

And he looks so tired, so worn out, that I wrap my arm around his waist and pull him into me so I can help support his weight. "How many times have you killed me so far?" I ask.

He swallows hard, his throat working overtime. "Too many. Thousands." He sighs again. "Maybe tens of thousands."

"It's enough," I tell him. "More than enough."

He might have only suffered this punishment for a few days, but it's a pretty fucking terrible punishment. And he suffered it over and over and over again. At some point, enough is enough.

He shakes his head. "It's only been a few days."

"No," I tell him, and this time it's my turn to shake my head as I quote his favorite movie back to him. "'It's not the years, honey. It's the mileage.'"

And for the first time in days, he smiles. Because he finally gets it.

"It's time to forgive yourself, Hudson. It's time to let it go."

He doesn't say anything, and at first I think he's not ready. But then he smiles and bends to kiss me again.

This time when he pulls away, we're back in the cell.

"What the hell?" Remy stops pacing the second we wake up. "You can't do that to me, Grace! I've been freaking out for the last twenty minutes. I thought he was going to kill you!"

"Is that how long we've been in there?" I ask. "It felt like only a couple of minutes."

"Yeah, well, I told you time passes differently in there. Sometimes it feels longer; sometimes it feels shorter." He makes a sound low in his throat, and it's obvious he's pissed as hell. "Next time you want to hitch a ride on someone else's magic, pick anybody else, *cher*. Because that was some real bullshit."

"I'm sorry," I tell him. "I never meant to freak you out. And I do appreciate the help. More than I can say."

"That's how you got in?" Hudson asks, glancing from Remy to me.

"Yeah. Your girl pretty much dragged me into that hellscape." Remy rolls his eyes. "Though, I gotta say, respect, man. I don't know how long I'd be able to handle what you did."

cov et

Hudson looks discomfited for a second, like he doesn't know what to do with someone besides me having seen what was going on in his head. And I get that. I know how weird it felt to me to know that Hudson was in my head back when I didn't trust him. I can only imagine how it feels to him to have some warlock he barely knows have access to his deepest fears—and by reflection, his greatest shame.

At first, I think he's going to retreat behind his shell and pull out something obnoxious to say. But in the end, he must decide to roll with it, because instead of being an ass, he offers his hand to Remy and says, "Thanks for the help."

Remy looks surprised, too, but he takes the offered hand and nods an obvious *you're welcome.*

I settle down on my bed, and Hudson lies down next to me, his arm around my shoulders. Flint and Calder are still out, and it's awful to watch them twitch and shudder on the bed—especially now that I have an idea of what they're going through. But the only way I was able to reach Hudson is through our mating bond. I have no "in" with them, and it's an awful realization.

"This is it, right?" I ask as the minutes slowly tick away. "We're at the Pit now?"

"Yeah," Remy says. "And if we're lucky, we won't have to do this again."

"Let's be really lucky, then, shall we?" Hudson's accent is thick, his expression totally dry.

"The luckiest," I add, even as I try to imagine what the Pit will be like if this was just the trip *to* it.

I mean, Hudson made a joke earlier that in Dante's "Inferno," the Pit was where Satan himself was, so a part of me is absolutely terrified of what's going to happen when the doors open in the morning. What we've seen in the regular levels during Hex time has been terrible enough. If it wasn't our only chance of finding the blacksmith so we can get out of here and save our friends from Cyrus, I'm pretty sure nothing would make me leave this room.

I start to ask Remy about it, but if he says it's as bad as I think he will, I'll only freak out about it until the doors open. Besides, he and I haven't talked any other night during the Chamber because it seems disrespectful when people we care about are suffering.

Tonight is no different, despite Hudson having finally managed to beat

533

his hellscape. So instead of talking, Hudson and I curl up on my bed and hold each other in silence.

As the last few minutes of the Chamber draw to a close, I can't help thinking about Flint. About what his punishment is. He was arrested for trying to kill the last gargoyle, which makes me think that his punishment must have something to do with me—especially considering how he's been acting every time I try to talk to him these last few days.

Having seen how I was used against Hudson in his punishment—and what that punishment did to him—I'm sick to my stomach about what might be happening to Flint. And this place having spent the last week using me against both my mate and one of my closest friends.

This place is evil, and if I get half a chance, I'll do whatever I can to see it leveled. Rehabilitation is one thing. Torture is another. And what the Aethereum does is torture, pure and simple. I don't care what its purpose is, I don't care what it was built for, that's not what it does. And that is not okay.

The minutes finally tick down, the red lights overhead slowly fading back to their normal cool white as Flint and Calder start to stir.

He looks so defenseless lying there, curled up in the fetal position, shivering under the blanket I draped over him an hour ago. I've known he's suffered, have seen the dark circles and the shaking and the way he's stopped smiling and eating. But I guess I've been so preoccupied with Hudson when the Chamber first ends each night that I haven't realized just what bad shape Flint is in when he first comes out of it.

Or maybe it's because today's was the worst one yet. I don't know and I don't care. The moment Flint sits up, I'm across the room, kneeling next to his bed.

He flinches away from me the second I reach for his hand, though, and I consider walking away. I definitely don't want to make this harder for him when he's already suffering so much. At the same time, though, if I can find a way to help him—I want to.

"I'm sorry," I tell him softly, knowing the others are probably listening but still trying to keep this as much between us as I can. "I'm so sorry you're going through this."

He shrugs and stares at the wall beyond my head. "I deserve it."

"Nobody deserves this." I try to reach for his hand again, and this time he lets me.

c o v e t

"That's not true," he tells me. "I nearly killed you, Grace. I nearly *killed* you. And for what? To stop Hudson coming back?" He glances over at my mate and deliberately raises his voice when he adds in an abysmal British accent, "I still think he's a bit of a wanker," to which Hudson flips him off without even bothering to look up from the book he borrowed from Remy.

"But he shouldn't have died for it. And you definitely shouldn't have nearly died because of it. I was so blinded by fear and rage and hate that I nearly destroyed one of the best people I've ever met." He clears his throat, swallows. "Which makes me no better than the brother I was trying to avenge. Damien was a monster; I just didn't want to see it. And I nearly killed an innocent girl because of it. I deserve every day I have to spend in here and then some."

"Why? Because you need to suffer?" He looks away, and I squeeze his hand. "No. You've suffered enough, Flint. It's time for you to forgive yourself."

"I don't—" He breaks off, then starts again. "I don't know if I can do that."

"I forgave you. I know I yelled at you about it when we were in New York, but I forgave you a long time ago. And I think if you want to beat this prison, then you have to do what you just did. You have to acknowledge your actions and why you did them. But you also have to forgive yourself. If you do that, this shithole can't torture you anymore."

Flint doesn't say anything, but he is listening. I can tell. And for the first time in almost a week, he manages to smile at me. It's not his usual charming grin, but it's a smile, and I'll take it.

I don't know what to say to Calder, who is hugging her knees to her chest and rocking, but I know she was listening to what I was saying to Flint, too. And as the knowledge sinks in that she made it through—that they all did—I can see her finally start to really breathe.

"You should paint your nails again, for the Pit," I suggest, holding her gaze. I know if Calder is grooming, she's going to be okay. And so I wait. And wait.

It seems to take her forever, but eventually she nods and reaches under her bed for a bottle of blue nail polish with glitter, and I breathe a sigh of relief. Calder is going to be okay. They all are. We made it through the gauntlet, a little worse for wear maybe, but we made it.

Eventually, we all head to our beds to grab a little rest. Even Hudson, though he first spends what I sincerely hope is his last hour in a shower trying to scrub my imaginary blood from his skin. But we all try to sleep at least a little. Because we know what's up next…

Tracy Wolff                       535

I can't stop the pounding of my heart a few hours later when we start moving again—though at a much more sedate pace than the Chamber roulette. It only lasts about fifteen seconds, and then every light in the room turns bright purple.

"What's going on?" Hudson asks, eyeing the purple lights with amused trepidation.

Remy grins as he slides open the door in the floor that our food normally comes through. "Hold on to your money and your magic, boys and girls, because we have finally made it. Welcome to the Pit."

# 130



<div align="right">

### Fortune Favors
### the Trolled

</div>

**M**y stomach is in knots as we make our way down the steps. I've grown used to the Hex—I hate it, but I've grown used to it. Yet I can't even imagine what the Pit must be like. I know we have to go, know we have to face whatever's down here, but there's a part of me that wants to stay right here.

I glance at my group and realize, not for the first time, how small I am compared to them.

Flint and Hudson don't seem to have any such reservations about heading down, judging by the way they're crowding around the opening trying to get a look at whatever the Pit has to offer.

Calder starts to head down, but Remy stops her with a hand on her shoulder. "If there's anything you want from here, you need to get it now," he tells her.

The look that flashes across her face is scarier than any I've ever seen from her, and for a second, I think she's going to shrug him off. But then she goes back to her bed and opens the drawer underneath it. I'm not sure what she grabs, but it must be small, because she hides it somewhere on her person.

"Remember," Remy says. "We've got twelve hours to get the hell out of this prison. If we don't escape by then, we've got to head back to our cell and start the whole process all over again. Only this time, we'll have to do the full nine spins of the Chamber." He looks between us. "None of us wants that. But if it's coming up on twelve hours and we're not out... You need to make sure you're back here, even though it sucks. Any cell that's late coming back from the Pit draws the Chamber for a month straight. Obviously nobody's ever late. Let's not be the first."

"We're going to find a way out," Hudson says, and I wish I felt as confident. Maybe Hudson beat it today and he won't have to go back in, but I don't trust anything about this place—I'm not going to take that assumption or

any other for granted.

"I really hope you're right," Remy replies. And then he gestures for us to precede him down the stairs, and my stomach sinks.

I really don't want to be one of the first down. What if someone from the Hex is waiting for us? Or worse, someone who *lives* in the Pit? I shudder and am about to suggest I go down last, but then I glance at Calder fluffing her hair, Flint rubbing his hands together, and the smile in Hudson's eyes to see me finally leave this cell, and I realize I can't show anyone how scared I really am. I might be the weakest link in our group, but there's no reason I have to show it.

I walk up to the hole and watch Calder go down first, and then I follow her while the guys pull up the rear. But the second I make it to the bottom, I realize that something is very, very wrong.

Because the place I'm staring at is nothing like I was expecting the Pit to be. In fact, it's like nothing I've ever seen before. Whether that's good or bad, I don't know yet.

All around us, other people are descending from their cells, hitting the ground running…and heading for the maze of merchants and stalls that line the long road we've descended upon. Hundreds of people running for dozens of little booths, where they can buy clothes, food, beer, and any number of other things, if the bright, colorful signs above the shops are any indication of the wares inside.

It's the last thing I ever expected to be here, but now I know why Remy was so adamant about us making money every time we went into the Hex these last several days. There's no way to survive down here without it.

I might not know much about this place, but I'm definitely smart enough to know that much. And if we want help, we're going to have to pay for it.

"This is the Pit?" Hudson asks. He looks as astonished as I feel.

"I thought it was going to be…" Flint trails off, and I get it. He's trying to find the least offensive way to say it. I know, because I've been doing the same thing for the last five minutes.

"A share-the-adventure version of your own private hellscape?" Remy asks.

Flint shrugs. "Maybe something like that."

"Why would anyone try to get to the Pit, then? The whole point is to make people want to atone for what they've done. If you risk the Chamber—and

especially if you get it—this is your reward." Calder holds her hands out and spins around like one of those old-time game-show girls showing off the merchandise.

"Where do we go first?" I ask as we start weaving our way through the throngs of prisoners. Everyone from our level is here tonight, which means all the familiar faces from the Hex.

A coven of witches passes, giving me what I'm sure is the literal evil eye for the first time in my life, but I ignore them. Which is easy to do when Hudson places a hand on my back in obvious support.

"I've got a couple of packages to pick up," Remy says. "Then I say we find the blacksmith."

"Always with the packages," I tease.

Calder does her patented hair fluff and head toss. "How do you think he got to be the richest guy in prison? I mean, if it was just based on good looks, I'd be loaded."

"You absolutely would be," Remy agrees with a grin, even as Flint rolls his eyes.

"If you're the richest guy in prison," I muse aloud, "why did we need more money to get out?"

"*Cher*, if I had enough money to get out, don't you think I'd have done it by now?" He raises one brow at me as he steps to the left to avoid a huge metal trash bin on the side of the road. "And now we need to get *six* people out. Like I said, it's going to take even more money and a whole lot of luck."

The streets continue to fill up as we walk through them, the crowds growing thicker and more boisterous as the last of the cells empty. By the time we make it to the corner, the five of us are so tightly packed together that I end up stepping on Hudson's feet more than once. Eventually, we stop at a beer-merchant/drinking stall with a sign proudly calling it PARADISO—and I sincerely hope this isn't the owner's definition of paradise, 'cause no.

A ton of elves (pointy ears) and goblins (nuff said) look like they're already on their second or third drinks. "Is the merch ready?" Remy asks the creepy-looking bartender with the dead eyes and sallow skin, who I'm pretty sure is a merman based on the Triton tattoos he's got all over his currently naked upper body.

The bartender finishes pulling a pint of some kind of dark beer and slides it down the polished plywood bar to an elf sitting on a stool at the end. Then

TRACY WOLFF

he wipes his hands on a towel before reaching beneath the makeshift bar and pulling out a brown-wrapped package.

Remy takes it with a nod and fist bump, then turns and walks away.

The third time this happens, we end up at a sketchy fortune-telling place, complete with dirty tarot cards and a wizened old troll dressed in a shiny orange-and-purple blazer with sequins on the collar and wrists. Apparently, being born with magic doesn't also mean you're born with taste.

We wait outside while Remy runs in and delivers one of the packages he picked up earlier, and as we watch the guy doing card tricks with his tarot, Hudson asks Calder, "How does he tell fortunes with his magic bound?"

"It's not bound," she answers. "None of the people working the Pit are inmates. They're merchants who come in every day to ply their trade."

"And they're okay with what goes on here?" I ask, horrified. "Just because they can make some money off it?"

"Maybe they don't know," Flint suggests. "If this is all they ever see—"

"Maybe they don't *want* to know," I shoot back. "I mean, look around at these people. Everyone has their magic bound; a bunch of people are missing body parts courtesy of psychotic, cannibalistic guards; a lot of the prisoners are skating the edges of sanity themselves because of time in the Chamber. How could they *not* notice?"

"Yeah, well, people tend to think those who are in prison deserve whatever punishment they get," Hudson comments. "You're only in prison because you did something wrong. You chose to commit a crime. Of course, if *they* break a law, it was situational. They had no choice. They were a victim of circumstance."

Remy shrugs. "Only criminals are behind bars. Victims aren't. That's how you tell them apart, I figure."

"That's horrible," I reply.

"It is what it is."

I cross my arms over my chest and lean back against the pole holding up this ramshackle booth. "Yeah, well, it sucks."

"If these people come in," Hudson says, "then there must be a way for them to leave."

Remy grins as he joins us again. "Bingo."

The breath I didn't know I was holding slowly eases from my chest as I glance at Flint and Hudson, and we all smile together. This. This is a chance.

And Remy seems tight with the merchants—maybe that's been his plan all along. To see if we could escape with them at the end of the day. No wonder he's concerned about hiding the blacksmith, though.

Remy turns to leave, but the troll follows us out, his tarot cards in hand. "Let me tell your fortune, pretty girl."

"Not today, Lester," Calder tells him. "We have stuff to do."

"I wasn't talking to you," he answers as he fans out his deck of cards. "Pick one," he directs me.

"Oh, I don't think—"

"It's on the house," he says with a wave of his hand. "You look just like my favorite granddaughter."

I have no idea how to take that, considering he's a troll, but I merely smile and say, "Thank you. But we need to go."

"What's your hurry?" He glances at his watch. "You've got eleven and a half hours left before you've got to be back in your cell. You can give ol' Lester three minutes."

I start to say no again—with everything we're about to attempt, it seems really rash to let some fortune-teller get a look inside my future.

But Remy gives me a little go-ahead nod, and it's obvious he's got a soft spot for Lester. So even though I know I'm going to regret it, I give in and pull out a card. Then jump a little as everyone around me tenses—including Lester.

"What is it?" I ask, since I don't exactly know tarot cards that much.

"Trouble," Hudson answers as he studies the card that looks like a tower being struck by lightning.

"Big trouble," Lester tells me as he grabs my hand with his free one and brings it to his lips. But then he sniffs me for one long breath, and his eyes go big. "You didn't tell me who she was," he reprimands Remy.

Remy doesn't answer, just kind of smiles a little even as I wonder if it's so obvious that I'm a gargoyle.

Lester must figure out that Remy's not going to answer, because eventually he turns back to me and says, "There is only one path for you, my queen."

# 131

## Lost and Bound



Despite myself, my heart speeds up, and I lean forward a little. Because if this guy can tell me what my one, true path is, I am all in. God knows I haven't been able to find it myself.

He must notice he's got my undivided attention, because he shoves his cards in his pocket, then covers our joined hands with his other hand. "You must find this path and follow it, my beauty, before it's too late."

I wait for more, but then he steps back and grins. "See, I told you it would only take a couple of minutes." He winks at me. "Go find that path, girl."

Remy flips him a coin as we all wave and walk away, but as soon as we turn a corner, he cracks up. "Your face was the most priceless thing I've ever seen," he tells me. "Worth every cent of that coin I gave him."

"Well, how was I supposed to know he was full of it? We're surrounded by paranormals."

"Oh, I don't know," Flint says with a grin. "Maybe because he was a literal troll?"

"Fair point," I say as we turn down another corner and get hit by the most amazing smell. "Tacos?" I ask, because if there is one thing I can recognize at a hundred paces, it's the scent of tacos. "You didn't tell me there were tacos in the Pit."

"Tacos and pizza," Remy says.

"I don't care about pizza, but I would do just about anything for some tacos right now."

"Anything?" Remy asks and tosses Calder a wink.

"I'll get you some tacos, Grace." Hudson moves ahead of the group. "How many do you want? Five? Ten?"

I laugh, because Hudson is being ridiculous. Whatever Remy is thinking he might extort from me for tacos, it is definitely *not* what Hudson is thinking.

c o v e t

"How about three?" I tell him as I hurry to catch up with him.

It takes a few minutes—apparently paranormals love tacos as much as girls from Southern California do—but eventually we're crowded around a picnic table devouring some of the best carne asada tacos I have ever eaten. And even Hudson is eating again; he has a full thermos of blood from a nearby stand.

But Hudson isn't focused on his own meal. Instead, he's watching me eat with a huge grin on his face—for someone who doesn't consume food, he sure enjoys feeding me. As the lunch finally runs out, he turns to Remy. "Since your troll friend wasn't much help, I've got to ask. Have you seen it yet?"

Remy shakes his head. "Just enough to know that it all hinges on Grace."

I swallow down the fear bubbling up in my chest, threatening to make me lose my tacos. If this plan was counting on me to save everyone…we're doomed.

"What *do* you see?" Hudson asks, reaching down to entwine our hands.

Remy leans back, his hands crossed over his chest. "Like I've said, we're going to need money and a lot of luck."

"That's not much of a plan," Calder says, and for the first time, she sounds like she's really in the conversation. Like she's thinking about something other than herself. "Considering we've got six people to get out of here."

"I know." Remy shakes his head. "But we've got three flowers, which means we only have to figure out how to get three of us out. The blacksmith gets one of the flowers, obviously. No way is the prison ever letting him go unless it doesn't have a choice. My visions keep telling me that the only way I can get out is with a flower. But there must be another way for everyone else."

His eyes are swirling smoke again. "Sometimes I see you getting out. Sometimes it disappears." His eyes settle back into their usual forest green as he continues. "So clearly there are things we need to do that are still undecided."

"Maybe they've atoned enough," Calder says. "Maybe that's how you get Flint and Hudson out. And Grace takes the last flower."

"That still leaves you," I tell her.

"Maybe that was just a pipe dream. Maybe the prison can't stand for me to go anywhere." She forces a wide grin, then does a truly impressive hair toss—so impressive that someone actually whistles from the table behind us. "I mean, would you give this up if you didn't have to?"

"We're not leaving without you," I tell her, something Remy quickly seconds.

"Well then, let's do what we can," Hudson suggests. "We've got ten and a

half hours before everything goes to hell, so let's work the problem. What's the next step?"

"The blacksmith," Flint answers. "Right? Our options change based on if we can convince him to leave with us or not. So let's get him on board before we worry about the rest."

He's right. It is the obvious next step. Which is why, after throwing our trash away, we follow Remy back into the crowded street.

It isn't long before he turns us down a narrow, dark alley and then past two massive windigos. I expect them to stop us, but one nods while the other pats Remy on the head. And I'm reminded, once again, that these people—these creatures—raised Remy after his mother died when he was five years old. That this place is as much a home for him as it is a prison.

I can't help wondering what that feels like, what it does to him to know that once he leaves, he'll never see any of these people again—even though some of them are the closest he's ever had to a family.

The other day, Calder mentioned something I learned when I got to Katmere—that it's not only the family you have that makes you who you are but also the family you make. Often it's the latter who helps you catch the wind on sunny days and who anchors you when seas get rough.

How terrible to have to give that up just for the chance to finally truly live.

We take two more turns as a sound like thunder booms all around us. I want to ask Remy what it is, but he's moving fast, and I figure I shouldn't distract him. Also, I'm honestly not sure I want to know.

We take one last turn, and it lands us on a building-lined path so dark, I have to hold on to Hudson to make sure I don't trip in the pitch-black. And for a creature who's supposed to be "of the dark," it's total bullshit that I don't have better night vision.

On the plus side, the path lightens up a little the longer we're on it, but it's not until we almost reach the end that I realize why.

The light—and the heat—we're feeling is coming from the hugest furnace I have ever seen. A furnace that is currently being manned by a giant with a massive welding mask over his forehead. A giant who, upon seeing Remy, lifts his mask…

And I gasp.

His face is crisscrossed from forehead to chin with the most brutal scars I have ever seen.

# 132



### Chains Aren't the Only Things Getting Broken

Cyrus did this. I know it. Everything inside me screams it. He tormented this man—just like he's tormented the Unkillable Beast for a millennia—simply because he could.

It's disgusting. Unthinkable. And yet here it is, more proof that Cyrus is vile, inhumane, evil. And that he must be stopped, no matter what the cost. Because anyone who can do this, anyone who hurts someone like this because they can, anyone who spends centuries using and destroying their own son, is capable of anything.

When I consider what he's sentenced us to prison for while he runs free, it makes me even more determined to stop him. More determined to make sure he can never hurt anyone again. When we break out and I get my gargoyle back, I promise myself Cyrus will pay for this.

"What do you want, kid?" the blacksmith asks Remy in a voice so low and rumbly that it rattles the windows in the buildings around us. Which makes sense, considering he's gigantic. Not Unkillable Beast gigantic, but not regular-giant gigantic, either. He's big, really big, but it's not until Remy walks closer to him that I realize just how big. Remy, at about six foot four, barely makes a third of this guy, who must be almost twenty feet tall. A giant among giants.

No wonder he has such a huge furnace.

"We have a proposition for you," Remy says, speaking loudly.

"I don't have time for any propositions. I've got cells to make." He turns around and grabs a massive curved mold from the stack behind him, then brings it over to lay on his workbench.

I recognize the shape and curve of it—I've been staring at a fully realized version of this for days now in our cell. It's part of the cell wall that makes up the cage we're in, and he's hauling the thing around like it weighs nothing.

*Cells*, I mouth to Hudson, whose face has gone grim. The bracelet within a bracelet within a bracelet that we're all trapped in? No wonder he's all but enslaved down here—the prison will eventually cease to exist without him... which, not going to lie, feels like a win-win to me.

"Why are you making cells?" Remy asks. "Mavica says we have some empties for the first time in years."

"Calm before the storm," the blacksmith tells him as he slides his helmet back into place and opens the huge doors of the furnace. The blast of heat that comes out is so hot that I don't have a clue how Remy could stand being so close to it. I feel like I'm half melted, and I'm at least twenty feet away.

"What does that mean?" Flint yells to be heard over the roar of the giant fire.

"It means someone is planning on sending a shit ton more prisoners here," Hudson answers grimly. His tone suggests Cyrus is the someone in question.

"From Katmere?" I ask, feeling sick.

"From wherever, I would imagine," Remy answers caustically.

The blacksmith slowly fills the mold with molten metal, then sets it aside before laying a massive piece of hot metal on his workbench and starting to pound on it with a sledgehammer that's almost bigger than Flint. He pounds and pounds at it—each slam of the sledgehammer echoing like thunder—until a very distinctive, very recognizable curve starts to form.

But by the time the curve shows up, the metal has started to cool, so he opens the furnace back up and thrusts it inside again. Which is good with me, considering his banging is so loud, it makes it nearly impossible to think.

"You need to go," the blacksmith tells us as he reaches for a ten-gallon jug of water and takes a quick drink.

"I think you're going to want to hear what we have to say," Remy says, matter-of-fact.

The blacksmith looks like he's going to refuse, but in the end he grabs a seat on a massive rock and eyes us with annoyance. "Fine, tell me what you want so I can turn you down and you can be on your way."

It's not the most open invitation I've ever heard, but it's more than I was beginning to think we would get from him, so I'm trying to be optimistic.

"We need you to make us a key," Flint tells him, starting off slowly—I think to see if he'll nibble.

Thankfully, he does. "What kind of key?"

e 1:22-cv-02435-LLS-SN   Document 276-40   Filed 11/22/23   Page 31 of
546
c o v e t

Hudson steps in and explains about the Unkillable Beast, who has been chained up for a thousand years with a cuff he made.

But as soon as the giant hears about the beast—and the cuff—he starts shaking his head. "I can't do that," he tells us. "There's no way."

"Why not?" I ask. "Don't you think a thousand years is long enough for anyone to be chained up?" I use the argument purposefully, considering he's been enslaved for just as long.

"A thousand seconds is too long for someone to be enslaved," he snaps back. "But my believing that doesn't mean I can help you."

"But it's your work. You're the blacksmith who made the cuffs to lock him up."

"Yes, and I'm also the blacksmith who's an indentured servant to this prison. For the most part, they leave me alone as long as I make the cells and the bracelets. I like it that way, and I'm not about to risk the life I've got to try to make things better for some creature who pissed Cyrus off for all eternity. Some creature I don't even know."

*But you do know him*, I want to say. *In so many ways, he's just like you.* But I know it won't matter. People rarely commiserate when in pain.

"If you won't do it for a stranger," I ask, "what about for someone you do know, Vander? Someone you love?"

"How do you know my name?" he demands. "No one here knows my name."

"Because I know Falia," I tell him. "And she wants you to come home to her."

"Lies!" he booms. "What trickery is this? My Falia is thousands of miles away from here—"

"In a redwood forest, I know. I was there with her a few weeks ago." I gesture to Hudson and Flint. "All three of us were."

"I don't believe you. Why would you go to see Falia? And how?" His voice is scornful. "You're in prison."

"We've only been in prison a few days," Flint tells him.

"And we came here, at least in part, for you," Hudson adds. "To convince you to make us a key and to help get you out so you can return to Falia."

"Lies!" he bellows again as he turns and picks Hudson up in one of his meaty fists. He shakes him. "No one ever gets out of this place. No one. Which means I will make you pay if you are telling me lies about my Falia."

"No lies!" Hudson's face is straining with the effort to pull his arms free of the giant's hand, but I can tell he's not going to break the hold before he's crushed. I rush to his side, place one hand on the giant's free arm. "I swear it. She told me to tell you, 'Still I recall.'"

He drops Hudson so fast and hard that Hudson almost doesn't land in a crouch. "What did you say?" Vander whispers, and the eyes he turns to me are filled with tears.

"She said you would know what that meant," I tell him.

"She still remembers the poem." His breathing is shaky now. "She still remembers me?"

"She loves you, Vander," Hudson tells him. "She's never stopped loving you. She suffers for it."

The last is like a body blow to the giant, knocking him back down on his boulder even as his hands shake. "And our children?"

"We didn't get to meet them," I tell him softly. "Only Falia, who is filled with grief at your absence. Who holds on to the promise you made her—the ring you gave her."

His gaze fills with anguish, with such naked pain that it's almost too painful to witness.

But I press on. "You made her a promise…and I promised her I would help you see it through. That I would free you and send you home to her." I pause, consider Vander might need a bit more convincing. "And that's not just an ordinary promise. I'm the future gargoyle queen, and my promises become law." I pause, studying his face to see if my hyperbole landed.

He still looks skeptical.

"We have a plan to escape," Remy says quickly.

"But we'll be needing that key first," Hudson adds.

At first, the blacksmith doesn't say anything. He just stares into space, tears the size of my fist rolling slowly down his face. Finally, when I'm beginning to think that we didn't reach him—that there's nothing left to reach—he whispers, "This key. When do you need it by?"

The five of us exchange a quick look. "Tonight," Remy says. "If you think you can manage."

The blacksmith glances at the exposed metal beams in the warehouse, then stares back down at us. "I need six hours."

"Six hours to make it?" Hudson asks, to clarify. "If we come back in six

548                                     c o v e t

hours, you'll have the key?"

"If you come back in six hours, you'll have the key. And you'll have me." His gaze glides over all the others to lock with mine. "You'll take me out with you when you go?"

"I promise," I tell him. "We have a way to free you."

He nods, then says again, "Six hours. I'll be ready."

I smile up at him softly and say, "Thank you."

He nods. "Thank *you*."

I want to bask in the win for a minute—and the fact that we might actually get out of here and find a way to free the Unkillable Beast—but apparently Remy has bigger fish to fry.

I've barely taken two steps away from the giant when Remy claps his hands and says, "If we've only got six hours, we had better get busy."

133

Everyone's Got
a Little Skin
in the Game



"**W**hat do we need to do?" Flint asks as we head back into the darkened alley that led to the blacksmith, and I can tell from the way he's bouncing on the balls of his feet that he's ready to get going.

Not that I blame him. I'm so excited that the blacksmith agreed to help us that I'm ready to jump out of my skin. I've been so afraid that he would say no, so afraid that he would have forgotten about his wife and children and want to stay here, where he thinks he belongs.

But that didn't happen. He's making the key to free the Unkillable Beast, and he's coming with us. I couldn't think of anything more badass than that if I tried.

"I need you and Calder to find Bellamy. He's here in the Pit today, but he's hard to find. Tell him I need a number. He's the only one who knows the right one."

Flint looks confused. "A number? Like any number, or are you talking about a specific one? Because I can give you a number right now. I can give you lots of numbers—"

"It's a specific number, and he'll know what I need," Remy tells Flint with a shake of his head. "And before you start in about not knowing who Bellamy is—"

"I don't."

"Calder does. That's why I put you two together." He looks to his friend. "Check the gaming shops first. See if you can pick up his trail there."

"I was planning on it. This isn't my first rodeo." She loops an arm through Flint's. "Let's go, big guy."

As the two walk away, with Calder trying to lead Flint in a song none of us has ever heard of, Remy turns to me. "I need you to come with me, Grace. We have somewhere to be and not a minute to waste."

"Where are we going?" Hudson asks.

c o v e t

"Not we," Remy shoots back. "Only Grace and I are going. We have something else we need to do. I've seen it. But I've got a different job for you."

"Yeah, well, I'm not leaving Grace's side."

"I know I'm only human, but I'll be okay," I assure him. I try to focus on how sweet it is that my mate wants to protect me, instead of that he doesn't think I can protect myself.

His eyebrows shoot up. "Of course you'll be okay, Grace." He shakes his head. "You're right. You'll be fine without me. Where do you need me to go, Remy?"

