She gasps, but that's the only sound she makes as she clamps a hand down on the cut, and the rest of us fan out, trying to figure out what's happening. The knives are all coming from the same direction, so we hone in on that corner of the room, move closer.

Hudson must figure out that I can't shift, because he gets right in front of me, blocking me from any other weapons with the sheer width of his shoulders.

At the same time, Jaxon and Eden charge the shadows, only to come up empty-handed.

"If you know so much, why don't you come out here and explain it to us?" Jaxon calls as he turns around, looking for whoever is doing this.

"Oh, I intend to." And just like that, she's there in front of us, jumping down from the top of one of the coffins near the back of the mausoleum. We all watch, wide-eyed, as she saunters toward the light.

"Who are you?" Hudson demands, moving a little bit to the left to make sure he's between the girl and everyone else even as Jaxon starts to do the same thing.

"Still asking questions," she mocks as she finally steps into the light, and I get my first good look at her.

It shocks me, shocks all of us, because this *girl* is the last person anyone would expect that voice—and those knife-throwing skills—to belong to.

To begin with, she's probably younger than me—or at least, she looks a little younger. Sixteen, maybe seventeen if you push it, with ruby-red hair she wears twisted into a bun at the nape of her slender, elegant neck. Her eyes are wide and dark, a sharp contrast to her alabaster skin, and as she steps farther into the light, the look in them is even more sly than her voice.

She's tall—close to six feet if I were to take a guess—but too thin, like it's been way too long since her last meal. She's dressed entirely in black, which only accentuates her pale skin and long, slender limbs.

Tight long-sleeve black shirt cinched with a black harness-type belt.

Tight black leather pants.

Low-heeled black boots.

Even the thin leather cord she has triple wrapped around her right wrist is black.

As for the five hundred knives she has strapped all over her person? They don't scream "overkill" *at all*—more like just the right amount of kill, or at least I'm sure that's what she tells herself. How else can she terrorize a group of people anytime she wants?

And while five hundred might be a slight exaggeration, I'm pretty sure two

hundred isn't. Maybe even two-fifty. It's clear she had this outfit custom-made and kept telling the seamstress, "More knives, more knives."

Still, I try to look past the knives—which is even harder than it sounds—to get a good look at the girl underneath. Because, despite all the weapons, she looks just a little fragile. Like a ballerina who has taken one too many falls.

But somehow that only makes her more beautiful. At least until she opens her mouth and goes back to being scary as fuck.

"Then again, you always were the idealistic one, weren't you, Hudson?" she mocks.

The fact that she knows him, or thinks she does, is really strange, considering he doesn't seem to have any idea who she is. And when she continues—"The poor little lost boy who never understood the three most basic fundamentals"—ice slides along the inside of my veins.

Because there are only a couple people in the world who know Hudson well enough to see how lost he is under the facade, and this stranger definitely shouldn't be one of them. I mean, yeah, it could just be a good guess, but something about the way she's looking at him tells me it's more than just speculation.

"And what exactly are these fundamentals you're so impressed with?" Hudson asks.

He sounds bored, like he's barely paying attention, but a quick glance at his face shows that he's watching every single move she makes. And that he, too, is wondering if she's taking shots in the dark or if she knows something she shouldn't.

"Isn't it obvious?" She holds up a hand so she can tick the points off on her fingers. "One, greed always wins. Two, loyalty doesn't exist."

She pauses for a second to let the words sink in, but Hudson only lifts a brow. "Did you forget the third one, or can't you count that high?"

The snide, mocking voice he uses startles me, gives me pause. I haven't heard it in months—not since he stopped trying to hide his feelings from me—and it has me looking at this girl more closely. I have no idea who she is, but she's got Hudson's back way up and all of his defense mechanisms firmly in place.

A quick glance at Jaxon tells me he notices it, too—and that he's as baffled as I am. Even before the girl says, "I can count just fine. Maybe you've got me confused with baby brother over there?"

Jaxon goes from looking confused to looking insulted—I mean, who can blame him—but before he can object, she continues. "The third is the most obvious and the first thing our shite father taught me. Blood is only thicker than water when it's running down the drain."

# 63

## Dungeons
## and Daggers



The girl smiles sharply, her fangs glinting even in the dim light of the mausoleum as we gasp as one. Hudson and Jaxon have a sister? A quick glance at them says clearly, not that they knew.

Then, before any of us can react, she waves a careless hand and orders, "Seize them."

Moments later, what looks to be an entire battalion of the Vampire Guard floods the room.

The guards come toward us, and we move so that we're in a circle, our backs together. Again, I reach for my platinum string, and again, I come up empty.

"What's happening?" Eden asks, and she sounds more panicked than I've ever heard her. "I can't find my dragon."

"I can't find my telekinesis, either," Jaxon mutters, ducking just in time to avoid a giant fist flying toward him.

"They must have some kind of spell that blocks our magic, like they did in the Aethereum," Hudson says as he dodges a couple of ham-handed fists, then delivers a kick to the solar plexus that has one guard stumbling backward.

But when he glances over to check on me, he ends up with a fist straight to the nose. Blood flies out, and the girl—whoever she is—laughs from the doorway. "I'd say sorry about the pain you're all about to feel, but the pain's my favorite part. Have fun," she tells the guards, and I swear I can hear her laughing all the way down the hallway.

I start to fight, too, kicking one guard who tries to grab me and slamming my head back into the chin of another. But there are dozens of them and only four of us. Even with our powers, we'd be outgunned. Without them, the fight is over before it's even begun.

Once they've got us in unbreakable chains, they drag us down to a huge room with thick bars I'm guessing are made of the same material as our cuffs. Inside,

I can see Katmere students—some still in their distinctive purple hoodies—and several instructors I recognize as well.

I might be happier to see them if we weren't also about to be stuck in the dungeon with them. The guards open the door with a clang and shove us inside without bothering to take the cuffs off.

"Turn around," a guard orders gruffly once we're all locked in the cell. Only then, when our backs are to them and there's no chance for us to escape, do they remove the chains from around our wrists.

Eden's come off first, and the second she's free, she's across the room, laughing and crying as she wraps her arms around another girl, a dragon a year younger than us. Dawud races over to a boy who looks remarkably similar. Amir. I'm near the end—between Jaxon and Hudson—and as I wait my turn, I can't help looking from student to student. Wondering who we'll find here. Wondering more, who has already been taken to the wells.

I find Macy's ex, Cam, and Amka, the librarian who's been so kind to me. I see the wolf girl who sat next to me in art for most of second semester and several of the dragons who were in my Physics of Flight class. But no matter how hard I look, I don't see my uncle Finn anywhere.

I hope that just means he's in the back—it's a big cell, but there are a lot of people in it, and it's pretty crowded—not that Cyrus has already taken a shot at torturing him.

"What do we do now?" Jaxon asks, though Hudson isn't paying attention. He's already turned around, studying the faces of the guards as if looking for something—or someone. But I don't focus on that, because I've just seen exactly the faces I need to see most.

Another set of guards has approached the cells with more prisoners, and they undo their chains and shove them in with us one by one. Flint. Mekhi. Dawud. Rafael. Byron. Liam. And Macy.

My cousin rushes toward me, wraps her arms around my waist, and cries out, "You came for us."

"Of course we did. We're family." I squeeze her back, and we just hold each other for a minute, Macy obviously glad to see me and me so, so relieved she's not at the bottom of a well.

Eventually, we pull apart, and Macy says, tears on the tips of her lashes, "I'm sorry we snuck off."

I shake my head. "No, I understand. I'm sorry I wasn't listening to you."

She swipes at the tears that have tumbled down her cheeks and sniffs. "I

had to find my parents."

"Shhh," I soothe, squeezing her again. "It's okay."

Someone coughs to our left, and we separate again.

"Foster's in the back, Mace," Cam says, and for the first time since I've known him, he doesn't sound like a jerk. "He's in rough shape, but he's okay."

"Daddy!" Macy shouts as she starts running for the back of the dungeon. "Daddy, where—"

"Macy?" Uncle Finn bursts through one of the crowds of students and grabs Macy in a hug. "Thank God you're all right. I thought—" His voice breaks.

"I thought the same about you," she says, hugging him tightly.

"What about Grace? Is she—"

"I'm right here, Uncle Finn." I move to give him a brief hug, too, but the second I brush against his right shoulder, he winces.

"Where does it hurt?" Macy asks, but the truth is, the better question might be where it doesn't. It's obvious he put up a hell of a fight when they came to take Katmere, which doesn't actually surprise me at all. Uncle Finn has always been super protective of his students.

His face is battered, his eyes blackened, and the left side of his jaw is swollen to nearly twice its usual size. His clothes are torn and bloodied, and the knuckles on both his hands are shredded. Plus, now that the adrenaline of seeing Macy is wearing off, he's walking with a pretty pronounced limp.

"It doesn't," he tells her, dropping a kiss on the top of her head. "Now that I know you're alive, the rest of this is nothing to worry about."

I admire his fighting spirit, but he's listing to the side pretty badly at this point, so I have a hard time believing him.

"Don't worry, Daddy. We'll get you out of here," Macy tells him.

I exchange a look with Hudson, who has come up beside me. I'm all for getting out of here, but I'm not so big on making promises we can't keep. And right now, we're powerless and locked up in a dungeon. Escaping seems like a pipe dream when right now all I want is for the people I love to survive.

That, in and of itself, seems improbable. If Cyrus really kidnapped all these people because he wants to drain their power, it seems that his first choice at this point would be his sons. After all, they are the most powerful paranormals in the room—some of the most powerful paranormals in the world—and he's gone to great pains to make them that way. Why wouldn't he try to drain them first? Or maybe the better question is, why hasn't he tried to drain them before?

"You doing all right?" Hudson asks me, his blue eyes searching mine.

I give him an *are you kidding me?* look.

Before I can say anything, though, Macy says, "Mom's here, Dad. We went to the Witch Court, and they told me she's been here all along. Once we get out of here, we need to find her. We need to—"

"Macy." Uncle Finn holds up a hand to stop her. "I already know where your mother is."

"What do you mean, you know? How is that possible?"

My uncle doesn't answer. He just studies Macy's face, his hands shaking. Eventually, he rasps, "I was only trying to protect you."

Macy pulls back. "What do you mean? Protect me from what?" For the first time since I've known her, her face is filled with suspicion and, worse, with betrayal.

"I didn't want you to find out this way," he tells her, and I can see the words hit her like a body blow. Not that I blame her. In my opinion, those are pretty much the nine worst words in the English language, because whatever comes after them is always, always, *always* bad.

"Find out what?" she asks and narrows her eyes, rests her clenched hands on her hips. "What didn't you tell me, Dad?"

Uncle Finn takes her hand, then limps around another group of students.

I turn to Hudson. "I need—"

"Go," he says. "I want to talk to Jaxon about the evil-as-fuck sister we never knew we had. Come find us when you're done."

I nod, then take off after Macy and Uncle Finn.

They weave around two more groups of kids before they get to the back corner of the dungeon. And there, crumpled on the ground in the shadows, is a woman who barely resembles my aunt Rowena.

Her naturally blond hair is the same color I remember—the same color as Macy's underneath all the hair dye—and the small, heart-shaped birthmark on her cheek is still there as well. But that's all the resemblance I can find between my laughing, vibrant aunt and the poor, broken woman currently huddled under Uncle Finn's favorite checked blazer.

Her skin is sallow, her hazel eyes sunken and ringed with dark circles. Her clothes—which have obviously seen better days—hang on her gaunt frame like a shroud.

Macy cries out when she sees her and drops to her knees. "Mom, oh my God, Mom." Tears stream down her face as she wraps herself around her mother.

A low, keening cry comes from my aunt as she strokes Macy's hair. Tears

leak from her own eyes as she struggles to hug her daughter. "My baby, my baby," she repeats in a voice that is cracked and haunted.

"What happened to you?" Macy whispers.

Her mom doesn't answer—she's so broken, I'm not sure she can formulate an answer to what is obviously a very complex question—and Macy doesn't push. Instead, she just sits there and lets her mother touch her cheeks and her hair over and over again. "So pretty," my aunt whispers. "So pretty."

Eventually, Aunt Rowena falls asleep, and Macy wipes the tears from her face. Then, after she gently unwraps her mom's arms from around her and the woman doesn't stir, Macy gets to her feet. And turns on her father with a fury I've never seen from my happy, gentle cousin.

"What did you do?" she demands as she advances on Uncle Finn.

"I had nothing to do with this, Macy." He holds his hands up beseechingly. "I couldn't control anything about her punishment, and I couldn't free her no matter how hard I tried or how many avenues I explored. And I've tried. Believe me, I've tried for a decade."

"You've known for ten years that she was locked in this place?" Macy demands. "And you never told me?"

Her voice is loud enough that it's attracting other students' attention—which gets our friends' attention. They make their way over to us as Macy continues to try to get answers from Uncle Finn.

"What good would it do to tell you she was in here?" he asks. "It would only hurt you."

"Because thinking my mother chose to abandon me didn't hurt?" she shoots back. "Thinking that she was out there somewhere just living her life and not wanting me didn't hurt? What kind of father would do something like that?"

Her words hit Uncle Finn like fists, and I can see him flinching a little more with each one. It worries me, because he's obviously injured and already devastated at the state he's found his wife in. Having Macy turn on him, too, must be unbearable.

What he did was wrong—really, really wrong—but he's not in a good place at the moment, and berating him will only make it worse.

It's that thought that has me stepping forward and resting a hand on my cousin's shoulder. "Macy, maybe we should—"

She whirls on me. "Don't *Macy* me! He lied to me for a decade. He left my mother in this hellhole for Cyrus to torture for ten years. And now he's making excuses!"

"I'm not," he tells her. "You have every right to be angry with me—"

"You don't have any right to tell me what *rights* I have," she snarls at him. "You don't even have the right to talk to me."

She looks down at her mother, who is curled up in a ball as if trying to ward off the pain even in her sleep. "How could you do this?" she asks again. "How could you—" Her voice breaks, and Mekhi reaches for her and pulls her in for a hug. She buries her head on his shoulder but wipes her hands over her face before whispering to her father, "Tell me everything."

# 64



<div align="right">

### Father Doesn't Know Best

</div>

"There's not a lot more to tell," my uncle says.

Macy looks down at her sleeping, shivering mother and answers, "Oh, I think there is."

He sighs. "She didn't want you to know. Neither of us did. We wanted to keep you away from the front lines."

"Know what exactly?" she asks snarkily, pulling away from Mekhi to face Uncle Finn again as Hudson rejoins us. "That Cyrus has been keeping her locked up in a cage for a decade? Torturing her for a decade?"

"Much as I would like to lay all the blame on Cyrus for the state your mother is in, it's a lot more complicated than that."

"What's complicated about it? The man is a monster who has spent his life perfecting the art of hurting people." She gestures to her mother. "Look at her."

"Yes, but he's not the one torturing your mother." Uncle Finn's gaze meets mine. "The Crone is."

"The *Crone*?" The words come out of my mouth before I even know I'm going to say them. Heat sweeps through me, followed by guilt that threatens to steal my breath.

*I'm* the one who put us in that house. *I'm* the one who wanted to go to the Crone. *I* took Macy there, into the home of the woman who—all this time... That bitch. That heinous fucking *bitch*. We were there. Macy was *right there*, in her house, and she never said a damn word to any of us.

Hudson puts a supportive hand on my lower back, as if he knows that I'm beating myself up over what I did. He doesn't say a word, but I know he's trying to tell me that it's not my fault. That I couldn't have known.

But that's not true. I might not have known what the Crone was doing to Macy's mother, but Hudson warned me against going there. I didn't listen to him and now... Now I owe a favor to the woman who has tortured my aunt for

years. I would say it doesn't get much worse than that, but in this world, things can always get worse.

"But why?" Macy asks. "Why would the Crone want to hurt Mom? She's spent her whole life helping people. She's never done anything to anyone, so why—"

"The Crone did her a favor once," Uncle Finn answers. "And in return, your mother had to do a favor for the Crone."

"And?" Macy asks.

"And she failed."

"So that gives the Crone the right to torture her for the rest of her life?" Macy demands. "That's total BS. Grace owes the Crone a favor, too. Does that mean, if something goes wrong, she'll just get to torture Grace for eternity? Of course n—" She breaks off, her eyes going wide as she swings around to look at me.

But that's okay, because I'm pretty sure my eyes have gone just as wide. I know Hudson has practically turned to stone behind me.

"At no point did anyone mention eternal torture as the price of failing to complete a favor," Flint says to no one in particular. "I'm pretty sure we would have remembered that."

"Grace owes the Crone a favor?" Uncle Finn sounds horrified.

"Let's not worry about that right now," I answer, because there is only so much my freaked-out brain can take before I go into a full-blown panic attack. And right now, I am pretty close to the limit. "What favor does Aunt Rowena owe the Crone? And if we complete it, can we free her from this dungeon?"

"Not to put too fine a point on it," Eden interjects, "but right now, we're in no position to free anyone from this dungeon or anyplace else."

My uncle ignores her in favor of answering my question. "Cyrus doesn't have her in this dungeon because she failed the favor. He has her in here because she's been convicted of spying on the Vampire Court. Normally that crime carries with it a sentence of death. But she is the cousin of the witch queen. Killing her would be a bad political move."

"So why didn't the queen do something?" Macy asks. "If Cyrus didn't kill Mom because he feared retaliation from the Witch Court, why didn't Imogen parlay that into a pardon for Mom?"

"She did do something," Uncle Finn explains. "She got him to commute her sentence from death to life in prison."

Macy's laugh is harsh and painful to hear. "And she thinks that's fair?"

Uncle Finn's gaze bounces from Macy's to mine. "Things are more complicated than that, honey."

I swallow, my gaze going to Aunt Rowena's sleeping body. Or what used to be my aunt. The person huddled on the floor, too weak to even wake with people shouting nearby, her bones poking up beneath the blanket in harsh angles, is only a shell of the woman I used to know. A ghost who forgot to die somewhere along the way.

My knees almost give out beneath me as a vise squeezes my chest so tight, I can only breathe in short gasps. Hudson's arm snakes around my waist, supporting me, but I barely notice. It's taking every ounce of energy I have not to give in to the urge to vomit the bile burning its way up my throat as the voice in my head just keeps repeating that I owe the Crone a favor, too.

Macy doesn't notice, though. She's too busy yelling at Uncle Finn.

"You should have told me. I'm not a child." Then she looks him straight in the eye and says, "You've had ten years to free my mother. It's my turn now, and I won't fail."

Uncle Finn looks stricken, but he doesn't defend himself. In fact, he doesn't say anything at all. No one does, until a mocking clap rings through the dungeon. Followed by an all-too-familiar voice saying, "And here I thought I was going to need an insulin shot to get through the cute little family reunion. Looks like a ball gag would have been a better choice."

# 65

## You Say Potato,
## I Say Murdering Thief

The crowd around us titters nervously, and I turn, expecting the worst. Sure enough, the redhead from earlier is directly behind us, leaning against one of the dungeon's heavy stone columns on the other side of the bars as she cleans her nails with the tip of a metallic black switchblade. Because apparently a nail file isn't badass enough.

"Who the fuck is she?" Flint asks with a frown.

"Trouble," Eden answers, and she's definitely not wrong. It's written all over the other girl's fuck-you attitude.

I am ready to throw a name or three at this one if someone else doesn't. Beelzebub, for one. Or maybe just go for straight-up Lucifer? She does kind of look like a Lucifer.

"Her name is Isadora Vega," Uncle Finn says.

"Oh, hell no," Mekhi mutters. "Tell me she's not another Vega kid."

Hudson gives him a mild look. "I'd be offended if I didn't happen to agree with you so completely."

"Wait, does that mean she's got an extra power, too?" Eden asks, and I have to admit, I've been wondering the same thing since she casually announced she was my mate's sister.

"I don't know," Isadora answers with a wicked, crimson-colored grin. "Why don't you come a little closer and see if you can figure it out?"

"I'd rather jump into a tank of flesh-eating piranhas," Flint mutters under his breath.

She laughs, then makes that little *tsk-tsk* sound again. "As if I'd share with piranhas. Dragons are my favorite afternoon snack. I think it's the wings."

"What do you want, Isadora?" My uncle sounds firmer—and also more exhausted—than I have ever heard him.

"Same thing I always want, *Finn*. But since world domination is a few months

off, I guess I'll just have to settle for you." She quirks a finger and beckons him over.

"She isn't really your sister, is she?" I hiss at Hudson. "I mean, you'd know if Cyrus had another kid, wouldn't you?"

"I think so," he answers, but there's a look in his eyes that says it just might be possible.

And I get it. I mean, I don't know if he sees it, but there's something about that razor-edged wit that seems really familiar, especially combined with that negligent shoulder lean against the column. And that's not even mentioning the whole *do what I want to do because I want to* attitude that is pure Jaxon.

"I'm not going anywhere with you," Uncle Finn tells her coldly.

"Does that mean you're going to put up a fight?" Her eyes go wide, and she claps her hands together. "Pretty please?"

"Don't play with your food, daughter." Cyrus's voice rings through the dungeon. "It's such an unattractive habit."

Isadora doesn't answer him. Instead, she just tosses her knife super high in the air. It spins end over end for what feels like forever but is probably only a few seconds, then she catches it and has it sheathed again before I can even blink.

Cyrus is right behind her now, and he doesn't look impressed as he surveys my friends and me. Then again, the feeling is entirely mutual.

He might be decked out in the hottest Tom Ford suit on the market, gray checked with a lavender tie, every tooth in his socially acceptable grin polished to a blinding white and every hair on his handsome head combed to perfection, but to me he still looks like the monster he is. It's in his cobalt-blue eyes, in the way he holds his body, in the twisted little sneer that makes an appearance the second he thinks he can get away with it.

He waves at a guard to open the cell door about ten feet to the left of us, other students milling on that side of the dungeon.

"Come with me," he orders the group of us, then turns and walks away like he just expects us to follow him, no questions asked. Which is so not going to happen.

"And if we don't?" Jaxon asks, eyes narrowed and hands loose by his sides, like he's spoiling for a fight.

Cyrus pauses several feet away with a long-suffering sigh. And when he glances over his shoulder, the look on his face asks, *Do you really want to challenge me on this?*

Since the answer is pretty much, *Hell yes, we always want to challenge you*, none of us moves so much as a muscle.

Cyrus sighs again—and it's even more put-upon this time. Then, quick as the snake he is, he reaches out and grabs the closest person to him, a freshman witch with a hot-pink pixie cut a lot like the one Macy used to wear.

Before I can register what he's going to do, he yanks the girl toward him, and then he strikes, his fangs slamming straight through the skin at the base of her neck and into her carotid artery.

"Stop!" Hudson yells, launching himself at his father, but two guards step between them and block him.

It's already too late anyway, and we all know it. She's dead before Hudson can get to her, dead before she even hits the floor. It's one of the most horrifying things I've ever witnessed, and it shakes me to my bones.

"Have somebody clean this mess up," Cyrus tells the guards, waving a careless hand at the girl now crumpled on the floor as he pulls a red silk handkerchief from his suit pocket and dabs at the drops of blood in the corners of his mouth.

I look away, my stomach churning, and end up locking eyes with Isadora. I don't know what I expect to see in hers—avarice, glee, maybe even hunger—but instead there's a deliberate blankness there, like someone who has been forced to watch this a million times and who knows she'll have to watch it a million more. Whether or not that's a problem for her, I can't tell.

Cyrus delicately sidesteps the puddle of blood pooling on the dungeon floor as two guards come to clear away the girl. "I'm still hungry, so I am more than happy to do this a few more times," he tells Hudson, who is staring at him with narrowed eyes. "Or you and your friends can come with me."

"Are we going to end up an appetizer?" Flint snarks.

But Cyrus just lifts a brow. "Would you prefer to be the main course?"

Flint looks like he wants to say more, but in the end must think better of it, because he just shrugs. And falls into line with the rest of us as we follow Cyrus to the front of the dungeon and upstairs, where I'm afraid the real torture takes place.

# 66



## This Is What it Really Means to Go Medieval

I don't think I had an actual idea in mind of where the guards were taking us, but this seems about right, I decide as I walk into the tower. Because yeah, it looks like pretty much every torture tower I've seen in a movie or TV show—which isn't worrisome at all.

Especially not the arm and leg shackles embedded in the curved wall every five feet or so. Or the giant industrial work shelves filled with items that can only be described as torture devices. I'm especially repelled by one that looks like a giant bear trap with huge, triangular metal teeth that are guaranteed to amputate an arm or a leg or whatever else happens to get forced into it.

Yeah, not worrisome at all, at least not if you're training to be a psychopath. Then again, Cyrus's picture should be the dictionary definition of the word, so it's not like I'm exactly surprised.

And judging from the looks on the others' faces, they aren't surprised, either. Worried, nervous, and in Macy's case absolutely terrified, yes. Surprised, no.

I'm trying not to show it, but I'm completely freaking out, too. Not just by the giant trap and other torture instruments over there, but because there's a sick feeling in my stomach right now telling me that this is it. That there's no way Cyrus is going to let us get away without draining our powers. Not when he's finally got us at his mercy.

Not that "mercy" is a word he's familiar with. No, he's going to enjoy every second of what he does to us here—the worse the better. Not for the first time since we ended up at this damn Court, I can't help wondering which will be better—death or ending up in that damn well?

The fact that I'm pretty sure the answer is death only freaks me out more.

I think about fighting, and from the looks on my friends' faces, so do they. But without their powers, there isn't much they can do—not when Cyrus considers us such a threat that he's got four guards on each one of us.

Jaxon lashes out with his foot anyway, tripping the guard currently trying to buckle his left arm into a shackle. He ends up getting a club to the face for his trouble, and I can't help crying out at the sound of his nose breaking under the wood.

Hudson stiffens beside me, but when I glance at him, he looks bored—as if being shoved  into a torture chamber is an everyday occurrence for him. But his eyes are watchful as they slowly, carefully take in every inch of the room. *Is he looking for an escape?* I wonder. *Or trying to figure out how to get his hands on a weapon?*

More guards are lined up shoulder to shoulder in front of the weapons now, so that seems impossible. Then again, we've been in impossible situations before, and somehow we're still here.

I hold on to that thought as two guards grab me and shove me against the wall, while another one locks the shackles around my wrists first and then my ankles.

I can't help looking at Hudson again as the cuffs squeeze closed. As I do, I think about all the time we've lost—and the future we should have to make up for that time.  And fuck it, chained or not, I'm not going down without a fight. I owe it to Hudson—and to the others—to fight as hard as I can. I don't know what fighting looks like right now, but I'm going to have to figure it out pretty quick. Otherwise—

"You know, Grace," Cyrus says as he strides through the doorway in his immaculate suit. Even in this horrible place, he looks like he's on his way to a fancy dinner date instead of planning to torture eleven kids. Then again, for him, it might very well be the same thing.

"I've really got to hand it to you," he continues as he stops only a few inches from my face. "You really go out of your way to make things easy for me. If I wasn't on an accelerated timetable, I'd be a little distraught at not getting more of a chance to use my skills."

He sounds amused and smarmy and somehow also conciliatory enough to raise my back. Because if there is anything I hate more than some man pointing out my mistakes, it's when that man gloats like an egomaniac while doing it. The fact that he might be right—and that I already feel guilty as hell for not keeping my friends out of this mess—only makes me feel worse.

And that's before he continues. "I was prepared to lose legions to capture you after Ludares, when I bit you and realized you were Cassia's long-lost offspring." He shakes his head. "But you practically volunteered to go to prison with my

feckless son and made it so easy for me."

His words turn the anger and anxiety inside me into a slow-simmering rage, but I don't respond. He's needling me, trying to get under my skin, and I refuse to give him the satisfaction.

When I don't answer, he makes a production of taking off his jacket and draping it over one of the few chairs in the room. Then he undoes his cuff links— amethyst and silver—and drops them in the pocket of his perfectly tailored trousers before he begins to roll up his sleeves.

"I admit, it never occurred to me that you would actually be able to fight your way through—and out of—the Aethereum when Adria shorted you a flower. It was quite an accomplishment, and I figured you'd take your second chance and run as far as you could, but instead you came right to me again, didn't you? And gave me a shot not just at you but at all your friends."

He shakes his head as if mystified, but I'm not naive enough to believe that. This is a perfectly written, perfectly delivered speech, meant to undermine my confidence in myself. Of course, the fact that I know that doesn't stop it from working. Especially when it's hard to argue with his logic.

I did play right into his hands multiple times. I did ignore all the warning signs and put my friends in danger over and over again, even when I didn't mean to or was just trying to save them. Not for the first time, I think about the favor I owe the Crone—it's hard not to when Cyrus calls her Adria like they're best friends or something and he knows all about our visit to her.

Does that knowledge mean he's been working with her all along? Just the idea makes me want to kick myself—especially when I think about the Crone being able to call her favor in whenever she wants. Or, I wonder with burgeoning horror, whenever Cyrus wants? Did I somehow unwittingly tie myself to the vampire king when I was trying to do the exact opposite?

Cyrus pauses for effect—or more likely to see if I'm going to explode and yell my head off at him. But there's no way I'm going to break and give him that kind of satisfaction. Not when he's already taken so much from me.

Instead, I keep my head down and my jaw locked as his words wash over me like acid. *Don't look up*, I tell myself over and over again. *Don't look at him. Don't look. Don't, don't, don't.*

After a few seconds that seem to stretch for an eternity, Cyrus sighs heavily. "And now there's this latest predicament you've gotten everyone in. I was certain I was going to have to send out search parties and drag you kicking and screaming back to my Court. Yet here you are. You didn't even bother to try to broker some

kind of treaty when you got here. No, not you, Grace. You just walked right into my dungeon like you couldn't stay away."

He tuts, shakes his head. "For a thousand years, I've been planning what I would do when I finally found one of Cassia's descendants. I marshaled legions of soldiers just to capture you, to get what I've been denied all these years." He gives another condescending chuckle, another shake of his head. "But at no point did I ever think one of Cassia's line would be so silly, so absolutely absurd, as to hand me everything I've ever wanted on a silver platter. So thank you, really. You've given me more than I ever could have asked for."

Even knowing what Cyrus is doing, even knowing that he's trying to undermine whatever confidence I have left, I still feel like the world's biggest loser. Because he's right. Nothing he's saying is a lie. Everything happened just like he said it did.

From my very first day in this world, I've felt like someone was playing chess with me. And yet I've never developed a strategy, never tried to change the game in my favor. Instead, I've only ever thought one move ahead, even when it was with only the best intentions—and now I'm here, in this torture chamber. And so are all my friends.

I haven't just taken myself down with my mistakes, my lack of foresight, I've taken everyone I've loved down, too. How can I ever make it up to them? And how can any of us ever come back from the mistakes I've made?

Cyrus walks over to the shelves with all the scary-looking stuff on them. He stands there for a moment, as if contemplating what vile weapon he wants to use on us. Eventually he picks up two long metal rods with wickedly sharp points, and my stomach drops through the floor.

I don't know what those things are for, but everything inside me warns that it's not good. That this is it. I've rushed in every opportunity I could, and now everyone is going to suffer because of me.

I just wish I knew how to stop it.

# 67



Liar, Liar,
Chest on Fire

Cyrus turns back to face us, those metal rods clutched in his hands. As he does, his eyes meet Hudson's, and for a second, I see delight there. Unmitigated joy at the idea of finally—finally—being able to pay Hudson back for what he did to him on that Ludares field.

He even raises a brow as he walks straight toward my mate, as if daring him to beg for his life. Hudson would never do such a thing, but I would. If I wasn't shackled, I'd throw myself in front of him right now and make Cyrus kill me instead in an effort to give Hudson a few more precious moments to figure out how to stop him.

But I am shackled, and there is nothing for me to do but watch as Cyrus stops right in front of Hudson.

Please, I beg the universe. Please don't let him hurt Hudson. Don't let him hurt any of them. They don't deserve to be drained of their powers—they don't deserve to die—because of mistakes I've made. Please, please, please.

"With whom should I start?" Cyrus asks, and his gaze is still locked on Hudson's.

"With me," I answer, keeping my voice steady despite the terror rising like a wave inside me. Please, please, please, let him leave them alone. "You just gave that whole pretty speech about how hard you were prepared to work to catch me. If I'm really that special, why don't you start with me?"

"What is that saying humans like to use? Maybe I'm 'saving the best for last.'"

"We both know I'm not the best," I tell him. "I'm just the one you've decided is most useful to you."

"Aren't you the clever one?" His cool smile shows more than a flash of fang.

"I try," I answer, determined to keep him talking as long as I can. My friends—my mate—are super smart and super resourceful, which means the longer I can keep Cyrus's attention on me, the more time I give them to figure out a way out of

this. "Why is that, by the way? What do I have that makes you need me so badly?"

He tilts his head, like he's thinking about the question—or, more precisely, thinking about whether or not he wants to answer it. Since I can't afford for him to lose interest in our discussion, I throw out the first thing I can think of.

"If it's the Crown, having it won't do you any good. It takes the Gargoyle Army to activate it, and you know they're gone."

"Are they now?" He twirls the metal rods in his hand, like he's actually thinking about what I said. But the calculating gleam in his eye says otherwise when he continues. "'Gone' doesn't mean 'dead,' now does it, Grace?"

My blood freezes in my veins as he repeats what the Bloodletter told me almost word for word. How could he quote her like that, in those exact words, unless…someone told him about our visit?

But who?

*Please, no. It can't be. It just can't be.*

But a quick look at Hudson tells me he's thinking the exact same thing I am, which makes me feel even worse, when I didn't think that was possible. Still, I do a running list in my head of everyone who was in the cave with us when the Bloodletter was talking about the Army.

Hudson, Jaxon, Eden, Macy, Flint, Mekhi, and me. I can't believe it was any of them—I would, and have, trusted each of them with my life, and they have never let me down. Even now, divided as we are, I don't believe any of them would sell me out. Not my mate, not my ex-mate, not my cousin, not three of my best friends. None of them would do it.

So who else could it be? The only other people we've told about the conversation are Dawud, Liam, Rafael, and Byron. But that doesn't make any sense, either. Dawud is desperate to save their brother any way they can. Liam, Rafael, and Byron are loyal to Jaxon and have been forever. There's no way one of them would have betrayed us.

Or is there?

Just the idea makes me want to throw up. We've been through so much together—good and bad—how could any of them have done such a thing?

They couldn't, I tell myself. This is just Cyrus trying to get into our heads. Trying to tear us apart because we're too strong when we're together.

I'm not going to fall for his tricks. Not this time.

But even as I stare him down, there's a tiny, niggling doubt in the back of my head that wasn't there before. The thought of a betrayal I never before would have imagined.

I try to hide it, try to keep my face and eyes as blank as Hudson does at times like this. But I must have some tell that he doesn't have, because the glee returns to Cyrus's face. Like he knows he's got me on the rails, and he couldn't be happier.

"I can practically see the wheels turning in your head from here, Grace." He smirks at me. "You're figuring it out. I'm glad—it means you're finally learning."

He pivots away from Hudson then—and from me—and starts following the curve of the wall until he stops right in front of Liam. Ice slices through my veins even as my stomach churns.

"Fuck, no," Jaxon mutters from his spot beside Hudson. "That's bullshit."

"I haven't said anything yet," his father tells him. "But then, I don't really have to, do I? You've already figured out that Liam here has been only too happy to keep me apprised of your movements."

"That's not true!" Liam yells. "I never—"

Cyrus cuts him off mid-sentence by plunging the metal rods deep into Liam's chest.

Macy screams.

Jaxon rattles his restraints as he tries to break free.

And the rest of us stare, speechless, as Liam freezes mid-argument.

At first, I think he's dead, but I can see the tears leaking from the corners of his eyes. And, after a long, silent moment, I can hear the death rattle in his chest as he tries to suck air into his punctured lungs, the rods paralyzing his body.

"What's happening?" I whisper to Hudson, but he doesn't answer. He just watches the scene unfold with a blank face and narrowed eyes.

And just that easily, panic is a crashing wave inside me, squeezing my chest, pulling me under.

Determined not to give in to it—not here and definitely not now—I look away from Liam's gray face and trembling form. I still refuse to believe he had been betraying us all this time, even if a tiny voice in the back of my head is whispering that it would explain how Cyrus knew exactly when we were going to the island to free the Beast. And, oh God, if what he said was true about working with the Crone...then he knew we'd go see her in the first place.

Just as that thought takes form, another one, even more frightening, has me fighting back the fear slamming into my chest. If Liam told Cyrus we were going to ask the Crone for a way to break out of the Aethereum, then did he always plan to force me to owe her a favor? What does he ultimately want from me, if not the God Stone? Have I risked a lifetime of pain and suffering just to

hand him the final winning move on a platter?

A vision of my aunt's magically tortured and gaunt body springs to mind, but I shove it down. Shove down the fear and the second-guessing and even the devastating sense of betrayal by Liam. This is exactly what Cyrus wants. To keep us frightened and acting on that fear, leading us straight to whatever evil plan he's hatched.

My gaze bounces around the room, looking for anything to focus on other than my friends chained up and poor Liam's body. Anything but the torture implements in the corner and the evil bastard peacocking in the middle of the room.

That's when I catch sight of Isadora for the first time. She's leaning against the back wall, cleaning her nails with a knife like what's going on is completely normal.

She doesn't glance up once, not even when Jaxon snarls, "I'll kill you with my bare hands, you fucking bastard."

For the first time since he walked into the room, Cyrus looks shocked. "Why?"

"What do you mean, why?" Byron growls. "You just impaled our friend."

"He was a coward," Cyrus answers, still looking mystified. "And worse, he was a traitor. He sold out his friends for a seat at the table. He's no one you should mourn—and no one I would actually allow at my table once his usefulness is gone. He didn't have loyalty, and loyalty is everything." He glances slyly at Hudson. "Don't you think so, son?"

Hudson doesn't answer. In fact, like Isadora, who is running her fingers lightly along the sharp edge of her blade now, he doesn't so much as glance at his father.

At least not until Cyrus turns to his daughter and asks, "Isadora, if you wouldn't mind?"

It looks like her shoulders stiffen for a second, though the truth is it happens so fast that it might have just been my imagination. It only takes her a moment to rub her knife against the leg of her pants and then slide it back into its sheath before she walks over to her father.

"Of course, Daddy." She says it like a little girl would, all sweet and ingratiating, and it grosses me out.

Then again, nearly everything about these two grosses me out. And that's before Isadora reaches for the two metal rods sticking out of Liam's chest like a tuning fork. As her hands close around them, she takes a deep breath, then

squeezes them together.

Liam lets out a silent scream as the rods start to glow red-hot. Isadora's head falls back, and her entire body goes stiff as her hands start to turn red now, too. They're glowing, her veins lighting up from within, shining more and more brightly until I start to wonder if she's going to burst into flames like a phoenix.

But then she moves so that she can hold both metal rods—squeezed together—with one hand. With her other hand, she reaches for Cyrus, glowing palm up.

He doesn't hesitate before grabbing it, and just like that, I know what she's doing. And I know what's going to happen next.

Though everything inside me urges me to look away, I can't. It's too horrible.

Because Isadora is Cyrus's secret weapon for stealing magic and right now, she's taking every single drop that Liam has.

68

## There Really Are Some Things You Can't Get Online



L iam knows what's happening—I can see it in his eyes, in his face, in the silent scream he can't release.

He's not making a sound, but he doesn't have to. Tears are flowing unchecked down his cheeks, and his eyes are alive with so much fear, it paralyzes me. Paralyzes all of us, if the stillness and the silence of my friends are any indication.

I can see the power leaving his body, bit by bit. But it's not that I see the magic flowing from him drop by drop, it's that I can see what its absence is leaving behind.

It's like Isadora is taking his very soul along with his power, and I have never seen anything more horrifying in my life.

"She's a Soul Siphon," Mekhi whispers in shock, and I can tell immediately he must be right. Liam shrinks in front of our eyes, his muscles and flesh atrophying more with each second that passes. But it's more than just losing mass. It's like *he* is disappearing as well. His skin turns a sickly shade of yellow, and his eyes sink deep into his skull as though he is nothing but skin and bones.

He sags forward, so weak that even the restraints can't hold him upright. Isadora shifts, starts to move back now, but Cyrus stops her with a snarl.

"Finish him," he demands.

"Gladly," she answers, but she doesn't sound nearly as enthusiastic—or as ingratiating—as she did earlier.

Seconds later, Liam stops crying, his eyes closing on a ragged sigh that chills my blood. He's dead. Oh my God, he's dead and Isadora killed him without so much as a second thought.

I pray that I'm wrong, pray that he's just passed out from the pain. But then Isadora drops her father's hand and yanks the rods from Liam's chest, and I know I'm not wrong. The Order has just lost another member.

Macy is crying now, too, soft and sad, like the world is ending. And I get

it. I really do, because who knows which one of us Cyrus and his cold-as-fuck daughter are going to go for next.

I watch in horror as Liam's shrunken wrists slide right out of the cuffs, and his lifeless body crumples to the ground at Isadora's feet with a sickening *thud*. She barely even seems to notice him, though, as she walks back to the tool shelf and drops the rods into a glass jar that has a clear liquid in it. A moment later, the liquid takes on a reddish cast as Liam's blood washes off the rods and swirls round and round.

There's a part of me that still can't believe this is happening, that still can't believe Liam is dead. Sixty seconds ago, he was alive and protesting Cyrus's accusations. Now he's dead on the floor, a husk of the person he once was.

My stomach pitches and rolls as flashes of what just happened click through my mind over and over again. It may have only taken Isadora a minute to drain and then kill Liam, but I have no doubt the images of her attack will stay with me forever.

I expect Jaxon to lose his shit now, but he surprises me by not saying a word. Then again, no one does. The whole room is eerily quiet in the aftermath of Liam's death, and I know it's because all my friends are as horrified—as devastated—as I am.

Cyrus, on the other hand, is looking even more pleased with himself as he rolls his shoulders and shakes his arms back and forth, like he's just had a really hard workout.

"Yes, that will do for now, Isadora," he says as he continues to shake out his arms, and I realize what is happening. He's in the middle of absorbing all the power—all the magic—that he just stole from Liam. The bastard.

After he's done his post-murder stretches, he walks back toward me, a questioning look on his face, almost as if he's checking to make sure he has my attention.

Which he absolutely, positively does. Watching Liam die like that has done one thing for me. It's convinced me that I will do anything, absolutely anything, not to have that happen to anyone else I love.

"What do you want?" I ask in a voice rusty with unshed tears.

"The God Stone," he answers. "And you're the only one who can get it for me."

"And why is that exactly?" I ask, determined not to back down even though I'm so nauseous, I feel like I'm going to throw up any second.

"Because the God Stone is at the frozen Gargoyle Court, and you're the only one who can access it, of course. Liam couldn't wait to tell me, so don't

bother denying it."

"If it is where you say it is, what exactly makes you think I'll get it for you?" I demand.

He just smiles, like I've said something funny. Though his words are anything but. "Because if you don't, I'll make sure that you have a front-row seat as every single person you love dies the same way Liam did. And next time, I won't show any mercy."

# 69

## The One Where
## Everyone Might Die

Cyrus's words explode through me like a bomb.

I'm still reeling from Liam's death, and now he's telling me he'll kill all my friends the same way? Even his own sons?

I can't imagine the amount of evil that would take. Then again, I don't have to imagine it when the vampire king himself is standing right in front of me. Not to mention his vile, vicious daughter.

"Why bother to threaten?" Hudson asks, and it's the first thing he's said since he whispered my name all those minutes ago. "Why not just start taking us out? I volunteer to go first."

"He doesn't mean that!" I screech as I give Hudson a *what the fuck* look. "What are you doing?" I hiss at him.

It was bad enough watching Liam die like that—maybe he was a traitor, maybe he wasn't, but he was still a person. He didn't deserve to die at all, but if he was going to, he should have at least died with some fucking dignity.

The idea of watching my mate—the boy I love more than my own life—die like that? No way. No fucking way.

Bile churns in my stomach, starts crawling up my throat at just the thought of Hudson ending up like Liam.

Or Jaxon, for that matter. Or Macy or Flint or Eden or any of my friends. I won't let it happen. I can't.

But Hudson obviously has other ideas as he shrugs and says, "I'd rather die any way that bastard wants than be the reason you did something to hurt your people, Grace."

"Isn't that sweet?" Cyrus sneers. "Young love is so touching. Too bad Grace has other plans. Don't you, Grace?"

He's right. I do have other plans, no matter how hard it is for me to give him that satisfaction. But he's put me in an impossible situation, given me a terrible,

horrible, awful choice to make.

But I will make the choice—and it will be to save Hudson. That will always be my choice, no matter how awful the situation is. No matter how diabolical Cyrus can be. It might not be the right decision for the gargoyle queen to make, but it is the right decision for Hudson's mate to make. Right now, with the sound of Liam's gasps still echoing in the air around me, it is the only decision I *can* make.

And if that means I'm not a good queen—or that I'm not worthy to be queen—well then, so be it. It's not anything I haven't thought myself a million times.

Still, distress crawls in my belly, and my shoulders sag. I'm terrified of being queen, but it's terrible to know I've failed at it before I even got the chance to try.

"No, Grace." Hudson's voice is hoarse, the look on his face saying he knows I've made my decision. "You can't do this. We're not worth destroying what's left of your people. Nothing is."

"Speak for yourself, vampire," Flint says out of the blue, but there's no bite to his words. "I mean, I agree with you. But speak for your own damn self."

"Fair point," Hudson answers with a rough chuckle that makes me want to scream. It's like they're talking about what time to take tea—not when to die in one of the most painful ways imaginable.

"How touching," Cyrus says before giving the most obnoxious slow clap I have ever seen—or heard—in my life. "But I don't think we need to go full Greek tragedy just yet, do we, Grace?"

I'm pretty sure I can't say anything to Cyrus that doesn't begin and end with what a total bastard he is, so I don't answer. Not that that stops him—I'm beginning to think nothing can.

"Find the God Stone and bring it to me," he tells me. "And you have my word that I will let you, your friends, and all the Katmere Academy students and faculty go free."

"How do I know you're telling the truth?" I shoot back. "Your word hasn't exactly proven to be worth much in the past."

He inclines his head in acknowledgment before adding, "Because once I have the Stone, I'll no longer have any need of them—or the rest of your friends."

"That's a pretty powerful order for a little Stone, isn't it? Are you even sure it's worth all that?" Macy comments, but it's obvious she doesn't expect an answer. Cyrus may be an arrogant ass, but he's not the mustache-twirling, Scooby-villain type who will reveal his evil plan the second anyone asks.

Still, he shocks all of us by giving a surprisingly full belly laugh before

replying, "Your ignorance is truly impressive."

It's rude as hell—which sounds about right for him—but it's not much of an answer. Then again, we weren't actually expecting one.

Isadora doesn't seem to know that, though, because she rolls her eyes and answers, "It's called the *God* Stone."

As her words sink in, my heart stutters in my chest. I try to think back to our last conversation with the Bloodletter, because it suddenly seems very apropos. She'd mentioned that there was a way to become a god. It just never occurred to me that the way was with the same Stone currently keeping the Gargoyle Army frozen in time and alive.

"You think you can become a god," I whisper as horror sweeps through me.

"Bravo, dear girl." Cyrus claps again, but this one sounds more sincere, and more theatrical, than the last one. "But we've wasted enough time for today. You need to get to the Gargoyle Court and retrieve the Stone. And just in case you decide to drag your feet once you get there, I'll add a little incentive. For every day that passes without you returning the Stone to me, I will kill another student. Maybe I'll start with the rest of my son's precious Order…"

His gaze meets Macy's wide one. "Or maybe I'll start with your own dear uncle Finn."

Macy doesn't give him the satisfaction of pleading with him not to hurt her father, but she can't hide the new influx of tears in her eyes—or the fact that her entire body is shaking.

I hate how smug he is, hate even more that he's backed me into a corner I can't escape from.

My mind races for another option—there has to be another way, even if I haven't thought of it yet. There just has to be.

"But I don't even know how to get to the Gargoyle Court. I've only been there once before, and that was by accident. What if I can't find it?"

"I'm not one to give advice, but I will say that I have plenty of motivation chained to this wall right now." Cyrus shrugs before waving his hand in a gesture that encompasses all my friends. "You're a resourceful girl, Grace. I suggest you find some of that can-do attitude that's usually so annoying."

Oh, hell no. He thinks I'm going to take off for the Gargoyle Court and leave my friends—and my mate—chained to a wall, at his total and complete mercy? No way. No freaking way.

"I can't do that," I tell him as the very beginning of a plan starts to come to me. "General Chastain is guarding the Stone. I've met him, and if there's one

TRACY WOLFF

thing I know, it's that I can't defeat him alone. I need my friends with me if I have any hope of getting the God Stone, let alone bringing it back here to you."

I hold my breath as Cyrus studies me with narrowed eyes. More than just sparks of a plan are coming to me now and, if I play this right, I just might be able to save everyone—my friends, the Katmere Academy students, and the entire Gargoyle Army. But it all depends on whether or not Cyrus decides to call my bluff right here, right now.

"You said yourself just a few minutes ago that I'm a silly girl," I continue. "You can't actually expect me to defeat the most powerful gargoyle general in existence all alone? Which means either my friends go with me, or you might as well start killing us now because I can't do it by myself. I just can't."

Silence stretches between us, taut as a circus high-wire, and I start to think I've gone too far. But one of Cyrus's biggest weaknesses is his belief that he's stronger and smarter than anyone else in the room, and as he slowly nods, I realize that that weakness has chosen this moment to rear its ugly head again.

Which is perfectly fine with me. Cyrus has spent his whole life underestimating the women in my family. Now it's time to show him just what we can do. I am the demigod of chaos, after all. And I have a plan.

# 70



## Shake, Rattle, and Run Like Hell

It's that thought that straightens my backbone and has me staring Cyrus down despite the fact that I'm still shackled to the wall. He has to go through all this in the hopes of one day becoming a god. I already am one…or at least, I'm a demigod. He's a vampire with delusions of his own importance.

I can't wait for the chance to show him just how unimportant he really is—which I will get started on right after he agrees to let my friends come with me.

He has to agree. He has to. It really is the only way for my plan to work.

He quirks a brow as our staring contest continues, which nearly makes me laugh. If he thinks an intimidating smirk is going to back me down, he obviously doesn't know his sons at all. I've been going head-to-head with similar looks from Jaxon and Hudson from pretty much the day I got to Katmere Academy, and I win more than I lose.

Apparently, practice makes perfect, because Cyrus gives it a few more seconds, then concedes with a bored wave of his hand. "Fine, whatever. You can take my useless sons and a few of the others. But what *remains* of the Order stays here. For every day you keep me waiting, I'll feed one of them to the wolves." He smirks. "They'll enjoy snacking on their bones, don't you think?"

What I think is that he really is a monster—and it has nothing to do with his fangs and aversion to sunlight. No, this man is a monster because every thought in his head, every single thing he does, is for himself. He doesn't care who he hurts, who he uses, even who he *destroys* as long as he gets what he wants. He'll go out of his way to hurt someone just to prove a point.

It's disgusting, and I'm determined to make it stop. Maybe not today, but soon. Very, very soon.

"Also," he says slyly out of the corner of his mouth, "you'll take Isadora with you."

He has to be kidding. Not the demon child herself.

TRACY WOLFF

I manage to control my face enough that my abhorrence doesn't show—but the others have no chill. Jaxon growls, Macy whimpers, and Flint mutters, "Well, fuck."

Only Hudson and Eden manage to keep their distress under wraps. That doesn't mean I can't still feel it, but at least they don't wave the white flag like the others do.

Cyrus loves it, though. He chuckles like the evil bastard he is.

Isadora, however, doesn't seem nearly as amused. Her poker face is as good as Hudson's, but she's spent the last few minutes scratching what I'm sure is some kind of demonic hell carving into the table in the corner without pause. But the constant scrape, scrape, scrape of her knife against the wood surface stutters for just the barest of seconds at his words.

Her discomfiture doesn't last long, but it's enough to let me know that she wasn't expecting Cyrus to send her with us. Maybe that knowledge should worry me. She is a force to be reckoned with, after all. One who has a terrifying penchant for blades of all sizes.

But to be honest, it encourages me. If Isadora didn't have a clue this would happen, it means that Cyrus is the one going off plan. He's the one acting on impulse. And if, for once, he's not five steps ahead, that means I've got the chance to gain a little ground—especially now that I can see the board clearly for pretty much the first time ever.

Not that any of that means I actually want to hang out with Isadora at the Gargoyle Court—or anywhere else, for that matter. The girl is scary as fuck, and every minute we spend with her feels like it lowers all of our chances of actually being able to keep our fingers and toes...and anything else we might be attached to.

I'm not about to share those misgivings with Cyrus. I'm keeping any advantage I can get, no matter how small. Which is why I affect the most careless shrug I can muster. "Works for me. The more the merrier, I always say."

"You never say that," Macy hisses under her breath.

"Maybe not, but I think it a lot," I tell her before turning back to Cyrus. "I am going to need one more thing, however."

Now both his brows go up. "You certainly have a lot of demands for someone currently chained to a wall."

"What can I say? I'm high-maintenance." This time I toss my hair like a champ, channeling the inner diva I definitely don't have. "But that is a nice segue into what I wanted to talk about."

I shake my wrist, rattling the chains attached to it. "You're going to have to uncuff me. I can't use my abilities with these magic-canceling cuffs on, and there's no way I'll be able to take us to the frozen Court otherwise. Plus, being chained to this wall has been *unbearable*."

I'm laying it on thick—maybe too thick—but Cyrus eats it up. Big shock. He's so willing to believe that I'm just a silly, weak little girl that he'll take any opportunity to prove to himself that he's right.

Normally, misogyny on this level would offend the hell out of me, but right now? I'll take any advantage I can get. Some of the most powerful women in the world got that way because a man—or several men—underestimated them. I'm more than willing to let Cyrus make the same mistake.

It must work, because he gives a little half nod toward one of the guards, who then rushes forward to unlock my restraints. Thank God. I feel like a bird who can finally spread her wings the minute I sense my gargoyle again.

Of course, a quick glance at Hudson and Jaxon—both of whom give me tiny little shakes of their heads—warns me not to spread my wings too far. Not that I'd planned on using my powers now anyway. Not when my entire plan is built on the premise that Cyrus underestimates me.

Besides, for my plan to work, I need to get that damn God Stone for this bastard and pray that I'm not *over*estimating my powers and those of my friends when we work together. Because while Cyrus is playing with his Stone and planning his ascension to godhood, I know exactly how we're going to move our chess piece next. It's time for the queen to take control of this board—and I have a plan he won't see coming.

We will give him his damn Stone, but then we are going after the Tears of Eleos. And we are going to win those damn Trials.

Once we do that, we'll free my army and use the Crown to make sure Cyrus never hurts *anyone* ever again.

Easy frickin peasy.

I stick my hand out to Cyrus to seal the deal. He looks at it for long seconds, like it's suddenly become a rattlesnake ready to strike. But in the end, his palm slides against mine in a shake.

As he clasps my hand in his, I reiterate the terms before he can. "So the deal is, I bring you the God Stone and you let everyone from Katmere Academy go free, including the teachers and Uncle Finn. You won't harm any of them—or anyone else—and when we leave, we get to take everyone with us, including my aunt Rowena. Do we have an agreement?"

Cyrus answers, "I assure you that I will not keep anyone prisoner if you bring me the Stone in the next twenty-four hours. But for every day you make me wait, I will kill a prisoner, starting with Jaxon's precious Order. Deal?"

I swallow hard, trying to push down the fear churning in my stomach. I have to trust myself to get this done—it's the only way out of this mess that I can see. More, it's the only way to defeat Cyrus once and for all, which I absolutely want to do.

"Deal," I say, and I'm proud of the fact my voice doesn't waver at all.

As soon as I agree, electricity zings between us, electrifying my arm and stealing my breath as a small tattoo of a bloody dagger burns itself into existence on my forearm.

It's one of the most beautiful—and one of the most evil—things I have ever seen.

"What the fuck have you done?" Jaxon whispers.

"What I had to do," I answer, reluctant to glance at Hudson.

But he squeezes our mating bond string, and I meet his gaze, his eyes crinkling just a little at the corners as warmth pours down the bond and into me. Of course he's got my back—I never should have doubted it for a second. And as my gaze bounces around from Macy to Mekhi to Jaxon to Dawud and Eden and Flint, I realize that no matter what has happened between us, they all do. Just like I have theirs, no matter what happens next.

But as the burning in the tattoo finally subsides, I can't help but wonder if Sartre had it right after all. If you're forced to make a deal with the devil, doesn't it mean you've already lost?

# 71

<div align="right">

The Frozen Court
Never Bothered
Me Anyway

</div>

I look at my friends, still chained to the wall around me, then turn to Cyrus. "I don't think I can take them with me if they're also chained up. Can you unlock their chains as well?"

"No," Cyrus says, and it's clear it's not up for discussion.

I try anyway. "But—"

"I don't care if they go with you—you do," Cyrus reminds me. "So figure it out or don't. Makes no difference to me."

I bite my lip, running through my mind what I did, even accidentally, to take Alistair and myself to the Gargoyle Court the last time. I wasn't thinking of the Gargoyle Court. I didn't even know it existed. Could Alistair have been thinking of it? Is that how it works?

I don't know where Hudson and I went during our time together, but I know we spent at least some time in his lair. Did we end up there because he'd been thinking of it when we'd accidentally touched, too?

"Ticktock, Grace," Cyrus says, looking down at his watch. "Poor Rafael there only has twenty-three hours and forty-five minutes and counting."

"I think I know what to do," I say and do my best to ignore Cyrus's taunt. Instead, I turn to Isadora and motion to the space in front of Flint, Dawud, and Macy on either side of him. "I need you to stand right there." I secure my backpack on my back—my supplies are sure as hell coming with me where we are going.

Isadora glances at the spot I'm pointing, then to Flint, clearly considering if I might be trying something.

I sigh loudly. "Look, I have to be touching everyone to take them with me. Since Cyrus refuses to unshackle them, I'm going to need you to stand in front of Flint, Dawud, and Macy so they can touch *you*. I'll stand in front of Hudson, Jaxon, and Eden. Then you and I can hold hands, and that should

TRACY WOLFF

bring everyone. I think."

"Do it," Cyrus says, and Isadora shoves the knife she'd been using to carve the furniture back into its sheath and saunters over like she hasn't a care in the world.

She stops in exactly the spot I'd motioned to but looks over her shoulder at Flint, Dawud, and Macy and murmurs, "Touch me with anything more than one fingertip and that'll be the only finger I allow you to keep."

As threats go, that was a pretty good one, so I'm not surprised at all when my three friends gingerly place one solitary finger on Isadora's shoulders.

I stand next to her and toss over my shoulder to the rest of gang, "Okay, everyone else grab on to me now."

I instantly recognize Hudson's warm hand gliding along my elbow. Jaxon's heavier hand lands on my shoulder and squeezes. Eden reaches for my other shoulder.

Turning to Isadora, I raise one brow. "Might I grab your hand now without a finger threat? Or do you want to find out exactly who'd win in a vampire-versus-gargoyle showdown?" It's not a question. It's a challenge, and when she answers with a raised eyebrow of her own, I know she understands. I'm only going to take so much of her threats before I start issuing a few of my own. And since I'm not currently magic-bound by cuffs, I have every intention of following through if necessary.

"Honey, I'm something altogether new, so you might want to tread carefully," she says.

I toss back, "Ditto," before reaching down to grab her hand.

"Okay," I explain, "I need everyone to picture the Gargoyle Court in your mind. That's where you want to go. Not the decrepit, ruined Court but the Court in all its grandeur. Close your eyes and imagine what it looked like a thousand years ago. Imagine you're there right now."

I pause and remember the beauty of the Court as I first saw it with Alistair, how desperately I'd wished I could paint it and what that artwork would look like, trying to re-create the images for my friends now.

"You can hear the Celtic Sea pounding against the cliffs just beyond an ornate metal gate," I say. "And just beyond that are seventy-five-foot-tall walls surrounding a massive castle, larger than any castle you've ever seen, with four towers rising into the brilliant blue sky like sentries. You're standing in the grand foyer of the castle, surrounded by pristine white marble floors and alabaster sculptures, and beyond two giant open doors is the training field, where you can see hundreds of gargoyles practicing hand-to-hand combat, laughing

court

when someone lands a great offensive strike, swords clanging as they connect with metal shields, giant wings flapping as several gargoyles take to the skies for aerial combat training. The whole place is alive with activity. Can you see it? Hold it in your mind…"

I take a deep breath and reach for my green string. Slowly, slowly, *slowly*, my fingers brush past my demigod string as I grab ahold of my platinum string. And turn to stone.

When I open my eyes again, we're standing in the center of the Gargoyle Court. But it's not the ruined Court my friends and I saw at the beginning of this very long day. No, this is the Gargoyle Court frozen in its heyday. Marble floors, elaborate tapestries on the walls, thick white candles burning in gold candelabras and chandeliers around the Great Hall, where we are currently standing.

It worked!

There is one glaring difference between the last time I was here and this time, though. We're the only people around. It *is* nighttime here at the moment, I can tell, so maybe everyone is in bed.

"*This* is the Gargoyle Court?" Macy asks, sounding delighted as she looks around. "It's so different than what I expected!"

"What did you expect?" I ask as we walk deeper into the room, and my friends fan out to look at the statues and tapestries.

"I don't know," she answers, and it's obvious she's really thinking about it. "I guess I expected the architecture to be darker, more gothic. And to have a bunch of gargoyle statues everywhere."

"You know, right, that the gargoyle statues would probably be real people?" I ask, brows raised.

"I know, I know. I just—" She breaks off with a half smile, which is probably the most any of us can muster since what happened to Liam. "This place is really cool, that's all."

"So what plan has that big brain of yours cooked up, Grace?" Hudson asks, and suddenly everyone who'd been taking in the Court decor turns as one to hear my answer—including Isadora.

"Well," I start, biting my lip. "We get the God Stone and give it to Cyrus and everyone goes free." My gaze darts to Isadora, and the others take the hint.

"Obviously. Duh," Eden says. "Solid plan."

"I thought it was a strong one." I wink at her.

"He means, how do you plan to *get* the Stone, Grace." Isadora draws out each word.

T R A C Y  W O L F F

I don't bother to tell her that that is definitely *not* what he meant. Instead, I say, "When I came before, I was here for at least half an hour, but when I returned to Katmere, only five minutes had passed. I think for every day in our time that passes, six days pass here in the frozen Court. That gives us a little less than six days to find the Stone and figure out how we're going to take it—hopefully without being noticed. I'd really rather not fight our way out, especially against my own people."

"Wait—" Eden counts on her fingers. "Does that mean everyone has been trapped here for six thousand years?"

My mouth opens on a gasp at the thought, but Dawud speaks up. "No, I don't think that's how it would work here. Just like if you're in a car, the ground is rushing past but nothing inside the car with you is moving. When the car itself stops moving, though, and you step outside, you will be in a different location."

"Which means what exactly?" Flint asks.

"We're in a time bubble." Dawud shuffles their feet, and I can tell they're struggling to find the words to explain it to a bunch of people who did *not* pay attention in their science classes like Dawud did. "But not the same bubble as those frozen originally. A bubble in a bubble of time. For those originally frozen, time actually isn't moving at all inside their bubble. As I understand from when Mekhi was catching us up on what happened in the Bloodletter's cave—"

And just like that, they stop talking. Everyone is looking anywhere but at one another, in fact. Liam was in that meeting. If Cyrus is to be believed, he listened avidly to Mekhi's words—and then told Cyrus everything.

"I refuse to believe Liam was a traitor," Jaxon says quietly, his gaze seeking out each of ours one by one. "But even if he were, he was still my friend."

And that really says it all, doesn't it?

"Liam isn't just the worst thing he's ever done. None of us are," I say with conviction and watch as we all wrestle with our memories of Liam.

"Oh, for fuck's sake." Isadora throws her hands wide. "People do shit things and sometimes shit things happen to them. Deal with it."

Jaxon's shoulders stiffen, but Hudson coughs and changes the subject like he's helming the *Titanic*. "Well, regardless of how time is passing for the gargoyles, let's assume Grace's math is correct. That means we have five days to get the God Stone." He leans against a wall and crosses his arms over his chest. "We might have to fight our way out, Grace, but I agree. Let's first try to steal the Stone. Which means we need a reason to visit so they take us in, lower their guard, and we can search for it."

I smile at him, knowing exactly where his mind is going. "Alistair already introduced me as their queen. Obviously, I want to visit my subjects, see how they are faring in this frozen Court, yes?"

"That explains *your* presence, but I think an entourage of vampires and dragons, plus a witch and a wolf, might raise a few eyebrows," Jaxon says.

We all toss out ideas to explain their presence—and every suggestion is shot down in turn. Everything from posing as ambassadors to a group of traveling circus performers, although no one really believed Flint was serious about that one.

"What did you notice were interests they had when you first visited, Grace? Anything stand out? Anything they were talking about they might need help with?" Hudson asks.

I shake my head. "I really wasn't here very long. Sorry." I walk over to a large, ornate chair and plop down into the seat. "All I know for certain about the Gargoyle Army is they take their training very seriously."

"Well, that's it, then, isn't it?" Hudson says. When no one seems to understand what he means, he elaborates. "You've brought us to help them train."

"The Army trains all the time already, Hudson," I try to explain, but he shakes his head.

"But do they train how to defeat a vampire—against a real vampire?"

"That is brilli—" I start to say, but Jaxon holds a hand up to stop me.

"Someone is coming," he says, his head cocked to the side as he listens to something in the distance.

It doesn't take long for me to hear the heavy boots approaching, too. Just before the doors to the room are flung open and Chastain walks in, flanked by some seriously badass-looking guards. Carrying even more badass swords.

72

## Take It with a
## Block of Salt



"What the hell?" Flint growls, straightening up to his very intimidating full height. He stumbles a little on his new prosthetic, but he rights himself quickly enough that I don't think anyone else notices.

Under normal circumstances, Jaxon might have. But right now, he's too busy pushing to the front of the group to put himself between the sword-wielding guards and the rest of us to pay attention to an unsteady leg.

Except Hudson puts a hand out to stop him before he gets past the two of us. "Grace's Court, Grace's call," he says quietly, and I'd be lying if I said that it didn't feel good—especially when Jaxon freezes mid-motion.

Most of the time I feel like a total imposter at this whole gargoyle-queen stuff, so the fact that my mate always remembers—and acknowledges it—makes me feel better. More, it makes it feel real, and that matters more than I can say. As does the fact that he stays by my side to back me up, weight balanced on the balls of his feet and hands loose at his sides so that he can respond faster.

Taking a deep breath, I step in front of the whole group—blocking them with my body—and issue the command, "Stop!" with as much authority as I can muster.

It must be enough, though, because the gargoyles do exactly that. Even Chastain.

"What are you doing here?" he demands in a voice that says I'm far from welcome. Added to that, he neither calls me Grace nor Queen nor Your Majesty, an omission that is especially noticeable considering his less-than-welcoming tone.

It's definitely not the tone, or the attitude, someone should take with their queen, but I don't run a dictatorship here. People are allowed to be themselves around me—God knows I'll never rule by fear like Cyrus or stand on intense ceremony like the witches.

Besides, I'm not actually his queen. At least not here in the eleventh century,

which is where we are—and where he has been stuck for a thousand years. Maybe the attitude has to do with him considering me an imposter or a usurper or any of the other not-good words that end in -er.

Besides, we did drop in late at night with no warning. It's not exactly the earmark of a *let's be friends* visit. Especially during this time period.

"I'm sorry to just drop in like this," I say in as placating a voice as I can manage without also sounding submissive. "Alistair told us we will need the Army if we stand any chance of defeating the vampire king."

Behind me, I can feel my friends shift at the lie, and I pray they don't say anything to give me—or it—away. I hate lying and I'm absolutely terrible at it, so any backup they can give me right now would be greatly appreciated.

"And you believe that time is coming?" Chastain asks. He sounds skeptical but willing to believe, and I notice he looks wearier than he did when I first met him with Alistair. They must have been training late tonight.

"I do," I say. "And I know you've been preparing our soldiers for that time. In fact, I was so impressed by your training that I witnessed, I thought perhaps you might want to train against someone other than yourselves."

Chastain's eyebrows shoot up as he takes in each of my friends, measuring our worth and dismissing each in turn. "I don't believe a *vampire* has anything to teach us."

"I could teach you manners, for a start," Hudson says. "And deference to your queen. Two things off the top of my head you're sorely lacking."

Chastain clenches his jaw, but I rush in before he can respond. "War is coming, Chastain. You've waited for a thousand years, and I can tell you with certainty that Cyrus's final move is only *days* away." My voice rings with sincerity. "In fact, we only have five days to help teach you what we can. What kind of leader doesn't avail himself of every tool in his arsenal, every chance to study his enemy up close, before taking his troops into war?"

"That's impossible," Chastain says. "Cyrus does not have what he needs."

Which means Chastain knows what Cyrus needs and exactly where to find it. The God Stone.

Isadora must sense how close we are to discovering the Stone's location because she stops tossing one of her knives up in the air long enough to look Chastain dead in the eye and say, "While time has been a prison for you, Cyrus has used his to find a way to get everything he's ever wanted. You've already lost; you just can't see it."

"How dare you—" Chastain starts, but suddenly I'm just over it. Over all of it.

TRACY WOLFF

Yes, we're lying to him and here to steal the God Stone, but I have a plan. I am thinking two steps ahead for once, and I *will* be freeing my army. And when I do, they're going to need every advantage they can get if we hope to defeat Cyrus.

"Enough!" I say with finality. "I am the gargoyle queen, and I insist that you train my army and prepare for war, Chastain. And the best way to do that is to show them exactly how to defeat each of the four factions: witches, wolves, dragons, and vampires. My friends are volunteering to offer their insights, and you *will* avail yourself of their knowledge. Even one *hour* fighting any one of my friends could save your lives."

My hands are shaking so badly that I clasp them behind my back, widening my stance into what I hope resembles some sort of military pose—although if I'm being honest, I've really only ever seen them done on TV. I have no idea if he will even listen to what I'm asking. Hell, if I thought he'd really take orders from me, I'd just order him to give me the God Stone. Duh. But still, I hold his gaze and hope he sees the reason in my demand.

Eventually, Chastain nods. "As you wish, Your Majesty." Before I can celebrate my victory, though, a sly look narrows his eyes and he asks, "And will you be training as well?"

Fuck. I already know he thinks I'm weak and not a fit ruler, but if I agree to train, he's going to see exactly how weak I really am. I glance over at Hudson, but he's grinning like he thinks I'm going to hand them their asses on the field. I roll my eyes at him. My poor mate is lovesick, clearly.

Regardless, I know I don't have a choice. Not if I want Chastain to let down his guard and trust me enough to tell me where the God Stone is hidden. I swallow the giant lump in my throat and raise my chin. "I am looking forward to it."

# 73

## Death by Taffeta



**C**hastain bows, low and deep, but the smirk on his face completely contradicts the respectful gesture. "My queen, I humbly accept your request to train with our soldiers. We look forward to what we can learn from you"—he waves a hand to encompass the room—"and your *friends.*"

Then, rising again, he announces, "Training begins at five a.m. sharp. I suggest you get some rest. You'll need it." Then he beckons us to follow him into the hall, presumably to take us to vacant sleeping quarters.

Instead, we enter an ante room filled with beautiful sculptures. I stop at one of a woman in a flowing gown, her head leaning against the shoulder of a tall, thin man in dress attire. It's such a sweet pose that I elbow Hudson so he doesn't miss it, a soft smile peeking from the corners of his mouth as we stare at the exquisitely detailed piece of artwork.

But then I realize that the stone is moving, eyelids fluttering open, shoulders squaring as both shift from stone to human form.

"Is that what it looks like when I shift?" I ask Hudson as the woman's horns slowly retract back into her head, leaving bumps in her long brown hair right where they used to be.

Surreptitiously, I slide a hand over my own hair, just wanting to make sure it's lying flat—or as flat as eight million curls can lay after a day in a damp, humid dungeon without hair products.

Hudson just laughs and takes my hand off my head, lacing his fingers through mine instead. "You look beautiful when you shift," he tells me with the wicked grin I love so much. "And your horns are *almost* my favorite part."

Deciding I can wait for a more private time to ask him what his actual favorite part is, I turn back to Chastain just as he says, "It is my honor to introduce you to your serving staff, Your Majesty."

I'm listening closely, so I hear the tiny bit of mocking in his tone as he

addresses me. I don't call him on it, though, as the staff in front of me bow and curtsy as one. Right now, meeting them is more important than dealing with Chastain's surly attitude.

"I'm Grace," I tell them, stepping forward to extend a hand to the woman, who is dressed in a simple white linen shift. "And this is my mate, Hudson."

Hudson looks startled for a second—like he didn't expect me to include him—so I shoot him a look that says, *We're in this together.* He got me into this whole *sitting on the Circle/being gargoyle queen* mess to begin with. No way am I letting him just fly under the radar now.

"It is a pleasure to meet you," she tells us with a strong Irish accent. "I am Siobhan."

"And I am her mate, Colin," says the dark-haired man standing next to her—also in an Irish accent.

I smile as I turn and introduce each of my friends to them.

"Siobhan and Colin will show you to the guest rooms," Chastain says dismissively after all the introductions have been performed. He sounds more than a little annoyed that it has taken so long, but I don't care. If these are my subjects, I want to learn more about them. I owe it to them—and to myself.

"Until tomorrow," he says with an insouciant bow of his head before he turns and walks away.

"I can bring you some food before you sleep," Siobhan says. "You will need it if you are joining training."

Her eyes dart from Hudson to Jaxon, then to Isadora, who has been completely silent since her one jab at Chastain. "I'm sorry, but we don't have any b-blood—" She stumbles over the last word.

"Sure you do," Isadora comments. "O positive, if I'm not mistaken."

"I'm sorry?" Siobhan says faintly.

"I'm not," Isadora answers as her fangs elongate and her eyes light up. "It's my favorite—"

"Stop it!" I tell her firmly, stepping between her and Siobhan, turning to the other woman. "Please forgive my *bestie*," I say, and the vampire growls low. I ignore her. "She's the fun one in our group. Always making jokes." Now her growls turn to gurgles as she almost chokes on her affront, but I have to hand it to her, she doesn't correct me.

Siobhan smiles. "Oh yes, I love jokes," she says and then adds, "but there's plenty of time for joking tomorrow. Now you need rest. Our commander takes training very seriously." She pauses before adding, "Of course, we would all be lost without him." Then, without another word, she turns and leads us down a narrow hallway and up a flight of stairs and down another, wider hallway.

294                              c o u r t

Finally, she stops in front of a door. "This room is the most beautiful shades of blue and purple. It is my favorite room in the entire castle, fit for a queen, milady."

She's clearly speaking to me, but Isadora inserts herself between myself and Siobhan.

"Wonderful. I'll take it," Isadora says, and she grabs the knobs on both doors and pushes them open with a flourish, presumably to show me what I'll be missing, but stops dead in her tracks. The room is definitely decorated in gorgeous shades of blue and purple—taffeta.

A giant four-poster bed dominates the space, layers upon layers of taffeta cascading from the ceiling to create a romantic cocoon of fabric. The windows are equally covered in layers of draped taffeta, as are a small dressing table and ornate chair. So, so, so much taffeta.

"Hey, Isadora, the eighties called, and they want their prom dress back," Eden jokes, and everyone laughs. "I think it's perfect for a vampire *princess*."

Flint cackles as he peers over my head to get a better look at the room and says, "That almost makes this trip worth it."

"Is there something wrong with the room?" Siobhan asks, blinking at each of us.

"It's beautiful, Siobhan," I tell her and squeeze her hand, careful to make sure she doesn't think we're making fun of her tastes. "She loves it. Don't you, Isadora?"

To her credit, Isadora turns to face us and says, "Why, yes, it's amazing. So many different ways to hide a body in here." And with that, she slams both doors closed in our faces. Which only makes us laugh harder.

Siobhan leads us to the next door, and I glance down at my phone, then hold it up so everyone can see the time. "It's nearly eleven. Which means we've got six hours before we start training tomorrow." *And other things*, I try to convey with my eyes, though I don't want to say it out loud in front of Siobhan.

The others grumble—I don't think any of them is sold on the training part of this plan, but I still can't think of any other cover that would explain why we're here. Besides, Chastain may be a jerk, but Alistair swore he was one hell of a general. And I know he's one hell of a fighter—I saw that with my own eyes. A little refresher course in Cyrus's dirty tricks from a guy like that isn't a bad idea at all, considering where this all is going to end up.

Siobhan shows Hudson and me to our room last, and by the time we get inside, I feel nearly as exhausted as the others. The last thing I see as Siobhan closes the door—while assuring us that she'll be sending food up momentarily—is Dawud back out in the hallway, sliding a loose rock out of the wall and slipping it into their pocket.

74

# Chamber
## Absolutely Nots

"So, real question," I ask as Hudson and I sink down onto the bed without even bothering to check out the room. I'm so exhausted right now that the room just having a bed is good enough for me. "Do we think Dawud is a kleptomaniac, or are they building a rocket to space made out of everyday items?"

Hudson laughs but doesn't bother to open his eyes. "I'm pretty sure the truth falls somewhere in the middle."

"I don't know. They're smart. I can totally see them building a rocket."

"With rocks?" Hudson lifts a skeptical brow.

"They've got more than stones in their backpack, and I know you know it. I would bet you noticed their little habit before I did."

Hudson doesn't answer, and I glance over to see if he's fallen asleep. He hasn't, but he seems really, really close. Poor baby.

I get up to grab the blanket that's draped over the chair. Despite being springtime, it's a little cold in here, and since I don't want to disturb him by pulling the covers down, this seems like the next best thing.

But I've barely taken a step before Hudson's hand snakes out and he pulls me back down—this time on top of him.

"Stay," he murmurs, wrapping his arms around my waist as he snuggles his face into my neck.

It feels good—he feels good—so I do, letting myself relax for the first time in what seems like weeks.

Feeling his heartbeat against mine.

Feeling his chest rise and fall beneath mine.

There's a part of me that's afraid it's only happening because he's almost asleep and his defenses are lowered, and that scares me. Makes me hold on to him tighter. He's my mate, and I know there's nothing in the universe that can change that. It's not like Jaxon, where some messed-up spell can just take it all

away from me—from us. Hudson is mine. He was born to be mine, and I was born to be his.

And yet, sometimes it feels so nebulous—so fragile, like everything we have is going to slip right through my fingers if I don't hold on tightly enough. If I don't fight hard enough. And what happened with Liam less than an hour ago only brings that home.

A sense of dread pools in my stomach at the memory of Liam's death. We've lost so much that I keep waiting to lose one more thing. Keep waiting for the other shoe, boot, dragon hoard to drop and crush Hudson or me or both of us to smithereens.

I'm not going to let that happen. Not this time. I've already lost more than enough. I won't lose him, too.

"Hey," he whispers, rolling over so that I'm beneath him, and I realize for the first time that I'm crying. "Are you all right?"

I don't know what to say, don't know how to tell him that I'm scared. That I love him so much that I'm terrified this world—this harsh, dangerous, beautiful world—won't let me keep him.

So I don't say that. I don't say anything. Instead, I just shake my head. And this time, I'm the one who buries my face against him. I'm the one who wraps my hands around his waist.

I'm the one who holds on as tightly as I possibly can.

As I do, I swear to myself that I won't let him go. Not this time. Not ever again.

But Hudson isn't buying it—at all. Instead, he pulls back so he can get a better look at me. "Grace?" he whispers, even as he cups my face in his hands and rubs his thumbs over my wet cheeks. "What can I do?"

I shake my head again, do my best to stifle the sob rising up inside me. Just when I'm afraid I'm going to lose the battle, the door to our room flies open, and Macy bounces in.

"How lucky are you right now that I love you?" she asks, not even fazed by the fact that Hudson is on top of me on the bed. We're fully clothed, true, but still.

Hudson doesn't seem as pleased. "What do you want?" he grouses.

"To save your asses." She snickers. "Literally."

"I don't even know what that means," I tell her, totally bemused as I watch her walk over to the closed door that I assume leads to our bathroom.

She cackles in response.

"Are you high?" Hudson asks as he rolls off me.

"No," she answers with a roll of her eyes. "And you're going to be really glad I'm not in about five seconds."

"Why is that?" I ask as Hudson and I make our way over to the bathroom.

Macy laughs again—albeit a little less excitedly this time. Instead, she just waves a hand at the bathroom in a *Come on down, you're the next contestant on* The Price is Right kind of way.

"What?" I ask again, moving past her to see what the big deal is and— Oh. Oh. *Oh.* "Is that a..."

"Chamber pot?" she asks in a singsong voice. "Why yes, Grace. Yes, it is."

"I don't. I mean, I can't. I mean—"

"Yeah," my cousin says with a satisfied nod. "Exactly."

Even Hudson looks horrified, and he's been alive for two hundred years. Underground in some kind of weird vampire on-again, off-again coma for a lot of them, it turns out, but still alive. And if even he's freaked out, then this really is as bad as I think it is. Maybe even worse—though, to be honest, I'm not sure how that could be possible right now.

"Tell me you're here to fix this. Tell me the reason we're lucky to be loved by you is that you are here to fix this," I say, not even bothering to hide the pleading note from my voice.

"Oh, I am," she agrees. "And because you are my cousin and best friend, you get second dibs at my magic."

"Second?" I ask.

She gives me a look. "If you think I didn't already fix my room, then you've got an inflated sense of your value to me."

"Fair enough," I say with a laugh. "Fix it, please."

"I will. Yours and the others—except Isadora's," she says with a wicked little grin.

"Sounds fair to me," Hudson says as he peers into the bathroom, looking for all the world like a little boy who has just lost his favorite toy. "Is it pushing my luck to ask for a shower, too?"

"If it is, you're taking baths for the next five days," I tell him. "Because a functioning toilet is totally the top priority here."

"I know, babe. I'm definitely not here to interfere with that."

"I think I can manage a shower, too," Macy says with a laugh. "Just don't expect four jets and a rain setting, okay?"

"At this point, I'll settle for a spigot and a drain," Hudson says drily.

"Right?" I agree. I mean, how did it never occur to me that when the Gargoyle

Court got frozen in time a thousand years ago, everything got frozen in time… including its plumbing issues—or should I say lack of plumbing issues?

I know we didn't have a choice about whether or not to do this—at least not if we wanted to get out of that damn dungeon—but I swear I would have thought more about staying here if I'd known about this.

Then again, it's not like Cyrus had showers installed in the dungeon, either… but he did have toilets, and that is a huge step above chamber pots.

More like chamber nots, thank you very much.

Macy waves a hand, and the "chamber not" disappears—to be replaced by a toilet. It's just a regular, plain old white toilet, but I'm not going to lie. I've never been so happy to see one in my life.

Another wave of Macy's hand and a small shower cube appears in the corner of the dressing room. It's not fancy, but I'm with Hudson on this. I'm good with a faucet and a drain.

"They work?" I ask, stepping forward to turn on the shower, just to be sure.

"They do," Macy tells me.

"What are they connected to?" Hudson asks. "I mean, there's no sewer system here, so—"

"Actually, I did a little magical snooping while I was trying to figure this out, and there is," Macy corrects him. "It's a lot more rudimentary than the ones we're used to, but the gargoyles are smart. They modeled their drainage system after ancient Egypt, so they hooked into one of the rivers—I'm not sure which one—and laid bricks like pipes to flush everything out to sea. I just used magic to redirect things a little, and voilà. Indoor plumbing."

"I love you the most," I tell Macy.

She grins. "As you should."

She winks at Hudson, who says, "Right now, I'm totally okay with her loving you most."

"That's because you love your shower most," I say with a laugh.

He shrugs, but the look on his face says very clearly that I'm not wrong.

"Go enjoy your shower." Macy nudges him toward the bathroom. "I'm going to go save Eden before I start in on the others."

"You are a goddess," I tell her as I walk her toward the door.

She laughs. "I think you've got us confused, but just this once, I'll take the compliment. Now go grab that shower before Hudson beats you to it."

The sound of a creaky shower turning on floods the room before she's even done talking. "Too late," I tell her.

"Well, look at it this way. At least you don't have to worry about running out of hot water."

"Because of magic?" I ask hopefully.

"Because there is none," she answers. "Even magic will only get you so far."

"Well, that's not very—" I break off as Hudson's shocked yelp fills the room.

Now it's my turn to laugh. "That almost makes me not having any hot water worth it. Almost."

"I do what I can," Macy says with a wink before slipping out the door.

Two minutes later, I'm in a dressing gown Siobhan left out for me, snuggled under blankets, and drifting off to sleep before Hudson even climbs in bed.

Everything in me is urging me to get as much rest as possible—before Chastain uses me as an example of everything not to do in battle during training tomorrow.

# 75



## Eat, Drink, and Be Wary

Siobhan knocks on my door at four in the morning with a loaded tray of food. I try to tell her that it's just me—that Hudson is a vampire and doesn't eat—but she just shakes her head and tells me to eat up. I'll need all the calories.

Considering the tray has enough food on it to fuel an Olympic swimmer through the most grueling workout of their life, I'm a little concerned about what's in store for me today. For us.

After putting the tray on the table near the window, I crawl back into bed with Hudson. I know I need to get up, but there's something about the feel of his arms around me—his heart beating against mine—that makes it easier to face whatever's coming next.

I sink into him, and he wraps an arm around my waist to pull me close. He nuzzles his face into my hair, breathes me in, and for a minute, everything is okay. For a minute, it's just him and me and our future stretched out between us.

Tears spring to my eyes at the thought, but I bat them away before they can roll down my cheeks and make Hudson ask a bunch of questions I don't want to answer. But here, in his arms, in the moments before dawn breaks across the sky, it's hard not to remember. Hard not to think about those four months I forgot for so long. Those four months that changed…everything.

I just hope what's happening now—between us and around us—doesn't change everything again. Especially not for the worse.

The thought makes me antsy, makes it hard for me to lay here with Hudson and dream about everything being okay on the other side of this. Not when everything is so uncertain right now.

So I do the only thing I can think of to do right now. I roll over and kiss Hudson, then start to climb out of bed.

His hand snakes out and holds on to mine. "We still have, like, fifty minutes before we need to be down there."

"I know. I just want to get an early start." I reach back and stroke a hand through his sleep-tousled hair.

"I'll get up with—"

"It's all right," I tell him. "Stay in bed. I could use a little time to think anyway."

"You okay?" Those sleepy eyes go watchful.

"Yeah," I answer, though I'm a little too in my feelings right now for that to be true. But what am I supposed to do? Whine about him feeling too far away when the weight of the whole world rests on our shoulders? Tell him how scared I am that we're all going to die?

He knows what I'm feeling because he's feeling it, too. Isolated. Frustrated. A little desperate. Determined to put an end to Cyrus's terror once and for all.

There's no need to talk about it right now. No need to do anything but work our butts off to make sure we're still standing when we get to the other side of this nightmare.

"I'm going to take a walk, clear my head," I tell him as I press another kiss to his mouth. "No need for you to miss out on sleep."

For a second, I think he's going to argue with me, but everything I'm feeling must be written on my face, because he just says, "Okay." Right before he sits up and pulls me in for a kiss that reminds me of all the things we have and all the reasons we need to fight.

I spend a couple of minutes brushing my teeth and winding my hair up into the tightest bun I can manage—which isn't very, but a girl's got to take what she can get. Siobhan brought Hudson and me some training clothes with the breakfast tray, and I slip mine on. Gray leggings, gray shirt, gray tunic. Not exactly exciting sartorial choices, but a uniform is a uniform, even if it's a thousand years old.

When I'm dressed—I choose my Chucks over the handmade leather shoes Siobhan brought—I grab the food tray and head into the hallway. I've still got about forty minutes before training starts, and I plan to find a nice place on the battlements to have breakfast.

But I've only gone a couple of steps before I run into Flint in the hallway. He's dressed in the same clothes I am—definitely a training uniform—and he's a few steps ahead, so he hasn't seen me yet. I start to call out to him, but I stop at the last minute. Because as I watch him walk down the hallway, it becomes so obvious that he's struggling.

Struggling to walk.

Struggling to breathe.

Struggling to be.

It makes me want to take back every annoyed thought I've had about him over the last few days. Because of course he's angry. Of course he's miserable. Of course he's in pain.

Dragons have incredible healing capabilities, but it's only been a few days since he lost his leg. A couple of days since he had to learn to walk with a prosthetic. When he's around us, he makes it look easy. But walking behind him, watching him rub his leg and play with the places where the prosthetic attaches, I realize it isn't. Not by a long shot.

Plus, there's Luca. I'm so freaked out by the fear of something happening to Hudson—or to our relationship—that I couldn't even stay in bed because my head was turning it over and over. The worst already happened to Flint, and instead of getting a few days, weeks, months to process that loss, he got about four hours, and then it was right back into the breach.

Yeah, he's been an asshole. But he deserves time. I've been an asshole—and a lousy friend—for thinking, for one second, that he didn't have the right to be as angry and as big of a jerk as he wants to be.

And so I follow behind him as quietly as I can, waiting for an opportunity to make myself known that won't embarrass him or make him feel weak. It finally comes when he gets to the end of the hallway and leans against the wall to take a rest.

I stop, too, giving him a couple of minutes to get his breath. Then make a point of walking as loudly and as fast as I can.

He turns to look at me as I rush down the second half of the hallway, acting like I've only just come out of my room. I hope he'll talk to me, but if he doesn't, I'm prepared to just flash him a smile and hurry on by.

But under all the anger, he's still the same guy who offered me a piggyback ride up the stairs because of my altitude sickness my first day at Katmere. And when he sees me rushing with the heavy tray, he calls, "Hey, Grace. You need some help with that?"

His push away from the wall is a little stiff, but when he walks toward me, the limp is gone. So are the downcast head and eyes. And I hate it. I hate every second of the fact that he feels the need to hide from me—to pretend with me— when all I want to do is be his friend and help him any way that he'll let me. And I hate every second of the division between us that makes it feel necessary.

Which is why I do the exact opposite of what I want to do—which is not ask him for anything when I know he's hurting—and say instead, "Actually, yeah. This tray is a lot heavier than I thought. Could you help me carry it?"

"Of course." He slips it from my hands like it's nothing, though his eyes widen when he sees the amount of food on it. "Planning on eating the food supplies

for a small nation, are you?"

"Apparently Siobhan thinks that's exactly what I should do," I answer with a laugh. "But I'd love to share if you're up for it."

He seems to think about it for a second, his amber eyes clouding over as he shoves a hand through his afro. But in the end, he flashes me the million-dollar smile I haven't seen in way too long and says, "Yeah, sure. Where you headed?"

I change my mind on the fly—the last thing he needs to be doing with his leg right now is climbing all the way to the battlements. "There are a couple of benches in the courtyard. I thought I'd head out there and watch the sunrise as I eat."

"Good idea," he tells me as we walk toward the front of the castle. "Then you'll be early for training and that Chastain jerk can't say a word."

"That might have been a little of the method behind my madness," I tell him as we walk by the Great Hall and out the front door. "Just once it would be nice if Chastain looked at me like I wasn't a total waste of space."

"I thought that was how trainers were supposed to look at you. Isn't that what your teachers did when you were young? Tear you down, make you feel like shit, and then build you back up again?"

"My *teachers*? Um, no."

When I look at him, horrified, he shrugs. "Maybe it's a dragon thing."

"Maybe," I agree, faintly horrified by the description.

We're outside now, and I steer us toward the benches I remember from my first visit with Alistair. We sit so we're both staring out at the sea, the tray of food between us.

And it's not awkward at all...except when we both try to talk at the same time. And when we both reach for the same apple. And when we both shut up at the same time and look everywhere but at each other.

God. This is worse than my first date. Way worse, considering the tension between us is real tension from two people on different sides of an impossible divide and not just nerves and fear of embarrassment.

We end up just sitting there for a while, the only sound the roar of the ocean as it hits the shore. Eventually, I grab a piece of thick bread and eat it with some butter and a couple thin pieces of meat that remind me of bacon. The silence makes me so anxious that I can barely swallow, but I force the food down. Something tells me that an hour into training, I'll be dying for the calories.

When the tension gets so thick between us that we could scoop it with an ice-cream spoon, I take a deep breath and say, "Flint—"

"Don't," he answers before I can say anything else.

It's the last thing I expect him to say, especially considering I barely know

court

what I'm going to say, so how can he? "But I—"

"Just don't," he interrupts again. "Please. I can't go there right now—at least not if you want me to be any use at training today."

It's not what I want him to say—none of this is what I wanted when I finagled him into this bizarre little picnic—but I can't argue with him when he puts it like that. So instead of trying to push my very scattered agenda, I pick up the tray between us and put it on the ground. Then I scoot over and wrap my arms around Flint in the biggest, tightest hug I can manage.

At first, I think he's going to pull away, and I brace myself for just that.

But he doesn't.

He doesn't hug me back, though, and he doesn't even relax into the hug. For a long time, he just kind of sits there, head up, back ramrod straight, eyes focused on the faraway horizon.

The voice in the back of my head is urging me to let go as it shouts at me that this is a huge mistake. But I make a point of never being the first one to let go of a hug—you never know when the other person really needs the comfort—and so I don't let go this time, either. I just sit there, holding Flint, telling myself that he'd pull away if he didn't want the hug.

Time passes, seconds into minutes, and still Flint doesn't move. And just when I'm about to give up, just when I'm about to decide that my philosophy has failed me, he turns and hugs me back. He pulls me toward him and squeezes so tightly that for a moment, I think he might actually break a bone or three.

But I still don't let go—a couple of broken ribs are a small price to pay for this one not-so-perfect moment. Because it's real and it matters—we matter.

And it gives me something I haven't had in days.

Hope.

Hope that we might find our way back to each other, not just Flint and me, but all of us.

Hope that, somehow, everything is going to work out exactly as it should.

And most of all, hope that when we finally make it through this twisted, terrible, seemingly never-ending nightmare, we'll all still be standing, shoulder to shoulder, on the other side.

It's a lot to hope for when Flint and I can't even say two real sentences to each other. But right here, right now—as the sun breaks over the Celtic Sea and my ribs ache from the strength of Flint's love and loss, rage and despair—it feels like more than a hope.

It feels like a promise.

76

## Why You Wanna Give Me the Runaround?

An hour and a half later, the feeling of promise is gone, and all that's left in its place is pain.

I mean, seriously, how many laps around a castle is one person supposed to be able to run?

"Pick it up, Grace," Chastain says in a smug voice that makes me want to throw something at him—like another gargoyle or one of Isadora's really big, really shiny knives.

Currently, he's hovering several feet above me in full gargoyle form—*the better to criticize you, my dear*, I think to myself in my best *big, bad wolf who not only ate the grandmother but the whole extended family, too* tone.

"At this rate, you're going to be out here for an hour after everyone else," he shouts down at me. "But I guess you're okay with that?"

When the people who are lapping me are dragons, vampires, a werewolf, a witch, and a bunch of gargoyles who have literally had nothing else to do for a thousand years but run? Yeah, I'm pretty okay with that.

I start to say as much to Chastain, but before I can get the words out, he makes a tutting sound and flies away—probably to find some new way to torture me, since doing so seems to have given the man a new lease on life.

I swear, he looks ten years younger than he did when Alistair and I first showed up here. It's like every time he yells at me, he loses a month. Which means if we stay here the full five days I'm planning on, the man should be in diapers, sucking on a pacifier, by the time we leave.

"You've got this, Grace!" Macy says as she catches up to me—and by "catches up," I mean "laps me." "You're almost there."

I make a face at her as she runs by, but she just laughs...and speeds up.

About thirty seconds later, Jaxon laps me for what I'm pretty sure is the eighth time, but I don't think that counts, as they've been fading at least as

much as they've been running normally. And no one who isn't a vampire or a fighter jet can keep up with that. Isadora, of course, faded the whole way and is now back inside the castle entryway with Hudson, who was allowed to skip the running, since he still cannot be in sunlight. Jaxon no longer has the same concern, and I can't wait to ask him what's up with that later.

Dawud shifted and probably set a new course record. The lucky duck. I tried to shift and fly the course, but Chastain took great delight in pointing out the exercise was running. I was within my right to shift if I wanted, but then I'd be lugging my concrete ass around this field, which I think we can all agree wasn't going to happen.

Maybe it's my competitive spirit, maybe it's the fact that I can see Chastain heading back this way and I don't want to get yelled at again. But whatever it is, I somehow find a burst of speed inside me. I catch up to Jaxon, who grins at me and then falls in beside me.

He could fade and leave me in the dust at any time, but he doesn't. Instead, he stays with me, the both of us gradually going faster and faster until we've caught up with Macy and actually passed her. My lungs and legs are burning, but I keep at it for the remaining three laps—and so does Jaxon, even though he finished his required laps a while ago. He stays with me the whole time, and when I finally finish, he sticks around and collapses on the ground with me.

It's cool out—only about sixty degrees or so—but I'm drenched with sweat anyway. Then again, I don't think I've ever run that fast in my life. Or that far.

At home, I'd be heading to my room for a shower and a change of clothes, but we're only an hour into training here. Plus, a quick glance inside the open doors of the castle shows Hudson standing next to a truly impressive array of medieval weapons that I'm pretty sure I'm about to have to learn how to use.

"You ready to head back?" Jaxon asks.

I look over at Hudson, who is currently studying a long pole with an open circle attached to the top of it like it's the most fascinating thing he's ever seen. It doesn't seem that interesting to me—until he picks it up and turns it sideways, and I realize the circle has eight large spikes attached to its inside edge, and they are all pointing straight into the center of the circle, like it's just waiting to capture some poor person and tear their flesh off their bones.

Actually, it still doesn't seem that interesting to me. Horrifying, yes. Traumatizing, absolutely. Interesting? Not so much.

And can I just ask, what the hell is it with weapons creators from the beginning of time that makes them always want to craft something that will

TRACY WOLFF

cause the most pain and damage possible? I mean, being able to defend yourself is one thing. Sticking three-inch sticks into someone around the diameter of their waist is something else entirely.

"Not even close," I finally answer Jaxon when I'm able to tear my eyes off whatever the hell that weapon is.

"Thanks," I tell him, brushing the dirt and foliage off my butt. "I'm not sure I would have made those last couple of laps without you."

"You would have made them." Jaxon grins at me. "You might have had to crawl over the field to do it, but you would have finished."

I laugh because he's right. Running aimlessly for no apparent purpose is totally not my thing, but quitting is less my thing—especially in front of a bunch of gargoyles I'm supposed to lead.

"Hey, you okay?" Jaxon asks, his dark eyes running over me as if looking for some running-related injury.

I force a smile I'm far from feeling. "I'm fabulous."

"Oh yeah?" He gives me a doubtful look, but I just roll my eyes and pretend there's not a pretty big part deep inside me that's freaking out about this whole situation. He glances over to where Isadora is showing Hudson a particularly brutal-looking weapon with long spikes, then back to me. "She's too far to hear. What's the real plan, Grace?"

I blink at him. Afraid if I say it out loud, it's going to sound even more ludicrous than it's currently sounding in my head. Just then, Macy cruises over to us and plops down.

"Grace filling you in on the grand plan?" she asks.

"She's about to," Jaxon says pointedly, and I know my time is up.

I start to open my mouth and tell them everything when two giant dragon shadows race along my legs. A pop of magic later, Flint and Eden walk over and sit down next to us.

"So, plan time?" Eden asks, and I chuckle that we all know one another so well. In fact, for just this moment, it almost feels like it used to. And suddenly, I'm not afraid to share my plan with them. They'll have my back.

I glance over at Hudson, and he sends me a quick smile before leading Isadora by the shoulder deeper into the armory to look at more scary ways to kill. He's keeping her distracted for us, and I tell myself he deserves a pint of blood tonight. Especially as he waves at Dawud, when Isadora isn't looking, then us, and the wolf heads our way.

As they join us, I take a deep breath and then explain everything.

"If we don't give Cyrus the God Stone, he will kill everyone. Slowly and torturously. We all agree, yes?" I ask, and everyone nods. "There is no loophole there. No way to get out of that one simple equation: give him the Stone or die, because the dungeons cancel all our strengths." I take another deep breath and then just blurt it out. "So we're going to give him the God Stone. And while he's preoccupied making himself all-powerful, we're going to compete in the Trials, *and we are going to win them*. We are going to take the Tears and heal the Army, which makes Cyrus vulnerable again, and then I am going to take this Crown"—I hold my hand with the tattoo on it for everyone to see—"I am going to take this Crown that so many suffered for us to retrieve, and I am going to make their deaths mean something. I will take my army, and we will face Cyrus together, we will get him against the ropes, and we will use the Crown to take away everything the God Stone gave him. And then we will make him pay for everyone he's ever hurt. We will end it."

I'm breathing fast now, my heart racing as I rushed through the plan, afraid at any point someone would stop me and tell me it's futile. But instead, everyone just sits in silence, absorbing what I've said, processing our chances, most likely.

Flint coughs. "Um, so just a quick take on this—what makes you think we can suddenly win the Trials? That Tess lady seemed pretty adamant we were gonna lose, and lose big."

There's no heat in his words, and my chest tightens as I realize he's got my back again, even if to follow me into certain death. And that's why I know we're going to win.

"Exactly, Flint. We already know what it's like to lose—and lose big, too. Which Cyrus thinks makes us weak," I say and shake my head. "But losing doesn't make you weak. Every time you have to pick yourself back up again, you grow stronger. Every time you have to find the courage to try again, to hope again, to trust again"—I glance at everyone, knowing we're all thinking of Liam, before I continue—"every time we get back up again, we grow stronger. And we *are* stronger. We can do this. Together. I just know it."

"Soooo." Eden draws out the word. "You're saying we're a bunch of big losers and that means we're gonna win?"

"Well, I think I said it more eloquently," I joke. "But yes, essentially."

"Cool," Eden says.

"Plus," I add, "it goes without saying that if we don't do this, Cyrus will turn himself into a god to start—and finish—the bloodiest war this world has ever seen. Starting with everyone who opposed him."

"Soooo." Eden draws the word out again. "Your pitch is we're all gonna die a bloody death anyway, but let's take our losing streak and parlay that into a blitz play for the Fountain of Youth?"

Okay, that time it definitely sounded worse than how I said it.

"I'm in," Jaxon says. Nothing else. But he glances at Flint, holds his gaze for a beat until Flint nods.

"I'm in, too," Flint says.

"Oh, I'm definitely in any plan that might involve that blowhard getting what he's got coming," Eden says.

"Me too," Macy adds with a wicked grin.

We all turn as one to Dawud now.

They hold up their hands. "Hey, I haven't been a part of this losing streak that's supposedly making everyone stronger, so that's a wash for me," they start. "But that being said, I hate bullies. And Cyrus is an overgrown bully. So count me in."

Everyone cheers and ruffles Dawud's hair.

"You had me worried for a second there, kid," Flint teases.

"Worried about what?" Isadora asks, and we all jerk like we've been struck by a live wire. How long had she been standing there?

"Dawud was just saying they thought they were developing a crush on you, Isadora," Flint teases, and the tips of both Dawud's *and* Isadora's ears turn flame red. "But then I assured them it was just indigestion."

Isadora rolls her eyes. "You're all childish," she mutters and walks away.

Dawud turns to Flint and hisses, "Not. Cool. She could have killed me and barbecued my leg over an open flame."

Which has all of us cracking up laughing.

By the time we've gotten control of ourselves again, we've gotten up and meandered back over to the castle, where Hudson joins us and just says, "So we're going to give Cyrus the God Stone, go crush the Trials, and then cram the Crown down that pompous ass's mouth, right?"

My eyebrows shoot up. "How did you know that was my plan?"

"It was the only smart move." He pulls me into his arms. "And my mate is wicked smart."

Flint makes gagging noises, but Hudson ignores him and leans down for a quick kiss, which I definitely return.

"Playtime is over, children!" Chastain barks from our left, and we all groan. "Everyone except Hudson grab a weapon and head to the practice field." He nods

toward my mate and tosses over his shoulder at the gargoyle soldiers behind him, "That one's apparently a lover, not a fighter."

Everyone snickers as my gaze narrows on Chastain's, and I bite out, "You better *hope* you never see my lover fight, Chastain. You wouldn't last five minutes."

Because yeah, the blood-shaming-slash-sex-shaming has just got to stop. I am so over it. Which is why I turn to my mate, fist his shirt in my hand, and pull him down for a scorching kiss in front of everyone. Several gargoyles cheer or whistle as the kiss goes on. Even Macy shouts out "you go, girl," but I only vaguely hear them as everything except the feel of Hudson fades into the distance.

This boy is my everything, and he deserves for the world to see I am so damn proud to be lucky enough to be his mate. With one final brush of my lips against his, I lean back and smooth the nonexistent wrinkles from my tunic before turning on my heel and walking toward the practice field. But not before I catch the blinding grin splitting Hudson's face. Or the grit of Chastain's jaw at being shown up.

I know for certain I will be paying for that move later, but it was totally worth it.

# 77

## It's a Double-Edged Broadsword



Chastain is standing in the training area now, watching me. Because of course he is. Determined not to get on his bad side any more than I already have, I hustle toward him. And then pull up short when he slams a broadsword into my hand.

Or at least I think it's a broadsword. I'm not exactly up on my medieval weaponry, but the thing in my hand seems like that's what it should be called. It's got a decorative hilt inlaid with beautiful semiprecious stones and a thick double-edged blade that is pretty close to three feet long and looks dangerous as hell.

The thing also weighs about eight million pounds. Okay, more like five or six, but the idea of swinging it—let alone lifting it over my head—definitely gives me pause. So I guess if this isn't a broadsword, I think it should be. And also, I never want to actually hold one if it's bigger than this.

Still, I'm not going to ask Chastain to tell me more about the weapon—or express my doubts that I can actually fight with it. I've told him we're here to help train the Gargoyle Army. I need to act like I know how to do that.

I swear, one of these days there's going to be some situation in this world where I don't feel like I have to fake it till I make it. But today is very definitely not that situation.

I rest the heavy sword on my shoulder and wander over to a shaded area where Hudson is seated, his legs stretched out in front of him, a copy of *Medea* in his hands. I should have known he would have already found the library in this place—and a tragedy to read.

"That's a good look for you," Hudson says, the heat from our kiss earlier still burning in his gaze. "Very sexy."

I roll my eyes. "What is it about a woman with a weapon that turns guys on?"

"Many, many things," he answers with a wicked glint in his eyes. "Some of which I would be more than happy to show you when we're done training."

"I'll keep that in mind," I answer with an amused shake of my head. I start to step back, to head over to the training circles and try to figure out what I'm supposed to do with this thing, when Hudson puts a hand on my elbow.

"Hey." The laughter fades from his eyes, and he leans closer so that I can hear him when he lowers his voice to little more than a whisper. "You belong here."

The words hit me harder than I expect them to—probably because they go to the heart of the feelings I've been having all day—and I rear back. "What does that mean?" I ask, pulling my elbow from his light grip.

"I just thought you might need to hear it." He leans down now, so that his lips are almost brushing my ear when he continues. "I know it doesn't feel like it right now, but you don't need to be the strongest or fastest or most badass to be a great ruler, Grace. You just have to care about their happiness more than your own."

I stare at the ground, shuffling my feet, shame twisting in my stomach. "Like how I would sacrifice them all to save you?"

"You wouldn't," he says, and he sounds so certain, I lift my gaze to meet his.

"How do you know that?" I whisper.

He shrugs, leaning back and pulling open his book again before answering. "Because you would never be as selfish as I would."

I know he didn't mean his words to be a knife to my chest, but my heart stutters nonetheless. Does he really believe I wouldn't sacrifice the *world* to save him? "I would," I whisper, and he looks back up at me, nothing but love and tenderness in his gaze.

"No, you wouldn't, Grace. And it's one of the reasons I love you so damn much." He smiles. "You're so impossibly strong. You will always sacrifice your own happiness for others, and *that* is what is going to make you an amazing ruler." He waves a hand toward the practice field. "Now, get out there and show them what you can do."

I follow his directions and walk toward the field because I can't be late, not with Chastain riding me as hard as he has been. But that doesn't mean I'm done with this conversation, because I'm not. Not by a long shot.

How can Hudson think for even one second that I wouldn't sacrifice anything—sacrifice everything—to save him? He's my mate and my best friend wrapped up into one, and I can't imagine a day without him, let alone a lifetime. I would give up the crown in a second to save him, would give up my *life* to save him, and he thinks I would just let him die?

No, this conversation isn't over. I need to know what I've done to make

TRACY WOLFF

him believe such a thing. And what I can do to make him understand just how much I love and need him.

Once I get to the training area, Chastain orders a younger gargoyle to take the field opposite me, jeering that he should take it easy on their queen. The mockery makes all the gargoyles who have gathered to watch laugh, and I know I should care. I should care that he refuses to give me an ounce of respect. Should care that he seems as dismissive of me as he is of Cyrus.

But I don't.

All I can think about is the realization that Hudson was right. Ruling has nothing to do with how strong or how fast you are.

Ruling is ultimately about loss.

Because no matter what happens, no matter what choices I make, in the end someone will always lose. And worse, the choice of who suffers the most loss will be mine to bear.

# 78

## Catwalk This Way



"**A**gain!" Chastain tells me, and though his tone is even, I can feel the annoyance rolling off him in waves. "Sword up, both hands on the hilt, now swing."

My shoulders are aching from the weight of pulling the broadsword over my head again and again and again. We've been at it for more than two hours now, and I think I'm finally getting the movements down—lift, swing, twist, parry, try not to get knocked off my feet. Don't rinse. Repeat.

Speaking of not rinsing...sweat drips down my back, but I lift the broadsword one more time as another gargoyle—a tall, beautiful woman with brown skin and an array of earrings in her ears named Moira—swings her sword around to connect with mine. I force myself not to flinch as the swords connect, and I hold my parry long enough for my arms to stop vibrating.

She whirls backward, her sword coming in low this time, and instinct has me snapping my wings and jumping up high enough to miss the swing entirely. As I come down, I bring my sword around and stop it just at the back of her neck.

"Woo-hoo!" Macy yells from where she's taken a break to watch. "Go get 'em, Grace!"

I shake my head, a little embarrassed by her enthusiasm but also more than a little pleased that someone noticed and thought I did well, considering Chastain looks like he just swallowed the most bitter lemon of all time. Then again, that's what he's looked like all morning—at least when his gaze lands on any of my friends or me...with one glaring exception.

He loves Isadora.

He doesn't laugh and joke around with her the way he does with so many of the members of the Gargoyle Army, but I'm pretty sure that's because Isadora doesn't know how to joke. But he's constantly praising her form, her knife skills (which are admittedly impressive), her speed.

And I get it. She is totally a badass with all her knives, but is she really so good that she deserves about fifty compliments an hour? Especially considering she's on Cyrus's side? I know you're supposed to keep your enemies close, but surely crawling up their ass is a little too close for anyone, even Chastain. *He doesn't know she's with Cyrus*, a small voice in the back of my head whispers, but I kick my inner sense of fair play to the curb. My shoulders fucking ache.

"Foster, get over here," Chastain calls to me, and I'm so surprised, I nearly drop the broadsword. But since that will more than likely get me yelled at some more, I hang on by my fingertips even as I walk toward him.

"What do you need?" I ask when I finally get to him. Which, admittedly, is not how most of the Army speaks to him. But I keep thinking of Nuri and how she handles herself. I know I'm nowhere near as badass as the dragon queen is, but I'm trying to cultivate the persona of a queen, instead of just the eighteen-year-old girl Chastain sees.

At first, Chastain doesn't answer. Instead, he looks at me like he can't believe I'm not bowing and scraping. Part of me can't believe it, either. But my friends and I are working our butts off taking turns to train the Gargoyle Army. I know it was originally a ruse to explain our presence, but as we started sparring with the soldiers, learning their names and friendships, it's slowly turning into so much more.

Somehow, in all my plans to kick Cyrus's ass, I forgot about something. I've spent all this time thinking about how I can use the Gargoyle Army to help me activate the Crown and beat him, that I forgot to think about them as something other than an army. I forgot to think about them as people.

It was one thing when I didn't know them, when I hadn't fought with them or eaten dinner with them or talked to them. They were just nameless, faceless entities—chess pieces for me to maneuver—and it didn't matter to me if we lost some in the fight as long as we stopped Cyrus.

But now, with each person I meet—each person I am responsible for leading—I'm overwhelmed with questions, with worry. Will Trent survive the war? Will Moira? Will any of them?

I glance around at the hundreds of soldiers on the field, sparring or talking or getting a drink of water, and I can't fight the blade of Hudson's earlier words as they skate along my skin.

"I want you to move the air." Chastain's words pull me from my thoughts.

I blink up at him. "Move the air?" I ask, unsure of what he's asking me to do. "With what?"

"With your power," he answers me, looking so shocked that I have to ask that he forgets to be annoyed.

"I'm sorry," I say after several seconds of the two of us staring at each other in bewilderment. "I don't know what that means."

He looks at me like he thinks I'm joking. Then lifts a hand and *moves the freaking air*. It hits me like a punch right in the center of my sternum.

The punch takes my breath away and nearly knocks me over, but I use every ounce of energy I have left to keep myself grounded. No way am I giving him the satisfaction of knocking me over. Not today.

I'm also not giving him the satisfaction of hearing me say how cool what he just did is. Not after the way he's treated me since I got here.

Chastain gives me an arch look when I manage to keep my feet firmly planted on the rock floor. But all he says is, "Move the air."

Like it's that easy.

Then again, maybe it is. I think about the water I pulled together during the Ludares tournament and the earth I used to heal when Cyrus bit me. Hudson helped me learn how to light a candle, and a lot of people helped me learn to fly. But no one taught me how to manipulate water or earth. I just figured it out once I realized it was possible. Now that I know this is possible, I can figure it out, too.

Or at least I hope I can.

I want to ask Chastain to show me what he did in slow motion this time, but the truth is, he didn't do much of anything. He just punched out lightly with his hand, and I felt the air hit me like a body blow.

With that thought in mind, I take a deep breath. Try to focus my mind and the energy in my body. And then I punch out with my hand, hard and fast.

Nothing happens, except Chastain starts to look smug again—which pisses me off, considering I'm trying to do something I didn't even know was possible two minutes ago. In the end, I do my best to ignore him and the obnoxious look on his face, though it's even harder than it sounds.

I take a couple more deep breaths and try to find the energy in the element. It's harder than it was with water, but it's there. I can feel it right there, just beyond my grasp.

This time, I close my eyes when I reach for it, visualize the air brushing against my skin. Moving through my open fingers. Gathering on my palm as I curl my fingers around it.

And this time when I punch out, I feel the air move. Feel the explosion of molecules around my fist. Watch as the breeze I created blows against Chastain's

hair and collar.

I did it. I really did it. It was nowhere near as powerful as what Chastain did, but it was something. And considering it was only my second attempt, I will definitely take it.

"Do it again," Chastain tells me.

So I do—three more times to be exact, and each one is more powerful than the last. None of them is close to the punch to the sternum that hit me, but as the air blows Chastain's hair straight up, I'm beginning to think that maybe I can get there.

I wait for him to say again *again*, but he doesn't. Instead, he turns toward Isadora—who is currently throwing knives at a moving target, surprise, surprise—and beckons her over to us. Which is just fantastic, considering I'm pretty sure I'm about to replace that moving target.

Chastain validates the idea when he takes several steps away from me. Then we both watch as Isadora catwalks over to me like the Gargoyle Court is one giant runway, and she's the main attraction.

"Who do you need me to kill?" she asks when she finally stops in front of him.

"No one right now," he answers like her question is the most normal thing in the world. "But that could change at any moment."

"Let me know when it does." She turns to catwalk back from whence she came—which is more than okay with me—but Chastain steps in front of her.

She gives him a look that says she's fine making him her next target if he doesn't move, but he doesn't flinch. Just motions for her to turn around and says, "I think it's time to raise the stakes of today's training for our visitors here."

My screaming muscles don't agree, but it's not like I have a choice.

He guides the two of us to an area I'd noticed earlier on the practice field that was worn down in the shape of a large circle. As we enter the space, I can't help but feel we're entering a fight ring of some sort, and I wonder if any of my other friends have noticed I'm being led to my possible execution.

Which of course they have as I quickly spot Jaxon and the rest of my friends circle up on my right just as Hudson fades to a nearby tree and leans against it like he hasn't a care in the world. Which I see right through because hello, he must have been listening to everything on the field to realize I'd just been told to spar with the she-devil herself, and so he risked fading past sunlight to get closer. I shoot him a quick look that says, *Thanks for the confidence*, and laugh when he shrugs back with a smile because I totally read that as, *Hey, I'm just here to help carry away the body.* My body probably, but no need splitting hairs.

"Bailigh!" Chastain barks out once he reaches the center of the circle, and
every single gargoyle on the field immediately stops what they're doing to hustle
over, fanning out around the edges.

"It's time to choose the Watch Guard!" he says, and everyone cheers. This
doesn't sound so awful. I'm an excellent lookout. I'm not sure what I'd have
to watch for, but okay, I can do this. I'm starting to feel more confident until
Chastain looks me dead in the eyes, a smirk turning up one corner of his mouth
like he knows something I don't and he can't wait to see my reaction when he
tells me.

"The rules are simple, Grace. I name someone as the Watch Guard every
day, and they enter this ring." He gestures to the more-than-thirty-foot-wide
circle we're currently standing in. "Anyone can challenge my choice by entering
the ring and facing off with you. They will have four minutes to best the Watch
Guard. Whoever is winning when the four minutes are up is declared the new
Watch Guard."

"What happens then?" Macy asks.

"Another challenger may enter the ring."

"No, I mean, what happens if no one else wants to challenge the last Watch
Guard?"

"Glorious honor," Chastain says, like that says it all.

The woman I met when I'd first visited the frozen Court with Chastain steps
forward, her braids swinging as she pivots to face Macy. "The Watch Guard is
our most revered position in the Army. Every person here places their faith in
the Watch Guard every night, knowing we can sleep easy, we can regain our
strength to fight another day, because of their sacrifice. To give that gift to your
brethren is truly an honor beyond measure."

I don't know why, but I get the sense this Watch Guard thing is akin to being
named Employee of the Month on steroids. Maybe it's how Chastain has been
able to keep so many people training for a thousand years, day in and day out,
with no clear sense of when this purgatory would end and they would enter the
real battle. Which, okay, great idea, but I am okay not getting my picture hung
on the wall in the break room today.

"To be named Watch Guard is to be worthy of ruling our people, of leading
an army." Chastain holds my gaze, point made. Then turns to his army and says
with a flourish, "Which is why today I am naming our queen Watch Guard."

The crowd cheers, and I know they're thinking he's bestowing a great
honor upon me. But that's not what he's doing at all. Chastain wants to prove

to everyone exactly how unworthy I am to be their queen. And as if that weren't the absolute worst, he turns to Isadora and says, "Now, Izzy, I'm hoping that you would do me the honor of being our queen's first challenger."

*Izzy?* I mouth to Macy, but she just shrugs. I glance at Isadora, expecting her to be contemplating which knife to use to remove Chastain's tongue for the nickname, but she's acting like she didn't hear the shortened moniker at all. Which tells me everything I need to know. She loves it. What is it with these Vegas that they think the best way to hide their emotions is to act like they're bored?

And that's when it dawns on me. Isadora must have daddy issues as bad as Hudson and Jaxon—big enough to drive a semi through—and thus Chastain's approval secretly means the world to her. I sigh. Which means she's going to try twice as hard to kick my ass for him.

"It would be my pleasure," she tells him, her stance immediately shifting to the balls of her feet.

I don't even have time to consider how best to defend myself when Chastain shouts, "Go."

I never even get the chance to grab my platinum string before *Izzy* strikes.

# 79

### Finders, Keepers, Losers, Creepers



"Well, that wasn't humiliating *at all*," I say to no one in particular, adjusting the ice bag so it fully covers what feels like a third horn growing in the middle of my forehead.

The mattress dips next to me, and Flint says, "Hey, it was a sucker shot. Don't worry about it."

"But can you imagine the precision involved in her throw that she perfectly timed the butt of her knife to hit Grace in the head and not the blade?" Dawud says, the awe in their voice impossible to miss.

"Right?" Eden agrees enthusiastically. "That shit was impressive as hell."

I groan. "And embarrassing. Don't forget that part." I lift one eyelid to look into Flint's face. "That has to be a new record for fastest Watch Guard defeat. I wouldn't be surprised if there was a leaderboard—or loser board—with my name on it somewhere."

"Aww, it wasn't that bad." Jaxon sits down on my other side, smiling at me softly.

"He's right," Macy agrees with a smirk. "All anyone is going to be talking about tonight is how your boyfriend started smoking as he rushed to your side on the field. We would have had a crispy-fried vampire on our hands if Jaxon and Flint hadn't yanked him back into the shade once he'd seen you were going to live."

I groan louder. Great. That's exactly what I need. Not only can I not last five seconds in the ring, but my boyfriend had to rush to check on me, I got knocked out so bad. I sincerely hope my bed turns into a giant hole right now and swallows me up.

"Please tell me *someone* beat her for Watch Guard," I beg, praying to everything holy that I won't have to spend all of dinner listening to her go on and on about her *glorious honor*—and yes, I'm totally hearing Loki's voice in

my head now.

"Oh, Artelya made her eat dirt." Macy grins at me, explaining that's the name of the soldier who had explained more about the Watch Guard earlier. "I recorded the fight on my phone, if you wanna see the video."

And that is why I love my cousin.

"Gimme, gimme," I say, and Flint shuffles aside so Macy can climb on the bed next to me. I inch into a sitting position against the pillows, careful to keep the ice pack on my forehead, and watch what has to be the best four-minute video of my life. Artelya didn't knock Izzy out, but she clearly bested her, ending with a seriously badass move where she grabbed the vampire mid-fade, lifted her up in the air with a flick of her wings, and then slammed her down into the dirt with a resounding *thud*.

"That's gonna leave a mark," I say, and Macy and I giggle. "Let's watch it again."

"We need to talk about this Watch Guard thing," Jaxon says. "We'd planned to take turns spending our evenings searching for the God Stone, but if there's a guard posted every night, we're going to need to work out how not to raise their suspicions."

Which is how we end up telling Siobhan we're all too sore to attend dinner tonight and spend the time instead figuring out a strategy for finding the God Stone. We finally decide to divide the Court into quadrants, two of us taking a turn every night to search their quadrant and telling anyone who asks that they're creating a survey of the Court for the queen, who wants to rebuild it in our time—it being left in ruins for too long. Everyone agrees that's the easiest reason to justify us snooping into every corner of the castle and grounds. Dawud and Flint offer to take the first shift tonight.

Still, we don't know exactly what we're looking for, but Hudson feels fairly strongly it will be giving off some serious power, so we should be able to sense it if we get near enough. Jaxon agrees. Macy bets everyone five dollars it will be hidden as an eyeball in an animal statue or painting, clearly having seen one too many cheesy action flicks. We all take the bet.

Izzy doesn't disturb us once while we plot, probably gloating with the other gargoyles about how handily she defeated their queen, sucking up Chastain's praise. And I know, I sound bitter and jealous, which I probably am. I mean, I'm already struggling with this responsibility, I don't need some rabid vampire parading around for everyone to see exactly what I already know.

I didn't earn my title of queen. I gave it to myself when I thought I was the

last gargoyle alive—when it didn't mean nearly as much.

I twist the ring on my finger absently. And even this, I didn't earn. Alistair gave it to me for no other reason than nepotism.

That doesn't mean I want her to rub my nose in it. Nor does it mean I'm stepping aside.

I *am* their queen, even if only by birthright, and I will not let them down. Nor can we afford to lose command of the Army. We need them for my plan to work, otherwise we can't risk giving Cyrus the God Stone no matter how many of the people I love he threatens to kill.

So I will train and I will learn and I will convince them that I deserve this honor. Well, as soon as my head stops feeling like it's going to split apart like a freshly sliced apple.

Everyone finally files out of our room, and I call the shower first. If it was a little bigger than a postage stamp, or I was a little less sore, I'd invite Hudson to join me. See if maybe that doesn't thaw him out a little. It didn't escape my attention that he spent most of the strategy session on the other side of the room playing Sudoku on his phone. He was upset about something, and I'm guessing it was the second ten years I'd likely shaved off his life this week when I hit the ground in the ring like a sack of potatoes.

I take as quick a shower as possible, not wanting to leave him stewing with his thoughts too long, and am again grateful I shoved some travel-size toiletries in my bag before we left Katmere what feels like a lifetime ago. I'm trying to stretch the small bottles of shampoo and conditioner I brought with me as far as I can get them. The Gargoyle Court has really good-smelling soaps—I know Hudson is using them to wash his hair and so are a lot of the others—but they don't have the same curly mess on their heads that I do. If I don't want to look like a poodle that's been through one of those high-powered dryers at the car wash, I need to stay the course as long as I can.

When I come out, Hudson is asleep. With his eyes closed and a stray curl from his normal pompadour winding over his forehead, he looks a lot younger—a lot more defenseless—than he does during the day.

It makes me ache to see him like this, stretched out on our bed like it's the most natural thing in the world, and I can't resist the pull of him. I crawl into bed beside him and cuddle up close.

Even in his sleep, he reaches out for me, draws me in.

He feels good—really, really good—and I'm so tired that I don't even fight it when I start to drift off to sleep with him.

TRACY WOLFF

I have no idea how long we sleep, but I don't wake up on my own and neither does Hudson. In fact, we don't wake up at all until a loud moaning sound starts coming through the still-dark windows.

"Do you hear that?" I ask, shaking Hudson awake.

"Hear what?" he grouses, but I know he's paying attention because he goes still about one second after I ask, his head cocked to the side like he's trying to figure out what's going on.

Before either of us can identify who or what is making the noise, there's a loud pounding on the door. Followed by Dawud yelling for us to open up.

# 80

## Whisper Sweet Not-So-Nothings

"What's wrong?" I exclaim as I throw open the doors.

"Go to your window." Their voice is urgent and so is the look on their face as Macy and Flint pile into our room. In the hallway, Eden is pounding on doors, yelling for Jaxon to "come quick!"

"What's happening?" I look to Hudson, who is already standing at the window with the curtains pulled back.

"It looks like we're under attack," he answers, sounding a little bewildered and a lot cold, as the sound of a bell clanging echoes throughout the castle. An alarm.

"We're frozen in time," I say, making my way to the window. "Driving a car while inside it, remember? How can anything be attacking us if we're in a moving car?" I have to raise my voice to be heard over the shouts coming from below—as well as the strange *clackity* sound filling the air.

"I have no idea," Macy comments. "Unless some of their enemies were somehow frozen in time with the Gargoyle Court all those years ago."

"Still, shouldn't the Gargoyle Army have killed them by now?" I demand. "A thousand years is a long time to keep attacking a place and not be defeated."

The clanging bell is getting closer and closer to us, and we can hear now someone is shouting, "North wall! North wall!" in between bell clangs.

We all exchange a quick look before the others rush out of my room to get dressed. Hudson already has his training uniform on and is pulling on his shoes as I reach for my sweatshirt. He waits patiently while I throw on the rest of my clothes and pull my hair into a scrunchie.

"Who do you think it is?" I ask, my heart pounding in my chest.

Hudson holds my gaze. "I don't know, but I'm starting to sense it has something to do with their sacred Watch Guard."

And the vise around my chest squeezes the breath from my lungs. No, no, no. I cannot afford to have a panic attack right now. Not when my people need me.

TRACY WOLFF

As I pull small puffs of air into my lungs, I pray to everyone I can name to please make this stop, but the attack only gets worse. It's not just that there's someone out there who probably wants to kill us that's twisting my stomach in fear—it's that I won't be strong enough to fight alongside my kin like they should expect I can.

"Hey." Hudson fades to me, kneeling down in front of the chair he was sitting in to put on his shoes, and grabs my face gently. "This is a bad one, isn't it?"

There's no judgment in his voice. No frustration that I'm slowing us down from getting out there and helping with the fight. His fathomless blue eyes are filled with love.

"Can you tell me what two plus two is?" he asks, and I blink.

Does he think I hit my head again, like in the lighthouse? "Not a con-con-concussion," I stutter. My veins feel like they're filling with ice, and my teeth start chattering, my whole body trembling. But the harder I fight the panic attack, the more my body quakes.

Hudson reaches up and smooths a loose curl from my forehead and pushes it behind my ear. "I know, babe. But tell me anyway, will you? What's two plus two?"

I don't have the energy to argue, and he doesn't look like he's going to back down, so I push the word out. "Fa-four."

He smiles. "Good. And four plus four?"

"E-eight."

"Eight plus eight?"

What in the world does simple addition matter when my army is about to fight someone so terrible, they created a Watch Guard to stay vigilant against them? But I can't say any of that right now, what with my teeth chattering, so instead I grit my jaw and say, "S-six-sixteen."

"You're doing great, Grace," Hudson says. "Can you tell me what's sixteen plus sixteen?"

I blink, then answer, "Thir-thirty-two-two."

"And thirty-two plus thirty-two?"

By the time we reach 256, the trembling has stopped and I can finally draw a deep breath into my starved lungs. As I feel the panic attack ease, I sigh and lay my head across Hudson's shoulder. He pulls me closer and kisses the side of my neck.

"There you go, Grace," he soothes. "All better now."

And he's right. That was one of the worst panic attacks I've had in months, and it passed in just a couple of minutes. I'm not even shaking as badly as I usually do.

court

I lean back and hold his gaze. "Why were you testing my math skills just then?"

The tops of his cheeks turn an interesting shade of pink, and he shrugs. "You're my mate, and I want to always be there for you, so I researched ways to help ease panic attacks. Apparently, some researchers have found that math engages a totally different part of your brain than the part that causes panic attacks. So, you know, doing simple math can get you to focus on something other than the attack, and hopefully it eases it."

I swallow the giant lump forming in my throat. "You researched how to help me with my panic attacks?"

"Yeah." He shrugs like it's no big deal, but it means the world to me.

"I love you," I say, and I've never meant anything more.

"I know," he responds with a half smile. "Now, let's go see if your people need some help. Hey, maybe we can just toss Izzy at whoever is about to attack the castle. That should at least give you another fun video to play on repeat."

He winks and I laugh, just like he wanted. The last of my tremors fade as I give him a quick but thorough kiss—a promise of how I want to show my love for him later. As I lean back, there is a definite hunger burning in his gaze.

"Right, then," he says, his accent thicker than usual. "Let's go kick some arse so we can finish that kiss."

He's just so adorable, flustered and turned on, that I lean forward to give him another quick kiss.

"For fuck's sake—" Jaxon shouts from the doorway and I spring back guiltily. "Do you two *ever* stop? In case you can't hear the maniacal bell clanging, the castle is under attack!"

Hudson rolls his eyes as he helps me up and tosses at Jaxon, "Hey, brother, don't be hating on me just because you can walk in the sunlight today."

I smother a laugh with my hand as Jaxon's face turns an interesting shade of red. He mutters, "Asshole," then fades away, and I can't keep the laugh in anymore.

"That was mean," I chide Hudson.

He starts to reply, but a sudden scream from the battlement outside our window stops him cold. And then everything happens at once.

Hudson scoops me up and fades us to the others standing on the stone wall.

Gargoyles are flying above us, shooting flaming arrows at the attackers, who have managed to scale this section of the wall, and I get my first look at the *creatures* that are attacking the castle.

And then I scream.

81

## Welcome to the Danger Bones



"A re they skeletons?" Macy whispers in horror.

I don't know. I don't know *what* to call these *creatures*, but "skeleton" doesn't seem right. The shape of their bones is all wrong, for one. Some legs are bent at an impossible angle, feet positioned backward, skulls twisted at odd positions, ribs missing. And that's not even mentioning how some of the bones are splintered so badly, it almost looks like fur.

The bones are in the general shape of a human, if you overlook the odd angles and twists, and they're clearly trying to walk upright, but that's about the only human thing I can see about this inhuman army mindlessly trying to get inside the castle.

As they race up the sides of the walls, their bones *thwack-thwack-thwack* against one another as they use the skeleton bodies beneath them as steps for the next wave to climb higher. Their nails *clickety-clack* against the walls—and the sound is enough to give me nightmares for years. But then one of the gargoyles shooting flaming arrows into the bone stairway must hit their target, because one of the skeletons lets out a howling screech, like wind whistling between two bones, high-pitched and terrifying.

The screaming eventually dies down until another flaming arrow hits its target, and then another skeleton releases an agonized screech that sends shivers down my spine.

Suddenly, there's a sickening crunch as the bones of the bodies on the bottom crack and splinter under the weight of the ones above them—and I swallow the lump forming in the back of my throat. I know exactly how these skeletons became so grossly disfigured, and it's everything in me not to vomit the bile churning in my stomach.

I don't even have to ask how many times these creatures have tried to scale these walls that almost every skeleton looks so broken, they only barely still give

the hint of being human. Chastain already told me. They choose a new Watch Guard *every day.*

As the thwacking of bones gets closer, more gargoyles take to the skies with flaming arrows. I want to join them in the fight, but they move with such uniformity, it's clear they've practiced this over and over, how to fly in a tight squadron without their giant stone wings crashing into one another. I worry I will just get in their way, possibly be the reason they don't succeed in stopping this attack wave and a skeleton breaches the castle.

The thought is no sooner in my head before a bony hand reaches over the side of a wall no more than thirty feet away from me. Moira is the closest gargoyle to the creature, and she shifts immediately into her stone form, her shield raised, and swings her sword down on the stone hand gripping the top of the wall, its severed finger bones falling like pebbles to the stone ground.

Next, she takes the butt of her sword and cracks it against the skull of the creature, but fast as lightning, it turns its head and sinks its teeth into her fleshy wrist. She cries out and drops her sword, focusing on frantically pounding the skull into the side of the wall, all the while screaming, "Get it off! Get it off! Get it off!"

No one rushes to help her, though. In fact, the other gargoyles widen the area around her and the hideous skeleton creature. I glance around to locate Chastain, but he's at the far end of this section of wall directing his fliers to focus arrows on near the bottom of the wall. He hasn't seen that Moira is under attack yet.

"We have to help her!" I shout and rush to her side, but Hudson yanks me back.

"Don't!" he snaps.

"We have to help her!" I shout again and fight against him, clawing his arms to get free, but he doesn't loosen his hold.

"We can't," he whispers, and I don't understand. Hudson has never run from a fight in his life.

"There's still time!" I plead. "We can save her!"

"No, we can't." He doesn't say anything else, and my eyes widen as I finally see what he'd seen with his better night vision.

The flesh on her wrist is disintegrating. Decaying within seconds, becoming flakes that the wind picks up and carries away like dust.

And it's not just where the skeleton is still biting her. The infection is moving up her arm rapidly, and if the crazed look in her eyes is any indication, she knows it. She knows she's dying, and there's nothing anyone can do to save her.

Well, no gargoyle.

I turn to face Hudson, tears streaming down my cheeks, and I don't even have to ask. His shoulders sag, and I know he's already guessed what I'm going to ask him to do. No, what I would beg him to do.

These aren't people—they're just skeletons. They're already dead. He won't be killing a living person; he'll just be ending the suffering of these mindless creatures. I tell myself anything I can to justify asking this of Hudson, but as Moira's screams rise, I know I don't have a choice.

"I'm sorry," I whisper, and salty tears run over my lips and coat my tongue.

"I already told you, Grace," he says, wiping away some of my tears with his thumb. "Don't ever apologize to me for wanting to save your people."

I shake my head frantically, desperate to explain that this isn't the same thing. I'm not choosing my people over my mate. I would never do that. But these skeletons are already dead. Surely it's no different than disintegrating a stadium!

I don't say any of that, though, because Hudson reaches out a hand into the air and closes his eyes, and I can tell he's focusing on separating the bone creatures from everything else, and I don't want to distract him.

His hand starts to shake and then his whole arm, but still he holds it up, reaching out to find every last skeleton with his mind. And then, just as someone shouts that another creature has reached the top of the wall, Hudson closes his fist.

And every skeleton turns to dust instantly.

The Gargoyle Army stops shouting and shooting arrows, the thwacking of bones and *clackety-clack* against the wall is gone, too. The only sound is a soft breeze carrying the dust of the Skeleton Army out to sea.

I rush over to Moira, the skull no longer biting her wrist, and hope we killed the creature in time to save her. Two other gargoyles reach her first and immediately start channeling earth magic to stop the infection.

"Is she going to be okay?" I ask, my voice raw and shaky.

"I think so," a gargoyle answers. "Though I don't know how."

Chastain lands next to me, tucking his wings away instantly as he shifts back to his human form. "What have you done?" he asks.

And I turn to wave Hudson over, so Chastain can thank him properly, but what I see has my heart stopping cold.

My proud and strong mate is on the ground, his arms wrapped around his knees, tears streaming down his face as he just keeps repeating, "They were gargoyles. They were gargoyles. They were gargoyles."

# 82



## Not Your
## Beck-and-Call Boy

**H**udson is upstairs asleep.

And I want answers.

It took over an hour to get him to calm down enough to sleep. He kept babbling about the skeletons being gargoyles, which makes absolutely no sense.

The last thing he said to me before his eyelids finally closed was that they'd be back.

Which makes even less sense. He disintegrated them all. I saw it with my own eyes. But if Hudson said it, it's likely true.

So I begged Macy and Eden to stay with him while I went in search of Chastain.

I find him after only ten minutes of searching in the library, staring at the shitty stained glass windows.

"I need answers," I snap, hands on my hips.

Chastain slowly turns to face me, but the look in his eyes has me shuffling backward.

He looks murderous.

"*You* need answers?" he sneers. "I lost two of my best soldiers tonight, and your mate could have stopped all of this immediately."

My heart skips at the loss. Two? They must have been on the other side of the battlement than I was on.

But that's no excuse for his attitude right now.

"Don't you dare blame Hudson for having no idea a goddamn bone army was going to attack the castle tonight! What *were* those creatures?" I demand. Chastain has no right to be righteous when he didn't bother to prepare us at all for what was to come.

"We're in a frozen Court, Grace." He waves his hand. "Time doesn't exist here for us. We don't age...and we don't die."

TRACY WOLFF

His words are like a gunshot ricocheting in my chest. "So they *were* gargoyles, like Hudson said," I whisper. Oh my God. What did I ask him to do?

"Yes," he says, and all the fight seems to leave him as his shoulders sag. "The first person who died at Court did so from a training accident. We buried him, said our goodbyes, and expected that to be it. But a few days later, the first skeleton attacked."

His eyes look more haunted than I've ever seen them.

"We didn't know what the creature was, but it took an entire battalion of us fighting it to take it down. We lost three good men and women that night." He sighs. "And by the next night, that first skeleton came back—with three more."

He rubs a hand across his eyes. "Ever since, they come back. Every night. And every night, their numbers have grown with our fallen brothers and sisters from the previous battle."

I choke on a sob, then whisper, "But why? Why do they keep coming back?"

Chastain turns and holds my gaze, his own fathomless with despair. "This is their home, Grace. They're trying to come home."

As I think back to the sheer number of skeletons piling on top of one another to be able to scale a seventy-five-foot wall, I gasp. "In total, how many have you lost?"

"More than five thousand," he says on a ragged breath. "And because they can't die, nothing can die here, no matter how many we beat back at night, they re-form the next day and attack again the following night. We've been losing more and more soldiers to the Skeleton Army the last few years, their numbers now far greater than ours, and I'd started to lose hope that we'd not all end up becoming those mindless creatures."

"Oh my God, I can't even imagine," I say, swiping at the few tears gathering in my eyes.

"It's going to be okay, Grace," he says, a smile tilting up the corners of his mouth. "Everything is going to be okay now that you're here."

I want to believe so badly that he's actually talking about me, maybe even accepting me as his queen. But he's not. I know exactly who he thinks is here to save them.

"He can't," I say and shake my head. "He can't do it again."

"What do you mean?" Chastain asks. "Does he need more time to recover? Even sparing us the fight a few nights a week will give us all hope, give us a fighting chance at survival."

And I want to give that to Chastain more than I've ever wanted anything.

But I can't. I don't know exactly why, Hudson's never really explained to me how his gift works before, but I know now it's far more complicated than any of us thinks. And it costs him far more than anyone should have to pay.

Because if he were just disintegrating bones, Hudson would have no way of knowing they were really gargoyles.

"He can't," I repeat. "We'll have to find another way."

"Grace, there is no other way," Chastain says. "Our numbers are barely four thousand now. Three in the frozen Court and another thousand around the world waiting for a signal it is time to fight."

"But I thought you were frozen in time to prevent the poison from spreading. How could there be any gargoyle not dead from the poison outside this space?" I ask.

"Do you know so little about what you are?" He manages to make the question sound like a condemnation. "When a gargoyle is in solid form, we are in stasis. Our blood does not flow, and thus the poison cannot harm us until we shift from that form. There are gargoyles all around the world, stone sentries waiting patiently for the call to service, for an antidote so they can bring Cyrus to justice for his crimes."

I think about the gargoyles I've seen in pictures resting at the tops of buildings and wonder if those are carvings or my kin in stasis.

"That's why Hudson must help us survive the Skeleton Army," Chastain says. "We owe it to gargoyles everywhere who have not given up hope that the Army would come for them one day."

I shake my head and say, "This is not his fight. The cost is too high to ask of anyone, and I will not ask him to do this again." And with that, I turn to leave.

But Chastain's voice chases me from behind. "You would choose your mate over your people?"

I don't even hesitate as I turn and say, "Every time."

83

## A Mate
## with Destiny



Hudson didn't stir when I climbed in bed with him this morning, nor when I pulled his trembling body against mine. And he was gone by the time I woke up.

But I'm not surprised when I see him in the same shady chair he reclined in yesterday, *Medea* spread open on his lap.

Flint and Dawud reported at breakfast that they'd not discovered the God Stone in their quadrant last night. And no God Stone means another day of training—another night of skeleton monsters—until we can search for the Stone again.

I walk over to Hudson and sit down next to him. "Morning," I murmur.

He glances up from the page he was reading. "Good morning, Grace," he says and offers a smile that never reaches his eyes.

"How did you know the skeletons were gargoyles?" I blurt out the question that's been burning a hole in my thoughts all morning.

I meant to wait until we were alone, but I realize now that I have to know the weight of my sins. I won't be able to focus on anything until I can figure out exactly what harm I've caused my mate—and how I can fix it.

He shrugs and says, "Just a guess." But he won't meet my gaze.

"Hudson," I say and lean close enough to cover his hand with my own. "You've never lied to me before. Please don't start now."

He jerks, and I know I've scored a direct hit. And I wait. And wait.

Eventually, his shoulders sag and he sighs. "To destroy a stadium, I just find the edges where the air meets wood or concrete, and I separate the molecules. But a person, or creature, it's a lot of moving parts. It's hard to find all their edges—unless I slip into their mind and feel what they feel." He runs a hand through his hair, chuckles without an ounce of humor. "I've never really tried to explain it before. But it's like, you always know where your hand is without

court

sometimes being able to see it, right? So I do the same thing. I slip into their minds and find their sense of self, their knowledge of where *they* are…and then I tear them apart."

I gasp. Oh God, it's so much worse than I ever could have imagined. "You're with them when they die, aren't you?" And then I hold my breath as I wait for the boy I love to confirm I asked him to die five thousand deaths last night.

He whispers, "Yes," and I can't stop the tears tracking down my cheeks.

"Fuck," Flint says, and I look up to see the entire gang standing about ten feet behind Hudson. And from the shock on everyone's faces, they heard everything Hudson said.

And in a flash, a wide smile splits Hudson's face. "Hey, it's no big deal. Those creatures this morning weren't thinking much anyway." When no one seems to have anything to add to that, Hudson whispers, "I did them a favor."

"Chastain told me that no one can die in this space. Time is frozen, and death requires time to pass," I explain. "Those creatures were gargoyles who can't die, so I think you're right and you gave them at least some measure of peace, no matter how brief, Hudson."

I squeeze his hand again, but he pulls back to close his book and sit up.

"I see Chastain is ready for another day of training," Hudson says, effectively closing the topic. For now. I have every intention of talking to him later, telling him exactly how sorry I am and how I will never ask this of him again. We all make choices and have our own fates. It's not up to Hudson to fix so many wrongs, especially when none is of his making.

And I plan on making that clear to everyone at dinner tonight—right after I spend the day getting my ass handed to me in training again.

As I walk away, I turn to give Hudson a quick smile over my shoulder, but he's not looking in my direction. He's staring at the section of wall where Moira had been standing, a look of unbearable pain skating across his features that makes me stumble. But then he blinks and it's gone, replaced by a coldness that chills me to my bones.

Hudson has always used a mask of indifference to keep his emotions hidden, but this is different. Even when he's leaning against a wall and playing Sudoku, I can still see *him* in the lazy scroll of his fingers, in the humor lurking in his hooded eyes. But this—this isn't Hudson.

This is someone in so much pain, the only way to deal with it is to convince himself he can't feel anything at all.

And I get it. I do. When my parents died, I would have done anything to make myself stop feeling that pain. But the thing is, without that pain, it's nearly impossible to heal. Because the only way past it is through it.

The trick is figuring out how to heal when the broken thing is you—or worse, your mate.

# 84



## The Slingshot Heard Round the World

We've been warming up on the training field for about two hours, and by "warming up" I mean Chastain has made us run until my lungs are burning and my legs are pure jelly, when he turns to the Army and shouts, "Bailigh!"

Everyone immediately stops what they were doing and lines up around the same circle where we fought to become Watch Guard yesterday.

"Isn't this early to be fighting for Watch Guard?" I whisper to Macy, but she just shrugs.

"After seeing those creatures last night, I vote it's never too early to find tonight's Watch Guard," she whispers back.

As Chastain steps into the circle, I half hope he names me the first Watch Guard. At least when Izzy knocks me out again, I can spend the rest of the day in bed with Hudson, holding my mate and helping him work through what happened last night.

"My brethren, we lost two of our bravest in last night's battle." The Army, as one, strikes their swords against their shields in agreement, and Chastain continues. "We would have lost more if not for our queen and her guests." Swords clang against metal again. "And so I have considered their offer to train with us, show us if we are ready to meet our enemies on the battlefield, and I have accepted." *Clang.* "Today, we will show gargoyles are made of more than just stone." *Clang.* "We are the righteous protectors of the weak." *Clang.* "When others run, we stand and fight." *Clang.* "And we do not stop until our enemies have met our mettle." *Clang.* "On the tips of our swords."

The Army bangs their swords against their shields over and over in deafening applause, until Chastain raises his hands and they quiet again to hear what final statement he'll share next.

"My brethren." He turns in a circle, arms still raised and making eye contact

TRACY WOLFF

337

with as many gargoyles as he can. "It's time we show our queen what a gargoyle can *really* do in battle!"

As the crowd erupts in another cacophony of swords banging against shields, I have to hand it to Chastain. He's managed to rally the troops while getting another dig in on my right to lead the Gargoyle Army. Wonderful.

He turns back to my group of friends and says, "Who do we want to see eat our dirt first? Shall we show the dragons who really commands the air?" *Clang.* "Or maybe teach the vampires what is true strength?" *Clang. Clang.* "Or how weak the witches are without their magic?" *Clang. Clang. Clang. Clang.* "But I know, perhaps we should show how a wolf's teeth are no match for our mighty stone!"

As the crowd erupts into more swords banging on shields, I can't help but lean in close to Macy and whisper, "Cyrus's grandstanding has nothing on this guy."

God save us all from blowhard men. Like, really.

I must not be the only one who is over this posturing, because Dawud steps into the ring, their gangly young body looking even smaller when standing next to Chastain's thick one covered in armor. I can't help the gasp that escapes my lips, but Dawud just tosses me a grin and says, "I've got this, Grace."

It's such a Hudson thing to say that I can't repress the smile that curves my mouth. My mate must have a fan in the young wolf, and my gaze darts over to the shaded area to see if he caught the exchange, but Hudson isn't there anymore. I glance around the various other shaded areas scattered around the training space, but I don't see him anywhere.

"Did Hudson leave?" I ask Jaxon.

He leans forward and whispers in my ear, "He went to search for the God Stone."

I nod, the tightness in my chest easing.

If he's hunting for the Stone, then we're one step closer to getting out of this frozen nightmare. One step closer to winning the Trials and ending the gargoyles' suffering, too.

"We may not have as many secrets as the dragons, but we do have a few," Dawud says.

"What's there to know about the wolves?" One of the other gargoyles I haven't met yet snickers. "Avoid the teeth and claws and carry a little bit of silver. They'll be running scared with their tails between their legs in no time. They're just a bunch of stupid dogs, after all."

I'm so horrified by the blatant contempt and prejudice in that statement that

I start to step forward and call them on it. I mean, most of the werewolves I've met have been pretty terrible people, but Xavier was one of the best.

Before I can say anything, though, Dawud clears their throat a couple of times and answers, "It's a little more complicated than that."

"Is it now?" asks a gargoyle named Rodrigo. Or at least I think that's his name—we were introduced on the first day of training, but I was so exhausted by the end that I can't be sure my memory is correct. "Do you want to give us a little demonstration?"

"I was going more for an intellectual discussion," Dawud answers with a tired sigh. "But of course. We can have a demonstration if you'd like."

"Oh, I'd like." Rodrigo snickers. "Just give me a minute."

We all watch as he walks over to a female gargoyle—Bridget, I think her name was—who hands him what looks like a silver ring.

He takes it with a laugh, then slides it onto his finger, all of which I watch with disbelief.

"Wait a minute." I step into the center of the ring. "You can't just use a weapon like that on Dawud—"

"It's fine, Grace," Dawud tells me.

"No, it's not." Jaxon steps forward. "Getting us to tell you stuff you can use in battle or participating in a little friendly training is one thing. But it's sure as hell not okay to use something that you know is going to hurt someone—possibly kill them—"

"It's fine," Dawud says again, and this time their tone is a little more adamant. "If this is what he wants to do, this is what we'll do."

I'm totally pissed now. I know Rodrigo is picking on Dawud because he thinks they're the weak link in our group. That just because they're skinny and a little nerdy, they're easy pickings. And maybe they are—fighting hasn't exactly been their strong suit that I've ever seen—but that doesn't mean someone gets to hurt them deliberately.

Not in my Court and not to someone who is just trying to help out.

"Dawud, no—" I start, but they cut me off.

"Yes, Grace." The look they give me this time says very clearly that they don't want my help and that I should butt out.

Doing so goes against everything I think is right and just, but it's not like they left me a lot of choice here. Which is why I sigh heavily, but I don't make any more objections, even when Rodrigo—with the silver ring still on his finger— starts to circle Dawud, who is standing loosely with their hands by their sides.

Dawud turns with Rodrigo, making sure to never leave their back exposed to the gargoyle. But it only takes a minute or two of circling each other before Rodrigo makes his move, lunging straight into the circle and trying to grab Dawud.

Dawud jumps to the side, partially shifting as they do, so that when they lash out with their hand against Rodrigo's shoulder, their sharp claws slice through Rodrigo's clothes.

"What the—" the gargoyle growls as he whirls around.

But Dawud simply watches him with the same calm and curious expression they normally wear. "Tip number one. Wolves can partially shift."

"Oh yeah?" Rodrigo taunts. "Let's see how well those claws do against stone." He shifts into his full gargoyle form.

"Not well," Dawud agrees, then ducks as Rodrigo swings one giant stone fist at their head.

Rodrigo roars in outrage at the miss and whirls around to come after Dawud again. This time when he swings, Dawud drops down and knocks Rodrigo's feet out from under him, shockingly fast.

I watch Rodrigo fall face-first into the stone ground and, for a moment, can't believe my eyes. I would say this is a Dawud none of us has ever seen before, but that's not exactly true. They're not full-on fighting with Rodrigo. Instead, they're using their head, being strategic, using Rodrigo's own strength against him.

Rodrigo rolls over with a roar and jumps to his feet. Now there is murder on his face, and I start to get nervous. Really nervous. Dawud is good at mind games—great at them, apparently—but they're no match for a pissed-off Rodrigo once the gargoyle gets his hands on them.

"Tip number two," Dawud explains just loud enough to be heard above Rodrigo's grunts. "If they can, wolves always go for the feet. Always."

"Why is that?" Artelya calls from the crowd. She and the other gargoyles have gotten a lot more interested in what Dawud has to say in the last two minutes.

They shrug. "It's a lot easier to hold on to the jugular when your opponent is on the ground."

They say it so matter-of-factly that my hand goes to my own throat. No wonder vampires and wolves are teaming up. They have more in common than I thought.

A quick glance at the others shows that Macy, Flint, and Eden are all having the same reaction I am—a little impressed and a little nervous now that we're finally getting to see what's under Dawud's calm and slightly shy exterior. Jaxon

and Izzy, however, just look impressed and not surprised at all. Is that because they know the wolves better than we do? Or because they've already figured out Dawud in a way we haven't?

I make a note to ask Jaxon about it later, but then Rodrigo goes racing toward Dawud, loaded for bear, and I brace myself for the worst. But Dawud goes low and trips him again. This time, though, Rodrigo seems prepared for it, and as he falls, he whirls and punches out with the massive fist that has the silver ring on it.

He hits Dawud straight in the jaw, and their head flies back. We all gasp, not because of the punch—though it was a hard one—but because of the ring.

"What the hell?" Jaxon demands of Chastain even as Macy and Mekhi rush forward to see if Dawud is okay. "I thought we were training, not trying to kill people?"

Chastain doesn't say anything, but even he is watching Dawud with concern. Right now, their head is down, hand covering the spot where the punch landed, but already I can see blood leaking onto the ground.

I am about to call enough and move from the outer rim of the designated training circle to Dawud's side when they raise their head. Their face is bruised and swelling a little bit from the punch, and the corner of their mouth is bloody, but other than that, they look remarkably fine.

"Tip number three," they say in the same calm, steady voice they always have. "Silver doesn't do shit to wolves."

And that's when I realize they let Rodrigo hit them—just to make the point they wanted to make.

Rodrigo must realize it, too, because he's practically frothing at the mouth to get to Dawud. It makes me nervous—with that much enmity, someone is going to get hurt. And while Dawud may have a few tricks up their sleeve, I'm pretty sure Rodrigo can crush them if he ever manages to get his massive gargoyle arms around them.

Thankfully, Chastain steps in before Rodrigo can go for round four. Rodrigo snarls at the interruption, but the general holds up a hand that quiets him instantly.

"You've shown us three defensive tips, which we appreciate very much." His lips twist a little as he glances at Rodrigo. "Some of us more than others, obviously. But what about offensive tips? What would you do if you found yourself fighting off a gargoyle?"

"What would I do?" Dawud asks, wiping the blood away from the corner of

their mouth with a linen rag someone offered them.

They think about it for a second, then reach into their pocket and pull out the stone I saw them take from the hallway our first night here. They glance around the giant training area like they're looking for something—or someone. They must find it, because they reach back into their pocket and say, "I would do this."

# 85

## Who Needs Chemistry When You've Got Physics?

A quick glance at my friends' faces says they're feeling the exact same things I am—anger at Chastain, fear for Dawud, indecision about whether to step in or let whatever's about to happen play out.

In fact, the only one from our group who doesn't seem to be freaking out is Dawud. They are as cool and calm as they usually are, even as they reach into their pocket and pull out a slingshot.

It's small, pocket-size, and when Chastain sees it, he gives an exasperated shake of his head. Rodrigo isn't nearly as restrained. The huge gargoyle starts laughing his ass off. He even goes so far as to bend over and slap his knee like Dawud's slingshot is the funniest thing he's ever seen.

"Am I supposed to be afraid of a little twig?" he taunts, walking over to where Chastain is standing near the edge of the circle, and they share a look as if to say, *Can you believe this kid?*

Annoyance twists in my belly, and now I want to storm the field even more—just to punch the giant jerk in his giant nose. But Dawud remains unbothered as they slowly, carefully put the rock in the slingshot, and for the first time I'm wondering if their seemingly random scavenging actually has a point.

"That's it?" Rodrigo asks when he sees the rock. "That's all you've got?"

"It's enough," Dawud replies noncommittally.

Then they study the distance between themselves and Rodrigo and walk in a half circle until they're the full thirty-foot distance of the arena away from him. It feels like the entire training field leans forward now, trying to see what's going to happen. Logic says nothing good for Dawud, but they seem so completely unruffled that it gives me pause.

At least until they point the slingshot about eighteen inches to the right of Rodrigo.

The gargoyles all around me start to laugh and jeer. A bunch of catcalling

and insults ensue, and if I were Dawud, I'm pretty sure I would slink off the field. But they just take their time turning a little more to the left now, lining up the slingshot with I don't know what.

"Are you going to do something?" Rodrigo demands. "Or should I just go ahead and stomp you into the ground now?"

Fear twists in my belly as I take in Dawud's thinner frame, Rodrigo's chest and arms thick with muscles from many lifetimes of training. I'm with Chastain—what do they plan to do with that tiny rock and slingshot to bring this giant stone warrior down? Especially aiming at something to the right of their target?

But I don't have to wonder for long because, so fast I can barely see them, Dawud launches themselves straight up into the air, at least six impressive feet, twisting as they go. The slingshot twists with them, and they line up their shot in a flash, pull the rubber band back taut, and then fire the rock—straight at Rodrigo's kneecap.

There's a crack when the rock connects, so loud and ominous that I can hear it standing all these feet away. It doesn't sound good, and now I'm leaning forward even more to see what—

Rodrigo's leg gives out instantly, and he crumples with a bellow of pain, catching his weight on his arms at the last minute so his kneecap doesn't crash into the hard ground beneath him. He's in an awkward position now, his weight balanced on his arms and one good knee while the injured one is hovering an inch off the ground.

"I'm going to fucking kill you!" he snarls at Dawud, who still doesn't look the least bit upset. That in and of itself astounds me, considering they just took out someone's knee in a training exercise. I mean, yeah, gargoyles heal fast, but still. They took out Rodrigo's knee.

I wait for Dawud to bow to Chastain now that they've shown the general what they can do. Instead, they launch themselves into the air again, and this time they drop the slingshot on the ground where they were standing.

As they jump, they shift into wolf form and land several feet away. Before I can so much as blink, they're heading for Rodrigo at the fastest damn run I've ever seen. I'm terrified they're going to forget the rules completely and go for the jugular, which isn't what this is supposed to be about.

I wring my hands, a scream clawing at the back of my throat even as I mutter a quick prayer that they won't murder a gargoyle right here, in the middle of the training circle. But four feet before they reach Rodrigo, Dawud's wolf leaps into the air and twists just as they shift back to their human form, their fist arcing

through the air and slamming straight into Rodrigo's jaw with maximum force.

For a moment, nothing happens except I swear I can see cartoon birds circling Rodrigo's head. But then, with no warning whatsoever, the gargoyle slumps forward and lands face-first in the dirt. He's out cold, and I can't say that I'm the least bit sorry about it.

Chastain runs over the field to Dawud, shock that they won clearly evident on his face. "How did you do that?" he demands.

"Tip number four," Dawud answers with a shrug. "Mass times acceleration equals force—meaning even the smallest things can pack a massive punch if they're moving fast enough. Physics is a thing."

"But why did you twist in the air before every attack?" Artelya asks, clearly fascinated by this lesson, and Dawud preens under her attention.

"Twisting like that, in midair, creates torque...and torque increases acceleration." They say it like it's the most obvious thing in the world, and maybe it is, because Artelya nods.

"Ahh, yes, I always find when I bring my sword down from a jump spin, my opponent staggers back even farther. I just never heard it explained like this before," she says.

Dawud is oblivious to the tightening of Chastain's jaw as they grin back at Artelya. "I was the runt of my litter, but I was never the omega."

"I'd love to hear more," she says, and they start to walk away.

I just faintly catch Dawud telling her they dream of being alpha of their own pack one day, a pack that prizes brains over brawn, when they stop and toss over their shoulder one last bit of advice at Chastain and the other gargoyles still hovering around the training circle. "Oh, and tip number five, wolves can jump really high in human form."

And then they turn and walk away, but not before catching my eye and winking, actually winking.

I can't help but grin back. Because only Dawud would use physics to win a brawl.

# 86

## Rock, Fang, Scissors

Several gargoyles rush to Rodrigo's side and rest a palm on the earth and another on his back as they channel healing magic into his prone body. I know as well as the next gargoyle that using earth magic to heal is slow, and we all wait patiently as they tend to their fallen comrade.

Above their heads, a row of dark storm clouds rolls in, blocking out the sun and turning the air around us an eerie gunmetal gray that I really hope isn't an omen of bad things to come.

Rodrigo starts to rustle, pulling my attention back to the training field. Chastain walks over and commands, "Don't heal him completely. His knee should ache a bit today to remind him never to underestimate an opponent again."

Harsh, but I have to admit, I like it. I really hate bullies.

Chastain turns to Flint and Eden now. "Do the dragons want to take a shot at besting my warriors next?"

"I think we're going to pass," Flint says.

Chastain looks unimpressed, but he doesn't say anything more.

I lean toward Flint and say quietly, "You know, I wouldn't let them do anything to hurt the dragons."

"No offense, Grace, but I don't think you'd be able to stop them."

The response grates on my nerves a little bit—maybe because deep down I know he's right. Still, "I have the Crown. I control the Army."

Flint looks doubtful. "That may be so, but I wouldn't trust that Chastain guy as far as I can throw him. I'm not convinced teaching him how to defeat us isn't exactly what he wants."

Nice to know I'm not the only one put off by Chastain's attitude, but I don't think he would betray us. He's got as much to gain from taking Cyrus out as we do. Still, I don't want to fight with Flint anymore, so I just tease him back. "To be fair, you can throw him pretty far, as you are such a badass dragon."

"True comment." He grins, pretends to do a little muscle flex. "In fact—" He breaks off mid-sentence, his grin turning to a scowl in the blink of an eye.

I glance behind me to see what got him so pissed off so quickly. But all I see is Jaxon striding into the center of the training circle like he owns it.

I turn back around to ask what's up, but Flint is already striding away, his fists clenched by his sides.

I watch him go with a weight pressing down on my chest. Everything is so messed up right now, and I can't figure out how to fix it, no matter how hard I try. I know things have gone really sideways, know that there's nothing I can do to make up for everything that Flint has lost. But right now, the threat is bigger than ever, and we need to be coming together, not falling apart.

"Hey." Hudson's hand comes down on my shoulder, and when I turn to look up at him, his eyes are warmer than they've been in a while. Seeing that doesn't make the ache deep inside me go away, but it does make it a little bit better, which is more than I expected. "Thought I'd take advantage of the sudden shade and see how you were doing."

"You just missed Dawud take down a gargoyle twice their size," Macy tells him with glee. "It was amazing."

I lean back against him with a sigh and soak in the solid strength of him as Macy walks him through Dawud's epic battle. I let his warmth burrow inside me, let it chase away just a little bit of the fear that's been growing ever since we watched Katmere fall.

Ever since I realized that nothing is solid in this new world of shifting alliances and broken promises. More, nothing is safe. I don't know how to fight that, and I sure as hell don't know how to win against it.

Inside the training circle, Jaxon goes flying and ends up skidding across the stone, face-first.

Hudson winces. "That's going to hurt."

"Should we stop this?" I ask as Jaxon leaps up and launches himself at one of the five gargoyles currently in the circle with him.

The gargoyle goes to grab him out of the air, but Jaxon is already on the ground, knocking the gargoyle's legs out from under him and landing on top of him. He grabs his head in a lock, and though he doesn't break his neck, the implication is there.

One opponent down, four to go. He turns to take on two more, but instead of acknowledging the fact that he's supposed to be out, the gargoyle he just pinned rears up and grabs on to Jaxon, who isn't expecting the attack. Seconds

later, Jaxon goes flying across the room again—this time crashing into a wall so hard that the chandelier shakes.

"I can't watch this anymore," Hudson says, and at first I think he's going to follow Flint out.

Instead, he fades to where Jaxon is shaking his head to clear it. I watch as he offers him a hand and says something that makes Jaxon roll his eyes and laugh at the same time.

As they move back into the circle, Jaxon waves an arm in a *be my guest* kind of way. "By all means, have at it, big brother," he mocks. "Show me how it's really done."

"Yeah, well, don't get too excited," Hudson shoots back. "I'm not sure you can handle how it's really done."

Jaxon's eyes narrow. "Don't push your luck."

"See, that's where we differ." Hudson grins. "For you, it's luck. For me, it's just pure skill."

For a second, I think Jaxon's going to say to hell with the gargoyles and go after Hudson himself. But he just laughs and holds his hand up in a backward peace sign that I'm pretty sure means he's flipping him off, Brit-style, before heading to the sidelines.

I glance over at Isadora, who is sitting alone on one of the stone benches off to the side. She's been there, looking bored, since training started, and at first I assumed it was because she wasn't about to help the Army learn how to defeat her father. But she perks up a little as Hudson positions himself on the opposite side of now seven badass-looking gargoyles.

"The first thing you need to know about fighting vampires," he says, jumping back to avoid a powerful sword swing to the stomach, "is that we're faster than you, and we have better reflexes."

To prove it, he lashes out with a hand and sends a gargoyle flying before he even had a clue Hudson was going to attack. "You can't keep up with us in a one-on-one fight." He turns around and kicks another gargoyle in the stomach so hard that he lands on his butt, several feet away.

"Or even a two-on-one fight." Hudson smirks. "But that just means you shouldn't be fighting to win right off the bat. You should be fighting to fatigue."

He bends over and sends an attacking gargoyle rolling right over his back, then grabs on to an arm and leg and spins around before tossing him like a discus right at the gargoyle he'd kicked in the stomach a few moments ago. The poor guy had just gotten to his feet after the blow, and now he's on the ground again,

buried under the biggest gargoyle on the field.

"What do you mean?" Chastain asks, circling the action. He's watching every movement of Hudson's with interest, and it makes me uneasy as Flint's words come back to me. Is he really trying to learn how to defeat Cyrus's army, or is he looking for a weakness in my mate specifically?

The fact that I don't know the answer is something I'm going to have to deal with sooner rather than later. I mean, the whole point is to win the Trials to cure them of the poison so they can help us defeat Cyrus and use the Crown. I always just assumed the Army would want that—to punish the vampire who poisoned them and trapped them here for a millennium. But what if I'm wrong? What if all they want to do is be freed, to finally start living again, really living?

Maybe Chastain dreams of one day finding a mate and retiring to a little village in Ireland. I try to imagine this powerful general troubled with nothing more than tending a little vegetable garden and defending his home from the occasional thunderstorm.

"Stop dropping your shoulder, Thomas!" Chastain barks out as Hudson tosses another gargoyle across the training area to land with a painful *thud*.

I shake my head. Chastain was born to lead. And if the tension in his jaw every time Hudson beats an attacker back is any indication, Chastain cannot tolerate seeing anyone in his army suffer. Of course he'll want to stop Cyrus from ever harming them again.

"You aren't going to be able to outrun the vampires. You aren't going to be able to out-attack them, either. Our reflexes are too fast. So your best bet is to exhaust Cyrus's army." As if to prove his point, he ducks at the last second and avoids an attack from behind, then whips around and delivers a one-two-three-punch combination to a gargoyle who had barely started to move into position.

"And how do you suggest we do that?" Chastain asks.

"Make them fade. Over and over again. Our ability to fade isn't limitless—it takes a lot of energy and eventually, it will wear us down. You've got wings. Use them. Make them fade after you, make them jump to try to get you. Eventually, you'll tire them out and that's when you strike."

He whirls around with preternatural speed and, with one powerful sweep of his arm, sends three gargoyles slamming to the ground.

The fight begins in earnest then, eight gargoyles piling onto Hudson in one coordinated move. He manages to get out from under them, then races across the training circle. They chase him—on foot and by air—but just when it looks like they've got him cornered, Jaxon jumps into the melee.

He's doing his telekinetic thing and hovering several feet off the ground, which means he can grab on to the flying gargoyles, one at a time, and send them soaring toward Hudson. Who snatches them out of the sky and slams them down.

I know this is my army, and I should be outraged on their behalf, but the truth is, my mate and his brother are putting on way too good of a show. For two guys who have spent most of the time they've been around each other at odds, they make a really good team.

I glance over at Isadora again, who is leaning forward now, elbows braced on her knees as she watches the battle with an interest I've never seen from her before. She even winces when one of the gargoyles gets a good lick in on Jaxon.

"You don't have to stay on the other side, you know." Even as I say the words, I wonder if I'm making a mistake. But there's something in her eyes—something lurking under all the ice and mockery—that makes me think there's more there. Like maybe she's actually a lot like Hudson.

"I don't know what you're talking about." The ice is back double-fold.

"I'm just saying, there's another way to live besides under Cyrus's thumb. Hudson found it, and so can you."

"Aren't you cute?" she responds acidly.

"I'm just saying—"

"I know what you're saying," she snarls. "And who the hell are you to think you know what I want?"

"I don't," I answer. "I just know that it feels better to have someone in your corner than it does to be alone."

Isadora doesn't answer, but for a second—just a second—she looks vulnerable.

I decide to push my advantage, even knowing it's probably stupid. "You've got two really incredible brothers. I'm the first to admit that they're prickly as all hell, but they're both really good guys who would do anything for the people they love."

"For you, don't you mean?" she snarls, and any hint of vulnerability has once again been buried beneath a mound of attitude.

"For me, yeah. Absolutely. But also for Macy and Mekhi and Flint and Eden and others. Once they accept you as one of theirs, they never go back." I pause and look up at the dark clouds still rolling in and blocking out the sun. I wonder briefly if it's an omen of what's headed our way or maybe the hope that all this pain will soon be washed away. Either way, change is coming. I turn back to Isadora and take one more risk. "You're already family to them. That love and protection will be there if you want it."

Isadora bites her lower lip and glances back at the training circle, where Jaxon and Hudson have just finished destroying their opposition. They're standing in the center of the circle, hands on their hips and grinning at each other, while eight gargoyles lay groaning around them.

My heart melts a little at the sight, but it seems to have the opposite effect on Isadora, who turns away with a deliberate roll of her eyes. "All this sweetness might work for you, but if I've learned anything from Cyrus, it's that nothing's free. And frankly, I'd rather stick with the payment plan I've already got set up."

87

## Knife First,
## Think Later



I expect her to walk away, but instead she stops on the other side of the circle and watches as another round of soldiers challenges Hudson and Jaxon. There are ten this time, and judging from the insignias on their tunics, they are members of some sort of elite guard. And they look like they want to tear them apart.

My stomach clenches, and I'm not going to lie—I freak out just a little bit. Not because I don't have faith in Hudson and Jaxon but because these are ten of the best fighters in the whole Gargoyle Army. Not to mention the fact that they're only using their vampire skills to spar—no special powers involved.

It's a lot to ask of anyone.

It turns out I worried for nothing, though, because the two of them make pretty quick work of these guards, too. The tall female guard with the tight blond topknot gives Jaxon the most trouble, but even she ends up on her butt after about ten minutes.

Hudson reaches down to help her up as Jaxon walks over to talk to one of the other guards.

But as Hudson turns to join him outside the training circle, Isadora calls out, "Looks to me like what you need is a real challenge."

Her gaze darts to Chastain, who calls out, "Izzy. Show us something we haven't seen yet."

"Oh, I assure you, you've never seen this before," she says. "That is, if Hudson isn't too tired, of course."

Hudson lifts a brow and turns back to look at his sister, who's watching him with her booted foot propped on a bench and a knife in her hand. "By all means. Let's show them what a real fight looks like, shall we?"

"By all means," she mimics as she moves out from behind the bench and swaggers toward him. "Though to be honest, I'm not sure how much of a fight it'll actually be."

*court*

Hudson's eyes narrow at the challenge, and while everyone else around the circle hoots and hollers, I know him well enough to see how divided he is. He doesn't want to fight his sister, but he also doesn't want to rebuff the first interest she's shown in him.

"Only one way to find out," he finally answers. "But you'd have to stop talking for that to happen."

This time, it's Isadora's eyes that narrow. She starts to respond—thinks better of it because of his last comment—and settles for catwalking her ass to the center of the training circle.

And can I just say... Vampires? It's impossible not to love them, but they sure do have a strange way of showing they love you back. Mostly they do it by not killing you, which is better than the alternative. But it sure does look funny from the outside.

"Let me know when you want to start, *sis*," Hudson comments as they square off across the circle.

"I thought we already had," Isadora answers and lets a knife fly.

It's a shock—to Hudson as well as the audience—and I gasp as it slices right through the outside of Hudson's left biceps.

It doesn't seem to faze him, though. He just lifts a brow and asks, "So that's how it's going to be, hmm?"

"That's how it's always been," she answers, fading across the circle and snatching a broadsword right out of the hands of a gargoyle guard. The second her fingers close around the hilt, she's swinging it at Hudson's back.

So apparently the no-killing thing is more of a choice than an actual requirement, which is so not a reassuring thought.

"Hudson!" I scream, my heart in my throat.

But he's moving before I even get the first sound out of my mouth, dropping to the ground and sweeping her feet out from under her so fast that Isadora actually hangs in midair for a second before the rest of her body catches on to the fact that there's nothing left to support her.

She hits the ground hard but is up nearly as quickly. And now she looks pissed as hell—which, can I just say, seems a little ridiculous, considering how she started this sparring-turned-death-match.

This time, when she brings the sword around, she's aiming to slice him clean in half—and if Hudson moved just a millisecond slower, she might actually have succeeded. As it is, she slices the tip across his belly, leaving a hole in his shirt and a thin line of blood on his torso.

TRACY WOLFF

353

"Hey, Hudson!" Eden shouts, and Hudson turns just in time to snatch the sword the dragon sends flying at him right out of thin air.

He brings the sword around as he completes the spin, and the sound of steel against steel rings through the entryway. If possible, Isadora looks even angrier—though I'm not sure who she's more pissed at. Hudson for meeting her blow or Eden for tossing him the sword to do it.

Although that question is answered when she releases a primal scream the next time she brings her sword down, aiming straight for Hudson's head—or, to be more specific, aiming at decapitating Hudson's head.

So, definitely angrier at Hudson, then, especially when he responds by bringing his sword up to meet hers with enough strength that he sends hers spinning through the air. Eden leaps forward and catches it, and for a second, I think she's going to toss it back to Isadora. But the look of abject loathing in the vampire's eyes must change Eden's mind, because she keeps a firm grip on it.

Isadora turns back to Hudson with a sneer. "How does it feel to know you're so pathetic, your friends have to cheat to help you win?"

"Pretty good," he answers, "considering it means I've got friends."

She whips a knife out of the belt at her waist and sends it flying at him. He fades a few inches to the left, and the knife whizzes past and would have embedded itself into a watching gargoyle if he hasn't shifted at the last minute. Thankfully, the blade bounces off his stone body and falls to the ground.

But Hudson already turned to see where the knife would land, probably to see if he was going to have to fade in front of any onlookers in its path—and that's all the opening Isadora needed. In a blink, she's fading to him, grabbing his arm without coming out of her fade, and using that momentum to toss him across the entire field. My breath lodges in the back of my throat as he skids to a halt like a rag doll just inside the giant open doors leading to the Great Hall.

He's already on his feet again by the time she fades across the field to the Great Hall to get to him, with the rest of us racing across the field to see what happens next. But Isadora jumps up right before she reaches Hudson, then parkours off the center of the nearby wall so that she's flying toward the huge iron chandelier hanging fifty feet above the grand ballroom floor.

Once she reaches it, she grabs on to the bottom edge of it and hangs there spinning for a second or two. I have just enough time to wonder what she could possibly be doing before she brings her foot up to rest on the side bar of the chandelier, nearly turning upside down in the process. Then, using her foot for leverage, she rips the entire bottom bar off the chandelier.

c o u r t

The crowd gasps as the bar comes free and she starts to fall, but Isadora barely seems to notice. Instead, she rotates in midair so that she lands on her feet, the heavy iron bar pulled back over her head.

I've never seen anything like it, and apparently neither has Hudson, because his eyes widen just a little at the sight of her. Even I have to admit she looks powerful as fuck—something I might admire if she wasn't currently trying to kill my mate.

But she is, so I'm a lot more worried and a lot less impressed than I would otherwise be. Especially when she roars—yes, roars—as she brings the iron bar down straight at the top of Hudson's head.

He meets it with his sword, but she just twirls and swings again. This one connects with his shoulder, and she taunts, "Maybe you'd be less distracted if you actually let our father train you properly."

This time he's the one swinging the sword, and she barely manages to get the iron bar down in time to keep him from slicing her leg clean off. "Yes, well, maybe if you'd spent less time kissing our father's ass, you might have actually learned to think for yourself."

Her only response is a hiss and another swing of the iron bar. She aims low this time, and he jumps right over it.

She swings again, and he parries it with his sword.

"You think I had a choice?" she demands. "After you fucked off, I had no choice."

He swings this time, and she does a backward somersault right over the blade.

"There's always a choice," Hudson shoots back. "You just weren't brave enough to make it."

"I did what I had to do," Isadora snarls as she runs up the nearest wall again. This time she comes down right away, slamming the iron bar onto his sword as hard as she can.

He stumbles just a little and comes back with a hard swing of his sword. It happens so fast, she barely gets the pipe up in time, and she ends up falling to her knees under the strength of the blow.

"You're doing what you want to do," he snarls right back at her. "And to hell with who gets hurt."

She rolls away just as he brings the sword down again and jumps to her feet. Then the two of them go at it for real. No more talking, no more showmanship, just powerful blow after powerful blow as the battle rages on and on and on.

They're both breathing hard now, and they're both tiring—the swords aren't

swinging quite as fast and the answering parries aren't quite as strong. Neither is willing to give up, but neither is able to best the other, either. I've just decided that I'm going to have to get in the middle of it and break it up before someone actually ends up dead when Hudson finally sees a break in her form.

Lashing out, he yells, "Enough!" and lands a powerful kick to her solar plexus.

Izzy goes flying. She soars close to fifteen feet before crashing into the ground at the edge of the training circle. As she hits the harsh, unforgiving rocks, her grip on the iron pipe relaxes and it lands several feet away.

# 88

## Nothing Says I Love You Like a Dagger to the Heart

The crowd gasps, and even Hudson looks concerned, dropping his sword as he rushes toward her.

But he's only taken a couple of steps before Isadora is back on her feet and this time, she is incandescent with fury. "You think you know me?" she screams at him.

Seconds later, a dagger goes flying right by his cheek, and everyone on that side of the room scatters to avoid getting hit by it and whatever else she decides to throw.

"You don't know the first thing about me!" Another dagger soars straight at him, and this time he has to dive to the side to avoid getting hit.

"Do you think this is the life I chose for myself?" she demands.

Two more daggers are leveled straight at his heart, and *my* heart stops until he jumps a good six feet off the ground to avoid them.

"Do you think I wanted to be Cyrus's bastard?"

Another dagger goes flying. This one is long and wicked-looking, and Hudson doesn't move quite fast enough to avoid getting clipped in the shoulder. Blood seeps through the torn sleeve of his tunic

"One more weapon for him to use against his mate?"

This time she sends a black dagger straight for his eye. The whole crowd lets out horrified "oooohs," and I hold my breath until Hudson ducks out of the way.

My palms are damp by now, my heart beating way too fast. Panic is a wild bird within me, its wings fluttering against my ribs as I try to figure out what to do. I want to step in, but instinct tells me that Hudson won't thank me for it. That whatever this is, it's between his sister and him.

Knowing that doesn't make it any easier for me to stay on the sidelines. And it sure as hell doesn't make it easier for me to watch everything that's happening.

"You can say I had a choice, but that wasn't true for me."

She throws a dagger straight at his heart, but Hudson sidesteps it.

"I was given one choice. One," she says through gritted teeth.

This time the dagger that goes soaring at Hudson is short, with a large ruby embedded in its hilt. He dodges it at the last second.

"Be of value."

Another dagger, another dodge.

"Or be of no value at all."

Another dagger, another dodge.

"Be a dutiful daughter."

Two more daggers rapid-fire.

Hudson gives up trying to dodge them now; they're coming too fast and he's finally winded, so he just disintegrates them before they can touch him.

But that only seems to infuriate Isadora more, something I didn't think was possible until she lets loose with a volley of daggers unlike anything I have ever seen before. One after another after another after another. Faster and faster and faster.

Hudson disintegrates them all, which only has her throwing even faster.

"Or get locked in a crypt."

Six more daggers, one for every word.

The fact that he's stopping all of them should make her rethink what she's doing. But her rage only makes her throw faster, until the words and knives are flying at the exact same rate.

"After—"

Another dagger.

"A."

Another dagger.

"Thousand."

Two more daggers, one for each syllable.

"Years."

Another dagger.

"I would."

Another dagger.

"Do *anything*."

Another dagger.

"Would murder."

Another dagger.

*"Anyone."*

Another dagger.

"Not to go back."

A volley of daggers, one after another, so fast and so many that Hudson barely has time to disintegrate them before they reach him now.

"I am *never* going back."

Another dagger, aiming straight for his throat.

Hudson waves his hand and disintegrates it, but the look on his face says it doesn't matter if the knife hit or not. Her words cut just as deeply as any knife could. Maybe even more deeply.

"Isadora, I—"

"Don't you dare talk to me," she hisses. And then, like something out of a horror movie, she sends one last dagger flying straight for his heart, but when he waves his hand to disintegrate it—the dagger re-forms as though it continued to travel and is now only an inch from his chest, too close and too fast to fade out of its path.

"Hudson, move!" I scream. "Go!"

My warning comes too late. The dagger embeds itself in his shoulder.

But in true, fucked-up vampire fashion, Hudson barely seems to notice that he has a knife sticking out of his body. Instead, he's focused entirely on Isadora—and what she just made possible.

"How?" he asks, his blue eyes laser focused on hers.

"I already told you that I am something altogether different," she answers, her chin raised defiantly. "It's not my fault that you chose not to believe me."

And just like that, she turns on her heels and walks away.

As one, the crowd parts to let her go.

# 89

## Out with the Old,
## In with the Clue

The second Isadora leaves the circle, I'm running for Hudson.

"Are you okay?" I ask, probing at his shoulder around the dagger. "What can I do?"

"I'm fine," he answers, but he's still watching his sister walk away.

"Um, no offense, but you have a dagger in your shoulder," I tell him. "That's not exactly fine in any world—even this one."

"That was an impressive fight," Chastain says from behind me. "On both your parts."

"Do we have a clinic?" I demand.

"A clinic?" He looks confused, and for the millionth time I remember that we're frozen in the middle of the freaking eleventh century.

"A place where we can go and he can rest while I help heal him."

"Gargoyles don't normally need clinics." Chastain eyes me disdainfully. "And neither should your vampire for something as minor as this."

"Minor?" I turn back to Hudson, wondering if maybe I imagined Isadora re-forming the dagger and driving it into my mate's body. But nope, the dagger is definitely still there. And so is the blood all around the area. "He's bleeding! And impaled!"

"Not for long," Hudson says, then reaches up and pulls the dagger from his shoulder without so much as a flinch.

"Let me see." I get closer, start probing the wound as I prepare to gather energy to heal it, then watch—wide-eyed—as the wound starts healing over in front of me.

"Just like that?" I ask, even though I'm literally watching the torn skin close.

Hudson grins at me. "Just like that."

I shake my head, blow out a long breath. Because of course I know that vampires heal quickly, especially if it's a flesh wound. It's just that I don't tend to

see that many flesh wounds—especially on my mate. Every vampire I've actually seen injured has been mortally injured and incapable of healing themselves.

Which, now that I think about it, is totally the point. Vampires heal themselves quickly and quietly when they can. And if they can't, it's because they're too far gone to do it.

Within seconds, Hudson's shoulder is fully healed except for a nasty bruise. As are the various cuts from the other daggers Cyrus's little sociopath threw at him.

"What the hell was that?" Eden asks as she comes up behind Hudson, looking as bewildered as I feel.

Flint joins us. "That girl has some issues."

"That girl is a *warrior*," Chastain snaps.

"Excuse me?" I ask as indignation replaces the last of the fear inside me. "You think her throwing daggers at my unarmed mate makes her a warrior?"

"I think her heart makes her a warrior," he answers, surveying the daggers embedded in the walls and tapestries behind us, as well as scattered across the stone floor. "Look at all these daggers she threw at him. That's a lot of commitment."

"It's a lot of something," Flint mutters under his breath.

"It was a temper tantrum," I tell him, totally not understanding what Isadora did that he finds so impressive. "She had a reckless, dangerous temper tantrum, and you think that makes her a warrior."

"I think she committed to a path and was willing to die for it. That's what warriors do."

That's the most ridiculous, shortsighted thing I have ever heard. And considering Cyrus Vega has tried to gaslight me several times these last several months, that is saying something.

But come on. It is absurd to put someone on a pedestal because she *loses her shit* in a spectacular fashion. I mean, yeah, none of us could take our eyes off what was happening. But that's because it was a train wreck, not because it was worthy of admiration.

And I get it. What Isadora said was horrible. What happened to her at Cyrus's hands was horrible. Nobody doubts that. Nobody denies it. But that doesn't give her the right to take all her rage and pain out on Hudson, who has never done a damn thing to her. He didn't know she existed before a couple of days ago, and she's been firmly on his father's side the whole time.

So what exactly does she want from him? And what exactly does Chastain

see in her meltdown that makes him so impressed by her?

I tell myself it doesn't matter, tell myself to just focus on Hudson and keep my mouth shut. But the truth is, it does matter. I've been here busting my ass to impress him, and I haven't tried to kill anyone once. Surely that should earn me a point or three.

I mean, not to quote a long-dead comedian, but what does a queen have to do to get a little respect around here?

But even as I ask myself the question, I realize that we're never going to see eye to eye on this. Not just on whether or not Isadora is a "warrior" but on the whole *how to rule* thing. And maybe it's time I stop trying.

Maybe it's time I stop trying to appease him.

Maybe it's time I stop trying to fit into some mold that I've never even seen.

Maybe it's time I stop trying to be the queen he thinks I should be and be the queen I want to be.

God knows, it's not like I can do worse in his mind than I already am.

Which is why I finally stop trying to earn his respect and simply say what I'm thinking. "In my mind, a great warrior is someone willing to die for what they believe in, die for the people they love, the people they've sworn to protect. Isadora wouldn't die protecting anyone but herself." I shake my head. "But hey, I guess we just have very different definitions of what's worth fighting for."

I wait for Chastain to say something else, but he has nothing else to say—at least not to me. Big shock. Instead, he walks over to the wooden windowsill where some of Isadora's daggers are still embedded. He stands there looking at them, then reaches up and pulls one out of the wall.

As he does, the large orange stone embedded in his ring glints in the light.

And everything inside me freezes. Because after all these days of looking, I have finally found the God Stone. And it was in plain sight all along.

I don't know how I know it's the God Stone, but I do. It's like it's calling me home. A feeling of being wrapped in my mother's arms fills my senses, tugs at my memories of my mother's loving embrace, nearly pulling my knees from under me. I stagger to the side, one hand jutting out to grab on to a table as wave after wave of power rolls through me.

I glance at Hudson, eyes wide, and realize he's figured it out, too. Maybe he feels the same call I do. Or maybe he's just smart enough to realize that of course Chastain would never feel anyone was strong enough to guard the Stone but himself.

Before I can think better of it, I comment, "Your ring is really beautiful.

It's such an incredible amber—I don't think I've ever seen a gemstone quite that color before."

Hudson gives me a *could you be more obvious?* look, but Chastain is still facing the window, so—thankfully—he doesn't see it. He does glance at his ring, however, and when he turns around to face me again, there's a fierce satisfaction in his eyes.

"This ring is worn by the person who has proven themselves to be the most powerful in the Gargoyle Army. At one point or another, nearly everyone in this Court has challenged me for it. Only one has ever won it." He smiles at Artelya, who is standing straight and proud just a few feet away.

"Only for a day," she answers, but that doesn't soften the pride in her eyes or the strength in her shoulders. "I only had it for a day before you challenged me—and won it back."

He inclines his head. "The time will come when the student is better than the teacher. But that time is not today, even if the teacher grows tired."

He looks toward the hallway Isadora took in her grand exit. And muses, "Maybe the bean ghaiscíoch ceann dearg is finally the one who will prove herself worthy."

I don't need to know Irish to know he just said something about Isadora being a warrior again, and I'd be lying if I said it didn't get my back up.

"But not the gargoyle queen?" The question is out of my mouth before I can stop it.

Chastain simply answers, "Carrying this responsibility is only for the bravest of hearts."

Wow. Because that didn't hurt at all, despite the pep talk I just gave myself.

"How do you know I'll never wear that ring?" I ask as an idea comes to me. "What if I want to challenge you?"

I know it's a long shot—he didn't get to be leader of the Gargoyle Army because he doesn't know what he's doing—but still, it's something. And now that he's given me the roadmap on the rightful way to claim the ring, it seems impossible not to try for it.

"You will never challenge me," he says, like it's a given. Or an absolute, which pisses me off, because I am a lot of things, but I am *not* a coward.

Which is why I pull my shoulders back, stick my chin up, and say, "I *am* challenging you."

"No, you're not," he tells me, leaning forward so I can't miss a single word he's about to say. "Because I only accept worthy challenges."

As Chastain turns and walks away, Hudson takes my hand and murmurs,

"He has no idea who you are or what you can do. That's on him, Grace. Not on you."

He's right. Chastain doesn't know, because he refuses to try. But he's going to before I leave this place. Because one way or another, I'm going to get that ring off his finger.

## 90

### There's Cliffhangers and then There's Cliff Hangers

Two days later, we still don't have the ring.

We've all gathered on the cliffs overlooking the sea to discuss exactly how we're going to get it, but I am only vaguely paying attention.

I can't take my eyes off my mate, who is sitting just outside our circle of friends, one knee drawn up while he lazily traces circles in the grass. Gone is his usual pompadour, waves of rich brown hair falling in haphazard waves across his forehead. His jaw is dark with stubble, and his clothes appear looser across his broad shoulders.

He's refused to feed off me, no matter how often I beg.

I wish I could believe he wasn't feeding out of some gallant need to make sure I keep up my strength for training. But I know that's not it at all.

It's because we've spent two more days in this godforsaken Court.

It's because every night when the alarm bells sounded, my mate walked up to the battlements like he was being led to the gallows. And without anyone asking, he raised his hand, latched his mind onto five thousand gargoyles in mindless agony—and then killed them.

Each time, his reaction grew worse, with last night taking both Jaxon and Flint holding him down while he thrashed and screamed for more than an hour before he finally passed out.

We've all begged Hudson not to do it again. Hell, it even looked like Chastain couldn't stomach it anymore when Hudson had fallen to the ground, tears coursing unchecked down his cheeks while he let out a keening scream as though his very soul were being split in two.

Which is why I know exactly why he hasn't fed from me. He can't bring himself to feel anything, even joy.

I'm terrified one more night, one more sacrifice, and I'll lose him forever to the darkness.

TRACY WOLFF                              365

And I will not let that happen.

So I called an emergency meeting on the cliffs today, and I'm not leaving until we have a plan to take the Stone. Today.

"We could chop his hand off," Hudson suggests, and a quick glance around shows me the others are having a hard time figuring out if he's being serious or not.

"No," Isadora says from where she's sitting cross-legged on top of a large rock, the ocean at her back. "He would never let his guard slip enough to allow that to happen."

"I tried 'accidentally' setting his hand on fire at lunch today, figuring he'd have to take the ring off to clean his wounds," Flint tells us with a sigh. "But he just changed to stone and made me run an extra ten laps for my 'carelessness.'" He puts air quotes around the last word.

"The man has the personality of a feral hog," Eden mutters.

"My father will gut you like a feral hog if you don't get that Stone," Isadora remarks casually.

Because who doesn't make casual remarks like that about others? I swear, the girl is a menace—and not just because she keeps trying to kill my mate. Although that's beginning to get on my nerves, too.

"Chastain's not that bad," Macy defends. "He's just a guy in charge of a really terrible situation."

"We've been in charge of some really terrible situations," I counter, because much as I adore my cousin, sometimes her hot-pink-colored glasses are a little much. Then again, she isn't the one he enjoys tormenting on an hourly basis. "Doesn't mean we act like jerks about it."

"Yeah, but our bad situations only last a few days," she tells me. "I mean, one way or the other, we figure it out. His has lasted a thousand years."

She has a good point. Being frozen in time for a thousand years would definitely make me grumpy. I like to think I wouldn't take it out on the girl trying to help me—who also happens to be my queen—but different strokes for different folks, as my dad used to say.

"Look," Isadora says, and it's the most invested I've heard her sound since that day in the crypt when she ordered us captured. "I don't care how we get the ring, but we are running out of time, and I am *not* going back without it."

"I should have just taken it when he turned to stone," Flint says. "But the fire attracted a lot of attention, and too many people were watching, so—"

"That doesn't make any sense," Jaxon interjects. "The ring must turn to stone when he does. I see it happen with Grace all the time."

"Yeah, well, maybe Grace is special or maybe Chastain is. But I saw it with my own eyes—the ring didn't turn to stone. It was right there. That's why I thought about grabbing it. Because it was very noticeable against his stone hand."

"It's got to be because of what it is," I say. "Gargoyles are immune to all but the most ancient magic. Maybe the God Stone is immune to *all* magic—even the ability to shift."

"Well, then, let's do it again," Jaxon suggests. "Flint can shoot fire at him, the rest of you can create an even bigger distraction than the fire, and Hudson or I can fade to him and take the ring. We can be there and back in less than a second, and Chastain can't shift that fast."

"Good plan," Flint deadpans. "Except I'm pretty sure Chastain isn't letting me within a hundred yards of him right now. He knows something is up."

They all continue to toss more ideas back and forth, but I have the kernel of my own idea forming. The kind that's so bad, it might work.

"Chastain isn't the only person who can make himself turn to stone," I say, and everyone grows silent. Even Isadora.

Hudson turns to face me, and I'm not even a little surprised he's already guessed what I plan to do. "Do you think you can do it?"

I bite my lip. "I'll have to get close, and there's only one way I can think to do that…"

His gaze holds mine for a beat, and then his eyebrows shoot up as he figures out what I'm trying not to say in front of Isadora. It's bad enough she insists on being involved in every discussion to secure the God Stone, but that doesn't mean I have any intention of giving away my ultimate plans after that.

Instead, I watch as Hudson turns to stare off into the distant sea, all the angles playing out in his quick mind. He's thinking through each advantage—and flaw—of my plan, exactly like I need him to. "And what if you piss off a certain God of Time?"

I swallow. "My people will survive anything he does," I say cryptically, not wanting to say more in front of Isadora. "I think he has a soft spot for the Bloodletter, so I think he will for me, too. At least I hope so."

When our eyes meet again, he simply says, "Grace Foster, you are a total badass."

Pandemonium breaks out as everyone starts asking what I plan to do, but neither Hudson nor I reply. Hudson because he wants me to take all the credit—I know him. But I don't want any credit for being willing to risk the lives of every gargoyle in existence.

I only hope the Army will one day forgive me.

# 91

## Below the
## Age of Descent

Hudson and I decide to go back to our room to pack while everyone else heads to lunch. I casually mentioned I might want a brief nap, and Hudson being Hudson, he wanted to make sure I take it. But we've got about two hours before the afternoon training sessions, and I want to use that time to try to reach my mate, because something isn't right.

As I try to figure out a way to get him to talk to me, he walks around the room, grabbing up an extra T-shirt and shoving it into his knapsack.

I can tell by his sharp movements, by the way he's avoiding eye contact and the set of his jaw, that he both wants to be near me and he doesn't. He's got some sort of internal battle going on, and I'm afraid I know what it is.

Hudson is my mate. He needs to be near me, *wants* to be near me, just as much as I crave having him next to me. But at the same time, he knows he can't hide from me and is currently dreading the fact that I'm going to try to make him open up. He's afraid that I'll crash through his walls before the mortar he's so carefully laid has set, leaving him vulnerable against the Skeleton Army tonight.

So I don't do that.

After all, there's more than one way to get on the other side of a wall. Even one as high and strong as Hudson is currently building.

Stooping down to pick up a tank top of my own, I don't even glance at him as I ask, "Do you think Izzy really is a thousand years old?"

Hudson stops moving completely, and when I glance at him out of the corner of my eye, it's to find him standing stock-still, his hand paused in midair in the act of reaching for a pair of drying socks.

Good. I've surprised him.

It only lasts a second before he grabs the socks, but it's enough to let me know I'm on the right track. "She's got no reason to lie," he answers after a moment.

"Still, do vampires really age that slowly?" I plop down on the edge of the

c o u r t

bed and pretend to be absorbed in folding my shirt. "Will you still look this young in a thousand years, too?" It's not something I've ever considered, but then I've never had to before. Now, all I can think about is him looking nineteen forever. "Oh God, what if I'm a wrinkled mess in a hundred years and you still look good enough to eat?" I groan, and I don't even have to fake my alarm. It's a terrible, terrible thought.

Hudson shoots me an *are you serious right now* look. "First off, if you ever do get wrinkles, they'll be as beautiful to me as your curls." He shakes his head and sits down on the bed next to me. "Secondly, born vampires are just as susceptible to the signs of aging as any species, albeit on a much slower basis."

It's a good answer, and I should probably be swooning a little. But I'm too distracted by the heat from his thigh. He's sitting so close to me, and yet we're not touching—another sign that he's worried I'm going to try to get through his defenses. I want to touch him so badly, but I'm playing the long game here. So instead of giving in to the itch in my fingers to reach for him, I instead scooch my butt backward until I can lay my head on my pillow.

"So then how could she be a thousand years old and still look sixteen?" I ask.

Hudson rubs a hand over the stubble on his jaw before answering, "At a guess, I would say our shite father kept her locked in a bloody crypt for most of her life."

I gasp, horrified at the very idea of some poor child being locked in a crypt for what must have felt like eternity—even if that child is Isadora. "But—but you said the elixir stops working over time, right?"

He scoots up the bed until he's laying down next to me. I start to think I'm making progress until he crosses his arms over his chest, being careful to keep at least a foot between us even now.

"There are stories of vampires being kept under for hundreds of years, actually." His voice is thoughtful, his eyes far away. "It's true the elixir stops working the more often you use it, but if he didn't awaken her at all, I guess in theory she would have just stayed in stasis. We don't age in stasis."

It still sounds horrible, but then that's the point, isn't it? My poor mate has been tortured pretty much his entire life. "What was the whole process called again?" I coax him to continue. "Descending?"

"Descent," he corrects. "When we turn five, there's a huge celebration. That's when we reach the Age of Descent. I still remember the festival my father threw for me. At the time, I couldn't imagine there being a bigger celebration anywhere, ever."

His breathing is even now, steady. I have a million questions, but I don't ask them. I know there is a story here, and I think Hudson wants to tell me. I

just have to be patient, let him find his own way to it.

"Father had the cooks slaughter fifty pigs for the festival and make about a thousand different pies. The castle was filled with so many people that it was overflowing, and they were all dressed in their finest gowns and waistcoats. I climbed to the tallest tower at one point, just to count the number of carriages that arrived." He chuckles. "Of course, what I was really counting were the number of presents I would receive that day, as every guest brought one."

I smile, trying to imagine Hudson as a small child—innocent and maybe even happy. "Did you wear your hair in a pompadour even back then?" I tease.

He snort laughs. "Hardly. I know it's shocking, but I was *difficult* in my early years."

"*So* shocking," I agree.

He reaches up and tugs thoughtlessly at a few of the locks resting on his forehead. I don't even think he realizes what he's doing. "My hair was always a bit long and wild back then."

"Seriously?" I flip onto my side and rest my head on my hand as I grin at him. "If you've been keeping a portrait from me of you looking like a young Jason Momoa, I will never forgive you."

He's smiling when he rolls to face me. "Is this when you ask me to get into some kinky role-playing? I warn you, I'd make a terrible Aquaman."

Thinking of his long, lean body in Aquaman's wet suit makes me want to disagree. "Later. Definitely later," I tease. "So you were five when? Like the 1800s?"

I know both he and Jaxon have mentioned being hundreds of years old at times, but I've never thought of either of them as more than eighteen or nineteen. At least not until I start to do the math in my head... "Oh my God, am I, like, your seven thousandth girlfriend?"

"More like my eight thousandth," he deadpans, then rolls his eyes when I squawk. "Seriously, woman, that would be a new girlfriend every ten days. Who's got time for that?"

"Oh, I'm pretty sure you'd make time," I answer archly.

But he just shakes his head, then reaches out to run a finger down my cheek. The feel of his skin against mine sends little shivers of excitement along my spine, partly because I love the way he feels and partly because he breached the self-imposed distance he's been keeping between us. "Besides," he adds, "you're forgetting I spent most of my life in stasis. Although I will admit, I do feel the passage of all that time."

"What does that mean?" I ask, because something tells me I need to know.

But then he drops his hand, turning to his side to stare at the ceiling, and I want to kick myself for pushing him too far.

Silence has turned the air still and cold around us before he finally answers, "How do you mark time passing in your life? You remember the first day this came out or this movie was big or people wore this style of clothing, right?" I nod. "Well, it's the same for me. I may have only experienced those times for a day every month, but I remember riding in a carriage to travel to the market. I remember seeing my first car and my first computer. I remember all sorts of inventions and trends."

He says it so casually, like living through all that was nothing. Or worse, like waking up every month to realize everyone else continued living their lives while his was stuck is a totally normal thing. Like it's okay he was just the boy shoved back in a dark box until it was time to show him the next thing he would miss out on.

My heart cracks wide open at the thought, the pain of what he must have suffered squeezing the breath from my lungs. I want to reach out and scoop him up in my arms, want to hold him close and promise that nothing bad is ever going to happen to him again.

But I can't promise that, especially not right now. And he wouldn't let me anyway, considering I can't even touch him at the moment. If I push too hard, I know he'll stop talking.

So I change the subject instead. "I'm still trying to figure Isadora out—or should I say *Izzy*? She seems to love it when Chastain calls her that."

"You noticed that, too, eh?" he asks.

"It's hard to miss how she literally preens under his attention," I say, but there's no judgment. If I were raised by Cyrus, I can only imagine the daddy issues I'd have. "So you think Cyrus just kept her in stasis all that time?"

Hudson rolls onto his back again. "No." He pauses. "She said he kept waking her, but also—"

"Yes?" I ask and hold my breath. There's something Hudson doesn't want to tell me, but I'm willing to wait patiently until he does—even if it kills me. After a minute, he lets out a long sigh.

"She has two abilities," he says, as though that explains it all. "Two very strong abilities. She's a Soul Siphon *and* she can rematerialize anything I disintegrate."

"What does her having two abilities have to do with Cyrus waking her?" I ask.

Softly, so softly I'm not sure I hear the words, he whispers, "Because that's what he did to me."

92

## Tomb of Doom

I can't move. I can't think. I'm not even sure I take a breath. I knew from the discussion in the crypt room that Cyrus woke Hudson more often than Jaxon, but I didn't know the reason was to give him more abilities. It seems like a shit thing to do to your kid, but Cyrus isn't exactly a loving parent. Still, something doesn't quite add up...

"If the elixir stops working after a while, then how could waking you more frequently give you more abilities?" I ask.

"Not all of the elixir stops working," he says. "Just the sleeping potion half."

That's right. I remember him saying that earlier, but only now does it start to make a horrible, horrible kind of sense. "And it's the other half of the elixir that gives you your abilities?"

"Yeah." His voice is clipped again, which tells me that no matter how awful I think his early life was, it was actually so much worse.

I want to hug him so badly, but if I do, I'll never get to the bottom of what's going on. It will be a Band-Aid instead of a cure, and that's the last thing I want right now. So I swallow back my outrage and my pain and ask, "If Izzy has two abilities, then she was given more elixir than Jaxon. At some point, the sleeping-potion part stopped working, but she's one thousand years old..."

My mind is racing, trying to figure out exactly what this means. "And she hasn't aged more than sixteen years, so that means she was in stasis for most of that time..."

I trail off, horror washing over me that the most awful, most horrible, most terrible thing in the world that was done to Hudson—was done to Izzy even longer. No wonder she's so fucked-up.

That doesn't mean I'm close to forgiving her for murdering Liam or siphoning the magic from any of the other students, but, well, I guess I'm gaining a little sympathy for the devil.

I don't say anything for a while, and neither does he. Instead, we lay there, listening to each other breathe, processing what all of this could mean.

"Do you think Izzy could have more than *two* abilities?" I finally ask. "I mean, if more elixir equals more abilities, and she was kept in Descent for a thousand years…"

"Probably. It certainly explains her ability to siphon souls," he answers.

"How?" I ask, not sure how being in stasis longer has anything to do with an ability to steal souls. But then Hudson swallows hard, and I know whatever it is, whatever the connection he sees—I'm not going to like it.

"I started to go mad in there." He whispers the words like they're his greatest shame, and it breaks my heart all over again.

"Who wouldn't?" I whisper back, afraid to break this tenuous moment. "The fact that you managed to make it out and still be so strong and kind and brilliant is the shocker, Hudson, not the fact that you nearly lost your mind."

He shakes his head like he doesn't—or can't—believe me. "It wasn't like that."

"It was exactly like that," I counter and try to get the picture of Hudson trapped under a thousand pounds of stone out of my head. It doesn't work.

The picture of my mate suffering in the dark will be with me every day—every second—until I die.

He shrugs. "Either way…I did it myself."

"Did what?"

"Gave myself a second power." He clears his throat, blows out a long breath. "I didn't mean to. I wasn't trying to be more powerful. I was just—"

His voice breaks, so he clears his throat again. Shoves a hand through his hair. Looks straight up at the ceiling without blinking.

"I just wanted to not be there anymore. I wanted to be anything or anywhere but trapped in that tomb where every hour felt like an eternity." He gives a little half-hearted laugh. "So I did it. One day, I just disintegrated myself. Being dust, being nothing, was so much better than being an animal in my father's cage."

Oh my God. Tears bloom in my eyes, but I push them back down. Now isn't the time for them, even though I'm weeping all the way to my soul. "You just…"

"Disappeared," he tells me, snapping his fingers. Instantly, the book on the bedside table turns to dust. "For a few minutes, then for a few hours, and eventually for a few days. I just ceased to exist. It was the most peace I'd ever known. Somehow, though, I would always end up coming back together again. The first time I came back, I cried for hours."

I clench my teeth and my fists, press my lips together as tightly as I can. And still a sob breaks through the rigid control I'm keeping on myself. But how can

I not sob? Little boy Hudson *cried* because he couldn't stay dust.

Hudson pulls back, alarmed. "Grace, it's o—"

"Don't you dare tell me it's okay," I whisper, and now the tears are coming fast and furious. "Torturing a child is not okay. Leaving you to go insane is not okay. Making you wish for death—" My voice breaks. "It's not okay. It will never be okay. It will never be—"

I break off as a million different thoughts run through my head, all of them centered on destroying Cyrus, just obliterating him off the face of the earth. Except death is too good for him. Everything is too good for him except, maybe, being trapped in the dark for a thousand years.

He did this to his son—his *son*—because he wanted him to be a weapon. No, not just his son. He did it to his *daughter*, too, and for much, much longer. For the first time, I understand why Delilah sent Jaxon to the Bloodletter.

"Please don't cry." Hudson looks panicked, flipping onto his side again to face me. "I didn't tell you this to hurt you—"

"Hurt me? You're not hurting me, Hudson," I say. "You're giving me the resolve I need to do *anything* to make that bastard pay."

He looks blank for a second, like he can't wrap his head around what I'm saying. Like he's so disassociated from what happened to him that he can't understand why someone who loves him would be enraged on his behalf. Then again, maybe no one ever has been before.

"I don't want you to cry about something that happened a long time ago—"

"Thirteen years," I say, swiping at the tears on my cheeks with my forearm. "What?"

"It stopped happening thirteen years ago, right? You were buried, off and on, from the time you were five until thirteen years ago. Which is in my freaking lifetime, so don't pull that whole *it happened a long time ago* bullshit on me."

He looks shocked, but then he laughs for the first time since the Skeleton Army came, and the weight resting on my shoulders lessens just the tiniest bit, enough for me to gain control of my tears at least. "There's my Grace, kicking my ass even when she's crying for me."

"Nice." I roll my eyes, then focus on what he hasn't told me yet. "So you went from disintegrating yourself to disintegrating other things?"

"Yes. And I found when I disintegrated other things, it wasn't like when I did it to myself. They stayed gone."

"Like the tomb? Please tell me you disintegrated that damn tomb so you weren't trapped in it anymore."

"I bloody well tried." He grins, and this time it almost reaches his eyes. "The fooking thing wouldn't disintegrate. Anything else, I could destroy. But not that. I still don't know why."

"Because your father is a fucking monster who probably had a spell put on it once he realized what you could do," I say. "The jackass."

"Where were you two hundred years ago?" he teases.

"Believe me, I'm asking myself the very same question," I shoot back, only I'm not kidding. How the hell could Delilah have let her husband do this to her son? How could anyone in the Court let him do such a horrible thing to a child? It boggles the mind.

He laughs, but when I don't laugh with him, his face turns serious. "You know I'm okay, right?"

"Um, first of all, you're better than okay," I tell him. "Secondly, you turned out better than anyone has the right to expect. And thirdly, neither of those things makes me want to destroy your father any less."

He raises a brow. "To be fair, you've wanted to destroy him for a while."

"Yeah, well, that's nothing compared to how I feel about the wanker now." Just the idea of seeing him, of handing him the God Stone so he can keep working on his disgusting, morally bankrupt plan, makes me see all the shades of red.

"Do you ever wonder what your life would be like if you hadn't ended up in the middle of this mess?" Hudson asks out of the blue.

"What do you mean?"

"If your parents hadn't been murdered. If you'd gotten to graduate high school in San Diego. If you were heading off to college in August instead of trying to figure out how to free your people so you can ascend the gargoyle throne. You know, all the normal stuff you left behind when you got to Katmere Academy."

"I don't, actually," I answer, getting up so I can walk into the bathroom and splash some water on my tearstained face.

"Seriously?" he asks from where he's now leaning against the bathroom doorframe. "You never wonder?"

"I don't let myself think about it." I grab the length of linen that functions as a towel and dry my face.

"Because it hurts?" he asks, watching me closely.

Part of me wants to tell him to leave it alone, that I obviously don't want to talk about this. But considering what I just put him through, it only seems fair that I answer a few of his questions as well.

"Because I'm angry, and I'm trying really hard not to be."

"At me?" he asks.

"Why would I be angry at you?" I can't keep the shock out of my voice.

He shrugs. "Because if Lia hadn't brought me back—"

What? Does he seriously think I'd imagine the world a better place without Hudson Vega in it? Which makes me consider something else. "Were you ever really dead?"

He looks surprised by the question, but already I can see the truth in his eyes.

"You weren't, were you?" I ask. "You just disintegrated yourself."

"It was that or kill Jaxon, and there's no way I was going to do that. He's my baby brother. My happiest childhood memories are when he was allowed to play with me the one day of the month I was awoken. Well, until he reached his own Age of Descent."

I let that image soak in before asking, "So where did you go for that time? What did you do?"

"Honestly, it was just like those moments in the tomb. It was peaceful. No pain. No worries. Just nothing for that brief moment in time."

"Brief?" I ask. "You were dead for a *year*."

"It didn't feel like it. But time passes differently in different dimensions." When I look confused, he glances outside. "Like here. The first time you came to the frozen Court, you said it felt like you were here for thirty minutes, but back at Katmere it was only a few minutes. We've been here for three days now, but it's probably not three days back at the Vampire Court. So who knows how long it was for me? I just know it didn't feel long."

His voice is relaxed when he talks about the different nature of time, but there's something deep in his eyes that makes me think there's more to the story than he's willing to say.

And that's when something shocking pops into my head, so shocking, in fact, that at first I can't even get my mind around it. But now that it's there, I have to know. I have to ask.

"Hudson." He looks at me with raised brows and I try to swallow, but in the space from one breath to the next, my mouth has become the Sahara. "Those four months, when we were frozen together…was it really four months? Or was it longer?"

For what feels like forever, he doesn't answer. He just holds my gaze, and suddenly I can see thousands of days—of experiences—in his eyes. Oh my God.

"Hudson—"

"It doesn't matter," he answers and turns and walks away—taking a huge piece of my heart with him.

# 93



## Drink Me, Baby, One More Time

"I'm okay," he tells me when I follow after him, even though I know he's not.

"You're not," I challenge, turning him around so I can see his face. "You're worn out and hungry." I tilt my head so he has a clear path to my vein. "You need to feed."

His response is instantaneous—a growl, low and deep in the back of his throat—and I brace myself for the feel of his fangs sinking through my skin. And wait. And wait. And wait.

"What's wrong?" I finally ask. "Why won't you feed from me?"

"I can't," he says, his voice low and rough like the words were torn from his body.

In a blink, he's on the other side of the room, as far from me as he can get, hands shoved deep in his pockets.

"You can't what?" I demand. "Feed from your mate?"

I get that he's trying to wall up his emotions, that he thinks he needs to do that to survive what might be asked of him again tonight, but I also know he's going to need his strength for the coming battle. I'm not willing to let him put his safety at risk because he's too damn stubborn to feed.

"You *need* to feed, Hudson," I repeat, pushing him.

"I know what I need," he snaps back. "And it's not that. It's not you."

His words hit like a match to gasoline, and I go up in flames. Anger rips through me, has me all but leaping across the room to get in his face. "What exactly does that mean?" I demand. "You don't need me?"

"You know what I mean, Grace." He shoves a weary hand through his hair, like my little fit is taking too much of his energy. Which somehow just pisses me off more. Partly because this isn't Hudson—not my Hudson, the guy who has been my partner, my mate, for longer even than I was willing to admit. And partly because I can see right through him.

He's hurting, and he wants me to leave him alone. Because I won't, he's lashing out—to protect himself and, in some skewed, fucked-up way, to protect me.

But he's not protecting either of us by refusing to feed, by refusing to let me get close to him. He's just breaking us apart, and I am not okay with that. We've fought too long and too hard to be together. There's no way I'm going to let him shatter us to pieces just because he's too much of a guy to tell me what's hurting him.

Fuck that.

"You don't need me?" I repeat again. Only this time, I don't get in his face. Instead, I back away just enough that he can see me—see all of me. And then I slip my shirt over my head.

"What are you doing?" he asks hoarsely.

"What does it look like I'm doing?" I rest my hand on my collarbone, trail a lazy finger back and forth across my pulse point. "I'm getting comfortable."

"Getting—" He breaks off, his jaw working furiously. But his eyes—those beautiful, depthless eyes of his—are locked on my throat. Exactly where I want them.

"Stop it, Grace."

"Stop what?" I ask, brows arched. And yes, I'm provoking him. But he deserves it. He doesn't get to abuse himself and expect me to sit by and watch it. That's not going to happen, not now. Not ever. And he sure as hell doesn't get to snap and snarl at me while he's doing it.

To prove it to him, and to myself, I tilt my head back a little, exposing my jugular to him

even as I continue to stroke my fingers up and down my throat.

"Damn it—" He lets out a frustrated growl, but his eyes never leave my throat. "You don't know what you're asking."

"I know exactly what I'm asking," I growl back, stalking closer to him. "I know exactly what I want."

He backs away, eyes wide, and that's when I know I've got him. Because little ol' me has big, bad Hudson Vega on the run.

I'd be lying if I said I didn't like it.

"Please, Grace. I don't want to hurt you."

I reach up and pull my hair down, letting the curls tumble over my shoulders and down my back. The scent of them—of me—fills the air between us.

Hudson's throat works even as his fangs descend, the sexy tips of them scraping against his lower lip.

My heartbeat kicks up, and I know he can hear it. More, I know he can see it in the pulse point throbbing beneath my finger. He's so close to breaking that I can feel it, feel him. So I walk closer, closer, closer, forcing him to back up until he's pinned between the wall and me.

Then I pull my hair out of the way, tilt my head to the side, and wait for him to snap.

It takes a second, maybe two. And then he's on me, his hands tangling in my hair as he pulls me against him.

His mouth slams down on mine, taking, devouring, destroying me in one slide of his fangs against my lip, one quick slide of his tongue against my own.

Then he's yanking my head back with a growl, baring my throat to his starving eyes.

"Do it," I tell him, my body erupting with want, with need, with a craving that I know will never go away. "Do it, do it, do it."

He snarls then, a sound so low and vicious that it should chill my blood. Instead it only makes me hotter and I reach up, sliding my hands into his hair. "Do it," I whisper one more time.

For one second, he looks at me with eyes that are as hot and angry and hurting as I am. And then he strikes like lightning.

I gasp as his fangs strike home, slicing through skin to the vein beneath.

For one moment there is pain, red-hot and sizzling, but the moment Hudson starts to drink, it vanishes like so much mist. In its place is a riot of sensation so powerful that it all but tears me apart.

Ecstasy, aching, joy, fury, fever, ice. And need. So much need that I nearly drown in it as it crashes over me, around me, through me.

Need for my mate.

Need for Hudson.

Need for all the power and love that rages between us even in the difficult times.

Hudson groans then, sinks deeper, and another wave of sensation rolls over me.

This one doesn't just break around me. It pulls me under, deeper and deeper and deeper until everything that I am, everything that I'll ever want, is tied up with Hudson. My Hudson.

I reach for him then, my hands clutching at his shirt, my body arching into his. I can still taste his anger, can still feel the rigid strength of it in the body pressed so tightly to mine.

But I don't fight it. Instead, I give in to it—and in to him.

I give myself to Hudson, to his darkness and his light. To the pain that lives inside him and the emotions shredding him from the inside out. I surrender to it all and as I start to sink, I pray that it's enough to bring him back to me. That it's enough to bring him back to us.

94

## Searching for a
## State of Grace

Darkness is welling up around me when Hudson finally pulls away. "Are you all right?" he demands, his eyes hot with anger and the bloodlust that hasn't yet subsided.

"Of course I am." I reach for him again, but he backs away from me. The rejection cuts like a blade, wounding me and stoking a whole new anger at the same time.

"I shouldn't have taken so much. I'm sorry. I didn't mean to hurt you."

"Why do you always do that?" I demand. "Why do you always assume that you've hurt me? You think I won't tell you if you do? What does that say about your trust in me?"

"It's not you I don't trust, Grace."

"Don't I know it," I snarl. "But you need to stop being so afraid that you're going to hurt me."

His gaze turns cold, a mental wall slamming down—to keep me out or him in, I'm not sure even he knows. "You don't know what I need, Grace."

I throw my arms wide. "Maybe that's because you won't tell me!" I place my hands on my hips, narrow my eyes on him as I reach for my tank top and put it on. "Did you ever think if you stop trying to block out the pain you're in, maybe if you share it, we can get through it? Together?"

He laughs, but there's no humor in it. "*We* aren't getting through this. I told you what using my gift does to me. I begged you to take it away, but you refused. So, no, there's no getting through this, and there's definitely no getting around it."

"Getting around what?" I demand, my anger ramping up all over again. "You say shit like that, but then you never explain. Either tell me or don't, but stop acting like I'm an idiot because I don't know what you won't tell me."

"I'm trying to protect you—" he starts, but I cut him off with a glare.

"When have I ever asked you to protect me? I'm your mate, which means

we're partners. And partners share things, even the bad things. So spill it, will you?"

He doesn't spill it, at least not at first. Instead, he stands there, eyes locked with mine, and breathes. Just breathes. It's such an un-Hudson-like thing to do that it throws me, until I figure out that he's as close to a panic attack as I have ever seen him.

Before I can recover from that realization, he takes one more deep breath, then slays me with his next words. "Every time I disintegrate someone, they take a piece of my *soul* with them."

It's the last thing I expect to hear, and yet it isn't totally unexpected. Not when his comment about Izzy becoming a Soul Siphon circles my mind, aligning with the information he just gave me. Oh my God. Their biggest gifts—the ones that only come from unrelenting torture—come from breaking their own souls.

Hudson knows how to reach inside people to disintegrate them because it's second nature for him, to seek out his own soul and disintegrate it. And what about Izzy? Did she lose her soul in that crypt after a millennium? Did she have to instinctively learn to steal others' souls to try to find her own? It's a horrible thought, but then everything about this is horrible.

Still, tragic as it all is, it convinces me that not pushing Hudson earlier was the wrong tactic for me to take. After what he's been through, he's never going to bring that wall down voluntarily. It is going to take a sledgehammer to do it. Which means it's not coming down without a fight. I don't want to hurt him, but I can't leave him like this. Not when it means he'll just keep hurting himself.

"No one is stealing your soul, Hudson. You're *letting* them take it."

His eyebrows nearly hit his hairline before slashing down in fury. "You fooking think I want to feel like this? You fooking think I wouldn't give *anything* to not lose you again?"

"What makes you think you're going to lose me?" I ask as everything becomes a little clearer.

"How could I not?" he shoots back. "Look at me. Look at what I am. Look at what I've done."

"I'm looking at you. And I understand you feel—" I start to say, but Hudson is in my face in a blink.

"No. You don't get to tell me what I feel." His voice is deadly quiet. "*How* I feel." His breaths are coming fast now. "You have no idea how much pain I'm in. You can't take the death of your parents and think you have an *ounce* of understanding. Multiply that times five thousand and you still wouldn't get close."

"Just because my suffering isn't from the worst horror possible doesn't mean it feels any less than yours, Hudson," I snap back. "Suffering isn't a competition."

"You know what your problem is, Grace?" he sneers. "You think I'm just some broken bird you're going to nurse back to health, don't you? You think you'll just hold me and rock me and love me and every broken piece of me will eventually heal. But what if I'm too broken? Did you ever think of that? Because eventually, they're going to take so much of my soul that there won't be enough left to fix."

His word hit me like an anvil, but I don't let him see it. I can't. Instead, I arch one eyebrow at him and force myself to push at another brick in his wall. "That is such bullshit."

He staggers back like I struck him. "What did you say?"

I get in his face, poking his chest with my finger to emphasize each word. "I said. That. Is. Such. Bullshit." I hold his gaze. "You will never be too broken for me to love you."

"How could you possibly know that?" he snaps.

"Because," I say, moving closer, stepping right up against him, "you forget I can see our mating-bond string. My soul"—I tap a finger against my chest, then move it to tap his—"attached to your soul. And it is as strong as ever, Hudson."

"You don't know that. You can't know that." He shakes his head, and there's such desperation in his eyes that it breaks my heart all over again. He wants to believe, but it hurts too much. I understand that better than most. But I believe in him, and I believe in us. It's time that he believes, too.

"I wish you could see it," I whisper. "It's the most beautiful blue I've ever seen—as deep and dark and rich as your eyes. And it glows, Hudson. It glows with health, with power, with the strength of everything we are and everything we can be. You just have to trust it. You just have to trust me."

And there it is, the first brick falling. I see it in his eyes, feel it in the way his body yearns for mine.

I squeeze our mating-bond string to show him that I'm right, that it's not just there, it's stronger than ever. "And yes, I *can* tell what you're feeling. And it's not the fear of losing your soul."

Another brick crumbles to the ground.

"It's guilt." I reach up and cup his cheek. "You *give* them a piece of your soul so you don't feel guilty for killing them."

Two more bricks tumble down.

"You want to be destroyed because you think you deserve it."

382

court

Another brick falls.

"Because you have the most kind and loving soul I have ever seen." I reach up and cup his other cheek. "And if you didn't, you wouldn't be torturing yourself for their deaths."

A whole chunk of wall hits the ground with a massive *crash*.

"But you need to give yourself some grace, Hudson. This is war, and there will always be casualties." Tears well in my eyes as I hold his turbulent blue gaze. "Don't let *us* become one of those casualties."

95

## Some Like It
## Hot—Really Hot

Hudson makes a sound deep in his throat. "Don't," he whispers. "Don't do this to me."

"All I'm doing is loving you," I whisper right back. And this time when I reach for him, he doesn't back away.

But he doesn't hold me back, either. He's too hurt, too broken.

"I love you, Hudson," I whisper again, pressing soft, sweet kisses into his palm, his fingers, the back of his hand.

He makes another tortured sound that breaks me a little, too. To heal us both, I stand on tiptoes and press my mouth to his. Softly. Sweetly. Like we're two regular people who have regular lives and all the time in the world.

It takes a moment, but eventually his lips start moving against mine. Heat stirs inside me, but not the usual kind. Not the sizzle that turns my blood to fire and my mind into a red haze.

No, this heat is softer, kinder, gentler, and it feels good after everything we've just been through. Like it's coating the broken places inside me too and smoothing away the jagged edges.

"Grace." When he says my name this time, it is a little more than a whisper and a little less than a prayer, as he finally yields and wraps his arms around me.

I lean into him, pressing kisses along his collarbone and reveling in the warm amber scent of him. The luxurious taste of him.

He groans deep in his throat, and it's his turn to kiss me.

Relief sweeps through me at the brush of his lips on mine—so warm, so sweet, so familiar. This is Hudson, my Hudson, and having him with me, really with me, for the first time in far too long feels more profound than I could have imagined. And when he licks his way across my lips and I open for him, it's like coming home.

I gasp and wind myself around him, desperate to get as close to him as I

court

can. Desperate to feel all of him in all the ways I possibly can.

I slide my hands along his back, tugging his shirt up so that I can feel the warmth of his skin beneath my palms. He shivers a little as I dance my fingertips up his spine, but that just makes this moment sweeter. Because he's not hiding from me any longer. He's in this with me and that's all that matters. The rest will take care of itself.

"I love you," I whisper against his lips, and he sighs, his whole body trembling against mine.

He deepens our kiss, our tongues sliding together, and just like that, my body is an inferno, the tip of his fang as it coasts along my skin the match that sets me ablaze.

Hudson shifts then, sliding my tank top off before moving us toward the bed in a spin that has my heart jumping just a little. He strips off his own shirt next, then lowers me down to the mattress and stretches out on top of me.

"I love you," I tell him as our eyes meet once more.

He smiles then. It's just a small smile, a little upturn of his lips, but it's real and honest and it feels so good to witness it. Because while I can still see the pain lingering in the depths of his eyes, I can see the love now, too. And the joy.

The same joy takes flight inside me as I roll him over and straddle his hips.

He lifts a brow at me, that little smile turning into the wicked grin I know so well.

It makes our fight worth it—makes everything worth it—because here, in this moment, his wall is nothing but rubble at our feet.

It's that thought that has me sliding a hand down his chest.

That thought that has me pressing kisses to his neck, his shoulders, his chest.

And that thought that has me feeling for the first time in what seems like an eternity that everything is going to be all right. Even before Hudson rolls me back over and shows me that, right here, right now, he feels exactly the same way.

# 96

## Talk About a
## Dead Ringer



We're a couple of minutes late by the time we get to the training field, Hudson hanging under a tree in the shade since he'd finally fed, and I hang out near one of the benches and pretend I don't feel Chastain's watchful—and disdainful—gaze on me the whole time. Instead, I take a deep breath and focus on getting my head right. This needs to work, which means I need to not mess it up.

Which is why I don't give myself any more time to get in my head. The second the other gargoyles make it back to the circle—along with the rest of my friends—I walk up to Chastain, who is standing in the center of it.

"I challenge you for the ring," I tell him quietly but firmly. My plan doesn't require besting Chastain and winning the ring. I'm not that delusional. But I *do* need him to accept the challenge.

He doesn't even bother to look up at me—big surprise. Just twists his mouth into a smirk that somehow makes him seem like an even bigger asshole than usual. And answers, "I already told you how I feel about challenges from the likes of you."

The disdain in his voice is meant to hurt me, but all it does is piss me off. "Yes, well, I haven't had a chance to tell you how I feel about disrespect from the likes of you," I snap back.

Chastain doesn't say anything, but his eyes jerk up and go wide for a moment before narrowing to slits. I keep my gaze focused on him, but I can feel everyone around us leaning in, ears perked and bodies poised for whatever comes next.

"It's time you get to see just what someone *worthy*"—I inject even more contempt into the word than he used yesterday—"is capable of."

I wait for him to refuse, prepare to force him into the challenge if I have to, but before either of us can do anything, Artelya grabs a sword and shield and steps into the training circle. "I am ready for the challenge."

I ignore her, because she is not the one I want to fight. The one I *have* to fight for our plan to work.

"I thank you, Artelya," Chastain says with more formality and respect than he has ever shown me. "But if our *queen* is ready to prove her worthiness to us, then by all means. Let her prove it to me." He says the last with a dismissive wave of his hand that takes my annoyance into hyperdrive.

Who does this guy think he is? I've never done anything to him. I've shown up every day for training and given it my all. I've never run away from any challenge that he presented me with, so what is his deal…? I mean, unless he knows I'm here to take the ring, he has no reason to dislike me.

I don't say anything, though, because Chastain already has his broadsword ready with rage in his eyes. I can tell this is going to hurt like hell, but I don't care. I'm finally getting my chance to fight him, and no matter what happens, I'm getting in some licks.

I start to turn to get a sword, but experience in this Court has taught me never to turn your back on your enemy. So I glance around, trying to figure out what to do, considering I can't walk backward all the way to the wall where the weapons are hanging.

In the end, I don't have to worry about it, because Hudson grabs a sword and fades it out to me.

"Thanks," I whisper, but he's already gone—a trail of smoke in his wake—and making me chuckle. Such a show-off. Then I turn and raise my sword—just in time to block a powerful overhead blow from Chastain. The ass.

I pull my sword back, prepare to attack, and he comes at me again. And this time, the blow nearly brings me to my knees.

## 97

## Way Too Close
## a Shave and
## a Haircut

Somehow, I manage to stand upright, which I count as a win, considering I just got hammered with a freaking broadsword—which is not anything I thought I would ever say in my lifetime. I swear, if nothing else, we need to unfreeze the Gargoyle Court and get out of this era where everything was settled with a damn sword before my arms actually fall off.

Whirling away on legs that suddenly feel like gelatin, I manage to get my sword around and slam it against the backs of his knees. He stumbles but doesn't fall, and then he's coming at me with his sword raised to deliver a powerful blow.

I duck and spin in the other direction, and the blow meant to take my head off swings right by. Normally, I'd jump back, move away from his sword, and make him come to me. But I'm not trying to best this man at a sword fight—one, because that's pretty much impossible considering he's been training and fighting with a sword for more than a thousand years and I've been using one for...five days. And two, I don't need to fight him. I just need to get close enough to actually touch him.

Originally, I thought it would make more sense to just walk up behind him and brush my hand against his arm or something, but he's always on guard when I'm around, so I didn't think he would let me that close anyway. And also, I need to freeze him in a situation where the other gargoyles won't want to respond to help him before I can get the ring. No one would dare interfere in a challenge fight—or hopefully not before I take what I need.

But Chastain is a cagey opponent, and he swings around, cutting up with the sword and, as I dive out of the way, he ends up taking off about two inches of my hair on the right side—which was so not part of the plan. It's also better than if he took a lot more, but I'm too mad to think about that.

He's playing with me. I know it, he knows it, and honestly, so does everyone in the audience. This man has spent his entire life training with a sword. I'm no

match for him. He could have ended this already if he wanted. He just prefers to humiliate me a bit at a time.

He swings again, and I'm pretty sure he's angling for more hair, and that is so not going to happen. So I drop to the ground and roll, which has all the gargoyles watching laughing as they think I'm giving up.

But I'm nowhere close to giving up, because it's as I roll by him, forcing him to turn around instead of jump out of the way, that I reach out a hand and brush it against his leg—at the same time I brush against the edge of the green string deep inside me.

It's a long shot, I know—trying to freeze someone who is already frozen in time—and I keep rolling, just in case it doesn't work. But when I've moved past him and then jumped to my feet, I realize it *did* work. He is solid stone, one leg braced in front of the other, sword on the upswing, face tight in concentration. The ring distinctly *not* stone on his hand.

My heart is pounding in my chest as I realize it worked, that we can take the ring and get out of the Court. I dash toward Chastain, but Eden shouts to my left, and I whirl around.

My stomach sinks as I underestimated what the other gargoyles would do if I froze their leader. They're all rushing toward me—and I have to say, a thousand soldiers bum-rushing the field to get to you is heart-poundingly frightening.

As quickly as I can, I brush against the green string and touch Chastain at the same time.

He finishes his swing as he unfreezes, but then he realizes I'm no longer where I was standing, and the sword sings through the air nowhere near me. He spins around, eyes wide and wild, searching me out.

He demands, "How did you do that?"

A quick glance to the left shows me the other gargoyles are retreating back out of the circle, so I refocus on Chastain. "I told you I had other gifts. You never asked what they were."

"I'm asking now. You can freeze people?"

"I can do a lot of things," I hedge, even as I glance around the room, looking for—

"Then let's fight," he snarls. "And see who can win this challenge."

I can tell he's furious that I got the best of him, furious that some girl he doesn't respect could stop a fight with him in the blink of an eye. But when he lifts his sword in the air and charges at me, I freak out a little bit.

Because I thought this would be over by now. I was sure that if I froze him,

I'd have plenty of time to take the ring—

Chastain swings and I duck, stumbling away. I think about diving around to the opposite side from where he's swinging—if I freeze him again, maybe the Army won't rush the field again because they see he's fine.

This time, when he begins a complicated flip-spin maneuver, I don't even try to dodge him. I turn to solid stone, absorb the massive sword strike, and then shift again, reaching out to grab his wrist and brush against my demigod string.

He freezes, I reach for his hand, and the entire Army pounds across the field toward me again.

Even if I get the ring, I'm not going to make it out of this fight circle alive, I realize.

I quickly dash to the side of him as I brush against my green string again, unfreezing him instantly.

"How come every time I freeze you, the entire Army charges into the circle?" I ask, taunting him. Maybe if I attack his pride, he'll command them to stop reacting. "Are they so afraid their general will be defeated by a girl?"

"The Gargoyle Army is sworn to protect those defenseless, my *queen*," he says, circling me with his sword raised again. "When you take the coward's way, when you freeze me, the entire Army is honor bound to protect me. To call them off would be to change the very essence of what we stand for."

His words cut deeper than any sword.

I want to scream at him that this is war, that not everything is black-and-white—that I am *not* without honor. But I know it will do no good. Chastain already made up his mind about me, made it up within minutes of being introduced, in fact. I'd been weighed and found desperately wanting.

And I'll be honest, I'm just so over it.

He's left me no option but to hope I can throw a Hail Mary and not anger a god.

I send up a silent prayer that Jikan won't notice what I'm about to do. He didn't seem to mind that I froze us in the Vampire Court to come here. Surely freezing a few more people for a minute—maybe less if I can get to the ring fast enough—won't show up on his radar. I mean, really, he's probably surfing anyway, right?

So I drop low and roll again—as far away from him as I can.

And as I do, I reach deep inside my mind for all the shimmering strings I can find. They are thin and silver and though I've not touched them since the Bloodletter's cave, I wrap my arm around them all and pull them against my

court

chest as tightly as I can—just as I brush against my green string.

Moments later, every gargoyle on the training field freezes.

Now all I have to do is grab the ring from Chastain's hand and unfreeze them as we leave the Court. I dash to Chastain, shouting over my shoulder at my friends, "Get ready! We're going to have to leave fast, as soon as I get the ring!"

I reach Chastain's side in a blink, my hand already reaching for his finger, when a loud thunderclap jerks me around.

And just like that, the God of Time appears.

And he does not look happy.

# 98

## Time and Tide
## Wait for No Man...
## Or Do They?



The vacation in Hawaii must be over, because the board shorts and flippers are long gone.

Instead, Jikan is dressed to the nine hundreds in a fully decked-out tuxedo—and not just any tuxedo. No, this suit is one only the God of Time could pull off, even though I don't have a clue how he's doing it.

Made of rich maroon velvet overlaid with a gold brocade pattern, it *should* scream Las Vegas and a Night of a Thousand Showgirls. But it doesn't. Somehow it looks like a million bucks, maybe more, and Jikan looks even better.

Maybe it's how well the suit is cut and tailored.

Maybe it's the perfect accessories in the form of gold globe cuff links, a Patek Philippe watch, and fancy black dress loafers made of crocodile leather with gold ornamentation.

Or maybe it's the fact that it doesn't matter how outrageous the clothes are, they work for the God of Time because he's even more outrageous. From the tips of his silver hair to the tips of his ornamental loafers, the man oozes style and power and—at the moment—anger. So much anger that he can barely get his words out.

"What did you do?" he demands after surveying the field—and the situation—with frigid eyes. "What. Did. You. *Do?*"

Even though I knew this was possible—that Jikan would be very angry—nerves still jangle in the pit of my stomach. "I was—"

"That wasn't a question," he snaps.

I swallow hard before trying again. "I just want to explain—"

He holds a hand up and brings his fingers and thumb together in the universal *shut your trap* gesture. "You need to be very, very quiet right now, or you will not like what I do to you."

He steps away from me and starts pacing around the training circle with

slow, deliberate steps, looking at each of the frozen gargoyles in turn.

"I thought I was very explicit during our last conversation," he continues as he circles Chastain, who is frozen with his sword raised.

"You were," I tell him, trying to strike the right balance of remorse and frustration. I might actually have been able to manage it, too, if the nerves weren't throwing me off. Facing him when I accidentally caused a problem was one thing. Facing him now that I've done it on purpose…it's harder than I thought it would be.

"Apparently not," he answers, surveying the field again. "Considering you couldn't follow the simplest of instructions." He bites the words off, so that each syllable sounds, and feels, like a gunshot even as he walks farther onto the field.

This time, he pauses at Artelya, who is frozen in perfect guard formation. He walks all the way around her, studying her closely, though I don't know what he's looking for.

Suddenly, his dark gaze jerks back to mine. "I warned you not to do this."

"I know." I force the words past my dry throat. "But I had no choice. If you'll just let me get Chastain's ring, I will put everything back the way it was and leave immediately. I promise."

"You promised you'd stop messing with time, and look how well that turned out," he thunders. "No, you were warned, and you did what you wanted to do anyway. So egotistical, thinking you know what's best. And for that, the consequences are yours to bear. I am no longer honoring my truce with your grandmother. The Gargoyle Court will be unfrozen in time."

"Please! No!" I cry out, not the least ashamed of the begging. I knew it was possible that he might react this way, but the reality of it, the realization that the Gargoyle Army—my family and some of my friends—might go from waking up and communing over breakfast tomorrow to frozen in stasis, possibly for an eternity, has tears welling up in my eyes and spilling down my cheeks. "It's not their fault. I'm trying to save my people. I swear I'm trying to save everyone. I just need the ring." I sob. "I just need the ring."

My mind is racing as I struggle for what to say that will make him not follow through on his threat and unfreeze the Army. Chastain told me there are gargoyles alive outside the frozen Court in their solid stone form, impervious to the poison in their systems. But still, they won't be *alive* anymore, not really. And I did this to them without a second thought.

"Punish *me*. Please. Not them. Just give the ring to my friends, leave the Gargoyle Court frozen, and you can do anything you want to me," I plead.

Hudson growls, but I have no choice. Jikan is right. I did this. I need to make it right. I need to explain.

"I just needed a moment of time on my side. Just one moment. No more. I was going to unfreeze them, Jikan. I swear."

"But time is not your business," he snarls at me. "Is it?"

"I—"

"Are you the God of Time?" he asks. "No, you're not. I'm the God of Time. You know how I know that?" He pulls the pocket watch he was carrying in the Bloodletter's cave out of his pocket. "Because I'm the one holding this. And this belongs to the God of Time. It's the universal timekeeper—and when I say universal, I mean *universal*—and the official recorder of time from the very beginning.

"I've maintained time beyond this frozen Court because Cassia begged me. And for that woman to beg anyone for anything—it is a sight to behold. But this?" he all but roars as he gestures to everyone frozen around us. "Freezing people in time who are *already* frozen in time? Do you know what happens when you do that? Any guesses?" he demands.

"I—"

"You *tear* time."

"I'm sorry," I tell him. "I didn't know—"

"Of course you didn't know. You don't know anything about any of this and yet you continue to muck about in it like it's your personal playground. That stops here, tonight."

My entire body goes on red alert, because he's either going to smite me right here—and judging from the way he's looking at me, that's a distinct possibility—or he's going to do what I brought him here to do. What I so desperately need him to do.

"You will learn your place, *little demigod*." He says the last like it's the biggest insult he can come up with. "Just remember, you brought this on yourself."

His gaze floats around the frozen Court, at the frozen gargoyles scattered around the training field, and then back at me one last time. "But I am not heartless. I will move your *where* to the new *when* so you can say your goodbyes."

I have absolutely no idea what he means, but I sincerely hope by "say your goodbyes," no one is going to die today. By smiting or poison.

He holds the pocket watch up and winds it back three times. Then snaps his fingers and disappears.

# 99



## The Softer
## Side of Stone

As soon as Jikan's gone, I spin around and realize it worked. The Gargoyle Court is a disaster. It looks just like it did when my friends and I landed here after Katmere fell. Broken down, destroyed, nothing but ruins overgrown with weeds that look even sadder in the glow of moonlight. My friends and I are all here in one piece, and we even have our backpacks again. Plus this time, the gargoyles are here, too, and they are no longer frozen.

Chastain stands in the center of the training circle, sword still raised. But then he wraps his arm around his waist as he spins, taking in the crumbling castle, the pain in his stomach, and suddenly he's in the back of my head, yelling, *Fortify!*

All around me, gargoyles turn to stone just as I hoped they would, and that's when it hits me that the command I heard in my head was meant for all the gargoyles. Just like when Alistair used to speak to me—only this time, it covers all the gargoyles.

I turn back to Chastain, expecting him to have turned to stone, too. But he's still alive, though he's clutching his stomach like he's in agony.

"You have to turn to stone," I tell him. "It's the only thing that will save you now."

The first kernel of understanding dawns in his eyes. "You did this?" he whispers, falling to his knees as the poison runs unchecked through his body. "What have you done?"

I drop to the ground beside him.

"Be careful, Grace!" Hudson shouts out, but I ignore him.

"Everyone, please stand back," I beg, my voice shaking. "Let me do this."

I look into Chastain's grimacing face. "You have to turn to stone. It's the only way to save yourself. The only way to save the Army."

He looks around at all the gargoyles locked in stone. "The Army is safe for now."

"But you aren't! You'll die if you don't turn."

"And the Army will die if I do," he tells me. "If I turn to stone, the ring is vulnerable. Anyone can take it. And so I will stand guard for as long as I can."

"And if you don't? You'll die."

"Then that's the way it's going to have to be. It is my duty to protect this ring, and I will do so with my dying breath. I would rather be dead and lose the ring than lose it because I was a coward and saved myself first."

Panic riots through me, turning my lungs to concrete and my stomach to lava.

Chastain has to turn to stone. He has to—

I gasp, tears blooming in my eyes as I realize this stubborn man is going to make me take it from his dead hand. The ultimate proof of my cowardice.

"I know you have never liked me, Chastain. You have always found me unworthy," I tell him. "But I need you to trust me. I did this for a reason, one I can't explain right now." My gaze darts to Izzy, and I'm shocked to see what look like tears in her eyes.

"Trust *you*?" he demands. "Someone who would kill her own people to take a powerful ring for herself?"

His words hit as hard as he means them to, but I force myself to ignore that and focus on what's really important here. "I didn't do it for myself!" I cry out, tears running down my cheeks. "And I didn't do it to kill the Army. But you need to trust me. Turn to stone and give me the ring. I promise I will protect my people."

"Protect them?" He waves a hand, coughing. "Look at them. They're stone— and they'll be stone forever now. The *only* way we could survive the poison outside of stasis is within the frozen Court."

"But they weren't alive there, either. Not really. Not the way they want to be—not the way they should be. And eventually, they would have all joined the Skeleton Army, and we both know it. This way, those souls are finally set free, the Skeleton Army is released from their timeless agony. And the surviving gargoyles will one day live again without poison. I just need the ring." I'm breathing fast now as I rush through my plea.

"And you think I should just give it to you?" he spits out. "Only a coward would expect such a thing—but then, I've always known you were a coward. You failed to prove yourself in training, failed to earn the ring when you challenged me, and now you're willing to kill thousands of people—*your* people—just to get a ring that doesn't belong to you. Can you imagine anything more cowardly than that?"

"And you're so closed-minded and set in your ways that you refuse to see what's right in front of you. For God's sake, listen to me before it's too late—"

"You're not worthy of my ear and worse, you're not worthy of being a gargoyle. You're certainly not worthy of being the gargoyle queen. So no, I won't listen to you. And I would rather give this ring to the vampires than let you have it."

His words wound me, but they make me angry, too. Because he's refusing to even give me a chance. Just like everyone else in this whole damn world.

From the minute I showed up at Katmere Academy, I have had to prove myself.

Prove to the students at Katmere that I was worthy enough to live when so many people wanted me dead.

Prove to Cyrus and the rest of the faction leaders that I was powerful enough to hold a spot on the Circle—and claim a position that should have been mine by birthright.

Prove to Jaxon that I'm strong enough and that he doesn't have to coddle me.

Prove to Nuri that I'm worthy of trust and that I can be counted on to help save her people.

Hell, I even had to prove to *myself* that I was strong enough, tough enough, to be a worthy mate for the most powerful vampire alive.

But no more. I am done proving myself to everyone. Yes, I've made mistakes. Yes, I'll make more mistakes. But I've gotten a hell of a lot of things right, too. And I am done apologizing for being late to the party. I *am* the gargoyle queen, and I *will* save my people.

One way or the other, Chastain is going to give the ring to me, whether it's from his cold dead body or not.

Which is why I lean forward and look him straight in his pained, proud eyes. "Then you're going to get your wish," I tell him. "If I don't give the ring to Cyrus, he is going to kill hundreds of kids, not to mention all the teachers and staff, from Katmere Academy. I can't let that happen—more, I won't. I wasn't there when they were taken, but I will damn well be there to make sure they get freed."

He narrows his eyes, as though trying to figure out if I'm lying or not, but I ignore him.

"The Gargoyle Army will not die without the ring, Chastain. You will not live, I know, not truly. But you will not die, either," I try to explain. "But those kids... They will be *tortured* if I don't give Cyrus the ring. And so yes, I chose the lesser of two evils. Allow the Gargoyle Army to continue to not-really-live in the frozen Court or save those kids, and I chose the kids. But that doesn't mean

I have given up on my people. I *will* find a way to cure the Army and I *will* free you. And I don't really care if you believe me or not. Do you want to know why? Because I am your goddamn queen, and you *will* do as I command. Now, *fortify*!"

Chastain coughs, then closes his eyes as pain racks his body. It's hard to watch, knowing that I caused it. Knowing also that he can stop it but he's just too stubborn to do so. "All you had to do from the beginning was tell me the truth. A gargoyle's purpose is to protect those who cannot protect themselves, and children are the most precious of those. I would have given you the ring the first day, even if it meant the death of the Army. A gargoyle will always sacrifice their life to save the defenseless, Grace."

Shame swamps me at his words, because I always looked at him as an obstacle, something to get around. It never occurred to me that he might actually be an ally, that he might be willing to help me save everyone. It makes me feel like a bad person that I didn't even consider it—and more, it makes me feel like a bad gargoyle.

I knew gargoyles were created to protect; I just didn't realize how much of who they are and what they believe is wrapped up in that one mission.

But I'm not the only one to blame here.

"Well, next time, give a lady a chance, will ya?"

He nods, then extends his fingers to make removing the ring easier. And says, "It has been my honor to lead our people, to protect them, for a millennium. And now it is yours."

I take a deep breath, start to tell him that I won't let him down. But it's too late. He's already turned to stone.

# 100

No Time
Like the
Not-So-Present

Tears burn the back of my throat. It catches me by surprise, considering Chastain and I have done nothing but have issues since the first time we met. Besides the last few moments before he turned to stone, he's never even been nice to me.

Yet, as I kneel here looking up at him, all I can feel is sadness. It was always my plan to take his ring, and I knew it would make the poison start to work again in the frozen Court, but time would be on my side. It would take years to harm them, and I only needed a day to win the Trials and save them. And if I don't win—I am certain one of the first things Cyrus will do once he becomes a god is smite the Army once and for all. They really were fucked any way you looked at it, whether they knew it or not.

And yet, seeing Chastain turned to stone, seeing all of them turned to stone, brings a heaviness to my heart that I wasn't expecting.

Because it's on me to make sure they don't stay this way. On me to make sure I didn't take away the only shot at life they had, no matter how brief. It wasn't the right kind of life, but it was something. And now we're here, at a place where *frozen in time* suddenly doesn't sound so bad.

Turning to stone is natural for a gargoyle. Being trapped that way for eternity...not so much. And if we fail at the Trials, that's exactly what will happen. And worse, I will have sent all my friends to their deaths, too.

Panic wells up in me at the thought. My heart starts to beat too fast, my hands are shaking, and I forget how to breathe. I force my lungs to remember and draw in one slow, shaky breath. I hold it, then blow it back out just as slowly. In, out. In, out. In, out.

And then I start to do addition in my head. Four plus four is eight...

By 256, the roaring in my ears goes away, as does the rapid-fire pounding of my heart. The panic recedes—but it doesn't go away completely, and I'm not

sure it will until I find a way to free the Army—but at least I can think past it now.

And as I do, I reach forward with trembling hands and slide the God Stone from Chastain's finger.

The moment I touch it, a feeling of power like nothing I've ever felt before comes over me. When Alistair first passed me the Crown, I felt nothing. A minor burning and itch in my palm, that's all. But that warmth, that electrical charge, is *nothing* compared to what it feels like to touch this ring. Nothing compared to the overwhelming heat and intensity and feeling that comes just from holding it. It's like holding the sun in the palm of my hand.

I turn it over, stare deep into the vibrant orange heart of the Stone. And wonder how on earth I'm going to turn this over to Cyrus. The man is obsessed with power—having it, wielding it, taking it. How can I possibly hand something like this over to him? Something that's guaranteed to give him more power than he ever dreamed?

I can't.

But I have to.

It's a slippery slope, even believing he's going to keep his end of the bargain. Because what happens if I give him this Stone and he doesn't release everyone from Katmere? What if there's a loophole in our magical agreement I didn't foresee? How are we going to be able to stop him?

Will we even have a chance to?

I don't know. There's no easy answer...except for one.

If we don't bring the Stone back, if we double-cross Cyrus, he will kill every single person he took from Katmere Academy. Or worse, he will torture them, suck their magic dry, and then leave them to die, tormented and alone.

When I think about Uncle Finn and Aunt Rowena, when I think about Gwen and Dawud's brother, Amir, and all the kids I went to class with, I know that there really is only one answer.

Is it problematic? Yes. Is it dangerous? Absolutely. Is it guaranteed to work? Not even close. But it is the only way I can live with myself, the only way I can look myself in the mirror.

We have to give the ring to Cyrus. What happens then is anyone's guess, but there's no way I can leave my friends and family and classmates to die the kind of death he has planned for them. Not if there's a chance I can stop it.

All of which is just one more reason we cannot fail at the Trials. We have to win, we have to get the pendant or fountain or whatever it is, and we have to free the Gargoyle Army and take down Cyrus. It's the only way to stop him

and protect everyone we need to protect.

There is no other option.

"Do we just leave them like this?" Macy asks in a small voice. She's standing beside Artelya, who looks as majestic in stone as she does in real life. Chin up, eyes clear, body ready to fight.

"I think we have to," I answer. There's nowhere else to put them, no castle left to lock them inside to keep them safe. Just the ruins of the Gargoyle Court scattered at their feet.

"It doesn't seem right," Flint says, and for once he doesn't sound angry. Just sad.

"None of this is right," Jaxon replies. "It hasn't been for a long time."

Flint looks at him, long and slow, and for the first time in days, something besides rage passes between them.

I don't know what it is, but it feels fitting that whatever is happening here, surrounded by these men and women who are braver than I ever could have imagined, is more than the anger and blame and fear that came before.

The only way to get out of this mess is to trust one another. It's the only thing Cyrus doesn't have. He rules by fear, by force, and so he'll never understand what it means to actually be united with anyone or anything but his own ambition.

But we do. It may not look like it right now, with everyone splintered all over the place, but that stops here. Enough is enough.

My gaze meets Hudson's oceanic one across the training field, and there's something in his eyes that's been missing for days, too. Resolve. Determination. Hope.

Hope that we'll get to the other side of this.

Hope that we'll actually be able to pull it off.

Hope that, when we do, life will be better than it has been in a while. And so will we.

I smile at him just to see the way his eyes light up and his lips curl in an answering grin. We've got a long way to go to make this right—for the world and for us—but maybe, just maybe, we'll be able to do it as a real team instead of a fractured one just trying to hold on through the mess and the pain.

Maybe, just maybe, we'll all be okay at the end of this.

"So." Eden clears her throat as her gaze lands on Izzy. "What happens now? Do you unfreeze us, too, and magically send us back to the Vampire Court? I mean, aren't we still frozen statues there?"

That is a very good question. As I glance around at the ruined Court, which

is in our timeline, I realize what Jikan meant by changing our *where* in the *when*. I don't know how he did it, but he must have moved our frozen selves from Cyrus's dungeon to here. As he would say, he *is* the God of Time. I'm pretty sure there isn't much he can't do.

"Unfortunately, we're no longer in the Vampire Court. Jikan moved us." I sigh.

Eden nods. "So we're flying back?" she asks. "If so, can I ask that you turn Isadora into a statue for the trip? I think she'd make a good hood ornament."

"Oh, I think we can find a faster way back to the Court than that." The disembodied voice—as thick and rich as a New Orleans praline—comes out of nowhere. "Though I do love a good hood ornament."

I screech in excitement as the air around us starts to spark and shimmer. Because I would know that voice anywhere. "Remy!" I shout as my favorite cell mate and warlock appears right in the center of what's left of the training circle, a huge grin on his handsome face.

Seconds later, Calder shimmers into existence right beside him. "While I'm all for riding a dragon or two," she says, batting her big brown eyes at Flint, "I do like a little more privacy when I do it. Besides," she says with a careless shrug that has Eden all but standing at attention, "I just got my hair done, and wind shear is terrible for my Brazilian blowout."

# 101



## Bewitched and Bedazzled

"What are you doing here?" I demand. I grab Remy in a hard hug, my arms barely reaching around his massive frame as I stare up at his shaggy dark hair and forest-green eyes. It feels like I haven't seen him in a year, even though I know it's only been a week, if that.

He hugs me just as tightly, then pulls back with a wink. "I told you you'd see me again, *cher.*"

Hudson rolls his eyes, then moves in beside me, which would make me laugh if I hadn't just forced my entire army to turn to stone. He does hold his hand out to Remy, though. "Good to see you, though I'm not sure why you're here."

I step on Hudson's foot and hiss, "Rude," at him under my breath.

But Remy just laughs. "Nice to see some things haven't changed."

"Though some things have, huh?" He turns to Flint with a grimace. "Sorry about your man. And your leg."

Flint just kind of stares at him, like he doesn't know what to say to that. And maybe he doesn't. No one at the Gargoyle Court mentioned his leg at all, and most of us go out of our way not to talk about it, either. Eventually he just says, "Thanks," and ducks his head.

"I like your new leg," Calder says as she envelops him in a jasmine-and-vanilla-scented hug. "Plus, we can bedazzle it before our date."

"Date?" Flint asks.

"Bedazzle?" Eden echoes, looking like it is taking every ounce of strength she has not to crack up.

"I bought a hot-glue gun and a bucket full of semiprecious stones as soon as Remy saw what happened," Calder elaborates, clapping her hands several times in the little-girl way that she has. "I can't wait!"

"By all means, then," Jaxon interjects sardonically. "Let the bedazzling begin."

"It's going to be so beautiful. Not as beautiful as me, but…" She shrugs, as if to say, *What is?* Which is a good point, since the manticore just might be the most beautiful person I have ever seen. And that's saying something, considering who I'm mated to.

"Why don't you tell him about the date you have planned?" Remy urges in the most innocent voice I've ever heard from the warlock—which only has me bracing myself for Flint's explosion.

"I got us front-row tickets for the new BTS tour when it comes to New York. We're going to have the best time! I even got us matching 'Butter' shirts."

"Are they bedazzled?" Eden asks in an aside that has Macy laughing.

Calder hears her, though. "Of course not. That would take away from Flint's leg."

"We definitely wouldn't want that," Jaxon manages to say with a straight face.

The sarcasm must hit Calder this time, because she turns to Jaxon with narrowed eyes. That quickly grow wide when she catches sight of him. "Well, hello there," she says as she twists a lock of her hair around her finger. "How are you?"

She's laying on all the sex appeal now—all of it—and Jaxon looks both a little dazed and a little uncomfortable.

Dawud, on the other hand, looks like they're one small step away from howling at the moon. Eden and Macy look just as enamored as the first time they met her, too. Then again, it's hard to blame them. She is a force to be reckoned with.

"In a hurry, actually," Jaxon answers Calder, looking at me like he wants me to get things moving.

"I bet," Flint says under his breath.

Jaxon's newly tanned face turns red and, for a second, I think he's finally had enough of Flint's digs. But in the end, he just grinds his teeth and stares off into the distance. Of course, Flint is doing the exact same thing—in the opposite direction—which isn't ridiculous *at all*.

I turn back to Remy, who's watching all the fireworks going on with the smirk of a man on the other side of the drama…one who just happens to be able to see the future.

I make a face at him, but he just winks at me—which makes Hudson roll his eyes so hard, I'd be surprised if it didn't hurt.

"You never answered my question," I tell him as Flint and Jaxon continue to snipe at each other behind us. "Why did you come?"

c o u r t

"You're going to need me for what comes next. And Calder insisted on joining, too," he tells me with a nod toward Calder.

"And you just came?" I ask, astonished—but also not—that he would. "You know it's going to be dangerous, right?"

"So that means what? I should just leave you guys to do it alone?" he asks with a quick lift of his brows. "That's not how friendship works. I'm pretty sure a cute little brunette said something like that to me once."

"Yeah, well, that cute little brunette's mate is going to rearrange more than your timeline if you don't knock it off," Hudson comments mildly.

Remy tries for a wounded look, but there's a wicked glint in his eye that says he's enjoying matching wits with Hudson. Of course, the amusement in Hudson's eyes basically says the feeling is mutual. Which makes me shake my head—if I live to be a thousand, I will never understand the whole friendly posturing thing so many men seem to enjoy.

Izzy makes a disgusted sound. "Do you need whipped cream and a cherry to go with all that sweetness, or are you done now?"

Remy glances over at her, then does a quick double take as everything about him goes still.

I shoot Hudson a baffled look, but he just shrugs as the two of them continue to stare at each other for several seconds.

Eventually Izzy snarls and looks away, but Remy continues to watch her through narrowed eyes. Which only pisses her off so much that she pulls out a dagger and starts cleaning her nails with it, like doing it with a razor-sharp blade is the most natural thing in the world.

"What do you think is going to happen when we give Cyrus the Stone?" Flint asks the group. "It must be bad if Remy felt the need to come help."

"I haven't seen it yet," he answers. "I just had a feeling that I needed to be here, so here I am."

Izzy snorts and shakes her head before switching the dagger to her other hand.

"I assume it means Cyrus is going to double-cross us, don't you think?" I say, looking between Jaxon and Hudson. Next to Izzy—who definitely isn't feeling any team spirit at the moment—the two of them know their father best.

"I think it's a safe bet to always assume our father is going to double-cross you," Jaxon comments.

"Now there's an understatement." Hudson's laugh is unamused.

"I've figured he would all along," I comment. "Which is why I think I've got

the basics of a plan."

"Let's hear it," Macy tells me.

"I think I should plan on trying to freeze him and then—" I start, completely forgetting Izzy is on the devil's side.

"Is that your answer to everything?" Sarcasm drips from Izzy's voice straight onto me. "Freeze it? What happens when someone doesn't freeze?"

"It hasn't happened yet," Macy reminds her.

"Yeah, well, shit happens when you least need it to."

"And sometimes people make shit happen." Remy's eyes narrow. "You planning on making something happen?"

"I guess that depends if you keep asking stupid questions," she shoots back with a scowl.

He doesn't answer, just holds her gaze until she turns around with a huff.

"What are we going to do if she is a problem?" Jaxon asks softly. "She's too dangerous to have on Cyrus's side if he's going to screw us over."

"Don't worry about it," Remy answers after a second. "I can handle her."

"I'd like to see you try," Izzy snarls.

There's a wicked edge to Remy's grin as he answers, "Well, why don't you come on over here then, *cher*? We'll see what we can do about that."

Her only answer is a dagger flying by his cheek with only millimeters to spare.

# 102

<div align="right">

On a Ring
and a Prayer

</div>



Remy doesn't even flinch. Instead, he just waves a hand and spins the dagger around mid-flight, then sends it soaring toward Calder, who snatches it out of the air. "Oooh, pretty," she says before sliding it into her giant designer handbag. "Thank you."

"That's mine," Izzy says, fading to her and reaching for her bag.

Calder shifts in an instant, a deep growl coming from her throat and curved, catlike talons springing from her fingers. Isadora rears back in surprise even before Calder takes a swing at her.

Seconds later, the talons are gone, and Calder is back to being her normal, smiley self. "Next time, don't throw your stuff away if you want to keep it," she tells Izzy, who looks between Calder and Remy like she's not sure who she wants to maim more.

Remy just tosses her a wink. Then turns to me and nods at the ring I've slipped onto my finger. "Is that the God Stone?"

"It is." I hold it out for him to see.

"I thought it'd be bigger."

"Yeah, that's what she said," Eden comments.

Remy snickers. "Nice."

He lifts my hand up to examine the ring, but his eyes dart toward Izzy. At first, I think it's because he's—rightfully—worried that her next dagger won't miss. But there's something else going on there, and about the fourth time it happens, something clicks in my brain.

"Well, that's interesting," I tell him after I recover from the surprise.

"Not as interesting as this mess you've gotten yourself into," he answers.

"Did you really just use the worst segue ever to change the subject?" I ask in return.

"Wow. Judgy much?"

"You have no idea," Jaxon says.

"Hey!" I glare at him. "Where did that come from?"

"Just calling it like I see it," he teases.

"Well then, maybe you need glasses."

Hudson's snickering at this point, and so are Macy and Eden. Even Flint has a smile ghosting around the corners of his lips, and it makes me so happy, I rack my brain for a zinger to hit Jaxon with. If playful banter is what Flint needs to feel like himself, even for a few seconds, then I am more than willing to give it to him.

Izzy, apparently, isn't nearly as concerned as I am, though. Because she cuts right through the banter with a snarled, "Exciting as this reunion is, my father is waiting on his ring—unless, that is, you want to delay and see what happens then. I wouldn't if I were you."

"That's what portals are for," Remy tells her. "We can be at the Vampire Court in less than a minute, *cher.*"

"No, we can't," she talks over him, and it's fascinating to listen to her proper British accent tangling with his slow, sexy Cajun drawl. "There will be no portals. We're flying."

He lifts a brow. "I thought you were worried about speed."

"Speed *and* accuracy are what I'm going for," she tells him.

"Oh yeah?" Both brows go up this time, and a wicked grin crosses his face. "I'll remember that."

She rolls her eyes, makes a disgusted sound deep in her throat. "I mean, there's no way I'm going to trust you to open a portal to the Vampire Court. I don't know you. You could have me wandering the desert tonight instead of sleeping in my very comfortable bed, and I am not okay with that."

"Charming though the image of you living the Bedouin life is," he answers, "I'll make sure the portal goes where we need it to go. As for your obvious trust issues...you should probably work on that. Not everyone wants to kill you or screw you, you know."

He ends with a wicked little twist of his lips that says he dares her to keep pushing at him. And at first, I think Izzy's head might explode. Like, actually explode.

Usually, she lets you know she's mad by narrowing her eyes or firming up her lips, but right now her face is red, her eyes are narrowed to slits, and I'm pretty sure smoke is coming out of her ears. The girl is furious, and I fear for Remy's life.

Hudson must feel the same way, because even as I ease forward a little to

put myself in front of Remy, he moves to put himself in front of me. Now at least she has to go through both of us to get to him...

I'm not saying she still won't do that, but at least we have a shot in hell of slowing her down before murder and mayhem occur.

In the end, though, she settles for crossing her arms over her chest and sending him a superior look. "There will be no portal."

"And you think you can stop me, *cher*?" he challenges.

"Dude, she's a Soul Siphon," Flint says, then under his breath, "I would not fuck with that if I were you."

Remy laughs. He actually full-on laughs. And says, "Good luck with stealing *my* magic, if you must."

He turns away, dismissing her, and swirls his hand in the air, one quick loop, and then a portal starts to form instantly. Izzy fades to him before I can blink, and I gasp as she puts a hand in the air and then squeezes it into a fist, just like Hudson did to destroy the Skeleton Army—presumably yanking Remy's soul out of his body.

But Remy just chuckles. "Well, this is going to be fun."

Izzy gapes at him—we all do—but Remy is too busy giving her an *is that all you can do* look to say anything to the rest of us.

"That's amazing!" Macy exclaims. "It usually takes me several minutes to get a portal started. You just swirled your hand and boom! Portal."

She's half starry-eyed and half shocked, and I get it. I spent the first couple of days in prison with Remy feeling the exact same way, like I just can't believe he's real.

"How did you—? How c-can you—?" Izzy stutters, and I must admit, it's kind of nice to see her at a loss for words for once.

"I ate breakfast three hundred yards from four thousand inmates who were trained to kill me, so don't think for one second that you can come down here, wave a *fist*, and make me nervous." His voice is more serious than I've ever heard it, his eyes faraway, and I suddenly remember how helpless I felt in that cell with him. How helpless we both felt. No wonder he's so not playing around now with Izzy's threat.

"Wait..." Flint says. "Isn't that a quote from *A Few Good Men*?"

Remy's serious expression immediately dissolves into one of pure joy. "You've seen it? Isn't that movie great?"

Calder rolls her eyes. "Now you've done it. He *loves* that flick."

"That movie is fantastic!" Flint grins. "Aaron Sorkin. Best dialogue ever."

"You want me on that wall; you *need* me on that wall." Remy does a fair imitation of Jack Nicholson and fist-bumps Flint. "We are seriously gonna have a movie night, you and me, as soon as we fix this little Cyrus mess. You in?"

"Totally," Flint says, and I can't miss how Jaxon is staring at the big, goofy grin on our friend's face, the smile we haven't seen since Luca's death.

"Who is Aaron Sorkin?" Izzy asks and, as one, we all turn to stare at her like she's grown a second head. "Whatever. I'll kill him, too, if he gets in my way."

And we all bust out laughing. Everyone except Remy, who is staring at her with a thoughtful expression and Calder, who has stopped tossing her hair long enough to study her like she's a science experiment.

As the laughter dies down, though, Calder declares, "I like you. We shall now become best friends."

Which sets us all off laughing again. Even Remy chuckles this time.

Eventually the laughter dies down, and Remy turns to Izzy. "Don't be upset, *cher*. You're welcome to join our movie night."

"Hey," Flint starts. "If you're bringing a plus-one, then so am I."

Remy shrugs. "Like I always say, the more the merrier."

"I hope that's not a bad prison joke," Hudson says, and Flint groans.

"Dude. Just no," Flint says, but he's grinning. And again, Jaxon can't take his eyes off him. We are definitely going to talk about this later, but first—

"Just curious, but why are you immune to Izzy's power?" I ask Remy.

Remy holds Izzy's gaze, and I can tell she wants to look away, act like she doesn't care, but she is also dying to know. Probably so she can stop whatever's getting in the way and suck his soul for good, what with her being bloodthirsty as fuck and all.

After a beat, he winks at her and says, "She's got power, I'll give her that. But I already had my magic stolen from me once. It'll take more than a mere demigod to ever take it from me again."

"Demigod?" Jaxon repeats as the rest of us rear back in surprise. His eyes go to his sister, like he expects there to be a blinking light-up sign on her forehead with an arrow pointing down. "How is that possible?"

Izzy just shrugs before she whips another knife out of her belt and starts cleaning her nails again.

It's a defensive move, pure and simple, and even while I'm trying to come to grips with what Remy said, Dawud speaks up for the first time. "Wait. Isadora is a demigod?"

"You didn't know?" Remorse flashes in Remy's eyes, and he turns to her.

c o u r t

"I'm sorry. I won't say any more. It's your secret to tell."

"What does that even mean?" Jaxon demands, looking between the two of them. "Who is your—"

"None of your damn business!" Izzy fumes. "So back off before you no longer have a tongue."

I nearly burst out laughing at the look on his face. Izzy is awful, but there's a part of me that admires her, too. I mean, I have all the trouble with boundaries, but she just lays hers out there with barbed wire and land mines. I've got to respect that about her.

"Anything else we need to do before we get this show on the road?" Remy asks me. His eyes are watchful, like he already knows, and can I just say there's something comforting and also really annoying about having a friend who knows what you're going to do before you do it.

"Yeah," I say softly.

I slide the ring off my finger, then walk over to Izzy and—under the shocked gazes of my friends—hold it out to her.

But they aren't the only ones who are shocked. "What are you doing?" she asks, all but recoiling from the God Stone. "Why would you give that to me?"

She looks so horrified, I almost laugh, but in the end, I manage to hold in my amusement. "You know this ring is powerful enough to free you from Cyrus, right?"

"Don't," she bites out sharply.

"Why would you tell her that?" Flint demands, and he sounds furious. Then again, he almost always sounds furious these days—unless he's making movie dates with Remy, of course.

"Because she deserves to know that I won't judge her for giving Cyrus the ring," I answer, my eyes steady on Izzy's dark blue ones.

"What makes you think I care what you think?" she snarls as she slides the ring on her finger, a shudder running through her. "You don't know me."

"Because you'll give that ring to your father to free the kids from Katmere—and you'll regret it, you'll wonder *what-if*, and you'll blame yourself."

Her laugh is ice-cold. "You are delusional if you think I give a shit about freeing those kids."

"Oh, I know you don't care about them. But you won't use it to free yourself, either," I say. And I know I'm pushing things, know I'm about to run smack-dab into one of those barbed-wire boundaries of hers, but I don't care. I think she needs to hear this. And I think everyone else does, too.

TRACY WOLFF

Especially Remy, if what I suspect is true. But he barely looks like he's listening.

Still, all I can do is try, so I continue. "You'll give the ring to your father because he's gaslit and punished you for not proving your worth for, I'd imagine, your entire life. Hope is not something you're ready to deal with yet."

For a second, just a second, fear flashes into Izzy's eyes. But it disappears as quickly as it came, with rage taking its place. "You don't know anything about me."

"Maybe not," I agree. "But here's the thing—if I give it to him, he'll consider he just made me bow to his whims. It's meaningless. But if you bring it back, you will gain his respect and maybe, just maybe, realize you never needed it to begin with. You are a force, Izzy, and if Remy is right, far more powerful than Cyrus is without that ring. You can choose something else for yourself if you want."

Her hands shake, and I'm pretty sure she's about to reach for a knife to shut me up forever, but I have to finish. If what Hudson shared with me about her is true, she deserves to know someone understands.

"But I want you to know I understand why you won't leave, why you'll give that monster the ring and stay. It's not your fault. Anyone in your shoes would." I sigh and glance at Hudson and Jaxon before turning back to her. "But I think you will be ready to leave someday. And when that day comes, I just want you to know that I'll be here to help you. And so will your brothers."

Jaxon squawks a little at that, but Calder and Macy both hush him.

"Why are you doing this to me?" Izzy demands, and there's a shakiness to her voice I've never heard before.

"Because someone needs to acknowledge you're just as trapped in Cyrus's web as we are," I answer. Then—knowing I've pushed enough—I step back and link my arm through Remy's. "Now, you ready to meet the biggest narcissist ever born?"

He laughs. "Who knew there was someone out there who could actually give Calder some competition?"

But Calder just rolls her eyes and fluffs her hair. "Jealousy is so unbecoming."

"So is vanity," Izzy snarls at her.

"Not when it's a table," Calder singsongs back. Then she pauses, her eyes going wide. "I could use a new vanity table. One with lights. Remy!"

"I'll get you one as soon as we're done here, okay?" he promises with a laugh.

"More than okay. Perfect!" She cracks her knuckles. "Now, where's this vampire who needs his nuts ripped off? I've got a great roaster at home that

I've been wanting to try out."

Everyone cracks up, because how can we not when Calder's on her game?

As we walk toward the portal Remy has held open all this time with absolutely no effort, I realize Dawud has finally snapped out of whatever trance they went into the moment Calder showed up.

The quiet, studious wolf has basically turned into a star-eyed emoji, and it is a sight to see.

"Ready?" Hudson asks, coming up on my non-Remy side.

"As I'll ever be," I reply, taking his hand.

"All right, then." Remy grins. "Let's blow this Popsicle stand."

And just like that, the three of us step into the portal first.



# 103

## A Very
## Untasty Freeze

And I thought Macy's portals were nice.

But if hers are the BMWs of portals, Remy's are the Maseratis. Fast, sleek, and absolutely gorgeous, with its riotous colors spinning all around us, his portal drops us straight into the Vampire Court. There is no falling, no stretching, no pain or pressure. Just a couple of quick steps and we are exactly where we need to be—although I would have preferred *outside* the dungeon cell and not in it.

The students are all still there, as far as I can tell, and I breathe a sigh of relief that Cyrus has kept up his side of the bargain and not harmed them yet. Mekhi, Rafael, and Byron instantly rush forward and pull Jaxon into a group hug.

"Man, it's good to see you," Mekhi says, patting Jaxon on the back.

"Gimme a sec, and I'll get us a portal out of here in no time," Remy says.

"How are you using magic inside these cells?" Izzy asks, and for the first time, there's just a wee bit of awe in her voice.

He turns to her and winks. "I guess I've got secrets, too, *cher.*"

Footsteps suddenly pound down the stairs into the dungeon, and I miss her response as Cyrus appears at our cell door.

"Did you get it?" Cyrus asks, and there's no chill in his voice. No control. Just pure, unadulterated greed.

"Would I be here if we didn't?" Izzy asks him.

"Show it to me!" he demands, a rabid intensity in every syllable as he motions for a guard to open the cell door for her.

Izzy saunters out and holds up the ring with its powerful orange stone, and he cackles—actually cackles—before grabbing the ring out of her hand and staring at it like Sméagol from Lord of the Rings. I swear, at this point it wouldn't surprise me if he called it his precious and started petting it like Sméagol, too. My stomach twists at the sight of him holding the one object that can make him an even more powerful enemy, but I grit my teeth and tell myself again there

was no other choice.

"When your statues disappeared, I wasn't the least bit concerned," he tells us without ever looking up from the ring, "I knew you would return with what I sought, Isadora." His eyes still stare at the ring with so much lust, he doesn't see how her shoulders square just the tiniest bit, how her chin lifts under his praise. When he waves his hand and adds, "Of course you would. You know what would happen to you if you didn't," no one is surprised the compliment was anything but.

No one except Izzy, who hides the sagging in her shoulders by leaning against the nearby wall and whipping out a dagger to clean her nails. "I aim to please, Father."

With the doors open, we quickly file out, Jaxon, Hudson, Macy, Eden, and Dawud as well as Remy and Calder. But when the rest of the Order goes to follow suit, Cyrus waves a hand, and the guards slam the door shut.

"Aren't you forgetting something?" Hudson asks, brows raised.

Cyrus doesn't answer, which is scary in a whole different way. I've seen Cyrus in several moods over the last few months—angry, snide, determined, boastful, frustrated—but I've never seen him like this.

Never seen him so totally obsessed over anyone or anything—even me, and he really, really hates me.

When close to thirty seconds pass and we still don't get an answer, I jump in. "You forgot the kids and faculty. You promised to free them, and we're not leaving here without them."

That snaps his head up, his eyes narrowing in on my face. "This is my Court," he tells me in a voice that brooks no argument. "And this is my house. You'll leave when I tell you that you can go, and you'll forget about what I tell you to forget about. And right now, I'm telling you to forget the kids and get the hell out. Before I change my mind about letting you go."

"But we have a contract," I say and point to the tattoo on my forearm.

"Yes, you didn't fulfill your side of the agreement," Cyrus says. "Izzy brought me the ring, not you."

My stomach sinks as my gaze bounces around my friends' faces, and I make a mental note to ask Hudson later to explain every level of magical contract possible. For now, I just want to smack my head. How could I have not seen this loophole?

"Well, we have a problem, then, *Dad*." Hudson steps forward. "Because we aren't leaving here without them."

Annoyance flashes across Cyrus's face. "Well, then, you can go back in the dungeon cell with them. It's your choice." He raises a hand, and the vampire guards against the back wall start moving toward us.

He's called Hudson's bluff, which means we're out of time and options. I'm going to have to get close enough to touch him and hope the others can figure out how to use what I do to their advantage. The thought makes my skin crawl, but it's not like Cyrus is leaving me with a lot of options here.

I glance at Hudson and Remy, and it's obvious they both know what I'm thinking. Hudson nods, and Remy gives a *go ahead* raise of his eyebrows.

"Isn't there something you're forgetting?" I ask, shuffling closer to him with each word.

"My dear Grace," he says, though his tone reveals there is nothing dear about me. "You've already given me everything I need." He slides the ring onto his finger, and I can tell the moment he feels the power of the God Stone. His whole body trembles, and his face lights with an unholy delight. But he's also distracted.

It's what I've been waiting for—an opening to touch him. I glance at Hudson, make sure he's ready to take out the guards, then lay my hand on Cyrus just as Hudson grabs the guard closest to him. I reach deep inside myself and brush the back of my hand across my green string.

Just like that, Cyrus freezes. But I realize with dawning horror that I must have also brushed against my platinum string—those two strings really are too close together for comfort—and managed to freeze the two of us together.

# 104



## Of War and Wankers

I swear, this green string should come with an instruction manual, because the absolute last thing I would ever want is to be frozen in time together with Cyrus. Like, who the hell wants to be anywhere with that man, let alone trapped in his mind? I'm going to need to douse myself in Lysol about a million times when I escape from here just to get rid of the slimy feeling.

To be honest, I'm surprised he's not screaming at me to get the hell out of his head as he strides down the black marble hallway in high fashion from what I guess was about twelve hundred years ago. Black leggings with some kind of patterned gray knee sock pulled over them, a long black tunic with silver embroidery on the sleeves and around the hem, a black leather belt and shoes, and a silver cloak fastened over his left shoulder.

Every inch of his clothing—and the boots on his feet—is perfect, but then I would expect nothing less from Cyrus. Even in the middle of battle, I've never seen him look anything but sartorially perfect.

I have absolutely no idea where he's going—though I can tell it's in the Vampire Court—but he's in a hurry to get there, walking so fast, I have to all but run to keep up. Eventually, we reach a heavy wooden door at the very end of the hall, and Cyrus throws it open and strides in.

It's a large space, and it looks like an office or a conference room, but as he gets closer to the table in the center of the area, I realize it's a war room. There is a giant circular table dominating the middle, a map inlaid in its surface and groups of different-colored markers scattered about it, and an older man sitting at the table, assessing it, with a small group of servants standing at attention behind him.

As I step closer, I realize that he has the number of each type of paranormal listed per region, along with their weaknesses and the best way to either turn them or eliminate them. Because apparently Cyrus's quest for world domination

TRACY WOLFF

is nothing new.

Once the door to the war room is closed behind him, Cyrus takes off his cloak and drops it over the nearest sofa. Then, rolling up his sleeves, he approaches the table in the center of the room.

From where I'm standing, almost hidden by a large tapestry and sculpture, it looks like a very detailed *Risk* game...which isn't concerning at all. I mean, it's not like a thousand years is a long time to work out all the flaws in your plans for world domination.

"Have you made any progress?" Cyrus asks the other man as he takes up a spot on the opposite side of the table.

"Actually, I think I have. If you look over here—" He breaks off mid-word as he glances up at Cyrus. "Still seeing that witch, are you?" His voice is filled with innuendo.

"How could you possibly know that?" Cyrus snaps.

"You have a little—" I realize what he's pointing at: a smudge of red lip paint at the edge of Cyrus's collar.

"Yes, well, it's the last time I need to bother with her. I got what I wanted. She's becoming a nuisance anyway."

"Don't they all, Your Majesty?" The older vampire's smile is as cold and malicious as anything I've ever seen from Cyrus.

"You're telling me," Cyrus says before turning to snarl at one of the servants in the room. "Have my valet lay out my blue tunic. And make sure he lays out a new doublet with it. The queen and I will be dining formally this evening."

Then he turns back to the map and says, "I've been thinking, Miles. If we concentrate our forces over here, we can eliminate the resistance stronghold once and for all."

I almost move forward to get a better look at where he's pointing, but I'm starting to think maybe he can't see me. Maybe I brought us to a memory of his and not a place, and he can't see me because I'm not part of the memory?

Miles looks surprised. "Isn't that your wife's village? How is she going to react to that?"

"I can handle the queen," Cyrus snaps.

"Can you?" Miles asks, and that's when I clue in on just how important he is. I can't imagine Cyrus tolerating being questioned by anyone he employs. "Because you know how she is if you upset her."

Cyrus turns and pours a goblet of blood from the decanter on the leather-topped furniture that runs the side length of the room. "Delilah will be fine."

c o u r t

"That rabid dog of a woman has never been fine a day in her life." Miles snorts. "I never could figure out why you would marry her and mingle your pure bloodline with hers."

"Even rabid dogs have their uses," Cyrus replies before taking a long sip of blood.

"You know she drained a whole group of villagers dry in that little town of hers? Right before her father sold her to you. She went on a rampage and killed an entire group of men in one night." He shakes his head. "Talk about a woman who doesn't know her place."

"Know about it?" Cyrus's smile is colder than I've ever seen from him—and that's saying something. "That's what attracted me to her in the first place."

Now Miles simply looks confused as he, too, turns to pour himself some blood. "But aren't you worried that she'll turn on you that way? She can't be controlled."

"Of course she can. And do you really think I'm going to fear a woman? Or anyone else, for that matter?" He leans over and shifts a couple of pieces on the map before turning back to Miles. "You know, don't you, my friend, that dogs are bred for different things?"

"Of course. Some are hunters, some are companions—"

"And some exist only to be vicious," Cyrus finishes for him. "No one wants one of those dogs in the house—they cause too many problems with the children and the servants. But if you are worried about being attacked—worried about defending yourself—there's nothing you want more than a vicious dog in your garden. Am I right?"

My stomach churns at the cruelty of his words. What is wrong with this man, to liken his wife to a rabid dog? I'm no fan of Delilah's—what she did to Jaxon, what she has let Cyrus do to Hudson and Izzy—marks her as a truly heinous person in my books.

But the way Cyrus is talking about her? No one deserves for their husband to say this about them, not even a thousand years ago when women were certainly treated differently. It's dehumanizing. And disrespectful. And just awful in every way. She's a vicious dog he keeps in his garden?

For a second, I think I might actually throw up.

But if I do, I could miss something important. Something I need to know about Cyrus or Delilah or how to fix this and free everyone from Katmere once and for all.

So I swallow down the bile creeping up my throat and focus instead on trying

to remember anything and everything I can from this conversation. Because as he was staring at the God Stone, Cyrus must have been thinking about this moment if he brought us here as I brushed against my demigod string. It's important to him, to using the God Stone, and that makes it very important to me, too.

"Of course," Miles agrees with a nod.

"Thank you." Cyrus lifts his goblet to his mouth, and this time he doesn't lower it until he's drained it dry. When he finally pulls the cup away from his mouth, his lips are stained an unbecoming red that makes him look almost as unhinged as he is accusing Delilah of being.

At least until he picks up a cloth from the sideboard and wipes his mouth. He takes his time, as if getting his thoughts in order. Or steeling himself for some battle to come.

Eventually, though, he turns back around and pins Miles with a look that is so blatantly innocent that it is clearly anything but. "Can we also agree that I cannot rule my people if I am seen as vicious or uncontrollable or...rabid? They've already been under the rule of someone with that demeanor and feared her so much, they sided with the humans. I cannot hope to lead our kind into the light if they fear me. I must appear calm, reasonable, strong at all costs. I am the respected leader, and Delilah—my ruthless, rabid queen—is the dog who does what needs to be done *while I hold her rope*."

# 105

<div align="right">

Just a Little In
and (Sh)Out

</div>



God. There's evil, and then there's just disgusting. This is disgusting, so much so that I feel dirty even hearing it. And that's before Miles asks, "And if she were to one day slip that rope, my old friend?"

Cyrus laughs, but there is no humor in the sound. "Do you think me so weak now? That I can't even control my own monster?"

"It's not about controlling her." Miles leans over the table and moves some of the blue wooden markers to a different section of the map entirely. "It's that even the strongest man can occasionally take his eye off the prize."

"I am not any man," Cyrus answers as he studies the map with narrowed eyes. It takes a minute or two, but then he reaches for the blue markers and moves them back to where they started. Then he picks up several of the purple ones and puts them in their place. "I think we'll be better able to maintain control in the north if we use the wolves instead of the witches on the north ridge.

"Besides, soon all of this won't matter. I finally have what I need to put the humans in their place and to bring our people into the light once and for all. The witch is in love with me, and now she is with child."

"So true love conquers all?" Miles looks skeptical.

"Love is a farce. Power is everything—and she has plenty of power, though she foolishly thinks to throw hers away so she can be with me."

"I see." Miles's face lights up with an unholy glee. "And you, of course, have plans to be there to catch it when she does?"

"Something like that." Cyrus drums his fingers on the table as he continues to study every facet of the map. "She's a demigod who is holding the winning hand—the ticket to becoming a god. And she thinks to give all that up for me."

"And this helps you how?" Miles shakes his head. "Wouldn't it be better if you had a goddess on your side?"

"That's why you're my trusted adviser, old friend, while I am the king. You

always think too small." He picks up a piece that looks an awful lot like a crown and moves it to a different place on the map—a place that looks like it's part of Ireland or Scotland based on my admittedly sketchy knowledge of geography, but I'm not close enough to tell for sure. "Because if there is a way for her to become a god…"

"Then there's a way for you to as well."

"Exactly." Cyrus points a manicured finger at him. "And I only need one more thing to accomplish my goals—which I will have in May, only eight months from now."

Miles thinks for a minute about what Cyrus said, then nods. "It's a sound plan, except the humans in Rome are getting restless. How do you plan on keeping their hunting parties under control for that many months?"

Cyrus pushes a few of the purple pieces into Italy. "Let the witches befuddle anyone who is anxious about the recent deaths. We keep them around for a reason."

"We do indeed." Miles steps back from the table and reaches for his own coat, which is laying over one of the bloodred chairs in front of the bookcases. "I do have one last question, Your Majesty, if I may be so bold."

"I didn't think you could be anything but bold," Cyrus counters. "It is why I chose you to be my adviser."

"An honor I am more than happy to fulfill," Miles says. "But what do you plan on doing if Delilah gets wind of these plans—or if she finds out about the witch? She won't be happy."

"You're right, she won't. But, you know, sometimes there is no other recourse except to put down a rabid dog."

"And you can do that, if you have to?"

"Do it?" Cyrus lifts a brow. "I would relish it. In fact—"

He continues speaking, but I don't hear any more because suddenly a voice from the shadows says, "Well, look what we have here. Are you having fun spying on me, Grace?"

My heart leaps to my chest, starts beating extra fast. Because I know that voice, it features in several of my current nightmares.

It means Cyrus—the real Cyrus and not the memory—has found me.

Shit, shit, shit.

I don't think it's been enough time. Has it been enough time?

How long was Cyrus talking to Miles anyway? Twenty minutes? Thirty? More? And that's in the frozen world. What about the real world?

court

What's the ratio again? Six times the amount of time passes in the frozen world than the real world? Or is it three times the time passes in the frozen world than the real world? I can't remember now.

Why can't I remember?

"Are you going to answer me, Grace?" Cyrus's voice is low and sibilant, every syllable a warning and every sound a threat that has panic beating in my ears, fear racing through my blood.

What do I do? What do I do?

"I didn't mean to spy," I tell him. "I just saw you. That's all."

*Think, Grace. Think. How long has it been?*

*At least thirty minutes*, I decide. It was a long conversation, plus there was walking and drinking and plotting and drinking… Yeah, thirty minutes sounds about right. So that translates into how many minutes in the real world?

"I'm very careful, Grace," Cyrus whispers, and my name is an actual hiss on his tongue. "People don't just see me unless they're looking very, very carefully. Do you know what we do to spies in the Vampire Court?"

An image of Macy's mother, the way I saw her last, pops into my head. Poor Aunt Rowena, curled up in a ball on the floor of the dungeon. Bruised, emaciated, mentally strung out from years upon years of torture. Just the thought stokes my fear up another notch, even as it has anger burning in my belly.

And that threat—combined with the feel of something sharp and knifelike poking me in the stomach—tells me I'm out of time. I brush against the green string and bring us right back to the real world.

The only problem? In the time I was gone, the real world has turned completely upside down.

# 106

## Out of the Fire,
## Into the Jail Cell

There's a lot of shouting and screaming as Cyrus and I unfreeze in the dungeon. We're still on the outside of the cell, right in front of the iron door, but everyone else has moved—and not in a good way.

Izzy is only a few feet away, and she's standing over Jaxon and Hudson, who are gray and half conscious on the ground at her feet. She's got a hand on each of them, and I watch in horror as she does her best to drain them of every ounce of power they have.

I start to rush to them, but the truth is the entire dungeon is in chaos, and everywhere I look, one of my friends needs help. Remy and Calder are fighting what looks like an entire squadron of vampire guards, while Macy and Dawud—in human form—are taking on a group of prison guards.

The vampire queen herself, who I'd thought wasn't even currently at Court, is in the center of the melee, kicking ass and tossing the Order and Flint around like they're rag dolls—or rags—and Eden is locked in a death struggle with a vampire I don't recognize. I decide she looks like she's in the most trouble, so I turn toward her, but before I can take more than a step, Delilah sends Mekhi soaring around the iron bars at the front of the dungeon.

He hits with a sickening *thud* and then slides face-first onto the ground. I scream as his head hits the stone and take off running toward him, but Cyrus is right there in front of me. He yanks me up and holds me, dangling, about three feet off the ground.

He tangles his hands in my hair, shoving my head over to the side so that my neck is fully exposed. Then he lets out the loudest, most booming shout I've ever heard from him—or anyone—as he yells, "Stop. Now."

His voice is so loud that it ricochets off the stone walls and floor and ceiling, filling the entire dungeon with the sound of his rage. Everyone in the room at least glances our way, and then my friends freeze as they realize the same thing

that I'm just beginning to understand. My very vulnerable neck is completely exposed to his fangs.

The knowledge sends a wave of horror rushing through me as I remember what happened the last time he bit me. And I'm not the only one. In those quick couple of seconds, I see the terror on Hudson's and Jaxon's faces, too.

It can't happen again. It just can't. I start to try to turn to stone—he can't bite me then—but I've forgotten I'm in a prison cell built by the Blacksmith Vander Bracka. Just like the Aetherum, my gargoyle is gone. None of us has any of our abilities—well, except my demigod string, which appears to be immune to whatever is canceling our magic. I don't even have time to wonder if that's why I wasn't dragged into the nightmares in prison, because the cell Vander built doesn't affect my green string, before I admit the king's fangs also most definitely still work and are poised to strike at any moment.

Everyone stops fighting as they realize they've been beaten—again.

"Toss them in the cell with the others," Cyrus snarls as he opens his hand and lets me fall as if I'm little more than a speck of dust to him. Which I am.

I hit the ground hard, nearly fall to my knees.

"Get them in the cell," Cyrus snarls. "How they could even put up a fight against all of you, I don't know. But it will not happen again."

We're not fighting anymore, but the guards grab on to us anyway and roughly shove us into the cell. I'm racking my brain, trying to figure out what to do to get us out of this mess, even before the gate clangs shut behind us.

"Been here, done this before, huh, Grace?" Remy asks as he finds a place against the wall. He leans into it and then slides down until he's sitting on the floor, the cell obviously preventing him from creating a portal.

"Isn't that the truth?" I ask, thinking of the week we all spent locked in a prison cell together. "If I never—" I break off as Cyrus barks orders at Delilah.

"Keep an eye on them while I have a meeting with my guards. And for God's sake, don't screw this up, too." Then he turns to Isadora and says, "Get upstairs to my office. Before I talk to them, *you* have some explaining to do."

I start to turn away, but it's hard to miss the way Delilah's beautiful face hardens. I'm not sure if it's because Cyrus ordered her around or if it's because he left her down here in the dungeon while he took Isadora—clearly his illegitimate child from an affair he had while married to Delilah—and all his guards upstairs.

I'm betting it's a little bit of both, because both are a hard pill to swallow for anyone, let alone the vampire queen. And it's because I think it is a little bit of both that I take my life in my hands as soon as Cyrus is gone. And ask Delilah,

"Do you actually like it when your husband orders you around like that in front of people? I'm just asking because it makes him look like a tool and you look like a total doormat."

Then I sit back and wait for the explosion.

It doesn't take long.

# 107



### Hailing All
### the Marys

"Have you actually lost your mind?" Jaxon shouts as Delilah whirls on me with a snarl. "She's going to eviscerate you."

"It's a valid question," Calder tells him, examining her glittery nail polish for any chips after the fight. "Doormats have a sucky life with everyone wiping their feet on them. Who wants to be one of those?"

Hudson tries to ease in front of me—which tells me just how pissed he thinks Delilah is, considering he usually stands back to see if I need his support before jumping in—but I won't let him. This is a Hail Mary of a plan, but it's the only one I've got right now, and I'm going to do my best to make sure it works. I didn't risk everything to give Cyrus the God Stone so we could make our next move, only to lose to some magical loophole in a bad contract.

"You know nothing of my relationship with my mate," she snarls as she takes several steps closer to the bars. "And for someone who has made as big a mess of her mated relationships as you have, you've got no room to cast aspersions on us."

She's not wrong there, but still. Now's not the time to dwell on the past—not when the future of so many people depends on us getting the hell out of here.

"More than you might think, actually," I tell her. "But then a rabid dog doesn't think much, does she?"

"What did you just say to her?" Jaxon asks, horrified.

"What did you just say to me?" she echoes, eyes narrowed and teeth bared. But there's something in her face—in her expression—that tells me this isn't the first time she's heard that description in reference to herself. Which is exactly what I was hoping, as it lends legitimacy to everything I'm about to tell her.

If I'm lucky, I can drive a wedge between her and Cyrus deep enough that she decides to stop whatever he has planned for us.

"When I was frozen, I was locked in a memory with Cyrus. It was more than a thousand years ago—since he'd just knocked up some witch, with Isadora,

I'm guessing—and he was telling a man named Miles that you were his attack dog. That he held your rope but was more than capable of putting you down if he had to."

There was a lot more to that conversation—other stuff he said that was equally bad about her—but that's enough to set her off, I think.

Sure enough, Delilah is at the bars in a blink, every single thing about her seething in rage. Seething with the need for destruction—which makes me think I was right. I've definitely hit a sore spot, just as I intended.

But considering I'm the one she currently looks like she wants to kill—in fact, if those bars weren't between us, I'm pretty sure I'd be dead right now—I need to press a little harder. I mean, yes, killing the messenger is one thing. But the other is killing the son of a bitch who did the really bad stuff to begin with… or at least stabbing him in the back.

"You don't know what you're talking about," she screeches.

"Oh, I'm pretty sure we both know that's not true," I answer.

And then, ignoring the way Hudson and Jaxon are so tense that I'm afraid they might break in half, I take a deep breath and put what I hope is the final nail in Cyrus's coffin. "Before you met Cyrus, you went on a rampage in your village, killing many men and draining them dry. Your father had to cover it up before hysteria took over all the humans in the neighboring villages, but word got out among the vampires."

She's watching me closely now, her eyes tracking every move I make. I don't know if it's because she is imagining doing the same to me as those villagers or if it's because she's beginning to believe me. Either way, there's nothing to do at this point but finish it. So I do and pray I've made the right decision, pray that I haven't just condemned Hudson to having to try to keep his mother from killing his mate.

"Did you know that's why Cyrus wanted to marry you? He contacted your father right after that incident, didn't he?" Delilah doesn't say anything, and she doesn't move away from the bars. But her shoulders sag just the barest millimeter, and I know she believes me.

I press my advantage, feeling terrible that I'm deliberately hurting anyone, but too many lives depend on this. "Aren't you tired of being his lapdog, trotted out to kill shit whenever he needs you, being at his beck and call? He thinks you're his property, and he can use you however he wants. Don't you want to make that stop? Don't you want to be free?"

# 108

## Hell Hath No Fury Like a Vampire Scorned

"You have no idea what I want," Delilah spits back at me, but she's gone pasty white, the only color in her face the two red spots burning on her cheekbones. "You think it was easy being a woman a thousand years ago? You think it's easy bowing your back for a man? Back then there was no choice—even for vampires. The name of the game was to find the strongest man you could to protect you and your children."

She tosses her head, holds it up high now. "I did that. I made it through what was done to me in that village, and I found a way out—on the arm of a man who would protect me. Maybe it's not because he loves me, maybe it's just because I belong to him and no one messes with what belongs to Cyrus Vega, but the end result is the same. I *survived*."

I hate, hate, hate that a kernel of sympathy is welling up inside me for Delilah. This is the woman who scarred Jaxon—after giving him up to be raised by someone else.

The woman who allowed Hudson to be tortured for nearly two centuries so that her husband could have another powerful weapon.

The woman who let her husband turn his illegitimate daughter into a servant who cleans up whatever messes he tells her to.

All so that Delilah could survive. All so that she could have the life of a queen.

I remind myself of that—and of the way Jaxon looked when I first got to Katmere, always ducking his head and brushing his hair forward to hide the scar she gave him—and tamp down the sympathy. Then I push forward with the plan, determined to draw enough blood to move her to action.

"But are you really living?" I ask after a second. "What do you have to mark all these years you've spent doing whatever Cyrus wanted you to? A crown that you get to wear because he lets you? Children who have nearly been destroyed by the man you love—children you've nearly destroyed yourself?"

"I've never hurt them—"

"Oh, I beg to differ on that," I snap back. I know I should control this, know that I have to lead her where I want her to go. But it's really hard to do that when she just stood there and said she never hurt Hudson or Jaxon.

What a crock of shit.

"You physically scarred one son permanently—something that's really hard to do to a vampire. You sent him away when he was little more than a child to be raised by someone else. The other son, you let Cyrus abuse and torment and use until he had no choice but to build a shell around himself and his emotions so thick and hard that he nearly got lost in there. Nearly died in there just because he was so desperate to escape being used."

Delilah blinks at that—that's all, just a blink, but it's enough to make me think that I'm getting through to her. Or at least that I'm hitting a nerve, which is something. Hudson told me he really thinks she has a heart in there somewhere, and maybe he's right. Maybe she really isn't as stone-cold dead inside as Cyrus is.

If that's the case, then I've got the advantage now, and I have to press it one last time. I mean, who knows how much longer Cyrus and Isadora are going to be gone? Because the one thing I do know is that the second one of them shows their face down here again, my plan goes up in smoke.

And if a Hail Mary plan gets set on fire, I'm pretty sure this entire place will go up in flames—with all of us in it.

I refuse to let that happen.

"But Hudson still defends you," I tell her. "He says you were trying to protect him, though Jaxon pretty much thinks the opposite. But just in case Hudson is right, just in case there's a mother with an actual heart buried in there somewhere—a woman who's tired of watching her children be sacrificed on the altar of her mate's ambition—then do something about it."

She blinks again, her eyes shifting from me to Hudson and Jaxon, who are now standing on either side of me.

"Let us go," I tell her, meeting those ruthless black eyes of hers with my own. "Let us go and I promise you, I'll find a way to give you the one thing you want most in this world."

"And how is it you would presume to think you know what I want, little girl?" Delilah scoffs. "Do you think it's love? Do you think I want to sit around watching movies with my boys, maybe doing arts and crafts with them? Baking up some nice blood cookies?"

She steps back from the bars now, straightening up so that she looks every inch

the queen in her bloodred Prada suit and five-inch heels. "I am the vampire queen, and I'm not going to be tied down to the two of them just to get rid of their father."

Jaxon stiffens beside me, and Hudson shows no reaction at all—which is how I know she hurt them both with that last comment. Part of me wants nothing more than to slap the shit out of her for what she's done to these two guys I love in very different ways. She's managed to nearly destroy my mate and my best friend, and she deserves to pay for it.

But that's for later. Right now...right now I just have to keep my eye on the prize a little bit longer, and maybe there will actually be a later.

"I don't think being tied to them is what you want at all. But I do think, if I were married to someone who made me give up my kids and forced me to do his bidding for a thousand years, I know what I would want—and I'm pretty sure it's the same thing you want. Revenge."

Delilah's eyes widen at that, and I know I've got her. She wants revenge as much as she wants her next breath—maybe more—and I don't even blame her. "I can give you that—and not some petty little revenge, either. True vengeance against the man who has cheated on you, mocked you, used you, and kept you—and your children—on a rope for far too long."

Jaxon makes a small choking sound beside me, and Hudson shoots me a *take it down a notch* look, but they're not women, so they don't get it. I'm big-game fishing, and I've got her on the line. I just need to reel her in.

"True vengeance against the mate who has done his best to destroy you and everything you've ever cared about, I will give it to you. All you have to do is help us now."

It's the last card I have to play, the last move I can make unless she actually lets us out of here, and I hold my breath as I wait to see if it worked.

All around me, I can sense my friends doing the same thing. Jaxon and Hudson are at my sides, but the others are pretending to be doing something—anything—else but listening. But they, too, are only a few feet away and I can feel them, poised, waiting for whatever happens next.

She wants to take the deal—I can feel the rage and hate rolling off her in waves. But Delilah hasn't stayed alive as long as she has by being foolish. And she knows as well as anyone what the price is for going against Cyrus...and just how many guards are down here listening to us talk right now, just waiting for the chance to advance their own careers by running to him with news of what is happening.

Which is why sarcasm drips off every word when she asks, "You don't

actually expect me to think a little girl like you is going to be the one to bring Cyrus down and give me my revenge? Because you're right. I do want him to pay—for much more than just taking my children from me. But look at you, locked up in a dungeon with a bunch of kids."

She looks from me to her sons and then beyond to everyone else. "You're in no position to make such an offer, and I won't risk the repercussions of going against my mate on the whim of a girl who thinks she's got more power than she has."

It's my turn to narrow my eyes, my turn to stand up straight like the queen I am determined to become. And then I look right at her and answer, "I think we're both tired of being underestimated, don't you?"

My words must hit home because Delilah flinches. She actually flinches, and it tells me everything I need to know.

"I'm so confident I can deliver your revenge, I'm willing to sign on the dotted line."

Hudson gasps and Jaxon barks, "No!"

And I get it, I do. But there's only so many ways this is going to end. Either we spend eternity in this dungeon or get drained by Izzy and die a blessedly quick death. Or we get out and compete in the Trials, and again either die a hopefully quick death or have the one thing that will allow me to deliver on my promise to her. So yeah, it's either death, in which case the magical contract will be moot, or success, and I can fulfill the deal.

Delilah looks shocked for a second, but then her eyes light up with an unholy glee, like she is finally beginning to believe that I mean what I say.

Jaxon, in the meantime, mutters a whole lot of curse words. "Are you fucking kidding me? You can't bind yourself to her. She's a heartless monster. Look what happened when you made a deal with Cyrus—"

"Grace has this, Jaxon," Hudson interrupts, looking straight at me as he says it. "I don't know how you've got it, I don't know what you think you're going to be able to do to make this happen, but if you think you've got it, then you've got it."

Jaxon throws his hands up, shakes his head. "I swear, you're as ridiculous as she is."

But I barely hear him. I'm too busy thinking about how much I love Hudson, and how that's never going to change. We've had our issues lately, but that doesn't mean he doesn't believe in me. He's never doubted me, not once, and there's no way I'm going to let him down now.

So I raise my brow as I turn back to Delilah and ask, "So are you ready for a little payback or not?"

432                                   c o u r t

For long seconds, Delilah doesn't answer. She just looks at me like she's trying to see straight into my mind. Eventually, though, she heaves a dramatic sigh and says, "I'm finally beginning to figure out what my sons see in you, gargoyle girl." Then, quick as a cobra, she reaches through the bars and grabs my hand.

"I will free you from the Vampire Court today," she says. "And you will grant me the revenge I seek against my mate."

"If you free us from the Vampire Court today—*everyone* from Katmere, students and faculty, plus Rowena, alive and healthy, and safely allow us to travel to the Witch Court"—thank you, Cyrus, for teaching me to look for loopholes—"then I promise to return and grant you the revenge you seek against your mate."

I start to leave it at that, but I have no idea what her idea of revenge is except to know that it is bad and dark—probably darker than I want to go. So at the end, I tack on, "That does not result in Cyrus's death."

Delilah's laugh is low and filled with humor—and honesty. "Oh, dear child, you have no worries on that front. The last thing I want is for that man to escape my wrath with anything as easy and painless as death."

I try to swallow, but my mouth is a desert with no moisture in sight. *Please, please, please,* I silently plead to the universe. *Don't ever let me get into a position where I have to cross this woman…over anything. She is not someone who will take it lying down.*

"Are we in agreement?" I ask after a second.

"We are," she answers, and suddenly the heat on my arm where she's grabbed me gets kicked up a notch. I can tell Delilah feels it, too, because she gasps as it gets really hot.

Despite that, she doesn't let go—this is too important for a few minor burns to chase either one of us away. Seconds later, my skin begins to cool and she loosens her hold on me. I glance down at the new tattoo on the inside of my wrist. It's tiny, so I have to look closely to figure out what it is—it turns out it's an elaborate lock, and Delilah's tattoo is a fancy key.

Looks like we really are tied together by this thing, whether I like it or not.

"So what happens now?" I ask.

"Now?" She moves so fast, I swear she vanishes and returns between one blink and another. Five seconds, tops, and she's standing in front of our cell again and licking the blood from her fingers before the five guards' bodies even hit the ground next to their hearts. Then she waves a hand and, just like that, the cell doors unlock and swing open. "Now, you leave."

109

It's In the
Demigod DNA



"How did you do that?" Jaxon asks suspiciously.

Delilah rolls her eyes on a sigh. "Where do you think you got all your power from, Jaxon? Your father?" She laughs without humor. "Why everyone insists on believing that man's hype about himself, I will never know. He is just a vampire, after all."

It's a good point, one that gets me thinking about all kinds of things I don't have time to contemplate right now. Especially when the vampire queen throws up her hands and says, "Well? Are we going or what?"

"Just like that?" I ask doubtfully. It seems too easy, like maybe she's letting us go just so we can be caught by Cyrus and his guards again.

"That was the arrangement," she answers impatiently. "Though if you want to back out—"

"We're not backing out," Macy says quickly. "Come on, let's get everybody out of here before Cyrus and Isadora come back."

Delilah turns to lead everyone out, then pauses, turns back to me. "Cyrus needs to use the God Stone at Katmere at midnight—it's the super blood moon lunar eclipse, the only one this year."

"Katmere?" I ask, my heart hurting at the memory of all that rubble. "Katmere's gone."

Delilah arches a brow at me. "There's an altar just down the path to the west of Katmere, past a giant tree. That's all I know, but I would suggest doing whatever you plan on doing before he gets there."

I mentally calculate the time zones between here, Florida, and Alaska, and the time it'll likely take us to complete the Trials, and I'm not gonna lie. It's going to be close. But then, I try to remind myself, it won't matter if he's a god or not if the Army is freed and the Crown working.

I hold the woman's gaze. "Thank you, Delilah."

c o u r t

I can tell she's uncomfortable accepting my appreciation, especially when she sneers back, "I look forward to you delivering my revenge, is all."

I shake my head, then turn back to my friends and urge them to hurry.

Jaxon and the Order take the lead with the vampires, following right behind Delilah as she starts down the long, dark hallway that runs in front of the cells. Eden and Flint shepherd out the dragons right behind them—one in front and one pulling up the rear with the stragglers, with some of the teachers jumping in to help—while Dawud and Calder do the same with the wolves.

"Hudson and Remy can get the witches," I tell Macy as we make our way to the back of the dungeon. "You and I will get your parents."

"Thanks." She flashes me a grateful smile as I bend over to help Uncle Finn to his feet.

"You doing okay?" I ask him.

"Doing great now," he answers, though the words come out tight and a little breathless.

Despite the obvious pain, he turns to my aunt and reaches out a hand to her. "Come on, Rowena. Thanks to our daughter and our niece, it's finally time to get you out of here."

Rowena lets out a disbelieving little cry and allows Macy and Uncle Finn to help her up and get her moving. It's slow going, though, and she winces with nearly every step.

"Would it help if I carried you?" Hudson asks from his spot at the back of the group of witches. "I don't want to take a chance on you hurting yourself worse."

At first, it looks like Uncle Finn is going to object—it's obvious he wants to be the one to carry his wife to safety—but he is in terrible shape himself.

My uncle must realize it, too, because he nods and says, "Thank you, Hudson," before turning to Aunt Rowena. "This is Grace's mate, Rowena. His name is Hudson. He won't hurt you, but he can help us get you out of here if you let him."

For a second, it looks like my aunt is going to say no—and to be honest, I wouldn't blame her. She's been trapped in here for years as Cyrus's, and surely plenty of the vampire guards', punching bag. If she doesn't want to let a strange vampire carry her, I would totally get it. And would find a way to carry her myself.

But Aunt Rowena is coherent enough to understand what's at stake here, so though she glances nervously at Hudson, she nods and only flinches a little when he bends to scoop her up.

"I'll do my best not to jostle or hurt you," he tells her as we race toward the

TRACY WOLFF

front of the cell. "But please, tell me if I do."

She nods again, but she still doesn't speak. In fact, she doesn't make a sound until we get to the iron gates at the front of the prison cell. But once Hudson tries to walk through them, she screams like she's being murdered.

He freezes instantly, his gaze shooting to mine in a plea for help it would be impossible not to recognize.

"What's wrong, Mom?" Macy asks, racing to her side. "What hurts?"

Macy looks at Hudson, but he just shakes his head. "I didn't shift position at all. I don't know what's wrong."

"I don't think I can go," my aunt says after a second, her voice cracking with the reflection of everything she's suffered.

"Why not?" Macy asks, and there are tears trembling in her beautiful blue eyes. "Mom? It's safe. Cyrus won't hurt you, but we've got to go now."

"It's not that. Cyrus is the one keeping me in the dungeon, but—" She breaks off and sinks back against Hudson's chest, like the effort of talking is just too much for her. Which it might be, considering everything she's been through—plus whatever just happened to her that made her scream like she was being set on fire.

"What is it, Mom?" Macy pleads. "Tell us what you need, and we'll do it. I swear."

"I owe a favor to the Crone," Aunt Rowena finally answers. "I don't think I can leave here until I repay it."

"What's the favor?" I ask. "We'll do it for you."

It's a brazen promise, I know, but time is ticking away. The longer we stay here, the greater the chance is that Cyrus finds us. And I have no other cards up my sleeves, nothing else I can play to get us another chance out of this place.

Aunt Rowena looks at Uncle Finn, and he nods. "They're not children anymore, Ro. Our daughter and her friends—" His voice breaks, and he clears his throat before trying to speak again. "They've done truly awe-inspiring things."

My aunt must believe him—or she simply has no more fight in her—because she nods. Then whispers, "I have to bring her daughter to her."

"Her daughter?" Hudson blurts out, shocked. "The Crone has a daughter in the Vampire Court?"

And suddenly, everything clicks. Everything.

Cyrus wasn't having an affair with a witch. He was having an affair with the Crone. And the Crone's daughter would be a demigod like me. A demigod like *Izzy.*

"Izzy is her daughter," I tell them. "And, apparently, my cousin."

436                                          court

Hudson's eyes go wide, and I can tell he's suddenly putting together the puzzle pieces we've got in the same way that I have.

"Why do you look so upset?" Uncle Finn says. "At least now that we know who she is, we can come up with a plan to get her to come with us."

Macy laughs, but not in a good way. "Spoken like a man who's never tried to get Isadora Vega to do something she doesn't want to do."

Which is about the truest thing I've heard in a long time. Because not only do we have to convince Izzy to come with us—we need to do it before she screams to her father that we're in the middle of an escape.

110

The Nearest Existential
Crisis May Be
Behind You



"We need the others," Macy says as the implications of my realization start to come home to us. "There's no way we can kidnap Isadora alone."

"Kidnap?" Uncle Finn repeats, sounding alarmed.

"I don't think there's any other way we're getting her out of here," I tell him, then turn to Macy. "And you're right. You stay with your mom, and Hudson and I will run and get the others."

"Actually, I have something else I need to do," Hudson says as he gently places Macy's mom back on the cold dungeon floor.

"Where's that?" I ask.

Hudson shoots me an *I'll tell you in a minute* look, then turns to Uncle Finn and says, "The students need you to come with them. And I need to talk to you first."

Uncle Finn looks like he wants to protest, and I get it. His wife and daughter are sitting on the floor of a dungeon that one of them currently cannot leave. It's a big ask to expect him to just walk away from that. But on the other hand, he's the headmaster of Katmere, and we're leaving here with hundreds of Katmere students.

It's his duty to help get them to safety, and he knows it.

Which is why he nods and then bends down and kisses and hugs Aunt Rowena and Macy. As he says goodbye to her mother, Macy looks up at me with tears in her eyes and determination on her face.

"It's going to be all right," I tell Uncle Finn after he's said a choked goodbye to Macy and Aunt Ro. "Aunt Rowena will be right behind you, and I promise we'll keep Macy safe."

"I know." He pulls me in for a hug and then kisses the top of my head. "But I need you to keep yourself safe, too, Grace. I need my favorite niece to come

back with Macy, okay?"

I hug him tighter. "I'm your only niece, Uncle Finn."

"Doesn't mean you're not my favorite." He pulls back and looks me straight in the eye. "Plus, it's just more reason to keep yourself safe. I need a niece."

"Okay," I say with a laugh. "Good argument."

As we start walking again, he turns to Hudson. "What did you want to talk to me about?"

"I have to go to the wells and get the others," Hudson says quietly, and my heart drops to my toes.

Gwen and all the others who've been hurt by Cyrus. Who've been drained. I almost forgot about them, would have forgotten about them, if Hudson hadn't remembered. The knowledge devastates me, has me wanting to cry because what's the point of doing all this if I just forget about the people who need me most? The people we're fighting so hard to save?

The shame I'm feeling must be on my face, because Hudson takes my hand and says very quietly, "You would have remembered."

"I don't think so. I was so wrapped up in everything else that I—"

"You would have remembered," he tells me, more firmly this time. "So don't beat yourself up about it. I'm taking care of it."

"So what are you going to do?" my uncle asks.

"When we get past the crypts, I'm going to break off and go down to the wells and get whoever's—" He breaks off because I know he doesn't want to say the words. He's going to get whoever is still alive.

My heart breaks when I think of Gwen, kind, brilliant, talented Gwen, maybe dying down there.

Hudson clears his throat, then continues. "From what I understand, the plan is for the witch instructors from Katmere to make portals to the Witch Court once Jaxon and the others get them out of range of the dampening effect of the dungeon. I was going to have you supervise that and, depending on how fast it goes, hold a portal open for whomever I'm bringing up from the wells. I'm sure a couple members of the Order will stay and help you get them across."

"In the meantime," I pick up where he left off, "the rest of us will be figuring out a way to get Izzy to the Crone. As soon as we've got her, Macy will make a portal there. Then comes the actual hard part. We've got to go back to St. Augustine, Florida, and pass the—"

"Impossible Trials?" Uncle Finn says incredulously. "You're going for the Tears of Eleos?"

"We have to try," I answer. "There's no other way to free the Gargoyle Army. We have to do it because I promised I would—they don't deserve to be frozen like that forever—and because we need the Army if we're going to have any chance of defeating Cyrus once and for all."

My uncle looks a little dazed when I finish laying out the plan for him, but he looks impressed, too. "Are you sure about this, Grace?" His gaze shifts between Hudson and me. "You know it's a long shot, right? Nobody's ever completed the Trials. And if you compete for it and lose—" It's his turn to stop talking in the middle of a sentence.

"We know, Uncle Finn. But there is no other way to get what we need. So we're going to do it, and we're going to win." I say it with way more confidence than I'm feeling, but at this point, what else is there to do? "Which means I have one more favor to ask of you."

"Anything," he tells me.

"When you get to the Witch Court, I need you to get them on board with helping us. They wouldn't before, but that was because they were afraid of what Cyrus would do to their children. But we made an agreement that if we freed the children, they would help us."

"I'll make sure they do," he answers. "What do you need from them?"

Before I can answer, Remy comes racing back down the hall toward us. "There you are! We were beginning to wonder what was going on," he tells us.

"Sorry, we got held up." I don't bother to tell him why—there's no time for that right now—so I turn back to my uncle. "I need witches in cities all over the world, wherever there are big concentrations of gargoyle statues atop buildings. Paris, Chicago, Quito, Beijing. We're going to need them everywhere."

I name off the places I've learned about since I started researching gargoyles all those months ago. "Once we use the Tears of Eleos tomorrow to cure them, we're going to need portals for them to get through."

"Portals to where?" he asks me.

"Katmere."

He gives me a strange look, and believe me, I get it. Of all the places in the world for this showdown to end up, the pile of dust and bricks that used to be Katmere Academy would not have made my list of the top one hundred places I imagined it would be. But Katmere is where Delilah says Cyrus will be at midnight to use the God Stone, so that is where we will be…along with—I hope—the Gargoyle Army.

"Just trust me, Uncle Finn. Katmere. Tomorrow."

440                         c o u r t

"You know I trust you, Grace." He turns to my mate. "And you, Hudson."

"Well, that's not too bright of you," Hudson responds.

But Uncle Finn just laughs. "I think it's pretty right on." He starts to turn away, to follow Remy back down the hall, but stops at the last minute. "I'm sorry, but I can't go without asking one more time. The Impossible Trials? You're sure, Grace?"

"She'll complete them," Remy tells him.

My uncle gives him a *who the hell are you* look, but Hudson and I are too busy exchanging wide-eyed looks to introduce them. The problem with Remy being able to tell the future is, when he says something, you never know if he's saying it the way everyone else is, with more hope than conviction, or if he's saying it because he *knows* I'll reach the end. And the second question is, why did he say *she*? Was it because my uncle was talking to me specifically? Or because no one else completes it?

That thought is too awful to think about—especially if I'm actually going to take my friends back to that taffy shop—and it's not what I need to be focusing on right now anyway. At this exact moment, the only thing that matters is finding Izzy and getting out of here before Cyrus realizes we're missing. Hopefully, he'll be too busy chewing out his troops for the next while for anyone to notice we're gone. Honestly, Sméagol has his prize, so I expect him to see no need to sully himself with the dungeons now, but that doesn't mean we have time to dawdle.

Then again, when do we ever? If nothing else comes from defeating Cyrus once and for all, the idea that I'll be able to take a nap every once in a while—or maybe even get a full night's sleep—appeals to me the most.

I'm tired, and I feel like I've been tired for a really long time. It's not a good feeling, considering it's only been a couple of months since I turned eighteen. And it's an even worse feeling considering what I still have to do before I get to take one of those naps.

We stop for a couple of minutes to fill Remy in on the plan, then go our separate ways—Remy back to round up the others and deliver Uncle Finn, Hudson to the wells, and me back to Macy and Aunt Ro.

# 111

## I Hate to
## Kidnap and Run



I make it back to Macy and Aunt Rowena only a few minutes before Remy shows up again with the others—and every single one of them looks like I feel. Like we should be doing something right the hell now.

We even know what to do. The only problem is, we have no idea *how* to do it. The Vampire Court is huge—how on earth do we find Izzy before someone finds us? Or worse, finds out the dungeon is completely empty?

"I don't even know where her rooms would be," Jaxon says as he paces back and forth urgently. "I mean, I guess we could start at my father's office, but considering how many guards he's got, that seems like a bad idea."

"Unless you're an adrenaline junkie, yeah," Mekhi answers.

"So where do we non–adrenaline junkies start?" Dawud asks.

"I would have thought you'd start by leaving." Delilah's bold, rich voice booms through the cell. She's standing at the entrance, watching us incredulously. "Didn't I just get you out of here? Why are you back in the cage?"

"Because Rowena can't leave," I say, gesturing to my aunt, who is lying on the floor, looking sicker by the minute.

"So ten of you need to stay with her?" If possible, she sounds even more incredulous. "You know what? Never mind." She puts up a hand and starts to walk away. "I fulfilled my part of the bargain. I take no responsibility if you refuse to leave. Good luck fulfilling your end of our agreement from here."

She starts to walk up the stairs toward the main levels of the Vampire Court when the answer we've been searching for hits me.

"Wait." I push past Hudson and Calder and run through the cell gate to catch her. "Please."

She sighs in obvious irritation, but she stops. She does not, however, turn around. "What?" she bites out.

"You've more than met your end of the bargain, and you don't owe me

court

anything more—"

"So why exactly are you still talking to me?" is her clipped reply.

"Because I'm hoping you'll help us anyway. Because we have no one else to ask."

Another sigh. "And?"

"If we're going to defeat Cyrus, we'll need to have Izzy on our side. We need to find her."

"It's not like it's hard. It seems like that bitch is always underfoot," Delilah replies acidly.

And can I just say, ouch? I mean, I can see why Delilah has issues with her—she is a regular reminder of Cyrus's infidelity. And she is a royal pain in the ass. But it's not her fault Cyrus cheated on Delilah, though I can't help wondering if she's been treated that way for the entirety of the time she spends out of her crypt.

If so, is there any wonder why she's…personality challenged?

Not that I'm about to say that to Delilah when I still need her help. Instead, I go with, "I'm sure it does. But since we can't go up there and look for her, I was wondering if you might help me…" I pause, trying to think of a description that doesn't sound like I'm planning on kidnapping the vampire king's daughter.

"Lure her downstairs to you?" Delilah asks drily.

"Something like that, yeah."

"If it gets Cyrus's bastard out of my house once and for all, I *would be happy to*," she tells me. "What exactly would you like me to do?"

"Give her a reason to immediately come to the dungeon—one that doesn't tip her off that we're free and waiting for her."

Delilah gives me a *no shit* look, then walks up the stairs, stiletto heels clicking with each step. I watch her go, wondering how Cyrus sleeps at night. If I'd screwed the vampire queen over anywhere near as completely as he did, I'd sleep with one eye open for fear of a well-placed Christian Louboutin straight through the heart.

Of course, he's probably too arrogant to believe his dog would turn around and bite him back. Pretty sure he's about to learn that lesson the hard way.

"Do you think she'll really do it?" Macy asks when I finally move to head back into the cell.

"I do," I answer. "But I could just be hoping really hard."

Hudson walks up behind me and, in a low voice, asks, "What is the plan, if you don't mind my asking? Just so we can get ready."

"Funny you should ask," I tell him, doing my best impression of eye batting.

TRACY WOLFF

I figure if you're about to ask your mate and your friends to carry close to two thousand pounds of solid stone, you should at least make a show of it. "It involves you getting to show off all those incredible muscles you guys are always bragging about."

"Oh really?" He lifts a brow, and since he hasn't fixed his pompadour in days, his hair is falling into his eyes and he looks entirely too adorable for words. If the others weren't here right now…

Apparently, some of my interest shows on my face because Hudson's gaze goes from warm to smoldering in the space of a heartbeat. Despite everything going on and where we currently are, my breath catches in my throat. For a moment, we're the only two people in the room.

"Muscles?" Calder says with such glee that our moment is broken, and I glance over to see her licking her lips even as she twirls a lock of hair around her finger. "I love me some men with strong muscles."

And when she bats her eyes, I get to see how it's really done. Because suddenly, Dawud is standing about an inch and a half taller, and they can't wait to ask what we need moved.

Which makes Eden and Macy snicker and roll their eyes at each other—at least until we hear Delilah speaking loudly enough that her words echo down the stone staircase. "I don't know what the little stone bitch wants to tell you, Isadora. I just know that she is insisting it's important."

It's the only warning we're going to get, and we spring into action.

# 112



You Can Never
Go Home Again

Macy and her mom stay in the cell for obvious reasons, but the magical contract should let them join us in the portal as soon as we have Izzy with us. The rest of the group races through the cell doors and scatters. Eden, Flint, and Dawud race to the left of the stairs—out of sight in case we need someone to take Izzy by surprise.

Jaxon and Mekhi do the same on the right, while Hudson, Remy, and Calder stand a few feet from the stairs to provide the distraction. They are the first people she's going to see when she comes down the stairs, and it's going to be very obvious, very quickly, that something is very wrong.

I position myself just behind the stairs. It's the best spot in the whole area to ambush someone, and that is exactly what I plan to do. With the different powers we have, we could tear this place to the ground—but that is the last thing I want to do. Which means—as long as we don't want to alert Cyrus to what's going on here—taking Izzy by surprise is the best way to fight her right now. Plus, after everything that's happened, I'll take any advantage I can get.

"You couldn't just find out what she wanted, Delilah, instead of letting her drag me into this musty old hellhole again? You know I hate—"

She breaks off mid-sentence when she sees exactly what we want her to— Hudson, Remy, and Calder standing right in front of the staircase, looking like they'd be more than happy to eat her for breakfast.

She has a dagger in both hands before I can take another breath, but that doesn't matter. Because I don't give her even a second to throw them before I reach out and freeze her.

Our bodies turn to stone in an instant. It's a feeling I'm ready for but one that has Izzy completely disoriented.

She reaches out, tries to grab on to the stone wall of the dungeon, but it's gone. In its place is the olive-green accent wall in the living room of the home

I grew up in.

I blink when I see it, shocked that we've ended up here—I definitely wasn't thinking about it when I froze us. In fact, I figured we'd end up in whatever place had come to Izzy's mind, not mine. For about the billion-trillionth time, I wonder how this power really works. I can simply freeze someone, stop that arrow of time from moving forward like Jikan mentioned. I can do that if I just brush against my demigod string. I think I've figured that one out.

But if I touch my green string *and* my platinum string, well, that's where things get foggy. I can freeze people and take them to a different time that's on a different plane, like the frozen Court, *or* to a memory, like Cyrus and his war room. So where exactly did I really take Hudson for those four-maybe-more months we were trapped together? And why can't I remember any of it?

I shake my head. I don't have time to get lost in those thoughts right now. Not when I've got a very pissed-off vampire in my childhood home.

I glance around because I can't help myself—it's been eight months since I've been in this room—and nearly cry out when I realize that I've taken us back to the day my parents died.

Fuck. Just...fuck. My knees almost buckle, but I keep them locked because I'm not alone. I'm with Izzy, and if there is one thing I've learned about Cyrus's daughter, it's that showing weakness in front of her is a really terrible idea.

I still don't know why this is where we landed, and I regret it for a lot of reasons. But there's no way I'm going to show her that.

Except...I whirl around and realize Izzy already knows. She's watching me with a sneer on her face and contempt in her eyes.

"Did you really think you could outsmart me?" she demands as we circle each other behind the oversize gray sofa I used to stretch out on and do my homework every day after school. "I've been preparing for this moment since the day we met.

"While you were making a fool of yourself in that training circle, trying to impress the general, I was watching and learning how this gift of yours works. And by the way—some free advice, even though I know you didn't ask for it. You're the queen, you numpty. *He's* supposed to impress *you*."

"I don't—" I break off as my mother opens the fridge in the kitchen, where she is trying to make dinner.

She's wearing her favorite red sweater and a new skirt she and I bought during a shopping trip the weekend before she died. That's how I know what day it is—and how I know what's coming. It's the only time she ever wore it.

She looks beautiful and vibrant and alive, and for a second I miss her so much, it almost brings me to my knees. It's been eight months since she died. Eight months since she wrapped me in a vanilla-and-chai-scented hug and told me that she loves me. Eight months since she obliterated me at Scrabble. And I've never missed her more.

The pain that finally quieted down to a dull ache with occasional sharp pangs is back in full force as I watch her pull out a bunch of vegetables to make a salad. On the stove, the teakettle is going to make the cup of health tea she always insisted I drink with dinner, and something in the oven smells delicious. Chicken enchiladas, if I remember correctly.

She always made the best enchiladas.

Another wave of sadness rolls over me as I remember all the times I helped her make the sauce through the years. How many times I helped her roll up the tortillas. Tears burn behind my eyes as she starts to chop up cucumbers for the salad, and that's when I realize something is different about this vision. More, something is off.

I never smell things in the memories I visit when I'm frozen, and I never feel so intimately connected to them. Yes, this is a really awful day in my life, but still. This doesn't feel like a regular memory.

Which means—

"I wondered if you'd figure it out," Isadora sneers. "It definitely took you long enough."

# 113

## Memory Lane
## Is a Road in Hell



"What are you doing?" I demand as I start putting things together. "How are you controlling what's going on in my memory? I'm the one who froze us. I'm the one who—"

"Should be in charge?" Isadora laughs harshly. "Grace, you don't have the guts to be in charge. You want to be the *nice* girl, you want to play by the rules, but in case you haven't figured it out yet, nice girls don't get anything in this world except destroyed."

She's baiting me, and I know it. But that doesn't mean there isn't truth to her words. It's hard to do the right thing when you're fighting people who don't care about what's right. Who don't care about anything but getting what they want. But if I don't, if I just give up and do the same things they do—Cyrus, Lia, Isadora, Delilah—then what exactly am I fighting to save anyway?

Telling myself that helps, and it lets me focus on what's really important. "You didn't answer my question."

"You're right. I didn't." She narrows her eyes at me. "You don't really think you're the only one around who's special, do you? Just because you can freeze time and spy on people who have no control over it? I may not be able to freeze time and just yank someone out of the world for a while, but I can do this."

She snaps her fingers, and just like that, my father is in the kitchen with my mom, and they are furious with each other. I notice right away as I walk in the front door from school, and guilt and pain start to claw at my stomach. I know what's coming, and I don't want to go there right now. To be honest, I don't want to go there ever again. But I don't have a choice.

Whatever Izzy is doing, however she's manipulating this, I'm not just watching a memory; I'm *living* it. I *am* that younger version of myself. And like a puppet on a string, I'm compelled to do everything exactly as it occurred in my memory.

"We can't do this!" my mom shouts at my dad, which is a rare enough occurrence that I put my backpack down on the couch and sneak over so I can get a better vantage point for what's going on in the kitchen. My parents aren't perfect—they fight just like everybody else's—but it's usually more discussion than argument, more talking than yelling.

So if my mom is this worked up, whatever it is they're fighting about has got to be bad.

"I don't think we have a choice, Aria," my dad tells her. "Grace has to learn—"

"She will. She can. We can teach her."

"I don't think so." He paces back and forth in front of the island, another sign of his agitation. "What she has to learn is bigger than us."

"So what, Cillian? We just throw her to the wolves?" My mom looks like she's about to cry, and it twists my stomach into knots, has fear skating down my spine and sadness knocking around inside me like a bowling ball that's gone in the gutter. I can feel it shattering a different part of me with each crash.

"That's not what I meant and you know it." My father sighs. "But we can't keep her here forever. Eventually it will stop being a protection and start being a curse. She's seventeen. We were younger than she is when our parents sent us to school."

"Yeah, but next year is soon enough." Tears coat her voice. "She's planning on going away to college anyway—"

"Next year is too late. You read the email. You know things are getting bad. You know it's only a matter of time before—" He breaks off, takes a deep breath. "She needs to be able to protect herself."

"Why?" my mother demands. "We've protected her this far. And the tea—the tea keeps her safe, Cillian. We can hold everything off for just a while longer."

I gasp. I don't remember anything about the tea my mother fed me nightly having to do with their fighting.

"Can we, though?"

"We have. All these years—"

"Because no one has come looking. That doesn't mean that won't change." He sighs. "You know we're almost out of that tea that keep her gargoyle hidden, and my sister is gone now, so we can't get more."

My knees almost give out under me. Oh my God. The reason Aunt Rowena owes the Crone a favor—it's all my fault. She went to get a tea to hide my abilities for my parents. To keep me safe. A sob escapes my throat, and I shove my fist in my mouth, try to push down the pain starting to engulf me. The guilt stealing

my very breath.

*Macy thinks her mother abandoned her because of me. It's my fault.*

My mother stands up from the kitchen table where she's been sitting, her hands wrapped around a cup of tea. "I know! But that doesn't mean anyone will come for sure."

"Yes, it does!" It's my dad's turn to yell. "We've always known we couldn't keep her here forever. Finn says things are coming to a head. If that's true—"

My breath catches in my throat, and my lungs start to feel like they're going to explode. Because I had forgotten they'd mentioned Uncle Finn, didn't realize he or possibly Katmere had anything to do with this fight. I'd originally assumed they didn't know about my gargoyle, but clearly they did. What if that's why they were fighting the day they wrecked? A whimper escapes my throat. What if they wrecked *because* they were fighting about what to do with me?

Guilt swamps me, has tears burning behind my eyes even as it nearly drives me to my knees. I did this. I made this happen. They were trying to protect me when they died, and I only made things worse. Because—

"If that's true, what is Grace going to be able to do about it?" my mom demands.

"More than we think." My dad crosses to her then, takes her hands in his. "Do you actually believe I want this any more than you do? But this is what she was born for. She was born—"

"To be our daughter!" my mom snaps.

"Yes." My dad nods. "But that's not all she is. Going away will help her. If you stop and think, you'll know I'm right."

My mother sighs, looks defeated. "I know." She drops her head on his chest. "I just don't want her to go—"

"Go where?" I demand, barging into the kitchen filled with righteous indignation. "It's my senior year!"

"Grace." My mom looks stricken. "We wanted to make some decisions before we talked to you—"

"Decisions? What decisions do you have to make? I'm not going anywhere until I graduate."

They exchange a long look, and anger spreads through me. "You can't do that! You can't just send me away because you think...what? I don't even know. And where would I go, anyway?"

"Your uncle is headmaster at a school—"

"Uncle Finn? I haven't seen him in years. And he lives in Alaska." I laugh

incredulously. "There's no way you're actually sending me to Alaska. No way!"

"It's not that simple, Grace," my mom says.

"Yeah, well, I think it is. And I'm not going. You can't make me."

"We're not arguing about this right now, Grace," my dad tells me. "You have homework to finish, and we have some thinking to do. In fact—"

He breaks off as Heather honks her horn from the end of the driveway—her way of telling me I forgot something in her car.

"I'm not going," I tell him as I march toward the front door. "You can talk all you want. No way are you shipping me off to Alaska. No freaking way!"

I head for the front door, more furious than I can ever remember being.

"Why don't you take a little time to calm down," my mom says. "We'll talk about it over dinner, and maybe you'll change your mind once you hear what we have to tell you—"

"I'm not coming to dinner. I'm going to Heather's," I shoot back. "I mean, I wouldn't want to burden you with my presence when you so obviously don't want me."

I slam the door behind me, then march down the front walk to Heather's car. Except the car disappears, and then I'm standing in the morgue, listening to some assistant coroner tell me he's sorry but I'm the only one who can identify the bodies. Before I can even understand what he's saying, he leads me into a very cold room where a sheet covers a still form in the center of the area.

"No! No, no, no, no, no." The word becomes my mantra, my prayer, as the room closes in on me. As it loses air.

My legs go out from under me, and I hit the ground as the coroner starts to pull down the sheet. And there she is. My mother. My beautiful, vibrant mother.

Pain and panic explode within me, and it's all I can do to breathe through it. There's a tiny part of my brain telling me to think, to figure this out, but it's impossible when blame and remorse and terror are rolling around inside me. When all I can do or think or feel is focused on my mother's dead body...and on the fact that there's another body lying there, under another sheet.

"It's her," I manage to choke out, my nose burning with the antiseptic smell of the lab.

The coroner nods and moves on to the second sheet, and it takes every ounce of strength I have not to scream. Because my father is under that sheet and—

Suddenly, he sits up, the sheet dropping away from his bloody, broken face. And he reaches for me. "You did this, Grace," he says despite his broken, misshapen jaw. "You did this to us—"

TRACY WOLFF

The pain is overwhelming. Devastating. Crushing, so crushing that I struggle to find a way to breathe. To just be.

And that's when it hits me, just how close this is to what Hudson and Flint had to live through in the prison just a few days ago. Which means this isn't real. It's artificial. And if I'm not doing it—

"You bitch!" I whirl on Isadora. "This is your fault. You're doing this to me."

I can't believe it took me so long to figure it out—the Crone designed that heinous prison, so of course her daughter would have a similar ability.

"You're right, I am," she shoots back with a smile as sharp as a scalpel. "And I'm going to keep doing it until you do the one thing that will make it stop."

# 114



## Choose
## Your Delusions

Izzy shrugs. "I may not be able to freeze time like you can, but I discovered at the Gargoyle Court that I can do something even better. I can create illusions that make you feel time is frozen, like you're stuck in the worst moment of your life, and you can't get out of it, no matter what you do."

"Only you would think that's a good thing," I snarl.

She just grins and snaps. Seconds later, I get to watch myself walk back in the door from school as my mother pulls vegetables out of the fridge.

Not again. Please, not again. I'm not naive enough to ask her to stop, though. The last thing Izzy needs is more ammunition against me.

But she doesn't need me to beg to know that her latest weapon is effective. How can she think anything else when it's all I can do to watch as my parents get into the same fight about sending me away. Except this one is even more detailed, with my dad insisting that he knows what's best for me and my mother fighting him tooth and nail, even as she brews me a cup of that stupid tea.

And after we get to the end, after my father sits up in the morgue and tells me that it's all my fault that they're there, it starts back at the beginning yet again. Each iteration is more detailed, each iteration makes me remember a little more about what life in my house was like before my parents died.

Things were obviously in motion, the machinations of the Bloodletter and Cyrus and the Crone—and God only knows who else—though I was blissfully unaware of it all. Or at least I think they were coming to a head. I can't be sure if everything that's being said is a memory, or if it's just another illusion created by Izzy to hurt me.

Or should I say another incredibly efficient illusion, because the girl knows just where to shove the knife to cause the maximum damage, no pun intended. Every time the scene starts over, I die a little more inside, even though I struggle so hard not to let her know.

TRACY WOLFF

I mean, Aunt Rowena has been suffering for years because of me, tortured in Cyrus's hellish prison and unable to escape because of a favor she owed for me. And now that we finally have a chance to help her pay back that favor and free her forever, the least I can do is live through one of the worst days of my life a few more times.

The fact that it hurts more each time doesn't matter. Neither does the fact that panic is a wild animal within me—trapped and vicious and determined to destroy anything it comes in contact with. My breathing is harsh, my heartbeat is out of control, and my whole body is shaking so hard that my teeth are chattering.

Still, I hold it together until Izzy starts the memory over a sixth time. And this time, instead of being dressed in her favorite sweater and new skirt, my mother is covered in blood. The side of her face is ripped open, her hair is matted to her head, and her chest—there's a gaping wound in the center of it, through which I can actually see her heart struggling to beat.

"Why won't you just agree, Grace?" she asks, looking straight at me as she pours hot water into a cup. "Why would you do this to me? Why would you hurt me like this—"

"Stop." The word escapes on a whimper, and even though I know this isn't true—even though I know Izzy is manipulating everything, I can't watch it again. Not like this, with my beautiful, kind, happy-go-lucky mother shredded to pieces.

"Please stop," I whisper, tears pouring down my face as I try to control the panic racing through me. It doesn't work, and my uneasy stomach threatens to revolt completely.

"You don't have to do this," I tell her when I can speak without worrying about puking. "You don't have to be as cruel as your father."

"You think this is cruel?" Izzy looks at me with surprise. "I'm just trying to help you break free of the guilt, Grace. Why torture yourself with something you had no control over? Something you can't change?"

She sounds genuinely curious, which horrifies me nearly as much as what she's doing to me. So much so that I can't help but answer, "They're my parents. And they're dead."

"So what?" She shrugs. "My mother's dead, and it's the best thing that ever happened to me. Look at you, crying on the floor like a baby over two people who were always supposed to die before you. At least when she died early, my mom left me without any mommy issues."

Shock races through me. Isadora thinks her mother is dead? How is that possible? We all know now who her mom is—and that she's alive and rotten as

all hell. How can Isadora not know?

The answer comes as easily as the question. Fucking Cyrus, who would rather lie to his only daughter about her mother than deal with anything the truth might bring.

"That's not—" I start to tell her the truth—no one should think their parents are dead when they aren't—but then I realize she will never believe me until she sees the truth with her own two eyes. And if she is doing this to me now, I can't imagine what she'll think up if she believes I'm lying about her mother.

Better to keep quiet now and live to show her the truth.

Unfortunately, that decision means watching as the memory repeats again and again on a loop, each time getting more enhanced and further away from the truth. It's horrible to see my parents like that, walking around in their kitchen with the injuries they sustained in the car accident on full display. More than once, I almost cave and unfreeze us just to get away from it, but in the end, I don't. Instead, I tell myself I can take it just a few more minutes if it means getting Aunt Rowena to safety. Just a few more minutes if it means we never have to go back to the damn Vampire Court again.

But somewhere in the middle of reliving all the pain and emotional devastation of that last evening with my parents, something else happens, too. I realize that Izzy was right—no matter what I've been telling myself, their deaths are not my fault.

The girl at the kitchen screaming at them that she won't move to some school in Alaska is just that. A girl. She's an angry child lashing out at her parents because she knows they'll love her anyway. And they do, despite her sounding a little like a spoiled brat.

But it's more than that, too. Because even in the middle of that screaming argument, they never tell her—they never tell *me*—the truth. They never give me a chance to understand the crisis, and they never give me a chance to make a real choice, about Alaska or my life.

And that's not fair. It wasn't fair of me not to hear them out about Katmere, but it wasn't fair of them not to tell me about anything else—including the fact that they begged the Bloodletter to help create me and then ended up hiding me from everyone, including myself, my entire life.

Misguided? Yes.

Done out of love? Yes.

Okay? Not even close.

But I guess that's the thing about the past. You can't change it. You can't fix

it. You can only understand it. And if you're lucky, make sure you don't make
those mistakes again.

"Look at you," Izzy mocks, and I realize the panic has receded and so has
the pain.

I mean, it still hurts to think of this day—I have no doubt it will always hurt
to think about the day my parents died—but it's back to being the dull pain I'm
used to these days. It's chronic, but most days it's also bearable.

"I guess you're not as heartbroken by your parents' deaths as you want
everyone to think."

"That's the thing, isn't it?" I reply as the truth continues to soak deep inside
me. "When you focus on the bad things that happen, you only let yourself feel
the pain. But when you remember the good that comes with the bad, you get
a chance to remember the joy instead. And joy heals in a way guilt never will.

"My parents loved me," I continue. "And I loved them. I'm choosing to focus
on that, to remember that."

"Isn't that so enlightened of you?" Izzy snarls.

"I'm sorry that you never knew a parent's love—" I start to say, thinking to
show her that there is another way, but I stop as I realize that was *not* the way
to ever begin a sentence with Izzy. She is positively murderous, and I know I've
pushed too far. Fear skitters down my spine as she bares her fangs, and I know I
need to get the hell out of here fast if I hope to keep my jugular *inside* my body.

Surely, enough time has passed for the guys to get us somewhere safe. And
if it hasn't, well, I'll find a way to deal with the very pissed-off Izzy there, in the
real world where I'm certain I can get the hell out of her way.

So I unfreeze us.

# 115

<div align="right">

Epic Girl Battle:
Wings vs. Fangs

</div>



Izzy comes out of stone swinging and screaming.

We're outside the Crone's gingerbread house, the dark sky bathed in moonlight so we can clearly see when Izzy's fist connects with Hudson's jaw, snapping his head back on his neck. Then she's whirling around and kicking out at Remy, catching him high and hard enough on his upper thigh to have him swearing under his breath.

"Knock it off!" Remy growls at her when he recovers, but she just hisses and bares her fangs at him—while kicking out again.

This time, her foot doesn't connect, though. Instead, he dodges, whirling around her so fast, she doesn't even know where to look, let alone where to kick. And when she tries to turn with him, he grabs her arms from behind and pulls them back, wrapping his hands around her wrists to restrain her.

In response, she absolutely, positively, totally, and completely loses her shit. Screaming, snarling, swearing, she tries desperately to buck him off while the rest of us look on wide-eyed.

Hudson gives me a *should I help him* look, and I realize for the first time that I'm not the only one who picked up on the undercurrents earlier when Remy first showed up at the unfrozen Gargoyle Court.

I don't know what to tell him—I've been wondering the same thing—so I just shrug. But that's before Izzy manages to get a hand free and slashes out to rake her razor-sharp fingernails down Remy's right cheek.

"Oh, hell no," Calder growls, leaping into the fray.

Wresting Izzy from Remy's grip, Calder tangles her hand in the vampire's topknot and then spins her around by her hair. "Enough?" she asks as Izzy screeches in pain. "Or do you want more?"

"Calder! Stop!" Remy shouts, trying to get in between the two of them.

But Izzy doesn't appreciate the help. Instead, she lashes out even as she

wrestles with Calder, and this time, her foot catches Remy high enough that every guy in the room winces.

"What the hell?" he roars as he all but doubles over.

"I don't need your help, you fucking wanker!" she yells at him as she reaches behind her and grabs up a couple of handfuls of Calder's gorgeous hair.

I can't help shooting a quick look at Hudson at her word choice, and he gives me a sheepish grin that clearly says, *Like brother, like sister.*

At this point, Remy is practically on the floor, while Izzy and Calder are literally trying to murder each other—all without letting go of the other's hair. Isadora's long red hair has fallen out of its topknot, which just gives Calder more to lock her claws into. Which means the two of them are now scratching and snarling and spinning in circles, all while holding on to the hair of their enemy.

And every guy in the place—including Remy from his place on the floor—is watching in total and complete fascination. Even Flint seems spellbound by the absolute *girl fight* going on in front of him.

And no. Just no.

A quick look at Eden tells me she's got the same attitude about this whole thing as I do, so together we shove our way past the gaping, gawking guys and wade into the fray.

I grab on to Isadora and nearly get a fang to the wrist for my trouble. Eden has Calder, and though it seems hard to imagine, I'm pretty sure I'm getting the better end of the deal, considering Calder nearly takes her head off.

"Enough!" I say, but they barely acknowledge I exist, so I say it a second time, louder. Still nothing. Except this time, I get a set of claws to the neck as Calder makes a lunge for Isadora and gets me instead.

"What the hell, Eden?" I demand.

"Sorry." She sounds as testy as I do, but then she did just take a hot-pink-sequined elbow to the eye.

I'm considering freezing Izzy again, just to get her to chill out for a second, but then we'll be right back here in two minutes, so it won't do us any good. Instead, I try to grab her hands and end up getting punched in the shoulder so hard, my arm goes numb for a few seconds.

"Hudson!" I shoot him a *what the hell* look. "Are you going to help me or what?"

Hudson seems utterly terrified. "Um." He glances at the other guys, all of whom take two giant steps away from him as every single one of them refuses to meet my eyes.

c o u r t

"Seriously?" I demand as Calder breaks free of Eden and leaps at Izzy. "You're not going to help at all?"

All the guys—including Hudson—shake their heads, and I end up with a manticore claw to the cheek as I try to help Eden get Calder under some kind of control again. "Damn it!" I yell, and that's it. I've had enough.

I shift and then—holding Isadora as tightly as I can—I fly straight up toward the sky, at least ten feet off the ground.

Calder lets out a shriek as she jumps and tries to grab on to her prize, but I'm pissed off now, and I kick her in the face hard enough with my stone foot to have her grabbing her cheek and settling onto the ground to sulk.

Izzy crows in triumph and starts to trash talk, so I open my arms with no warning and let her crash back to earth—giving her an extra shove on the way down so that she lands on her butt instead of her feet.

And then I come back to the ground, making sure to land between them. "Enough!" I say again, and though they both hiss at me, neither makes a move to go after the other, so I'm calling it a success.

Once I make sure they've chilled out, I whirl on Hudson, who looks appropriately embarrassed now that the fight is over—as he should. "What the hell were you doing?" I demand of him—and the rest of them.

"Are you kidding me?" Mekhi answers. "No man who values any part of his body would get in the middle of that!"

"Women can be vicious," Flint agrees. "I already lost one leg this month, thank you very much. I was *not* risking a second one."

"You're all freaking cowards." I glare at my mate. "Especially you."

He nods right along with the rest of them, and I give him a look that promises this isn't over.

Then turn back to Izzy just in time to hear her demand, "Where am I? You know it's illegal to kidnap people, right?"

"This from the girl who captured everyone in this room at knifepoint and threw us in a dungeon against our will," I shoot right back. "With hundreds of kids who had also been kidnapped and were in the process of being tortured? I'm pretty sure the guilt won't keep me up tonight."

"I always knew you weren't as goody-goody as you let on," she sneers.

"Seriously?" I ask, my eyebrows shooting toward my hairline. "That's what you got out of what I had to say?"

"To be fair," she answers, "you're so boring, I try not to listen to too much that comes out of your mouth."

My gaze narrows as I contemplate saying *to hell with peace* and punching her in the mouth myself. But Remy must figure out how close to the edge I am, because this time he steps between us *before* the violence starts.

"Give us five minutes," he tells her. "I promise you won't regret it."

"I already regret it," she snarls. But when their eyes meet, she throws up a hand and says, "Whatever. Do what you want—you will anyway."

She's right on that front. I'm not leaving here—none of us is leaving here—until the Crone sees Izzy and Aunt Rowena is free. But it's more than that. There's a part of me that thinks seeing that her mother isn't dead, that her mother has been trapped on this island her entire life, will allow Izzy to let some of her anger issues go. She's still got Cyrus the Evil Bastard daddy issues, but knowing your mom isn't really dead—I glance at Macy—or didn't abandon you... That's got to help, right?

With that thought in mind, I walk toward the door of the Crone's perfect gingerbread house. The wind is high tonight, and it whips the ocean into a frenzy all around the island, and I tell myself it's not a bad omen. But then, why wouldn't it be? It's not like I've got a lot of faith in anything going particularly well right now, considering everything that's gotten us to this point.

Still, I'm on borrowed time and I don't have any to waste. Which is why I take a deep breath, knock, and then pray for the best...or at least, not the worst.

# 116



## The Difference
## Is Knife and Day

It takes a moment for someone to come to the door, and when they do, I'm prepared to fast-talk my way past the Crone's creepy manservant security people. But she either figured out something big was happening, or they have the day off, because when the door swings open, the Crone is the one standing there.

She's dressed in a long, flowing dress, just like before. And just like before, she looks like Mother Earth. This time, her brown hair that's really every color in the universe is twisted up in a topknot, not unlike the one Isadora usually wears.

"Grace." She looks surprised to see me, but she does seem curious. "I didn't expect to see you so soon."

"I know." I think about trying to break the news to her slowly, but the truth is we don't have time for that. Izzy can only be counted on not to try to murder someone for one minute, maybe two. And besides, we have a lot of other places we need to be right now.

And so I just say it—there's no sugarcoating this anyway. "We're here to satisfy Rowena's favor, at long last. But know that you may only have a few minutes with her—we're not going to force her to stay here any longer than that."

For a moment, the Crone's expression doesn't change. It remains mildly quizzical and just a little sly. But as my words sink in—as she turns and sees first my aunt Rowena and then Izzy herself—her face seems to collapse.

Disbelief comes first, followed by shock, followed by something that looks a lot like joy and pain and sorrow and relief all mixed up together. Then come the tears, silently pouring down the Crone's face as she walks slowly, haltingly toward her daughter.

Izzy, in the meantime, just looks confused. And furious. And maybe—just maybe—a little bit worried under everything else. Which makes me wonder if she might know what this is about after all.

The Crone finally makes it to Izzy, but she's still crying as she reaches out

to cup her daughter's cheek. Right before her palm connects, though, Isadora loses her shit yet again.

She backs away from the Crone, already reaching for her knives as she screams, "That's it. You have thirty seconds to get me the fuck out of here."

When none of us responds, she whirls on me. "I'm fucking serious, Grace. I want to go back to London. Now."

Her hand is on the hilt of a dagger, and my heart is in my throat as I instinctively start to reach for my green and platinum strings. I'm standing between the God of Order and her long-lost, murderous daughter—and all I can think of is how they're my family. The family I didn't know I had. The Crone is my aunt, even if my grandmother says she can't be trusted. Izzy is my cousin, and *everyone* says *she* can't be trusted. But all I want right now is for everyone to calm the fuck down and for Izzy to stop throwing her knives long enough to just listen.

But it's clear she's having none of that when her hand darts into a hidden pocket and pulls out a blade. I gasp—afraid of where she might throw it—but it suddenly turns into a daisy. She snarls in frustration and reaches for another one, but it turns into a pale-pink rose.

This time she lets out a full-blown scream, fangs and all, that sends a chill skating down my spine and has me inching even closer to touching my green and platinum strings. "Do it again," she yells at Remy, "and I'll kill you."

She doesn't even have to reach for a knife this time before they all turn to flowers. Dahlias, peonies, lilies, roses, daisies, pouring out of her clothes and onto the ground under Remy's watchful gaze. His signature grin is gone, and in its place is an intensity that's impossible to miss.

"Take me home," she growls at me. "Take me home or I swear I'll—"

And I can only guess how scared she must be feeling right now, all the emotions and questions swirling inside her head.

I bite my lip and consider what to do next. We've done what we've come here to do, satisfied Aunt Rowena's contract. We could leave now, do as Izzy wants and get her as far from here as possible. But is that really what she wants? What she needs? The others don't know her backstory yet, but I do, and I can't be another person who doesn't at least try to help. Yes, in the end she might be the evil killing machine Cyrus raised her to be, but I have to hope, like Hudson, she just needs someone to believe she's worth fighting for. That she wants a different life for herself.

"Would you just shut up and listen to someone else talk for a second?" I

court

demand, more exasperated than I can ever remember being. "I swear to God, Isadora, one of these days you're going to stop leading with your knives and actually let someone have a damn conversation with you."

"Or they'll take too long and I'll cut out their tongue," she retorts.

"You planning on using a peony for that?" Hudson asks from where he's leaning against one of the front poles on the wide wraparound porch. "Or will a daisy do?"

"You—" She starts after him, metaphorical claws out this time, but I plant myself firmly in her way. Hudson isn't the only one in this relationship with protective instincts, after all.

"You mother isn't dead, Izzy," I say while I actually have her attention. "Cyrus lied to you. This woman—the Crone—is your mother."

Isadora was poised to shout over me again—more, she was poised to attack me. But as my words sink in, she backs off. She stops fighting and just looks from me to the Crone and back again. Long seconds pass, and I'm guessing she's trying to absorb what I've just told her. And I get it.

Macy is still trying to deal with the fact that her mom was trapped all this time, that she didn't leave her. I can't imagine what it would feel like to think your mom was dead and to find out that she isn't.

Finally, just when I'm about to try to say something else to her, Izzy turns to the Crone and asks, "Is it true?"

The Crone nods. "Yes. I'm your mother." She starts to cry again. "I'm sorry. I'm so sorry, Isadora."

But Isadora doesn't care. She starts backing away from the Crone like she's afraid the woman is going to set her on fire. "I need to go." She pins me with a glare. "You need to let me go."

"Wait," the Crone says, holding an ineffectual hand out to her daughter. "Please, let me—"

"What?" Isadora asks caustically. "Explain? What's there to explain except that you gave me to *Cyrus* to raise?"

"That's not true. He told me you were dead, that my sister had killed her own child—which would kill you, too—and I believed him because…" She shakes her head. "Because I was gullible and sad, and I wanted someone to blame for the fact that you weren't in my arms."

Izzy lifts her chin. "Nice story, but if you really believed I was dead, why would you send some witch into the Vampire Court to look for me?"

"Because when Rowena showed up here, looking for a special tea to hide

a gargoyle's powers, I knew that must mean Alistair and my sister's daughter survived. That this child had to be some kind of grandchild of theirs. And if that was the case, if my sister had a child who had lived, then so did mine."

She pauses for a moment, her eyes unfocused as tears still tremble on her cheeks. Eventually, though, she continues. "What happens to one, happens to both applies to every aspect of our lives. Every aspect of Chaos and Order. And so I gave her the tea. And claimed a favor in return—to find you, as I knew that if I showed up at the Vampire Court, it would only put you in danger. That was the last thing I wanted to do."

"Am I supposed to be impressed by that?" Izzy yawns. "Because I'm not."

I wait for the Crone to take offense—I learned last time I was here that it's not hard to offend her—but she just looks even sadder, if possible.

I can feel myself weakening toward her, but then I remember one very important fact—my people are dying because she helped Cyrus poison them.

"You know the Bloodletter never kidnapped your daughter, don't you?" The words come out more harshly than I intend, but once they're out there, I have no desire to take them back.

The Crone doesn't reply—of course she doesn't. There's no defense against the truth.

"Cyrus is the one who stole your daughter. He needs her to help him become a god, and I can't stop him without the Gargoyle Army."

She still doesn't say anything—not one word about what she did or why she did it—but I don't expect her to. It's not like she's big on personal responsibility or anything.

Still, she hasn't shut me down and that's something. So I press the only tiny advantage I have, saying, "And I can't get the Army to help me until I unfreeze them—which I can't do until I have an antidote to the poison. The poison *you* gave him."

I wait for her to offer to help, but she doesn't. She just watches me with eyes older than the world we're living in.

"Please," I ask her when her silence continues. "Give us the antidote. I can't let the last of my people die. I just can't."

"I didn't mean to do it," she whispers, and for a second it looks like she might actually mean it. She sinks down onto the porch steps, looking small and fragile against their wide planks. "I trusted him. I believed him when he said she'd killed my daughter rather than let Cyrus have a demigod's power to rule. And I wanted to make her pay."

court

Her gaze looks off into the distance but then turns to Aunt Rowena, who is still leaning against Flint, or more likely, still being held up by the strong dragon. "I'm sorry. I know what it's like to live for so many years without your daughter, and I never meant to visit that curse upon you."

Both Aunt Rowena's and Macy's eyes fill with tears, but they don't say anything. They just look away, and it's not like I can blame them. What the Crone did to them was truly despicable.

The Crone turns to me. And says, "You are so much like your grandmother."

Wow. Okay. Definitely not what I was expecting her to say. I'm not even sure it's a compliment, given the Bloodletter has kept her trapped on this island for a millennium.

But then she smiles and continues. "I can see you're coming into your godhood finally, but you still have quite a ways to go." She waves at Izzy. "The flowers were a nice touch, though."

My eyebrows shoot up. "That wasn't me." I point to my left. "That was Remy."

"Um, *cher*," Remy drawls. "Hate to break it to you, but I'd rather have let her stab me in the heart than risk pissing her off more with that trick and getting another kick to the gonads." As though they remember that pain from earlier, the guys in the group all shudder.

"But—how?" I ask. Sure, I'd been reaching for my green string at the time, but I hadn't touched it.

The Crone looks at me archly. "Did Cassia not tell you that chaos magic gave birth to Mother Nature? You are a part of that magic, just as she is, of course."

"Mother Nature?" I repeat incredulously, because come on. I mean, *come on*. I look to Hudson to see what he thinks of all this, but he seems as baffled as I am.

"We need to go," Jaxon says, stepping forward. "Are you going to give Grace the antidote to what's poisoning her army or not? My father is making his move tomorrow, and I'd like to beat that bastard back before he becomes a god."

"Hear, hear," Hudson agrees.

"She won't," Remy says, his eyes swirling eerily.

"Can't or won't?" I ask her.

"Does it matter?" she replies, and the fragile woman who was sitting on the stairs is replaced instantly by a woman of steel. Her chin goes up as she rises to her full height and says, "I do not have an antidote, but if I did, I would not give it to you. I want Cyrus to become a false god. It's the only way I can be assured of my ultimate vengeance for taking my daughter from me, and he will feel the wrath of a true god when I am done."

Well...that's just the dumbest thing I've ever heard. "Do you know how many powerful women want revenge against Cyrus? Hell, Delilah alone would help you remove his balls with a rusty spoon *today*." I shake my head. "If everyone who hates this asshole were to just team up, we could bring down the—"

The Crone sneers, "I would never work with *her*. I don't need *anyone* to seek my final revenge. I am the God of Order, and I will make that *vampire* regret betraying me for as long as the sun burns in the sky."

Her voice grew with each word she spoke, and now her hair is flying around her face, the different-colored strands catching the moonlight and creating thousands of prisms of light, so bright that the entire island is suddenly bathed in its glow. Her eyes burn a brilliant eerie blue and, as she raises her hands by her sides, every plant and tree on the small island begins to shrivel and decay, bark and leaves turning to ash and floating away in seconds, every rock melting back into the sand, until all that is left is a pristine white beach that stretches for over a mile unblemished.

After that little display, she lowers her hands, and her eyes go back to their normal blue, her hair falling against her shoulders as though the breeze that kicked it up a minute ago were nothing more than a phantom.

Izzy's eyes are wide as she stares at her mother and what she's just done with a mere thought. Remy is watching Izzy intently, and Calder is watching him. Everyone else seems floored as well.

Almost everyone. Hudson is completely unimpressed, shrugs, and says, "Brilliant. Well, you enjoy your island shade"—which makes Flint snicker because yeah, she just turned every tree on the island to ash—"but Grace and I have an army to save and an asshole to bring to his knees." He turns to Remy and motions in front of him. "If you wouldn't mind, Remy?"

A wide grin splits Remy's face. "Of course." And then he waves his hand, making two distinct ovals in the air—and two portals open in a flash.

"Which one takes me to the Vampire Court?" Izzy demands.

"The one on the right." He lifts a brow. "In a hurry?"

She doesn't bother to answer, just flips him—and the rest of us—off as she walks toward the portal.

We're in a hurry, too—a really big hurry. And still it bothers me to let Izzy go like this, especially not when I felt so connected to everything and everyone just a few minutes ago. And I've never seen anyone more alienated from everyone than Izzy in my whole life—except maybe the other two Vega siblings.

Maybe that's why I step in front of the portal right before she goes through,

466                             c o u r t

even though experience has taught me she won't appreciate it.

"Get out of my way," she snarls.

"It doesn't have to be like this," I answer. "You don't have to go back to him and whatever bullshit he expects of you."

"You don't know anything about my life," she snaps, trying to shove past me, but I hold my ground.

Sometimes it doesn't hurt to be able to shift into a thousand-pound statue at will—and it definitely doesn't hurt to be able to partially shift, so that it becomes pretty apparent very quickly that no one is moving me unless I want them to.

"You're right, I don't. But you don't have anything there but a father in name only. Here, you have a family if you want us. Two brothers, a mother, a...c-cousin." I stumble a little over the last bit, but that doesn't make it any less true.

"And we're not the only ones," I continue as I look from Macy to Flint to Remy to Dawud to Mekhi to Calder to Eden. "Family isn't always about blood. God knows, Cyrus has done a shit ton of damage to all of you. Don't you think it's time the Vegas take back their power? Claim a new family?"

Hudson steps forward, and I think he's going to say something customarily sardonic. But instead—for the first time in a while—he pulls off the Band-Aid and lets us see what's underneath. Including the soft, broken bits that hurt so much.

"You don't need to let him take another piece of you," he tells his sister. "In fact, you don't need to give him anything at all."

"No one takes anything from me I don't want them to have," she tells him.

"No one knows better than I do exactly how much of you he'll take," he continues as though she hadn't spoken. "But all you have to do is not go through that portal. Stay here with your mother or"—he gestures to the other portal, though he doesn't tell her where it's going—"come with us. The choice is yours."

For a moment, I think she's going to do it. I think she's going to say, *To hell with Cyrus and the epic level of shit he puts us all through.*

But in the end, it doesn't happen. Instead, she just sneers at Hudson and says, "You think you're so smart; you really think you're going to win, don't you?" She levels a glare on me next. "Whatever you've been planning that you never wanted me to hear back in the frozen Court, just know this. He's already won. You just weren't paying attention enough to see it."

With that bone-chilling statement, she turns back to Hudson and Jaxon and tosses out, "Thanks, but I think I'll stick with the winning team."

And then she walks through the portal.

# 117

## Hair Today,
## Gone Tomorrow



"Aaaand that's your cue to leave," Remy says and motions to the other portal as he steps in front of the one back to the Vampire Court. "I'll be right behind you." And steps through.

Jaxon and Hudson move to follow him, but it snaps shut in their faces.

"Should we be concerned?" Jaxon asks.

Hudson lifts a brow. "For Remy or Isadora?"

The rest of us laugh, because he makes a good point. I mean, I'm a big believer that Remy can handle just about anything, but Izzy's a lot, even with flowers for knives.

"She's going to be so mad," Macy says as we migrate, all together, toward the portal that leads to the Witch Court.

"You act like we'll be able to tell the difference," Flint growls with a roll of his eyes. "No offense, but that girl is always mad."

"And by 'mad,' he means 'rabid,'" Dawud adds, then holds their hands up in a *hey, don't shoot the messenger type* apology when Jaxon whirls on them.

"Dude, it's true," Mekhi says. "We were at Court a few days before you arrived, and I swear all she did was threaten to murder people. And actually murder people, now that I think about it."

"Wait a minute." Jaxon pauses right before he was going to enter the portal. "You knew about my sister and didn't tell me."

"Knew about Isadora, yeah," Byron says. "Knew she was Cyrus's little pet, absolutely. Knew she was your sister? Not a clue. It's not like you guys look alike."

"So how did Cyrus explain her?" Hudson asks. "Just another vampire servant?"

"I don't know that he did, honestly," Rafael tells him. "Everyone at Court just knew her when we got there."

"We just assumed she was one of his new pets—you know how he picks up a couple of the most vicious every year to try them out, see if he wants to go

through the trouble of letting them train to be guards."

The answer seems to mollify Hudson, though Jaxon still looks pissed. Of course, Jaxon wasn't raised at Court, so he doesn't know how things go. Not the way Hudson does.

As we start filing through Remy's portal—and no, it hasn't escaped my notice that his magic is so strong that he can literally hold the portal open when he isn't even here—I try to catch Hudson's eye. I want to get his take on what Izzy might have meant with her parting shot.

But Hudson is staring intently at Jaxon and Flint as they argue over which of them should go through the portal next.

"I don't need someone walking behind me like I'm going to topple over any second," Flint growls.

"And I don't trust the Crone not to shoot a parting lightning bolt at us. So I'll go through when everyone else goes through," Jaxon tells him, as though that decides it.

Flint's eyes narrow as he crosses his arms, and I'm afraid we're in for pistols at dawn if I can't find a way to move these two along.

Especially when Flint shoves his shoulders back and lifts his chin in the universal posture for pissed-off, which then has Jaxon mimicking the pose while indignation rolls off him in waves.

I rack my brain, still trying to figure out how to fix this, when Calder purrs, "How about I stay behind with you two sexy things? Rampant testosterone does wonders for my skin-care routine."

I can't tell if she's serious or not, but she gets them moving so fast, they stumble over each other as they try to get through the portal at the same time.

"Was it something I said?" Calder calls after them, right before she gives a truly spectacular hair toss and winks at Eden, who is laughing too hard to catch her breath.

With that problem solved, the rest of us file through the portal straight into the heart of the Witch Court—the Great Hall. I swear, one of these days, Remy is going to tell me his secret, considering he's never been here, but for now I'm just going to be grateful that the king and queen are nowhere to be found. But Uncle Finn is, which I'm sure is why Remy chose this spot to begin with.

Uncle Finn is holding a cup of coffee and pacing back and forth in front of the portal when we walk through en masse. He lets out a little shout when he sees Aunt Rowena in Hudson's arms and rushes over to take her.

"You freed her," he says, looking among the group of us. "You really freed her."

"We told you we would," Jaxon says. He sounds a little cocky, but I know him well enough to see the sentimental glint in his eyes. He's nearly as happy as I am that we managed to rescue Aunt Rowena.

"Yes, you did," Uncle Finn says, and there's a sentimental look on his face, too, as he studies all of us. "I know it's been a terrible couple of weeks since graduation, but can I just say how incredibly proud I am of each and every one of you? And how proud I am to have gotten to be your headmaster. The men and women you've become…" He shakes his head, even ends up trying to mask a sniffle or two. "I couldn't have asked for anything more for any of you. You are truly phenomenal."

"You're right, they are." Aunt Rowena rests her head on his chest as she, too, looks each of us in the eye. She stops when she gets to me, her smile wide in her too-thin face, and she reaches out and squeezes my arm. "Thank you, Grace. For everything."

"I think I'm the one who needs to be thanking you," I tell her, and I channel some earth magic through her hand. It's not much, but I can see a little color return to her cheeks, and she smiles her thanks. Which only makes my chest tighten painfully as guilt swirls in my stomach. She wouldn't be so ill if she hadn't helped my parents hide my gargoyle.

"No you don't, dear," she dismisses, then looks at Uncle Finn. "Do you have rooms lined up for everyone? I'm sure they would like a shower and something to eat."

I'm pretty sure five of our stomachs growl at the exact second she mentions food, and Uncle Finn laughs. "I think we can get that taken care of." He looks at the vampires. "For all of you. How does that sound?"

I nod. The Witch Court wasn't exactly welcoming last time we visited, but we just returned all of their children. That should buy us at least some chicken nuggets and a soft bed.

"Sounds great," Mekhi says, and we start to follow him into the over-the-top hallway that leads to the guest rooms.

As Mekhi and Jaxon head to their rooms, I listen quietly as they debate the merits of O-positive versus -negative blood. Eden, Rafael, and Dawud challenge one another to a paper football game while they wait on their meal. Flint teases Byron that his new magical prosthetic can actually make him run faster than Byron can fade—a good-natured taunt to which Byron laughs and tells him they're fighting words. Next to them, Macy tries to toss M&M's into Calder's mouth, but her aim is so bad that Calder ends up throwing them back

470                                             c o u r t

at her until both of them are laughing hysterically.

It's a good moment, a good slice-of-life in the middle of all this destruction, and as I watch them, I can't help wondering who will be missing the next time we get together. Please God, don't let anyone be missing.

These are my friends sitting here—my family—laughing and teasing and loving one another. I can't lose them. I can't lose any of them.

Yet I'm asking them to do the impossible, to do something Tess flat-out said no one has ever been able to do before. And they all said yes.

My stomach pitches at the thought—and at the realization that they are going to compete in the Trials tomorrow because I asked them to. Because they trust and love me as much as I trust and love them. And because they believed me when I told them we could win.

But what if we can't?

What if I'm wrong?

What if I'm leading all of us into certain death because I'm too proud to admit that Cyrus has won and that it's all my fault? Am I so desperate to save my people and fix my mistake that I've convinced myself, convinced my friends, that we are strong enough to win?

And what happens if we aren't?

# 118

## Hugs and Curses



Most of the guest rooms are taken by the kids from Katmere as they wait on their parents to pick them up, so Uncle Finn has all of us double up. And because he's my uncle Finn, that means I'm doubling up with Macy and not Hudson, which kind of ruins my plans to corner him for a talk.

But it is nice to hang with my cousin again, even though I can't help but notice that realizing her parents have lied her entire life has changed her. Since I first got to Katmere, my cousin's bubbly innocence has been infectious. My lighthouse in troubled waters, always guiding me safely back to shore.

But as I watch her snap open drawers and rustle through her backpack, I can't help but notice that some of her light has dimmed. For the first time since I met her, she looks like an F. Scott Fitzgerald quote I was obsessed with my junior year. "The gates were closed, the sun was down, and there was no beauty left but the gray beauty of steel that withstands all time. Even the grief he could have borne was left behind in the country of youth."

I keep getting caught up in how much I have lost. How much Hudson and Jaxon and Flint have lost, and I forget about Macy. Happy, irrepressible Macy, whose bubble this damn war has finally burst.

It breaks my heart.

When her mom knocks on our door, I offer to take a shower first so they can spend a few minutes alone. Aunt Rowena doesn't seem to want to let Macy out of her sight right now, and the feeling definitely seems to be mutual. I'm really glad she took some time to visit with the healers in the Court, though. She's already looking vastly better than how we discovered her in the dungeons. Macy and her mom have a lot to discuss now that she's feeling able to talk. Which is why I decide to sneak over to Hudson and Jaxon's room as soon as I've packed whatever I can for the Trials.

When I come out of the bathroom thirty minutes later, after the most

glorious shower in existence—I'm grateful to Macy for what she did in my room at the frozen Court, but it does not stand up against actual modern plumbing—I find Macy's mom sitting on the bed with a large leather case next to her.

Macy's on the other side of the bed with a beautiful velvet box and a red pouch.

"What are you up to?" I ask as I move closer for a better look.

"Packing some runes I think might help with the Trials," she answers. I glance down and watch as they arrange a wide array of stones with symbols etched into their smooth surfaces on the quilt.

My heart tightens painfully as I remember a bag of similar runes that my father left for me. Uncle Finn put them in the safe in his office to give to me later, but now they're likely buried under the weight of the rubble that used to be Katmere, and I'll never see them again.

"What is that?" I ask, pointing to one rune in particular, curious because the lines running through it are really beautiful.

"Malachite," Aunt Rowena answers with a smile. "It's one of my favorites."

"It helps empower its owner," Macy says, "and helps manifest change, so I thought it would be a good one for the Trials."

"Tiger's-eye would be another good one," my aunt suggests, pointing to a brown stone with gold lines running through it.

"That one's for protection." I remember from the stone I'd given Jaxon when his soul had been dying. We'd never talked about it, but I always hoped he kept that stone with him even after Nuri had given him her heart.

"Exactly, Grace." My aunt grins. "And personal power, which you girls can never have too much of."

Macy and I nod our enthusiastic agreement.

We spend a few more minutes picking out stones before Macy's mom opens the top of the case she has on her side of the bed. Macy peers over to see what's in there, then squeals with delight.

"Mom! Are those—"

"Viola's potions?" Aunt Rowena finishes. "Why, yes they are, my darling daughter."

"And she said we could have them?" Macy looks skeptical.

"She said I should let you pick three you think you might need, and then I should pick out one for you as well."

"So four?" Macy's eyes go huge. "She never lets anyone take that many."

"I think she's just very excited to have me back," my aunt tells her. "And

also anxious to help protect you from…"

The smile Aunt Rowena's been wearing all night falters, but she shores it up after only a couple of seconds.

Macy goes around the bed to hug her anyway. "It's going to be okay, Mom. I promise."

"I know," Aunt Rowena answers, but she doesn't sound as confident as she's trying to. Not that any of us blame her. I can't help thinking that I was obviously suffering from some kind of delusion when I told myself we would win this thing and free the Gargoyle Army, like it was just any other task we had to do. Because the closer we get to this Impossible Trials thing, the more I want to turn tail and run.

I'm not going to, but I want to. And more specifically, I want to tell my friends to. I'm the gargoyle queen. It's my duty to go into those Trials and do everything I can to win the Tears of Eleos so I can free the Army—even if they believe I betrayed them. But that doesn't mean the people I care about need to do it with me. Honestly, I'd be happy if they left me to do it on my own if it means that they are safe.

"So what potions should I take?" Macy asks extra brightly, trying—I'm sure—to break up any of the residual worry that is filling the room.

Aunt Rowena looks like she wants to say more, but in the end, she just sighs. And says, "Well, if you're going to fight an unknown adversary, the one potion no witch should be without is…" She looks through the box, pulling out the different-colored potions and then putting them back before finally finding a chartreuse-colored one and holding it up. "This one."

"What does it do?" Macy asks, taking the potion with gentle hands.

"What you most need it to," Aunt Rowena answers, resting her hand on top of Macy's and squeezing.

"Oh, Mom." Tears bloom in Macy's eyes, and I think she's going to turn away. But then she turns into her mom and buries her face against her shoulder as she hugs her as though they could make up for every hug they'd ever missed in this one embrace.

"I'm so sorry," I whisper, because the need to apologize has been eating at me since I saw my aunt on the floor of that dungeon. "None of this would have happened if you hadn't needed to get the tea for me—"

# 119



Nothing Is
Set in Stone,
Even a Gargoyle

"**D**on't apologize," Aunt Rowena says. "We all played our part to get to where we are now. I was there when your mom and dad and our coven went to the Bloodletter to ask for help in creating a gargoyle. While we thought we had failed, we were all thrilled when your parents discovered—years later—that it had worked. In you. I'm your aunt, and I was your mother's best friend. It was my honor to help protect you."

Her words cause tears to burn in the backs of my own eyes, and I start to turn away. Maybe I should be angry she helped my parents hide such a fundamental part of who I am from me my entire life. But I can't be. Looking at my aunt now, her shoulders still stooped from years of magical torture, of trying to do what she and my parents thought was best for me, trying to keep me hidden from Cyrus as long as they could… She's suffered enough.

When Aunt Rowena holds an arm out and says, "Come here, Grace," I rush into her arms.

As she wraps one arm around me and one around Macy, it takes everything inside me not to break down. Because there is something really wonderful about being held in a mother's arms again after so long. I don't think I realized how much I needed it—or how much I missed it—until Aunt Rowena's hug made me feel safe in a way I haven't felt in a long, long time.

When I pull away, Aunt Rowena smiles at me and runs a soft hand down my cheek before doing the same to Macy. "What strong, powerful, beautiful young ladies you've both grown into while I was away," she says softly. "I'm so proud of you."

"Don't you start crying, Mom," Macy tells her. "Or I'm going to end up bawling my eyes out, and we don't have time for that."

"Fair enough," Aunt Rowena says before turning to me. "I need to talk to Grace anyway."

"That doesn't sound ominous at all," I tell her with a grin.

"I figure ominous happened a long time ago," she answers. "This is just filling in the blanks with stuff Finn was likely too cautious to tell you." She shakes her head. "I swear, that man wants nothing more than to protect every single one of you from everything."

Since that sounds like Uncle Finn—I've been having to pry information out of him piece by piece since I got to Katmere—I don't bother to defend him. Instead, I ask, "So what hasn't he told me?"

"Well, I'm guessing you didn't know that I asked the Crone for the tea that kept your gargoyle hidden before now, right?" I nod. "You need to understand that magic is not meant to be put into a box for very long. We'd always intended you would attend Katmere, begin your training there, protected by Finn and others, giving you the support and protection to explore what it means to be the first gargoyle in a thousand years. I think with my disappearance, though, everyone became more cautious and decided to keep you hidden longer."

I let out a breath. That my parents hadn't meant to keep something so fundamental about me hidden my whole life—which I have to admit I considered was possible—is a weight I didn't know I'd been carrying.

"But now that I learned from the Crone today that you are the granddaughter of the God of Chaos, well… That changes things, Grace." She stares intently into my eyes.

"The tea would have also kept that part of your nature locked away. And chaos magic is…ancient. Powerful. And most assuredly angry that it's not been set free. One day, it will be stronger than your gargoyle and human sides, and that might be scary for you."

Her words make my stomach clench. I'm used to my gargoyle—I like my gargoyle—but this demigod thing? I'm not nearly as okay with that. Maybe it's because I nearly killed everyone with the green string in the Bloodletter's cave; maybe it's because neither the Crone nor the Bloodletter is the type of person I want to be. Or maybe it's just that I'm scared.

Scared of the power. Scared of the responsibility. Scared of once again becoming something else. Something different. Something I don't think I'll ever understand.

"What should I do?" I force myself to ask even though I don't want to know the answer, and I know Hudson would be very proud of me right now.

"That kind of ancient magic, passed down from mother to daughter, won't be held back forever—and that's a good thing. Don't hold it back, Grace. Accept

it. Embrace it. Learn to wield it the way it's meant to be wielded."

The churning in my stomach gets worse, kicking up the anxiety I'm trying so hard to keep in check. I take a deep breath, do my best to ignore the nerves skittering along my spine.

*It's just a conversation*, I tell myself as Aunt Rowena continues to talk. Just a conversation. Nothing is written in stone. Not even me, gargoyle or not.

"I don't know if I can do that," I tell her honestly. "It's hard to control, and I don't want to mess anything up. And I definitely don't want to hurt anyone."

"Surrendering to the power inside you can be very scary, sweetie, but it's only then that we truly see all that we are capable of becoming. And you, my dear niece, are capable of so much more than you know. Embrace all of your magic, and let it embrace you back," she tells me. "Besides, sometimes causing a little mayhem is exactly what you need to do."

"I don't—" I break off as panic tightens my throat, makes it hard to breathe.

"It's okay," Aunt Rowena tells me as she reaches out to pat my hand. "I didn't mean to upset you."

"You didn't," I answer, though that's not exactly true. But it's not her fault I can't control my abilities, and it's definitely not her fault I can't come to grips with all the different facets of myself.

She doesn't look like she believes me, but she doesn't say anything else. She takes my hand and admires the tattoo that winds all the way up to my elbow. I start to tell her about it—about what it can do and why I have it—but she must already know.

Because instead of asking about it, she puts her hand on top of it and closes her eyes. Seconds later, I feel a gentle warmth running along my skin and when I look down, my tattoo is glowing again. Not the way it does when I channel magic from someone, but something is definitely going on.

My aunt must see the question in my eyes, but she just grins. "A little magical boost never hurt anyone," she tells me and squeezes my hand. "You'll know when you need it."

And just like that, I'm blinking back tears again. My aunt is so much like Macy—so generous, so kind, so smart when it comes to understanding what makes people tick—that it makes me feel even worse that she spent all those years locked in Cyrus's dungeon. All those years locked away from the family who loves her and the world she works so hard even now to make a better place.

"Thank you," I whisper when I can get the words past the tears clogging my throat. "For everything you've done for me."

"Oh, Grace." She wraps both arms around me now and pulls me in for a long hug. "I can't wait to see every part of you come to life. Human. Gargoyle. Demigod. And of course, a witch."

"A what?" I ask, confusion in my voice.

"A witch. Don't forget what your father was." She nods to the runes I haven't put back in my bag yet. "There's magic in your blood."

"I don't think that's true. I can't do magic, not the way Macy can. Not the way you and Uncle Finn can. I can only do what my gargoyle can do—"

"You lit a candle once, remember?" Macy says.

"Yeah, but I didn't actually do that. Hudson did. I just kind of channeled what he gave me—"

"Hudson's a vampire, silly." Macy's smile takes over her whole face. "He might have given you a power boost, but he can't make fire. That candle—that magic? That was all you."

And just like that, the tears I've tried so hard to hold at bay spill over. Because it's nice to think I have something of my dad in me, something besides my smile and curly hair that comes from him.

Something that I can hold on to, even if I haven't been able to do any other spells since then.

I ask my aunt about why I haven't been able to, but she just shrugs. "I don't know, Grace. My best guess would be your gargoyle nullifies the magic inside you, since it is immune to it."

"Yeah, but it doesn't nullify the demigod magic." More's the pity.

"Mom said demigod magic is ancient." Macy claps her hands. "And the Crone said the first time we visited her that gargoyles are not immune to ancient magic! And that means—"

She breaks off as a knock sounds at the door.

# 120

<div align="right">

The Rune
Where It Happened

</div>



"**C**ome in," Macy calls.

"You made it!" I say with a grin as Remy sticks his head in the door.

"I did." He pretends to stagger a little. "Though that Isadora is a bit of a wild woman, isn't she, *cher*?"

"That's one way to put it." I shake my head. "I mean, I would have gone with psychopath, but whatever."

"Nah, she's not that bad. She does keep me on my toes, though."

"And she will for many years to come, huh?" I shoot him a sly grin, but he just shrugs.

"That remains to be seen." He nods toward the bed where Macy and Aunt Rowena continue to sort through runes, picking just the right ones to bring. "I brought you something as well."

With a flourish, he pulls an ornate box from behind his back, similar to the one on the bed but much more familiar. My breath catches. I couldn't have been more surprised if Remy had pulled an ostrich from behind his back.

"How did you—? When—?" I reach out with shaky hands and take the offered box, pull it close to my chest.

Remy shrugs. "I know you meant to get them out of your uncle's safe—you know, before everything went to shit. Besides, you're going to need them."

"How did you know about them?" I ask, because I have to ask. I know Remy is an insanely powerful warlock, and if what my aunt told me about magic not liking being kept in a box is true, I can only imagine how much more powerful he will become as he sets his free. But this, knowing about my father's gift to me and that I lost it...

He stops, and for a second, I think he's actually going to answer the question. But this is Remy, after all, and in the end, he just gives me an enigmatic grin. "Jaxon told me to tell you we leave in an hour. He wants us to meet in the Great

Hall." He rolls his eyes—whether at the room's name or Jaxon's high-handedness, I'm not sure.

"Okay, then," Macy says with a grin. "Let's go kick some Impossible Trials ass."

"Say that five times fast," I tell her.

"Right? The name alone is enough to—" She reaches out to pat Remy on the arm but breaks off as his eyes start to do that weird swirling thing they do right before he says something terrible.

But this time when it stops, Remy doesn't say anything. He just turns to go, without so much as one of his signature smiles.

"Hey!" I call after him. "What did you see? Are we going to get the Tears? Will everyone be okay?"

And then I hold my breath, because I'm not sure I want to know the answer to that question. Not now, when we don't have a choice but to move forward.

For a second, I don't think he's going to answer. But finally, he blows out a long breath and says, "The future is constantly changing, Grace. Just because I see it ending one way doesn't mean that's how it will actually end." He takes a deep inhale, then admits, "And just telling you something bad might happen could actually cause it to happen."

"How is that even possible?" Macy asks.

He shrugs. "Maybe I see you getting hit by a bus today, so I tell you not to walk on J Street at eight p.m. You don't. Instead, you don't go into work at all that day—and you accidentally leave the stove on and burn your home down with your family in it."

Okay, harsh. But not the same thing here, like, at all. "I think we can all agree we'd rather have any future than dying horrifically in the arena for the amusement of others, Remy."

He looks like he's weighing his next words very, very carefully.

Eventually, he takes a deep breath and says, "A leader isn't great because they're always right. A great leader instead makes room for others to be right."

I blink up at him.

"You can be a great leader, Grace," he says, and something in the softness of his voice makes my chest squeeze tight.

"Thank you, Remy," I whisper, a little overwhelmed by his belief in me.

He squeezes me quick before stepping back, then nods toward the bed. "We'll definitely have a better shot with those runes."

Just before he walks out the door, he pauses and tosses over his shoulder, "By the way, I gave your boyfriend a gift that just keeps giving. You can thank me later."

And with a wink, he walks out.

# 121

## Die on the Dotted Line



**M**acy's portal lets us off about ten feet from the taffy shop in St. Augustine, and Monster Taffy looks even more ominous in the middle of the night than it was at dawn. We all agreed there was no time to waste in getting to the Trials—the lunar eclipse blood moon is only a few hours away, after all—so we're hoping Tess meant it when she said the Trials could begin anytime, "day or night."

I glance over at Hudson, standing on the sidewalk, and grin. Remy's "gift that just keeps giving" turned out to be a ring that allows Hudson to feed from his mate and yet still walk in the sunlight, and I have to admit, knowing we are only racing against a lunar eclipse's clock and not the sun's feels great. I am so here for no one knowing the details of our sex life ever again.

But right now, as we stare at the front of Monster Taffy, I'm beginning to feel like one of those characters in horror movies everyone makes fun of—the ones who move into the creepy-as-fuck house they know is haunted and then invite the first guy they see with the hockey mask and the bloody knife in for tea.

Or it could just be that I know what's waiting for us inside, and that's what's creeping me out. God knows, I want to be anywhere but here doing anything but what we're about to do.

But since that's not an option, I squeeze Hudson's hand. There's no one else I'd want by my side right now. And not just because of his power.

"You okay?" he asks, those ridiculous blue eyes of his watchful as they search my face.

"If you define 'okay' as 'convinced this is the worst idea we've ever had,' then sure. I'm okay," I answer.

"I still think the worst idea you ever had was mating up with Jaxon," he teases. "But this could run a close second."

"Yeah, because being Jaxon's mate and entering a contest that has literally

killed every person who has ever entered it are totally the same thing." I roll my eyes at him.

He makes a *who knows* face. "To be fair, mating with Jaxon and entering a contest that kills every person who enters it might actually be the same thing. Maybe you're the lucky one who actually makes it out of both."

"You guys know I'm standing right here, right?" Jaxon deadpans and everyone laughs, breaking the tension exactly the way Hudson planned.

"Hey, guys, I finally guessed what Hudson promised me with my promise ring." I toss a big smile over my shoulder to the rest of the gang as they follow Hudson and me to the front door of the taffy shop.

When Hudson only raises one brow in question, I continue. "He promised to go to karaoke with me anytime I ask."

He snort-laughs as I place my hand on the shop doorknob but don't turn it yet. Instead, I turn and tease him just a little bit more. "We're totally going to do a duet of 'Story of My Life'!"

And now everyone is cracking up at the idea of Hudson pretending to be Harry Styles to make me happy.

"What if you have terrible pitch?" he asks.

"You'd love me anyway," I reply, and his smile overtakes his whole face.

"I would," he says. "Doesn't mean I'd karaoke with you, though."

"Hey!" I poke him, laughing.

But Remy says, "I'll sing with you, *cher*," and Hudson tosses him a death glare—which makes us all break out into more laughter.

Holding my mate's hand, looking into the faces of all my friends as we share this one perfect happy moment, I feel blessed. Flint, Jaxon, Mekhi, Macy, Eden, Byron, Dawud, Remy, Calder, and Rafael. My family.

I cross my fingers that it isn't locked, then pull at the door to the taffy shop. Thankfully, it opens, and as we walk through, I pray I can keep them all safe.

Hudson leans down and whispers in my ear, "We all make our own choices."

And he's right. I know he's right. A defeatist attitude never helped anyone do anything. But as I look at all the weird, foreboding, *fairy tale from hell* trees in this place, it makes it hard to remember that when all I want is to leave here and spend more time just hanging with my friends.

Sure, we really can't afford to waste any time while Cyrus is probably leading an army to Katmere as we speak, but the heart wants what the heart wants. And right now, my heart wants a few more hours.

A few more hours to be with Hudson before we might lose each other forever.

court

A few more hours to hang with Macy and dance around to "Watermelon Sugar."

A few more hours to swap knock-knock jokes with Jaxon or go flying with Flint or do any of a million other things with Eden and Mekhi and the rest of our friends.

But before I can even get my hopes up, Tess enters the shop from a back room, her eyes meeting mine across the space.

She smiles a toothsome grin that reveals some seriously sharp teeth and takes a piece of taffy from her ornate-looking chalice on the counter. "I was beginning to think you weren't coming back," she says, toying with the wrapper. "Yet here you are in the middle of the night. Cute."

"We've had a lot on our plate," Jaxon answers for me.

She eyes him like he's a gnat buzzing around her head for several seconds before turning her gaze back to mine. "So you're in?"

I have to clear my throat to get the words out, but I say, "Yeah. We're in."

"Okay, then." She reaches under the counter and pulls out a binder. "We've got a few waivers for you to sign."

It's such a banal thing for her to say that, for a second, I don't even register it. By the time I do, Macy is already asking, "You want us to sign a waiver?"

"Several, actually. Covering everything from death to accidental dismemberment to inability to reverse magical spells." She pops open the cover. "Who's first?"

I look back at my friends, all of whom look both uneasy and determined. "I guess I'll sign first," I say, stepping up to the cash register where Tess is waiting.

But the second I get there, she laughs and slams the binder closed before I can see what's in it. "I'm just fucking with you, checking to see if you're really in this time. Who needs a waiver when you're probably going to die anyway?"

She shoves the binder back under the counter and turns away. "Follow me," she announces as she walks toward the door we went through last time.

"Wow. Isn't she nice?" Byron comments under his breath.

"Only if 'nice' and 'vicious' are actual synonyms," Dawud shoots back. But in typical Dawud fashion, they don't bother to lower their voice.

Which, in turn, has Tess turning around and smiling sweetly. "'Vicious' isn't on the program until later, but we can move it up a little, if you'd like."

They nearly choke on their tongue. She pushes open the storeroom door, and we walk into the arena. The ground is dirt and grass, almost like a sport pitch, with huge stone stands surrounding the perfectly round field. And in the

middle, just like before, there is an ornate golden chalice crusted with diamonds atop a stone pedestal. When we got a glimpse of the arena the first time we'd visited the taffy shop, I had the impression the field was outdoors (which made no sense given it was in the back of a shop, but, well, there are a lot of things in this world that make no sense). But now that I get a better look at the sky, I can see it's not really a sky at all. There's some sort of dome over the arena, lit from within, giving it an almost glowing appearance. It's really quite beautiful.

"Yeah, that's what I thought." Her smile is as sharp as one of Izzy's daggers as she turns back around, her skirt swishing as she walks.

Today she's dressed all in crimson instead of black—crimson blouse, crimson skirt, crimson boots. Except for the belt she has wrapped three times around her waist, which is the same black one she wore earlier. I try not to take her outfit as an omen of how much of our blood we're about to spill on the arena ground, but it's hard not to think about it. Especially since the stands have already started to fill up with paranormals by the time we're outside.

"How did so many of them know we were coming to challenge?" I ask, shocked they'd all show up in the middle of the night.

"Magic," Tess deadpans to me, then winks. "Now, how many of you are competing?" she asks as the door closes behind us and the Florida heat hits us all over again.

"Twelve," I tell her. "I think you said that's okay?"

"Yup, that's the max. You sure you want that many dying today? We haven't really had that large of a group in a while, actually." She gets a pensive look on her face. "Which, come to think of it, also didn't go well."

She shrugs. "So, yeah. Twelve works for me if it works for you." She gestures to the chairs behind us. "Have a seat while we ready the course."

"We need to wait?" Dawud says, and I can hear the nerves in their voice.

Not that I blame them. Now that we're here, I want to get on with it, too. I'm pretty sure the longer we wait, the harder it's going to be to walk into that arena.

"It'll only be a few minutes," she tells them, and I think I see a flash of empathy in her eyes. But it disappears as quickly as it comes, and so does she, her boots clicking on the cement as she races down an impossibly long staircase.

# 122

<div align="right">

I Bet You Think
This Fight Is
About You

</div>



I watch her go, my heart in my throat. And when she finally makes it down to the floor of the arena, I turn to the others. Because there's no way I could live with myself if I just let them walk into that arena with me if I didn't at least say something one last time. No matter what they told me earlier.

When leading your friends into certain death, it's never a bad thing to give everyone one more chance to hit the exits.

"You don't have to do this." The words come out before I know that I'm going to say them. It's not quite how I planned to start this conversation—I've been racking my brain for the last five minutes trying to figure that out—but it's good enough. More, the words say what they need to.

"Grace—" Macy starts, but I stop her with a raised hand.

"No," I tell her. "I need to say this."

"I have to do this," I tell them as I look from Flint and Byron to Dawud and Rafael and from Eden and Mekhi to Remy and Calder. "I'm the one who made the decision to steal the ring from Chastain and give it to Cyrus. I'm the one who made the entire Army turn to stone. I'm the gargoyle queen, responsible for saving them, the last of my kind. But you're not."

I don't bother looking at Hudson, Jaxon, or Macy, because I already know what their answers are going to be. They would never leave me here any more than I would leave them. But if I can save some of the others, then I have to try. I don't know how this is going to turn out, but I do know that all twelve of us dying is a huge waste.

"I appreciate you being here more than I can ever tell you. I really do. But this isn't your fight. You don't have to be here for it. I won't think less of you—and neither will anyone else—if you decide you don't want to go into that arena. We've already lost so much, I don't think it's fair to ask any of you to risk losing any more. And I need to be brutally honest here—I don't think we'll all make it. Do I think we're going to win? I do. I don't know why I feel this way, I just

do. Probably because we've taken more hits than anyone can imagine, and yet we're still here. We've lost friends along the way, though, and I don't want to lose any more in my lifetime. And so, as much as I appreciate everyone for coming, I think maybe—maybe this is something I need to do by myself."

Hudson's at my back—one hand on my waist, the other on my shoulder—and I sink into him, reveling in the quiet strength and support he never fails to offer me. No matter what's happening around us or between us or even just in his own head, Hudson always, always has my back.

I don't know if I've ever thanked him for that, but I'm going to.

At first no one says anything, but I wait them out. Surely someone doesn't want to be here. Surely someone understands how foolhardy what we're about to do is.

A minute passes, maybe two, before Calder looks me straight in the eye and says, "You know you're not that special, right?"

Which is not exactly what I expected her to say, but oooookay. "Yeah, I know. Of course I know."

"Do you?" She narrows her big brown eyes at me. "Because it sure seems to me like you take everything on yourself."

"I d-don't—" I trip over the words, my brain going faster than my mouth as I try to figure out what I want to say here. "I mean—"

"What Calder is trying to say, *cher*"—Remy steps in smoothly, his green eyes warm and understanding—"is that we all have our reasons for being here. And loyalty to you is only part of it."

"That is *not* what I was trying to say, Mr. Big Old Mansplainer," Calder says, her claws suddenly gleaming in the sunlight. "What I was trying to say is that the world doesn't revolve around Grace. That I have my own reasons for being here."

Remy lifts a brow. "Isn't that what I just said?"

"No." She huffs before turning to me. "What I'm trying to say, Grace, is that I'm not leaving. And neither is Remy. So get over yourself, will you?"

"Yeah," Mekhi echoes with a wicked gleam in his eye. "Get over yourself, Grace."

I get what they're saying, but still I feel like I need to make one more plea for reason. "You guys—"

"Stop, Grace." This time it's Eden who speaks up. "All of us are here because we feel like we have to be. But none of us are here because we feel like we're forced to be. We're here because it's the right thing to do. We're here for you. But most of all, we're here because none of us want the people we love to live in this world if Cyrus is a fucking *god*. So let's go find that Tess chick and tell her to get this show on the road. We've got a fight to win."

# 123

## Here Goes Nothing



As it turns out, "that Tess chick" comes back before we can even start to look for her. "You ready?" she asks, looking each of us in the face in turn.

"'Ready' is such a subjective word," Dawud says. But I notice they're the first one in line behind her.

"Let's do this," Flint says, his eyes meeting Jaxon's—and lingering—for just a second.

"Let's do it," I echo.

Hudson's hand stays on the small of my back all the way down the stairs, and never have I been more grateful for his support. My knees are shaking just enough that I'm honestly not sure I would have made it all the way to the arena floor without him by my side.

As we walk, I notice the huge screens all the way around the arena. They're twice as big as the jumbotrons at professional sporting events and there are twice as many—one to cover every side of the arena.

Spectators of all types have packed the seats, and I can't help wondering why they're here. Do they really want to watch people get the hell beat out of them and maybe even die, all in pursuit of an elixir that most of the world thinks is just a myth? Is that really what they think a fun evening would look like?

Judging from the screams and shouts all around us, my attitude is definitely in the minority. Everyone else here is acting like they're about to see a damn gladiator fight, and they can't wait to watch the lions tear us limb from limb.

Not that I think there's anything as tame as lions behind that wall in front of us, but still. The analogy stands, especially when Tess parades us out on the field in front of the entire stadium. She doesn't introduce us by name, but she does mention that the betting windows close in three minutes.

Because, apparently, betting on whether or not we will survive this monstrosity is an actual thing. And if the numbers on the jumbotron are any indication,

the odds definitely don't look good.

"The rules are simple," Tess explains to the audience and to us as we wait for the betting to close down. The fact that she does so as she happily prances around doesn't endear her to any of us. Nor does the fact that I'm pretty sure she disappeared a little while ago because she wanted to place a bet against us. "Don't die."

"She's right," Hudson deadpans. "That is simple."

I elbow him in the stomach, but he just gives me an *am I wrong* look.

"There are four rounds between you and the Tears of Eleos. Get through them all and the Tears are yours. Fail and…"

She pauses to hold the microphone out to the crowd, all of whom scream, "Die!" at what feels like the top of their lungs. And continues to feel that way as they start to chant, "Die, die, die. Die, die, die."

"Who exactly are these people?" Macy asks, horrified.

"Crypt keepers, apparently," Hudson answers, though disgust is evident in his tone.

"Apparently," Calder echoes, her beautiful face hard as a diamond as she scans the crowd.

"What are you looking for?" Flint asks, curious.

"I'm not looking for anything," she replies with a toss of her hair. "I'm memorizing their faces for when we make it out of this. If they want death, I'm more than happy to show it to them." The fact that she makes the threat—promise?—in a super-sweet tone only makes it more disconcerting. As does the fact that Remy doesn't even look surprised.

"Are there any questions?" Tess asks when the betting clock runs out, interrupting Calder's attempt to memorize every face in the arena.

None of us has an actual question about the Trials, so we just wait for her to quit pandering to the crowd. Which doesn't take very long now that the bets have all been placed.

"Okay, then. When the buzzer sounds again, you have thirty seconds to get in through there."

She points to a four-foot-wide opening in the stone about a hundred yards away from where we are standing.

"Once your entire party is inside, the circle seals itself up, and it only opens again once you've completed all four rounds and you've earned the Tears. If you don't complete all four rounds and get far enough to claim them, the arena will lay claim to you."

I don't know what "lay claim" means, but it doesn't sound good. *Mental note*

c o u r t

*to self—don't get claimed. And don't let any of your friends get claimed, either.*

"What happens if it takes longer than thirty seconds for all of us to get inside?" Dawud asks.

"Then the arena locks whoever isn't inside out," Tess answers. "And the Trials go on without them."

This just keeps getting better and better. *Another note to self—run really fast.*

"If there are no further questions…" Tess steps away from the rest of us. "Thank you for participating in the two thousandth, two hundred and sixty-fourth Impossible Trials. Let the countdown begin."

"Countdown?" Jaxon asks right before the people in the stands start to yell all over again.

"Ten. Nine. Eight." Tess joins the chant, her voice overlaying the frenzied nature of the crowd's as she counts down into the microphone.

"Ready to do this?" Hudson asks me. His voice is low and steady and, while it doesn't calm the nerves jangling in my stomach, it does make them a little easier to bear.

"Seven," the crowd roars.

"No," I say with an emphatic shake of my head. "You?"

He shrugs. "It's just one more thing we have to get through before I can take you back to our room at that lighthouse."

"Six!" Tess yells.

"Promise?" I ask. "When this is all over?"

"Five!" The crowd grows more frenzied.

He grins. "Oh, I promise."

Our conversation makes me think of my ring, and I rub my thumb across it for good luck.

"Maybe you should tell me what else you promised me," I say. "I'd hate to die without knowing what it is."

"Four!" Tess pumps her arms to encourage the crowd to get louder.

"You're not going to die in there," he tells me. "I won't let you."

"Three." The crowd members are on their feet now, cheering and stamping.

"Yeah, well, you better not die, either. I'm actually aiming for none of us to die."

"Two." Tess whoops and hollers right along with them.

"I love you," he tells me, his bright blue eyes burning into mine.

"I love *you*," I echo as the whole arena yells, "One!"

I squeeze his hand one last time, then let go.

The buzzer sounds. And I run like hell.

<div align="right">

124

</div>

## One Good Turn
## Deserves Another and
## Another and Another



I've only gotten a couple of feet before Hudson picks me up and fades with me the hundred yards to the opening in the stone wall.

We're the first ones through, followed immediately by Jaxon and the rest of the Order.

In my head, I'm keeping a running tally of the seconds, and I know we've got about fifteen left when Dawud and Eden come crashing through the opening, right in front of Remy and Calder.

Flint and Macy rush in with about seven seconds to spare, and my heart is in my throat by the time they squeak through.

Relief swamps me, at least until the stones slide shut behind her, plunging our entire portion of the arena into total darkness.

"What do we do first?" Byron asks, unconcerned with the darkness, probably because he can see right through it.

"Light," I answer. "We need light first."

I'm barely done requesting it when Remy does something—I can't see what—and a spinning ring of light appears just to the left of us.

"I got you, *cher*."

"Thanks," I tell him as I turn around in circles, trying to figure out what we're supposed to do now.

My friends are doing the exact same thing, all of us searching the dome we're locked inside for some clue as to what happens next.

Except nothing seems to be happening next. It's just the twelve of us spinning around, growing more and more bewildered.

"Are we being punked?" Macy finally asks. "Is this just some big joke to the crowd?"

I can hear them chanting outside, though the stone is so thick, I can't quite make out what they're saying. I can feel the ground shaking with their stomping, though.

"Nah," Rafael says, twisting his hair up into a bun on the top of his head. "That crowd is way too bloodthirsty for this to be a joke."

He's right, and I'm about to say so when the ground beneath our feet starts to rumble.

"Earthquake?" Remy suggests. "Is that what's going to happen first?"

"I hope not." Calder sighs heavily. "The dust it causes will totally mess up my eye glitter."

I bite back a disbelieving laugh that that's what she's worried about right now. But this is Calder, so is it really a surprise?

"You'll still be beautiful," Dawud tells her, and the puppy worship I saw earlier is definitely back in their eyes.

"Of course I will be," she tells them as she runs her fingers through her hair. "But I could get glitter in my eye and that doesn't feel good. Obviously."

"Obviously," they echo, looking just a little bewildered. Not that I blame them—Calder bewilders me sometimes, and I've had significantly more exposure to her than they have.

"We should spread out," Jaxon says when another minute passes and still nothing happens.

"Yeah," Eden agrees. "Let's look around and see if we can see something we need to do to activate this thing, because just waiting here like a sitting duck in a shooting gallery isn't really working for me."

"Good plan," Macy agrees and immediately starts moving toward the other side of the arena.

In a matter of seconds, we've all fanned out to check the ground, the walls, anything we can think of. Eden even turns into a dragon so she can fly up and check the top of the dome, just to be sure we aren't missing anything.

I don't see anything in my area and turn to Jaxon—who is to my right—to see if he's found anything, when suddenly, a loud groaning sound fills the arena. And the ground beneath our feet begins to spin.

# 125

## We're Gonna Rock Around the Block Tonight



**M**y heart explodes in my chest as memories of the gauntlet and the prison fill my head.

Fearing the worst, I plaster myself to the wall, but it turns out stone moves really, really slowly.

But what doesn't move slowly is the giant wall that comes up from the floor, dividing the room from floor to about two feet from the ceiling into two inequal sections, effectively cutting several of us off from the rest.

Jaxon and I end up together in a small section of the room that is shaped a lot like a quarter moon when everything is said and done. Thank God Remy's spinning light thingy ended up on this side with us, so at least we're not in the pitch dark.

"You okay?" Jaxon asks when the room stops spinning.

"I'm fine. It's not like that was fast enough to hurt anyone." I walk to the corner of our little section of the arena/moon and start looking to see if anything's changed. Nothing has, which has me baffled. Because, "What are we supposed to do in here?"

"I don't—" Jaxon breaks off as a loud scream comes from the other side, followed by snarling and hissing.

"Macy!" I yell, beating on the wall with my fists as I recognize my cousin as the one who screamed.

Another yell, this one from one of the guys—Mekhi, I think—followed by more snarling and a major thump, like someone has just been thrown against the stone wall.

"What do we do?" I ask Jaxon. "We can't just leave them—"

I break off as an oddly shaped brick falls from the sky and slams into my shoulder. It hurts, but more, it's red-hot, so it burns like hell.

"Oww," I gasp, bending down to look at what just hit me.

But Jaxon is already fading across our section of the arena and slamming into me. He takes me to the wall, shielding me with his body as an array of other blocks hit the ground, all in different shapes.

One falls and hits his arm, and he grinds his teeth together in pain. "Does it burn?" I ask, struggling to get out from behind him.

"It felt like an electric shock," he answers, and this time he tries to dodge as another block comes flying at him.

It hits his shoulder in a glancing blow, but it must shock him again, because his entire body convulses as he lets out an involuntary hiss of pain.

"That's it!" I tell him, pushing against his chest. "You trying to shield me isn't working."

He doesn't budge, and another brick slams into him. This one releases some kind of gas that has us both coughing and gasping for breath.

"Get off me!" I tell him, pushing more insistently this time as I struggle to get away from the noxious smoke.

He still doesn't move—he's too busy trying to protect me to figure out that he's actually killing both of us—and in the end, I shove him away as hard as I can, then duck under his arm while he's recovering from the shock of being pushed from me.

As soon as I get out from behind him, I realize we're in real trouble, because bricks are continuing to fall—and it's happening faster and faster.

"Duck!" I yell at him just as a large, cube-type white brick comes crashing toward the ground.

Jaxon whirls away as another scream sounds from the other side of the arena, followed by the sound of running water. A lot of running water.

But I only have a second to think about what's going on over there, because the cube block that just fell shoots arrows out in all four directions—and one of them hits Jaxon straight in the calf.

"What the fuck?" he growls, bending down to rip the arrow out of his leg, but as he does, several more bricks come careening down on top of us.

"We've got to try to shelter in place," I tell him. "Or we're not going to survive long enough to figure out what we need to do here."

I start coughing as I finish the sentence, trying to breathe through a new round of gas released from one of the bricks. It must not be actual poison because Jaxon and I are still breathing and functioning, but that doesn't make it pleasant, either.

My lungs feel like they're on fire.

I look up, then nearly moan in despair as I realize how many more pieces are raining down all over our section of the arena.

I dodge as another cube-shaped brick comes straight at us, but I forget about the darts and end up taking one to the upper thigh.

"We've got to do something," I tell Jaxon, gasping in pain as I pull the dart out of my leg. "Otherwise, we're going to die like this."

He reaches forward and knocks a brick away that was about to hit me in the head, as further proof that I'm right.

"Wait here," he tells me. "I'm going to fade to the other wall and see if I can—"

"I'm not waiting anywhere," I tell him as I knock two more bricks away from him—and end up with a brick to the temple for my trouble.

Fuck this. Just fuck this.

I reach inside me and grab on to the platinum string. Seconds later, I'm a gargoyle, and I'm flying through the air, trying to get a better look at the ground—and the ceiling where these things are falling from.

And nearly freak out as I realize the ground is so littered with the blocks that they're beginning to stack up on top of one another, Tetris-style. And if we don't figure out a way to stop them, we're going to end up drowning in blocks—or at least being crushed between them and the ceiling or a wall.

Down below me, Jaxon must be figuring out the same thing, because he's using his telekinesis to move the blocks to the side of the room nearly as fast as they're falling. But that just means he's more susceptible to the arrows and the caustic gas that keeps coming from some of these blocks.

"We've got to get ahead of this," I tell him as I land back on the ground. "Or we're going to end up buried. What if I—"

"That's what I'm trying to do," he interrupts. "I'm stacking them—"

He breaks off as a loud, bloodcurdling scream sounds from the other side. "What's happening over there?" he demands.

"The wall goes too close to the ceiling," I answer. "I couldn't see. But whatever it is, it's obviously even worse than—"

I break off as another brick slams into my shoulder hard enough to have me seeing stars, even in my gargoyle form.

"Damn it," Jaxon roars, and this time when he looks up, he uses his telekinesis to suspend all the falling blocks in midair.

Which seems like an excellent plan, as we're no longer getting hit, but it also causes another major problem. The bricks are now crashing into one another and into the stone walls as they start to stack up above us. And with each row

that haphazardly stacks, the rows start getting closer and closer to our heads.

Forget being crushed against the ceiling. We're about to be crushed between the floor and row after row of heavy bricks.

Jaxon sees it too and raises his arm to stop them from floating around us.

"Wait," I tell him. "We have a few minutes before things get dire. We need to figure out what we're supposed to do with these blocks."

"No offense, but I think they're already dire," he says as he ducks just in time to avoid a dart to the cheek.

"Yeah," I agree, backing up to try to avoid the disgusting gas being issued continuously from one of the long, flat bricks that is hanging right near our heads. "But there has to be something we can do here, some way we can solve this puzzle."

"Puzzle," Jaxon repeats, looking stunned. "Is that what you think this is?"

"I mean, yeah. What else do you think it could— Ouch!" I don't duck in time to avoid a dart to the shoulder which, not going to lie, I'm shocked as hell can pierce solid stone.

Jaxon, in the meantime, must brush up against one of the shocking bricks because he jumps, then grinds his teeth together as he mutters a whole bunch of really vile curses. "I don't know, but we better figure it out. Quickly. Or we're not going to make it."

Suddenly, a series of loud thumps sounds from the other side, followed by a sickening crunching that chills my bones.

"And neither are they," he adds grimly.

# 126

## Riddle Me Once,
## Shame on You

Because I know he's right—and because I can't help thinking that the two sides are tied together in a way we don't understand—I take to the air again. And tell myself not to panic as I weave in and out of the small openings between the bricks and start to realize how dire our circumstances really are.

From the ground, it looks like the bricks are coming fast, but up here, past the beginning couple of layers, I realize they're filling up the sky so quickly that we won't stand a chance if we don't figure out how to eliminate the bricks. Fast. There are just too many of them, and the space we're in is just too small to accommodate them all.

Add to that whatever is happening over on the other side, and we are in a damn mess.

Jaxon is now standing on one end of our area of the arena, waving a hand left, then right, left, then right, and with each wave, blocks go flying to the side. That would be helpful except it doesn't stop the blocks from releasing darts or noxious gas. It just gains us a little time before death by block-phyxiation.

Determined to figure something out, I fly a little higher. It's harder now to weave between the blocks without getting a dart to the eye or stinging poison to the face, but I manage. At least until I run headfirst into a flat double brick that releases a gas that sets my entire face on fire.

It burns so badly that I gasp, tears streaming from my eyes as they try to clear themselves of the gas.

It's not working, and neither is rubbing at my face. The burning keeps getting worse, and I don't know what to do—until I remember the water bottle Macy packed in my backpack. Twisting in midair, trying to avoid touching any more of the bricks that are super close to me, I manage to get the bottle out and pour it all over my face and eyes.

It takes a few seconds, but the burning stops, thank God. It takes several

court

seconds more before I can see anything, so I hover above the ground, waiting for my vision to clear enough that I can keep looking for a solution.

But it's as I'm hovering there, waiting for my eyes to come back to normal, that I look down at just the right angle and realize that there is an outline of a goblet etched into the ground. The shape is the same as the chalice sitting on the counter inside the taffy shop. I noticed it the last time we were here, and I noticed it today. It sits right next to the cash register and is filled to the brim with every colored taffy available.

*This must be what we're looking for*, I tell myself as I fly back down to Jaxon as fast as the crowded sky will let me. There's no other reason it would be here *and* in the shop—especially since we're probably looking for an elixir that would needs to be drunk out of a cup—just based on the fact that the mythos of the Fountain of Youth supposedly came from these Trials.

"I got it!" I tell Jaxon before I even land. "We need to fill up the outline of this cup right here with bricks."

"What cup?" he asks, looking at the ground around us with a baffled frown.

"This cup," I tell him, bending down and tracing the outline that is so clear to me now that I saw it from above. It takes up most of our floor space, though, so I can see how we missed it without an aerial view. From here, it just looks like a bunch of stones stuck together in a weird pattern.

"So what do we do?" Jaxon asks when he can finally see the cup.

"I don't know," I answer. "But I figure we need to fill it up, right? Like get the bricks to fit inside the cup like a puzzle."

Jaxon looks doubtful, but he doesn't have any better suggestions, so we drop down onto our knees and start grabbing whatever bricks we can find to try to fit them inside the puzzle's boundaries.

The main problem with that, though? The cup has a lot of rounded edges, and all the bricks that have fallen have straight edges.

Another problem with it? We have to touch each of the bricks to arrange them and every time we do, we set one off. Even moving it with Jaxon's telekinesis sets them off, so we are dealing constantly with electric shocks, darts, noxious gasses, and burning hot blocks—all while something is beating the hell out of our friends on the other side of this wall.

I've even heard Hudson yell a couple of times, and every time it happens, it turns my blood to ice.

Then again, if they're yelling, I'll take it as a sign that they're still alive. And right now, I'm afraid that's the best we can ask for.

"Give me the long brick," Jaxon tells me as he struggles to fit three bricks together at the base of the cup.

"It won't work," I tell him. "It's not wide enough—"

"It will," he tells me, even though the opening is obviously too big. "Just let me try—"

"Didn't you ever do puzzles as a kid?" I ask as he ignores my advice and tries the brick only to find out it doesn't work. "You need one of the shorter flat ones there. It's double in width so—"

"Then get it for me!" he snaps, and I swear if we weren't in such dire straits, I'd punch him in the face.

"Get it yourself," I snap back, pissed off that he's either been trying to protect me or yelling at me since we got trapped in here together. And I know it's just because we're both under stress that it's hitting me all the wrong ways, but he still needs to back off. I'm just as capable of doing this as he is—more, actually, considering he can't even get the squared-off base of the goblet right while I'm up here trying to make the pieces fit the rounded cup part.

He growls low in his throat, but he does, snatching the piece out of midair so violently that he ends up getting the same gas to his eye that I got to mine earlier.

At the same time, Hudson lets out a bellow of rage or fear—it's hard to tell when he's on the other side of the wall—that chills my blood.

A renewed sense of urgency to finish this damn puzzle fills me, but I still fumble the water bottle out of my backpack for Jaxon. I start to toss it to him, then realize he can't see shit with tears streaming from his red and irritated eyes, so I race over and dump whatever's left in the bottle on his face. And barely resist snarking that maybe I know what I'm doing after all, since he would have been screwed without me.

The second he's okay, we dive feverishly back into the puzzle. I end up finishing the cup part before he finishes the stem of the goblet—apparently, he really *didn't* play with any kind of puzzle as a kid—and I move down to help him finish up.

He growls at me a little when I try to adjust the pieces he's already laid, but this time I just ignore him as the banging and crashing on the other side of the wall gets even worse.

I haven't heard Hudson's or Macy's voices in a couple of minutes, and terror is a wild thing in my chest. What if something happened to them? What if whatever is over there got them? Or—

"Concentrate," Jaxon snarls as something else crashes into the wall—this

498                             c o u r t

one so hard that the entire floor vibrates beneath our feet. "The sooner we finish this, the sooner we can get to them."

"We hope," I mutter under my breath, but I know he's right, so I grab what I figure are the last two blocks—ignoring the stinging sensation that comes with touching one of them—and slide them into place.

The moment I do, everything stops.

There's no more sounds from the other side of the wall.

No more blocks fall from the sky over here.

Plus, the block I accidentally brushed against does nothing to me at all, and neither does the one Jaxon accidentally touches.

We stare at each other, eyes wide, and I know he's wondering the same thing I am—what's going to happen next?

It only takes a few more seconds before we get our answer, and the stone walls start to slide slowly back the way they came.

# 127

## The Writing's
## on the Wall



The next ten seconds are the most nerve-racking of my life as I wait to see if we're going to be reunited with the others.

Nearly everyone I care about in the world—besides Jaxon and my aunt and uncle—are on the other side of this partition, and I need them to be okay.

This whole Trials thing is awful—and no wonder it's so hard to win, if this was just the first level. Because it's not only about the pain Jaxon and I went through with the possessed bricks from hell that was so bad. It's what we could hear but couldn't see on the other side of the wall that made trying to solve that puzzle so distracting.

Every time I got in the groove, someone over there would scream. And all I could think about was what was happening to them, which made solving the puzzle a million times harder.

It was awful. More, that was only round one. I can't even imagine what's coming next.

Beside me, Jaxon is rocking up onto his toes over and over again. Apparently, I'm not the only one who's nervous about what we're going to find on the other side.

The arena finally clicks back into place so that we're all one big circle again. The moment it does, Jaxon and I take off running toward the others—who just kind of stand there looking at us, completely shell-shocked. And also covered pretty much from head to toe with mud.

But there's ten of them—I counted—which means they all survived whatever the hell happened over here.

I reach Hudson first—or, more precisely, he reaches me as he fades toward me the moment he realizes I'm running for him.

I throw myself into his arms and wrap myself around him, completely disregarding the mud. "You're okay," I repeat as I press my cheek to his. "You're

okay, you're okay, you're okay."

He doesn't say anything, but he holds me like I'm his entire world, and I get it. I feel the exact same way.

"What happened to you?" he says when he finally pulls away. "I heard you yell and—"

"It was a puzzle. We had to do a puzzle with enchanted bricks. It was nothing." I look him over from head to toe to make sure he's all right. "What happened over here?"

"Nues," Macy says as she comes up to give me a hug. "Dozens and dozens of nues."

"What are they?" I ask, my knowledge of the paranormal world once again letting me down.

"Hybrid creatures," Eden answers. "Like manticores, but different."

"Excuse me, but no," Calder says, sounding highly insulted. "Manticores and nues are very different things. I mean, unless you want to say dragons and lizards are the same, too?"

Before Eden can respond, Calder turns her back on her and goes over to Macy. "Do you think you can help a girl out?" She bats her eyes at my cousin, which looks ridiculous considering every part of her is covered in mud—including her eyelids.

"Already way ahead of you," Macy answers as she steps back and does a group glamour.

It doesn't take off all the mud—there are a couple streaks on everybody's arms and faces—but they look, and probably feel, a million times better.

"What do we do now?" Mekhi asks as another minute passes without anything new happening.

"Figure out who we want on each side," Dawud suggests. "I'm good at puzzles—even dangerous ones—so I'll try to end up on that side of the arena this time. Does anyone else want to try to join me?" The way they try not to look at Calder is painful, especially since she's busy picking flecks of mud out of her hair.

As if the arena was just waiting for one of us to make a plan, the wall starts to slide again. "We'll go with you," Remy says, taking Calder by the arm and tugging her gently toward Dawud's side. She goes without an argument.

Hudson doesn't say anything, but he wraps an arm tightly around my waist—a very definite *you're coming with me this time* if I've ever felt one. Which works just fine for me. No way do I want to be separated from him or any of the other people in this room.

Then a thought occurs to me. "If the room divides into two pieces again—what happens if the second piece is even smaller than my and Jaxon's side last time? If we don't end up with *someone* in every piece, we could end up with no one able to solve the puzzle to stop the other side from fighting off whatever nightmare they dream up, right?"

Everyone stares at me for a beat, then Remy sighs and says, "She's right. Everybody, let's spread out and divide up the space. Stay near who you want to be sided with, but let's make sure we have every section covered."

We have about three seconds to follow Remy's directions, but there's a loud *SNAP* and another stone wall springs up from the ground. Too fast to jump on one side or the other, but at least this time it seems to be dividing the room exactly in half.

Dawud, Remy, Calder, and Rafael disappear behind the wall.

"Get ready," Hudson murmurs to me.

I want to tell him that I already am, but the truth is, I don't think any of us is ready. Not that that matters—this thing is coming for us, whether we're ready or not.

Sure enough, I've barely opened my mouth to answer my mate when the one source of light in this whole place—the circle of light Remy made for this side of the arena, too—goes dark. And plunges our area into total blackness.

# 128



Something slithers by me in the darkness. I feel it brush against my foot and nearly jump ten feet in the air.

"What was that?" I manage to squeak out.

"What was what?" Macy answers, sounding as freaked out as I feel even as she fumbles in her backpack for what I sincerely hope are the candles she put in there earlier.

Seconds later, she lets out a screech, which makes me think she just got to feel what I did.

"Hudson?" I ask, because what use is a vampire mate if he can't tell you what to be afraid of in the dark?

"I don't know." He sounds grim. "I can't see anything."

"Me neither," says Jaxon, who is soon echoed by the other members of the Order.

Fantastic. We're locked in the dark with something that slithers that even the vampires can't see. Nothing to worry about here, obviously.

Whatever it is brushes against me again, and it's cold. Really, really cold.

I shiver a little and move closer to Hudson. And yes, I know it's ridiculous to hide behind my boyfriend when I'm a bad-bitch gargoyle demigod who can take on whatever comes my way, but I'm becoming more and more afraid that we're in a pit of snakes. And I really, really hate snakes.

"How are those candles coming, Macy?"

"I found one," she answers. "I'm looking for—" She shrieks and stumbles backward, dropping her backpack.

"Fuck this," Flint says, and I hear him walking several feet away and shifting into his dragon form. "Stay back," he warns. And then he lights the place up, fire sweeping across the air in front of us.

Everything is stone in here, so nothing burns, but his flames give us light

long enough for me to realize that there are no snakes at my feet. Thank God.

But as he breathes out another stream of fire, I realize that that might not be a good thing. Because I can't see *anything* at our feet at all, even though I keep feeling it.

I want to tell myself that it's just my imagination, but I don't believe it. Not when Macy obviously felt whatever it is, too.

"What's going on here?" Byron asks, and he sounds more than a little nervous himself.

"Haven't got a clue," Mekhi answers him, then stifles a shout as he jumps several feet in the air. "What the fuck was that?"

Second nail in the coffin of it being a figment of my imagination. Damn it.

"I've got the candles," Macy says, and with a sweep of her hand and a murmured spell, she lights all of them. Then she starts to hand them out. "I brought a few for everyone, so I have extras if anyone wants seconds."

"Thank God," I murmur fervently as my fingers close around one of the long white tapers. Not that I think a candle will defend me from whatever is in here, but once I see it, I can defend myself. And so can everyone else.

I almost ask for a second candle, but I need at least one hand free to fight, so I make do with one as we start to fan out across the stone semicircle, looking for God only knows what.

"We should probably put the candles around the room," Jaxon suggests. "So that we can see the whole arena."

It's a good idea, so I bend down and drip candle wax onto the stone until there is enough to hold the candle upright when it dries. I'm sad to have to let it go, but it's nice to have some light flickering around the arena—especially as Macy adds the extra candles.

Except as I start moving again and get closer to the middle, I realize the semicircle isn't empty anymore. Because sitting right in the center of this half of the arena is a statue.

"What is that?" I ask whoever's near me as I creep closer to get a better look. And damn if something doesn't slither across my feet again.

I jump back and stifle a shriek.

"You okay?" Hudson calls from a little bit away.

"Fine," I call back. And promise myself I'm not going to scream again, even if some paranormal snake slithers all the way up my leg.

It's a total and complete lie, but it makes me feel better, so I'm going with it.

I'm almost to the statue now, and as I look up at it, I realize it's an angel

court

of some kind, with big wings and a feather in his hand, sitting on a large pile of rocks. Climbing up the rocks are carvings of people in various states of undress. Some are lounging on the rocks, some are trying to climb the rocks, and others look like they're struggling just to stay on the stones. Water from the large pool that surrounds the statue trickles down between the rocks.

It's a strange image, one rife with symbolism I'm not sure I can figure out, but there's something fascinating about it nonetheless. Without making the conscious decision to do so, I find myself walking closer to get a better look.

But the closer I get to the statue, the closer I want to get. The Crown on my palm burns hotter than it ever has before, and my fingers itch to touch the rocks, to feel the water cascade over my skin, to stroke the cool stone of the angel.

It's strange, but I'm mesmerized by it, enthralled, and though something deep inside me tells me to fight the urge, I can't help but walk straight toward it. I have to get to the statue. I have to—

"Grace, stop!" Hudson's voice—more serious and authoritative than I have ever heard it—hisses at me from across the arena.

I stumble a little in my quest, even start to answer him. But the statue is right here in front of me. Beautiful. Seductive. I walk closer, my arm fully outstretched now. I'm almost there, just a little farther.

I wade into the water, reaching a hand up, up, up in a futile attempt to touch the angel. And that's when Hudson fades across the square and slams into me so hard, it takes my breath away. We go flying and end up hitting the ground several feet away. We're going so fast when we hit, we skid across the stone and don't stop until we finally slam into the wall.

Hudson rolls off me the second we come to a stop and leaps to his feet. He tries to pull me up, but I can't breathe. He completely knocked the wind out of me with that body slam, and now my lungs are paralyzed.

"Grace, babe, I'm sorry. I'm so sorry, but you can't be near that." He starts to scoop me up, but I put a hand on his chest and push just hard enough for him to figure out that I mean business. I have absolutely no air in my body right now, and until I get some, I'm not going anywhere.

Again, I struggle to take a breath and again, my pancaked lungs refuse to expand. It's like a panic attack, only worse, because there is no rationalizing my way out of this inability to breathe. No way to calm myself down so I can get air. Right now, all I can do is gasp like a fish out of water and wait until my shell-shocked lungs finally decide to expand.

Hudson curses, long and low and British, but he doesn't try to pull me up

TRACY WOLFF

again. Instead, he takes a deep breath and squats down next to me, his blue eyes wide and just a little wild as they stare into mine. If I didn't know better, I would say he's frightened.

But that doesn't make sense, because even when he's frightened, he almost never shows it. Annoyed, yes. Angry, of course. Resigned, all the bloody time. But scared? No, I don't think I've ever seen him show his fear like this.

He's scared now, though, and so are my other friends. Or at least, it looks like they are as they come racing across the square at us, waving their arms like they're at a concert or something.

"Breathe for me, Grace," Hudson says, and there's an urgency in his voice that has me struggling to pull air into my still depressed lungs. I make an ugly choking sound, but it's something, I suppose.

Hudson must think so, too, because he smiles as he rubs my back. "Good job. Do that a couple more times and we'll get up—"

He breaks off, a look of disgust flashing across his face that disappears as quickly as it comes. Then he's nearly pulling a lock of hair out of my head as he untangles something from it.

"What—" I manage to gasp out.

He doesn't say anything. Instead, he pulls me to my feet and starts brushing me off—my shoulders, my back, my hair. At first, I don't know what's happening, but then I look down and realize bugs—ugly, slimy, beetle-like black bugs—are crawling all over me.

It's the impetus my tortured lungs need to finally pull in a full breath. Which I do, right before I let it out in a startled shriek. One bug is one thing, but there are dozens, and they are *all over me*. I can feel them crawling on my arms and my back, can feel them brushing against my cheeks, can hear them chittering in my ears, and it's almost more than I can take.

I've done a lot of things since joining this world. From facing down Lia to surviving Cyrus's eternal bite to carrying a red-hot comet, but nothing—nothing—that I've had to do is as bad as this. How are we supposed to survive this level if we don't even know what to do?

A bug crawls out of my hair onto my cheek, and I lose it. I let out a long, loud, horrified scream and start flailing around as I try desperately to get them off me.

"Shhh!" Hudson clasps a hand over my mouth even as he moves so his face is right next to mine. "You can't scream, Grace," he whispers. "I know this is awful. I know it's beyond disgusting, but you cannot scream and draw their attention. Do you understand me?"

court

*Draw whose attention?* I shake my head wildly, trying to ignore the sharp little pinpricks I can feel from a bug crawling along my neck. No, no, I don't understand him at all.

"I finally figured out what's going on in here, and it's not safe," he whispers, his hands moving lightning-fast as he continues to pick bug after bug off me.

I give him a *no shit* look, because I swear I have never felt less safe in my life. And then scream into his hand as something bites my shoulder.

"Stop!" His whisper is harsh. "I'm going to take your hand and you're going to follow me to the corner of the arena—and so is everyone else. And you are not going to scream, okay? No matter how many bugs there are, you are not going to scream. Do you understand?"

No, I don't. I don't understand at all.

Panic wells up inside me, because something must be really, really wrong for my unflappable, irrepressible mate to be talking like this, looking like this. Hudson normally takes everything in stride, but he's shaken right now—seriously shaken—and that triggers my anxiety in pretty much every way it can be triggered.

I take another shallow breath—deep breaths are eluding me right now—and try to ignore the feel of legs scurrying across the back of my neck and down my spine. "Make it stop," I whisper to Hudson. "Please make it stop."

"I'm trying," he tells me. "But I have to get you out of here. It won't stop as long as we're this close to—"

He breaks off as another scream rends the air. This one doesn't come from me, though. It comes from Eden, who is jumping up and down and swatting herself as she screams and screams and screams.

She's nowhere near the water, but that doesn't seem to matter. Because the bugs have found her, too.

129

## Throwing
## all the Shade



**"H**ow do we kill these things?" I ask, horrified.
Before Hudson can answer, an eerie moaning fills the arena around us. It's like nothing I've ever heard before, and the sound has my blood chilling in my veins and the hair on the back of my neck standing straight up.

Even the bugs seem to be freaked out by the sound, because they start scurrying off me and back across the floor into the pool of water at the base of the statue. Nearby, Eden quiets, too, as bugs from everywhere rush into the water again.

"What was that?" Flint demands.

Hudson doesn't answer, because suddenly something starts tugging at his legs—and mine.

I kick out, barely able to stop myself from screaming as I try to break free of whatever's got me in its grasp.

"Bloody hell," Hudson mutters, scooping me up and laying on the speed in an effort to outrun whatever has a hold of us.

It hangs on for a second, its grip like iron around my ankles. I swallow my scream, kick out, and eventually it lets go, but not before it rakes its sharp talons down my calves.

The scratches burn like hellfire, and it takes every ounce of effort I have not to scream all over again. Especially when a random bug scurries out of my hair and across my cheek.

"Are you all right?" I ask Hudson, whose breathing has become increasingly labored. I know it has nothing to do with the running—he can fade for hundreds of miles without even getting winded—so it must be the thing that grabbed us. "Did it get you?"

"I'm fine," he bites out, but his jaw is tight, his face etched with pain.

I don't believe him. "Toss me in the air," I say.

He doesn't even slow down to ask why. He just does it. With his next step, he gives me an impressive throw into the air, and I immediately shift into my gargoyle, my giant wings catching my weight and pulling me high above the arena. Without the need to focus on me, Hudson is able to pull himself free of the last shadow's tendrils around his leg and really kick on the speed, and I let out a deep breath.

Just to be extra careful a shadow doesn't dart up to pluck me from the sky, I push myself to reach out as far as I can with my wings and then powerfully tuck them tight against my body, each stroke through the air exhilarating as I pick up more and more speed. God, I love flying. I just wish I didn't *have* to fly right now to stay alive. Sort of takes the fun out of it, I'll admit.

As I approach the wall of the arena, I tuck a wing and bank hard left, swooping around to fly across the entire space. We need to concentrate on staying alive long enough for the others to solve the puzzle, and getting a better sense of what is actually attacking us seems like a good plan right now.

Except, as I look around, I realize that's going to be a lot harder than it sounds. The strange black shadows have made a ring around the edges of the arena and are moving inward in a coordinated effort to corral us, to push us closer and closer to the statue in the center.

Macy screams next, and I whirl around just in time to see one of the shadows take her to the ground. "Hudson!" I yell, flipping midair and diving straight for her. "We need to get over there! We need to help her!"

But it's not just Macy now. Eden is being dragged down, too.

The shadows are winding their way up her body, wrapping themselves around her waist and rib cage, pressing against her mouth. Mekhi fades over to help her, but the minute he stops moving, a shadow gets him, too. The next thing I know, he's on the ground with the shadows spinning around him.

"Hudson!" I scream again as Jaxon and Byron go down right beside Mekhi.

But Hudson can't help them. He's too busy kicking out at the new shadow that has wrapped around his upper thighs. At least he's still on his feet, so I bank hard right and tuck my wings tight against my body as I try to get to him before he goes down. At the last second, I snap my wings open and fly up behind him, reaching under both of his arms to pull him up. I launch us both straight into the air with every ounce of strength and power I can muster.

The weird shadow thing shrieks and tries to keep its grip on his thigh, but we're moving too fast, flying too hard for it to hold on. I don't slow us down until we're near the top of the arena, at which point my arms start to tremble from

the weight of carrying my six-foot-four boyfriend like a bag of chips.

"Drop me over there!" Hudson shouts, pointing to an area just past Eden where the shadows seem to be less concentrated.

My arms shaking hard now, I don't hesitate as I swoop right and use the last of my arm strength to toss him toward the area he pointed out. I don't even worry that we're more than a hundred feet off the ground. My mate does an impressive flip in the air and then lands in a power crouch that would give Black Widow a run for her money. I grin. *Show-off.*

I change directions again, putting on more speed, and take another pass over the statue in the center. Whatever is attacking us, I know it has something to do with that statue.

The shadows have dragged everyone except Hudson, who is fading now like his life depends on it in between brief stops to help pull our friends a few feet back away from the statue. It's a war of attrition, though, as for every foot he pulls them back, when he fades to someone else, the person he just saved gets yanked another two feet closer to the dark pool of water.

I glance over at Eden and Flint, who are both fully shifted and aiming giant breaths of ice at the shadows wrapped around their legs. At least they're no longer on their knees, instead hovering a foot off the ground, flapping their wings furiously to keep the shadows from pulling them back down. The ice seems to be slowing the shadows down, but it's by no means stopping them as they inch closer and closer to the statue as well.

I cross the arena once more and then decide I want to get a really close look at that statue. There's something about it that's very familiar. But to do that, I'm going to have to risk flying close enough that a shadow could more easily grab me.

Macy calls out, and I glance in her direction, my heart pounding in my chest. She's facedown on the stone floor, shadows wrapped around her waist now. I have to do something.Decision made, I pump my wings and pick up speed again as I climb as high in the arena as I can. Once at the top, I flip midair and tuck my wings tight against my body, diving straight for the statue.

I'm within thirty feet and about to extend my wings again so I can slow down enough to get a good look at the statue when Jaxon shouts, "Watch out!"

I glance over my shoulder—and scream.