# 130

Birds of a Feather
Kill Together

Hundreds of translucent shadows in the form of ravens race across the arena straight for me. But I can't waste my opportunity to focus on them. Not yet.

Instead, I keep my wings tucked until I'm mere feet from the statue. At the last second, I snap them open and bring myself to a sudden and complete midair stop, the force causing pain to tear down one side of my back as though one of my wings were being torn from my body. Tears burst in my eyes, but I blink them back and continue to flap my wings, hovering in front of the statue. I've got seconds before the phantom birds have me, and I need to get a good look at this statue.

I reach up and swipe my hand across my eyes. With my vision clear, I blink and realize I'm staring directly into the stone eyes of the statue. And it's staring back. Calling to me, urging me to step into the fountain, to come to them and they will end my pain, make this all go away. And I want that so badly, I almost falter. But being this close, I notice something else. The statue is smirking at me, like they know I'm weak, telling me without words to give up fighting. Just give up.

"Grace!" Jaxon shouts, and it's enough of a distraction that I shake loose of the hold the statue has over me. The sound of a thousand birds' wings flapping is almost deafening as they reach me, and I don't have time to do more than flip around. I kick out at them, but I'm too late. They've caught me.

They tangle in my curls, peck at my wings, rake their talons down my arms and legs and back in a paranormal version of Hitchcock's *The Birds* that has bile churning in my stomach and terror clawing at my throat.

I try to fly away from them, but they pile on top of me and push me down, down, down.

"Hudson!" I shout, and he immediately reaches up with a hand and then makes a fist, trying to use his disintegration power on the flock. But despite

their current bird form, the shadows are nebulous things. They must have no solid form because nothing happens, and without form, Hudson has nothing to disintegrate, nothing to "poof."

Terror claws at the back of my throat. If the shadows pull me to the ground, I know I'll never get back up again.

My mind races. I can't outfly them, Hudson can't destroy them, and judging from the way they're dragging Jaxon inexorably closer to the fountain at the center of the arena, his telekinesis isn't working against them, either. There's nothing we can do, no powers we can use to fight them off.

If Dawud, Remy, Calder, and Rafael don't solve the puzzle soon, they'll be the only ones left.

Panic is a wild thing within me now, fear and desperation making it nearly impossible for me to think or even breathe. Still, as the birds continue to peck away at my wings and face, I force myself to think past the pain, to focus on a solution.

I have to save my friends. I have to save Hudson.

There is no problem that's unsolvable, my mother used to tell me. You just have to find the solution. It's advice that has held me in good stead throughout my life—especially these last several months—but I'm beginning to think this might be the exception that proves the rule. I mean, solving my way out of being the main character in a horror movie isn't a normal problem to have.

But I've done it before. And damn it, I'm going to do it again. Because if I give up now, if I don't find a way to solve this problem, I'm not the only one who will suffer. Hudson will, too. As will Jaxon and Macy, Flint and Mekhi, and all our friends. And that is not okay with me.

*Think, Grace. Think.* If none of our regular powers can fight off these shadows, and we have to stay alive until the others solve the puzzle, what can delay the inevitable? Surely there's something I can do that will at least slow them down?

Water? No, they moved right through the fountain like it was nothing.

Earth? Dragging us down into the earth seems to be one of their game plans, so probably not.

Wind? They seem perfectly content to ride the air currents all around us, so no.

Fire? They don't have a corporeal form, so that won't do anything.

As Macy screams again below me, I remember what Remy said back at the Witch Court. Why am I trying so hard to have the right answer myself? Why

aren't I thinking about my team, what they bring to the problem?

Flint? He can breathe fire...which creates light. What if we don't need to beat the shadows, we just need to drive them back? If so, maybe light is the answer. Eden can only breathe ice, so I've never been more happy that Flint can breathe both than right now.

I shout down at him frantically, "Flint! Breathe fire at the shadows, see if the light will chase them away."

He doesn't make a move to breathe fire for what feels like forever, but then he manages to get one knee under his body and pushes up. Just a little bit more, and then he lets out a massive bellow of fire, aiming it directly at the edges of the arena, from where the shadows seem to be crawling from.

The shadows shimmy under the fire and light, but as soon as Flint takes another breath, they strengthen and seem to come after my friends with even more tendrils.

Well, hell, that made things worse, not better.

I bite my lip. Should I give up? There's an argument to be made for doing nothing in this situation—at least I can't accidentally make things worse.

But no, I've never been a quitter. Maybe two heads would be better than one, though?

The birds are still pecking at my wings and body, tearing pebble after pebble in their powerful beaks, and even though I'm managing to stay in the air, I'm getting dangerously close to the water below, which makes me frantically pump my wings harder and harder.

All of a sudden, something hard slams into my body, pain exploding in my hip and sending me flying halfway across the arena, flipping end over end as I try to catch myself with my wings to no avail.

At the last second, I feel Hudson's strong arms wrap around my waist and yank me against him, then he lands on his feet, my body tucked against his.

"Sorry about that," he says, breathing hard. "I couldn't see any other way."

"You mean other than swatting me across the arena like a fly?" I ask, but there's no censure in my voice. He probably just saved my life, although my hip is going to hurt for about a year.

"Hey." He gives me a quick smile. "I caught you."

"Yes, you did." I roll my eyes at him, then ask excitedly, "Did you see what happened when Flint blew fire on the shadows?"

"Yeah, they seemed to quiver." He raises a brow. "Then doubled in size. It was impressive."

TRACY WOLFF                          513

Shadow tendrils are moving quickly across the arena toward us, so I know we don't have much time to solve this. "Which of our friends might have an ability to use against shadows? I think the answer is light, Hudson, but Flint's dragon fire wasn't enough."

Hudson narrows his eyes for a second, then his eyebrows shoot up. "Didn't Viola say Macy's mom was adept at shadow magic? I think she hinted Macy should have a similar talent."

Goddamn, this boy deserves the longest kiss ever if we make it out of here.

"I love you," I say and give him a quick peck before leaping into the air, my wings carrying me as fast as they can. Straight for Macy. I don't look back at Hudson, knowing he's likely already fading again to each of our friends, to do what he can to help. As soon as I get close to my cousin, I shout down, "Macy! Viola said your mom and you were able to use shadow magic! Could that be the potion your mom said would do what we needed it to?"

It's a long shot, but I have to believe if my mother were really good at a particular magic, she'd feel it important to always be prepared against that sort of attack. So surely Aunt Rowena prepared Macy as well.

"Maybe!" Macy yells up at us, but her voice is weaker than normal, her body coated in sweat and dirt from fighting off the shadows.

"Hurry, Macy! You can do this!" I shout down at her.

Macy grunts and then rolls over, laying on her back and breathing hard now. Ten more seconds pass before she reaches into her fanny pack and, with eyes closed, riffles around until her hand falls on one bottle. She glances down and nods, then grunts again, pushing herself to a kneeling position with great effort.

The shadows are closing in on Hudson now, the available space to stop fading for a breath shrinking with every second as the shadows have nearly covered the entire arena floor. Our friends aren't in the water yet, but they're very close. Flint keeps blowing fire all around the space, careful to not set anyone on fire but trying to keep the shadows from getting him on the ground again.

I let out a quick yelp as a shadow nearly latches on to my ankle. "Hurry!" I shout.

Macy reaches into her fanny pack again and grabs her wand, then tosses the potion in her other hand straight up into the air. She aims her wand at it and says something I can't hear—and then the potion bursts into a million tiny shards of brightness, bathing this entire half of the arena in light.

And all hell breaks loose.

# 131

## Slip 'N Slime



I barely have a breath to celebrate that my idea worked and the shadows are shrinking before they let out an unholy screech that sends a shiver racing down my spine. And then, as though their fury opened a floodgate, bugs start to crawl from the water again.

With the brilliant light now coating the arena, I can see exactly how terrifying the bugs that were in my hair and crawled along my skin really are, and I almost throw up. In midair. Creepy jagged pincers and giant antennae that arch out like drooping flower stems, and the oh so many legs I remember crawling along my flesh, all attached to shiny black bodies broken into two distinct segments that allow the bugs to twist and turn this way and that as they crawl over rocks and grass.

Thousands and thousands of bugs crawling out of the water, heading straight for all my friends. Wave after wave, as though the statue were only toying with us earlier but all bets are off now. It only takes mere seconds before the entire floor vanishes beneath a living blanket of bugs—and heading straight for my friends, who've gotten back on their legs since the shadows receded.

Flint and Eden take to the skies while the vampires fade, Hudson carrying Macy. The sound of vampire feet crunching thousands and thousands of bugs' bodies against the stone floor echoes eerily around the arena. Eventually, the ground is more yellow than black with bug guts, and I shudder, so, so happy my kind has wings.

I know Hudson could disintegrate the bugs, but I don't even wonder why he hasn't. I can't imagine crawling into the minds of thousands of bugs. I shudder again.

But fading isn't a solution. Eventually, the vampires are going to tire, as Hudson taught the gargoyles in the frozen Court. I'm about to suggest the vampires jump on Flint's and Eden's dragon backs when Mekhi lets out a short yelp and then goes sliding across the ground now slick with smooshed insect guts. He slides all the way across the arena until he eventually loses momentum,

like he was taking a turn on the world's worst Slip 'N Slide.

When he stops sliding, he just lays there for a few seconds, the wind clearly knocked out of him. My gaze darts to the water, but the bugs don't seem to notice that Mekhi is on the ground. They're still crawling out of the water, but no more in his direction than any other.

Then he groans and starts to get back on his feet and the bugs, as one, beat it in his direction. Within seconds, he's shouting and flicking his hands all over his body as he tries to get them off.

And then Byron trips. Hudson with Macy are next to go down. Then finally Jaxon.

Now that the vampires aren't running anymore, Flint and Eden circle lower and coat the ground around them with ice, which freezes the bugs not already on them, but that just makes even more bubble up out of the water around the statue.

*Think, Grace! Think!* We can't fight them. There are too many. And we can't outrun them. Maybe we can make them retreat like the light made the shadows leave? I shake my head. The bugs don't seem to be afraid of anything. The just keep coming and coming and coming, as though the fountain were a bottomless well of bugs.

And then it occurs to me. We don't need to beat the bugs—we need to cap the well.

I bank left and fly closer to Flint and Eden, who continue to breathe ice on the ground around our friends, taking out as many attacking bugs as possible.

Macy is screaming hysterically, pulling bug after bug from her hair as she jumps up and down in an effort to dislodge the bugs crawling up her legs. Byron, Jaxon, and Hudson are beating back the bugs as best they can, but it's a losing battle. But the person really struggling is Mekhi, who is on one knee and nearly covered in bugs. He must have hit the ground harder than I thought when he'd first tripped. Flint's icy breath is the only thing keeping the bugs from overcoming Mekhi entirely, so he shouldn't stop what he's doing. I flip around to Eden, who is on the other side near Macy.

"Eden! The fountain!" I shout. "Freeze the *fountain*!"

Eden pauses mid-breath for a second, maybe two, then takes off for the fountain. With a giant breath, she flies in a low circle around the base of the statue and freezes the water instantly. She flies around a couple more times, building a wall of ice nearly two feet thick at the base of the fountain before she widens her flight, freezing the remaining bugs on the ground, too.

Eventually, all the bugs are dead.

# 132

### Drinking Outside the Juice Box



Suddenly, the entire stadium groans. Seconds later, the giant wall bisecting the arena lowers.

Thank God. Dawud, Calder, Remy, and Rafael have finally solved the puzzle.

They stumble toward us like they've seen a ghost—or ghosts. And maybe they have. Considering what we just battled, I'm not taking anything off the table.

"You're okay," Remy says, latching on to my hand. He looks more shaken than I've ever seen him, and his gaze keeps darting over to Macy. "I thought—"

He breaks off, shakes his head. "That last puzzle was a trip."

"More like a nightmare," Calder says, and she, too, looks a lot less animated than her normal self. "It's good to see you guys."

"It's good to see you, too." I give her a spontaneous hug, and the fact that she actually melts into it tells me just how upset she really is.

"Dawud solved the puzzle," Rafael comments after a second. "With a couple of marbles and an old key."

"That doesn't surprise me at all," Hudson tells Dawud. "Good job. You saved our lives."

Dawud doesn't answer. They're too busy cataloging the group, their gaze combing over every single one of us, much like mine did after Jaxon and I had to solve the first puzzle.

"We were really worried about you. Your screams were terrible," Dawud answers, glancing around at the bug slime coating the floor and most everyone's bodies.

Macy pulls out her wand and waves it, making short work of removing every hint of bugs, guts, and dead carapaces from the ground and us. I don't think even magic, though, can ever get the memory of bugs crawling in my hair from my mind, and I shudder.

Remy wraps an arm around my shoulder. "You okay?"

The look I give him says, *Not really*. But I nod. "Great advice earlier, by the way." And it's true. He gave me the idea to stop thinking of how I could save everyone and instead how we could save one another.

His eyes widen, and then he sighs for what feels like a minute straight. His hands are shaky as he pushes his dark hair out of his face.

I want to ask him if this is what he saw, but I'm not sure if I want to know. It would be great to confirm the fate he saw has been averted, but I'm definitely not interested in hearing if anyone dies—there's no way to get out of here except to go through the next two Trials. Knowing I was walking into one of the levels with someone who wouldn't be walking out... I can only imagine what that would do to me.

I honestly don't think I could make it through. Which gets me wondering how Remy does it. Everyone always makes it sound like seeing the future must be so great. But what's it like to know the things he does? And to not be able to stop the bad things from happening?

I'm pretty sure it would drive me mad. I know I'd have even more panic attacks than I do already.

"We need to get our heads in the game, or we're all going to end up dead," Eden says as the walls begin to rumble. We quickly spread out on the arena floor so we don't end up with no one on the right side to solve the puzzle.

I take a deep breath, blow it out slowly, and grab Hudson's hand. I don't know what's going to happen next, don't know what side of the level I'll be on. I just know that—whatever side it is—I want Hudson with me.

He must feel the same way because he wraps his arms around me and holds me so tightly, I can barely breathe. And when the walls finally stop adjusting, when the stone finally stops groaning, we're still together. For now, that's all I can ask for.

Well, that and some light as Macy's potion flickers and we're once again plunged into total darkness.

# 133



I'd Love to
Give Away
My Shot

"The dark? Again? Seriously?" Macy's plaintive voice cuts through the blackness surrounding us, telling me Hudson and I have at least one other person in here with us. "I can't even find the candles."

"Don't worry about that," Remy say from what feels like the other side of the arena. "I've got the lights."

Suddenly, his fist burns purple in the darkness as he swirls his arm to encompass the area all around us. As he does, light blooms in every section until there is a circle of violet light running all the way around the top of the arena.

Or, I realize as I get my first good look at the place, three-quarters of the arena. Because it's divided up again like a phase of the moon, same as it was during the first Trial. Only this time, I'm on the big side, along with Hudson, Remy, Mekhi, Macy, Calder, Flint, and Dawud. Which leaves Jaxon, Eden, and the rest of the Order to figure out the puzzle.

Now that the arena is lit up, I can see that the fountain is gone and in its place—directly in the center of the arena—is a table. And on the table is a box no more than a foot tall.

Just the sight of it has my palms going damp. I take a deep breath, blow it out slowly, and try to tell myself that this round will be okay. That we're not going to lose anyone.

But I'm not sure I believe it, and it's that doubt that makes it harder to walk toward the table than I ever imagined.

"What do you think is in the box?" Macy asks, and she sounds as tentative as I feel.

"Only one way to find out," Remy answers laconically.

"Yeah, but what if we don't want to find out?" Macy shoots back.

"Then I guess we can just stand here until we get tired of listening to the screams that I'm sure will be coming from the other side soon," Hudson says.

"Good point," Mekhi answers. Then looks at me like he thinks it's my job to open the box. Sigh.

I move forward to do it, a little squeamish about what might come out of it after everything we just went through, but Remy steps up before I can get there. After a quick look at the rest of us to make sure we're on board, he reaches forward and flips off the lid.

I brace myself for whatever it is—*please, please, please, no more bugs*—but nothing happens. The room doesn't shake, nothing jumps out of the box, no strange creatures ooze from the walls.

"There's another box inside," Remy informs us, pulling it out.

He opens this box, too, exposing a small crate with eight test tubes in it. Each test tube is filled with a different-colored liquid.

"What are we supposed to do with that?" I ask, a sinking feeling in my stomach telling me I already know the answer.

"Ooh, I call the red one," Calder says. "It matches my hair."

"I'm not sure that's going to matter," I tell her, "but have at it."

She rolls her eyes as she pulls the test tube in question out of the box. "Color coordination always matters, Grace." And with that, she pulls off the lid and drinks the whole thing down in one long swallow.

# 134

## Close Your Eyes
## and Hot-Pink
## of England

Long seconds pass with us staring at Calder, wondering what's going to happen, while she—blissfully unconcerned—pulls out a compact and stares at herself while she puts on another coat of lipstick.

"Mud is *so* good for the complexion," she says as she happily rubs her lips together. "We should do another mud bath sometime soon, Grace."

"Let's just get through tonight before we start making spa plans, hmm?" Remy tells her.

She sighs. "You're becoming a real party pooper, Remy. You know that, right?"

"It is a problem," he agrees easily. "Hey, you feeling weird or anything?"

"Why would I be feeling weird?" Calder asks doubtfully.

"I don't know. Maybe because you just put an unknown potion in your body?" Flint says.

Calder shrugs. "My body can handle it." She strikes a pose. "It's a work of art."

"It really is," Dawud agrees.

"Put your tongue back in your mouth, Dawud," Remy tells them. "She needs a partner who won't just roll over for her."

"I like people who roll over," Calder says after snapping her compact shut and shoving it back in her pocket. "Gives me easier access. Entrails are such tasty treats."

She smacks her newly painted lips together for emphasis while Dawud whimpers.

Hudson gives me a *what the hell are we supposed to do with this* look, and I just shrug. Because really, Calder is a whole bunch of laws unto herself, and Dawud seems perfectly okay living by every one of them. And perhaps even dying by them, entrails and all.

"Do you still feel okay?" I ask after about a minute passes, and Calder doesn't start vomiting uncontrollably or anything else.

"I feel fiiiiiiiiiiiiiiiine," she answers as she very slowly tosses her hair back. In fact, the hair flip goes so slowly that she looks a little like a shampoo commercial, when they run the film in slow motion so everyone watching can see the shiny, healthy, beautiful hair fanned out all around the model's head. Except Calder's is still half crusted in mud, so not actually very shiny. Trust Calder to somehow look like a hair model anyway.

"Good." Remy looks at the seven potions left. "Anyone dying to go second?"

"We don't even know if we're supposed to drink those," I object. "Maybe we're supposed to throw them on the ground or something. We can't afford to do this wrong."

"Driiiiiiiiiiiiiink iiiiiiiiiiiiit," Calder says as she oh so slowly turns toward me. "Iiiiiiiiiiiiiiiit's deeeeeeeeeeliiiiiiiiiiiciooooooooous."

"Tastes like entrails, does it?" I comment, even as my heart sinks.

"Oh." Hudson's eyes go wide as he catches on to what's happening. "Calder, are you doing that on purpose?"

"Doooooooooooiiiiiiiiiiiing whaaaaaaaaaat?" It takes about five seconds for the words to come out—and about that same amount of time for her eyebrows to lift.

"Looks like we know what the red potion does," Macy says with a sigh.

"Apparently it slows you way down." I shake my head with a laugh.

"Waaaaaaaaaaaay down," Remy agrees, then reaches in and grabs the green potion. "Anyone want this one?"

"I don't want any of them," I tell him.

"Yeah, well, I don't think that's really an option, *cher*," he says, then opens the tube and downs it like a shot.

Mekhi grins at Macy and me, clearly over being covered in bugs. More power to him, considering I'm pretty sure I'll hang on to that experience long enough for both of us. "I think that orange one has my name on it," he says. "I'll apologize now if it makes me even sexier, ladies."

And then, like he grew up in a frat house, he tosses the liquid straight back.

Macy rolls her eyes at him and reaches for the purple potion. "I'm leaving the hot-pink one for you, Grace. Since it's your favorite."

Of course she is. I am now 130 percent certain the hot-pink one is the worst of the eight potions, which is no less than what I deserve for lying to my cousin for the last seven months about my favorite color.

Hudson chokes back a laugh, and I give him a death glare even as Macy says, "Bottoms up!" and downs the purple potion.

"Any idea what your potion does?" Dawud asks Remy, who completely

ignores them as he walks over to the edge of the wall and *bows*...which isn't even the *least* bit concerning. Seconds later, he waves his hand in the air and then takes off running—or as close as he can get, considering he's on his tiptoes while still wearing his work boots.

"Grace, careful!" Macy screams out of the blue as she points wildly above my head.

I duck as soon as she screams my name, but when I whirl around to confront whatever she's pointing at, there's nothing there.

"Grace!" she screams again. "It's coming! Get out of the way! It's coming!"

"What's coming?" I demand, looking at the ground for more of those damn shadow snake things. I can't imagine what else could make Macy sound so freaked out—especially since I can't see what she's pointing at.

"The monster!" She starts to cry. "Please, Grace. Run. You need to run."

"She's hallucinating," Hudson says, and it's his turn to look a little wild-eyed.

I think I can hear faint screams coming from our friends on the other side of the wall, but I can't focus on that right now. We need to survive the problems I can deal with here.

"Does anyone hear Tchaikovsky?" Dawud asks suddenly.

I tilt my head to the side and listen and sure enough, the very familiar strains of one of the songs from *The Nutcracker Suite* are playing. I recognize it immediately, as my mom used to take me to see it in L.A. every Christmas.

"I wonder if the music has something to do with the Trials," I murmur, praying to all the deities at once that we don't have to perform the *Nutcracker* ballet while under the influence of who knows what kind of potions. I can barely manage fifth position in the best of circumstances—or so my childhood dance teacher used to tell me.

I don't have to wonder for long, though, as Remy rushes over and does a fairly decent pirouette. If by "decent," I mean we were grading on a curve against a company of giraffes.

But his whole being seems enraptured by the music. With a flourish of his arm, he prepares to perform a jeté, and I have to give him points for commitment. At six foot four, he got some serious height on that leap. He also probably pulled a groin muscle as his legs attempted a midair split but fell short by about four feet.

Hudson whistles. "He really should have limbered up first."

But Remy doesn't seem to mind that his form is off—or that he didn't stick the landing. He simply incorporates a somersault into his movements and pops back up on his feet before continuing with his ballet, the wide grin splitting his

face making it's clear he is having the time of his life.

"I don't want to take a potion," I tell Hudson, and I can't help thinking suddenly that Calder is the lucky one. She had no idea what was going to happen when she swallowed that thing. Now that I do…now that I do, I'm even less inclined to put it in my mouth than I was when I first saw it, which is saying something.

He gives me a *no shit* look. "Yeah, me neither. But I don't think we have a choice. I don't think this level will start until we do."

"Start? You mean drinking the potion isn't enough?" I demand. "There are more things we have to do that might kill us?"

Hudson just sighs and hands me the test tube with the hot-pink liquid in it. Then turns to Dawud and Flint and holds out the last three. "Choose," he tells them.

Flint picks the blue one right away, while Dawud stands there looking a lot like I feel—like there is nothing in the world they want to do less than drink one of these things. But in the end, they choose the clear one, which leaves the yellow one for Hudson, who grimaces when he looks at it.

Not that I blame him. Bad enough he has to drink a potion. Does it actually have to look like urine when he does?

"Here goes nothing," I say, holding up my test tube in a macabre version of a toast.

Hudson, Flint, and Dawud do the same, then all four of us drink them down.

Dread settles in my stomach as Macy screams again and starts batting at something in front of her face while Calder backs away from the table in extreme slow motion. Remy is focused on a series of complicated jumps followed by a less complicated series of somersaults.

Then, suddenly, Dawud almost falls over.

Flint catches them and helps them steady themselves, but the second he lets go, Dawud starts to fall over again.

"I can't feel my right side," Dawud says, but it comes out all slurred because half their mouth suddenly doesn't work.

"Well, that's not good," I say to no one in particular, because everyone else is wrapped up in whatever symptom they're having.

My potion hasn't kicked in yet, so I rush over to see if I can help Dawud, but they seem fine. Except for the fact that half their body has gone completely limp, and they have absolutely no control over it.

I mean, what could go wrong in that equation?

"Yako era uoy?" Hudson asks me with worried eyes.

court

"I'm sorry?" I ask.

"Ecarg! Yako era uoy?" He reaches behind him and takes a step backward. Which makes both our eyes go wide.

"Oh shit!" It comes out half cry, half laugh. "You're backward?"

I think he's trying to nod, but his head shakes back and forth instead.

"Oh my God. You're backward! What are we going to do?" I start to laugh, because at this point, it's either laugh or cry.

On the plus side, still no potion effects for me. Looks like Macy was right all along—apparently hot pink really is my color. Or these Trials creators didn't account for a contestant with an immunity to magic.

Too bad none of my friends had the same luck.

I turn around to look at them and nearly crack up all over again.

Calder is strutting toward Remy, but she's going so slowly that she might as well be going backward. Which is a good thing, because if she reached him, she would interfere with the brisé volé he is currently attempting. He's doing it badly, but he is definitely attempting it. Hudson, in the meantime, keeps trying to get to me but he *actually* is moving backward every time he tries to take a step.

Meanwhile, Macy is cowering under the table, crying and batting at God only knows what, and Dawud is just kind of slumped over, like they have no idea what do with their body. Mekhi, on the other hand, has the same *oh shit* expression on his face that I know is on mine. Although for very different reasons. He's currently sucking his thumb and walking in a circle, his head cocked as far over his shoulder as he can get it like he's trying to see what's wrong with his backside—and I'm suddenly beyond terrified that baby Mekhi might have soiled himself.

As for Flint, he seems to have just full-on decided that he's a chicken.

He clucks like a chicken.

He walks like a chicken.

He flaps his arms like a chicken.

He even runs away like a chicken the second anyone else gets too close to him, which should be really fun when we need to fight something.

Speaking of, I try my hardest not to freak out as the ground begins to creak beneath us.

Macy and Hudson must hear it, too, because both of them go on full alert with me. I turn around in a circle, trying to figure out where the threat is going to come from, but I can't find anything.

At least not until the floor starts to shake.

135

Ee I Ee I
Oh No



"**G**nihtyna ees?" Hudson asks as he does his best to look around with me. He's finally figured out if he steps backward, he can get to me walking forward. It's a slow process, as his brain isn't used to it, but eventually he's by my side. Who knows what's going to happen when he tries to fight, though. Fingers and toes crossed backward that it doesn't mean beating the hell out of his friends instead of the enemy...

"Get ready, Calder!" I call.

"Iiiiiiiiiiiii aaaaaaaaaaaaaam," she answers, then spends about ten seconds trying to turn in a half circle so that she's facing the same direction Remy, Hudson, and I are. Well, Remy was. Now he's on the other side of the arena spinning an imaginary ballerina before jumping into a full-blown cabriole that ends with him falling flat on his face.

I figure that should stop him for a while, but nope. He's back on his feet in seconds, nose bleeding and lip scraped to hell from the stone. I have to say, given the circumstances, I am impressed with the battement he performs. It could be way worse.

I glance at Hudson, who starts to say something, but then just rolls his eyes. Backward. Which might be one of the most bizarre things I've seen all day, and that is saying something.

In the meantime, Calder has tried shifting into her manticore form, but she's moving so slowly that it appears like she's caught halfway between her two selves. She's got most of a scorpion tail and part of her lion's mane, but everything else is human. And can I just say, it's definitely not a good look for her.

I start to go to her, to see if there is anything I can do to help. But before I can get more than three feet, my cousin screams for what feels like the hundredth time in the last fifteen minutes.

"Macy!" I call to her, trying to sound as patient as I possibly can. "Can you

get out from under the table? There's nothing there."

"There is!" she tells me, tears in her voice. "Oh my God, it's so ugly, Grace! So ugly!"

"I need you to stand up, Mace. Just forget about whatever that is—I swear it won't hurt you—and come over to me. I need you."

"It's going to hurt you!" she screams. "No, don't hurt Grace!"

And suddenly she's firing a lightning spell straight at Hudson and me. I knock him out of the way—with my luck, he'd try to jump back and jump straight into it instead—and end up getting the bottom couple of inches of my hair singed off in the process. Luckily, she hits the side that wasn't already cut, so my hair is finally almost even again. Several inches shorter than it used to be, but even nonetheless.

My cousin whimpers, but I can hear her finally getting up. Or at least trying to, considering every time she gets too close to whatever she's currently hallucinating, she starts to scream again.

But I have bigger problems—we all do—because something else is happening. There is suddenly a loud whooshing sound sweeping through the arena.

I look around, trying to figure out where it's coming from, but no one else is paying attention to it. No one else but Hudson, that is, who is looking at me with a *here we go* look. At least until Flint jumps in front of him and starts trying to peck his eyes out.

And all I can think, as I watch Hudson punching and tripping backward in an effort to get away from him, is that if the Trial doesn't kill Flint, Hudson just might…if he can ever figure out how to work his limbs again.

136

## Moonwalk-a-Doodle-Doo



"What's that noise?" I ask no one in particular as the whooshing sound grows louder.

"Grace! Look out!" Macy screams. "It's going to get you!" I don't even bother to look around.

"Mrotsdnas!" Hudson answers me. He's finally managed to get away from Flint, who is now in the corner clucking his displeasure as Hudson rushes toward me as fast as he can, considering he's only moving forward by putting one foot behind the other in a strangely uncoordinated version of the moonwalk.

"Mrotsdnas," I repeat, trying to put the sounds together in verse. "Mrots… stor—"

"Sandstorm!" Dawud yells as they somehow manage to drag Macy off the table that she must have just climbed onto using only their left arm. But when they try to turn it over—still using only their left arm—I give them a *what the hell* look.

"We need something to hide behind," they answer, and considering the kid spent most of their life in a pack in the Syrian Desert, I'm inclined to believe them.

So I leap into action and flip the table onto its side for them, then step back to let Remy—who was listening to the conversation even in the middle of a string of pirouettes—use a burst of magic to send it legs first against the wall, so that the tabletop provides a barrier against the sand that has just started blowing into the arena.

"We need to hide behind it," Dawud tells me.

"Can you try to get Macy?" I ask, pointing to where my cousin is firing spells at God only knows what. "I have to get the others."

"Pull your shirt over your mouth!" they call to me as I run. "It acts as a kind of filter for the sand."

I do as they say and race toward the center of the arena. Remy has pirouetted

528                                                court

over to help Calder, who has finally shifted into a full manticore but can still only move in super slow motion, which—if the situation wasn't so dire—might be the funniest thing I've ever seen.

I trust Hudson to find a way to shuffle himself backward to the table, however bizarre-looking it may be, which leaves only baby Mekhi and Chicken Boy to save.

"Flint! Come on!" I yell to him as the wind kicks up in the arena, while I try to convince baby Mekhi to stop sucking his thumb and take my hand so I can lead him to safety.

This time, Flint's cock-a-doodle-do is all terror and no annoyance, so he doesn't even fight me when I drop off Mekhi behind the table and rush over and grab on to Flint and start herding him toward the table. Sand is flying through the air now, whipping against my face and hands and getting in my eyes.

"Pull your shirt up!" I tell him. But it's no use. The chicken is not okay with any kind of face mask.

I speed up, trying to keep my head down, but visibility is so bad in here that I have to look at least every once in a while to make sure we don't end up at the opposite end of the arena. With the way these winds are pushing at us, it's entirely possible that could happen.

And that's before a particularly strong gust of wind sweeps through the arena and nearly blows us off our feet. It freaks Flint out so much that he jumps in my arms before I have a clue what he's going to do, wrapping all six foot something inches of himself around me as he cock-a-doodle-dos at the top of his lungs—right next to my ear.

Which isn't a problem *at all*—especially considering I'm not in my gargoyle form at the moment—and this dragon-chicken is at least double my weight.

I stagger forward a few steps, but that's all I can manage before I end up dropping him right on his un-feathered butt. Flint isn't impressed, and he crows a few times to let me know it, then runs around me in circles, flapping his arms.

Through much coaxing—and a few threats to pop him in a stewpot for dinner—I finally manage to get Flint to the knocked-over table. He climbs in along with Macy, baby Mekhi, Calder, and Dawud, but when I tell Remy and Hudson to hurry up and get behind the table, too, they both look incredibly insulted.

"I don't have time for this!" I tell them. "Just get in there and let me deal with it."

Hudson gives me a *like that's going to happen* look while Remy just takes off doing fouettés across the arena. Or as close to a fouetté as he can manage,

considering his utter lack of training or talent and the incredible wind currently blowing in here.

And damn it. Just damn it. Why do these men have to be so stubborn? I get that they want to help—and under normal circumstances, I would jump at the chance. But nothing about this is normal, and they are going to end up getting themselves, each other, or the rest of us killed with their stubbornness. And that I am *not* okay with.

Except as I turn around and see the sandstorm barreling toward me in all its full-blown glory, I have to admit I'm more than a little intimidated. The thing is taking up most of the arena by now, huge, billowing clouds heading straight for us as sand hits my skin hard enough to leave marks.

With some vague idea of being able to push the storm in on itself, I run to the opposite end of the arena from where Remy is. I'm halfway there when the storm overtakes me.

The shirt over my mouth is poor protection against the full brunt of the sandstorm, and I'm gasping for air as I try to make it through the roiling clouds. It's really hard to do, though. Not just because the wind keeps buffeting me backward, taking away at least half of any progress I make, but because what little I can see inside the storm is cast in an eerie red light that's completely disorienting.

I know what direction I was heading when I first started running, but between the wind and the sand and the enveloping clouds, I can only hope that I'm still pointing the same way.

I finally hit a wall—I can't see it, but I can feel the rough stone against my hand—so I can only hope that I'm in the right spot. I turn around, duck my head, close my streaming eyes against the onslaught of sand, and try to gather all the power and energy I have left inside me to fight this thing.

But just as I try to figure out where to start, the wind stops. It just stops, and the sand falls to the arena floor.

Which is either fortuitous or terrifying, and I'm not sure which one it is yet.

"Why'd it stop?" Remy asks as he does a pretty decent arabesque.

"I have no idea," I whisper, even while looking back and forth, desperate to figure it out. "Maybe they solved the puzzle?"

But even as I say it, there's a loud screeching sound on the other side of the wall, as though something heavy is being scraped across stone.

"Definitely not finished." Remy takes a bow.

For a second, I think he's finally done—that maybe the potion is finally

wearing off. But then he does a lead-footed coupé jeté in his work boots, so maybe not.

"Dnas eht ta kool!" Hudson says suddenly. He points at the ground as I try to run the letter sounds in the opposite direction.

"What's wrong with the sand?" I ask as soon as I figure it out, terrified we're about to be swarmed by sand fleas or something even worse.

But it just looks like regular sand to me. The wind is completely gone, so it's not even blowing around. It's just lying there under our feet.

"Pu!" he says, bending down and sticking a finger into the sand. "Pu gniog sti, Ecarg!"

"Up? No it's not. My feet aren't moving at all."

But I look at his finger, still stuck in the sand, and realize he's right. Because the sand that was at his middle knuckle before is all the way to his palm now.

"Oh shit," I whisper as the truth finally hits me. The whole arena is filling up with sand. And we have no way out.

*



# 137

## Give Me a Sand



"We need to get to the others!" I shout as the truth sinks in.

Hudson shakes his head back and forth in what I'm pretty sure is supposed to be a nod. But when I take off running, all he does is move four quick steps back. Of course.

I turn back to help him, but he just nods and says, "Og! Og!"

So I do. Hudson figured out how to walk once in here; he'll be able to do it again. I'm not so sure about the chicken and baby, however. I'm pretty sure they'll end up buried in sand if I'm not around to stop it.

By the time I make it to the table they are all still crouched behind, the sand is up to my calves, which makes walking a lot of fun. Normally, I'd be able to move over the top of it, but it's pouring in so quickly now that it keeps covering my feet.

"Come on, guys!" I tell them as I grab the table and scoot it away—also harder than it should be because it's partially buried in sand. "We need to get you guys standing up."

Not that that's going to be enough with as fast as this stuff is coming. But it will at least buy me some time to figure out what to do.

What I'm deathly afraid of, though, is that there is nothing to do. The sand is rising, and there's no way out of here. If Jaxon and his group don't finish the puzzle soon, we're going to be completely screwed. I've always thought drowning was one of the worst ways to die. I can only imagine drowning in sand is a thousand times worse.

Flint must think so, too, because he is crowing loud enough to fill up the entire arena. In the meantime, baby Mekhi keeps trying to eat the stuff and Dawud keeps sinking into it.

What do I do? I rack my brain, trying to think of an answer as the sand pours in. It's up to my knees now and rising even faster than before.

I bend over to dig myself out and, for a second—standing on more than a foot of sand—I'm as tall as Flint, whose eyes go wide when he sees me looking at him eyeball to eyeball. He lets out a huge squawk and tries to run away, but he's buried, too—and can't dig himself out with his imaginary wings. He ends up falling face-first into the sand, which then starts rising over his back and legs.

Macy screams—and for once I'm actually with her. This is freaking terrifying. But then she's batting around her head like she's being dive-bombed by a prehistoric mosquito. Which means—

"Macy, no!" I jump for her, desperate to get to her before she starts shooting spells again, but I'm too late. Still, Macy doesn't even notice. She's too busy battling whatever she's hallucinating, and this time, she sends out an exploding spell that hits the sand and has it exploding up into the air in a giant cloud that ends up raining down on top of us. And makes baby Mekhi clap excitedly.

But that's not the worst part. Because Hudson has decided he wants to try to use his powers to disintegrate the sand. He's finally made it halfway across the arena, and when I turn to look at him, he holds out a hand.

And shit. His power is working backward. "Hudson, stop!" I scream, but it's too late. He closes his hand, and the whole arena shakes. And the amount of sand around us doubles.

I'm buried to my thighs now, and I have to work a lot harder to pull myself out.

As soon as I do, I turn to baby Mekhi—who is still sitting on his butt and is now covered up to his pecs—and start digging him out. At least until he grabs my hair and pulls on it.

"What are you— No, stop!" I tell him firmly, loosening my curls from of his very large hands.

But he just laughs and claps and grabs another handful of my curls. And even better, he tries to stick them in his mouth.

I don't have time to fight him, so I just let him slobber all over my hair as I turn to help Dawud dig themselves out as well. They've got all their faculties about them, so they're digging as fast as they can, but with only one hand that works, it's slow going.

Flint cock-a-doodle-dos at the top of his lungs, over and over again, as I work to save the others—and keep myself dug out as well. Macy's screaming at some monster to let her go, but at least she's moving and keeping herself from getting buried in the sand.

Calder is back in her human form and trying to dig herself out as well, but

she's moving so slowly that I'm afraid she's going to end up drowning in the sand before I can get to her. Remy, on the other hand, is lying down on the sand and rolling across, arms above his head in a classic ballerina pose.

And just when I think it can't get any worse, another loud rumbling fills the room. Then the floor starts to rise. Because apparently, we're not drowning in the sand quickly enough. The Trials are going to help us out.

We're not rising that fast, thankfully, but the sand is continuing to pour in all around us even as the floor creeps up to the ceiling. And damn it. Just damn it. I can't save everyone without help. I just can't. If Jaxon and the others don't finish that puzzle soon, we won't be here.

Mekhi finally gets tired of chewing on my hair and starts to cry. I don't know if he's hungry or scared or what, but I don't have time to do much but pat his head and tell him, "It's okay, baby. It's okay," before I have to go back to digging out Flint.

At this point, Mekhi is screaming, Flint is crowing, and *The Nutcracker Suite* is blasting through the air. I can barely hear myself think, let alone talk to any of the others, but a glance at the wall tells me we're running out of time faster than I anticipated. There is only about fifteen feet between us and the ceiling, whereas we originally started out with around two hundred feet separating us.

I can't wait for Jaxon and the others. I'm going to have to do something, fast. I just wish I had a clue what that was.

I glance around, frantically trying to figure it out. There has to be a way; there just has to be.

As I'm racking my brain, something occurs to me. It's a long shot—a real long shot, considering it involves me digging my way down through who knows how many feet of sand without suffocating. But with the floor lifting toward the ceiling, that means—theoretically—the space beneath the floor is empty. If I can somehow punch a big enough hole through the floor, the sand will pour in and buy us—and Jaxon's group—more time.

It seems like a ridiculous plan, considering Hudson can't help me. But the floor is stone, and I'm a gargoyle. I couldn't do anything with tile, but stone I might actually be able to move or absorb like the Unkillable Beast did for all those years.

"Remy, come here!" I shout to where he is now somersaulting over the sand. "Start digging for me!"

He looks confused, but he somersaults over to me, and that's something.

"Macy!" I yell my cousin's name, trying to get her attention away from

whatever newest horror is haunting her. "I need you to dig, too. Just keep digging, no matter what comes at you. And you, Calder."

The manticore nods and starts digging. Or at least I think she does...

Hudson has made it over, and he must have figured out what I want to do because he yells, "Deaha og!" gesturing toward the sand. And then does some strange scooping-up motion with his hands that actually has him moving sand away from Mekhi instead of burying him in it.

I need them all to keep digging if we have any hope of keeping Mekhi, Flint, and Dawud alive. My friends digging might be a mess, but they're my mess, and I'm going to have to trust them with this.

Then, determined to do whatever I can to keep all of us alive, I take a deep breath and reach for my platinum string—and shift to solid stone.

It doesn't take long before the sand starts to settle, and I sink into the ground. By the time I've sunk so far that the sand is reaching my face, it's everything in me to push the panic down my throat. The idea that I could be buried alive, unable to shift back to human form, buried beneath the sand has my heart pounding in my stone chest.

The sand reaches my nose, and it's like I'm in a bad horror flick. And then the sand is over my head, and I can't see anything else. Just sand, sand, sand.

It feels like it takes forever but is probably no more than a minute before my stone feet finally reach the stone floor of the arena. I don't waste a second, calling on every ounce of earth magic I can muster and channeling it from the floor into my body.

At first, nothing happens, and I freak out. This is my one shot—our only shot—and I can't fail. I just can't. I can't let Hudson and Macy, Flint and baby Mekhi, Calder and Remy die. Not when they put their trust in me.

So I dig down deep, find every last drop of my power. Then I channel the earth magic into my body as hard as I can. I pull and pull and pull until there really is no more air in my lungs. And then I pull one more time as hard as I can.

There's an odd little popping sound, and then one of the large cobblestones springs free.

I absorb more of the rocks into my stone body, sand rushing in to fill the space where the rocks were. I absorb one more rock and suddenly, the sand is rushing past my body through the fairly large hole in the floor I've created.

It's not a perfect solution—sand is still filling the room and the floor is still rising—but it will buy us some time, and that is all that matters. Well, that and making sure Mekhi never chews on any part of me ever again.

138

## A Nightmare
## to Remember



"**F**inally!" Eden says as soon as the arena arranges itself into one single room again.

After I made it back to the rest of my friends, the sand was filtering out of the room at a steady enough pace that no one was in danger of suffocating. Calder *very slowly* helped me flip the table up on its tallest side, and that kept the floor from continuing to rise as well.

We all just flopped onto the sandy floor and watched the end of Remy's spectacular *Nutcracker* ballet while I rocked Mekhi to sleep.

The potions wore off the instant the other side solved their puzzle, thank God, and Remy made short work of fixing his broken nose. He waved a hand at Mekhi as well, fist-bumping him and saying, "I'll never speak of this again if you won't."

"Do you think we still have enough time to get to Katmere before the blood moon?" I ask Hudson, panicked. "That last Trial felt like it took at least an hour."

"Hey, we solved that puzzle fast!" Jaxon says, a fair amount of pride in his voice.

"Are you serious?" I screech. *"Fast?"*

"He's actually right," Hudson says, checking his Vacheron Constantin watch. "That Trial only took about twenty minutes."

"Well, great," I grumble. "But the nightmares will last a lifetime."

"Hey, chill out, Grace, I'm just saying. We had to defeat some pretty serious taffy to solve our puzzle. We almost didn't complete it in time and had to defeat the taffy again, but we figured it out in the end."

"I'm sorry. Did you just say you defeated *taffy*?" I look from him to everyone who was on my side of the arena. "Guys, they defeated taffy and almost had to do it *twice*," I mock.

"If it helps, it was a lot of taffy," Byron tells me with his most charming grin.

"I don't give a shit if you defeated a world record amount of taffy. At least

you don't have sand in places no one talks about at parties and at least no one in your group was a chicken."

Jaxon lifts a brow as he looks from Flint to Macy to Remy to Calder to Dawud to Hudson to Mekhi. "Do I get to guess which one of you was scared?"

"Not scared," I correct him. "A *chicken*."

Rafael bumps his shoulder into Byron. "I told you I heard a cock-a-doodle-do."

"Oh, there were several," I snarl, then whirl on Jaxon. "And I swear to God, if you laugh right now, I'm going to punch you in the junk."

"Of course not. I swear." He presses his lips together to keep the laughter in, even as he holds a hand up in surrender. "No amusement here at all."

I poke a finger in his face. "There better not be."

But the second I turn away, I hear him ask Hudson, "It was Flint, right? Flint was the chicken?"

"Fuck you, Vega," Flint growls.

"Yep," Byron agrees, and I can hear the struggle not to laugh in his voice. "Totally the chicken."

"I hate all of you," I say. "Taffy. You got *taffy*."

"Hey." Hudson holds out a hand—*that actually works*—to me. "That was intense. You did a great job."

And I don't know if it's his acknowledgment that holding that shit show together was really hard or if it's hearing him speak normally again but, just like that, the anger leaves me on a flood of relief.

He's okay. They're all okay. We didn't lose anyone this round, no matter how terrified I was that we would. No matter how terrified I was that it would be my fault because I couldn't hold everything together in there. My friends—my family—they're okay.

Out of nowhere, relieved tears bloom in my eyes, and I'm so embarrassed that I bury my head against Hudson's chest for a second. I don't need long, just enough time to take a breath or two and let the incredible amount of tension from the last hour leach out of my body.

But that's one of the many things that's great about Hudson. Somehow, he always knows exactly what I need.

He puts a hand on the small of my back and another behind my head and spins us gently around, so that I'm facing away from the group and his body is shielding me.

"One more," he tells me. "We only have one more to get through. And then

this will all just be a nightmare for another time."

I nod, give a watery laugh. "We can add it to the collection. Not so Impossible after all, eh?"

"Isn't that the truth?" He shakes his head, a rueful grin on his too-beautiful face. "I'm pretty sure it's going to take a lot of years and therapy before I'm over the trauma of having Flint try to peck out my eyes."

"You and me both," I tell him. "You and me both."

"But hey, at least we're thinking about sand inside our clothes instead of bugs now," he says, and I shudder.

"Too soon. Way too soon," I mutter.

"Sorry," he says and chuckles, hugging me tight for the space of one more breath, then turns us back around.

"Still, I hope we can complete this last Trial quickly," I say. "We probably only have about a half hour left before we've missed the blood moon."

"Stop worrying, Grace. We got this," Calder says. "As long as I can move at normal speed in this next round, it's shouldn't be a problem."

The others agree, and I don't have the heart to point out that none of us has any idea what's coming next or how quickly we might be able to beat it. But they're right about something. We're about to, so why borrow trouble?

As if on cue, the arena walls start to move, but instead of a wall bisecting the circle, the walls on the outside start to spin and move backward, making the space larger. And then they do it again. And again. And again.

"I don't know whether to be relieved or terrified," Dawud says as things continue to move.

"I'm going to go with terrified," Eden tells them, though she sounds more optimistic than scared. "Start with really low expectations, and then you can be pleasantly surprised if you were wrong."

"Yeah, but last is always the worst," Jaxon says. "So get your shit together and let's do this thing."

"You're right," I snark, not liking the way he's talking to Dawud. I know it's because Dawud is younger and bringing out Jaxon's protective instincts, but just no. "This time you might have to eat your way through taffy *and* cupcakes."

"That's not what most of us did," Byron says with a laugh, "though that sounds vaguely terrifying, too."

"To a vampire, maybe," Macy comments. "I've always loved taffy."

"We'll get you a big bag before we leave," Remy promises. "All the flavors you want."

court

Her face lights up for a second, but then she frowns. "Nah. I'm pretty sure I'm not going to want anything to remind me of this place ever again."

No one says anything after that, nerves getting the best of us as we wait for what feels like forever.

"Do you think they're ever going to stop?" Flint growls as the walls continue to move. In fact, the arena is now almost twice as large as it was before, and the walls are still spinning out.

"I'm pretty sure we're going to be screwed when they do," Hudson answers. "So I'm okay with them spinning a bit longer."

"I'm more terrified what they're going to throw at us that requires this much space," I add.

No one says anything to that, which says it all. The room isn't even trying to divide us into two groups anymore, like whatever is coming is going to take every single one of us to fight it back.

I glance around, realize pretty much everyone in the room is doing the same thing—including me. This is going to be bad. We all know it. The only question now is how bad.

Panic churns in my gut, has bile crawling up my throat. But I shove it back down, even go so far as to do the trick Hudson taught me and add numbers until my brain has to focus on them instead of the fear kicking around in every part of me.

It works again—and just in time, too. Because the walls finally stop. And a strange whirring noise fills the room.

"What's that?" Eden asks, spinning around to see where the sound is coming from.

Turns out, it's coming from a stone in the center of the arena. It's retracting slowly and as it does, a small stone podium rises up from the floor, the same podium we saw before the Trials began. And on the podium is the gold chalice ringed with diamonds.

"Oooh, pretty," Calder says.

"Oh my God," Macy whispers. "Is that it? Did we do it?"

We all look at one another in confusion because Tess had said four rounds. We've only done three.

Unless— "Do you think one of the rounds counted as two?" I ask. That bug round definitely felt like it should count as more than one. Or six.

"I wouldn't think so," Remy answers. "These don't exactly seem like the kind of people to skimp on the scary shit."

"And taffy doesn't seem scary enough to be a fourth round on its own," Calder says doubtfully.

"Jeez, let the taffy go, people," Rafael says with a roll of his eyes.

"We're never letting the taffy go," Macy tells him. "Get used to it."

Eden walks over to investigate. "It's empty," she says, reaching for the cup. "There's nothing in it, although...*pretty.*"

"Nothing?" Flint asks, sounding confused. "Are you sure?"

She turns it over to show him and, sure enough, nothing comes out.

"So what does that mean?" Jaxon asks.

He's barely finished speaking when the lights snap off.

Dawud sighs. "I think that means round four's not done yet."

*Yeah, me too.*

"Again with the lights?" Macy sounds aggrieved and uses her wand to cast a small glow of light around us as Eden puts the cup back on the pedestal.

Suddenly, the pedestal starts slowly sinking into the ground like it's taking an elevator down, until it's completely gone and the floor closes up over it.

"Well that was interesting," Remy says. "Plus, the arena's intact. We're all in the same room this time."

"Do you think it's a mistake?" Eden asks.

"I think it's a chance for them to try to kill us all off at once," Jaxon answers.

"Thank you, Mr. Mary Sunshine," Calder tells him.

"Just calling it like I see it," he answers.

"Yeah, well, I'm guessing they think our odds aren't good with dividing us up," I mutter, and we all turn around, trying to figure out what the threat is in this round—and where it's going to come from. "Can you give us even more light, Remy?"

Remy does his magic thing again and, as I spin around, I realize that the arena is completely empty. With the pedestal and chalice now gone, there is nothing in here with us this time. No fountain, no puzzle grid, no table, nothing. It's just us and this big, empty stadium. Even the crowd has gone quiet.

The knowledge only makes me more nervous.

The others must feel the same, because unlike the earlier times, no one seems interested in striking out on their own to see what's happening. Instead, we all walk toward the center of the arena in a little huddle.

"There's really nothing?" Byron asks.

"There will be," Hudson answers confidently. "They didn't lock us in here just to hand us the elixir."

"It would be kind of cool if they did, though, huh?" Eden says.

"Very cool," I agree, even as I put my hand on my platinum string. Because like Hudson, I know something is coming, and I want to be ready for it, whatever it is.

"Do we need to—" Flint starts.

"Quiet!" Jaxon snaps, cocking his head to the side.

Flint looks like he's really freaking offended, but then he must hear something, too, because his eyes narrow, and he turns silently around so that he can watch the area right in back of us.

The other vampires and shifters are doing the same thing, their hearing better than the rest of ours.

"What is it?" I whisper as quietly as I can.

Hudson shakes his head to say he doesn't know.

And then suddenly, I hear it, too. The low, almost inaudible rhythm of something soft hitting the stone floor over and over again.

Like everyone else, I whirl around, trying to see where it's coming from. But there's nothing. No one is in here with us. At least no one we can see.

"Get ready," Remy breathes, turning so that his back is to the center of the room.

We all do the same, pressing our backs together in a circular arrangement so that nobody is left unprotected and we have a view of the entire room.

And then we wait. And wait. And wait.

Because the longer we stand here, the more apparent it becomes that we're being stalked.



# 139

## This May Be the Rune of Me



**M**y heart is beating uncontrollably, and it's all I can do to stay where I am. My body wants to move, every survival instinct I have telling me that staying still like this is courting death.

But I've learned enough about survival these last few months to know that—unless you've got a firm strategy in mind—the person who moves first dies. Act, don't react.

So we wait, all of us. Breaths held, eyes watchful, bodies poised for fight or flight.

I hear the footfalls again, closer this time, and for a second I swear I catch a glimpse of something out of the corner of my eye. But when I turn my head to look, nothing's there. And Jaxon, who's on my left and has better eyesight than I do—particularly in the dark—never saw a thing.

And so we wait some more.

"This is ridiculous," Macy hisses at one point, but Dawud and Byron shush her right away. She listens to them but grumbles under her breath, and I'm sure it's because she doesn't know what's happening here. She doesn't get that the reason the hair on the back of her neck is standing up is because her subconscious recognizes something her conscious brain hasn't figured out.

For the first time in her life, she is actual prey.

The predators in our group know it—I can see it on their faces. Vampires, dragons, manticore, wolf. They all know what it is to hunt, so conversely, they know what it is to be hunted. Macy doesn't. She's never had to know.

I learned what it felt like for the first time when Cyrus looked in my eyes. And have felt it in every encounter since. That's why I know what's happening here.

All of a sudden, Dawud starts to growl, and it takes every ounce of willpower I have not to whirl around and try to see what set them off. But that's what it's

counting on. One second of inattention, one momentary slip, and it'll be on us.

"What did you see?" Remy asks them calmly, but I notice he doesn't so much as move a muscle as we wait for the answer.

"I don't know. Something."

There's another flash in my peripheral vision—here, then gone superfast, just like last time.

More padding of feet, and they sound even closer than before.

"We need to move," I whisper to Hudson.

"I don't think we can," he answers me just as quietly.

"But it's getting closer."

"I know." He brushes my shoulder with his arm. "Be ready."

I don't think I can get any more ready, but I don't bother to tell him that. He already knows.

Long seconds pass, and I see the flash out of the corner of my eye again. From the way Jaxon and Hudson both stiffen, I can tell they saw it, too. Or maybe it's just the fact that the footfalls have gotten closer again.

I feel like whatever it is that's out there is closer than any of us expect, and I'm terrified that any second now, it's going to be on us and we're never going to have seen it coming.

"Grace." Remy's voice is as quiet as it is steady, but there is a note to it that warns me that I need to listen—and obey.

"Yes?"

"Step into the center of the circle so you're protected by the rest of us. Then open your bag and get out those protection runes."

Jaxon and Hudson are stepping in front of me—a little bit on each side—and easing me back into the center of the circle, where I can be protected by everyone while I'm looking for the runes.

I put them in the middle area of the pack so they're easy to find. Once I have my backpack zipped up again and over my shoulders, I whisper, "What do you want me to do with them now?"

"Hand them to me." He's slow and stealthy as he brings his left arm down and then reaches it back into the circle.

I put the box of runes in his hands, and as I do, I can't help praying that they'll all be in one piece when this is done. At the same time, though, if they're not because they've managed to save the life of one of my friends, then losing one—or even losing all of them—will be totally worth it.

I may hate to ruin a gift from my father, but I'll hate dying or losing one of

my friends even more.

I press my right hand to Hudson's arm and my left one to Jaxon's, and they move back to their regular spots so that I can reclaim my position in the circle. I have a second, maybe two, to start looking around again, and then Remy does something I'm totally not expecting.

He takes the box of runes and throws it up in the air as hard as he can.

# 140



### A Rune of One's Own

"What—" I yelp before I manage to cut myself off. Letting him use the runes to save us is one thing, but letting him just throw them away is something else entirely.

Remy doesn't answer. Instead, he heaves his arms over his head and spreads them wide. Then he starts to spin the right one in a circle over and over again. Every time he completes a rotation, he makes the circle bigger until it's as wide as his arms can reach.

I wait for the runes to come down, falling right in the middle of the circle he's making, but they don't. Instead, they get caught up in whatever power or magic he's generating, and as they fly out of the box, they arrange themselves in a circle that moves in tandem with Remy's hand.

Around and around they go, their circle widening until they are spinning above all of us—faster and faster—so quickly that they're practically a blur. And then, just when I'm getting used to them floating directly above our heads, Remy shouts and throws his arms out wide again.

And just like that, the runes fire themselves in all directions, speeding through the air like arrows loosed from a bow. All twenty of them hit the wall so hard that they embed themselves in the stone, where they give off a mystical flickering light.

Except one of them isn't embedded in a wall at all. It's moving up and down and round and round, like it's embedded in… I swallow my scream back as I realize it's embedded in the side of whatever is stalking us. And the invisible beast must be massive, given how high the rune is floating.

I don't have to wonder about its size for long, though, as the rune lets out an eerie glow and then whatever gave the creature invisibility ends and we can all see now exactly what's been stalking us around this arena.

As it whirls around, rears up on two feet, I can't help wishing that I'd never

seen it. Because if I know nothing else, it's that I will see it in my nightmares every night for the rest of my life.

And that's before it leaps half the length of the stadium in one jump and lands directly in front of Hudson.

The rune is embedded in the creature's hide, and it does not look happy about it at all. It rears up on two feet again, more than sixty feet in the air and looming over us, as it releases a fearsome roar that sends shivers down my spine.

It turns out I'm not the only one horrified at the sight of the beast.

Macy gasps, Dawud moans, and Jaxon curses—long, low, and vicious. Flint lets out a shocked "what the fuck!" and everyone else just stares. Eyes wide, mouths open, fear in every line of their bodies.

"Bring the bugs back. Bring the bugs back," Macy whispers like a prayer, and honestly, I couldn't agree more.

Because I know now, I get it. I'd let myself think because we survived a few rounds with nothing more than bricks, bugs, or ballet, the Impossible Trials really weren't that bad. We were going to make it. Everything was going to be okay.

But as I stare into the eyes of this beast, I know how very wrong I was.

I was a child in the earlier rounds. My eyes have been opened now, and it's time to put aside childish thoughts.

We're all going to die.

# 141



No Skin
in the Game

"What the bloody hell is that?" Hudson asks.

And I don't know how to answer him.

To begin with, the thing is huge. Like eighteen-wheeler huge. It's got four legs and a snout, pointy ears, and a really long tail, and I think in an alternate universe, it could be classified as some kind of wolf creature. In this universe, though, I don't have a clue what to call it. I do know it looks nothing like Dawud or any other werewolf I've ever seen.

Besides being huge, it's also mostly...translucent? Not like I can see right through it or anything, but like it doesn't have any fur, at all. Instead, it has clear skin that shows off everything that normal skin and fur hide. And I mean *everything*. Its gigantic heart, its lungs and stomach and intestines. Its veins and bones and what I'm pretty sure is bright orange blood are all on full display for everyone to see.

It has a knobby gray spine, and each separate knob has bonelike spikes going out in all directions. Each paw has four sharp claws that measure at least eighteen inches each, and its tail is full of spikes long enough to impale a person with one well-placed swing.

Its face is even uglier—milky white eyes set in translucent skin, vicious-looking teeth as long as my arm, and a bizarrely twisted snout that does I'm not sure what...I mean, besides scare the hell out of anyone looking at it.

"Does it matter?" I finally answer as the creature whirls on us. It falls back down on all fours again with a powerful *thud* and paws at the ground like it wants nothing more than to eat the lot of us for a mid-afternoon snack. The fact that it's big enough to scoop us up—and gobble us down—like a colorful hand of M&M's is definitely not lost on me.

And neither is the fact that this really is the biggest, ugliest beast I've ever seen. Forget beetles by the thousands, forget shadow snakes from hell, forget

547

anything and everything that I have ever had to fight—or will ever have to fight. This is the worst. I know, absolutely, that it can*not* get worse than this.

And Remy embedded a rune in its side and pissed it off.

Apparently, it wasn't bad enough that it's homicidal, smart enough to stalk us where we don't even see it coming, and creepy as fuck. Remy needed it angry, too.

This is what we have to fight to get the elixir? Worse, this is what we have to *beat*?

Part of me wants to hang it up now. To just say, *no thanks, bad idea, I'll come back another day with a rocket launcher and an entire missile system.*

But unfortunately, that's not an option for so many reasons. One, it's win or die in here—there is no going back. Two, I really need that elixir to cure the Gargoyle Army if I have any chance of saving my people. Three, I really need the Gargoyle Army if I have any chance of stopping Cyrus from becoming a god. And four, we've come so far and lost so much already. We just really, really need to get this shit done.

Which means it is past time for me to put my big-girl panties on and deal. So what if it's huge, ugly, terrifying, angry, and mean as all fuck. It's the one thing standing between me and saving everyone I care about, which means it's going down. Or I'm going to die trying.

I really hope it's the former, but at this point, it's pretty much up in the air.

"You ready?" I say, looking at Hudson on my right and Jaxon on my left.

"No," Macy says. But she's right behind me, and I know she's got my back.

Which is a good thing, because the creature looks more than ready to tear us limb from limb.

# 142



### Stop Dying Through Your Teeth

"**G**et to the sides of the arena!" Remy yells as we all scatter like bowling pins after a strike.

"Why?" Eden asks, even as we start to run.

"Trust me. And once you get there, run counterclockwise!"

"That's your big plan?" Flint demands. "What are we going to do? Run it to death?"

"I just want to see if it works," Remy tells him.

"*If* it works?" Macy says. She's running like her life depends on it, but suddenly she looks a lot less sure.

Not that I blame her. This thing has really freaking long legs, and I'm pretty sure it's going to be able to catch us. I mean, not the vampires or those of us who can fly maybe, but Macy, Calder, Dawud, and Remy are pretty much screwed.

No wonder my cousin doesn't sound impressed.

"Get to the side," Remy yells at Flint again.

Flint is hauling ass across the field, and his prosthetic isn't slowing him down at all, but the beast is gaining on him.

"What the fuck do you think I'm trying to do?" Flint snarls back. "Why don't you just change it into a rabbit or something?"

"You think I didn't try?" Macy calls to him. "It didn't work. It's immune or something."

"I couldn't do anything, either," Hudson tells him.

"Fuck this," Flint mutters before, in a spark of magic, shifting into his dragon.

The beast misses grabbing Flint's tail by about an inch—maybe less. And then Flint is soaring way up toward the arena dome, and the beast is looking for its next target.

Apparently, its next target is me, because it comes galloping toward me, snorting and slobbering as its bone claws scrape against the stone floor. It's a

horrible sound, one that has me wincing even as I try to run faster. For a second, I think about doing what Flint did and taking to the air, but I'm trying to help lure him to the side like Remy wants.

Remy might not be the most forthcoming about his ideas, but if I learned nothing else in that prison, I learned that he always, *always* has a plan. I just hope whatever one he has for the beast is a good one.

I'm only about twenty yards from the side of the arena now, but the beast is gaining on me. I lay on more speed, try to make it, but a couple more feet and I can feel its hot breath against the back of my neck. And no, just no.

I don't even have time to take flight at this point, so instead, I grab my platinum string and change to solid stone on the fly, freezing with my arms and legs outstretched mid-run.

I was hoping it would be enough to dissuade the beast, but it's obviously more pissed than I thought because it chomps down around my midsection and starts dragging all two thousand pounds of me across the arena.

"Great plan, Remy," Jaxon snarls in the background, but I'm not paying attention to anyone but the beast at this point.

I need to get away from it before it breaks my arm off or decides to chow down like I'm an afternoon snack and pulverizes me completely, but I'm only going to have one shot at it. Which means I have to make it count.

Though it gets my anxiety way up, I let it drag me, waiting for its bite on me to loosen just the tiniest bit. Eventually it pauses, its jaws unclenching, and I partially release my grip on my platinum string, just enough to become animated but not enough to lose the stone completely.

I reach up and press one hand against one of the beast's giant teeth. I use it to whirl around and swing my other hand to punch it as hard as I can, right in the side of its snout.

It roars in surprise, which is all I need. I let go of the platinum string as I drop to the ground and roll away as fast as I can. As I do, I grab the string again and shift—this time into my animated form—and shoot straight up into the air, flapping my wings as hard as I can.

And still the damn beast nearly gets me. It would have, in fact, but Hudson comes racing out of nowhere and slams straight into the monster's side with all his strength.

The two of them go airborne, with the beast snarling and twisting around in an effort to get to Hudson and Hudson doing the same in an effort to keep away from it.

court

They land with a *thud* that shakes the arena, Hudson on the ground and the beast above him. He's holding the creature off with pure strength alone, but I can tell from his face that he's trying to use his power on the beast and persuade it to stand down and let us go. But like everything else we've tried, it's obviously not working. If possible, the beast looks *more* like it wants to kill Hudson instead of *less* after he's used his power of persuasion.

Which makes no sense to me. I know I'm not super well-versed in this world or anything, but everything I do know tells me that only gargoyles are immune to magic due to how we were created. And this thing, whatever it is, is definitely not a gargoyle—which means it shouldn't be immune to Remy's or Macy's or Hudson's power. But it obviously is, which means either there's another creature out there immune to magic or someone's done something to it to make it immune.

I just don't know enough about this world to be certain if that's even possible. And now isn't exactly the time to ask, considering my mate is currently trying to keep the thing from biting his head off.

Even worse, it looks like he's losing. And we're all too far away to help him.

143

## Ring Around
## the Not-So-Rosie

**"H**udson!" I race toward him, flying faster than I've ever flown before in my life. And still I don't think it's going to matter. Still I don't think I'm going to be fast enough.

Hudson is managing to hold open the creature's jaws, using every ounce of strength he has to keep its sharp canines from chomping down. But the thing is stronger than a vampire, stronger even than one of the strongest vampires in existence, and there's not enough time.

Oh my God. Hudson. Hudson. "Hudson!"

His name is ripped from deep inside me, the horror of what's about to happen turning my stomach to dust. "No!" I scream as I barrel toward them. "No!"

All of a sudden, the ground starts to shake, a major earthquake ripping through the stadium. The beast screams in terror as the floor beneath it starts to split open and leaps away in an effort to save itself.

Hudson rolls away and jumps to his feet, fading straight to me as he calls out to his brother, "Thanks!"

Jaxon rolls his eyes, but there's a small smile on his face as he fades straight toward the beast, which I'm beginning to think is a very, very bad idea. After what almost happened to Hudson, I'd be happy if no one ever went near the thing again. But Jaxon never has had much of a sense of self-preservation, and he whips by the creature like it's nothing, pausing just long enough for it to catch his scent before fading several yards away.

That's all it takes. The beast is up and running, chasing him full-out now and leaping over the large crack Jaxon put in the stone with his power. More, Jaxon is letting it. In fact, I'm pretty sure he's encouraging the beast to chase him, using every ounce of strength he has to stay in front of the beast as he runs it *counterclockwise* around the arena, exactly as Remy requested.

"Okay, so he's got it running," Eden calls to Remy. "What do we do now?"

"We wait and see," he shoots back, which has all of us turning to stare at him.

"Wait and see?" I repeat. "That's your big plan? You saw what that thing almost did to Hudson. If he gets Jaxon now—"

"He's not going to get Jaxon," Calder tells me from where she's leaning against the wall watching the whole thing like she's at a Friday evening football game.

"How do you know that?" I ask, my heart in my throat.

"Because," she answers, nodding behind me. "It's already working."

"What's working?" Mekhi asks, looking confused.

But we turn back to Jaxon before Remy answers, and it's impossible not to see what's happening to the beast. The runes on the walls are all lit up, and every time the beast passes one, it grows a tiny bit smaller. A tiny bit calmer. And a hell of a lot less rabid-looking. So that by the time it passes the sixth one, it's still giant, but it's no longer the size of an actual eighteen-wheeler. Plus, suddenly, it looks more like it wants to play than like it wants to eat all of us.

"What is even happening?" I ask. "What are my father's runes *doing* to that thing?"

"Actually, they're *my* father's runes," Remy corrects me. "He gave them to your father to give to you so that—"

"I could give them to you when you needed them," I finish as the truth dawns on me. That's how Remy knew about them—they belong to him, and he knows what to do with them in a way I never will. I don't even have time to process the ache in my chest that my father hadn't actually left me something to remind me of the witch part of myself, like him.

Remy nods. "Exactly."

"You people who see the future are freaky," Mekhi tells him as he walks up to us.

Remy grins. "Definitely not the first time I've been told that."

"Maybe not," Flint says as he flies down and shifts next to us. "But I've got to ask. Did you see *that* coming?"

"See what?" Remy and I turn around to check out what he's looking at, and my heart almost stops all over again. Because the beast has suddenly stopped chasing Jaxon—and, more importantly, stopped running counterclockwise around the arena altogether.

"Did it figure it out?" I ask, astonished at the very idea.

"It must have," Hudson responds. "Because it just changed direction, and it

sure as hell looks like it's doing it on purpose to me."

"Yeah, me too," I agree as the beast literally turns around and starts running in the opposite direction.

And gets bigger and bigger and bigger as it does.

Its arm-length teeth become leg-length. The bony spikes on its back become bigger and more involved. The spikes on its tail grow thicker and more curved until it looks ten times scarier and more dangerous than it did when we first got here.

"So, genius," Flint tells Remy. "What do we do with that?"

"Run," Macy says as it barrels toward us at top speed. "We run like hell."

# 144

## You Really Want a Pierce of Me?



We all do exactly what Macy suggests and run like hell.

Hudson fades across the arena straight toward the beast, trying to get it to follow him back the way he came, but the beast is having no part of that.

Remy gets to work in the center of the arena, building what I think might be a magical cage to hold the beast. But I'm not even sure that will work, considering it's immune to seemingly all other types of magic. So far, only the runes have worked.

The rest of us go back to scattering like scarab beetles, trying to run the beast to exhaustion.

I take to the air to get an aerial view of the arena, hoping against hope that there's something we missed. That there is something in here that we can use as a weapon, considering there's nothing we brought with us that will be long or sharp enough to penetrate the beast's thick skin.

I mean, the rune did it, but it didn't cut straight through to the muscle and organs below. Instead, it just embedded itself in the beast's hide.

I glance around at my friends all running, trying to figure out who to help first. Most are moving in counterclockwise circles, but Hudson and Jaxon are running clockwise now, trying to herd the beast to go in the other direction. Idly, I wonder why they're not getting larger, too. Why aren't the others getting smaller, too? Why does only the beast get smaller and larger based on the direction it runs in?

Which gives me an idea. I know optimally we herd it back in the counter-clockwise direction and get it to become smaller and smaller again. But the fact of the matter is, this monster is smart, very smart, and there is no way it's going to do that again. I can see it already, considering everyone is running in that direction and it's not chasing any of them.

Instead, it's circling the other way, knowing it's going to run into them

eventually on the other side—and when it does, it'll be twice its normal size.

Or maybe it's already twice its normal size. It was so big to begin with that it's hard to tell.

Which makes me think that there's only one thing to do at this point. Since it's dangerous as hell, I don't feel confident asking anyone else to do it. And I know Hudson will have a fit if I suggest it, so I...just don't suggest it.

Instead, I concentrate on gathering up as much speed as I possibly can and then flying straight at the beast from behind, hoping it won't notice me for a little while.

It seems to be working as Dawud and Calder have jumped into the fray, and they are taking turns zigzagging back and forth across the arena in an effort to tire it out. I mean, yeah, it's tiring them out, too, but there are twelve of us and only one of it. Surely we will win the stamina game in this situation.

The beast gets so close to Dawud, who is in their wolf form, that it actually leans down and nips their tail. Which has Dawud jumping five feet in the air and rolling under the beast to nip at its ankles in an effort to make it stumble.

The beast doesn't even notice them now that they're not in front of it, and it focuses all its attention on Calder. And on Macy, who is running behind it, trying to hit it with one magical spell after another.

Nothing works, of course, but my cousin doesn't let that stop her. She keeps trying, hoping one will stick.

And I—I'm getting ready to do maybe the most foolish thing of them all. If it keeps growing in size the longer it runs clockwise around the arena, pretty soon we're going to be dealing with a monster the size of the actual arena if we don't do something.

So praying this works, I fly right up to it from behind, reach out, and try to grab on to the rune embedded in its hide.

Only the beast is getting larger and smaller depending upon which direction it runs in—and only the beast has a rune embedded in its side. It has to be connected somehow, I just know it. So I grit my teeth and reach for the rune again.

My fingers dip around and grip the edges of the stone. I place my knees on the animal's side and, using my wings to flap in reverse to give me leverage, try to rip the rune from its hide.

It screams, whirling on me so fast, I don't have time to brace myself, and I end up flying straight off it. At first, I think I'm going to fall straight toward its mouth—which is going to be bye-bye for me when those teeth get ahold of me—but at the last minute, I manage to pull up just enough to run into one of

the bony knobs on its neck.

It impales me, going straight through my upper thigh, making me scream in agony. On the plus side, though, I don't have to fight to keep up with it now. I'm well and truly stuck to it.

Deciding to take advantage of it despite the pain slamming through my body, I spread myself out along the side of its body and reach, reach, reach for the rune. But once again, my damn shortness does me no favors—plus the beast is so big now that even with my arms extended, I don't reach the side of its back hip, let alone all the way up to where the rune is embedded.

Which means I need to figure out a way to un-impale myself from this damn thing. But considering it's galloping at what feels like a hundred miles an hour and there's nothing good to grab on to save another one of the sharp, bony things sticking out of its back, I'm pretty sure I'm well and truly screwed.

Hudson and Remy are racing toward me, and I scream at them to get back. The beast is pissed as hell now, and I'm terrified it's going to rip them apart.

But before they can get here, Flint dives down in full dragon form and gets just close enough to the beast to distract it.

The beast goes nuts, leaping and snarling and twisting itself around in an effort to get to him. But Flint stays out of reach, occasionally dangling his tail or foot just close enough to make the beast think it has an actual chance to catch him.

Which only enrages it more.

Hudson, in the meantime, launches himself at the beast's back, grabbing on to the bony thing right behind the one I'm impaled on like it's a handle and pulling himself up onto its back. Which is a dangerous as fuck place to be, considering there are bones sticking up everywhere and the beast is bucking and jumping and doing everything imaginable to grab Flint and shake Hudson off at the exact same time.

I don't waste time telling him to get off the thing before he gets hurt—this is Hudson, after all, and he's not going anywhere without me. Instead, I ask, "What can I do to help?"

To which he answers, "Next time, don't get yourself bloody well impaled on an animal?"

"Yeah, it wasn't my plan."

"And yet here we are." He sounds mean, but he gives me a smile that lets me know he's just messing with me. And then, with no warning whatsoever, reaches over and breaks off the piece of the beast's bone that is protruding from my leg.

It tears up his hand while also enraging the beast beyond measure—I can

only imagine how much it hurt for both of them—and suddenly I go from being stuck on the back of a bucking bronco to what feels like trying to bodysurf in the middle of a tsunami. Which feels really good on the leg that is still impaled on the bottom half of the beast's bony back thing.

"If you don't like that, then settle the fuck down, ya fooking wanker," Hudson snarls at the beast as it whirls around and tries to bite him. It is literally hopping around now, screaming at the top of its lungs as it twists a million different ways, trying to sink its teeth into one of us. And no matter how hard Flint tries to distract it, it's just not having it right now. It's out for blood, and only Hudson's and mine will do.

Jaxon comes racing across the arena now, along with Byron and Rafael, all of whom do what they can to get the beast's attention on them instead of us.

Jaxon jumps up in front of it and punches it in the face, much like I did earlier. It bellows in rage and tries to take his leg off, but Jaxon is fast.

Byron grabs one of its front legs while Rafael takes the other and they literally yank them out from under the beast so that when it comes down from a jump expecting to land on them, it hits its stone belly first instead.

It turns its head, tries to bite Byron, but the vampire has already faded twenty feet away and is taunting it, trying to get it to come after him.

Hudson, in the meantime, barely pays attention to any of them. Instead, he takes advantage of the beast's abrupt stop and tells me, "This is going to hurt."

# 145

### Death and Dis-Ordered

He's right, it does. Because with no more warning than that, he grabs my leg and yanks it straight off the bone it is currently impaled on. Before the scream dies on my lips, though, he's shouting at Jaxon and tossing me through the air like a sack of potatoes.

And I get it. I do. I can't shift into my stone form, I'm in too much pain and seeing stars. But he had to get me off the back of the monster fast before the bucking sent me in a direction he couldn't control where I'd land.

As Jaxon's strong arms snatch me out of the air, he fades as far from the beast as he can before setting me down. I partially shift to stanch the blood loss, but I feel dizzy. I look around, expecting Hudson to fade next me, but when he doesn't, I blink around the arena. And find him still on its spiny back.

He jumps, turns in midair, and grabs the rune on the side of the beast. And my breath stalls in the back of my throat as I watch my mate hanging on to the side—and then he's falling, rune in his hand.

The monster roars as it immediately shrinks back to normal size, and I take my first breath in what feels like ten minutes. I mean, the beast is still eighteen-wheeler giant size, but at least it's not apartment-block size.

Hudson hits the ground and fades to me in a flash. "Can you stay here for a little while?" he asks as he pulls up short, breathing hard. "Just try to rest? I'll keep that thing away from you."

I give him a *you've got to be kidding me* look. "*I'll* keep it away from me," I tell him, grabbing my platinum string and becoming solid stone just long enough for the wound to superficially seal itself.

Then I'm back in my human form, and while I'm not up for running around like I was just a few minutes ago, I'm more than ready to get back in the fray.

Over Hudson's shoulder, I can see the Order fading around the arena, trying to keep the beast focused on them so the rest of us can come up with some kind

of plan to destroy this thing once and for all.

The only problem is, I don't know what to do—and neither does anyone else. Magic won't work.

We don't have any weapons that will work on it.

Nothing we do seems to penetrate its thick hide. Even the rune only embedded in the surface of its skin.

I don't have a clue how we're supposed to defeat this thing. No wonder no one ever wins the Trials. Even if they manage to survive everything else, how on earth do they survive this?

The only reason we've stayed alive this long is because of how many of us there are. But we can't outrun it forever. Eventually, something has to give, and I'm afraid it's going to be us.

"What can we do?" I ask Hudson.

"I don't know," he answers, looking grim. "If Jaxon and I bring the arena down and try to crush it, odds are I'm going to crush all of us, too."

"I know. But we've got to do something."

"Yeah."

All of a sudden, Macy darts to the center of the arena, right in the beast's current path.

"What's she doing?" I ask, my heart in my throat.

"I don't know," Hudson answers, and he takes off straight for my cousin, putting himself between her and the beast, and I take to the air to do the same thing.

But Macy is having none of it. "Get out of the way!" she shouts to him, so he does, just as I figure out what Macy's doing. She's building a portal.

"Is that going to work?" I ask no one in particular, but she must hear me, because she looks up and shrugs.

And I get it. At this point, anything is worth a shot. But where is she going to take it? I don't think any of us can actually leave this arena.

As it turns out, Macy doesn't plan on taking it far at all.

As the beast comes up on her, she dives into the portal, and it dives after her. Seconds later, she reappears at the other side of the arena, running like her life depends on it. Then again, I'm pretty sure it does.

"It works!" she shouts, but the monster is practically on her now, so I swoop down and pick her up by her arms, snatching her away right before its giant jaws close on her shoulder.

"What's your idea with the portals?" I ask as I fly her to the other side of the arena.

c o u r t

"I wanted to see if it worked—if the magic wasn't specifically directed at it, could it still access it. And it could—the portal worked for it."

"Yeah, but how are we going to use that to work for us?"

"What if I open one—" She breaks off with a scream as Flint flies too close to the beast. He and Eden have been taking turns flying around it, trying to tire it out and find a weakness while the Order does the same running on the ground.

But Flint miscalculated, and the beast has got its mouth around Flint's prosthetic leg, and it's not letting go. Instead, it's thrashing its head back and forth, whipping Flint in its giant dragon form around like he's nothing more than a bag of beans.

Flint tries kicking it in the face, he tries bending over and punching it in the snout, he even tries poking the beast in the eye, but it doesn't turn him loose. All it does is double down on the leg it does have, its powerful jaws squeezing so tightly, I can only be grateful that it isn't Flint's real leg that it managed to grab. Because I'm pretty sure if it had anything but his magical prosthetic, it would have crushed it beyond recognition already.

Because there's nothing it can do to hurt the leg, I try to calm down. Try to think our way through this. It's not an emergency because Flint's not being hurt, though I'm sure he's scared to death he's about to lose his other leg. God knows I would be.

We need to get him free. How do we get the beast to turn him loose? We have to give it something it wants to bite down on—something it wants to eat—more than it wants to eat Flint. But what is that?

I drop down and release Macy, then take to the air again and start to fly closer as I formulate a plan.

But the beast whirls around and slams Flint against the nearest wall hard enough to do some kind of damage, I'm sure.

And Jaxon freaks the fuck out. There's no other word for it.

He fades across the arena so fast, it's like he took a portal himself, and he jumps straight onto the beast's back. Unlike me, he is coordinated enough to not land on any of the bony knobs, thank God, as he pretty much walks across the monster's translucent back.

The beast goes apeshit, thrashing Flint like a shark with its prey, while at the same time ramming its back against the wall to try to shake Jaxon off—or, barring that, knock him off its back.

But Jaxon manages to stay on it somehow—sheer will, I think—and even makes it across its back to its head. Once there, he grabs on to its ears and pulls

them back with all his vampire strength, trying to get the creature to let go of Flint.

The beast screams, the sound of its agony echoing through the empty arena. I feel it in my gut, the creature's rage and pain burrowing inside me, taking me back several months to the night Xavier died in the Unkillable Beast's cave.

We went to him. Attacked him. Tried to kill him when all he wanted to do was to be left alone. And suddenly, I can't help wondering if it's the same with this creature. If it's just trapped here, minding its own business until the next person wants to come along and kill it so they can get the elixir.

The thought makes me sick to my stomach, picturing this thing like Alistair, chained in a cave with no control over its own life. *Are we doing it again?* I wonder. *Are we making the same mistakes we made last time?*

I drop down lower, determined to tell Jaxon to back off. To give the beast the chance to drop Flint and go back to its corner without having to worry about us attacking it anymore. But before I can say anything to Jaxon, he must decide grabbing the ears isn't working, because he lets go. Then, grimacing, leaps up and lands on the beast's snout. He reaches lower and wraps his hand around the outer edges of the thing's nostrils and pulls back as hard as he can.

The beast roars in agony, its mouth flying open as its bellows of pain fill the arena. Orange blood streams from its nose as Flint flies away, and it throws itself on the ground in a desperate attempt to get Jaxon to let go.

Jaxon tries to do just that, but he doesn't get away in time and ends up trapped under the full weight of this screaming, fury-filled animal.

Hudson darts forward to try to save his brother, pushing at the animal's back to get it to move. And that's when the Order swoops in as one. They taunt it, poke at it, try to pick a fight with it—doing anything and everything they can to get it up and off Jaxon before it crushes him to death under its weight.

Eventually Byron lands a kick square in its sensitive, still-bleeding nose, and the beast leaps to its feet. Then, with a scream so high-pitched and filled with fury that it's hard to listen to it, it swings its sharp, bony tail like a club.

Hudson grabs Jaxon and jumps high enough that he clears the swinging tail. But the beast is out for blood now, and it whirls around, trying to get at someone, anyone.

And just like that, it does. Its tail swings in an upward arc and slams straight into Byron's chest, the spikes on it impaling him straight through the heart. Rafael runs for him, but the beast turns back around and grabs hold of him, its strong jaws closing over Rafael's head as it whips his body around.

court

There's a sickening crunching sound, and then he's flinging Rafael several feet away. But his skull is crushed, and he's dead before he even hits the floor.

I'm screaming, Macy's screaming, and Jaxon's beating the hell out of Hudson, who is using every ounce of strength he has to hold on to his brother and keep him from throwing himself into the path of the rampaging monster who now has Mekhi in its sights.

Flint and Eden barrel through the air trying to get to him, while Remy and Calder do the same on the ground. But it's already too late.

146

## Any Portal
## in a Storm



"**N**o!" Jaxon's agonized screams tear through the auditorium. "No! No! No!"

The last is little more than a whimper as his legs go out from under him. The only thing that keeps him from hitting the ground is Hudson's arms around him.

The beast has Mekhi in its powerful jaws, bites down, and then shakes its head like it bit down on a lemon. With a flick of its head, the beast sends Mekhi's body flying across the arena to roll along the ground, once, twice, three times until he comes to a lifeless stop no more than twenty feet from us.

Hudson is trying to hold Jaxon up, but it's hard when Jaxon starts fighting to get to the corpses of his three best friends. He's mindless with pain, screaming and scratching and fighting Hudson with his last breath.

"Let me go!" Jaxon orders in a horror-filled voice. "Fucking let me go."

He's trying to claw his way over to Mekhi now, doing anything and everything he can to get to the Order.

Or at least what's left of them.

But Hudson still won't let go. He holds him tight even as he answers in a sorrow-filled voice, "I'm sorry, I can't. I'm not going to lose you again."

When he realizes Hudson isn't going to release him, Jaxon screams long and low. He screams and screams, until the screams eventually turn into broken sobs, until his legs give out completely, until he folds to the ground, his fists in his eyes as he rocks back and forth, keening like his soul is breaking all over again. And Hudson is right there with him, holding on like he'll never let his brother go again.

I swipe at my own tears coursing down my face, my gaze darting to the lifeless bodies of Byron, Rafael, and Mekhi. To anything but Jaxon.

And I suddenly don't know if I can do it. I don't know if I can keep going. The pain of losing my friends is almost unbearable—and I still have more friends

I am going to lose today. How can anyone keep fighting in the face of certain death? How can anyone be expected to prolong this agony?

Every minute the beast hasn't killed me is one more minute to mourn the loss of everyone I love.

My gaze seeks out Byron, Rafael, and Mekhi again. Over and over again. I can't look away. I can barely even see them now, my vision blurred by my tears, but I can't stop looking at their bodies, their crumpled and bloody bodies. They were all good men. Amazing. The best. And they didn't deserve to die like this. Oh God, it's all too much. Byron. Rafael. Mekhi…

But as my gaze passes over Mekhi's crumpled body, something catches my eye. His arm. Is his arm moving? I sniffle back my sobs and swipe frantically at my eyes, trying to get a clear view. I hold my breath and stare. And…there it is. His arm moved.

I take off at a dead run, sliding as I get close, and struggle with his weight to flip him over. His lashes flutter open, and I gasp. Jaxon and Hudson are by his side in a blink, Jaxon pulling him into his arms.

Mekhi groans. "Easy, easy. Some asshole just bit me."

Jaxon laughs, but it comes out sounding more like a sob, and he doesn't loosen his hold.

I reach out one hand to Mekhi and, meeting Jaxon's gaze and waiting for his answering nod, lay my other hand on Jaxon. I close my eyes and reach into Jaxon and pull as much power as I can, channeling it into Mekhi. I'm careful not to take too much, but I let my tattoo fill up and then release Jaxon, still channeling healing energy into Mekhi.

I vaguely hear Remy and Calder shouting to each other on the other side of the arena, working with Flint and Eden to keep the beast distracted, then someone screams and there's a *thud*, but I don't pay them any mind. I can't. Mekhi deserves my complete attention.

After a minute, his tense muscles loosen, his leg laying at an impossible angle straightens, and the massive gashes on his arms seal. When I've done as much as I can for now, I sigh as Jaxon helps him hobble to his feet.

I reach for the bottom of Mekhi's shirt, my eyes asking permission to look, and he nods, so I lift the fabric high above his chest and gasp.

Not because of the puncture wounds from the beast's teeth. I've channeled enough healing energy to close those up and stop the bleeding. Although the wounds are still rough-looking, they're not life-threatening. No, what has panic twisting in my stomach is a bite mark much smaller than the beast's. About the

size of a beetle. And fanning out from it is a spidery dark web of tendrils just beneath the skin's surface.

No wonder the beast dropped him after taking a bite. Mekhi was somehow infected by one of the bugs from earlier.

I reach a hand out to try to heal it directly, but no amount of magic I send into the bite seems to have any effect. My gaze meets Jaxon's, and he just says, "Later. We'll deal with that later."

And he's right. We still have a beast that knows nothing else than we're in its cage with it and it wants us gone.

As if on cue, the beast lifts its bloody face and claws at the arena ground, its entire focus on Remy and Calder, who have stopped several feet from it. It starts toward them, bloodlust in its milky eyes.

"Oh my God!" Macy cries out, tears pouring down here face. "Oh my God. What do we do, Grace? What do we do?"

"I don't know," I answer, barely able to think past the horror and the devastation of what just happened. My brain is blank, the only thing inside it fear that Jaxon and Hudson will draw the beast's attention while helping Mekhi hobble to a corner in the arena.

I can't let that happen. I can't lose anybody else, and I can't, can't, *can't* lose them.

I glance over at the creature. It's pacing back and forth in front of the Order's bodies, snout dripping with blood and eyes glazed with rage. I know what it's doing—daring anyone to come near its prize, daring anyone to try to take it, and it requires every ounce of self-control I have not to throw up right here when I realize it doesn't just plan to kill them. It plans to feed on them as well.

I can't believe I thought it was like Alistair.

I can't believe I had sympathy for it.

It's a monster, pure and simple. It's designed to kill, and it revels in it. How could I possibly feel bad for that?

Remy, Calder, Dawud, Flint, and Eden are surrounding it now. They're not close enough for an immediate attack from it to work, but they're not far enough away for my liking, either. If it starts to run at them, the dragons are the only ones who aren't sitting ducks.

I turn to Macy. We're both still crying, but I do my best to wipe away the tears. I don't have time for them now. None of us do. We have to find our way out of here before the beast kills us all. "What was your idea with the portals?"

# 147



## This Doesn't Wing True

She explains it to me using the Ludares tournament from months ago as an example. I don't know if her idea will work or not, but at this point, a plan that might work is better than no plan at all.

So I call Remy over, leave him and Macy chatting about how to build the portals while we fill the others in on the plan—all while also dodging the beast, who seems to have run out of patience with us as well.

"That's genius," Dawud says as I pick them up and fly them over the beast's snapping jaws, just as Calder slides in from behind to distract it.

It roars and changes direction, chasing after her until Eden dive-bombs it and kicks it right in the ass. It whirls around, snapping at her and trying to grab her tail in its teeth, but Eden is fast as hell when she wants to be. She's gone as quickly as she came, and Calder takes advantage of its distraction just long enough to sting it in the foot with her scorpion tail and then take off running.

The beast roars in pain and anger as it races after her. But it's favoring its back foot now, and though I know it will probably only take a few minutes for it to work out the pain and the poison she injected, I'm counting on taking advantage of it for as long as we can.

Flint, following the plan, swoops in and kicks it right in its swollen, bloody nose, then flies away while the beast screams.

And that's when Hudson races in and leaps over its back like a hurdler, pausing just long enough to grab one of the bony protrusions on its spine in each hand and break them off. And then he's running away.

The beast is nearly mindless with fury now. Its eyes roll back in its head and it's all but frothing at the mouth in its desperation to get to one of us. But that's what I need from it—to charge us haphazardly. It's too cunning, too smart, and too set on killing us all. If we give it any chance to think, my plan won't work. And soon enough more of us will be dead. And then Cyrus will kill everyone we ever loved.

Macy runs up to me and whispers, "We're ready," and I nod. Then I take to the air and fly around and around the beast, getting closer with each loop but still making sure to stay out of the range of its powerful jaws.

It lunges for me, tries to grab me and drag me down, and still I circle it. Still I get closer, hoping—

"You're too close!" Hudson growls at me as he fades in from across the arena.

"Look who's talking," I tell him as I dive in and punch as close to the beast's eye as I can get.

It snarls and snaps at me, nearly catching my fist in its sharp teeth. And now that I have all of its furious attention, I turn around and race toward one of the portals Macy set up.

The beast follows me, exactly as I intended, and I dive into it, hoping that it's pissed enough to forget self-preservation and follow me.

It doesn't. Instead, it whirls around and takes off after Hudson, its nails clicking on the ground as it races to catch up with my mate, who also dives into a portal.

I hold my breath the whole time he's in there, but Remy does some minor adjustment with his hand, and Hudson comes out twenty yards away.

Macy jumps in then, screaming to get the beast's attention—and then screaming for a whole different reason as it turns on a dime and comes after her. She, too, dives into a portal, but again, the beast doesn't follow her.

I don't know if it's because it's canny enough to have figured out our plan or if it just didn't like what it felt like to be in the portal it stepped into earlier. Either way, it sucks, because if we don't get it into one of these portals, there's no way Macy's plan can work. And I really, really need it to work.

It's pretty much the last shot we've got.

This time Flint goes in, kicking and hitting at the monster with the goal of getting it to follow him.

But instead of chasing after him, it just flicks its tail and catches Flint in the arm with one of its dangerous spikes.

Blood gushes everywhere, but Flint doesn't cry out—I guess because it's hard to look at that tail and not think of what happened to Byron. The wound on my leg or the one on his arm feel awfully small compared to that.

Flint slaps a clawed hand down on the puncture wound and dives away.

I expect the beast to turn and lunge for someone else, but there's something about the trail of blood Flint leaves that fascinates the creature. It follows it, licking up each drop—which only makes my uneasy stomach roll a little more.

But it's following Flint, who is injured, so I dive in front of it and grab its

attention again. A little too close, though. It takes a swipe at me with its powerful tail, and I just barely shift and jump out of the way in time to not get impaled. But it does catch me across my midsection with the tip of its spike. My heart in my chest, I shift back to my human form and glance down at my stomach, fully expecting to see my entrails on my outside. I breathe a sigh of relief when it's just blood, no guts. I can live with that, I think.

And since blood is what it seems to like, I decide to use this to lure the beast exactly where we need it to go. I lay my hand against my stomach and pull it away coated in blood, then hold it up for the beast to smell.

The beast growls low in its throat and leaps, and I take off running.

It must work because I can feel it breathing down my neck as I race toward the closest portal. Macy is screaming at me to go faster, and a quick look at Hudson's face tells me it's taking every ounce of self-control he has to stand by and watch me do this. Normally he's all about letting me do my thing, but I can see how having a ten-ton monster—with sharp teeth, claws, and spikes—on my ass might arouse his protective instincts. I know it aroused mine when the thing was after him.

The portal is only a few feet away, though, and I need to make it. I need this thing to follow me in there. So I dig deep and find just a little more speed, and I push it as hard as I can.

And then, just like that, I'm there. The portal is right in front of me, and I dive in, praying with everything I have that the beast follows me in.

The blood must do it because it does, racing right through the portal entrance after me.

"Okay, Remy," I whisper to myself. "Don't let me down."

I count under my breath: *one, two, three.*

The portal should be very quick.

But it's not quick enough. The beast throws itself at me, catching my wing in its teeth, and I scream. My shoulder catches fire, like someone dipped it in kerosene and tossed a match at it, and I almost pass out from the pain. And then I'm tumbling out of the portal and plummeting straight through the air.

Because Macy's idea? The one she got from the Ludares tournament all those months ago? It was to put a portal a hundred feet in the air, near the very top of the dome.

I start to fly, spreading my wings out wide to catch as much air as I can. But it doesn't work—instead of flying I keep falling down, down, down no matter what I try, while the beast does the same right next to me.

And that's when it hits me. The beast didn't just bite my wing in that portal. He ripped it clean off.

# 148

## No Time
## to Kill



I have about three seconds to figure out what to do—the ground is rushing up fast—but all I can think about is the terrifying pain in my shoulder and down my back. Hudson is fading straight to me, a horrified look on his face.

Out of the corner of my eye, I can see Eden doing the same thing, speeding toward me in dragon form. Vaguely I wonder if the beast lands on me, will the pain in my shoulder finally stop? That doesn't seem like a bad thing.

It's Hudson who gets to me first—not that that's a surprise—leaping twenty feet into the air and snatching me against him.

We hit the stone floor with a soft, controlled *thud*, and I watch in horror as the beast—my tattered wing still clutched in its mouth—hits with a sickening *thud* right next to us.

My friends race out from all directions to surround it. Calder, Remy, and Eden are all carrying as weapons one of the spikes Hudson broke off it earlier, but the beast doesn't get up.

"Is it dead?" I ask, even as Hudson rolls me over to look at my back.

"Grace," he says, sounding more shaken than I have ever heard him. "Grace, your wing—"

"I know," I interrupt because I don't want to hear him say it. I don't know why. Maybe because if he does, it will feel so much more real than it does right now.

"Oh my God, Grace." Suddenly Macy is behind me, whipping off her sweatshirt and pressing it against my back. "What are we going to do?"

I don't know if she's asking me or Hudson or the universe, but I don't have a clue what to tell her. Except I know there isn't time for this, not when that beast is still living.

I reach back and squeeze her hand, whispering, "I'm okay." And then I push to my feet.

Hudson is right there beside me. "Grace, stop. You need to rest that arm—"

"What I need is to see this through," I tell him. But I only take a couple of steps before my knees go out from under me, and I hit the ground.

Damn it. I ball my hand into a fist and slam it into the ground, hard, as frustration overwhelms me. I can't believe this is happening right now. I can't believe it. Not now, when everything else has already gone to shit.

Panic beats inside me, turns my lungs to fire and my blood to ice. I want to beat it back—need to beat it back—but it's so hard. Especially when the only thing I can think about is all the bad that has happened.

Yes, we're close to winning these Trials, close to getting the elixir and finding a way to defeat Cyrus. But to get here, we've lost so much. Almost the entire Order is dead. Jaxon is devastated. Everyone else has been through nightmares that will stay with us for the rest of our lives.

And now I don't have a wing. How can I be the gargoyle queen without a wing—or being able to fly? How can I fight Cyrus? More, how can I ask my friends to go into battle—to risk everything—when I'm in no shape to fight beside them? Not the way I need to be.

And yet I don't have a choice. We've come too far, burned too many bridges, lost too much.

We have to see this through, and somehow I have to figure out a way to do just that—even if I am just half a gargoyle.

The thought hurts like hell, but I shove it back down. I put it in that damn file deep inside my brain of shit I can't deal with today, and for now, focus on what I can.

I can't handle losing anyone else in this arena, which means we need to get the hell out of here. But to do that, we need to finish this. Right here, right now.

"Grace." Hudson drops down beside me. "Just rest. We've got this."

I know he's right, know that I can let my friends do this and they will get it done. But that's just taking the easy way out, and as I turn my head to look at the beast lying on the ground, I know I can't do that. Not after everything that's happened and everyone who has suffered.

"I'm okay," I say again, and this time it sounds stronger. It's not true—I'm a long way from being okay. But I can do this. I need to do this.

I walk toward the beast, whose strange white eyes are all but rolling in its head as it continues to lay on the ground, its body broken from the fall but still very much alive. And it makes me ill to think of what's coming next, of what I have to do. Which is absurd considering all the damage it's done here today, but it's the way I feel all the same.

I guess it's good that I feel like that, though. The idea of taking a life, even one as terrible as this one, should feel awful. It should hurt. It's why Hudson agonizes the way he does, why he beats himself up every time he has to use his power. Because life—no matter who it belongs to—is a precious gift. And that's not something I ever want to forget.

"What should we do now?" Macy asks as she and Hudson walk beside me. There are tears in her voice that make me think she must be feeling the same things I am.

"I think we have to finish it," Calder says. "Otherwise we don't win the round. And if we don't win the round…"

Her voice trails off, but I know what she's going to say.

If we don't win the round, then we did all this for nothing.

If we don't win the round, Byron and Rafael died in vain.

If we don't win the round, we'll never escape this place. The arena will take our lives as forfeit.

The beast tries to stand then, pushing up on its shaking legs. But the effort is too much, and it falls back to the ground and just lays there, waiting for us to do to it what it did to two people we love.

Waiting for us to kill it to spare ourselves.

"Let's get it over with," Hudson finally says, reaching for one of the spikes that broke off when the beast hit the ground.

I can see it weighing heavy on him, too, though—having to kill yet another being, even if he can't use his powers on this one.

I can't let him be the one to do it. I just can't. He's already made so many sacrifices for us—for me—that I can't let him make this one, too.

So I step between him and the beast and slowly, carefully take the spike from his hand. My shoulder aches from losing my wing, but I'm still strong enough to do this.

"I've got this," I tell him as he looks down at me with grave and shadowed eyes.

"No, Grace—"

"I've got this," I tell him again, and though everything inside me feels like it's shaking apart, I turn back to the beast.

It's watching me now, one milky white eye tracking my every movement, tears streaking down its cheek in obvious pain. My stomach is churning, churning, churning, and my heart feels like it's about to self-destruct in my chest.

*You have to do this, Grace*, I tell myself as I lean over it. *If you don't, how*

*many other people will die because of Cyrus? If you don't, all your friends will
die, right here in this arena.*

There is no other choice.

But as I bend down, the spike clutched in my hand, I watch one of its tears
slowly track down the side of its snout. And I remember why we're here. The
Tears of Eleos.

Is that what this was all about? Is this creature called Eleos? Do we have
to cause it pain to capture its tears? I gasp. Do they really mean for us to cause
this beast agony so we can take its tears to end someone else's pain?

That can't be right. It can't be.

And if it is, I want no part of it.

Another tear slides down its cheek, its eyes widening in fear as I walk closer,
its breaths coming in short pants, and a soft whimper bubbling up from the back
of its throat, resting a sob from my chest.

What did this creature do to deserve this? If it were a wolf and I in its den,
would it not fight me with equal intensity to defend its home? And once I got it
on the ground and near death, would I relish taking its final breath?

I fall to my knees in front of the creature, and Hudson warns, "Grace.
Careful. It can still bite you."

But Hudson doesn't see what I see in the beast's eyes. Defeat.

And as I look, I see him. I really see him—ugly, terrible, hideous, murderous
beast that he is. And I realize that it's not his fault.

It's not his fault he looks like this.

It's not his fault he knows nothing else than to maim and kill.

It's not his fault he's been locked in this arena for millennia, just trying to
survive while everyone who walks in the door wants to kill him. He didn't ask
for it.

None of this is his fault.

But if I kill him right now, when he's lying helpless on the ground in front
of me, it will absolutely be my fault.

And that is not a sin I can live with.

Mercy is never wrong, and if the people who run these Trials don't understand
that, then we were never going to get out of here anyway.

I let the spike clatter to the floor.

"We can't kill him," I whisper, and when I turn around to look at my friends,
I realize they've all come to the same conclusion I have.

Even Calder, who thinks entrails are tasty, can't condemn this beast for

doing what he was bred to do.

Even Jaxon, who has lost so much in this arena, can't take a life that doesn't need to be taken.

Only a second passes before Eden and Remy drop their spikes, too.

"He's in pain," Calder says.

"I know." Just like I know I can't leave him like this. "It's okay," I whisper to him as I stroke a hand down his neck. He's just as ugly from this angle as he is from all the others, but beauty doesn't equal worth. Look at Cyrus and Delilah.

He quivers under my hand, but I just make more soothing sounds as I close my eyes and channel all the healing energy I can muster from the earth straight into him.

It doesn't work.

Much like all the magic we tried against him, it can't get through.

The thought devastates me. I can't leave him like this in all this pain. I just can't. No animal should suffer like this.

"I'm sorry," I tell him, pulling back to get a better look at him.

And that's when it hits me—the harness he's wearing looks an awful lot like that belt Tess was wearing both times we saw her. I mean, it could be a coincidence, or—

I reach over and gingerly pick up one of the spikes we dropped just a couple of minutes ago.

"Grace—" Macy says, horrified.

"It's okay," I tell the beast, who starts to shake a little more. "I'll take care of you."

And then I lean forward and use the spike to slice the harness clean off.

Macy lets out a startled scream, then takes a long breath. "That's not what I thought you were going to do."

We're running out of time. I can feel it, so I don't bother to comment. Instead, I put my hand back on the beast's neck and once again try to heal him with earth magic, but it's very slow. Too slow.

He'll be dead before I can heal him, and I cry out, driving one of my hands into the earth, pulling at the dirt and grass, but it's not enough. I can't pull the magic fast enough—

The tattoo on my arm starts to fill up and glow. More and more magic enters my body, and I turn my head to find out where I'm getting this power from.

And that's when I see them. My friends.

One by one, they've fanned out and are laying their arm on the person next

to them, one after another. Mekhi, Dawud, Flint, Jaxon, Eden, Calder, Remy, and Macy. My cousin is holding Hudson's hand and his other is placed on my shoulder that's numb from pain now. All of them offering their magic to save this creature.

And I've never been more in awe of the people I was lucky enough to have come into my life. My found family.

This time, when I turn back to the creature, I reach inside myself and channel as much healing energy as I can into this poor animal.

His whole body starts shaking as the energy goes through him, knitting together his broken bones and healing his damaged organs.

When I'm done, when I can feel nothing else broken within him, I take several steps back. My friends do the same.

And then we wait to find out if our mercy will save us or if it will end us all.

149

Lots of
Tears for Fears



At first, nothing happens.
The walls don't move.

The lights don't go up.

The beast doesn't climb to his feet.

Nothing.

We didn't complete the round, so I'm assuming that means we don't get the elixir. At the same time, though, we're not dead. So what does that mean?

We're locked in here forever?

The beast is going to try to kill us again?

Something else is going to kill us?

*What?*

The not knowing is the worst part, and nerves crawl through my belly as we wait long, silent seconds for what comes next.

"Shouldn't the cup reappear?" Eden asks.

"We didn't finish," I tell her.

"I know, but…" Macy says. "We did all that for nothing? Rafael and Byron died for *nothing*?"

I want to tell her no, but I can't. At least not until we figure out what's going to happen next.

Eden looks shaken, too—hell, we're all shaken, I'm sure—but she still walks over to my cousin and wraps her in a hug.

"Should we try to get out?" Flint asks. He's standing next to Jaxon, and he looks more uncertain than I've ever see him. Like he doesn't know what to do with the hollow-eyed, broken, silent man standing beside him.

And I get it. I've seen Jaxon broken before. I've seen him silent and hurt and alone. But I've never seen him like this. So shattered, so devastated, so lost. It reminds me of how I felt when I first got to Katmere, and I want nothing more

than to pull this broken, broken boy into my arms and tell him that everything is going to be okay.

I glance at Hudson and realize he feels the same way. He's on Jaxon's other side, his arm wrapped around his baby brother's shoulders, and I realize—like earlier—he is the only thing keeping Jaxon upright at the moment.

Not for the first time, I'm grateful that—despite everything—they're slowly finding their way back to each other.

Suddenly, the walls start to spin, and I almost fall over but just manage to stay on my feet. The pedestal with the chalice rises again, but we can all see it's empty still. Then the arena opens, and I breathe a sigh of relief. We may not have gotten what we came here to get, but at least we're being allowed to leave.

The crowd in the stands is going wild. They apparently didn't expect any of us to make it out of here alive. Then again, at the end there, I'm not sure I did, either.

For a moment, I think about Rafael and Byron and what it means now that we've got to walk out of here carrying their bodies. Behind me, Jaxon makes a noise deep in his throat, and I know he's feeling the same failure I am.

But before I can say anything to him, the door at the end of the walkway bursts open, and Tess runs through it.

She looks nothing like the woman we first met in the taffy shop. This Tess is a mess. Her makeup is running, her hair is all over the place, and tears are pouring down her face. I brace myself for some kind of attack—we did break her Trials, after all—but she doesn't even seem to notice us.

Instead, she runs straight to the beast and wraps her arms around his neck. "My baby! My sweet baby!" She's sobbing hard now, her face pressed into the clear skin of the beast, and I feel just awful. Someone loved this animal, and I almost killed it.

As Tess holds on, though, the beast starts to shake. His whole body is trembling so badly, the floor of the arena is trembling as well. And then he starts to shrink.

His claws retract into his paws, then his paws start shrinking as well. His powerful snout is pulling inward, into his face, as his ears all but disappear. His translucent skin takes on a healthy glow as his body continues to shrink.

He shrinks and shrinks and shrinks, until there's no longer a beast there at all. There's a small boy. No older than five or six, with thick black hair and wide violet eyes. And Tess is covering his face in kisses.

I gasp, my stomach twisting so hard, I think I might vomit. We didn't almost

kill a beast. We almost killed a *child*.

"Oh my God," Macy whispers, but it's not said with awe. Her voice is thick with guilt. The same guilt ricocheting through my own body right now.

Oblivious to our disgust, Tess picks up the boy and holds him close.

"Here you are!" she tells him as she spins him around and around and around. "Oh my God, Alwin. Finally, here you are!"

"Mom!" he shouts back, and he squeezes her just as tightly.

Tess buries her face in his neck and breathes him in while the rest of us look on. But just when I decide that we should go, she turns around and looks at me with a huge smile on her face. The tears are still on her cheeks, but there is an inner peace about her that was never there before. She's actually glowing.

"Thank you," she says, her eyes meeting each one of ours. "Thank you so much for giving my baby back to me. I've been waiting for him for fifteen hundred years."

*Fifteen hundred years?* I'm not sure if I'll ever get used to paranormal life expectancies. It just sounds so strange to hear anyone talk about living more than a century.

"Thank you, Grace," she says, and this time she walks right up to me, the boy balanced on her hip. "You saved my son, and that is a debt I can never repay."

Guilt swamps me at the joy in her voice, at the happiness on Alwin's face. I nearly killed this child, and I never would have known. It's a horrible thought and an even more horrible feeling.

"It's okay," Tess says, and I realize I said it out loud. "You never could have killed him. If you had plunged that spike into his body, you would have triggered his immortality and restored his full health. But because you showed mercy, you and your friends made it where no one ever has before. You beat the Trials and have earned the Tears of Eleos."

She looks down at the boy in her arms. "And you freed my son from the curse he's lived under for more than a millennium, all because of me."

"Because of you?" I whisper.

"I killed a god's son once, a long time ago. Because I didn't show his son mercy, my son was doomed to live as the most terrible beast to ever exist, cursed to fight and kill and suffer over and over again. He could only be free if someone stopped thinking only about themselves, as I had never done, and actually saw past his brutality to the pain and fear below.

"You did that, Grace, and now we're both free. Thank you, thank you, a million times thank you." Tess nods to the chalice on the pedestal. "And as

578                                        c o u r t

promised, there is your prize. Use it wisely."

"What—" Dawud starts to ask, but then stops as they stare into the chalice. "There's some lavender liquid in it."

"But how?" Macy whispers.

Tess smiles gently. "Every tear Grace shed, offering my son mercy, took away his immortality and placed it in the cup, allowing my boy to finally shed his beast and come home to me."

"But they were just tears," I say, still not sure how my crying is a magical elixir that's going to save the Army.

"Grace," she says. "You think tears are weak. But to feel that much for someone else, for your enemy, that is true strength." She reaches over and squeezes my arm. Then winks. "Of course, that doesn't mean you shouldn't teach Cyrus a much-deserved lesson."

Tess looks down at her son again. He's fallen asleep in her arms, his little head pressed against her shoulder. They look good together, and I can't help thinking about my own mother. And what I would do to be able to wrap my arms around her, even one more time.

Because I don't want to dwell on that pain, I focus on Tess and Alwin again. "What are you going to do?" I ask. "Now that you're free?"

Tess grins. "I'm hanging up my taffy-making instruments and taking my son on a trip around the world. He's been locked up in that arena longer than anyone should ever have to be, and I want him to know that the world is a wide and beautiful place.

"I bet everything I had on you, Grace, and you didn't let me down. So thank you again."

Shock ricochets through me at her words. "Wait. You bet on me? You told me we didn't have a chance."

"And when you first came here, you didn't. But people change, and you definitely have. You've grown a lot since the day I first met you, and you've got more growing to do. But isn't that what life is for?"

Again, she looks down at her son. "More than anything, that's the gift I want to give Alwin."

She reaches out with her free hand then and shakes my hand. "Goodbye, Grace. We have a plane to catch, but I wish you and your friends strength, wisdom, and mercy in the battle ahead. May the gods be with you."

Her phone dings, and she grins. "That's my ride. Have a good life—and stay away from the taffy. It rots a lot more than your teeth."

And with that, she tosses her long black hair over her shoulder and carries

T R A C Y  W O L F F

her son out of the arena.

"Here it is," Macy says excitedly, picking up the chalice and bringing it over to me. "It's the elixir. We did it. You can save the Army now."

My stomach drops, and I turn to look at Hudson. He's still supporting Jaxon, but he looks straight at me. And gives me his patented *you've got this* nod.

I don't know if he's right. I don't feel like I've got this. At all.

I take a deep breath, anxiety eating at my stomach. Sitting on my chest. Making my palms sweat and my whole body shake. Because the one thing I hadn't allowed myself to think about, to consider if we were successful: what I'd have to do after that.

But we don't have time for me to freak out right now. Not even close.

I need to drink that elixir we fought so hard for, that we lost so much for. And then I need to grab that damn green string and make it work. Too much depends on me, and I can't fail.

Not this time.

I try to calm my beating heart by reminding myself that I don't have to push my demigod power through the gargoyles' strings. Just an elixir. I can do that. Right?

Hudson looks like he wants to come to me, but I shake my head. He's got Jaxon right now. I can do this.

So I pick up the cup, look deep into the lavender liquid at the bottom of the chalice. And pray that when I drink it, I don't become a beast with translucent skin, bony claws, and homicidal urges.

I know Hudson says he's in this mating-bond thing forever, but I'm not so sure he'd be okay with the threat of impalement every time he touches me.

But I've stalled long enough. The longer I stand here looking at this cup, the more reasons I'm going to come up with for why I shouldn't drink it. It's that thought more than any other that has me upending the cup and drinking the elixir down in one long swallow.

As soon as it's done, I lower the cup and wait to feel…something. Heat, cold, electricity, pain, *anything.*

But I don't. It felt just like drinking water, albeit a little saltier, as easy as breathing air—when I'm not having an anxiety attack.

My unease must show on my face, because all of a sudden, Hudson asks, "You okay?" and I realize that everyone is staring at me. Even Jaxon. I guess they're trying to figure out what happens next, too. Or maybe they just want to make sure I'm okay.

I smile at them and nod, fighting the urge to give a little *I'm okay* wave

because it seems just over-the-top enough that they'll figure out how badly I'm freaking out.

And I am freaking out.

But freaking out isn't going to help anything, and it's definitely not going to save anyone. And we have a lot of people to save.

Besides, I am the gargoyle queen and the granddaughter of the God of Chaos. It's about time I start acting like it.

150

## When Your
## Learning Curve
## Is a D-Cup



After Tess and Alwin take their leave, there's nothing for us to do but the same.

"We need to get Byron and Rafael," I say to Hudson softly.

But he just nods toward Jaxon, who is standing over his fallen friends. "Give him a minute," he answers.

Losing Byron and Rafael devastated all of us, but seeing Jaxon's grief over their loss hurts in a different way. I want to go to him, to tell him everything will be okay. But before I can take more than a step, Flint walks over and drops a hand on Jaxon's shoulder.

At first Jaxon stiffens, but then he seems to crumple, his whole body just collapsing in on itself. Flint wraps an arm around his shoulders then, holding him tightly as Jaxon falls apart.

He leans into Flint, who takes his weight, and while I'm not close enough to hear what they're saying to each other, I can see that whatever it is gives Jaxon comfort.

It goes a long way to helping me get over what a jerk Flint has been lately. And when he bends down and scoops up Byron's battered body like it's the most precious thing in the world, it's hard to hold anything against him.

Hudson joins them, too, picking up Rafael's body so that Jaxon has a chance to let his injuries heal just a little longer. Then the three of them head for the arena's exit so Remy can build a portal to bring the fallen members of the Order home.

As they walk away, I look inside myself for the elixir, and suddenly I can feel it coating all the strings inside me. I gather up the thousands upon thousands of silver gossamer ones.

I thought I'd have to force the elixir in, to use my power to push it out to every gargoyle all over the world. But that's not what's happening. It's doing the work for me, the lavender elixir coating all the strings and slowly, slowly seeping

inside them—one drop at a time.

I help it along a little, pressing the liquid into every tiny, microscopic opening I can find in the strings, running my hand over them again and again, until all the elixir is gone, absorbed by the strings once and for all.

And then I brush my fingertips against the green string again, hoping it will help speed up the healing. I only hope that when it does, I'll be able to feel the Gargoyle Army coming back to life.

The others are discussing what to do next as Flint and Hudson lay the bodies on the palettes of flowers and branches Remy has conjured up for them. It's getting late, the clock ticking past eleven Alaska time, and the blood moon lunar eclipse starts at midnight, so it's not like we have a lot of time to waste. But we've got to make sure we get Byron and Rafael to their families so they can arrange a proper burial within twenty-four hours, and we also need to decide what to do about Cyrus. I don't know that any of us has a surefire answer—besides use the Gargoyle Army to kick his ass for good—but we need to figure it out and fast.

Because no one can afford Cyrus and the destruction he has planned, to human and paranormal alike, if we do nothing. We need to take a stand. I've lost too many people I love because of this man—all of us have—and I'm not going to do that anymore. He has to be stopped.

As my friends discuss our options, I feel one of the thin silver strings inside me coming to life for the first time ever. I duck inside myself, whisper, "Hello? Can you hear me?"

I know that Chastain and Alistair can talk to the entire Army anytime they want, but I've never been able to. I'm hoping that changes now that they're free from the poison—and from being frozen for a thousand years.

Another string starts to glow deep inside me, then another one and another one and another one. Soon the entire group of strings is glowing—thousands of them lighting me up from the inside, giving me hope, real hope, that somehow we're going to be able to do this.

We're going to be able to take Cyrus down.

"Hello?" I call again, wondering why I still haven't heard from anyone. "Are you there? Are you okay? Can you hear me?"

*They can't hear you.* Chastain's voice floods me loud and clear, and for a moment I'm so relieved that I don't process his words. When I do, confusion moves in, clouding some of the joy.

"Why not? I thought being queen means I can communicate with all gargoyles—"

*If they accept you*, he says. *But they won't. I'm making sure of it.*

His words hit like arrows, puncturing every fragile ounce of self-confidence I've gained regarding being gargoyle queen.

"I don't understand," I whisper. There's a part of me that wants nothing more than to turn tail and run, but I'm trying not to do that anymore. I'm trying to face even the awful things with honesty and grace so that I can figure out how to fix them.

Please, please let there be a way to fix this.

"I know you don't like me," I tell Chastain. "But is that really a reason to turn my people against me?"

*Your people?* he sneers, and suddenly he's not just a voice. I can see him standing in front of me. "You mean the ones you came to Court to lie to and use and steal from? Those people?"

"It wasn't like that. I was trying to help—"

"By stealing the ring that kept us safe?" He lifts a brow. "Or by assuming we were so horrible that we would let children die to save ourselves? We are protectors, Grace. It's who we are, who we have always been. And you are so out of touch with what it means to be a gargoyle that you couldn't even imagine that we would want to help you and those children."

He shakes his head. "You're weak. You're undisciplined. And you always take the easy way out. You'd rather lie and steal than be honest and face difficult situations the way a ruler should. So no, we're not going to follow you. And no, I'm not going to let you talk to the Army. You were willing to sacrifice us. So now we're going to find a new path, one that has nothing to do with some fake gargoyle queen."

The words fall like blows, each one harder and more painful. I have no idea what to say to him, no idea how to defend myself or make a case for why we have to fight Cyrus.

And before I can come up with one, Chastain continues. "I wish you luck growing up, Grace. This is a hard world, and it needs all the gargoyle protectors it can get. Maybe if you can figure out how to look inside yourself and see who you really are, you'll find your way back to us."

And just like that, he's gone—his voice, his very presence, disappearing from one moment to the next.

I don't know what to do. I don't know what to say. I don't know how to fix this. How can I when Chastain said that the problem is me?

I brought my friends here on the promise that we would free the Army and

they would fight with us to defeat Cyrus once and for all. Xavier is dead. Luca is dead. Byron is dead. Rafael is dead. Liam is dead. Almost the entire Order—and I think Mekhi has been poisoned. Flint lost a leg. Nuri lost her dragon heart. I lost a wing. And Hudson, my strong, embattled Hudson has nearly lost his soul. And for what? A fake queen with delusions of grandeur?

It's humiliating. And more, it's devastating. Because without the Army, we can't end this. We've lost every single time we've gone up against Cyrus. We can't do that again. I can't be responsible for anyone else fighting—and dying—in a war I know we can't win.

My legs buckle, and I fall to the ground. Macy cries out, and Hudson dives for me.

"Grace!" he demands, his voice urgent. "What's wrong?"

"I failed," I tell him as the true horror of what just happened crashes down around me. "The Army won't follow me."

"What does that even mean?" Eden asks. "They *have* to follow you. You're their queen."

"It doesn't work like that. Chastain says—" I break off, too embarrassed and too heartbroken to tell my friends what he said to me. What he thinks of me—what all the gargoyles think of me.

Still, I have to tell them something. I owe them that much after getting them into this disaster. "He thinks I'm too weak, that I'm not a good leader. I won't be strong enough to command the Army."

"The bloody bastard doesn't know what he's talking about," Hudson growls, and the others chime in in agreement.

But it's hard to believe them when his words are still echoing inside me. "I think he might be right," I whisper. "Look at all the mistakes I've made. Look at all the people who have died, who've gotten hurt beyond repair."

"There you go again," Calder says from where she's leaning back against a pole. "Thinking you're responsible for everything and everyone."

"I brought you here—"

"We brought ourselves here, actually," she shoots back. "You think you're the only one who wants to kick Cyrus in his old, saggy meatballs? Besides, we don't follow you because we think you're the best fighter in the world." She makes a *tsk*ing sound. "As if."

"While I don't agree with her imagery or the attitude that comes with it," Flint says, crouching down beside me, "I do agree that we don't follow you for your fighting skills. I mean, everyone knows dragons are the best fighters."

Remy gives a disbelieving bark of laughter even as Eden says, "Hell yeah."

"Is this supposed to be a pep talk?" I ask him plaintively, tears that I refuse to shed burning the backs of my eyes.

"I'm getting there," he tells me with a shake of his head. "We don't follow you because you're a fighter. We follow you because you make us believe that we can do anything. You bring out the best in us, and you make us want to be better people. That's way more important than being able to cut someone in half with a sword."

"Plus, it doesn't ruin your outfit," Calder chimes in. "So I call it a win-win."

"She makes a good point," Hudson says, and there's a light in his eyes that tells me he doesn't give a shit what Chastain says. He loves me and trusts me and will follow me into battle any day. "So what do you say we get off these cobblestones and go do the right thing?"

The warmth of his words—and more, his belief in me—works its way through me. But that doesn't mean I can just forget everything that came before. "You know if we do this, I could be leading us all straight to our deaths." I can't help but look at Byron and Rafael.

"Or you could be saving us all," Remy tells me. "So why don't we go make sure their deaths aren't meaningless."

"It's not your fault they're dead," Macy says quietly. "It's Cyrus's. And he deserves to pay—for Luca, for Byron, for Rafael, for Liam, for Flint, for Nuri, for your parents, for Xavier, for my mother, for you. For everyone he's hurt."

She's right. I know she is. Just like I know we have to stop him before he can hurt—before he can destroy—anyone else.

"Okay," I reply, letting Hudson pull me to my feet as Remy opens two portals to bring Byron's and Rafael's bodies back to their parents where they belong. "I'll trust you guys that this is the right thing."

"And we'll trust you right back," Macy says.

But something else needs to be said. "Mekhi," I say, "when are you going to tell the others you've been poisoned by one of those disgusting bugs in the Trials?"

There's a hush in the group, and then everyone is talking at once.

Jaxon barks out, "Show me," and everyone goes silent.

"I'm fine. Really," Mekhi says with a smile, but Jaxon just raises one brow until Mekhi sighs and lifts up his shirt.

I gasp. The infection has spread, the spidery black lines reaching across nearly the entire side of his abdomen.

"You need to go back with Byron's and Rafael's bodies," Jaxon insists, and

he's already scrolling on his phone. "I will send the best healers to your parents' house."

Mekhi places his hand on Jaxon's and stops him from typing on his phone. "I'm staying and fighting with my family. I feel fine, and when I don't, I'll let you know."

Jaxon starts to argue, but Mekhi cuts him off. "I have the right to fight for my fallen brothers same as you."

Anguish moves across Jaxon's face as he says on a choked breath, "I can't lose you, too."

Mekhi just stares at his best friend, a grin slowly overtaking his face. "Then let's not fuck this up. Which means you'll need every fighter you can get."

After some good-natured ribbing on whether Mekhi is a lover or a fighter, Jaxon and Mekhi escort Byron's and Rafael's bodies through Remy's portal to Byron's parents' estate. We wait for them in a somber moment of silence, and both look a little worse for wear by the time they return.

Next, Remy opens another portal, this one to Katmere—to where it all began...to Cyrus—and I step up to the opening. Normally, I let the others go through first, but today I have no idea what we're going to be greeted with. Whatever it is, I'll meet it first.

"Ready?" Hudson asks.

"No, but let's do it anyway."

"Good plan," Jaxon says with as much of a smile as he can muster. "Oh, and Grace?"

"Yeah?"

"What happens when you fight a dinosaur?"

"Seriously?" I ask him even as I can't stop myself from smiling back. "That's what you want to say to me right now?"

"It is," he answers.

"Then I have no idea."

His grin gets a little wider. "You get jurasskicked."

"Well, then, I guess it's a good thing we're just fighting an old-ass vampire, then."

"Exactly," he agrees.

It turns out that stupid joke is exactly what I needed to get my head on straight. So now I take a deep breath and walk straight through the portal, knowing that whatever is on the other side, my friends—my family—and I will face it together.

# 151

### Blood Mooning
### Over Me



"Oh my God." I'm trembling as we come out the other side of the portal, but how can I not be? We're on the top of a mountain peak above Katmere, and I'm looking down at the rubble that is left of the school I've come to love. It's devastating seeing the gorgeous castle with its ornate battlements and fancy spires reduced to nothing but a pile of rocks. Even more devastating to realize that there's so much more we can lose before this fight is done.

Hudson takes my hand then and nods toward the valley on the other side of the peak.

Damn. Cyrus and his army have definitely arrived. Thousands upon thousands of paranormals are standing in a clearing I've never seen before—and I realize that's because it's at the end of the path with the gnarly tree the Beast warned me not to go near my first week at Katmere. Big surprise that Cyrus went straight for the creepiest place on the grounds...

"How many do you think there are?" Macy whispers, leaning forward to get a better look.

"Thousands," Remy answers at the same time Hudson says, "At least ten thousand."

*Too many*, I want to say. There are too many for us to fight, too many for us to win. But we have to win. There is no other choice.

Staring down at the crowds, I can't help thinking that Hudson's estimate—terrible as it is—might be on the conservative side. There are a lot of paranormals in that clearing. Like, *a lot* a lot. I think most of them are vampires and werewolves, but there are quite a few dragons and witches here, too.

"True believers" who think Cyrus is going to deliver them to a whole new life. Zealots who believe he'll bring them out of the shadows and into the light where he promises they belong—ruling the humans.

He couldn't have assembled a more dangerous army. They're not fighting

588                                     c o u r t

because they're afraid of Cyrus's wrath—they're fighting for what they believe.

And that makes them a million times more terrifying. Especially considering they're all here to see Cyrus become a god. To see him lead them on to victory.

I can't help wondering how long it will take them to understand that they are just a means to an end. That Cyrus doesn't care about them—he only cares about himself.

The only thing a man like him wants—the only thing a man who has spent his whole life trying to amass power wants—is more power. And he doesn't give a shit who he has to walk over, hurt, *kill* to get it.

His own sons and daughter are just pawns to get him what he desires. He'll hurt, torture, even destroy them if it means he'll have more power. More money. More everything. And if he's willing to sacrifice his own family on the altar of his ambition, what on earth makes all these people think he won't sacrifice them, too? I don't understand.

I don't think I'll ever understand.

"I didn't think there would be so many," I whisper as we continue to survey the area around us. We're walking into an absolute shit show. And if we're not very, very careful, also a massacre.

"I'm not sure what it says that there are," Mekhi murmurs, and I can't help agreeing with him. It's like Cyrus is expecting a fight. Expecting *us*?

"Delilah said there's an altar down that way"—he points to the path beside the giant, twisted tree—"so let's avoid the crowd and take the woods around back to reach it."

We all nod and creep through the woods as fast as we can. Doing our best not to make enough noise to alert all the paranormals with supernatural hearing. We're aiming to sound like a pack of wolves or deer so we don't arouse suspicion, but I think we sound closer to a pack of rhinos.

I breathe a giant sigh of relief when we finally reach the other side of the mountain where there's a large valley with a meadow and a small stream of water running through it. And in the center of the meadow is…

"What the hell? Is that *Stonehenge*?" Eden asks, and I point to her in the universal *what she said* motion.

Hudson studies the structure, a ring of stone pillars and capstones deliberately arranged around twelve other pillars in a horseshoe shape facing a giant sarsen stone altar, all of it on a large stone platform with three stairs leading to it. Then he replies, "It's similar but not exactly. Plus, the stones on this one don't appear broken at all."

And he's right. This structure looks like it could have been built five thousand years ago—or yesterday. Freaking *Stonehenge*—could Cyrus be more

of an egomaniac? If I wasn't so worried about the people I love dying, I'd laugh at the absurdity of it all.

Speaking of, Cyrus is clearly visible from where we are hidden in the thick tree line, and I roll my eyes. He's stalking around the middle of Alaska in a full suit of armor like a conquering knight with delusions of king-dom. He's pointing at various stones and shouting stuff that we're too far away to hear, but with each order, his troops hustle to move large metal plates and strap them to the columns one by one. He's definitely preparing the site for something.

Delilah is beside him, *not* wearing magic-guarding armor, as is Izzy, who is leaning against a stone pillar and cleaning her nails. My heart tightens seeing my cousin in the middle of this mess, still doing whatever she can to please Cyrus.

Luckily, though, no one has spotted us yet, which seems unbelievable given the sheer number of troops he has assembled. They fill the field, more and more pouring from the path that runs by the tree, and I can't help wondering how we're going to do this.

How are we going to stop Cyrus from becoming the god he's always wanted to be—the god he believes he *should* be—without the Army or the use of my Crown? Each of us is strong, and we're even stronger together. But are we *more than ten thousand paranormals* strong?

It's a tall order.

"We should have used the witches after all," I whisper. They owe us their support, and originally I'd planned to call in their help to portal the gargoyles to the battle *after* I'd cured them. But it turns out that was a wasted favor because, well, the gargoyles aren't coming.

All because Chastain decided I'm not worthy to lead my own army.

For the briefest moment, I wonder if he's right, no matter what my friends say. A real general would have analyzed every aspect of the battle plan, moved their troops into position before engaging the enemy, and made damn sure there were contingency plans for their contingency plans.

But that's not how I've handled anything since this whole mess started. I've jumped feetfirst into every situation no matter how dire, made plans—bad plans, usually—on the fly and hoped like hell they worked. And it's finally bitten me in the ass.

I have no army. I left the only allies I have scattered around the world, doing nothing, while my friends—friends I don't even deserve after the shit I've put them through—are about to follow me into the middle of a war without an ounce of backup.

Yep, we're all going to die.

"They could still come, Grace," Macy whispers back, like she can hear my thoughts.

I shake my head. She didn't hear the absolute disgust in Chastain's voice at the thought of following me into an ill-planned battle. "They're not coming."

I glance at Hudson, trying to gauge what he's thinking. But his face is utterly blank—which is a surefire tell that whatever it is, it isn't good. A glance to the other side—where Remy and Jaxon are—reveals more poker faces. And more proof that this is a really, really bad idea.

Only the pain of everything we've lost—and the fear of how many Cyrus will ultimately hurt around the world—has me mentally moving forward when the only thing I want to do right now is get my friends as far away from this place as I can.

The only problem with that is this isn't a fight we can run from. If we do, we've already lost. And so has the rest of the world. But if we stay, Chastain was right about one thing…we're going to need a plan.

I say as much to my friends, all of whom look at one another. But none of them speak up.

"*Any* plan," I urge. And this time I look at Hudson. He's the smartest person I've ever met in my life. Surely he has some idea of what we should do here, even if he's still thinking.

For a second, it doesn't seem like he's going to say anything. But then he takes a deep breath, like he's shoring himself up, and says, "I think there's only one plan that makes sense."

And we all instantly know what he means, but before I can tell him *absolutely not*, Flint speaks up.

"No," Flint says. "That's not on you."

Flint holds Hudson's gaze, and I can feel my mate tremble beside me.

"I'm an asshole for what I said to you before," Flint continues. "No one should ever have to suffer what you do to save someone else. We all make our own choices. And Luca would be ashamed of how I've treated you, how I demeaned his choice to fight that day. And the sacrifice he made. I'm sorry, man."

Hudson doesn't say anything, just gives Flint a quick nod, but I can tell Flint's apology got to him. He's looking everywhere except at the big dragon—who looks more than ready to sob it out with him if Hudson makes even the slightest move.

And can I just say how nice it is that for once, it's not only Macy and me who like to hug shit out with tears?

"Am I missing something?" Calder asks, twirling her hair around her finger. "It sounds like Hudson is hiding his light under a bushel and you know I really

don't recommend that." The look she gives him suggests she'd be more than happy to help him free his light—and anything else she might come across.

Remy chuckles even as he says, "Hudson can disintegrate people with his mind. He can make them disappear."

Calder stills, her beautiful face growing deadly serious. "He can't do that, Remy," she says, hair-twirling completely abandoned and real alarm in her voice. "Tell him he can't do that."

We all turn to Calder as one.

"Why?" I ask. "I mean, we all have our own opinions as to why it's a bad idea, but why do *you* think he can't?"

"Because no one should fight someone else's battle," she says, like it's the most obvious thing in the world. When it looks like we still don't understand, she adds, "A soul is only meant to carry the weight of one person. You try to carry more, and it'll just break." She fluffs her hair like she's about to take the most important selfie of her life and turns to Hudson. "So don't do that shit, okay?"

She tosses Remy a wink, too, for good measure, and I realize in some ways, he's not so different than Hudson. I've often wrestled with how Remy manages to carry everyone's fates in his head and not try to save every single person he can, and in a sentence, Calder schooled us all.

Remy leans over and pulls Calder against his big body in a bear hug.

"Damn, I love you, girl," he says roughly, and she accepts his embrace for a second, maybe two, then shoves him aside, complaining he'll wreck her hair. But when he turns to Hudson, she looks at Remy like he's her sun, and I smile. Our Calder might just have a crush on her best friend.

"Okay, so we all agree, we don't take out our nuclear weapon unless there is absolutely no other way, yes?" I ask, making eye contact with each person one by one. My heart swells as they each nod and pat Hudson on the back. In turn, my mate's eyes grow suspiciously glassy, and I give his hand a squeeze. "Other options?"

"I say we just go straight up to the asshole and take him out," Jaxon says. "I could crush his heart in my hands with telekinesis if I can get a little closer."

"As exciting as that visual sounds," Hudson says with a chuckle, "did you not notice the armor dear old Dad is sporting today?"

Jaxon arches a brow at his brother in question.

Hudson rolls his eyes. "It's the same metal as in the dungeon. At a guess, he had the Blacksmith make him armor that cancels magic."

"No offense, but your dad sure is a cowardly fucker," Flint mutters.

"Offense?" Hudson drawls. "I'm pretty sure that's the nicest thing that can

be said about him."

The rest of us murmur in agreement.

"That wouldn't work even if he wasn't wearing armor," Remy says.

"What do you mean?" Macy starts, but he just gives a little chin nod toward the clearing below. He holds out a hand at Cyrus's weird rock altar, palm facing outward. Then he circles it, and his magic lets us see something we couldn't before.

There's some kind of weird force field surrounding him and the entire stone structure. It's made of a million strings of white light that form a dome over the whole platform and pillars, and I have no doubt it will light up anyone who goes near it. And connected to that dome about a hundred yards away, three much smaller domes are spread out. Circling the large dome are stationed hundreds of Cyrus's followers, with soldiers protecting the masses in a larger circle around them. Inside the smaller domes, one witch stands in the center, directing power to the stone circle where Cyrus is while about fifty witches surround her, hands outstretched.

"It's possible," Remy says, "that those witches are powering up the domes around the one witch, who is in turn sending more power to Cyrus's dome."

"Because this wasn't hard enough?" Eden complains. "Now the jerk has his own force field? What the hell?"

Eden's usually up for anything, and the discouraged look on her face has me checking out the rest of the group, trying to gauge where they're at.

The answer is nowhere good. Flint's jaw is working in that way it only does when he's really upset. Jaxon's scar is standing out in stark definition against his skin—a surefire tell that he's gritting his teeth. And even Dawud has stopped admiring Calder to stare at the ground where they are nervously shuffling their feet.

My friends are starting to see the hopelessness of the situation, and I don't blame them. For about the billionth time, I wonder if we're doing the right thing. But then I glance at Hudson, and there's an intensity in his eyes that I'd recognize anywhere. He's got an idea, just like he always does, and I can't help wondering why I haven't been utilizing him more. He's brilliant, *always* thinking sixteen steps ahead. I just need to know what those sixteen steps are.

But he's not the only one I should be seeking advice from. As I glance at each of my friends, I can't help but realize we all bring something special, and we need to start leaning into that more. We may not have magic-canceling armor and a ten-thousand-person army, but we aren't defenseless, either. Together, we can do some pretty amazing things.

I think everyone just needs a reminder of that—even me.

"We need to play to our strengths," I say.

TRACY WOLFF 593

"Do tell," Calder answers, batting her ridiculously long lashes. "What are those strengths—other than looking amazing?"

We all laugh, but I'm serious. "Hudson, you're the mastermind of this team, which means you come up with a plan."

Hudson's brows raise, but his chest puffs out a little with pride.

"Hey," Jaxon starts to argue, but we've got no time for that, so I continue in a rush. "Jaxon and Flint, you're the muscle."

Which makes Hudson's chest deflate, and now he's the one starting to protest, but I just pat his shoulder. "You're the backup muscle, babe, but we need your brains more." I turn to Macy and Remy. "You're the distraction element with spells and potions that can disorient and delay." I pivot to Eden. "You're the divider. You're fast, and your ice can create walls and segment groups from each other, making them easier to defeat."

Turning to my left, I continue. "Dawud, Calder, and Mekhi, you're cleanup crew. Jaxon and Flint knock the pins down, and you take out the stragglers." I look down at my own hands. "And me, well, I'm…" I don't know what I am. I can't fly anymore. I'm not particularly great at hand-to-hand combat. My gargoyle magic is better-suited to healing than fighting. I'm not saying I can't bring something to help us fight; I just don't know that it's anything particularly special.

Hudson reaches out and tilts my chin up with his finger, until he's holding my gaze in his fathomless blue depths.

"You're our *heart*, Grace," he says, and tears flood my eyes.

I try to blink them away, but as each of my friends leans forward and places their hand on mine, more trickle out.

I sniffle. "Goddamn, you guys, we're supposed to be fighting, not crying."

Everyone laughs like I wanted, and I swipe the tears from my eyes and cheeks. I don't know what I did in my life to deserve these people, but I thank the universe every day I have the most amazing family in the world.

My gaze seeks out Hudson's again. "You *do* have a plan, don't you?"

"I do," he says. "But it's not a great one. We're grossly outnumbered, and"—he glances at his watch—"almost out of time. Honestly, we're probably all going to die, but this at least gives us a shot."

"Jesus, man," Flint grumbles. "This is why Grace should give all the motivational speeches."

"Yeah," Calder agrees. "I think I'd rather get my nails done. Is there a salon around here?"

I chuckle. "All right, let's hear this we're-all-going-to-die plan."

# 152



### Plan A, Plan B,
### Plan See-If-We-All-Die

"We need to take down the force field surrounding the stone altar thing"—Hudson waves a hand at the circle of stone pillars in the middle of the field—"or whatever it is."

"Stonehenge," Mace says. "Let's just call it Stonehenge."

Hudson chuckles. "All right, Stonehenge Lite it is. I'm pretty sure those stone rings are some sort of machine that needs a God Stone to activate it during the lunar eclipse. We know the eclipse starts in an hour at midnight"—Hudson pulls his phone out of his knapsack, taps the screen a few times, and scrolls, then nods—"and the penumbral will be completely done near two a.m. Which gives him a little more than two hours to use the God Stone before the lunar eclipse is completely gone."

Mekhi whistles. "Two hours."

Hudson nods. "Yeah, that's the bad part of the plan."

"So there's a good part?" Flint asks, one eyebrow arched.

"Sort of," Hudson begins. "With the Gargoyle Army no longer frozen, Cyrus is mortal again."

Flint and Mekhi fist-bump, but Hudson rushes on. "Of course, with the Army no longer frozen, it also means his gift has likely been released. A gift we've never seen in action, so that's an unpredictable element."

"Well, fuck," Flint grumbles.

"The Bloodletter said his original ability was channeling energy, right?" I ask.

Hudson nods. "Likely, he can harness lightning, at a guess, which could prove extra cumbersome for our dragons." He looks from Eden to Flint, making sure they understand what he means. "I wouldn't be surprised if he could use that gift to do more, so be on guard."

They both nod, exchanging nervous looks. I know what they're thinking. If lightning were to hit one of their wings, it could be damaged beyond repair. My stomach sinks just thinking about my own missing wing, but I swallow and shove those

thoughts aside. There will be plenty of time to mourn all our losses later—I hope.

Hudson continues. "His men are attaching metal to the stone pillars so...I'm thinking he needs more than just a God Stone to activate the machine. He needs power."

"Lightning?" I ask, and he nods.

"That's the most logical guess," Hudson says.

I'm loving a mortal Cyrus, but the rest of this doesn't sound like good news for our side, honestly. "What's your plan?"

Hudson turns to Remy. "You can punch through the magic of fifty witches, yes?"

Remy looks sheepish as he admits, "Yeah."

Everyone's eyebrows shoot up in surprise. *"Fifty?"* Macy asks.

Remy shrugs. "It'll take *some* effort." He turns to Hudson. "I'll be fairly weak if I have to do all three."

Hudson thinks for a minute, then says, "All right, so we'll have the element of surprise with the first witch dome. The dragons will clear a path around it, put up an ice wall to isolate it, and Remy will portal the rest of us over and punch through it. Then we make short work of those witches, which shouldn't be too difficult, as they've been using energy to project their dome and Cyrus's. That's the good news."

"Do I want to know the bad news?" Jaxon asks, and I couldn't agree more.

Hudson meets all our gazes. "The element of surprise will help us with the first dome. We won't have that with the second. They won't let the dragons isolate the next one. Plus, those troops protecting the first dome will move to reinforce the second dome."

"Twice as many enemies?" Mekhi jokes with a head shake. "This is starting to feel a little impossible."

"Yeah, I'm not seeing the 'brains' in this," Jaxon says, sounding worried.

"Well, we're not really going for the second dome." Hudson gives a half smile. "The dragons will make it seem like the next one is our target. Then Cyrus's army will move to reinforce that one, and when they do, we pivot to the third instead. Eden will lay down a wall to keep those troops from backtracking, but still... We won't have much time. We'll need to punch through that one and eliminate the witches before the troops can circle us."

"Ahh, so we wait to fight the *entire army* when we try to take the third dome?" Flint grumbles. "Seems like we might be just delaying the they-all-kill-us scenario."

"Well, *if* we actually went after the third dome..." Hudson crosses his arms over his chest, tilting his weight on the back of his feet. "The dragons will again make it seem like that's where we're headed, but Remy will portal us to the

now-unprotected side of the big dome, and he'll punch through that one instead. It should actually be weaker than the third one now, with some of the witches' power going to reinforce their own dome."

"But won't the witches just put it back up as soon as we take it down?" I ask. I mean, I don't know how those witch domes work, didn't even know you could make one, but it seems like the witches should be able to just re-create it.

Hudson full-on smiles now, though. "If we cared, which we don't. Because as soon as Remy punches through the big dome, I'm going to disintegrate the machine. No machine, no god version of Cyrus."

"I would really like to avoid god Cyrus," I agree.

"What do you think, Remy?" Hudson asks. "Can you do it?"

Remy thinks for a minute. "You get me close enough, I can do it. I'll need to be touching it, though."

"We'll get you close enough," Jaxon says, and we all nod.

"So are we actually taking out Cyrus?" Eden asks.

"Yeah, it doesn't sound like this plan ends with Cyrus locked away," Dawud adds.

Hudson shrugs. "That'll depend on if we can get his armor off before his army attacks. I'm not liking our odds against ten thousand troops, so the better part of valor and all that. I think the immediate threat is the God Stone being used. What do you think, Grace?"

Everyone turns to look at me, like the final decision is mine. And can I just say, contemplating sending your best friends into battle where not all, if any, may return safely is an awful feeling. But how can we do nothing? So I say the truth. "The plan is solid, and I think it's our best shot. Odds aren't great but better than facing a god version of Cyrus any day."

"Look, we're not going to win if we fight his army head-on," Hudson says. "There are ten of us against ten thousand, maybe more if they bring in reinforcements. Instead of fighting an insurmountable force, let's avoid them and just fight one narcissistic vampire instead."

Remy grins and says, "Everybody keep calm. We're all going to die."

"*Shrek*?" Flint asks, and Remy fist-bumps him.

The conversation devolves into a discussion about how the second movie is an underrated masterpiece, and I wander off to the side to get a better look at the activity below.

While I agree that Hudson's plan has the best chance of success…that's not saying much when the odds are in the single digits in the first place.

153

## If Wishes Were Roller Coasters, Gargoyles Would Ride



**D**own below us, the crowd starts chanting, and something about the complete adoration sets panic to churning in my stomach. But having a panic attack right now isn't an option—or so I tell myself as I take a series of deep breaths and try to name ten things I can see. But everything I see is scary as fuck, so maybe that's not the best mindfulness exercise for this moment.

"Hey," Hudson says, and then his face is next to mine. I know it's because he can see my anxiety, but that just makes me feel worse. One more sign that I'm weaker than I want to be.

"We've got this," he tells me.

I nod, because what else am I going to say? *No, we don't?*

Still, this is war, and things go wrong. "What if something happens? What if I d—"

"You won't," he says, his eyes glowing a fierce blue. "But if *something* happens, I've got this. And I've got them."

He means he'll use his power again. I can see it in the set of his jaw, in the way he squares his shoulders. "You don't need to do that. You can't—"

"I've got this," he repeats, and I can tell he means it. And that, whatever happens, he's solid.

The knowledge frees up the knots in my stomach, makes it a million times easier to breathe. And to accept whatever comes next.

And then, suddenly, everyone is crowding around, talking shit about Cyrus and planning our victory celebration. I know as well as they do that it's bullshit, that we may very well not feel like celebrating at the end of this—if there's even enough of us left to celebrate—but it feels good to say it. Almost as if speaking it into the universe gives us a chance of making it come true.

And I need that chance. We all do. Without it, I'd never be able to do what has to be done—especially when I'm terrified that this will be the last time

Hudson ever touches me.

"Hey," he whispers as he reaches for my hand.

"Hey, yourself," I answer.

He rubs his finger across our promise ring and asks, "Have you figured it out yet?"

I roll my eyes at him even as a fond grin creeps across my face. Because I know he's just trying to calm me down. "I have," I tell him with absolute conviction, just so I can see his eyes widen in surprise. "You promised to ride all the roller coasters at Disneyland with me—even the scary ones."

"Hudson on a roller coaster?" Jaxon mocks. "I'd rethink that one. He is a screamer, after all."

"I think Hudson *is* the roller coaster," Calder says with a hungry little lick of her lips.

"And on that note," Remy says with a wiggle of his brows, "maybe we should get this show on the road."

And then he looks at me. They all look at me, which isn't disconcerting at all. "Umm, is there something else?"

"I'm pretty sure this is your moment," Dawud says after clearing their throat.

"My moment?" Now I'm even more confused.

"I don't know about anybody else," Flint says, "but I could use one of your motivational speeches right about now."

"Maybe even two of them," Eden says slyly.

And shit. Just shit. Considering I'm pretty much with Hudson on the whole *we're all going to die* side of this situation, motivational speeches aren't exactly rolling off the tip of my tongue.

But they're all still looking at me, even Calder and Remy, like they expect words of wisdom to just fall from my lips. I sigh, searching my brain for something—anything—to say.

Finally, a glimmer of an idea comes to me, and I decide, what's the worst that can happen? They all run in the opposite direction? Turns out I'm okay with that. I could use a good night's sleep and a pedicure anyway.

I glance at Hudson, and he nods encouragingly, so I clear my throat. Take a deep breath. Clear my throat again. And begin.

"I know we've done this a lot of times now, guys. I know it's been hard. But we've got one more fight left in us, and I say we bring it all. We bring everything we've got straight to Cyrus's door, and we shove it down his throat. That way, even if we die, we know we've given this everything we have—and at least we

die fighting for something we believe in.

"When things are good," I continue when I realize they're all nodding along with what I'm saying. "When things are good, we can go back to using our powers for midnight flights through the aurora borealis and kicking ass on the Ludares field. But now, now it's time to act like tigers."

Jaxon raises a brow as if to say, *Seriously, tigers?* and even Dawud doesn't seem impressed with being likened to a big cat, so I try something scarier. But it's hard to go there when I'm surrounded by the biggest, baddest monsters on the planet. Still, I need something, so I try, "No, not like tigers. Like *velociraptors.*"

"Whoa, badass," Flint says, and he's leaning forward on the balls of his feet, really getting into the speech.

"Fuck yeah," Mekhi agrees. "That movie scared me."

"Word." Dawud raises their fist to Mekhi's for a knuckle bump.

"Yes, we'll be like that Indominus rex dinosaur—"

"Which one was that?" Macy whispers.

"The newest one," Dawud answers.

"Oh, I didn't see that one," she replies. "Maybe we can watch it once we're done here."

I raise my voice to bring their attention back to me. "We'll show Cyrus only our power and our fury. Our eyes will gleam with our lust for blood, and our brows will jut forth like cliffs over the wild, raging sea."

Macy looks a little traumatized as she reaches up to make sure her eyebrows are still as smooth as ever, but Eden is all in. Fists clenched, jaw tight, she looks ready to take the head off any vampire who gets too close.

"Now, tighten your jaw and take a deep breath. Draw on the most feverish wildness inside you and let it flow through your every cell, taking you to your fullest strength."

Calder snarls, then must take me at my word because seconds later, she's gone full manticore, her scorpion tail curling dangerously.

"We are descended from greatness," I continue, then add— "Well, except for Jaxon and Hudson," which has everyone nodding, even them. "Our parents have fought this battle before us, and we will not dishonor them as we pick up where they left off. We will prove we are worthy of the powers we have and the families we have come from. There is not one of you who doesn't have the magic of ages inside you and tonight, on this field, at this moment, we will let that magic loose. And we will win."

"Hell yeah!" Flint growls, pumping his fists. "We've got this."

600                                                                    c o u r t

"Fuck yeah, we do!" Jaxon yells.

Everyone is super pumped up and, as they clap one another on the back and walk over to the edge of the cliff, Hudson looks at me with a raised brow and whispers, "*Henry IV*?"

I shrug, then grin a little because of course my mate caught me. "I had nothing. Besides, who says it better than Shakespeare?"

He just shakes his head and laughs.

"Let's do this thing!" Eden says before transforming into a dragon. She takes a few steps away, then looks at Jaxon and Flint as if to say, *Ready, aerial support?*

Flint nods, and then everyone turns to Jaxon, who looks really, really small standing next to Eden's dragon.

"Think you can keep up with your telekinesis flying?" Hudson asks him. "The dragons are fast."

"True story," Flint agrees, which has Jaxon's eyes narrowing.

"Oh, I think I can manage," he says. And then, out of the blue, he shifts in a blaze of shimmering colors, evolving right before our eyes from a vampire into a gorgeous amber-colored dragon.

## 154

### Imagine Dragons



"**B**loody hell!" Hudson's eyes are wide as he turns to Flint. "Did you know he could do that?"

"You mean, did I know that he's now some kind of weird vampire-dragon hybrid?" He gives Hudson an *are you serious right now* look. "Yeah, of course I knew that. I mean, who wouldn't?"

Jaxon, who manages to still look dark and broody even in his dragon form, just stares at Flint. But when he goes to give his patented snarl—or as close as he can get when he's a dragon—he belches a small shot of fire that nearly singes Flint's eyebrows off.

"What the hell!" Flint yelps as he jumps back about five feet.

Now Jaxon smiles just a little, and as he does, it's hard to miss that even as a dragon, his incisors are much longer than Flint's or Eden's.

Weird dragon-vampire hybrid indeed.

"Don't you think you should have probably mentioned this before?" Flint demands, swiping a wary hand over his eyebrows.

This time, Jaxon doesn't even bother to snarl. He just watches him in a way that seems to query, *Why didn't you ask?*

It's a question Flint obviously doesn't have an answer for because he sputters for several seconds while Macy just grins like a wild woman, glancing back and forth between the two.

Hudson gives me a *holy shit* look, but he's grinning, too. And he looks absolutely adorable.

"I love you," I tell him softly, because if I'm about to die, that's what I need him to remember. That no matter what, no matter how much shit we've been through, my love for him is something I did right.

The sky above is a startlingly dark navy that seems to glow a little more with each minute that ticks down. Which means we're getting closer to eclipse

time, something I know Hudson is aware of from the way he keeps glancing at the horizon.

"I love you, too," he whispers to me. "And I will for an eternity. That's why we've got to do this, Grace. We've got forty minutes before the eclipse, and I want the chance to love you forever."

"That's what I want, too," I whisper, even as I step back. "Now let's go kick Cyrus's ass and make that future a reality."

"I'm all for that," Remy says, and he's obviously taken his magical Wheaties because the boy is practically glowing. Everything about him seems charged with power, and for the first time, I start to believe this plan can work.

"Okay, guys." I take a step back, recapping the plan. "This is it. First one to make a hole in the first witch wins. Now let's—"

"What do we win?" Calder asks after she shifts back into human form. "I hope it's a cupcake. With sprinkles."

It's exactly the tension breaker we need, and I crack up.

"If you get Remy through to that witch, I'll buy you a dozen cupcakes, and I'll make sure each one has a different kind of sprinkles," I say.

She grins. "That's good enough for me." And then she takes off running, shifting mid-step, her powerful lion legs eating up the ground between our group and the battlefield.

It's the signal everyone else seems to be waiting for, because Jaxon throws himself into the air seconds later.

I freak out and can tell that everyone else pretty much does, too. I remember how long it took me to feel comfortable with my gargoyle wings—trying to fly as a dragon has to be at least as hard. Trying to do so while surrounded by ten thousand soldiers who want you dead seems like a really bad idea.

But either Jaxon is way better at learning to fly than I was—a distinct possibility—or he's using his telekinesis to help him out. Either way, he looks good. Really, really good.

Flint must think so, too, because he just stares up at the sky, appearing totally and completely dazzled.

At least until Jaxon starts circling the field. I only have a moment to wonder what he's doing before he starts shooting fire down toward the ground.

"What the hell?" Flint exclaims again, right before he, too, shifts into his green dragon.

It happens in the blink of an eye—much faster than Jaxon managed it—and then he's flying up to meet Jaxon. At first, I think he's going to intercept him,

but then he flies in the opposite direction until they're positioned on either side of the first witch, shooting fire at the paranormals all around the outside of the force field.

"Typical Jaxon," Hudson mutters, but he's grinning. "The kid just loves to make an entrance."

"Yeah, like he's the only one," I shoot back with a wink.

But Hudson's already gone, fading down to the battlefield with Mekhi.

Eden joins Jaxon and Flint, positioning herself in front of them so she can start shooting ice at the field, building a giant ice wall in the area Flint and Jaxon are clearing with their fire.

They back up a little once she starts to build, making sure their fire doesn't get close enough to melt her ice, which she is throwing down at an incredible rate.

Watching the field, I really hope Hudson was wrong about the first one being the easiest, because it looks like all hell has broken loose all around them. Dragons have launched themselves into the air to fight Flint, Jaxon, and Eden, while more vamps and werewolves rush in, trying to take the place of those being burned.

Some vamps and wolves have managed to scale the wall even as Eden builds it, but Hudson, Mekhi, and Calder are already there, kicking ass and not bothering to take names. They run along the inside of the wall, taking care of anyone who actually makes it into the space between the wall and the witches' force field.

All of a sudden, ice shoots in a totally different direction, and I look up to find that Eden's under attack. There are a lot of dragons in the air now—close to one hundred, I would guess—and they are determined to take Flint, Jaxon, and Eden down.

I start to shift into a gargoyle so I can go fight with my friends, but then it hits me all over again that I don't have a wing and that I won't be flying anywhere.

Not sure what else to do, I start hauling ass down the mountain with Macy and Dawud right beside me. But I've only gone about a hundred yards when Remy steps in front of me and says, "Need a lift?"

Before I can answer, a portal opens up, and he sweeps Macy, Dawud, and me into it. Seconds later, we walk onto the field—right in front of the first force field.

We're also only a few feet from Hudson, who whirls around with a violent look on his face—only to pause when he realizes it's just us.

"Took you long enough," he teases, but before I can answer, he jumps straight up above me and kicks out.

c o u r t

I watch as his foot connects with another vampire's face. The guy goes flying, and then Hudson is landing right next to me again. He drops a lightning-quick kiss on my lips before whirling around and capturing a wolf who made it over. He swings the wolf around by his tail before Hudson sends him soaring right over the wall.

"What do you need me to do?" I ask Remy as Dawud and Macy take off to help the others.

"Just watch my back," he answers as he holds his hands about a foot from each other.

"What are you going to—" I break off as the space between his hands starts to glow.

Remy's moving his hands around now, rotating them in a staggered circular pattern. As he does, the light grows bigger and bigger, hotter and hotter. And then it starts to pulse.

I lean forward, fascinated by what's happening, but before I can see what he does next, a werewolf comes over the wall right in front of Remy, fangs bared.

I shift and jump out from behind him, grabbing on to the wolf by her ears and yanking her backward.

The wolf snarls violently, lashing out with teeth and nails, but I turn to solid stone just as her mouth closes around my hand.

I feel her teeth strike my hand, hard, and then the wolf is screaming. She backs away, eyes wild and blood streaming from her mouth, and I reanimate enough to bring my foot up and deliver the roundhouse kick Artelya taught me when we were training together at the frozen Court.

The shock of hitting the wolf's hard jaw reverberates up my left foot, but it must work, because the wolf's eyes glaze over, and then she falls to the ground, out cold.

"Remind me not to piss you off," Remy says with a laugh.

When I glance back at him, the ball of light he'd been forming has dissipated, its light coating his fingers and hands and arms, all the way to his elbow so that he glows brightly.

Then, in front of my fascinated eyes, he pulls his right fist back and then plows it as hard as he can straight into the web of light that makes up the force field around the witches.

155

## Some Things
## You Just Can't
## Force Field



The force field falls instantly, the witches' magic no match for Remy's power. As it sputters out, the giant force field around Stonehenge Lite flickers, but it holds. Which is a shame—I think there was a part of me that was hoping it would fall if one of the three domes holding it up fell.

But since that's not the case, we need to get to the second force field fast. But first we have fifty powerful, pissed-off witches converging on Remy and me, and they look like they're out for blood—in a purely non-vampire way, of course.

"What do we do now?" I whisper as Hudson and the others are currently on the other side of these witches.

Remy shoots me a cocky grin and says, "I'd get ready to put that roundhouse of yours to work again. But first, duck!"

He shoves me down just as a spell goes flying right at where my head would have been. It crashes into the ice wall behind me, and the wall makes an ominous *crack*.

It's followed by about twenty more spells, and they aren't even aimed at us. Now that the witches have figured out the ice wall is vulnerable, they're using their combined magic to try to bring it down. But that means the army on the other side of the wall will suddenly have access to us at the same time.

And since I don't relish taking on thousands of paranormals simultaneously, I figure we need to come up with a solution before that wall falls.

Remy must be thinking the same thing, because he throws his hand out and kicks up so much wind, I go flying against the ice wall. He steadies me with his other hand, even as he builds the wind around the witches higher and higher. They start bouncing off one another, the wind battering them from all directions even as it moves them closer and closer together.

"What are you going to do?" I ask as the wind currents tighten around them.

"I think this space will be a lot better if it's missing fifty witches, don't you, *cher*?"

"Absolutely."

He gives me another wicked grin and then, with a flick of his fingers, he sends the wind vortex he's creating barreling through the air. The last I see, it's literally flying over the top of the mountain. And as an extra bonus, Remy uses the wind tunnel he created to suck in a couple dozen of the dragons who had been attacking Flint, Jaxon, and Eden above our heads.

As they disappear over the mountain, he wipes his hands together as if the job is finished and says, "Hope they brought their broomsticks."

I know we're in the middle of a battle, and I know shit's about to get bad, but I can't help laughing. Only Remy would say something so ridiculous and so absolutely on point.

"Nice work," Hudson tells me as he fades up behind us and, for the first time, I realize just how fast Remy took care of our little witch infestation. Faster than Hudson could fade around the circle to get to me. I know some really powerful witches—Macy being one of them—but Remy really takes it to a whole new level.

"Right?" Mekhi agrees as he skids to a stop next to Hudson. "I've never seen anything like that."

"Yeah, well, he's just getting warmed up," Calder says with a quick little bat of her eyes. "Wait till he really decides to get his hands dirty."

Considering Remy just sent seventy-five or so paranormal beings careening over the side of a mountain, I'm a little concerned what *getting his hands dirty* might look like. But we've got a long night ahead of us, and something tells me I'm going to find out.

There's a familiar shadow above us, and I look up in time to see two dragons cut Eden off from Jaxon and Hudson and then sink their claws into her shoulders and back. A third flies up underneath her and sinks his teeth into her soft underbelly.

She screams again and starts tumbling ass over teakettle as she tries to shake him off. I scream for Jaxon and Flint to help her, but fire is flying as they fight off their own attackers.

"Oh, they can sod right off," Hudson growls, and then he's jumping twenty feet straight up into the air and ripping the dragon who is currently going for her entrails right off her. He keeps a hold on the jerk's tail all the way back down to the ground, where he spins him around like a discus and then lets him fly.

The dragon crashes into several other enemy dragons, and they all tumble to the ground.

"You're a better shot than I gave you credit for," Remy tells him.

Hudson rolls his eyes. "Remind me to be insulted about that later."

"Much later," Dawud interjects, "considering we've got another problem."

I start to ask what it is, but the second I turn around, I figure it out.

Some of the other witches on the field have caught on to the fact that spells can bring the ice wall down. It's starting to tumble, which means we're about to get a whole lot of extra attention—and none of it good.

"I think that's our cue to hit the road," Remy says, waving his hand to open another portal.

"What about the dragons?" Macy asks. "We can't just leave them."

She's right—more dragons have arrived and Flint, Jaxon, and Eden are under fire—figuratively and literally. If we don't get them out of this situation, and fast, I'm not sure how much longer any of them will last.

"Jaxon!" I scream, trying to get my best friend's attention.

He doesn't hear me, but Flint does. As he performs a barrel roll to get away from two attacking dragons, he shoots a stream of fire my way that I am pretty sure is his way of saying he gets it.

In the meantime, Macy shoots a spell at several of the dragons. They aren't paying attention to anyone but Flint, so they don't get the chance to dodge as it attacks them all at the same time. Seconds later, their wings are wrapped tightly in Bubble Wrap, and they are plummeting toward the ground.

But several more take their place, and Flint looks even more embattled.

"Do it again!" I tell Macy, but she just shakes her head. "That's not a spell I can do more than once."

"What, all out of packing supplies?" Calder asks. "Next time, you should get the pink kind with white flowers. It's pretty, and I like flowers."

"I'll keep that in mind," Macy answers, and Calder grins. But when one of the dragons above her screams, Calder is the first to shift on the fly and jump up, raking her lion's claws against the sensitive skin of two of their necks.

The dragons bellow in rage and lunge for her, but she's already dropping back down to earth and shifting to her human form, yelling, "Let's go, let's go, let's go!"

Flint follows her down as fast as he can, determined to avoid the next wave of dragons coming at him.

At the same time, Dawud shifts on the run, then jumps up and bites the tail of one of the lower-flying dragons. She screams and tries to flick them off, but they hold on long enough to give Eden a chance to throw off another dragon before she, too, heads for the portal.

"Go!" Remy says as he herds Mekhi and Calder toward the portal.

608                                    c o u r t

Hudson, in the meantime, makes another jump, trying to reach the dragons who are all over Jaxon. But Jaxon's flying harder than Eden and Flint were, and he can't reach them.

I'm more frustrated than ever, desperate to fly so I can get to Jaxon. But flying isn't the only power I have, I remind myself, as I think back to my time at the Gargoyle Court.

I think about using the water I saw in the spring when we first got here, but the stream is on the other side of the clearing and too far away to get it here quickly. But there are other things I know how to channel, and I reach for the air before Jaxon even starts to buck against the dragon who's got his mouth wrapped around Jaxon's neck, his teeth locked against Jaxon's jugular.

Hudson jumps again, but again he misses Jaxon, and I know just what I need to do.

Throwing my arms out in front of me, I feel the wind against my palms and the warm summer air sliding against my skin. Then I cup my fingers together and punch forward as hard as I can, pushing out the air in front of me.

I do it so hard that it aggravates my wing injury, making my shoulder ache painfully. But throwing the wind must work, because about a second later, the dragon biting Jaxon squawks angrily and tumbles right off his neck.

I tried to focus it only on the dragon, but that must not have worked because Jaxon soars several feet backward, too. He also drops down a few feet, and thankfully, that is more than enough for Hudson to grab him on his second attempt.

But the other dragons who are attacking him come down with him. I start to punch air out at them as well, but Mekhi beats me to it.

He takes a running leap and jumps onto one of their backs, wrapping his arms around the dragon's neck and pulling back as hard as he can.

The dragon freaks out as Mekhi compresses her windpipe, and she jerks herself into the air. Mekhi drops back down to earth, and Calder goes after the third dragon with a quick leap and sting of her scorpion's tail right in the dragon's nose.

The dragon screams and flies away, and Jaxon's dragon—looking a little worse for wear but still all in one piece—shoots us a grateful look as he races straight into Remy's portal.

The rest of us follow right after him, and Remy closes it behind us.

## Double, Double,
## Boil and Trouble



W e walk through the portal—and again, Remy does the most amazing portals—and end up near the second group of witches. The dragons land beside us and shift.

"Are we sticking with the plan?" Eden asks as she wipes blood from her chest.

"As long as you're up for it," I tell her. And I know that's not the most general-like answer, but I'm not going to send my best friends into a battle with a high probability of death if they're already severely injured.

She makes a *tsk*ing sound. "This little scratch? I don't even need the first aid kit for this one."

Flint rolls his eyes. "God forbid Eden shows a little weakness."

"Oh, because you're ready to quit?" she asks archly.

It should be a valid question, considering he's got claw marks over his jugular and a whole lot of singed scales, but we all know Flint doesn't go down without a fight. Even before he says, "I haven't even gotten warmed up yet."

"Well, regardless, let me patch you up just a bit," I say, then lean forward and lay a hand on both of them and channel a little earth magic to seal up their wounds. It's nowhere near everything they need, but it'll at least keep them from bleeding out.

"Sorry to cut this short, but we need to move," Remy drawls.

"On it," Jaxon answers, but before he can shift again, I reach out for him.

"Do you mind?" I ask. He holds my gaze, then nods, so I place my hand on his shoulder and close up his wounds as well.

With a half smile when I pull away, he shifts back to his dragon form. The other two dragons do the same and take to the skies, being as obvious as they can be.

The whole battlefield turns toward us, running and yelling and looking like they're out for blood. Which, of course, they are.

c o u r t

"Good luck!" I call to the three dragons, but they're already swooping away.

Remy's gone ahead and built another portal—this one a lot smaller and less obvious than the last one. And as everyone focuses on the dragons, who are putting on quite a show—thank you, Flint—the rest of us slip quietly away to our real target, the third force field.

We used the element of surprise on the first one, and that worked really well. We can't surprise them again—they already know we're here—but we can try to even the playing field. Things are going to get ugly today, of that I have no doubt. But every chance I have to delay it, I'm going to take.

Which is why, when we exit Remy's portal in front of the third force field, we meet almost no resistance. Everyone has spent the last couple of minutes racing toward the force field near where the dragons are and leaving this one almost entirely undefended.

It won't stay that way, but Eden and Flint are already speeding through the air to build an ice wall to separate us from everyone else. It cuts us off from the rest of the field and gives us the breathing room we need before we have to take on a field of ten thousand paranormals.

Within seconds of exiting the portal, Remy's doing the energy thing again. Building up the ball of light, letting it spread along his hands and arms before once again slamming his fist through the force field.

But he's more tired now than he was the first time—he'd warned us that taking down these force fields would wear out even his formidable powers—but I still wince when it doesn't fall.

"What can we do to help?" I ask, but he just shakes his head. And then plows his second fist through the barrier as well.

This time, it falls. But Remy is wiped—I can see it on his face and in the sudden slump of his shoulders. Which means it's up to the rest of us to deal with the fifty witches inside, who come at us with everything they've got.

Spells go flying, and everyone except me has no choice but to duck—at least during the first round. I simply shift, and they have no effect on my gargoyle form at all. Not for the first time, I think gargoyle abilities are kick-ass.

As the witches converge on us, surrounding us on all sides, we prepare to fight our way out—or to die, depending on how things go. I'm really hoping for the former, but I'm afraid our luck might have run out.

Especially when one of the witches in front fires a spell that hits Mekhi square in the chest. For a second, he looks shocked, but then he falls to the ground, convulsing as if thousands of volts of electricity are tearing through his body.

Dawud goes down next, with a curse that has them itching everywhere. And since they are in their wolf form, they look particularly miserable—and like they have a really bad case of fleas.

The third curse hits Macy and has the ugliest, most painful-looking boils imaginable erupting all over her skin. "Are you fucking kidding me?" she snarls. "You used boils?"

Hudson steps forward then, starts whispering to the witches closest to us that they want to help us. That they want to stop the other witches. The others catch on to what's happening pretty quickly and must perform some kind of spell to block out his voice because they remain unaffected.

But the first witches who heard him have already turned on them.

The witches on our side take out a few of the other witches, but there are too many, and they're defeated in no time. The remaining witches turn to focus their attacks on us again.

They aren't our only problem, though. Eden's ice wall is holding off a lot of the hoard, but a few hundred have managed to scale it. Others have finally gotten to the end and are pouring around the sides. It's only a matter of time before we have to deal with them, too.

But it's hard to formulate a plan about that when the next curse hits Remy and has him screaming in agony as he falls to his knees.

And damn it, just damn it. I have a lot of faith in Hudson, Calder, and myself, but these odds aren't looking good. I don't want Hudson to have to start disintegrating people, but I know if things get much more dire, that's where we're headed.

As the witches start sending another whole round of spells at us, I can see in his eyes that he knows that's what's coming, too. And that he's decided not to prolong the inevitable. He lifts a hand and holds it out in front of him. But before he can close it, all seven of us are suddenly flying through the air.

# 157



Up, Up,
and Get Away

"What the hell? Are you doing this?" Calder asks Hudson.

"Yes, because I've been hiding a third power from all of you. Turns out if you think about enough wonderful things, anyone can fly." He rolls his eyes.

"What *is* happening?" Macy asks. "Remy, are you—"

"It's not Remy," I say as the truth finally dawns on me. I turn around in midair and find Jaxon watching us in his dragon form.

He's under attack, dragons coming at him from all sides, and still he managed to get us out of that mess.

I give him a look full of gratitude and awe, then turn back to the others just in time for him to gently drop us about fifty feet from the platform with Cyrus and the pillars. There are soldiers surrounding it, but if we can get through them, we'll be right next to the force field to bring it down.

I glance back to see if the witches are following us and realize Jaxon killed two birds with one stone—not only did he get us out of there, he did it so abruptly, he left the witches to accidentally curse one another with their spells.

Once we're on solid ground, Macy whirls around and whips out a few spells of her own. Within a minute, everyone is back to normal. Or almost. Mekhi looks more drained than I've ever seen him.

But that one minute is all the surcease we get. Because a giant pack of werewolves is racing across the clearing straight for us, with several vampires hot on their heels.

"Well, shite," Hudson grumbles even as he positions himself in the front of our group, to give the others a chance to recover from being spelled.

I move up to stand next to him—I know he wants to protect me, but I want to protect him right back. Besides, partners stand together against whatever comes their way, and that's what we are. Partners in every way.

"Remy is getting weaker. We need to get through that wall of soldiers so he

can bring down the big dome before he's out of juice," I tell him.

"Right. On it, babe." He gives me a quick grin, then refocuses on the wolves racing toward us.

Right before they reach us, Hudson uses his power to carve the ground out in front of us. He just blasts a massive trench that's about thirty feet wide in between them and us.

The wolves howl their displeasure, but it doesn't slow them down for long. Instead, they leap as far into the divide as they can and then run the rest of the way.

Hudson meets the first two who come out of the trench. He grabs one by his neck and breaks it, then tosses him to the side. The second he picks up with his other hand and throws him back across the trench.

More are on us now, though, and I grab the dagger from my waist and whirl around, stabbing it into the chest of the wolf coming straight for me, fangs bared. Momentum carries him forward, and he tries to bite me even as the knife slices him all the way down to his belly.

Blood flows out of the wound onto my hand, and I stifle a scream as I pull my dagger out and push the wolf away. Tears flood my eyes—this is the first person I've ever killed, and it feels horrible. Not as horrible as dying myself, which is what the wolf intended, but definitely not good.

There's no time to dwell on it, though, because the other wolves are on us, and it's a fight for survival—for all of us.

The largest wolf in the group is in human form, but his hands are tipped with sharp claws that he's swinging wildly toward Calder. She's dodging them as best she can, considering she's got her own claws sunk into a vampire who made it across the trench and just tried to rip out her jugular.

The wolf howls with pain, but he's not giving up, either. His own fingers are wrapped around her biceps, twisting and squeezing her upper arm with every ounce of his wolf strength as he tries to drag her closer to his bared teeth.

Calder's face is drawn in pain, but she's not giving up, not giving in. Her scorpion tail is swinging wildly, trying to sting him while she strains away from him as hard as she can. But she can't keep this up, especially since there's another wolf right beside her, just waiting for a break in the tail swinging to dart toward her. If someone doesn't get in there and help her, she won't stand a chance.

Another wolf goes for me, but I turn to stone and hit him in the nose as hard as I can. The wolf goes down screaming, and I whirl around, slamming a foot into the stomach of an oncoming vampire. He snarls and lunges for me, but

c o u r t

Hudson gets between us.

Trusting my mate to take care of the vampire for me, I race toward Calder. As I do, I reach out for the earth and pull tree roots from beneath the surface. Then I lower my hand in a quick chop that slams the root across the back of the vampire's head.

He goes down hard, and Calder immediately whirls around to swipe at the wolf with her lion's claws. The wolf growls in response, and this time when he takes a swipe at her, he connects, his claw slicing across her beautiful face.

She gasps in outrage and throws herself at the wolf with a snarl. But he's ready for her, another claw slicing across her chest as she swings her tail around to sting him. The wolf is huge, so I use both hands to send roots after him.

But Remy turns around and rips the wolf off with his bare hands. He's bleeding and obviously much less powerful than usual, but he has just managed to fight off two vampires. And as the wolf lunges for him, Remy throws a spell at the wolf that turns him into a mouse.

Seconds later, another wolf gobbles him up. Remy lets the wolf eat his snack and then takes care of him, too, by transporting him to the top of the nearest tree.

I race toward Calder, determined to see how badly hurt she is, but another wolf gets there first. This one throws himself at her legs in the most awkward tackle of all time. It works, though, as she goes down. He hits her with a really painful-looking uppercut that sends her reeling backward.

Anger roars through me, and I go after him for real now, jumping into the air like I learned in training and kicking out as hard as I can. I hit him on the chin, and since he's not expecting the blow, he goes reeling backward. At which point, I shift to my full stone form and kick him in the face again. This time he goes down and stays down.

Calder's on the ground, and she's shifted back to her human form. She's cupping her wounded cheek in her hand as she tries to get up, but she's having a rough time. She can't seem to get her legs under her.

Trusting Hudson, Remy, Dawud, Mekhi, and Macy to keep the wolves off us for a few minutes, I drop down beside her, scooping up some of the earth as I go. Old Grace would never dream of rubbing dirt into a cut, but old Grace didn't have healing powers that come from the earth, so it's all relative.

Lowering her shaking hand, I look into Calder's beautiful brown eyes and press the soil into her wound. Then I cover it with my hand and channel a ton of energy from the earth below me and into her.

Compared to trying—and failing—to heal Flint's leg and Jaxon's heart

TRACY WOLFF

during our last battle, this is a piece of cake. It only takes a minute or so before Calder's skin knits together and another minute before the scars are barely there pink lines that will fade on their own soon enough.

But that wound isn't her only one, and I spend another couple of minutes fixing the broken ribs and torn shoulder tendons. There's more damage, but it's smaller, and now that she's not hurting as badly, we're both raring to get back into the fight.

Which is a good thing, considering I've just pulled back from Calder when Jaxon comes skidding across the grass at our feet, landing in a pile of limp dragon scales and blood. I turn around, barely registering what just happened before the ground begins to shake.

# 158



Get Back
in Your
(Rib) Cage

"Jaxon!" I yell, half flying, half leapfrogging over a couple of pissed-off vampires in an effort to get to him as quickly as possible.

His dragon is laying on his side, his huge body trembling. I don't know if it's because he's severely injured or if it's just that he's had the wind knocked out of him, so I put a hand on his shuddering shoulder in an effort to figure it out.

"Jaxon?" I say as I crouch down next to him. "Are you okay? Where does it hurt?"

He doesn't answer, doesn't even open an eye or shake his head in an effort to let me know that he's heard me.

I don't know how to check the pulse on a dragon, but I can see that he's breathing. Or at least, I think he's breathing. It's a little hard to concentrate as Flint is tearing through every paranormal in his path in an effort to get to Jaxon.

Blocking out Flint's screams and his desperate fight to get here, I smooth a hand over Jaxon's side from his neck to his hip. He shudders again when I touch his ribs, so I go back and poke at the tender spot some more.

This time he all but convulses, jerking and folding in on himself in an effort to avoid the pain.

"It's okay," I soothe even as relief courses through me. I thought he was badly injured, was afraid it was like before on the Unkillable Beast's island. But he's okay. Hurt but okay. I lay my hand flat against his side, directly below the dragon's right front leg. "I'm going to take care of you, Jaxon. I promise."

He nods his dragon wearily—the first acknowledgment he's made of my presence that hasn't been shudders of pain.

"This rib hurts," I say, going over the area in question. "But do any of the others?" I move my hand lower, pressing it into his second rib and then running it along the length of the huge dragon bone.

He stiffens, a tiny little dragon cry escaping when I press on his second

rib, too. The third and fourth ones bring no reaction. But I don't know what's going on on his other side, and right now I don't want to move him and make anything worse.

I glance up, see that Hudson has put himself between Jaxon and approaching enemies on one side and Remy has done the same on the other. They are dealing with any of Cyrus's army trying to come this way while Eden, Calder, Mekhi, Dawud, and Macy are distracting the ones farther away.

Flint, on the other hand, has single-handedly brought down ten members of the Vampire Guard and has burned everyone in his path in a nonstop quest to get to Jaxon.

He lands beside me in human form seconds later. "What can I do? What's wrong with him?"

Jaxon stiffens the second he hears Flint's voice, and then he's shifting back to human form in a shimmer of rainbow sparks.

"What hurts?" I ask the second he's human again. Because treating a dragon isn't impossible, but I much prefer trying to heal someone who can talk to me.

"My ribs," he grinds out, then laboriously pushes into a sitting position.

"What the fuck?" Flint growls as we get our first look at his other side. "Why didn't you—"

"Don't fucking start," Jaxon snaps back, then takes a deep breath, shifting so I can get a better look at the ugly gash that goes right between his ribs. He always has been a terrible patient.

"This looks like a puncture wound," I tell him as I reach into the earth and channel healing magic to close up the bleeding, oozing wound, but it's taking longer than with Calder because it's much deeper. It's all the way to the bone. "You're going to need the mother of all tetanus shots when we're done here," I say to distract him as I reach deeper to knit tissues together from the inside out.

"Vampires don't get tetanus," he tells me with a pained laugh.

"Seems to me like vampires have all the luck," I tease, trying to use the remnants of his shirt to sop up the blood. There's so much blood.

I don't think the wound is life-threatening, but I've never seen Jaxon willing to lay there and let someone tend to him—which, if I'm being honest, is scaring the fuck out of me. I pour more healing energy into him, searching for what beyond his ribs might be damaged as well.

Flint, who's been silent since Jaxon snapped at him, whips off his shirt and holds it out to me. "Here, use this."

Jaxon stiffens. "I'm fine—"

court

"You're not fine," I snap, pressing the shirt to his wound as delicately as I can considering I'm whisper-yelling at him. "Now knock off the macho bullshit and let me do my job."

"Yeah," Flint tells him with a smirk that is somehow both obnoxious and a little sweet. "Knock off the macho bullshit."

For a second, it looks like Jaxon's going to rip him a new one, but then he huffs out a breath and lays back down for me.

*Thank you*, I mouth to Flint, who shrugs uncomfortably. But I can see the tiny smile tipping the corners of his mouth and can't help shaking my head, even as I reach deep inside me for the energy that will help me heal Jaxon.

And I thought things between Jaxon and me were complicated once upon a time. Compared to this, we were as easy as breathing.

Jaxon winces as I start to heal the outside of the puncture wound now, but he doesn't say a word. Instead, he grits his teeth and looks away, trying to pretend it's no big deal. But the sweat rolling down his cheek says otherwise, as do the clenched fists.

"How does a vampire start a letter?" I ask, and Jaxon sends me a pained look.

He takes a shaky breath and asks, "Do I want to know?"

"Tomb it may concern," I say and grin.

It's definitely not the best joke in my repertoire, and he and Flint both groan—a lot—at the punch line. But it's also not my worst, so I stick my tongue out at both of them before glancing back at Jaxon's wounds.

I try to channel as much of the pain away from him as I can while using the rest of my magic to heal the wound. It's a delicate balance, though, because if I get too caught up in helping him manage the pain, I don't have enough magic available to heal him properly. And it's a deep wound, one that did a little damage to a couple of internal organs as well.

Once the wound is closed and at least partially healed on the inside, I turn my attention to knitting the two ribs on his other side back together. He winces again as I press on the broken spot, even groans a little.

"You've got this," Flint tells him in a low voice, leaning forward to press a hand on my shoulder. I'm already pulling energy from the earth, so I automatically pull from Flint, and my tattoo wrapping around more forearm that stores magic lights up.

Jaxon stiffens again, and at first I think he's about to object to Flint giving up some of his energy to heal him. But then I realize Flint has also dropped a hand onto Jaxon's clenched fist and is squeezing it gently.

Part of me expects Jaxon to shrug him off—especially considering the snarl on his face as he looks at his best friend. But in the end, he lets Flint's hand stay there and even relaxes into him a little so that their arms are brushing.

It's not much of a concession, especially since Flint has been studiously ignoring Jaxon when he's not snapping at him this last week. But it's something, and I can see from the way that Flint's shoulders relax that he recognizes it, too.

Closing my eyes now—trusting Hudson and Remy and Eden to keep us safe—I delve deep inside myself so that I can figure out where the two edges of the ribs should meet.

Jaxon yelps as I adjust them just slightly—he must have gotten one hell of a kick to do this kind of damage—and I feel Flint shift next to me. My eyes are closed, so I can't see what's happening, but seconds later, Jaxon relaxes into the pain, and the healing, just a little more.

I do the best I can in a couple of minutes—battlefield triage is a thing—then pull back and open my eyes.

Jaxon's mouth is still twisted in pain, but the gray cast is gone from his skin. "How's that feel?" I ask.

He twists a little, grimaces, then grins, even as he flashes me the first smile in what feels like forever. "About eighty-five percent better," he says. "Thanks."

I nearly sag in relief.

"Try not to get stabbed again, by talons or a sword," I tell Jaxon as I take Flint's hand and let him pull me to my feet.

"Because this was a choice," Jaxon grumbles, studiously ignoring the hand that Flint holds out to help him up. At least until Flint reaches in and grabs his hand anyway, yanking him to his feet in one smooth move.

I start to turn around, to give them as much privacy as I can in the middle of this crowded field, but before I can so much as move, one of Cyrus's personal guards drops in behind Hudson, who still has his hands full fighting several wolves at the same time.

The guard raises his sword, prepares to plunge it into Hudson's back, and I scream and take off running toward him, even though I know I won't make it in time.

# 159



Loyalty
Always Was
My Best Color

Mekhi turns to see what I'm screaming about and fades straight toward Hudson. I pray he gets there in time, but as the sword starts to come down, I don't think even a vampire could cover the distance.

But then, out of nowhere, a knife slices straight through the guard's back and—judging from where it's located and the way he falls to the ground, dead—into his heart.

Hudson, blissfully unaware of his very-near-death experience, tosses the attacking werewolf several yards away. As he does, I turn to look behind me, trying to figure out where the knife that saved him possibly could have come from, and lock eyes with Izzy.

She is still inside the force field, but she is standing right on the edge of it, looking straight out at us. And I realize she is somehow so good with a knife that she got it between the force field's narrowly woven web and across the field to save her brother's life, all within the blink of an eye.

Before I can consider what this means, a warlock in fancy purple robes with an insignia on the lapels is barreling down on Remy, his face contorted with rage. He fires a blast of power at Dawud, and I can immediately tell his spells are much more powerful than anything else we've seen on the battlefield today. The warlock nearly takes Dawud's head off and has them gasping for breath. Remy holds a hand out to Dawud, keeping the spell from fully taking over their body, but his hand is shaking.

The warlock sends another curse—or whatever you call the spell—after Dawud, and Remy blocks it with a spell that blows the warlock back several feet. It costs him, though.

Remy's losing color, his shoulders slumping, and the warlock is almost upon him again. I'm too far away to reach him in time, but I take off running anyway, praying Remy can hold on just a bit longer.

The warlock's eyes narrow on Remy. "You are done here."

Remy pales, even as he grits his teeth, clinging to the spell that's keeping Dawud breathing. But, like the rest of us, there's only so much power he can call on, and I can feel it.

He's out of time.

I cast a glance at Macy, but she's facing away from us and doesn't see that Remy is in danger. I pour on the speed, determined to get there in time.

The warlock draws back his hands, then slams them forward, sending a shock wave of power straight for Remy. I scream his name and plunge my hands into the ground, calling on magic that I know won't make it there in time.

Hudson's eyes go wide. He fades to Remy and shoves him as hard as he can, but I know it's too late. We aren't going to be able to save him—

Calder uses her powerful lion legs to jump over twenty feet in one leap and blocks Remy at the last moment, taking the blow herself.

She hangs in midair for one second, two, as the blow tears through her, then falls to the ground...lifeless.

# 160



## Parting Is Such
## Sweet Sorrow

"No!" The denial wrenches itself from Remy's chest as he crumples to the ground beside Calder, somehow managing to keep one hand out to Dawud as well.

Macy must have heard my scream, though, because she's beside Remy in seconds, taking over removing the spell keeping Dawud on the ground.

"No, no, no, no, no, please no," Remy begs the universe that seems determined to take away everyone we love. His hands rove frantically over Calder's hair, never quite touching, like he's trying to keep the still-beautiful locks fanned out around her in place. His whole body is shaking uncontrollably now.

Remy swipes at the tears on his cheeks, leaning down to pull her into his lap. "Wake up, Calder. I need you to wake up now, baby. You haven't swum with the dolphins yet. I know how much you love dolphins. And what about Paris, huh? We still haven't gotten to eat macarons at an outdoor café." His eyes are wild as he looks at us. "She wanted to bedazzle Flint's leg so badly. And she's still got the entire last season of *This Is Us* DVR'd because she said she didn't want to only watch the sad ones."

Macy chokes on a sob. Beside her, Eden and Mekhi cling to each other in horror. When Jaxon and Flint run up behind Remy, what little strength I'd been holding on to crumbles.

"She has a little sister, Grace," Remy says, turning his wide eyes on me. "What the hell am I going to tell her little sister?"

Tears flood my eyes instantly, and I want nothing more than to drop to the ground beside him and hold him while his whole world falls apart, the same way Heather held me when mine did, but there are hundreds of wolves and vampires closing in on us. So many, I don't know how we're not all about to join Calder in the grass. We're outnumbered and broken with loss.

And then Remy unleashes a scream, so raw and anguished, my heart

TRACY WOLFF

breaks wide open.

Tears coursing down his own face, he slams his arms out with another scream and sends wave after wave of power around us in all directions, dropping every single enemy within a hundred yards to the ground, writhing in agony. Only when their screams eclipse his own, does Remy lower his arms and allow their bodies to collapse to the ground. Lifeless.

He scoops Calder back into his arms, rocking her against his chest.

Remy bought us some time, but there are thousands more soldiers racing toward us. And he's obviously too weak now to punch through the last barrier.

Cyrus has won.

# 161

**Poof,
There It Is!**

I don't know what to do. I don't know how to get us out of this, not anymore. Calder is dead. Jaxon is injured. Remy is on the ground, destroyed by Calder's sacrifice. And Cyrus's evil masses are swarming all around us.

We make a circle, like we have so many times before. Backs toward the center so we can protect one another as we face whatever comes at us.

But right now, it's too much. No matter how many people we fight, no matter how many paranormals we kill, there's always more right behind them. More and more and more.

We don't stand a chance.

And more than anything, we don't want to give in. We don't want Cyrus to win. Not when he's proven over and over again just how evil he is. And not when we've already lost so many people. We can't let their deaths be in vain.

But as another nest of vampires swarms us, fangs bared and fingers curled into claws, I don't know how we're going to defeat them. How we're going to get out of this mess. Especially not when there's a coven of witches following hot on their heels.

I brace myself, start to turn to stone even as I'm terrified for Macy and Dawud and all the others. There are so many vampires in this wave—at least 150 or 160—and there's no way we can fight them all off.

The vampires attack as one, launching themselves at us, and I hold my breath, waiting for their teeth to scrape against me.

But their teeth never get close. They never land one blow. Because Hudson throws a hand out and, in the space from one heartbeat to the next, ends them all.

"You didn't have to do that—" I start, but he's not even listening.

He's focused on the coven of witches about to hit and the pack of werewolves behind them. And the giant flight of dragons that is even now soaring over our heads.

There's a part of me that expects him to just do it now. To disintegrate them all before they even have a chance—or a choice. But instead, he waits until they're close, until the witches are looking us in the eyes while their spells fly around us, before slipping inside them. And then, when they are so close I can practically feel their breath on my face, he closes his fist. And destroys them all in the most up-close-and-personal way possible. For Calder.

He falls to one knee, sweat breaking out on his forehead and his breath ragged.

"Don't," I whisper. "You can't."

But I know it doesn't matter what I say. This is endgame and we're losing. The nuclear option is our only remaining one.

It's our lives or Hudson's soul, and he's already made the impossible choice for us.

# 162



Losing Everything
but My Train
of Thought

I look at the carnage all around us and can't help thinking that we are totally fucked. We're just too stubborn to admit that we are tapped out.

Oh, we can continue fighting for a while longer. But if we do that, one of two things is going to happen. Either we are going to die one by one, or Hudson is going to end up killing everyone on this field and, in doing so, will lose his soul forever.

Neither of those outcomes is acceptable to me.

These are my friends, my family. The people who followed me into battle. I can't be too weak to defend them. I can't be too stubborn to save their lives.

Another wave of wolves comes at us, and I brace myself for their attack—or for Hudson disintegrating them. Whatever happens, I can't stop it. Not from where I am, back-to-back with my friends as we all wait to see what happens next.

We're so close to Cyrus's force field—barely fifty or seventy-five feet away—and there's a part of me that just wants to go for it. A part of me wants to say *to hell with everything else* and just storm the thing and make him pay for everything he's done.

It's a good fantasy, but that's all it is. Because even if I made it that seventy-five feet, it wouldn't change anything.

With Remy completely wiped out, there's absolutely no chance we'll ever make it past Cyrus's dome. And if we can't make it past the dome, there's no way we'll ever have a chance at stopping him. We'll just be on this field killing people—or dying ourselves—forever.

We really are totally fucked.

The next wave of witches comes at us, spells flying through the air. Hudson disintegrates them without a second thought, but this time I can see the way he trembles as he collapses onto both knees. Just like I can see the way the heaviness of what he's done weighs on him. It pulls him down, makes him smaller, makes

him hurt in a way I don't think anything else ever has or ever will.

It's that thought that makes the decision for me, that thought that has me dropping my arms—dropping my position—and walking straight toward Cyrus. One way or another, this has to stop.

One way or another, I'm going to be the one to stop it.

"Grace!" Hudson calls. I can hear the confusion, and the worry, in his voice. But I can't turn back. I can't reassure him. If I do, Cyrus will be suspicious, and that is the last thing I want right now.

And so I keep my pace and keep the faith as I cover the distance to the stone circle in a few short seconds. As I do, I realize the sky is getting lighter, the super flower blood moon getting larger and larger above me.

It feels like a premonition, like a promise, but I ignore the skitter of nerves down my spine.

The massive clearing is spread out on either side of me, and it's filled with thousands and thousands of paranormals, the largest dome dead ahead of me.

As I get closer to Cyrus and the altar he has laid out in the middle of his little stone fantasy, it brings me kicking and screaming back to my first week at Katmere—when Lia strapped me to an altar and tried to human sacrifice me to bring back her lost love, Hudson. I know Cyrus has no plans to invoke Hudson tonight, but I'd be lying if I said I'm not afraid he might decide a little human sacrifice is exactly what he needs to shake this thing up.

But that absolutely, positively is not going to happen. Been there, done that, don't need a T-shirt or a repeat.

I'm at the border of the dome now, and more and more people on the field have caught on that something big is happening. I try to ignore the stares as much as I can, but the closer I get to the stone structure, the more people—and stares—there are. And then Cyrus is there, standing right in front of me.

"Well, well, well, look who's here," he says, his voice eerily projecting across the entire field, filling the bloodred sky above our heads. "Grace Foster. Did you come to help me celebrate my big night?"

"I came to surrender." The words nearly stick in my throat, but they have to be said. This really is the best option.

"No!" Hudson screams, and I should have known that his vampire hearing would pick up what I'm saying even this far away. "Grace, don't!"

I don't even look at him, don't look at any of my friends. I can't, not if I want to stay strong.

I need to stay strong.

"I'm sorry, Grace," Cyrus mocks, his voice booming across the clearing. "Can you repeat yourself? I thought it sounded like you said that you *surrender.*"

I have one last-ditch idea that maybe, if we're lucky, will work. It won't give us a much-fought-for victory—but it could save my friends' lives. It only requires Cyrus being who he is—a lying, double-crossing narcissist. Well, and me being a good liar. It's that second one that has my voice quivering just a little bit.

"I did. But before I do, I want to make a deal." I look him dead in the eye and let him see just how broken I feel.

"A deal?" He raises a brow. "Do you actually think you're in any position to make a deal? There's very little fight left in your friends, and apparently none in you. So why would I make a deal when very soon you'll either be dead or once again my prisoner?"

Hearing him voice my worst fears makes them come to life inside me, writhing in my stomach like snakes in a frenzy. I ignore the feeling, even swallow down the bile that burns its way up my throat. And answer, "I have information you want."

The words have Cyrus rearing back. I've surprised him, maybe even made him curious. And as he tilts his head to the side and studies me, I can tell he's trying to decide what that information might be—and whether or not he wants it enough to strike a deal with me.

Eventually, though, the curiosity wins out. "What information could you possibly have for me?" he asks in the same tone as before. But his eyes are much more careful as his voice booms out across the valley. "I'm about to become a god."

As he says the last, the crowd of followers that is surrounding the dome goes wild. Ecstatic cheers fill the clearing, arms fly in the air, and there is so much whistling and hooting that I can barely hear my own thoughts. Which isn't terrifying at all.

It takes a minute or so before things die down enough that I can speak again. But once they do, I look him dead in the eye and lie. "I just got back from visiting the Crone, and all I can say is, I'd be careful if I were you."

That freezes Cyrus in his tracks for just a moment. His eyes narrow, his whole body growing so still, I'm not sure he even breathes. But then he seems to come back to himself, motioning with his head at two nearby guards inside the circle with him, both of whom are wearing the same magic-canceling armor that Cyrus is wearing. They rush over and grab me by my elbows.

Once they have me secured, my fragile neck in the hands of one of the

elite Vampire Guard, the rest of my friends surrender as well, and soldiers rush to secure them. Remy creates his own force field around Calder's body, then surrenders as well.

After Cyrus is assured we're neutralized, he looks at the witches in the final force field bubble and nods to them. Seconds later, the electric dome around Cyrus falls.

Thank God.

We're one step closer to ending this thing, and right now, that's all that matters to me.

Fighting to keep my expression neutral, and maybe even a little afraid—which isn't very hard at the moment—I put up with being dragged before Cyrus like a criminal as his minions on the field shout with glee.

But as I get closer to him, I can see the very real suspicion in his eyes, and my stomach plummets to my knees. This whole plan rests on him believing the lies I'm feeding him. I'm guessing that a man who has double-crossed everyone he's ever worked with can't help but assume others are waiting for the chance to do the same to him.

I need to play this carefully, though. Cyrus needs to come to me, ask me what I know. If I have to give it out to him unsolicited—he'll know it isn't true.

More worried than I want to admit to myself, I glance toward the strange altar that he's erected in the middle of the Alaskan wilderness. Izzy is standing to the side of one of the largest stones.

"You went back to see my mother?" she asks, and there's just enough interest in her voice to have Cyrus turning around to stare at her in surprise.

"I did," I tell her, and this is where my voice breaks. Because now the lie just got a million times worse. It's one thing to tell Cyrus the Crone is brokenhearted over the loss of her child, but it's another to tell that child.

Izzy swore she didn't care about her mom and didn't want anything to do with her, but it's still hard to use someone's mother as a weapon—even if it's not against them.

"Well then, pray tell, my dear." Cyrus's British accent is on stark display. "What did my leftovers have to say? Apparently, Isadora would like to know."

"I think you need to know more than she does," I answer. "The Crone lied to you."

"Did she now?" His voice is more amused than ever, but something moves in his eyes that tells me he's listening. And more, he's rethinking everything the Crone ever told him.

Not that that's a surprise. Of course Cyrus is willing to believe the Crone double-crossed him. It's nothing he wouldn't, or hasn't, done a million times.

"So what exactly are you claiming the old hag lied about? Because the last thing I heard from her was her begging me to stay."

The crowd laughs—even the women—and my stomach pitches in disgust. How can people not see through him? More, how can they be amused by his cruelty? There's nothing funny about denigrating another person, especially if that person isn't around to defend themselves.

The Crone is far from my favorite person, but as Cyrus continues to mimic her as he panders to the crowd, I can't help wishing she'd show up and smite him. No one should talk about the mother of one of their children like this—especially in front of that child.

"It looks to me like you know everything you need to know. Although I guess I should warn you that some women don't take kindly to their children being stolen from them." I give him the coldest, most calculating smile I can muster—which isn't hard, because I learned it from watching him—and say, "So I suppose I'll be on my way."

I turn to walk away, shrugging my arms free of the guards, but I've only gone a step or two before Izzy says, "I don't know, Daddy. Grace is such a goody-goody, I can't believe she'd lie."

"Fine," says Cyrus, trying to project a very laissez-faire attitude, but I can tell I've got him on the line. Now all I have to do is reel him in. He turns to me. "Tell me what you came to say."

"I'd be happy to, but first I think we need to come to that agreement I mentioned."

"Money?" he sneers, then looks out at the crowd in a long-suffering manner. "Why do they *always* want money?"

The crowd boos and jeers and I rack my brain, trying to figure out the perfect thing to say next. "What I actually want is protection for my friends and myself. Promise me you and your army won't harm or kill us, ever, and I'll tell you everything the Crone told me about this little altar situation you have going on."

"You're really going to waste this opportunity on my worthless sons and a couple of mangy strays?"

"Yes," I say simply, "I am." Because if I say any more, he'll see just how angry I am that he referred to my friends like that. Who the hell is he to call my friends anything?

"If that's what you want," he says, walking forward with a slow, measured

TRACY WOLFF                                         631

step. "Let's make a deal."

He extends his hand to shake mine, and the moment our palms clasp, a new tattoo blazes to life—this one the shape of a bloodred moon.

As it does, I can't help noticing just how many tattoos I have now—every one of them, except Remy's, representing a deal with a different kind of devil. I hope with all my heart that this is the last time I ever have to do this.

"So?" Cyrus demands impatiently. "What did that old bitch say about the God Stone?"

"Nothing," I answer, taking great delight in the look of rage that flares to life in his eyes now that he knows I got the better of him. "She told me absolutely nothing."

"You—" Cyrus leaps at me, and I know there's going to be hell to pay.

# 163

## Rage Against the God Machine



Cyrus lands in front of me so fast, a snarl on his face and a clawed hand ready to slash my throat, that I don't even have time to scream.

But then he seems to catch himself, shakes his head, and his hand lowers. Probably the magical contract we just inked kicking in. I breathe a sigh of relief.

I watch as my friends, one after another, are dragged onto the platform.

As one of the guards grabs me and restrains me, I can tell now that all of Cyrus's guards in the circle with him, not just the Vampire Guard, are wearing the same magic-blocking armor. Not that Hudson or Jaxon would make a move now with my neck being held in a vampire's hands, especially since he brought out a knife and pressed it against my jugular.

I briefly consider shifting to solid stone, to give Hudson time to disintegrate the machine, but as I glance around at the pillars, also strapped in the same magic-blocking armor, I wonder if our plan to destroy the machine ever would have worked. I made a deal with Cyrus to spare our lives. That might be the best outcome any of us can hope for at this time.

I glance over at Izzy, who is leaning against a pillar near Delilah and watching everything with a bored expression—but her hands are clenched in fists. The vampire queen, for her part, looks like she's about to get everything she ever wanted, and a suspicion has the hairs on the back of my neck standing up.

"We didn't have to end up here, you know," I say, turning back to Cyrus. "You told Delilah to tell us about your plans, didn't you?"

"Of course." He looks at me like I'm daft. "You are here because I wanted you to be here. Everything I have done has been with this as an endgame. You were just too ignorant to figure it out. You are nothing if not predictable, Grace, and for that I thank you. You have made things so much easier for me."

His words suck the breath from my lungs as he confirms my suspicion.

*We walked into another trap.*

Worse, I *led* us into it. And this whole time I thought I was finally thinking three steps ahead. That this time, this one time, we had the advantage against Cyrus. I can't help but wonder how far back he's been planning his revenge.

The Bloodletter said he would know who I really was when he bit me on the Ludares field. Has he been plotting since then? Did he take one look at me and size me up in a breath? I'm rash. I rush in. I react when I should be reconsidering.

And when it was clear we were going to lose, I impulsively surrendered—and played right into Cyrus's hands. I thought as long as he didn't kill my friends, we would be okay. But as the guards drag each of them around the outside of the inner circle, I can't help wondering if I took everyone's choice to go down fighting away from them.

I've given him my friends and, worse, the means to become a god. At no point did I consider if we simply stayed away, Cyrus would fail on his own.

"You came like you always do, Grace. You can't seem to help yourself. All I had to do was plant a seed with Marise that I was draining children of their magic, and you couldn't wait to play avenger and rescue them, could you? All the while giving me exactly what I wanted—you. Which gave me the God Stone. So of course I knew you would be so sure of yourself that if you knew my plans here today, you would try to stop me. Every single time you thought someone was in jeopardy, you came running, didn't you, Grace?"

He's right. I did. I didn't even hesitate. Even when we knew it was only the ten of us against an army of ten thousand. Even when I knew the Gargoyle Army wouldn't have our backs. I still came. And I brought my friends with me.

My gaze bounces from Jaxon to Eden to Mekhi and Dawud, to Macy and Flint, Remy and Hudson. And with each one of them I look at, I grow a little taller. Because what I see shining in their eyes isn't anger or betrayal or even remorse. It's pride. Unwavering pride.

Yes, I came and I brought my friends with me—because I am their *heart*. My gargoyle heartstone knows no other way, and they love and follow me because of it. What Cyrus sees as my greatest weakness is why I have friends who will always have my back. That's something someone like Cyrus, who rules with fear and selfish goals, will never understand.

"I did," I agree. He's moved in front of me now, and as I look him in the eye—look him over from head to toe—I make no bones about the fact that I find him lacking. Feeling emboldened by our contract, I take a deep breath and tell him exactly why we are so different.

"You're right. I will always come." I square my shoulders, lift my chin. "But

I'm not ashamed of who I am. I am someone who will not cower. I will not look
away. Every single time you try to take something from someone less powerful
than you—*I will be there*. Because I am the *gargoyle queen*, and it is my *honor*
to protect those defenseless against your evil. I'll always come. Because that is
who I am, and it's in my *blood*.

"You are a monster, a king who thinks nothing of his subjects and everything
of himself. A man who wants all the power he can get but will never know what it
is to be truly powerful. And I am a gargoyle, defender of the innocent, protector
of the defenseless. And as long as I live, I will never leave you in peace."

Several seconds pass while he looks at me like he can't believe he's hearing
correctly—or, more accurately, like he can't believe I have the nerve to speak
to him like this.

And maybe the old Grace, the one who showed up at Katmere Academy
not so many months ago shattered and alone, would never have been able to
say these things to him. But it's been a long seven months, and I'm not that girl
anymore—and I never will be again.

He shakes his head, looks nearly sorrowful as he glances out over the field.
"If you are truly the gargoyle queen"—he waves his arms out wide—"then where
is your army, eh? Or do they know what I already know—that you are weak?
That you would sacrifice every one of them to save your precious friends?"

I flinch and remember the day I told Chastain I would choose my mate over
the Army every time. It feels like a lifetime ago.

My eyes search out Hudson, where a guard has finally wrestled him against
one of the pillars across from me.

A smile touches my lips when I see his familiar face, such love and acceptance
shining in his eyes. He told me not long ago that one day I would need to choose
my people over him, and he understood then what I finally see now, too.

I give our mating bond a squeeze and then turn back to Cyrus. "I would
sacrifice the Army for *any* of my friends; you are right, Cyrus. But the thing
of it is, that's what my people would want me to do. That's who we are. We are
protectors. And it is an honor to die protecting those in need. My friends would
sacrifice their lives for the Army, if necessary, in return. That's what honor is.
That's what *love* is. Sacrificing for those who need us most."

I look out over the field of paranormals and continue. "And the Gargoyle
Army would sacrifice their lives for anyone here, anyone in need. There is another
way than following Cyrus. The Army will be your voice as well. We will find
a way for humans and paranormals to live side by side—I give you my word."

As my gaze turns back to Cyrus's, though, I realize I've overplayed my hand.

Cyrus was willing to risk the Army coming before, because I think a part of him really believed they'd never follow such a "little girl." But I can see it in his eyes now—he's not taking the risk any longer.

"Enough!" Cyrus shouts, the fury he'd been so careful not to show the other paranormals coming off him in waves now. "Strap them to the machine!"

My eyes widen and I gasp. "But—but—" I don't know how to organize my thoughts. I don't even know what strapping us to the machine means, but I know it can't be good. "We have an agreement that you can't harm any of us!"

The smile that slides across his face like a serpent sends shivers along my spine. "My dear Grace, I simply need your power to activate the God Stone. You won't be *harmed*. You'll just become human after I drain your power."

# 164



## What Doesn't Cyrus Makes Us Stronger

"There's no need to fight, Grace," Cyrus says. "This is how it was always going to end. I knew you would come, and I let you tire yourselves with my soldiers. Did you really think we couldn't have crushed you immediately? But everything is so much easier when the fight's been beaten out of you."

I watch in horror as my friends are each strapped to one of the metal-covered pillars. There's a leather strap around their shoulders, another around their waists, and a third that wraps around their legs. As I watch Hudson try to disintegrate them—and fail—I realize something horrible.

The metal we're strapped to—probably this entire machine—must have been made by the Blacksmith. And like the shackles for the Unkillable Beast—for Alistair—they are unbreakable by magic. Only a tool made by the Blacksmith himself will open them.

That doesn't keep my friends from trying. Either they haven't figured out what I have yet or, like the Unkillable Beast, they are determined to beat the magic.

Macy is casting spell after unsuccessful spell, Jaxon is shaking the ground all around us in an effort to dislodge the pillars without effect, Flint is straining against the bonds like he can use sheer brute strength to get him out, and Remy is completely still, which I'm pretty sure means he's focused internally on doing something to destroy the pillars.

Mekhi and Dawud are struggling, but they aren't making any progress, either.

As I watch them, my mind is desperately whirling, too, as I try to think of how I can help. I try to use my earth magic, to grab the roots beneath the ground and yank them to the surface. But the second the first root tip breaks the surface and crawls up the platform, the knife at my throat cuts deeper as the guard holding me snarls, "Stop."

The knife itself is dangerously close to my jugular and, for a second, I think

about continuing to fight anyway. It's not that I want to die—I don't, at all. But there are three more pillars to this machine, and I have no doubt Cyrus plans for me to be on one of them. If he doesn't have me, if he can't use me to power whatever the hell this thing is, then maybe there's another chance to stop him.

Sure enough, the guard starts dragging me toward a pillar, and I begin to struggle in earnest. But as I do, Hudson screams my name, and when I look at him, his eyes are filled with a pleading I can't ignore. *Don't do this*, they say to me. *We'll find another way*, *no matter how hard it is.*

I can't leave Hudson, not again. And so I don't fight anymore, even as they strap me to a pillar. Instead, I focus on trying to figure out a plan to get us all out of this disaster.

As I do, Cyrus does perhaps the most Cyrus thing ever. He turns on Delilah and Izzy and shouts for the guards to seize them, too.

Delilah goes kicking and screaming—it takes three guards to control her—but Izzy just looks at him with steady, unblinking eyes as they drag her away.

Cyrus shakes his head, though. "I didn't intend to put you on this fence, daughter, but the manticore created an opening. And maybe I would have filled it with someone else if you hadn't chosen to use your knife skills to betray me. You know how I feel about betrayal."

Cyrus glances down at his watch, his eyes alighting with glee, and I know our time is up. The moon is behind us, facing Cyrus, but I can tell from his excitement that the lunar eclipse must be upon us. He's standing at the altar and sprinkling black sand from a pouch in a circle on the stone surface, then he reaches inside his breast pocket and pulls out the God Stone and sets it in the center. Like it's suspended from a thread, the God Stone rises up and hovers a foot above the altar.

I watch in awe and pure fear as the earth finally moves into position, and moonlight shines down in a perfect beam, red as blood, that moves across the altar. Like the hands of a clock, the light slowly moves until it reaches the God Stone.

The second the moonlight hits the Stone, it brings it to life. Its surface glows bright orange and red and starts to spin faster and faster until the entire altar is bathed in its eerie glow.

Like a despot receiving the ultimate adoration from the universe, Cyrus turns his face up to the moon and lets its rays wash over him. Then he raises his hands to the sky, and I hear a sizzling in the air before a sudden zap of lightning strikes one of the stone pillars. Flint calls out, and I turn to see the lightning

c o u r t

ignite the metal plate, making it glow with incandescent white.

*Oh my God. How can he do this? We have a contract!*

But as I watch Flint writhe in pain, horror settles in my stomach. The lightning isn't so much harming Flint as causing pain. His skin isn't singed; there's no bruising or other sign that the lightning is causing any damage at all. But it *is* torturing him, burning the magic racing in his veins and drawing it into the glowing metal plate.

Another zap of lightning as Macy's metal plate is struck, and she screams out.

When her screams turn to broken sobs and whimpers, my whole body is shaking. Both for what's happening to my cousin, to all my friends, and in anticipation of what's about to happen to me.

Over and over, Cyrus calls down the lightning, and it strikes pillar after pillar. When it strikes mine, it's almost a welcome relief from focusing on the terror of my friends. The pain is almost unbearable, like every cell in my body is on fire, and I scream until my voice is raw and hoarse. And still Cyrus pulls more lightning down on us.

All of a sudden, the pillars on the outer ring of the stone circle start to rise up in the air and spin around us. The firelight from the God Stone follows them into the sky and makes it seem like the stones are encased in flames—their fiery light shining down directly on Cyrus, bathing him in a magical red glow.

And we all get to watch—some in jubilation, some in horror—as a monster becomes a god.

# 165

## Fake Gods
## and Very
## Real Monsters

As more and more lightning strikes the metal behind me, I start to lose sense of the pain. Whimpers vaguely reach my ears as I sag against the restraints holding me upright. And as the fight slowly leaves my body…so does my magic.

I can feel it being pulled down into the machine, drawn to the stone pillars circling above us, and the God Stone giving it to Cyrus. I know I should fight it. I shouldn't give in and just let him take what he wants. But isn't that the way of those who want to steal others' power?

They just tear at you until you believe them, until the lies they're telling you make more sense than any truth that you know. Until you're so battered—so broken—that you let them take whatever they want because you don't have the energy or the will to hold on to it. To keep fighting when it all feels so pointless.

Cyrus is a master at this—I've seen what he's done to Izzy, to Delilah, what he tried to do to Hudson. And all so Cyrus could have more.

Now more and more power fills Cyrus until he starts to scream as though his skin is burning, making a shiver race down my spine. He screams and screams and, as much as I hate this man, I actually start to feel sorry for him. Thankfully, the screaming lasts only a minute, and the fire licking against his body hardens into crackly black ash—entombing him completely.

There's a hush across the meadow as we all stare at the spot where Cyrus used to be. The moonlight slowly moves past the God Stone, and as it does, the pillars stop burning and glide back to their original positions on the ground. Eventually, there's just the normal fat white moon shining its benign light across the platform and the ash encasing Cyrus's body like he's a statue.

There's no time to celebrate that the God Stone actually didn't work the way Cyrus hoped before the form of Cyrus begins to shake, small cracks opening and bright orange-red lava oozing out and dripping down his sides.

And then, with a *whoosh*, the hard shell explodes, and Cyrus is there again.

Living. And breathing. And most likely a god.

At first, nothing seems different. Nothing seems off. He didn't even get the gray streak of hair I was really kind of expecting—hello, too many superhero movies.

My shoulders start to sag. Maybe nothing happened. Maybe we're going to be okay.

But then he starts to grow. And grow. And grow.

All around us, people are cheering in the fields. Celebrating that their king has ascended and celebrating their erroneous belief that this means in some strange way they have, too.

As I watch, I can't help thinking of the day I earned the right to sit on the Circle as the gargoyle queen. I grew that day, just like he's growing now. I always thought it was because I had combined Hudson's power with mine, but now I know that it was probably the demigod inside me waking with Hudson's power.

It's funny how naive I was back then. How I had absolutely no idea what was in store for me in this world. I thought that losing Jaxon and then walking onto that Ludares field alone was the worst thing that could ever happen to me.

And now, now it seems like child's play.

I look over at my friends and gasp—Hudson, Jaxon, Macy, Mekhi, Flint, Dawud, Eden, Remy. They're all hanging on listlessly, their bindings the only thing holding them up. Bloody, broken, beaten in all the ways a person can be.

I can't help the sob that escapes my throat. My friends, my family, my everything, and they followed me through it all.

It's almost too much to even think about, and a buzzing in my ears is drowning out the sounds around me. A god-awful whirring sound, like the blood in my heart rushing in my ears.

Beating in my head over and over again that we lost. We lost.

Nearly everyone I love, the very essence of what it means to be their true self taken from them just so another person can have whatever he wants.

And I can do nothing to stop it. Nothing to change it. I've worked so hard, tried so hard. Done everything I know how to do, and still it wasn't enough.

Maybe it was never going to be enough. Maybe that's the lesson I need to learn from all this. You win some, you lose some.

I just never thought we'd lose this big.

# 166

## Carpe Queen 'Em



I close my eyes, unable to watch Cyrus gloat for another moment as he turns to his crowd of followers and army and raises his giant hands for their praise.

I can't watch.

He's taken everything from me.

I can already tell—my gargoyle string is faded. My mating bond. Dull.

There's no magic at all left in me.

And as much as that hurts, and oh my God, I had no idea how much it would, imagining my friends who followed me into this battle feeling the same has my chest squeezing the breath from my lungs. I can't even bring myself to look at them again. I can't absorb that pain right now. Not yet. Maybe not ever.

So I just hang here, letting the straps hold me in place, the edges cutting into my flesh, reminding me that I'm only human.

I would give anything to unlock these restraints, to crawl away with my friends and lick our wounds.

But if I'm right, if these restraints were made by the Blacksmith, then it doesn't matter if I have the key or not. Just like in the Aethereum—there's no use fighting back. That place will take what it wants of your soul, and there's nothing you can do about it.

Except…it didn't take everything from me.

I never got pulled into the torture dreams like Jaxon and Flint and Calder.

There was something different about me.

*My demigod string.*

That tiny piece of me that came from my mother. And my mother before her. Passed down from generation to generation—an ancient power that cannot be contained by the magic of the Blacksmith.

I stir against my restraints.

Which means, I might still have a chance.

I look inside me, almost afraid at what I might find, and there it is. Still burning a brilliant bright green. Waiting for me to have the courage to grab it and set it free.

So I can stay here and let Cyrus take everything from me and everyone I love. Or I can grab my green string and take back everything he's stolen.

It turns out it's an easier decision than I ever imagined. Because no way am I going to let him hurt my family. And there's no way I'm going to let him hurt me. Not anymore.

It's that thought that gives me the courage to reach deep inside myself and grab my green string.

Electricity zaps along my hand and sets the nerve endings in my arm on fire. My hand starts to shake, the power in my string a wild and living thing beneath my fist, but I don't let go. I can't. It zings throughout my blood, burning up the oxygen in my veins, and my legs give out.

I remember Aunt Rowena telling me this part of me, my ancient magic, would be angry at being kept in a box for so long, and as the string whips and snaps in my hand, I would say "angry" was an understatement.

The two times I'd really grabbed my string before, in the lighthouse and the Bloodletter's cave, both times I'd had a purpose. I was trying to use the power. To push poison through my gargoyle strings. To control it.

But I'm done trying to keep that part of me locked away. I'm tired of being afraid of who I really am. I know who I am, and no matter how powerful I might become, no matter how much someone else might fear that power—I won't. It is a part of me, and I am amazing. *All* of me.

So I grip my string even harder. Not to control it but to let it know I'm here, and I'm ready to embrace that side of me. And as I squeeze, I swear I feel it *grow*.

Something starts to unfurl in my belly, and I feel a little dizzy, like looking over the side of a cliff at the ground far down below. The sensation almost has me letting go of my string, but then I remember the smirk on Cyrus's face after he knew he'd beaten me.

And I squeeze the string tighter in my hand.

I allow the sensation of falling to embrace me, let it take me where it wants me to go. And in letting go, my string wraps around my waist and gently lowers me to the ground. Right next to a brilliant green seed, the lavender Tears of Eleos elixir running down the sides of its hard shell. And in the center, the smallest of violet branches peeks out, a tiny leaf rolling open as I watch it reach for the moonlight.

It's so beautiful, I reflexively squeeze my green string in excitement, and the tiny violet branch grows even more, two more leaves bursting to life out of its narrow stem.

It's such a strange sensation, but I know now this is what the Bloodletter was referring to. This is my demigod magic, my chaos birthright, and it is beautiful. And fierce. And powerful.

And with a deep, steadying breath, I surrender to the promise of everything it should have become, that *I* should have become, had this side of me not been hidden away.

As electricity begins to zap along my skin, I spread my arms out wide, giving the power free reign to take all of me.

And that's when the leaf becomes a twig.

The twig becomes a branch.

And the branch becomes...everything.

Life exploding within me, following the curves and lines—the muscles and veins—of my body.

Twigs and branches scraping along the inside of my skin.

Leaves and flowers—so many glorious flowers—tickling the edges of my arteries as everything inside me blossoms.

As everything inside me becomes what it was always meant to be.

Underneath me, I feel the earth pulse with energy. With stories. With life. I tap into all of it, wrapping it around me. Pulling it inside me. Absorbing it into my every pore. Inhaling it with my every breath.

And sending power—so much unimaginable power—back out onto the land. Giving back to it what it so generously shares with me as I continue to bloom and bloom and bloom.

The first thing I do as the power grows inside me is to grab the dull blue string and send a blast of electricity racing down it to my mate. The magic was gone but the connection was so strong, it could withstand anything—and I breathe magic back into our bond.

I'm so connected now to Hudson, to the land, to the whole world around me that I actually feel it when it hits him. Feel his body arch and tremble. Feel the power soaking into every part of him.

I wait for him to absorb it, for it to sink into his shrinking, dying cells. And then I send some more. Filling him up. Using everything I have to save the man who has saved me so very many times before.

My mate.

My Hudson.

Love explodes through me at the thought, pours out over everything around me.

Love for Hudson, the strongest, kindest—and let's face it—the most sarcastic mate I could ever dream up.

And love for my friends, who are, even now, struggling to find a way up and through this nightmare that we have found ourselves in. Jaxon, Macy, Eden, Remy, Flint, Dawud, Mekhi. All these people who have come to mean everything to me in such a short time.

I send energy to all of them, grabbing their strings and sending pulses of electricity down every single one.

It doesn't deplete me like it used to, doesn't make me weak at all. In fact, the more energy I share, the stronger and more powerful I become.

I'd been sagging against my restraints, but I let that energy, that power, push me to my feet. God or vampire king, I will not kneel before a monster—a madman—for one moment longer. Not when who I am and who I have always been destined to become are finally merging into one.

I am the demigod of Chaos.

I am a child of Mother Earth.

I am the gargoyle queen.

Bearer of the Crown.

Mated to a vampire.

And through it all—Grace. Always, always Grace.

And so I get up, one more time, to face the man who would take everything from me if I let him.

I get up for my mother, who never knew her own power and who died so that I could know mine.

I get up for my grandmother, who never knew who she was or what she had inside her.

I get up for my great-grandmother. For my great-great-grandmother. For ten generations of women before me, who had their power silenced. Who hid their very existence in order to survive. Who bound their power in order to placate someone else who was afraid of what they had inside them.

I am not afraid. And I will not hide anymore.

**167**

## You're So Vine



I open my eyes now, ready to face Cyrus.

All around me, people are staring in shock at me. Cyrus. His guards. My friends. Even the cheering hoard has quieted as they, too, see what I have created. My gaze bounces around the stone pillars, and I smile.

Everywhere I look, vines curve and twist and wrap around the sarsen stones. They grow through the metal lock, around and around until they pull the lock apart and my friends are free. And still the vines continue to grow, twisting around the metal plates on the stones until every single piece of evidence of what happened here is gone. And on the ends of the leafy green stems, thousands and thousands of violet flowers bloom.

Only Hudson seems unsurprised, and when our eyes meet, it's as if he's saying, *It's about time.* Like he knew all this was inside me even when I couldn't understand it. Or when I wouldn't accept it.

"Very—" Cyrus's voice breaks, so he clears his throat and tries again. "Very nice, Grace. Maybe this little show of power would be more effective if you weren't still strapped to that machine."

"Which machine?" I ask as I reach down and unlock my restraints like they're nothing more than a child's toy. "This one?"

The ground is alive with green vines, grass, moss, and a bunch of other things as trees sprout all around us. Flowers in shades of yellow and red and purple and yes, even hot pink, burst into life in front of me.

It's a beautiful sight, and I can feel the life, the power of it all calling to me as I cross to this fake vampire god. I don't stop until I'm right in front of him.

"You think a bunch of flowers make you powerful?" he sneers even as he grinds a perfect yellow bulb beneath his heel. "This is child's play, nothing more than a walk in the park. It's nothing compared to what I can do."

I lift a brow. "Oh yeah? And what is that exactly?"

And with that, he lashes out, slamming his hand into my chest as I reach for my platinum string and shoving me backward toward the sarsen stones so hard, it feels like he's cracked one of my ribs.

His face turns red, and he starts to step forward before freezing in his tracks. It's obvious he expected me to move back to let him through, to vacate the space he has no right to but wants to claim anyway. The only problem? I don't move. At all. Not for him. Not ever again.

He may be a god, but I've got more than a little power myself, and there is no way I am giving him an inch. Not when he's trying to take the whole damn world as the spoils in his war.

So instead of stepping backward, I step forward, right into his space. I don't shove him out of my way—partly because that's not my style and partly because he's waiting for any aggressive act on my part to blow the lid off this pressure cooker.

But I'm not backing down, either, and I'm not going away. He has to live with me and what his machinations have brought to life.

"I'm a god," he sneers. "I can do things you can't imagine."

"You're a fake god," I sneer back, even as I reach for my green demigod string again. But it's not there anymore—at least not the way it always has been. Instead, it's latched on to my gargoyle string, the two of them braided so tightly together that they can never be untangled. "Anything you can do, you've stolen from the universe. And I promise you, it won't take kindly to the theft."

His eyes flicker, and I can tell I'm getting to him. But then the vile posturing is back, as he looks down his nose at me and says, "Who are you to speak for the universe? Especially in reference to me?"

"I was *born* to be the demigod of chaos, you jackass, and I'm not the only demigod here."

I turn to Izzy, still standing on the platform with the others, and ask, "You want to help with this?"

She raises a brow, even as her eyes lock with her father's. "Does that mean we get to fuck his shit up?"

I laugh. "Baby, it means we get to fuck *all* the shit up."

# 168

## Sometimes Lightning Strikes Twice



"I like the sound of that," Izzy says as she moves away from the pillar and walks over to me.

"Me too," I tell her, and it surprises me a little because it's true. There really must be more chaos in me than I thought.

Cyrus is scowling at his daughter now, but Izzy doesn't look away like she usually does. And she doesn't back down, either. Instead, she scowls right back, which only pisses him off more.

It's not just that we're refusing to bow and scrape to him—though I know that annoys him quite a bit. It's that we're doing it in front of all the people on the field. We're not afraid of him, at all. And we're not going to pretend we are. More, we're showing these people that they don't have to be afraid of him, either.

Something inside Cyrus must snap at our show of defiance, because once again, he reaches toward the sky like he plans on channeling the lightning again.

As if.

"You may have made yourself a false god," I tell him as I grab my newly braided string. "And you may be able to channel a few puny lightning bolts. But I *told* you that *I* am the demigod of chaos, and I *am* the lightning."

I move to hold Izzy's hand, then I, too, reach up for the sky. With every ounce of power I have inside me, I make a grab for the lightning.

And the entire sky explodes.

A thousand lightning strikes illuminate the fading red of the sky, then flash down to earth to strike the battlefield all around us.

People scream and run in all directions as the strikes hit the ground, creating more space between Cyrus and his followers and army, but I am nowhere close to done yet. I call down more lightning, and once again its electricity splits the sky wide open. This time, though, instead of dispersing it across the clearing, I pull it straight down into me.

It hits like an aftershock of the Big Bang, exploding through my every cell and making me vibrate with the power of the universe. Power Cyrus will never be able to even imagine, but that runs through Izzy's and my veins like quicksilver.

Once I have it all inside me, once I've used my own power to harness every last drop of it, I reach a hand out toward Cyrus. And slowly, carefully, inexorably begin to pull his ill-begotten god power out of him.

He screams, his face twisting in rage as he bellows for his troops to seize us. But for once, the Vampire Guard has absolutely no interest in following their king's orders. They are too busy gaping at me.

Good. Right now, I have more important things to do anyway.

I drop Izzy's hand and pivot to face my friends. Then, with one hand still reaching toward Cyrus and another reaching toward them, I pour every ounce of that stolen power back into them.

I sort it out first, finding each of their individual strands so I can give back what was taken from them.

They're so different that it's much easier than I expected it to be.

I find Hudson's formidable magic first, couched in his strength and intelligence.

Jaxon's is next, loaded with his power and his protectiveness.

Macy's is easy to sort out—it's all wrapped up in optimism and heart.

Mekhi comes fourth, his kindness and commitment to friends impossible not to recognize.

Dawud's clarity and trust are instantly recognizable as well, and as I funnel their power back, I realize they might just hide the heart of an alpha.

Eden's grit and kick-ass attitude cloak some serious abilities, and my fingertips feel like they're sizzling just a little as I send it all back to her.

Flint's joy and determination circle his fortuitous power, make a little bit of joy bloom inside me as I feed it back to him.

Remy's power is practically boundless and nearly impossible to hold, even cushioned as it is in his wisdom and sense of fun.

And Izzy...Izzy's power feels nearly limitless as it burns inside me.

I return all of it, every drop that was stolen from them. And then, begrudgingly, give what's left to Delilah. She may be a heinous person, but no one deserves to have their magic stolen from them against their will. No one.

Once everyone's magic is restored to what it was before Cyrus's little mad-scientist experiment, I take a deep breath and reach inside myself. Because the power of the lightning is still zinging around inside me, and I need to calm it

TRACY WOLFF
649

down just a little so that I can do what still needs to be done.

Hoping to absorb it deep inside myself, I grab my green-and-platinum string one more time and start to funnel the power into it. As I do, warmth begins burning along the injured muscles of my back.

I gasp and wiggle my shoulders in an effort to figure out what is happening. But within seconds, the warmth has turned to a powerful heat—so powerful that I'm afraid it's going to burn me before it dissipates.

"Oh my God, Grace," Izzy gasps, her eyes wide as she stares at something right behind me.

I turn to look, and then I'm the one gasping in surprise.

"How is that possible?" I whisper, blood roaring in my ears.

"Your demigod and gargoyle have merged," Izzy says.

I know she's right. I can see it in my string, feel it deep inside me. The two very different parts of me finally coming together as one.

But never in my wildest dreams did it occur to me that in merging, my strings—my beautiful, braided, mixed-up strings—would find a way to give me back something that means so much to me. Somehow they have, though. Because attached to my left shoulder is a gorgeous, perfect, glowing bright green wing.

# 169



## I Did It
## My Way

For a moment, I can do nothing but stare at my new wing in shock.

But then I shift, becoming fully gargoyle, just to see what happens. Just to see if the wing is real.

It is—or at least, it stays with me. But it doesn't look or feel like my other wing. No, this isn't a replacement wing, something to take the place of what I lost. This is something else entirely, and whatever it is, I will take it.

To prove to myself that I'm not dreaming in the middle of this nightmarish battlefield, I launch myself into the air. There's a part of me that expects to come crashing back down to earth, and I hold my breath, waiting to see. There must be a part of Hudson that feels the same way, though, because he fades to right underneath me, and I know it's so he can catch me if I fall.

But I don't fall. I fly. And nothing has ever felt so good.

I do a quick spin in the air, and no, the wing doesn't feel like my other wing, and it doesn't operate quite the same way, either. But I'm not earthbound anymore and that is more than good enough for me.

I dive back to the ground and flip at the last second to land next to Hudson, who is grinning at me wildly. I can't help it. I grin right back.

Cyrus, however, doesn't seem nearly as excited about the development. He freaks out, starts screaming at his troops to attack. Of course, without his god magic anymore, he's shrunken back down to his normal size, but I remind myself he was a formidable foe before he became a god. And now he is enraged.

I don't know how he wants his army to attack, considering all my friends are standing beside me now—and right next to him. The army seems confused as well.

But when Cyrus fades over to Hudson and tries to bite him, I decide enough is enough. I throw out an arm, and as I do, I use a whole lot of my power to call to the lightning again. But not just the lightning this time. I pull in the chaos of a storm. Thunderclouds roll in as well as a giant wall of wind rushing between

Cyrus and my mate.

Cyrus runs headlong into the gale of wind, and it knocks him back several steps. He tries again, using every ounce of his vampire strength, but it's not enough to beat a pissed-off demigod. Not even close.

To make sure I don't have to worry about him for a while, I swirl my hand in the air, and the wind turns into a cyclone, spinning around him fast enough to make it impossible for him to escape. And then, with a flick of my finger, I send the wind under his armor. I throw my hand out, and his armor snaps free of his body and lands just outside the wind vortex.

Once he no longer has protection from my mate's gift, from all of my friends' indomitable gifts, I drop the storm entirely.

"Move, and I will liquify your bones again," Hudson growls. "That was fun, wasn't it, asshole?"

Cyrus freezes, but that doesn't stop him from yelling to his troops, "Seize them!" For the first time in a while, they actually seem ready to listen to him, too.

The Vampire Guard starts to move toward Hudson, Izzy, and me, but before they can get to us, my other friends join the party. Suddenly, it's all ten of us squaring off against them and, for the first time all night, I like the odds. At least until I remember my friends have just been through an awful lot. And judging by the way Mekhi is swaying on his feet, they aren't fully recovered from it all.

I reach inside myself for Mekhi's beautiful yellow string and send him healing energy. I can see he feels it when he turns to me to toss out a half smile, but the minute I stop sending him energy, he starts to list again.

Nothing I've done so far today seems to have worked against his bugbite, and now that I've embraced my full demigodhood, well, if it's still not making a dent—we need to get him to a healer fast. I turn to tell Remy to open a portal for Mekhi, but Mekhi must get the sense of what I'm about to request and gives his head a hard shake.

A slow smile lifts one corner of his mouth and he says, "I think we all deserve the right to watch you hand Cyrus his ass, Grace. Don't let us down." Everyone starts fist-bumping, and he adds, "What's fighting a few thousand soldiers to see your final takedown?"

Everyone joins in with more smack talk, like we've got all day while Cyrus's army rushes toward us. My gaze holds Mekhi's as I give him a quick nod. He's right. If he wants to stay to see this through, he has the right to choose. If he seemed like he was going to fall over right now, I'd step in. But as long as he's still on his feet, I have to respect his wishes.

court

Besides, if I'm being honest, it's not like we don't need him. We only have nearly ten thousand trained soldiers about to reach us and, I don't know if it's that I'm not used to this demigod power or not, but my head is positively throbbing.

There's a steady *thump-thump-thump* pounding against my temples, and it's only getting louder. It's almost so loud now that I can't think past it.

It's filling up my ears, beating in my chest, pounding in my blood.

Even worse, as the sound gets faster, so does the feeling inside me. Now it's not just a drumbeat—it's the wild vibration of a hummingbird's wings. My whole body responds to it, my own wings and heart and soul vibrating at the same frequency.

When I can't take it anymore, I yell to Hudson to be heard over the noise. "Do you hear that?"

"Hear what?" he asks, looking around in confusion.

Which only freaks me out more...until I see them.

Giant wings rising up over the mountain behind the field. Thousands and thousands of gargoyles, huge swords and shields tight against their bodies as they head straight for us. And all around the meadow, portals open every few feet, on the ground and up in the sky. So many portals that I can barely see the trees or sky anymore. One after another, ripping open the sky as thousands upon thousands of gargoyles pour out.

I swallow a lump the size of Katmere in my throat, my chest squeezing impossibly tight, and I reach for Hudson's hand. His warm fingers curl around mine, and he gives my hand a squeeze, before dropping it and urging me in front of him.

Then he leans close and whispers in my ear, "Your Army has arrived, my queen."

# 170

## Girlboss



For a second, I'm too stunned to move. Too stunned to do anything but stand there with my mouth open and watch as gargoyles of all shapes and sizes race over the battlefield.

*They came. They really came.*

My knees go weak and tears bloom in my eyes, but I blink them back. Now isn't the time for relief. It isn't the time for sentiment. It's the time for action.

How can it not be when the air above the battlefield is filled with gargoyles flying in formation? As they come closer, I move to get a better view of the front fliers, as I search for—There he is! Chastain himself leading the Army through the air and straight toward me.

They're flying fast, faster than I ever saw in training, and they're spreading out over the battlefield like a true force to be reckoned with.

It's awe-inspiring and terrifying at the same time, and I've never seen anything like it, even in movies.

They don't pause until they get to the edge of the battlefield, right before they make it to where we're standing in front of the stone circle. Only then does Chastain break off from the Army and head straight for me.

I expect the other gargoyles to land, but instead they stay exactly where they are, hovering above the battlefield like aircraft on a seek-and-destroy mission. While none of them makes a move against Cyrus's troops, it's impossible to miss the threat. And the fact that no matter how good the Vampire Guard is, this Army just might be able to eat them alive—pun absolutely intended.

Chastain drops down to the ground in front of me and takes a knee, his head bowed in a traditional pose of respect.

Shock tears through me. I'm already astonished that the Army is here, but to see Chastain behave in such a way to me? It's beginning to feel an awful lot like I tumbled into an alternate universe.

654                                    c o u r t

"My queen," he says, reaching for my ring, which he kisses.

"General." I incline my head to him.

There are a million questions I want to ask him, starting with why is he here when he told me just this morning that he would never serve me. But now isn't the time for questions, not with Cyrus screaming for his troops to attack my army.

And they are my army, every single troop my responsibility.

"I need my orders," Chastain says.

"Your first order is to stand back up," I tell him. And then I look over his shoulder where Cyrus's dragons have begun launching themselves into the air, racing toward the gargoyles.

It turns out I was right all along. My friends and I have just shown them that Cyrus is a total fraud, and yet they still follow him. They still fight for him. More, they are still willing to die for a man who cares about nothing but his own power.

So be it. Cyrus's reign needs to end tonight, and we are the army to end it.

"Your orders are to take that army. This fight is over, as is their leader. It is time they understand that."

My words only seem to galvanize Cyrus, though, who starts screaming even louder for his troops to "kill every last gargoyle on the field."

"I will disperse the troops," Chastain tells me, after sending Cyrus a particularly unimpressed look. "But I will leave a contingent here to protect you."

"That's not necessary," I tell him.

"It is our job to protect our queen. It has always been our job."

"Yes, but your queen can protect herself. And I don't want a single one of my people to get hurt protecting me. I will never ask you to fight a battle that I can fight myself."

"As you will it, my liege." Chastain bows once more, then returns to the Army.

*We have our orders*, he tells them as he takes to the air. *Tonight, we will vanquish the enemy.*

171

## All Guts,
## No Glory



Ilearned when I was training with them that the Gargoyle Army takes nothing as seriously as they do their duty. Today, on this battlefield, I realize exactly what that means.

Because this army—my army—is brutal when they are unleashed.

Chastain takes some of his best sharpshooters and cuts a swath straight down the middle of the battlefield, immediately dividing the enemy into two smaller sections. In the meantime, Rodrigo takes a regiment of a thousand soldiers all the way to the left of the clearing while Artelya leads a regiment all the way to the right.

As soon as I see it, I understand exactly what they're doing. It's a standard pincer move, where Rodrigo crowds from one side and Artelya does the same from the other. Chastain, and his flyers and sharpshooters, will work down the middle so there is nowhere for these people to run.

The only possible escape is surrender.

And still Cyrus sends his troops into battle. Still, he screams for them to, "Attack, attack, attack!"

It's sickening. Then again, this entire battle has been horrific from beginning to end.

My friends and I move back onto the raised platform, forcing Cyrus to go with us, so that we don't get in the way of the Army. There's also a part of me that hopes if his troops can't hear Cyrus shout orders, they might finally give up. Hudson is right beside me on the left and Jaxon is on my right as we watch the Gargoyle Army get to work.

It's one of the most brutal things I've ever seen.

I know war is brutal. I've fought in enough battles—had enough people I love die horribly—to know that much. But this, this is something else entirely. This is a well-oiled war machine at work, honed by two thousand years of battles

and nonstop training.

This is more than two thousand soldiers on the ground with broadswords taking down everything in their paths. It's wings flying off, heads actually rolling, limbs falling through the air in all directions.

This is one thousand soldiers in the air with arrows skewering anyone who attracts their attention. It's eyes being gouged from skulls, chests cracking open, entrails oozing onto the ground.

This is three thousand soldiers, laser-focused on vanquishing their enemy by any and all means necessary. It's a single-minded dedication to absolute destruction and nothing, nothing will survive.

As if to emphasize that fact, a red haze fills the air and, for a moment, the solar eclipse from earlier feels prophetic. Like the blood red of the sky and the moon was really just a preview of coming attractions. Of this moment when the skies rain blood and the battlefield flows with carnage.

It's slaughter, pure and simple, and I can't watch it any longer.

I know Cyrus's army is still fighting. I know they will follow him to their deaths. But this obsessive destruction is merciless, and it is wrong. More, it's not the kind of leader I want to be.

"I have to stop this," I whisper to myself as much as to my mate.

But Hudson hears me—of course he does—and answers, "Yes, we do." He sounds as disturbed as I feel.

I start to call the Army back, but that leaves them open to injury. If they pull back, if they try to leave, some of them might very well get hurt. And I can't have that, either, not when they are only doing what they have trained so long to do.

And so instead of that, I look inside myself. I'm not sure what I'm looking for, but I am certain I will know it when I see it.

I weave my fingers past the brilliant strings that usually attract my attention, past my mating-bond string, past the strings of my friends and parents, even past the gossamer strings of the Gargoyle Army. They are all important, all beautiful, but I know that there are more inside me. Know that what I want is out there.

And so I keep reaching, going deeper and deeper and deeper until I finally find them—a curtain of delicate threads in all different colors. An endless spool of life. And I know immediately what they are. The strings of every single person on this battlefield today.

Because war changes you.

And everyone who stepped on this field today made a connection with everyone else. The threads of our lives intertwined, and we changed one

another forever. Friendship forged in a fire. Death carved in our souls. Jealousy. Anger. Support. Pain. Suffering. It's all there, shimmering in the thousands of multicolored strings.

I reach out and scoop every single string against my chest in a blink. And when I think I have every single string, I brush my hand against my green string—and freeze Cyrus and everyone in his army instantly.

# 172

## Shoulda Put a Crown on It



I t's the strangest thing in the world to see, an entire army frozen mid-swing, mid-spell, mid-some-other-destructive-thing. Just flat-out stopped in their tracks, like a volcano erupted and covered them in ash, and we're discovering them thousands of years later.

"What just happened?" Macy asks, staring at the battlefield wide-eyed.

Hudson whistles, low and long. "Got to hand it to you, babe. That's not the solution I was anticipating. But it's a good one."

"A very good one," Eden agrees. "Though I am curious what's going to happen when you unfreeze them."

"Nothing," I answer with a shrug. "Because we'll all be gone."

"A very good solution," Eden reiterates, even as the Gargoyle Army turns in circles on the field.

They look so confused, like they have no idea what could possibly have happened, despite having been frozen for a thousand years themselves. What's even funnier is they don't lower their weapons, like they're just waiting for everyone to leap back to life at any second.

I start to head toward Chastain, since he has the right to know what I did, but before I can take more than a couple of steps, Jikan appears.

And he. Is. Pissed. Like, really, really, really pissed.

"At least he wasn't on vacation this time," Flint comments.

"I'm not sure this is any better," Jaxon tells him.

And I have to agree with Jaxon. Because I'm pretty sure the only thing worse than interrupting a vacationing god is interrupting a sleeping one. And Jikan was very definitely asleep—at least if I take into account the way he's dressed.

He's got on light-blue pajamas with rubber duckies on them, yellow duck slippers with umbrella hats, and a tie-dye satin eye mask that is currently pushed up to his forehead. Add in the fact that his hair is sticking out in twenty different

directions, and yeah. I definitely think I woke him up.

Whoops.

"What. Have. You. Done?" Jikan shouts in lieu of a greeting as he marches up to me, and I have to be honest, after the day I've had, I don't much care for it.

"Tone," I say, as though I'm scolding a child.

His eyebrows shoot up so fast that they knock his mask off, and his face goes rigid with rage. "What did you just say to me?"

"I said watch your tone," I answer with a roll of my eyes. "Today is not the day to yell at me for things I cannot control."

At this point, Jikan's grinding his molars so hard, it's pretty much a miracle that he hasn't broken one. Speaking of which, is it wrong that I'm praying for his teeth to hold up—if he's this mad now, I can't imagine what he'd be like with a toothache, especially one he is sure to attribute to me.

But to his credit, he takes a deep breath, blows it out slowly. And his tone is much more civil when he asks, "What do I have to do to make you stop messing with time?" like he genuinely wants to know the answer.

I'm pretty sure it's an act, but I decide to give him an honest answer anyway. "There's nothing you can do."

He blinks. "Excuse me? Nothing? I could send you to the Caribbean for twenty years to teach you a lesson. See how you like that."

"Dude," says Flint. "Not exactly a punishment."

Jikan's now-frigid gaze flashes toward the dragon. "Did I ask you?" he demands.

Flint doesn't answer, but he does duck behind Jaxon for protection. The coward.

"I could choose somewhere else." Jikan lifts a brow. "Antarctica, maybe?"

"Not my top choice," I tell him. "But well within your rights when I actually break some universal law or do something else wrong. But I haven't, so…"

"I'm here, aren't I?" He shakes his head, arms wide in the universal gesture for *what the everloving fuck*. "That basically means you did something wrong. I'm not in the habit of just showing up for no reason."

"Oh yeah?" I demand, because two can play at his game. "What did I do exactly?"

"You—you—" he sputters. But he never says anything else—because he *doesn't have an answer*.

"What I did was freeze everyone in this clearing who was fighting us." I wave a hand toward the field as if he needs me to point that out to him. "But then, I

control the arrow of time, and that's my prerogative, is it not? When I mess with the timeline, though, I'll be sure and keep an eye out for that Caribbean island."

Jikan sputters again, practically tripping over his tongue as he tries to figure out how to answer me.

I'm pretty sure the old guy wants to tell me that I don't know my place or something, but that's the thing. I *do* know my place now. And I'm tired of worrying what other people think of me or letting them tell me what my boundaries should be.

I've lived by the rules my entire life. It's time I started making my own damn rules. And I'm going to start right here, right now.

"I'm the demigod of Chaos, Jikan. I know exactly what I can and can't do, and right now, I need to teach this evil bastard"—I gesture to Cyrus's frozen body—"a lesson that takes him down a notch or twelve. Now, if you like, you are welcome to stay and watch what I do to someone who pisses me off. Otherwise, I lost someone—a lot of someones—very dear to me this week, and I'm really over people telling me how I'm supposed to live.

"However, if you do want to stick around and watch…" I point toward an area off to my left that currently only has about a dozen frozen vamps in it. "That's probably a good spot."

Without waiting to see what his response is, or even if he stays, I turn back to Cyrus—and my friends, all of whom are gaping at me open-mouthed.

"What now?" I ask, but they all just shake their heads.

In the meantime, Chastain has finally figured out what's going on, and he and Artelya are leading the Army straight toward us. Chastain is holding the left side of his chest, and I fear he took a pretty serious blow in the last skirmish.

"I see you've inherited your grandmother's gifts," Chastain drawls, but I can't tell if he's impressed or just stating a fact. "I assume you have a plan, Grace?"

"A plan might be overstating it," I tell him with a roll of my eyes. But I'm just joking and I'm pretty sure he knows it. "I need you to get the Army in position."

Chastain holds my gaze for several seconds, like he's trying to gauge if he wants to follow my orders or not. Which annoys me all over again.

"I'll unfreeze him and give him ten seconds to do his worst, if you prefer?" I ask, one eyebrow going up.

"You mistook my silence for judgment, my queen," Chastain answers, bowing low. "I was merely considering which angle would give me the best view of his face when he realizes what's happening to him."

"That's a really good question." I give him a half smile and gesture to the left

where I sent Jikan—who actually took my suggestion and pulled up a chair out of thin air. He is currently scooping handfuls of popcorn and watching the show like we're the most interesting thing he's seen in a while. "However, perhaps you would like to give Artelya this honor instead while you keep our guest company?"

I'm not trying to take this away from him, but if he's badly injured, participating in what comes next is the last thing he needs.

He must know I'm giving him an injury out, too, because after one surprised second, he nods. Then says, "Artelya, are you ready to lead the Army today?"

Artelya nods, bowing to him before she turns back to the Army and barks out, "Fliers, circle formation," in the most commanding voice I've ever heard from her—or anyone.

The elite fliers—including Artelya and Rodrigo—move forward and form a circle around Cyrus, my friends, and me. In the meantime, all the other gargoyles form a larger double circle around us, encompassing all of Stonehenge Lite and beyond.

As they do, they line up perfectly so that only their wing tips touch. And as the last gargoyle closes formation—as the last wing tips touch—a powerful burst of electricity winds through the circles.

I can feel it as it whips through every single gargoyle on the field, and the overwhelming energy of it is incredible, all-consuming. Even before it arcs up over the inner circle and powers straight into me.

As the Army's wings touch, the Crown on my hand that has already been burning for hours suddenly feels like it has caught fire. And just like that, I know what I need to do.

Once my Army is in position, I sift through the strings in my embrace. There's one much larger than the other ones and dripping in gold. *Cyrus.* I release his string.

And that's when he realizes he has been played.

And he is *furious.*

# 173



## I'll Take
## the Check Mate

I walk toward Cyrus, who is suddenly turning around himself, trying desperately to find a way out of the circle of gargoyles. But the truth is, there is no way out. Everything that's happened, everything that he's done and everything that I've done—that *we've* done—has brought us here, to this moment.

I am calm in the face of Cyrus's panic and stoic in the face of his rage.

"You think you can beat me?" he snarls even as he retreats. "The world doesn't exist where some little slip of a girl can beat me."

"That's always been your problem," I tell him as I follow him, closing the gap between us as the room for him to flee runs out. "You see things how you think they should be, not how they really are."

I pause for a moment to look around the circles at all the gargoyles who answered the call and came to help. Then I look at my friends, bruised and battered, and I have never felt more proud in my life. Of all of us.

"Because the truth is, we've already won. We beat you. The fact that you don't know that yet only makes you look more pathetic." And then I reach out and place my hand on Cyrus's hand.

He tries to jerk away, but the second my palm touches him, he can't move. He can't speak. He can't do anything but stand there as I judge him.

"Cyrus Vega, you sought war when you should have fought for peace. You harmed those you should have kept safe. And you destroyed lives you could have lifted up. For your very many crimes, you will forfeit your power." My voice is steady.

And then I take a deep breath, and I pull every ounce of power from him.

I watch—we all watch—as before our eyes, he shrinks and shrinks and shrinks, in stature more than height. There's a moment in the middle when I start to pull away. I'd already drained everything his Descent gave him, already took back his eternal bite, too. I can step aside and let the Army have him. He

won't last five minutes with them.

But a swift death isn't real justice for him or us—nor is killing ever justified. But a swift death would never be justice for Calder, for the thousand years my Army stayed frozen in time, for the thousands of gargoyles who died in the frozen Court.

It's not justice for the years of torment that Hudson and Jaxon and Izzy have lived through.

It's not justice for the so very many deaths he's caused.

It's not justice for Macy's mom or for Macy and Uncle Finn.

And it would never, ever be justice for everything he's done and all the pain he's caused to get us all to this point right here.

But I know what *would* be justice worthy of the pain Cyrus has caused.

So I don't lift my hand until every ounce of power inside him is gone, and he is nothing more than the thing that he has spent centuries whipping his followers into a hate-filled frenzy against.

Totally, completely, and utterly *human*—for one thousand years.

Because I left his immortality.

# 174

## All Queened Up

It's over.
It's really over.

That's all I can think as relief sweeps through me and my shoulders slump, the weight of this entire world rolling off me for one blessed moment, as I walk along the battlefield and survey caring for the wounded and dead.

I know there's more to do and there's definitely more to deal with, but the worst is finally over, and I've never been more ready for anything in my life.

I take a deep breath, count to five, and then blow it out slowly as my stomach pitches and rolls with a seething combination of emotions. There's no joy in the mix—not yet, and maybe not ever. It's hard to stand here surrounded by this battlefield filled with the dead and feel anything resembling joy.

Solace, yes. Gratitude, absolutely. But joy, no. Not when the sadness twisting my insides is nearly overwhelming. Sadness at all the waste, at all the hurts that can't be undone, no matter what has happened here.

Artelya steps forward, breaking formation to come stand beside me.

She looks down at me from her formidable height and says, "You made a wise choice." Respect is evident in her tone in how I handled Cyrus as well as the battle, but I don't want to be respected for the carnage I see before me.

I stare at the field and murmur, "I can't help but think the minute we stepped onto the battlefield, we'd already lost, whether we left victorious or not, Artelya."

The warrior doesn't say anything at first, but then she faces me and bows deep. "It will be my greatest honor to serve you, my queen."

Like Chastain earlier, the fact that she just called me "queen" for the first time doesn't elude me.

One gargoyle down and… The sad truth is I don't actually know how many gargoyles remain, nor how many we lost today. The thought hits like a punch to my chest, has my heart hurting all over again.

"How many did we lose?" I ask, and everything inside me is trembling as I wait for her answer, though I strive to keep my voice steady. I don't know much about being a queen, but I know that I can't shy away from the tough questions—no matter how hard they are.

"We lost twenty-seven, though more have injuries."

Twenty-seven. It takes everything in me not to let my shoulders slump. It's too many. *Way* too many when you consider I'm the one who sent them into that battle.

I'm the one who put their lives at risk—and ultimately am the one responsible for the fact that those lives are now over. The weight of it all sits heavy.

"Do I—" I stop myself before I can ask if I knew any of them. I'm their queen. Each of them is my responsibility, and each one of them matters to me. "Can you please get me their next-of-kin information?" I ask after clearing my throat. "I'd like to give my condolences to their families."

"Of course," Artelya answers.

"We need to clear the battlefield," I say after a second. "Not just of our dead but of any who fought on our side."

"Of course." Artelya nods, her face solemn. "We've been looking for wounded, but we will start clearing the dead as well."

"Thank you." I look out over the field and realize that with Cyrus defeated, there is no one to clear *their* dead, either. Not when everyone alive has either fled or been taken prisoner—something else I need to deal with and feel totally ill-equipped for.

But thankfully, Artelya is already three steps ahead of me. "We will have the witches and wolves take care of their dead—on either side. And I'll speak to your mate regarding the others."

"That's a good idea," I agree. I hadn't even considered with Cyrus and Delilah no longer vampire king and queen, Hudson would be next in line. Of course, Izzy is technically the firstborn, if a bastard. I make a mental note to ask Hudson later about the protocol there.

Artelya says she must go oversee the clearing of the field, and then she turns and walks away.

I watch her go for one second, two, as I steel myself for everything I still have to do. Then I take a deep breath and look down at the tattoo that appeared on my arm after Cyrus was dealt with, and I know there's one last thing I have to deal with.

The Bloodletter.

# 175

### "The End" Game



"Seriously?" Flint demands the second he exits Remy's portal and realizes where we are. "I thought we were done with this place forever?"

"We will be. I just have one more thing to do." I turn to Jaxon and Hudson. "Can you undo the safeguards for us?"

Jaxon laughs. "Yeah, I think I can manage that. Although—" He glances at his father and Delilah, who Chastain currently has chained up with a three-guard escort. "I'm still not sure why you decided to bring them along."

"Because I have a plan," I tell him. "So you're just going to have to trust me."

"I trust you," Hudson whispers in my ear.

I roll my eyes. "You're just trying to get some action."

"I'm always trying to get some action." He wraps an arm around my waist and pulls me close. And for a second, I let him. In fact, I lean into him, savoring the feel of him against me now that we both made it out alive from the worst battle of our lives.

"Where are we?" Chastain asks as we start down the icy trail that leads to the Bloodletter's Cave.

"I thought you might like to visit an old friend," I answer. At least I hope he's here. I can't imagine a world in which these two haven't found each other again, honestly.

We wind deeper and deeper into the cave, and I brace myself for my least favorite spot. But when we get to where the Bloodletter usually has her snacks hanging, the whole area is empty. Even the draining hooks and buckets are gone.

"What's up with that?" Flint asks, and Eden fist-bumps him. "I mean, not that I'm complaining."

"You'll see," I answer. And sure enough, as soon as we make the final turn, I realize that my intuition was right.

The Bloodletter is no longer alone in her icy prison. In fact, she's really, really not alone.

"Oh my God, my eyes!" Jaxon snarls, stumbling back as soon as we walk into

TRACY WOLFF

her sitting room—which is a really pretty green this time.

Not that I—or anyone else, for that matter—am paying attention to her decor. How can we when the Bloodletter is currently feeding from Alistair's neck on her very pretty floral couch?

She pulls away with a start, and it's definitely the first time she didn't know we were here before we showed our faces. Then again, she was a little busy.

"What are you doing here?" she demands in an ugly tone. But it's not directed at us—it's directed at Cyrus, who is currently shrinking back as far away from her as his gargoyle guard will let him. Which really isn't very far at all.

"I've got a present for you," I tell her, as Hudson and I walk toward her.

"Is it him?" she asks, still eyeing Cyrus evilly. "Because that's a gift I can get behind."

"Not quite," I tell her, "but I think you'll like this one just as much. Your mate asked me to give it to you."

And then I reach out and touch her hand, passing the Crown from my palm to hers.

She gasps as the Crown emblazons itself onto her skin, then looks between Alistair and me with tears trickling down her cheeks.

To be honest, it's a little disconcerting to see the Bloodletter crying. She's such a badass, I didn't even know it was possible. But I guess freedom and her mate back after a thousand years will do that to a girl.

I think about what it would be like if I couldn't see Hudson for a thousand years, then banish the thought as quickly as it comes. It's too awful to entertain even for a second.

He must feel the same way, because his hand reaches out to take mine and he whispers, "I'm not going anywhere."

"Good, because now I have an army to track you down."

"Excuse me," the Bloodletter says as she reaches for her mate's hand. "I think we have somewhere to be."

"Where's that?" Macy asks curiously.

"Anywhere but here?" she answers, looking around what's about to be her former ice cave with distaste.

"A thousand years will do that to a person," Flint agrees.

"A thousand years will do a lot of things to a person," Hudson snarks. "Very little of it good."

"I can still smite you," the Bloodletter comments, but there's no heat behind the threat. Apparently, freedom has mellowed her... Or maybe it's being reunited with her mate that's done it. Either way, she seems happier than she ever has been

court

before, and that can only be good for Hudson—and the rest of us.

"Not to interrupt your reunion tour," Delilah interjects, wiggling her fingers in the most condescending manner possible. "But I'm not sure what this little trip down memory lane has to do with the favor you owe me, Grace."

"Don't you?" I ask. "And here I thought the symmetry was obvious."

"It is," Jaxon interjects, and he sounds impressed with just how diabolical my plan is. "And it's perfect."

"What's perfect?" Flint asks, still looking confused.

I start to answer him, but before I can, Jaxon wraps an arm around his waist and leans in to whisper the answer in his ear. Which has the rest of us exchanging interested looks, especially since Flint sinks into him instead of pulling away.

There's very definitely a story there, and I plan on getting it—as soon as I'm done with this last, unpleasant task.

I turn to the Bloodletter. "I have a suspicion I know why Alistair made me promise to give you the Crown. Care to share?"

The Bloodletter is running her fingers along the edges of the tattoo, like she can't believe it's really on her hand finally. "When I froze the Gargoyle Army and hid the God Stone with them, I knew if Cyrus ever got a hold of me, eventually he could break me and release them." Tears well in her eyes as she turns to hold Alistair's gaze. "I could not let the Army fall while my mate was missing. Not on his honor. I didn't know where Cyrus had hidden him, and I had to make a quick decision. So I created this prison with my power—its strength the bounds of my soul. Therefore, I can never leave unless I suddenly have more power than is in my soul. There are only a few objects that can make a soul's power grow"—she looks down at the Crown again—"and this is one of them."

"You trapped yourself to protect the Army?" Flint asks, clearly not sure he heard correctly. I mean, we sort of knew this or guessed, but not in this detail.

"I would do anything for my mate," she says softly, and my gaze seeks out Hudson's.

"Of course," she continues, "keeping my sister imprisoned as well so she could stop harming our kind was just a nice added benefit."

"Good for you." Delilah looks unimpressed as she turns to me. "But how exactly does that live up to your promise to let me make him suffer?"

"Because you're going to be locked up with him, of course," I say. "Justice needs to be served—for the crimes both of you committed. And I don't believe *either* of your souls will ever be as powerful as my *grandmère's*. However," I continue as she looks like she's about to protest. "There's a definite perk in your being locked up with him for a thousand years."

"And what is that?" she asks warily.

"He was still connected to the Gargoyle Army when I drank the elixir and cured their poisoning, which means he is immortal. And I did not strip him of that immortality. But he *is* only human now. Which means—"

"I know what it means," Delilah says, her eyes gleaming with avarice.

She's across the room in a second, her fangs sinking deep into Cyrus's neck before his guard can even undo his restraints.

"And on that note," Hudson says, "I think our work here is done."

"You can say that again," Macy comments as she watches Delilah's feeding frenzy with horrified fascination.

The Bloodletter snaps her fingers, and seconds later we're standing outside the cave in the early-morning sunlight—well, all of us except the Bloodletter herself, who insisted on walking out of the cave under her own volition.

A few seconds later, she, Alistair, and Chastain exit the ice cave together.

Alistair sees me and grins before turning to his old best friend. "I think that's our cue to take a walk," he tells him.

"You don't have to—" I start.

"It's all right, granddaughter," Alistair answers with a wink. "I've spent a thousand years missing the sunlight. I think it's time I catch up."

"You did well," the Bloodletter tells me after Alistair takes off across the summer meadow that has sprung up where usually there is only snow.

"I made a lot of mistakes."

"True," she agrees with a rueful tilt of her head. "But that's part of life. Being a demigod doesn't mean you're perfect. It just means that when you make a mistake, it's usually a big one."

"Well, doesn't that sound fabulous," I mutter.

"It's all about balance, Grace. It always has been."

"The good with the bad?" I ask.

She smiles. "Something like that."

"Is that why you did all this?"

"Did all what?"

"I know you're the one who planned out this whole chess game. Who put it all in motion."

"Me?" She shakes her head, but her eyes are sparkling with a joy I've never seen from her before. "I'm just an old woman, Grace. Besides, how can I be the mastermind when you're the one who ended up queen?"

She reaches out, quick as a lightning strike, and swipes her palm across mine. Seconds later, I feel the Crown emblazon itself back into my skin. Luckily, it's one

of the tattoos I'm not so keen on getting rid of.

"Before you go..." I take a deep breath. "Are Izzy and I tied like you and the Crone?" Meaning, if one of us dies, will the other die, too?"

"No, not in the same way. In fact, with the Crown, you're no longer tied at all." The Bloodletter smiles, and I can't help smiling back. Who knows. Maybe having the God of Chaos for a grandmother isn't as scary as that sounds.

She winks, then she takes a step back, snaps her fingers, and disappears.

"What now?" Eden asks. It's beginning to sink in that it's over. It's really over.

"Whatever we want," Macy answers, twirling around with her arms outstretched.

After everything that's led up to this moment, it's a shocking thought. And a welcome one.

"In case anyone's interested," I say with an apologetic glance at Hudson. "We do happen to have a lighthouse right on the ocean. It seems like the perfect place to relax and figure out what comes next."

Hudson gives me a *what the hell* look, and I shrug sheepishly. It doesn't quite seem time yet to go our separate ways. Not when we've come this far together.

"I'm very interested," Flint says, looking at Jaxon.

"Me too," Jaxon agrees.

"I'm in," Eden says with a grin. "I'll text Dawud and invite them and Amir."

"Me too!" Macy starts spinning a portal. "How about Remy? Should we text him an invite? And Mekhi?"

"I'll reach out, but Remy's with Calder's family right now," I answer quietly. "And Mekhi is getting looked at by the Vampire Court's healers."

"You're coming, too, right?" Hudson asks Izzy, and it's hard to tell which of them looks more uncomfortable with the invitation.

"I don't think so—" she starts, and I realize it's the first thing she's said since we left the battlefield. Still, I'm not having it. Hudson and Jaxon have spent their whole lives without their sister or each other. That stops now.

"You're coming," I tell her. "You don't have to stay the whole time, but you're definitely coming. Who else is going to help me keep Hudson and Jaxon in line?"

At first I think she's going to argue, but in the end she just shoves her hands in her pockets and shrugs. It's not a ringing endorsement, but it's progress, and I'll take it.

Apparently, so will the others, because Flint shoots her a wicked grin and says, "Race you to the ocean," right before he dives into Macy's portal.

Izzy squawks and jumps in after him, followed by Jaxon and Eden.

Hudson looks over at me with a huge grin and holds out his hand. I take it, of course I do, and we walk through the portal. Together.

# Epilogue

—Hudson—
Coup de Grace
Three months later



I t's fucking ridiculous what she does to me.

Right now, she's sitting under a tree with a cherry Pop-Tart in one hand and a bottle of water in the other, and I feel like a fucking debutante. I can barely catch my breath.

She's not doing anything special, not dressed any special way in her white shorts and turquoise tank top with her marine biology book open on her lap. But that doesn't matter because she's fucking perfect—or at least, perfect for me.

It's been a year since I met her.

Five months since she was crowned queen.

Three months since we moved to San Diego so she could get her undergrad degree in international politics and government to help her figure out how to be the best ruler she can be.

A gentle breeze blows by, whipping her glorious curls into her face, and she laughs a little as she pushes them away. As she does, she glances up, and our eyes meet across the quad.

She smiles then, a big, bold, brilliant smile that has my breath hitching in my chest even before she waves me over.

*My mate*, I think as I cross the grass to her. Grace Foster is my mate—which means she'll be taking my breath away every day for the rest of eternity.

I can't fucking wait.

"How was class?" she asks, leaning in for a quick kiss as I settle down on the ground beside her.

"A full-fledged argument broke out regarding differences between Chomsky, Chalmer, and Brandom's theories on language."

"Were any punches thrown?" she asks, brows lifted.

I laugh. "Not this time actually."

"So, all in all, a pretty mild day for graduate-level philosophy." She shoots

me a wicked grin that makes me lean over and kiss her again—this time not so
quickly.

"A very mild day," I agree when we finally come up for air. My heart is beating
too fast, and I do my best to ignore the voice in the back of my head urging me
to get her back to our town house—and, more specifically, *our bedroom*, ASAP.

"What are you working on?" I ask, glancing down at the book still in her lap.

She closes the book and shoves it into the hot-pink backpack she carries
only because Macy gave it to her as a going-to-college present. "I've got a paper
due in biology next week. Just trying to figure out what I want to write about."

"Biology, hmm?" I lean in for one more kiss. "I could probably help you
with that."

"It's marine biology, not human anatomy," she answers with a roll of her
eyes even as she leans forward and kisses me again.

But her phone buzzes a few seconds later, and she pulls back to check it.
"Oh, wow!" she squeals after checking her messages. "The architect wants to
set up a meeting! He's got preliminary plans ready for our new Gargoyle Court.
Isn't that awesome?"

"Totally awesome," I agree. But it bothers me a little, her decision to move
the Court here to San Diego because she knew I wanted to go to school here.
I've let it go, waiting for a better time. But if the plans are ready, I'm pretty sure
time has run out.

It's that thought that has me pulling away. "Are you sure you really want
to do this?"

"Be gargoyle queen?" she asks, looking confused. "I'm pretty sure it's too
late to change my mind. Also, considering you abdicated the vampire throne
to join me as king." She pauses, her eyes going wide. "Why? Are you having
second thoughts?"

"About you being queen? No. About moving the Court to San Diego. Maybe.
I want to be sure you're not doing it just for me."

"Seriously? You're the only person I know who would worry about someone
wanting to move permanently to San Diego." She throws her arms out in an effort
to encompass the perfect seventy-five-degree day we're currently experiencing.
"You do realize that most people consider this city paradise, right?"

"I do realize that, yes," I answer, and it's my turn to roll my eyes. "But I still
want to make sure it's what you want. You are queen, after all, and your Court
should be where you want it to be."

She sighs, leaning forward so that all those glorious curls fall into her face.

I reach forward, smoothing them back so I can see her eyes. This is important, and I need to be able to see what she's thinking.

"Well, soon-to-be-*Dr.* Vega, I'm pretty sure we both know you aren't going to be quitting school anytime soon. And since you're most interested in UCSD and UCLA, San Diego seems like a good fit for us."

That's exactly what I'm afraid of—that she's doing this for me and not for her. "Yes, but I don't want—"

She holds up a hand to stop me. "*And*, in case you haven't noticed, I love San Diego. It is my hometown, after all. Plus, after spending months in Alaska, I'm never going to take this weather for granted again. Besides, one of the best parts of having wings is that gargoyles can fly anywhere they want to be—so having the Court here doesn't limit any of us. Especially since you've got that daywalker ring from Remy." She blushes a little as she says it.

My fangs come down at the implication, my eyes lingering on the two tiny pinpricks at the base of her throat that I left there just this morning. Because, yes, I've made good use of the ring Remy gave me all those months ago. Very good use.

She sees where I'm looking and her blush deepens, even as her eyes turn a little hazy—a surefire sign that her mind is going the same place mine is. Lucky, lucky me.

"Want to head home?" I ask as casually as I can manage considering the thoughts currently racing through my head. Thoughts of touching, kissing, *tasting* Grace—

"Home?" She sounds confused, but the gleam in her eye tells me otherwise.

"Or we could take the boat out, cruise to Coronado for the afternoon."

As soon as I say the words, I like the sound of them. Grace spends so much time taking care of other people, but I'm the one who takes care of her. And after the tense meeting she had with the Circle last night where they were finalizing their secret delegation to the United Nations—Grace is making good on her promise to bring paranormals into the light—an afternoon cruising across the bay and then walking the little shops she loves so much sounds like a perfect fix.

The fact that our boat just happens to have a very comfortable stateroom— one that just happens to have a very comfortable bed—makes the idea even more appealing.

"Coronado?" She perks up at the mention of one of her favorite places in all of San Diego. "Can I get a cupcake from—"

"The little bakery you love?" I ask as I stand and then pull her to her feet.

c o u r t

"I was thinking more like a dozen cupcakes, with the little sprinkles on top."

She laughs. "And that's why I love you."

My whole freaking body lights up at the words. Grace loves me. She really loves me, even after everything I've done. Everything I put her through. It feels like a miracle, one I'll never take for granted.

I don't say anything back right away because I can't. Too many emotions—all of them good—are clogging my throat, making it hard to breathe, let alone talk. I feel like an arse, but I don't actually give a shite because I'm with Grace. And she loves me no matter how fucking sappy I get.

That doesn't keep her from rolling her eyes at the sappiness, though, even as she slips her dainty little hand into mine. "You're ridiculous. You know that, right?"

"You make me ridiculous," I answer, rubbing my thumb against her promise ring for good luck. "You have pretty much from the moment I laid eyes on you."

"So you say," she retorts. "But you still won't tell me what my ring means."

"What does that have to do with the fact that I'm crazy about you?" I ask as we start walking toward the university center. Grace has plans for lunch, and I know she hates to be late anywhere.

"I'm just saying, if you were really crazy about me, you would tell me what you promised me." She bats her eyes outrageously, but I just laugh at her even as I wonder how she'll react when I tell her the truth.

I know I owe her an explanation—it's been months since I slid that ring on her finger—but I can't help wondering how it will make her feel. There's a part of me that's still afraid she'll freak out at what I promised before I knew she would ever love me back, and that's the last thing I want now that things are finally good. Not just between us, but life in general.

It's never been like this for me—I've never had someone who loves me the way Grace does—and if she leaves...if she leaves, I don't know what the fuck I'll do.

But hiding it from her any longer doesn't work, either—unless my goal is to feel like a bloody coward.

"If you really want to know—" I start, but before I can finish, someone tugs on Grace's backpack from behind.

We both tense as memories of the last year flood through us. Bloody hell. I let my guard down for two minutes and—

"I'm early! Can you believe it?" Grace's best friend, Heather, says as she squeezes between us.

I order my rioting heart to calm the fuck down, can see that Grace is doing the same thing to hers.

"The shock is real," Grace deadpans.

Heather just snorts and shakes her head. Then tells me, "Nice fangs," before turning back to my mate. "My calculus class got out early, thank God. I swear, how many math problems can one woman be expected to do?"

"A question for the ages," I answer.

"Jeez, tough crowd." She bumps Grace's shoulder first, then mine. "I'm going to go back to being late."

"Maybe Hudson should buy you lunch—a little positive reinforcement never hurts," Grace tells her as I hold the door open for them both.

"I'll grab a table," I tell them, handing Grace my credit card as she and Heather head for the counter.

"I was just kidding," Grace starts, but I shake my head.

"Positive reinforcement's a thing," I tell her. "Besides, a deal's a deal."

Not that I need to make a deal to buy my mate and her friend lunch—I'd like nothing more than if Grace let me take care of all this kind of stuff for her. She's so strong, so sure of herself, that she doesn't let me do much to help her most days. Which is more than fine. I love her strength, love the power she continues to grow into.

But this I can do, and I have every intention of doing so.

Grace rolls her eyes, but she doesn't fight me over it. Instead, she loops an arm through Heather's and pulls her away. The last thing I hear her say as the cacophony of the university center rises up and swallows them is that they should get the biggest milkshakes in the place, on me.

I hope they do. I love making Grace smile, and as for Heather—I'll always be grateful to her for putting in an application to UCSD for Grace last November, when she was still grief-stricken and not thinking clearly. If she hadn't, we wouldn't be here right now, and here is a very good place to be.

Not to mention she's handled the whole vampire/gargoyle thing like a pro. She gets major points for that.

I snag a table near the windows and scroll through my phone as I wait for them to come back.

A text from Eden pops up, demanding to know where we are.

**Me:** Why? Need a tour of San Diego?

**Eden:** Maybe. But first I've got news

**Me:** Wait, you're here?

c o u r t

**Eden:** Keep up, vamp boy

**Eden:** Why else would I care where you were?

**Me:** Solid point

**Me:** We're in the UC

**Eden:** Gotcha

I have about two minutes to wonder what's up—she hasn't had a day off since she started at the academy—before she comes striding through the doors in her Dragon Guard in Training uniform.

She makes it to the table about the same time Grace and Heather do. And bloody hell. The look she gives Heather right before she grabs Grace in a bear hug is so scorching hot, it might burn the whole damn building down.

Especially since Heather returns the look with interest as she introduces herself.

Eden nods, gives her a very interested grin. But the grin fades the second she turns back to Grace and me. "We know how to reach the shadow queen—and how to get her to cure Mekhi."

"What? Seriously?" Grace grabs on to her arm. "Tell us everything."

Which she does, and it all sounds just bizarre enough to work. I start making plans to get out of class for the rest of the week, even before Eden concludes with, "So go pack. We need to swing by Galveston and spring Remy and Izzy from that shithole school. We're going to need them."

"I don't think Remy and Izzy are willing to be in the same room together, *still*. I don't know how their school is left standing, honestly," Grace says. "What about the others?"

"Already on board and waiting for you." She turns to me. "Speaking of which, Jaxon said to tell you that no self-respecting vampire actually settles down in one of the sunniest cities in the country. And that you're a real wanker for not inviting us onto that yacht of yours."

I lift a brow. "Oh really?"

"Okay, that last part was from me." She grins. "So how about it? We get the cure and pull Mekhi out of that fucking horrible Descent that's keeping that Shadow Curse from killing him—which I still can't believe the Bloodletter put him into—and celebrate with a cruise down to Mexico?"

"Only if I get to come," Heather says, twirling her hair around her finger as she bats her eyes at Eden.

"I'm counting on it," Eden responds.

"All right, then." Grace stands up and grabs her backpack. "Hudson and

I are going home to pack. Heather, why don't you buy Eden that milkshake while you wait?"

"Why don't I just?" Heather answers.

Grace and I don't wait around to see what comes next. But something tells me we're about to be seeing a whole lot more of Eden...

Now that we know where the shadow queen is, everything feels more urgent. So instead of our usual walk home, I fade with Grace back to our town house. But as we start to throw a few things into our backpacks—something that is far too familiar—Grace looks at me with a smile that somehow breaks my heart and puts it back together again at the same time.

And just like that, I realize there is no perfect moment to tell her about the ring. There is only this moment, and for once, I let myself believe that it's enough. That I'm enough.

Taking hold of her hand, I tug her close to me, then bring her hand to my lips. I kiss her palm first, then turn her hand over and kiss the ring I gave her all those months ago in the middle of a redwood forest.

Her eyes go wide. Her lips tremble. Her breath catches in her throat. And still, she doesn't ask. In fact, she doesn't say anything at all. She just waits and watches as eternity stretches between us.

"Years ago, I read an obscure poem by Bayard Taylor called 'Bedouin Love-Song' and, while I have forgotten most of the poem, a few lines at the end have stuck in my head for nearly a century. They're the lines that flashed through my mind the first time I saw you and the lines that continue to run through my head every time you smile at me," I say.

"Because, even then, my heart seemed to know that no matter what happened, whether you loved me or not—whether you chose me or not..." I pause, take a deep breath, then kiss her promise ring as I repeat what I promised her all those months ago.

"I will love you, Grace, till the sun grows cold and the stars are old,'" I murmur against her skin.

Grace lets out a startled cry as she stares at me with eyes that are suddenly filled with tears, shock coloring her features.

For a second, my stomach starts to sink—I was right. It was too much, too soon. But then she reaches up and cups my face in her trembling hands. And whispers, "I remember. Oh my God, Hudson. I remember *everything*."

But wait—there's more!

Read on for an exclusive look at two
chapters from Hudson's point of view.

The end is just the beginning...

# To Your
# Heart's Malcontent
# —Hudson—



"I thought you'd be sleeping." Jaxon's voice rings out behind me.

"I could say the same thing about you." It's not the most inviting answer, but I'm in a right foul mood at the moment. That's why I'm not in Grace's and my room. She has to get some sleep, which she will not do if I'm up there tossing and turning beside her.

And since the last thing I want is her worrying about me, I've set up camp in the living room of the lighthouse. I'd prefer to be outside, but the sun being up has pretty much nixed that idea. Well, the sun combined with my inability to keep my fangs out of Grace's various body parts.

I can't say that I'm sorry about the latter. How can I when everything about her feels like it was tailor made for me—including her blood?

"You okay?" Jaxon asks, and the words sound awkward coming out of his mouth. Then again, when was the last time things *weren't* bloody awkward between us? We're a lot better than we used to be, but when life get stressful, we tend to revert to old habits.

Or maybe it's just that neither of us is used to exposing our vulnerabilities—to each other or to anybody else.

"Shouldn't I be asking you that?" I turn around just enough to shoot a pointed look at his chest.

"It's all good," he answers with a cocky smirk on his face. But there's a flash in his eyes, something that makes me think whatever is going on with him isn't quite as fine as he's making it out to be. Or worse, that maybe *he's* not as fine.

And though there are a million things going on inside me, scores of thoughts chasing themselves around in my head as I try to figure out how to help Grace without losing myself to the darkness, I can't leave him alone with his misery.

Jaxon might be a wanker—and by *might be*, I mean *is*—but he's still my little brother, and I can't just ignore the way he's fronting, not when he's lost so

court

much over the last few days—including one of the only people he's ever trusted or cared about in his life.

Of course, the fact that I feel guilty as bloody hell about Grace choosing me doesn't help the matter, either.

Not that I would change how things worked out—I wouldn't. Grace is mine. My mate, my heart, my very soul. And she always will be. I can never regret that, *will* never regret that she chose me.

But that doesn't mean I don't feel bad for Jaxon. I know what it's like to have Grace's love and then be forced to try to live without it. I could never get over Grace if I lost her, so if he needs time to come to grips with it, I totally understand.

Which is why I ask, "Are you sure everything's good?" as I turn around to face him.

Having a fucking heart to heart is the last thing I want to do right now, when the faces—the souls—of all those wolves I destroyed at Katmere are stalking me like prey, but for Jaxon I'll do it. I owe him that much.

"Yeah. I'm good." But he slumps on the couch, spinning a water bottle between his hands and tearing the wrapper off tiny piece by tiny piece.

"You hurting?" I ask.

His gaze shoots to mine, and once again there's just a flash of pain there before the bloody kid banishes it. "My heart's fine."

I don't know if he's referring to the fact that it's been a day since my father nearly ripped his heart out of his chest—and he got a dragon heart to replace it—or if he's talking about the more metaphysical part of his heart. The part that broke wide open when his and Grace's mating bond broke and nearly took his soul with it.

Instead of pushing for an answer that isn't a runaround, I settle for asking, "What's it feel like?"

"Nearly dying?" He lifts a brow.

I don't need him to tell me that—our dear, undeparted father made sure I understood that feeling before I saw five years of age. "Having a dragon heart."

There's a long ripping sound, and another piece of wrapper bites the dust. So maybe the tosser's not doing so bloody okay after all. Big fucking surprise.

"It's fine." Now he's rolling the bottle between his palms. "At least I'm alive. That's what matters, right?"

"If you're asking for confirmation..."

"Oh, fuck right off," he growls.

He sounds so British in that moment that he startles a laugh out of me.

Which just makes him more snarky.

"Are you laughing because I'm alive? Or because I almost died?"

I barely resist the urge to roll my eyes à la Grace. Always the drama with this kid. Always. "What do you think?"

"I think I'm a fucking mess, that's what I think." As soon as the words are out, he looks like he wants to take them back.

But I'm not about to let him. Not when it's the first real thing he's said to me today. "I think we're all fucking messes right now. It's been a rough few days."

I deliberately refuse to think about the moment the wolves went for Grace at Katmere and I ended them all in the blink of an eye. Refuse to think about who they were. If they had families or dreams or a mate waiting at home for them.

Jaxon snorts. "It's been a rough few months."

"I'm not going to deny that." I pause. "Getting murdered can be rough on a guy."

"Seriously?" He sits up, annoyance replacing the melancholy that had made me so uncomfortable earlier. "Are you still harping on that?"

"Harping on the fact that you tried to kill me?"

"Don't you mean *succeeded* in killing you?" He lifts a brow.

"Um, no. That's not what I mean at all. I let you think you killed me, but all you really did was put me back in that bloody fucking crypt for a year. Which is bad enough, you gormless prat."

"Seriously?" Jaxon searches my face. "Is *that* what happened?"

"Well, you didn't kill me, that's for sure." I smirk at him. "No matter how hard you tried."

"I didn't try that hard," he answers. "And if you hadn't gone around acting like a sociopath, I wouldn't have had to do it in the first place."

It's an old argument now, one we've gone round several times. But it hits differently today, after the wolves. Then again, everything hits differently after the wolves—and Flint's accusation that I let Luca die.

I try to hide my thoughts, but I must not be doing a good enough job because the sardonic grin slides off my brother's face. "I didn't mean it like that."

"I know you didn't." I force a grin I'm far from feeling.

"I would have done the same thing, you know. If I could have."

"No, you wouldn't. And that's a good thing—"

"Bullshit!" Jaxon explodes. "I was getting ready to bring the whole damn place down on our heads—"

"You did bring the whole place down on our heads," I remind him drily.

684                                 c o u r t

"You helped," he shoots back. "Plus, that's not what I meant and you know it."

I do know it, but yanking his chain about shite is too much fun to pass up. Especially since it deflects him from talking about me and what I'm feeling right now.

"I'm serious, Hudson. If I could—"

"I know what you're saying," I interrupt, because my brother's like a damn dog with a bone right now. Plus, ignoring it isn't getting the job done, so maybe acknowledging it will make him chill the fuck out.

"Do you?" he asks. "Because if I could do what you do, I would end anyone who went for Grace or F—" He breaks off abruptly, and everything inside me goes on red alert. Because this is a new fucking development, and a bloody interesting one at that.

"Or who?" I ask, brows raised. "Flint?"

But Jaxon just shakes his head, rubbing a hand up and down over the back of his hair.  "I don't know."

"You don't know?" I query. "Or you don't want to know?"

"His mom gave me her fucking heart. She asked me to use it to protect him, and that's what I'm going to do, no matter what."

He's so frustrated, I'm a little surprised he hasn't brought the whole damn lighthouse down on top of us yet. Of course, I no sooner have the thought than the ground beneath us trembles just a little. He locks it down quick, though, and I pretend I didn't notice.

But I make sure to tread carefully when I ask, "I understand obligation. I understand doing something because you feel like it's your duty. But what you said earlier—when you were talking about Grace and Flint—it didn't sound like obligation. It sounded like something more."

Jaxon makes an annoyed sound deep in his throat, then lays his head back against the couch so that he's staring at the ceiling. "His boyfriend just died. His boyfriend who happened to be one of the best fucking friends I've ever had."

There's a lot rolled up in that sentence—a whole fucking lot. But I'm nothing if not persistent, so I say, "None of that actually tells me how you feel—"

"He was my best friend, okay? My best fucking friend. And I've destroyed his whole life. My brother killed his brother. Despite all my power, I couldn't save his boyfriend and I couldn't save his leg. And then I took his mother's heart—"

"She gave you her heart," I remind him.

He shrugs. "It's the same thing."

"It's not," I tell him again. "Not at all."

"Yeah, well, it sure feels like it. It feels like everything that's happened is my fault." He closes his eyes, swallows hard.

I know what he's saying. Because this whole mess feels like it's all my fault, too. I didn't kill Cyrus's forces on the island and all kinds of bad shite happened. I did kill the wolves at Katmere and even more bad shite happened. How can it *not* be my fault? Especially when I can feel broken pieces of them clawing away at me deep inside, burrowing straight through my defenses and into my soul.

"You know, everyone thinks it would be so great to be as powerful as we are," Jaxon says, and with his defenses down, he sounds as destroyed as I feel. "But sometimes it fucking sucks, man."

For me, there's no *sometimes* about it. It always fucking sucks to have these powers, which is why I keep thinking more and more about how I can get rid of them for good.

A sudden clomping outside the door has us both sitting up straighter.

"Who is that?" Jaxon asks, shooting to his feet. I can feel the fight in him, feel him getting ready to do whatever needs to be done.

But a quick glance out the window shows a delivery person walking back to his car, so I gesture for Jaxon to sit back down. "It's just breakfast for Grace and the others. I gave instructions to leave it on the porch so I can get it."

Jaxon shoots me a knowing look as he heads for the door anyway, to get the coffee and pastries I ordered from the fully closed-in porch. After collecting them, he puts a cup of coffee and a bag of food on the end table next to me before leaving the rest on the kitchen counter.

"I'll text the others, tell them to come get it."

"Thanks, I appreciate it."

He nods as I grab Grace's food and head for the stairs. But before I can do more than take a couple of steps, he asks, "Do you ever think about giving it all up?"

He doesn't have to say any more for me to know he's talking about our power. "Only every fucking day," I answer before continuing upstairs. "Only every fucking day."



## Right Into the Danger Zone
## —Hudson—

"**A**re they skeletons?" Macy whispers, horror filling her voice. They don't look like skeletons. They look like something a whole lot fucking worse. I just don't know what that is yet.

Grace must think so, too, because she trembles beside me. I wrap an arm around her and pull her close as whatever the hell they are start climbing up the walls.

I've never seen anything like these things, all twisted, mismatched bones, splintered skulls, broken bodies. And if I have my way, I never will again.

They appear as if they might have been human once, but only if you look closely and ignore all the strange angles and missing parts. Plus the fact that they are totally and completely mindless, focused only on storming the castle, destroying whoever is in their path.

They're racing up the sides of the walls now, their bones making a sound I've never heard before. It's a strange clacking noise that gets inside you, that makes shivers race up your spine like nails on a chalkboard, only so much worse.

They're getting closer, and I glance around, trying to see what the gargoyles are doing. Surely Chastain isn't okay with these things—whatever they are—attacking the Gargoyle Court en masse. So why the fuck isn't anyone engaging with them? Yeah, they've got archers shooting burning arrows, but what's the point of all that sword training the gargoyles do every day if they aren't going to use it to defend themselves? It's baffling.

Especially since none of the flaming arrows flying by us seems to connect with the damn things. How hard can it be—there are thousands of them and they're all grouped together in a giant wave climbing up the side of the damn castle. Pure luck should have the archers hitting *something*.

Instead it seems like hours before—*finally*—an arrow strikes home and a

TRACY WOLFF

bone creature lets out one of the most terrifying shrieks I've ever heard.

The scream goes on so long, it feels like it's become a permanent part of my brain, so that it takes a second for my mind to catch up when the sound finally dies away. Not that the silence lasts—seconds later, another arrow hits a different skeleton, who lets out an eerily similar sound.

The screams are followed by the sound of bones crunching, which is followed by more screams. It's a vicious cycle that keeps repeating itself as they make their way farther and farther up the wall.

More gargoyles are in the air now and I think they might make the difference, but then Grace stiffens behind me, a sound of terror ripping from her.

I follow her gaze and see one of the female gargoyles—Moira, I think her name is—being attacked by a bone creature. She's freaking out, screaming for someone to get it off. But no one moves to help her.

I start to do it—if the gargoyles choose not to protect their own, I'll do it for them. But then I see something that chills my blood, and has the other gargoyles' reticence making so much more sense.

The bone creature has sunk its teeth into her wrist, and her whole arm is dissolving. Her flesh is turning to dust in front of my eyes, blowing away in the wind like nothing. And the longer it holds her, the more flesh she loses.

It's the most disturbing thing I've ever seen, this strong, healthy gargoyle rotting piece by piece. Fingers, forearm, biceps, shoulder... These creatures take monstrous to a whole new level.

"We have to help her!" Grace shouts, pushing away from me. Then she's racing down the battlements toward Moira, and what's left of my heart stutters in my chest.

"Don't!" I yell, reaching out and yanking her back to me and away from whatever the hell those fucking things are.

"We have to help her!" she screams again. She's clawing me now, struggling hard to get free, but I don't let her go.

"We can't," I whisper, and she looks at me like I'm a coward. It slices deep, as does her lack of faith in me, but still I hold on tightly to her.

"There's still time!" she begs, her voice high-pitched and frantic. "We can save her!"

"No, we can't." I lean forward over one of the crenels, pulling her with me so her human eyes are close enough to see what I have all along.

"Oh my God," Grace whispers. "It's killing her. It's killing her!"

Her words, clear and terrified and more than a little painful—on every

front—fill the air around us. And even before she turns to me, shoulders down, face wet with tears, eyes desperate for a miracle, I know what she wants me to do.

More, I know what she *needs* me to do.

I can't say no, not when she's hurting and panicked and desperate.

She's my mate. It's my job to take care of her. And that means when I know she needs something, she shouldn't even have to ask.

Her eyes meet mine, and I show her the answer before she even figures out the question.

She's crying in earnest now, and seeing her suffer destroys me. I start to turn away, to begin what has to be done. But then she whispers, "I'm sorry," and it breaks my heart all over again.

I cup her face in my hands, wipe her tears away with the pads of my thumbs. "I already told you, Grace. Don't ever apologize to me for wanting to save your people."

She makes a wild, panicked sound even as she shakes her head and reaches for me.

But this has gone on too long already. I need to end it before these people—before my *mate*—get hurt any worse.

I take a second to look down at the monstrosities below us, with their twisted, broken bones and their demented devotion to whatever destruction they can bring. *Monsters*, I tell myself. *They're just monsters.*

But even monsters have hearts—I know that better than anyone.

So I close my eyes and hold a hand out over the crenels. Then I open up my mind, let my power loose. And slowly, carefully separate the energy from each of the individual skeletons from everyone and everything else out here.

There are thousands of them, and each one is alive in some twisted, demented way. The realization is a fist to the gut, even if there's a part of me that expected it.

Each one has a mind. Each one has a soul. And I slide into every single one of them.

I feel the pain of splintered bone, the haze of bloodlust, the gnawing, ever-present ache to be real again. To be whole again.

It hurts more than I ever could have imagined, more than thirty thousand bony claws raking through me, shredding every tiny particle of my being. I try to block it off, try to concentrate only on what has to be done, but it's impossible. There are too many of them, and each one wants a piece of me. A tiny corner

of my soul that I will never get back.

But this is for Grace. For her people.

Once I'm inside all 3,127 of them, once I can feel their hearts and bodies, their minds and souls, it nearly destroys me to know what's coming.

But Grace needs this, and that is all that matters. So I do what has to be done.

I close my hand.

And die 3,127 times.

Turn the page for an exclusive sneak peak of the upcoming epic fantasy about to take the YA reading community by storm.



One born to rule—
one to forfeit.
Guess which one I am.

# 1
## A HOVEL AND A HAG

The moonlight filtering through my tiny glassless window creeps across my ceiling as I mark the time by the single star visible in the night sky, waiting.

I do this a lot. Waiting to sneak out. Waiting to fulfill my duties. Waiting for Omma to tell me what to do. Waiting to be anything but who and what I am.

Mereneith Evangeline XII of Sandes. Second-born princess of the royal line.

Only, my name was erased from the Book of Names so I can serve the dominion, the crown, and the greater good...in secret. Just another in a long line of hidden royal twins.

One born to rule—one to forfeit.

Guess which one I am.

My purpose is to stand in as a body double for Tabra when a situation is too dangerous to risk her life. Secretly, of course, because no one outside of my sister, our grandmother the queen, and our grandmother's own hidden twin, Omma, knows of my existence. My life is tied to my sister's until the day I have to save her life by sacrificing my own.

Quite a fate to hang over a girl's head.

All because King Eidolon sits on the throne in the icy dominion of Tyndra, a constant threat to the Sandes royal line. The stories Omma and Grandmother used to tell us about the seemingly immortal king are terrifying. He's been stealing and killing Sandes queens for centuries, though no one has figured out why. Only a few generations have escaped, Grandmother being one of them, which is why she's still on the throne instead of Omma.

He is always coming for us. We just don't know when. And that unpredictability is what scares me most.

I pull my knees to my chest, watching my star creep across the sky. I refuse to think about the king or his winter. Not tonight. Tonight is *mine*.

Or it will be, if I can get out of this damn house without the Hag catching me.

I've been sneaking out since I was a child, living for the days Omma leaves me behind to travel on her own to the palace in the capital city of Oaesys. Reckless? Yes. But worth it.

The desert is the only part of my life that is for me, not for Tabra, or the queen, or Sandes, or Omma, or anyone else. It's where I get to be Meren. Where

my only real friend, Cain, teaches me things that Omma would never allow.

With a sigh, I stare at the shadows on the edges of the moonlight. They reach out for me like a cool caress. What I wouldn't give for a different life. One where a future of my own stretched out in front of me, full of possibilities. But that's not going to happen, so I shove the wish down deep.

The instant my star disappears, I'm on my feet, adjusting the disguise I put on earlier. My clothes—a black body-hugging top, breeches, and worn calfskin boots—are threadbare to keep up the appearance of Meren, poor city waif.

The last touch is a headscarf that makes me claustrophobic, but it hides most of my face, leaving only my eyes showing. I wear it any time I'm out of the house and in the city. Goddess forbid anyone mistakes me for Princess Tabra, heir apparent to the throne.

As Tabra's identical twin, I have the same long black hair, same sun-kissed skin, same unusual shade of amber eyes and stubborn chin. I am an exact copy, down to each mole and scar.

You don't want to know how I got the scars.

I climb out the window, hoping against hope that this will be unexpected and I'll actually make it out of the hovel without being seen. I haven't tried this way out before, for a good reason. As I swing my leg over, my stomach pitches, and I grip the windowsill hard. Heights and I do *not* get along.

I huff out an irritated breath. Princess Mereneith, Imperium and fearless body double to the future Queen of Sandes, afraid of falling to her death from only one story up.

Ridiculous.

Not looking down, I manage to scramble the rest of the way out and scoot across the tile-covered roof to the corner. There I grab the drainage pipe bolted to the wall. Is the air thinner up here? Black dots freckle the edges of my vision—or maybe I forgot to breathe. Ugh. Without letting myself think about it, I shimmy down to the alleyway below, sucking in a shuddering breath when my feet finally hit the ground.

I get lucky. The alley is empty. No sign of Omma's watchdog.

The small, weathered hovel where Omma and I live is tucked between two taller inns, like a tiny child squished between broad-shouldered men in a pew at temple. It always smells like piss out here. These are establishments for rough travelers, drunks, and whores. That's what Omma calls them, at least, though the women who work there have always been kind to me. Except for the selkie, but she's mean to everyone.

Ignoring my shaking hands, I pull out a pack from under a pile of trash where I'd hidden it earlier. Sand rats skitter resentfully out of my way, baring tiny, razor-sharp teeth. The menaces gnawed a hole in the side. Scowling, I check the contents, but it's sealed up tight.

Bag secure over one shoulder, I move quickly to the end of the alley and pause, peering down the street, which has yet to fill with people. The cool of night is when this city comes alive, and it helps if I get outside the walls before that happens.

But when I go to take a step, a gnarled hand wraps around my arm and tugs me back with surprising strength.

I grimace. Not so lucky then, which means I risked my life on that deathtrap of a roof for no good reason.

The Hag—I've never heard anyone call her anything else—glares in my general direction. For years, my great-aunt has paid this blind old beggar woman to watch the house—and me—when she's gone. But Omma is cheap, even when protecting the royal quasi-princess she's raised since infancy, and the Hag is only a Vex.

Her lack of powers doesn't make her any less intimidating, though.

"You shouldn't go out tonight," she says in a voice only a mother could love, her hooked fingers twitching.

*No one* is talking me out of this. "Listen—"

She holds up a hand to stop me and huffs out a sigh. "How are you from Sandes? Our goddess granted us patience, and yet you have none."

There's a lot about me that doesn't make sense in my dominion. I've never fit into any of the places or roles I've been forced into. Like filling an hourglass with rocks instead of sand and still expecting time to keep flowing—that's me.

"Just…watch yourself tonight, girl."

I frown. She's never bothered to warn me before. "Why?"

"I may be blind, but my ears work fine. Talk of more folk disappearing. Taken in the night." She pauses, then lowers her voice to a hush. "I think a Shadowraith walks among us."

*Shadowraith.* My breath stills at the whispered word.

I can only guess what kind of creature that is, but given the disappearances, it sounds pretty bad. Everyone in my city of Mierazh has heard of someone who knows someone who's gone missing. They call them the Vanished. The whispers have yet to reach the palace in Oaesys. Maybe it's time I mention it to Tabra. Grandmother isn't likely to bother with it, but a few well-placed murmurs in the

viziers' ears from my sister might help.

The Hag's warning is one I'd be smart to listen to. Instead, I have to bury a spark of interest. I've never been frightened of shadows. I use shadows. More times than I can count, I've wished I could slide into them and let them take me anywhere but here.

Maybe I would feel differently if I came face-to-face with a Shadowraith. A girl of eighteen summer solstices, even an Imperium girl who came into her underwhelming powers way too early, probably couldn't do much. My ability to control sand wouldn't make a dent. I mean…sand isn't all that handy as a defense. I'm not supposed to use it in public anyway.

Hard rule. One of many.

I square my shoulders. I already have enough worries just getting out of the city, but the Hag's warning is more than most would do for me. Rather than hand over the tiny purse of coins I always bring in case she catches me—which she usually does—I pull out the last of the storm-asps I snuck out of the palace last time I was there. It was supposed to be a gift for Cain.

"Here," I say and place the sleek, pewter-scaled snake into her hand.

Her crow of delight follows me around the corner and into the darkened cobbled streets.

## 2
# STRANGER IN THE NIGHT

I cut a careful path through the slowly awakening city. At night, it's harder to see the decay. Everything around here is chipped, broken, or falling apart. The deterioration isn't contained to the poorer parts of the city anymore, either.

During the day, these streets are full of people who remind me more and more of the sand rats, chewing through whatever and whoever they have to just to put food in their bellies. Vexillium, all of them, just like the Hag. Men and women stooped over, life etched into the crags of their faces, muck permanently worked under their fingernails. When Omma and I come back from trips to the palace, I have to scratch in the dirt or I look too clean.

Somewhere inside one of the buildings I pass, laughter tumbles out—a family, by the sound—and I smile.

Sandes at night always reminds me that under that decay are people who laugh, who love, and try to survive. Patience gets them through the heat of the day, and a world bathed in moonlight is their reward.

Sandes is the goddess of the three moons instead of the sun for a reason.

But there is still danger here, so I quicken my pace. The underbelly of Mierazh lurks in the cracks and crevices. Dealers, thieves, life stealers, and traffickers. But no one sees me, let alone tries to stop me, and no one follows. I know because I check over my shoulder so many times, I'm surprised I don't trip over my own feet.

Moving between dark patches and doorways, I near the south gate in the city walls. It's the least traveled gate because this is the way the Wanderers come in from the desert beyond. To trade...or, some would have you believe, to kill. I check over my shoulder one last time—

A man stands in the middle of the street, staring at me.

I stumble to a halt, shock and fear spiking in my veins. A series of thoughts tumble through my mind all at once. Should I run? Is he a Vex? He doesn't look like a Vex. He's too still. Too...controlled.

Which means he's an Imperium. Great.

But which kind?

A Corpori would be less of a threat. We control tangible, physical elements like sand or water or plants, depending on the person. But an Etheri... Their

control over intangible things like emotions or souls or a person's mind can be terrifying.

King Eidolon is Etheri. Or so we've been told.

Omma is Etheri.

The last thing I want is to cross paths with an unfamiliar Etheri. *Please be pretty much anything else.*

I eye him. He's not just staring—he's watching. Intently.

Neither of us moves. I try to make out more of his sharp-edged face in the darkness. He's all shadow and hardness. Dressed in black, his clothes aren't those of a laborer or a waif, like me, but neither are they anything that speaks to wealth or privilege.

The strangest sense of recognition washes through me, but I can't pin it down, like trying to reach for a mirage.

Then a shaft of moonlight shifts, glinting over his features, and a wave of impressions strikes in rapid succession. A few summers older than I. Midnight black hair swept up off a high brow. A sharply set jaw. Slashing, thick brows over eyes that even in the silvery light are the color of the ocean. The turquoise is so clear and true, I'm reminded of the times I've stood on the protected side of our glass walls and watched the sun play on the shallow ocean waters beyond the narrow spit of sand. Sometimes, for a crazy, pulse-pounding instant, I've thought about risking a gruesome death just to know the feel of the translucent waves washing over my feet.

I feel that same pull now.

He is possibly the most harshly beautiful man I've ever seen, but that's not what captures my attention. It's the aura of leashed power that surrounds him… and the way he's studying me. Like he sees *me.*

And I'm just standing here, drinking in the sight of him like it's perfectly normal to come across beautiful, uncomfortably familiar men who all but appear from thin air in the middle of the night. An Imperium, no less. Omma would have my head. Tabra might even help.

I gather my wits and edge closer to the tunnel.

"Who are you?" he asks.

Goddess, what a voice. Velvet and iron. Another quiver of reaction fizzes through me, but then his question sinks in and dread wells up in its place. That is the *last* question I want anyone asking me. Especially an Etheri. What if his power is over truth?

Forget edging away. I bolt.

"Hey!" he calls after me.

I hesitate, glancing over my shoulder...and immediately get sucked into his gaze again. Dammit. At least I remember to deliberately lower my voice so I don't sound like my sister when I speak. "I'm no one."

His eyebrows slam down. *Oh, he didn't like that.* But then his expression shifts as he glances between me and the exit. "You shouldn't go out there alone."

As if he's trying to protect me.

For a man who looks like a criminal, that's a ridiculous idea. I lift my chin. "I do as I please." I hear the queen's imperious tone in my words, and I want to kick myself. A waif of Mierazh wouldn't sound so...royal. So entitled.

There's no flicker of recognition in his eyes, thank the goddesses. I've about convinced myself he's just a Vex criminal whose nighttime activities I interrupted when he gives a slight incline of his head.

I frown. A criminal with an authoritate's manners? Who *is* this man? Before I can ask, the stranger turns and melts into the shadows, leaving me alone. I stare at the spot he'd just been, wrestling with the strangest sense of disappointment and...emptiness.

I shake myself out of my stupor. *Emptiness?* I have no business feeling whatever that's about. No, I need to get out of the streets and into the desert. Lingering anywhere too long alone in Mierazh is never a good idea.

With one last glance at the shadows—what is *wrong* with me?—I scurry through the tunnel toward the sand on the other side. I pause at the end to be sure no one is hovering just outside the entry, then hurry into the rolling desert dunes.

Ten steps out, a tickling sense of being watched has me checking over my shoulder one last time, sure that I'm going to see the stranger standing at the gate.

No one is there.

All that lies behind me is Mierazh, all white, made of sand from the Crystaline Desert, that glows under the three full moons.

Muscles tensed, I walk quickly until I get to the towering glass wall that marks our dominion's farthest eastern border.

No one knows how high the glass walls go. Some think they're actually a dome, but if that were true, how do we still have air to breathe? Whatever magic lurks in that glass, I don't bother to question it. They protect us from a bigger threat.

On the other side, just beyond the narrow beach, the oceans that surround and separate all the dominions sleep in the darkness, seeming almost peaceful. I know better. The walls were made by our goddess to keep out the Devourers.

The monsters are violent and thirsty for human blood, and each is as different as the last. No one knows why our seas were damned with them, but each dominion has its own defenses, some more successful than others. This is ours.

Putting the water on my left, I keep moving south, away from the city.

In protecting us from the monsters, our goddess gave us an unexpected gift. The tendrils of Tyndra's winter are crawling beyond the borders of King Eidolon's lands, reaching for Sandes and the other dominions of Wildernyss, Savanah, Tropikis, and Mariana. The glass walls keep my people safe, but the brutal cold ravaging the other dominions is relentless.

The walls won't hold forever.

The more immediate problem is what's happening to the dominion itself. While the walls have kept out Tyndra's winter, they've also kept in the intense heat of summer. The desert has been eating away at anything that had once been lush and green, just as the decay has been eating our cities.

Too bad I'm the only one in the palace worried. And I technically don't exist.

The longer I walk without any sign of Cain, the more disappointment builds in my gut. No fires dot the dunes in the distance. No sounds of warm laughter float on the breeze. No horses' hooves scuff on the parched sand. Sighing, I unwrap my headscarf and drape it around my neck and shoulders. The closer I get to the well, the more the hope of seeing my friend shrivels.

It happens this way sometimes. Wanderers are, after all, a nomadic people who travel the deserts. But I'd heard in the city they were moving this way, and between his zariphate's movements and Omma's sharp eye keeping me in place, it's been so long since I've seen him. Ages.

Dropping to the sand with a small dune between me and the well, I sit and wait. Just in case. It's not like I have anywhere else to be. Out of sheer boredom, I reach for the small kernel of the power inside me I can't ever seem to fully grasp.

Warm tingles cascade through my skin like effervescent bubbles as the soft yellow glow of all Corpori illuminates my palm. Under me, the ground shivers. At a whisper of my direction, a small amount of sand lifts from the ground. I add heat and tiny golden sparks spray out, reminding me of fire sprites who lead people who are lost even deeper into the desert. The sand fuses, forming into a ball, then the individual grains melt and meld, becoming liquid.

With a flick of my fingers, I shape the small bubble into the start of a glass flower for Tabra. I make them for her as gifts, basing them off ancient drawings in rare books hidden away in Grandmother's personal library. A real flower hasn't been seen in eons, so I took to making poor imitations of them as practice.

My sister loves them so much she made a secret garden of them in the palace.

I don't finish, though. It's still just a bud when I decide I shouldn't stay here waiting any longer. He isn't coming. The zariphate isn't coming.

Wrestling with the disappointment dragging at me, I get to my feet, slipping the flower into a pocket to finish later.

But before I can turn back for the city, a pale-skinned, leanly muscled arm wraps around my chest and a knife blade digs into my throat.

# 3
# CAIN

Shock pelts through me like a barrage of arrows. Merciful goddess. Did the stranger follow me after all? Did he see what I was doing with the sand?

"Move and you'll be breathing blood through your windhole," a low voice says close to my ear.

Not the stranger's voice.

The blade digs deeper and I flinch. I let myself get distracted and got caught. How could I have been so careless? The warm trickle oozing down my neck tells me whoever this is…he's deadly serious.

My mind splinters. If he isn't the stranger, then who in the hells is this? An Imperium would have used their power. A troll would be taller. Maybe an Outcast? Hopefully not the Shadowraith. The Hag's warning didn't help much if that's what I'm up against.

I catch a scent of sweat. Not my own, though—fouler, more pungent. Definitely a Vex.

Relief is sharp but brief. Now what?

I have a knife strapped to my ankle. It's the one valuable skill Omma ever taught me—only to protect Tabra, of course—but I can't reach it.

Which leaves me only one option.

Closing my eyes, I remain still and silent. As long as I don't pose a threat, maybe he'll let me go. Unless this guy is one of the "sacrifice her to the Pit of Bones" types. Being digested slowly over a hundred summers really isn't in my plans.

"I wondered how long it would take before we bumped into Cain's little pet," a familiar female voice purrs from behind me.

My eyes snap open. Despite the knife still at my neck, I don't bother to hide my irritation, my lips flattening.

Cain's half sister, Pella, moves the sleek black mare she sits atop around in front of me. Even though they don't look it with their smaller, fine-boned stature, the horses of the Wanderers have been bred to be hardy with incredible stamina. Survivors.

If I were a horse, I'd want to be like them.

Reins loose, hands casually draped over the high pommel of her saddle,

Pella sneers down at me. Sharp nosed and sharp tongued, Pella is a feminine version of Cain with skin the color of sand in the sunset. I always was jealous of that, since I have to protect my own to match my sister, who rarely leaves the shelter of the palace.

I've never liked Pella. The sneer I can handle. No one comes close to Omma— or even more so, my grandmother—for sneers. The court is riddled with judgment like the pox, so I've managed to grow a thick skin. But the fact that Pella always calls me Cain's little pet, despite me being a few months older than her, chafes like sand in my undergarments.

What's more, she knows it.

"Pella," I greet. "I wish I could say this was a nice surprise, but you clearly still haven't outgrown that bitchy phase. Shame."

Her sound of outrage is worth the sting of the knife pressed deeper into the flesh of my neck, earning me another oozing trickle of blood. "You dare insult the zariph's daughter?" the scout demands.

"Let her go," another familiar voice, deeper than the last time I saw him, commands from behind the well.

Cain.

He steps closer, the moonlight illuminating his face, and I blink. Lately, whenever I see him, I'm surprised. I can't help it. I guess I keep expecting to find the boy I grew up with—gangly and scrawny, with a head too big for his shoulders and coltish legs he hadn't known what to do with.

But that's not who he is anymore.

Laughing eyes, nearly onyx-colored in the night, are wide-set under a strong forehead. An even stronger jaw. Skin burnished by the sun to a rich, coppery-bronze, darker than his sister's. His form has filled out, broadened, and no doubt hardened under the looser clothing of the wandering desert peoples.

Made of cloth the exact hue of this desert, the clothes blend Cain's silhouette into his surroundings, sand the color of oats. It's difficult to see where one layer ends and another begins, but I know the outermost layer hides razor-thin armor strapped to his legs, torso, and shoulders.

The knife is removed from my neck, and the scout steps away. He pretends not to recognize me as he disappears into the desert, even though I know he does. Everyone in this zariphate knows me.

Cain is, after all, the eldest son of the zariph. Next in the line of succession.

Kind of like me, but legitimate.

He winks at me, and I try not to laugh.

Pella's expression curls into a scowl. She really would be strikingly beautiful if she'd stop doing that with her face.

I blow out a silent breath and turn my back to her. She has never, ever made me feel welcome among her people. Wanderers are naturally wary of strangers, but after so many years of me hanging around, Pella should be over it.

Behind me, she gives a little hiss. "Caught like the ignorant city-dweller she is."

If only she knew. In order to play the role I do in the palace, I've been educated the same as my sister. All the best tutors. Debates with philosophers and generals and government leaders. I'm the most educated waif in all of Sandes.

I wonder what the zariph would do if I knocked his only precious daughter off her horse with a rock?

"There's only so much I can protect you from," Cain murmurs softly as he steps nearer. "As much fun as your smart mouth is."

My response dies on my lips when a tremor deep in the ground catches my attention. A good distance away, a tiny plume rises into the air like smoke. It could be a dust devil, swirling and twisting spouts of wind.

It's not.

A zariphate of Wanderers, in number, is on the move and headed straight for the well. Still a league out at least.

Tracking my gaze, Pella suddenly sits straighter. "We'll see what Father has to say about your sand rat," she says, directing the words at Cain.

"Sand *snake*, don't you mean?" I glance pointedly at her.

Pella's hand goes to the small, puckered scar on her lip that I can't see but know is there. The last time she called me a sand snake, I'd cracked a whip at her. I'd meant it to be a warning. It caught her in the face instead. I can't say I'm sorry that I'm not all that great with whips.

Rather than pout, she grins at Cain. "Now that you're to be—"

"*Pella.*" Cain practically growls the word.

His sister blinks at him, all innocence, leaning forward to casually pat her horse's silky neck. "If you're going to be married, brother, I doubt your new heartmate will appreciate having *her* around."

A confusing swirl of emotions strikes with the force of a physical blow. Mostly, hurt rises to the top like curdled cream.

"Go tell Father I've purified the well," Cain says to his sister over my head.

"Yes," I say. "Run on back to daddy, little girl."

Hatred flashes through her eyes, but something else must pass between

brother and sister because she huffs again, then turns away.

Leaving me alone with Cain.

I wait a beat before looking at him, searching his familiar face.

The first time I ran away from the hovel, I was six years old, and Cain, not much older, found me parched and barely alive under a lone tree in the desert. His father managed to have me returned to Omma in Mierazh.

*You're lucky they didn't force you into servitude*, Omma had scolded me.

I wasn't so sure "lucky" was the right word. Even at that tender age, being a servant who was wanted and useful sounded better than being what I was.

The second time I escaped, only a month later, thanks to the Hag turning a literal blind eye after I bribed her, Cain had been the one to find me again. That time, he'd taken responsibility for me, and his father didn't bother to send me back. Cain promised to teach me to live and survive in the desert as long as I promised to only venture out when I could find him near this well, the one closest to the city.

I've worshiped the ground he walks on ever since. But if he got married? I would lose my friend. My *only* friend.

Cain's eyes glint with something that might be amusement. "If I call you beautiful, will you cut out my tongue?"

For the first time in my life, I'm tempted to put a hand up to check my hair, which only adds another layer of confusion to go with my dry-as-dust mouth and no doubt dirt- and sweat-covered face. I shift awkwardly. "Is it true?" I ask. "What Pella said, I mean."

He grimaces. "She shouldn't have told you that way."

So, she *wasn't* lying.

"You're right." I suddenly want to lash out at him, hurt driving me. "*You* should have told me, Little Cainis."

I regret it the second the words are out. Cain hates his full name, but even more, he hates the patronizing tag of "little" some add to it. His father, for whom he'd been named, is called Mighty Cainis and is the leader of the largest zariphate in Sandes.

Cain shakes his head. "I'm sorry. I was going to—" He cuts himself off and starts over. "Father wants me to make a political match with an authoritate."

"Why?" My grandmother has been desperate to make an alliance with the Mighty Cainis for as long as I can remember, but the Wanderers have always spurned those who lived in cities.

"For access to resources," Cain says grimly.

706                          The Queen is Dead

Resources? The zariphates are self-sufficient. "What could you possibly need?"

"The wells are starting to dry." He takes a deep breath. "Tomorrow we'll travel to the city of Oaesys to barter for my...bride."

My mouth opens a few times without sound coming out. "You... You're going to the palace?"

Where Tabra is. Tabra, who looks exactly like me. *Don't panic.*

He steps closer, urgency in the tense motion of his body, the way his hands are clenching. "Yes. But it's not what *I* want."

I'm still stumbling over the whole palace thing. What if he gets a good look at my sister and puts it all together? Omma will kill me. No really. Because if my secret is uncovered, my existence revealed, what's the point of keeping me around?

Cain takes my hands in his. Touch in our dominion is important. Personal. Shock appears to be my only reaction tonight, because all I can do is stare at our linked hands. His are larger, stronger, and a couple shades deeper than mine.

"Come with me," he says.

I jerk my gaze up to eyes filled with a soft expression I've never seen before. Not from him. Tenderness and a question I can't possibly answer.

"Don't go back to Mierazh," he says. "Stay with the zariphate. And me."

What is he asking? That I go to Oaesys with him? That won't work on so many levels. I shake my head. "Pella's right. If you marry, your heartmate won't—"

"*Meren.*" He sort of laughs and groans at the same time. Then digs in the loose pockets of his clothes before holding out a bracelet. A cuff made of pure, gleaming gold with the symbol of a sand fox—Cain's family sigil—etched into the center.

*Oh.*

"We could travel to the Sacred Tree, like we've always talked about...make our covenant there."

I've never even seen the Sacred Tree in Sandes, though Tabra got to for our sixteenth birthday as part of her entering the age of reason. But not me. That tree is on the other side of the dominion and never stops burning. Cain and I have talked all our lives of visiting all six sacred trees of the dominions. Together.

But that's not what he's asking now.

My skin goes tight all over, like part of me wants to jump right out of it. This is Cain—my friend, my protector, my hero—who has taught me so much and always treated me with kindness. As an equal.

*I* know who and what I am, but he doesn't. Even in the desert when I'm trying to escape my life, that knowing underlies every move I make, every word out of my mouth. That knowing hovers over everything I do. It has never once occurred to me that Cain could be more.

A different life. One where I'm not a secret, unwanted until I'm required to do my duty, where I get to always be part of the desert that has felt more like home than the palace or the hovel ever did.

The life he's offering is tempting, except for the odd, unsettled churning in my stomach. Even more unsettling is the sudden, sharp memory of turquoise eyes in the night.

Something cold and biting lands on my forehead. I still, then when it happens again in a different spot, pull my hand out of his to touch my face. My fingertip comes away wet.

"What in the dunes?" Cain mutters.

"You felt that, too?"

Only he's looking up. "Yeah."

I tip my head back and gasp. Delicate white crystals are floating out of the sky like fairy dust, catching the moonlight in a glittering array only to disappear when they hit the ground.

Snow.

Dread wraps an icy hand around my insides.

The eternal winter has breached the walls.

# ACKNOWLEDGMENTS

Writing a series with as many moving parts as this one takes a whole village, so I have to start by thanking the two women who even made it possible: Liz Pelletier and Emily Sylvan Kim.

Liz, I know this was a rocky one, but I am grateful for all you do for me and the Crave series. You are a truly incredible editor and friend and I am so, so lucky to have you in my corner. Thank you for moving mountains to make sure this book happened.

Emily, I hit the agent jackpot. Sincerely. We're sixty-eight books in, and I couldn't be more grateful to have you in my corner. Your support, encouragement, friendship, determination, and joy for this series has kept me going when I wasn't sure I'd be able to make it. Thank you for everything you do for me. I am so, so, so lucky that you were willing to take me on all those years ago.

Stacy Cantor Abrams, I don't know how to thank you for everything you've done for me and for this book and this series. The fact that we are still working together after all these years is a matter of great pride and joy to me. I feel so lucky to have you in my corner.

To everyone else at Entangled who has played a part in the success of the Crave series, thank you, thank you, thank you, from the bottom of my heart. Heather Howland, for taking so much time from your busy schedule to solve plot problems and help make sure this behemoth makes sense. Jessica Turner, for your unfailing support. Bree Archer for making me ALL the beautiful covers and art all the time. Meredith Johnson for all your help with this series in all the different capacities. You make my job so much easier. To the fantastic proofreading team of Jessica, Greta, Debbie, Myshala, Lydia, and Richard, thank you for making my words shine! Toni Kerr for the incredible care you took with my baby. It looks amazing! Curtis Svehlak for making miracles happen on the production side over and over again—you are awesome! Katie Clapsadl for fixing my mistakes and always having my back, Riki Cleveland for being so lovely always, Heather Riccio for your attention to detail and your help with coordinating the million different things that happen on the business side of book publishing. A special thank-you to Jaime Bode and the amazing Macmillan

sales team for all the support they've shown this series over the years and to Beth Metrick and Grainne Daly for working so extra hard to get these books into readers' hands.

Eden Kim, for being the best reader a writer could ever ask for. And for putting up with your mom's and my badgering of you ALL the time.

In Koo, Avery, and Phoebe Kim, thank you for lending me your wife and mom for all the late nights, early mornings, and breakfast/lunch/dinner/midnight conversations that went into making this book possible.

Stephanie Marquez, thank you for all your love, support, and enthusiasm as we navigate the fun but messy waters of this series (and our life). You are amazing.

For my three boys, who I love with my whole heart and soul. Thank you for understanding all the evenings I had to hide in my office and work instead of hanging out, for pitching in when I needed you most, for sticking with me through all the difficult years, and for being the best kids I could ever ask for.

And finally, for fans of Grace, Hudson, Jaxon, Flint, Macy, and the whole crew. Thank you, thank you, thank you for your unflagging support and enthusiasm for the Crave series. I can't tell you how much your emails and DMs and posts mean to me. I am so grateful that you've taken us into your hearts and chosen to go on this journey with me. I hope you enjoyed *Court* as much as I enjoyed writing it. I love and am grateful for every single one of you. xoxoxoxo

**Author's Note:** This book depicts issues of panic attacks, death and violence, emotional and psychological torture, insect-related situations, life-and-death situations, amputation, and sexual content. It is my hope that these elements have been handled sensitively, but if these issues could be considered triggering to you, please take note.

# Let's be friends!

@EntangledTeen

@EntangledTeen

@EntangledTeen

bit.ly/TeenNewsletter



an imprint of Entangled Publishing LLC

