# EXHIBIT 36

**THE FIRST VOICE INSIDE THE HEROINE'S HEAD: Athair / Alistair**

**Heroine's Father / Grandfather**
Trapped in his supernatural form as
an Abomination / the Unkillable Beast
Speaks Gaelic
***Smoky gray / Smoke gray eyes***

**Key**:
Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Pale yellow indicates similarity of meaning
Pink indicates page number proximity within 50 pages
*Blue* text indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second

### Overview of the character in context of the story

In both works the heroine hears two voices in her head; she doesn't know who the voices belong to until later in the story. The voices warn her of danger and direct her actions. In the Crave series she hears the first voice in Crave (Book 1), and the second voice in Crush (Book 2). The voices come from parallel characters between the works.

**Voice in heroine's head # 1**

The first voice the heroine hears in her head is that of the cursed abomination / Unkillable Beast. He will turn out to be her long-lost father / grandfather. His kind speak Gaelic and can communicate telepathically with their own kind. He was trapped in another dimension by the villain of the story, the vampire prince (BMR), the vampire king (Crave series). He has smoky gray / smoke-gray eyes.  *All the quotes in this index refer to voice #1.*

**Voice in heroine's head #2**
The second voice the heroine hears in her head is the Ronan / Hudson character. In both works, he is a character thought to be evil, responsible for an apocalypse if he were free, and responsible for the deaths of many. He is also the second love interest of the heroine. He is living in another dimension until the heroine accidentally brings him back with her.  *(For more details about voice #2 see Ronan / Hudson Character Index)*

1. The heroine hears a voice inside her head. The voice makes the heroine feel fractured / like the voice is separate from her
2. Heroine thinks about the voice: "crazy" "voice" "told / telling" "me" "thinking"
3. Heroine wonders if her inner voice is her wolf half / witch, "something more"
    A. Heroine wonders if the voice is her wolf half / her gargoyle side
4. The voice inside heroine's head warns her and she talks back to it
5. The voice inside the heroine's head is screaming and tells her to look down / to get up
    A. The voice screams at her to run
6. The voice helps her and has been doing so for a long time now throughout the story
7. The heroine thinks the voice is missing, deserted / absent when the heroine is kidnapped at the climax of the story
    A. The voice tells her to run during the kidnapping scene
8. The voice is a supernatural creature and is referred to as an abomination (*her father*) / the Unkillable Beast (*her grandfather*)
9. The heroine goes through a portal and meets the abomination / Unkillable Beast
    A. The portal takes the heroine to the forest
10. Heroine tells him - I'm a friend when they meet
11. Heroine promises to come back for him when she can't free him
12. Julian the vampire prince / Cyrus the vampire king, trapped this creature (the heroine's father / grandfather) in his supernatural form
    A. Julian (the vampire prince) / Cyrus (the vampire king) did this to him
    B. The creature is in a steel trap at a tree / chained to a wall of cave
    C. The trap / chains have properties that keep the creature in his supernatural form
13. "No matter how hard" the heroine tries, she can't free him
14. His name is Athair / Alistair
15. He is her father / grandfather
16. Heroine describes the color of the eyes of his eyes as Smoky gray / Smoke-gray
17. The heroine notices that his face looks sad
18. He was presumed to be dead
19. Athair / Alistair who is the heroine's long-lost father / grandfather speaks Gaelic
20. The heroine's father / grandfather's kind of supernatural can communicate telepathically
21. The heroine frees him, he releases a piercing howl/bellow
    A. He shifts and turns into a man
    B. It's been a long time since he's been human
    C. He thanks the heroine for freeing him
22. The heroine notices what he's wearing and his age. She notices colors of blue and gold.
23. He gives the heroine a magical object and takes off

*The heroine begins to hear a voice inside her head. She doesn't know who or what the voice is until much later in the story.*

1.
The voice makes the heroine feel fractured / like the voice is separate from her

**BMR:** The new inner voice inside of me was a warrior, and on some level, she relished the call to battle. I wondered if I would always feel fractured, like there were two of me sharing the same skin. 2011 p. 430; 2013 p. 349

