# EXHIBIT 37

# THE SECOND VOICE INSIDE THE HEROINE'S HEAD: Ronan / Hudson

## Heroine's second love interest

*Stormy blue eyes*
*Eyes the blue of a storm at sea / storm-tossed blue eyes, oceanic*

**Key**:

Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Light yellow indicates similarity of meaning
Pink indicates page number proximity within 50 pages
Blue indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second

## Overview of the character in context of the story

The heroine hears a second voice in her head. The voice belongs to Ronan / Hudson. In the Crave series the second voice is introduced in Crush (Book 2). In both works, the heroine accidentally brings this character back with her from another dimension which terrifies her. This character is royal, part vampire/vampire and presumed dead but was living in the Otherworld/other plane. He remembers her but she doesn't remember him from that other dimension. He is believed to be depraved, and thought to bring about an apocalypse if he were free. He is responsible for the deaths of many. Later in the story the heroine discovers he isn't evil. He's intended to be / is her true mate. *(For more details about voice #1 see Athair / Alistair Character Index)*

1. He is royal
2. He's part vampire / vampire. He bites the heroine's lip during a kiss and tastes her blood
3. He helps the heroine by giving her his magic
4. He has powerful magical gifts and his name involves fear
    A. There is fear in him being in the world again
5. He has an accent; neither British nor Scottish / British
6. Heroine finds him attractive, even though she's in love with the romantic lead
7. The heroine doesn't remember him from the Otherworld / other plane

8. He is intended for / is part of a love triangle. He is intended to be / is the heroine's true mate
    A. After kissing the heroine there is jealousy between the male characters
9. Ash / Jaxon helps the heroine heal from the loss of her family
10. Ash/ Hudson sees the heroine for who she really is
11. He feels dangerous and is to be feared. The heroine / heroine and romantic lead are scared of him
12. He has stormy blue eyes.
13. He is believed to be evil
14. He is believed to be depraved and to have lost his sanity
15. The heroine feels she doesn't have a choice / doesn't trust him, and that she has no free will where he is involved.
16. He was presumed dead but actually living in the Otherworld / other plane
17. When the heroine is first introduced to him his voice is known / familiar to her.
18. He is able to take away a person's free will and their ability to choose, he can make people do anything he wants
19. He committed murder and is said to have been responsible for the deaths of many people
20. A supernatural war and apocalypse is on the horizon if he is freed
21. He believed his actions were for the greater good
22. He isn't the evil guy he's rumored to be
23. He has been trapped in the Otherworld / other plane
24. He is tied to the heroine
25. Heroine realizes she has brought him back with her from the Otherworld / other plane
26. Heroine panics at the realization that she's brought him back
27. Heroine feels if she had been told the truth about everything, he wouldn't be free
28. He has dark hair
29. He's tried to warn her and help her
30. The heroine frees him from an iron trap / from cuff restraints, he releases a piercing howl/bellow
31. He shifts and turns into a man
32. The heroine notices he's wearing a tunic and old-fashioned clothing.
33. It's been a long time since he's been human
34. He thanks the heroine for freeing him
35. He then gives the heroine a magical object and flees the area
36. There is fear of him being in the world again

1.
<u>He is royal</u>

**BMR:** And around his neck is a thick silver and gold torque, which I know from my studies is a symbol of Celtic royalty.  2013 p. 447; 2011 p. 592

**Crush** (Book 2): ...Hudson, whose whole demeanor pretty much shouts, *I'm royalty*. . . p. 258
*(he is a prince in the Crave series)*


2.
<u>He's part vampire / vampire. He bites the heroine's lip during a kiss and tastes her blood</u>

**BMR**: He is also a vampire /demon from his time in Celtic New Zealand when the demons attacked. *The World Notes, 2010*

**Crush** (Book 2): I knew that it was wrong to take away Hudson's vampire nature. p. 548

**BMR**: I felt the sting of a tooth puncturing the tender, fleshy part of my bottom lip. The tang of my own blood tasted coppery on my tongue….a spot of my blood bright on his lips as he pulled back. 2010 p. 484

**Covet** (Book 3): And this time when he uses his fangs on my lip, he nicks me...then licks away the tiny drops of blood that well up.  p. 352


3.
<u>He helps the heroine by giving her his magic. He's weakened / vulnerable. He has been through trails / the heroine faces trials. The heroine notices his tender / troubled eyes</u>

