# EXHIBIT 38

# THE HEROINE

## Anna / Grace

**Key**:
Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Light yellow indicates similarity of meaning
Pink indicates page number proximity within 50 pages
*Blue* text indicates notes and outlines shared with the agent
/ is used to describe events between the two books. BMR is first / Crave series is second

### This Character Index is Organized in Nine Parts:

1.    Introductory elements about the heroine
2.    The heroine as a supernatural being
3.    Heroine is a wholly unique with a unique purpose
4.    She's a target, she hears two voices in her head which are parallel characters between the works
5.    Heroine's personality and attributes
6.    What other supernatural beings call the heroine
7.    The heroine's feelings about the romantic lead(s)
8.    Miscellaneous heroine features
9.    Pop culture references the heroine makes

# 1. Introductory Elements About the Heroine

1. Heroine is almost seventeen / is seventeen
2. Heroine is from San Diego which she thinks it's very different from Alaska
3. Alaska must be like living on the moon / feels like the moon
4. Alaska is a frozen wasteland / hell
   - A. Heroine thinks about California and compares it to the cold of Alaska
   - B. Heroine describes what the sky looks like in Alaska
   - C. Heroine describes the town
5. Heroine moves to Alaska after a tragic accident killed her dad and grandparents / parents
   - A. Heroine tries to blot out the accident / won't let herself dwell on her loss
   - B. The accident was in an elevator car / car that fell and crashed
   - C. The heroine had a fight with her parents right before the accident and feels guilty
   - D. Heroine is haunted by her memories of what happened that day of the accident that killed her family
   - E. She is grieving the loss of her family members and it is on her mind throughout the story
6. Heroine's family members were actually murdered by the vampire prince / vampire prince's mate
7. The heroine feels fury / rage and hot fire deep within/inside her when she learns her family was murdered
8. At one point the heroine feels sorry for the vampire prince / vampire prince's mate
9. Mom / cousin bring the heroine to school on the day the story begins. Heroine thinks about how she has no other family left.
10. She lives with the remaining two family members who are both witches
11. The heroine feels guilty about the accident that killed her family members
12. Her father was a supernatural being and she had no idea
13. Her parents were very much in love with one another
14. Heroine has panic and anxiety from the loss of her family
15. Heroine's defense mechanisms help her when she experiences physical symptoms of anxiety
16. Heroine pushes / avoids her feelings of fear and panic and: locks them in a box
17. Heroine wants to avoid her feelings of anxiety, or negative thoughts, so she pushes / shoves them down
18. The heroine wraps her arms around herself when she panics
19. Heroine feels her anxiety like a weight on her chest
    - A. Heroine's voice sounds thin as she's experiencing anxiety
20. Heroine's hands shake so badly, her heart is pounding in her chest
21. Her mouth feels like it's stuffed with / full of cotton when she's afraid
22. Heart drops down to her feet in a negative situation with romantic lead

23. Heroine's stomach: olympic gymnastics / series of somersaults
24. Her throat is tight, she has to get the words out
25. Heroine uses breathwork to manage her anxiety
    A. Breathwork: took a deep breath, out slowly
    B. Breathwork: few breaths, count
    C. Breathwork: takes a breath and counts to ten
26. Heroine falls in the snow and has the breath knocked out of her
27. Aunt / uncle talks to heroine about an amulet / set of rune stones that was her father's and is now the heroine's
    A. Heroine describes the stone amulet / rune stones that belonged to her father
    B. Aunt / uncle explains that the stones have meaning
    C. The heroine's emotions stick in her throat during the conversation with her aunt /uncle about her father's amulet / runes because she misses her father
    D. The heroine's aunt / uncle tells her not to take the object off, ever / to keep it on her at all times
    E. When aunt / uncle talk to heroine about the stone and her father, the aunt / uncle is not forthcoming about what's really going on
28. Heroine's aunt / uncle kisses her on top of her head as a sign of affection
29. Heroine describes how newbies - new people to Alaska dress in winter*
30. Taylor /Lia implies that she and romantic lead are together to upset the heroine
    A. Heroine mentions romantic lead's name, feels physical sensation of upset that Taylor / Lia implies that she has a claim to him
    B. Taylor / Lia  tries to make heroine jealous by implying that she and the romantic lead have a relationship
    C. Heroine notices that Taylor / Lia isn't being honest

1.

Heroine is almost seventeen  / is seventeen

**BMR:** *Heroine about herself:* Pathetic for someone sixteen, almost seventeen. 2011 p. 20; 2010 p. 12

**Crave:** *Heroine about herself:* ...despite being a year younger than my own seventeen years… p. 6


2.

Heroine is from San Diego, CA, and it's very different from Alaska

**BMR:**  "Why'd your mom pick Alaska? Do you have family here?" I shook my head. "We lived in San Diego. Talk about extremes!" I rolled my eyes. 2011 p. 124

**Crave:** "I mean, Alaska is about as different from San Diego as it can get…" p. 278

*(The first edition of Crave has the heroine arrive in Anchorage, Alaska where BMR is set. Later editions changed the landing place to Fairbanks.)*


3.

Heroine thinks Alaska feels like living on the moon  *(identical punctuation with 2 em dashes)*

**BMR:** I've always felt that winter in Alaska must be like living on the moon–at least the way it looks in pictures–all white powdery stuff on the ground but blackness and stars surrounding you from all sides. 2011 p. 273-274

**Crave:** I'm not glad I'm here–Alaska feels like the moon right now–but I'm all for things getting easier.  p. 34

*The story opens in page proximity with the heroine on her way to school in Alaska. She is thinking about the loss of her family members. Her dad and grandparents / dad and mom were killed in an accident.  She also thinks about the gray skies in Alaska, the weather in California.*

4.

Heroine describes her first impressions of Alaska and they are negative; frozen wasteland / hell

**BMR**: My blind spot resulted in our exile to Alaska. …It was to this frozen wasteland of ice and snow that my mother condemned us after my dad and grandparents were killed. 2011 p. 11-12

**Crave:** It's not the first description that popped into my head--no that was the old cliche that hell has actually frozen over--but it's the most polite one. p. 3

    A.  Heroine thinks about California and compares it to the cold of Alaska

**BMR**: We'd lived in California before the accident; a time and place of sunshine and laughter. Now we live here, a land of seemingly perpetual darkness and winter. 2011 p. 11

**Crave:** It's so cold out…How can anyone live like this? It's unreal, especially considering it was seventy degrees where I woke up this morning. p. 5

    B.  Heroine describes what the sky looks like in Alaska

**BMR**: The sun was still out, though it was sitting low on the horizon[1], the sky its usual shade of unrelenting gray at this time of year. There was maybe an hour or so of daylight left before the darkness closed in. 2011 p. 49

**Crave**: ...we're in the middle of a weird kind of haze that Philip refers to as civil twilight even though it's barely five o-clock.  p. 3

---

[1] Civil twilight is the brightest of the 3 twilight phases. The sun is just below the horizon…https://www.timeanddate.com/astronomy/civil-twilight.html

C.  Heroine describes the town

**BMR**: Anchorage is surrounded by water—Cook Inlet on one side and snow covered mountains all around. The hillside area is still considered to be in town but it's a bit remote. 2011 p. 411

**Crave**: I can't help but think of the mountains and rivers that surround this town in all directions… p. 8  there's nothing but mountains and snow p. 7

5.

The heroine moves to Alaska after a tragic accident which killed her dad and grandparents / parents

**BMR:** My dad and my grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really. 2011 p. 76

**Crave:** It's a habit I picked up after my parents died in the car accident…  p. 331

A.  The heroine tries to blot out the accident / won't let herself dwell on her loss

**BMR**: …my dad and grandparents were killed. I've always felt it was somehow my fault…the accident…so I blotted it out as best I could…My mom's car glided into the parking lot. 2010 p. 9, 2011 p. 12

**Crave**: I feel a pang looking at them, but I don't let myself dwell on everything I had to leave behind, any more than I let myself dwell on the idea of strangers living in the house I grew up in…who cares about a house…when I've lost so much more?...He nods toward a parking lot. p. 5

B.  The accident was in an elevator car / car that fell and crashed

**BMR**: "My dad and my grandparents took one car and I agreed to let my mom ride with me— she'd come back to get dressed so we could all go together to see her show…When they got in, they crashed forty stories to the basement and the car exploded." 2010 p. 100-101

**Crave**: I wish that my dad hadn't lost control of the car two hours later and driven himself and my mother off a cliff, plunging hundreds of feet into the ocean. p. 45

C.  <u>The heroine had a fight with her parents right before the accident and feels guilty</u>

**BMR**: When they wouldn't let me, I pitched a fit… I've always felt really guilty about what happened. If I hadn't insisted on having my way, they'd still be alive. 2010 p. 100-101

**Crave**: I wish that the last words my parents and I spoke weren't hurled at each other in a fight that seems so stupid now. p. 45

D.  <u>Heroine is haunted by her memories of what happened that day of the accident that killed her family</u>

**BMR**: Lately though, I've found myself haunted by memories, wisps of conversation and images of people and places swirling behind my eyes. It feels as though my memories are trying to push themselves out of a locked box and if I could just pry the lid open a little bit more, I could remember what happened that day and maybe, finally, be free. 2010 p. 9

**Crave**: I'm still haunted by the fight my parents and I had right before they died. p. 390

E.  <u>She is grieving the loss of her family members and it is on her mind throughout the story</u>

**BMR**: I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died, and the truth was I'd never really gotten over it. 2011 p. 34

**Crave**: ...battling the pain and loneliness that comes from losing my parents in the blink of an eye… p. 252

*The heroine learns during the climax of the story that her family members didn't die in an accident but were in fact murdered by the vampire prince/ vampire prince's mate (#6-#8).*

*See the Nemesis Index (Taylor/Lia) for more details of this scene which is the climax of the story (BMR & Crave Book 1), and involves the kidnapping of the heroine by the vampire prince/ vampire prince's mate in an attempt to use the heroine to bring back their dead mate.*

6.

Heroine's family members were actually murdered by the vampire prince / vampire prince's mate                                                        *(page proximity)*

**BMR:** *Vampire prince*: "Not so. That was no accident, Anna sweet."...
*Heroine:* Murderer! How I hated him for killing my grandparents and robbing me and my family. 2010 p. 443

**Crave:** *Vampire prince's mate*: "I spent weeks planning your parents' accident…" p. 483
*Heroine:* ...or it would if she hadn't also been responsible for the murder of my parents. p. 484

7.

The heroine feels fury / rage and hot fire deep within/inside her when she learns her family was murdered

**BMR:** Something within me, deep and far down, rose up like hot acid. A fury so strong I actually felt on fire with it and yearned to destroy him. 2010 p. 446

**Crave:** ...the hopelessness deep inside me turns to anger and the anger turns to rage. It fills up the emptiness, fills up the aching, until all that's left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice. p. 477

8.

The heroine also feels sorry for the vampire prince's mate / vampire prince even though she may be killed.

**BMR:** *Julian the vampire prince:* "I bite you, drain most of your blood…If it doesn't kill you, well, then voila!" 2010 p. 444; 2011 p. 549; *Heroine:* I felt a stirring of pity for him and was surprised by it. 2010 p. 437; 2011 p. 540

**Crave:** ...and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her. p. 484

*The heroine believes she has no other family anywhere other than these two supernatural witches. However, later in the story she will meet her grandmother, and her father she thought was dead / grandfather she never knew existed. These two characters, the grandmother and the father / grandfather are parallel characters between the works.*

*(For more details see the High Priestess / Bloodletter Character Index and First Voice Inside the Head Character Index).*

9.

Mom / cousin bring the heroine to school on the day the story begins. Heroine thinks about how she has no other family left.

**BMR:** My mom's car glided into the parking lot a few people I didn't know very well waved.. …People here drive SUVs or pickup trucks. The terrain, heavy snowfall and ice demand it. People who are juniors in high school either drive themselves or ride with friends. Not parents. Most days I drive myself to school … I grumble about it. The three of us make up my family. We're all that's left. As we pulled into the lot, …the long, dark winter ahead. … Snow would make its debut any time now….with the dawn of winter ebbing on the horizon 2011 p. 12-13, p. 73 *(heroine lives with her mom and aunt)*

**Crave:** Besides Uncle Finn and now Philip, she is the only other person I know in this place. Not to mention the only family I have left…"Thanks so much for picking her up, Uncle Philip"… there's nothing but mountains and snow in all directions…and in the winter …even that gets closed….he couldn't make it out to pick you up, Grace…an emergency at the school …in the month since my parents died…Who cares who picks me up as long as I get to the school? Who cares where I live if it's not going to be with my mom and dad? Philip walks us to the edge of the cleared parking lot before finally letting go of my suitcases. 2011 p. 7-8 *(heroine lives with her cousin and uncle)*

**BMR:** I don't have cousins, grandparents, or anyone else. 2013 p. 34

**Crave:** I was the only family they had in San Diego—or anywhere, really, except for Finn and Macy ... *(referencing her uncle and cousin)*. p. 28

10.
<u>Heroine lives with the remaining two family members who are both witches</u>

**BMR:** *Heroine*: My mom and my aunt are both witches, but not exactly the Wiccan variety as I had been led to believe. 2013 p. 220.

**Crave:** *Cousin to heroine:* "A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing." p. 316

11.
<u>Heroine feels guilty about her family's deaths</u>

**BMR:** I pitched a fit...I've always felt really guilty about what happened. If I hadn't insisted on having my way, they'd still be alive. 2010 p. 100-101

**Crave:** I wish that the last words my parents and I spoke weren't hurled at each other in a fight that seems so stupid now. p. 45

12.
<u>Heroine's father was a supernatural being and she had no idea</u>

**BMR:** *Heroine:* My dad. I don't understand why he didn't tell me…Were they all Sentinels then? *(he's a wolf shifter)*. 2011 p. 439-440; 2010 p. 354

**Crave:** *Heroine:* "Wait a minute, you're saying my dad *was* a witch?".... "I don't understand. How could my dad be a witch and I not know it?" p. 315-16

13.

Heroine's parents loved each other very much

**BMR**: Anna was born to two parents deeply in love with another but of an ill-fated match. *Midnight Overview Notes, 2009.*

**Crave**: "He did love her. They loved each other a ridiculous amount." p. 316

14.

Heroine has panic and anxiety from the loss of her family

**BMR:** Anna carries a strong sense of loss over the death of her father and grandparents in an accident. She has panic attacks – anxiety from the trauma. *The World Notes, 2010*; Fear set in and with it came its cousin, anxiety. I figured panic wasn't too far behind. And if I gave into that panic I knew I would be lost. 2011 p. 524

**Crave:** Dr. Blake...giving me tips on how to deal with the anxiety I've been having since my parents died.....Just the idea of not being able to breathe sets off the beginnings of the panic attack I've barely kept at bay all day. p. 15

15.

Heroine's defense mechanisms help her when she experiences physical symptoms of anxiety

**BMR:** I'd been suffering from blinding headaches ever since the accident—but only if I tried to recall what happened. My aunt and my mother assured me it was just a defense mechanism—a way for my brain to save me from having to remember details of the tragedy. 2011 p. 79

**Crush:** Panic races through me, and this time I'm pretty sure I'm not going to be able to stop the attack…Eventually, my now-familiar defense mechanisms slide into place…I realize that just because it feels like I'm alone-more alone even than the day my parents died–I'm not. p. 123

16.

Heroine pushes / avoids her feelings of fear and panic and: locks them in a box

**BMR:** So I decided to push my feelings of fear and dread all the way down, out of reach and lock them in a box. 2011 p. 474

**Covet** (Book 3): As the familiar panic bubbles in my chest…And then I lock them away in a box as quickly as they come...I'd do almost anything to avoid a panic attack. p. 65-66

17.

Heroine wants to avoid her feelings of anxiety, or negative thoughts, so she pushes / shoves them down

**BMR:** I took a few breaths, pushing down the rising sob… 2011 p. 34

**Crave** (Book 1):  The familiar anguish wells up inside me...I shove it back down. Pretend it doesn't exist. p. 28

**BMR:**  So I pushed that thought, that worry, back down. 2011 p. 452-453

**Crave** (Book 1):  All the thoughts I'd shoved aside for the past forty-eight hours, just to get through leaving. p. 50

**BMR:** I sat up, pushing my emotions down, practically gagging on them. 2011 p. 473

**Crave** (Book 1): Which is why I shove all the new and bizarre misgivings I'm suddenly having back down where they belong. p. 233

18.

The heroine wraps her arms around herself when she panics

**BMR**: I wrap my arms around my middle leaning forward and curling into a ball. The room is spinning out of control. 2012 p. 188;

**Covet** (Book 3): I wrap my arms around my waist, the walls of the room closing in as I take a shallow breath. p. 113

19.

Heroine feels her anxiety like a weight on her chest

**BMR**: The tension in the room was so thick it felt like a weight on my chest….And I was worried that strange things might be happening when I could feel them—or that I was going crazy, both possibilities in my case. And if my emotional state was a trigger for that, I needed to gain some serious self-control.  2011 p. 337

**Covet** (Book 3)**:** I can feel my heartbeat speeding up, can feel a weight pressing down on my chest as panic wells inside me. p. 158

        A.   Heroine's voice sounds thin as she's experiencing anxiety

**BMR:** My voice sounds thin and reedy. Weak…I call out, gritting my teeth against the fear itching between my shoulder blades. 2013 p. 306

**Covet** (Book 3): My stomach is basically doing somersaults now, and not in the good way. I can feel my heartbeat speeding up, can feel a weight pressing down on my chest as panic wells inside me My voice sounds thin even to my own ears. p. 158-159

20.

Heroine's hands shake so badly, her heart is pounding in her chest

**BMR:** My hands are shaking so badly it's hard to angle the mirror just right. 2013 p. 356

**Covet** (Book 3): My hands are shaking so badly, I shove them in my pockets so Nury won't notice. p. 320

**BMR:** My heart is pounding out of control and my chest is tight. 2012 p. 7; 2014 p. 7

**Covet** (Book 3): My heart is pounding in my chest and my hands are shaking so badly I can barely hold on to Hudson p. 622-623

21.
Her mouth feels like it's stuffed with / full of cotton when she's afraid

**BMR:** My mouth feels like it's stuffed with cotton. 2014 p. 51

**Covet** (Book 3)**:** And my mouth feels like it's full of cotton… p. 10


22.
Heart drops down to her feet in a negative situation with romantic lead

**BMR:** My heart sank down to my stomach and my stomach dropped down to my feet. 2011 p. 199

**Crave** (Book 1)**:** My heart falls straight to my feet...  p. 289


23.
Heroine's stomach: olympic gymnastics / series of somersaults

**BMR:** My stomach was already performing the Olympic gymnastics routine. p. 101

**Crave** (Book 1)**:** My already nervous stomach does a series of somersaults. p. 206


24.
Her throat is tight, get the words out

**BMR**: My throat felt tight and I spoke slowly to get the words out… 2011 p. 31

**Crave** (Book 1): I barely manage to get the words out past my suddenly tight throat. p. 139

25.
<u>Heroine uses breathwork to manage anxiety: breath through my nose, through my mouth</u>

**BMR**: I draw a breath in through my nose, exhaling long and slow through my mouth...
2013 p. 332

**Covet** (Book 3): I take several deep breaths--in through my nose, out through my mouth...it takes
a minute or three... p. 1

    A.  <u>Breathwork: took a deep breath, out slowly</u>

**BMR:** I took a deep breath and let it out slowly, centering myself.  2011 p. 369; 2012 p.
291

**Covet** (Book 3)**:** I take a deep breath, blow it out slowly. p. 91

    B.  <u>Breathwork: few breaths, count</u>

**BMR:** I draw in a few slow breaths and count. 212 p. 466

**Covet** (Book 3): I take a few breaths, count backward…p. 167

    C.  <u>Breathwork, count to ten</u>

**BMR**: I stare at the floor, counting to ten out loud telling myself to breathe. 2012 p. 171

**Covet** (Book 3): I take a deep breath, then several more as I count to ten… p. 304, 305

26.

Heroine falls in the snow and has the breath knocked out of her

**BMR**: Stunned, I lie on my back in the snow…struggling for a breath that won't come…my diaphragm spasms as I struggle for air…I can't get my lungs to work. I know this is because I've fallen, and that in a few moments, my breath will come back, yet my panic is overwhelming. When I'm finally able to suck in air, it's in great, gulping, ragged gasps…There is always that moment just before impact, when you realize you've made a fatal mistake. 2011 p. 2

**Crave**: And then I'm falling…it's all drowned out in the panicked beat of my heart as terror races through me…I brace myself for bone-crunching impact…We hit hard enough that the breath is knocked of me. For one second, two, three, I can't do anything but lay there…trying desperately to drag a breath into my abused lungs…panic is a wild animal inside me as I struggle to get my weight off him…snow-packed ground…I finally manage to pull in a huge gulp of air. p. 153-154

*In this short scene (#27 A-E) the heroine's aunt / uncle discusses a special stone amulet / rune stones that belonged to the heroine's father with the heroine. The stone(s) have meaning which the aunt / uncle explains and warns her to never take it off / keep it on her at all times. This scene is taken from BMR 2011 p. 80-81 and p. 439 and used in Covet (Book 3) on p. 423-424.* (See also the Aunt / Uncle character index.)

27.

Aunt / uncle talks to heroine about an amulet / set of rune stones that was her father's and is now the heroine's

**BMR**: *Aunt to heroine:* "Do you still wear your amulet every day, the one Dante gave you?" … I love it not only for its beauty but because it reminds me of my dad. 2011 p. 80 *(Aunt calls her father by his name, Dante)*; "Though it's strange your father gave you his own and so early." p. 439 *(The amulet was her father's. Conversation with romantic lead later in the story about the amulet being her father's)*

**Covet** (Book 3): *Uncle to heroine:* "They were your father's Grace. He left them in my safekeeping...once you got here, I knew they were meant to be yours." p. 423 *(set of her father's rune stones)*

A. <u>The heroine describes what this object of her father's looks like</u>

**BMR**: On the front is a depiction of a jackal's head in profile wearing an Egyptian headdress and collar encrusted in lapis and carnelian. "...Carnelian is an energy booster. That makes sense doesn't it, because it's red?"  2011 p. 80

**Covet** (Book 3): Nestled inside is a rectangular stone. It's bright pink (big surprise) with a few white-and-maroon-colored lines running through it, and carved on the top is an inscription--two Vs nestled together on their sides. p. 423

B. <u>Aunt / uncle explains that the stones have meaning</u>

**BMR:** *Aunt to heroine:* "Lapis is an ancient stone of the most powerful protection. It's said to shelter the wearer from danger." 2011 p. 80-81

**Covet** (Book 3): *Uncle to heroine:* "The stone it's carved in--rhodochrosite--means the same. Emotional healing and joy." p. 423

C. <u>The heroine's emotions stick in her throat during the conversation with her aunt / uncle about her father's amulet / runes because she misses her father</u>

**BMR:** I swallowed a lump in my throat. 2011 p. 81

**Covet** (Book 3): ...a sob rises up out of nowhere and lodges in my throat. p. 424

D. <u>The heroine's aunt / uncle tells her not to take the object off, ever / to keep it on her at all times</u>

**BMR**: *Aunt to heroine:* "You mustn't take it off. Ever." 2011 p. 81

**Covet** (Book 3): *Uncle to heroine:* "No matter what happens, no matter where you are in the next several days and weeks, I want you to keep that rune on you at all times." p. 424

E. <u>When aunt / uncle talk to heroine about the stone and her father, the aunt / uncle is not forthcoming about what's really going on</u>

**BMR**: *Heroine and Aunt:* I decided to press and see how far she'd go. There was always the feeling, even with my Aunt Brie, of hidden doors that I wasn't to try and open—things I wasn't to ask and we couldn't discuss.  I wondered if she'd tell me more, more about my dad, more about the time before we came to Alaska… "..Did he practice the Craft, Aunt Brie?" "Not exactly." She gave me an enigmatic smile. 2011 p. 81

**Covet** (Book 3): *Heroine and uncle:* "Is there a reason why-" "You'll know why soon enough," he tells me. "And you'll know when. Just remember to trust yourself and the people who love you. We've got you." He looks like he's about to say more… p. 424

28.
<u>Aunt Brie / Uncle Finn kisses the top of heroine's head as a sign of affection</u>

**BMR:** She kisses the top of my head as she gets up to leave.  2012 p. 123

**Crave** (Book 1)**:** He leans down and drops an absentminded kiss on the top of my head.  p. 207

29.
<u>Heroine describes how "newbies" dress in Alaska – newbie..down parka..Alaskan..winter..wool.. Hat..gloves..snow</u>        *(one page apart)*

**BMR**: New people from the Lower Forty-Eight, 'chechakos,' wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves and act all tough like they're true Alaskans… I noticed that he wasn't dressed like a newbie, even though it was his first winter here. 2011 p. 118-119

**Crave**: ...because I'm a total newbie--I google how to dress for an Alaskan winter. Turns out the answer is *very* carefully, even when it's only November…wool tights...a layer of long underwear...fleece pants...fleece jacket...hat, scarf, gloves, and two pairs of socks...down filled hooded parka...snow boots. p. 117

*The heroine and the romantic lead are becoming involved at this point in the story. The heroine's nemesis (Lia in Crave, and Taylor in BMR) attempts to make the heroine jealous by implying she has a claim to the romantic lead that is superior to the heroine's. The heroine is upset but then decides it's not true. BMR 2011 (p. 149-151) provides the basis for this scene in Crave (p. 295-296)* *(See Lia / Taylor Character Index).*

30.

