# EXHIBIT 39

## HEROINE'S FEMALE NEMESIS
### Taylor / Lia - Vampire Prince's Mate

**Overview of the character in context of the story**

In both works she is the heroine's nemesis. She is mean to the heroine and tries to slap her face, she also tries to make the heroine believe that she is romantically involved with the romantic lead. She gives the heroine a special drugged drink which makes her sick and throw-up. She aides in /is responsible for the kidnapping of the heroine at the climax of the story, calling her pathetic and telling the heroine that she is not what she thinks she is.

**Key**:

Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Pale Yellow indicates similarity of concept or meaning
Pink indicates page number proximity within 50 pages
*Blue text* indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second

1. She is one of the most beautiful girls / face the heroine has ever seen
2. She's popular
3. She is a supernatural being who feeds on others for sustenance
4. She doesn't get along with the romantic lead
5. She tries to slap heroine's face
6. She calls the heroine pathetic in the kidnapping scene at the climax of the story
7. She gives the heroine a special drink in a cup at / after the party, she tells the heroine she'll like it
8. When she gives the heroine the drink, the heroine takes a sip and thinks it tastes fruity / floral
9. Heroine tells her she needs to go after having the drink
10. She tells the heroine to stay and drink more of the special drink
11. As the heroine tells her she has to leave she also notices the look on her face
12. She rolls her eyes at the heroine and is rude
13. Taylor / Lia's special drink makes the heroine sick and then causes her to throw up
14. Heroine learns later that it was Taylor / Lia's drink that made her ill
15. She tries to make the heroine believe that she is romantically linked to the romantic lead
16. When Taylor / Lia mentions the romantic lead's name and that she is with him, the heroine feels physically upset
17. Initially the heroine believes Taylor / Lia is linked romantically with the romantic lead. She then decides it's not true
18. For a long moment / second no one says anything, and then she gives the heroine and another character a sly look

19. When the heroine is first abducted, she is in pitch darkness / dark and is frightened /terrified and has scary thoughts
20. While captured the heroine feels panic and wishes she had the power to escape but can't muster any / has none
21. Heroine has been kidnapped by the vampire prince / vampire prince's mate.
    A. Taylor helped Julian / Lia did it
22. The heroine's arms are in cuffs / arms tied to metal rings, and she's on a cold surface
23. Heroine thinks the vampire prince - Julian / vampire prince's mate -Lia is a crazy vampire
24. The vampire prince / vampire prince's mate have been waiting a long time to get the heroine
25. Vampire prince / vampire prince's mate killed heroine's family members
26. Heroine wonders why she was kidnapped and why she's special
27. Vampire prince /vampire prince's mate wants to use the heroine to bring their mate back from the dead
28. Vampire prince / vampire prince's mate is suffering from the loss of their mate
29. Vampire prince / vampire prince's mate wants vengeance against the person they believe killed their mate
30. Heroine at first feels sorry for the vampire prince/ vampire prince's mate but is then angry that they murdered her family
31. Heroine worries she'll be Frankenstein's bride / Frankenstein if the plan to resurrect the dead mate is successful
32. The heroine finds the voice in her head has deserted her / is absent when she needs it
33. The heroine has fury / anger, rage deep within / inside her towards the vampire prince / prince's mate and she feels fire, like hot acid / hot flame
34. The heroine wonders how she can kill the vampire prince / vampire prince's mate
35. The heroine realizes she can't compete against the vampire prince's / vampire prince's mate's strength, so she holds still  /doesn't move
36. Heroine is choked by another supernatural being (Selene / Flint)
37. The vampire prince / romantic lead saves the heroine from being choked by throwing / heaving Selene / Flint across the room
38. During the fight in the kidnapping scene the heroine is dragged and tries to resist
39. During the kidnapping scene the heroine notes the vampire prince/vampire prince's mate strength
40. Vampire prince hits and kicks another vampire and hits heroine's face  / vampire prince's mate hits heroine's face and kicks her
41. Ban sidhe (Gaelic for Banshee) / Banshee is said during this scene
42. During the kidnapping scene the voice inside heroine tells her to run but she can't
43. Taylor / Lia tells heroine she is pathetic and heroine isn't want she thinks she is
44. Romantic lead's rescue causes the door / wall to shudder and fall apart
45. There is a wrenching sound and the female vampire is thrown across the room and hits the wall
46. There is a sickening crunch of a wrist / bone

