EXHIBIT 40

**THE ROMANTIC LEAD 1[1]**

**Ash / Jaxon in**

**Key**:

<mark>Yellow</mark> indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked

<mark>Pale yellow i</mark>ndicates similarity of meaning

<mark>Pink</mark> indicates page number proximity within 50 pages

*Blue* text indicates notes prepared prior to and during writing shared with the agent

/ is used to explain a concept between the two works. BMR is first / Crave series is second

**Overview of the character in context of the story**

The romantic lead and the heroine meet at the end of chapter two which is the first school day in the story. He is a supernatural being who believes he has a responsibility in the war between the races of supernatural beings. He tries to stay away from the heroine because he thinks she is a human girl, and that being with him will put her in danger due to her association with him and his world. When he and the heroine meet, he is suffering from the loss of his older brother who was murdered, and he believes he was responsible. His older brother was nineteen (BMR) "looks about nineteen" (Crave). The heroine has lost family members and feels guilty because she had a fight with them just before they died. He and the heroine connect through their mutual pain. He wants to protect her and she doesn't want to be protected. During their first kiss he loses control of his powers, this becomes the catalyst for the heroine's discovery of the supernatural world.

1. Physical characteristics of romantic lead
2. The romantic lead is a supernatural being
3. He becomes heroine's boyfriend
4. Romantic lead winks. *Winks* at heroine
5. First meet scene: he grins at heroine as if he knows exactly what / kind of effect he has on her
6. Romantic lead is "hot" in appearance
7. Heroine thinks there is something different about the romantic lead, magnetism
   A. He's not like other guys at school / different from anyone heroine's met
8. Romantic lead is striking, full red lips, chiseled features, beautiful
9. Romantic lead's hair is dark and tousled/ falls forward

---

[1] Ash / Jaxon appear in both *Crave (Book 1) & Crush (Book 2)*

10.   Romantic lead's eyes are a notable feature
    A.  Romantic lead has gemstone eyes
    B.  Romantic lead's eyes are gleaming
    C.  He has flecks of  gold / silver in his eyes
11.   Heroine can't look away from his stare
12.   Romantic lead has a hypnotic effect on heroine
13.   Romantic lead's gaze collides with the heroine's; catch her breath / reminds herself to breathe
14.   Romantic lead is so close to her that he causes her to tear / rip her eyes away from him
15.   Heroine notices romantic lead's tall / long lean body and muscles, biceps
16.   Romantic lead wears -black jeans and a t-shirt when he first meets the heroine
    A.  He wears designer clothing, black v-neck sweater
17.   Romantic lead is wicked, dangerous, sexy, wild
18.   He is unattainable, and the heroine tells herself she doesn't want him
19.   Shakespeare is quoted on this first meet day and the heroine is irritated with him
20.   He gets close to heroine physically the day they meet, she can feel his warmth
21.   Heroine notices while in the classroom / school cafeteria that the romantic lead is bleeding, he makes light of it
22.   He reaches out and touches her hair in the beginning of the story; her blood roars / her heart rampages
    A.  At the end of this hair touching scene, the romantic lead warns the heroine to be careful
    B.  Lock of my hair
23.   Romantic lead touches heroine's face reverently
24.   He smells of citrus, spice and waterfalls / orange and freshwater
    A.  His scent is part of his allure to heroine, it's stronger
    B.  She breathes him in
    C.  Heroine notices the dark current / dark water scent of him
25.   Romantic lead's warm breath against heroines ear, and his scent wraps around her
    A.  Romantic lead's breath is warm against her neck
26.   Romantic lead is intense, dominant
27.   Romantic lead's pupils are dilated / blown out around heroine
28.   He has the kind of gaze that heroine can't look away, locked / trapped
29.   He gives heroine a mock bow
30.   Heroine calls him "tall, dark"  nicknames in her head
    A.  She also calls him "pants" nicknames her head
31.   He has full lips, red lips / Full red lips
32.   Romantic lead is captivating and mesmerizing to the heroine
    A.  Romantic lead capitavates her and she can't look away

33. He's a dark / fallen angel, bad-boy
34. The girls at school want him
35. Romantic lead moves with a sinuous / languid grace
36. He tries to give heroine the impression he doesn't have feelings for her, which irritates her
    A. Romantic lead's moods are inconsistent, he looks angry / mad
    B. Romantic lead has different moods each time he meets heroine
    C. He has tried to stay away because he doesn't think it's safe for the heroine to be around him
    D. Romantic lead believes heroine's association with him has put her in danger
    E. Romantic lead tells heroine they need to stay away from each other
    F. Romantic lead says "but I'm selfish" not to stay away from heroine
37. He tells heroine it won't be easy for them to be together
38. Romantic lead tells heroine he won't hurt her
39. He is bossy to the heroine
40. People think he's seductive
41. Romantic lead is a leader and he is "given a wide berth"
42. Romantic lead is a lonely guy
43. Romantic lead wants to know heroine's favorites
    A. Romantic lead offers heroine food / gets heroine food;  "I don't know what you like" coffee, bottle of water
44. The first kiss scene outside in the winter cold at night
    A. It's cold but the romantic lead makes her feel heat
    B. Just a light show
    C. Heroine feels shy with the romantic lead during this kiss scene
    D. Heroine wants romantic lead to kiss her but is afraid he might
    E. Romantic lead looks at her with yearning / craving
    F. She can't look / back away from romantic lead. She's caught / mesmerized
    G. Cups face in hand
    H. Romantic lead leans in /down, presses his lips to hers, soft kiss
    I. His hands are in her hair / upper arms; pulling closer;  her arms around his neck / tries to slide her arms around his neck
    J. The heroine is delirious / her head is light with romantic lead
    K. He loses self-control: gleaming / burning eyes, inhuman / monstrous/ get out now /go
45. Second Kiss Scene: Heroine moves in to kiss romantic lead but he doesn't respond, she is embarrassed
    A. Their fingers are laced
    B. He is concerned that heroine couldn't want him because of what he is

  C. Romantic lead / heroine is concerned about walking away and not experiencing what they have

  D. They kiss  and he groans low in his throat

  E. Romantic lead explains he had trouble with self-control of his powers around the heroine

46. He tells heroine I'm sorry I didn't protect you

47. Romantic lead thinks he and heroine are bonded, mates

48. He blames himself for heroine being in danger and almost getting killed

49. Romantic lead is grieving the loss of his older brother. He feels responsible

  A. Heroine can see the pain in his eyes about the murder of his brother

  B. Romantic lead's older brother was nineteen / looks about nineteen

  C. Romantic lead and heroine are connected by loss

  D. Romantic lead and heroine are both in pain

  E. Romantic lead helps the heroine heal her emotional wounds from the loss of family members

50. Romantic lead has a crooked grin

  A. Romantic lead's smile turns a corner of his mouth turning up

  B. Romantic lead has a twist of his lips

  C. Romantic lead's half smile

  D. Romantic lead's smile lights up his face

51. He rescues heroine from the vampire prince / vampire prince's mate at the climax of the story

52. He doesn't want the heroine around Brendan / Flint

  A. Romantic lead's eyes glued to Brendan / Flint; dominance

53. He has powers with his mind

  A. Heroine isn't scared of his power even though she thinks she should be

54. He seems like he can fly to the heroine

55. He comes and goes so quickly, she can't hear him, seems like he "vanishes"

  A. Romantic lead has magical ability to "cast" / "fade" that it looks like he can disappear

56. Romantic lead warns heroine about things that go bump in the night

57. Romantic lead is dangerous and the heroine is drawn to him

  A. Romantic lead is dangerous and the heroine likes the danger

  B. Everything about romantic lead whispers / screams danger, the way he moves, the way he holds himself

  C. Romantic lead is intriguing and terrifying to heroine

  D. Heroine wants to be closer to romantic lead but is afraid at the same time

58. He snaps his fingers to illustrate

59. His face was unreadable- heroine describes romantic lead when he feels angry and protective

60.   Romantic lead's type of supernatural may be / is due to a genetic mutation
    A.   Romantic lead's type of supernatural; gene / genetic born
    B.   Sometimes they are born not knowing what they are and kill
61.   Romantic lead is physically punished as a consequence for transgressions by family / mother
    A.   His own family / mother did this to him
    B.   Romantic lead laughs and says "don't worry" when heroine is upset about this punishment
    C.   He tells her that his kind heals quickly
62.   He presses a kiss to the corner of heroine's mouth
63.   He gets close to heroine and breath becomes one / my breath
64.   Romantic lead saves heroine's life with his healing bite / venom
    A.   Heroine worries that she will become what he is now that he's bitten her, she is told she will not
65.   Romantic lead tells heroine he loves her for the first time toward the end of the story after she's been kidnapped
    A.   Heroine tells him she loves him too for the first time
    B.   Romantic lead initiates the kiss after the I love you
66.   He *winks*
67.   Romantic lead feels a sense of responsibility to stop the war and keep the balance

