EXHIBIT 42

# THE HEROINE'S CLOSE MALE FRIEND CHARACTER

**Brendan / Flint**
Faery/Dragon

**Key**:

Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Light yellow indicates similarity of meaning
Pink indicates page number proximity within 50 pages.
Blue indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second

## Overview of the character in context of the story

Brendan / Flint is the heroine's closest male friend at school. He is multiracial, part Black and is gay–something only revealed to the heroine. He has a funny sense of humor, often teasing the heroine and calling her nicknames. The romantic lead doesn't like the heroine being around him. He is mortally wounded in a fight and going to die. The heroine tries to save him. Towards the end of the scene there is a sacrifice involving the character to save his life. His eye color is described by the heroine as "molten amber" in Crave. The heroine describes the romantic lead's eye color as "molten amber" in BMR.

1. He is multiracial; part Black
    A. The heroine thinks he has warm brown skin and describes his eyes
2. Brendan / Flint is gay; only the heroine knows at first
3. He waggles his brows at the heroine
4. He teases the heroine and calls her nicknames throughout the story
5. Romantic lead / Flint has molten amber, bright / bright-amber, molten amber eyes
6. He wears things that are funny; has a sense of humor
7. He is a supernatural creature with wings, heroine flaps her arms when she learns about his wings
8. Heroine thinks he is beautiful in his supernatural form
9. Romantic lead seems jealous of Brendan / Flint, and looks at him until he looks away
10. He's gorgeous
11. Brendan / Flint is charming and known for his big smile / grin
12. He is involved in school leadership activities. He's smart and athletic
    A. He's on a school sports team
    B. He's brainy / supersmart
    C. He's in a school activity with the heroine and their friends

13. Heroine is asked about a crush in reference to this character
14. He drapes an arm around heroine's shoulders and gives a look
15. Brendan / Romantic lead is bitten by a supernatural cobra snake / Cyrus the Vampire King whose bite is like a cobra snake for which there is no known cure
16. Brendan / Flint is going to die
17. Tattoos are used as a conduit for magic in this scene
18. His breaths are shallow
19. The heroine smells charred flesh fills the air, she holds back a scream/ screams. She asks /wonders what happened
20. Heroine's head is filled with a buzzing sound / her own scream at the terrible sight
21. She has to do something as she's running out of time to save the sea creatures / Flint
22. The beach is littered with bodies
23. Heroine has never tried to heal anything like this before
24. Heroine envisions and imagines the healing process in order to heal Flint/sea creatures
25. Brendan / romantic lead offers to sacrifice his life to save heroine / Flint
26. Heroine's inner dialogue is about not being able to withstand anymore heartache from loss
27. Heroine feels responsible for her friend's impending death

1.
He is multiracial; part black

**BMR**: His mother is a former Danish model, his father a surgeon of multiracial descent. They're sort of the Heidi Klum and Seal in our town. 2011 p. 100 *(Seal is a musician with a Nigerian father and Brazilian mother)* 2011 p. 100

**Crush** (Book 2): ...a mixed race couple who I realize with some astonishment are Flint's parents. p. 382
**Crave** (Book 1): "Black afro that looks amazing on him." p. 35

  A.  The heroine thinks he has warm brown skin and describes his eyes

**BMR**: He has warm, cafe-au-lait skin and stunning sea-green eyes. 2010 p. 77; 2011 p. 100

**Crave** (Book 1): Bright-amber eyes that seem to burn from within. Warm, brown skin. p. 35


2.
Brendan / Flint is gay and only the heroine knows at first

**BMR**: What she and the rest of our classmates don't know is that his immunity is due to the fact he's gay. 2011 p. 100

**Crush** (Book 2): "I'm gay, Grace." p. 388 "But you're the first person I've told." p. 388


3.
He waggles his brows at the heroine

**BMR**: Brendan waggled his brows at me, the brat. 2011 p. 166

**Crush**: Flint…waggles his brows at me. p. 272


**BMR:** *Brendan to Heroine:* "What'd you do to Taylor Vaughn? That's what inquiring minds really want to know." He waggles his brows. 2013 p. 97

