# EXHIBIT 43

# VAMPIRE PRINCE JULIAN / VAMPIRE KING CYRUS

## The Ultimate Villain of the Story in Both Works

British accent
*Intense shade of blue eyes / shade of cobalt blue eyes*

**Key:**
Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Pale Yellow indicates similarity of concept or meaning
Pink indicates page number proximity within 50 pages
Blue text indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second

## Overview of the character in context of the story

In both works the heroine is wanted by the same evil character. In BMR, it's Julian, the vampire prince, and in the Crave series it's Cyrus, the vampire king. He wants supernatural beings to take over the earth. The heroine compares him to a cobra and he has a special bite which he gives to the heroine, it could/should kill her but she survives. He is responsible for imprisoning the heroine's father/grandfather and trapping him in his supernatural form. The heroine bargains with him to save the lives of her friends. He has a British accent. He also has a daughter by another woman who is not his mate–and who is related to the heroine by blood.

1. He's a vampire, a leader, and royal
2. He belongs to a royal court
3. He sits on a throne
4. He has a British accent
5. Heroine describes him as being like a cobra
6. Physical characteristics:
   A. He is tall
   B. He has short dark hair in a modern / buzzcut style
   C. He has blue eyes that are "a shade of" intense blue / cobalt
7. He has a special bite, the Kiss of Life or Death / the eternal bite
8. He gives the heroine the special bite which could / should kill her but she survives
9. He is responsible for imprisoning a grieving woman's mate
   A. Sleeping beauty

      B. The grieving woman is Marcheline / Fallia
      C. The woman is heartbroken because her mate is gone
      D. The woman misses her mate
      E. The heroine notices that the woman looks fragile and takes her hand/wants to hold her hand
      F. She can feel her imprisoned mate
      G. The heroine is offered tea and cookies

10. The heroine is hurt and on her knees in front of him. She is defiant / rebellious, he smirks / smiles as he looks at her.
11. Heroine's friends are / will be powerless as they face him
12. Let's make a deal: The heroine bargains with him to save her friends' lives
13. He is evil, the heroine feels fury within / rage inside her
14. He calls the heroine little girl
15. He has a daughter with another woman who is not his mate, which is a surprise in the story. His daughter is related to the heroine by blood. She is her half-sister / she is her cousin.
16. The heroine offers his daughter, Taylor / Izzy a choice, and his daughter chooses Julian / Cyrus
17. He disgusts the heroine
18. The High Priestess/Bloodletter's eyes glistened / become glassy with unshed tears as she discusses his bad acts with the heroine.
19. Villain is responsible for imprisoning the first voice in heroine's head character (her father / grandfather) and trapping him in his supernatural form
20. He's an elitist / supremacist
21. He wants supernatural beings to take over the earth
22. Humans are being used as an excuse for the war because they are disturbing the balance with overpopulation/ overcrowding

1.
<u>He is a vampire, leader, and a prince / king</u>

**BMR:** Faction of the Order is in league with the demons. Julian is their leader. *Chapter Outline to Emily Sylvan-Kim* 2013 p. 22
*Julian*: "He is a dog! And I am a prince." 2011 p. 530  "A crazy vampire"… "You may call me Julian." 2011 p. 530.

**Crush** (Book 2)**:** "King Cyrus and Queen Delilah from the Vampire Court…" p. 376


2.
<u>He belongs to a royal court</u>

**BMR:** *Julian*: "It was done when we were engaged, at court no less, and is my favorite." 2011 p. 542

**Crush** (Book 2)**:** *Queen Delilah*: "King Cyrus and I will be taking Grace home with us to the Vampire Court." p. 485


3.
<u>He sits on a throne</u>

**BMR:** The floors were black concrete and bare of any furnishings except for a tall throne-like chair at the apex of the room. Given the dim lighting and shadows I could only make out the shape of a figure seated on the throne. 2011 p. 526

**Crush** (Book 2): ...he turns toward the dignitaries seated behind him in ornate chairs…Those are thrones and they want everyone to know it–and announces, "To discuss the prize for this very special Ludares tournament, we are incredibly lucky to have none other than King Cyrus and Queen Delilah from the Vampire Court…" p. 376

4.

He has a British accent

**BMR**: *Heroine describes Prince Julian's accent:* "His voice is captivating with a lilting British accent." 2012 p. 272

**Court** (Book 4) *Heroine describes his accent*: "Cyrus's British accent is on stark display…" p. 629

5.

