# EXHIBIT 44

# THE HEROINE'S AUNT / UNCLE

## Aunt Brie / Uncle Finn
## Witch

**Key**:
==Yellow== indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
<mark style="background: #FFF4E5">Pale yellow</mark> indicates similarity of meaning
<mark style="background: #FADBD8">Pink</mark> indicates page number proximity within 50 pages
*Blue* text indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second

## Overview of the character in context of the story

The aunt / uncle character is one of only two relatives the heroine believes she has left in the world. They are supernatural witches and she now lives with them. The heroine sees this character as a type of parental figure and they have a loving relationship. This character gives the heroine advice and information about the supernatural world after having kept her ignorant about it. They discuss the loss of her family, the character is protective of her and concerned for her safety, and at one point wants her to leave Alaska to keep her safe. They also discuss the romantic lead. The heroine has been given her father's amulet with stones / rune stones and this character urges her not to ever take it off / to keep it on at all times.

1. Heroine's remaining two family members are both witches; aunt and mother  / uncle and cousin
2. One of the heroine's parents - her mother/father is/was a witch.
3. Kisses heroine on top of her head as a sign of affection
4. Aunt / uncle pats heroine's hand when talking about her family members' deaths
5. Aunt / uncle talk to heroine about an amulet / set of rune stones that was once her father's and now belong to the heroine
   A. Heroine describes what the amulet / runes look like, and the semi-precious stones
   B. Her aunt / uncle explain the meaning of the semi-precious stones to the heroine
6. The heroine's emotions stick in her throat during this conversation about the stones and her father
7. The heroine's aunt / uncle tells the heroine not to take the object off, ever / to keep it on her at all times

8. When aunt / uncle talk to heroine about the stone and her father, the aunt / uncle is not forthcoming
9. Heroine learns there is war among supernaturals with earth as the battlefield / a giant turf war
    A. The heroine contemplates her new reality regarding the supernatural, school, things that go bump in the night and the war
10. Heroine's aunt and mother / uncle and cousin kept the supernatural world from her and she is upset
11. Heroine's aunt, mother / uncle want her to leave Alaska because they believe she's in danger, that she might be killed
12. Heroine tells her aunt and mother / uncle that she doesn't want to leave Alaska
13. Mother and aunt tell heroine there has already been too much loss in their family and they won't risk losing her / Uncle promised he would take care of her if anything happened to her parents and he can't let anything happen to her
14. Heroine ends up staying in Alaska
15. Heroine is told by vampire prince / her uncle that vampires are born
16. Heroine is told by vampire prince / her uncle that vampires can also be made
17. Heroine wonders /is told by her uncle that a genetic mutation causes romantic lead's kind of supernatural being
18. Romantic lead / uncle tells heroine that romantic lead's kind of supernatural is due to a gene
19. Romantic lead / uncle tells heroine that sometimes the romantic lead's kind is born not knowing what they are and can kill people
20. Heroine thinks romantic lead / uncle has a woodsy scent

1.
Heroine's remaining two family members are both witches; aunt and mother / uncle and cousin

**BMR:** *Heroine*: My mom and my aunt are both witches, but not exactly the Wiccan variety as I had been led to believe. 2013 p. 220

**Crave** (Book 1): *Cousin to heroine:* "A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing."  p. 316; *(A warlock is a male witch)* I break off, still having a hard time wrapping my head around the fact that my dad was a real-life witch. p. 339 *(Heroine's dad and uncle are both witches).*


2. One of the heroine's parents is a witch

**BMR:** Kindred…They're witches but in a very real, primal sense of the word. 2010 p. 374

**Crave:** I break off, still having a hard time wrapping my head around the fact that my dad was a real-life witch. p. 339 *(Heroine's dad and uncle are both witches).*


