# EXHIBIT 45

# HEROINE'S GRANDMOTHER
*She didn't know she had*
## High Priestess / Bloodletter
Twin Goddess creation story
*"More than a hint of danger / avarice" in her green eyes*

**Key**:

<mark>Yellow</mark> indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
<mark>Pale Yellow</mark> indicates similarity of concept or meaning
<mark>Pink</mark> indicates page number proximity within 50 pages
*Blue text* indicates notes prepared prior to and during writing shared with the agent
/ is used to explain a concept between the two works. BMR is first / Crave series is second

**God of Chaos:**
The God of Chaos is a character in both works. In BMR, the God of Chaos is intended to be the Heroine's father. In the Crave series, the God of Chaos is the Heroine's grandmother[1].

**Bloodletter:**
The Bloodletter is a character in both works. In BMR, it is the second love interest. In the Crave series, the Bloodletter is the Heroine's grandmother, who is also the God of Chaos[2].

### Overview of the character in context of the story

The heroine does not know she has a grandmother. This character is dangerous and has 'more than a hint of danger / avarice in her green eyes. She gives the heroine indirect advice, the kind that forces the heroine to make her own decisions. She is part of the twin goddess creation story, descended from a deity and lives in a place that is very hard to find. She tells the heroine about the great gift that has been bestowed upon the heroine, one which demands /requires sacrifice.

---

[1] **BMR**: *I freed a god! And not just any god—the God of Chaos himself.* 2016 p. 101
  **Court:** Maybe having the God of Chaos for a grandmother isn't as scary as that sound**s**. p. 670

[2] **BMR:** "The Bloodletter, huh?" 2013 p. 465
  **Crush**: "The Bloodletter?" I repeat, because it's not a name I've ever heard before. p. 132

1. The High Priestess/ Bloodletter has more than a hint of danger / avarice in her green eyes
2. She is the heroine's grandmother that the heroine never knew she had
3. The heroine is reminded of a fortune-teller when she's with her
4. She lives in a place that is difficult to find
5. There is a twin goddess creation story and the heroine is told that her supernatural kind were created to bring balance, and that she descends from one of the twin goddesses
    A. Grandmother is the daughter of a deity, and the heroine learns she is the granddaughter of this being and about the balance
    B. The heroine is a Kindred/Gargoyle and their supernatural kind bring balance to the world
    C. Shadows and Light/ Chaos and Order. The heroine has the ability to hold / balance both within her
    D. The war has been going on forever, between supernatural beings, and supernaturals and humans
    E. The balance is off and the world is in danger, with storms and erratic weather due to the fighting
6. She was / is a vampire
7. She has terms of endearment for the heroine, calling her child and darling
    A. She calls the heroine child and tells her it's been so / too long
    B. She calls the heroine darling
8. She hugs the heroine
9. Heroine tells her that she feels she doesn't have a choice
10. She tells the heroine she has been given a great gift that demands /requires sacrifice
11. Heroine thinks about a test when she's with this character
12. She tells the heroine that magic has a price
13. Heroine / Romantic lead wants her to tell them what to do, but she doesn't. She answers the question with a question
14. Her eyes glisten with unshed tears when she talks to the heroine about the vampire prince/ vampire king's bad acts that have caused so much strife
15. She tells the heroine to sit and motions for her to do so. The heroine notices the colors and tries to make sense of the scene

1.
The High Priestess / Bloodletter has more than a hint of danger / avarice in her green eyes when she and the heroine see one another:

**BMR**: *Heroine:* More than a hint of danger lurks in those jewel-green eyes...I wonder what she sees when she looks at me?  2016 p. 98

**Crush** (Book 2)**:** *Heroine:* Because while the Bloodletter might look like the sweetest grandma ever, her green eyes gleam with shrewdness–and more than a hint of avarice–as she looks me over. p. 146-147


2.
The High Priestess / Bloodletter tells the heroine she's her grandmother*:*

**BMR**: *High Priestess to Heroine:* "For I, the High Priestess, am your grandmother." 2013 p. 436

**Court** (Book 4): *Bloodletter to Heroine*: "...I am…The God of Chaos,' she answers. '...you're my granddaughter.' p. 159