"To the rings. If we're going to get out of here, we're going to need a lot of money. Only way to make that much money in this short of time? Fight for it." He shrugs. "That is, if you think you got it in you."

"Where do I start?" Hudson grins, even as he wraps an arm around my waist and pulls me into him.

"There are four different rings two streets over. Pick one and get started." He tosses Hudson a couple of gold coins. "These should get you bought in."

Hudson catches them with his free hand and slides them in his pocket. "I've got my own, but thanks." Then he turns his head and presses soft kisses to my cheek and ear. "I've got this, babe."

"You're going off to beat the shit out of people and let them beat the shit out of you. Sounds delightful. You better come back in one piece," I insist.

"Guess you'll just have to wait and see." He gives me one more kiss—a real one this time—then pulls away. And gives Remy a warning look. "I want her in exactly this condition when you get back from whatever errand you need to run."

I roll my eyes. "I could say the same for you."

But he merely laughs and promises, "I'll try," before heading back the way we came.

"That's not very reassuring!" I call after him, but he simply laughs again and fades away.

"He better not get hurt," I tell Remy as he herds me in the other direction.

"Yeah, well, hurry up." Remy really starts to hustle me along. "Or you're going to miss your shot at proving your own badassery."

I narrow my eyes. "I don't do fight clubs."

"You won't have to." He laughs. "It's not that kind of place."

"What kind of place is it?" I ask.

"Far more exciting."

## 134

### I'm Wearing a Lot More than a Heart on My Sleeve



Ten minutes later, I'm staring at the window of the shop Remy wants to take me into. Hard.

"I'd rather do the fight clubs," I tell him, eyes wide.

"Yeah, well, that's Hudson's job. This is yours."

I shake my head. "I say we switch."

He laughs, the jerk. He actually laughs. Even as he starts guiding me straight for the door. "I'm afraid it doesn't work that way."

"Dude, I'm not getting inked."

"You have to."

"Excuse me?" I glare at him. "You don't get to make that decision for me."

He sighs. "I'm not trying to force you into anything. Except if we want to get all of us out of this place, this is the only way I know to do it."

"With a tattoo?" I ask skeptically.

"With one of Vikram's tattoos," he answers as he holds the door for me. "I have a theory."

"I'm about to get inked for a theory?"

"You're about to get inked by one of the most powerful warlocks in the Pit for a theory." He winks. "It's not the same thing."

"So what is it, then?" I ask him.

"I've been thinking about this ever since you pulled me into Hudson's hellscape. You can channel magic, right?"

"You know I can." I glance around the place, which looks more like an upscale hair salon than any tattoo parlor I've ever seen. Not that I've seen a lot of them, but unless every movie ever is lying—not to mention every tattoo parlor I've ever driven by—this is a really chichi one. Which isn't a bad thing, I decide, as the green-and-gold-haired receptionist offers us cucumber water as we wait. "But I can't use your magic like you can. I can only channel it."

He nods. "I noticed that. I think it's because you're not built to hold magic—so it leaves you as soon as you receive it. You're a conduit."

Well, who doesn't love being compared to an electrical cord? Although, I have to admit, I'm curious where he's going with this. "Let's say I agree with that. What does a tattoo have to do with it?"

"Vikram's tattoos can do all sorts of things. So what I think is, with the right tattoo, you can pull my magic from me, including magic I've never been able to access, and hold it in the tattoo—then send it back to me, freed from the prison's magical locks." He pauses while I absorb this idea, then leans forward, and I don't know if it's me he's trying to convince of his next statement or himself. "I don't know who my dad was, but my mom used to tell me a bedtime story that he gave me enough power to tear a hole in this prison. To level it—when I was ready."

I think back to that minute when I first wrapped my hand around his wrist—he had power, but not very much. Was it simply hidden from me? "Is that how we get out?"

He shakes his head. "I don't know. But I know when you give me the flower, you have a tattoo on your arm. And since you don't have a tattoo on your arm now...you must get one in the Pit. And why else but to help free my magic to break us out?"

"So this tattoo might be necessary to get us out or it might not. All you know is that I get it?" I think about this and then sigh. I want to tell him *no way* on the tattoo, but what if he's right and it's our only way out? I'd hate to blow everything because I didn't keep an open mind. "Can it be small, at least? And somewhere that my uncle Finn won't see it?"

He just laughs. "It can be anywhere you want, Grace. I don't think the location I saw it in matters."

Except that turns out not to be true, because when Remy gives his name to the receptionist, her eyes go wide. She excuses herself and hurries to the back of the shop. Seconds later, the tattoo artist comes out to greet us, and she is totally kick-ass. She's probably about fifty or sixty, and she's got short white-gray hair that she wears in two pigtails that are dipped in shades of blue so that they look like dripping icicles. She's wearing a black tank that shows off both her sleeves of tattoos—one a full waterscape, one a full earthscape—and they are absolutely beautiful.

"Remy?" she asks. "Is it you?"

"Yeah?" He seems confused. "I'm sorry. Have we met?"

"Your mom brought you here when you were a little boy, too young to remember, I imagine." She holds out a hand. "I'm Eliza."

He takes it and shakes. "I'm…" His cheeks flush as he realizes he's about to introduce himself again, and I note it's the first time I've ever seen him discomfited. I wonder if it's because she knew his mom or because—for the first time since I've been here—someone knows more about a situation than he does.

He gestures to me. "This is Grace."

"Grace?" she says, eyes widening. "So this is the girl who took on the Nightbloom coven…and lived to tell the tale. I've been hearing good things about you, Grace."

It's my turn to be uncomfortable. "Oh, um, thanks. It was more chance than anything else."

She laughs. "So much of life is." She waves us to the back of the shop. "Come on, let's get started."

"But we haven't picked a design yet," I protest. She's cool-looking and all and I love her ink, but I do not want a full sleeve covering all the skin on my arm. At least not right now.

Eliza seems confused. "But I've already created the design. Remy's mom paid me to do it twelve years ago and said you would show up when you needed it. I just assumed, when you came today—"

"My mom did all that?" Remy asks, and he sounds astonished…but also touched in a way he doesn't seem able to process.

"I think she always knew that one day you would need her to have done so," Eliza says as she reaches over and squeezes his shoulder. "I knew your mom—did ink on her a few times through the years. And if I know anything, it's that she loved you, kid."

Remy swallows. Then whispers, "Thank you."

"You're welcome." She nods brusquely, like she's used up her quota of emotion for the day and then some. "Now, who's ready to get inked?"

"I am," I tell her, even though my stomach feels a little hollow. "Can I at least see the design first?" *Since I'm the one who will be wearing it for the rest of her life*, my tone implies.

"Nah." Eliza grins. "I think this one should be a surprise."

# 135

## Punch Drunk



“Are you going to stare at that all day?” Remy asks, amused. We’re winding our way back to meet the others at the taco place near the blacksmith’s forge, but we’re running late because the tattoo took almost the full six hours the blacksmith gave us.

But even though my arm is sore, I can’t stop looking at it. Eliza knows what she’s talking about—and so, apparently, did Remy’s mom—because it’s the most beautiful tattoo I’ve ever seen. Which is a good thing, I suppose, considering it’s *on my body.*

Eliza cutting the arm out of my jumpsuit concerned me at the time, but now I’m thrilled. I wouldn’t be able to see the tattoo if she hadn’t, and honestly, I can’t take my eyes off the thing.

It starts at the outside edge of my left wrist and wraps around my arm in a widely spaced, sloping design that goes all the way up my arm until the tattoo ends on the inside of my upper arm, where it meets my body. From a distance, it looks like a drawing of a delicate vine with flower blossoms and drops of dew, but when you get closer, there are no actual lines in the entire piece. Instead, it’s made up of millions of tiny different colored dots placed so close together that they form an incredible picture—like pixels on a TV screen. If that TV *shimmered.*

From a distance, it’s beautiful. Up close, it’s absolutely breathtaking—and impossible to imagine how it all came together. I was there, watching the whole thing, and I still have no idea how or when it went from a bunch of dots to this gorgeous, delicate, feminine tattoo that I love entirely too much.

Now the only thing to worry about is if it actually works. It’s a tattoo I’ll wear with pride my whole life, of course, but it would be so much better if it manages to do what we need it to do. Which seems far-fetched, I admit, but no more far-fetched than anything and everything else that happens in this place.

TRACY WOLFF

555

But when we get there, I forget all about my tattoo because Hudson is sitting at a table (though "sitting" might be a bit of a stretch as a descriptor of what he's currently doing), looking like he got run over by an eighteen-wheeler...or three.

I take inventory as I race through the maze of picnic tables to get to him.

Both of his eyes are black, his nose is a shade crooked in a way it wasn't before, the skin under his left eye is split open, and so is his bottom lip. His knuckles are raw, his neck has been clawed, and nearly every ounce of skin he's got showing is black-and-blue. Then again, judging from the way he's slumped over the table holding his side, I'm betting whatever injuries are under his jumpsuit are worse.

"Wow," I say as I get closer and realize just how beaten up he is. I'm freaking out a little bit, but there's no way I can show it here. Not in front of Remy and definitely not in front of all the other inmates at this prison, who are watching him like they want another shot. "I'd hate to see the other guy. Or should I say guys?"

"You're the best," he tells me with a loopy smile that concerns me even more than the bruises. "See, Remy. This is why you need a mate! Didn't even consider I'd lose, did you, honey baby?"

Honey baby? Just how many times did he get hit in the head, anyway? He's grinning at me now, his smile lopsided and swollen but so, so happy.

"Not even for a second," I tell him, while I try to get a good look in his eyes to measure his pupil size.

"How much did you win?" Remy asks, but before Hudson can answer, Calder comes striding through the tables with Flint over her shoulder. He's singing Billie Eilish's "bad guy" at the top of his lungs, and he is completely wasted.

"What the hell did you do to him?" Remy asks, exasperated, as Calder slings him down on top of the table.

Flint simply lays there singing until he gets to the chorus; then he grins up at me with a smile even loopier than Hudson's. "Hi there, pretty lady," he tells me in the worst version of a southern accent I have ever heard.

"Hi, Flint."

"You have pretty hair. Did I ever tell you that you have pretty hair?" He reaches out and grabs a curl.

"You haven't, no."

"She does have pretty hair, doesn't she?" Hudson agrees as he picks up a curl from the other side of my head.

"Is this seriously happening?" Remy asks, glancing around like he's waiting for someone to tell him this is one big cosmic joke. "Are two of the five of us completely out of their minds right now? At the worst possible time?"

"Sorry," Hudson says. "But the cyclops hit hard."

Remy shoots me a *what is even happening here* look. "You took on a *cyclops*?"

"He wanted to fight," Hudson says. "You told me I had to fight. So I did."

"I didn't tell you to fight a *cyclops*!" Remy growls.

Flint finishes with Billie Eilish and moves on to BTS's "Dynamite." And oh my God. Listening to him belt out one of the boy band's biggest hits has me all but suffocating as I try not to laugh.

"What. The. Fuck. Did. You. Do. To. Him?" Remy grinds out through his teeth as he stares between Flint and Calder.

"You told us to get a number from Bellamy. We got the number. But we had to drink with him until he was drunk enough to spill." She gives Flint an affectionate smile. "Apparently, he looks a lot tougher than he is."

Flint responds by waving goofily at her and changing to Miley Cyrus's "Wrecking Ball."

"Apparently," Remy says as he turns to me. "Can you do something to help them?"

I stare between Flint and Hudson, who is currently sniffing my hair and telling me how good I smell, and ask, "What exactly do you suggest I do? Keeping in mind that this mess was all your idea."

Remy blows out a long breath, then sinks down on the bench across from Hudson. "What was the number Bellamy gave you?"

Calder's amusement disappears as quickly as it came. "He said it needed to be at least a hundred thou."

"Per person?"

"Yeah."

Remy does a little shrug, as if to say, *The hits just keep on coming.* Then he sighs and asks Hudson, "So how much did you win?"

Hudson stops sniffing my hair long enough to reach under the table and pull out a sack of money, which he drops on the table next to Flint's

TRACY WOLFF                        557

head. It's filled with gold coins—so many that I'm a little dizzy—but Remy looks disappointed.

"If that's all, then we are fucked," he tells Hudson.

But Hudson just laughs—and then groans and holds his ribs. "It hurts," he wheezes to me.

"Oh, baby." I press a superlight kiss on his shoulder. "I'm so sorry. What can I do?"

"Don't let him make me laugh," he answers. Then bends down and pulls out another sack of money. And another. And another.

And another.

"Holy shit," Calder says, her eyes huge. "How many people did you fight?"

"All of them."

"All of them?" Remy asks. "Everyone in the arena?"

"Everyone in all the arenas," Hudson clarifies. "They just kept lining up, so I just kept knocking them back down. You told me we needed a lot."

"Yeah, I did. No wonder you're so fucking loopy." Remy shakes his head, then shoots me a grin. "I've been reserving judgment up until now, *cher*, but your mate's a stand-up guy."

Hudson is back to sniffing my hair, so I laugh and say, "Yeah. Yeah, he is."

"I do have one question, though," Remy adds.

"What's that?"

"If things go to shit in the next couple of hours, what the hell are we supposed to do with them?"

# 136



### Talk About a Giant Temper Tantrum

I don't have an answer for that question except to say, "Vampires heal fast."

"That fast?" Calder asks.

"I have no idea."

Remy stands up again. "Let's see if we can't get the dragon and Golden Gloves over here on their feet enough to head back to the blacksmith."

"Can you walk, baby?" I ask Hudson.

"For you?" He sighs. "Anything." And then nearly falls backward as he stands up.

I quickly reach an arm around his waist and let him lean against me. He pushes his face into my hair and sniffs. "I love the way you smell." Which, okay. He smells pretty good himself. But then he adds, "You taste better, though," and my cheeks heat.

I glance around to see if anyone heard him, but Calder is trying to coax a glass of water down Flint. "Come on, big guy. Drink up. I'll sing 'YMCA' with you if you can walk on your own."

Flint sits up like someone gave him an IV of coffee, then grins goofily at Calder. "Really?"

She rolls her eyes. "If I must..."

Flint staggers to his feet. "A deal's a deal. But you gotta do the arm movements, too." And then he starts belting out the first line of the iconic song.

"I've got the funds," Remy says as he starts hoisting the sacks of gold coins into his arms.

"How much time do we have?" I ask, glancing at Hudson again, who is still none too steady on his feet.

"Not a lot. Why?"

"I thought maybe we could catch up to you in a few." I try to sound casual, but even I know it fails—even before his eyes narrow.

TRACY WOLFF

"What's going on, Grace?" Remy asks suspiciously.

"I was hoping maybe I could…" I don't know why I'm so embarrassed to admit this out loud. It's a normal biological function.

"Maybe you could …?" Now he's beginning to look pissed.

"I thought I could give Hudson a few minutes to drink from me," I finally blurt out. "The blood will help him recover faster."

"Oh!" Remy goes from suspicious to amused in two seconds flat. "I've got to admit, *cher*, I didn't know you had it in you."

"Had what in me?" Now I'm a little insulted. Do I not seem like the kind of girl who would take care of her mate?

"It's okay," Hudson says, and though his words are still a little slurred, his eyes are sincere. "You don't need to do that."

"Yeah, but you're hurt—"

He wraps an arm around my neck and pulls me close. "Grace, there's no way I'm going to take blood from you in the middle of a bunch of criminals. Who knows what kind of lowlifes that will attract?" He kisses my nose—which would be weird except for the fact that I think he was aiming for my mouth. "Besides," he whispers kind of close to my ear, "once I get to bite you again, I don't think I'm going to want to stop anytime soon."

His words make me flush a little, but before I can respond with something a little bit sexy, Calder calls back to us that she's going to come do the "YMCA" dance on our asses if we don't shake a leg.

"We really don't have time anyway," Remy says and turns away to catch up with Flint and Calder.

Hudson smiles at me, then leans in for another kiss. This time he gets the bottom of my chin. "I'm going to take you up on that offer when we get out of here," he tells me groggily.

"*If* we get out of here," I answer grimly even as we catch up to the others and start making our way back to the blacksmith and his furnace.

It only takes us a few minutes to make it to the forge again, even though half the group is staggering. Partly because Flint's dragon metabolism is sobering him up in record time, and partly because when no one was watching, I let Hudson take a few pulls of blood from my wrist. I couldn't stand the idea of him suffering, even if he was starting to heal. He's certainly nowhere near 100 percent with such a small amount of blood, but I can already see his eyes and lips are clearing up and mending and he's walking

on his own power again.

As we near the blacksmith, Vander says, "I have the key." Then he checks us over, taking in that we look a little worse for wear since he saw us last, and pats the large pocket on his shirt. "I'll keep it safe until we *all* get out."

"I have a flower to give you that will simulate your death," I say, pointing to one of my flower tattoos. "Once they think you're dead, they'll remove your body from the prison and you will be free. We don't have enough flowers for everyone, though, so we need the key so we can exit in a different way."

"Give me one of the flowers now," the giant says.

I glance at Hudson, who just nods; then I think about how badly I need the flowers. After that, I reach toward my tattoo… And then nearly screech in surprise when one of the flowers floats off my palm like it was waiting for me to call for it.

The Crone assured me it would work no matter what. At the time, I wasn't sure why she was so insistent, but now I know what she meant. Or at least I hope I do. She was insisting that her flowers' magic would work here, even though nobody else's does.

I hope she's right.

"Right good job!" Hudson whispers to me, and I grin at him, because the British always makes me smile. And also because his eyes appear a bit clearer than they did, and that makes me happy.

"Give me that!" the giant growls and grabs at the flower, then tosses it into his mouth. It's so small, he can swallow it without chewing, and we all step way back in an effort to keep a twenty-foot giant from falling on us.

Except…nothing happens.

He doesn't fall over. He doesn't die. He doesn't even look sleepy, actually. Just pissed off. "You tricked me."

"We didn't!" I tell him. "The flowers are supposed to work."

"You're going to pay for this," Vander says. "Nobody lies to me."

"Don't threaten my mate," Hudson says coldly, and for the first time since the fight debacle, he sounds like the old Hudson. "We *didn't* lie to you. Maybe you're, I don't know, immune," he tells him.

"Why would I be immune?"

"I don't know. Maybe because you're twenty feet tall and a thousand

pounds and it's one little flower?" Hudson shoots back. "Or maybe giants don't respond to this. How are we supposed to know?"

At first, it looks like the giant might be thinking about it, but then he yells, "Lies!" and lifts his hand like he's going to hit me.

I quickly reach back into my tattoo and pull out a second flower. Maybe because Vander is so big, he requires more than one flower. I don't remember telling the Crone that the person we were trying to break out was a giant.

Which turns Hudson's eyes to blue fire. He starts to move in front of me, but Calder springs into action and gets there first. She lands right in front of me, then grabs one of the other flowers from my hand. "Want proof we didn't cheat you, old man?" She shoves the flower in her mouth and eats it.

"Calder!" Remy yells, rushing over to her. "What have you done?"

"What I always do," she says with a cocky grin. "I saved your ass...and looked damn fine doing it."

"Yes, but—"

He breaks off as her eyes close, and she pitches forward.

I grab on to her, swaying under her weight even as I refuse to let her hit the ground. Hudson starts to take her from me, but he's banged up so badly that he hisses through his teeth the second her weight lands against his injured side.

"Give her to me," Flint says. "I'll take her."

"You're drunk," Remy snarls.

"Not that drunk," Flint tells him. "Not anymore."

He picks her up and shifts her weight until she's lying over his right shoulder, imitating the fireman's carry she used on him earlier.

"Well, that was...unexpected." Hudson gives me a *what the fuck* look, but I just shrug.

"What do we do now?" I ask the group at large.

"Leave her here for the guards to find?" Vander suggests.

"She goes where we go," Remy tells us, his voice brooking no room for argument. "We're not leaving her."

"Of course we're not leaving her," I say.

Hudson nods, even as he shoots a warning look at Vander. "That's not even a question."

"You were going to leave me," Vander says, and I'm pretty sure he's pouting.

"You're twenty feet tall and went off half cocked," Hudson snaps. "You caused all of this, so stop your bitching."

Vander goes slack in shock, and I don't blame him. I'm pretty sure no one has ever talked to him like that in his life.

"We still need to figure out what to do," Flint says.

"I know what we need to do." Remy sighs.

"Which is?" I ask.

"Plan B." He turns to Flint. "And pass me a couple of those sacks of money. At this point, we're going to need every penny to pull this off."

"What about me?" Vander asks. "Should I come, too?"

Remy eyes him, then gestures to Hudson and says, "Maybe pass me all the sacks."

## 137

The River
Stick-It-to-Ya?



To my surprise, Remy takes us back toward the cellblocks.

I thought the goal was to get thrown over the fence out of the prison, so going backward doesn't make much sense to me. Then again, we have five people to get out and one flower to do it in, so I guess it's not exactly surprising that Plan B involves something totally different after all.

I can't help but be curious if my tattoo is part of this new plan, and I ask as much. "Are we going to try to use the tattoo?"

"Not yet, *cher*," Remy replies. "That one's an even bigger long shot. Besides, I still see myself leaving this shithole with a flower. If I leveled the prison with my magic, why didn't I just use that to leave?"

"But I don't understand," I start. "Who cares how you get out as long as you are free?"

Remy pauses long enough to hold my gaze while he says, "Because, like I said, I'm not screwing up my sure thing. I get out with a flower. So that's how I'm going to get out. And you don't give me a flower unless you're freed, so there is obviously another way to get you out."

He doesn't wait for me to respond to that. Just turns and starts heading down the road, his long strides eating up the distance between us.

Fine. I can sort of understand why he doesn't want to risk his chance at getting out. If I were born here, maybe I'd feel the same.

I sure wish his Plan B didn't involve going into the scariest, sketchiest area of the Pit yet. A quick glance at Hudson tells me he's thinking the same thing—at least if the way his gaze is constantly scanning the alley is any indication. Not to mention how he's studiously avoiding meeting my eyes, like he doesn't want me to see how concerned he is.

"We're almost there," Remy tosses over his shoulder, and I hope he knows what he's talking about because I can't see anything. Most of the shops in the

c o v e t

Pit have started to close up, as time is running out for prisoners, many of them already heading back to their cells early—probably not to risk accidentally being late and getting a month in the Chamber. If we weren't hell-bent on our plan to escape, I know I'd be doing the same.

As the streetlights don't seem to run this far south, I'm trying not to totally freak out. I comfort myself with the reminder that Hudson and Flint can see, but considering neither of them is in tip-top shape, I'm really hoping that Remy knows what he's doing.

We finally make it to the end of the alley, and Remy punches the buttons on a control pad—the only lighted thing in this whole place. Which seems weird in and of itself, considering we're standing in front of a brick wall. No doors, no windows, nothing but this bizarre-ass intercom hanging out in the middle of it all.

"State your name and business," comes through the speaker loud and clear.

"You know who it is, and unless your network has broken down, I'm pretty sure you know why we're here."

There's a laugh at the other end. "Do you have enough?"

"You mean you haven't heard about our recent windfall?" There's definite mockery in his tone, but the guard—or whoever it is—on the other end of the exchange just snickers.

Which reminds me again of how different Remy is treated here. I've seen enough in the six days we've been in this prison to know that anyone else would be missing a throat—or at least a limb—for mocking one of the windigos that way. But Remy simply gets a laugh. It's strange to realize that they really do love him in their own way.

"He's busy right now," the guard tells him. "Come back later."

"I've got four hours left, and he knows it. There is no *later*. Just now. So open the door and let me see Charon."

Charon? I glance at Hudson to see what he thinks of the name, and in the dim light, he looks as puzzled as I feel.

"Like the River Styx Charon?" I ask. I mean, normally Greek mythology would be a huge stretch of the imagination, but I am currently standing in an alley with a vampire, a dragon, a warlock, a giant, and a manticore. Reality as I knew it fled the building a long time ago.

"Hell no," Remy answers with a laugh. "He gave himself that name, which basically tells you everything you need to know about him."

Right. If you're going to make up a name for yourself, shouldn't it be something a little less grim than Hades's ferryman?

For several interminable seconds, nothing happens. No response, no crackling of the intercom, nothing. And then, when I'm least expecting it, a massive rumbling sound fills the air.

"What is that?" I ask, instinctively tucking myself a little closer to Hudson. He grins at me like I just gave him the best Christmas present on the planet and wraps an arm around my shoulders—the one that isn't still lugging several sacks of money.

"It's okay," he tells me as he nods straight ahead. "Look."

I follow his gaze and watch in shock as the brick wall in front of us splits in half to reveal a long, well-lit corridor patrolled by three very large windigos.

Remy moves forward to speak to the guards, the bags of money clutched in his hands. Behind me, the blacksmith rumbles almost as loudly as the cogs moving the wall, and honestly, I don't blame him. I've been here six days, and I want nothing to do with those windigos. He's been here a thousand years.

"It's okay," Flint reassures him…and the rest of us. "Remy's got this."

"He does," Hudson agrees, and as the bags of money change hands, I can feel him relax against me.

He even goes so far as to glance over at me—and my uncovered arm. "I like what you did to the jumpsuit," he teases.

Normally I'd pay him back with a soft elbow to the ribs, but he's so banged up that I'm afraid to do anything but roll my eyes at him.

His grin softens, and he leans down and softly whispers in my ear, "I like the new ink even more."

A shiver works its way down my spine courtesy of the whisper and the words. "Oh yeah?"

"Yeah." His mouth is even closer to my ear this time, his lips brushing against the sensitive skin of my lobe while his warm breath lights up every single nerve ending I've got. "It's really sexy."

"You're really sexy," I tell him, the words slipping out before I even know I'm going to say them.

But I don't regret them, not when his poor, abused face lights up like the Fourth of July.

He slides his arm down around my waist, then moves behind me so that he's holding my back flush against his front. He feels good, so good. Warm and

safe and definitely sexy. Even before his laugh tickles my ear and he murmurs, "You didn't happen to get any other tattoos I should know about, did you?"

"Other tattoos?" I twist around enough to see the wicked glint in the swollen eyes that are already beginning to heal. "Such as?"

"I don't know. A flower on your hip, maybe?" His hands skim the body part in question, and heat flares along my skin.

"A pair of wings on your shoulders?" He moves his hands up and rubs muscles I didn't even know were sore. I melt against him in response.

"A heart with my name on it on your ass?" There's a hint of humor in his voice as he moves his hand down my back to—

"If you slap my ass," I warn, "I'm going to make you suffer."

He laughs, then holds his hurt ribs with a groan. "It might be worth it. Especially since you didn't deny having the heart."

"Why should I deny it? Where else would an ass like you belong?"

Hudson chuckles, but Flint groans. "Jesus. Could you two just do it and get it over with already? Some of us are sick of suffering through your sexual frustration."

"That's not frustration, dragon," Hudson growls, but there's no heat behind the words. "It's foreplay. Do I need to give Luca a little direction in that area?"

"Luca's doing just fine in that department," Flint tells him. "But thanks for the offer."

Hudson starts to say something else, but Remy beckons us forward into the corridor before he can bust Flint's balls any more. "We've been granted an audience."

"By Charon?" Vander asks. He sounds astonished.

"By Charon," Remy confirms.

"I hope you've got an escape route."

Remy's smile is grim. "This *is* my escape route."

"Yeah." Vander sighs. "That's what I was afraid you were going to say."

138

Déjà Doo



igos to lead us down the hallway, but they just let Remy
t the run of the place or something. Then again, maybe

e walk down a really, really, really long corridor until we
d double doors. At first, I think they're simply painted that
holds one open for the rest of us, I realize it's not paint. It's
is really, really gross.

's got the money to do that? And who chooses to spend their
d-gold doors inside a prison instead of helping someone with it?
worse when we walk in the door. The room itself is royal purple
, loaded with plush furniture, the most expensive electronics, all the
and whistles anyone could possibly imagine.

But the pièce de résistance, in the center of the room, is a solid-gold
throne covered in purple pillows. And sitting on that throne is a kid, no
more than ten or eleven.

He's decked out in a fancy suit, with rings on every finger and a big, fat
Rolex on his wrist. I've never seen anything like it. Part of me thinks he must
be a prisoner like the rest of us, a young kid stuck in this hellhole through
no fault of his own.

But nothing here speaks of him being a prisoner, not even the two giants
on either side of him who I'm pretty sure are his guards. Still, he's a kid, and
I have to ask.

"Is he okay?"

"Am I okay?" he repeats in what might be the snottiest prepubescent
voice I've ever heard.

"Meet Charon," Remy says, his tone as ironic as I've ever heard it. "When
people are finally granted their freedom from the Aethereum, Charon is the

c o v e t

one who carries them across."

"So he works for the prison?" Flint asks, and I can't
that or if he's just trying to piss this kid off. If it's the latte

"Excuse you, dragon. I *own* this prison, and no one c
without my say-so. And they definitely, definitely don't le
Them. Go."

"Which you don't," Hudson says, and I'll hand it to him.
on the bored-prince voice that used to get so far under my sk
head-to-head with this guy for who's the biggest douche.

"Why should I?" Charon counters.

"Because it's supposed to be the whole point of the prison?"
"Complete your punishment, atone for what you've done, and be se

"Yes, but who can actually tell when someone has been adeq
punished? Been truly repentant?" Charon says with a shitty little
that looks particularly awful coming from a ten-year-old. "One can't b
careful."

"Especially if *one* wants to rule his own kingdom," Hudson commen
"Rules are so boring and unnecessary."

Charon's eyes narrow, as if trying to figure out if he's being made fun of
or if he's found a kindred spirit. "Who are you again?" he finally asks.

"This is Hudson Vega, my liege," Remy says with a false obsequiousness
that practically screams that we're not in Kansas anymore.

Charon chooses to ignore the impertinence and instead focuses on
my mate. "Ah yes, the vampire prince back from the dead. Welcome to my
humble abode."

Hudson glances around, and I'm pretty sure he's thinking the same thing
I am. That there's nothing humble—or tasteful—about this place.

Charon pauses the conversation, waiting for him to answer, but Hudson
isn't giving him the satisfaction. After more than a minute of awkward silence
has passed with the prison owner getting angrier and angrier, Remy asks,
"Can we talk about the price now, *Charles*?"

"Charon!" he rebukes. "How many times do I have to tell you? My name
is *Charon*!" The only way he could sound more obnoxious is if he threw
himself on the floor and had a full-on tantrum.

"Excuse me. *Charon*, can we please talk about the price now?"

"We could," he says with a gleeful yawn. "But you don't have enough."

TRACY WOLFF

"Bellamy set the price today at one hundred thousand per person. We have enough." He gestures to the bags full of gold coins that Hudson is carrying.

"That *was* the price. The new price is much higher." Charon gives him an *oops* look.

"Since when?" Remy presses. "It was the price an hour ago."

Charon shrugs. "A lot can happen in an hour."

"Such as?"

"An additional wire transfer from the vampire king, assuring that his son remains in prison, for one." Charon flicks a speck of imaginary dust off his shoulder. "He already paid a king's ransom to get him here. But today's payment… Let's just say it's enough to keep him housed for at least a hundred years—or three."

He glances at Vander for the first time. "And can you imagine what would happen if we lost his favorite blacksmith? And our little gargoyle queen?" He mock shudders. "There wouldn't be enough people for him to kill in the world if you slipped through his fingers."

"You're really that afraid of him?" Remy asks.

"I'm afraid of no one!" comes the immediate response. "I am an addonexus, and we fear no one!"

"An addonexus?" I whisper to Hudson, who mutters back under his breath, "An immortal tween with a god complex." Sure. That explains it all. Is it really too much to ask that someone might want to share with me if this child is capable of smiting us all with a sneeze?