**Crave** (Book 1): Something that proves I'm not crazy for thinking I hear a voice deep inside myself that tells me what to do…In some ways, it felt almost sentient, like it existed away from my own consciousness and subconsciousness. I can't help wondering what's actually going on. Can't help wondering just what Jaxon or Katmere Academy or freaking Alaska itself has woken up within me. p. 418


2.
Heroine thinks about the voice: "crazy" "voice" "told / telling" "me""thinking"

**BMR:** A voice in the back of my head told me that I had made that spider happen to Brendan because I'd been thinking about it. Crazy voice. 2011 p. 314

**Crave** (Book 1): Something that proves I'm not crazy for thinking I hear a voice deep inside myself that tells me what to do. p. 418



3.
Heroine wonders if her inner voice is her wolf half / witch, "something more"

**BMR:** Maybe that new inner voice was my wolf half. But if this was the case, she was something more than a mere wolf.  2011 p. 456

**Crave** (Book 1): Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means? And if I am, so what? There are more than a hundred witches at this school alone. What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else? Something more. p. 484

   A. Heroine wonders if the voice is her wolf  half / her gargoyle side

**BMR:** Maybe that new inner voice is my wolf half. 2011 p. 456.

**Crush** (Book 2): But now I wonder, could it be my gargoyle voice? p. 61; …a voice in the back of my head says, shattering the feeling of contentment. Could it be my gargoyle side again, warning me? p. 138

*The voice inside the heroine's head warns her and tells her what to do.*

4.
The voice inside heroine's head warns her and she talks back to it

**BMR**: The new inner voice inside my head warned me…to get away before it was too late…. "*I love him,*" I pled to that voice. "*I need him. He can help.*" "*Well, in that case,* the voice said, *I have a plan.*" 2012 p. 394; 2013 p. 360

**Crush** (Book 2): The voice inside my head warns. *Leave, leave, leave. I can't leave!* I tell it. *It's too late.* p. 533

  A. The heroine's inner voice tells her to get it together before it's too late / to get out of here

  **BMR**: That new inner voice inside my head is warning me to get it together. Before it's too late. 2013 p. 360

  **Crush** (Book 2): My inner voice is all but begging me to get the hell out of here, and I've never wanted to listen to it more. p. 438

5.
The voice inside the heroine's head is screaming and tells her to look down / to get up

**BMR:** I couldn't break free even though the voice inside my head was screaming at me to look down, look away, look anywhere but at him. 2011 p. 499

**Crave** (Book 1)**:** Even the voice inside me is screaming to get up, to get moving. p. 479

  A. The voice inside her tells her to run

  **BMR:** "Run!" The hysterical voice inside my head screams. "Run!" 2011 p. 5

**Crave** (Book 1): *Run, run, run*! The voice inside me is full-on screaming now, and I'm more than ready to listen to it. p. 449

6.
The voice helps her and has been doing so for a long time now throughout the story

**BMR:** "I've watched over you in the Otherworld for some time now. I've warned you when I could and I've been your guide from time to time." 2011 p. 595

**Covet** (Book 3): ..I hear him in my head like I have for so many months...in his own way, has helped me through so many of my own troubles. p. 649-650

***The heroine is kidnapped by the vampire prince / vampire prince's mate at the climax of the story. The heroine is upset when the voice is missing. During that same scene, the voice tells her to run.***

7.
The voice is missing, deserted / absent when the heroine is kidnapped at the climax of the story

**BMR:** My inner voice was missing in action. 2011 p. 543
My new inner voice had deserted me … 2011 p. 524

**Crave** (Book 1): the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent. p. 463

    A.  The voice tells her to run

    **BMR:**  That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run! 2011 p. 472

    **Crave** (Book 1)**:** But the voice inside me is finally back and it's urging me to run, to get away, to leave Flint and Jaxon to their fates and save myself. p. 472-473
    (*Same page number and same scene*).