**BMR:** *Ronan and heroine*:  "When I have re-gained my powers in their full strength, I will help you." …and I am sorely weakened by my trials." …"I must go soon," he says. "I have a small magic I can offer you now. It is not much but it will have to do." … I look up into his troubled eyes to find that he's standing close to me... 2013 p. 452

**Crush** (Book 2): "I have to go," I tell him…. "I left my powers inside you so that-" "You left your powers inside me?"…. "You channel magic, and I've given you mine to channel for now." …I look at him …but it's coupled with a tenderness in his eyes that I can't begin to understand…. No way did they make this Trial something you can pass on your own. … "You need to take my powers." "Yeah, but that leaves you vulnerable, right? .." p. 584

4.
He has powerful magical gifts & his name invokes fear

**BMR:** Like the Kindred there are few Druids left in the world. Their magic is from nature and the land. He is a magus and able to shape shift forms. Wolf, raven. He is also a vampire /demon. *The World Notes p. 2 (He can take several forms: 2010: A wolf p. 479, a raven p. 485, a vampire p. 484, a dark magus (male witch) p. 489, and a druid where he offers the heroine a magic necklace p. 483.)*

**Crush** (Book 2)**:** Hudson's powers...infinite enough to do whatever he wants, whenever he wants. p. 645

**BMR:** There were several gasps of surprise and indrawn breaths. "Ronan O'Faolain," Ash repeated, his face blanched of all color. 2011 p. 432

**Crush:** …because several people turn to look at us in alarm when he says Hudson's name. "Evil and powerful, hmm?" Hudson strides into class and plops down into an empty seat on the other side of Flint, then proceeds to stretch ... loudly. "I like the sound of that." p. 185

    A.  There is fear in him being in the world again

**BMR**: *Heroine: Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world. 2011 p. 602-03

**Crave:** *Romantic lead:* Because there's no way in hell I'm risking Hudson being set loose on the world a second time. P. 520

5.
He has an accent

**BMR:** His accent was one I couldn't quite place, neither British, nor Scottish… 2011 p. 592

**Crush** (Book 2)**:** Why does Hudson have a British accent but you don't? p. 194

6.
Heroine finds him attractive, even though she's in love with romantic lead

**BMR:** *Heroine with Ronan:* And he's every bit as crazy good-looking as Ash is—..He shouldn't be good-looking ….. He's pleasing to me all right and I haven't exactly been subtle about it……..Are we related?" "In a manner of speaking, lass."….Somehow, without me noticing, he's standing right in front of me, framing my face in his hands. …tears that have stolen their way down my cheeks. …He sighs. 2013 p. 448-450

**Crush** (Book 2): *Heroine with Hudson:* Holy hell. He's right there, one wide shoulder resting against the icy wall...obnoxious smirk on his ridiculously pretty face...high cheekbones, strong jawline... gorgeous eyes… "Have you been standing there all along?" "Yes, Grace….he tells me with a long suffering sigh. … "We're kind of attached, in case you didn't notice."…his already perfect face look even more perfect. p. 156-157


7.
The heroine doesn't remember him from the Otherworld / other plane. She feels uneasy / a little scared by their conversation, she wishes she could remember. He is disappointed / his smile fades when she doesn't remember him.

**BMR:** …his gaze locked with mine. I jerked away, his words and actions making me uneasy. I shook my head as if by moving it around a little I could clear my thoughts. …"I know you are dismayed not to find your father, but I will help you." "How did you know that? How do you know my name?" He stared at me a moment, almost as though he was disappointed. "We don't have much time and there is so much that needs to be said." He took my hand. "For the moment, let us say that I know you. And you know me, too, if you will only think about it." I shook my head in denial. "I'd remember if I'd met you before. I don't even know your name."... "Don't you?" he murmured. "I've watched over you in the Otherworld for some time now. …"You know me. At least you do when I'm the wolf." 2012 p. 521; 2011 p. 595; 2013 p. 450; 2014 p. 363