<u>Taylor /Lia implies that she and romantic lead are together to upset the heroine</u>

**BMR**: *Taylor* "Well," she said, raising one perfectly arched brow, "it was very . . . romantic. That boy knows how to wine and dine a girl, if you know what I mean." *(Implying she was on a date with romantic lead)* 2011 p. 149

**Crave**: *Lia*: "They tell me nothing has to change, that Jaxon's a perfectly good replacement...I don't care about politics or family dynasties even if he does..." p. 295-296 *(Implying she is to be with the romantic lead since his older brother, who was her boyfriend, is dead and that Jaxon cares about the family dynasty).*

    A. <u>Heroine mentions romantic lead's name, feels physical sensation of upset that Taylor / Lia implies that she has a claim to him</u>

**BMR:** Wait a minute. Dinner with Ash? I felt a sudden, clutching sensation in my chest. 2011 p. 149

**Crave**: "Jaxon?" My whole body tightens up at the mention of his name linked with hers. She can't be  serious...can she? p. 295

    B. <u>Taylor / Lia  tries to make heroine jealous by implying that she and the romantic lead have a relationship</u>

**BMR**: Pain formed a tight knot in my stomach. "He told me he had to work tonight." The words fled my lips in a whisper of dismay. 2011 p. 150

**Crave**: I'm reeling under the news that she and Jaxon are supposed to be together--and the  implication that *he's* willing to go along with it. p. 296

C.  Heroine notices that Taylor / Lia isn't being honest

**BMR**: "Really? I think you're the one who's worried about getting hurt."...Her mouth fell open in surprise. "Why would you think that?"..." Because of all the effort you're making to convince me he's into you." 2011 p. 151

**Crave**: But she looks so small when she says it, so exposed, that my heart twists for her. Besides, it doesn't make sense…Not with the way he kissed me. p. 296


## 2. The Heroine as a Magical Being and Her Ignorance of the Magical, Supernatural World

    A.  Heroine's parents kept her ignorant of the magical world to protect her
    B.  Heroine's parents kept her ignorant that she is a magical being
    C.  Heroine is of mixed bloodlines
    D.  Heroine believes she is human
    E.  Heroine believes she is half-human once she knows she has one magical supernatural parent
    F.  Heroine realizes her mom, aunt / mom, dad were always talking and arguing about her
    G.  Heroine's mom always interrupted her aunt / dad and was afraid of her aunt /dad telling her the truth about herself and the supernatural world out of fear
    H.  Heroine wanted her mom and aunt/mom and dad to tell her everything about herself and the magical world
    I.  Heroine old enough to know the truth about herself and the magical world
    J.  Heroine has felt out of place her whole life because she didn't know what she truly was
    K.  Heroine feels like she has no choice in the supernatural situation she finds herself in
    L.  Heroine can't be allowed to live because it would pose a risk to the world


31.

Heroine's parents kept her ignorant of the magical world to protect her

**BMR**: *Mother to heroine:* "...contact with the magical world. I thought if I could keep you from it, I would protect you and save myself. Instead, by keeping you ignorant…" 2013 p. 467

**Covet** (Book 3): *Heroine about mother and father:* They knew there was magic in this world… They kept me ignorant… p. 600  ...I can't help thinking that they did the best they could to protect me. p. 602

32.

They kept her ignorant that she's a magical being

**BMR**: *Mother to heroine:* "By keeping you ignorant of your heritage, I placed you in unnecessary danger." 2014 p. 376 Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers. *The Plot 2009*

**Covet** (Book 3): *Heroine about her parents:* My parents knew, they *knew* I was a gargoyle, and they never told me... They kept me ignorant. p. 600

33.

Heroine is of mixed bloodlines

**BMR**: "Your mixed bloodlines put you at terrible danger from both sides in this stupid war." 2014 p. 280;"The big deal is maybe you're not supposed to mix with humans."  2013 p. 255
*(At this point in the story, the heroine believes she is human and later learns that her mother is a witch and her father was a werewolf).*

**Crave** (Book 1): "Witches aren't supposed to marry ordinary humans-weakens the bloodlines. So usually, when a witch falls in love with one, they….lose their powers." p. 316 *(At this point in the story, heroine knows her father was a witch and believes her mother was human. She thinks she is human. Later she learns that her mother was a gargoyle).*

34.

Heroine believes she's human

**BMR:** "Am I still—human?" 2011p. 409

**Crave** (Book 1)**:** Like maybe they're aliens and I'm the ignorant and fragile human living among them. p. 133

35.

Heroine believes she is half-human once she knows she has one magical supernatural parent

**BMR**: "Is it because I'm half human…" 2013 p. 344

**Covet** (Book 3): "...I may be only eighteen years old--and half human…" p. 431 *(Third book she's a year older)*

36.
<u>Heroine realizes her mom, aunt / mom, dad were always talking and arguing about her</u>

**BMR**: *Heroine about her mom and aunt:* It was always like this—them talking about me in whispered words and broken off conversations... 2011 p. 65   "Every time I come into the room you stop talking and it's obvious you're talking about me." 2012 p. 64

**Covet** (Book 3): *Heroine about her parents:* To the whispered fights, the tense meals, the way they clammed up whenever I walked into a room." p. 601


37.
<u>Heroine's mom is worried and interrupted aunt / dad from telling heroine the truth about herself and their world out of fear</u>

**BMR**: What was my mother so worried that my aunt was going to say?...It felt as though they were both waiting for something to happen—something about me and it scared them, especially my mom. 2011 p. 71

**Covet** (Book 3): How my father kept trying to talk to me, but my mother would interrupt, her face alive with a fear I didn't understand. p. 602

38.
<u>Heroine wanted her mom and aunt/mom and dad to tell her everything about herself and the magical world</u>

**BMR**: They had a chance to come clean with me tonight, to tell me everything. …. How can I trust them to tell me the truth about anything with the silence of so many unspoken secrets still standing between us? 2013 p. 361

**Covet**: Were they going to tell me *everything*?.... I realize that maybe I can't hold the secrecy against them after all. p. 602


39.
<u>Heroine is old enough to be told of what she is and the magical world</u>

**BMR**: "You're old enough to know the truth." 2013 p. 91 *(about the magical world and herself)*

**Covet**: Had they decided I was finally old enough? p. 602 *(about the magical world and herself)*

40.

<u>Heroine has felt out of place her whole life because she didn't know what she truly was</u>

**BMR**: I've felt out of touch, out of place, my whole life. 2012 p. 81; 2011 p. 448; 2013 p. 89

**Covet**: ...I felt odd, out of place, a fish out of water in my own body… and in my own life. p. 600

41.

<u>Heroine feels like she has no choice in the supernatural situation she finds herself in</u>

**BMR**: *Heroine*: "Do I really have a choice?" I ask. "Because it doesn't seem like it." 2013 p. 432

**Covet**: *Heroine*: "I don't think I've had much choice in any of this," I tell her. "It seems like all the choices have been made for me." p. 111

42.

<u>Heroine can't be allowed to live because it would pose a risk to the world</u>

**BMR**: "What would you do if you were the one to find her?"... "Destroy her."... "What?! You'd kill her?...It's not her fault she is what she is, right?"... "There is no second chance here, Anna. We're at war! What if the demons get her? Everything will change. We can't risk it." 2011 p. 247-248; "Whoever has this girl on their side, wins, for a time anyway…If they find her first, the demons, the world as we know it will never be the same. It'll be an apocalypse." 2013 p. 213 *Heroine*: I was that girl. It had always been me. I was the one girl that both sides in the war were searching for— searching to destroy. 2011 p. 470

**Crave**: *Flint to heroine:* "Lia's had a plan all along. It's why she brought you here…We knew it for sure as soon as you arrived and the wolves got close enough to smell you…I want to save you, Grace. I do. But we can't let Lia do this. It'll mean the end of the world. So you've got to die. It's the only way we can stop this thing from happening." p. 467-468

### 3. Heroine is a Wholly Unique Supernatural Being

31. Heroine is a queen
32. Magic is in the heroine's veins / blood
33. Heroine is a magical being made of magic
34. She a protector of all creatures including humans / and humans; the balance
35. Heroine is unique and special / of the utmost importance to the supernatural world to keep the balance
36. Heroine's supernatural purpose is to bring balance
    A. Balance Shadows and Light / Chaos and Order
    B. Heroine's kind's purpose is to maintain the balance
    C. Heroine was born as a result of this need for balance
37. Shadows & Light / Chaos & Order, heroine has ability to hold / balance both within you
38. Heroine wonders how she is supposed to restore the balance
39. Heroine is told that the wars between the supernaturals / between humans and supernaturals results in chaos reigning in the world
40. The war has been going on since time itself / since humans and paranormals created; good and evil
41. Supernatural beings are fighting, at odds / humans at odds
42. Heroine is to balance the two sides, humanity / humans and chaos
43. Heroine must find magical objects to stop the war, no matter the cost
44. Heroine needs the Compact / the Crown to restore the balance
45. Heroine's kind doesn't take sides / can't be swayed by either side
46. The world is out of balance, storms and erratic weather. Heroine's kind needed to restore the balance.
47. Heroine is to keep the peace
48. Very few of heroine's kind walk the earth
    A. Heroine's kind were wiped out to near extinction
    B. The heroine questions how this could happen and is told it was because of betrayal
    C. The betrayal was instigated by a being of mixed supernatural heritage / by a being who married a different kind, mixed marriage; A spell / secret was then given which resulted in the Heroine's kind being betrayed and wiped out
49. Heroine is a lantern / beacon in the supernatural world
50. Heroine is to accomplish her supernatural objective no matter the cost
51. Heroine is the most powerful / first of her kind in ten generations / a thousand years
52. Heroine is immune to certain magic
53. Heroine has magical tattoos that are spells
    A. Magical tattoos swirl and dance

    B.  Heroine's tattoos light up and tiny pin / needle pricks

    C.  Heroine's magical tattoos burn and itch

    D.  Heroine feels like she's on fire

    E.  The heroine can't breath / gasps she feels heat starting, flames, fire, lit, which gives her strength. Her tattoo glows / is glowing

    F.  Heroine's tattoos allow her to absorb magic from another supernatural being and reuse it

54.  Heroine has a magical smell as a magical being: I can smell the demon / gargoyle in you

55.  Heroine lights the candles all at once using her power

56.  Heroine is told about channeling magic

57.  Heroine to dispense / deliver justice

58.  The heroine's grandmother is the daughter of a deity, and the heroine learns she is the granddaughter of this being: the balance

    A.  Ancient gods / deity creation story

    B.  Heroine is a semi-goddess/demi-god

59.  The God of Chaos in both books is tied to the heroine. Her father (BMR) / grandmother (Court)

43.

Heroine is a queen

**BMR**: *said to heroine:* "But when he told us about you being special and all that...He said you're a queen." 2012 p. 486

**Covet**: *said to heroine:* "I can never thank you enough for what you've done, Queen." p. 610


44.

Heroine is told: There's magic in her blood / veins

**BMR**: "There's magic in your veins." 2011 p. 440

**Court**: "There's magic in your blood." p. 477


45.

Heroine is a magical being made of magic

**BMR**: "...The Kindred *are* magic." 2011 p. 463; 2010 p. 375

**Covet**: "You are a creature born of magic…" p. 398   "Since gargoyles were created from the source of all magic…" p. 398


*BMR 2012 and its edits serve as the basis for the material used in Covet (Book 3),regarding the heroine and her kind of being. BMR 2014 in the same page number proximity contains edits also used in this sequence. The heroine in BMR is a combination of a Kindred and a Sentinel (mom a witch, dad a wolf shifter). Kindred protect the earth and its creatures. Sentinels protect humans and supernaturals and dispense justice. The Crave series uses this source material to create its heroine and calls her a gargoyle.*

*Both heroines' types of being are intended to bring balance, are created from magic, are protectors of supernatural creatures and humans, unique, and believed to affect the balance of the supernatural war which affects the human world. The heroine is intended to restore the balance, her kind of supernatural being was created for this purpose.  The  balance is currently upset and there is a war between the supernaturals.*

*Very few of the heroine's kind of supernatural being walk the earth anymore. as they were wiped out to near extinction. The heroine questions in this scene how this could happen since her kind are so powerful. She learns it was due to a betrayal. Covet (book 3) takes from BMR and tracks its pages for the concepts and language, as well as the creation mythology of Shadows and Light, which is Chaos and Order in Crave. Supernaturals in BMR are either Shadows or Light and supernaturals in Crave are Chaos and humans are Order.* (See also Heroine's Grandmother Character Index.)

*Brief overview of source material:*
*These segments about the heroine are taken from BMR 2012 p. 385–387; 2014 p. 385 and track with Covet p. 219-220.  BMR 2012 p. 214-218 which track in Covet p. 380 -400.*
*# 46 - #63*

46.
She is a protector, humans, non-human/ not-just-human, creatures, the balance

**BMR:** "We're protectors of humankind from Others—non-humans." 2012 p. 197  "The Kindred are protectors of the land and all of its creatures, including humans. They protect against demons but also against humans who disturb the natural balance." 2012 p. 385

**Crush**: "Gargoyles kept the balance among all the paranormals...and every other not-just-human creature on the planet—and also humans." p. 220  "...and that's why gargoyles have always been protectors." p. 219

47.
Heroine is unique and special  / of the utmost importance to the supernatural world to keep the balance

**BMR:** "You are something different, unique. Your birth heralds a new age. A new beginning for us all. Surely you sense that you are special?" 2011 p. 268; 2012 p. 216

**Covet:** "And I knew instantly that you would be of the utmost importance to us later...because of who you really are." p. 112

48.
<u>Heroine's supernatural purpose is to bring balance</u>

    A.  <u>Balance Shadows and Light / Chaos and Order</u>

**BMR**: "...the ability to balance both Shadows and Light within yourself and emerge transformed will be your greatest challenge. And your greatest gift in maintaining the balance… You will need to balance both in order to achieve your destiny." 2012 p. 216

**Covet**: "In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles….you hold both within you. A desire to create order, a desire to create chaos....It's this ability that allows you to straddle both worlds…" p. 398

    B.  <u>Heroine's kinds purpose is to maintain the balance</u>

**BMR**: "And your greatest gift in maintaining the balance. It is your destiny." 2012 p. 216 "Maintain the balance, no matter the cost." 2012 p. 218

**Covet**: "They wanted help finding a way to bring gargoyles back...without the balance gargoyles bring to us, the paranormal world was spinning rapidly out of control...p. 111 (Heroine is the only gargoyle and is to bring back balance). "For what befalls one sister must always befall the other--to maintain the balance." p. 395

    C.  <u>Heroine was born as a result of this need for balance</u>

**BMR**: "…You were born to achieve this task." 2012 p. 216-217

**Covet**: "It was into this chaos, this disorder, these extremes of love and hate, that you–that all gargoyles–were born." p. 396

49.
<u>Shadows and Light / Chaos and Order, heroine has ability to hold / balance both within you</u>

**BMR**: "*You will be of Shadows. You will be of Light. That is your destiny*." 2014 p. 357 "...the ability to balance both Shadows and Light within yourself and emerge transformed will be your greatest challenge. And your greatest gift in maintaining the balance…You will need to balance both." 2012  p. 216

**Covet**: "...you hold both within you. A desire to create order, a desire to create chaos....It's this ability that allows you to straddle both worlds…" p. 398


50.
<u>Heroine wonders how she is supposed to restore the balance</u>

**BMR**: She is of mixed bloodlines so that she can restore the natural balance. *The World 2010*; "You will need to balance both…"...."And just how am I supposed to do all that?"  I say it like there's no way he can possibly be serious. I'm just one person.  2012 p. 216-217,  p. 498

**Covet**: "And if so, am I supposed to find a way to bring back the balance? The idea seems absurd on its face. It's a lot to process… p. 399


51.
<u>Heroine is told that the wars between the supernaturals / between humans and supernaturals results in chaos reigning in the world</u>

**BMR**: "When they are broken, chaos reigns and the world is off balance." 2012 p. 217 *(When agreements between the supernaturals are broken, fighting between supernaturals, including humans, causes chaos to reign).*

**Covet**: "Still they continued to fight the humans until a devastating chaos reigned over the world."  p. 396 *(Supernatural beings and humans fighting caused chaos to reign)*

52.

War has been going on since time itself / since humans and paranormals created; good and evil

**BMR**: There must be balance in the world. *The Plot 2008*; "We are at war, child, a war that has been waged since the beginning of time itself. In all of life there is light and dark. Good and evil. But there must be balance. 2012 p. 498-499

**Covet**: You cannot have strength without weakness, beauty without ugliness, love without hate… good without evil. p. 393… But from the moment they were created, humans and paranormals have been at odds...went to war… p. 394 The universe requires balance in all things. p. 395

53.

Supernatural beings are fighting, at odds / humans at odds

**BMR**: "Have you always been at war?"... "Since the beginning. Unseen serve Light. Demons serve Shadows. We're at odds by virtue of our natures." 2013 p. 335; "Beings of myth and legend are fighting each other every day with earth as the battlefield. Human flesh and human souls are the spoils." 2012  p. 196

**Covet**: "But from the moment they were created, humans and paranormals have been at odds....went to war. Humans, who believed in order, set rules for everything…Paranormals...like to fight, like to sow discord and havoc wherever they go." p. 394

54.

Heroine is to balance the two sides; humanity / humans and chaos

**BMR**: "Although Shadows is a darker path, it is not necessarily evil, just as Light is not always good. You will need to balance both in order to achieve your destiny. Humanity is in peril...You were born to achieve this task." 2013 p. 221  "Beings of Shadows and Light are fighting, with earth as the battlefield…My kind is all that stands between humanity and chaos." 2014 p. 166

**Covet**: "In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles." p. 398

55.

Heroine must find the magical objects / object to stop the war no matter the cost

**BMR**:  "You have a role in this war....Maintain the balance, no matter the cost. Find the cursed objects and use your gifts." 2012 p. 217-218; 2011 p. 289

**Covet**: ...and get the Crown to stop a war seems like a win-win-win. No matter the cost. p. 386
*(just before the balance is discussed)*


56.

Heroine needs the Compact / the Crown to restore the balance

**BMR**: "The Compact binds *all* Others when it is in force. Such Compacts have existed from time immemorial. When they are broken, chaos reigns and the world is off balance." 2012 p. 217

**Covet**: "The Crown brings balance to the universe. For a long time, paranormals held too much power, so the Crown was created to balance that out." p. 119


**BMR**: "You have a role in this war...The Compact must be restored...You were born to achieve this task." 2012 p. 217

**Covet**: "But maybe getting lucky enough to free the blacksmith, then free the beast, and get the Crown to stop a war seems like a win-win-win-win." p. 386


57.

Heroine's kind doesn't take sides / can't be swayed by either side

**BMR**: "We don't take sides in the war between the Unseen." 2013 p. 345

**Covet**: "...they had to create a creature who couldn't be swayed by either side." p. 398

58.

<u>The world is out of balance, storms and erratic weather. Heroine's kind is needed to restore the balance</u> *(fighting among supernaturals in both books is part of the problem)*

**BMR**: The demons have grown too strong and they've tipped the balance. That's why the environmental problems, the weather... *2013 Chapter Outline to Emily Sylvan Kim Ch 43*

**BMR:** "The fighting among the supernaturals is causing problems in the world at large. Erratic weather, storms, wars among humans…" *The World Notes 2010; 2013 Chapter Outline to Emily Sylvan Kim Ch 43;* 2012 p. 217; "Now that the Compact is broken, the world is out of balance." 2014 p. 272; 2012 p. 13-14

"Erratic weather patterns...these events are the results of broken Compacts among our kind." 2012 p. 217

**BMR:** "...a sure sign of early winter and the grim reality of global warming with its erratic weather patterns...Disappearing glaciers, bears and wolves scavenging in the city looking for food—something that was utterly unheard of until now—and the weak salmon runs are proof that nature is seriously out of balance." 2012 p. 13-14

**Covet**: "...a coven of witches came to me in the middle of the worst snowstorm Alaska had seen for nearly fifty years...worried for the fate of...the world, both human and paranormal....and without the balance the gargoyles bring to us, the paranormal world was spinning rapidly out of control. It had gotten so bad that it was affecting the human world, and that was endangering us all." p. 112

59.