47. There is a primal war cry when the heroine jumps on a demon's back with a dagger / Lia jumps on the romantic lead's back with a knife
48. The demon disintegrates into dust / Lia explodes into dust after being stabbed
49. Heroine must do something, anything to save the romantic lead's life
50. At the end of the kidnapping scene the romantic lead believes the heroine's abduction was his fault; the nemesis is gone

1.
She's one of the most beautiful girls / face the heroine has ever seen

**BMR:** Taylor of the silvery cat's eyes and golden mane is one of the most strikingly beautiful girls I've ever seen. 2014 p. 17

**Crave**: She's a girl about my age, with long, silky dark hair and one of the most beautiful faces I've ever seen. p. 94

2.
She's a popular girl at school

**BMR**: Maybe her quest for popular girl stardom had rooted out her decent personality traits so slowly and insidiously that I really hadn't noticed until it was too late. 2010 p. 125

**Crave**: She's the most popular girl in school and normally takes great pains to remind people of that.
p. 105

3.
She is a supernatural being who feeds on others for sustenance

**BMR**: "More like energy vampires. He's an incubus, a male soul sucker and she's a succubus, a female soul sucker. 2013 p. 382; *Taylor to Heroine* "I thought you knew we were succubi…" 2013 p. 423

**Crave**: "Is. Jaxon. Vega. A. Vampire?' Macy sighs. "Yes…". "So that means Lia ..". "Yes." p. 313

4.
The romantic lead and Taylor / Lia don't get along

**BMR**: *Romantic lead to Heroine:* "I don't like Taylor. Something about that one sets me on edge." 2011 p. 330

**Crave:** *Heroine about romantic lead and Lia*: "I wasn't around when things went bad between Jaxon and Lia." p. 425


5.
She tries to slap the heroine's face

**BMR:** Taylor swats her hand at me trying to slap my face. 2013 p. 279

**Crave**: When screaming doesn't work, she tries slapping my face a few times. p. 479


6.
She calls the heroine pathetic in the kidnapping scene at the climax of the story

**BMR**: *Taylor to heroine:* "You think you're like them, don't you? A Sentinel, a protector of humankind," she spat. "Unfortunately, there's so much more to you than meets the eye.."…She turned…laughing. "You're pathetic!" she hissed. 2012 p. 489

**Crave**: *Lia to heroine:* "You pathetic, miserable excuse for a…" "Human?" I interject. "Is that what you think you are? Human?" She laughs. "You're even more pathetic than I thought. You think I would do all this to get my hands on a *human*?" p. 483


*She gives the heroine a special drink in a cup that makes the heroine sick. This scene (#7-#15) occurs in BMR 2013 p. 276-288 is used in Crave p. 100-109.*


7.
She gives the heroine a special drink in a cup at / after the party, she tells the heroine she'll like it

**BMR**: She hands me another plastic cup. I sniff the contents while Taylor rolls her eyes. "It's just punch, Anna. Get a grip. Besides, it's super yummy. You'll like it."...I take a small sip and decide it's okay. "Thanks." 2013 p. 276-277

**Crave**: "It's my own special blend," she says, holding her cup up to her mouth and blowing softly. "I hope you like it." … "I'm sure it's awesome." …I take a sip of the tea, which has a really powerful floral taste that I'm not sure I care for. But it's hot, and that's enough to have me taking another sip. p. 100-101