1.
Physical characteristics of romantic lead

**BMR:**                                              **Crave:**

Dark hair, full lips, red lips, chiseled features      Dark hair, full red lips, chiseled features
2011 p. 14-16, 34, 58, 101, 108, 119, 163, 168         p. 21, 22

Dangerous          p. 16, 53, 127, 251, 286, 311       Dangerous          p. 22, 28, 137, 224

Bad boy            p. 42, 172, 475                     Bad boy            p. 30

Dark angel         p. 222                              Fallen angel       p. 30

Sexy               p. 20                               Sexy               p. 86

Arrogant           p. 20                               Arrogant           p. 137

Rock star          p. 20, 82                           Rock star          p. 137

Gorgeous           p. 16, 82, 108, 483                 Gorgeous           p. 137, 432

Beautiful          p. 17, 222                          Beautiful          p. 21, 203

Wicked             p. 16                               Wicked             p. 22

Wild               p. 186, 2014 p. 19                  Wild               p. 22

Hot                p. 21, 22, 28, 29, 252, 303, 311    Hot                p. 137

Smoking hot        p. 303                              Smoking hot        p. 137

Lean muscle        p. 15                               Lean muscle        p. 22, 405

Smile turns one corner of his mouth up p. 24          Smile turns corner of his mouth up p. 22

2.

The romantic lead is a supernatural being

**BMR**: He claimed he wasn't a werewolf but could shift into a wolf. It seemed like a bit of a technicality…. 2011 p. 236

**Crave**: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" p. 313

3.

He becomes the heroine's boyfriend

**BMR**: *Heroine's mom:* "You're too young for a boyfriend." 2011 p. 271

**Crave**: "I just want to see my…" I break off because I was about to call Jaxon my boyfriend and no, just no. p. 275

**BMR**: I was actually more focused on a normal teenage boyfriend dilemma.  If you could imagine the fact that Ash had "magically" appeared in my bedroom normal.  Normal for a Sentinel, I guess. 2011 p. 467

**Crave**: …it would probably bug the hell out of me to have such a protective …boyfriend? *(reference to Jaxon)* p. 414

4.

Romantic lead winks. *Winks* at heroine

**BMR**: "He clasps my gloved hand in his and winks. *Winks.*" 2014 p. 168

**Crave**: "He looks over his shoulder at me and winks. He *winks.*" p. 259

*The romantic lead and the heroine encounter one another for the first time at school in the beginning of the story. The heroine is attracted to him, there is "something different" about him, she can't look away. In BMR, it's over one day with several scenes. In Crave, it's one long scene. The heroine has just arrived at school.*

*BMR 2011 (p. 15-62), 2013 (p. 18-69) form the basis for the first meeting scene in Crave (p. 21-30). The descriptions of the romantic lead grinning at the heroine as if he knows what effect he's having on her occur in Crave (p. 22) and in BMR 2013 (p. 20); with their "gaze" connecting on the exact same page, Crave (p. 22), BMR 2013 (p. 22). BMR 2013 (p. 35) describes the heroine feeling angry about the way the romantic lead makes her feel, this is also added to Crave (p. 27). BMR 2013 has additions to this scene which don't exist in BMR 2011, and Crave uses those as referenced above.*

*This patchwork plagiarism occurs throughout Crave in its entirety. This scene, for example, takes different parts of the BMR manuscripts 2011, 2013, to create the combined scene in Crave. There are also examples of the exact same words occurring within page proximity as well as substitution of synonyms within the same sentences.*

5.

He grins as if he knows exactly what effect / kind of effect he has on heroine during first meet

**BMR:** He grinned a wicked grin and winked at me as if he knew exactly what effect he had on me… 2011 p. 16;

He grins a wicked grin and winks as if he knows exactly what effect he has on me. 2013 p. 20

**Crave**: And now he's grinning, one corner of his mouth turning up in a crooked little smile that I feel in every single cell. Which only makes it worse, because that smirk says he knows exactly what kind of effect he's having on me. p. 22

6.

Romantic lead is described as hot

**BMR**: "Hot New Guy" "he's incredibly hot" 2011 p. 22, 28, 311

**Crave:** And not just because he's hot…although he's definitely that. p. 21

7.
Heroine thinks there is something different about the romantic lead, magnetism

**BMR**: "There's something different about him, Aunt Brie. And he has a certain presence — charm, magnetism—I can't explain it." 2011 p. 82

**Crave**: Still, there's something more to him. Something different and powerful and overwhelming...
sheer magnetism rolling off him in waves. p. 21

    A.  He's not like the other guys at school / different from anyone she's met

      **BMR:**  "..He's not like the other guys at school. There's something different about him…" 2011 p. 82

      **Crave**:  "...He's different than anybody I've ever met and—" p. 175

8.
Romantic lead is striking, full red lips, chiseled features, beautiful

**BMR**: ...striking, bewitchingly good-looking... full lips and sculpted features...red lips and sun-kissed skin...was he really that beautiful? 2011 p. 15-17

**Crave**: ...too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone. Smooth, alabaster skin. p. 21

9.
Romantic lead's hair is dark and tousled/ falls forward

**BMR**: I noticed his tousled hair was a rich, dark brown, almost black. 2011 p. 15; He looked like someone you'd see in a glossy magazine ad for some hip designer; artfully disheveled hair… 2011, p. 108

**Crave:** Add in the thick, dark hair that...falls forward into his face and skims low across his insane cheekbones. p. 22

10.

Romantic lead's eyes are a notable feature

**BMR**: And those eyes… they were beguiling and disturbing at the same time. 2011 p. 40

**Crave**: And his eyes. . . a bottomless obsidian that see everything and show nothing. p. 21

A.  Romantic lead has gemstone eyes

   **BMR**: Amber eyes rimmed in black. 2011 p. 6, 16

   **Crave**: …eyes...a bottomless obsidian..." p. 21

B.  Romantic lead's gleaming eyes

   **BMR:** Gleaming amber eyes rimmed in black. 2011 p. 173

   **Crave:** His obsidian eyes gleam back.  p. 24

C.  He has flecks of gold / silver in his eyes

   **BMR**: ...leans in toward me, so close I can see the gold flecks in his eyes. 2016 p. 92

   **Crave:** Long enough for me to see the silver flecks in the midnight of his eyes. p. 29

11.

Heroine can't look away from romantic lead's stare

**BMR**: I tried not to stare as I approached the front doors of the school, but I couldn't bring myself to look away...Our eyes locked… 2011 p. 16

**Crave:** I'm trapped by his stare, hypnotized… p. 21

12.

Romantic lead has a hypnotic effect on heroine

**BMR:** …the way he smelled seem to have an almost hypnotic effect on me… 2011 p. 55

**Crave:** ...hypnotized by the sheer magnetism rolling off him in waves. p. 21

13.

Romantic lead's gaze collides with heroine's; catch her breath / remind herself to breathe  same page

**BMR**: He turns and our gazes collide…I remind myself to breathe slowly. *Whoa girl*… 2014 p. 17

**Crave:**...try to yank my gaze from his…I swallow hard to catch my breath. p. 21-22

14.

Romantic lead is right in front of the heroine. He effects heroine so that she has to tear / rip her eyes away from him

**BMR:** I broke out in a cold sweat and forced myself to tear my eyes away…forcing myself not to touch my aching head and keeping my eyes anywhere but on his face.  2011 p. 17

**Crave:** ... I rip my eyes away, then search desperately for something else—anything else—to focus on…. Determined to avoid his eyes, I look anywhere but. p. 22

15.