**Crush**: *Flint to Heroine:* He waggles his brows at me comically and I laugh. p. 439

4.
<u>He teases the heroine and calls her nicknames throughout the story</u>

**BMR**: *Brendan to heroine:* "..Peaches."..."sweetie pie".. "pumpkin" ... Brendan always calls me ridiculous pet names. 2011 p. 100, p, 142, p. 164, p 180, p. 515

**Crush** (Book 2): *Flint to heroine:* "New Girl! You're back!" p. 40, p 41, p. 184, p. 248, p. 266, p. 284 *(He calls the heroine New Girl)*

**BMR**: *Brendan to heroine*: "Hey pumpkin…" Brendan greeted me…he grinned… "Little Red Riding Hood in goth. I dig it." He twirled me around the foyer causing the shapeless sack I was wearing to flounce. "Now that's just naughty," he teased. 2011 p. 141; Brendan clasped his hands to his chest. "Are you saying it's over, baby?" 2011 p. 165

**Crush** (Book 2): *Flint to heroine:* "Ooh. The new girl's got some claws after all. I like it." I roll my eyes. "You're a total weirdo. You know that, right?" "Know it? I own it, baby." I can't help but laugh as he makes a ridiculous face at me, crossing his eyes and sticking out his tongue. p. 231

**BMR:** *Brendan to heroine:*…he struts down a mock runway, putting his hands on his hips and posing. "Sashay, shante, baby." 2012 p. 124; 2013 p. 129; 2011 p. 141

**Crush** (Book 2): *Flint to heroine*: "You ready to show these guys how it's done, Grace?" Flint asks… "How what's done?"... "How to fly, baby!" He throws his arms out…as he zips around me like a three year old pretending to be an airplane… p. 318

*In BMR 2011 p. 367 the romantic lead (Ash) has an unusual eye color of molten amber. Crave (Book 1) p. 362, p. 35 & Crush (Book 2) p. 275 uses this same description for the heroine's male character friend (Flint). Molten amber eyes that are bright, and amber.*

5.
<u>Romantic lead / Flint has molten amber, bright / bright-amber, molten amber eyes</u>

**BMR:** *Heroine describing romantic lead (Ash) eyes:* His eyes were molten amber rimmed in black, as bright and shiny as a new penny. 2011 p. 367

**Crave** (Book 1)**:** *Heroine describing Flint's eyes:* Bright-amber eyes that seem to burn from within.   ….Flint…watching me with those molten amber eyes of his. p. 362

**BMR:** *Heroine describing Flint's eye's:* …and his eyes— they're the most incredible golden-brown I've ever seen. 2013 p. 283

**Crush** (Book 2)**:** His eyes are the same striking amber… p. 275

6.
Brendan / Flint wears things that are funny, he has a sense of humor: he wears this to an event with the heroine in both works     (***Note page number proximity one page apart***)

**BMR:** "Hey pumpkin," Brendan greeted me. A knowing look in his eyes, he grinned as he and the others stepped into the entryway. "Little Red Riding Hood in Goth. I dig it." He twirled me around the foyer….Brendan was dressed all in black interrupted by a white line down the middle of his front and back with yellow dashes. A stuffed kitty taped to his chest with bits of the stuffing spilling out of the cat's middle completed the look. …I stepped back as he turned around in a circle for me. "Wait—are you road kill?!... "This, my pet, is first place in the costume contest," he said as he strutted down a mock runway, putting his hands on his hips and posing. Jenny and Mason rolled their eyes. 2011 p. 141