The heroine describes him as being like a cobra

**BMR:** *Heroine describes him:* "Julian…he walked up to her slowly, like a king cobra moving in for the strike." 2011 p. 552; 2010 p. 447; 2012 p. 472

**Crush** (Book 2)**:** *Heroine describes him:* "I turn back to Cyrus--who is like a cobra, because it serves everyone best if you don't take your eyes off him for longer than a second or two…" p. 380

6.
*Physical characteristics in common:*

    A. He is tall

**BMR**: *Heroine describing Prince Julian:* Mr. Tall, Dark and Bloodthirsty. 2011 p. 507; "Boo," Tall guy says, and pulls Taylor to her feet. 2012 p. 272

**Crush** (Book 2): *Heroine describing King Cyrus*: Looking at him up there, I realize he's nearly as tall as Jaxon and Hudson… p. 379; I stare at his tall form stalking across the field… p. 639

    B. He has short, dark hair in a modern / buzzcut style

**BMR**: *Heroine describing Prince Julian:* They had shiny black hair, the man's in a short, stylish modern cut…. 2010 p. 398

**Court** (Book 2)**:** *Heroine describing King Cyrus:* The king is wearing his dark hair buzzcut short….. p. 86

C. He has blue eyes that are "a shade of" intense blue / cobalt

**BMR**: *Heroine describes his eyes:* ....eyes an incredibly piercing blue and a feral grace in his every move. 2013 p. 403; Their eyes were such an intense shade of blue… 2010 p. 398 (*describing Julian and his companion, also in 2011 and 2012*).

**Crush** (Book 2): *Heroine describes his eyes*: Sure, Hudson gets his blue eyes from his father, but while they are the exact same shade of cobalt they couldn't be more different. p. 379

7.
He has a special bite, the Kiss of Life, Kiss of Death / the Eternal bite

**BMR:** *Prince Julian to heroine*: "—the Kiss of Life. Or is it the Kiss of Death? Ah me. Well, I guess it all depends on how you look at it, right?" He chuckled low in his throat. 2011 p. 533; 2010 p. 430

**Crush** (Book 2): *Heroine:* "Eternal bite," I whisper to him. A reminder that I know what's happening here. Just like I know that he's lying. Because no one ever recovers from Cyrus's eternal bite-not even gargoyles. p. 640

**BMR:** *Prince Julian to heroine*: "In fact, I insist that you see him right after we're wed and you've been given the Kiss, like my sweet Elise…" 2012 p. 468

**Crush** (Book 2)**:** *Jaxon to Heroine:* "Gargoyles can die, Grace. Not easily, but they can. Of course, for the gargoyle king, he decided to kill him personally with an eternal bite." p. 216

**BMR:** *Prince Julian and heroine:* Murderer! How I hated him for killing my grandparents and robbing me and my family. Hatred and hope waged war within my heart… "..I have no doubt you'll survive it…"….My heart skittered wildly at the thought. …he cooed as he pulled me back into his embrace…. " I'd much prefer to do it the old-fashioned way and just bite,.....then we do things the old-fashioned way. I bite you, drain most of your blood and give you some of mine in return. If it doesn't kill you, well, then voila!..."...He leaned in close and whispered in my ear. 2011 p. 547-549;

**Crush** (Book 2)**:** *Jaxon and Hudson with heroine discussing King Cyrus:* Eternal bite? A shiver skates along my spine. "What's that?" Jaxon sighs. "It's my father's gift. One bite is deadly. Absolutely no one has ever survived. Not even the gargoyle king himself." I make a mental note to not get within biting distance of the king. Ever. "But the rest he just slaughtered the good old-fashioned way?".... "Apparently a predilection for genocide runs in my family."..The sudden

towering rage in Hudson's voice has my eyes going wide and my heart pumping way too fast…. "I'm sorry," I whisper. …He reaches for my hand, pulls me close. p. 217-218

8.
He gives the heroine the special bite which could / should kill her but she survives

**BMR:** *Julian to heroine:* He caressed my lower lip with the fang so softly I could barely feel it. I struggled not to scream, not to fight. "'This won't hurt my love,' he murmured into my ear as he pricked my lip. …I clenched my jaw against the pain of it. …Panic set in. My limbs were numb with terror and it was all I could do not to scream…I didn't have the power and the strength to fight back. 2011 p. 554-555

**Crush** (Book 2): *Heroine with Cyrus:* I start to shift even though I'm exhausted and I know it will cost me. But I'm too worn out…. And that's when Cyrus strikes, fangs flashing a millisecond before he sinks them into my neck, right over my carotid artery. …And then I scream again. I can't help it. The pain is overwhelming,…my body already moving beyond my control as the pain starts shooting down my arms, turning my legs weak and my blood to fire.
p. 637-638