3.
Aunt / uncle kisses the heroine on top of the head as a sign of affection

**BMR**: She kisses the top of my head as she gets up to leave. 2013 p. 128

**Covet** (Book 3): He hugs me back and presses a fatherly kiss to the top of my head. p. 423


4.
Aunt / uncle pats heroine's hand after discussing death of her parents

**BMR:** *Mother and aunt with heroine:* "Not until the question of your father's death is resolved, no." Marchalene's tone is emphatic. Aunt Brie pats my hand. 2013 p. 76

**Crave** (Book 1)**:** *Heroine and uncle:* ... Uncle Finn looks so much like my dad that it takes every ounce of willpower I have not to cry… "Losing your parents, the move, Katmere Academy, Alaska-it's a lot to get used to, even without altitude sickness."...Just pats my hand before wandering back to the built-in vanity where Macy is still getting ready." p. 116

*The heroine's aunt / uncle discusses with the heroine a special stone amulet / rune stones that belonged to the heroine's father. This scene (#5-8) is taken from BMR 2011 p. 80 -81 and p. 439  and used in Covet (Book 3) on p. 423-424.*

5.
Aunt / uncle talk to heroine about an amulet / set of rune stones that was once her father's and now belong to the heroine

**BMR**: *Aunt to heroine:* "Do you still wear your amulet every day, the one Dante gave you?" … I love it not only for its beauty but because it reminds me of my dad. 2011 p. 79-80
*(Aunt calls heroine's father by his name, Dante)*

*Romantic lead to heroine:* "Though it's strange your father gave you his own and so early."
p. 439 *(Conversation with romantic lead later in the story about the amulet)*

**Covet** (Book 3)**:** *Uncle to heroine:* "They were your father's Grace. He left them in my safekeeping ...once you got here, I knew they were meant to be yours." p. 423
*(set of her father's rune stones)*

  A. The heroine describes what this object of her father's looks like

**BMR**: On the front is a depiction of a jackal's head in profile wearing an Egyptian headdress and collar encrusted in lapis and carnelian. 2011 p. 80

**Covet** (Book 3): Nestled inside is a rectangular stone. It's bright pink (big surprise) with a few white-and-maroon-colored lines running through it, and carved on the top is an inscription--two Vs nestled together on their sides. p. 423

  B. Her aunt / uncle explain the meaning of the semi-precious stones to the heroine

**BMR:** *Aunt to heroine:* "Carnelian is an energy booster. That makes sense doesn't it, because it's red?... Lapis is an ancient stone of the most powerful protection. It's said to shelter the wearer from danger. But it can also help you tap into your own inner power." 2011 p. 80-81

**Covet** (Book 3): *Uncle to heroine:* "The stone it's carved in--rhodochrosite--means the same. Emotional healing and joy." p. 423

6.
<u>The heroine's emotions stick in her throat during the conversation with her aunt /uncle about her father's amulet / runes because she misses her father</u>

**BMR:** I swallowed a lump in my throat. 2011 p. 81

**Covet** (Book 3): ...a sob rises up out of nowhere and lodges in my throat. p. 424


7.
<u>The heroine's aunt / uncle tells her not to take the object off, ever / to keep it on her at all times</u>

**BMR**: *Aunt to heroine:* "You mustn't take it off. Ever." 2011 p. 81

**Covet** (Book 3): *Uncle to heroine:* "No matter what happens, no matter where you are in the next several days and weeks, I want you to keep that rune on you at all times." p. 424


8.
<u>When aunt / uncle talk to heroine about the stone and her father, the aunt / uncle is not forthcoming</u>

**BMR**: *Heroine and Aunt Brie:* "I decided to press and see how far she'd go. There was always the feeling, even with my Aunt Brie, of hidden doors that I wasn't to try and open—things I wasn't to ask and we couldn't discuss. I wondered if she'd tell me more, more about my dad, more about the time before we came to Alaska… "Did he practice the Craft, Aunt Brie?" "Not exactly." She gave me an enigmatic smile. 2011 p. 81

**Covet** (Book 3): *Heroine and uncle:* "Is there a reason why-" "You'll know why soon enough," he tells me. "And you'll know when. Just remember to trust yourself and the people who love you. We've got you." He looks like he's about to say more…" p. 424