3.
Heroine is reminded of a fortune-teller when she's with the High Priestess / Bloodletter*:*

**BMR:** *Heroine with High Priestess:* I ask, just like any love-sick girl at a fortune-teller's booth. 2013 p. 433-434

**Covet**: *Heroine with Bloodletter:*  Like I'm at one of those fake fortune-tellers who just give people what they want to hear. p. 112


4.
The High Priestess / Bloodletter lives in a place that's difficult to find but the heroine visits her there

**BMR:** *Heroine and High Priestess*: "This place. Where are we?"... "There was a time when the gates between the worlds drifted in the mists and were open to those who willed it…Only those of our blood, Kindred blood, may walk here now, though it was not always so." 2013 p. 430 Dracon-dragon shifting people live in ice caves in Alaska and Russia." *The World Notes, 10-2010*

4

**Crush:** *Heroine about Bloodletter:* I never would have guessed that considering she lives in an ice cave in one of the most remote areas of Alaska. p. 142

**Crave:** *Romantic lead visiting the Bloodletter:* The Bloodletter lures humans to the cave instead of going out to hunt…the weather is so bad that this area is nearly deserted. p. 565


5.
<u>The twin goddesses and the creation story; the heroine's supernatural purpose to bring balance. The ongoing war between supernatural beings. (A-E)</u>

   A. <u>Grandmother is the daughter of a deity, and the heroine learns she is the grandaughter of this being and about the balance.</u>

   **BMR**: *Grandmother to Heroine:* "True daughters of Isis are always born as fraternal twins, like Isis and her twin sister, Nephthys. Like your mother and Roselyn." She pauses and lowers her voice. "Like you and Emmaline." 2016 p. 104-105; *Heroine:* I understand that the balance is harmony, an accord of light and dark. You can't have one without the other because they're two sides of the same coin; each opposite is essential to maintain the balance and rhythm of life on earth. 2013 p. 90

   **Covet** (Book 3): *Grandmother's twin sister to Heroine*: "The children were sisters, twins in fact, born of two deities, Zamar and Aciel, who loved each other so much that they wanted to have a child. But the universe requires balance, and so they had two daughters, each a different side of the same coin." p. 392


   B. <u>The heroine is a Kindred/Gargoyle and their supernatural kind bring balance to the world</u>

   **BMR**: "The ancient gods created kindred to act as liaisons between themselves and the humans." 2016 p. 103-104; "All kindred have a calling, the one thing we alone are meant to do to maintain the balance." p. 4

   **Covet** (Book 3): "And so, upon realizing that the world and creatures created by the daughters might never find balance-which would leave them trapped on earth forever-Aciel gifted them with a creation of their own. Gargoyles… In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles." p. 397-398

   **BMR:** "And your greatest gift is maintaining the balance. It is your destiny." 2012 p. 216 "Maintain the balance, no matter the cost." 2013 p. 222

**Covet**: "They wanted help finding a way to bring gargoyles back...without the balance gargoyles bring to us, the paranormal world was spinning rapidly out of control...p. 111-112; "For what befalls one sister must always befall the other--to maintain the balance." p. 395

C. Shadows and Light/ Chaos and Order. The heroine has the ability to hold / balance both within her

**BMR**: "*You will be of Shadows. You will be of Light. That is your destiny.*" 2014 p. 357 "...the ability to balance both Shadows and Light within yourself and emerge transformed will be your greatest challenge. And your greatest gift in maintaining the balance… You will need to balance both." 2013 p. 220

**Covet**: "...you hold both within you. A desire to create order, a desire to create chaos....It's this ability that allows you to straddle both worlds…" p. 398

D. The war has been going on forever, between supernatural beings, and supernaturals and humans

**BMR**: "There's a war going on...Beings of myth and legend are fighting each other every day with Earth as the battlefield." 2011 p. 230