"Then what are we bickering about? We all know you love money. We have a lot of money." Remy motions to Hudson, who dumps one of the sacks on the ground. Thousands of coins pour out. "Let's make a deal."

Charon's eyes light up with greed, and for a second, I think it's going to work. But then the kid tears his eyes away from the money and shrugs. "It would cause a mutiny. My men have been complaining for the last hour that the young vampire prince fleeced them."

"Every fight I was in tonight was a fair one," Hudson tells him coldly.

"I guess there's only one way to find out for sure, isn't there?" His smile is evil. "I think it's only right that you give my men a chance to win back what you took from them. Double or nothing. If you can beat Mazur and Ephes, you walk away with double the money—enough to buy your freedom."

"And if I don't?" Hudson raises a brow.

"I get you and the money, obviously."

"Obviously," is Hudson's snide response. "I'm o—"

"That's a sucker bet, and you know it." I jump in before Hudson can do something ridiculous—like actually agree to this plan. The guy can barely stand as it is, and he thinks he's going to fight two giants? There's no way. "Look at him. You could never call it a fair fight."

Charon sighs. "Of course it's the gargoyle causing trouble. You've always been such troublesome creatures."

"I wouldn't say sticking up for someone is troublesome," I tell him.

"Yes, well, everyone is entitled to their opinion, I suppose." He focuses his cold gray eyes back on Hudson. "Do we have a deal?"

Hudson starts to agree, but I talk over him again. The vampire has absolutely no sense of self-preservation. "You do not have a deal."

"Keep it up and you're going in the dungeon!" he snaps.

"Wouldn't be the first time," I snap back.

"That's it! You want the fight to be more fair? Fine, you can fight with him."

"What?" Hudson roars. "No!"

"You just lost your chance to vote," Charon sneers. "You want your freedom? You two can fight my giants for it. If you don't, you can feel free to leave the money and head back to your cells right now. But this discussion is over."

He starts to stand, but Remy holds up a hand to stop him. "Give us a second, please."

Remy pulls us aside, and Hudson and I both round on him, fire in our eyes. "No way is she going in an arena with Frick and Frack," Hudson snarls at him.

"Yeah, well, neither are you," I snarl back. "They'll kill you in two minutes flat."

"Thanks for the faith, mate."

I roll my eyes. "I'm sorry, but have you seen yourself since you got your everything bashed in?"

"It's the only way," Remy tells us. "We won't get another chance like this one again. He'll make sure of it."

"I've got this," Hudson tells him...and me. "The day two giants can take me out is the day I let them remove my fangs."

"This is a bad idea," I tell them.

"A very bad idea," Flint chimes in for the first time.

"Yeah, well, at this point, there's no good ideas, so..." Remy moves back to Charon. "Give me your word, and we'll agree on this."

To which Charon replies, "My bond is my word."

The two of them shake, and I blow out a long breath as I close my eyes. I just need a minute to regroup, to try to get my head together, and then Hudson and I can figure out what to do.

Except now I can hear people yelling and shouting, can smell meat roasting and popcorn popping.

And then someone yanks on the back of my prison uniform. When I open my eyes, I'm dropping down, down, down into the center of a giant arena.

# 139



## There's Never a
## Slingshot Around
## When You Need It

I've never wanted to be able to shift into a gargoyle so much in my entire life. Not only because of all the cool things I could do right now to help get me out of this mess, but because wings are pretty much a necessity at this exact moment in time...considering I'm about to break every bone in my freaking body.

Every. Single. Bone.

And there is absolutely nothing I can do about it—except close my eyes and wait to die.

I remember reading once that it's not the fall that kills you; it's the bounce. If your parachute ever fails and you end up slamming into the ground, you're supposed to try to dig in. You'll break everything, but if you don't bounce, you just might live.

I can't believe I'm going to die by bounce—at the hands of a snotty immortal ten-year-old, no less. Not quite the way I'd hoped to end this little seven-day soiree to prison, but it is what it is.

I start to close my eyes and pray that it's fast...

Except Hudson fades over faster than he's ever faded and, before I'm about to hit the ground, he's there to catch me.

"Parachutes are overrated," he says with a cocky grin. But the words are a little slurred, and he's shaking as he sets me on the ground.

The fade took a lot out of him, but he's rallying fast.

"I think you tore your spleen on that Superman move." I slide an arm around his waist to help support his body weight while he catches his breath. I know I should say thank you, but I'm too busy trembling with fear that he might have wasted too much energy catching me.

"Spleens are overrated, too." He winks at me.

"What are we going to do now?" I ask.

T R A C Y   W O L F F

But before he can answer, the two giants—Mazur and Ephes—vault over the fence. When they hit the ground, the whole arena shakes.

And I...I kind of wish Hudson had let me fall. It would have been a painful death, but at least it would have been a quick one. At this point, I think that's all either of us can hope for. Because this? This is going to be bad.

"Should we go for the quick death or the slow, agonizing one?" I ask Hudson, and it's clear by his we-got-this-grin that he thinks I was kidding. I was not.

"We need to tire them out," he says, and okay, that could be a plan. If Hudson hadn't just beat the entire prison population and I weren't a short human.

I glance around the arena, looking for somewhere to hide until we can figure out a better plan, and realize that there is no such place. Everything is wide open.

I also realize that we're not in a real arena—yes, there are spectators watching the show from bleachers roped off on either side of the room, popcorn and beer at the ready, but that's where the resemblance ends. This room is pure ballroom—from the ornate drapes to the baroque carpet to the fancy white chandeliers tied back to keep the center of the room clear for the giant fights.

I don't understand what's happening—how did these people know to be here? How did Charon know to have this ballroom set up for a fight he had no idea was even going to happen?

Unless he did?

Maybe he knew this was going to happen all along. But if he did, how?

Before I can work out the answer to that question, Charon's voice booms overhead, welcoming the audience to today's installment of the Colossus Clash.

The giants stand in the middle of the room, flexing for the crowd and waving their arms around as Charon reads off their stats. Apparently, Mazur is twenty-two feet tall and a little over a thousand pounds while Ephes is twenty feet tall and a trim seven hundred and fifty pounds.

"It's like we're at a boxing match," Hudson says to me out of the corner of his mouth.

"This isn't a boxing match," I shoot back as the truth finally dawns on me. "This is the Colosseum, and we're the gladiators being fed to the lions."

"No way this is a one-shot thing," he grits out, and I can see a kernel of rage burning deep in his eyes.

It's a perfect match for the fury kindling inside me as I realize this is all just a racket. That no one actually goes free. All those people Remy thought atoned and bought their freedom really ended up here, in the arena. The newest victims of the Colossus Clash.

"This is bullshit," Hudson growls as the truth occurs to him, too. That everything the prisoners have been promised, everything they torture themselves to obtain, is just another lie so that Charon can get richer.

The bastard.

I want to think about this more, to figure out how abuse of power of this magnitude manages to go on right under the noses of the entire paranormal community. But that's not going to happen right now. Not when the crowd has grown tired of the parading giants and is obviously ready for some action— action that involves Hudson and me being torn limb from limb, most likely.

"You ready?" Hudson asks.

I shoot him an *are you kidding* look. "Not even close."

"Yeah, me neither." And then he looks me straight in the eye, and his poor, lopsided grin has gotten even worse as the swelling has set in. "Let's do it anyway."

"You act like it's a choice," I tell him as Charon goes through a quick list of match rules—all of which seem to favor the giants. Big surprise.

I'm leaning forward a little, weight balanced on my toes as I get ready to run.

"Deciding on a vacation house in Tahiti or Bora Bora is a choice," he tells me. "This—"

"Is what we have to get through to be able to make that choice," I finish for him.

"Okay, then," he answers with a laugh. "You take Tahiti"—he nods toward Ephes—"and I'll take Bora Bora." Another nod, this time toward Mazur. "Sound good?"

"No," I tell him.

But when the whistle blows, I do the only thing I can do. I take off running and send a prayer out to the universe that Tahiti doesn't catch me.

# 140

## The Bigger They Are,
## the Harder I Bawl



W ho knew? The universe is a fickle, fickle bitch.

Or she just flat-out hates me, which I'm beginning to think is a more reasonable explanation for this current nightmare.

I dart toward Ephes, like Hudson and I decided, and it only takes about three seconds for me to figure out that his reach is longer than I thought. Of course, by the time I realize that, I'm airborne, soaring across the ballroom and crashing against the side wall, shoulder first.

Pain radiates through me, but I stumble to my feet—just in time to watch Hudson go flying in the other direction. But he does a flip in midair and lands in a crouch, his gaze immediately sizing up the giant's location as well as mine.

I tear my gaze away from Hudson as Ephes bears down on me again, murder in his mismatched eyes. I stay where I am, though not by choice. I'm frozen. Fear is a living, breathing thing inside me, and that bitch has taken control of my legs.

Ephes is completely focused on me, and he reaches back with a giant fist—and swings like a batter in a cage and I'm the poor ball.

Out of nowhere, Hudson grabs me, and we fade halfway across the ballroom—and Ephes turns on a dime to watch us. Damn it.

"Why'd you do that?" I demand. Hudson's brilliant blue eyes are dim, but he's still on his feet. "You can't keep wasting your energy like that!"

But he's already gone before I finish my sentence, running as fast as he can toward Ephes. Just as Ephes swings an arm toward Hudson, he fades left, then left again, then left one more time—until the giant is spinning in a circle. It was a good plan, and it would have worked if Mazur didn't take advantage of Hudson's distraction and aim a well-placed kick in Hudson's side.

Hudson goes flying through the arena, and I let out an ear-piercing scream as his body crashes into the wall, then falls to the ground like a rag

doll. The crowd goes wild.

Ephes must have heard my scream, though, because he turns toward me and takes off running again. I have a brief thought of, *What if I run toward him…*

Either he'll catch me and this nightmare will be over, or, if I'm lucky, he'll have too much momentum to turn quickly and I'll make it to the other side of the arena before he can catch me. It's a good plan…if I didn't have the shortest fucking legs in existence.

I'm running full-out, and Ephes just slows down and watches me race by. He *watches* me—then swings a huge hand down to scoop me up.

But before he can close his fist around my shoulders, Hudson fades out of nowhere and grabs me, and then we're halfway across the arena again. But this time, Hudson leans forward and presses his hands into his knees, dragging huge gulps of air into his lungs.

"Nice—*breath, breath*—try." He squeezes my hand. "Just—*breath, breath*—run closer—*breath, breath*—to his legs."

My eyes widen. Is he kidding right now? I could have run close enough to trim his toenails, and I didn't have a shot in hell. But I don't have time to explain the physics of my short, human legs to him because both giants are heading right for us again—and so Hudson takes off to draw them away from me.

What if I run close to the wall? Surely I might at least be fast enough to roll out of the way then, with less space for a giant to maneuver. It's a plan, so I take off for the nearest wall. Ephes is all about my wall idea, too, if the speed with which he chases after me is any indication.

My heart is pounding in my chest as I run as fast as I can. I see his hand start to swing toward me and at the last minute, I roll out of the way. And he misses. But there's no point in celebrating because I have neglected to consider a very important detail. He has *two* hands.

He grabs me around the waist with his other hand and shakes me until my brain feels like it's rattled loose inside my skull. Then he spikes me at the ground like I'm a football and he got the game-winning touchdown.

It hurts. A lot. Then again, everything in my body hurts at this point. Even before he lifts his colossal foot and starts to stomp down on me.

I manage to roll away from him before he can grind me into dust, but it's a close call. And it's only getting closer as he stomps another foot down,

TRACY WOLFF

this one barely grazing my hair. I roll one more time, but I have to admit, my rolling days are limited. I'm sucking wind right now, and I might just throw up if I roll one more time.

I look up as Ephes's disgusting foot is about to slam down on me—and this time there's nothing I can do. I close my eyes and curl my body into itself, but then I feel myself being lifted on a breeze, cradled against Hudson's hard chest, as once again he fades me out of danger.

Before my feet are even fully on the ground, he's fading away again, drawing the giants to the center of the arena. I can't understand why he wouldn't draw them all the way to the other end of the arena where he'd have more room to fade away again, when I realize something very bad. He faded to the middle of the arena because that was as far as he *could* fade.

I only have about a second to process that information before Mazur slams a fist into Hudson's stomach—and sends him flying. He skids across the floor face-first, and the fact that he didn't fade to get out of the situation tells me everything I need to know about how drained he is.

And how fucked we are.

I'm so busy trying to will Hudson to get up, I don't even realize Ephes is only twenty feet from me until it's almost too late. I take off running, but he easily backhands me a hundred feet through the air, and I hit the ground. Hard. I can't even pretend to have the energy to pick myself back up.

As if in a fog, I realize I've landed only about ten feet from where Hudson is sprawled on the ground, facedown. The ground is shaking as one of the giants races toward him, and I force myself to roll to my knees. I don't know what I plan to do—*drag Hudson out of the way* is at the top of my thoughts— but I can't do it. I don't have the energy to get to my feet, and I instead watch in horror as Mazur aims a foot for Hudson's broken body.

I scream as loud as I can, which admittedly isn't very loud given I can barely pull air into my lungs without passing out from pain. But before Mazur's kick lands, Hudson rolls to his feet at the last minute. Then he jumps twenty feet in the air and hits Mazur right in the nose.

Mazur roars his displeasure as blood squirts everywhere. But instead of grabbing his nose, he snatches Hudson right out of thin air and sends him spinning across the ballroom. Again. Hudson crashes headfirst into a pile of cheering, stomping crowd members, who roll his limp body right back down onto the ballroom floor.

I struggle to get to my feet. I can't just let him lay there and get trampled, but Ephes has me in his sights. I race (if someone's definition of "race" is running in quicksand) in the other direction, trying to flee from him and run straight into the still-bleeding, still-furious Mazur. He snatches me up by the hair, and it's my turn to go spinning across the ballroom.

I don't stop until I hit the wall.

Hudson, who, in the meantime, has managed to get to his feet, fades over to me and tries to help me up. But my head is throbbing, my ears are ringing, and I'm seeing three of him instead of one. Plus, I'm pretty sure Hudson isn't the only one with a broken rib anymore. My side burns like hell every time I try to take a breath.

And that's before Ephes pulls back his foot and punts us both across the ballroom, straight at Mazur.

Mazur lets loose a shout and jumps into the air, stretching himself out in the most bizarre imitation of a pro-wrestling move I've ever seen in my life. Especially when he starts to belly flop down right on top of us.

I freeze, screaming, but Hudson wraps his arms around us and rolls us away. Then, with what has to be the last of his strength, he fades us as far away from the giants as he can.

Unfortunately, it's not far enough.

If he'd faded only himself, he would have made it. But with the extra weight of me, I realize, with cold precision, that *neither* of us is going to make it.

Ephes laughs and picks Hudson up by one foot. He twirls around, holding Hudson straight out from his body like a dirty sock as he builds up speed and momentum.

When he finally lets him go, Hudson soars shoulder first into the wall at the bottom of the bleachers.

And just like that, I'm done. I'm just…done.

Not that it matters. I wouldn't be able to do anything to stop this even if I wasn't.

I'm *useless* without my powers. Absolutely useless. I can't fly. I can't fight. I can't do anything but get hurt over and over again. Or, worse, get Hudson hurt, since he's so hell-bent on trying to save me.

If he keeps this up, he's going to end up dead, too, and it's going to be my fault. He's already so broken and battered. There's no way he can fight

TRACY WOLFF

these giants off if he also has to worry about me. No way he can find a way to defeat them if he's too busy running cleanup on the poor, pathetic human.

Across the ballroom, Hudson rolls over with a groan. The spectators are on their feet now, yelling and jeering. They're throwing popcorn and cups down onto the ballroom floor as I struggle to my feet, and I get hit in the back with a full can of beer.

It douses me, but worse, it makes the floor so slippery that I end up on my ass again—just as Mazur turns to bear down on me.

"Get up!" Hudson yells from across the ballroom as he, too, tries to struggle to his feet. "Grace, get up!"

When he doesn't see me climbing to my feet, he fades to me, but it takes so much out of him that he ends up on his knees by my head. I brace myself, expecting Mazur and Ephes to finish us off while they have the chance—or at least to finish *me* off, because I need Hudson to move away from me. I need him to live. But they pause for a second in the middle of the ballroom and show off for the crowd, waving their arms and getting everyone even more excited.

And maybe I should be insulted, since the giants obviously don't think we're any threat or they wouldn't be showing off like that. But realistically, I'm grateful for the reprieve. I may not be afraid of death after everything that's happened these last six months, but I'm not exactly looking forward to it, either.

"We need to move, Grace." Hudson's voice is low and urgent in my ear.

But I shake my head. "You go."

"I will. We just need to get you up."

"No," I whisper.

"What do you mean, no?" He sounds totally confused.

"I can't do this," I tell him. "There's no way I can beat them, and I'm causing you more trouble than I'm worth. Leave me."

"Leave you?" Now he sounds totally insulted. And utterly pissed.

I sigh, tears trembling behind my lashes. "I'm tired, Hudson, and I hurt so much. Besides, the only chance we've got—the only chance any of us has got—is for you to make it out of this and finally stop Cyrus. You're not going to do that if you're trying to take care of me. I don't have my gargoyle. I'm just a weak human, and I'm going to get you killed. So yeah, leave me. Get the key, free the beast, and end Cyrus once and for all. I know you can do it.

c o v e t

You just need to let me go."

Already, the room is spinning so badly that I'm half afraid I'm going to throw up. I drop my head down onto Hudson's knee and wait for him to kiss me, to tell me that he loves me, to say goodbye.

Finally, I see why Jaxon was always trying to protect me. He must have been petrified every day of all the different ways I could easily die. All this time, I just wanted him to treat me as an equal—never once considering that I *wasn't* his equal. Nor am I Hudson's. What a horrible universal joke that these two amazing, powerful boys both ended up mated to *me*.

I thought with my gargoyle, I was a badass. I never once considered that that's *all* that made me a badass worthy of Jaxon…or Hudson. Beautiful, amazing, selfless Hudson. He would lay down his life to save mine without a moment's hesitation. It's time that I do the same for him. So with the last of my strength, I look into his beautiful blue eyes and whisper, "Save yourself."

Tears are nearly clogging my vision entirely, so much so that I can't see his expression, but I know this is going to be hard for him. He loves me so much; I can see that now. But I know he also loves Jaxon, and without freeing the blacksmith and then the beast, without the Crown, Jaxon's soul will be lost forever. Our friends will be facing Cyrus powerless. Hudson loves me, and I know he will save the people I love *for* me. I just want to feel his lips brush against my hair one more time. Hear him say he loves me one more time…

I close my eyes and wait.

Instead, he jerks away and lets my head bounce against the cold hardwood floor. And then his voice is *full* of British as he yells at me, "Have you lost your bloody fucking mind?"

## 141

### Not-So-Amazing Grace



**W**ell, that's not how I expected this to go. I thought, maybe, I'd get an *I love you*, a kiss goodbye, an *I'll miss you*. Not an, "Are you fucking kidding me right now, Grace? Are you *fucking* kidding me?"

Behind us, the giants are strutting their stuff, loud music sweeping through the ballroom as they do a little previctory victory dance.

Which only makes Hudson yell louder as he continues. "I've been with you when we were frozen in stone. When you lost your mate. When you had to win a Ludares championship on your own and when you survived my arsehole father's fucking eternal bite. And this?"

He sweeps an arm around the ballroom before squatting down next to me again. "This is what you want to let take you down? Two giants barely smart enough not to drool on themselves and a sociopathic ten-year-old with a God complex?"

Well, when he puts it like that…

I sigh. When he puts it like that, it still doesn't matter. "I'm tired, Hudson." I sigh again. "I'm tired and I'm going to end up getting you killed," I tell him, lifting a trembling hand to his cheek. "I couldn't live with myself if something happened to you."

"Jesus, how the fuck hard did you hit your head anyway?" he growls, and through all our bickering, all our fights, I've never seen him look so mad. Or so disappointed. "Where's the girl who never gives an inch? The girl who always digs in when things get bad? The girl who always argues with me?"

"I don't always—"

"That's shite and you know it." He narrows his eyes at me. "From the day we met, you have done nothing but fight with me. Over everything from *The Empire Strikes Back* being the best movie ever made to whiny existential authors to whether or not I'm allowed to tell you I love you. Hell, we once

c o v e t

had a fight *over the color black*."

"It's not the same—" I start, but he cuts me off.

"You're damn right it's not. You can fucking lecture me on a toothpaste cap—and how not screwing it back on wastes thirty percent of the tube—and somehow turn that into a *dissertation* on personal space. But this, this comes along and you're like, 'Sorry, I'm out'?"

"Toothpaste doesn't matter," I tell him. "It can't kill you."

"Maybe not, but the Unkillable Beast sure as hell could. Where's the girl who faced him down and tamed him in the end? Who took on Jaxon Vega when the entire world was scared of him?" His voice goes soft. "Who gave me the courage to fight my own nightmares and win—even when the threat that she might die saving me was very, very real?"

"That Grace is gone," I say. "The only Grace here now is a weak human—and I'm going to fucking get you killed!"

He studies me for several long seconds, those blue eyes of his memorizing every inch of my face. And then he leans back and snarls, "Get your arse up."

"Excuse me?" I have to strain to hear him over the loud music and the celebratory stomping of the giants, but he's never talked to me like that, no matter how heated our fights got.

He raises his voice. "You heard me. You will get up right this minute and use that big, beautiful brain of yours to find a way for us to *win*. Do you hear me? I cannot fight two giants *and* take care of you—just because you've decided to have a goddamn pity party today."

I wince, but he doesn't understand. I reach for his hand, my eyes pleading with him. "You can take both of them if you don't have to worry about me."

He stares at me incredulously. "You think I'm worried about two fucking giants? I couldn't give two shites about them. Once you get your shite together, we'll go out there and kick both their arses. Of that I have no doubt."

His voice breaks. "But what happens to me if you give up, Grace? What happens to me if I lose the mate I've waited almost two hundred years to find? You think you can't make it if you lose me? What the fuck do you think happens to *me* if I lose *you*?"

Everything inside me goes still at the agony in his voice. "Hudson—"

"Don't you *Hudson* me, Grace. I've had to share you from the very first day you came into my life. And I have done it. I have shared you with Jaxon and I have shared you with the whole fucking world that needs you. And I

TRACY WOLFF      583

have never complained because I know who you are. I know what your heart looks like. I know the baggage you come with, and I am okay with all of it.

"But I am not okay with you just checking yourself out, with you walking away and leaving me here alone because you're tired. Because you're scared. Because you don't want to hurt anymore.

"That's not how this works. That's not how the world works, and that's definitely not how you and I work. I have waited every miserable day of my whole miserable fucking life for you, and you are not giving up now."

He drags a shaky breath into his lungs, but it doesn't lessen the fury burning in his eyes. "Now, you listen to me, Grace Foster. I am in love with *you*. Not a human. Not a gargoyle. *You*. I am in love with the girl who has a heart bigger than the entire world and the fucking gumption to demand it *kneel* at her feet if it harms someone she loves."

His voice catches at the end, and I reach up to wipe the tears flowing unchecked down my face so I can look into his blue eyes again—and I am devastated by what I see. I did this to him. I broke this beautiful boy's heart, not by not loving him back as I always feared—but by not loving myself as much as he does.

But he dashes a quick hand across his face, wipes the wetness aside as though his pain is unimportant. He's in my face now, and I have never seen such rage and such love on one face at the same time in my entire life. "But I can't do this alone. I need you more than you will *ever* need me. And I swear to God, if you give up on yourself when you refused to ever give up on me…I will follow you to the afterlife and drag your stone ass back one painful mile at a time. So stop whatever this bullshit is you've got going on right now and. Get. The. Fuck. Up."

# 142



<div align="right">

## A Little Fight
## Left in Me

</div>

Hudson's words reverberate through me as I lay on the ground looking up at him, trying to decide what to do.

At one point, he asked if I'd lost my mind, and though he was harsh—and more than a little rude—there's a part of me that can't help wondering if he was right.

If maybe I am being a coward.

If maybe I am making a mistake.

He's definitely wrong on one thing—I'm not afraid of the giants or of Charon. I'm not afraid of dying at their hands, and I'm not afraid of any other creature this whole ridiculous paranormal world can throw at me. After all, you can only die once (unless you're Hudson) and how it happens doesn't really matter.

So no. I'm not afraid of dying. But I am terrified of living...with or without Hudson.

I'm terrified of being mated to Hudson. Of really, truly being mated to a man who thinks of me as an equal in every way and who is willing to take me exactly as I am. But I'm just as terrified of living without him.

Nobody in my whole life has ever been willing to take me as I am. As I *really* am.

My parents spent their lives hiding from what I am.

Heather spent years trying to make me more extroverted, more bold, more like her.

Jaxon wanted me to be the girl he could keep on a shelf and protect.

Even Macy, in her own helpful way, wants me to be the Grace she used to know, the cousin she made up in her head, instead of the Grace I've become.

Only Hudson takes me as I am.

Only Hudson knows every single thing about me—the good and the

bad—and wants me anyway.

Only Hudson doesn't expect me to be anybody but who I am.

Only Hudson thinks that Grace—the real Grace—is more than good enough.

Is it any wonder that I'm terrified of him?

How could I not be? It nearly destroyed me when Cole broke my mating bond with Jaxon—and that was only a manufactured bond. What's going to happen to me if my bond with Hudson breaks? What's going to happen to me if I lose him?

I don't think I'll survive. And if I do...will I be like Falia, a shell of my former self, dying a little more each day but without the ending that comes with death?

I can't do that. I won't do that.

But what's the alternative? I wonder as I take Hudson's hand. Giving up without even trying? Letting him go instead of fighting for the life that we could have together? Depriving us both of the happiness we could find, just because I'm too scared of what might go wrong?

That's so much worse.

Hudson has been to hell and back. He's lived with two parents who used him as a pawn, who isolated him and hurt him and only wanted him when they could use him as a weapon—against each other and the rest of the world. He lost his brother, and then, when he thought he would get him back, he ended up losing him again. He literally died so that Jaxon could live.

And still he's willing to try. Still he's standing right here in front of me, loving me despite everything he's been through and everything I've put him through.

He doesn't expect more from me than I can give.

He doesn't even expect me to fight these giants as well as he can.

He just wants me to be in it, with him.

He just wants me to believe in myself—and believe in us—as much as he does, no matter what the future holds.

And damn it, he's right.

I run my thumb over Hudson's promise ring—over my ring—as the truth sweeps through me. I've had a metric shit ton thrown at me since getting to Katmere, and I've made it through every single thing with the help of the people who care about me. I've done whatever I had to do to survive without

586          c o v e t

also losing myself, and there is no way I am going to quit now just because having someone who sees me—really sees me—scared the hell out of me for a little while.

Those two giants don't scare me and neither does Hudson. He's one hell of a guy, and he deserves a girl as strong as he is. I guess it's time I prove I'm that girl.

"You forgot your ex-girlfriend's human-sacrifice plot," I tell him as I finally pull myself to my feet.

He looks baffled. "What does that even mean?"

"When you were listing the things that I've survived, you forgot Lia's little shop of horrors. And I figure if I can get through that, I can get through anything. Even you."

"Oh yeah?" He lifts a brow, but his eyes are brighter, more intense, than I have ever seen them.

"Yeah." I take a deep breath. "So let's go kick some giant ass, shall we?"

"Pretty sure that's what I've been saying all along," he answers. "Now duck."

I do, rolling under Mazur just as he launches another flying-body tackle straight at me.

Hudson laughs, then fades to right behind the giant—a surefire sign that he really is reaching the end of his strength. He's only fading short distances now, the energy it takes to go from one end of the ballroom to the other too much for him.

Which means I'm going to have to figure something out. Because no way am I disappointing Hudson or myself. Not like this and not ever again.

Ephes is still racing toward me, and as I stop, drop, and roll right through his legs, I catch sight of something that just might help me end this ridiculousness once and for all.

Game. Fucking. On.

## 143

## Hit Them with My Best Shot



There are no weapons in this damn ballroom, nothing I can use to bring down a giant—which is basically the point. Charon stripped the room of everything that might be of use to Hudson and me...or so he thought.

But there's one thing he forgot to take, one thing my months at Katmere definitely taught me could be one hell of a weapon. The chandeliers. And these aren't just any chandeliers.

At first, I thought they were made of bones, like the ones in the tunnels at Katmere. But as I look at them closer, I realize they're made of animal teeth and tusks. Which is awful and horrible—what the fuck was Charon thinking?—but also not unhelpful in my present situation.

Because there are a couple of narwhal tusks up there that could do the job. And if not, well, concussions are good, too.

Mazur is back and he is *pissed*, so I dodge one huge foot and take off running toward the other end of the ballroom with him on my tail.

He's even angrier now that he missed me, and he starts smashing the ground with his fists like he's playing a game of Whac-a-Mole. Or, more likely, Whac-a-Grace. It's not that hard to dodge when he's just using one fist, but when he starts using both, I end up having to hop around like a frog on speed to avoid getting pancaked.

But then Hudson fades over to me, Ephes hot on his heels. I give him a *what the hell* look—I'm a little busy trying not to get squished by one giant right now—but then he does something genius. He starts fading in little back-and-forth movements around the giants—next to one's foot, then the other's, zigging and zagging. Between that and me continuing to jump to avoid slamming fists, it doesn't take long before the giants are totally confused—and hitting and kicking each other in their effort to get to us.

Which pisses them off—and at each other—and gives Hudson and me a

little leeway to get to the other end of the ballroom without having to worry about getting squished.

I'm breathless by the time we make it over there—even if he's not fading, I can't keep up with Hudson—and I brace my hands on my thighs and gesture Hudson closer to me.

"I know you're having trouble fading, but do you think you can do it two more times?" I ask as I drag deep breaths into my lungs, every one more painful than the last. "I've got a plan."

"I'll do whatever you need me to. You know that." He bends down a little until his face is right next to mine. Then he steals a quick kiss before asking, "What's the plan?"

The part of the crowd that isn't currently booing the giants for fighting each other goes wild at the kiss, but I ignore them. What kind of jerks show up to a gladiator match anyway, let alone show up and want a little romance with their blood and gore? Assholes.

"I'm going to use myself as bait," I tell him, "and get them both in the center of the arena. If I can keep them there for a few seconds without getting ripped limb from limb, do you think you can release the rope on one of the chandeliers before fading to the other end of the ballroom and releasing the other chandelier right after?"

His eyes light up. "You're going to try to knock them out with the chandeliers? I love it."

"Yeah, well, it's not exactly an original idea," I tell him with a grimace. "You forgot one other thing I survived at Katmere—death by chandelier. But if we're lucky, it might work today."

"Tell me when you're ready and I'm on it," he says, and he sounds like the same cocky Hudson I'm used to. But his eyes are shadowed, and his breathing is a little shallower than usual.

"You sure you're okay?" I ask as the giants stop trying to hit each other and start smashing the ground again—because apparently, they haven't figured out that we're already gone.

Hudson was right. There's absolutely no way it's okay to die by these two bumbling assholes.

My mate gives me a cocky grin, because he might be down, but Hudson Vega doesn't know the meaning of out. Then he says, "Don't worry, I'm good. I got this, love."

TRACY WOLFF

589

And there's something about the way he says it, something about his total willingness to just trust that I know what I'm talking about, that gets me right in the feels. Well, that and the way he called me "love," the way it rolled right off his tongue and sounded so freaking perfect.

And just like that, I know.

I love Jaxon—a part of me will always love Jaxon. How could I not, when I'm one of the lucky ones? My first love is a really great guy, and we found each other when I was lost and alone and needed him most.