6

***The heroine realizes that the voice is an abomination / the Unkillable Beast, who is later revealed to be her father / grandfather***

8.
The voice is a supernatural creature and is referred to as an abomination (*her father*) / the Unkillable Beast (*her grandfather*)

**BMR:** *Heroine*: What I did know for absolute certain was that I had heard my father's voice calling me! Even though I knew he was dead, was it possible that his spirit had contacted me? 2011 p. 389

*Julian:* "He's abomination. Cursed! I did the worst thing I could to him. He carries my essence now. When he is not in his wolf, he walks as a demon." 2012 p. 467
 (*In BMR, the heroine wonders about the voice often, and finally wonders if it's her father. Julian, the vampire prince, tells her he's turned her father into an abomination and imprisoned him*).

**Crush** (Book 2)**:** That voice I've been hearing since I got to Katmere, that voice that warned me every time trouble was coming, that voice that I was certain was my gargoyle, was actually the Unkillable Beast all along. p. 541

***The heroine uses a portal to meet this character. He is in an iron trap / in chains with magical properties that keep him restrained and unable to change forms. The description of the heroine's experience during the portal is taken from BMR 2011 p. 205 and combined with her second time through a portal at p. 579 and 2010 p. 468 to form the sequence used in Crush at p. 508-509.***

9.
Heroine goes through a portal and meets the abomination / Unkillable Beast

**BMR**: I'm falling, falling through an abyss with no beginning and no end. 2011 p. 205 *(description of portal sensation)*; Falling, my arms flailed wildly as I tried to regain a sense of place. *(portal to the island where the abomination is trapped)* 2010 p. 468

**Crush** (Book 2)**:** ...I feel myself falling, falling, falling for the second time in less than a week...No matter how hard I try to right myself as I tumble through the vortex...Still, I scoot along the ground, trying to get out of the way of the portal before someone else comes shooting through after me. p. 508-509

7

A. The portal takes the heroine into the forest

**BMR**: Soft leaves and dirt cushioned my fall and I sat there for a moment, panting with exertion as I took in the smell of the pine and the soft sounds of the forest around me. 2010 p. 468

**Crush**: I look around and realize we're in the forest beyond the cottages. p. 509

10.
Heroine tells the trapped / chained up supernatural creature  - I'm a friend

**BMR**: I took a careful step forward. "I'm a friend, promise," I whispered, reaching one hand out to let him catch my scent. 2011 p. 584

**Covet** (Book 3): "It's okay," I murmur to him--out loud and with my mind. "I'm a friend." p. 650

11.
Heroine promises to come back for the cursed abomination / Unkillable Beast

**BMR:** "But I'll be back for you. I promise." 2012 p. 513

**Crush** (Book 2): "But I promise, we'll come back for you." p. 546- 547

***Julian the vampire prince / Cyrus the vampire king (who are parallel characters) imprisoned him in his supernatural form. When freed from the trap / chains, he can shift back to his human form.***

12.
Julian the vampire prince / Cyrus the vampire king, trapped this creature (the heroine's father / grandfather) in his supernatural form

**BMR:** He's been trapped in his wolf form with Dante at Julian's hands. *The World Notes 2010*

**Covet** (Book 3): "His chains keep him in his gargoyle form. Break those, and he'll become human again." p. 121

A.    <u>Julian (the vampire prince) / Cyrus (the vampire king) did this to him</u>

**BMR:** *Julian*: "So I took him and imprisoned him where no one would think to find him. It seemed fitting while I considered how to mete his punishment." 2011 p. 547

**Covet** (Book 3): Cyrus did this. I know it. Everything inside me screams it. He tormented this man--just like he's tormented the Unkillable Beast for a millenia--simply because he could. p. 544

B.    <u>The creature is in a steel trap at a tree / chained to a wall of cave</u>

**BMR:** Against the base of two of the tallest, thickest oaks, two enormous wolves–large enough that I knew they were Sentinels–waited in silence...each had a foot caught in the jaws of a terrible steel trap… 2011 p. 582-584

**Covet** (Book 3)**:** Hudson steps in and explains about the Unkillable Beast, who has been chained up for a thousand years with a cuff he made. p. 546; p. 32;

C.    <u>The trap / chains have properties that keep the creature in his supernatural form</u>

**BMR:** *Heroine to father:* "It's the trap, isn't it? The reason I can't hear your voice? It's iron, right?" His golden eyes solemn, he nodded once, a distinct bob of the head. I remembered in fairy tales that some magical creatures were supposed to be repelled by cold iron. Maybe the iron traps somehow interfered with our ability to communicate. 2011 p. 583