**Crush:** "How did you know I love that song?" And just that easily, his smile fades away, leaving nothing there but an emptiness so stark that I feel it deep in my chest. Even before he answers, "So you really remember nothing of the time we spent together?" confusion swamps me. "I don't. .. I mean ... I told you …" "Never mind." He shakes his head, rubs a hand over his hair. "I don't know what I was thinking." "I don't know what you were thinking, either," …I feel like I'm missing something important here, but I don't have a clue what it is…this damn amnesia..This time when his eyes meet mine, there's so much intensity there .. I don't have a response … I don't want to-but it scares me a little….more determined than ever to regain my memory of what happened …if this afternoon was an anomaly or a memory of a friendship so unimaginable that I've somehow managed to forget it. p. 291-293

8.
He is intended for / is part of a love triangle involving him, the heroine and the romantic lead. He is intended to be / is the heroine's true mate
*(Ronan / Hudson is to become the second romantic lead)*

**BMR:** Ronan and Anna barely meet in book 1. He has been a guide to her and has spoken to her trying to help her in his wolf form from the Otherworld. She doesn't remember him or his voice. When he shifts to human form, and they meet she is intrigued and attracted to him at first–. He gives her a summoning stone to contact him, kisses her and bites her lip, taking her blood so that he can always find her.  Love triangle for book 2. Ash wants to protect her. Ronan wants to help her learn to use her powers to restore the balance. *The World Notes, 2010.*

*(In Crush (Book 2) he says she's his mate. This foreshadowing in Crush (Book 2) of the heroine developing an attraction for him is explored more in Covet (Book 3). In Covet (Book 3) she is in love with Jaxon (Ash) but their mating bond breaks, and she has a true mating bond with Hudson (Ronan)).*

**Covet:** *Heroine about first romantic lead (Jaxon)*: "But that girl? The Grace who was wildly in love with him and whom he wildly loved? She's gone and has been for a while. That girl was scared and lonely and naive. She needed protecting. More, she wanted protecting as much as he wanted to protect her. But that's kind of how young love is, isn't it? It's idealistic and explosive and perfect.. .until it's not anymore. Until it blows up or fades away or you just move on. I moved on during those three and a half months I don't remember. I changed, and Jaxon didn't. It's nobody's fault." p. 589

**Covet**: Jaxon wanted to protect me, wanted to take care of me, but Hudson wants to help me learn how to take care of myself. p.194

**BMR:** *Ronan*: "I am yours, Anna," he says with a soft breath. 2011 p. 595; 2013 p. 451

**Covet:** *Hudson:* "Grace is my mate," Hudson blurts out…" p. 106

    A. <u>After Ronan / romantic lead (Jaxon) kisses heroine the romantic lead (Ash) / Hudson become jealous with waves of anger/ sees red and his hands ball/curl into fists</u>

**BMR:** *Heroine describing Romantic lead's reaction to seeing Ronan kiss her:* "Anna! Get back!" Ash snarled…his face was a mask of fury. His hands were balled into fists and his eyes were already blazing that strange color that signaled an impending shift. Violence was a heartbeat from now. "Ash! Wait!" I held a hand out in supplication. …and I could tell by the waves of hot anger rolling off Ash, …that the two would come to mortal blows. …"Anna, step back," Ash snarled deep in his throat this time, his voice…barely restrained violence…. I reached out and caught his arm. "I don't know your name." …"Ronan." 2010 p. 484-485

**Crush** (Book 2)**:** *Hudson describing his reaction to seeing Jaxon kiss the heroine:* …Jaxon reaches down to help Grace…he wraps his arms around her and presses her body to his. And I begin to see red, even before he leans down to kiss her, and every ounce of chill-and emotional self-preservation-I have goes out the fucking window. My hands curl into fists, my fangs explode in my mouth,...to Grace, the words come out before I can even think about stopping them. "Jaxon, if you wouldn't mind, take your fucking hands off my mate." p. 663


9.
<u>Ash / Jaxon helps the heroine heal her emotional wounds /depression from the loss of her family</u>

**BMR**: Anna carries a strong sense of loss over the death of her father….It is through her relationship with Ash....that heals her emotional wounds… *Midnight Overview, 11-8-2009*

**Covet**: I love Jaxon. I do. He saved me when I got here, brought me out of the frozen depths of depression that surrounded me since my parents died…P. 194


10.
<u>Ash/ Hudson sees the heroine for who she really is</u>

**BMR**: It is through her relationship with Ash that she comes to see herself for who and what she really is...heals her emotional wounds, enabling her to take her place and her powers… *Midnight Overview, 11-8-2009*

**Covet**: But then there's Hudson, who sees so much more than the weak, wounded girl I used to be. He sees who I really am and who I have the potential to be. p. 194