<u>She is to keep the peace among the supernaturals.</u>

**BMR:** "You have a role in this war, Daughter. An important one that only you were born to do. There must be peace, the Houses of Shadows and Light in accord..." 2013 p. 221

**Crush:** "Gargoyles are peacekeepers…" p. 242

60.
<u>Very few of heroine's kind walk the earth</u>

**BMR:** Kindred are rare and magical and Anna must not reveal that they still walk the earth. *2013 Chapter Outline to Emily Sylvan Kim Ch 43;* "It's said that the Kindred don't walk the Earth in many numbers anymore.".... "Only a very few walk the Earth, if at all, and those who do are hidden." 2012 p. 385-387

**Covet:** "There used to be thousands upon thousands of gargoyles walking the earth. Now there are only two that I know of…" p. 399

    A.  <u>Heroine's kind were wiped out to near extinction</u>

    **BMR:** "Those spells rendered the Kindred helpless. It was a holocaust." 2012 p. 387

    **Covet**: "How did they become nearly extinct?" p. 399

    B.  <u>The heroine questions how this could happen and is told it was because of betrayal.</u>

    **BMR:** *Heroine:* "But how could that happen if the Kindred are magic? They're powerful, right?" *Romantic lead:* "There was a betrayal." 2012 p. 387

    **Covet**: *Heroine:* "But if gargoyles are meant to bring balance and are immune to both sides, how did they lose so badly in the Second Great War? How did they become nearly extinct?" The Crone shrugs. "How does anything like that happen? Betrayal." p. 399-400

*(The heroine has just been told in Covet that she is a creature born of magic, a gargoyle, as her mom was a gargoyle p. 398; and in BMR the heroine is told that Kindred are magic and her mom is a Kindred. 2012 p. 387)*

C. <u>The betrayal was instigated by a being of mixed supernatural heritage / by a being who married a different kind, a mixed marriage; A spell / secret was then given which resulted in the heroine's kind being betrayed and wiped out</u>

**BMR**: "A Kindred son of mixed heritage betrayed the Kin….under the influence of a demon…spells the demons gave…Those spells rendered the Kindred helpless. It was a holocaust..." 2012 p. 387

**Covet**: "The gargoyle king...sided with the paranormals over the humans, even became mated to one. He broke the balance between them once and for all…" "…And so one of his men--eager to stop what he saw as a threat against himself and all gargoyles--went to the vampire king and told him how to kill gargoyles--a secret nobody knows."... 'But he used it on all of them. He killed them all." p. 400

61.
<u>Heroine is a lantern / beacon in the supernatural world</u>

**BMR**: "You are...the lantern in the darkness, lighting the way so that Others might see the truth." 2012 p. 214

**Covet**: "It's this ability that allows you...become a beacon of peace for both sisters' creations." *(humans and supernaturals).* p. 398

62.
<u>The heroine's objectives are stated no matter the cost</u>

**BMR:** "Maintain the balance, no matter the cost. Find the cursed objects and use your gifts to deliver justice. Remember." 2013 p. 222

**Covet:** ...free the beast, get the Crown to stop a war seems like a win-win-win-win. No matter the cost. p. 386

63.
Heroine is the most powerful of her kind born in ten generations / first of her kind born in a thousand years

**BMR**: "She's said to be the most powerful of her kind born in ten generations." 2012 p. 207

**Covet**: The first gargoyle born in a thousand years. p. 50

64.
Heroine is immune to certain magic

**BMR**: Anna wonders why she's immune to his talents. *(Referring to vampire prince's magical abilities) 2013 Chapter Outline to Emily Sylvan Kim*

**BMR**: *Vampire Prince says to the heroine when he's captured her:* "...what you are, my little shining star, that you are immune to me and my kind." 2011 p. 531

**Crush:** "...you're immune to magic!" "Immune to magic?" … "And to dragon fire, vampire and werewolf bites, siren calls the list goes on and on…"  p. 254- 255, p. 612

65.
The heroine has magical tattoos

**BMR**: Imprinted along my spine...were tattoos—tattoos...Golden hieroglyphs and arcane symbols in liquid gold were artfully, gorgeously inked along every inch of my spine. Their language was one of beauty...2011 p. 470

**Covet**: ...it's the most beautiful tattoo I've ever seen. Which is a good thing, I suppose, considering it's on my body…*shimmered.*From a distance, it's beautiful. Up close, it's absolutely breathtaking …it went from a bunch of dots to this gorgeous, delicate, feminine tattoo that I love entirely too much.  p. 554

    A.  Magical tattoos are sparkly / bright and they swirl and dance

    **BMR**: ...something sparkly caught the light...Tattoos! And they were moving on his fingers, swirling in a strange dance. 2011 p. 362

    **Covet**: ...captured by the tattoo that's so bright now, it's practically blinding as it swirls and dances up and down my biceps and forearm. p. 605

B.  Magical tattoo lights up like tiny pin / needle pricks

**BMR**: And when I did, my back lit up on fire, thousands of tiny pin pricks. 2011 p. 463

**Covet**: My tattoo burns as the magic lights each tiny needle prick… p. 623

C.  Tattoo burns and itches

**BMR**: ...my neck and my back burning and itching...imprinted along my spine from the nape of my neck to the tip of my tailbone were tattoos… 2011 p. 469-470

**Covet**: ...scratching at my palm because it's suddenly burning and itching. I turn it over, and tattooed right in the center of my hand… p. 654

D.  Heroine feels like she's on fire

**BMR**: My neck and back are on fire… 2011 p. 388

**Covet**: My whole hand catches fire. p. 603

E.  The heroine can't breath / gasps she feels heat starting, flames, fire, lit, which gives her strength. Her tattoo glows / is glowing

**BMR:** Ash's eyes! …I can't breathe. My stomach cramps in sharp pains. My body is suffused with a surge of intense heat starting from my neck and radiating all the way down my spine. I'm on fire, lit from within by a thousand flames. Rather than being incapacitated by it, I'm strengthened by the raging fire consuming me. …And I feel strong enough to do it—... He rubs my arms to warm me up.  2012. P. 155-156

**Covet** My whole hand catches fire. "Oh my God!" I gasp as the flame wraps itself around me, starts creeping up my forearm with a strength I barely know how to withstand…. Wrapping themselves around me, climbing over my hand and through my fingers, …My whole arm is a flame now, and a quick glance down shows me the tattoo is glowing with the magic pouring through me, every dot from my wrist to my shoulder lit up like Mardi Gras, until my entire arm is incandescent with heat. With power. … Until the swirling magic in his eyes is gone...p. 603

**BMR:** Before I can say a word, the tattoo glows… 2016 p. 86

**Covet**: …a quick glance down shows me the tattoo is glowing with the magic…p. 603

    F.  Heroine's tattoos allow her to absorb magic from another supernatural being and reuse it

**BMR:** Tiny swirls of black ink cover every square inch of his body. They're moving... 2014 p. 249 My hands on his head are lit with golden-white light. The dancing script on his body fades away until at last there's only flesh. He looks up at me in wonder, the black receding from his eyes. Kneeling in front of me is a man. And only a man. p. 254 Did I absorb the script from his body… 2014 p. 286

**Covet:** ...my wrist to my shoulder lit up like the Mardis Gras...I take it all, every single drop I can find… until the swirling magic in his eyes is gone, and he looks completely normal again." p. 603

66.
Heroine has a smell as a magical being: I smell the demon / gargoyle in you

**BMR**: *To heroine*: "I can smell the demon in you." 2014 p. 329

**Covet:** *To heroine*: "...I definitely smell the gargoyle in you…" p. 229

67.
Heroine lights the candles all at once using her power

 **BMR:** ...the room bursts into light, candles flickering to life in all of the wall sconces. I smile, pleased with myself. I've never been able to light all of the candles at once until now...the Powers are truly stronger in this place. 2016 p. 98

**Crush**: And then let out a little scream as every single candle on Jaxon's bookcase bursts into flame at exactly the same moment, "Oh my god. I did it. I really did it!"... "How much power did you give her, Macy?" p. 266

68.

Heroine is told about channeling  magic

**BMR**: "It unlocks the amulet when the Powers are channeled through it." 2016 p. 70
*Romantic lead to heroine:* "I can feel the bear though. I don't think I've been angry enough to channel him…" 2012 p. 347 Romantic lead

**Crush**: *Hudson to heroine:* "You can channel magic, and I've given you mine to channel for now." p. 584

69.

She is to dispense justice / the Watch rose up because there were no gargolyles to deliver justice

**BMR:** "Yours is a powerful destiny—to dispense justice so that the balance is maintained." 2013 p. 219

**Covet**: "The Watch...rose up in the absence of gargoyles to deliver justice…" p. 135


***The Heroine is descended from Twin Goddess (Isis and Nephthys) / Twin Gods who are women (Cassia and Adria):***
70.

The heroine's  grandmother is the daughter of a deity, and the heroine learns she is the grandaughter of this being and about the balance

**BMR**: *Grandmother to Heroine:* "True daughters of Isis are always born as fraternal twins, like Isis and her twin sister, Nephthys. Like your mother and Roselyn." She pauses and lowers her voice. "Like you and Emmaline." 2016 p. 104-105; *Heroine:* I understand that the balance is harmony, an accord of light and dark. You can't have one without the other because they're two sides of the same coin; each opposite is essential to maintain the balance and rhythm of life on earth. 2013 p. 90

**Covet** (Book 3): *Grandmother's twin sister to Heroine*:  "The children were sisters, twins in fact, born of two deities, Zamar and Aciel, who loved each other so much that they wanted to have a child. But the universe requires balance, and so they had two daughters, each a different side of the same coin." p. 392

**BMR**: "But you are not just kindred. You are something more," she says. "Ours is a sacred lineage. An unbroken chain of priestesses, mother to daughter back to the first queen of Egypt, to the Great Mother Isis herself. 2016 p. 104; "For I, the High Priestess am your grandmother." 2014 p. 346; 2013 p. 436

**Court**: "In the beginning, two gods gave birth to twins, two daughters. One was the God of Chaos and the other the God of Order...Cassia and Adria…" p. 168; '...I am…The God of Chaos,' she answers. '...you're my grand-daughter.' p. 159 *(God of Chaos is a twin god, and she is a woman. Her twin sister is the God of Order).*

     A.  <u>Ancient gods / deity creation story</u>

**BMR**: "The ancient gods created kindred to act as liaisons between themselves and the humans." 2016 p. 104;  All kindred have a calling, the one thing we alone are meant to do to maintain the balance. 2016 p. 4

**Covet** (Book 3): "And so, upon realizing that the world and creatures created by the daughters might never find balance-which would leave them trapped on earth forever-Aciel gifted them with a creation of their own. Gargoyles… In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles." p. 397-398

     B.  <u>Heroine is a semi-goddess / demi-god</u>

**BMR**: As the story evolved, my heroine was to discover that her mother was really a descendant of one of the twin goddesses, or perhaps was actually a goddess (See 2016). This would result in the heroine being semi divine and explain why she has the abilities that she does, and why her purpose is so magical and powerful.  *Freeman Notes 1-27-22*

**Court**: "You are the descendant of a god and a gargoyle, therefore you will never be more than a demi-god." p. 165

71.
<u>The God of Chaos in both books is tied to the heroine. Her father in BMR / grandmother in Court</u>

**BMR**: "*I freed a god! And not just any god—the God of Chaos himself.*" 2016 p. 101

**Court**: "Considering who I am."... "The oldest vampire in existence?"... "The God of Chaos", she answers. p. 159

**4. She hears two voices in her head; the supernatural world**

60. Heroine hears a new inner voice: she feels like there are two of her / like the voice is separate from her

61. At first she wonders if the voice is her wolf / witch half, it must be something more

62. The voice inside warns / tells her to get away and to run

63. In a fight scene at the climax of the story, when the heroine has been abducted by the vampire prince / vampire prince's mate, the voice is missing, deserted / absent

    A. The voice inside her head is screaming later during this abduction fight scene

64. One voice is Ronan / Hudson. She can no longer hear his voice once she has released him into the world

65. One voice is her long-lost father, the immortal abomination / long-lost grandfather, the Unkillable Beast

66. The voice in the head character who is her father / grandfather speaks Gaelic

67. He is in an iron trap against a tree / in chains against a wall – once the trap / chains are removed the beast becomes human

    A. The heroine went through a portal to find him

    B. The portal has taken the heroine into a forest

    C. The heroine tells the trapped creature I'm a friend

    D. When she can't free him, the heroine promises to come back for the cursed abomination / Unkillable beast

    E. The vampire prince / vampire king did this to him (parallel characters)

    F. The iron trap / chains have properties that keep the creature in his supernatural form

68. The voice in her head warns her away when she is too close to romantic lead

69. Heroine asks how to shift forms

    A. Romantic lead tells her it's not that hard / she's trying too hard

    B. Romantic lead assures her that her supernatural half is part of her

    C. There is a shimmer and air when a shift occurs

70. Heroine worries about a werewolf bite and whether she'll be a half werewolf werebear / weregoyle

71. Heroine worries she's going to become a monster / becoming a monster

72. Heroine worries she'll be a Frankenstein creation

73. Heroine is creeped out

74. Heroine wonders about the new world she finds herself in

75. Heroine steps through a door in the winter in Alaska and finds herself in a room that is summer outdoors somewhere

    A. She thinks it's not real and must be magic / an illusion

    B. She's given an esoteric answer about whether it's real

C. The heroine realizes that the supernatural world feels like coming home, feels like home

76. Heroine must pass a test
77. Heroine's powers are bound
78. Heroine is told that magic comes with a price

*In both works the heroine hears two voices in her head; she doesn't know who the voices belong to until later in the story. The voices warn her of danger and direct her actions. In the Crave series she hears the first voice in Crave (Book 1), and the second voice in Crush (Book 2). The voices come from parallel characters between the works.* (See First Voice in Heroine's Head Character Father / Grandfather & Second Love Interest Ronan / Hudson.)

72.

Heroine hears a new inner voice: she feels like there are two of her / like the voice is separate from her

**BMR:** *About the voice*: I wondered if I would always feel fractured, like there were two of me sharing the same skin. 2011 p. 430

**Crave:** *About the voice*: In some ways, it felt almost sentient, like it existed away from my own consciousness and subconsciousness. p. 418


73.

At first she wonders if the voice is her wolf / witch half, it must be something more

**BMR:** Maybe that new inner voice was my wolf half. But if this was the case, she was something more than a mere wolf.  2011 p. 456.

**Crave:** Am I a witch after all, despite what Uncle Finn said? Is that what this voice I keep hearing inside me means? What makes me so special? … Something more.  p. 484.


74.

The voice inside warns / tells her to get away and to run

**BMR:**  That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run! 2011 p. 472

**Crave:** ...a voice deep inside me starts screeching—telling me not to go any further. Telling me to run. Telling me to get the hell away from these tunnels and never look back. p. 233

75.

In a fight scene at the climax of the story, when the heroine has been abducted by the vampire prince / vampire prince's mate, the voice is missing, deserted / absent

**BMR:** *In a fight scene:* My inner voice was missing in action. 2012 p. 462 The voice had deserted me! 2010 p. 453; My new inner voice had deserted me … 2012 p. 442

**Crave**: *In a fight scene:* the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent. p. 463

A.  The voice inside her head is screaming

**BMR:** The voice inside my head was screaming at me to look down. Look away, look anywhere but at him. 2011 p. 499

**Crush:** The voice inside me is screaming now. Go back, go back, go back! p. 531

76.

One of the voices is Ronan / Hudson

**BMR:** *Ronan:* "I've warned you when I could and I've been your guide from time to time." 2011 p. 595

**Crush:**. *Hudson*: "Why on earth would I do that now that you can finally hear me?" p. 155 *(Hudson says this to the heroine now that she can hear him in her head)*

77.

The other voice is her father, now a vampire-werwolf  - the abomination / long-lost grandfather - the Unkillable Beast, who speaks Gaelic and was trapped in his supernatural form in a place reachable by portal

**BMR:** *Vampire prince about heroine's father:* "He's abomination. Cursed! I did the worst thing I could to him. He carries my essence now. When he is not in his wolf, he walks as a demon." 2012 p. 467
*Heroine about the voice she hears:* "I hadn't realized in all this time that my wise wolf was my dad." 2011 p. 577-578

**Crush:** That voice I've been hearing since I got to Katmere...was actually the Unkillable Beast all along. p. 541

78.

The voice in the head character who is her father / grandfather speaks Gaelic

**BMR**: "You know Gaelic?"... "Athair Mo Chroid isn't really a name, Anna...In Gaelic it means father of my heart." 2010 p. 223;  "I've met a wolf here. He told me his name was Athair Mo Chroid..." "Annalise, darling one, Athair Mo Chroid isn't a name. It's a title" "What does it mean?"... "It means father of my heart. Now, do you know?" I gasped. I hadn't realized in all this time that my wise wolf was my dad. 2011 p. 577-578

**Court**: "'You are the gargoyle king…" "My name is Alistair by the way." p. 34; "…the gargoyle king--that my grandfather…" p. 37 "Gaelic?" I look around in wonder. Even as I repeat the word, Alistair's familiar-sounding accent clicks into place. p. 45 *(Alistair, the Gargoyle king, is the heroine's grandfather and speaks Gaelic).*


79.

He is in an iron trap against a tree / in chains against a wall – once the trap / chains are removed the beast becomes human

**BMR**: Against the base of two of the tallest, thickest oaks, two enormous wolves–large enough that I knew they were Sentinels–waited in silence…As I came closer, I could see that each had a foot caught in the jaws of a terrible steel trap…I remembered in fairy tales that some magical creatures were supposed to be repelled by cold iron...My hands found a pin in the trap and the iron jaws sprang open." 2011 p 582-584. *(The wolf becomes human after she frees him).*

**Covet**: "His chains keep him in his gargoyle form. Break those, and he'll become human again." p. 121

   A.   The heroine went through a portal to find him


**BMR**: I'm falling, falling through an abyss with no beginning and no end. 2011 p. 205 *(description of portal sensation)*; Falling, my arms flailed wildly as I tried to regain a sense of place. Finally, after what felt like a very long time the air stilled; in slow-motion I landed with a solid thump on my knees, adrenaline coursing through my body. 2010 p. 468 *(portal)*; 2011 p. 579, 577-579

**Crush** (Book 2)**:** ...I feel myself falling, falling, falling for the second time in less than a week...No matter how hard I try to right myself as I tumble through the vortex... p. 508-09 *(portal)*

B.  <u>The portal has taken the heroine into a forest</u>

**BMR**: Soft leaves and dirt cushioned my fall and I sat there for a moment, panting with exertion as I took in the smell of the pine and the soft sounds of the forest around me. 2010 p. 469

**Crush** (Book 2): I look around and realize we're in the forest beyond the cottages. p. 509

C.  <u>The heroine tells the trapped creature I'm a friend</u>

**BMR**: I took a careful step forward. "I'm a friend, promise," I whispered, reaching one hand out to let him catch my scent. 2011 p. 584

**Covet** (Book 3): "It's okay," I murmur to him--out loud and with my mind. "I'm a friend." p. 650

D.  <u>When she can't free him the heroine promises to come back for the cursed abomination / Unkillable Beast</u>

**BMR:** "But I'll be back for you. I promise." 2012 p. 513

**Crush** (Book 2): "But I promise, we'll come back for you." p. 546- 547

E.  <u>Julian the vampire prince / Cyrus the vampire king, trapped this creature (the heroine's father / grandfather) in his supernatural form</u>

**BMR:** "He's been trapped in his wolf form with Dante at Julian's hands." *The World Notes 2010*

**Covet** (Book 3): "His chains keep him in his gargoyle form. Break those, and he'll become human again." p. 121

**Covet** (Book 3): "It's been a thousand years since he's been human and the last people he saw did this to him. My eyes narrow at the thought. Just one more atrocity Cyrus has to answer for." p. 650

**BMR:** *Julian*: "So I took him and imprisoned him where no one would think to find him. It seemed fitting while I considered how to mete his punishment." 2011 p. 547;

**Covet** (Book 3): "Cyrus did this. I know it. Everything inside me screams it. He tormented this man--just like he's tormented the Unkillable Beast for a millenia--simply because he could." p. 544

**BMR:** "Against the base of two of the tallest, thickest oaks, two enormous wolves–large enough that I knew they were Sentinels–waited in silence...each had a foot caught in the jaws of a terrible steel trap…" 2011 p. 582-584

**Covet** (Book 3)**:** Hudson steps in and explains about the Unkillable Beast, who has been chained up for a thousand years with a cuff he made. p. 546; p. 32

F.   The trap / chains have properties that keep the creature in his supernatural form

**BMR:** *Heroine to father:* "It's the trap, isn't it? The reason I can't hear your voice? It's iron, right?" His golden eyes solemn, he nodded once, a distinct bob of the head. I remembered in fairy tales that some magical creatures were supposed to be repelled by cold iron. Maybe the iron traps somehow interfered with our ability to communicate. 2011 p. 583

**Crush** (Book 2): They're shackles, keeping it tied to the wall. p. 535

**Covet** (Book 3): *Bloodletter to heroine:* "His chains keep him in his gargoyle form. Break those, and he'll become human again." "We already tried to break them…We couldn't…" "That's because they're enchanted." p. 121

80.
The voice warns her away when she is too close to the romantic lead

**BMR:** I close my eyes and feel the warmth of his breath. I part my lips expectantly—every fiber in my being attuned to his…. "*Danger!*" …And that voice, that word. *Danger.* 2012 p. 113.

**Crush:** "Yours," I agree in a whisper...even as I tighten my arms around Jaxon's waist.... "*Stop! Don't! Not with him!*" p. 11

81.

<u>Heroine asks romantic lead / romantic lead 2 how to shift.</u>

**BMR:** *Heroine asks romantic lead*: "How do you do it? Shift I mean," I asked. 2011 p. 459; 2013 p. 352

**Crush:** *Heroine asks romantic lead 2*: "What do I have to do to shift?" p. 296


    A.  <u>Romantic lead tells her it's not that hard / she's trying too hard</u>

**BMR:** *Romantic lead to heroine:* "It's really not that hard…" 2011 p. 459

**Crush:** *Romantic lead to heroine:* "You're trying too hard." p. 297


    B.  <u>Romantic lead assures her that her supernatural half is part of her.</u>

**BMR**: *Romantic lead:* "One moment you're human and in the next, your wolf is out and you are the <u>wolf</u>…Nobody ever gets it wrong." 2011 p. 456

**Crush:** *Romantic lead 2*: "You don't have to learn how to *be* a gargoyle. You *are* <u>one</u>. It's part of you, of who you are." p. 297


    C.  <u>There is a shimmer when a shift occurs; air</u>

**BMR:** The raven cocks her head to one side and I watch as her form shimmers and shifts between raven and woman and back again. 2012 p. 313

**Crush:** Seconds later**,** a shimmer of rainbow colors engulfs him for five, six, seven or so seconds and then—standing right in front of me is a giant green dragon. p. 274


**BMR:** The air around him shimmered for less than a moment and then it was Ash laying on top of me, pinning me down. 2012 p. 383   *(shift from wolf to human)*

**Crush:** There's another shimmer, another air funnel, and a few seconds later, Flint is standing next to me... p. 283 *(shift from dragon to human)*

82.

Heroine worries about a werewolf bite and whether she'll be a half werewolf  werebear / weregoyle

**BMR**:  "Am I a—a werewolf or werebear if there's such a thing—now that you've bitten me?" 2012 p. 335.

**Crush:** "What happens if he bites me? I don't turn into a werewolf, do I?"... "A gargoyle werewolf? Or a werewolf gargoyle? Weregoyle? *Garwolf*?" p. 95

83.

Heroine worries she's going to become a monster / becoming a monster

**BMR:** I trembled convulsively. …He sighed deeply with a wide grin spreading across his face. ….My face froze in horror. I wanted to throw up. I shook my head in denial. He was going to make me a monster and keep me chained to his side. 2011 p. 549

**Crush** He grins. … "I've created a monster," I tease, shaking my head in mock horror as I lean into him. …Jaxon watches me with an intensity that shakes me to my very bones….My stomach sinks like a stone. Because while Jaxon is definitely becoming more human ... I'm deathly afraid that I'm turning into the real monster at Katmere Academy.p. 104

*In the kidnapping scene at the climax of the story (first book in the Crave series), the heroine has been abducted by the vampire prince / vampire prince's mate. The vampire prince/ vampire prince's mate wants to use the heroine to bring back their dead mate. (The mate isn't really dead and is alive in another dimension). The heroine thinks about Frankenstein during this scene. (See Taylor / Lia Character Index.)*

84.