8.
When she gives the heroine the drink, the heroine takes a sip and thinks it tastes fruity / floral

**BMR**: I begin, sipping the punch. It's unusually good; not too sweet and just the right amount of fruity. 2013 p. 277

**Crave**: I take a sip of the tea, which has a really powerful floral taste that I'm not sure I care for. p. 101


9.
Heroine tells her she needs to go and wants to leave after having the drink

**BMR**: "I think I'm going to head home." 2013 p. 277

**Crave**: "Sorry, Lia, but I've got to go." p. 103


10.
She tells the heroine to stay and drink more of the special drink

**BMR**: "Don't go! Have a little more punch and I'll introduce you to everyone myself." 2013 p. 277

**Crave**: "At least stay a couple more minutes, finish your drink." p. 104


11.
As the heroine tells her she has to leave she also notices the look on her face

**BMR**: Her eyes widen a fraction and the expression on her face is comical. She looks like she's stepped in a pile of something unpleasant—or as if I have and it's sticking to my shoe. 2013 p. 278

**Crave**: She looks half amused, half disappointed as she continues. p. 104


12.
She rolls her eyes at the heroine and is rude during the special drink scene

**BMR**: Taylor rolls her eyes. "It's just punch, Anna. Get a grip." 2013 p. 277

**Crave**: Lia rolls her eyes. "Obviously, you're invited, too." And then she closes the door in our faces. p. 105

13.
Taylor / Lia's special drink makes the heroine sick and then causes her to throw up

**BMR**: I'm riding waves of queasiness. Up. And. Down. 2013 p. 288
(*After drinking Taylor's special punch*)

**Crave**: ...another wave of nausea rolls over me. I ride it out… p. 109
(*After drinking Lia's special tea. Initially the heroine thinks she is suffering from altitude sickness, only later it's revealed that it was Lia's drink that caused her nausea.*)

**BMR**: Instead, I open the car door and throw up; great wracking heaves that seem like they're never going to end. By the time it's finally over and I've heaved up anything and everything I've ever eaten in my life, the snow is blanketed in Ever Pink vomit. 2013 p. 289

**Crave**: I spend the next fifteen minutes trying to throw up the inside of my stomach and hoping that if this godforsaken place *is* trying to kill me, it just gets it over with already." p. 108


14.
Heroine learns later that it was Taylor / Lia's drink that made her ill

**BMR**: "Taylor Vaughn gave Anna spiked punch." My mother and aunt gasp. "She didn't have much but she's had an unusually strong reaction to it." 2013 p. 293

**Crave**: Lia just sighs… "I knew I should have made the tea stronger. But I was afraid it would kill your little pet, and I couldn't let that happen. At least not yet." p. 451 (*this is explained to the heroine much later in the story.*)


***She tries to make the heroine believe that she (Taylor/Lia) and the romantic lead are linked romantically. The heroine is upset at first but then doesn't believe it #16-18. The nemesis and romantic lead don't actually get along.***


15.
Taylor / Lia tries to make the heroine believe that she is romantically linked to the romantic lead

**BMR**: *Taylor to Heroine:* "Well," she said, raising one perfectly arched brow, "it was very . . . romantic. That boy knows how to wine and dine a girl, if you know what I mean…He even gave me a red rose….It was really sweet of him to let you down easy like that since he had plans with me though, wasn't it?" 2011 p. 149

**Crave**: *Lia to Heroine:* "They tell me nothing has to change, that Jaxon's a perfectly good replacement…" …I'm reeling under the news that she and Jaxon are supposed to be together–and the implication that he's willing to go along with it. p. 295-296

16.
When Taylor / Lia mentions the romantic lead's name and that Taylor / Lia is with him, heroine feels physically upset

**BMR:** Wait a minute. Dinner with Ash? I felt a sudden, clutching sensation in my chest. 2011 p. 149

**Crave**: "Jaxon?" My whole body tightens up at the mention of his name linked with hers. p. 295


17.
Initially the heroine believes Taylor / Lia is linked romantically with the romantic lead. She then decides it's not true

**BMR**: *Heroine to Lia:* "Because of all the effort you're making to convince me he's into you." I took a step closer to her. "If he was that into you, you wouldn't bother with the little show, Taylor." 2011 p. 151

**Crave**: *Heroine about Lia:* Besides, it doesn't make sense. Not with the way he held me earlier. Not with the way he kissed me. p. 296


18.
For a long moment / second no one says anything, and then she gives the heroine and another person a sly look

**BMR**: Taylor says nothing for a long moment. Finally, she gives Amanda and me a sly look. 2013 p. 23

**Crave**: For long seconds, no one says or does anything, except for Lia, who glances between Jaxon and me with a look that seems just a little bit sly. p. 243


***In this scene (#19-51) which is the climax of the story, the vampire prince (Julian) and the vampire prince's mate (Lia) kidnap the heroine:***

This scene is the climax of the story in both BMR and Crave (Book 1). The heroine is kidnapped by Julian the vampire prince in BMR (with Taylor's assistance), and by Lia, the dead vampire prince's mate in Crave. The same actions and outcomes occur and the heroines even have the same inner dialogues.