Heroine notices romantic lead's tall / long lean body and muscles, biceps

**BMR**: ...tall...fit with lean muscle. 2011p. 15  I noticed the hard muscles of his biceps and chest… 2011 p. 167; I noticed the way his jeans clung to his muscled thighs and molded his form and felt the most illogical urge to touch him. 2011 p. 54

**Crave**: ...his long, lean body...flat stomach, and hard, well-defined biceps. p. 22

16.

<u>Romantic lead wears -black jeans and a t-shirt when he first meets the heroine</u>

**BMR:** ...though he was dressed well in black designer jeans and a black t-shirt... 2011 p. 20

**Crave:** ...the black jeans and t-shirt he's wearing... p. 22

    A. <u>He wears designer clothing, black v-neck sweater</u>

       **BMR:** ...though he was dressed well in black designer jeans and a black t-shirt... 2011 p. 20; Though he was dressed well in jeans and a black v-neck sweater… 2010 p. 16

       **Crave:** Dressed all in Gucci black--silk V-neck sweater… p. 86

17.

<u>Romantic lead is wicked, dangerous, sexy, wild</u>

**BMR:** The overall picture was one of dangerous, irresistible beauty...wicked grin  2011 p. 16; ...just plain sexy. 2011 p. 20; something a little wild…danger in a bottle. 2011 p. 186,53, 127, 368, 311; 2014 p. 19

**Crave:** ...sexy as hell. A little wicked, a lot wild, and all dangerous. p. 22; 29, 137, 224

18.

<u>He is unattainable, and the heroine tells herself she doesn't want him</u>

**BMR**: But if I were to date someone, it wouldn't be him. The wry curl of his lip, the confident, almost arrogant way he held himself… 2011 p. 20; 24, 25 ...first love, the seemingly unattainable object of affection… *Midnight Overview Notes*, 2009

**Crave**: The new girl swooning over the hottest, most unattainable boy in school? Gross. And so not happening. p. 23

19.

Shakespeare is quoted on this first meet day and the heroine  is irritated with him and his behavior

**BMR:** *Heroine:* I whispered furiously, glaring daggers at him. "Et tu, Brute?" 2011 p. 40

**Crave:** *Heroine:* "The quote is, 'There are more things in heaven and *earth*, Horatio.'...I need to go.' I force the words past a jaw I didn't even know I'd been clenching.' p. 24- 25

*(Crave uses the Shakespeare quote from Julius Caesar, "Et tu, Brute" on page 161, like BMR. The quote above is from Shakespeare's Hamlet. BMR quotes Shakespeare's Macbeth. 2013 p. 6. )*

20.

Romantic lead is physically close to heroine the day they meet, she can feel his warmth

**BMR:** He took my chin in his hand bringing his face so close that I could feel the huff of his warm breath on my own. 2011 p. 55

**Crave:** So close that I can feel his breath on my cheek and the warmth radiating from his body. p. 28

21.

Heroine notices while in the classroom / school cafeteria that the romantic lead is bleeding, he makes light of it

**BMR**: "Are you bleeding?"... "Yeah, it's nothing."... "But you're still bleeding." I reached out and pulled his shirt back… "I'm fine," he said, staring into my eyes as if willing me to believe him. There was a long moment of intense silence between us…our eyes locked with one another. 2011 p. 110-111

**Crave**: "You're bleeding." "I'm fine." He shrugs it off.. "You're hurt. Let me take care of you." For long seconds, he still doesn't move, just stares at me, unblinking. p. 331

*On the first day the romantic lead meets the heroine he brushes her hair back / takes hold of her curl. Their eyes locked / staring into each other's eyes. He then warns the heroine to be careful. In the story, the romantic lead often touches the heroine's hair.*

22.

He reaches out and touches her hair at the beginning of the story; her blood roars/ her heart rampages

**BMR**: He closed the distance between us as he reached out with one hand and brushed a lock of my hair back from my shoulder, his touch so light it was almost as though I had imagined it. I stood utterly still, my eyes locked with his, my blood roaring loudly in my ears. 2010 p. 48

**Crave:** I don't know how long we stay like that, staring into each other's eyes. Acknowledging each other's pain because we can't acknowledge our own…More than long enough for me to get my rampaging heart under control. At least until he reaches out and gently takes hold of one of my million curls. p. 29

    A.   At the end of this hair touching scene, romantic lead warns the heroine  to be careful

        **BMR:** "It's not safe to be out alone, even after school,"  he finished. He looked as though he wanted to say something more. p. 62

        **Crave:** Keep your head down. Don't look too closely at anyone or anything…. And always, *always* watch your back. p. 31

    B.   Lock of my hair

        **BMR**: ..he reached out with one hand and brushed a lock of my hair back from my face... 2011 p. 62

        **Crave**: Jaxon takes hold of a lock of my hair... p. 386

23.

Romantic lead touches her face reverently

**BMR:** "His hand moves up to cup my face, his touch careful, reverent. 2012 p. 221

**Crave:** "...he whispers, fingers stroking reverently down my face." p. 439

***Romantic Lead's Scent***

24.

His scent is of citrus and spice and waterfalls / is of orange and freshwater

**BMR**: …his scent—*citrus* and spice now…waterfalls. 2011 p. 460

**Crave**: …orange and fresh water scent of him. p. 435


A.  His scent is part of his allure to heroine, it's stronger

**BMR:** I could swear his scent was suddenly stronger, more intense. 2011 p. 59

**Crave:** His wildly sexy scent seems even stronger now than it did when he was carrying me. p. 165


.

B.  The heroine "breathes him in"

**BMR:**  I took a deep breath, savoring his scent... I inhaled him, breathed him in and felt strengthened by it. 2011 p. 460; I let my head droop onto his shoulder, my face resting against the bare skin of his neck. His arms close around me and I breathe him in. 2013 p. 321


**Crave**: "His wildly sexy scent...Makes me want to press my face into the curve of his neck and just breathe him in." p. 165-166


C.  Heroine notices the dark current / dark water scent of him

**BMR**: The scent of him...a dark current… 2011 p. 256

**Crave**:  ...dark water scent of him... p. 141

25.

Romantic lead's warm breath against heroines ear, and his scent wraps around her

**BMR**:  ... his warm breath delicious against my ear. His scent wrapped itself around me. 2011 p. 172-73 ; ....his scent wrapped itself around me 2010 p. 136

**Crave**:  ...his breath is so warm and soft against my ear...and the orange and dark water scent of him currently wrapping itself around me. p. 141

   A.  Romantic lead's breath is warm against her neck

      **BMR**: He pulled back, the huff of his warm breath delicious against my neck. 2010 p. 136

      **Crave**: Once more, his warm breath is against the side of my neck… p. 143

26.

Romantic lead is intense, dominant

**BMR:** *Friend to heroine:*  "You know, the penetrating stare, his dominant male mojo and all that. He's pretty intense." 2011 p. 182; He is intense and charismatic. *Midnight Overview Notes 2009*

**Crave:** *Friend to heroine:* "...he's different when he's with you. He's somehow less intense but also *more* intense..."  p. 175; Determined not to let this staring contest that feels a little like a show of dominance go on any longer… p. 24

27.