**Crave** (Book 1) I turn to look at Macy, who has gone absolutely sheet white. I roll my eyes at her… Flint walks up behind me and puts his hands on my shoulders. "Hey, Grace. Looks like you're ready to get your snowball on."... I turn and end up grinning at him because it's impossible not to. …Not to mention the fact that he's wearing a snow hat in the shape of a fire-breathing dragon that looks absolutely ridiculous. ….Flint's eyes go a kind of burning amber as he looks from me to Jaxon… and that's before three other guys in all black join us, arranging themselves in a semicircle right behind Jaxon. p. 142

7.
He is a supernatural creature with wings, heroine flaps her arms when she learns about his wings

**BMR**: "The boy's a Faery." He releases his hold on Brendan's face. 2013 p. 405; "Love the wings, girls." I flap my arms and twirl in a circle… "Anna?" Brendan asks. "Not you, too?" "Why are you all gold and glowy? How are you doing that?" 2013 p. 283

**Crave** (Book 1): "Flint is a dragon."... "You mean he's got—" I hold my arms up and kind of flap them up and down. "Yes, he's got wings." p. 314

8.
<u>Heroine thinks he is beautiful in his supernatural form</u>

**BMR:** *Heroine:* He looks like he's been dipped in translucent gold dust. His skin is incandescent, his hair is woven spun gold itself and his eyes— they're the most incredible golden-brown I've ever seen. "Bren, you're beautiful." My eyes tear up, he's just that impossibly glorious. 2013 p. 283

**Crush** (Book 2): *Heroine:* "...standing right in front of me is a giant green dragon…And also incredibly beautiful. I didn't really appreciate Flint in his dragon form when he was trying to kill me, but now….I can't help but notice that he is a really, really good-looking dragon…a ton of gorgeous frills.. p. 274; His eyes are the same striking amber… each scale a different color overlapping in a pattern that makes him look like he's shimmering… p. 275

9.
<u>The romantic lead stares at Brendan / Flint, and keeps looking at him until Brendan / Flint looks away</u> *(The heroine thinks the romantic lead is jealous of Brendan / Flint)*

**BMR**: "Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. "I didn't realize you were on a date," he said with a chill in his voice. 2011 p. 164

**Crave** (Book 1): "...the coldness in Jaxon's eyes...it's directed at Flint...he's not looking at me. He's not looking at Jaxon, either. Instead he's gazing off into the distance...As for everybody else...they're riveted by the drama, eyes glued to Jaxon as he continues to watch Flint who continues to very obviously not watch him back." p. 157, p. 243

10.
<u>He's gorgeous</u>

**BMR**:"And Brendan all golden and gorgeous." 2012 p. 280;"...Brendan is also beautiful." 2011 p. 100

**Crave** (Book 1)**:** "I mean, yeah, he's gorgeous…" p. 43..
**Crush** (book 2) : *Heroine to Flint:* "We both know you're gorgeous…" p. 275

11.
Brendan / Flint is charming and known for his big smile / grin

**BMR**: *Brendan:* He flashed his charming political smile–the one that everyone found so friendly and reassuring. 2011 p. 102

**Crave** (Book 1): *Flint:* I turn and end up grinning at him because it's impossible not to. He's just that fun *and* that charming.  p. 142


**BMR**: He flashed his charming political smile—the one that everyone at school responded to automatically because it was so charismatic. 2010 p. 79

**Crush** (Book 2): Flint just shakes his head, and his signature big grin stretches across his face again. p. 42



12.
Brendan / Flint is involved in school leadership activities. He's smart and athletic

**BMR**: "Brendan is our class president." 2011 p. 99
**Crush** (Book 2): *Jaxon to Flint:* "You're the team captain…" p. 394

    A.  He's on the school sports team

**BMR**: He's athletic.. on the hockey team… 2011 p. 100
**Crush** (Book 2): "Ludares…" Flint tells me. "I'm totally down with having a gargoyle on my team." p. 245
*(Ludares is the sport)*

    B.  He's brainy / supersmart

**BMR**: Brendan is the tie that binds their group together, he's both brainy and athletic. 2013 p. 100
**Crave** (Book 1): ...he's nice and supersmart… p. 43;
**Crush** (Book 2): *Heroine to Flint*: "You're smart…" p. 388