*He is responsible for imprisoning a grieving woman's mate. The heroine is reminded of Sleeping Beauty with the carvings and the way the setting looks. The woman is crying, she is heartbroken over the loss of her mate, the heroine notices she looks fragile and takes her hand. The woman can feel her mate. The heroine is offered tea and cookies in this scene which is taken from BMR 2011 p. 206-213 tracking in page proximity with Covet. p. 243-255. BMR 2014's description of Sleeping Beauty is taken from p. 210.*

9.
He is responsible for imprisoning a grieving woman's mate
 (*The grieving woman is Marcheline / Falia*)

**BMR:** "Julian did it?" Marcheline asked softly. 2011 p. 206
*Julian to heroine:* "So I took him and imprisoned him where no one would think to find him." 2011p. 547

**Covet** (Book 3): *Discussing with Falia her mate's imprisonment:* "Prison?"… "How long was he sentenced for?"… "Forever...it's been a thousand years…" .. "Has no one tried to break him out?".. "Cyrus would kill him before seeing that happen." p. 254

A. Sleeping Beauty

**BMR**: *Heroine*: It was a beautiful thing of glazed, gilded wood, the color of warm, rich honey. It looked just like the sort of bed Sleeping Beauty might have slept in waiting for her prince to find her and break the spell—the wood carved with curlicues and fanciful swirls. 2012 p. 185

**Covet** (Book 3): *Heroine*: The whole house–the whole property looks like it was once well loved and beautiful. All the bones are here, cheerful carvings on the staircase and room railings...As I look at this place, I'm reminded of one of the versions of Sleeping Beauty...After the girl pricked her finger and fell into a sleep for a hundred years…waiting for Aurora to wake up. p. 242

B. The woman - Marcheline / Falia is crying

**BMR:** *Heroine observes Marcheline:* "My aunt slowly rocked my mother as she began to sob…" 2011 p. 206

**Covet (**Book 3): *Heroine hears Falia:* "The very unmistakable sound of someone weeping drifts down the stairs right at us." p. 243

C. The woman is heartbroken because her mate is gone

**BMR**: *Aunt Brie and Marcheline:* Her expression said that she was tired, so very tired of breaking my mother's heart time and time again. 2011 p. 207

**Covet** (Book 3): *Heroine about Falia:* "It sounds like her heart is already broken. And has been for a very, very long time." p. 244

D. The woman misses her mate

**BMR**: *Aunt Brie to Heroine:* "She misses your father. A part of your mother died when Dante died." 2011 p. 213

**Covet** (Book 3): *Hudson:* "She's been missing her mate for a long time…" p. 245

E. The heroine notices that the woman looks fragile and takes her hand/wants to hold her hand

**BMR**: So I took my mother's outstretched hand in my own, the way that I always did and was surprised by her fragility. 2011 p. 210

**Covet** (Book 3): ...the hand she uses to pass the tin of tea bags is shaking....I want to reach out and hold it...She looks so fragile...p. 251

    F.   She can feel her imprisoned mate

**BMR**: *Aunt Brie to heroine:* "She has enough of her talent left to her that she can feel him but she can't see him, touch him or hear him."  2011 p. 213- 214

**Covet** (Book 3): *Falia to heroine:* "It itches and burns incessantly...as long as I wear this ring, I know he's still alive…" p. 255

    G.   The heroine is offered tea and cookies

**BMR:** *Aunt Brie to heroine:*  "Cookies and tea?" she asked. Her eyes were dull... 2011 p. 211

**Covet** (Book 3): *Falia to heroine:* "Would you like some tea...then takes the lid off a large kitchen tin. Inside are homemade chocolate chip cookies…" p. 249-250

10.
The heroine is hurt and is on her knees in front of him. She is defiant and masks her pain, he smiles and looks at her closely.