***In this scene (#9-14) the heroine learns from the romantic lead / her uncle about the supernatural war that is going on. In BMR 2011 p. 230, earth is a battlefield, in Crave (Book 1) p. 344 it's described as a giant turf war. The aunt / uncle also explains to the heroine that she is in danger and should leave Alaska, but she doesn't want to and ultimately doesn't. BMR 2014 p 279-280 & p. 373-375 are combined in Crave p. 345-351.***

9.
<u>Heroine learns there is war among supernaturals with earth as the battlefield / a giant turf war</u>

**BMR:** *Romantic lead to heroine:* "...you believe in the supernatural," he began. I nodded…. "Well, there are good guys and bad guys in the supe world." …He leaned forward, his features suddenly animated, his voice intense. "There's a war going on, Anna. It's happening all around us every day …"Beings of myth and legend are fighting each other every day with Earth as the battlefield. 2011 p. 230

**Crave** (Book 1): *Uncle Finn to Heroine:* …. my uncle kind of grimaces. "...It's not exactly easy to hide the fact that vampires and dragons are real when we're in the middle of a giant turf war." "Turf war?"... we're talking about different supernatural species ... . p. 344

    A.  <u>The heroine contemplates her new reality regarding the supernatural, school, things that go bump in the night and the war</u>

**BMR:** A reality where the supernatural was, perhaps, natural. … "The things that go bump in the night….All the fairy tales and stories…they're true." …How could I possibly reconcile school with demons, werewolves and a supernatural war? 2011 p. 236-237; 230; 462

**Crave** (Book 1): "...everything you'd ever heard about the supernatural world was actually real...this school is filled with things that go bump in the night...vampires and dragons are real when we're in the middle of a giant turf war…." p. 343-344

10.
<u>Heroine's aunt and mother / uncle and cousin kept the supernatural world from her and the heroine is upset</u>

**BMR**: "Why haven't you told me anything?" … "We couldn't tell you without putting you in danger." 2013 p. 343; 344-345 "Alaska is the one place in the world we knew you'd be safest…" 2013 p. 345

**Crave** (Book 1): "Why didn't you tell me? You could have told me when you asked me to move to Alaska, when you came for the funerals."... "..it seemed easier to leave you in the dark for a while. Especially…after talking to Dr. Blake, she thought we should let you get used to Alaska, and the huge change in your life…" p. 343

11.
<u>Heroine's aunt, mother / uncle want her to leave Alaska because they believe she's in danger, that she might be killed</u>

**BMR**: *Mother, aunt and heroine:* "They can't find out about her. Or us. I say we leave at first light."... "*Leaving?!* Aren't you overreacting a bit? Why can't they know about me?"… "Because they'll kill you." 2014 p. 279

**Crave** (Book 1): *Heroine and uncle:* "No one is trying to kill me—someone just had an oops with their powers… "We're not sure…" My uncle is back to steepling his fingers. "That's why I want to send you back to San Diego." "Send me back?" p. 345-346


12.
<u>Heroine tells her aunt and mother / uncle that she doesn't want to leave Alaska</u>

**BMR**: *Heroine to aunt and mother:* "*I can't just leave!*" 2014 p. 279

**Crave** (Book 1): *Heroine to uncle:* "I don't want to go back to San Diego, Uncle Finn." p. 350


13.
<u>Mother and aunt tell heroine there has already been too much loss in their family and they won't risk losing her / Uncle promised he would take care of her if anything happened to her parents and he can't let anything happen to her</u>

**BMR**: *Mother to heroine with aunt*: "…we've—lost everyone we care about. All of our family. My husband, our brother, cousins, parents—I cannot and will not lose you." 2014 p. 280

**Crave** (Book 1): *Uncle to heroine*: "What happens if you end up getting seriously hurt?" He shakes his head. "I wouldn't be able to live with myself." p. 345 "On the day you were born, I promised your father I'd take care of you if anything ever happened to him, and I am not about to let him down." p. 351

14.
<u>Heroine doesn't end up leaving Alaska</u>

**BMR**: It's been nearly a week since the night that changed everything. 2014 p. 373 *(the night the heroine's aunt and mother said it was time to leave Alaska and the kidnapping)*; "I'm thinking we should go some place warm for Christmas…" p. 375 *(heroine says since they are staying in Alaska)*.