**Crave** (Book 1): "It's not exactly easy to hide the fact that vampires and dragons are real when we're in the middle of a giant turf war." p. 344; I think of Hudson and my mother and the nightmare of keeping the different factions from dissolving into civil war. p. 567

**BMR:** "We are at war, child, a war that has been waged since the beginning of time itself. In all of life there is light and dark. Good and evil. But there must be balance." 2011 p. 574 There must be balance in the world. *The Plot, 2008*

**Covet** (Book 3): "You cannot have strength without weakness, beauty without ugliness, love without hate… good without evil." p. 393… "But from the moment they were created, humans and paranormals have been at odds...went to war…" p. 394 "The universe requires balance in all things." p. 395

**BMR:** "In the olden times, the Order was a council comprised of delegates from every race," she says. "Shadows and Light worked together forging laws and peace. During World War II…Now the Order will only allow Light to serve on the council". 2014 p. 377

**Crush** (Book 2): "Like I was saying, gargoyles are old-although not as old as vampires...they didn't exist before the First Great War but were around by the time of the Second. There are all kinds of origin stories,...the witches bringing them into existence in the hopes of saving themselves and humans from another great war." p. 219

E. The balance is off and the world is in danger, with storms and erratic weather due to the fighting

**BMR**: "The demons have grown too strong and they've tipped the balance. That's why the environmental problems, the weather..." *2013 Chapter Outline to Emily Sylvan Kim Ch 43* "Now that the Compact is broken, the world is out of balance." 2014 p. 272 "The fighting among the supernaturals is causing problems in the world at large. Erratic weather, storms, wars among humans…" *The World Notes 2010*

**Covet** (Book 3): *Grandmother to heroine*: "...a coven of witches came to me in the middle of the worst snowstorm Alaska had seen for nearly fifty years...worried for the fate of...the world, both human and paranormal....and without the balance the gargoyles bring to us, the paranormal world was spinning rapidly out of control. It had gotten so bad that it was affecting the human world, and that was endangering us all." p. 111-112

6.
She was/ is a vampire:

**BMR:** *High Priestess to heroine:* "...for a time I walked as a Sanguine." 2011 p. 576 (Sanguine is vampire in BMR).

**Crush** (Book 2): "She's an Ancient," Jaxon tells me. "A vampire who has been alive longer…." p. 130

7.
She has terms of endearment for the heroine, calling her child and darling

A. She calls the heroine child and tells her it's been so / too long

**BMR**: "It's been so long since I've held you, child." 2013 p. 429

**Covet** (Book 3): "Come here so I can see you, child. It's been too long." p. 103

B. <u>She calls the heroine darling</u>

**BMR**: "You must come darling one, there isn't much time…" 2011 p. 388

**Crush** (Book 2): "If you want your mind and body back, my darling---" p. 151

8.
<u>The High Priestess / Bloodletter hugs the heroine:</u>

**BMR:** *She takes me in her arms and holds me close*… 2013 p. 429 'For I, the High Priestess, am your grandmother.' *'I have a grandmother?!'* p. 436

**Covet** (Book 3)**:** ...then I kind of freeze as she pulls me in for a hug, like I'm some kind of long-lost relative or something. p. 103

9.
<u>The heroine tells the High Priestess / Bloodletter that she feels like she has no choice. The High Priestess / Bloodletter asks her about that, the heroine blurts out / gives an uncensored reply.</u>

**BMR:** *Heroine to High Priestess*:
"Don't you think that should be up to you to decide, child?" "Do I really have a choice?" I ask. "Because it doesn't seem like it"….. "I don't want it." I can't believe I've just blurted it out like that but something about her or maybe something about this place, allows the masks to fall away. 2013 p. 432

**Covet** (Book 3) *Heroine to Bloodletter*:
 "I don't think I've had much choice in any of this," I tell her. "It  seems like all the choices have been made for me." "How do you feel about that?" "Like I want to rip someone's head off." Again, the words come out before I think to censor them, so I end up backtracking. p. 111

***The High Priestess / Bloodletter tells the heroine that she has been given great/beyond measure gifts/a gift that demand / require sacrifice:***