But that girl? The Grace who was wildly in love with him and whom he wildly loved? She's gone and has been for a while. That girl was scared and lonely and naive. She needed protecting. More, she *wanted* protecting as much as he wanted to protect her.

But that's kind of how young love is, isn't it? It's idealistic and explosive and perfect...until it's not anymore. Until it blows up or fades away or you just move on.

I moved on during those three and a half months I don't remember. I changed, and Jaxon didn't. It's nobody's fault. It's simply how it is.

And I know that in the end, it's all going to be okay. That Jaxon and I are going to have a wonderful life together once we manage to get the Crown and our mating bond is restored. He will be fine, his soul no longer in tatters, and we'll be good for each other. He'll learn to respect me more as an equal, and I'll learn to let him take care of the small things that don't matter so much. He's an amazing guy, and we'll be amazing rulers together.

I take a deep breath, then blow it out as slowly as I can manage. Because it's pointless to be sad. It's pointless to want something more when I already have so much.

It's pointless to regret what has to be—especially when what has to be saves someone you love.

But the truth is, I want Hudson. I *love* Hudson. I think I have from the moment I walked onto that Ludares practice field and saw him reading *No Exit*. He was pouting because I'd gone to see Jaxon—I didn't know it at the time, of course—so when he teased me about my undies, I was easy pickings.

But right from the beginning, things have been different with Hudson. He saw every part of me, even the parts I'm not proud of. He took me on my good days and teased me out of my bad moods on my most obnoxious

590                                              c o v e t

days, and he loved me through it all. He believed in me through it all. He protects me—of course he does—but he does it so differently from Jaxon. He pushes me, believes in me, wants me to be the strongest and best that I can be.

He's got my back—he'll always have my back—but he likes me to be powerful, too. He likes me to stand on my own. He likes the kick-ass gargoyle as much as he likes the not quite so kick-ass human.

He's smart and funny and sarcastic and sweet and strong and kind and hot. He's everything I could ever ask for in a guy, everything I could ever want, all rolled into one unbelievably sexy package.

And I've never told him. Not even when he told me. I just shoved it down, refused to acknowledge it, never even admitted it to myself. And now we're stuck in this arena, and I can make all the disparaging comments about giants that I want, but we both know if we make one wrong move—if we're off by one second—then we're totally screwed. There would be no Crown, no emotional declarations, nothing but pain, death, loss.

And that's not fair—to either of us. I can't risk what we have to risk here, can't go on to the rest of our lives, and not let him know how I feel.

He starts to move past me—to get ready to run—but I grab on to his wrist. Rest my trembling hand against his beautiful, beloved face. And say the only thing worth saying at a time like this. The only thing worth saying to a man like this. "I love you."

For one second, he looks startled, his blue eyes going wide and wild as they search my face for I don't know what. But then that damn dimple of his comes out to play as he grins and grins and grins. But all he says is, "I know."

"Seriously? You're going to be Han fucking Solo right now?" I ask, even though I have to bite the inside of my cheek to stop myself from laughing. Because, oh my God, do I love this man.

"Excuse me." Both brows go up at the insult. "But there's never a bad time to be Han *fucking* Solo. Besides—" He grins. "I *did* know all along. I was just waiting for you to catch up."

"Yeah, well, I'm all caught up," I tell him as I lean in and kiss him one more time. "Now, let's do this thing, shall we? I'm more than ready to get the hell out of this place."

He reaches for me, but I take off running, yelling and clapping and

making as much noise as I possibly can to make sure Big and Bigger follow me.

And it works. Mazur comes running straight for me like he's on fire and I'm the only hydrant around. I wave, then blow him a little kiss to piss him off. But when I turn around to do the same to Ephes, I realize that we've got a problem. Because he is headed straight for Hudson with an intensity that says nothing, and no one, is going to get in his way.

# 144

<div align="right">

In One Ear and
Out the Other

</div>



**H**udson's all the way on the other end of the ballroom now, with Ephes hot on his heels. If I try to help him, and Mazur follows me, there's no guarantee I'll be able to get them both back in the middle again anytime soon. I'm finding giants are more than a little distractible.

Thankfully, Hudson figures out there's a problem right away, and while I play ring-around-the-very-big-rosies with Mazur, he fades right back to the center of the arena. Seconds later, Ephes whirls around to chase him.

"You still got this?" I ask, because I know that last fade used up a bunch of energy and now he's got to do the whole fade again to get back to where he started.

Hudson is breathing hard, really fucking hard—maybe for the first time in his life—but he gives me that ridiculous grin of his that makes me feel way too many things. "My girl just told me she loves me," he says. "I've got enough energy in me right now to fade to Katmere Academy and back. Don't worry, Grace. I've got this."

Even the idea is absurd. He's listing to one side, for God's sake. But I know he's got it. In my opinion, there's nothing Hudson can't do if he puts his mind to it—including this.

So I nod and hold his gaze for a few extra seconds as I say, "I've got this, too."

"Never doubted it. Go on three?"

I nod again. "One, two, three—"

Hudson explodes toward the end of the ballroom, and I let out a shriek loud enough to have people in the stands groaning.

Mazur screams back at a lower octave and swings a fist toward me to shut me up. But I'm already moving, darting between them as fast as I can go, grunting through the pain of my broken ribs and everything else that

hurts right now. Ephes bends over and tries to grab me, but I dart between his legs and punch up as hard as I can.

He bellows in rage and tries to grab me again, but he misses.

Mazur's closing in, though, and he's always been a better aim than Ephes, so instead of trying to dart around him, I drop to the floor and roll just out of reach.

Ephes has recovered from my sucker punch, though, and he's out for blood. As I roll by, he slams a foot down on the floor so hard, the wood buckles and I go flying up—right within his reach. But Mazur wants me, too, and he dives for me. The giants collide, and I tuck and roll through a tight alley created by how close their parallel feet are to each other.

Mazur screams at my evasion, and I scream back as I notice one chandelier and then the other swinging free within seconds of each other.

And this is it, right here, the only chance we've got—the crowd gasps, screams, and fucking Mazur turns to see what they're yelling about…

"Hey, you!" I shout at him as loudly as I can, then drop right at his feet—the easiest prey he's had all night.

And it works. He turns back around and scoops me up and—bam!

The chandeliers meet. The sheer weight of them knocks the two giants together—and then physics takes over. Unstoppable force, immovable object… The narwhal tusks sticking out from the chandeliers slam right into the giants' heads.

One tusk goes straight in Mazur's left ear and out his right, while a tusk on the other chandelier drives clear into Ephes's right eye.

Blood and I don't even want to know what else sprays all over me, and then his muscles go lax and he drops me. Hudson plucks me out of the air, and we scramble back as the two giants fall to the ground, dead.

The crowd goes wild.

# 145



## Never Bet
## Against the Louse

"**H**oly shit!" Hudson yells as he hugs me so tightly that I can barely breathe. "We did it!"

And yay! I'm all for celebrating not dying at the hands of the giants. But I've got a more urgent problem. "Get it off, get it off, get it off!" I wipe the sleeve of my black prison jumpsuit across my face before I start yanking at the front zipper. Just because I'm a badass doesn't mean I want to be covered in giant blood and body parts—so these clothes *have to go.*

"It's okay," Hudson soothes as he tries to wipe away whatever he can with the sleeves of his uniform. For obvious reasons, he does not have the same objection to blood that I do—even if it means being covered with it instead of drinking it.

Pandemonium reigns all around us—the house lights come up, confetti pours down from the ceiling, and people from the stands try to rush the field to meet us. But I don't want to meet any of these horrible people, and I definitely don't want to celebrate my having a whole lot to do with two people getting dead.

Yeah, they would have killed Hudson and me without a second thought, but that doesn't mean I don't feel remorse that things had to go down this way. In a perfect world, all four of us would have walked out of this ballroom.

Then again, in a perfect world, we wouldn't have been in this ballroom to begin with. And there sure as hell wouldn't have been a crowd full of spectators chomping at the bit to see us kill each other.

"Get it off!" I tell Hudson again, but he pulls me close and whispers calming sounds in my ear as he strokes my hair.

"I promise we'll get you cleaned up as soon as we can," he tells me. "But I've got nothing right now and—"

"Here," Remy says as he comes up behind us. He's got a wet towel in his

hand. "You can use this to clean yourself up."

Hudson shoots him a grateful look, but I'm too busy squealing with delight to say anything. I reach for the towel, but Hudson takes it instead and starts cleaning me off while Remy, Vander, and Flint—still carrying Calder over his shoulder—keep the epic pandemonium away from us. Thankfully, it only takes Hudson a few minutes to get me as clean as he can with one damp towel.

It's not perfect, but my hair, face, and hands are clean, and I can't feel anything sticky on my uniform, so I'm going to go with it. I shove the image of myself covered in someone else's blood for the second time this year back into my bill drawer, and I don't regret it even a little. Late payment or not, I'm perfectly okay with never taking it back out again.

"We need to go," Remy says out of nowhere, and just like that, he's hustling Hudson and me toward one of the ballroom's side doors that no spectator is going out of. Flint and Vander pull up the rear.

"Where are we going?" Flint asks, but Remy's too busy hauling ass to answer.

And as we make it through the door and into one of the back hallways, I know why. Charon is trying to sneak away. The jerk.

"I know it's past your bedtime," Remy calls out as we catch up with him, "but we've got some business to take care of."

Charon turns around, annoyance in his eyes. "I have to say, that was unexpected."

"So was getting tossed into a ring with two giants out for blood," I shoot back. "But I guess we all have to adapt."

He looks me over from top to toe. "Apparently there's a lot more to you than meets the eye." The obvious disgust on his face says that's not a good thing.

"A deal's a deal," Remy tells him.

"Yes, I know a deal's a deal." He mocks Remy's accent. "I was simply going to my office to make arrangements."

"Exactly what arrangements need to be made?" Vander asks, his voice rumbling through the hallway. "Our people won, fair and square. You need to let us go."

"I don't need to do anything," Charon snaps back. "I run this prison, not you. I make the decisions about who goes and who leaves, not you."

c o v e t

"But that's exactly it, right?" I tell him, arms crossed over my chest. "No one ever gets to leave, do they? You make them go through the whole Chamber facade because that keeps them docile for a long time. Then, when they finally realize no one atones, they have to make enough money to buy their freedom from you—which feels like serious bullshit to me, but hey. Your prison."

I hold up my hands like it's no big deal, like the entire situation—and his obvious exploitation of the people under his care—isn't one of the most hideous things I have ever seen or heard of. "And then, once you get the money from them, you make them fight to the death with giants they can't beat—all while taking money from Cyrus and God only knows who else to keep people in prison who don't even belong here."

"Your point?" he snarls.

"My point is you can pretend your word is your bond, but the truth is, your word doesn't mean shit."

"That's not true!" he tells me, and for a second I think he's going to have a temper tantrum right here in the middle of the hallway. He's actually stomping his foot and everything. "My word is my bond! It has always been my bond."

"Because you say so?" I mock. And I know I should shut up. I know I'm probably making everything worse. But I am beyond angry that my fate and the fate of my friends—that the fate of everyone in this place—is at the mercy of a little boy-man without a conscience or a shred of actual decency to his name.

"Because it's true!" he howls.

"Then keep the deal you made," Hudson says.

He doesn't want to. It's written all over his face that he had planned to keep us in here where he can torture us some more, make us pay for what we did to his carefully laid plan. Because if he lets us go, he has to deal with Cyrus and who knows who else.

"You do realize if you keep us here, we won't be silent, right?" Flint adds. "I'll tell everybody in the Hex what we've learned. What are you going to do? Send the windigos after the crown dragon prince because he's telling everyone your rules are bullshit? Good luck with that."

Charon holds our gaze, a muscle in his jaw ticking the seconds down. "Fine! I'll take you across. Let me message my guards, let them know that we're coming. And then we'll head out."

TRACY WOLFF

The idea of finally getting away from this place has relief flowing through me. I'm still angry, will be angry for a very long time, but I'm ready to be gone. Ready to get the Crown and take care of Cyrus once and for all.

Thinking about him and the inevitable war that will be coming our way has me itching to get moving. But it's also got me itching for something else.

"You need to take off our bracelets before we go," I tell Charon, holding out my hand for easy access. Already, joy is seeping into the emptiness inside me caused by the choking of my powers. I knew I missed them, knew an important part of me was gone, but until I opened myself up to the idea of getting them back, I had no idea just how much I've missed being a gargoyle.

For a girl who was a little traumatized at the idea a few months ago, I've grown awfully used to being able to fly and access the elements and channel magic. I can't wait to feel my wings—I'll never complain about them giving me a backache again.

Charon laughs, just full-on laughs. "Sorry," he answers in a voice that lets us know he very definitely isn't. "You didn't negotiate for that."

"We negotiated to be let free!" Flint exclaims.

"Yes, and I will set you free from the prison." Charon's smile is evil now. "But that's all I'm responsible for."

"You put these cuffs on us," Hudson said.

"No, one of the intake officers put the cuffs on you. I don't really get involved in that side of the prison, so again. I'm sorry. Now, the deal was for five of you, so let's go."

"No!" I tell him. "The deal was for six of us!" I look around and do a quick mental count again, in case I've gone delirious. Flint, Calder, Remy, Vander, Hudson and me. No, that's definitely six.

"The deal was for five," Charon informs me, eyes narrowed. "If you don't like it, take it up with your magician friend. He's the one who negotiated."

"Remy?" I ask, turning to him. "What's going on?"

"Why does he think there's only five of us?" Vander asks. "So help me, if you betrayed me—"

"You're going," Remy cuts him off. "You're all going. I'm the one who's staying."

# 146

### Hide-and-Sneak



"What the hell?" squawks Flint. "Why would you—"

I hold up a hand, and for once, Flint actually listens to me and quiets down. "You didn't include yourself in the deal?" I ask. I keep my voice calm even as I struggle to understand.

He shrugs. "I told you, *cher*. I was always meant to take the last flower."

"Yeah, but wouldn't this just be easier? You could come with us now—" I start to turn back to Charon to try to negotiate. I know it's a lost cause, but I have to do something. We can't leave him in this hellhole.

"I know what I see, Grace. And this isn't the way for me."

"Because you won't let it be," Hudson tells him. "What if your vision is wrong? You said yourself that sometimes things are blurry—"

"Not this. This has been crystal clear for years." He smiles at me, even chucks me on the chin. "Don't be sad, *cher*. It'll be okay."

Then he glances down at the bracelet on my wrist. "Besides, we're not done quite yet."

"What does that mean?" Charon demands. "I need to go to bed. I need—"

"Your pacifier?" Remy asks, even as he winks at me. "Keep your diaper on, Charles. This'll only take a couple of minutes."

Charon's face goes from pasty white to bright pink to red to nearly purple, which is one hell of a journey to watch. I'm actually fairly certain that if he keeps this up, Charon is going to explode. Although that wouldn't exactly be a bad thing.

But Remy ignores him, choosing to focus on me instead. "I didn't negotiate for the cuff removal because I still need something from you."

"Well, that was a pretty shite move, wasn't it?" Hudson asks mildly.

"I had to make sure you still needed me, too," Remy says. "And now you do. Free my magic, and I'll remove your bracelets, and your magic will be free, too."

"I don't know if I can do that—"

"You mean you *won't* do it," he says, and he doesn't sound angry. Just disappointed—in himself, in the situation, and most of all, in me.

"No, I mean I don't know if I can. Without my powers—"

"That's what the tattoo is for," he tells me. "You need to trust it."

"The way you trusted me?" I ask, because his lack of trust hurts. I thought we were friends.

"It's not the same thing at all." He sighs, drums his fingers on his thigh as he searches for what he wants to say. "I couldn't afford to trust you guys and be wrong, Grace."

"I know," I tell him, because I do.

He's spent his whole life in prison, his whole life under the thumb of people like Charon and the windigos, who will as soon rip you apart as talk to you. Is it any wonder the boy has trust issues? Maybe instead of being disappointed that he doesn't trust me, maybe I should be thrilled that he's trusted me as much as he has.

"So what do you want us to do?" Flint asks as he shifts a still-deadweight Calder from one shoulder to the other. I can't imagine how tired he must be after carrying her for this long, but he doesn't falter. Doesn't show by even the flicker of an expression that he's annoyed—if he even is.

"I need Grace," Remy answers. "She's the only one who can do this."

I step back and brush my hand against Hudson's. It's a small reassurance, one I know he doesn't even need, but it's one I want to give anyway. And one I can tell he appreciates when his smile turns soft.

He takes my hand, tangles his fingers in mine for just a few moments before letting me go. But I feel the heat of his touch for much, much longer.

"I'm ready," I tell Remy as I step back to him.

He takes my hands and holds them faceup, my arms extended out from the elbow. Then he softly, carefully presses his palms to mine. "You need to dig deep, Grace. I've been imprisoned my whole life. My magic is buried far below the surface."

I nod. Close my eyes. Take a deep breath. And reach for him with the furthest recesses of my mind.

At first, I don't feel anything, just a blank canvas across from me. But after a minute, I know he's there. I can feel him—little pieces of Remy squeaking through the wall.

A wink. A laugh. A slow smile.

Knowledge. So much knowledge.

Kindness.

Wariness.

And then, when I start to despair of ever finding it, a thin, wispy tendril of power.

It's elusive, darting this way and that as I chase after it. I try to catch it, but my hand reaches right through it again and again and again.

Frustrated, I open my eyes and take a deep breath. My arm is burning, and when I look down, I realize that the bottom of my tattoo—the part that wraps around my wrist—is glimmering a little. I look closer, try to encourage the warmth to spread.

When I go back in, I find the slippery tendril of magic again, and this time I reach for it with my tattooed arm. It slips past me twice, but third time's the charm, and I catch hold of it.

As I do, it zips along my fingers, kindles to life inside me, and then burns out just as quickly. I dig deeper, search for another tendril, a bigger flare of power, but there's nothing there, and my heart drops to my toes.

How do I tell him that? How do I tell this boy with the infinite eyes and even more infinite heart that there's nothing there? That whatever well of magic his mother said was inside him is actually little more than a puddle?

I know what that feels like, know how it empties you out—how it hollows you—to know that the people you trusted most in the world betrayed you. Bargained away your freedom like it was little more than a trading card.

My parents knew, they *knew* that I was a gargoyle, and they never told me. They knew there was magic in this world—magic my father could even wield himself—and they told me nothing. They kept me ignorant, did whatever they could to obfuscate the situation so that I felt odd, out of place, a fish out of water in my own body...and in my own life.

To have to explain that to Remy, this boy who was born in a prison, who lost his mother when he was five and never knew his father, who was raised by prison guards and inmates who came and went...how do I tell him that the one constant in his life, the magic he's counted so heavily on, is just one more ephemeral thing? Just one more shit circumstance he'll never be able to get out from under?

Because no matter how much Remy might wish it otherwise...he doesn't have a hidden well of power. His mother lied to him.

## 147

Totally Lit



I take a deep breath, try desperately to find the words not to break his confidence and shatter his heart, but when I open my eyes, Remy is already watching me. His green eyes swirl with mist as he holds my gaze and drawls, "I told you you'd have to go deep, *cher*. You may not have found it yet, but it's in there."

"I'm not so sure, Remy. I can't—"

"My mama wouldn't have lied to me, not about this. She knew it was my only chance to get out of here, and she wouldn't have given me false hope."

I don't know if I agree with him—not when I would have said the same thing a year ago. I would have laughed at anyone who tried to tell me my parents were liars. Who tried to tell me that the whole reason I existed was because my parents went to the Bloodletter and basically sold me to her before I even existed.

"It's in there, Grace," Remy says again, and there's so much confidence in the statement that a part of me wants to yell at him, to tell him that he doesn't know. That parents do bizarre and terrible things every day, tell bizarre and terrible lies. Sometimes we never find out, but sometimes we do, and when that happens, hiding from it isn't going to change anything. But his belief in his mother is absolute. "You just have to dig until you find where she put it."

"How do you know she didn't lie?" I ask.

"Because she was my mother," he answers. "She may have made mistakes in her life, but she wouldn't have left me unprotected as long as there was breath in her body. This is how she protected me."

And there's something in his words, so simple and yet so profound, that takes me right back to the days before my parents died. To the whispered fights, the tense meals, the way they clammed up whenever I walked into a room.

How could I have forgotten that? I wonder, even as I go searching for

c o v e t

Remy's magic again. In the aftermath of their deaths, how could I have forgotten how tense things had become around the house?

How every time I turned around, my mother was handing me a cup of tea to drink. Insisting on me finishing it even when I'd rather have a sparkling water or a Dr Pepper.

How my father kept trying to talk to me, but my mother would interrupt, her face alive with a fear I didn't understand.

How they'd asked me to spend Sunday with them so we could talk about some stuff, but how I told them I couldn't because I had to finish up a set of volunteer hours before I did my college apps.

It all seems so silly now—that I missed out on my last chance to talk to my parents, to see them alive, because I was trying to pad my college applications. Which I ended up never going back in and filling out. What a damn waste.

I can't help wondering now, as tiny glimpses of Remy's magic slide in and around my searching grasp, what it is they were going to talk to me about and how I could have forgotten that they wanted to.

Had they decided I was finally old enough?

Were they going to tell me what they'd done?

Were they going to tell me *everything*?

I'll never know—they died before we could have the conversation. The brakes failed, their car went over the cliff, and Lia got her way.

Just like that.

And now that I've got the benefit of knowledge, the benefit of hindsight and many months to look back on everything, I realize that maybe I can't hold the secrecy against them after all.

Does it suck? Yeah, absolutely.

I hate that I'll never have the chance to talk to my father about his runes or my gargoyle or this damn mating bond debacle they helped set into motion.

I hate that my mother will never know how much fun it is for me to fly or how much I miss her tea or how much I miss her.

But as I stand here, combing through Remy's soul for his magic, I can't help thinking that they did the best they could to protect me. Like when I chose not to tell Jaxon about what the Bloodletter did to us—nothing would come of that but pain, so why hurt him more if I didn't have to? Why tell Flint when it would just make him relive the pain of Jaxon's rejection all over again?

Sometimes there are no right and wrong answers in life. Sometimes you

have a sucky hand and you do the best you can with what you've got and pray it all works out—and that you don't hurt anyone along the way.

Sometimes, that's all you've got.

Like Remy, as he did his best to get us to this point, even when he didn't trust us.

Like me, right now, trying to find his magic, though I don't have a clue how to do it.

It's that thought that pulls me back, that has me refocusing on Remy. And believing that he's right. His magic is too important for his mother to have lied about, not if she ever wanted her son to find his way out of prison.

"You're right," I tell him. "Your mother wouldn't lie to you."

And so I do another deep dive, send my senses out wide as I try to find a trace of his magic, a trace of something that will save him.

His eyes are swirling again, smoky green and gray, and I know I'm on the right track. And then, there it is right in front of me. Not his magic but a gigantic wall.

Everything inside me screams that it's there, walled off, hidden from him and me and everyone—a protection left by his mother for all those years he had to spend in the prison. If she hid his magic deep enough, then no one could get it. Not Charon, not anyone.

But Remy's not a kid anymore and his magic—this magic—is the only thing that can save him now.

And so I put my head down and burrow through the wall, digging and digging and digging—

My whole hand catches fire.

"Oh my God!" I gasp as the flame wraps itself around me, starts creeping up my forearm with a strength I barely know how to withstand.

Tendrils of his magic are all around me now, slipping and sliding through my grasp. Wrapping themselves around me, climbing over my hand and through my fingers, playing hide-and-seek and catch me if you can.

My whole arm is aflame now, and a quick glance down shows me the tattoo is glowing with the magic pouring through me, every dot from my wrist to my shoulder lit up like Mardi Gras, until my entire arm is incandescent with heat. With power. With the very essence of Remy's magic.

I take it all, every single drop I can find. Every tendril. Every spell. Until the swirling magic in his eyes is gone, and he looks completely normal again.

c o v e t

"You steady?" I ask as he sways on his feet.

He shrugs, and for a second I think he's going to crumple. I know how he feels. I know how empty and strange it is to be missing magic where there once was some. Even just the little bit that he had access to must make him feel awful when it's gone.

I glance down at the bracelet on my wrist with the same intense rage and dislike I usually reserve for Cyrus and Cole. Once we bust out of here and get these damn things off—I swear, I'll rip to shreds anyone who ever tries to put one on me again.

Remy sways, and I reach for him. But Hudson is already there, holding him up, lending Remy as much of his remaining strength as he can.

"You ready for this?" I ask, because if losing it was a lot, I can't imagine what it will feel like to have it returned to him all at once—especially since he's never felt this much magic before.

But Remy simply winks at me. Then he braces himself—grounded feet, tucked chin—and says, "You know me, *cher*. I was born ready."

148

## Every Little Thing
## He Does Is Magic



"Yeah, me too," I say with a laugh.

Remy gives me that wicked grin of his and says, "Well then, let's do this thing, shall we?"

"Definitely." I take a deep breath to calm the raptors going wild in my stomach, then instinctively find Hudson's gaze with my own.

He's right there next to Remy, wearing his own wicked smile—dimple definitely included. I focus on his eyes. His oceanic eyes that see so much, encompass so much, and promise to give it all to me.

"You've got this," he says, and I nod. Because I do. This is what I was made for.

I hold on to that thought—hold on to Hudson's support—and focus on the burning in my arm. Holding Remy's magic is very different than when I held Hudson's during the Ludares challenge. Hudson's I could feel all the way through me, warming me up in every nook and cranny as I found a way to wield it.

Remy's exists only in my arm—captured by the tattoo that's so bright now, it's practically blinding as it swirls and dances up and down my biceps and forearm.

"Okay, here we go," I say. And then I breathe in. Hold it for several long seconds. And when I breathe out, I channel his magic out with the air. I send it spinning across the space between us, arcing it straight into him like an arrow.

He must feel it, because his head falls forward, his entire body bowing as he absorbs and absorbs and absorbs.

There's so much of it—so much magic, so much power—that I'm a little astonished my tattoo could hold it all. That Remy's body can contain it all. I feel it spread out, leaking into his arms and hands, his legs and back, and

I make sure to keep it on this side of the wall this time so that he can access it whenever he wants.

I'm almost done, and I can see the power in him now, those wild eyes of his growing smokier and smokier even as they begin to swirl faster and faster. His whole body is shaking now, the wealth of unleashed power so strong that it threatens to knock us both off our feet, threatens to burn us both alive.

But I reach forward, grab on to his hand, and we hold tight to each other as the magic overwhelms us both. Lightning blasts through the room around us, and the ground shakes. But we hold tight, tight, tight and then—just like a lightning strike—it's done.

My tattoo stops looping around my arm, the flames stop dancing along my nerve endings, and the strength leaves my knees all at once—even as I feel the last of the magic leaving me knitting my ribs back together and healing my broken body.

I cry out, certain I'm going to hit the floor, but Hudson is right there, catching me. Pulling me against him. Murmuring, "You were amazing," against my temple.

"Yeah?" I ask him.

"Oh yeah." His lips brush against my ear as he whispers, "Also sexy as fuck, so definitely feel free to try that again. Maybe with my power next time."

I laugh, smack out at his stomach gently, but he bites his lip as he stares at me with eyes that are completely blown out. And suddenly, it's just the two of us. No Charon. No Remy. No dead giants in the next room. No prison to escape from. No Crown waiting for us.

Just Hudson and me and the feelings that flow between us like the purest and best magic.

At least until Flint groans and says, "Come on. I swear, when we get back to Katmere, I'm going to spend weeks making goo-goo eyes at Luca in front of you to make up for this."

I laugh, as he intends, and don't bother to mention that there are no weeks left. We've graduated. We've done everything at Katmere Academy that we can. Everything except save it.

Hudson doesn't say anything, either. Just looks at Remy and asks, "What next?"

Remy grins. "A promise is a promise." He holds his hand out, and a red ball of power glows right in the center of his palm. He throws it straight up

in the air before lifting his arm above his head and circling his hand.

The ball loosens up, becomes a bigger and bigger spiral above all our heads until it covers the whole ceiling. Once it does, Remy stares straight at me and winks.

And the red spiral whirls around Flint, Calder, Hudson, and me, spinning like a top for several beats. And out of nowhere, the bracelets fall right off our wrists and land at our feet. Flint whoops and hollers the second he realizes he's free, then shoots a stream of fire straight down the hallway.

"Hey!" Charon squawks as he dives to the side just in time to keep from being barbecued. "What was that for?"

"Because I can," Flint answers.

And God, do I feel him. Part of me wants to shift to make sure that I can. But I settle for looking deep inside myself and finding my platinum string right where it belongs, like it was never gone.

"Finding your stone legs again?" Hudson asks, like he knows exactly what I'm doing.

"Found them," I tell him with a grin. And then I put a hand on the bright-blue string and love the way Hudson freezes, his breath catching as a shiver works its way through his body. "How about you?"

"I'm doing just fine," he says, wrapping an arm around my waist. "Now let's get the hell out of here before that changes."

Vander, Flint, and I echo the sentiment, and I start to follow Charon…at least until I remember that Remy can't come with us. This is as far as he goes.

I turn and run back to him, throwing my arms around him in a giant hug. At first, he's completely stiff, but then he hugs me back so tightly, I can barely breathe.

"Thank you," I tell him as tears burn the backs of my eyes. "For everything."

"It's all good." He starts to pull away, but I hold him tight, not ready to let go of this ridiculous boy who somehow worked himself as far into my heart as Flint and Macy and the others.

"You're going to be okay, right?" I whisper into his ear.

"I'm going to be great," he whispers back. "And so are you."

Now I'm the one who pulls away. "Is that a friendly comment or a you-see-the-future-type comment?"

"Maybe it's both," he answers before pulling me into another hug. "But if you want another prophecy, here's one. This isn't the last time we'll see each

608                                    c o v e t

other, Grace. But it's going to be a rocky road for both of us before we do."

This time when he pulls away, he takes a few steps back.

Worry for him churns in my stomach. "Remy—"

"Go," he tells me with his patented wicked grin. When I don't move, he flips his hand again, and smoke fills the room between us. When it clears, he's gone.

I close my eyes and whisper a quick prayer to the universe for that brash, beautiful boy. Then I turn back to Hudson, who smiles as he holds out a hand for me. I smile back as I move to take it.

And then we're racing down the corridor after Charon and his guards as we finally make our way back to the surface…and the light.

149

## The Fragile
## and the Sweet



Charon leads us down several hallways, each one sloping up until we finally make it to a large circular iron gate.

"This is it," Charon tells us reluctantly.

"How does it open?" Vander asks.

Charon walks to the wall to the right of the gate and uses a key to open a small door. Inside is a keypad into which he punches several numbers.

The gate makes a loud clicking sound, and then Charon inserts another key—this one into the keypad itself—and the gate spins around several times before the eight triangles that make up the circle start to retract, leaving a circular opening wide enough for even Vander to walk through.

"That's it?" Flint asks. "No magic? Just a key and some numbers?"

Charon narrows his eyes at him. "If you'd like, you can stay on this side of the gate until I make it more of a challenge for you."

"Was there *ever* an unbreakable curse in this prison?" I can't help but ask. He hadn't performed any big spells or magic to set us free. "Or is the whole thing a scam?"

Charon lifts his chin. "Hey, don't judge me. I give the people what they want. A place to hide away their monsters and an idea it's for their own good." He glares at each of us one by one. "Unless you feel maybe you shouldn't get out before people who've been here longer…"

"No, we're good," Hudson says. Then he turns to me. "Ladies first."

I think about arguing with him, but fuck it. The sooner I get through that door, the sooner everyone else does, too. So I squeeze his hand and, when his guard is down, send a huge rush of energy straight at him.

"Grace!"

"We don't know what's out there, and I figure it's smart to have you in fighting form."