**Crush** (Book 2): They're shackles, keeping it tied to the wall. p. 535

**Covet** (Book 3): *Bloodletter to heroine:* "His chains keep him in his gargoyle form. Break those, and he'll become human again." "We already tried to break them…We couldn't…" "That's because they're enchanted."  p. 121

*See # 22 for the sequence when heroine frees him and he shifts forms*

13.
"No matter how hard" the heroine tries, she can't free him

**BMR:** The trapped wolf nodded his head furiously this time, gesturing for me to leave. Now. The trouble was I couldn't. With a sinking heart I realized that if he was caught then something precious would be forever lost. 2010 p. 472; 2011 p. 585; 2012 p. 512-513; 2013 p. 440-442; 2014 p. 355-356.
No matter how hard my fingers work the trap, I can't get the jaws to spring. 2014 p. 356

**Crush** (Book 2): But again, no matter how hard we try or how much the chains protest what we're doing, they stay exactly where they are. p. 546


14.
He tells her she can call him Athair / his name is Alistair

**BMR:** "You may call me Athair Mo Chroid," 2010 p. 208.

**Court** (Book 4): "My name is Alistair by the way." p. 34


15.
He is her father / grandfather

**BMR**: I gasped. I hadn't realized in all this time that my wise wolf was my dad. 2011 p. 577-578

**Court** (Book 4): But for me, personally, it's nowhere near as big as the fifteen-thousand pound elephant that the gargoyle king–that my grandfather?--just brought into the room. p. 37


16.
Heroine describes the color of the eyes of the abomination (father) / Unkillable beast (grandfather) as Smoky gray / Smoke-gray

**BMR:** One wolf had eyes that were a deep, smoky gray, almost the color of soot. 2011 p. 582

**Covet** (Book 3): He's tall, with smoke-gray eyes… p. 649

17.

<u>The heroine notices a sad expression on the face of the abomination (father) / Unkillable beast (grandfather)</u>

**BMR**: He just looked at me, the strangest expression on his wolfy face. He looked sad but that didn't make any sense. 2011 p. 583

**Covet** (Book 3): But then his face looks the same, sad and a little macabre at the same time. p. 649


18.
<u>He was been presumed to be dead</u>

**BMR**: It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed. 2011 p. 12

**Court** (Book 4)**:** To begin with, I've never had grandparents–my own parents said mine died years before I was born.  p. 37


19.
<u>Athair / Alistair is the heroine's long-lost father / grandfather. His kind speak Gaelic</u>

**BMR**: *Athair to heroine*: "You may call me Athair Mo Chroid," he says, ignoring my question. It sounds like AH her Muh KREE the way he says it. What a strange name. 2010 p. 208

*Heroine and romantic lead*: "He told me his name last night," I said, feeling silly. "What did he say it was?" "Athair Mo Chroid," I said slowly, stumbling over the words… "AH her Muh KREE," he corrected. "You know Gaelic?" He sounded surprised. "No. Why?"... "In Gaelic it means father of my heart….My parents speak Gaelic and so does the family, so I've picked it up." 2010 p. 223;

'I gasped. I hadn't realized in all this time that my wise wolf was my dad.' 2011 p. 577-578

**Court** (Book 4): *Heroine and Alistair*: "You are the gargoyle king…" "My name is Alistair by the way." p. 34;
.. it's nowhere near as big as the fifteen-thousand-pound elephant that the gargoyle king-that my grandfather?-just brought into the room. p. 37 …and yet I managed to discover not only that the gargoyle king is my grandfather...p. 95

*Heroine and Alistair:* "I know they're speaking English but they're also speaking something else. What is it?" "Oh that's Gaelic, child. You don't recognize it?" "Gaelic?" Alistair's familiar-sounding accent clicks into place…" "Are we in Ireland?" p. 45;

*Hudson to heroine:* "So the Unkillable Beast is the gargoyle king, eh?" p. 95

20.
<u>The heroine's father / grandfather's kind of supernatural being can communicate telepathically</u>