11.
He feels dangerous and scary. The heroine / heroine and romantic lead are scared of him

**BMR:** He crouches down next to me. "You're scared of me. Why?" "You have to ask, Ronan the Bloodletter?" My voice is a hoarse croak. I'm really surprised I have it in me to say anything at all. Especially to him. 2013 p. 465

**Crush** (Book 2)**:** "Hudson," Jaxon says, voice low and vehement and maybe even a little ... scared? Which messes me up in all kinds of ways, because Jaxon is almost never scared. …I ask as razor-sharp talons of fear rake through me. "What did Hudson do, Jaxon?" p. 121

**BMR**: He makes me feel the way I imagine it would feel if I came nose to nose with a wild wolf. 2013 p. 448;  2012 p. 519; 2013 p. 453

**Crush** (Book 2): …but Hudson has always been the real one to fear...who seems to be cataloging my every weakness, every nuance and emotion, with surgical precision. This guy would know exactly how to hurt you the most-and you'd never see it coming. … That's how perfect he is at looking bad. At being bad. p. 156

*He has "stormy blue" eyes in both works*
*His eyes are the blue of a storm at sea (BMR)  storm-tossed blue, oceanic (Covet)*

12.
Heroine notices his stormy blue eyes, and the depth of his blue storm at sea /oceanic eyes. His eyes tug / delve at her heart. She notices the runes while she is with him

**BMR:** *Heroine describing Ronan:* His ..chest tattooed with runes and Celtic symbols in shades of blue and black. …black leather braces tooled in silver and gold… his eyes weren't yellow or gold in this form at all; rather they were the blue of a storm at sea and revealed within their depths was an anguish so raw I knew it rivaled my own. No sooner had I noticed his pain, then it was gone, replaced with a touch of humor while a mocking smile played about his lips. 2010 p. 479-480 (Eyes the blue of a storm at sea)

**Covet** (Book 3)**:** *Heroine with Hudson:* …reaching into his pocket and pulling out a gold coin….I study his eyes, …I can only see a rim of stormy blue along the edges. His lips are moving, but the words sound like I'm underwater. And that's when I realize I must have drowned in the endless depths of his oceanic eyes….I glance down as the tiny runes burn a bright orange for a second before fading back to their previous silver etchings. p. 234-235 (Stormy blue eyes)

**BMR:** *Heroine with Ronan:* I realized what it was about that wolf with the too-familiar eyes that tugged at my heart…The young man shook his head, a hint of sadness touching his stormy blue eyes. 2011 p. 594 p. 593 (Stormy blue eyes)

**Crush** (Book 2): *Heroine to Hudon:* "How did you come back without a body so that I'd be lucky enough to have you trapped in my head in the first place?" …He shakes his head and glances at Jaxon….Hudson stops pacing, his face turning to stone as he waits for my reaction. Only his eyes are alive, a vivid, storm-tossed blue that delves into the very heart of me. p. 162-163 (Storm-tossed blue eyes)


13.
He is believed to be evil

**BMR:** *About Ronan:* "The man is pure evil." 2012 p. 356

**Crush** (Book 2):  "...someone as evil and powerful as Hudson Vega." p. 185


14.
He is believed to be depraved and to have lost his sanity

**BMR**: "He slaughtered every man, woman and child of the tribe in various acts of violence and depravity." 2011 p. 434 "Ronan lost his humanity–and his sanity." 2011 p. 434

**Crush** (Book 2):  "Genocide…I can't imagine anything worse for Hudson to have done, can't imagine how depraved…" p. 217 "*Maybe because you're a raging psychopath, and I'm tired of doing your bidding.*" p. 166


15.
Because he's said to be evil, the heroine feels she doesn't have a choice / doesn't trust him, and that she has no free will where he is involved. He helps her and she begrudgingly accepts his help/is furious. She is dizzy /weak and he carries her /he is strong

**BMR:** Away from Ronan the Bloodletter. "Annalise, mo chroid, you have two choices," he says. …Choice. Free will. Yeah right. Since when have I ever had that? Gritting my teeth, I accept his outstretched hand. …I sway on my feet. I'm dizzy….I feel his arms settle around me and shrug them off. …"The Bloodletter, huh?"....I'm not feeling so hot. Not at all. My head is pounding and the world is spinning….He carries me through the snow…My head flops back….Against his heart. 2013 p. 465-466