Heroine worries she'll be a Frankenstein creation

**BMR:**  The next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride.  2012 p. 474

**Crave**: I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works. p. 485

**Crush:** "I'm serious. You better not have pulled any Dr. Frankenstein stuff to bring me back." p. 18

85.
<u>Heroine is creeped out</u>

**BMR**: I was definitely creeped out. 2011 p. 393

**Crush:** Totally creeped out n p. 79

86.
<u>Heroine wonder about the New world she finds herself in</u>

**BMR**: ...in this strange new world she finds herself a part of... *2013 Chapter Outline to Emily Sylvan Kim.* "What was behind these doors was my new world." 2012 p. 413 I want to go and see the new world I belong to." 2013 p. 368

**Covet**: ...in this brave new world I've found myself in. p. 7

*The heroine is in Alaska but has stepped through to a place that looks and feels like summer. The heroine's inner dialogue is that it "feels like coming home."*

87.
<u>Heroine steps into a room and it's summer even though she's in Alaska</u>

**BMR:** We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were standing outside among a grove of trees in high summer... 2011 p. 492

**Crush**: The Ancient vampire leads me through a double arch into another, darker room. But the second we walk in, the room springs to life. The sun is shining, the sand beneath my boots is sparkling... p. 150

    A.  <u>Heroine thinks it must not be real, that it's magic / illusion:</u>

    **BMR:** "So we're not really outside then...it's magic, right?" 2011 p. 493

    **Crush:** ...I'm in the middle of a giant illusion... p. 151  "But I can't believe it. It's not *real.*" p. 152

B.  <u>Heroine is given an esoteric answer about whether it real</u>

**BMR:** "It's not really outside, not in the way you might think. This place just..is."  2011 p. 494

**Crush:** "It's as real as you want it to be, Grace." p. 152

C.  <u>The heroine realizes that the supernatural world feels like coming home, feels like home</u>

**BMR:** Anna recognizes that the world beyond the ring stones in that place belongs to her. She feels that she's come home. *2013 Chapter Outline to Emily Sylvan Kim.* (*Supernatural magical world*)

**BMR:** We're in a clearing in the heart of a forest—and it's summer... And it feels like a place my heart has always yearned for but never knew until this moment. It feels like *home.* 2013 p. 378;  It feels that familiar. Like coming home. 2012 p. 202; 2013 p. 207

**Crush**:  "...the illusion of this world fades into something that feels even more right. Something that feels like coming home." p. 153

**BMR:** "I felt calm, at ease as she held me and hummed a tune, a lullaby, I felt I should recognize. It was a feeling of coming home." 2012 p. 496   (*Heroine with the High Priestess in the supernatural world*)

**Crush:** "It sinks into my bones, flows through my veins—because it feels right. It feels like the home I haven't had in four long months, and conversely, the home I've been looking for my entire life though I didn't know it." p. 219  (*Heroine understanding she's supernatural*)

D.  <u>Sun and the summer meadow in Alaska with wild flowers</u>

**BMR**: *Heroine with romantic lead:*  Sunlight? I look around, staring at the impossible. We're in a clearing in the heart of a forest—and it's summer. The leaves of the trees are brushed with the golden glow of dazzling sunlight ...The air is heavy with the wild perfume of honeysuckle and jasmine. 2013 p. 204

**Crave:** *Romantic lead:* The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down on us. p. 566

88.
<u>There is a test heroine must pass</u>

**BMR:** *High Priestess to heroine:* "There is a test which you must pass…" 2012 p. 504

**Crush:** *Heroine:* "It's a test I have to pass." p. 488

89.
<u>Heroine's powers are bound</u>

**BMR**: ...she has caused Anna's powers to be bound completely in order to keep her safe by maintaining her ignorance of their world. *Midnight Overview Notes, 2009*
"The Order...they're like the police but tend to be a bit overzealous."..."Quieting the Powers is a punishment that cuts a kindred's ability to use magic…" 2016 p. 75

**Covet**: And it's not like I didn't know they were going to bind my powers in prison. p. 438

***Heroine's grandmother tells her that their magical gifts / magic has a price.***
*(See Grandmother Character Index)*

90.
<u>Heroine is told that magic comes with a price</u>

**BMR**: *Grandmother to heroine:* "Our gifts come with a price." 2013 p. 92

**Crush**: *Grandmother to heroine*: "Because, like all magic, it has a price." p. 168

## 5. Heroine's Personality and Attributes:

79. Heroine sees herself as not beautiful and compares herself with her mom / cousin who is gorgeous
80. Others describe her as beautiful, strong, and smart
81. Heroine is smart and takes advanced classes
82. Heroine loves to read and loves books
83. Heroine is concerned about dying: I remember reading..
84. Heroine talks about literature: intellectual books
    A. French philosophers
    B. Heroine argues with best male friend about philosophy
85. Heroine quotes literature
86. Heroine says, "Et tu, Brute?" I
87. Heroine is not a good liar
88. Heroine is shy at times
89. Heroine babbles when she's nervous
90. Heroine is tongue-tied
91. Heroine is embarrassed and wants the ground to open up and swallow her
92. When the heroine is embarrassed, she ducks her chin / head
93. Around the romantic lead she is self-conscious: ducks her chin / head
94. Heroine hates the feeling of people staring, weight pressing down on me
    A. Heroine is uncomfortable with people watching her
95. Heroine wants to fit in and not stand out but it doesn't work
96. Heroine has trouble with conflict, she takes a deep breath and lets it out slowly / blows
97. Heroine wears her emotions
98. Heroine does not want to be protected
    A. Heroine doesn't want romantic lead to protect her
99. Heroine isn't scared of the romantic lead's power
100. Heroine loves Mexican food
101. Heroine drinks tea often, her family is in to tea
102. Heroine's aunt makes / mom made special tea blends
103. Heroine's aunt / mom is an herbalist
    A. Tea is used to bind her powers
104. Lemon verbena
105. Heroine eats yogurt at cafeteria
106. Heroine grabs an apple between classes
107. Heroine loves home made chocolate chip cookies
108. Heroine likes tea and cookies
109. Heroine says: I'm not most people
110. Heroine calls romantic lead nicknames in her head, such as Mr. Tall, Dark and ..pants

111.    Heroine gives people nicknames in her head
112.    Heroine vomits words
113.    Heroine feels like she's in Dante's Inferno / Salvador Dali painting
114.    Heroine feels like Lois Lane in a movie
115.    Heroine feels like she's in a horror movie
116.    Heroine has a sense of being watched, element of danger
117.    The hair on the back of her neck prickles / stands up when she feels she's being watched
118.    Heroine feels like she's in a game of ping pong involving the romantic lead
119.    Heroine sees two guys not dressed for the winter weather
120.    The two guys remind heroine of eighties rockers / eighties rock concert goers
121.    One guy says to her, "Well, well, well. Looks like…"
122.    The two guys: one muscular, one blond with short spiky hair / shaved close to his head
123.    One of the guys moves toward her after asking her a question
124.    Heroine thinks about making light show / lights in the sky northern lights
125.    The heroine is reminded of a movie during this scene
126.    One of the guys reaches out and grabs her
127.    Heroine is pinned against the guy: my back to his front
128.    The heroine struggles against him, bucks back to hit /try to break his nose
129.    Heroine stomps / thinks about stomping on his feet
130.    During the attack by the two guys the heroine get angry and feels fury / is infuriated
131.    Heroine tastes her own blood in her mouth, it's coppery / metallic
132.    Heroine puts her fists up
133.    The romantic lead saves heroine and scares the two guys aways, but she doesn't realize it at first
134.    After the attack the heroine mentions / thinks about self-defense class / self-defense training to the romantic lead
135.    Heroine says I have no idea what to the romantic lead after the attack
136.    The romantic lead looks the heroine over after the attack to check she's okay. He asks her if she's hurt? / Okay? And the heroine replies she's fine.
137.    Romantic lead lets heroine know her secret is safe/ she tells him his secret is safe with her
138.    Romantic lead tells heroine the attackers won't bother her again
139.    Heroine thanks romantic lead for saving her
140.    Romantic lead lets heroine know he doesn't feel he deserves her thanks, he believes his involvement with her puts her in danger
141.    Ronan wipes tears from her cheek with his thumb and licks it / romantic lead wipes blood from her cheek with his thumb and sucks it
            A.  Ronan licks his thumb while gazing at the heroine / Romantic lead sucks his thumb while gazing at the heroine.
142.    In the fight / game the heroine hits the vampire / werewolf and blood spurts from his nose
143.    He twists my / his arms to grab the heroine and restrain her

144.    She fights him
145.    The voice in her head (abomination / Unkillable beast) speaks to her
146.    Her attacker puts himself on top of her and I can't throw him off / I can't get him off
147.    Heroine bucks and twists during the fight
148.    Her attacker grunts in pain during the fight
149.    She kicks him in the groin / she knees him in the balls
150.    Heroine faints in this scene with fading to black / darkness
151.    Heroine's mom/ cousin tries to help, but the heroine batted /bats her hands away
152.    Heroine's mom / cousin  puts a black choker / black tie around heroine's neck and compliments her on how it looks
153.    Heroine's mom / heroine is an artist who paints
154.    Heroine worries about the mean girls at school
        A.  Heroine thinks about mean girls / feels like she's in *Mean Girls*
155.    Heroine gives what she knows is a fake smile when she's uncomfortable
156.    Heroine and the universal sign and look
157.    Heroine has a dream of portent / sees portents for good things regarding Ronan / while with Hudson
158.    Heroine has a feeling of impending doom
159.    Heroine says: what am I supposed to say to that?
160.    Heroine thinks to herself be careful what you wish for
161.    Heroine is a dork (one page apart in the story)

91.
Heroine sees herself as not beautiful; compares herself to mom / cousin who is gorgeous

**BMR:** I'm not bad looking, but I'm not beautiful like she is. 2016 p. 10  And it's not like I'm unattractive. But I'm not exactly teen model material either...My mother...She's also drop-dead gorgeous. 2010 p. 12

**Crave:** ...I'm pretty much the opposite of beautiful. On a good day, I'm cute. Standing next to Macy, who is freaking gorgeous, I'm wallpaper. p. 73

92.
Others see the heroine as strong, beautiful, and smart

**BMR**: "You're smart...and so very beautiful." 2010 p. 103; 2011 p. 133  "You're strong, Anna..." 2010 p. 53; 2011 p. 69

**Covet**: "You're a strong, smart, capable, beautiful young woman...." p. 423

93.
Heroine is smart, takes challenging classes

**BMR**: ...she is smart and in the smart classes." *The Plot Notes 2008*. was spent with my honors biology group. 2011 p. 29 "You are junior and senior honor students who have expressed an interest in archaeology of the ancient world." 2011 p. 39

**Crave:** ...my AP English class just finished reading Hamlet... p. 25 "I have AP Physics right now..." p. 226 ... plus AP Spanish, the one class we share. p. 247

94.

The heroine loves to read and loves books.

**BMR:** We learn that Anna is smart and bookish… *2013 Chapter Outline to Emily Sylvan Kim*
"Maybe you shouldn't stay up so late reading," 2011 p. 10
"What? That I read too much?" 2011 p. 464
...any book about these subjects holds me spellbound.  2011 p. 9
I knew it was the correct way to pronounce it from a book I'd read once... 2011 p. 385
...images from books I'd read flashing fast-forward… 2011 p. 230
Except that I remembered reading somewhere... 2011 p. 404
..We hang out and read books together. 2013 p. 34
My costume is inspired by one of the books I'm reading, "Women Who Dared: Renegades and
Pirate Queens of the High Seas," 2013 p. 117

**Crave:** Because whoever runs this library is my kind of people. Part of it is the sheer number of
books... p. 91
and pick out a book from her shelf to read tonight... p. 93
I've read everything on my Kindle,... p. 191
I hold up the book. "I want to start reading." p. 197
 ...but I'm not here to read, no matter how much I usually love it. p. 252

**Covet:** In my life before Katmere, I was a huge reader--I haven't had time to read much of
anything since half the paranormal world painted a target on my back… p. 382


95.

Heroine opens / closes her eyes and  is concerned about dying because she has been injured / will
be injured. She thinks about two outcomes and it is the second one that could be deadly:
I remember reading

**BMR**: If this is what dying feels like, it's not so bad."Anna. Anna, look at me." Ash pats my
cheeks. I want to look at him, but opening my eyes is so incredibly hard. Maybe if I can just rest
for a while, get a little sleep, everything will be okay when I wake up. Except that I remember
reading somewhere that you're not supposed to go to sleep when you've been hurt. Or is that
when you hit your head?" 2013 p. 315

**Covet:** And there is absolutely nothing I can do about it--except close my eyes and wait to die.
I remember reading once that it's not the fall that kills you; it's the bounce. p. 572

96.

Heroine talks about literature and intellectual books

**BMR**: "Et tu brute…" Shakespeare. 2011 p. 40 " Macbeth? Really?" 2012 p. 4 "Malleus Maleficarum, right...The Witches Hammer. Pope Innocent XIII" 2011 p. 464  "Women Who Dared: Renegades and Pirate Queens of the High Seas." 2013 p. 122; Amanda who started taking French with me because I wanted to read Descartes' Meditations on First Philosophy in his native tongue. 2012 p. 258

**Covet:** ...but it's nice to lay in my bed and argue with Hudson about Hemingway… Shelley… French existentialists… p. 382

    A.   She talks about French philosophers

**BMR**: Amanda who started taking French with me because I wanted to read Descartes' *Meditations on First Philosophy* in his native tongue. 2012 p. 258

**Covet:** I tell him, quoting Sartre with a roll of my eyes. p. 384

    B.   She argues about philosophy with her best male friend

**BMR:** Brendan...he's also my best guy friend...We've grown up talking on the phone, arguing politics, religion and philosophy. 2012 p. 89

**Covet**: ..and argue with Hudson about Hemingway...Shelley… and Hudson's undying love for the French existentialists. p. 382 Because this is Hudson. My mate. My best friend. p. 530

97.

She quotes literature

**BMR**: *Heroine quotes poem:* "It reminds me of one of my favorite poems, 'Evangeline,' by Henry Wadsworth Longfellow." *(She then quotes the poem).* 2011 p. 264; By the prick of my thumbs, something wicked this way comes… 2012 p. 4 (*quoting Wadsworth Longfellow, Shakespeare's Macbeth*)

**Covet**: *cousin to heroine:* "...you're always quoting some book." p. 201; *Heroine:* It is certain that we cannot escape anguish, for we are anguish.. p. 383 (*quoting Sartre*)

98.
<u>Et tu, Brute?</u>

**BMR:**  *Heroine says,* "Et tu, Brute, I…" *when the romantic lead causes her to be called on in class.* p. 40.

**Crave**: *Heroine says*, "Et tu, Brute, I.." *when her cousin talks to the romantic lead after warning her away from him.* p. 161

99.
<u>Heroine is not a good liar</u>

**BMR**: I'm not good at making up whoppers on the fly… 2011 p. 302

**Crush**: And I'm a terrible liar. p. 87

100.
<u>Heroine is shy</u>

**BMR**: Lately, it seems as though there are two of me—one who is shy and second-guesses herself at every turn and the other, her polar opposite…p. 13

**Crave**: *Teacher tells heroine:* "And since you look like the shy type…" p. 227

**BMR**: I feel shy and uncertain of myself. 2013 p. 157

**Crave:** I glance at him, suddenly shy, though I don't know why. p. 263

101.
<u>Heroine babbles when she's nervous</u>

**BMR**: I babbled nervously. 2011 p. 36    Instead, I was possessed by a wracking case of babbling, stumbling idiocy, with no control over what came out of my mouth. 2011 p. 52

**Crave**: ...I tend to either clam up or babble when I'm nervous, so all in all, it's not a *terrible* performance. p. 126

102.
<u>Heroine is tongue-tied, flush / blush, around the guy she's attracted to</u>

**BMR:** I flushed and smiled shyly, tongue-tied as we reached my house. His lips quirked and I could tell he knew I was embarrassed. 2011 p. 121

**Covet:** He grins, and when it registers what I said, I can feel myself blushing...Being this tongue-tied around Hudson is not what I'm used to. p. 279-280

103.
<u>Heroine is embarrassed and wants the ground to open up and swallow her</u>

**BMR:** ... I wanted the ground to just open up and swallow me. 2011 p. 107

**Crave:** ...I pray for the ground to open up and swallow me. p. 254

104.
<u>Heroine ducks her chin / head down to hide her embarrassment</u>

**BMR:** I said sheepishly, ducking my chin down to my chest again. 2011 p. 168

**Crave:** I duck my head to hide my very obvious discomfort. p. 18

**BMR:** I ducked my head down and nodded... 2011 p. 176

**Crave:** I duck my head as my cheeks start to get warm. p. 227

**BMR:** Startled and embarrassed, I ducked my chin down. 2011 p. 419

**Crave:** I duck my head as my cheeks heat up. p. 10

105.

Around romantic lead, she is self-conscious and ducks her chin/head

**BMR:** I smiled self-consciously and with supreme force of will ducked my chin down...2011 p. 35

**Crave:** I duck my head, suddenly way self-conscious around this guy... p. 199

106.

Heroine hates the feeling of people staring, weight pressing down on me at school

**BMR**: I can feel the weight of everyone's eyes in the lunchroom pressing down on me. 2011 p. 102; 2010 p. 79

**Crave**: ...when it feels like there's a weight pressing down on me...my worst nightmare has come true and they're all looking at me." p. 75- 76

    A.  Heroine is uncomfortable with people watching her

    **BMR:** As we headed into the cafeteria, it seemed as though everyone was staring at us. Or rather at me." 2011 p. 315 and p. 37, 164, 309, 515

    **Crave:** Only, as we get closer, I realize they aren't watching the video game. Or their books. Or even their phones. Instead, they're all looking at me p. 17-18; p.19, 86, 210, 222, 227, 411

107.

Heroine wants to fit in and not stand out but that doesn't work

**BMR:** She believes that she just wants to fit in and hopes and prays not to be noticed. *Midnight Overview Notes, 2009* I wanted to fit in with my friends and her rules made my differences stand out just that much more. 2011 p. 146

**Crave**: So much for fitting in...or even *blending* in. After tonight, I might as well be painted biohazard orange. p. 160; So yeah, that whole blending-in plan I hatched in San Diego? p. 222

108.
<u>Heroine has difficulty with conflict, she takes a deep breath and lets/ blows it out slowly</u>

**BMR**: She is intelligent and knows her own mind but at turns she is painfully uncertain of herself. *Midnight Overview Notes, 2009*  I need to stand up to Marchalene. But the trouble with that plan is that I worry what it might do to her. Because I don't think I can limit that confrontation to just one issue.  2013 p. 264  I took a deep breath and let it out slowly. 2011 p. 369

**Covet**: I have *got* to get better about dealing with conflict...am I really going to let a little fear stop me from finding out more about my gargoyle? And about myself? I take a deep breath and blow it out slowly. p. 206

109.
<u>Heroine wears her emotions</u>

**BMR**: ...as if she were wearing her soul on her face with nothing in between. Every feeling evident on her expressive face. *The Cast Notes, 2008* ...that the way I felt about him was somehow revealed on my face. 2010 p. 125

**Crave:** I tend to wear my emotions on my sleeve, and the last thing I want is for someone watching me to see how I feel about Jaxon… p. 249

110.
<u>Heroine doesn't want to be protect her to be protected</u>

**BMR**: Heroine: "Everyone around me is trying to protect me from life...I'm strong. And for once, maybe I'd like someone to be able to trust me with the truth and lean on me for a change. I'd like that someone to be you." 2011 p. 226  Ash wanted to be the hero. My rescuer. But I wouldn't have it. 2011 p. 600

**Crush:** Heroine: "And *I* keep telling you that I don't *want* someone to protect me. I want to stand on my own two feet *beside* my mate, not behind him." p. 431

    A.  <u>Heroine doesn't want romantic lead to protect her</u>

**BMR**: *Heroine:*  "I'm going. With or without you, Ash." He opens his mouth but before he can get a word out, I continue, "I get that you want to protect me. But I need to do this." 2013 p. 367

**Crush**: *Heroine:* "..both of them seem to be of the 'wrap Grace in cotton and protect her' opinion. Which really isn't going to fly with me. p. 28

111.
Heroine isn't scared of the romantic lead's power

**BMR**: I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't. 2010 p. 220

**Crave:** The obscene amount of power he wielded with just a wave of his hand? I don't know how I feel about all that, either. Except, like the violence, it doesn't scare me the way it probably should." p. 371

112.
Heroine loves Mexican food / street tacos, my favorite, Alaska

**BMR:** A local hotspot, La Mex has the best Mexican food in Alaska with home-made salsa and chips and my favorite, queso queso... 2011 p. 485-486

**Crush:** He's gotten me street tacos in the middle of Alaska that look just like the ones from my favorite taqueria in San Diego. p. 210   I love tacos. p. 211

113.
Heroine drinks tea and says tea was big in her family / that it was more about tea at her house

**BMR**: Tea is big in our family...None of us are coffee people. 2010 p. 213

**Crave**: It was always more about tea at my house. p. 214

114.
Heroine's aunt makes / mom made special tea blends

**BMR**: *Aunt Brie:* "It's skullcap, valerian and chamomile to clear your mind of negative thoughts." 2011 p. 74   I took Aunt Brie's valerian and chamomile tea and made a pot.. 2011 p. 184

**Crave**: *Heroine about her mom*: She made her own tea blends, and they were fantastic. p. 214

115.

Heroine's aunt / mom is an herbalist

**BMR**: My aunt is a strong believer in the power of essential oils and herbal remedies to heal just about anything. Accustomed to the teas and candles, I had been instructed on the use of various herbs since I was little. 2011 p. 91; The nerve tonic, an herbal concoction my aunt brewed… 2011 p. 208

**Crave**: My mom was an amazing herbalist. p. 214

    A.   Tea was used by heroine's mother and aunt / mother and father to bind her powers to keep her safe

**BMR**: ...she has caused Anna's powers to be bound completely in order to keep her safe by maintaining her ignorance of their world. *Midnight Overview Notes,* 2009; Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers. *The Plot,* 2008

Her mom wanted to protect her and keep her safe from the supernatural world. The teas she is always drinking have herbs that bind her powers. When she is no longer given the herbs, the effect wears off allowing her to shift forms and exhibit her powers. Freeman Notes, 1-27-22; Freeman Declaration

**Court**: "Why?" My mother demands. "We've protected her this far. And the tea—the tea keeps her safe, Cillian…You know we're almost out of that tea that keep her gargoyle hidden…" p. 448

116.

Lemon verbena

**BMR:** "Lemon verbena," he soothes. "It's an herb for calm and mental clarity." 2016 p. 84

**Crave**: "I can still almost taste her lemon-thyme-verbena tea." p. 214

117.

Heroine eats yogurt in the cafeteria scene when nothing looks appetizing

**BMR**: ...I settled on yogurt…2011 p. 102

**Crush**: I grab a yogurt… p. 385

118.

Heroine grabs an apple between classes while at school

**BMR**: I stood at my locker rummaging through my backpack for an apple. 2011 p. 98

**Covet**: ...head to class after stopping by the dining hall to grab an apple. p. 163

119.

Heroine loves homemade chocolate chip cookies

**BMR:** *Aunt to heroine*: "They're your favorite. Chocolate chip. And they just came out of the oven…"  2011 p. 66

**Covet:** *Heroine:* Macy isn't around, though she has left two chocolate chip cookies on a plate by my bed. p. 125  Inside are homemade chocolate chip cookies. p. 250

120.

Heroine likes tea and cookies

**BMR:** She held a tray with tea things and cookies… 2011 p. 74

**Covet**: ...to get a cup of tea and a couple of cookies… p. 44

121.

Heroine says: I'm not most people

**BMR**: *Heroine:* "I guess I'm not most people," I murmured softly.' 2011 p. 409

**Covet**: *Heroine:* "Yeah, well. I'm not most people." p. 42

122.

Heroine calls romantic lead nicknames in her head: Mr. Tall dark,  pants

**BMR:** Tall, dark, and mercilessly good-looking. 2011 p. 17
Tall, dark, and wickedly handsome 2012 p. 19
Mr. Tall, Dark, and Bloodthirsty, *(heroine refers to vampire prince.)* 2011 p. 507

**Crave:** Mr. Tall, Dark, and Surly. p. 32
Tall, Dark and Surly p. 34, 120.

**BMR**: Smartypants 2011 p. 40, 32; Hunkypants, 2011 p. 25, 5; Mr. Hotpants 2011 p. 29

**Covet**: Pouty-Pants p.667


123.

Heroine gives people nicknames in her head- - some of the names are the same in both works

**BMR:** The Incredible Hulk already has the door… the Hulk grabs me… 2013 p. 59

**Covet:** You're Iron Man and the Hulk all rolled into one. p. 179

**BMR**: Fire. Girl. *The Cast Notes, 2008*

**Covet**: Fire Boy. p. 181, 267  *(Eden calls Flint this nickname)*

**BMR**: Big Bad and Bald 2013 p. 308

**Covet**: Big and Bigger p. 591

*Other examples of nicknames the heroine uses:* ***BMR:*** *2011 Mr. Mc Dreamy p. 21, Mr. Hotpants, p. 29, Billy and Willy p. 519, Bad Superman p. 360; 2013 Troll Guy p. 377, Billy Idol p. 58,)* ***Covet:*** *Wolf head p. 160, Brown Beard p. 219, Blond Man Bun p. 220 Dragon Boy p. 283)*

124.

Word vomit on the same page

**BMR:** *Heroine:* Word vomit. Twice in one day and both times with him! 2011 p. 52

**Covet:** *Heroine* ...I force myself to stop vomiting words... p. 52

125.

Heroine felt like she was in Dante's Inferno / Salvadore Dali painting

**BMR**: *Heroine says:* felt like I was in Dante's "Inferno" and we hadn't even reached Sanctuary yet. *(Dante's Inferno was painted by Salvadore Dali)*  2011 p. 491  *(Sanctuary scene)*

**Crave**: *Heroine says:* felt like I was trapped in a horror movie or Salvador Dali painting. p. 13

**Covet**: Ever read Dante's "Inferno"? I'm thinking he took inspiration from this place… p. 471

***(Note:** The Italian government commissioned Salvador Dali to paint Dante's "Inferno.")*

126.

Heroine feels like Lois Lane and Superman with romantic lead from the movie

**BMR**: "I'm sure I've seen this in a movie before. Was it Peter Pan and Wendy or Superman and Lois Lane?" I tried to joke. 2010 p. 386

**Covet**: "I feel just like Lois Lane...You know, in the movie. Superman crushes coal to give Lois a diamond." p. 282


127.