In BMR Julian wants to convert the heroine into a vampire believing she will then be the reincarnation of his dead mate. In Crave (Book 1) Lia, who is a vampire, wants to use the heroine in a spell to resurrect her dead mate and bring him back to life. The heroine is being used in an act of vengeance against the person they believe is responsible for killing their mate. However, the mate isn't truly dead, and is alive in another dimension. This is revealed only later in BMR 2010 p. 467; 2011 p. 576; 2012 p. 501, and not until the second and fourth books of the Crave series, Crush (Book 2) p. 659 and Court (Book 4) p. 375.

**Brief overview of source material for the kidnapping scene:**

This kidnapping scene occurs in BMR manuscripts 2010-2014. BMR 2010 (p. 419-460; 483-490), and 2011 (p. 522-568; 592-603) form the basis for this scene in Crave (Book 1) (p. 451-497), tracking in sequence between both works and often in page number proximity.

Taylor (BMR) and the corresponding character Lia (Crave), both tell the heroine she's pathetic in this scene and that she isn't what she thinks she is. Crave (p. 483) utilizes BMR 2012 (p. 489). The heroine's worry about Frankenstein, Crave (p. 485) originates in BMR 2012 (p. 474). *(Only BMR 2012 contains both the pathetic dialogue and the Frankenstein reference)*. Towards the end of the scene the heroine attempts to sacrifice herself to save the romantic lead, this occurs in Crave (p. 496) and is taken from BMR 2014 (p. 357).

19.
<u>When the heroine is first abducted, she is in pitch darkness / dark and is frightened /terrified and has scary thoughts</u>

**BMR:** "Fear of the dark is kindled by the imagination. So many times what you imagine is far more frightening that what actually is. …you don't see the monster, at least not until it's too late. ..there was no light.  I had never outgrown my childhood fear of the dark and the darkness surrounding me was utter pitch." 2010 p. 421

**Crave**: "Wherever I am, it's dark. Not pitch black, obviously, because I can see my hands and feet and a little beyond where I'm lying. But that's it. Only about four feet past my hands and feet in every direction, but after that it's really dark. Like really, really dark. Which isn't terrifying at all considering I'm in the middle of a school filled with things that go bump in the night."  p. 456

20.
<u>While captured the heroine feels panic and wishes she felt empowered / had the power to escape but can't muster any / has none</u>

**BMR:** " I figured panic wasn't too far behind. And if I gave into that panic I knew I would be lost. …But my situation was too grim for me to have any feeling of empowerment.  And anger requires empowerment.  Or maybe if you're angry enough it makes you feel empowered.  Either way, I couldn't muster a spark to save my life." 2010 p. 421-422

**Crave:** "Has my panic turning to terror…..I have to do something…I wish I had some supernatural powers of my own. Namely the power to break through rope. Or teleport. Hell, I'd even take a shadow of Jaxon's telekinesis at this point-something, anything that might possibly get me untied and off this horrible rock." p. 455-456


21.
<u>Heroine is kidnapped by Julian, the vampire prince / Lia, the vampire prince's mate</u>

**BMR**:  As the doors closed behind us, realization sunk in. I'd been taken. By vampires. Demons. We were now members of a select group; a club of sorts—the kids on the back of the milk cartons. 2010 p. 419, 420 - 455 My abduction was no mere coincidence. 2010 p. 425

**Crave:**  I wake up shivering. I'm cold…But flashes of memory are starting to come back…Lia screaming at me that everything is all my fault….I mean, she drugged me, shot me, and tied me up…my legs are tied down, too… p. 455, p. 452 - 490