Romantic lead's pupils are dilated / blown out around heroine

**BMR:** He looked excited, his pupils were dilated...2011 p. 169

**Crave:** His eyes darken, his pupils blown completely out. p. 378

28.
<u>He has the kind of gaze that heroine can't look away, locked / trapped</u>

**BMR**: I tried not to <mark>stare</mark> as I approached the front doors of the school, <mark>but I couldn't bring myself to look away...Our eyes locked</mark>… 2011 <mark>p. 13</mark>

**Crave**: <mark>I'm trapped by his</mark> <mark>stare</mark>, hypnotized… <mark>p. 21</mark>

29.
<u>He gives heroine a mock bow</u>

**BMR:** *Romantic lead:* <mark>He</mark> swept his arm out, ducking in a <mark>mock bow</mark>. 2011 p. 37

**Crave***: Romantic lead*: <mark>He</mark> does a <mark>mock</mark> little <mark>bow.</mark> p. 392

30.
<u>Heroine calls him "tall, dark"  nicknames in her head</u>

**BMR:** <mark>Tall, dark</mark>, and mercilessly good-looking. 2011 <mark>p. 20</mark>
<mark>Tall, dark</mark>, and wickedly handsome 2012 <mark>p. 19</mark>
<mark>Mr. Tall, Dark</mark>, and Bloodthirsty, *heroine refers to vampire prince*. 2011 p. 507

**Crave:** <mark>Mr. Tall, Dark,</mark> and Surly. <mark>p. 32</mark>, *he is the vampire prince*
<mark>Tall, Dark</mark> and Surly <mark>p. 34</mark>

   A.  <u>She also calls him "pants" nicknames her head</u>

      **BMR**: Smarty<mark>pants</mark> 2011 p. 40, 32; Hunky<mark>pants</mark>, 2011 p. 25, 5; Mr. Hot<mark>pants</mark> 2011 p. 29

      **Covet**: Pouty-<mark>Pants</mark> p. 667

31.
He has full lips, red lips/ full red lips

**BMR**: ...striking, bewitchingly good-looking... full lips and sculpted features...red lips and sun-kissed skin...was he really that beautiful? 2011 p. 15-17

**Crave**: ...too intense to be beautiful and too striking to be anything else. Skyscraper cheekbones. Full red lips. A jaw so sharp it could cut stone. Smooth, alabaster skin. p. 21

32.
Romantic lead is captivating and mesmerizing to the heroine

**BMR:** ...plus my nerves were working against me. He closed the distance between us and took my face in his hands, cupping my cheeks, his coppery gaze mesmerizing. I could feel the heat of him as we were only inches apart. ...I felt a warm happiness blossom inside at his words...His sudden nearness and my attraction to him overwhelmed me. 2011 p. 159-160

**Crave:** Then I cup his face in my hands, stroke my thumbs over his ridiculous cheekbones and my fingers over the jagged edges of his scar. His breath catches—I hear it in his chest, feel it against me. And though my heart is beating faster than triple time, I don't back away. I can't. I'm dazzled, mesmerized, enthralled. p. 269

    A.  Romantic lead capitavates her and she can't look away

       **BMR:** It wasn't easy locking gazes with him and maintaining my focus. He captivated me in every way, he was just so appealing. 2011 p. 253

       **Crave:** I try to glance away, but it's impossible. Try not to look Jaxon in the eyes. But he's just as captivating—just as mesmerizing—today as he was last night. p. 86

33.
He's a dark / fallen angel, bad-boy

**BMR:** A beautiful dark angel. 2011 p. 222; He appears like the quintessential bad-boy. *Midnight Overview Notes 2009.* Bad-boy grin 2010 p. 32

**Crave:** A fallen angel with a bad-boy vibe for miles... p. 30

34.

The girls at school want him

**BMR:** ...it seemed that all of the girls made some excuse to ogle him, dropping pencils, coughing, stretching... p. 24

**Crave:** Well, all I'm saying is, there's a reason half the girls in the school are swooning over Jaxon. p. 220

35.

Romantic lead moves with a sinuous / languid grace:   moved…all…grace

**BMR:** …uber-human good looks but they moved differently. All sinuous grace but with a barely contained edge of raw power. 2011 p. 185-186; 424

**Crave:** And that's before he starts to move, all languid grace, all rolling shoulders and leading hips and legs that go on for freaking ever. It's overwhelming. He's overwhelming. p. 86

***The romantic lead gives the heroine the impression he doesn't have feelings for her and he irritates her. In truth, he is trying to stay away from her to keep her safe from the supernatural world because of his role in it. In the end he says he's selfish and can't stay away.***

36.

He tries to give the heroine the impression he doesn't have feelings for her, which irritates her

**BMR:** Anna is trying to resist the strange attraction she feels for him. *Chapter Outline to Emily Sylvan Kim, Chapter 2, 2013*
...at first she is intimidated and slightly offended by Ash's confidence and magnetism. She is also hopelessly attracted to him in spite of herself. *Midnight Overview 2009*

**BMR**: And that irritates me. I don't want to have these feelings for him. Especially when he doesn't seem to have them for me. 2013 p. 114

**Crave**: I hate that being this close to him makes me feel a bunch of things I shouldn't for a guy who has been a total jerk to me... The fact that I'm reacting so strongly to him when all he seems to feel for me is contempt is humiliating. p. 27

A.  <u>Romantic lead's moods are inconsistent, he looks angry / mad</u>

**BMR**: Ash…Other times…he looked angry…I wondered if I had done something wrong or not done something right. I didn't know. 2011 p. 116

**Crave:** I have no idea what I did to make Jaxon so mad, have no idea why he blows hot and cold with me. p. 90

B.  <u>Romantic lead has different moods each time he meets heroine</u>

**BMR**: Ash… was ever present in my thoughts but when we saw one another he was distant. No more flirtatious banter between us, no more anything. At times, I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times, inexplicably, he looked angry.  2010 p. 91

**Crave:** I've run into him four times since I got to this frozen hellhole, and each time has been a different experience. Douchey the first time, blank the second, intense the third, and furious the fourth. p. 90

C.  <u>Romantic lead has tried to stay away because he doesn't think it's safe for the heroine to be around him</u>

**BMR:** "It's just that if we're seen together as a couple, it might well...it might not be safe." 2011 p. 297 "I'm just worried now that you're so very publicly connected to me. That's all... We're going to have to be even more careful than I'd planned."  2011 p. 321-322

"So you've been avoiding me because?"... "I wanted to protect you...I didn't think it was safe for you to be around me. You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99

**Crave:** "They've been gunning for you since you got here. I don't know why it started, if it's because you're human or if there's something I haven't figured out yet. But I'm sure it's continued—and gotten worse—because you're mine...It's why I tried to stay away from you…" p. 398-399

D. <u>Romantic lead believes heroine's association with him has put her in danger</u>

**BMR**: "If you didn't know me maybe you wouldn't be caught up in this. And you are, Anna. Things can never be what they were—there's no going back." 2011 p. 411; "I'm sorry this happened. It's my fault. If you didn't know me, you wouldn't be caught up in this." 2014 p. 261

**Crave**: "From the moment I kissed you. From the moment you got hurt, everything changed…Now I've all but put a bull's eye in the middle of your back and dared someone to take a shot." p. 291

E. <u>Romantic lead tells heroine they need to stay away from each other</u>

**BMR**: "It's just that if we're seen together as a couple, it might well...it might not be safe. We don't know whether another student or even a faculty member is part of what's going on…staying away from me would be better for you." 2011 p. 297, 299

**Crave**: "You didn't *do* anything." "I did *everything*…You need to stay away from me. I *need* to stay *away* from you." p. 291

F. <u>Romantic lead says "but I'm selfish" not to stay away from heroine</u>

**BMR:** "Staying away from me would be better for you. But I'm selfish, Anna." 2010 p. 233; 2011 p. 299

**Crave**: "I should have left Grace the hell alone. But I'm selfish and I'm weak and I couldn't not see her." p. 562

37.
<u>He tells heroine it won't be easy for them to be together</u>

**BMR**: "You know this isn't going to be easy for us," 2010 p. 200; 2011 p. 259

**Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." p. 167

38.

<u>Romantic lead tells heroine he won't hurt her</u>

**BMR**: *Romantic lead:* "I would never hurt you, you know that, right?" 2011 p. 172

**Crave**: *Romantic lead:* "I won't hurt you…" p. 372

39.

<u>He is bossy to the heroine</u>

**BMR:** *Heroine:* Following Mr. Bossy Pants to the bed, I let him tuck me in. 2010 p. 374

**Crave**: *Heroine:* "Wow. Bossy much?" p. 190

40.

<u>Romantic lead is seductive</u>

**BMR:** Seductively charismatic...Intensely sexually attractive to the opposite sex.
*The Cast Notes, 2008*

**Crave**: *Uncle Finn:* "I know Jaxon can be"...He pauses, blows out another long breath. "Seductive. I know how the girls feel about him." p. 347

41.