    C.  <u>He's in a school activity with the heroine and their friends</u>.  (*The friends listed here are parallel characters in both works*)

**BMR**: "I joined the school paper…" … "Rachel and Jenny…This afternoon they'd wanted me to join them for an early dinner with Brendan and Mason, who are also on the paper…" 2013 p. 100; 111 *(He's on the school paper with heroine and friends)*

**Crush** (Book 2): *Flint to heroine:* "Ludares…" Flint tells me. "I'm totally down with having a gargoyle on my team." p. 245; Eden is on the team p. 318; Xavier p. 321; Macy p. 322 *(He's on the Ludares sport team with heroine and friends)*


13.
<u>Heroine is asked about a crush on Brendan / Flint</u>

**BMR**: That he has a crush on Brendan. Honestly, I didn't mean to say any of it. Maybe that explanation springs to my lips so easily because Brendan is gay. I don't know. But once the words are out, I can hardly take them back. 2013 p. 230

**Crave**: Despite her words, there's something in her tone that has me narrowing my eyes. "Wait. Do you have a crush on Flint for real?" p. 115


14.
<u>He drapes an arm around the heroine's shoulders and gives a look</u>

**BMR:** Brendan drapes an arm around my shoulders and gives me a squeeze.  "Give it up already and set a wedding date, puhleeze?" Mason rolls his eyes in disgust. Brendan gives me a sad look—if only things were that simple. 2012 p. 93

**Crush** (Book 2)**:** Flint drapes a nonchalant arm around my shoulders and gives Jaxon a look that even I know is provoking as hell. "He wasn't happy to find out you might let me take you for a ride." p. 54

***In this scene (#23- 33) the Brendan / Flint character is mortally wounded.***

In both works the Brendan / Flint character is mortally wounded during a fight scene. In BMR 2016 p. 80; 85-86, Brendan is bitten by a supernatural cobra. The venom is deadly. In Covet (Book 3) p. 622, Flint is mortally wounded in the fight, his leg severely cut. The romantic lead (Jaxon), is bitten by the vampire King Cyrus who has a bite like a cobra. His bite is venomous, and deadly.

In both works the heroine tries her newly discovered powers to try to save the sea creatures / Flint but doesn't know if she can. She's never done a healing before. She is successful. The action for both scenes takes place on a beach in front of the Arctic Sea in Alaska / of the North Pacific Ocean in Alaska (the inlet).

Towards the end of the scene in BMR 2016 p. 89, Brendan offers to sacrifice his life to save the heroine and her aunt. In Covet (Book 3) p. 634, the romantic lead (Jaxon) offers to sacrifice himself to save Flint's life. In both works the heroine is concerned about yet more loss and she feels responsible for her friend's impending death. The Brendan / Flint character does not actually die at the end of the scene.

**Brief overview of source material for scene:**

BMR 2016 pages 73- 97 is used for the basis of this scene in Covet (Book 3) page 622-641 with the Brendan / Flint character and the heroine. BMR 2016 pages 52-54 is also incorporated into the scene when the heroine envisions her healing powers and sees bodies littered on the beach. Additionally BMR 2011 p. 231-232 is also used when the heroine smells charred flesh.

15.
Brendan / Romantic lead is bitten by a supernatural cobra snake / Cyrus the Vampire King whose bite is like a cobra snake

  A. Brendan/Romantic lead are bitten

   **BMR:** *Heroine:* Their otherwise human bodies are topped with hideous cobra heads...A scream rips out of Brendan's throat. A snake strikes just that fast. 2016 p. 80 It's no ordinary snakebite. It's a magical snakebite. 2016 p. 86

   **Covet** (book 3): *Heroine and Jaxon:* "Fucking Cyrus." …there are two massive bites on the side of his neck. "Please don't tell me he bit him." .. p. 633