**BMR**: My knees ached, my back hurt and my muscles were straining to hold the kneeling position I'd been forced into….Defiantly, I looked up…. he said with a playful smirk, his incandescent blue eyes narrowed in calculation as he regarded me. …I stood up, defiant, and masked the pain of my cramped muscles screaming in protest. What have you done to my friends?" My voice sounded irritated. Irritated was good. It showed I wasn't afraid. Which wasn't exactly true but after I had burned his hand earlier, if that's what I had done, it was better to make a show of strength. Even if I didn't feel it…He laughed softly as he watched me unnerving. I refused to back down and look away even though coils of fear were unraveling in my stomach." 2011 p. 527-529

**Crush** (Book 2): But before I can so much as figure out what hurts-or more accurately, what doesn't hurt, since that's a much smaller list I don't want to get up, but no way am I meeting this

man facedown on the ground. Much less on my knees. So I dig into whatever last reserve of strength I have, and I push myself up and stand….So I force myself to stand my ground, lift my chin, and keep my gaze locked on his despite my misgivings. I expect my small rebellion to set him off, but instead it brings an ever-so-slight smile to his face as he looks me over. p. 634-635

11.
Heroine's friends are / will be powerless as they face him

**BMR:** And my friends knelt, knowledge full in their faces but powerless to give voice to their terror. 2011 p. 531

**Covet** (Book 3): "Our friends will be facing Cyrus powerless." p. 580

12.
Let's make a deal: The heroine bargains with him to save her friends' lives

**BMR:** *Julian and Heroine:* "What are you willing to barter if I agree to let them live?" "I—I can't think of anything I have that you'd want." …I shook my head, my mind scrambling for an idea….consider fair trade for my friends' lives? … "Let's make a deal." 2012 p. 455

**Court** (Book 4)**:** *Heroine and Cyrus:* "What I actually want is protection for my friends and myself. Promise me you and your army won't harm or kill us…" "If that's what you want," he says, walking forward with a slow, measured step. "Let's make a deal." p. 630-631

13.
He is evil, the heroine feels fury within / rage inside her

**BMR:** *Heroine and Julian:* How do you kill a vampire? …a stake to the heart, decapitation or sometimes fire….And I would kill Julian….He was evil. Something within me, deep and far down, rose up like hot acid. A fury so strong I actually felt on fire with it and yearned to destroy him. …Julian stroked my hair. I felt a sudden prick on my finger..he squeezed the tip of my index finger pushing a crimson blood drop to the surface...I trembled with the force of my fury and could no longer contain it. My fingers curled into fists, my blood burning….he was suddenly standing before me, stroking my hair, my cheek. I …under-estimated the strength and power of a vampire—particularly this vampire….Julian smiled and cradled my face in his hands. He held his index finger up and traced my lips again, only this time, his finger had the tiny, white fang

attached to the pad by a delicate metal ring wrapped around his fingertip. 2011 p. 551-554 (*First pages of Chapter 51*)

**Covet** (Book 3)**:** *Heroine discussing Cyrus with Falia:* Vampire king,.. "You mean Cyrus?" "He is cruel," she murmurs, … "Deceptive. Evil."… a monster of unprecedented strength..who would bring destruction to the entire world …A monster who would destroy everyone and everything....But the evil king said the one thing Vander couldn't ignore... "Cyrus played on that,"..she starts scratching her ring finger like it's on fire…scratch herself until she bleeds ….because he knew we had the power to destroy him.…at the evil that has been coursing through Cyrus's veins forever …It breaks my heart even as it rekindles the rage inside me....His face is blank, but his fists are clenched so tightly…. to smooth his hair back from his face and promise him that it's going to be okay. p. 252-253  (*First pages of Chapter 61*)

14.
He calls the heroine little girl

**BMR**: "Be a good little girl and wait your turn." 2014 p. 323

**Crush** (Book 2):  "Do you think this means you're actually going to get a seat on the Circle, little girl?" p. 636

*He has a daughter with another woman who is not his mate, which is a surprise in the story. His daughter is related to the heroine by blood. She is her half-sister / her cousin. (#15 and #16)*

15.
His daughter is related to the heroine by blood. She is her half-sister / she is her cousin

**BMR**:
*Taylor to Heroine:* "Well now, would you look at us? Sisters and everything. I sensed something about you but I didn't see that one coming." 2014 p. 338-339;
*Heroine to Taylor*: "Have you known this whole time?" I ask. "About him being your father?"  2014 p. 339

*Taylor to Heroine:* "My mother was a dark Fae." 2014 p. 341
*Heroine:*            "If Julian is my father—the very thought brings on a choking grief—how did that happen? And what does it mean if Taylor's my sister?" 2014 p. 347
(2014 is the first version of BMR in which the vampire prince has a daughter with another woman who is not his mate; and this daughter is related to the heroine by blood).