**Crave** (Book 1): "Okay. Grace. If that's how you feel, you know you can stay." p. 351

*In this short scene (#15-21) the heroine is told by the vampire prince / uncle that vampires are born but can also be made. BMR 2011 p. 541-542; 2010 p. 438 sourced for Crave (Book 1) p. 348. There is also a discussion about vampires born into families not knowing what they are and running rampant killing everyone Crave (Book 1) p. 350; this is taken from BMR 2010 p. 338-339 about Berserkers born into families not knowing what they are and fighting until no one is left standing.*

*The heroine and romantic lead / uncle discuss the romantic lead's kind of supernatural. Genes and genetic mutations are also mentioned here. BMR 2010 (p. 338-339), BMR 2011 (p. 421-422) is used for Crave (Book 1) (p. 348), note the close page proximity.*

15.
<u>Heroine is told by vampire prince / her uncle that vampires are born</u>

**BMR:** *Vampire prince to heroine*: "Our kind are born you know..." 2011 p. 541; 2010 p. 438

**Crave** (Book 1)**:** *Uncle to heroine*: "Jaxon was born a vampire...Vampires can be made... but they can also be born." p. 348

16.
<u>Vampire prince / uncle tells heroine that vampires can also be made</u>

**BMR**: *Vampire prince to heroine:* "rarely are any Sanguine converted. It's a risky venture for a mortal and the Other races—well, they don't exactly appreciate the benefits of such a conversion." 2011 p. 541-542; 2010 p. 438

**Crave** (Book 1):*Uncle to heroine:*  "Vampires can be made--in fact most of them are." p. 348

17.
<u>Heroine wonders / heroine is told by her uncle that a genetic mutation is what causes romantic lead's kind of supernatural being</u>

**BMR**: Maybe his glow-in-the-dark eyes ran in his family. Maybe it was some kind of genetic mutation. 2011 p. 186

**Crave** (Book 1): "Like other things, vampirism is a genetic mutation." p. 349


18.
<u>Romantic lead / uncle tells heroine that romantic lead's kind of supernatural is due to a gene</u>

**BMR**: *Romantic lead to heroine:* "Every now and then someone is born with a dominant Berserker gene…If you're being polite about it, I'm a Sentinel…If you don't want to play nice, then I guess you'd say I'm a Berserker like my dad…" 2010 p. 338-339; 2011 p. 421-422

**Crave** (Book 1): *Uncle to heroine:* "It's a genetic mutation, so yes, vampires can be born to anyone. Usually they aren't." p. 349


19.
<u>Sometimes the romantic lead's kind is born not knowing what they are and can kill people</u>

**BMR**: *Romantic lead to heroine:* "Technically, Dad's a Berserker…every now and then someone is born with a dominant Berserker gene…He was seven. The villagers were terrified of him. They didn't know whether his magics were a gift from the gods or a curse...they cast him out...Berserkers...fought until no one was left standing…Fortunately, one of our kind found him…" 2010 p. 338-339; 2011 p. 421

**Crave** (Book 1): *Uncle to heroine:* "…other born vampires do happen. They're the ones you read about in stories, because they don't have any knowledge of who or what they are so they…" "Run rampant killing everyone in sight?" "…They are the ones who don't know any better."  p. 350

20.
<u>Heroine thinks romantic lead / uncle has a woodsy scent</u>

**BMR:** *About romantic lead*: "He smelled wonderful, a clean, woodsy scent." 2010 p. 14
**Crush** (Book 2): *About Uncle Finn:* "...even as his familiar woodsy scent…"  p. 8