10.
She tells the heroine she has been given a great gift that demands /requires sacrifice

**BMR**: *High Priestess to Heroine*:
I flip it over and my breath hitches.… "You have been given great gifts, child. Such gifts Demand sacrifice." "Sacrifice?" I ask, recoiling. "What does that mean exactly?" "It is a rule of the universe that as great as the gift bestowed, so too must be the sacrifice exacted. Thus is the balance maintained." My hands are pressed to my middle, instinctively guarding myself against what is to come. I've already used the gifts so I suppose there's a no return policy at this point. … The High Priestess asks. I sigh a troubled sigh… I close my eyes and clear my mind or at least I try to. No matter how many calming breaths I take…2013 p. 433

**Crush**: *Bloodletter to heroine:*
The Bloodletter has given me a gift beyond measure… "I know a lot of things, Grace, and I can do almost as many."... Even though I know I'm in the middle of a giant illusion. … "If you want your mind and body back, my darling-…. It's going to require sacrifice. Probably more than you're willing to give." I swallow. "What does that mean exactly?" But she pats my hand and simply says,… "How are you doing this?" I gasp as I let the water run through my fingers…
p. 151


11.
Heroine thinks about a test when talking to the High Priestess / Bloodletter, her grandmother:

**BMR**: "Test?"... "In such matters, there is always a test." 2013 p. 435

Covet (Book 3): Is it a test? Well, if it's a test, I decide, I have every intention of passing.  p. 103


12.
The High Priestess / Bloodletter tells the heroine that magical gifts / magic has a price:

**BMR**: "Our gifts come with a price." 2013 p. 92

**Crush**: "Because, like all magic, it has a price." p. 168

13.
<u>Heroine / Romantic lead wants the High Priestess / Bloodletter to tell them what to do, but the High Priestess / Bloodletter doesn't tell them and instead asks them a question</u>

**BMR**:
*Heroine:* "I don't understand. What am I supposed to do?" 2012 p. 499
*High Priestess:* "But you want someone to tell you who you are and what to do with your gifts. Don't you think that should be up to you to decide, child?" 2013 p. 432

**Crave** (Book 1):
*Romantic lead:* "Can't you just tell me what you mean? Can't you just tell me what to do?"
*Bloodletter:* "Nobody can tell you what to do, Jaxon. It's been your greatest strength–and your greatest problem. Why change that now?" p. 569


*The High Priestess/Bloodletter discuss Julian the vampire prince's / Cyrus the vampire king's bad acts with Heroine:*


14.
<u>Her eyes glistened/glassy with unshed tears</u>

**BMR:** "Our kind belong to the gods alone." Her eyes glistened with unshed tears. "Julian's disgrace is my own." 2011 p. 577

**Court** (Book 4): "A god-killer poison. They didn't stand a chance." She pauses, her eyes glassy with unshed tears, and my stomach twists. p. 175


*The heroine visits this character in the place where this character lives. Two chairs, heroine is motioned to sit, gray, white, black – she tries to / doesn't make sense of the scene around her*

15.
<u>The High Priestess / Bloodletter tells the heroine to sit and motions/gestures for her to do so. She notices all the colors -white, gray and black and two chairs. She tries to / doesn't make sense of the scene</u>

**BMR:** I blink and stare harder, trying to make sense of the scene. They're dressed in all manner of clothes; many in white, gray or black hooded robes, others in diaphanous gowns of all colors …I'm filled with a sense of awe and wonder. ..The High Priestess leads me to the center of the ring to a wooden table and two chairs. She sits down and motions for me to take the seat opposite hers. 2013 p. 431

**Covet** (Book 3): The Bloodletter with a strange kind of fascination that doesn't make sense at all…. "Sit, sit," she says as she gestures to the black couch … Before, the couch was a warm harvest gold, facing two wingback chairs in deep red …Now, everything in the room is black and gray with accents of white. Even the art on the wall is in shades of gray, with only a couple of bold slashes of red.
p. 104-105