610                                   c o v e t

He looks like he wants to argue some more, but I'm not up for that. So I just blow him a kiss and disappear through the gate. Vander comes right after me, followed by Flint and Calder, and finally Hudson—who looks half amused and half like he still wants to fight when he takes hold of my hand.

Behind us, the gate thwumps closed, and that's when it hits us. We're free. We're actually free.

I turn to Vander, and tears are pouring down his face as he glances around at dawn breaking over the grass and the trees and the...sepulchres all around us?

"We're in a cemetery?" Flint asks, and he sounds as confused as I feel.

"I guess?" I reply as I notice row after row of headstones.

"It's definitely a cemetery," Hudson says.

Vander walks over to me and pulls a key out of his pocket. "You did it," he tells me. "You freed us."

"We all did it," I answer.

"You truly are worthy of wearing the gargoyle crown," he tells me, ignoring my protests as he falls to his knees in front of me. "I can never thank you enough for what you've done, Queen."

"I just held up my end of the deal," I tell him quietly. I'm completely overwhelmed—and more than a little traumatized—to have someone kneeling in front of me as he calls me "Queen." To be honest, I don't think I'll ever be okay with it.

Which is why the words nearly trip over each other as I tell him, "Please get up. Please. You don't need to do that."

But Vander refuses to be moved as he proffers the key to me. "I never should have made those shackles," he tells me. "I don't know how I can ever look my Falia in the eye again."

"You can look her in the eye because she loves you. Any mistakes you made millennia ago have long since been forgiven," I tell him as I take the key and put it in my pocket. "Just go home and see her. Fix up your garden. Eat your daughter's chocolate chip cookies—they're very good, by the way. Right, Hudson?"

"Sure, they're...delicious," he tells me, but he doesn't come any closer. Instead, he stays where he is and watches me with such pride on his face that I'm afraid I might start sniffling right along with Vander.

"My daughters," he breathes as his face crumples. "Thank you."

"You're welcome," I tell him. "From the bottom of our hearts. But how are you going to get home?" I ask as the logistics of the giant problem come to me in a rush. We can travel via Flint, but Vander is bigger than the dragon. No way can we give him a ride.

"Don't worry about me," Vander says, and he walks over to the nearest tree—a giant magnolia—and puts his hands on the roots.

Right in front of us, the ground around the tree starts to shift and move as the roots rise to the surface.

"Earth magic," Flint says, wonder in his voice as the roots wrap themselves around a kneeling Vander, totally encompassing him.

The whole process takes a minute, maybe a little more, and then the roots start to right themselves, digging a path back into the soil.

As they finish unwinding, it becomes clear that Vander is gone.

"That was—" Hudson blows out a breath. "I've got to tell you, Grace. Hanging with you is never boring."

"Right?" Flint laughs. "Though I do have one more question."

"What's that?" I ask.

"Any ideas if that earth magic works on manticores, too?"

And that's when it hits me. He's still got Calder draped over his shoulder.

"Well, shite," Hudson says. And then all three of us start to laugh, because what else can we do?

We're thousands of miles away from home, we're hauling one stray manticore, and we just watched a tree absorb a giant. And that's not even the weirdest thing to happen this *hour*...

Suddenly, a scream sounds behind us, followed by a familiar voice yelling, "I told you I felt magic over here!"

I whirl around in time to catch Macy as she throws herself into my arms.

# 150



### I've Got Friends
### in Eerie Places

"**G**race! Thank God we found you!" my cousin squeals as she hugs me so tightly, I'm pretty sure I'll have bruises. "We've been in this spooky cemetery for *days* just waiting for you to make your way out."

"Yeah, but how did you even know this is where the prison leads?" I ask as I hug her back.

"Nuri told us after they took you from graduation," Luca answers as he grabs Flint—and the still unconscious Calder—and lifts them both off the ground in a huge bear hug.

"You've been here all week?" I ask, shocked and touched.

"Damn straight," Eden says as Macy finally lets me go long enough to throw herself onto Hudson. "You didn't think we were going to leave you here alone, did you?" She gives me a very uncharacteristic hug, which I return.

"I...I don't know what I thought," I tell her.

"We've been trying to figure out how to break in for days," Mekhi tells us once the hugs and fist bumps have all been dispensed. "But that place is more heavily guarded than the Vampire Court, which I didn't know was possible."

"Right?" Luca says with a laugh. "So eventually we decided we were going to have to wait for you to break out."

"What if we didn't make it?" Flint asks as Luca helps him lower Calder to lay on a patch of grass.

The others exchange a look. "Yeah, well, we weren't ready to talk about that eventuality yet," Jaxon answers, speaking for the first time. He moves closer, out of the shade cast by the early-morning sun and one of sepulchres, and I can't help but notice that he looks even worse than he did at graduation.

He's lost weight—again—so that his cheekbones seem like they'll punch through his skin at any moment. The circles under his eyes are worse, and the coldness I've felt radiating from him for weeks has grown to arctic levels.

"Thank you for coming for us," I tell him as I pull him into a hug.

He hugs me back, and as he does, I can feel the desperation and the fear coming off him in waves. "It's okay," I whisper as I hold him close. "I've got the key. We can save you."

He blows out a long breath, buries his face against my neck, and my heart breaks wide open. Even before I turn and find Hudson staring at us with eyes—and a heart—that are just as shattered.

When Jaxon finally pulls back, he stumbles a little. And Hudson is right there to slide an arm around his shoulders, to hold his little brother up even as his own world is crashing down around him.

"I'm sorry," Jaxon whispers.

Hudson shakes his head. "You've got *nothing* to be sorry about."

An awkward silence descends as our friends look anywhere but at the three of us. At least until Calder moans and starts twitching on the ground.

"Is she all right?" Macy asks, eyes wide as she moves to crouch next to the manticore.

"She took one of the Crone's flowers," Flint answers as he stretches his back. "She's been out for hours."

"But she's not the blacksmith," Eden says matter-of-factly.

"No, the giant left before you showed up," Hudson says. "His magic is what Macy felt."

"So you just happened to bring someone else along for the ride?" Mekhi asks skeptically.

"It's a long story," I answer. "We'll tell you someday when it's not so…"

"Fresh," Hudson finishes for me. "It's been one hell of a day."

"Apparently," Eden tells him. "You look like—" She breaks off, shakes her head. "I don't think I've even got a word for that." She gestures up and down, from his head to his waist, with a disbelieving shake of her head.

"She's right, man," Luca agrees. "You look rough."

"I feel rough," Hudson answers with a laugh.

Calder groans again, but this time her bright brown eyes pop wide open. "I'm not dead," is the first thing she says.

"Definitely not," Flint tells her with a grin. "Considering I've been carrying you around for the last two hours."

"You lucky boy," she purrs.

Luca looks shocked, but Flint just laughs as he reaches a hand down to help

c o v e t

her up. "You're right. I am." And then he wraps his hand around Luca's waist and pulls him close, whispering something that has his boyfriend's jaw relaxing.

Once standing, Calder pats him on the head and says, "Thank you for getting me out of there." Then she smiles her sexy grin at Luca. "You've got yourself a good one here."

It's the most sincere I've ever seen her—except when she's talking about herself, of course—and Hudson and I exchange surprised looks. Right up until she spots Mekhi and says, "Well, hello there." She tosses her hair and focuses her gaze on him like she's achieved missile lock. "How are you this fine morning?"

Mekhi seems completely overwhelmed under the onslaught. Not that I blame him. Calder is a lot in regular mode. Now that she's in spotted-a-hot-vampire mode, she truly is something to see.

"I'm good, thanks," Mekhi says after clearing his throat about five times. "How are you?"

"I'm fabulous," she tells him with another flip of her hair. "But I guess you already know that, don't you?"

"I'm, uh—" He glances to us for help, but we're too busy trying not to laugh to give him any.

Except Macy, who slides her arm through Calder's and spins her slightly away from Mekhi, just enough that he can break away from Calder's mesmerizing eye contact. "You are fabulous," Macy tells her with a bright smile that maybe doesn't quite reach her eyes. "Your hair is beautiful."

"It is one of my best features," Calder agrees. "But then all my features are my best features, you know?"

Eden cracks up, just full-on cracks up.

I start to interrupt Calder's litany on her own beauty—after six days, I've learned how to work with her—but before I can, she looks around and asks, "Where's Remy?"

My look must say it all, because her face falls.

"He didn't make it out?"

I shake my head. "No. He's okay, but he stayed behind—at least for now. He does have a flower, though."

She presses her lips together, and for a second I think she might cry. But in the end, she smiles and says, "Sounds like I have something to look forward to, then."

I want to say something else, something that might make her feel better. But nothing comes to mind, and before I can figure anything else out, Liam, Rafael, and Byron come fading through the cemetery like their everything is on fire.

"We've got a problem," Liam says, which—judging from the looks on all three of their faces—is the biggest understatement ever.

"Is it Cyrus?" Hudson urges.

"He's marching on the Unkillable Beast tonight," Byron answers. "With a whole battalion."

"That's fast," Mekhi whispers. "How did he even know we would be going for the beast?"

"Charon," Hudson and I say at the same time. The little bastard knows everything that goes on in his prison, which means he knows why we needed Vander. Nice to know he wasted no time in running to Cyrus with news of our release...and the intel that we've now got a key to free the Unkillable Beast.

"The river guy?" Eden asks, confused.

"Different Charon. His name is actually Charles," I tell her before turning to the group. "We need to go. We have to get there now, which means—"

"No riding us dragons," Eden finishes for me.

"Exactly."

"Honestly, I'm pretty freaking glad to hear that," Flint says. "I'm tired."

"Okay then," Macy says, dropping Calder's arm and stepping away to rummage in her ever-present backpack. "Portal it is."

"Do you need help?" Eden asks as she follows Macy over to a small clearing beneath the magnolia trees.

"Nuri and Aiden are leading the dragons to meet him," Byron continues. "But it's going to take time for them to get there and amass their troops."

"Yeah," Hudson agrees grimly. "We need to figure out a way to hold Cyrus off until the dragon army can get there."

"Yeah, but how?" Luca asks.

We start to talk strategy, but then I realize we have another problem.

"Calder?" I loop my arm through hers and pull her a little bit away from the group as Hudson and Liam start arguing about the best way to approach the Unkillable Beast's cave.

"Yeah, Grace. What's up?"

"We have to go."

She nods. "I know."

"We're going off to fight Cyrus. I know you wanted a piece of that, but I think Remy would be disappointed if you weren't here when he walks out."

She nods again. "I know."

"I…I guess it feels wrong, leaving you here alone. Are you going to be okay?"

She laughs. "Oh, you're so sweet. I'm going to be fine." She tosses her hair.

Okay. Not quite the response I was expecting. Then again, maybe she hasn't been in prison very long. Maybe she has family close. "So, umm, what are you going to do?"

"I don't know," she answers. "But I'll figure something out. I always do."

She's probably right. But I'm still not okay with that. "Can you wait here for a second?"

"I should probably say goodbye to Hudson and Flint and then take off—"

"Just give me a minute, okay?"

I'm afraid I've made her uncomfortable and that she's going to take off the first chance she gets, so I hurry over to Jaxon and whisper, "Do you have any money?"

"Yeah, of course." He lifts his brows as he reaches for his wallet. "How much do you need?"

"Everything you've got," I tell him.

It's a testament to who he is—and, maybe, the relationship we have even after everything—that he doesn't hesitate as he pulls five hundred dollars out of his wallet and hands it all to me. "Is that enough?"

I stare at it and try to think. "I actually don't know." How long will it last if Calder needs to get a hotel room or pay for new identification or simply find a way home? "It's for Calder," I tell him. "I don't think she has anywhere to go."

Luca hears me and pulls out his wallet, too. And so do the other members of the Order. When I head back over to Calder, I have about $1,200 to hand her.

"Oh, no, I can't take that, Grace." She tries to push my hand away.

"Please, I can't just leave you here. Not after everything you've done for us."

"But I don't know when I'll see you again to pay it back."

"It's a gift," I tell her. "So you can get a hotel room and some food for a few days."

She still looks like she wants to refuse, but in the end, she nods and whispers, "Thank you."

I give her a hug. "Thanks for everything," I tell her.

"Thanks for getting me out of there. You saved my life." She hugs me again. "Bye, Grace."

"Bye, Calder."

"Okay, I'm ready," Macy calls. "Let's move!"

Calder backs up, blowing kisses to Flint and Hudson and even a few at Mekhi as Macy performs the spell to open the portal. The last thing I see as we dive through it is Calder pulling a magnolia bloom off the tree and tucking it in her hair.

It makes me smile, despite everything we've got waiting for us. Maybe she really is going to be okay on her own after all.

# 151



### Not Every Island
### Is a Fantasy

**M**acy opens up a portal to the same beach we left from before, and I can tell by the stiff set of her shoulders that she's thinking about what happened the last time we were here. I think we all are. It's hard to walk out onto this beach without thinking about Xavier's body lying only a few feet away from where we are now, hard to walk toward the cave where he died.

But there's no other way to free the beast. No other way to get the Crown before Cyrus. No other way to save Jaxon. No other way to stop Cyrus from attacking Katmere. And no other way to stop the coming war. So into the belly of the beast we go.

But we soon realize that Nuri and her troops have gotten here before us. They're circling the air all around the island, guarding it and performing aerial surveillance. They're watching for Cyrus and his army, determined to cut him off before he has a chance at the Unkillable Beast…or the Crown.

I know they've got the surveillance down, but I'm still worried enough that I look around for any sign that Cyrus has beaten us here. So do the vampires—Hudson, Jaxon, and the rest of the Order fan out over the entire beach area, looking for any sign that the dragons might have missed.

But there's nothing. The beach is clear, the sand completely undisturbed. To be honest, it looks like no one has been here since we were, all those weeks ago.

When Hudson is convinced we haven't missed anything, he fades across the beach to me. "Hey," he says, wrapping an arm around my shoulder as I shiver in the chilly arctic air. "You ready for this?"

"Of course," I tell him, even though I'm anything but. Because now that we know the beach is clear, it's time to breach the rock formation separating the beast's cave from the rest of the island. It's time to go free him and get the Crown.

And it's time to sever our mating bond once and for all.

"How about you?" I ask, leaning in so close that we're breathing the same air.

He smiles that cocky grin of us—the one I used to hate but now love so much—and says, "Not even close."

This time when I breathe out, the air is choked with tears.

"Hey, none of that," Hudson tells me, like his voice doesn't sound a lot thicker than usual. "It's okay."

"It's not okay," I tell him. "None of this is okay."

"Oh, Grace." He pulls me close, strokes a hand down my cheek as he presses kisses to my temple. "I told you a long time ago that I'd never ask you to choose. Nothing's changed."

"Everything's changed!" I tell him, and for the girl who used to never be able to cry in front of anyone, I've sure changed my tune. "You wouldn't ask because you thought I wouldn't pick you. But I would. I would pick you, Hudson. If there was any other way, I would choose you. I love you."

"Well, shite," he says, looking away—but not before I can see tears glistening on his own cheeks. "I always knew you were going to crush me one day, Grace. I just didn't know that..."

"You were going to crush me, too?"

"Don't say that." He shakes his head, pulls me even closer, and his voice nearly breaks as he says, "I can let you go. I can watch you build a life with my brother. I can even come by every once in a while and be fun Uncle Hudson. But don't tell me that you hurt the way I do, Grace. Don't tell me that. Because I wouldn't wish this on anyone, and I would never, never wish it on—"

He breaks off as an explosion rips across the island.

And then all hell breaks loose.

# 152

### Armageddon Me
### Out of Here



For one second, two, Hudson and I stare at each other in shock as we try to figure out what's happening.

But as the screaming starts, we jump up and race toward the rock formation that leads to the cave. I leap on the rocks, start to race right through the opening, but Hudson grabs me by the waist and yanks me down behind one of the huge boulders just as a stream of lightning shoots over our heads.

"What's going on?" I shout at him. "Cyrus?"

"And witches," he says grimly, nodding toward a warlock racing across the top of the boulders, firing shots of lightning from his athame.

Macy peeks her head up from a boulder several yards away from us and shoots him with some kind of spell right in the ass. He falls into the hot spring with a screech.

All around us, vampires and witches are popping out from everywhere. They were in the water, in the trees, on top of the very rock formation we've been searching for the past fifteen minutes. How could the dragons have missed them? How could *we* have missed them?

"Vanishing spell," Hudson says, and I realize I asked the last question out loud. "We were looking for the vamps. We didn't know Cyrus had the witches with him. Charon probably tipped them off hours ago—as soon as I started earning money in the Pit. And he knew we were freeing the blacksmith. They've had plenty of time to scout out the island for the best positions, plenty of time to cast the spells to hide themselves." The last is little more than a growl.

"What do we do?" I ask as a dragon grabs a vampire in his mouth and flies straight up into the sky with him. "How can we help? And how do we—"

"Get to the Unkillable Beast?" He shoves me down with one hand, reaches up with the other, and yanks a made vampire off the rock right above us. The

vampire falls, fangs flashing, and Hudson snaps his neck without blinking. Then he reaches in his mouth and yanks out one of his fangs, flinging it across the sand.

"We need to get moving," I tell him as I ready myself to run for the Unkillable Beast's cave. "Others saw him disappear. It's only a matter of time before they swarm this area."

He nods, and we run for the cave, doing our best to take cover from the various trees and boulders along the way.

All around us, war is being waged, dragons against vamps and witches. Paranormals are being ripped in half, set on fire, skewered by spears of ice, and screaming in agony as their still-beating hearts are ripped from their chests. And in the middle of it are my friends—some are trying to get to the cave, while others are trying to help the dragons who would have been a match for the vampires but are horribly outnumbered now that the witches are involved, too.

A spell flashes right above our heads, and I drag Hudson to the ground. We crawl behind some bushes, and I measure the distance between where we are and the mouth of the cave. It's about one hundred yards, the length of a football field, but right now it feels so much longer.

And even if we do manage to get there, we have no idea what's waiting for us in the cave itself. My gut says Cyrus—he knows that's where Hudson, Jaxon, and I are going to go, which means it's his very best shot at us. Especially if he's been set up inside the cave waiting for us for hours.

But what's the alternative? Run away? Flee this island and head back where? To Katmere? Maybe that *is* our best bet, now that I think about it.

Yeah, Cyrus is here with the Unkillable Beast—which feels like a major crisis to the safety of the Crown. But he doesn't have the key. He can't open the cuffs. And if he doesn't open the cuffs, the beast will never be human enough—cognizant enough—to be able to tell him where the Crown is.

It's not a long-term plan, at least not with Vander and the key in the world. But if we leave now, we can save a lot of bloodshed. Why fight Cyrus here when he's got the advantage? Why not leave and make him come to us?

"We need to go," I tell Hudson.

"What do you mean?" He looks at me like I said the absolute last thing he was expecting. "Go where?"

"We have the key," I tell him. "If he fights us and wins, he gets the key.

c o v e t

He gets the Crown. He gets everything. But without it—"

"He has to work a lot harder. You're right. Let's—"

He breaks off as another scream rends the air, only this one sounds really, really familiar and sends a chill down my spine.

"Flint?" I turn, and I don't even think. I just run. I dash around a boulder and over a fallen tree...and then I see him—lying at the opening to the cave about thirty yards away. He's not screaming anymore, and I try to tell myself that's a good thing.

But it's not, because it only takes one look to realize that something is very, very wrong.

He's completely motionless, and he's surrounded by a growing puddle of blood.

He's not dead—I know he's not dead, or his bones would have been called back to the Dragon Boneyard. But he's not okay, either. This isn't some flesh wound he'll get back up from.

"We need to be *there*," I tell Hudson, who picks me up and fades us straight across the distance. He doesn't stop until we're next to Flint's head, and once I look down at his body, it's all I can do not to give in to the terror trying to claw its way out of my chest. The nausea rising in my throat. The dizziness that steals the strength from my legs as I collapse on my knees beside his body.

Thunderous explosions are going off all around us—I know they are because I can see rocks and trees and dirt flying through the air—but I can't hear anything above the sound of my own screaming in my head. Because what I'm looking at is the most horrific thing I have ever seen. And it's Flint.

His leg is sliced open from ankle to past the knee, all the way to the bone. His foot is barely attached to his leg, and blood is pumping out from a severed artery in his leg so fast, it can't even soak into the sand. Instead, his life is pooling all around him in a sticky, sandy, bloody mess and I know—I know I can't save him. No one can.

I can heal, but not this. Never anything like this. It's too much. It's just too much.

I turn to Hudson, who looks as shaken as I feel, but he grabs my arm and says, "Take whatever you need."

I don't know what I need, don't know how much power I'd have to find to possibly counteract this. But I'm running out of time to think. I have to do something, or Flint is going to die. My heart is pounding in my chest and my

hands are shaking so badly, I can barely hold on to Hudson. But I do. For Flint.

Closing my eyes, I reach deep inside Hudson and pull out as much of his power as I can take. He's still weak from the Pit, but I gave him enough energy earlier to start the healing process, and he's a lot better off than he was even a few hours ago.

My tattoo burns as the magic lights each tiny needle prick in incandescent light, starting at my wrist and winding, winding, winding around my arm. By the time the tattoo is lit halfway up my arm, I decide I've taken enough. "Go!" I yell to Hudson as I turn toward Flint and set to work trying to heal him.

I close my eyes again and channel as much of my energy into Flint as I can, as fast as I can.

All around us, witches and vampires are attacking with fangs and spells and paranormal powers. But I don't pay attention to any of it. I can't. Flint has lost so much blood, he's in such bad shape, that any break in my concentration might end up harming him irreparably.

It's not like I'm an expert at this, not like I know what I'm doing. Like with Mekhi back before we came here the first time, I just follow the pain, follow the injury, and do whatever I can to bind what's been broken back together again.

Besides, Hudson has my back. I can hear him throwing vamps and witches away from Flint and me, know he's fading around and around to keep us safe, and I've never been more grateful that I have such a badass mate in my life.

I might not have enough confidence to trust anyone else like this, to just give my life and Flint's life up to them so completely. But this is Hudson, and if there's one thing I know, it's that as long as he has a breath in his body, nothing will touch us again.

So I focus on Flint and start with the artery, because if I don't get that stopped, fixing the rest doesn't matter. He's already lost so much blood. His breathing is shallow, his heartbeat too slow, and I know he doesn't have a chance if I don't hurry.

I'm not exactly a biology major, but I'm going to go with the small, slippery thing gushing blood as being the artery. I grab on to it—thankful it hasn't rolled back up his leg like I've seen in a few war movies—and get to work healing the opening.

It's harder than I expected it to be, and I don't know if that's because

c o v e t

I've never had to heal something this serious before or if it's because Flint is so far gone.

I don't like the thought of it being the second reason, so I block out the fear and concentrate only on what I know, on what I can figure out.

"Don't you die on me, Flint," I order as I squeeze the artery together and try to mend it by envisioning hundreds and hundreds of little stitches closing the severed pieces of tissue, holding them together.

I don't know if that's right, don't know if anything I'm doing is right, but the longer I hold the artery and stitch, the slower the blood flows. And in the middle of all this epic disaster, I'm going to consider that a win.

Heat burns through my hand, up my arm, and I nearly weep with relief at the proof that my healing powers have finally kicked in, are able to draw energy from my tattoo. And so I keep doing what I'm doing, imagining the stitches, imagining the artery weaving itself back together slowly, slowly, slowly.

But it doesn't take long before the heat starts to go away, and I know it's because I'm running out of power. I open my eyes, look around for the first time in several minutes, and realize Hudson is taking no prisoners. He's fading all over the area around us, and more than one vampire body hits the ground in the next few seconds.

I want to call to him, want to tell him that I need more, but I don't want to distract him. Not when people are dying out there and, with one distraction, he could just as easily be next.

He must feel me staring at him, though, because less than a minute passes before he's back, sitting down next to me. His face and hands are streaked with blood, he's breathing hard—a surefire sign that his energy reserves are running as low as mine are. But his cobalt eyes are as bright as ever as he offers his hand to me.

"I'm sorry," I tell him, hating what I need to do even though I have no other choice.

But Hudson just shakes his head, as if to ask, *What for?* And even manages a grin as he says, "Take whatever you need, baby. I'll be fine."

# 153

## With Grace Power Comes Grace Responsibility



I take as little as possible from Hudson. I know it's not enough to even begin to heal what I'm dealing with from Flint, but I also know there's nothing I can say to keep Hudson from going back out there. I can't send him off with nothing, no matter what he says.

"You sure that's all you need?" Hudson asks as I turn back to Flint, and I nod, making sure he can't see my face as I do.

"Okay," he says, brushing a gentle hand over my hair. "Good luck." And then he's gone again, fading straight back into the fray.

I know it's bad out there. I can hear the screams and the growls, the sounds of bodies hitting bodies and bodies hitting the ground or the water. I still don't look, though. I don't want to know, not when Flint is still so close to death. And not when there's a chance I can save him.

I finally have the artery closed to my satisfaction, but there's so much more to repair. To begin with, if we don't get the muscle at least somewhat pieced back together, I am afraid the artery is going to roll all the way back up his leg. Plus, if I don't get the artery that's in his calf repaired, he's going to lose his leg—and that's *if* I can keep him alive.

I dig down deep, try to find more energy to do this next step, but there's almost nothing left. I'm exhausted, worn down, my power completely drained. But if I can't find something soon, I'll lose Flint, and I can't let that happen.

So I reach out for earth magic, let it flow up my legs and into my tattoo—but nothing happens. I glance down at the delicate pattern of flowers and leaves, but I can't seem to get earth magic to store inside my tattoo. I only spare a moment to wonder if the ink doesn't work with elemental magic before I decide that's a question for another day and instead try to just channel the earth magic to heal Flint.

But where Hudson's magic in my tattoo was strong and enabled me to

c o v e t

quickly close an artery, earth magic is clearly only good for healing more minor injuries. I can't draw in enough power to heal Flint faster than he's losing blood. I'm about to give up and call out for Hudson to give me a little more juice when I glance left and spot Jaxon standing ten feet away, staring at Flint's mangled body.

"I'm here," Jaxon says as he fades to the mouth of the cave. And oh my God. I thought Jaxon looked bad before? As he stares down at Flint, the agony etched in his hollowed features grows exponentially. He thrusts his arm at me, shaken, his gaze never leaving Flint's leg. "Take whatever you need."

I don't think twice. I just grab on to him and channel and channel and channel, even as I keep my other hand on Flint's leg, sending some into Flint, filling my tattoo with the rest.

"Is it too much?" I ask after a minute, because Jaxon's looking mighty gray.

But he merely shakes his head. "Do what you need to do."

And so I keep taking energy from Jaxon with one hand, turning it into power within me and using that power to slowly start putting Flint's leg back together enough that I'll be able to attach the two pieces of the next section of severed artery together.

But can I just say that before I try anything like this again, I need some training, because instinct, high school biology, and emergency room dramas can only get me so far. They're not enough to teach me what I need to know to do this. And I'm so scared. My hands are coated in so much blood, and as fast as I'm trying to work, I can feel his heart slowing, can feel Flint slipping away.

I lift my hand from Jaxon's arm to let him know there's no point in killing them both, but he clasps his other hand over mine. "Don't give up," he begs me. "Please. I've got more."

I don't know if he does or not, but I choose to take him at his word. Because I can't give up on Flint. It would be like giving up on Jaxon, too. And so I grab his arm again, and I draw his power into me, seek out more tears in Flint's blood vessels, and I knit.

I'm working as fast as I can, sweat dripping down my face as I turn my attention from one mangled area of his body to another, careful to take some of Jaxon's power and store it in my tattoo for later as well as heal, and for the first time, I think I might actually be making progress. Flint's heartbeat is still dangerously slow, but I've almost got the blood flow stanched. I need a little more and—

Luca fades right up to us. "Hudson says—" He breaks off as he sees Flint for the first time.

"What—" His voice breaks. "What do we— What can we—"

"She's doing it," Jaxon tells him, voice blank but eyes absolutely livid.

Luca falls to his knees beside Flint, picks up his hand, and presses it to his face. "Please," he whispers to me. "Please."

"I've got him," I tell Luca, even as I pray that it's true. "I'm not letting him go."

He nods, looks at Jaxon. "What do I do?"

"Use it," Jaxon snarls, and Luca nods.

Seconds later, he's gone, and screams split the sky as witch and vampire alike fall to the rocks below us.

I don't bother to ask if it's Luca doing the killing. I already know that it is.

"Go," I tell Jaxon, and he takes off as I turn to Flint and continue to heal. I think about changing to my gargoyle form, about taking a small piece of myself and using it to heal Flint the way I did Mekhi. But every instinct I have is urging me to stay the course, screaming at me that it's not time for that yet, that this is the only way to save Flint.

And so I do, pouring everything I have inside me into him until my tattoo grows dull again. Each time it happens, I grow weaker, more exhausted, but it only makes sense. Power is a gift and a responsibility, but no matter how much you have—or how much you can borrow—there's still a price for cheating death.

I've learned it from Jaxon, from Hudson, from Mekhi, and even from Xavier in his own way. There is only so much power can do, but here, now, for Flint, I'm determined to do whatever that is. Whatever it takes.

Hudson and Jaxon pop back around, and they're even bloodier, even more beat up this time. Still, they hold their wrists out to me, and I don't hesitate as I grab on to both. I take energy to do the next round of healing, and then they're fading right back out.

Luca stops in a couple of minutes later to check on Flint. He's shaky, not steady on his feet, but still insists I siphon as much as I can from him. The moment I touch him, I realize he's nowhere near as powerful as Hudson or Jaxon, but he's got some power, and I do my best to tap into it. It's harder with him than it is with the two of them, and I don't know if it's because he just doesn't have the same strength or if it's because my life has been irrevocably

connected to the Vega brothers.

I guess it doesn't matter in the long run, especially since Luca jerks away from me the second a witch pops up next to us. She sends a bolt straight at Flint but it misses, and Luca takes off after her. He almost catches her, but at the last second she turns around and sends a spell careening straight toward him.

He tries to dodge, but it's too late. The bolt slams straight into the center of his chest.

# 154

## Till Death Do Us Part



I scream as the sickening scent of charred flesh fills the air. It makes me gag, nearly makes me vomit, but I swallow down the bile...until Luca's lifeless body lands a few inches from where I'm kneeling.

I knew he was gone before he hit the ground, but it doesn't stop me from reaching for him, from telling myself it's not true. From trying to take it all back.

But it's too late. There's nothing left for me to do, nothing left for me to heal. He's gone. He's really gone.

And Flint is likely to follow.

Grief and fear and rage consume me. How can this be happening? He sends us to jail for trying to stop a war and now he's *starting* one? He's killing people, destroying them, because he's greedy—and because he can. But *we're* the criminals?

I look out at what was once one of the most peaceful, beautiful places I'd ever seen. Hot springs and trees against the backdrop of mountains and an arctic sea. Now, it's littered with bodies, with blood and gore and broken hearts, and I want to be out there. I need to be out there.

The wolves are here, too, now, fighting with the vampires and the witches. There are so many of them—too many. There's no way the dragon guard can hold them off, even with so many of my friends fighting alongside them.

I think about shifting. About going out there to fight with Hudson and Jaxon and Macy and Mekhi. But if I do, Flint will die. It's true they need more fighters, but I have to trust them to pull this off. Trust them the way that they're trusting me to take care of Flint.

It's a lose-lose situation, but maybe—just maybe—I can save Flint. Maybe. And if I can, maybe they can find a way to save the rest of us.

I scramble back to Flint's body, wishing I had something to cover Luca with out of respect. But there's nothing, so I empty myself in an effort to save

c o v e t

the boy who Luca gave his life for. The boy who Luca loved.