**BMR**: *Heroine and romantic lead:* "But the fact that you could hear me should erase any doubts from your mind about what you are. Only we can communicate with each other like that. Other races can't hear us telepathically, Anna." 2010 p. 373 (*Romantic lead is also a werewolf like heroine's father*)

**Court** (Book 4)**:** *Heroine:* I'm finally learning what it means to be a gargoyle—*from* a gargoyle…."Everyone can communicate telepathically within a short distance." p. 35

***In this scene in BMR (# 21-23) the heroine frees the wrong creature. She thought she was freeing her father but instead she frees Ronan (Voice #2). This segment in BMR 2011 p. 584-595 is used in Covet (Book 3) p. 649-654 where the heroine finally frees the Unkillable Beast. Earlier in the story the heroine attempted to free him but failed, BMR 2012 p. 509-513 and Crush (Book 2) p. 546-547.***

21.
<u>The heroine frees him from an iron trap / from cuff restraints, he releases a piercing howl/bellow</u>

**BMR**: My hands found a pin in the trap and the iron jaws sprung open. ..Before I could close the distance between us, my dad grabbed my sleeve with his teeth, jerking my arm back….The other wolf nodded his approval this time and his eyes locked with mine, he called out a piercing howl into the night, instantly alerting those around us to our location. p. 584-585 (*The heroine frees the second creature, voice #2  thinking it's her father*)

**Covet** (Book 3): I take the key from my pocket to show him…there are four cuffs--two for his wrists and two for his ankles...ankles-and after I undo the bottom two, I grab my platinum string and shift, flying up so I can unlock his arm cuffs as well. As the last one falls away, the beast throws back his head and bellows like his life depends on it. The roar bounces off the rocky walls and ceilings, echoing throughout the cavern for several seconds.  p. 649

A. <u>He shifts and turns into a man</u>

**BMR:** I watched as the wolf curled in on himself and within a heartbeat resolved into the figure of a man… 2011 p. 591 *(this is voice #2 character the heroine has freed)*

**Covet** (Book 3): And then he shifts, and a man is standing in front of me… p.. 649

B. <u>It's been a long time since he's been human</u>

**BMR**: "I've been trapped in my wolf for a--well, for a very long time." 2011 p. 595

**Covet** (Book 3): It's been a thousand years since he's been human…p. 650

C. <u>He thanks the heroine for freeing him</u>

**BMR**: "You have my undying gratitude for my freedom." 2011 p. 595

**Covet** (Book 3): "Th-th-thank you…" p. 650

22.
<u>The heroine notices he's wearing a tunic and old-fashioned clothing. She notices colors of blue and gold. She also notices his age and eye color</u>

**BMR:** As he rose to stand, my eyes traveled the length of him….He wore black leather boots and fitted breeches not of this time and place. His tunic was unlaced, …with runes and Celtic symbols in shades of blue and black…tooled in silver and gold, designs of a day long ago forgotten. Golden serpents were tattooed along both arms…And around his neck was a thick silver and gold torque …a symbol of royalty among the Celts of old. …..He appeared to be close to my own age, and was very handsome. …His hair was the darkest ebony, longish and slightly curling around his collarbones….his eyes weren't yellow or gold in this form at all; rather they were the blue of a storm at sea… 2011 p. 591-592

(*The heroine has freed the wrong creature, voice #2. Her father, like her grandfather in the Crave series, has smoky gray eyes. See #22 above*).

**Covet** (Book 3)**:** and a man is standing in front of me dressed in a royal-blue tunic, gold leggings with laces, and a gold and royal blue cloak tied over one shoulder and fastened with a large sapphire broach. He's tall, with smoke-gray eyes and blond hair fastened into a braid. He's also got a short, pointed goatee and seems to be in his late thirties. p. 649

23.
<u>He gives the heroine a magical object and takes off</u>

**BMR**: He reached around his neck and unclasped a small silver chain, pressing it into my hand and holding it there...A summoning stone. 2011 p. 595 ...taking off into the night sky… p. 598

**Covet** (Book 3): His palm slides against mine...And then he takes off running...He gave me something…tattooed right in the center of my hand...is a wreath...or a crown. p. 654