**Crush** (Book 2)**:** My heart is racing…my head whirling at the knowledge that Hudson must already have punched through the wall the Bloodletter helped me build. …Am I really that weak? Or is he just that strong? .. "I'm only trying to help you, Grace…." "By violating my trust and taking my free will?  How can you *possibly* think that's helping me?" …"Well, that's what it feels like!" I'm furious.p.370-371


16.
He was presumed dead but actually living in the Otherworld / other plane

**BMR:** "The Prophecy says he shall walk this Earth again…" 2011 p. 432, 434; "No one knows precisely what happened—though legend has it that one man, Ronan O'Faolain, a druid, was responsible for the wholesale slaughter of his people." 2011 p. 46 (Teacher giving lecture in Ancient Global Studies. He's a legendary historical figure).

**Crush** (Book 2): 'I was dead…?' He pauses. 'Well, sort of.' …'Sort of?' That's news to me. 'What does that mean?' 'It means I'll tell you…' p. 579  'I was dead. Sort of.' 'Sort of? What does that mean? It means a lot of what I've believed for the last weeks, months, has been a lie." p. 646

**Crush** (Book 2)**:** *Hudson with Jaxon:* "By *fine*, you mean everyone thought I was dead…".. "I should have done a better job of killing you when I had the chance.' p. 659


17.
When the heroine is first introduced to him his voice is known / familiar to her. She is in a state of shock and can't breathe / tries to breath

**BMR:** "I've got you now," my rescuer says, and reaches his arms out. That voice. I know that voice. Then his face comes to view in the open window. No. Oh no. I can't breathe. I'm in the freaking Twilight Zone. I'm shaking my head side to side denying what my eyes are seeing. Not him. 2013 p. 464

**Crush** (Book 2)**:** Suddenly, there's another voice in my head, and it's not the one I'm used to, the one that warns me of bad things to come. No, this voice is low and sardonic. It's also familiar-really familiar. "Well, it's about time."….My head hurts and my stomach is roiling…. My eyes fly open as I remember Hudson, and I bolt upright, then wish I hadn't as the room spins around me. I do my best to breathe p. 153-154

18.
He is able to take away a person's free will and their ability to choose, he can make people do anything he wants

**BMR**: "Ronan's trick in binding the druids took away their free will. Their ability to choose. There is no greater evil." 2011 p. 432

**Crush** (Book 2): *Heroine to Hudson:* "By violating my *trust* and taking my *free will*? How can you *possibly* think that's helping me?" p. 371

**Crush** (Book 2)**:** "What about Hudson?" …He has to speak directly to the person, but he can persuade anyone to do anything for him with merely his voice." … "Use his power of persuasion to get people to do whatever he wanted." p. 121

19.
He committed murder and is said to have been responsible for the deaths of many people

**BMR:** "The only Ronan I'd ever heard of was the evil druid priest who'd murdered his people." 2012 p. 315

**Crave** (Book 1)**:** "And when he decided he was going to murder the shifters, just wipe them out of existence, I knew it wouldn't stop there." p. 397

**BMR:** "Legend has it that one man…Ronan… was responsible for the wholesale slaughter of his people." 2011 p. 46; p. 602

**Crush** (Book 2): The word 'genocide' slams into me…I can't imagine anything worse for Hudson to have done, can't imagine how depraved–how downright evil– p. 217

20.
<u>A supernatural war and apocalypse is on the horizon if he is freed</u>

**BMR**: *Discussing Ronan:* "The prophecy says that when he rises it won't be long before they're united. And the end is near..." 2013 p. 330

**BMR:** *Heroines told about her role in the war:* "You have a role in this war, …There must be peace, the Houses of Shadows and Light in accord or apocalypse is imminent." "And just how am I supposed to do all that?" I say it like there's no way he can possibly be serious.….He sounds like my aunt again, all mysterious and wise and that irritates me because I want the answers to be simple. 2013 p. 221

**Crush** *Discussing with Hudson his role in the apocalypse:* "I thought I was stopping a new effing apocalypse by preventing Lia from bringing Hudson back." "The apocalypse? Seriously?" Hudson leans against the wall, … "You people really think I'm the fucking harbinger of the apocalypse?"....Plus, I do want to know the answer, and maybe one of them has it…p. 256-257