The heroine feels like she's in a horror movie  *(note page proximity)*

**BMR**: like some kind of freak in a horror movie 2013 p. 170
All I'm thinking is that this is like a scene from one of those horror movies… p. 204
The best horror movies capitalize on that fact… p. 397

**Crave**: like I'm trapped in a horror movie p. 13
looks like it belongs in the middle of a horror movie p. 119
It's like falling into the pages of a fantasy novel...or a horror movie p. 324


128.

Heroine has a sense someone is watching her. Element of danger.

**BMR**: Okay, there it was again. That feeling that someone was watching me and I'd been having it a lot lately. 2011 p. 48; Anna feels someone is watching her and she's been feeling that way a lot. *Chapter Analysis Notes 5-14-2010*;  2011 p.  48 and p. 3, 94, 95, 152, 215, 288, 469.

**Crave**:  But I still can't shake the uncomfortable feeling that I'm being watched. p. 131
p. 16, 40, 126, 131


129.

The hair on the back of her neck prickles / stands up when she feels she's being watched

**BMR**: A strong feeling of being watched makes the hairs prickle on the back of my neck. 2011 p. 3
**Crave**: ...the hair on the back of my neck stands up...it suddenly feels an awful lot like I'm being watched. p. 40

130.

<u>Heroine is reminded of ping pong with the romantic lead</u>

**BMR**: Now everyone was looking to see what I would do. Ping. Pong. 2011 p. 52

**Crave**: ...I can't help but feel like a ping pong ball caught between them. p. 236

*In this scene (#131-#153) The heroine is assaulted by two vampires (BMR) / two werewolves (Crave). She notices they are not dressed for the winter weather. They remind her of 80's rockers / rock concert goers. She is alone. The romantic lead rescues her, scares the attackers, and feels that the attack was his fault. She wonders why the attackers weren't affected by the cold. This fight scene occurs in BMR 2010-2014: BMR 2010 (p. 417-419): 2011  (p. 518-522); 2012 (437-440); BMR 2013 (p. 52-63); 2014 (p. 48-53).*

*BMR 2013 (p. 52-63) and BMR 2014 (p. 48-53) are used specifically as the basis for this scene in Crave (p. 53-68) with material from 2011 that was edited out. This is the first big action scene in both books and also occurs within the first fifty pages in BMR 2013, 2014 and Crave (book 1). It tracks directly with Crave's scene in page proximity.*

*Two additional pieces from BMR 2011 are also added (..two guys aren't dressed for the winter weather. 2011 p. 519); and (Ronan using his thumb to wipe her tears and lick it 2011 p. 594 )*

131.

<u>Heroine sees two guys not dressed for the winter weather</u>

**BMR:** Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves. 2011 p. 519

**Crave:** ..both doors fly open. And in walk two guys wearing nothing but old-school concert T-shirts, jeans and lace-up boots. No jackets, no sweaters, no hoodies even. p. 53

132.

<u>The two guys remind her of eighties rockers / concert goers; earring and dog collar  / ring through nose</u>

**BMR**: Sporting a black leather jacket and a dog collar and an earring, he's out of place. He looks like a retro throw back to the eighties. In fact, he looks a lot like Billy Idol. 2013 p. 58

**Crave:** Ones who died at an eighties rock concert. Well, well, well. Looks like we made it back just in time, says the taller of the two guys.  He's got warm copper skin, dark hair tied back in a ponytail and a black nose ring right through his septum. p. 53

133.
One guy says: "Well, well, well. Looks like.."

**BMR**: *One guy says*: "Well, well, well. Looks like I've hit the jackpot." 2013 p. 58; 2014 p. 48

**Crave:** *One guy says*: "Well, well, well. Looks like we made it back just in time." p. 53

134.
***The heroine describes the two guys who assault her: one muscular, one blond with short spiky hair/ one stocky and blond hair shaved close to his head***

The two guys: one muscular, one blond, short

**BMR**: One was blond and muscular and had the broad, over-developed physique of a body builder. The other was thin and wiry with short, spiky white-blond hair. 2013 p. 58

**Crave**: ...taller of the two guys. Warm copper skin, dark hair tied back in a ponytail, and a black nose ring…...second guy. He's shorter than the first and stockier too. His blond hair is shaved close against his head. p. 53

135.
One of the guys moves toward her after asking her a question

**BMR**: "Why don't you come for a little ride with us, hey?" he says, closing the distance between us. 2013 p. 59

**Crave**: "And did you find any?" says the second guy. It seems like an innocuous enough question, except he's walking toward me as he asks it, getting into my personal space… p. 53-56

136.
Heroine thinks about making light show / lights in the sky northern lights

**BMR**:  If I shake my hands at them can I do it again, make the lightning arc from my fingertips? "Come now, lovey. I saw the whole light show…." 2013 p. 59

**Crave:** … maybe I can stick my head out, see if I can find any lights in the sky….but now that it's in my brain, I can't shake it. My dad used to tell me stories about the northern lights…p. 52


137.

The heroine is reminded of a movie during this scene

**BMR**: He looks like a punk rocker throwback in a bad eighties movie. 2014 p. 48

**Crave**: ...this feels like a scene out of every teen movie… p. 55


138.

One of the guys reaches out and grabs her

**BMR:** Billy reaches a hand out and grabs me… 2013 p. 59

**Crave**: But Marc reaches out and grabs me… p. 56


139.

Heroine is pinned against the guy: my back to his front

**BMR**: The Hulk grabs me and twists my wrists behind my back, pinning me to him, my back to his front. 2014 p. 49; 2013 p. 60

**Crave**: He yanks me hard against him–my back to his front–and wraps his arms around me as I start to struggle in earnest. p. 56


140.

Heroine struggles, bucks, back to break / try to break his nose

**BMR:** I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. *Crack!* I've hit his nose. 2014 p. 50; 2013 p. 60

**Crave:** ...and wraps his arms around me as I start to struggle in earnest....I shout, bucking and kicking against him as hard as I can…I slam my head back with much force as I can, aiming to break his nose. p. 57

141.

<u>Heroine stomps on his toes / thinks about stomping on his feet</u>

**BMR:** I flinched at the pain but continued to struggle, kicking out at his shins and stomping on his toes. I screamed too… 2011 p. 521; 2013 p. 59; 2014 p. 49

**Crave:** "...bringing my heel back to kick him in the knees… I think about stomping on his feet, but my Converse aren't going to do much damage… "Let me go or I'll scream!" p. 56

142.

<u>During the attack by the two guys, the heroine gets angry and feels fury / infuriates:</u>

**BMR:** Fury pulses through me. 2013  p. 60; 2014 p. 50

**Crave:** Which infuriates me as much as it terrifies me. p. 56  Which only pisses me off more. p. 57

143.

<u>During the attack, the heroine tastes her own blood: in my mouth, it's coppery / metallic</u>

**BMR:** "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 p. 50

**Crave:** "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." p. 56-57

144.

<u>Heroine puts her fists up</u>

**BMR:** I clench my jaw and crouch forward on the balls of my feet, fists up, ready to take the Hulk on. 2014 p. 50; 2013 p. 60

**Crave:** I turn to flee, fists up in an attempt to ward off Quinn if he tries to stop me…" p. 57

145.
<u>The romantic lead saves heroine and scares the two guys away, but she doesn't realize it at first</u>

**BMR**: A roaring growl splits the air around us—a *grizzly bear?*—and we're both hauled backward out of the van. I roll out of the Hulk's grasp. Roman is on top of him in a flash, using the Hulk's face as a punching bag, his fists are flying so fast. How did Roman get to the van? 2014 p. 50

**Crave**: Shit. There are three of them now? Panic races through me, and I reach out, try to shove whoever it is backward. … At least not until he wraps his hand around my wrist and tugs me forward…I get my first good look at his face and realize that it's Jaxon.  p. 57- 58

146.
<u>After the attack the heroine mentions / thinks about self-defense class / training to romantic lead</u>

**BMR**: *Heroine:* "Just a self-defense class," I mutter, looking away."  2013 p. 62; 2014 p. 52

**Crave**: *Heroine*: "Every ounce of self-defense training I've ever had says I should run."  p. 59

147.
<u>Heroine says:  I have no idea what....to the romantic lead after the attack</u>

**BMR:** I have no idea what just happened or how I did it. And I know he'll never believe it. Even I can't believe it.  2013 p. 61

**Crave:** "What I can do?" I have no idea what they're talking about. "I mean, it's obvious you've got something going on." p. 55…I have no idea what that means, and honestly, I don't care. p. 60…Too bad I have no idea how I feel about feeling like that. p. 60, 61

148.
<u>The romantic lead looks the heroine over after the attack to check she's okay. He asks her</u>
<u> if she's hurt? /  okay? And the heroine replies she's fine</u>            *(One page apart)*

**BMR:** "Are you hurt?" He looks me over, cupping my face in his hands. I shake my head. Miraculously, I'm not. And I probably should be. "What happened?" he asks, wrapping his arms around me and guiding me to a curb to sit down. All I can do is shake my head. "I don't know. They were trying to get me to go with them in their van, whether I wanted to or not. I just—I

can't believe it." Ash blows out a long breath. "Are you sure you're not hurt anywhere?" "I'm fine…"2013 p. 61

**Crave**: For long seconds, he doesn't say anything, just looks me over from head to toe, his dark eyes cataloging every inch of me…. "Are you okay?" he asks quietly, his fingers finally releasing their hold on my wrist. "I'm fine," I answer, even though I'm not sure it's true. What kind of place is this where people try to shove you outside to die as a prank? "You don't look fine." p. 60

149.
The romantic lead lets her know her secret is safe / she lets him know his secret is safe with her

**BMR**: "The secret's safe with me, but I think you should tell her anyway." 2014 p. 57

**Crave:** I hold his gaze, telling him with a look that I'll keep his secret. p. 59

150.
Romantic lead tells heroine the attackers won't bother her again

**BMR**: "After tangling with you, they'll think twice before they pull a stunt like that again.."
2013 p. 61,

**Crave**: "You don't have to worry about Mark and Quinn. They won't bother you again." p. 61

151.
Heroine thanks romantic lead for helping her

**BMR**: "Thanks for—well, for everything." 2014 p. 57

**Crave:** "Thank you," I blurt out. "For helping me, I mean." p. 61

152.
Romantic lead lets heroine know he doesn't feel he deserves her thanks, he believes his involvement with her puts her in danger

**BMR**:

*Him*: His brows draw together in a frown. "Sorry about today."

*Her*: "You saved me."

*Him*: He just shakes his head, and I can tell he thinks it's his fault. 2014 p. 57…."You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99

**Crave**:

*Her*: "Thank you…for helping me…"

*Him*: "Is that what you think I did?"

*Her*: "Isn't it?"

*Him*: He shakes his head, gives a little laugh that has my heart stuttering in my chest. "You have no idea…I just made you a pawn in a game you can't begin to understand." p. 61

*This sequence is taken from BMR 2011 (p. 594) and used in this two attackers scene in mosaic plagiarism.*

153.

Ronan / Romantic lead wipes away the heroine's tears / blood with his thumb and licks it / sucks it; and holds her gaze.

**BMR:** …touching his stormy blue eyes…framing my face my face in his hands. .. He took the pad of his thumb and gently wiped away the tears that had stolen their way down my cheeks. "The next time I taste the salt of your tears, let them be tears of joy and laughter." He brought his thumb to his lips and licked it, his gaze locked with mine. I jerked away, his words and actions making me uneasy. 2011 p. 594

**Crave:** My hand goes to my cheek, …when I was trying to get away from him. "Not there." He lifts his hand to my mouth and gently..feel him-brushes his thumb across my lower lip. "Here." He holds his thumb up, and… I can just see the smear of blood glistening on his skin…. I reach to wipe away the blood. "Let me-" He laughs, cutting me off. Then brings his thumb to his lips and-holding my gaze with his own-sticks his thumb in his mouth and slowly sucks off the blood. …Maybe it's the way his eyes heat up the second he tastes my blood. p. 61-62

    A. Ronan licks his thumb while gazing at heroine / Romantic lead sucks his thumb while gazing at heroine

    **BMR:** He brought his thumb to his lips and licked it, his gaze locked with mine. 2011 p. 594

**Crave:** Then brings his thumb to his lips and —holding my gaze with his own—sticks his thumb in his mouth and slowly sucks off the blood." p. 62

*In this short sequence (#154 - #162) the heroine again puts up a fight. During a game of Ludares in Crush p. 598-602 there is a description of the heroine fighting a werewolf. The same material from BMR 2011 p. 520-521 & 2014 p. 49-50, used in the vampire/werewolf attack scene previously (#131-153), is once again sourced for this scene in Crush. The attacker is the same villain who attacked the heroine in the first fight scene, and the pieces Wolff didn't use from that scene in BMR are now distributed in this Crush.  This scene is #154-#162*

154.
<u>In the fight / game the heroine hits the vampire / werewolf and blood spurts from his nose</u>

**BMR:** *Heroine*: ...and cuffed him in the face. Blood spurted from his nose. 2011 p. 521

**Crush:**  *Heroine:* ...punch him in the nose... blood spurting out of his nose. p. 601

155.
<u>He twists my / his arms to grab the heroine</u>

**BMR:** ...and the next he was behind me, twisting my arms behind my back. 2011 p. 521

**Crush**: ...he manages to twist his arms around my waist as he tries to wrestle me to the ground. p. 606

156.
<u>She continues to fight her attacker</u>

**BMR:** I wanted to fight…I flinched at the pain but continued to struggle, kicking out at his shins… 2011 p. 521

**Crush:** I fight him the whole way… p. 606

157.

The voice inside her head (abomination / Unkillable Beast) speaks to her

**BMR**: "Vampire!" the voice inside my head shrieked. 2011 p. 520

**Crush**: "*Get up! the voice* deep inside me says." p. 608


158.

Her attacker puts himself on top of her: I can't throw him off / I can't get him off

**BMR**: ... shoving me in and throwing his weight on top of me. He's too big! I can't throw him off! 2014 p. 50

**Crush**: But he's a werewolf, with werewolf strength, and I can't get him off me no matter what I do. p. 608


159.

Heroine bucks and twists during the fight

**BMR**: *Heroine:* Bucking furiously, I managed to twist… 2011 p. 560 (fighting with another bad guy)

**Crush**: *Heroine*: I twist and buck... p. 608


160.

Her attacker grunts in pain during the fight

**BMR**: I placed one kick that actually elicited a grunt of pain from him… 2011 p. 521

**Crush:** We hit the ground fast and hard, and Cole grunts in pain. p. 609


161.

She kicks him in the groin / knees him in the balls

**BMR:** *Heroine:* ...in a flying kick, boxing Punk Rock in the groin. As he crumples forward, my knees connect with his chest… 2014 p. 49

**Crush**: *Heroine*: I shift my knee into solid stone—and shove it straight into Cole's balls…he falls over to cup his injured flesh… p. 610


162.

Heroine faints with fading to black / darkness

**BMR**: I stagger forward. Everything fades to black. 2014 p. 50

**Crush**: The darkness is coming over me, swallowing me whole, and I'm fading, fading, fad–... p. 609


*The heroine bats away the hands of her female relative (mom/cousin) who is trying to help her with her hair / clothing. And in the next sequence, the same female relative steps back to admire her handiwork after helping the heroine put on the black necklace / black tie around the heroine's neck, and she compliments the heroine on how it looks. (#163 and #184)*


163.

Heroine's mom/ cousin tries to help, but the heroine batted / bat her hands away

**BMR**: "I'll be fine," I said as I batted her hands away. 2011 p. 14

**Crave**: "It's okay; I can do it," I bat her hands away... p. 171


164.

Heroine's mom / cousin  puts a black choker / black tie around heroines neck and compliments her on how it looks

**BMR**: She whisked through the pockets and snatched out a black lace choker with small charms….she came around behind me and fastened the choker around my neck. She stepped back down studying me as she turned me this way and that. "Oh, that's lovely. Much better," she said, admiring her handiwork.  2011 p. 219

**Crave:** Macy tells me as she opens one of my dresser drawers and pulls out a black tie with purple and silver stripes on it …She starts by draping the tie unevenly around my neck… "Looks good," Macy says as she steps back to admire her handiwork. p. 206

165.

Heroine's mom / heroine is an artist: who paints

**BMR**: She's a talented and successful artist….Her art decorated the walls...splashes of color made from gemstones...painted on canvas… p. 210; ...Marcheline was painting and Aunt Brie was at her clinic…2011 p. 392 *(Heroine's mother's name is Marcheline)*

**Crave**: I've been sketching and painting since I understood crayons can do more than color in coloring books…what kind of art studio they have out here that I can work in.  p. 120


166.

Heroine worries about the mean girls at school, in the same place in the story.
(One page apart in the first, and two pages apart in the second.)

**BMR**: I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls...staring daggers at me. 2010 p. 79

**Crave**: I mean, if I don't want to spend the rest of my senior year dodging every mean girl in the place. p. 80


    A.  Heroine thinks about Mean Girls / feels like she's in *Mean Girls*

**BMR**: I couldn't stand for Taylor and the Mean Girls to see me like that. I couldn't stand to feel like that. 2010 p. 117

**Crave**: I'm beginning to feel like I've fallen into *Mean Girls*, Alaska version or something. p. 115


167.

Heroine gives what I know is a fake smile when she's uncomfortable

**BMR:** I give him what I know for a fact is a big, fat, fake smile...2013 p. 164; 2011 p. 179

**Covet**: ...I send the group what I know is a really fake-looking smile. p. 24

168.
Heroine and the universal sign and look

**BMR**: *Heroine:* I throw Amanda a meaningful look over my shoulder and twirl my finger in the air next to my head—universal sign language to point out a nutter. 2011 p. 27

**Crave**: *Heroine:* I give her a *what's up* look, but she just shakes her head in the universal sign for *don't say* ANYTHING. p. 41


169.
Heroine has a dream of potent / sees portents of good things regarding Ronan /while with Hudson                                                      *(7 pages apart in proximity)*

**BMR**: "Remember me when the time comes."...And the wonder of touching a wild thing, a wolf, which is that and something so much more, fills me with delight. ..And, of course, my wise wolf. I'd touched him! The dream was one of those dreams, a dream of portent, a dream of what will be. 2010 p. 208

**Crush:** "Where did you put the werewolf canine and the athame?" ..ignoring Hudson's objections. …Part of me wonders if it's a memory from those four months I was trapped in gargoyle form, if it's something important that I don't remember. But another part of me figures that's just wishful thinking. That I'm so desperate to regain that piece of my life that I'm seeing portents of good things, even if they don't actually exist.p. 201


170.
Heroine has a feeling of impending doom

**BMR:** It seemed a petty concern in light of the demons, cursed objects and my impending doom. 2011 p. 296

**Crave:** No thoughts are clear, no images stand out from any of the others—only an overwhelming feeling of impending doom. p. 50


171.
Heroine says: what am I supposed to say to that?

**BMR:** *Heroine:* I mean what am I supposed to say to that? 2013 p. 264

**Covet**: *Heroine:* I have no idea what I'm supposed to say to that? p. 23

172.

Heroine thinks to herself be careful what you wish for

**BMR**: *Heroine to herself*: Aunt Brynne always says careful what you wish for... 2013 p. 259

**Covet**: *Heroine to herself:* Be careful what you wish for and all that… p. 108

173.

Heroine is a dork at the exact same place in the story          *(3 pages apart)*

**BMR**: Dork that I am, I almost have an obsession with ancient cultures… 2011 p. 41

**Crave:** "You're a dork: you know that, right?" "I absolutely do, yes." p. 44

**6. What other supernatural beings call the heroine:**

162.    Heroine is called cherie / cher by a supernatural who speaks French
163.    Heroine is called child by the high priestess / Bloodletter character
             A.  The Grandmother character also calls the heroine darling
164.    Heroine is called little girl by the vampire prince / vampire king
165.    Heroine is called daughter by the magical being of the forest
166.    Heroine is told there is more to her than meets the eye

174.

Male character who can speak French refers to heroine as cherie/cher

**BMR**: *Julian calls the heroine:* "cherie" 2012 p. 275-417   2014 "ma chere" p. 330

**Covet**: *Remy calls the heroine:* "cher" p. 447-457

175.

High Priestess / Bloodletter (*the heroine's grandmother)* calls the heroine child and tells her it's been so / too long

**BMR**: *High Priestess:* "It's been so long since I've held you, child." 2013 p. 429

**Crush** (Book 2): *Bloodletter:* "Come here so I can see you, child. It's been too long." p. 103

      A.  This grandmother character also calls the heroine darling

    **BMR**: *High Priestess:* "You must come darling one, there isn't much time…" 2011 p. 388

    **Crush** (Book 2): *Bloodletter:* "If you want your mind and body back, my darling---" p. 151 *(See Grandmother Character Index)*

176.

Heroine is called little girl by vampire prince/ vampire king

**BMR**: "Be a good little girl and wait your turn." 2014 p. 323

**Crush**: "Do you think you're actually going to get a seat on the Circle, little girl?" p. 636

177.

The magical being of the forest calls the heroine daughter

**BMR:** "Yes, Daughter." His silvery eyes gleam in the moonlight. "Remember me well when the time comes." 2013 p. 222 *(The being is telling her good-bye)*.

**Covet**: "*Goodbye, daughter.*" *p. 262*

178.