   A.  <u>The heroine has been kidnapped and Taylor helped Julian to do it / Lia did it</u>

**BMR:** *Heroine to Taylor:*  "So it was you, wasn't it?" I said quietly." 2010 p. 458

**Crave**: *Heroine about Lia:* "I mean, she drugged me, shot me, and tied me up…" p. 455


22.
<u>The heroine's arms are in cuffs / tied to an iron ring and she's on a cold floor / slab</u>

**BMR:** With my arms cuffed behind my back and sitting on the cold metal floor for so long, my muscles were cramped and I had no ability to gain my feet. 2010 p. 422

**Crave:** At least not until I turn my head and see my right arm stretched out to the side and tied into an iron ring…my left arm in the same predicament…I realize that I'm spread-eagled on top of some kind of cold stone slab. p. 455

23.
Heroine thinks the vampire prince - Julian / vampire prince's mate -Lia is a crazy vampire

**BMR:** "Great. A crazy vampire." 2010 p. 427

**Crave:** "And oh yeah, I'm being stalked by a crazy-ass vampire... " p. 465


24.
The vampire prince - Julian, / vampire prince's mate- Lia have been waiting a long time to get the heroine

**BMR**: "Such a long time I've waited…But when I saw you, that he had a daughter, ah well, that's when I knew. It had to be you. And I waited…" 2010 p. 436; 2011 p. 539

**Crave**: "I've spent months preparing for this. Months!....I spent months searching for you…" p. 483


25.
Vampire prince / vampire prince's mate killed heroine's family members

**BMR:** *Heroine and vampire prince:* "B-but he died in the elevator crash with my grandparents." I insisted stubbornly. He shook his head. "Not so. That was no accident, Anna Sweet." 2010 p. 443

**Crave:** *Vampire prince's mate to heroine*: "I spent weeks planning your parents' accident…" p. 483


26.
Heroine wonders why she was kidnapped and why she's special

**BMR**: Julian and heroine: "Why me?...Why?" I whispered. "Because you're special. Haven't you guessed?" he whispered back. "Besides, your family owes me a Blood Debt for my sweet Elise. You look remarkably like her, you know." 2010 p. 435 (why me), p. 436

**Crave**: "What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else? Something more?" p. 484

*Reincarnation / resurrection and bringing back from the dead:*

27.
Vampire prince -Julian / vampire prince's mate -Lia want to use the heroine to bring their mate back from the dead; *reincarnation/resurrection*

**BMR**:
*Julian:* "Do you believe in reincarnation, sweet Anna? The rebirth of a soul to live another life in a new body?...You are my sweet Elise, I'm sure of it." 2010 p. 436; 2011 p. 545
"Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories my darling sweet." 2011 p. 549
*(2011 is the first version to use rebirth as a Sanguine. Sanguine are vampires in BMR).*

*Heroine:* "And if I'm not who you think I am? What then?"

*Julian*: "We do things the old-fashioned way…If it doesn't kill you, well, then voila! Either way, it's a win-win." 2010 p. 444 ..he believes she IS Elise reborn... thinks that she's a vessel for Elise's spirit. *Pitch Notes to Emily Sylvan Kim, 2013*

**Crave:**
*Lia:* "This is my one chance, *my one chance* to bring him back, and you think I'm going to let you ruin it?"... *Heroine:* Bring *him* back? Who? *Hudson?*

*Lia:* "I'm going to bring Hudson back…and *you're* going to help me."

*Heroine:* …But you can't bring the boy you love back from the dead…shivers of horror sliding down my spine at the thought of a *resurrected* vampire breaking through those doors p.483-485


28.
He / she is suffering from the loss of the mate

**BMR:**
*Julian to heroine:* "My sweet Elise was the other half of my own soul. Can you understand what it means to have that one person, the other half of you torn away?" 2010 p. 437

*Elise:* "Julian was everything I could have hoped for in a mate" 2010 p. 467

**Crave**:
*Lia to heroine:* "I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate." p. 485-486

**Crush**: *Heroine:* "Lia? I wonder. How weird must it be to know that your mate loved you so much that she died to bring you back? p. 423