<u>Romantic lead is a leader and he is "given a wide berth"</u>

**BMR**: Instant leader among males. They respect him and give him a wide berth. *The Cast, 2008*

**Crave**: I think about the guys Jaxon walked into the party with and the ones who were with him in the hall...Jaxon looked like the leader… p. 135-136

**Crush:** They give us a wide berth--Jaxon's with me, so of course they do…"p. 62

42.
<u>Romantic lead is a lonely guy</u>

**BMR**: As for Ash, he is a <mark>lone</mark> wolf, so to speak, and other than his pack (his family) he has not had the opportunity to form meaningful relationships...he feels very <mark>lonely</mark>. *The Cast Notes, 2008;* "Our family moves around a lot because there's always a project. Most of the time we're pretty remote." 2011p. 121

**Crave**: The pain, the <mark>loneliness</mark>, of his existence hits me like an avalanche. What must it feel like to be so <mark>alone?</mark> p. 400

43.
<u>Romantic lead wants to know heroine's favorites</u>

**BMR**: "I want to know <mark>your favorite</mark> foods, books, <mark>movies, all of it</mark>." 2011 p. 288

**Crave**: "What's <mark>your favorite movie</mark>...favorite <mark>song</mark>...favorite <mark>ice cream</mark> flavor…" p. 191-193

A. <u>Romantic lead offers food / gets her food;  "I don't know what you like" coffee…I don't know what you like… bottle of…water</u>

**BMR**: '<mark>Coffee</mark>, hot chocolate? <mark>I don't know what you like</mark>…' 'This one's for me?' I gestured toward the <mark>bottle of water</mark> on my side of the table. 2010 <mark>p. 173</mark>

**Crave**: '<mark>I don't know what you like</mark> yet…' There's a cup of <mark>coffee</mark> and another one of tea. <mark>A bottle of</mark> sparkling <mark>water</mark>… <mark>p. 188-189</mark>

*The first kiss between the romantic lead and the heroine is the catalyst for the heroine discovering the supernatural world. They are outside alone together watching the Northern Lights (BMR) / a meteor shower (Crave).  The heroine at this point in the story, doesn't know he is a supernatural being. During their first kiss, he loses self-control of his powers. This scene is taken from BMR 20113 p. 154-158 and tracks with Crave p. 261-272. BMR 2011 is taken for the kiss and the loss of self-control of the romantic lead p. 172, 175; 255.*

44.
<u>The first kiss</u>

    A. <u>It's cold but the romantic lead makes her feel heat</u>

    **BMR**: "Don't worry, I'll keep you warm," he offers. The way he says it I feel a ==flutter of heat== curl through me. 2013 p. 155

    **Crave**: ...try to pretend that despite the chill, his hand on my arm doesn't ==flood every cell== of my body with ==heat==. p. 261

    B. <u>Just a light show at night</u>

    **BMR**: ==Just== a perfect black background to ==show==case our own personal ==lightshow==.  2013 p. 154

    **Crave**: We stand out on the parapet for a good half an hour, not talking, not even looking at each other much, ==just== watching the most brilliant ==show== I've ever seen ==light== up the sky. p. 263

    C. <u>Heroine feels shy with the romantic lead during this scene</u>

    **BMR**: I feel ==shy== and uncertain of myself. 2013 p. 157

    **Crave:** I glance at him, suddenly ==shy==, though I don't know why. p. 263

D.   Herone wants romantic lead to kiss her but is afraid he might

**BMR**: I want him to kiss me but at the same time I'm afraid he might. 2013 p. 155

**Crave**: A part of me that wonders what it would feel like to kiss him and a part of me that thinks I should run for the hills… p. 267

E.   Romantic lead looks at her with yearning / craving

**BMR**: What I see in his face is a mix of wistful yearning and hope. He's looking at me like I'm the one who might be slightly out of reach when it's clearly always been the other way around. 2013 p. 157

**Crave**: There's a desire in his eyes, a craving that has nothing to do with wanting me and everything to do with needing me. p. 269

F.   She can't look / back away from romantic lead. She's caught / mesmerized

**BMR**: He looks down into my eyes and I can't look away. I'm caught. It's hopeless, really. 2013 p. 157

**Crave**: I don't back away. I can't. I'm dazzled, mesmerized, enthralled. p. 269

G.   Cups face in hand

**BMR**: He cups my cheek with his hand…2013 p. 158

**Crave**: I cup his face in my hands… p. 269

H.   Romantic lead leans in /down, presses his lips to hers, soft kiss

**BMR:** He leaned in and turned my chin up, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss. 2011 p. 172 He leaned in and captured my lips with his own. Feather light, feather soft was his kiss, a gentle brush of his lips, the warmth of his breath mingling with my own." 2011 p. 255

**Crave:** Then he leans down and presses his lips to mine. It's not a passionate kiss, not a hard kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost... p. 270

I.  His hands are in her hair / upper arms; pulling closer;  her arms around his neck / tries to slide her arms around his neck

**BMR:** His hands are in my hair and my arms are twined around his neck pulling him closer. 2013 p. 158

**Crave:** ...his hands are on my upper arms...pulling me against him...try to slide my arms around his neck…p. 270-271

J.  She is delirious / her head is light

**BMR:** I'm delirious with the heat and urgency of our kiss… 2013 p. 158

**Crave:** My head gets lighter, my knees get weaker… p. 271

K.  He loses self-control: gleaming / burning eyes, inhuman / monstrous/ get out now /go

**BMR:** Gleaming amber eyes rimmed in black.... Inhuman eyes…My heart was racing double-time so fast and so hard I was dizzy...It was all I could do not to stomp on his toes and make a run for it...I needed to get out of here. Now. 2011 p. 175

**Crave:** "You. Need. To. Go!"... He advances on me then, fingers flexing and eyes burning like black coals in a face livid with rage. I turn and run as fast as my weak knees will carry me...before this monstrous version of Jaxon overtakes me. p. 272

*The Second Kiss: The heroine now knows he's a supernatural being and she knows about the war between the races of supernaturals. She moves in to kiss him but he doesn't respond and she is embarrassed. He / she laces their fingers together. They have a who I am, what I am, conversation about the romantic lead. Crave (p. 378-388) creates this scene using BMR 2013 as the basis tracking with that scene. The romantic lead "groans low in his throat," her hands are on him and in his hair in Crave (p. 383) is taken from BMR 2013 (p. 225). BMR 2010's version of this scene for the who I am, what I am conversation is taken at p. 221 and used with the 2013 edited material at p. 208. This sequence tracks between BMR versions in the 208-225 pages with Crave 378-383.*

45

The second kiss: Heroine moves in to kiss romantic lead but he doesn't respond, she is embarrassed

**BMR**: I raise my face up to him and close my eyes. I want this moment. I want him to kiss me. But he doesn't. Opening my eyes, I feel ten kinds of stupid…Mortified, I look away.  2013 p. 208

**Crave**: "Please." My mouth is nearly pressed against his. Still no response. My confidence—shaky at the best of times—is about to desert me completely. p. 378

A. Their fingers are laced

   **BMR**: He covers my hand with his, lacing his fingers through mine. 2013 p. 208

   **Crave**: Once more, I lace our fingers together… p. 378

B. He is concerned that heroine couldn't want him because of what he is

   **BMR**: *Romantic lead*: "It's because of what I am, isn't it?"
   *Heroine:* "I guess I don't care about what you are, Ash. It doesn't matter to me."
   2010 p. 221

   *Romantic lead:* "When we kiss, I want it to be because you want *me*. And I don't want you to have any questions about that. About who I am or what I am." 2013 p. 208

**Crave:** *Romantic lead*:... "Even knowing what I am?"
*Heroine:* "I know *who* you are. That's what matters."  p. 378

C.   Romantic lead / heroine is concerned about walking away and not experiencing what they have

**BMR:** *Romantic lead*: "I can't explain it but I've got a feeling that if I let you walk away I'll be missing something so important that I can't take that chance." 2013 p. 223

**Crave:** *Heroine:* "What scares me is the idea that you're going to walk away and I'm going to go my whole life without knowing what this could feel like." p. 379