   **Crush** (Book 2)**:** I turn back to Cyrus-who is like a cobra, because it serves everyone best if you don't take your eyes off him for longer than a second or two-just as he starts to speak. p. 380 *(Heroine describes Cyrus as like a cobra)*

    B.  <u>Discussing what to do about the bite</u>

    **BMR:** *Romantic lead to heroine:* This isn't an ordinary cobra bite, and even if it was, no one in Alaska would have the antivenin...."A healer from the Order can't fix this. What we need are the Seven. And quickly." 2016 p. 88-89

    **Covet** (book 3): *Discussing Jaxon's bite:* The eternal bite. "What do we do?" Macy gasps as her gaze darts among the three of us. "How do we fix it?" "We can't fix it," Hudson growls…p. 633

    **Crush** (Book 2)**:** "Eternal bite," I whisper to him….Because no one ever recovers from Cyrus's eternal bite-not even gargoyles. History has proven that. p. 640, p. 217


16.
Brendan / Flint is going to die

**BMR:** *Heroine: He can't die!* It can't be that serious! Can it? …I take in a breath, pushing down my fear for Brendan and the pull I feel toward Roman. …Finally, he holds out his left wrist. A tattoo is stamped across his veins, a wedjat, the Eye of Horus inside a circle of flames.  2016 p. 86

**Covet** (Book 3): *Heroine*: I have to do something, or Flint is going to die. My heart is pounding in my chest and my hands are shaking so badly, I can barely hold on to Hudson. ..I reach deep inside Hudson and pull out as much of his power. …My tattoo burns … starting at my wrist and winding… p. 622-623


    A.  <u>The heroine has magical tattoo lights up like tiny pin / needle pricks</u>

**BMR**: And when I did, my back lit up on fire, thousands of tiny pin pricks. 2011 p. 436 (magical tattoo)
**Covet**: My tattoo burns as the magic lights each tiny needle prick… p. 623

17.
<u>Tattoos are used as a conduit for magic in this scene</u>

**BMR** ..And then their arms begin to writhe. The tattooed snakes drip down their fingers—alive!—multiplying as they fall to the ground. Hundreds of cobras raise their hooded heads. Oh god no! 2016 p. 80 *(A snake then bites Brendan)*

**Covet**: *Heroine taking power from Hudson:* My tattoo burns as the magic lights each tiny needle prick in incandescent light, starting at my wrist and winding, winding, winding around my arm. By the time the tattoo is lit halfway up my arm, I decide I've taken enough. p. 623

**Covet:** But where Hudson's magic in my tattoo was strong and enabled me to quickly close an artery, earth magic is clearly only good for healing more minor injuries. p. 625-626


18.
<u>Brendan / Flint's breaths are shallow</u>

**BMR**: His skin has taken on a green, sickly cast, and his breaths are shallow. 2016 p. 95

**Covet**: His breathing is shallow, his heartbeat too slow, and I know he doesn't have a chance if I don't hurry. p. 623


19.
<u>The heroine smells the stink / sickening scent of charred flesh fills the air, she holds back a scream/ screams. She asks /wonders what happened</u>

**BMR**: *Heroine with romantic lead:* And I watched in sudden horror as his hands started smoking, the stink of charred flesh filling the air around us. He gasped in agony, his face blanched of all color as he fell to the floor. I covered my mouth with both hands, holding back a scream of terror. "Oh God, Ash! What can I do?".."Nothing," he ground out. .."What happened?" 2011 p. 231-232

**Covet**: I scream as the sickening scent of charred flesh fills the air. It makes me gag, nearly makes me vomit, but I swallow down the bile ... until Luca's lifeless body lands a few inches from where I'm kneeling. I knew he was gone before he hit the ground .. There's nothing left for me to do…How can this be happening? p. 629

20.
Heroine's head is filled with a buzzing sound / her own scream at the terrible sight

**BMR**: My head is filled with a low, buzzing sound. I can't stop looking at the whales. My eyes can't un-see the senseless death all around me. 2016 p. 53