**Court** (Book 4)**:**
*Heroine:* Cyrus wasn't having an affair with a witch. He was having an affair with the Crone. And the Crone's daughter would be a demigod like me. A demigod like Izzy. "Izzy is her daughter," I tell them. "And, apparently, my cousin." p. 435

16.
The heroine offers his daughter, Taylor / Izzy (*parallel characters*) a choice, and his daughter chooses Julian / Cyrus

**BMR**:
*Heroine:* Maybe Taylor isn't all bad….Maybe she would be different if someone gave her a Chance. "Taylor, come with me," I say on impulse. "You don't have to stay here."
*Taylor:* She smiles her slow cat's smile. "Oh but I do! You see dear little Mia, I'm wicked." 2014 p. 340

**Court** (Book 4):
*Heroine:* "You don't have to stay on the other side, you know." Even as I say the words, I wonder if I'm making a mistake. But there's something in her eyes-something lurking under all the ice and mockery-that makes me think there's more there.
*Izzy*: "All this sweetness might work for you, but if I've learned anything from Cyrus, it's that nothing's free. And frankly, I'd rather stick with the payment plan I've already got set up." p. 349- 350

17.
He disgusts the heroine

**BMR**: Julian…I shuddered in disgust. She gave me a look. "You are repulsed? You should have known him then." 2011 p. 576

**Crush** (Book 2): "Cyrus just disgusts me." p. 380

18.

*The High Priestess/Bloodletter's eyes glistened / become glassy with unshed tears as she discusses his bad acts with the heroine*:

Her eyes glistened/glassy with unshed tears..god

**BMR:** *High Priestess to Heroine:* "Our kind belong to the gods alone." Her eyes glistened with unshed tears. "Julian's disgrace is my own."  2011 p. 577

**Court** (Book 4): *Bloodletter to Heroine:* "A god-killer poison. They didn't stand a chance." She pauses, her eyes glassy with unshed tears, and my stomach twists. p. 175


19.
Villain is responsible for imprisoning the voice in heroine's head character (her father / grandfather)  and trapping him in his supernatural form

**BMR:** *Julian*: "So I took him and imprisoned him where no one would think to find him. It seemed fitting while I considered how to mete his punishment." 2011 p. 547

**Covet** (Book 3)**:** "Cyrus did this. I know it. Everything inside me screams it. He tormented this man--just like he's tormented the Unkillable Beast for a millennia--simply because he could." p. 544


20.
He's an elitist / supremacist

**BMR**: "He always felt that the Unseen shouldn't serve humanity and is an elitist." *Pitch Notes to Emily Sylvan Kim 2013.*

**Covet** (Book 3) *Hudson says:* "Not even when I was killing off the born-vampire supremacists who planned on helping Cyrus burn down the world?" p. 180

21.
He wants supernatural beings to take over the earth

**BMR**: "He believes that the Unseen should take over the earth. That this is their rightful place. He wants the Old Ways restored." *Pitch Notes to Emily Sylvan Kim, 2013*

**Crush** (Book 2)**:** "I stamped out made vampires and others because they were my father's allies, he was building an army…They had pledged their allegiance to him and were plotting to wipe out everyone in their way and bring paranormals out of the shadows." p. 459


22.
Humans are being used as an excuse for the war because they are disturbing the balance with overpopulation/ overcrowding

**BMR:** "The Compact broke when leaders of the Houses of Shadows and Light could no longer agree to keep humanity protected from the Unseen." *2013 Pitch Notes to Emily*; "There was a Compact between us, an agreement with rules followed by both sides....But it's broken and now we're all that stands between humanity and chaos." 2013 p. 201

**Crush** (Book 2):*Heroine and Hudson discussing Cyrus:* "But it's true that it's not fair paranormal creatures have to live in the shadows, always fearful of humans discovering us and trying to destroy us….Agree or disagree, Grace, that's how Cyrus is able to get so many people to follow him. Leaning in to thousands of years of perceived persecution and fear and anger, telling them humans are to blame for their lot in life, that gargoyles are standing in their way, that even their neighbors could be the enemy." p. 457-458


**BMR:** "Leaders from both Houses became dismayed to see humans destroying the earth." *Pitch Notes to Emily Sylvan Kim, 2013;* "Mother Nature has done a pretty good job of regulating herself until humans decided to play God....We're seriously out of balance." 2011 p. 123
"There's air pollution, water pollution, over population, energy use and a reliance on fossil fuels, the destruction of the rain forests. Humans are destroying the earth—and themselves." 2011 p. 293

**Crush** (Book 2) "Cause humans definitely don't have issues with overcrowding or limited resources."
p. 457  "It's about balance, Grace." p. 458