Tears are flowing down my face, sobs racking my body, and I know that I need to stop. I need to take a minute and just get my shit together. But I can feel Flint's spirit flickering inside him, and I know that this is it. This is when things go right or they go very, very wrong.

And so I keep my hands where they are, emptying every single speck of power that I can find inside him. A werewolf bounds across the rocks at us, and I brace myself for the attack. I've left myself open. In draining myself this much, I don't even have enough energy left to shift.

But at the last second, Macy drops down in front of me, and she sends a spell at the werewolf that petrifies him where he stands, his body sliding straight off the rocky edge into the hot springs.

"Jaxon told me what happened," she says. "I've got you." And then she performs another spell, one that slaps up a magical barrier between us and the rest of the world.

Hudson basically squeaks in before the barrier closes. He takes one look at me and holds a hand out so that I can siphon more power. But then his eyes fall on Luca's body, and everything inside him withers right in front of me.

"He was trying to protect Flint," I tell him even as I take his hand and channel more power from him. Not too much, because I know why he's here this time, and it has nothing to do with giving me power and everything to do with putting an end to this once and for all.

"Who was?" Macy asks, turning around for the first time.

She gasps as she catches sight of Luca's body, her eyes filling with tears as she looks between him and Flint's injury. "Oh no," she whispers, and I know a part of her is thinking about Xavier.

I brace myself, expecting her barrier to falter—it's hard to control magic when your emotions are volatile, I'm learning the hard way—but Macy's magic never wavers. Instead, she locks her jaw, keeps her wand pointed at the barrier, and stretches her other hand out to me.

"Use me this time," she says. "Hudson needs his energy more."

Which means that she, too, knows why he's here.

I switch to channeling her energy. It's so different from Hudson's or Jaxon's or Remy's that at first I'm not sure I'm even doing anything. But then I feel it, feel her—light and feminine and powerful in a very different way—and I start pulling in as much of her as I think she can stand.

More screams echo outside our barrier, and Hudson seems to crumble right in front of me. "Grace," he whispers, and I nod. Because I know what he's here to ask. I know what he needs me to say.

He is the one who can save us. He is the one who can bring all of this to an end. But at the same time, what will it cost him to do it?

Everyone is afraid of him, of what he can do. But that's only because they don't know how much he hates his powers. How he would trade them in an instant.

I saw his eyes in the Chamber, saw how tortured he was by what he'd done and what he could do. He's used his powers only once in all the time I've known him—the day of the Ludares challenge. And even then, even furious at his father and enraged at the idea of me dying, he'd made sure everyone was safe. Made sure that when he brought that stadium down, no one was inside it.

But here, now, it's the opposite. If he uses his powers—if he takes off the leash he keeps tied so tightly around them—it would be the nuclear option.

He doesn't say a word, but he looks at me with eyes that have seen too much and a heart that has been broken too many times to bear. At first, I think he's asking for my permission, but the longer I gaze back at him, the more I know that that's not it at all. He's seeking forgiveness, not for the past but for what he's already decided to do.

Not because he's a murderer like his father or an opportunist like his mother but because he loves the people who might very well die in this fight if he doesn't stop it. Jaxon. Macy. The rest of our friends.

Me.

That's the real rub, the one thing he could not bear. It's written all over his face—he would disintegrate anyone—everyone—if it means saving me. He would literally set fire to the world.

The girl I used to be, the girl who once judged him so harshly, would be horrified by that thought. But the woman I've become—the woman who has fought alongside him for her friends, for her family, and for the men she loves understands more than he would ever think she could.

Because I would burn down the world for him, too, if I had to.

And so I do the only thing I can do for him. I nod.

He closes his eyes, blows out a breath. He opens his eyes again and holds me transfixed. Then murmurs, "I love you."

I smile, because I know what he means. I know that he loves me, not

because I forgive him but because I gave him permission to forgive himself. For someone who has spent two centuries torturing himself over things that he's done and things that he hasn't done, it's a powerful gift.

I whisper back, "I know," and his eyes crinkle slightly at the corners at our inside joke.

Then he closes his eyes…and lets me go.

He squares his shoulders, prepares himself for what he has to do. And even though it could very well crush his soul, he's going to save us all. He's going to go out there and be the person he needs to be. Not for me. *Because* of me. The same way he makes me want to be the best version of myself because of him.

And that's why I know what I have to do.

I can't break our bond just because Jaxon needs me. Yes, I hate the idea of him suffering for something that wasn't his fault, for losing his soul over something he never had any control over. But we'll find another way.

Because this beautiful boy standing in front of me has never asked anything of me for himself. And he deserves the best of me now. Just as I deserve the boy I love.

I reach deep inside myself and grab on to our blue string. I squeeze it as hard as I can and watch Hudson's eyes widen. And I say, "I choose you."

I can see the indecision on his face, read it in his every breath. A beautiful symphony of agony and ecstasy playing across his features. He wants me, but not at the cost of killing his brother. And I love him even more for that.

"It's okay." I smile at him gently. "I chose so you don't have to. Now go kick some ass so I can focus on Flint and then come back to me where you belong. We'll find another way to save Jaxon's soul. If Cyrus wants the Crown this badly, I'm betting fixing a soul is the least it can do."

Hudson's face goes blank for one second, two, and I start to ask him what's wrong. But then I realize it's not blank at all. There are tears in his eyes, and he's trying not to let them fall before he heads out to deliver the ass-kicking Cyrus and his allies so richly deserve.

Before he turns away, he squeezes the mating bond right back and finally opens himself up to me. And oh, what I see—as he reveals what's really inside him—I learn what I've been missing. Learn that my fears have been groundless.

Because for me, Hudson's love is endless.

# 155

## I Never Promised
## You Forever



Hudson starts to move back through the barrier, but before he can, Jaxon lands on the cliff right outside the cave entrance. He grabs on to the wall, and Macy drops her magic enough for him to stumble inside.

"Jaxon?" Macy gasps, reaching out.

But Hudson gets there first, catching him with an arm around his waist just as Jaxon's legs give out. In a grim voice, Jaxon mutters, "Fucking Cyrus."

"What's wrong?" I ask, straining to see...and then wish I hadn't. Because there are two massive bites on the side of his neck.

"No," I whimper as I look at Hudson. "Don't tell me that. Please don't tell me he bit him." But he did. The evidence is literally all over Jaxon. The eternal bite.

"What do we do?" Macy gasps as her gaze darts among the three of us. "How do we fix it?"

"We can't fix it," Hudson growls, and he's shaking almost as badly as Jaxon now. "I'm going to kill him. I swear to God, I'm going to kill that son of a bitch."

"Maybe I can—" I freeze, looking back and forth between Jaxon and Flint as my worst nightmare comes true.

"Save him," Jaxon tells me, his voice already broken and shocked from the pain.

I remember that pain, remember every second of agony as Cyrus's venom spread through me. I want to hold Jaxon, want to wrap myself around him and take the pain away, but I can't even do that. I can't do anything but watch him die.

"Did you hear me, Grace?" Jaxon reaches out, grabs hold of my hand. "Take it all. Take everything inside me and *save Flint*."

"No." I shake my head as tears I didn't even realize I had left to cry spill

down my cheeks. "No, Jaxon. No. Don't ask me do that. I can't. I—"

"Listen to me," he grinds out. "We both know I'm dead already. My body just hasn't hit the ground yet. Take whatever's left in me, whatever you can get, and use it to save Flint."

"Jaxon, I—"

"Please, Grace." He squeezes my hand as tightly as he can manage. "I'm begging you. Do this for me. *Please*."

My stomach revolts, and for a second I think I'm going to vomit.

How many times can one heart shatter?

How many times can I break wide open?

I'd do anything Jaxon asks of me, but I can't do this. I can't kill him. Not Jaxon. Please, God. Not Jaxon.

He must see it on my face, must know that I'm going to refuse, because now there are tears in his eyes, too. Hudson moves to lay him down, but he grabs on to me with his left hand. "Grace," he says, and for that one moment, it's as clear and commanding as anything he's ever said to me. "If I ever meant anything to you, if you ever loved me at all, you'll do this one last thing for me."

My gaze finds Hudson, and he looks as devastated—as decimated—as I feel. But when our eyes meet, he nods.

And I know it's the right thing to do, but still. It makes me so mad—at him, at Jaxon, at the whole fucking universe—because they aren't the ones who have to do this. They aren't the ones who will have to live with this for the rest of their lives.

"Okay," I whisper, and I take one second—just one precious second—to smooth Jaxon's hair back from his face. "I'll do it."

"Thank you," he whispers, his hands dropping away from me.

"Lay him next to Flint," I instruct, kneeling between them as Hudson does as I ask.

Once he's settled, I put my hand around his wrist and ask, "Are you ready?"

He nods, even as he stares at me with pleading eyes. "Don't leave me, okay?"

"What?"

"When it's done, when Flint is healed... I know I don't have the right to ask anything else of you, Grace. But please, I don't want..." He closes his eyes, as if ashamed. "I don't want to die alone."

I only thought my heart was broken before because, just like that, it cracks straight down the middle. "You don't have to worry about that," I promise him. "I'm not going anywhere."

Behind me, Macy is sobbing full-out, and Hudson looks like he's ready to rip his father limb from fucking limb—a plan I am more than on board with.

I close my eyes, take a deep breath, and prepare to kill the first boy I ever loved.

# 156

## Talk About a Dustup



It only takes a second before his energy starts pouring into me, his power lighting up my tattoo so bright that I can barely look at it. There's so much power—so much heart—inside him, it only takes a few seconds before the tattoo starts to undulate on my arm, snaking up and down and around as it glows more and more brightly.

My other hand is on Flint, and I'm pouring Jaxon's unchecked power into him in a way I couldn't do before. Normally, when I channel power from Hudson or Jaxon, I skim the surface, take only what's on the very top layer. But now, with Jaxon, I dig deeper so that the energy rolling out of him, rolling through me, rolling into Flint is more powerful than anything I've ever tried to harness before—except maybe for Remy.

I can feel Jaxon weakening, can feel the spark deep inside him starting to grow dim, and it makes me want to scream. Makes me want to break the whole fucking world. But a promise is a promise, so I stay the course.

Already, I can see Flint's wounds getting better in a way they weren't before. The muscles are building up enough at this point that I might even be able to try to repair his leg.

Jaxon must feel himself fading, too, because he looks at Hudson and says, "You better take good care of her, or I'll haunt your ass for an eternity."

Hudson's eyes say he's screaming inside right along with me, but his voice is droll when he answers, "I don't think vampire ghosts are actually a thing."

Jaxon chuckles. "Yeah, well. You know me. Always wanting to be an original."

"That's for sure," I tell him, even as his words to Hudson register. Is that why he went after Cyrus alone? Because he had heard what I said to Hudson?

"I'm sorry," I whisper, and this time I can't keep the sobs at bay. "I'm so sorry."

"Nothing to be sorry for," he tells me. "I love you, Grace. Too much to ever let you choose me." He squeezes my hand. "This is how it was always supposed to go."

"Jaxon—" My voice breaks.

"No more," he tells me, eyes glittering with a million different emotions. "Now, hurry up and finish it. Pull out what you can get before that bastard's bite takes it all."

Hudson reaches over and puts a hand on Jaxon's shoulder. "I love you, brother," he murmurs, but Jaxon is too far gone to answer.

Then, with the fury of a thousand suns burning in his eyes, he gets up and walks to the edge of the rock formation we're balanced on.

"Drop the protection," he tells Macy, and there's something in his voice—in his demeanor—that has her letting go of the spell without so much as a word of protest.

He strolls all the way out onto the ledge, hands at his sides as he surveys the havoc and the damage his father continues to wreak.

A witch comes flying at him, wand at the ready. But just as she is about to launch her spell, Hudson glances her way. And she turns to dust in an instant.

He moves to look the other way at a small pack of wolves making their way up a boulder to ambush Mekhi from behind. With a flick of his wrist, not only are the wolves gone but so is the giant boulder Mekhi was standing upon. Dust fills the air around him as he falls harmlessly to the sand.

A pack of made vampires—under Cyrus's direction, I'm sure—makes a beeline for him, and Hudson disintegrates the whole group of them in the space between one breath and the next, the dust of what they used to be hanging in the air like a dream.

And still he's scanning the area, his gaze moving from tree to tree, boulder to boulder, for any sign of enemies—for any sign of Cyrus.

He's here; I know he's here. I can sense the evil in him. Can feel his malevolence infecting the whole area, and I can tell that Hudson can feel him, too.

In the meantime, Jaxon can't even keep his eyes open anymore, his energy so low that I know I won't be able to hold on to him much longer. Even if I don't let him go, even if I try to hold on, the eternal bite is closing in. Shutting down his organs and his systems. Turning him into petrified stone from the inside.

Death is too good for Cyrus, but I'll take it. I'll take anything that gets that bastard out of our lives for good.

Jaxon moans, shudders, and I know the pain must be excruciating by now. "It's okay," I whisper to him as I smooth a hand over his hair. "I'm right here."

He's too far gone to answer, but I keep stroking him even as I drain him of more power.

Outside, Hudson is still under fire…and still kicking ass. A rogue dragon sends a dagger of ice straight for him, but with a flick of his finger, the dagger disintegrates. And so do the dragon's wings.

In the blink of an eye, ten to twelve vampires swarm him—and then melt into nothingness with only a look. This is Hudson Vega, the most badass vampire in existence, and he is beyond livid.

He's walking along the edge of the cliffs now, decimating anyone who crosses his path. Two werewolves, teeth gleaming as they lunge for him, become dust. So does a witch lucky enough to land a spell on his shoulder.

Hudson staggers as the bolt slides through muscles, but the witch doesn't get a chance to touch him again. And neither does anyone else, because Hudson has had enough. He's made it to the edge of the rock formation, hands raised high above his head.

I brace myself, expecting anything—expecting *everything*—and when he lowers them in a powerful whoosh, I am not disappointed. Because out of nowhere, it all disappears. The hot springs, the surrounding cliffs, the dozens upon dozens of trees, all gone in the blink of an eye.

For several beats, everything comes to a stop. The fighting, the skulking, the flying spells. They stop as every single person in the entire area focuses on my mate. On Hudson.

He's drained—I can tell that last move took everything out of him. The energy he's given me, the fading, the fighting in the Pit, it's all caught up to him, and that last blast took everything he had in reserve. I can feel through the mating bond that there really is nothing left.

And yet he chose this path anyway. He could have killed everyone with that blast, could have melted their bones and turned every person in the whole area to dust if he'd wanted to.

Instead, he'd chosen mercy—and left himself vulnerable because of it.

There's a part of me that admires the move, that knows there's no forgiveness needed for what he's done here. But the rest of me—the mate

TRACY WOLFF

part that loves him more than my own life—is livid. Because he's left himself wide open to attack at a time when he needs to be as invulnerable as possible.

But this is Hudson, and if there's one thing he's better at than razing things to nothing, it's bluffing. And as he stands up there, surveying everyone who has fought with him and against him, he raises his hands up again and bellows, "I will only show mercy once. Leave now or you. Are. Next."

No one moves, and I feel my stomach tighten as I realize that the bluff didn't work. That they are going to call him on it. But then I realize the witches are spinning portals as fast as they can make them, then diving through just as quickly.

And as they all flee—Cyrus at the forefront, I'm sure—I can't not think of Delilah's message from all those weeks ago. *Appear weak when you are strong.* And the second half she didn't say: *Appear strong when you are weak.*

He bluffed and, in doing so, saved us all.

# 157

### All the Broken Pieces



As Hudson watches Cyrus's allies turn tail and run, I focus on Jaxon. And realize that I've taken all that he has to give. There's nothing left for him and, truthfully, barely anything left *of* him, either.

I hold his hand still, but I stop siphoning any energy from him. I direct the last little bit of power housed in my tattoo into Flint. Then smooth a hand down Jaxon's ashen face. His breathing is shallow now, his body shivering so much that Macy has shrugged out of her hoodie and draped it over him. But it's still not enough to stop the drastic shaking as his entire body prepares to enter the death throes.

"Was it enough?" Jaxon seems to gather some new reserves of energy, enough to choke the words out as I continue to stroke his face. Because there's no chance that I'll let Jaxon die alone as he feared. No chance he is going to die any other way than surrounded by love. Flint and me on one side of him, Macy on the other.

We owe him so much more than that, but here, now, it is all that I can give him.

"More than enough," I tell him, and he smiles, even as his eyes drift closed one last time.

"God, have I got a headache," Flint groans from the other side of me as he struggles to sit up. "What the fuck happened? What did Jaxon do? Did we miss the whole fight?"

Jaxon groans, though he's not strong enough anymore to open his eyes. "Leave it to you to bitch at me for saving your sorry ass," he says so quietly, I have to strain to hear him.

"The day you need to save me," Flint starts to joke, then freezes when he gets his first good look at Jaxon. "What's—" His voice breaks. "What's wrong with him, Grace?"

"Cyrus bit him," I answer softly. "And you were badly wounded. He didn't want to die with all his power inside him if he could save you, so I..." I let the words drift away, barely able to think them myself, let alone say them to Flint.

"Don't tell me that." Flint's eyes well up. "Don't you fucking tell me that, Grace."

He rolls over, tries to reach for him. "It's okay, Jaxon. You're going to be okay."

Jaxon laughs a little at that, which causes a massive coughing fit. "I think—" He starts when he can finally breathe again, then breaks off because he's too winded and it takes too much energy. "I think you've pretty much run out of time on that prediction," he finally manages to gasp out. "This is as good as it's going to get."

"No," Flint says, and there's an agony in his eyes I wouldn't wish on anyone. Then again, it's the same agony burning a hole deep inside me at this very moment. "Don't do this, man." He turns to me. "Don't let him do this."

"I can't stop it," I whisper, and I've never felt like more of a failure in my life.

"You're going to be okay," Jaxon gasps out.

It's the last thing he says as Hudson, Mekhi, and the rest of the Order come racing across the ledge with the dragon army right behind them. Once they reach us, as many of them as can fit crowd into the entrance of the cave. Hudson and the Order all look as broken as I feel. Even Eden is crushed.

Flint searches their faces with wild eyes, and at first I don't know what he's hoping to see—until the moment it dawns on me. "Luca?" he whispers, hunching in on himself like he can't bear to hear the answer.

I shake my head, whisper, "I'm sorry."

"What happened here?" Flint almost screams. "What the fuck happened here?"

No one answers as Jaxon's chest rattles, his breath growing more and more shallow.

Hudson falls to his knees beside his little brother, dropping his head onto Jaxon's shoulder as he grabs hold of his hand.

"Somebody please tell me what the fuck I missed," Flint begs as Jaxon exhales again. Long seconds pass as we wait for him to inhale. And wait. And wait. And wait.

But it never comes.

"He's gone," Macy whispers as she pulls her hoodie up to drape over Jaxon's face. "How can he be gone?" She's not crying now. She just sounds… bewildered.

"How did we let this happen?" Mekhi whispers, shrugging out of his own hoodie so he can do the same for Luca's body.

"It happened because I failed you," Nuri says, dropping to her knees beside her son and pulling him into a hug. "This is my fault. From the first time I aligned myself with Cyrus, I knew that this could happen…and still I did nothing. Still I let him run roughshod over every important law we had. And now we're here."

"They're gone, Mom," Flint whispers, tears streaming down his face, and he sounds more broken than I've ever heard him.

"I know, my love. I know." She looks away from his face to the terrible wound at the bottom of his right leg, and when she turns back to me, she has steel in her voice. "There was no other choice? Only…"

"I tried," I tell her, even as shame burns inside me. "But either I'm not strong enough or it couldn't be healed. Not if I wanted to save his life."

For the first time, Flint seems to notice that the pain he's in is from more than an injury. It's because he's missing his right leg from the knee down.

"I'm sorry," I tell him. "I'm so sorry."

But he just shakes his head. "I've lost Luca and Jaxon," he tells me through a throat thick with fear. "What do I care about my fucking leg when I've lost them both?"

"No, son," Nuri says with a shake of her head. "You haven't. I won't let that happen."

"It's already done." Mekhi speaks up. "There's nothing to stop."

But Nuri squares her shoulders. "This is my fault. And I will set things to right." She moves to her husband. "Aiden, darling—"

"I'm here," he tells her, wrapping an arm around her waist like he needs to hold her up. "And I'll be right here no matter what."

She nods regally and then steps back.

# 158

## Cross My Heartstone



My heart is in my throat as I watch Nuri move to the front of the cave entrance. I don't know what she's going to do, but I know it'll be something big. The way Aiden is looking at her like she's the bravest, most wonderful woman in the world tells me that much.

Flint isn't watching. He's got his head in his hands sobbing, and his grief is a wild thing tearing through the room, biting and clawing at all of us who are already in such bad shape.

Nuri holds one bejeweled hand up and changes into the most beautiful, elegant golden-brown dragon I have ever seen. She's proud and huge and regal, so regal, as she gazes down at her son.

Flint watches the shift, and his eyes go wide as his face drains of color. "No!" he screams. "Mom, no!"

He pushes up, tries to get to her, but he's still weak from everything he has lost, and one of his legs is still useless.

It's over in the space of one beautiful heartbeat. Nuri uses a talon to slice her chest open, then reaches inside and pulls out a glowing red jewel so big, it barely fits in her hand.

Her dragon makes one long, low, keening cry of sorrow, so heavy and profound that it has all of us falling to our knees in front of this woman and her sacrifice.

In a blink, she's human again.

Tears are pouring down Aiden's and Flint's faces and even Eden's cheeks, as they watch her walk to Jaxon. A sweep of her hand has Macy's hoodie on the ground, and then she's placing the jewel right in the center of Jaxon's chest.

As soon as it touches him, it starts to pulse, the light it casts diffusing through the room until every single one of us is touched by it. Only then does it begin to spin, slowly at first and then faster and faster as it seems to drill

COVET

itself right into Jaxon's pale, still chest.

"Oh my God," Hudson breathes, his tone more reverent than any I have ever heard from him. "She gave him her dragon's heart."

The moment the stone finishes sinking into his chest, we all wait. One beat, then two. And then Jaxon gasps. His body arches off the ground where it's been lying, and he jackknifes into a sitting position as he draws loud gulps of air into his chest.

It's a good thing I'm still kneeling, because every bone in my body has just gone weak. Hudson grabs me and holds on tight, but he's shaking so badly that I'm not sure if it's because he wants to support me or because he needs me to support him.

Either way, we're holding on to each other now, and I figure that's the way it's supposed to be.

"Your dragon heart," I breathe. I remember the story she told me of the price a dragon paid to the Crone in order to leave the Aethereum: his dragon heart. *A fate worse than death*, she'd said.

"I've only heard rumors," Hudson says as Nuri's dragon guard surrounds her. "I didn't think it was possible."

She emerges cloaked in one of the dragon guard's capes, and her eyes zero in on Hudson's. "Yes, we can give our dragon heart if all the circumstances are right."

"It's rare, though," Eden murmurs. "Because once you gift it—" She breaks off, has to clear her throat as tears continue to slide down her cheeks.

"Once you gift it, you lose your dragon forever," Flint finishes. "You can never shift again."

My hands fly to my mouth as the pain of her sacrifice reverberates through me. I lost my gargoyle for a week, and I could barely stand it. Nuri just gave away her heart—and her dragon—to Jaxon for the rest of her life.

The sacrifice is unimaginable.

"Nuri." I call her name because this is the bravest, most beautiful act of love I have ever seen.

She just smiles at me. It's a sad smile but a smile nonetheless. "Whatever it takes," she whispers, and it brings me right back to that moment in her office and what we promised—to ourselves and to each other.

Whatever it takes to defeat Cyrus. Whatever it takes to keep the people we love safe.

I nod, and she shifts her gaze to Jaxon, who is staring at her, at all of us with wide, confused eyes. "You owe me a life debt, vampire. And I am claiming it here. Protect my son."

Jaxon nods, and the look on his face slowly morphs from shock to understanding. "Thank you," he whispers.

She inclines her head, then turns to her husband, who still has tears streaming down his face. "It is time to go home, my love."

He nods and shifts into a bright-green dragon that looks so much like Flint, it makes my heart ache. Nuri climbs on like she was born to ride a dragon—nothing like my awkward ascent onto Flint's back all those weeks ago.

We watch, silent and overwhelmed, as Aiden takes to the skies, the dragon army right behind him, carrying their wounded in their talons.

And as they stretch their wings, as they fly out to sea, the bodies of the slain dragons slowly rise from the ground beneath us, the last of their magic bearing them across the ocean to the Boneyard where they will rest for an eternity.

And as I watch them go, I think again of the vow Nuri and I made to each other.

These are still early days. The war is coming, the world we live in changing as incessantly as the seasons by which we mark our lives. But now, as I stand here, surrounded by the people I love most in the world, I finally understand what it means to rule with compassion. With dignity. With love.

# 159



<div align="right">

On a Wing
and a Prayer

</div>

Silence reigns after the dragons disappear into the horizon. Until Macy whispers, "What. The. Fuck. Just happened?"

The words open a floodgate of emotion—astonishment, joy, despair, anger, fear, resolution. I think we all run the gamut as we stare at one another with wide and wild eyes.

Hudson collapses on the ground next to his brother, arm braced on Jaxon's shoulder as he keeps staring at him like he can't believe he's real.

Jaxon blinks at his brother. "My soul. I can feel my soul again."

As I watch Hudson pull Jaxon into his arms, a few tiny pieces of my broken heart start to mend themselves together. Because this is how Jaxon and Hudson should always have been, how they would have been had their parents and a grotesque promise not ripped them apart all those years ago.

With Mekhi's help, Flint manages to stand, then hobbles over to Luca's lifeless body.

Macy and Eden hold each other, faces pale with the ordeal we have all suffered through while Liam, Rafael, and Byron don't seem to know how to feel any more than they know what to do. They end up moving back and forth between Jaxon, who is alive again, and Luca, who I never even had the chance to try to save.

As for me, I stay exactly where I am—on the ground between them all as conversation and emotions ebb and flow around me.

"What does it mean for a vampire to have a dragon heart?" Macy whispers to Eden.

Eden gives her an *I have no idea* look and whispers back, "What does it mean to have a dragon queen who has given away her dragon?"

Macy shakes her head.

Flint kneels down beside Luca, jaw locked and eyes broken as he pulls

Mekhi's hoodie down enough to see his boyfriend's face. "I'm sorry," he whispers. "I'm so sorry."

It hurts worse when I remember the way he and Hudson were teasing each other just the other day, and the promises he made about what was going to happen when he saw Luca again.

"We need to take him home," Jaxon says hoarsely as he pushes to his feet. He's still a little wobbly, but Hudson reaches out to steady him.

Jaxon walks over and squats down next to Flint, his hand heavy on the dragon's back as he reaches out and takes Luca's hand for the last time. He murmurs something over the dead vampire, then turns to Flint, who hasn't relaxed his death grip on Luca's body one iota.

"It's time to let him go," Jaxon whispers to Flint. "You've got to let him go."

Flint nods even as his shoulders begin to shake. As he lets go of Luca, he seems to collapse in on himself, but Jaxon is right there, holding him up. Flint wraps himself around Jaxon, burying his head against his shoulder as he sobs.

Jaxon holds him through it, deep pain etched on his own face—for Flint *and* for Luca.

Tears roll down my own cheeks—I didn't know I could cry this much—and Hudson finds me. Of course he does. He pulls me up from the floor, wraps his arms around me, and holds me as I try to find the energy to keep going.

He's drained himself, his energy left on the field of battle. But somehow just holding each other—my arms wrapped around his middle as his lips skim across my hair—makes us both feel a little bit better.

"We need to take him home," Jaxon says again, his voice thick with his own grief when Flint finally stops crying.

Flint nods, jaw working but eyes finally dry. The Order nods as they move in to pick up the body. Seconds later, they've faded away.

Only then does Flint grab Jaxon and me in a hug and whisper, "Thank you. From the bottom of my heart, thank you."

I don't say anything back—there's nothing to say at a time like this except what's already been said—so I hug them both as tightly as I can. Then Jaxon and I step back as Flint shifts, his dragon form much better at balancing his missing leg than his human form is yet. And then he takes to the air to help the Order bring Luca home.

When they're gone, those of us who are left—Jaxon, Hudson, Macy, Eden,

c o v e t

and me—all kind of collapse, the emotions of the last few hours catching up with us.

I don't know how long we sit there.

Long enough for my hands to finally stop shaking.

Long enough for my shoulders, and my soul, to finally relax just a little.

More than long enough for Hudson to pull me into his lap and hold me like I'm the most precious thing in his world.

Eventually, though, I'm ready to do what we came here to do, and I push myself to my feet. "I think it's time," I say, holding up the key I've managed to hang on to through everything.

"Damn straight!" Eden says, hopping to her feet right alongside me. "Let's go get this Crown and shove it up Cyrus's ass."

"I can totally get behind that," Macy agrees, holding out a hand so I can pull her to her feet.

Jaxon and Hudson nod, too, and then the five of us make our way along the rocky ledge until we get to the entrance that leads us to the Unkillable Beast.

# 160

## Ill-Gotten Chains



The cave is exactly as I remember it, circular in shape with a giant, rocky wall against the back. As we get closer, the wall starts to move like it did last time, and the beast slowly lowers himself to his feet.

He's even bigger than last time, his shoulders wider, his chest broader. But his face looks the same, sad and a little macabre at the same time.

*Please, no*, he says, and I hear him in my head like I have for so many months. *Leave. You have to leave.*

*It's okay*, I tell him as I walk slowly but steadily toward him. *I came back to free you. Just like I promised.*

*Free?* he asks.

I take the key from my pocket to show him, and it becomes a kind of mantra in his head...and in mine. *Free. Free. Free. Free. Free.* Over and over again.

"Be careful," Jaxon tells me, his body poised to intervene.

"She's got this," Hudson tells him as he grins at me.

And I grin back at both of them, because some things will never change.

There are four cuffs—two for his wrists and two for his ankles—and after I undo the bottom two, I grab my platinum string and shift, flying up so I can unlock his arm cuffs as well.

As the last one falls away, the beast throws back his head and bellows like his life depends on it. The roar bounces off the rocky walls and ceilings, echoing throughout the cavern for several seconds.

And then he shifts, and a man is standing in front of me dressed in a royal-blue tunic, gold leggings with laces, and a gold and royal blue cloak tied over one shoulder and fastened with a large sapphire broach.

He's tall, with smoke-gray eyes and blond hair fastened into a braid. He's also got a short, pointed goatee and seems to be in his late thirties.

c o v e t

I shift back but don't try to approach him. "Are you all right?" I ask this man who has suffered so much and who, in his own way, has helped me through so many of my own troubles.

He looks at me like he doesn't understand what I'm saying, but eventually it must sink in because he nods. "Th-th-thank you," he finally manages to say.

I approach him slowly, but he shrinks away from me. And I get it. It's been a thousand years since he's been human, and the last people he saw did this to him.

My eyes narrow at the thought. Just one more atrocity Cyrus has to answer for.

"It's okay," I murmur to him—out loud and with my mind. "I'm a friend."

He stops, tilting his head like that last word gets through to him.

"Friend," I say again, placing my hand on my chest. "Friend. I'm a friend."

He studies me for a while, then puts a hand to his own chest. "Friend," he says as well.

I smile at him, then glance at Macy, about to ask if she brought some of the granola bars I practically live on when we go on trips like this. But she's already walking forward, a bottle of water in one hand and a pack of cookies in the other.

He won't touch them when she offers them to him, so I take them and try. I even open the bottle of water and take a sip to show him that it's okay. His eyes follow the water bottle like a starving man, and this time when I hand it to him, he practically snatches it away from me.