**Crush:** *Hudson to heroine:* The war I've worked so hard to prevent-the war my brother and others have tried to blame me for inciting-will come whether we want it or not. p. 662-663


21.
<u>He believed his actions were for the greater good</u>

**BMR**: In truth, he did the lesser of two evils trying to save the people. *The World Notes, 2010*

**Crush** (Book 2): *Hudson:* "I made a horrible decision to stop an even more horrible outcome."

p. 459


22.
<u>He isn't the evil guy he's rumored to be</u> *(In both books, Ronan/Hudson helps the heroine. He says and does things to show he isn't the evil he's been made out to be.)*

**BMR**: He is not evil...He has no idea that history has painted him as evil. *The World Notes, 2010*

*Heroine*: "Are you a demon?" I ask it outright. 2014 p.364

*Ronan:* "Are you?" He says it back with a hint of frost in his voice. 2014 p. 364.

**BMR:**  *Ronan to heroine:* His voice is calm certainty. "And we are both of us caught in a web not entirely of our own making. Shall we work together then? Help one another?" My heart squeezes tight. *He knows! And he's part of it too*. 2013 p. 453

**Crush** (Book 2):

*Hudson*: "You people really think I'm the fucking harbinger of the apocalypse?"
*Heroine*: "You really want to get into that right now, do you?"
*Hudson*: "Hell yeah. I'm bloody well sick of being cast as the bad guy." p. 256


23.
He has been trapped in another the Otherworld / other plane

**BMR**: *Ronan:*  "I've been trapped in my wolf for over a—well, for a very long time." …."I've watched over you in the Otherworld for some time now." 2011 p. 595

**Crush** (Book 2)**:** *Hudson:* Now that she's back at Katmere and we're no longer trapped on some other plane… p. 673

**Crush:** (Book 2): *Hudson:*..but that's when it was just the two of us existing on a separate plane. p. 667


*In BMR, Ronan is tied to the heroine physically by biting her and being able to track her; and figuratively because they are part of a prophecy together. In Crush (Book 2), Hudson is tied to the heroine physically because his spirit is inside her.*


24.
Ronan / Hudson is tied to the heroine

**BMR:** The Prophecy says she'll unite or join forces with Ronan. 2013 p. 336

**BMR:** "Did he bite you?" …I nod mutely… "So he can find me now? Is that it? Because he bit me?" 2010 p. 488; *(Ronan bites her lip, tastes her blood, and can then find her anywhere.)*

**Crush** (Book 2): "...all along, he's been hiding inside you." ..I can't have Jaxon's evil brother inside me. ..As I try to figure out if I can actually feel Hudson inside me, his oily fingers on my heart and mind. p. 124-125

25.
Heroine realizes she has brought him back with her from the Otherworld / other plane

**BMR**: That was a mistake…I didn't know what I was doing.…I've done the unthinkable. I've freed Ronan the Bloodletter. 2013 p. 462

**Crush** (Book 2): I can't be responsible for letting Hudson loose again, can't be responsible for bringing him back where he can terrorize everyone and raise an army of vampires and their sympathizers. p. 27

**BMR:** *Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world. 2011 p. 602-03
**Crush** (Book 2): "Did I bring him back with me?" …"No, no, no. It can't be." p. 122


26.
Heroine panics at the realization that she's brought him back

**BMR**: A bolt of sheer panic jackknifed through me… 2011 p. 598

**Crush** (Book 2): Panic races through me… p. 123


27.
Heroine feels if she had been told the truth about everything, he wouldn't be free

**BMR**: If I'd known the truth about myself from the beginning, would everything have turned out differently? Would I have made a different choice back there? …I've done the unthinkable. I've freed Ronan the Bloodletter. 2013 p. 462

**Crush** (Book 2): If they had just told me the truth when I first arrived, I wouldn't have had to spend my first four days at Katmere bumbling around trying to figure things out…maybe we wouldn't be right here, right now, with Hudson taking some kind of psychotic vacation in my goddamn body. p. 128