Heroine is told there is more to her than meets the eye

**BMR**: "Unfortunately, there is more to you than meets the eye…" 2011 p. 567

**Covet**: "Apparently there's a lot more to you than meets the eye." p. 595

**7. How the heroine feels about the romantic lead(s):**

167.  Heroine finds romantic lead striking with full red lips, chiseled features, beautiful
168.  Heroine thinks to herself about the romantic lead's eyes
169.  Heroine notices his hair, which is dark and tousled / falls forward
170.  Heroine notices romantic lead's body: lean, biceps, tall / long
171.  Heroine is upset that romantic lead he grins and knows exactly what effect he has on her
172.  Heroine can't look away from romantic lead, the stare the first time she sees him
173.  Heroine has to catch her breath when her gaze meets his
174.  Heroine tears / rips her eyes away and looks anywhere but at him
175.  Romantic lead wears -black jeans and a t-shirt on the day they first meet
      A.  He also wears a black v-neck sweater and designer clothes
176.  Heroine thinks his scent is of citrus and spice and waterfalls /of orange and freshwater
177.  She notices that his smile turns one corner of his mouth up
178.  Heroine is drawn to the romantic lead even though he's dangerous
      A.  Romantic lead is wicked, dangerous, sexy, wild
179.  Heroine feels frustrated, angry and conflicted at the effect he has on her, blames him for it.
180.  Heroine's heart is racing / beating; cage, she's mad
181.  Heroine is irritated by the effect he has on her
182.  Heroine is so close to romantic lead on the day they first meet that she can feel his warm breath on her face / cheek
183.  Heroine doesn't want to have feelings for the romantic lead when she thinks he doesn't have them for her
      A.  Romantic lead's moods are inconsistent, he looks angry / mad when they meet
      B.  His moods are different each time they meet
      C.  Romantic lead has tried to stay away because he doesn't think it's safe for the heroine to be around him
      D.  Romantic lead says: but I'm selfish not to stay away from heroine
184.  Heroine /romantic lead quotes Shakespeare and she is irritated with him when they first meet
      A.  Heroine quoting Shakespeare
185.  Heroine is upset romantic lead wins verbal repartee between them during the first day they meet
186.  Heroine thinks romantic lead is terrifying, intriguing and exciting at the same time
187.  The heroine is thinking about the death of her family members and pushes / shoves her feelings down, while with romantic lead

188. Heroine feels connected to romantic lead by their mutual grief because romantic lead's older brother was murdered and was nineteen / looks nineteen
   A. Heroine recognizes his pain and understands it because she has lost her family members
189. Romantic lead feels responsible for the murder of his older brother
   A. Heroine can see the pain in his eyes about the murder of his brother: he turned and looked at me
   B. Romantic lead's older brother was nineteen / looks about nineteen
   C. The heroine already feels a connection to the romantic lead
190. Heroine is left wondering about romantic lead, why he already seems so important to her
191. Heroine thinks there's something different about him, magnetism
192. She wonders if romantic lead can hear hear her heart: My heart, in my chest, he can hear it
193. The heroine admits she's obsessing over the romantic lead
   A. Obsession
194. The heroine has word vomit  and babbles / vomits words and babbles
195. Romantic lead reached / reaches out and touches heroine's hair
196. Heroine wants to be closer to the romantic lead but is terrified
197. She breathes him in, and the romantic lead feels like home
   A. She puts her face on the skin / curve of his neck and breathe him in
   B. Heroine's mouth waters, she breathes him in
198. An invisible string connects heroine and romantic lead
199. The heroine feels grounded, touching his hands
200. The heroine is selfish about the romantic lead and she doesn't want to be without him
201. Heroine is irritated with romantic lead for treating her like a child
202. Heroine's describes how: Our eyes meet and the world falls / drops away
203. Heroine wonders if romantic lead is an alien
   A. Alien theories
204. Heroine experiences circuit overload / short circuit regarding the romantic lead
205. Romantic lead makes the heroine feel like spontaneous combustion
206. Heroine feels that romantic leads thoughts are an echo of my own / mine
207. Heroine feels they are drawn together by fate. Destiny
208. Heroine feels he is her destiny
209. Heroine instantly answers yes when the romantic lead asks her if she trusts him
210. Heroine thinks I'm in way over my head about romantic lead
211. Heroine says: I think about you/ him all the..about romantic lead
212. Heroine thinks they have a soul connection
213. Heroine feels electricity: in my skin, around romantic lead

214.   Heroine gets butterflies in my stomach when romantic lead is near her
215.   My mouth" is so /goes "dry" around romantic lead in page proximity
216.   Heroine slumps down / sinks down and cries at school
    A.  Heroine thinks about crying and her pain over her loss of family
    B.  She worries about anyone seeing her cry at the school
    C.  Her pain from the loss of her family members is overwhelming
    D.  Rocking and wrenching sobs
    E.  Romantic lead catches her crying and she's embarrassed
    F.  Heroine asks romantic lead how much did you hear / starts to ask how long he's been there
    G.  Although the heroine has been caught crying, she's attracted to him. He gets close to her
    H.  He walks her to class and opens the door for her to enter / He walks to his room at the school which is just a few feet away and opens the door, leaving it open for her to enter
217.   The first kiss scene: It's cold but the romantic lead makes the heroine feel heat
    A.  They experience a light show in the sky at night
    B.  Heroine feels shy
    C.  Heroine wants romantic lead to kiss her but is afraid he might
    D.  The air between the heroine and romantic lead is charged and electric
    E.  The romantic lead looks at her with yearning / craving:
    F.  Heroine can't look / back away, she's caught / mesmerized
    G.  Cups face in hands
    H.  Romantic lead leans in / down, and presses a soft kiss
    I.  Heroines' arms around romantic leads neck
    J.  During the kiss, heroine is delirious / light-headed
    K.  When romantic lead loses self-control of his powers: his eyes start to change because he's a wolf shifter/ the ground shakes because he's a vampire
    L.  The heroine is scared of the romantic lead. His eyes are burning / gleaming eyes, he's a monster and she needs to run away
    M.  Heroine thinks romantic lead is a monster when he starts to change in a terrifying way
218.   Heroine thinks romantic lead is not a monster
219.   Heroine feels she could drown in the depths of romantic lead's eyes
220.   Heroine and romantic lead kiss until our breaths become one breath / his breath becomes my breath
221.   Heroine wonders if romantic lead's kind age differently than humans  in page proximity

      A.  Romantic lead asks heroine if she really wants to talk about this when she asks him questions about his type of supernatural being
      B.  Heroine wonders if romantic lead's kind ages differently than a human
      C.  Heroine wonders how old he really is
      D.  Heroine does the math in her head about the aging

222.    Heroine tells romantic lead they have to tell one another the truth

223.    The heroine saves the romantic leads life, she will do something, anything to save him.

*The romantic lead and heroine encounter one another for the first time at school at the end of chapter two. The heroine is attracted to him, there is "something different" about him, she can't look away.  In BMR, the first meeting with the romantic lead occurs in several scenes in one school day. In Crave, the first meet encounter is one long scene that incorporates the scenes in BMR. In both books, they encounter one another when the heroine has just arrived at school for the first time.*

BMR 2011 (p. 15-62), 2013 (p. 18-69) form the basis for this first meeting scene in Crave (p. 21-30). The descriptions of the romantic lead grinning at the heroine as if he knows what effect he's having on her occur in in BMR 2013 (p. 20) and Crave (p. 22) with their "gaze" connecting on the exact same page, BMR 2013 (p. 22,) Crave (p. 22). BMR 2013 (p. 35) describes the heroine feeling angry about the way the romantic lead makes her feel, this is also added to Crave (p. 27). BMR 2013 has additions to this scene which don't exist in BMR 2011, and Crave uses those as referenced above.

This patchwork plagiarism occurs throughout Crave in its entirety. This scene, for example, takes different parts of the BMR manuscripts 2011, 2013, to create the combined scene in Crave. The example quotes demonstrate the textural plagiarism occurring within the scene itself, with words and text restructured from original BMR materials. There are also examples of the exact same words occurring within page proximity as well as substitution of synonyms within the same sentences used by the same characters.

| **Crave:** | **BMR:** |
|---|---|
| Dark hair, full red lips, chiseled features features. | Dark hair, full lips, red lips, chiseled features. |
| p. 21, 22 168. Dangerous | 2011 p. 15-16, 34, 58, 101, 108, 163, Dangerous |
| p. 22, 28, 137, 224 367, 424, 465 | 2011 p. 16, 53, 127, 251, 286, 311, |
| Fallen angel p. 30 angelic looks p. 30 | Dark angel  2011 p. 222 |

| | |
|---|---|
| Bad boy p. 30 | Bad boy 2011 p. 42, 172, 475 |
| Sexy p. 86 | Sexy 2011 p. 20 |
| Arrogant p. 137 | Arrogant 2011 p. 20 |
| Rockstar p. 137 | Rockstar 2011 p. 20, 82 |
| Gorgeous p. 137, 432 | Gorgeous 2011 p. 16, 82, 108, 483 |
| Beautiful p. 21, 203 | Beautiful 2011 p. 16, 17, 222 |
| Wicked p. 22 | Wicked 2011 p. 16 |
| Wild p. 22 | Wild 2011 p. 186; 2014 p. 19 |
| Hot p. 137, 311 311 | Hot 2011 p. 21, 22, 28, 29, 252, 303, |
| Smoking hot p. 137 | Smoking hot 2011 p. 303 |
| Long, lean p. 22 | Tall, lean 2011 p. 15 |
| Lean muscle p. 405 | Lean muscle 2011 p. 15 |
| Hard well-defined biceps p. 22 | Hard muscles of his biceps p. 167 |
| Smile turns one corner of his mouth up p. 22 up 2011 p. 24 | Smile turns one corner of his mouth |
| Dark hair p. 22 | Dark hair p. 15, 119. |

179.
Heroine finds romantic lead striking, with full red lips and chiseled features, beautiful

**BMR**: ...striking, bewitchingly good-looking... full lips and sculpted features...red lips and sun-kissed skin...was he really that beautiful? 2011 p. 15-17, 219.

**Crave**: ...too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone. Smooth, alabaster skin. p. 21

180.
Heroine thinks to herself about the romantic lead's eyes

**BMR**: And those eyes... they were beguiling and disturbing at the same time. 2010 p. 30; 2011 p. 40

**Crave**: And his eyes. . . a bottomless obsidian that see everything and show nothing. p. 21

181.

Heroine notices his hair, which is dark and tousled / falls forward

**BMR**: I noticed his tousled hair was a rich, dark brown, almost black. p. 15

**Crave:** Add in the thick, dark hair that...falls forward into his face and skims low across his insane cheekbones. p. 22


182.

Heroine notices romantic lead's body: lean, biceps, tall / long

**BMR**: ...tall...fit with lean muscle. 2011 p. 15   I noticed the hard muscles of his biceps and chest… 2011, p. 167; I noticed the way his jeans clung to his muscled thighs and molded his form and felt the most illogical urge to touch him. 2011 p. 54

**Crave**: ...his long, lean body...flat stomach, and hard, well-defined biceps. p. 22


183.

Heroine is upset that romantic lead he grins, knows exactly what effect he has on her

**BMR**: He grins a wicked grin and winks as if he knows exactly what effect he has on me. 2013 p. 20

**Crave:** And now he's grinning, one corner of his mouth turning up in a crooked little smile that I feel in every single cell. Which only makes it worse, because that smirk says he knows exactly what kind of effect he's having on me.  p. 22


184.

Heroine can't look away from romantic lead: the stare the first time she sees him

**BMR**: I tried not to stare as I approached the front doors of the school, but I couldn't bring myself to look away...Our eyes locked… 2011 p. 16

**Crave:** I'm trapped by his stare, hypnotized… p. 21

185.

Heroine has to catch her breath when her gaze meets his on their first meet day

**BMR**: He turns and our gazes collide…I remind myself to breathe slowly. *Whoa girl…* 2013 p. 22

**Crave**: ...try to yank my gaze from his…I swallow hard to catch my breath. p. 22

186.

Heroine forces herself to tear / rip her eyes away and looks anywhere but at him on the day they first meet

**BMR**: I broke out in a cold sweat and forced myself to tear my eyes away...keeping my eyes anywhere but on his face. 2011 p. 17

**Crave**: I rip my eyes away, then search desperately for something else–anything else–to focus on...Determined to avoid his eyes, I look anywhere but. p. 22

187.

Romantic lead wears -black jeans and a t-shirt on the day they first meet

**BMR**: ...though he was dressed well in black designer jeans and a black t-shirt... 2011 p. 20

**Crave:** ...the black jeans and t-shirt he's wearing... p. 22

    A.  Romantic lead wears a v-neck sweater and he wears designer clothes

    **BMR:** Though he was dressed well in jeans and a black v-neck sweater… 2010 p. 16; though he was dressed well in black designer jeans and a black t-shirt..."2011 p. 20;

    **Crave:** Dressed all in Gucci black--silk V-neck sweater… p. 86

**BMR:** ..trying to get her attention. And then he stepped into the classroom. Tall, dark and mercilessly good-looking. ….class was focused on the scene …He turned and caught my eye…. How and why had he looked directly at me when he walked in? It was almost as though he'd been looking for me…. Though he was dressed well in jeans and a black v-neck sweater, the leather jacket …on him the thin, braided leather bracelet, corded leather necklace and small, thin, wire hoop in his earlobe were just plain sexy…. 2010 p. 16

**Crave:** And then turn to look. …no one is paying attention to me anymore. Because they're all looking at him. ….when he walks in like he owns the place-and everybody in it. Dressed all in Gucci black-silk V-neck sweater, wool pinstripe pants, shiny leather dress shoes-with his scarred eyebrow furrowed and his dark gaze…he shouldn't look sexy at all. But he does. God, he really, really does. …all that darkness-is focused directly on me. ..Try not to look Jaxon in the eyes. p. 86

*(Note: this is just one example of many phrases that show the same words "lexical clusters" on a page of text between the books.)*


188.

Heroine thinks his scent is of citrus and spice and waterfalls / is of orange and freshwater

*(Page proximity)*

**BMR**: ...his scent—*citrus* and spice now...waterfalls. 2011 p. 460

**Crave:**  orange and freshwater scent of him. p. 435


189.

Heroine notices that romantic lead's smile turns one corner of his mouth up

**BMR**: a corner of his mouth turning up as he handed me a pencil. 2011 p. 24;  The corners of his mouth turned up as though he was trying to suppress a smile 2010 p. 224; amusement turning a corner of his mouth up 2011 p. 51 he smiled crookedly. 2010 p. 109; crooked grin 2011 p. 157

**Crave:** one corner of his mouth turning up in a crooked little smile p. 22, 385; 259; half smile, crooked smile, crooked grin.  p. 22, 393; 126; 216


190.

Heroine is drawn to the romantic lead even though he's dangerous      *(Same page number)*

**BMR**: I realized that it was a bit twisted to feel that way about him, to be drawn to him even though he frightened me—maybe even to be drawn to him because he frightened me—but I was. Something inside of me responded to the dangerous edge in him and liked it. p. 127

**Crave:** Instead, I stay where I am. Not because Jaxon is blocking my way--which he is--but because everything inside me is responding to everything inside him. Even the danger. *Especially* the danger... p. 127

A.  <u>Romantic lead is wicked, dangerous, sexy, wild</u>

**BMR:** The overall picture was one of dangerous, irresistible beauty...wicked grin  2011 p. 16 ...just plain sexy. 2011 p. 20  something a little wild…danger in a bottle. 2011 p. 186; 53, 127, 368, 311; 2014 p. 19

**Crave:** ...sexy as hell. A little wicked, a lot wild, and all dangerous.  p. 22; 28, 137, 224

191.

<u>Heroine feels frustrated, angry, and conflicted at the effect he has on her, blames him for it</u>

**BMR:** Up close he's even better looking than I remembered. My traitorous heart flutters in response to his nearness and that makes me mad. I don't want to have this reaction. Not when my feelings about him are so conflicted. 2013 p. 35

**Crave:** He steps forward, closing the small distance I put between us. And there goes my heart again, beating like a caged bird desperate to escape. I hate it. I hate that he's bested me, and I hate that being this close to him makes me feel a bunch of things I shouldn't…The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating. p. 27

192.

<u>Heroine's heart is racing / beating; cage, she's mad</u>

**BMR:** My traitorous heart fluttered in response to his nearness and that made me mad. 2011 p. 35 and 2011 P. 25, 35, 119, 120. I looked down quickly, my heart racing wildly in the cage of my chest" 2010 p. 16

**Crave:** And there goes my heart again, beating like a caged bird desperate to escape. I hate it. p. 27 and 22, 23

193.

<u>The heroine is irritated by the effect he has on her</u>

**BMR**: ...if I were to date someone, it wouldn't be him. 2011 p. 20
...first love, the seemingly unattainable object of affection… *Midnight Overview Notes 2009*

**Crave**: The new girl swooning over the hottest, most unattainable boy in school? Gross. And so not happening. p. 23


194.

Heroine is so close to romantic lead on the day they meet that she can feel his warm breath

**BMR:** He took my chin in his hand bringing his face so close that I could feel the huff of his warm breath on my own. 2010 p. 42

**Crave:** ...he leans closer still, gets closer still, until I can feel his warm breath on my cheek… p. 27


**BMR:** He turned around to look at me, his face inches from mine…His eyes up close were startling… rimmed in black. No one had eyes like that. He took my chin in his hand, bringing his face so close that I could feel the huff of his warm breath on my own….Without taking the time to even think about it, I answered, breathless with anticipation,....He turned back around…I felt strangely, madly, free. 2010 p. 42

**Crave:** like a caged bird desperate to escape….I hate even more that the look in his eyes says he knows…I take one trembling step back….he leans closer still, *gets* closer still, until I can feel his warm breath on my cheek and the brush of his silky black hair against my skin…What little breath I've managed to... p. 27


*The heroine is upset because the romantic lead's mood with her is inconsistent. He has ignored her, seemed angry, and she can't understand what is going on.*


195.

Heroine doesn't want to feel the way she does when he doesn't feel the same way about her

**BMR:** Anna is trying to resist the strange attraction she feels for him. *Chapter Outline to Emily Sylvan Kim, Chapter 2, 2013;*...at first she is intimidated and slightly offended by Ash's confidence and magnetism. She is also hopelessly attracted to him in spite of herself. *Midnight Overview Notes, 2009*

**BMR**: And that irritates me. I don't want to have these feelings for him. Especially when he doesn't seem to have them for me. 2013 p. 114

**Crave**: I hate that being this close to him makes me feel a bunch of things I shouldn't for a guy who has been a total jerk to me... The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating. p. 27

> A. <u>Romantic lead's moods are inconsistent, he looks angry / mad when they meet</u>

**BMR**: Ash…Other times…he looked angry…I wondered if I had done something wrong or not done something right. I didn't know. 2011 p. 116

**Crave**: I have no idea what I did to make Jaxon so mad, have no idea why he blows hot and cold with me. p. 90

> B. <u>Romantic lead has different moods each time he meets heroine</u>

**BMR**: Ash… was ever present in my thoughts but when we saw one another he was distant. No more flirtatious banter between us, no more anything. At times, I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times, inexplicably, he looked angry. 2010 p. 91

**Crave**: "I've run into him four times since I got to this frozen hellhole, and each time has been a different experience. Douchey the first time, blank the second, intense the third, and furious the fourth. p. 90

> C. <u>Romantic lead has tried to stay away because he doesn't think it's safe for the heroine to be around him</u>

**BMR:** "It's just that if we're seen together as a couple, it might well...it might not be safe." 2011 p. 297; "I'm just worried now that you're so very publicly connected to me. That's all... We're going to have to be even more careful than I'd planned." 2011 p. 321

"So you've been avoiding me because?"... "I wanted to protect you...I didn't think it was safe for you to be around me. You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99

**Crave:** "They've been gunning for you since you got here. I don't know why it started, if it's because you're human or if there's something I haven't figured out yet. But I'm sure it's continued—and gotten worse—because you're mine...It's why I tried to stay away from you…" p. 398

**BMR:** "If you didn't know me maybe you wouldn't be caught up in this. And you are, Anna. Things can never be what they were—there's no going back." 2011 p. 411; "I'm sorry this happened. It's my fault. If you didn't know me, you wouldn't be caught up in this." 2014 p. 261

**Crave:** "From the moment I kissed you. From the moment you got hurt, everything changed…Now I've all but put a bull's eye in the middle of your back and dared someone to take a shot." p. 291

### D.  Romantic lead says: but I'm selfish,  not to stay away from heroine

**BMR:** "Staying away from me would be better for you. But I'm selfish, Anna." 2010 p. 233; 2011 p. 299

**Crave:** I should have left Grace the hell alone. But I'm selfish and I'm weak and I couldn't not see her.  p. 562

196.
Heroine /romantic lead quotes Shakespeare and she is irritated with him when they first meet

**BMR:** *Heroine to romantic lead:* I whispered furiously, glaring daggers at him. "Et tu, Brute?" 2011 p. 40 *(Shakespeare's Julius Caesar)*

**Crave:** *Heroine to romantic lead:* "The quote is, 'There are more things in heaven and *earth*, Horatio.'...I need to go." I force the words past a jaw I didn't even know I'd been clenching. p. 24- 25 *(Shakespeare's Hamlet)*

### A.  Heroine quoting Shakespeare

**BMR:** *Heroine:* I whisper, *By the prick of my thumbs, something wicked this way comes*, a sibilant voice tickles my ear. *Macbeth*? Really? 2013 p. 6 *(Shakespeare's Macbeth)*

**Crave:** *Heroine to cousin as they talk about romantic lead:* You know, the guy she spent ten minutes warning me about before the snowball fight. "Et tu, Brute?" I say with a roll of my eyes. p. 164 *(Shakespeare's Julius Caesar)*

*Heroine and romantic lead have a verbal repartee the day they meet. She feels he's won.*

197.

Heroine is upset romantic lead wins verbal repartee between them during the first day they meet

*(page proximity)*

**BMR:** Match and game. I hadn't anticipated that. 2011 p. 53

**Crave:** I hate that he's bested me… p. 27

198.

Heroine thinks romantic lead is terrifying, intriguing and exciting at the same time

**BMR:** I knew he was dangerous on some level yet I found him intriguing and maybe even exciting at the same time. 2011 p. 127; He captivated me in every way, he was just so appealing. And terrifying. 2011 p. 253

**Crave:**... I realize this guy is as terrifying as he is intriguing. p. 25; this boy who frustrates, terrifies, and excites me all at the same time. p. 30

*The heroine thinks about her family members' deaths often and pushes / shoves her feelings down. She's thinking about them and feeling grief on the day they first meet. The romantic lead is physically present while she's having these thoughts.*

199.

The heroine is thinking about the death of her family members and pushes / shoves her feelings down

**BMR:** I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died, and the truth was I'd never really gotten over it...I took a few deep breaths, pushing down the rising sob caught in my throat. 2011 p. 34

**Crave:** Images of my parents' mangled car flash through my brain…The familiar anguish wells up inside me…I shove it back down. p. 28

*She notices the romantic lead's pain and feels connected to him because of it. The romantic lead is grieving the loss of his older brother who was nineteen (BMR) and looks about nineteen (Covet). The romantic lead believes his brother was murdered and feels responsible. He and the heroine are connected by the pain of their respective losses.*

*(In Crave, the romantic lead did not murder his older brother but believes he did).*

200.
Heroine feels connected to romantic lead by their mutual grief because romantic lead's older brother was murdered and was nineteen / looks nineteen

**BMR:** ....I understood his pain. He felt the same way I did about my dad and grandparents….I found myself feeling more and more connected to Ash. I understood him and I knew he understood me. 2011 p. 125, 127

**Crave:** ....connected in a way I can feel but can't comprehend by our very separate horrors. p. 29, p. 49

    A.  Heroine recognizes his pain and understands it because she has lost her family members

       **BMR:** I understood his pain. He felt the same way I did about my dad and my grandparents. Responsible. 2011 p. 125
       **Crave:** ...something broken in him that fits with what's broken in me...all the grief and pain… p. 174

201.
Romantic lead feels responsible for his older brother's murder

**BMR:** "My brother, Dylan, was killed. He was nineteen…He was in the wrong place at the wrong time…they said it was an accident but it wasn't." 2011 p. 125; "Dylan was murdered." 2012 p. 110

**Crave** (Book 1): "I killed him, Grace. On purpose. And I would do it again." p. 391; "I am, of course, also the murderer of the former heir apparent," Jaxon continues… p. 392 *(heir apparent is his older brother)*

A. <u>Heroine can see the pain in his eyes about the murder of his brother</u>

**BMR**: After a long silence he turned and looked at me, his face full of anguish. And more than a hint of anger.  2011 p. 125

**Crave** (Book 1): When he finally turns back around to look at me, I can see the pain, the devastation behind the emptiness in his eyes. p. 397-398

B. <u>Romantic lead's older brother was nineteen / looks about nineteen</u>

**BMR**: "My brother, Dylan, was killed. He was nineteen." 2010 p. 97; 2011 p. 125

**Covet** (Book 3): …as Hudson is more than two hundred and looks about nineteen. p. 448
*(Hudson is the romantic lead's older brother).*

C. <u>The heroine already feels a connection to the romantic lead</u>

**BMR:** I felt a current between us, a connection. Even though we'd only just met, he was already somehow important to me. p. 64

**Crave**: Not when I already feel this connection to Jaxon...  p. 296

202.
<u>Heroine is left wondering about romantic lead, why he already seems so important to her</u>
*(one page apart)*

**BMR:** He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering. 2011 p. 63
Already she feels that he is somehow important to her and wonders why. *5-14-10 Chapter Analysis, Ch 4*

**Crave:** I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do. p. 64

203.

There's something different about him, magnetism

**BMR**: "There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82

**Crave:** Still, there's something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…sheer magnetism rolling off him in waves. p. 21

204.

She wonders if romantic lead can hear hear her heart: My heart, n my chest, he can hear it

**BMR**: My heart thundered loudly in my chest. Surely he could hear it? 2011 p. 259

**Covet:** My heart is pounding so hard in my chest, I'm certain he can hear it. p. 132

205.

The heroine admits she's obsessing over the romantic lead   *(in page proximity both times)*

**BMR:** As I walked down the hallway to my locker, I realized I was already obsessing about him… p. 17

**Crave:** I keep my mouth shut and concentrate on looking around instead of obsessing over some guy…p. 39

A.   Obsession

**BMR:** Attraction, infatuation… obsession? I was pretty sure I was falling for him. And hard. p. 187

**Crave:** I feel like I'm obsessed with him. I think about him all the— p. 176

206.

<u>The heroine has word vomit / vomit words and babble</u>                    *(one page apart)*

**BMR**: Word vomit...I'm possessed by a wracking case of babbling, stumbling idiocy, with no control over what comes out of my mouth. 2011 p. 51

**Covet**: The more I babble, the more stonelike Hudson's face becomes until I force myself to stop vomiting words and take an actual breath. p. 52

207.

<u>Romantic lead reached / reaches out and touches heroine's hair</u>

**BMR**: ... he reached out with one hand and brushed a lock of my hair back from my face, his touch so light it was almost as though I had imagined it. 2011 p. 62

**Crave**: …he reaches out and gently takes hold of one of my million curls. p. 29

208.