*However, the mate isn't dead but is actually living in another dimension. This is revealed later in BMR 2010 p. 467; 2011 p. 576; 2012 p. 501 and in Crush (Book 2) p. 659 and more explicitly in Court (Book 4) p. 375 of the Crave series.*

29.
Vampire prince / vampire prince's mate wants vengeance against the person they believe killed their mate

**BMR**: *Julian and heroine:* "And I would never give him the satisfaction of death. That's too easy… Your father robbed me! He took my sweet Elise! He killed his own relation!...So I took him and imprisoned him where no one would think to find him"… "You mean to make me a vampire as some sort of punishment to him, is that it?"... "That and something more, sweet Annalise." 2010 p. 442-443; 2011 p. 539-540; 544

**Crave**: *Lia to heroine:* "I hope he's suffering. I hope he knows what's happening to you in here and that it's killing him that he can't get to you. I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate."... "I'm not Jaxon's mate…" "It's cute that you believe that…What matters right now is that it's true. And that he believes it…As long as he suffers when you die, I don't care…" p. 485-486

*The vampire prince / vampire prince's mate is talking about the pain of their mate's death and the heroine at first feels pity for him/her. However she then becomes upset when she remembers that they are responsible for killing her family.*

30.
At first the heroine feels sorry for the vampire prince / vampire prince's mate even though they might kill her, but then angry as he/she murdered her family

**BMR:**
*Julian to heroine:* "I bite you, drain most of your blood…If it doesn't kill you, well, then voila!" 2010 p. 444 *(His plans could kill the heroine)*

*Julian to heroine*: "Do you believe in reincarnation…The rebirth of a soul to live a life in a new body…Because I do…" 2011 p. 540.

*Heroine:* I felt a stirring of pity for him and was surprised by it. 2010 p. 437 Murderer! How I hated him for killing my grandparents and robbing me and my family. 2010 p. 443

**Crave:**
*Lia to heroine:* "This is my one chance, *my one chance* to bring him back…" p. 483

*Heroine:* "Are you seriously trying to bring Hudson back?" I ask, and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel

sorry for her…or it would if she hadn't also been responsible for the murder of my parents. p. 484

31.
Heroine worries she'll be Frankenstein's bride / Frankenstein if the plan to resurrect the dead mate works

**BMR**: Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride. 2012 p. 474

**Crave**: I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works. p. 485

32.
The heroine finds the voice in her head has deserted her / is absent when she needs it during this kidnapping scene

**BMR:** My new inner voice had deserted me … 2012 p. 442

**Crave**: the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent. p. 463

33.
The heroine has fury / anger, rage deep within / inside her towards the vampire prince / prince's mate and she feels fire, like hot acid / hot flame

**BMR:** Something within me, deep and far down, rose up like hot acid. A fury so strong I actually felt on fire with it and yearned to destroy him. 2010 p. 446; 2011 p. 551

**Crave:** ...the hopelessness deep inside me turns to anger, and the anger turns to rage. It fills up the emptiness, fills up the aching, until all that is left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice.  p. 477

34.
The heroine wonders how she can kill the vampire prince / vampire prince's mate

 **BMR**: How do you kill a vampire? In books and movies, it's a stake to the heart, decapitation or sometimes fire. Was there a kernel of truth to the mythology? I vowed I would find out. 2010 p. 446; 2011 p. 551; A plan would be really nice about now. 2013 p. 413

**Crave**: All of which means I'm going to have to do whatever I can to take her with me when I die. I just wish I had a clue how I'm supposed to do that. My brain makes and discards half a dozen feverish plans… p. 477-478

35.
The heroine realizes she can't compete against the vampire prince's / vampire prince's mate's strength, so she holds still /doesn't move during the fight in the kidnapping scene

**BMR:** I held perfectly still, unresisting, though every fiber of my being screamed in protest. 2010 p. 449

**Crave:** So instead of running, I play possum. Not running, not moving, not even breathing... p. 479

36.
Heroine is choked by another supernatural being (Selene / Flint) in this kidnapping scene

**BMR**: *Selene chokes the heroine:* Before I knew what was happening, I found myself flung to the hard, concrete floor, the life being choked out of me. I couldn't breathe. 2010 p. 447