D.   They kiss and he groans low in his throat

**BMR:** He groans so low in his throat, it's almost a growl and that sound makes me wild with my own power that I could do that to him. My hands are in his hair and I'm pulling him to me, closer. My hands glide down his back and grip the belt loops of his jeans. 2013 p. 225

**Crave:** I arch against him in an effort to be closer, then my hands over his arms, his shoulders, his back My fingers tangle in his hair, and he groans low in his throat.  p. 383

E.   Romantic lead explains he had trouble with self-control of his powers around the heroine

**BMR**: "Because I find you so. . . irresistible, and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2013 p. 202

**Crave**: "I promised you the earthquake thing isn't going to happen anymore…But it's going to take a little time for me to figure out how to control all the things you make me feel." p. 383

46.
He tells heroine I'm sorry I didn't protect you

**BMR**: "I'm so sorry, Anna...I should have been there to protect you." 2010 p. 330

**Crave**: "I'm sorry...I didn't protect you." p. 290

47.
Romantic lead thinks that he and heroine are bonded, mates

**BMR**: *Heroine and romantic lead:* 'What does bonded mean?'… "We can only have one life partner. If that person dies, we don't get remarried." He paused for a moment. "Many choose not to live after their mate dies—unless there are children." 2011 p. 423–424;  "And the way he said it, I could tell he  meant that I was that one person for him." p. 495

*Brendan to heroine:* "I thought he was acting all territorial with me back at the dance because he thought we were on a date. You know, the penetrating stare, his dominant male mojo and all that. He's pretty intense." 2011 p. 182

**Crave**: *Romantic lead about heroine:*  "This girl, this fragile human girl whose very life is even now balanced on the edge of a yawning precipice, is my mate." p. 546

***After the climax of the story, in which the heroine was abducted by the vampire prince / vampire prince's mate, the romantic lead blames himself for what happened to her, and the danger she was in***

48.
He blames himself for heroine being in danger and almost getting killed

**BMR**: *Romantic lead:* "I chose to let you out of my sight and I should have known better, coming from the world I do. So while you feel that everything that happened tonight was a result of your choices—well, I feel that what happened was ultimately the result of my choices. Mine."

*Heroine:* I watched him look at me with such sorrow and guilt that it hurt. 2011 p. 601

**Crave**:

*Romantic lead*: "I'm so sorry."...

*Heroine*: "It's not your fault." …

*Romantic lead:* His voice is bitter. "Whose fault is it then?" p. 490

*Heroine:* "I did save your life, after all. You should be nice to me."…

*Romantic lead:* "Yeah, and I repaid you for that kindness by nearly killing you, so you should want me as far away from you as I can get." p. 502… "It's entirely my fault…" p. 507


49.

Romantic lead is grieving the murder of his older brother. He feels responsible

**BMR**: *Romantic lead:* "It happened three years ago. My brother, Dylan, was killed. He was nineteen…He was in the wrong place at the wrong time…they said it was an accident but it wasn't…I'm sorry, too. I should have done something." 2011 p. 125; "Dylan was murdered." 2012 p. 110

**Crave:** *Romantic lead:* "My brother" in a tone that doesn't ask for sympathy and warns that he won't permit it…"Yeah. Hudson was my brother." The words drip ice in an effort—I think—to keep me from knowing how much they hurt. p. 129-130 "I had a choice. And I made it. I killed him, Grace. On purpose. And I would do it again." p. 391; "I am, of course, also the murderer of the former heir apparent…" p. 392 *(heir apparent is his brother) (Note:  Jaxon's brother is not dead)*


   A.  Heroine can see the pain in his eyes about the murder of his brother

      **BMR**: After a long silence he turned and looked at me, his face full of anguish. And more than a hint of anger.  2011 p. 125

      **Crave** (Book 1): When he finally turns back around to look at me, I can see the pain, the devastation behind the emptiness in his eyes. p. 397-398


   B.  Romantic lead's older brother was nineteen / looks about nineteen

      **BMR:** "My brother Dylan was killed. He was nineteen." 2011 p. 125

      **Covet:** …Hudson is more than two hundred and looks about nineteen. p. 448

C.  <u>Romantic lead and heroine are connected by loss</u>

**BMR:** ....I found myself feeling more and more connected to Ash. 2011 p. 127 *(See p. 125-29 sharing stories about brother's death and heroine's family)*

**Crave:** ....connected in a way I can feel but can't comprehend by our very separate horrors. p. 29, p. 49 *(brother's death and heroine's family)*

D.  <u>Romantic lead and heroine are both in pain over loss</u>

**BMR:** I understood his pain. He felt the same way I did about my dad and my grandparents. Responsible. 2011 p. 125

**Crave:** ...something broken in him that fits with what's broken in me...all the grief and pain… p. 174

E.  <u>Romantic lead helps the heroine heal her emotional wounds from the loss of family members</u>

**BMR**: Anna carries a strong sense of loss over the death of her father…. It is through her relationship with Ash that she comes to see herself for who and what she really is… and heals her emotional wounds. Ash's connection with Anna is intense right from the start. It is through his relationship with her...that he comes to terms with his brother's death and is healed. *Overview Notes 2009*

**Covet**: I love Jaxon. I do. He saved me when I got here, brought me out of the frozen depths of depression that surrounded me since my parents died…p. 194;

50.
<u>Romantic lead has a crooked grin, crooked smile</u>

**BMR:**  He smiled crookedly. 2010 p. 96;  His lips twisted in a crooked grin. 2011 p. 157

**Crave:** And now he's grinning, one corner of his mouth turning up in a crooked little smile.. p. 22  He flashes me a crooked little smile… p. 127 …turns the smile into a crooked little smirk… p. 165 The crooked grin is back… p. 216

**Covet**: "He gives me that crooked grin I fell in love with all those months ago." p. 87


    A.  <u>Romantic lead's smile turns a corner of his mouth up</u>

**BMR:**  …a corner of his mouth turning up... 2011 p. 24

**Crave:**  …one corner of his mouth turning up... p. 22


**BMR**: …smile tilting the corners of his mouth up. 2011 p. 109

**Crave:**  … corners of his mouth turning up in the smile... p. 385

.

    B.  <u>Romantic lead has a twist of his lips</u>

**BMR**: …twist of his lips. 2011 p. 314

**Crave**: …twist of his lips. p. 259


    C.  <u>Romantic lead's half smile</u>

**BMR:** …a half smile on his lips. 2011 p. 452

**Crave:** He gives a half smile. p. 393

    D.  Romantic lead's smile lights up his face

**BMR**: He smiled that smile of his, the one that touched his eyes and lit up his entire face. 2011 p. 119

**Crave**: ...he smiles, really smiles, and it lights up his whole face p. 384

*The romantic lead rescues the heroine when she's been abducted by the vampire prince/vampire prince's mate. The door is "shuddering" / the wall "shudders" and it collapses.*

51.

He rescues heroine from vampire prince / vampire prince's mate

**BMR:** A sudden, shuddering pounding as the door splintered and collapsed ... 2010 p. 450; 2011 p. 556 My werewolves. They had come for me…Ash met my eyes from across the room in his human form… 2011 p. 556-557

**Crave:** This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor. p. 487

52.