**Covet**: ...but I can't hear anything above the sound of my own screaming in my head. Because what I'm looking at is the most horrific thing I have ever seen. p. 622


21.
She has to do something as she doesn't have time / running out of time to save the sea creatures / Flint

**BMR**: *Heroine:* ..I have to do something. I kneel in the muddy silt next to the whales...I don't have time to call for help. I don't have time for a spell. I don't even have time to prepare for a proper invocation of the Powers. 2016 p. 53

**Covet**: *Heroine:* …my legs as I collapse on my knees beside his body.   …I don't know what I need, don't know how much power I'd have to find to possibly counteract this. But I'm running out of time to think. I have to do something…. p. 622


22.
The beach is littered with bodies

**BMR**: Because the beach is littered with dead fish, Beluga whales, and seals. Their lifeless bodies… 2016 p. 52

**Covet**: Hot springs and trees against the backdrop of mountains and an arctic sea. Now it's littered with bodies, with blood and gore and broken hearts, … p. 629


23.
Heroine has never tried to heal anything like this before

**BMR:** I've never tried anything like this. 2016 p. 53

**Covet**: I can heal, but not this. Never anything like this. 2016 p. 622

24.
Heroine envisions and imagines the healing process in order to heal Flint/sea creatures. She feels the warmth / heat of her power, she pours / draws her energy. She is surprised and filled with wonder / relieved that it worked.

**BMR:** I envision a circle of golden light around me and the two whales…. My hands tingle with the Power. I can feel its warmth like a pair of electric gloves.…I pour my will, my own energy into what I'm doing. …. I imagine the whales whole and healthy. I imagine them doing every kind of whale thing I can possibly think of. I imagine them swimming away together. And then, deep blue light, healing light, flows from my hands onto the baby and envelopes her body. I couldn't be more surprised. It's actually working! I'm doing it! A sense of wonder fills me. I'm going to be an animal healer like Aunt Rose 2016 p. 53-54

**Covet** (Book 3)**:** I close my eyes again and channel as much of my energy into Flint as I can…I squeeze the artery together and try to mend it by envisioning hundreds and hundreds of little stitches closing the severed pieces of tissue, holding them together…. Heat burns through my hand, up my arm, and I nearly weep with relief at the proof that my healing powers have finally kicked in, are able to draw energy from my tattoo. And so I keep doing what I'm doing, imagining the stitches, imagining the artery weaving itself back together slowly, slowly, slowly...p. 623-624


25.
Brendan / romantic lead offers to sacrifice his life to save heroine / Flint

**BMR**: *Flint to heroine:* "You should go," he says. "Find Ella's mom." 2016 p. 89
*(danger is at the door and he is trying to save the heroine and her aunt. He's going to die from the cobra bite)*.

**Covet**: *Jaxon to heroine:* "We both know I'm dead already...Take whatever's left in me, whatever you can get, and use it to save Flint." p. 634 *(He's going to die from the snake like eternal bite given by Cyrus)*


26.
Heroine's inner dialogue is about not being able to withstand anymore heartache from loss

**BMR**: "It has to be okay. Because the thought of losing one more person I love is unbearable." 2016 p. 95  "A terrible, hollow ache fills my chest." 2016 p. 97

**Covet**: "How many times can one heart shatter? How many times can I break wide open?" p. 634

**Crave:** ...watching another person I love die, there is no alternative... p. 493 (another scene but same words)

27.
Heroine feels responsible for her friend's impending death

**BMR**: *Heroine:* "I watch them lead Brendan away, wishing more than anything that I was a better friend. One whose friendship wasn't dangerous. Meret touches my arm. 'It is not your fault.' I suppose she's trying to comfort me, but we both know it's a lie." 2016 p. 97

**Covet**: *Heroine:* "I can't stop it,' I whisper, and I've never felt like more of a failure in my life." p. 641