He drinks it down in a few long swallows. By the time he's done, Macy has another one for him. He drinks this one much more slowly, and I open his bag of cookies for him while Macy stashes the empty bottle in her backpack.

After he's had his fill of water and cookies, he bows toward Macy and me both, then says, "Thank you." This time his voice is a little stronger, more confident.

Which means it's time to ask him about what I came here for all along. "Crown?" I ask.

He looks confused, this poor man who is more instinct than human at this point. Who understands bare necessities like food and water more than he understands anything else.

"Do you know how to find the Crown?" I ask, and this time I hold my hands right above my head, mimicking the act of putting on a crown.

The confusion only grows worse as he starts to babble. "No crown. No crown. No crown."

It's not the answer I'm expecting—not the answer any of us is expecting—and I glance back to see worry on Hudson's and Jaxon's faces. Because if he doesn't have the Crown, where is it? And does that mean Cyrus can find it first?

But before I can ask him about the Crown one more time—just to be certain—he starts to babble again. "Her crown. Her crown. Her. Must give Crown to her. Must protect her. Must protect Crown. Her."

Now I really do rear back in shock, because who is *her*? And why does she need to be protected if she's already got the Crown?

# 161

## Crown Your Sorrows



"It's okay," I tell him, stepping closer so I can put a soothing hand on his shoulder. He freezes at my touch and I realize—like with the water—this is the first real human contact this poor man has had in more than a millennia.

The knowledge hits me deep inside, makes me want to hug him and punch Cyrus at the same time. I settle for patting his shoulder and saying, "I will protect her. If you tell me who she is, I will protect her."

His eyes narrow and he looks at me, half hopeful and half suspicious. "You will protect her?"

"I will. If you tell me how to get the Crown, I will give it to her, as soon as I save my friends."

Again that look, as if he's trying to assess me even through the jumbled mess of his mind. "You give her Crown?" he asks.

"After I save my friends, yes," I tell him. "But do you know where it is?"

He nods quickly. "You promise. Give her Crown. Protect her. Agree?"

I have no idea who "her" is, but if it gets me the Crown, I'm totally willing to try to figure it out. It's not like I want the Crown longer than it takes to defeat Cyrus.

But before I can agree, Hudson makes his way closer. "Be careful what you promise, Grace. It's not the same in our world. What if 'her' is Delilah? Or someone worse?"

I nod, because I know he's right. Look at Charon, who let us out of that prison against every instinct and desire he had, simply because he'd made a promise. What if I promise this Crown to the vampire queen or the Crone or someone equally as horrible who I don't even know exists yet?

And so I turn back to the man/gargoyle and ask again, "Who is 'her'?"

But he just shakes his head and says, "Crown give her," over and over and over again.

I don't know what to do, don't know what to say to get him to trust me with the whereabouts of the Crown or the identity of "her."

He's growing as frustrated as I am, maybe more, and this time when he starts to babble, he says something else. Something more important. "Give mate Crown."

I whirl around to look at Hudson, and he has the same thunderstruck expression on his face that I am sure I have on mine. "She's your mate?" I ask. "You want your mate to have the Crown?"

He nods.

"You want to protect your mate?"

He nods again. And I'm reminded of Falia and Vander, both of whom had to go a thousand years without their mates. It devastated them, nearly destroyed them, and I wonder what must have happened to this man's poor mate all these years. He was frozen in stone, but if she's still alive, she's suffered through all the agony of not having a mate, completely alone, unable to even communicate the most basic things to him.

I glance at Hudson again as something else occurs to me. If he has a mate, does that mean there's another gargoyle out there somewhere? That maybe the two of us aren't the only ones in existence? I mean, yeah, he could be mated to someone non-gargoyle—look at Hudson and me—but there's a chance she's a gargoyle. And that is the most wonderful and amazing thing I've heard in a really long time.

Hudson must feel my excitement, because he nods at me and even grins a little. I love that he reads me so easily and that—despite the bickering—we're so often on the same page when it really matters.

And so I turn back around and say in a loud, clear voice, "Yes. If you give me the Crown to save my friends, afterward, I promise to search for your mate and give it to her."

For the longest time, the gargoyle doesn't move. He just studies me with eyes that grow older with every second that passes—eyes that seem to hold eternity in their pewter-gray depths.

I'm about to say it again, to ask if he's okay, but then quick as a striking snake, he grabs my hand and says, "Agree. "

His palm slides against mine, and then he takes off running toward the entrance of the cave.

"What the—" Jaxon tries to race after him, but I stop him.

654

c o v e t

"Wait! Let him go. It's okay. There's nowhere to run, and we can chase after him in a minute."

"But the Crown," Macy says.

"He gave me something," I answer, scratching at my palm because it's suddenly burning and itching.

I turn it over, and tattooed right in the center of my hand, taking up almost my entire palm, is a series of seven concentric circles in the shape of a wreath...or a crown.

I hold my hand up for my friends to see, and as they all crowd around, I can't help asking, "Now what?"

O

## You Really Can't
## Go Home Again
## —Hudson—



"Ready to go home?" I ask Grace as Macy prepares to open one last portal.

She turns to me, and the wind is blowing her curls across her face, so it takes me a few seconds to realize she's been crying.

"Hey." I pull her into my chest, and she comes—which, honestly, feels a little like a miracle in and of itself in a morning that's been full of miracles already. "You okay?"

She nods even as she buries her head against me.

"Does it still hurt?" I take her hand, gently turning it over so that I can see the Crown emblazoned there. It's glowing eerily, something her other tattoo only does when it's actively channeling magic, which makes me wonder all kinds of things about this one. None of them good.

"It's not too bad," she answers. "More annoying than anything else. Not..."

"Not like the rest of the day, which has hurt like hell?" I fill in the blanks for her.

She nods. "Something like that, yeah."

"Macy's almost got the portal ready," I tell her, nodding to where Macy and Eden are laying stones on the beach.

"Good. If I never see this place again, it'll be too soon."

I know what she means. First Xavier, then Luca. Yeah, we managed to hang on to Jaxon and Flint, but only because of those aforementioned miracles. "I'm beginning to think this island is cursed."

"Or we are." Now it's Grace's turn to look down at her palm. "What am I supposed to do with this thing?"

"We'll figure it out," I promise. "Maybe Foster or Amka have some ideas about it. And if they don't, we'll find someone who does."

"Someone who won't chop off my hand just to try to possess it for

656                                    c o v e t

themselves?" She lifts a brow.

"Good point. Surely there's someone who can—" I break off as she looks back toward the area that used to house the hot springs and trees and beautiful rock formations, an area that is now mostly dust.

Because of me.

I try not to panic as she stares at it for several silent seconds. I've spent the last hour waiting for the other shoe to drop, for her to realize that she doesn't love me after all. Or worse, that she doesn't love me enough to stand up to her feelings for Jaxon, feelings she couldn't help but realize as he lay dying right in front of her.

I wouldn't even blame her. Those moments when Jaxon was dead... I would have done anything to take his place again. Anything for it not to have been my brother lying there cold and lifeless.

Anything, that is, but give up Grace. Maybe she had the same thought about me, without the caveat.

But then she turns to me and smiles, and it takes my breath away all over again. And when she joins her non-tattooed hand with mine, hope trembles inside me like a bird just beginning to stretch its wings.

Even before she whispers, "I love you. I think I've always loved you."

And just like that, the bird takes flight.

Still, I don't throw myself at her feet and gush the way I'm desperate to—a man needs some dignity, after all. Instead, I smile and whisper, "I know," right before I take her mouth with mine.

It's a brief kiss—soft and sweet and perfect—but she pulls away laughing after only a few seconds. "Are you always going to say that?"

"If it's good enough for Han Solo and Princess Leia..."

She grins. "Then it's good enough for us?"

"Something like that." I pull her into my arms one more time just because I can. She melts against me, and I whisper what's been burning inside me for nearly six long months. "I love you. I love you, I love you, I love you."

This time she kisses me, and there's nothing brief about it. We don't pull away until we're breathless, our lips swollen and our bodies gasping for air.

"I love you," I tell her one more time. As I do, I slide a finger over her ring—the promise I made to her before I ever had a clue that we were going to end up here.

"I know." She smiles before holding her hand up between us. "So are

TRACY WOLFF

657

you ever going to tell me what you promised me with this beautiful ring I'm never taking off?"

My chest feels tight in all the best ways—and so does the rest of me—at the idea of Grace wearing my ring for an eternity.

I think about telling her. It's not that I'm worried she'll freak out—I know now that she loves me and she isn't going anywhere. But still, I gave her this ring before I'd ever told her I loved her. Before I'd ever even kissed her. Maybe she needs a little more time to get used to us before I tell her what I promised her before we were even an official couple.

"I'll tell you," I finally say as I drop one more kiss on her too-sexy-for-my-own-good lips. "If you guess it correctly."

She narrows her eyes at me. "That doesn't exactly seem fair."

"I thought you figured out by now that I don't play fair."

She rolls her eyes. "Big, bad Hudson Vega?"

"I don't know about *bad*," I answer. "As for big…"

She pretends to think about it for a second, then says, "I think you promised to never let your ego get in the way." She gives me a mock-innocent look. "Oh, wait. Too late for that."

"Next guess?" I ask, grinning right along with her now.

"Hmm, how about you promised to never leave the toilet seat up. Which I would really appreciate, by the way."

If there's one thing I can say about Grace, it's that eternity will never be boring with her. Lucky, lucky me. "We're going to live a very long time, Grace. I can't be making rash promises like that."

"Okay, then how about—" She breaks off as Eden yells to us to get the lead out, that she has places to be.

Grace rolls her eyes. "Dragons always think the world revolves around them." But her voice is teasing as she starts pulling me up the beach to where Macy and her portal await.

On the way, we catch up to the other gargoyle, who hasn't spoken another word to us after he gave Grace the Crown. Part of me expected him to run somewhere we couldn't find him after we freed him, but he *has* been chained up for a thousand years. It's hard to imagine there was anywhere he'd really want to go.

And since there's no way Grace is going to leave him here on this island alone—she doesn't have it in her to abandon anyone—he's making the trip

c o v e t

back to Katmere, too. At least I think he is. He didn't say anything, but he nodded when she asked if he wanted to come with us.

Macy's grin is fierce as we approach the spinning portal and so is Jaxon's, even as he says, "Don't rush on our accounts."

"Believe me, we won't," I shoot back, but I'm smiling just as big. Because he's not dead and neither is his soul, thanks to Nuri. Despite everything, I owe her a debt I can never repay.

"Ladies first," Jaxon says as he waves Grace toward the portal. She elbows him a little on her way but then turns and blows me a kiss before diving headfirst into it.

And she wonders why she never lands on her feet on the other side...

I make a mental note to give her a heads-up on the problem as I wait for Eden, the gargoyle, and Jaxon to go through. Then, after checking to make sure Macy's got everything she needs to follow us through, I step into the portal and fall, fall, fall through it.

And can I just say how much better Macy's portals are than the average? The girl's got a gift.

After about a minute, the portal ends, and I step through, expecting to find Grace and the others waiting for me. Instead, they're racing toward the school like the hounds of hell are after them. And maybe they are, considering the forest all around me is burning.

Macy tumbles onto the ground behind me, and she screams as she gets her first look at the devastation burning around us. "What's happening?" she demands.

"I don't have a fucking clue." I pick her up and throw her on my back before fading straight for Katmere's gates.

Jaxon is already inside, but I get there just as Grace and Eden land. "What's going on?" I demand as Eden slides the other gargoyle onto the floor, then shifts back to her human form.

"I don't know," Grace answers as the gargoyle settles on the entry steps and the four of us race up the stairs.

Macy lets out another little scream as we burst through the front doors to find that the common room on the first floor is completely wrecked. Couches are ripped to hell and back, chairs and tables smashed to bits. Both TVs are broken, and everything else is in pieces. Even the chess table near the stairs is shattered.

Jaxon races back into the room, a wild look in his eyes.

"Where's my dad?" Macy asks, her voice loud and shrill.

"Gone," he answers hoarsely. "Everyone's gone."

"You mean the students?" Grace asks. "Maybe they went home for break—"

"They don't go home," Macy says as she starts running down the hall, screaming for Foster. "Not en masse. Only the seniors leave."

Grace heads after her cousin, but Jaxon and I exchange a look before racing toward the stairs at a dead fade. We make it to the fourth floor at the same time. He turns left and I turn right, but it takes less than a minute for me to make it down the dorm hallway and back. The doors are all broken or hanging off the hinges, and there's no one around. No one.

"They're gone," Jaxon says grimly. "They're all gone."

"Yeah."

He shoves a hand through his hair. "What the fuck happened? Macy talked to her dad a few hours ago, and everything was fine."

But my mind is already working, a terrifying scenario playing itself out in my head. "What if everything that just happened was the distraction?"

Jaxon's eyes narrow as he looks around, arms up. "But what is this supposed to be distracting us from?"

"No, not this. I meant on the island, with the Crown. I wondered why the wolves never joined the fight until the very end, and now I think we know why. What if the island was the distraction and this…" I look around at the claw marks in the walls, the broken lights and torn-up banisters.

"This was the main event?" he asks, horror coloring his tone.

I get what he's feeling, what he's thinking. People died on that island today. A lot of people. Jaxon himself is only alive because Nuri sacrificed her dragon for him. For that kind of carnage, that loss of life, to be nothing more than a distraction?

Eden comes racing up the stairs. "We found Marise."

"What?"

"Grace and Macy are with her in the infirmary. She's the only one we've found so far—"

I take off, jumping down the stairs and landing on the foyer floor. I'm about to fade to the infirmary when the front door bursts open again.

I whirl, prepared to fight, but it's just the Order and Flint finally arriving.

"What the fuck?" Mekhi demands as they lay Luca's body on the floor and cover him with a fallen blanket. "What happened here?"

"Where is everyone?" Byron asks.

"We're about to find out. Marise is in the infirmary."

We fade to the infirmary, where we find more destruction. Grace and Macy have turned one of the beds back over and have Marise on it, but the vampire looks weaker than I've ever seen her.

"It was your father," she tells Jaxon and me.

"That's impossible," Jaxon tells her. "We were just fighting him—"

"His troops with an army of wolves," Grace interrupts. "They stormed the school, took all the students and teachers. Exactly as we feared."

"All of them?" Byron demands, looking around like he thinks a bunch of students are going to pop out of the fucking woodwork.

"Yeah, all of them," Jaxon grinds out. "There's no one upstairs, and everything's broken all to hell."

"You mean we're it?" Macy whispers, looking us over one by one.

And I get what she's thinking. There are ten of us—eleven, if you count Marise. Against all of Cyrus's considerable forces. Yes, we have the Crown, but that's *all* we have.

How the fuck are we going to fix this?

"This is an act of war," Flint says, and he's looking more than a little rough around the edges. Mekhi had faded with him here, but now he's leaning against a wall, his weight on his only good leg.

"The second act of war today," Byron adds grimly.

They're right. It is. Rage boils inside me, but I tamp it down, try to think through this whole fucked-up mess. No wonder he wanted Grace, Flint, and me in prison. No wonder he had everyone challenging us for the last few weeks, knocking the shit out of us, getting us grounded.

Of course this was his endgame all along, just as they'd feared. Kidnap the kids of the most prominent members of the Circle. Hold them until you get what you want—total and absolute control of everything. And who's going to fight you? The parents whose kids you are holding hostage?

I don't think so.

"If he wants a war," I say, looking around at our friends, all of whom look like they've been to hell and back, "then we'll bloody well give him a war."

"With eleven of us?" Liam asks incredulously.

TRACY WOLFF                661

"Yeah, with eleven of us," I tell him.

"We've beat bad odds before," Mekhi says.

"There are bad odds, and then there are everyone's-going-to-die odds." Rafael speaks up for the first time.

"Maybe that's true. But dear old Dad miscalculated this time," I say.

"And how's that exactly?" Macy asks.

"He didn't kill us on that island," Jaxon finishes for me as he, too, looks everyone in the eye individually. "And now we're coming for him."

"So, what?" Eden asks. "We're just going to bring this fight to him?"

"We're going to bring it to his motherfucking door," Jaxon says. "And then we're going to burn his shit to the ground."

"You need her."

I turn at the tremulous voice to find the guy who used to be the Unkillable Beast staring at us with anxious eyes. "She can save us. You need her."

"Who?" Macy asks, walking toward him slowly so as not to scare him.

"She can save us," he repeats.

"Who?" Macy asks again.

He points to Grace, or more specifically, Grace's hand. "Her. Her. Her." And then he turns to stone. And, not going to lie, didn't see that coming. Just great.

As everyone mills around, trying to figure out who "her" is and if there's another gargoyle around, I can't help thinking that I need to talk to Grace. Because if this is going the way I think it is—which is straight to hell—it's probably time I tell her what I saw that night in the laundry room all those weeks ago.

I think it's time I tell her about her emerald-green string.

END OF BOOK THREE

But wait—there's more!

Read on for an exclusive look at two
chapters from Hudson's
point of view.

Nothing is as it seems...

# Blood Really Is
# Thicker than Water
# —Hudson—



Grace looks so knackered when we get back to Katmere from visiting the Crone that I want to wrap my arms around her and carry her to my room, but I have no idea if she'll let me or not. Or how awkward of a position that will put her in with Jaxon if she does.

Though, to be honest, I've about reached my capacity to care about awkwardness when it comes to Jaxon. Do I feel bad that the Bloodletter fucked him over? Fuck yeah, I do.

Do I feel bad that he lost his mate? In theory, absolutely. In practice, not so much, considering how things landed.

And finally, do I feel bad that I've somehow ended up with the kindest, most beautiful, take-none-of-my-shite mate a bloke could hope for? Not in the bloody slightest.

Grace is a fucking gift, one I'll be thankful for for the rest of my days.

Still, as we climb the stairs back to school, I can't help saying one more thing about this whole shite plan. "This is a bad idea."

"I agree," she says, shooting me an *obviously* look. "But I still think we can't rule it out."

"Rule it out?" I ask, incredulous. "How can we even rule it in? Tell me you don't actually trust that woman."

"'Trust' is a pretty strong word." She makes a face, and I love her. I do. But she is way too calm about this whole situation.

"'Trust' is utter recklessness," I tell her. "She lives in a bloody gingerbread house. I don't know about you, but I believe in truth in advertising, and I have no interest in being Hansel *or* fucking Gretel." Or Snow White, for that matter. Or any of the other eponymous characters in fairy tales with wicked fucking witches. The woman has issues wide enough to fly a dragon through.

666                                        c o v e t

But Grace just pulls a face at me. "I really don't think cannibalism is on the table."

"I wouldn't be too sure about that. Did you see the way she was looking at Luca?" I lift a brow.

"Yeah, well, I don't think that had anything to do with cannibalism."

We both laugh, and I know I'm grinning like a total tosser right now, and I don't even care. Being with her, making her laugh, it reminds me of the way things used to be. I knew I missed it—I just didn't know how much until this moment.

"You good?" I ask after a second, just to check in with her.

"Yeah." She nods. "I am. How about you?"

Fucking ridiculous to get a little moony-eyed about such a throwaway question, but when Grace asks me, it doesn't feel throwaway. Especially since she's the only one who's ever asked and then actually waited around to hear the answer.

Maybe that's why I say what's on my mind for once, instead of weighing my options. "I'd be better if you decide to sleep in my room tonight." Then try to pretend I'm not holding my breath like a lad with his first crush as I wait for an answer.

She rolls her soft brown eyes. "If I decide to sleep in your room tonight, I think we'll both look like zombies at graduation."

"I'm okay with that," I answer with a lift of my brows to let her know just how little sleep actually means to me. Especially if it's a choice between sleep and having her in my bed.

She tilts her head down so her glorious curls fall in her face. But then she grins and gives me a sexy little side-eye as she says, "Maybe I am, too."

The fact that she's twirling her promise ring around her finger as she says it only makes her words that much sweeter. She said yes. The words reverberate in my head. *She said yes.*

I reach over and brush one of her gorgeous curls out of her face, letting my fingers linger just a little. Her skin is so soft and warm, and it feels so good to be touching her that I think about pulling her against me right here and now and to hell with what anyone else thinks. Instead, I pull back and whisper, "I promise I'll let you get some sleep. Eventually."

And then all hell breaks loose.

"Don't you fucking touch her!" my bloody wanker of a brother snarls.

"This is all your fault! You and your mating bond are the reason she might die in prison, and you think you've got the right to put your filthy fucking hands on her?"

"Whoa, Jaxon." Mekhi fades over to him, tries to grab his shoulder, but Jaxon isn't having it.

Big surprise. The boy always was a drama queen.

But then he's right up in my face, so close I can smell the blood he had for dinner. It makes me want to punch him in the throat, but I settle for giving him a scathing look as I answer, "Well, at least I'm not the tosser who threw his mating bond in the trash, so maybe you shouldn't be too quick to come at me."

"You know what? Fuck you!" Jaxon roars. "You're a sanctimonious prick, and no one likes you. What the fuck are you even doing here?"

His words are a direct hit, but it's not like I'm going to cry about it. Two Vegas acting like babies are two Vegas too many. Instead, I snarl, "Apparently pissing you off, so I'll call that a win for the day. And here's a little advice. Keep acting like a bloody wanker, and no one's going to like you, either."

I start to brush past him, livid at the fact that he's such a fucking child, but then he grabs me and slams me against the wall so hard, my head bounces against the stone. And I lose another notch on my temper.

"Jaxon!" Grace grabs on to him, and the sight of her small hand on his arm makes me see red in a whole new way. "Jaxon, stop!"

"You just going to stand there like a cack-handed bell?" I sneer when he doesn't even acknowledge her. I'd give anything to have Grace look at me like she looks at him, and he just pisses it away. "Or are you actually going to do something? I haven't got all bleeding day for you to get your bollocks up."

"Hudson, stop!" Grace shouts at me. Like this is my fucking fault? He's the arsehole who can't get his shite together.

But it's too late. Captain Pouty-Pants has got his mad on, and out of nowhere, he snaps. He goes for my throat, and then he starts to squeeze just because he's a total fucking blighter.

"Jaxon! Jaxon, no!" Grace reaches for his hand, and I try to get her attention, to tell her to back off because my little brother is truly in a snit and I don't want her to get hurt. But she's not even looking at me—big shock—because she's too busy trying to placate the baby. I want to suggest she try a pacifier next time, but he's starting to dig in.

I'm so pissed off at the little prick that part of me wants to slap the shite

covet

out of him right here, but there's another part of me that wants to see how far he'll go. At least until he starts to use his telekinesis to hold me against the wall.

The little fuck.

"Please." Grace ducks between us and gets right up in Jaxon's face with her big brown eyes and sweet smile, even though I'm the one currently being choked.

For a second, I think about blasting out and using my power to persuade him to back the hell off, but I don't want to do that to him unless I actually think he's going to kill me. And if we get to that point, then we're all fucked. But for now, he's really more about causing pain and humiliation than actually trying to murder me, so I'll bide my time.

Grace doesn't seem to know that, though, considering she's now got her fingers wrapped around his hand and is trying to pry him off me. I'd say something, but he is cutting into my windpipe, so there's not a lot there to use to vocalize.

"Come on, Jaxon," she says in a voice that won't be ignored. "Don't do this."

He barely even looks at her. But the others are all up in the mess now, yelling at Jaxon, trying to pry him off me, and it's still not working. I'm thinking I'm going to have to do something soon or everyone is going to be totally freaked out. Apparently, they just don't do sibling rivalry over here in America the same way we do it in Britain.

And then Grace does something that makes me think twice about letting this go on. My *mate* reaches up and cups my brother's cheeks in her hands. Then she whispers, "Jaxon, look at me."

It's a bloody gut punch after she spent the weekend at the Dragon Court looking at me just like that. Holding me just like that.

He finally looks at her—of course he does. This is Grace, and how could he not? I'd do anything—everything—to have her look at me like that, just for an instant.

"It's okay," she whispers to him. "I've got you, Jaxon. I'm right here, and I'm not going anywhere. Whatever this is, whatever's going on. I swear I've got you."

The words make me bleed, but as Jaxon starts to shake, I actually do wonder if there's something more going on than my brother being a whiny arse.

And when he whispers, "Grace, something's wrong. Something's—" I can't help growing worried.

"I know," she answers as the whole room starts to shake. Things are falling off the walls, stones are cracking, and Jaxon's hand tightens on my throat enough that I start to feel light-headed. The room spins, and things start to go dim.

*Thirty more seconds*, I tell myself. Thirty more seconds and I'll do something to end this. But if I do that, if I break into his mind, that's a move I can't take back.

"The Northern Lights just came out, Jaxon," Grace whispers to him, her voice sweet and light. "They're right outside."

All around us, her friends make noises like she's doing something wrong. But I lived in her head long enough to know exactly where she's going. And while it hurts a lot to think of her like that—to think of them like that—I just let it roll over me. I can take the pain. I'm not sure Jaxon can.

"Do you remember that night?" she asks. "I was so nervous, but you just held my hand and took me right off the edge of the parapet."

The whole room shakes like a never-ending explosion is rocking its foundations. But still Grace doesn't give up.

"You danced me across the sky. Remember? We stayed out for hours. I was freezing, but I didn't want to go in. I didn't want to miss a second out there with you."

"Grace." His voice is agonized, his eyes broken as he focuses fully on her for the first time. It's the opening I've been waiting for, the chance to resolve this without crossing any more lines, but as Grace snuggles into him a little more, I strike out with perhaps a touch too much strength, and Jaxon goes flying.

My little brother roars as he hits the wall next to the door hard enough to leave a full-body imprint in the centuries-old stone. He recovers fast, though, and comes right at me as I bend over and suck a full breath in for the first time in long minutes.

Jaxon takes a swing at me—big surprise—and I dodge it. But when he whirls around and tries to use his telekinesis on me again, I've had enough.

"Don't you fucking dare," I growl and direct just enough power at him to make the marble beneath his feet explode, opening up a hole that Jaxon falls in.

It only takes him a second to jump out and come straight at me again. Which is fine. I've put up with a hell of a lot from this arse for the past few weeks, and right now, I'm done. I'm bleeding done.

Everyone must know it, too, because the others grab on to Jaxon with everything they have while Grace whirls on me.

"Stop!" she yells, and I freeze, even before she continues. "You need to back off. Something's really wrong with him."

She's right. I know she's right—I can feel it in him myself. But I can't help being pissed off that she's taking his side *again.*

Nothing to be done, though, short of acting like a tosser myself, so I nod and take a step back. Just in time to watch her turn back to Jaxon…as always.

Jaxon's calmed down enough that Flint and Eden feel comfortable letting him go. Luca gets between him and me—it's a little laughable that he thinks he's going to stop another confrontation, but I don't say anything.

Especially since it's Grace who convinces Mekhi to drop his hold on my brother with a whispered, "I've got him."

And then she walks right to him—right fucking to him—and pulls him into her arms.

It hurts more than I thought possible, even though I understand. There is something really wrong with my brother, and Grace is the only one he trusts to deal with it.

Fine, whatever. It doesn't make it any easier for me to see her holding him, his face buried against her neck and their bodies curving together.

And fuck, I don't want to do this. I just don't want to do this anymore. I'm sick of coming in second to my brother with my own mate over and over again.

I get it. I do. They've got history. They love each other. And I love them both. If something is wrong with my brother, of course I want him to get the help he needs. I just wish that help wasn't always from Grace.

They whisper between themselves for a couple of minutes, and I don't even try to hear. Whatever it is, it's between them. And once I know she's safe, that Jaxon isn't going to lash out at anyone else, I'll leave. Give them both the space they need.

And, selfishly I know, to give myself the space *I* need. Because it's hard not to need space when Grace starts talking this time, loud enough for the entire room to hear.

"You listen to me, Jaxon Vega," she orders loudly. "Whatever's happened

between us, you will always be my problem. You will always matter to me. And I'm scared. I'm *really* scared, and I need you to tell me what's going on with you."

He starts to speak, then just shakes his head until she whispers, "Why did the Crone say that today? Why did she say that you don't have a soul?"

Everything inside me freezes even before Jaxon answers, "I didn't want you to know. I didn't want *anyone* to know."

"You mean it's true?" she asks. "How? When? Why?"

Like everyone else in the room, I lean forward to catch his answer, even as terror rips through me. Because no matter how pissed off I am at him and this situation right now, he's still the kid I used to protect from Cyrus. Still the kid I did my best to hide from Delilah's wrath. Still the kid I chose to die for when the only alternative was killing him.

"I knew something was wrong—it's been wrong for weeks. So when I was in London this last time, I went to see a healer," he tells Grace, even as he keeps a death grip on her hand.

"What did she say?" Grace answers.

"He said—" Jaxon's voice breaks. "He said that when the mating bond broke, our souls broke, too."

And fuck. Just fuck. I want to howl as rage and horror and fear tear through me in equal measures.

"What does that mean?" Grace asks. "How can our souls be broken? How can they—" Her voice breaks, too.

"It's because it happened against our wills—and so violently that it nearly destroyed us right when it happened. Remember?"

"Of course I remember," she whispers.

"You mated to Hudson right after, so the healer is pretty sure his soul wrapped itself around yours and is holding yours together, so you'll be okay. But I'm..."

"Alone," she says.

"Yeah. And without anything to hang on to, the pieces of my soul are dying one by one."

"What does that mean?" she demands. "What can we do?"

"Nothing," he answers with a shrug. "There's nothing to do, Grace, except wait for my soul to die completely."

"What happens then?" Grace whispers.

His grin is bitter. "Then I become the monster everyone's always expected me to be."

There's a lot more talking, a lot more horrible news to wade through, but I barely listen to any of it. Because there's nothing more to say that matters. Nothing more to say that will change anything.

There's no way either Grace or I could live with ourselves if we let Jaxon lose his soul. No way we could ever be together if we knew that doing so meant destroying Jaxon forever. Not when we both love him as much as we do, and not when we've both sacrificed so much for him already.

Grace turns around to meet my gaze, but I already know. I've known from the moment the words left Jaxon's mouth. So when she mouths, *I'm sorry*, it doesn't even hit.

How could it when the body blow came five minutes ago?

And so I do the only thing I can. I leave.

There's no place to go, no one to be with. The closest people I have to friends are in the foyer comforting my brother. Which is how it should be.

But my night has taken quite a turn from where I thought it was going to go, so it's not like I've got anything to keep my mind busy as I make my way down the stairs to my room.

I asked Grace to come back here with me earlier because I'd wanted to be with her. But I also did it because I wanted to see what she'd say. I wanted to know if what happened in New York mattered to her as much as it did to me or if it was just something that stayed there.

When she said yes…when she said yes, I don't think I've ever been happier in my life. And now, half an hour later, it's gone completely to hell. And all I have to show for it is a bruised throat and a long, mate-less existence.

Fate really is a fickle, fickle bitch.

But what's the alternative?

The truth is, there is none. And there never has been, despite the hope that's beaten like feathered wings deep inside me for months now.

Grace and Jaxon belong together. Even if the universe hasn't decreed it, the Bloodletter and some dark magic has. There's no getting around that now. Maybe there never was. I was just too naive to realize it.

When I get back to my room, there's nothing to do. Graduation is tomorrow, so there's no schoolwork. No late-night study session. No one to talk to.

And though I've spent my life alone, after these last few weeks with Grace and the others, solitude suddenly feels like punishment.

The silence gets to me—which is ridiculous, but there it is—so I put on some Dermot Kennedy just for the noise. Then I take a quick shower.

When I get out, I resist the urge to check my phone to see if Grace has texted me. It's harder than it should be.