28.
He has dark hair

**BMR**: His hair was the darkest ebony, longish and slightly curling around his collarbones. 2010 p. 480

**Crush** (Book 2): Thick eyebrows, the same shade of rich dark brown as his short hair, slant downward p. 156


29.
He's tried to warn her and help her

**BMR:** *Ronan to Heroine:* "I've watched over you in the Otherworld for some time now. I've warned you when I could and I've been your guide from time to time." He paused. "You know me…." 2010 p. 482; 2011 595
**Crush:** *Hudson and Heroine:* "I warned you not to trust her." "You warned me after she'd already put me in a cage. What good is that?" I snipe back. p. 161; "But could you please, for one minute, just listen to me? Just think this through. I swear, I'm trying to help you. I swear, that's all I'm trying to do, Grace. All I've done since I've come back is try to help you." p. 493


*In this scene in BMR (# 30-35) the heroine frees the wrong creature. This segment in BMR 2011 p. 584-598, is used in Covet (Book 3) p. 649-654 where the heroine finally frees the Unkillable Beast.*


30.
The heroine frees him from an iron trap / from cuff restraints, he releases a piercing howl/bellow

**BMR**: My hands found a pin in the trap and the iron jaws sprung open. ..Before I could close the distance between us, my dad grabbed my sleeve with his teeth, jerking my arm back….The other wolf nodded his approval this time and his eyes locked with mine, he called out a piercing howl into the night, instantly alerting those around us to our location. 2011p. 584-585 *(The heroine frees the second creature, second voice, thinking it's her father)*

**Covet** (Book 3): I take the key from my pocket to show him…there are four cuffs--two for his wrists and two for his ankles...ankles-and after I undo the bottom two, I grab my platinum string and shift, flying up so I can unlock his arm cuffs as well. As the last one falls away, the beast throws back his head and bellows like his life depends on it. The roar bounces off the rocky walls and ceilings, echoing throughout the cavern for several seconds. p. 649

31.
He shifts and turns into a man

**BMR:** I watched as the wolf curled in on himself and within a heartbeat resolved into the figure of a man… 2011 p. 591 *(this is the second voice character the heroine has freed)*

**Covet** (Book 3): And then he shifts, and a man is standing in front of me… p.. 649


32.
The heroine notices he's wearing a tunic and old-fashioned clothing. She notices colors of blue and gold. She also notices his age and that his eyes were the blue of a storm at sea / smoke gray

**BMR:** As he rose to stand, my eyes traveled the length of him….He wore black leather boots and fitted breeches not of this time and place. His tunic was unlaced, …with runes and Celtic symbols in shades of blue and black…tooled in silver and gold, designs of a day long ago forgotten. Golden serpents were tattooed along both arms…And around his neck was a thick silver and gold torque …a symbol of royalty among the Celts of old. …..He appeared to be close to my own age, and was very handsome. …His hair was the darkest ebony, longish and slightly curling around his collarbones….his eyes weren't yellow or gold in this form at all; rather they were the blue of a storm at sea… 2011 p. 591-592 (*The heroine has freed the wrong creature, second voice. Her father, like her grandfather in the Crave series, has smoky gray eyes. See #22 above*).

**Covet** (Book 3)**:** and a man is standing in front of me dressed in a royal-blue tunic, gold leggings with laces, and a gold and royal blue cloak tied over one shoulder and fastened with a large sapphire broach. He's tall, with smoke-gray eyes and blond hair fastened into a braid. He's also got a short, pointed goatee and seems to be in his late thirties. p. 649


33.
It's been a long time since he's been human

**BMR**: Ronan to heroine: "I've been trapped in my wolf for a--well, for a very long time." 2011 p. 595

**Covet** (Book 3): "It's been a thousand years since he's been human…" p. 650

34.
<u>He thanks the heroine for freeing him</u>

**BMR:** I jerked away, his words and actions making me uneasy. …"You have my undying gratitude for my freedom." 2011 p. 594-595

**Covet** (Book 3): "Th-th-thank you, he finally manages to say. I approach him slowly, but he shrinks away from me. p. 650


35.
<u>He then gives the heroine a magical object and flees the area</u>

**BMR**: He reached around his neck and unclasped a small silver chain, pressing it into my hand and holding it there….A summoning stone....taking off into the night sky… 2011 p. 595-598

**Covet** (Book 3): His palm slides against mine...And then he takes off running...He gave me something…tattooed right in the center of my hand...is a wreath...or a crown.  p. 654


36.
<u>There is fear in him being in the world again</u>

**BMR**: *Heroine: Oh god no!* ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world. 2011 p. 602-03

**Crave:** *Romantic lead:* Because there's no way in hell I'm risking Hudson being set loose on the world a second time. p. 520