<u>Heroine wants to be closer to romantic lead but is terrified</u>

**BMR:**   ...though it terrifies her, she can't stay away from him. *Midnight Overview Notes, 2009* He smiled that dangerous smile that made me want to slide over closer to him and run away, far away at the same time. 2011 p. 367  I wanted him to kiss me and yet at the same time I was afraid that he might. 2011 p. 169

**Crave** (Book 1)**:**  there's a part of me that wishes he were closer. That wishes we were touching right now. . . part of me that's still terrified of touching him, even more terrified of having him touch me. p. 258

209.

<u>She breathes him in, and the romantic lead feels like home</u>

**BMR:** I breathed him in and knew that I was home. 2011 p. 414

**Covet:** I...just breathe him in. It feels like coming home. p. 207
**Crush:** ... breathe him in...He still feels like home. Still *smells* like home. p. 10

    A.  <u>She puts her face on the skin / curve of his neck and breathe him in</u>

**BMR:** ...my face resting against the bare skin of his neck. I breathed him in... 2011 p. 414

**Crave:** Makes me want to press my face into the curve of his neck and just breathe him in. p. 165-6

    B.  <u>Heroine's mouth waters, she breathes him in</u>

**BMR:** My face resting against the bare skin of his neck…I breathed him in…My mouth actually waters and I *need*—to kiss him. But I can't do that here in front of his mom and the fact that I can't is just about killing me, the need is so strong. 2013 p. 321; ...my face resting against the bare skin of his neck. I breathed him in... 2011 p. 414

**Crave:** It fills my senses, makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in." p. 165-66

**BMR**: I take a deep breath, savoring his scent—citrus and spice with a note of musk—and lean into him, inhaling all that is him. All that is Ash. I feel better, stronger. I press my face into the hollow between his neck and shoulder and my mouth waters. He smells so good. I want to kiss him, even though I know I shouldn't. "Now, that's better," he says and pulls back. "But no, you hearing me isn't part of the magic. At least it's not supposed to be. We can only 'hear' family before we've reached the first shift." I'm a little dazed. I don't want him pulling away from me. I'm hungry. And there's something so not right about that. I rub my forehead. He stands up and holds out a hand for me to get up, too, and the strange feeling passes. 2013 p. 352-353

**Crave**: His wildly sexy scent seems even stronger now than it did when he was carrying me. It fills my senses, makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in. I'm already on edge from his closeness, and these new longings he sets off in me have my breath catching in my throat. My heart goes wild and, as he leans in just a little farther, my whole body lights up like the aurora borealis I'm still dying to see. "Grace." He says my name like it's a promise. It's the last straw, and I gasp, full-on melting commencing deep inside me. I'd say his name back, but I've lost control of my vocal cords. And pretty much the rest of my body, too. His hand comes up to cup my cheek, and I close my eyes, lean into the caress. p.165-166

210.
An invisible string connects heroine and romantic lead

**BMR:** But he's not just any boy...It feels as though we're tied together by an invisible string. Fated...from the moment we first met, he looked at me as if he knew me, and I felt the same. 2016 p. 99

**Covet** (Book 3): Especially considering we're mated. Already, I can feel the invisible string stretching between us, connecting us to each other on a soul-deep level. p. 31


211.
The heroine feels grounded, touching his hands

**BMR:** He takes my hands in both of his and gives them a gentle squeeze. His touch, the feel of skin is grounding. 2013 p. 333

**Covet:** Letting me feel the strength in his hand, feel our fingers brush against each other's, letting me ground myself...in him. p. 478


212.
The heroine is selfish about the romantic lead and she doesn't want to be without him

**BMR**: I can't be his undoing. I can't be that selfish...I'm selfish. God help me. I don't push him away. 2014 p. 388

**Crave** (Book 1): It was as selfish as I could get, because now that I've found you, I'm not okay being in a world where you don't exist. p. 508


213.
Heroine is irritated with romantic lead for treating her like a child

**BMR:** I felt irritated. And relieved. Irritated because he was treating me like a child and relieved because the moment had passed. p. 350

**Covet:** "I'm not a child, and I don't appreciate you treating me like one." p. 59

214.
<u>Heroine describes how: Our eyes eyes meet and the world falls / drops away</u>

**BMR:** Our eyes meet as we pull apart...Our fingers touch, skin brushing skin, and the world around us literally falls away. 2012 p. 24

**Crave:** Our eyes meet, and for a second, just a second, the whole world seems to drop away. p. 143

215.
<u>Heroine wonders if romantic lead is an alien</u>

**BMR:** Ash was likely to be either a vampire or a werewolf. Or just a freak, alien or monster of unknown origin. 2011 p. 193

**Crave:** "Are you an alien?" p. 260

    A.  <u>Alien theories</u>

    **BMR**: These alien theories fall along the same lines. Sometimes people give a complicated answer to a simple question. 2016 p. 41; …aliens theory is so popular. 2014 p. 34

    **Crave**: Can I just say that I'm *really* beginning to miss my alien theory? p. 325

216.
<u>Heroine experiences circuit overload / short circuit regarding the romantic lead</u>

**BMR:** Speechless, I knew I was experiencing circuit overload. 2011 p. 36

**Crave**: I can only stare up at him in openmouthed shock as my brain short-circuits. p. 161

217.
<u>Romantic lead makes heroine feel like spontaneous combustion</u>

**BMR:** My own spontaneous combustion would be great right about now. He's at the door in a flash, opening it for me... 2016 p. 19

**Crave:** ...make me feel like *I* might spontaneously combust--especially if I spend much longer thinking about Jaxon. p. 170

218.

Heroine feels that romantic leads thoughts are an echo of my own / mine

**BMR:** His words are an echo of my own thoughts. 2013 p. 118

**Crave:** About Jaxon, whose deepest thoughts and heart and pain seem to so closely echo mine. p. 205

219.

She feels they're drawn together by fate. Destiny

**BMR**: That I feel we're drawn together by fate. Destiny. 2012 p. 112; 2013 p. 116

**Covet**: ....I've been lucky enough to be mated to both of them. Jaxon, through the machinations of the Bloodletter, and Hudson through...I don't know what. Fate? Destiny? p. 186

220.

She believes romantic lead is her destiny                                      *(same page proximity)*

**BMR:** We're destined, even though he doesn't know it yet. 2013 p. 245  Ash felt like my destiny. 2011 p. 222  Ash. The connection between us has always felt Otherworldly. Magical. Destined. 2013 p. 461

**Covet:** Yes, I have Hudson now... But that only makes it all scarier. Because losing Jaxon nearly killed me. What happens if I lose the mate who was my destiny? p. 245

221.

Heroine instantly answers yes when the romantic lead asks her if she trusts him

**BMR**: "Anna, do you trust me?"
        Without taking the time to even think about it, I answered, breathless, "Yes." 2011 p. 55

**Covet**: "Trust me?"
        "I don't even hesitate. "Yes." p. 237

222.
Heroine thinks: 'I'm in way over my head about the romantic lead     *(in page proximity)*

**BMR**: I was in way over my head. 2011 p. 121

**Crave**: ...I'm in way over my head… p. 177


223.
Heroine says: I think about you / him all the.-- about the romantic lead     *(one page apart)*

**BMR**: *Romantic lead to heroine:* "I think about you all the time…" 2011 p. 177

**Crave**: *Heroine says it about the romantic lead:* "I think about him all the --" I break off…p. 176


224.
Heroine thinks they have a soul connection     *(in page proximity)*

**BMR:** When I looked at him, really looked at him, I felt the strongest sense of recognition sound through my being, a déjà vu of my soul. 2011 p. 192

**Crave:** There's something about him that calls to me on a soul-deep level... p. 174


225.
Heroine feels: electricity in my skin, when with romantic lead     (in page proximity)

**BMR:** Electricity leaped through my veins at his touch. p. 54
...almost like there was a mild electric current passing through my skin. p. 331

**Crave:** ...electricity crackling just below my skin. p. 292


226.
Heroine gets butterflies in her stomach when the romantic lead is near her

**BMR:** He paused an even longer time before finally answering, "I'm at your front door, Anna." My heart sank down to my stomach and my stomach dropped down to my feet. Those caffeinated butterflies were making serious time in my belly.  2011 p. 199

**Crave:** ..Macy opens the door. Looks like the panic was for nothing, though, because it isn't Jaxon. It's a woman, carrying a large yellow envelope. I tell myself I'm not disappointed, even as the sudden butterflies in my stomach kind of fall back down with a *thud.*  p. 195

**BMR:** I nodded graciously, trying to act cool though I was anything but. My mouth was dry. Don't speak, I begged silently. The butterflies in my stomach were hopped up on caffeine. 2011 p. 161

**Crave:** "Text me a pie of your schedule," he says as he moves toward the door. "Why?" "So I know where to meet you later." His face melts into a grin, and the butterflies I always feel when he's around take flight in my stomach. p. 225

227.
Heroine's mouth goes dry around romantic lead     *(in page proximity & many other refs of this)*

**BMR**: My mouth is so dry, and now that I'm thinking about it, my lips tremble. 2013 p. 155

**Crave**: ...and my mouth goes dry. p. 139

*In this short scene (#228 A-H) the heroine is at school and cries over her loss, as she thinks about her family members' deaths. The romantic lead catches her crying when she's trying to hide from everyone. She's embarrassed and wonders how long he was there. He doesn't comfort her but instead walks her to their classroom / his room.*

228.
Heroine slumps down / sinks down and cries at school

**BMR:** I slumped down to the bottom of my locker and pulled the door close to me, shielding myself from prying eyes...I could feel the tears... 2011 p. 34

**Crave:**  I sink down onto one of the chairs and finally, finally let the tears come.  p. 252

A.  Heroine thinks about crying and her pain over her loss of family

**BMR:** I have a sense when I cry that all of the pain I've held onto so tightly will come gushing out, leaving me with no flood control. 2011 p. 34

**Crave:** I haven't cried, really cried, since the funeral, and now that I've started, I'm not sure I'll ever stop. p. 252

    B.  <u>She worries about anyone seeing her cry at the school</u>

**BMR**: I…. pulled the door close to me, shielding myself from prying eyes. 2011 p. 34

**Crave:** I'm trying to be quiet–the last thing I want is to draw more attention to myself…having *anyone* seeing me like this is the threat that finally galvanizes me. p. 252

    C.  <u>Her pain from the loss of her family members is overwhelming</u>

**BMR:** I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died…I'd never gotten over it. I just couldn't handle any more loss. 2011 p. 34

**Crave:** Grief is a wild thing within me, a rabid animal tearing at my insides and making everything hurt…it's hard when it hurts this much….battling the pain and loneliness that come from losing my parents in the blink of an eye p. 252

    D.  <u>Rocking and wrenching sobs</u>

**BMR:**  Head in my hands, I rocked myself back and forth...And I realized I was crying, deep, gut-wrenching sobs without making a sound. My tears ran freely down my cheeks and chin, unchecked. 2011 p. 470; p. 34 *(these two quotes about crying are mosaically used in Crave).*

**Crave**:  I wrap my arms around myself and start to rock...and the tears just keep coming, as do the harsh, wrenching sobs tearing from my chest. p. 252

    E.  <u>Romantic lead catches her crying and she's embarrassed</u>

**BMR:** Caught, I snapped my neck around…staring up into <u>his</u> molten-honey gaze…I felt a hot blush rise up and stain my cheeks. 2011 p. 34

**Crave**: …I climb to my feet and turn around…Jaxon…Embarrassment slams through me, makes my face hot and my breath stutter. p. 253-254

F. Heroine asks romantic lead how much did you hear / starts to ask how long he's been there

**BMR**: "How much did you hear?" "Everything," he admitted… 2011 p. 34

**Crave:** I start to ask how long's he's been there, but it doesn't really matter. He's been there long enough. p. 254

G. Although the heroine has been caught crying, she's attracted to him. He gets close to her

**BMR**: I winced and rubbed my abused head, staring up into his molten-honey gaze. …Up close like this, he's even better looking than I remembered. My traitorous heart fluttered in response to his nearness… He crouched down beside me…I shivered at his touch in spite of myself, his scent enveloping me. 2011 p. 35

**Crave**: Instead, he just stands there, watching me with those black-magic eyes of his until I lose my breath again… He closes the gap, moving until he's only inches from me. My mouth goes desert dry… so close that I can feel his breath on my cheek. So close that I'm sure he can feel my breath on his. p. 254

H. He walks her to class and opens the door for her to enter / He walks to his room at the school which is just a few feet away and opens the door, leaving it open for her to enter

**BMR**: We walked down the hallway in silence…When we reached the classroom, he opened the door… "After you," he murmured…I walked past. p 37

**Crave**: He walks past me, opens the door to the room that lays just beyond the alcove and walks inside...He left his door open in what looks like an invitation. "Coming?" he asks. I follow him inside. p. 256

*This first kiss scene (partial scene #229 A-M) between the romantic lead and the heroine becomes the catalyst for the heroine to learn about the supernatural world. The scene begins with them going outside to view a special phenomenon in the sky. In BMR it's the northern*

*lights, in Crave it's a meteor shower. It's winter, and it's cold. They kiss and the romantic lead loses self-control of his powers. In BMR, the romantic lead's eyes glow, in Crave, the romantic lead causes an earthquake. In BMR, the heroine notices the romantic lead's eyes have changed and she is frightened of him. In Crave, the heroine doesn't realize the romantic lead caused the earthquake, but she is frightened of him when he starts yelling at her to go. In both works the heroine does not learn the truth about what really happened until after the event the following day. She realizes something about him isn't right, questions whether he is a supernatural being, and demands to know the truth.*

*BMR 2010-2014, and various edited versions of this scene are used to create the one in Crave.*

229.

<u>First kiss scene: It's cold but the romantic lead makes the heroine feel heat</u>

**BMR**: "Don't worry, I'll keep you warm," he offers. The way he says it I feel a flutter of heat curl through me. 2013 p. 155

**Crave**: ...try to pretend that despite the chill, his hand on my arm doesn't flood every cell of my body with heat. p. 261

A. <u>They experience a light show in the sky at night</u>

**BMR**: …that flash across the sky in Alaska in the deep winter…Just a perfect black background to showcase our own personal lightshow. 2013 p. 154

**Crave**: ...just watching the most brilliant show I've ever seen light up the sky. p. 263

B. <u>Heroine feels shy</u>

**BMR**: I feel shy and uncertain of myself. 2013 p. 157

**Crave:** I glance at him, suddenly shy, though I don't know why. p. 263

C. <u>Heroine wants romantic lead to kiss her but is afraid he might</u>

**BMR**: I want him to kiss me but at the same time I'm afraid he might. 2013 p. 155

**Crave:** A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills… p. 267

    D.  <u>The air between the heroine and romantic lead is charged and electric</u>

**BMR**: The air is suddenly charged between us, crackling with electricity. 2013 p. 117

**Crave:** The air between us loaded, heavy, electric. p. 267

    E.  <u>The romantic lead looks at her with yearning / craving</u>

**BMR**: What I see in his face is a mix of wistful yearning and hope. He's looking at me like I'm the one who might be slightly out of reach when it's clearly always been the other way around. 2013 p. 157

**BMR:** While I craved the comfort of his presence, I knew he needed to be here more than I needed him. 2010 p. 407

**Crave**: There's a desire in his eyes, a craving that has nothing to do with wanting me and everything to do with needing me. p. 269

    F.  <u>Heroine can't look / back away, she's caught / mesmerized</u>

**BMR**: He looks down into my eyes and I can't look away. I'm caught. It's hopeless, really.  2013 p. 157

**Crave**: I don't back away. I can't. I'm dazzled, mesmerized, enthralled. p. 269

    G.  <u>Cups face in hand</u>

**BMR**: *Romantic lead:* He cups my cheek with his hand… 2013 p. 158

**Crave**: *Heroine:* I cup his face in my hands… p. 269

H.  <u>Romantic lead leans in / down, and presses a soft kiss</u>

**BMR:** He leaned in and turned my chin up, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss. 2011 p. 172

He leaned in and captured my lips with his own. Feather light, feather soft was his kiss, a gentle brush of his lips, the warmth of his breath mingling with my own. 2011 p. 255

**Crave:** Then he leans down and presses his lips to mine. It's not a passionate kiss, not a hard kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost... p. 270

I.  <u>Heroines' arms around romantic leads neck</u>

**BMR:** His hands are in my hair and my arms are twined around his neck pulling him closer. 2013 p. 158

**Crave:** ...his hands are on my upper arms...pulling me against him...try to slide my arms around his neck… p. 271

J.  <u>During the kiss, heroine is delirious / light-headed</u>

**BMR**: I'm delirious with the heat and urgency of our kiss. 2013 p. 158

**Crave**: My head gets lighter, my knees get weaker. p. 271

K.  <u>When romantic lead loses self-control of his powers: his eyes start to change</u>
    <u>because he's a wolf shifter/ the ground shakes because he's a vampire</u>

**BMR**: His coppery eyes were gleaming, phosphorescent like an animal's eyes in the dark. 2011 p. 173; 2013 p. 159.

**Crave:** "Earthquake!" I manage to squeak out, wrenching my mouth from his. p. 271

L.  <u>The heroine is scared of the romantic lead. His eyes are burning / gleaming eyes,
he's a monster and she needs to run away</u>

**BMR:** Gleaming amber eyes rimmed in black.... Inhuman eyes…My heart was racing
double-time so fast and so hard I was dizzy...It was all I could do not to stomp on his toes
and make a run for it...I needed to get out of here. Now. 2011 p. 173-176;

*see also* 2013 p. 159  ...wishing this all could have been different. Ash. My first kiss. The
fact that he's some kind of monster. 2013 p. 162 *(same scene in this version)*

**Crave:** 'You. Need. To. Go!'... He advances on me then, fingers flexing and eyes burning
like black coals in a face livid with rage. I turn and run as fast as my weak knees will
carry me...before this monstrous version of Jaxon overtakes me. p. 272

M.  <u>Heroine thinks the romantic lead is a monster when he starts to change in a
terrifying way</u>

**BMR**: "Ash. My first kiss. The fact that he's some kind of monster." 2013 p. 162

**Crave:** "He's a monster, one teetering on the brink of losing all control" p. 448
*(Note: This is not the full scene)*

230.
<u>Heroine tells romantic lead he's not a monster</u>

**BMR**: "Those changes I saw name you as some kind of monster. But when I think about you," I
said softly, almost whispering, "I just don't believe that." 2011 p. 253  Ash wasn't a monster
2011 p. 261

**Crave**: "But you're not a monster, Jaxon. Not even close." p. 400

231.
<u>Heroine feels she could drown in the depths of romantic lead's eyes</u>

**BMR**: Such beautiful, dazzling eyes. I could drown in their depths. 2011 p. 405

**Covet**: And that's when I realize I must have drowned in the endless depths of his oceanic eyes.
p. 235

232.

Heroine and romantic lead kiss until our breaths become one breath / his breath becomes my breath

**BMR**: He pressed his lips against mine again, soft and warm, our breaths becoming one breath. 2011 p. 256

**Crave**: He pushes closer, and I arch against him, pressing my mouth into his until his breath becomes my breath… p. 405

*In this short scene (#233 A-D) the heroine is with the romantic lead and wonders how long his kind lives and how old he really is. She does the math in her head. (This conversation is in page proximity 13 pages apart)*

233.

Heroine wonders how old romantic lead really is, and how his kind age     *(in page proximity)*

**BMR**: "Your dad–he looks like a Viking" …"That's because he *is* a Viking."..."That means he's…" "Over a thousand years old, give or take a few years" …"I mean are you" … "I'm just seventeen." "Is that in human or dog years?" I found myself asking. "You don't age like we do then." …"We don't age like *humans* do." 2011 p. 420

**Crave**: Things like how long do born vampires live—or are they immortal, like the stories suggest? Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? And if it is, exactly how old is Jaxon? p. 407

    A.  Romantic lead asks heroine if she really wants to talk about this when she asks him questions about his type of supernatural being:

**BMR**: *Romantic lead*: "Do you really want to know?" He asked in a tone of voice that told me I probably didn't. 2011 p. 420

**Crave**: *Romantic lead:* "Is this seriously what you want to talk about right now?" p. 407

B.  Heroine wonders if romantic lead's kind ages differently than a human

**BMR**: "You don't age like we do, then." It wasn't a question. "We don't age like humans do, Anna," he corrected.  2011 p. 420

**Crave**: Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? p. 407

C.  Heroine wonders how old romantic lead really is

**BMR**: "Your dad…he's like–" "Over a thousand years old, give or take a few years."... "Is he–I mean are you" "I'm just seventeen."… "Is that in human or dog years?" I found myself asking. 2011 p. 420

**Crave**: And if it is, exactly how old is Jaxon? p. 407

D.  Heroine does the math her in head about the aging –

*Heroine and romantic lead are discussing the true age of romantic lead and family members, and that they are older than they look. Romantic lead teases the heroine about it. Heroine is also realizing the implications of the different aging process between her and the romantic lead:*

**BMR:**  As we crossed the room, ..my place on the matching divan across from Caitlin…He cradled my head in his hands as he eased a fluffy pillow under my head, propping me up…."Your dad—..".. Ash smirked. "He's a little older than he looks."Arms crossed, I leaned back against my pillows and frowned. .. "You're kidding, right?"...I took a slow breath as I tried to do the math in my head. "That means he's—he's like—" "Over a thousand years old,, give or take a few years. He's not exactly sure himself," Ash finished for me, my brain too muddled to do the math…he teased. "I'm just seventeen" …"My parents met during the Battle of Culloden." …The Jacobite Rebellion took place in 1745. …closed my jaw manually, shaking my head. "You don't age like we do, then." It wasn't a question. "It doesn't matter, Anna. Not in the way that you're thinking." he said. He knew what I was thinking. We were both seventeen now. When would his aging process slow down? 2010 p. 335-338

**Court:** Hudson and I decide to go back to our room..He shakes his head and sits down on the bed next to me. "Secondly, born vampires are just as susceptible to the signs of aging as any species, albeit on a much slower basis."..I instead scooch my butt backward until I can lay my head on my pillow. "So then how could she be a thousand years old and still look sixteen?"….I

still remember the festival my father threw for me…. "Still, do vampires really age that slowly?" I plop down on the edge of the bed…"Will you still look this young in a thousand years, too?" It's not something I've ever considered…Now, all I can think about is him looking nineteen forever…."So you were five when? Like the 1800s?" I know both he and Jaxon have mentioned being hundreds of years old at times, but I've never thought of either of them as more than eighteen or nineteen. At least not until I start to do the math in my head ... "Oh my God, am I, like, your seven thousandth girlfriend?" "More like my eight thousandth," he deadpans,... p. 367-369

234.
Heroine tells the romantic lead they have to tell one another the truth

**BMR:** "I want to come clean here and I'm going to need you to do the same." 2011 p. 197

**Covet**: "Just be honest with me, Hudson, and I'll be honest with you." p. 50

235.
The heroine saves romantic lead's life she will do something, anything to save him

**BMR:** "I watch as a hoard of demons descend and realize I have no power. No magic to save my beloved. Please! He can't die!" I beg her. I want to scream, kick, fight, do something–anything–to make this right. *"A life for a life. The balance must be maintained."* "Then take mine" I offer… *"Do you pledge your life to me for this boy of Light?"*… "Yes!" I cry. "My life for his." 2014 p. 357 *(2014 is the first version of BMR where the heroine offers her life in exchange for the romantic lead's life to save him).*

**Crave**: "Not when he could die on me at any second…If I leave him and go for help, he might very well bleed out while I'm gone. If I don't, he may bleed out anyway…Jaxon's heart rate is slowing down and so is his breathing. I don't have much time to do something, anything to save him. In the end, I do the only thing I can think of…I claw open one of the wounds on my wrists…I press my wrist to his mouth…if he doesn't drink, he'll die. p. 496

*(This is part of a much larger scene that occurs at the climax of the story when the heroine is abducted by the vampire prince / vampire prince's mate. See Heroine's Female Nemesis Character Index.)*