**Crave**: *Flint chokes the heroine:* He grabs me by the hair and slams me face-first into the nearest wall.…He reaches forward, wraps his hand around my neck. And then he starts to squeeze…I can't speak anymore, can't breathe… p. 467-469

37.
The vampire prince / romantic lead saves the heroine from being choked by throwing / heaving Selene / Flint across the room

**BMR**: His strength was such that he threw her across the room…She fell into a heap against the wall. 2010 p. 447

**Crave**: Moments later, he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall. p. 470

38.
During the fight in the kidnapping scene the heroine is dragged and tries to resist

**BMR**: I was dragged to the corner of the room, twisting and kicking… 2012 p. 478

**Crave**: Lia continues as she grabs me by the hair and starts dragging me up the tunnel…digging my nails into her hands hard enough to draw blood. p. 475

39.
During the fight scene the heroine notes Julian/Lia's strength and that Julian could turn her brain to mush /Lia slams her head and the heroine's brain is not functioning well. She feels disconnected from her body and tries to fight the feeling/ Heroine wants to pass out but Lia won't let her

**BMR:** He'll turn my brains to mush if I don't give in. …I clench my jaw against the pain of it, tears streaming down my cheeks.…I'm floating, disconnected from my body, drifting on a tide. I mustn't give myself over to that feeling, even though it's tempting to just let go….Julian's eyes widen and he pulls back with a start.…his backhand connects with my face. The pain is blinding, radiating from my jaw to my temple and up to my head. My neck snaps back and I'm slammed into the wall, crumpling to the floor. …He has my arms pinned over my head before I can so much as draw a breath. And then he hits me again. I've sadly underestimated his strength..2013 p. 414-415

**Crave:** Lia curses and slams my head into the wall …Which dazes my already not-functioning so- great brain but doesn't get me to shut up. …Lia's not having it…she turns around and kicks me in the face. Not hard enough to fracture my jaw, but more than hard enough to have me reeling backward…. as everything around me starts to go black. "Oh, no you don't, you bitch," Lia hisses at me. And this time when she hits me, it's a sharp slap on my cheek. "You are not going back to sleep..". …That's the best incentive I can think of to make myself pass out again….in the grand scheme of her vampire strength..
p. 476


40.
Julian the vampire prince hits and kicks a female vampire and he hits the heroine / Lia the vampire prince's mate hits and kicks the heroine

**BMR**: Standing in front of her, he lashed out with his feet, kicking her harder and faster up against the wall…Julian shouted as he backhanded her across the face. 2010 p. 447;  2011 p. 552 ..moves so fast I don't see it until his back hand connects with my face…he has my arms pinned over my head…. And he hits me again. 2013 p. 414-415.
*(2013 is the first version of BMR with the heroine being slapped)*

**Crave**: Lia's not having it, though, because this time she turns around and kicks me in the face…And this time when she hits me, it's a sharp slap on my cheek. p. 476


41.
Ban sidhe (Gaelic for Banshee) / Banshee is said during this scene

**BMR**: Julian rolls his eyes. "little ban sidhe" (*Gaelic for banshee*). 2013 p. 408
*(2013 is the first version BMR to use the word ban sidhe, pronounced banshee)*

**Crave**: "Lia howls like a banshee." p. 480

42.
During the kidnapping scene the voice inside heroine tells her to run but she can't

**BMR**: "*Run!*" The hysterical voice inside my head screamed. "*Run!*" But my rational mind knew that would be yet another mistake." 2010 p. 476

**Crave**: The voice inside me wants me to get up, to run, but I've got nothing left. p. 482


43.
Taylor / Lia tells heroine she is pathetic and heroine isn't want she thinks she is

**BMR**:
*Taylor to heroine:* "You think you're like them, don't you? A Sentinel, a protector of humankind," she spat. "Unfortunately, there's so much more to you than meets the eye…She turned…laughing. "You're pathetic!" she hissed. 2012 p. 489

*Taylor to heroine:* "You have no idea what you are and it's such a waste." 2010 p. 459