Romantic lead doesn't like heroine around Brendan / Flint

*(See Heroine's Male Friend Character Index)*

**BMR:** Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. "I didn't realize you were on a date," he said with a chill in his voice. 2011 p. 164 *Ash*: "I'll give her a ride," he said, holding Brendan's gaze again. 2011 p. 166

**Crave:** Jaxon, in the coldest most reasonable voice…the coldness in Jaxon's eyes...it's directed at Flint…p. 156 Flint…he's not looking at me. He's not looking at Jaxon, either. Instead he's gazing off into the distance...As for everybody else...they're riveted by the drama, eyes glued to Jaxon as he continues to watch Flint who continues to very obviously not watch him back. p. 157 *Jaxon*: "I'll walk you back to your room." p. 158

A. Romantic lead's eyes glued to Brendan / Flint

**BMR**: "I'll give her a ride," Ash said, <mark>holding Brendan's gaze again</mark>. Brendan glanced down and Ash turned to me. 2011 p. 166

*Brendan*: "I thought he was acting all territorial with me back at the dance because he thought we were on a date. You know, <mark>the penetrating stare</mark>, his dominant male mojo and all that. He's pretty intense." 2011 p. 182

**Crave**: <mark>His eyes, flat and black, are pinned to Flint</mark>... it turns out I only thought Jaxon was pissed before. Because after Flint's comment, he looks like he's one very small step away from an aneurysm. p. 243-244

*The Mind Control Powers of the Romantic Leads.*
*In BMR, the romantic lead can make people do things with his mind.*
*In Crave, the romantic lead has power with his mind; he's telekinetic.*

*In BMR, the vampire prince, Julian, has the power to make people do anything with his mind.*
*They cannot resist or fight back. He takes away their free will.*
*In Crave, the romantic lead's brother, Hudson, the "vampire prince," has the power to make people do anything with his mind. They cannot resist or fight back. He takes away their free will.*

53.
The romantic lead has power with his mind

**BMR:** *Romantic lead and heroine*: "Basically, get them to trust me...I would've just *compelled* you to open the door and let me in.." 2011 p. 271, 286  "<mark>I could blur your memories</mark>…" "That makes you very dangerous," I said in a low voice, more to myself than to him. He was the ultimate hunter being able <mark>to charm his prey</mark>. 2011  p. 286

**Crave:** *Heroine about romantic lead:*  Jaxon slams the guy...into the wall with a flick of his fingers, then has him dangling a dozen feet in the air using nothing but his mind." <mark>*"telekinesis"*</mark> p. 366

A.  <u>The heroine isn't scared of his power even though she thinks she should be</u>

**BMR**: I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't. 2010 p. 220

**Crave**: The telekinesis, the absolute control Jaxon exerted over everyone in that lounge, including me? The obscene amount of power he wielded with just a wave of his hand? I don't know how I feel about all that either. Except, like the violence, it doesn't scare me the way it probably should. *He* doesn't scare me the way he probably should. p. 371

54.

<u>He seems like he can fly to the heroine</u>

**BMR:** *Romantic lead*: "I didn't exactly fly. Well, I guess I sort of did, didn't I?" p. 453

**Crave:** *Heroine*: "How are we flying?"  p. 440

55.

<u>He comes and goes so quickly, she can't hear him, seems like he "vanishes"</u>

**BMR:**  There was no sign of Ash. He'd simply vanished. Could he do that?...no footprints either. p. 451

**Crave:** But not only is he not lying broken on the ground three stories below, he's nowhere to be seen at all. He's vanished right into thin air. p. 292

A.  <u>Romantic lead has magical ability to "cast" / "fade" that it looks like he can disappear</u>

**BMR:** He moved so quickly that the trees around us flashed by in a blur. Within seconds we were at a corner of the stone walls... 2011 p. 485 ...Roman becomes smoke and mist and then nothing at all. I blink and he reappears… "How did you do that?"… "Casting is a Power of the ancient gods...It allows me to cast myself and small objects." 2016 p. 87

**Crush:** ...Jaxon explains that fading is a vampire thing and it involves moving very, very fast from one place to another. p. 135  ...it's not like running at all...it's more like we're *disappearing* from one place to the next in rapid succession. p. 135

56.

<u>Romantic lead warns heroine about things that go bump in the night</u>

**BMR**: *Heroine and romantic lead*: "So who are the bad guys?"... "Demons, Anna. The ==things that go bump in the night=="." 2010 ==p. 185==

**Crave**: *Romantic lead and heroine*: "It's supposed to be a warning"... "Of what?"... "==things that go bump in the night.==" ==p. 198==

57.

*Heroine is drawn to the romantic lead, she responds to the danger inside him and likes it:*

**BMR:** I knew he was ==dangerous== on some level yet I found ==him== intriguing and maybe ==even exciting==, at the same time. ==I realized that it was a bit twisted to feel== that way about ==him==, ==to be drawn to him even== though he frightened ==me==—maybe ==even to be drawn to him because he frightened== me—but I was. ==Something inside of me responded to the dangerous== edge in him and ==liked it==. 2011 ==p. 127==

**Crave:** Not because ==Jaxon== is blocking my way--which ==he== is-but ==because everything inside me is responding to== every==thing inside him. Even the danger.== *Especially* ==the danger==, though ==I=='ve never been that girl before, ==the one who takes risks just to see how they feel==….p. 127 ==Because== when he says stuff like that, it doesn't matter how ==drawn to him I feel==. ==p. 127-128==

    A. <u>Romantic lead is dangerous and the heroine likes the danger</u> *(broken down text)*

**BMR:** I realized that it was a bit twisted to feel that way about him, to be drawn to him even though he frightened me—==maybe even to be drawn to him because he frightened me==—but I was. Some==thing inside of me responded to the dangerous== edge ==in him== and ==liked it==. 2011 ==p. 127==

**Crave:** Instead, I stay where I am. Not because Jaxon is blocking my way--which he is--but because every==thing inside me is responding to== everything ==inside him==. Even the ==danger.== *Especially* the ==danger==... ==p. 127==

    B. <u>Everything about romantic lead whispers / screams danger, the way he moves, the way he holds himself</u>

**BMR**: The wry curl of his lip, the confident, almost arrogant way he held himself whispered of danger. 2011 p. 20; All of the McKays were possessed of that same energy, an almost magnetic force of presence and a certain dangerous something in the way they moved. 2011 p. 311

**Crave:** Every single thing about him screams danger—of the dark and brutally wounded variety. It's in his eyes, in his voice, in the way he holds himself and the way he moves. p. 172

    C.  <u>Romantic lead is intriguing and terrifying to heroine</u>

**BMR**: I knew he was dangerous on some level yet I found him intriguing... 2011 p. 127 He captivated me in every way, he was just so appealing. And terrifying. 2011 p. 253

**Crave**:  ... I realize this guy is as terrifying as he is intriguing. p. 25  ...this boy who frustrates and terrifies and excites me all at the same time. p. 30

    D.  <u>Heroine wants to be closer to romantic lead but is afraid at the same time</u>

**BMR:** He smiled that dangerous smile that made me want to slide over closer to him and run away, far away at the same time. 2011 p. 367  I wanted him to kiss me and yet at the same time I was afraid that he might. 2011 p. 169; ...though it terrifies her, she can't stay away from him. *Midnight Overview Notes 2009*

**Crave:** ...there's a part of me that wishes he were closer. That wishes we were touching right now. . . part of me that's still terrified of touching him, even more terrified of having him touch me. p. 258

58.
<u>He snaps his fingers to illustrate</u>

**BMR**: "Just like that?" He snaps his fingers to illustrate. 2012 p. 237

**Crush**: ".….You hit the right one and you win the game, just like that." He snaps his fingers to illustrate. p. 337

59.

His face was unreadable- heroine describes romantic lead when he feels angry and protective

**BMR:** The look on his face was unreadable. He kissed me once, hard, and then launched himself into his wolf form mid-air, leaping back into what was left of the fight….I could feel the waves of hot anger and bitter hatred rolling off of him.  2011 p. 563

 **Crave:** But right now, all I can think about is the look in Jaxon's eyes when he said someone was trying to kill me. His face was completely blank, completely unreadable. But burning deep in his eyes, where most people don't get close enough to look, was the most terrifying rage I've ever seen. p. 336

*The romantic lead's type of supernatural being is due to a "genetic mutation." The heroine is told about "genes / genetics" and that their kind are "born" and sometimes to families not knowing what they are and they can fight until no one is left standing / run rampant killing everyone. This is taken from BMR 2010 p. 338-339 and tracks with Crave p. 349-350. BMR 2011 p. 186 is used for the romantic lead and "genetic mutation."*

60.