*It's okay*, I tell myself as I drink down a bottle of water in a few gulps.

*Everything's fine*, I say to myself as I turn on the fireplace and get it burning hot.

*It wouldn't have worked anyway*, I reassure myself as I sit down on the couch.

*I'm all right. Everything is all right.*

I say it like a mantra, say it until I believe it. Say it until I can finally pick up my phone and text Grace in response to what turns out to be a half dozen texts she's sent me.

**Grace:** Hey

**Grace:** You okay?

**Grace:** I'm so sorry

**Grace:** I don't know what else to do

**Grace:** You there?

**Grace:** I wish it was different

**Hudson:** I'm good

**Hudson:** Hope you're good, too

**Grace:** Hudson, please

**Hudson:** Night

I put the phone down on the end table next to the couch.

See, that wasn't so awful.

None of this is actually good or bad.

It just is what it is.

Easy peasy, like Macy always says to me when we're playing chess. Easy peasy.

There's nothing else to say.

Convinced I've got my shit under control, I pick up the book lying next to me on the couch, the one I was reading before we went to the Dragon Court. I open it to the page I bookmarked and start to read. I even make it through two pages before I realize what I'm reading.

674                              c o v e t

And as Dermot Kennedy switches over to JP Saxe and Julia Michaels's "If the World Was Ending," the words swimming before my eyes finally register.

And that's when I do the only thing yet another tosser who throws away his mating bond can do.

I go to the front of the book and rip out the first page of Pablo Neruda's *Twenty Love Poems and a Song of Despair*—the same book I gave to Grace on her birthday—and toss it into the fire.

I do the same with the second page. And the third. And the fourth and the fifth and the sixth.

Before I know it, I've burned the entire book.

And I'm still not okay. More, I'm pretty sure I never will be again.

## Blood Brothers

## —Hudson—



his is a bad idea.

A very bad idea. But since the alternative is staring at the ceiling in my room and pretending to be asleep while the clock moves at a bloody snail's pace, I figure a bad idea is better than no idea at all.

I put on a pair of running shoes and grab a hoodie; then I take the stairs three at a time.

All the way up to my baby brother's tower...because apparently he needs one to feel like a prince.

I figure he'll be asleep, but catching him with his defenses down might not be a bad thing.

But Jaxon must not be getting any more sleep than I do these days, because when I get to his room, he's not in bed. Instead, he's lying on a weight bench in the center of the room, bench-pressing a truly impressive amount of weight while Linkin Park blasts from his phone.

"What do you want?" he demands the second he sees me, his voice extra loud so I can hear him over the pounding music.

"Quality time," I tell him, deadpan. His only response is a roll of his eyes as he lifts and lowers the weights.

"So if quality time isn't on the table, I thought maybe you'd like to join me for a run?"

I know it's a strange invitation—our entire relationship is off and has been for a very long time—but I figure if one of us doesn't try to take a step, whatever fucked-up shite this is between us will go on for another century or ten, and I don't want that. Especially not with what's coming our way in the not-so-distant future. And especially not when Jaxon's been so fucking decent about Grace lately—something that's hard to believe but definitely appreciated on my part.

A long silence follows my invitation—too long if you ask me. But eventually Jaxon raises a sardonic brow and asks, "What? Are we bonding now?"

"Bonding seems a little extreme. I thought we'd start with talking and running. Preferably at the same time, if you think you can handle it." It's a deliberate goad, one that must hit its mark because the next thing I know, Jaxon is off the bench.

"Let me grab my shoes," he tosses over his shoulder as he walks toward his bedroom. "Then you can tell me what this visit is actually about."

Oh, I don't know. How about the fact that we've been at each other's throats for more than a century and I don't even know why? Besides the whole *born vampire supremacy misunderstanding* nightmare. And the *him killing me* nightmare. And the *mated to and in love with the same girl* nightmare…

Jesus. Is it any wonder our relationship is so completely fucked? The deck's been stacked against us from the very beginning.

Except I remember when it wasn't, probably a lot better than Jaxon does.

I remember when we were little and used to play hide-and-seek all over the Vampire Court. It used to make Cyrus so pissed, especially when Jaxon would use his powers to flush me out of hiding. At least a quarter of the fun of the game was seeing how mad our father would get when Jaxon's earthquakes disrupted his meetings. But Cyrus was already locking me up at that point, pushing me into losing my temper so he could test my powers, and any payback I could deliver was totally worth it to me.

Except when they took Jaxon away. Nothing was worth that.

I didn't get to see him for more than a hundred years, no matter how much I pleaded or how much my father used him as a carrot to dangle over my head to get me to do things I didn't want to do. At least it didn't take long to figure out that it didn't matter how well I controlled my powers or how well I performed in whatever destructive task he set for me, I would never get to see Jaxon.

I don't want that to happen again. And with graduation looming, I definitely don't want to go another hundred years without seeing my baby brother.

As he ties his running shoes, I walk around his room and try to find something I can "pretend" to look at to keep myself busy. To be fair, there isn't much. He's taken everything out of the sitting room since the last time I

was up here, until the only things left are the weight-lifting equipment and a couple of stray books stacked on the windowsill. Next to a small carved horse.

It's not even a surprise—I saw it the last time I was here—but I end up stiffening anyway. Because I don't know how I feel about the fact that he still has it. And he probably has no idea why it matters.

I start to turn away, but in the end, I can't resist picking it up. I spent days carving it for him when we were kids, and while it's not a perfect model of his own horse, it's pretty good. Even the mane and tail look about right. I can't help being impressed with young Hudson's skills.

I hold it up to get a better look at the defined swirls in the mane and tail. Yeah, not too shabby at all.

Except when Jaxon comes back from his bedroom, a bigger scowl than usual flits across his face. "Why are you touching that?" he demands, striding across the room to get to me.

"Why do you care?" I shoot back, even as I put the horse back down gently.

He doesn't answer, just walks out the door.

"Where do you want to run?" Jaxon asks as we make our way down the stairs to the front door.

"Down the other side of Denali?" I query. "Near the resorts?"

"Sure." Once we're outside, he takes off at a full-on fade, not quite what I'd had in mind.

I catch up to him, and we fade alongside each other for a while, but it's not exactly conducive to talking.

He finally slows down for a second at the bottom of the mountain and I stop, determined to have my say before he takes off again.

"Hey." I grab his arm.

Jaxon turns around with his fist clenched and, for a second, I think he's going to punch  me. Instead of fighting back, I decide to let him.

But the swing never comes.

He drops his fist. Shakes his head. And asks, "What are we doing here, Hudson?"

My skin starts to feel too tight. "I thought we were running?" I say as casually as I can manage.

"Not what I mean, and you know it." He walks a little bit away, leans against the trunk of one of the big trees that fill up so much of the wilderness around here.

I do know. I clear my throat. Shift my weight back and forth. Stare off into the distance. Then finally manage to get out, "I wanted to say thank you."

"For Grace?" he demands hoarsely. "Don't thank me for that. The mate thing was all her—"

"I'm not thanking you for the fact that she's my mate," I tell him. "I'm thanking you for…"

"What?" he demands, and suddenly my baby brother looks tired. Really, really tired.

I blow out a long breath. "For what you did the other night," I finally say.

He shrugs, jaw working. "It didn't mean anything."

"It meant everything—to me and, I think, to Grace. You didn't have to do that—"

"Yeah, I did," he tells me. "Watching Grace walk around like a whipped puppy may not bother you, but I couldn't take it anymore."

It's bait, no doubt about it, and I know he threw it out there like that just to see if I would take it. But even knowing that, it's hard to walk away when I've spent weeks trying to get out of their way, despite Grace's and my bond.

Still I manage it, nodding and speaking through gritted teeth as I answer, "That's fair."

"That's *fair*?" he mocks, and his black eyes are narrowed dangerously. "Nothing about this is fair, Hudson. You'd know that if you weren't so busy being magnanimous."

"Is that what you think I'm doing?" I ask him.

"Isn't it?" he shoots right back.

"Not even a little bit. I'm trying—" Again, I break off, because it's not easy to talk to him at the best of times. Right now, when he's determined to mess everything up? He's impossible.

"What?" he snarls.

But I don't answer him. I can't. Instead, I just shake my head and turn back toward school. I knew going in that this was a bad idea. I just hadn't realized how bad.

"So you're just going to walk away?" he mocks. "You get me out here, and now you're just going to walk away without telling me what you want? Real mature, Hudson—"

Something inside me snaps.

"I want my brother back!" I hurl the words at him like knives.

He freezes. "What did you say?" he finally asks hoarsely after a few seconds pass.

"You asked what I wanted." I bite out the words. "That's what I want. I *want* my brother back. I miss him." I swallow. "I miss you."

He stumbles back. "It's hard to miss what you've never had," he tells me.

"Is that what you think?" I whisper. "That we never had a relationship?"

"We didn't." He sounds so sure. "I got shipped to the Bloodletter when I was young. You stayed at home with dear old Mom and Dad and that was that. We're just two strangers who happen to share the same blood. It doesn't mean shit."

"You don't really believe that," I tell him, even as something breaks inside me—something I didn't even know was there.

"I do believe it. It's not our fault. It just is what it is. Trying to change it after nearly two centuries—" He shakes his head. "There's no point. Especially now."

"The point is you're my brother."

"So what?" He shrugs. "It's not like our family tree means shit to either of us. There's nothing I got from either of them—from any of you—that I want to keep."

The words hit like actual punches, and before I can stop myself, I'm snarling back, "Then why do you keep it? If you want nothing to do with any of us, why do you keep it?"

"Keep what?" he asks impatiently.

"The horse. I made it for you more than a hundred and fifty years ago, and I gave it to you the day Delilah took you away. If we're two people who just share the same blood, if family doesn't mean anything, why do you still have it?"

"*You* made it?" he whispers.

"Yeah. I still have the scar to prove it." It's a small, wicked-looking hook across my left index finger. "Where did you think it came from?"

"I don't know. It's just always been there…" He trails off as he realizes what he's saying.

"You were crying the day they took you away. The only thing that made you stop was that damn horse. Thunder—"

"Thunder."

We both say the name at the same time.

"I'm sorry," I tell him. "I never meant to hurt you. I never meant for any of this to happen."

"I know." He looks down, shuffles his feet. "And I'm sorry I... killed you. It was a shit move."

For a while, neither of us moves as the words hang there between us. And then we both crack up. Just full-on, rollicking guffaws. Because seriously, that's one hell of a thing to apologize to someone for.

"You think they make Hallmark cards for that?" I ask when we finally stop laughing. But just imagining it sets us off again, and for long minutes, we do nothing but stand there in the middle of the wilderness and laugh and laugh and laugh.

We don't stop until an alarm goes off on Jaxon's phone. "I need to go," he says. "I'm helping Grace study for history in half an hour."

Those words would have stung an hour ago. Hell, they would have stung fifteen minutes ago. But now, I don't know. They seem...if not right, then at least okay.

Kind of like Jaxon and me.

We're not right yet. We may never be right. But we're better than we were, and maybe that's enough for now.

Maybe it's a start.

I can't help grinning at the thought, even before Jaxon narrows his eyes at me and says, "Race you back?"

And as we take off fading back up Denali, I can't help thinking that sometimes you get lucky. Sometimes the family you're born with and the family you make coincide. And that makes all the difference.

Pulse-pounding romance, epic world-building, and plenty of twists and turns. Turn the page to start reading your next book obsession!



# PROLOGUE

## DRAVEN

Even from our position on the roof, the alleyway reeks of cured meats and rain-soaked garbage, the stench curling upward like it's as desperate to leave this place as I am.

A metallic groan splits the silence coming from below us, and my gaze sharpens as a fainter scent penetrates the rotten odor, almost hidden beneath it—something *different*.

The door swings open, and a thick streak of yellow light darts across the cracked pavement. A girl shoulders a bag of garbage into the alley, striding quickly toward the dumpster still in the shadows.

"She doesn't look like much," Cassiel says from my left, his obsidian wings tucked in tightly behind him. His eyes are as sharp as mine, piercing through the night without difficulty. The girl wrestles the garbage over the lip of the dumpster like the bag's filled with bricks. "Certainly not enough to tear a hole through the world."

I cut a glance at Cassiel. "That's exactly what the lion says to the honey badger right before getting his ass handed to him."

Cassiel arches a brow but then returns his attention to the girl.

She wipes some of the misty rain from her forehead, lingering by the dumpster like it's the only quiet break she's had all day. Then her gaze snaps down the alley.

Her spine straightens, and my heightened senses prickle as she effortlessly shifts into a defensive stance.

"Two of them," Cassiel says, his voice low and cold.

"Humans," I say, scenting them on the air.

A woman cries out, and the girl rushes toward the sound. It's like her instincts push her *toward* the danger instead of away from it.

Cassiel and I move silently along the deli's roof, keeping her in our sights.

"Todd, stop!" the woman cries out. "This isn't funny anymore. Stop," she

MOLLY E. LEE                                     683

pleads again as she struggles against a much larger man's hold.

"Hey!" The girl skids to a stop before the struggling pair, and the man jerks his head in her direction.

"This is none of your concern, kid," he spits at her, never taking his hands off the trembling woman. "Get lost and keep your mouth shut."

"Didn't anyone ever tell you? You're supposed to be nice to your friends," the girl says, eyeing the woman who'd spoken the man's name with familiarity. The girl hasn't missed that detail. "If you're looking for a fight, you'd be better off picking on someone who isn't worth a damn to you." She raises her brows at him.

I flash a questioning look to Cassiel, who appears as shocked at the words as I am.

"The hell you say?" The man shifts a bit, focusing more intently on the girl instead of the young woman.

The girl smiles—a whisper at one corner of her lips, nearly imperceptible. She nods toward the woman. "Save yourself the grief. It's easy picking a target you already know," she says. "Why don't you give yourself a challenge?"

The man releases the young woman's shirt, turning to fully face the girl. "You think you're a challenge?"

The girl tips her chin and shrugs. "Why don't you come find out?"

Slowly, she lifts her hands from her pockets, raising them horizontally. I internally cringe at the vulnerable position it puts her in, my instincts thrashing to intervene.

Which is as impossible as it is ridiculous.

The girl is as much my prey as this worthless scrap of a human.

A vein pops in the man's neck, his fists curling at his sides. She shifts her feet, a subtle move the man doesn't notice.

He *should've*.

He should've realized that a regular person who'd distracted him enough to save his victim would have bolted by now. Would've run back inside the deli and called the police.

A regular person might've done that *first*, before ever thinking to rush for help.

But not this girl.

I tilt my head. She doesn't flinch, not even when he raises that meaty fist and swings. She moves quickly enough to miss it, ducking out of the

second attempt, too. But the third swing connects with her face before she can dodge again.

Even I flinch from the resounding *crack*.

Cassiel hisses, his dark wings unfurling partially behind him as if he might fly down there and stand between them.

The impact of the hit shakes the girl's body, twisting it to one side, but she doesn't lose her footing. Blood glistens at the corner of her lip, and she spits a mouthful of it at his shoes.

And laughs.

The girl *laughs*.

"My drunk father hits harder than that," she snaps.

Another shock rolls through me. The words that come out of her mouth…

She widens her gaze at the young woman, who remains pressed against the alley wall. "Now would be the time to run," she says, almost exasperated as the man approaches her, his victim forgotten behind him.

The young woman blinks tears out of her eyes and bolts toward the main street at the cusp of the alley.

He leaps at the girl, but she dances out of the way. She swipes her leg, trying to knock him off-balance, and almost does, but he catches the move, slamming her back against the dumpster. The light from the open door casts them in an eerie glow.

She laughs again as he hauls her harder against it.

"You like pain, girl? Is that it?"

No, no, that isn't it. I can see it in the cold, shattered bits of her blazing green eyes.

"You call this pain?" She scoffs at the man who has every advantage over her.

She's used to this kind of assault.

My stomach twists, sharp wires tangling and threatening to choke me. I shove them down, remembering why I'm here in the first place.

"We should stop this," Cassiel whispers.

He isn't wrong. The girl is *mine*. I don't need this human spilling one more drop of her blood.

The tip of my black boot touches the lip of the rooftop as I prepare to jump down—

"Harley?" Another man's voice sounds from the doorway, quickly followed

by a looming shadow. "What the hell?" he growls as he sprints through the door, a frying pan raised over his head. "Let her go! I'll call the cops!"

The man ducks, barely missing a crack to the head, then hauls ass down the alleyway.

The girl—*Harley*—glares at the man. "I'm fine, Nathan," she says.

Nathan shakes his head, his mouth half open as he gapes at her. He reaches a hand toward her split lip, then seems to think better of it and drops it. "How many times have I told you, Harley? I'll take out the garbage on night shifts."

"You own this place," she says. "You aren't supposed to get your hands dirty." She glances down at her fingers like an invisible layer of grime always cakes her skin. "I'm seriously fine. You stopped him the second he came at me."

*Liar.*

The man sighs, the lengthy one of someone who's had this conversation more than once. "Come on," he says, motioning toward the open door. "Let's get you cleaned up. I know you have a concert to get to."

Harley flashes him a *what's the point* look but follows behind him. She lingers in the doorway, glancing over her shoulder as if she senses something else out here. Some other danger she can't see.

Or perhaps she's always looking for danger.

The door shuts behind her, the light winking out.

"Honey badger indeed," Cassiel says after a few silent moments.

I turn toward him, something gnawing at my insides.

"How long until you know for sure?" he asks.

"My source informed me something ancient and powerful is on the brink of surfacing here. And that someone else has taken extreme precautions to cloak it."

"The Key," Cassiel says, and I nod.

"She'll come of age in eight days." If this girl is the Key, then her eighteenth birthday will unleash what's in her blood.

"And if she shows powers?" Cassiel asks, his silver eyes glowing in the darkness.

The image of her fearlessly facing down that vile human flashes behind my eyes.

"Then I hope she enjoys these last few days on earth." My voice is as

cold as ice.

Cassiel tilts his head. "I can help you, Draven," he says. "If you don't want to do it yourself."

Something clenches the center of my chest—my Angel of Death friend offering to break his own moral code and take a soul that isn't on his list is a testament to our unorthodox friendship. Especially since he views himself as the be-all, end-all of baddies when in reality, I'm so much worse than he is.

"I won't ask that of you," I say.

"Do you think she's the Key?" he asks.

I inhale through my nose, the faint smell of a crackling fire igniting an internal flame in my blood. "Could be."

"And if she is?"

I glance down the dark alleyway, my eyes seeing her selflessness, her strength, before I look at my friend again.

"Then I'll kill her myself."

# CHAPTER ONE

"Are you sure you don't want to bail after…" Kai—my best friend and total worrier—motions to my split lip and bruised cheek as we hustle down the crowded sidewalk toward Bottom Lounge.

"It's nothing," I say, shaking off his concerned stare. "You've been planning this for months, Kai," I continue, allowing real excitement to chase away the grittiness from earlier.

Adrenaline still thrums in my blood, but the buzzed sensation isn't anything new to me. At least the woman got away. Rather me than her.

"Besides," I say, forcing myself out of my head, "Nathan is watching Ray." My boss is my absolute second-favorite person on this planet, right behind my baby sister. With her safely taken care of tonight, it's my one chance to pretend to be someone else…*anyone* else. "My dad thinks I'm working a double shift," I add. "I'm ready to have fun." I loop my arm through his.

Kai looks like he wants to argue, those green eyes searching my face and lingering on what will be a hell of a bruise tomorrow. But we've been friends for almost a decade, so he knows not to push me on this.

"Be honest," he says as we round a corner and the small bar comes into view. The brick building's black lettering is illuminated by a single backlight, and a few concertgoers hurry through the doors. "How excited are you?"

I grin up at him, one of the few unhindered smiles I've mustered lately. I've had a countdown for this concert since he snagged the tickets—a rare escape. Any nights away from Ray are a struggle, because the distance feels like a physical strain on my heart. But I know Nathan will keep her safe, and in the end, that's all that matters.

Tonight—and *only* tonight—I get to act like a normal girl headed to a concert with her best friend.

Not the real me—a girl who has worked tirelessly to survive her home

life and graduate high school, raise her baby sister, and eventually, help her escape. At least I get a gold star for multitasking, right?

But tonight? Tonight, I want to be someone else entirely.

"Beyond pumped," I finally answer Kai, dropping his arm as we show the bouncer our tickets and head through the doors.

Instantly we're hit with the opening act's music—loud bass filtering through the small space. Dim lighting illuminates the stage and half the dance floor, while the rest of the place is covered in a faint darkness that sets the electric mood—which is exactly what I'm looking for tonight.

"Dance floor or bar?" Kai asks, his voice barely heard above the music and chatter.

I bite my lip, torn between my craving for a strawberry lemonade and my need to move. My muscles itch to sway, to lose myself to the music and simply *be* for a few blissful hours.

"Dance floor," I answer, tugging him through the crowd of people covering the floor.

The opening act finishes up, and after a small break, my favorite artist takes the stage. Bishop Briggs isn't just a phenomenal singer—she writes songs I can relate to. Pain, secrets, having a dark side—they're fire.

"Happy early birthday, Harley," Kai says after I've stopped cheering at the sight of her.

"You're seriously the best," I say as we dance in the small space we've claimed—well, *I* dance, while Kai sort of shuffles side to side a foot away. He's not big on dancing, but he's not about to rob me of my fun tonight. Something I'm forever grateful *and* guilty for. I'll never be able to repay him, even when he says I don't need to. All the money I earn from the deli, I save to keep Ray and myself fed, clothed, and, hopefully soon, free.

Once I have enough saved for an apartment—

*Stop.*

I squeeze my eyes shut, focusing on the music. I'm not going down that road now. Not tonight, the one night of the year I've allowed myself to be the version of Harley I wish I could be—fun, baggage-free, maybe even a little wild.

I laugh at myself then, and Kai tilts his head, but I wave him off. Even if I can explain it, he won't be able to understand. And why would he? Kai has the perfect life—loving family, wealthy, smart as hell. He'll never need

to pretend to be anyone else.

The band transitions to a slower, sultry song, and I adjust my pace, escaping in the notes that tumble over one another like honey dripping from a bottle. Sweat beads on the back of my neck, and I lift up my long red hair, gathering it in a knot atop my head.

"You need a drink?" Kai asks, hunching down a bit awkwardly for me to hear him over the music.

"Please." I nod without stopping my moves.

He flashes me a thumbs-up, then slips through the crowd at a slow pace, heading toward the bar.

A sudden rough shove and a quick "sorry!" have me tumbling backward—another overzealous dancer knocking into my space.

Warm, strong hands steady my shoulders from behind, but I quickly right myself and shake them off.

I whirl around, ready to apologize for the domino effect, but the words die in my throat.

I look up and *up* to lock gazes with a pair of amber eyes that stare at me with such intensity, the hairs on the back of my neck stand on end. His skin is a rich golden brown, his hair a mess of black curls atop his head. A black T-shirt is molded to tons of corded muscle.

I suck in a sharp breath—not from how hot he is, though *yeah*—but because of his eyes. There is something there, a churning intensity I can't put my finger on. It stirs up my insides, anticipation and curiosity and just a hint of fear.

"You're welcome," he says before I can get a word out.

"Excuse me?" I barely hold back my laugh. "I didn't need your help. I totally meant to do that."

A smirk shapes his full lips, equal parts mischief and danger. He raises his hands in defense. "I guess next time, I'll let you fall."

"You could," I say, a smile teasing the corners of my mouth. "But I'll take you down with me."

"Well, that would be one way to get me horizontal," he says, deadpan, his eyes practically gold in the flickering lights bouncing off the stage. The music swells to a new song, the concert still going full swing despite everything in my world narrowing to him.

My next words leave my mouth before my brain can catch up, can remind

me I've never flirted a day in my life before now. But tonight, I'm not the real Harley. Tonight, I'm just a normal girl teasing a hot guy at a concert. "There are other ways?"

"Many." He draws the word out, arching a brow at me. "Should we dance and find out if that's one?"

A laugh rips from my lips. "You think you can dance my pants off— literally?" I ask, rolling my eyes. "I can tell you right now, it'll take more effort than that."

I didn't think his brow could go any higher. It can and does. "Do you answer everything with a challenge?"

"Is there any other way?" I ask, my heart racing from the back-and-forth. I can't deny the electricity buzzing in my blood from the verbal battle, or the fact that I should have reminded myself a half a dozen times by now that this isn't my life—this isn't who I really am, carefree and interesting—and just walk away.

But here I stand, unable to resist finding out what he'll say next.

"I think you truly believe that," he says, then shakes his head.

My lips part, a tiny gasp escaping. He's pinned me—my default setting is defensive, but I have my reasons.

He stretches his muscled arms out in an offer, flashing me a questioning glance with just a hint of dare behind it.

And I'm almost as shocked as he looks when I step into his space and start to move.

Maybe it's because he's a stranger. Maybe it's those eyes. Or maybe it's because I want so desperately to be a different Harley tonight. One not weighed down by an anvil of rejection and held back by a chain of unworthiness.

Either way, I purse my lips. And *move*. "Can you keep up?"

"Another challenge?" His lips slowly stretch into a half grin now, like he tried to stop them but didn't have complete control.

When he doesn't start to move with me, I decide maybe I've gone too far. This flirting thing doesn't come naturally. Why do they make it look so easy on TV? I'm about to turn and walk away, but then his hands fall lightly to my hips.

And his touch is *searing.*

Then we're moving together.

Instantly, like a magnet, he falls into my rhythm, that half grin lighting up the sharp angles of his face.

I force myself out of my own head and dive into the music, the dance, the way this stranger laughs when I tease him to match a more complicated move. Daring him to keep up. An answering laugh echoing in my chest when he does. It's like dancing in a mirror, every move almost anticipated and perfectly matched with mine. Like this music itself was created just for us to dance to.

"You like this song?" I ask when the band shifts to a new tune.

"It's…enjoyable," he says, the words low and rough.

"From the way you're smiling, I'd say you're *more* than enjoying it."

"It's not the song," he says, his breath warm from where he leans down to speak into my ear.

The fingers on my hips flex, and I whirl out at his gentle nudge. Another laugh escapes my lips as he beckons me back in with a flick of his finger, and I can't help it—I love the way he dances. Love the way he dives in headfirst, matching my moves and upping the game with some of his own.

"What is it, then?" I ask once I've caught my breath.

"It's you. You're a bit reckless when you dance." My heart stutters at his words, at the way he's watching my every move. "You consume the space."

I raise a brow, a bubbly sensation filling my lungs. "Do lines like that *ever* work?"

"Depends on the girl," he says, shrugging.

"Not this one."

"Definitely not." His gaze holds mine, the music a throbbing pulse under my skin. "Give me time," he finally says. "I've been told I'm an acquired taste."

A warm ripple races down my spine as I'm suddenly thinking about what he tastes like. From the smell of him—all citrus and cedar and amber—I'm guessing pretty damn great.

"I don't have time," I say, the truth in that statement catching up with me. I have tonight—this one night of freedom I'm allowing myself. The rest?

Take care of Ray at all costs.

That thought suddenly evaporates all the wildness coursing in my veins, leaving me slightly cold inside.

He leans down, his full lips at the shell of my ear. "That's the first true thing you've said all night."

"And it's the last," I say, stepping away as the band shifts to another tune.

"Thanks for the dance." I back up another foot, both relieved and disappointed when he doesn't protest.

"Harley!" I hear Kai call from behind me. I glance over my shoulder and spot him at the edge of the dance floor, two drinks in his hands as he motions me over. I turn back around, my hand prepped for a wave goodbye, but the boy is gone.

I scan the area around me, almost desperate to lock on to those golden eyes.

Nothing but dancers laughing and cheering.

I ignore the hollow disappointment that sucks at the bottom of my stomach.

*I already stopped the dance—of course he left after my obvious shutdown.*

I start toward Kai, forcing myself to smile.

Forcing myself to forget the heat I feel lingering from the dance.

Tonight isn't over, but I can't help but feel like I've lost something.

I continue to give the place furtive glances, but even after an hour, the dark stranger never shows up again.

Probably for the best.

Because I've never allowed myself to *want* anything before, and I sure as hell can't afford to start now.

# Acknowledgments

Writing a book with as many moving parts as this one takes a whole village, so I have to start by thanking the two women who even made it possible: Liz Pelletier and Emily Sylvan Kim.

Liz, I know this was the roughest one yet, but I loved (almost) every second of it. Thank you for continuing to push me past what I think I can do as a writer, for dragging me out of my comfort zone, and for helping me create a story I will be proud of for the rest of my life. You are a truly brilliant editor and an even more incredible person and friend. I can't wait for our next adventure.

Emily, I hit the agent jackpot. Sincerely. We're sixty-six books in, and I couldn't be more grateful to have you in my corner. Your support, encouragement, friendship, and joy for this series has kept me going when I wasn't sure I'd be able to make it. Thank you for everything you do for me. I am so, so, so lucky that you were willing to take me on all those years ago.

Stacy Cantor Abrams, it is a joy to be working with you on the biggest YA series of my career. You gave me my first break in YA all those years ago, and the fact that we still get to work together is such a bright spot in my career and my life. Thank you for all you've taught me through the years and for all your enthusiasm and late-night help with the Crave series. I feel so lucky to have you in my life.

Jessica Turner, thank you so much for making the magic happen. You are the most amazing associate publisher I've ever had the pleasure to work with. Thank you, from the bottom of my heart, for all you've done for this series. I am blessed to have you on my side.

To everyone else at Entangled who has played a part in the success of the Crave series, thank you, thank you, thank you, from the bottom of my heart. Bree Archer for making me ALL the beautiful covers and art all the time, and for always being so amazing when I need help with something. Meredith Johnson for all your help with this book in all the different capacities and for talking me through a few meltdowns. You're the best! To the fantastic proofreading team of Judi, Jessica, and Greta, thank you for making my

words shine! Toni Kerr for the incredible care you took with my baby. It looks amazing!!!!! Curtis Svehlak for making miracles happen on the production side with such grace and humor and for putting up with me (still) being late on everything—you are a godsend! Katie Clapsadl for putting up with all the questions as I learn this brave new world, Riki Cleveland for being so lovely always, Heather Riccio for your attention to detail and your help with coordinating the million different things that happen on the business side of book publishing.

Eden Kim, for being the best reader a writer could ever ask for. And for putting up with your mom's and my badgering of you ALL the time. ☺

In Koo, Avery, and Phoebe Kim, thank you for lending me your wife and mom for all the late nights, early mornings, and breakfast/lunch/dinner conversations that went into making this book possible.

Emily McKay, for all these years of friendship and for the support and safety blanket you have always offered me. You are one of the very best things that this career has given me. I love you lots.

Megan Beatie, for all your help and enthusiasm with getting this series into the world. Thank you so much for everything!!!

Stephanie Marquez, you are the best thing to ever happen to me. Thank you so much for all the excitement, love, kindness, support, and help you give me every day. And most of all, thank you for finding me.

For my three boys, who I love with my whole heart and soul. Thank you for understanding all the evenings I had to shut myself up in my room and work instead of hanging out, for pitching in when I needed you most, for sticking with me through all the difficult years, and for being the best kids I could ever ask for.

And finally, for fans of Jaxon, Grace, Hudson, and the whole crew. Thank you, thank you, thank you for your unflagging support and enthusiasm for the Crave series. I can't tell you how much your emails and DMs and posts mean to me. I am so grateful that you've taken us into your hearts and chosen to go on this journey with me. I hope you enjoy Covet as much as I enjoyed writing it. I love and am grateful for every single one of you. xoxoxoxo

# Let's be friends!

@EntangledTeen

@EntangledTeen

@EntangledTeen

bit.ly/TeenNewsletter



an imprint of Entangled Publishing LLC