## 8. Miscellaneous Heroine Similarities

224. Heroine has a Tarot card reading like at a fortune-teller's
     A. The teller fans out the cards for the heroine
     B. The teller tells the heroine she's her grandmother / you look like my granddaughter
     C. The heroine has drawn a bad card, it's the Tower card
     D. The card is the Tower card stricken / struck by lightning
225. Heroine has one question burning
226. Heroine's friends move like ducks
227. Heroine with companion walks for what feels like a mile / really, really, really long time until they come / get to set /pair of golden double doors
228. Heroine arrives at a set of ornately carved double doors
229. Heroine is offered a red dress to the party
230. Heroine goes through a portal and lands with a thump / thud on her knees
231. The heroine and her flashlight app on her phone
232. The heroine notices a pair of jeans and a black turtleneck relating to a female character
233. Heroine says she failed him -her father /her parents and she failed herself, after she has failed the magical test
234. Just before class is about to start the heroine alone, and warning bell sounds
235. Heroine feels a promise of things / what's to come
236. Heroine thinks figuratively about nailing the coffin
237. Heroine feels a shock like static electricity
238. He leans forward and whispers in heroine's ear
239. The heroine thinks of reading and Sumerian / asks about reading and is told about Sumerian
240. Halloween is the heroine's / Uncle Finn's favorite holiday
241. The phrase: a little glamour is used by the heroine's aunt / cousin for hair and makeup scene
242. The element of air ruffles the heroine's hair when it is called upon
243. Heroine is at the school party with her friends Taylor and Amanda / Macy and chokes on a carbonated drink, her friends pat / pound her back to help her
244. Heroine is at the school party with her friends Taylor and Amanda and chokes on a carbonated drink / Heroine is at the school party with her friend Macy, and Macy also chokes on her own saliva. Heroines friends / heroine pats her back to help her
245. Heroine barely feels the cold with romantic lead to check out northern lights
     A. Green and purple swirl across the sky

      B.  The heroine says there's a scientific explanation for it / the heroine explains the science of it
      C.  Romantic lead and heroine kiss
      D.  The romantic lead puts / wraps his arms around heroine: like a blanket
      E.  They laugh and dance
      F.  It's a lightshow

246.    Heroine describes a blur /flash that catches her eye, once and then there it is again
247.    Heroine finds a Celtic knot / cross
248.    Heroine refers to her dad and when she was seven

***At the very beginning of BMR 2010 -2014 the heroine draws the Tower card from a deck of tarot cards. Later in the story, her grandmother does a tarot reading with her. These two sequences from BMR are combined to create this one scene in Covet p. 539-540. In Covet the heroine meets a troll who has her draw a tarot card. It's the Tower card. He tells her she looks like his "favorite granddaughter." BMR 2013 p. 431, 433, 434 & p. 436 is the source for this part in Covet p. 539-540***

*(In both works the heroine draws the same Tower card from the tarot deck of seventy-eight cards)*

236.
<u>The heroine has a tarot card reading like at a Fortune-teller's</u>

**BMR**: I ask, like any love-sick girl at a fortune teller's booth. 2013 p. 433-434

**Covet**: We end up at a sketchy fortune-telling place complete with dirty tarot cards…p. 539

    A.  <u>The teller fans out the cards for the heroine</u>

**BMR**: She places a deck of Tarot cards in front of me, fanning them out face down. 2013 p. 431

**Covet**: …he fans out his deck of cards. p. 540

    B.  <u>The teller tells the heroine she's her grandmother / you look like my granddaughter</u>

**BMR**: "For I, the High Priestess, am your grandmother." 2013 p. 436

**Covet**: "You look just like my favorite grandddaughter." I have no idea how to take that considering he's a troll... p. 540

 

    C.  <u>The heroine has drawn a bad card - it's the Tower cardd</u>

**BMR**: Reaching out, I clutch a Tarot card...no card...scares a reader more than drawing this one. 2013 p. 9

**Covet**: I give in and pull out a card. Then jump a little as everyone around me tenses… p. 540

 

    D.  <u>The card is the tower card stricken / struck by lightning</u>

**BMR**: The Tower. Not good…A black tower leans on its side stricken by a lightning bolt… 2010 p. 5

**Covet**: "Trouble," Hudson answers as he studies the card that looks like a tower being struck by lightning. p. 540

 

237.
<u>Heroine has one question burning</u>

**BMR**: ...the one question burning on my tongue… 2012 p. 335

**Covet**: ...the one question that's been burning inside me… p. 114

 

238.
<u>Heroine's friends move like ducks</u>

**BMR**: My friends hobble across the room moving in unison like a chain of pull-string duck toys. 2013 p. 399

**Covet**: ...my friends following behind her like little ducks… p. 307

239.

Heroine with companion walk for what feels like a mile / really really really long until they come / get to set / pair of golden double doors

**BMR**: Meret and I walk for what feels like a mile until we come to a large set of golden double-doors… 2016 p. 97

**Covet**: Either way, we walk down a really, really, really long corridor until we get to a pair of gold double doors. p. 567

240.

The heroine arrives at ornately carved double doors

**BMR**: …ornately carved double doors,..2011 p. 525

**Crave:** … ornately carved set of double doors. p. 75

241.

Heroine is offered a red dress to the party

**BMR**: Before she could answer, I had worked the zipper down to find a red dress in the bag. 2011 p. 137

**Crave**: "You should go with the red dress…" p. 430

242.

Heroine goes through a portal and lands with a thump / thud on her knees

**BMR**: I land with a solid thump on my knees. 2014 p. 353; 2011 p. 579

**Covet**: I land on my knees with a hard *thud*… p. 436

243.

The heroine uses her flashlight app on her phone
*(When BMR was written, to use a flashlight from your phone you needed a flashlight app. Today's cellphones have built in flashlights with no need for an app anymore)*

**BMR**: I fish my phone out of my pocket and flip on the flashlight app. 2012 p. 272

**Crush**: ...so I pull out my cell phone and tap the flashlight app. p. 439


244.
The heroine notices a pair of jeans and a black turtleneck relating to a female character

**BMR**: A slow smile spread across her lips as she snatched them, a pair of jeans and a sleek, black turtle neck that I usually wore underneath a sweater. 2010 p. 384

**Crush**: I grin as I realize she's dressed much more casually than Cyrus in a pair of jeans and a black turtleneck. p. 397

245.
The heroine says she failed him -her father /her parents and she failed herself, after she has failed the magical test

**BMR**: I didn't find my dad. I failed him. I failed myself. 2014 p. 361 *(2013 p. 448 similar)*

**Crush**: My knees ache, but that feeling that I've failed my parents, that I've failed myself, hurts more than any scrape ever could. p. 626


246.
Just before class is about to start, the heroine is alone and the warning bell sounds

**BMR**: There's no sign of Amanda even though the two minute warning bell sounds. 2012 p. 19; 2014 p. 16; 2013 p. 21; 2011 p. 19; 2010 p. 15

**Crush** (Book 2): There's no one here but me. The five minute warning bell sounds. p. 580


247.
Heroine feels a promise of things / what's to come

**BMR**: I feel a current between us, a promise of things to come. 2014 p. 60

**Crush** (Book 2): "What are we supposed to protect?" I ask, blood humming with the promise of what's to come. p. 219

248.
<u>Heroine thinks figuratively about nailing the coffin, and not in reference to a vampire</u>

**BMR**: I was simply ==nailing the coffin== lid shut. 2010 p. 114; 2011 p. 145

**Court**: Second ==nail== in ==the coffin== of it being a figment of my imagination. p. 503


249.
<u>Heroine feels a shock like static electricity</u>

**BMR**: The moment she touched me ==I== felt ==a== sharp electric ==shock–like static electricity== when you've been walking across… 2010 p. 279

**Court**: At first, ==I== think it's just ==a shock,== just ==like static electricity.== p. 29


250.
<u>He leans forward and whispers in heroine's ear</u>

**BMR**: ==He leaned== over ==and whispered in my ear==,.. 2012 p. 419

**Court:** ==He leans== forward ==and whispers in my ear==,.. p. 337


251.
<u>The heroine thinks about reading and Sumerian / asks about reading and is told about Sumerian</u>

**BMR**: My head was spinning with a hundred different thoughts at one time, images from books ==I'd read== flashing fast-forward: ==Sumerian== gods and goddesses with wings… 2010 p. 179

**Crave:** "What language were ==you reading== earlier?"... "It's the language that evolved from ancient ==Sumerian.==" p. 102


252.

<u>Halloween is heroines' / Uncle Finn's favorite holiday</u>

**BMR:** ==Halloween== is ==my== very ==favorite holiday==... 2011 p. 133

**Crave:** *Cousin to heroine:* "...==Halloween== has always been ==my== dad's ==favorite holiday.==" p. 211

253.

The phrase: a little glamour is used by the heroine's aunt / cousin for hair and makeup scene
*(The english spelling of glamour is used in both works)*

**BMR:** .."Glamour works…."I'd like to look different…" Beautiful like Mom would be nice. I frown into the mirror. She takes a makeup brush and dusts my face and lips. "Let's play with a little glamour," Aunt Brynne says. She's my makeup artist tonight….My skin is all creamy porcelain and petal pink cheeks, my lips berry-kissed. She presses a finger over each eyelid…. She runs her fingers through my long brown hair and soft curls follow in their wake. 2014 p.101-102

**Crave:** ..not only is she dressed, but her hair is slicked back in an adorable style, and her face looks like she spent half an hour putting on makeup in front of a mirror." … "Oh, just a little glamour." She wiggles her fingers in front of her face." …and pull out the peach lip gloss I always keep in the inside pocket. I swipe it over my lips as we head out the door. "So how exactly do you do that glamour thing?" p. 322, 323

254.

The element of air ruffles the heroine's hair when it is called upon

**BMR:** A gentle wind ruffles my hair, tickling my ears and playing with the hem of my nightgown…Somehow in this place, I know what to do—calling the elements… 2011 p. 386-387 ;Witches call on the five elements, 2011 p. 463

**Crave:** A light wind blows through the library, ruffling my hair and making the magazines on the rack behind me flutter… "You're a witch!"… "I am…with an affinity for the elements."… "So not just wind?" p. 355

255.

Heroine is at the school party with her friends Taylor and Amanda / Macy and chokes on a carbonated drink, her friends pat / pound her back to help her

**BMR:** The kitchen is crowded with lots of people, some from our class, most of them seniors "Thanks," I reply, taking a sip of what looks like 7-Up. Only it's 7-Up and a whole lot of something more that burns my throat all the way down to my belly. Taylor's already engaged with several senior boys eating from her hands and doesn't even notice when I cough and sputter. Amanda pats me on the back. 2013 p. 273, p. 38

**Crave:** …can't get anything out of a throat that has closed up tight…. I jerk my gaze from his and lift my Dr Pepper to my mouth, trying hard to look unconcerned. All of which leads to the carbonated drink going straight down the wrong pipe. My abused lungs revolt as I cover my mouth and cough hard, eyes watering and humiliation burning in my belly. I pretend he isn't watching, pretend Flint isn't pounding on my back, pretend that I don't even notice the weight of all those cold stares as my new classmates watch me... p. 87-88

256.

Heroine is at the school party with her friends Taylor and Amanda and chokes on a carbonated
drink / Heroine is at the school party with her friend Macy, and Macy also chokes on her own
saliva. Heroines friends / heroine pats her back to help her

**BMR:** Only it's 7-Up and a whole lot of something more that burns my throat all the way down to my belly. Taylor's already engaged with several senior boys eating from her hands and doesn't even notice when I cough and sputter. Amanda pats me on the back. 2013 p. 273

**Crave:** She breaks off on a violent cough, like she's just choked on her own saliva or Something. "You okay?" I pat her back a little. "I'm fine." She coughs again, looks a little nervous... p. 78

**BMR:** I wince and rub my abused head, staring up into his warm, molten-honey gaze….He bends down and crouches beside me. A hot blush rises up my neck and stains my cheeks. 2013 p. 35, 135

**Crave:** My abused lungs revolt as I cover my mouth and cough hard, eyes watering and humiliation burning in my belly. humiliation burning in my belly. I pretend he isn't watching… from Jaxon's threatening, all-encompassing gaze. p. 88, 154, 368, 469, 473

*Northern Lights Scene. The romantic lead takes the heroine to see the northern lights. In BMR, they dance together at the school dance, and then he takes her outside to see the northern lights. In Crave, he takes her and they dance beneath the northern lights. Crave (p. 438-440) creates this scene using BMR 2011 and 2013, and blends BMR's dancing scene (2011 p. 162-163) and the northern lights scene (2013 p. 153-154; 158)*

257.

Heroine barely feels the cold with romantic lead to check out northern lights

**BMR:** It's unseasonably cold for Halloween this year but I don't care—I barely feel it...We've decided to check out the northern lights…p. 153

**Crave:** "The northern lights," I breathe, so caught up in the incomparable beauty of them I barely feel the cold." p. 438

    A.  Green and purple swirl across the sky

**BMR**: Flowing streamers of brilliant green and purple swirl across a pitch-black sky…2013 p. 154

**Crave**: …background an intense, incredible purple while swirls of periwinkle and green and red dance across it. p. 438

    B.  The heroine says there's a scientific explanation for it / the heroine explains the science of it

**BMR:** "I know there's a scientific explanation for it but still, it feels magical." p. 168

**Crave:**  "The higher velocity of the solar winds hitting the atmosphere, the faster they dance." "And the colors are all about the elements, right? The green and red are oxygen and the blue and purple are nitrogen." p. 439

    C.  Heroine and romantic lead kiss

**BMR**: …he brushes his lips…in a whisper of a first kiss. I turn his face with my fingers and brush my mouth against his, tremulously at first and then a sort of hunger overtakes me and I claim his mouth with my own. 2013 p. 158

**Crave:** "He kisses me like he's starving for me. Like his world depends on it. Like I'm the only thing that matters to him. I kiss him right back the same way…" p. 439

D.  <u>The romantic lead puts / wraps his arms around heroine: like a blanket</u>

**BMR:** He put an ==arm around my== waist and looped my hand around the back of ==his== neck…A sense of peace settled over me like a warm ==blanket== and I moved in time with the music and with Ash. I felt the music flow around and through me. 2011 p. 161-162

**Crave:** ...wrapping his ==arms around me== from behind so that I'm snuggled up in the ==blanket== *and* his arms. p. 438

E.  <u>They dance and laugh</u>

**BMR:** ==We were suspended in time, just the two of us== and there was no one else...guiding me as we ==danced.== We moved in perfect time as though we had been ==dancing== together forever. I threw my head back ==and laughed== for the pure ==joy of== it... 2011 p. 163

**Crave:** I ==laugh== all the way through it... ==dancing== and ==floating and spinning== our way through the most spectacular light show on earth...==the joy of== being here, in this moment, with Jaxon... p. 441

F.  <u>It's a light show</u>

**BMR:** Just a perfect black background to showcase ==our== own personal ==lightshow==. 2013 p. 154

**Crave**: We stay up for hours, dancing and floating and spinning ==our== way through the most spectacular l==ight show== on earth.  p. 441

258.
<u>Heroine describes a blur /flash that catches her eye, once and then there it is again</u>

**BMR:** ==As I== turned toward the sink to grab a rubber band for my hair, ==a blur caught my eye==. I turned back. ==There it was again==, a d==ark,  golden== blur, in the full length stand alone mirror across from the tub. 2011 p. 469

**Crave**: ==As I== do==, a flash== of ==color== way above us ==catches my eye==.  It's there and gone so fast that even as I scan for it, I can't be  sure it ever really existed to begin with. Except-==there it is again.== p. 16

259.
Heroine finds a Celtic knot/ cross

**BMR:** One was obviously Celtic in design, a type of knot with points to it enclosed in a circle. Crossing the other wrist was an Egyptian-looking eye enclosed in a circle of flames. 2011 p. 111

**Crave:** One with its wings spread wide in front of a fancy Celtic cross, another curled up around the top of a castle, a third obviously in midflight. In all the dragons, the candle flame is lined up to flicker in their wide-open mouths, and as I get even closer, I realize that yes, the flame is real. p. 76

260.
Heroine refers to her dad and when she was seven

**BMR:** "And Mom's a wreck. I get it," I interrupted, feeling guilty. My dad and my grandparents had all been killed in a freak accident when I was seven. 2010 p. 58

**Crave**: "And the colors are all about the elements, right? The green and red are oxygen and the blue and purple are nitrogen." "You know a lot about the lights." "I've loved them since I was a kid. My dad painted a mural on my bedroom wall when I was seven." p. 439

## 9. Pop Culture References the Heroine Makes

249.    Lord of the Rings
250.    Star Wars
251.    Twilight
252.    Humpty Dumpty
253.    Tom Cruise and old movies
254.    Sleeping Beauty in reference to carvings heroine sees
255.    Peter Pan when heroine thinks about flying
256.    Superman and Lois Lane movie
257.    Barbie and pink
258.    Shakespeare
259.    Romeo and Juliette
260.    Frankenstein - heroine thinks about this during the kidnapping scene where the vampire prince / vampire prince's mate wants to use her to bring back their dead mate
261.    Harry Potter
262.    Monopoly and the Get-out-of-jail-free card

263.     Holy Grail
264.     Snow White
265.     The Hulk
266.     Wizard of Oz
267.     Wendigo
268.     Three Muskateers
269.     Grey's Anatomy
270.     Stonehenge - small Stonehenge / Stonehenge Lite and portals

261.
<u>Lord of the Rings</u>

**BMR**: It sounds kind of like the One Ring in "Lord of the Rings" or something… 2011 p. 292

**Crush**: ...I almost pat the familiar silver foil wrapping and whisper, "*My precious*." p. 184

262.
<u>Star Wars</u>

**BMR:** No one made any attempt to hide Otherness in this place—it was the cantina scene from "Star Wars," only I was in it. 2011 p. 495

**Crave:** "The Star Wars movie where everybody dies???" p. 191

**BMR:**  "That Jedi mind trick stuff doesn't fly with me," I replied. 2011 p. 101

**Crush:** "You just couldn't listen until Yoda here taught you how to make an illusion real." p. 143

**BMR**: "Hey, did you read my mind? I was just thinking it was wrong for you to do that Jedi mind stuff." 2011 p. 454

**Covet**: Well, until the end when we got into a fight about why Princess Leia couldn't admit she loved Han Solo until it was too late. p. 199

263.
<u>Twilight book series: The romantic lead's sister refers to heroine and romantic lead as Edward and Bella from Twlight in humor / romantic lead sends heroine the book Twilight in humor</u>

**BMR:** "I think it's more like Edward and Bella, though," she said with a wink. 2011 p. 484, *(referencing the leads from the Twilight books/movies)*

**Crave**: "*Twilight*? He sent me a copy of *Twilight*?" I turn to Macy in confusion. Macy gasps as she stares from the book to me. And then she starts to laugh. And laugh. And laugh.  p. 196

264.
<u>Humpty Dumpty</u>

**BMR**: Humpty Dumpty sat on a wall. Humpty Dumpty had a great fall. . . 2011 p. 346

**Covet**: "Humpty Dumpty Got Nothing on Us." p. 414

265.
<u>Tom Cruise and old movies</u>

**BMR**: "And I love all of the "Raiders of the Lost Ark" movies too." He gave his best bad-boy grin, one that would do Tom Cruise proud. 2011 p. 42

**Crave:** "So you're an old movie buff? Or just an old Tom Cruise movie buff?" p. 262

266.
<u>Sleeping Beauty in reference to carvings</u>

**BMR**: It looked just like the sort of bed Sleeping Beauty might have slept in waiting for her prince to find her and break the spell—the wood carved with curlicues and fanciful swirls. 2011 p. 210

**Covet:** ...cheerful carvings on the staircase and room railings...As I look at this place, I'm reminded of one of the versions of *Sleeping Beauty*...After the girl pricked her finger and fell into a sleep for a hundred years… p. 242

267.
<u>Peter Pan in reference to heroine thinking about flying</u>

**BMR**: Ash took my mittened hand in his bare one as we leaned over the railing, peering down at the carpet of snow… I could feel my lips tremble. "I'm sure I've seen this in a movie before. Was it ==Peter Pan== and Wendy..." 2011 p. 484

**Crush:** "So flying's easy. You just need to think—" "Happy thoughts?" I ask dryly. He cracks up. "You're a gargoyle, not ==Peter Pan==." p. 328

268.
<u>Superman and Lois Lane movie</u>

**BMR:** "==I=='m sure I've seen this ==in== a ==movie== before. Was it Peter Pan and Wendy or ==Superman== and ==Lois Lane?==" I tried to joke." 2011 p. 484

**Covet:** "==I== feel just like ==Lois Lane=="… "You know, ==in== the ==movie. Superman== crushes coal to give Lois a diamond." p. 282

269.
<u>Barbie: heroine is reminded of Barbie seeing a shade of pink</u>

**BMR:** Rachel was wearing a ==pink== sparkly shirt.... a matching ==pink== sparkly purse… "I'm Taylor ==Barbie==," 2011 p. 144

**Crave**: That shade of ==pink== reminds me of surfer ==Barbie==… p. 42

270.
<u>Shakespeare</u>

**BMR**: "==Et tu, brute==?" 2011 p. 40 *Julius Caesar*

**Crave**: "==Et tu, brute==?" p. 161 *Julius Caesar*
*(Crave quotes Shakespeare's Hamlet later and BMR quotes Shakespeare's Macbeth. 2013 p. 6.)*

271.

Romeo and Juliette

**BMR:** We're star-crossed before the first date. Romeo and Juliette. 2011 p. 284

**Covet**: What it sounds like is some magical, next-gen *Romeo and Juliet* shit. p. 407

272.

Frankenstein in the same abduction scene at the climax of the story when heroine is going to be used by the vampire prince / vampire prince's mate to bring back their dead mate

**BMR**: Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride. 2012 p. 474

**Crave:** I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works. p. 485

273.

Harry Potter

**BMR:** "Just think of what I'm doing as my very own sorting hat."  "You're really quoting Harry Potter…" 2011 p. 533

**Crave:** I can't help wondering if this castle--like Hogwarts--comes equipped with its very own ghosts. p. 53

274.

Monopoly and get-out-of-jail-free card

**BMR:** Now I'd used all that angst to whack him over the head with an emotional two by four as my get-of-jail-free card." 2011 p. 305

**Covet**: "..Let's go bargain for a get-out-of-jail free card…" p. 329

275.
The Grail / the Holy Grail

**BMR**: Ace of Cups...This is the Grail card of the Tarot and indicates the beginning of a quest or adventure of some kind. 2010 p. 67

**Crush:** ...like they're a map to the Holy Grail. p. 69


276.
Snow White

**BMR:** "Snow White," she whispers. 2014 p. 102

**Covet**: Or Snow White, for that matter. p. 665


277.
The Hulk

**BMR**: The Incredible Hulk already has the door open and waiting….And I run—smack into the Hulk's chest. 2013 p. 59

**Covet**: "You're Iron Man and the Hulk all rolled into one." p. 179


278.
The Wizard of Oz

**BMR:** "Vampires trolls and demons oh my."  2011 p. 500

**Crave:** "Vampires, dragons and werewolves oh my!" p. 324

279.
Wendigo

**BMR:** I know from my Native studies class that a wendigo is a mythological shape-shifting monster that craves human flesh. Creatures of the harsh winter… 2012 p. 72

**Covet:** "Windigos," Hudson replies quietly. "You don't want to mess with them… They're vicious and they eat humans…" p. 498

280.
<u>Three Muskateers</u>

**BMR**: "All for one and one for all…" 2011 p. 518

**Crush**: "What's that old saying? One for all and all for one…" p. 89


281.
<u>Grey's Anatomy</u>

**BMR**: Jake was formerly the hottest guy in school (now that MR. McDreamy was here and had taken his place)... 2010 p. 17

**Crave:** "Or is that just something they do on *Grey's Anatomy?*" p. 281


282.
<u>Heroine thinks of small Stonehenge / Stonehenge Lite, harnessing energy and portals</u>

**BMR**: They presented slides of the stone circles, like a small Stonehenge, the fort hills ancient stone carvings… 2011 p. 113. "There's an energy vortex here…the Earth's energy is particularly concentrated…our ancestors built structures to make them, like Stonehenge…These structures were placed at specific equidistant points as a means of harnessing energy and are used as portals…" 2011 p. 243

**Court**: We finally reach the other side of the mountain… "Is that *Stonehenge*?" …Hudson studies the structure, a ring of stone pillars…. "It's similar but not exactly." "...This structure looks like it could have been built five thousand years ago." p. 588; "Alright, Stonehenge Lite it is..….".…. "...his original ability was channeling energy, right? ….Likely he can harness lightning…Remy will portal the rest of us over and punch through it." p. 594-595