**Crave**:
*Lia to heroine:* "You pathetic, miserable excuse for a…" "Human?" I interject. "Is that what you think you are? Human?" She laughs. "You're even more pathetic than I thought. You think I would do all this to get my hands on a *human*?" p. 483


44.
Romantic lead's rescue causes the door / wall to shudder and fall apart

**BMR:** A sudden, shuddering pounding as the door splintered and collapsed …uninvited guests had crashed the party. My werewolves. They had come for me…I scanned the room for Ash…Ash met my eyes from across the room in his human form…  2010 p. 450, 451

**Crave:** This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor. p. 487

45.
There is a loud /giant wrenching sound and the female vampire is thrown across the room and hits the wall

**BMR:** Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound. 2010 p. 447; 2011 p. 552

**Crave**: A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash… p. 489-490


46.
There is a sickening crunch of a wrist / bone

**BMR:** He grabbed Rachel's wrist and studied it closely, as though he were thinking. "Slytherin perhaps?" With a sickening crunch, he bit into her wrist. 2010 p. 429; 2011 p. 532

**Crave:** He waits for her to get close then uses her own momentum to send her flying off the altar and across the room. She lands with a sickening crunch of bone. p. 490


47.
There is a primal war cry when the heroine jumps on a demon's back with a dagger / Lia jumps on the romantic lead's back with a knife

**BMR:** I ran into the melee screaming at the top of my lungs—a primal war cry escaping my lips along with Ash's name…The Ka Ramun was now less than a foot away from Ash. It raised a dagger poised to strike and in that moment, I sprang forward and launched myself on its back…I…brought the dagger down into its neck. 2011 p. 559; 2010 p. 452 (*2011 contains entire sequence; 2010 partial sequence*)

**Crave:** She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest. It's my turn to scream— p. 490-491


48.
The demon disintegrates into dust / Lia explodes into dust after being stabbed

**BMR**: I gripped the dagger, plunging it harder…into the thing's neck…and then he disintegrated into dust. 2012 p. 480

**Crave**: ...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Seconds later she explodes into a cloud of dust… p. 495

*In BMR 2010-2013, the heroine saves the romantic lead's life in the kidnapping scene by jumping on a demon's back and stabbing it with a dagger when the demon is about to attack the romantic lead from behind. In 2014, the heroine actually offers to sacrifice her life for his.*

49.
<u>The heroine must do something, anything to save the romantic lead's life after she has been rescued by the romantic lead from the vampire prince / vampire prince's mate</u>

**BMR**: I watch as a hoard of demons descend and realize I have no power. No magic to save my beloved. Please! He can't die!' I beg her. I want to scream, kick, fight, do something–anything–to make this right. "*A life for a life. The balance must be maintained.*" "Then take mine" I offer… "*Do you pledge your life to me for this boy of Light?*"… "Yes!" I cry. "My life for his." 2014 p. 357
*(2014 is the first version of BMR where the heroine offers her life in exchange for the romantic lead's life to save him.)*

**Crave**: Not when he could die on me at any second…If I leave him and go for help, he might very well bleed out while I'm gone. If I don't, he may bleed out anyway…Jaxon's heart rate is slowing down and so is his breathing. I don't have much time to do something, anything to save him. In the end, I do the only thing I can think of…I claw open one of the wounds on my wrists…I press my wrist to his mouth…if he doesn't drink, he'll die." p. 496


50.
<u>At the end of the kidnapping scene the romantic lead believes the heroine's abduction was his fault; the nemesis is gone</u>

**BMR**:             He pulled back and pressed a finger to my lips.
*Romantic lead*: "You don't know, you can't imagine what it's done to me knowing you were in
                  danger. Because of me." His voice broke and shook with emotion.
*Heroine*:        "None of this was your fault." I pushed against his chest. 2010 p. 488


**Crave**:       Then he's crouching down next to me, stroking a hand down my face.
*Romantic lead*: "I'm so sorry."
*Heroine*:       "It's not–" My voice breaks as relief sweeps through me. "It's not your fault." …
Romantic lead: His voice is bitter. "Whose fault is it, then?" p. 490