Romantic lead's type of supernatural may be / is due to a genetic mutation

**BMR**: Maybe his glow-in-the-dark eyes ran in his family. Maybe it was some kind of genetic mutation. 2011 p. 186

**Crave**: "Like other things, vampirism is a genetic mutation." p. 349

A. Romantic lead's type of supernatural; gene / genetic born

**BMR**: "Every now and then someone is born with a dominant Berserker gene…If you're being polite about it, I'm a Sentinel…If you don't want to play nice, then I guess you'd say I'm a Berserker like my dad…" 2010 p. 338-339

**Crave**: "It's a genetic mutation, so yes, vampires can be born to anyone. Usually they aren't." p. 349

B. Sometimes they are born not knowing what they are and kill

**BMR**: "Technically, Dad's a Berserker…every now and then someone is born with a dominant Berserker gene…He was seven. The villagers were terrified of him. They

didn't know whether his magics were a gift from the gods or a curse...they cast him out...Berserkers...fought until no one was left standing…Fortunately, one of our kind found him…" 2010 p. 338-339

**Crave**: "…other born vampires do happen. They're the ones you read about in stories, because they don't have any knowledge of who or what they are so they…" "Run rampant killing everyone in sight?" "..They are the ones who don't know any better." p. 350

*The romantic lead's transgressions punished by his family in a physically painful way*
*In BMR, the romantic lead's family has imposed a magical spell on him to keep him from*
*revealing information. He burns when he says things he shouldn't but he heals quickly. In*
*Crave, the romantic lead's mother scars him, ensuring he doesn't heal, as punishment.*

61.
Romantic lead is physically punished as a consequence for transgressions by family / mother

**BMR**: And I watched in sudden horror as his hands started smoking, the stink of charred flesh filling the air around us. … "Apparently, I said something I shouldn't have. That was a warning. 2010 p. 179-180

**Crave**: "By doing this, and ensuring I didn't heal, she left a mark of weakness on me for the whole world to see." p. 505

    A. His own family / mother did this to him

**BMR**: "Who put this geas on you?..".As usual, my expression must have revealed my revulsion that his own family would do such a thing to him...It seemed an incredibly barbaric yet highly effective method of control. 2010 p. 181

**Crave**: "Your mother did this to you?" I whisper as horror slithers through me. p. 505

    B. Romantic lead laughs and says don't worry when heroine is upset about this punishment

**BMR**: His eyes laughed at me as he said, "Don't look so worried. It could be worse."
2010 p. 181

**Crave**: But Jaxon just laughs a little. "Don't worry about it, Grace. It's all good." p. 506


    C.  He tells her that his kind heals quickly

**BMR**: "I heal quickly. It's one of the perks." 2010 p. 181

**Crave**: "It's hard to scar a vampire, we heal too quickly." p. 505


62.
He presses a kiss to the corner of heroine's mouth

**BMR**: ...he pressed a soft kiss on the corner of my mouth. 2011 p. 562

**Crave**: ....he leans over, presses a kiss to the corner of my mouth. p. 523


63.
He gets close to heroine and breath becomes one / my breath

**BMR**: He pressed his lips against mine again, soft and warm, our breaths becoming one breath.
2011 p. 256

**Crave**: He pushes closer, and I arch against him, pressing my mouth into his until his breath
becomes my breath… p. 405

*Romantic lead saves heroine with his healing bite/ his healing venom:*

64.
Romantic lead saves heroine's life with his healing bite / venom

**BMR:** "One bite is only enough to gift you with rapid healing." 2010 p. 329 ; "Something was
different between us now, had changed since the healing bite he'd given me." 2011 p. 425
*(The romantic lead (werewolf) bites the heroine in order to save her from a serious injury which could
have killed her. 2010 p. 323-329)*

41

**Crave:** "Vampire venom has a lot of different properties, depending on what the vampire intends. Jaxon didn't bite you, but he did use his healing venom to seal your wound." p. 319

    A.  <u>Heroine wonders if romantic lead's healing will cause her to turn into what he is, she is told she will not</u>

    **BMR**: *Heroine*: "Am I a werewolf now that you've bitten me?" Caitlin snorted. "You're exactly what you were before." 2010 p. 329

    **Crave**: *Heroine*: "...I mean, I'm not going to…" I mime getting fangs…She cracks up… "No, Grace, you're not about to sprout fangs and start sucking people's blood." p. 320

*The romantic lead tells the heroine he loves her for the first time after the climax of the story where she was abducted by the vampire prince /vampire king*

65.

<u>Romantic lead tells heroine he loves her for the first time toward the end of the story after she's been kidnapped</u>

**BMR**: *Romantic lead*: "I'm in love with you." 2014 p. 388; "I love you," he said as pulled me into his arms, crushing me to his chest. 2011 p. 600

**Crave**: *Romantic lead*: "I'm so in love with you." p. 508

    A.  <u>Heroine tells him I love you too</u>

    **BMR:** *Heroine responds*: "I love you, too." 2011 p. 600

    **Crave**: *Heroine responds*: "Good, because I'm in love with you, too." p. 508

    B.  <u>Romantic lead initiates the kiss after the I love you</u>

    **BMR**: He leans in, his hands slipping under my hair to the back of my neck, and in his arms I feel cherished. Our lips meet, hesitantly at first, a question in the kiss. Then, the press of his lips is more insistent and so is mine. Our breaths become one breath, and in this kiss is a promise. 2014 p. 388

    **Crave**: And then his hands are on my face and he's kissing me like I'm the most important thing in the world. I kiss him back the same way, and nothing has ever felt so good. Because for right now, for this moment, everything is finally exactly how it should be. p. 510

*The romantic lead wants to show the heroine something outside in the cold, he gives her a coat/blanket, she is worried and feels foolish about following him and must trust him. She puts on her gloves. The romantic lead winks at her and thinks it's funny. She follows him outside into the cold:*

66.
He *winks* in italics

**BMR**: I don't know what to say to that, to any of it really. He stands up and walks over to my side of the table, holding my coat. "Come on, there's something you should see before you make your mind up about me." Taking in the worried look on my face, the one that says I'm not budging, he turns me toward the window, his hand lingering at my hip. "It's right out there in between those trees." He points out the windows to the copse of pine … All I'm asking is for you to step outside for a few minutes. You'll be safe with me, I promise." He crosses his heart with his index finger. Shaking my head and cursing myself for being a fool, I slip into my coat and stuff my hands into my gloves. We head out to the parking lot…It's cold and the wind bites at the exposed skin …It feels like a scene from one of those horror movies where you're watching the victim make a very bad decision and you want to tell her, "No! Don't do it!" And she does it anyway. But the thing is, I trust him. At least enough to come out here in ... "We need to step behind this evergreen at the same time." I balk at that. "Scared?" he murmurs. "Of course not." He laughs softly. …He clasps my gloved hand in his and winks. *Winks*. He thinks this is funny! 2014 p. 167-168

 **Crave**:…all without laying a finger on me. "Come on. There's something I want you to see." I follow him without question. With Flint earlier, I had moments of concern, of worry that it wasn't safe to be alone with him. Everything inside me warns that Jaxon is a million times more dangerous than Flint, …When it comes to being anywhere, or doing anything, with him. I don't know if that makes me foolish or a good judge of character…. Jaxon stops near the edge of his bed and picks up the heavy red blanket folded across the edge of it. Then he reaches into his top dresser drawer and pulls out a pair of faux fur-lined gloves and tosses them to me. "Put those on and come on." "Come on where?" I ask, baffled. But I do as he asks and slide my hands into the gloves. He opens the window, and frigid air rushes in. "You can't be serious. No way am I going out there. I'll freeze." He looks over his shoulder at me and winks. He *winks*. "What was that?" I demand. "Since when do you wink?" He doesn't answer beyond a quick twist of his lips. And then climbs out the window and drops three feet onto the parapet just below the tower…Because, apparently, when I'm with this boy, I lose all common sense. And part of losing that common sense means doing exactly what I shouldn't-in this case, following Jaxon straight out the window and onto the parapet. p. 258 -259

67.

<u>Romantic lead feels a sense of responsibility to stop the war and keep the balance</u>

**BMR**:"They're searching for someone…who is tied to both houses, light and dark. That girl is the key to tipping the balance of the war, one way or the other (2011 p. 239)... If they find her first, the world as we know it will never be the same (2011 p. 241)....it's my duty, the duty of my people to look after and protect yours. It's what has to be done…there is no second chance here, Anna." 2011 p. 249

**Crave**: "We're balanced on a razor-thin tightrope, and every day, every minute, is a balancing act. One wrong step in either direction, and the world burns. Not just ours, but yours as well, Grace. I can't let that happen." p. 399