# EXHIBIT 46

<strong>BMR AND CRAVE LANGUAGE SAMPLE</strong>

**Key**:

Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked

Light yellow indicates similarity of meaning

Pink indicates page number proximity within 50 pages

*Blue* text indicates notes and outlines shared with the agent

/ is used to describe events between the two books. BMR is first / Crave series is second

1.

Ronan  licks his thumb while gazing at heroine / Romantic lead sucks his thumb while gazing at heroine

He brought his thumb to his lips and*  …  his thumb and gently wiped away the…my cheek…I/he tastes…his eyes… gaze…my lips…laughter

**BMR:** …touching his stormy blue eyes…framing my face my face in his hands. .. He took the pad of his thumb and gently wiped away the tears that had stolen their way down my cheeks. "The next time I taste the salt of your tears, let them be tears of joy and laughter." He brought his thumb to his lips and licked it, his gaze locked with mine. I jerked away, his words and actions making me uneasy. 2011 p. 594

**Crave:** My hand goes to my cheek, …when I was trying to get away from him. "Not there." He lifts his hand to my mouth and gently..feel him-brushes his thumb across my lower lip. "Here." He holds his thumb up, and… I can just see the smear of blood glistening on his skin…. I reach to wipe away the blood. "Let me-" He laughs, cutting me off. Then brings his thumb to his lips and-holding my gaze with his own-sticks his thumb in his mouth and slowly sucks off the blood. …Maybe it's the way his eyes heat up the second he tastes my blood. p. 61-62

A.

**BMR:** He brought his thumb to his lips and licked it**,** his gaze locked with mine. 2011 p. 594

**Crave:** Then brings his thumb to his lips and —holding my gaze with his own—sticks his thumb in his mouth and slowly sucks off the blood.  p. 62

2.

Heroine's female relative (mom / cousin) looks in pockets/ drawers and puts a black choker / black tie "around my neck" and compliments heroine on how it looks

**BMR**: She whisked through the pockets and snatched out a black lace choker with small charms….she came around behind me and fastened the choker around my neck. She stepped back down studying me as she turned me this way and that. "Oh, that's lovely. Much better," she said, admiring her handiwork. 2011 p. 219

**Crave**: Macy tells me as she opens one of my dresser drawers and pulls out a black tie with purple and silver stripes on it.   …She starts by draping the tie unevenly around my neck… 'Looks good,' Macy says as she steps back to admire her handiwork. p. 206

3.

Heroine/ romantic lead is stunned, mouth opens and closes like a fish out of water, struggles for

 **BMR**: Stunned, …. My mouth opens and closes like a fish out of water; my diaphragm spasms as I struggle for air, my body thrashing." 2011 p. 2

**Crave:** Stunned, his mouth opening and closing like a fish out of water as he struggles for a decent response"p. 373

4.

Romantic lead winks at heroine. It*aliciz*ed *Winks*. (See supporting passage)

**BMR**: He clasps my gloved hand in his and winks. *Winks*. He thinks this is funny. 2014 p. 168

**Crave**: He looks over his shoulder at me and winks. He *winks*.  p. 259

5.

First Meet: Romantic lead grins at heroine: as if he knows exactly what effect he has on her

**BMR:** He grins a wicked grin and winks at me as if he knows exactly what effect he has on me." 2013 p. 20; 2012 p. 17

**Crave:** And now he's grinning, one corner of his mouth turning up in a crooked little smile that I feel in every single cell. Which only makes it worse, because that smirk says he knows exactly what kind of effect he's having on me. p. 22

6.

Heroine describes romantic lead and her interactions with him as "Something about him, I can't quite put my finger on"

**BMR:** "There's something about him, I can't quite put my finger on it—"2010 p. 245

**Crave:** … with anger and something I can't quite put my finger on as he stares down at me. p. 243


7.

Heroine says I don't want to hear what they have to say.  BMR references cards being drawn, while Crave  references students approaching.

**BMR**: I just don't always want to hear what they have to say.  2011 p. 86

**Crave**: ... but I don't really want to hear what they have to say.  p. 328


8.

Heroine describes conversation with villain/ romantic lead when she feels challenged,  "I look him straight in the eyes and …."No..He laughs."

**BMR:** And if he wants Marchalene to come here, well, I'm not going to give him the satisfaction. I look him straight in the eyes and hand the phone back. "No?" He laughs." 2013 p. 403

**Crave:** Maybe that's why-instead of moving around him and running back to the castle like I should-I look him straight in the eye and say, "No. I don't answer to. "He laughs. " p. 127


9.

Evil female vampire is thrown against wall for harming heroine:  Giant / loud wrenching sound, thrown across the room, she hits the wall

**BMR:** Julian…he threw her across the room…..She fell into a heap against the wall …She straightened with a loud wrenching sound. 2011 p. 552

**Crave**: A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash… p. 489-490

10.

Wizard of Oz reference: Vampires …oh my! (Wizard of Oz reference)

**BMR:** Vampires, trolls and demons oh my. 2011 p. 500

**Crave:** Vampires, dragons and werewolves oh my! p. 324

11.

Heroine describes conversation with villain/ romantic lead when she feels challenged,   "I look him straight in the eyes and ….."No..He laughs."

**BMR:** … I look him straight in the eyes and hand the phone back. "No?" He laughs. 2013 p. 403

**Crave:** …should-I look him straight in the eye and say, "No. I don't answer to you. "He laughs. p. 127

12.

Heroine talks with female character and says "I can't keep the surprise from my voice."

**BMR:** "Hot isn't he?" "Julian?" I can't keep the surprise from my voice." 2014 p. 223

**Crave:** " Did he hurt you?" "Jaxon?" I can't keep the surprise from my voice."  p. 136

13.

Heroine is told: You lost a lot of blood.

**BMR:** …cradle my head in my hands. "Easy there, Anna. "You lost a lot of blood." 2010 p. 327

**Crave** :  "You lost a lot of blood.  My artery? My hand flies.." p. 274

14.

Heroine:  Drifts in and out of fitful sleep

**BMR:** As I drift in and out of fitful sleep…." 2010 p. 158

**Crave:** I drift in and out of sleep…and eventually fall into a fitful sleep…" p. 109

15.

Heroine describes male character as he approaches heroine with  black/ dark  hair tied back in a ponytail.

**BMR:** A striking man with long black hair tied back in a ponytail sets a tea tray on the coffee table." 2013 p. 322

**Crave:** "He's got warm copper skin, dark hair tied back in a ponytail, and a black nose ring right through his septum." p. 53

16.

Heroine thinks Alaska feels like the moon; (em dashes)

**BMR:** I've always felt that winter in Alaska must be like living on the moon–at least the way it looks in pictures–all white... 2011 p. 274

**Crave**: I'm not glad I'm here–Alaska feels like the moon right now–but I'm all for things getting easier.  p. 34

17.

Heroine says but that doesn't make it any less real

**BMR:**  "It's no longer a part of this world but that doesn't make it any less real.2013 p. 88

**Crave:** "It's an absurd thought, an absurd feeling, but that doesn't make it any less real.  p. 127

18.

One of two villains says "Well, well, well. Looks like" In each book the villains look like they are from the eighties and have piercings.

**BMR**: Well, well, well. Looks like I've hit the jackpot." 2013 p. 58; 2014 p. 48

**Crave:** Well, well, well. Looks like we made it back just in time." p. 53

19.

Heroine is grabbed by male character and is restrained  my back to his front

**BMR**: The Hulk grabs me and twists my wrists behind my back, pinning me to him, my [12] back to his front. 2014 p. 49; 2013 p. 59-60

**Crave**: He yanks me hard against him–my back to his front–and wraps his arms around me as I start to struggle in earnest. p. 56


20.
Heroine in conversation while "crossing arms over her chest and." preceded by "You" followed by "You" twice.

**BMR:** "You don't ride that horse again." I crossed my arms over my chest and scowled." 2011 p. 101

**Crave:** "You suck." I cross my arms over my chest and pretend to pout. p. 511


21.
Heroine says to herself: I don't know whether to laugh …or cry/weep

**BMR:** "I'm so upset I don't know whether to laugh at the absurdity of the situation, cry, or.."2012 p. 120

**Crave:** "...his dark gaze filled with so much emotion, I don't know whether to laugh or weep." p. 382


22.
Heroine describes romantic lead actions:   He…holds out a hand to me

**BMR**: "He pats the bed and holds out a hand to me.  You okay?" 2013 p. 346

**Crave**: "He half turns, holds out a hand to me. " p. 59


23.
Heroine says to herself when she is upset:  At the unfairness of it all

**BMR:** "And that made me angry all over again. Molten rage flowed through me at the unfairness of it all. " 2010 p. 288

**Crave:** " …that's the only thing that's kept me from screaming all day, every day, at the unfairness of it all." p. 22

24.

Heroine wraps her arms around her middle / waist and curls into a ball

**BMR:** ...I wrap my arms around my middle, leaning forward and curling into a ball. 2012 p. 188

**Crave**: ...until the simple act of rolling over and curling into a protective ball feels impossible. I settle for wrapping my arms around my waist…p. 182

25.

Heroine notices: Velvet wing chair and where it is in relation to the room.

**BMR:** I sat on the plush velvet wing chair on the opposite side of the room.  2011 p. 209

**Crave:** Instead, he walks to the center of the room-and the huge red velvet wingback chair… p. 89

26.

Relative warns heroine about romantic lead:  Tell you to stay away from him

**BMR:** "“I would tell you to stay away from him but you need him to begin your journey. …" 2012 p. 218

**Crave:** "I get that you don't want me to like him- " "Hey, I told you to stay away from him because he's not an easy guy to …"  p. 175

27.

First Meet: Romantic lead wears: black jeans and a t-shirt when he first meets heroine

**BMR:** Though he was dressed well in black designer jeans and a black t-shirt...2011 p. 20

**Crave:** Then I really wish I hadn’t, because the black jeans and t-shirt he’s wearing... p. 22

28.

The heroine sees two guys and describes them prior to fight scene:    The wind.. two..in jeans and shirts..no..a second, I…black…ring…looks like…rocker…eighties

**BMR:** Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves. Puzzled, I gave them a second look. 2011 p. 519; 2013 p. 393; 2014 p. 312

**Crave:** And in walk two guys wearing nothing but old-school concert T-shirts, jeans, and lace-up boots. No jackets, no sweaters, no hoodies, even. Just ripped jeans, Motley Crue, and Timberlands. It's the most ridiculous thing I've ever seen, and for a second, I can't help wondering if …..to combat the cold gust of wind that came in with them… p. 53

29.
Heroine: Grab my backpack and head out

**BMR:** "...I grab my backpack and head out. " 2014 p. 46

**Crave:** " I get dressed in record time, then grab my backpack and head out. p. 248

30.
Heroine speaking and has to:   Get the words out, tight throat

**BMR**: My throat felt tight and I spoke slowly to get the words out as calmly as I could. 2011 p. 31

**Crave:** I barely manage to get the words out past my suddenly tight throat. p. 139

31.
Heroine's Mouth is dry/ thirsty…. blows..freezing cold air

**BMR:** "My mouth is so dry and now that I'm thinking about it, my lips tremble. When he does pull my car door open, a gust of freezing cold air blows in," 2013  p. 155

**Crave:** "I'm also thirsty from all the sugar, and I reach for the water  bottle Amka gave me. ….Right before he opens his mouth and blows a stream of freezing cold air straight at the water." p. 361

32.
Heroine asks about romantic lead: Why would he do that if he was a bad guy?

**BMR**: But he saved me! Why would he do that if he was one of the bad guys?  2014 p. 141

 **Crave:** " " Why would he do that if he's such a bad guy?" "I don't know." She looks stunned. "But just because he helped you once doesn't mean he'll do it again." p. 138

33.

Heroine: Wiggle my fingers and toes, move my

**BMR:** " I don't think I'm hurt. I wiggle my fingers and toes, move my arms and my legs and take stock." 2013 p. 463

**Crave:** " I can't roll over. I can't do anything but wiggle my fingers and toes and move my head a little, though I'm …" p. 455

34.

Heroine has conversation with romantic lead that gives her a chill that runs up / down her spine

**BMR:** A chill ran down my spine and I swear every hair on the nape of my neck stood up. 2011 p. 202

**Crave:** A chill runs up my spine at his words, has the hair on the back of my neck standing straight up. p. 397

35.

Heroine describes Northern lights: Green and purple swirl across the sky

**BMR**: The northern lights, or Aurora Borealis as Galileo named them, are glimmering ribbons that flash across the sky in Alaska in the deep winter…Just a perfect black background to showcase our own personal lightshow…Flowing streamers of brilliant green and purple swirl across a pitch-black sky." 2013 p. 153-154

**Crave**: I follow him outside, my eyes glued to the sky spread in front of us. It's lit up like one giant rainbow, the background an intense, incredible purple while swirls of periwinkle and green and red dance across it. "The northern lights,"...p. 438

36.

Heroine/ romantic lead:  Smolder…not in a good way

**BMR**: "They're looking this way and you're starting to smolder. Not in a good way." 2011 p. 103

 **Crave**: His dark eyes smolder at me–and not in a good way. p. 331

37.

Heroine mentions students/faculty member/ school and "Things that go bump in the night. I"

**BMR:** "We don't know whether another student or even a faculty member might be part of what's going on." The war. Demons and things that go bump in the night. I heard,,,." 2010 p. 232

**Crave:** "But how could anyone actually think they could hide the fact that this school is filled with things that go bump in the night? I mean, …"  p. 343


38.

Romantic lead asks if heroine is "okay" from on other side of the door

**BMR**: There could be no doubt. "You okay, Anna?" Ash asked from the other side of the door. 2011 p. 471

**Crave:** Not going to happen. "Grace!" Jaxon yells from the other side of the door. "Grace, are you okay? P. 489


39.

Heroine describes romantic lead and her interactions with him as "Something about him, I can't quite put my finger on"

**BMR:**  "There's something about him, I can't quite put my finger on it—"2010 p. 245

**Crave:** … with anger and something I can't quite put my finger on as he stares down at me. p. 243


40.

Heroine thinks the villain is a crazy vampire at climax of story

**BMR:** Great. A crazy vampire. 2010 p. 427; 2011 p. 530

**Crave:** And oh yeah, I'm being stalked by a crazy-ass vampire... p. 465

41.

Heroine refers to herself as the punch line to a joke

**BMR:** … I have a very bad feeling I'm the punch line of a joke gone Wrong. " 2014 p. 111

**Crave:** ... I'm setting myself up to be the punch line of some joke. p. 255

42.

Female friend of heroine puts her hands on her hips then character responds "Doesn't matter."

**BMR:** Lily puts her hands on her hips. "You're forgetting something. This incubus doesn't want to talk to Collin, he wants to talk to you." "Doesn't matter what he wants." 2013 p. 366-367

**Crave:** My cousin puts her hands on her hips and glares at group of girls standing by the locker room door. "Did you do this?" "Don't worry about it," I tell her. "It doesn't matter." "Doesn't matter?"  p. 246

43.

Heroine has conversation with romantic lead/ cousin about  relationship with romantic lead and says to herself I look(ed) as confused as I felt/feel.

**BMR:** "I'm sure I looked as confused as I felt. My heart was racing…" 2010 p. 233

**Crave:** "I must look as confused as I feel, because she takes a deep …"  p. 179

44.

Romantic lead leans down, presses a soft kiss / Romantic lead leans in, presses a soft kiss

**BMR:** "He leaned in and captured my lips with his own. Feather light, feather soft was his kiss, a gentle brush of his lips, the warmth of his breath mingling with my own." 2011 p. 255

**Crave:** "Then he leans down and presses his lips to mine. It's not a passionate kiss, not a hard kiss, definitely not a wild kiss. It's just the brush of one mouth against another, as soft as a snowflake, as delicate as the permafrost..." p. 270

45.
Heroine describes romantic lead "his voice, in his eyes, and the way he moves in the same sentence.

**BMR:** "The sound of his voice, the look in his eyes and the way he moves is all temptation; chocolate, velvet and sass in just the right measure." 2013 p. 148

**Crave**: "It's in his eyes, in his voice, in the way he holds himself and the way he moves. I recognize it, even acknowledge it." p. 172


46.
Heroine describes relationship with romantic lead, "it was/It's the most natural thing."

**BMR:** I understood him and I knew that he understood me. As if it was the most natural thing, I found myself opening up to him. 2011  p. 127

**Crave:**  Yet here he is, kneeling in front of me like it's the most natural thing in the world. p. 514


47.
Heroine likes Romantic lead's danger: Everything / something inside me responds to him

**BMR**: Something inside of me responded to the dangerous edge in him and liked it.  2011 p. 127

**Crave:** Not because Jaxon is blocking my way-which he is-but because everything inside me is responding to everything inside him. Even the danger. *Especially* the danger… p. 127


48.
Heroine and romantic lead: Stare back and she wonders what it would be/ feel like to kiss him

 **BMR**: I stare into his eyes wondering what would it would be like to kiss him and he stares straight back. 2012 p. 202; 2013 p. 207

**Crave**: I stare back at him, not sure what to expect…or what to do. There's a part of me that thinks he's going to back up and a part of me that really hopes he doesn't.  A part of me that wonders what it would feel like to kiss him and a part… p. 267

49.

Heroine thinks romantic lead is: intriguing, terrifying and exciting at the same time

**BMR**: I knew he was dangerous on some level yet I found him intriguing and maybe even exciting at the same time. 2011 p. 127; He captivated me in every way, he was just so appealing. And terrifying." 2011 p. 253

**Crave**: Because the longer I stand here, the more I realize this guy is as terrifying as he is intriguing. p. 25; …this boy who frustrates and terrifies and excites me all at the same time. p. 30


50.

Heroine describes female character entering room: walks into a room like she owns the place, heads turn her way

**BMR:** I've never seen anyone work a room like Taylor. She walks into the place like she owns it. Every male head turns her way… 2013 p. 272; 2010 p. 276

**Crave:** ... she walks in like she owns the place.  And maybe she does. From the way everyone in the room turns to look at her, I can believe it. p. 75.


51.

 Heroine has male character kneeling in front of her and her breath/ voice catches

**BMR:**My voice caught on a choking sob. "Please!" Julian frowned. "Anna, Anna, Anna," he crooned, kneeling down in front of me. " 2011 p. 536

**Crave:** "Here, give them to me," he says, kneeling down in front of me and gently resting my ankle on his thigh.  And just like that, my breath catches in my throat again." p. 514


52.

Heroine is told I just don't want you to be uncomfortable.

 **BMR:** "Of course. I just don't want you to be uncomfortable." 2010 p. 374

**Crave:** ""I don't want you to be uncomfortable."  p. 72-73

53.
Heroine references her dad when she was seven

**BMR:** My dad and my grandparents had all been killed in a freak accident when I was seven. "2010 p. 58

**Crave**: My dad painted a mural on my bedroom wall when I was seven. p. 439

54.
A cousin says to heroine/ heroine says about her cousin

**BMR:** She snorts. "Almost being the operative word. I know you'll never throw her under the bus. 2014 p. 90

**Crave:** She's got that right, but I'm not going to admit when would sound like I'm throwing Macy under the bus.  p. 97

55.
Heroine:  Female relative:  She reached out and grabbed my hand,

**BMR:** " She reached out and grabbed my hand, holding it tightly …" 2010 p. 54

**Crave:** "" She reaches out and grabs my hand. "Seriously, Grace."  p. 176

56.
Heroine is told: And I don't believe in coincidences

**BMR:** "And I don't believe in coincidences like that." 2013 p. 392

 **Crave**: "And I don't believe in coincidences." p. 403

57.
Romantic lead to heroine:  "You can open your eyes now," he says. I

**BMR:** "You can open your eyes now," he says. I blink several times…" 2014 p. 168

**Crave:** "You can open your eyes now," he says. I do and then nearly… "  p. 443

58.

Heroine about romantic lead's scent: His scent wrapped itself around me,

**BMR:** His scent wrapped itself around me, that male spiciness unique to Ash and intoxicating to my senses. 2011 p. 172-173

**Crave:** …and the orange and dark-water scent of him currently wrapping itself around me. p. 141


59.

Older female character (Mother/ Bloodletter) looks at heroine/ romantic lead "over the top of"

**BMR:** "She looked at me over the top of her teacup, holding it …" 2011 p. 75

**Crave:** "" She glances at me over the top of a pair of half-…"  p. 565 (POV from Jaxon)


60.

Heroine comparing her looks to mother/ cousin:   Plain brown* (with my hair, then eyes mentioned,)

**BMR:**. Unlike me with my plain brown hair, gray eyes, and stubborn disposition. 2016 p. 104

**Crave:** "… than a stretch-with my curly auburn hair, plain brown eyes, and the…" p. 73


61.

Heroine says "I just sit there, trying to absorb what he's/ she's" after discovering character had paranormal abilities.

**BMR:** "I'm not a monster, Anna so I just sit there trying to absorb what he's saying. And not…2013 p. 203

**Crave:** And that's why I'm not a witch?"... I just sit there for a minute, trying to absorb what she's telling me. And my…p. 316


62.

Romantic lead to heroine about a group trying to harm or kill heroine: Trying to do the right thing

**BMR:** He nodded. "They're trying to do the right thing even though it doesn't…" 2011 p. 240

**Crave:** ...and you think he was just trying to do the right thing?" He was, bizarre as …"  p. 503


63.

Heroine about Romantic lead:  Something different about romantic lead, magnetism

**BMR:** There's something different about him, Aunt Brie, something intense. And he has a certain presence— charm, magnetism—I can't explain it.  2010 p. 61

**Crave:** Still, there's something more to him. Something different and powerful and overwhelming, though I don't have a clue what it is…." "sheer magnetism rolling off…" p. 21


64.

Heroine's inner dialogue: she is drawn to the romantic lead, responds to the danger inside him and likes it.

**BMR**: …—maybe even to be drawn to him because he frightened me—but I was. Something inside of me responded to the dangerous edge in him and liked it."
2011 p. 127

**Crave:** …--which he is--but because everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…"
p. 127


65.

Heroine describes watching I watch in/ a kind of horrified fascination as female characters does something with heroines's personal items dress/ suitcases

**BMR:** I watch in horrified fascination as the serpent, small and worm-like, writhes…2012 p. 134

**Crave:** I watch with a kind of horrified fascination as Macy straps my suitcases to the sled. p. 9

66.

Heroine's Mouth is dry/ thirsty…. blows..freezing cold air

**BMR:** "My mouth is so dry and now that I'm thinking...When he does pull my car door open, a gust of freezing cold air blows in," 2013  p. 155

**Crave:** "I'm also thirsty from all the sugar,....Right before he opens his mouth and blows a stream of freezing cold air straight at the water." p. 361


67.

Heroine is ushered by male best friend/ uncle:   Ushers me inside the building/ room

**BMR:** "He ushers me inside the building, powdery snow …" 2013 p. 241

**Crave:** "… he opens his door and ushers me inside the most boring room…"  p. 338


68.

Heroine :  "Pitching forward, …I hit the floor/ ground

**BMR:** Pitching forward, I'm caught before I hit the floor. …" 2013 p. 237

**Crave:** …sends me pitching forward, and I hit the ground all over again.  p. 473


69.

Heroine is listening and does the following action:   Cock my head to the side

**BMR**:  Annalise. I cock my head to the side, listening." 2013 p. 306

**Crave:** It's my turn to cock my head to the side. "So what were you going to say?"    p. 262


70.

Heroine to friends/ romantic lead: Want to talk about what happened

**BMR:** *Heroine to female friends:* "Listen guys, we need to talk," I said. "You look awesome, Anna," Amanda breathed.  Thanks but I want to talk about what happened. " 2011 p. 342

**Crave:** *Heroine to romantic lead:* "...so close we're breathing the same air. "Believe me, I understand better than most if you don't want to talk about what happened to you," I whisper.  But I need you to know…" p. 389


71.

Heroine hears/says: I came (back)  to make sure you were okay

**BMR**: *Romantic lead to heroine:*  "I came back to make sure you were okay. I feel a little guilty.." 2016 p. 87

**Crave:** *Heroine to romantic lead:* "I came to make sure you were okay." Oh.  I hold out my arms, do a little self-deprecating shrug." p. 289


72.

Heroine says to herself: I don't know whether to laugh …or cry/weep

**BMR:** "I'm so upset I don't know whether to laugh at the absurdity of the situation, cry, or.."2012 p. 120

**Crave:** ".. filled with so much emotion, I don't know whether to laugh or weep." p. 382


73.

After being warned, heroine: knew something was very very wrong.

**BMR**: … and knew that something was very, very wrong. 2011  p. 153

**Crave:** …but I still knew something was very, very wrong.  P. 344


74.

Male best friend/ heroine grabs heroine/ romantic lead:  Hey! What are you doing?" I …grabbed/ grab by the/ his arm

**BMR:** Brendan grabbed me by one arm and Mason by the other. "Hey! What are you doing?" I tried to wrench my arms free, confused." 2010 p. 417

**Crave:** "… me from closing my door until he decides it's okay. "Hey! What are you doing?" I grab his arm and start trying…"  p. 310

75.

Heroine and Romantic lead, they are prevented from getting closer by a relative. Heroine: My mouth waters I breathe him in

**BMR:** I let my head droop on his shoulder, my face resting against the bare skin of his neck. His arms close around me and I breathe him in. I feel the stirrings of a strange kind of–thirst, is the best way I can describe it. My mouth actually waters and I *need* to kiss him. 2013 p. 321

**Crave:** It fills my senses, makes my mouth water and my hands ache to touch him. Makes me want to press my face into the curve of his neck and just breathe him in. I'm already on edge from his closeness, and these new longings he sets off in me have my breath catching in my throat. p. 165-66

76.

Romantic lead tells heroine their relationship:  Isn't going to be easy

A. **BMR**: "You know this isn't going to be easy for us," 2010 p. 200

   **Crave:** "This is going to be a lot of things, Grace. Easy isn't one of them." p. 167

B. **BMR**: "Anna, it's not going to be easy for us to be together." 2013 p. 224

   **Crave:**  " I told you it wasn't going to be easy." p. 225

77.

Heroine is in the fight scene at the climax of the story: Wasn't going down without a fight

**BMR**: And I wasn't going down without a fight. 2011 p. 527

**Crave**: But the smoke wasn't going down without a fight. p. 494

78.

Romantic lead's smile turns one corner of his mouth up

**BMR**: …a corner of his mouth turning up as he hands the glasses back to me. 2011 p. 24

**Crave**: And now he's grinning, one corner of his mouth turning up in a crooked little smile that I feel in every single cell  p. 22

79.

Heroine comments on character's smile: Lips tip up in a…smile

**BMR:** "Her lips tip up in a calculating smile. "He's so sweet." 2013 p.  138

**Crave:** "But the corners of his lips tip up in a very self-satisfied smile as he…" p. 129

80.

Heroine comments on romantic lead's smile:  corners of his mouth turned up…he was trying to suppress/ hide a smile.

**BMR:** The corners of his mouth turned up as though he was trying to suppress a smile 2010 p. 224;

**Crave:** ..see the corners of his mouth turning up in the smile he's trying so hard to hide. p. 385

81.

Heroine comments on romantic lead's crooked grin.

    A. **BMR:** His lips twisted in a crooked grin 2011 p. 157;

       **Crave:** The crooked grin is back, and this time when he looks me over…. p. 216; p 259

    B. **BMR:** He smiled crookedly. "Is it okay with your parents?.." 2010 p. 96;

       **Crave:** He flashes me a crooked little smile that does unspeakable things to my heart. p. 126-127

82.

Male character has: Molten amber eyes; and they are "bright"

A. **BMR**: His eyes were molten amber ringed in black, as bright and shiny as a new penny. 2011 p. 367

**Crave**: He inclines his head, watching me with those molten amber eyes of his. p. 362

B. **BMR:** Ash gazed down at me, his amber eyes bright in the darkness of my room. 2011 p. 465

**Crave:** Bright-amber eyes that seem to burn from within.  p. 35

83.

Heroine says "I don t know what else to say…"

**BMR:**  "He's here for my Initiation." "Oh." I don't know what else to say. " 2014 p. 339

**Crave**; "Oh, well, here I am." He does a mock little bow. "The next vampire liege at your service.""Ooookay." I don't know what else to say to that revelation." p. 392

84.

Heroine and Romantic lead in fight scene at climax of story: A primal war cry

**BMR:** I ran into the melee screaming at the top of my lungs—a primal war cry escaping my lips along with Ash's name... 2010 p. 452 ; 2011 p. 558

**Crave:** She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest. p. 490

85.

One of two male characters that want to fight with heroine: "reaches out and grabs me", "pulling/ yanking me",  "him, my back to his front."

**BMR:** "Fear coils low in my belly making me breathless, out of control. Punk Rock reaches out and grabs me tight, pulling me toward the van. I swing my backpack and clock him in the face. And run smack into the Hulk's chest. The Hulk twists my wrists behind my back, pinning me to him, my back to his front." 2014 p. 49

**Crave:** "I whirl around, adrenaline pumping, and make a break for the stairs. But Marc reaches out and grabs me before I make it more before I make it more than a few feet. He yanks me hard against him- my back to his front-and wraps his arms around me as I start to struggle in earnest. p. 56

86.

Heroine tells herself  to look anywhere but at him (vampire/ romantic lead who is also a vampire)

**BMR:** …head was screaming at me to look down, look away, look anywhere but at him. 2010 p. 400

**Crave:** It's my turn to glance away, my turn to look anywhere but at him.   p. 508


87.

Heroine says:  I start to weave my way through the..

**BMR:** I began to weave my way through the powdery snow, toward what I hoped was the street. I wondered if I'd make it and laughed at myself for being so jumpy. 2010 p. 476

**Crave:** But as I start to weave my way through the♦ crystal beads outside our door, Macy says, "Here, let me hold those for you. Don't want them to shock you. p. 73


88.

Heroine/ Romantic think about each other and say to themselves:  More than enough time to get

**BMR:** *Heroine:* " It was four fifteen. I had more than enough time to get it and complete the …" 2010  p. 312, 2011 p. 391-392

**Crave:** *Romantic lead:*  "Which means enough is more than enough. Time to get serious about scaring her …"     p. 542


89.

Heroine:  I'll take a quick shower and

**BMR:** "…one side as he looked at me. "Right," I agreed. "I'll take a quick shower and…" 2011 p. 467

**Crave:** "…ready for one are two very different things up here. I take a quick shower and … p. 117

90.

Heroine calls out to romantic lead:  I hold a hand out

**BMR:** "Ash! Wait!" I hold a hand out trying to stop him. …."It's all right," I call back. 2013 p. 453

**Crave:** "Jaxon!" I turn to him, … I hold a hand out to him instead and call his name over and over and over again. p. 495

91.

Heroine receives necklace from male character...the necklace …around my neck…he steps back.

**BMR:** .. only he steps back first. "There," he says. He's put the necklace around my neck? And that's all it was? "I know who and what you are, lass." His voice is calm certainty." 2014 p. 366

 **Crave:** He lowers the necklace until the stone rests a little below my collarbone and fastens it around my neck. Then he steps back to check it out. "It looks good on you." p. 443

92.

 Heroine meets romantic lead for the first time:  I rip / tear my eyes away and look anywhere but

**BMR**: I broke out in a cold sweat and forced myself to tear my eyes away… I muttered, keeping my eyes anywhere but on his face. 2011 p. 17

**Crave**: I rip my eyes away, then search desperately for something else–anything else–to focus on…Determined to avoid his eyes, I look anywhere but. p. 22

93.

Heroine offered something she wants by Romantic lead: Everything is screaming to accept

**BMR:** Everything within me is screaming to just give in and say yes to the ride. 2013 p. 51

**Crave**: I force the words out even though everything inside me is screaming for me to hold tight to the necklace and never let it go. p. 443

94.

Heroine and the voice inside head character:    Tells her to run

**BMR**: That new inner voice inside my head is warning me. The voice says run! 2013 p. 360

**Crave:** *Run, run, run!* The voice inside me is full-on screaming now…. p. 449

95.

The voice tells heroine to get away, to run     *(same page, same scene)*

**BMR:**  That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run! 2011 p. 472

**Crave:** But the voice inside me is finally back and it's urging me to run, to get away, to leave Flint and Jaxon to their fates and save myself. p. 472-473

96.

Heroine is relieved after door is closed:  The door closes behind us. I

**BMR**: An enormous sigh of relief escapes me when the door closes behind us. I… 2013 p. 238

**Crave:** The earthquake stops just as the door closes behind us. I exhale in relief … p.  242

97.

Heroine is led away by Aunt/ cousin: She herds me toward the

**BMR:** "It won't happen again." She herds me toward the stairs. 2012 p. 189

**Crave:** …I counted this time six layers, she herds me toward the door.  p. 133

98.

Heroine describes Things that go bump in the night

**BMR:** Under the cover of darkness they come, those things that go bump in the night and have terrified people since the dawn of time. 2011 p. 4

**Crave:** "So if you aren't afraid of things that go bump in the night, what are you afraid of?" p. 28

99.
Heroine comments on amulet/ Uncle "reminds me of my dad"

**BMR**: "...because it reminds me of my dad." 2011 p. 80

**Crave**: "Besides, he reminds me of my dad." p. 209

100.
Heroine describes romantic lead:  The effect he was having on me

**BMR:** "… and I knew he could literally feel the effect he was having on me because of the …" 2011 p. 457

**Crave:** "…, because that smirk says he knows exactly what kind of effect he's having on me." p. 22

101.
Heroine: The hairs on the back of my neck

**BMR:** " I didn't want to think about that! Silence." The hairs on the back of my neck stood on end. 2010 p. 314

**Crave:** "" A chill runs up my spine at his words, has the hair on the back of my neck standing straight up." p. 397

102.
Romantic Lead/ Heroine comment:  Have a lot in common, (followed by a question)

**BMR:**  "We have a lot in common, don't we?"  2010 p. 102

**Crave:** "Looks like Lia and I really do have a lot in common."  p. 101

103.
Romantic lead /heroine Cupped my jaw

**BMR:** *Romantic lead cups heroine's jaw:*… as he cupped my jaw in his hand. 2011 p. 510

**Crave:** *Heroine cups romantic lead's jaw*: ... since she cupped my jaw with her hand. p. 552

104.

Heroine mentions vampires…And who knows what else.

**BMR:** "… vampires and who knows what else. It isn't difficult to guess…"
2013 p. 398

**Crave:** "… bloodsucking and who knows what else. "And Jaxon is one of these vampires?"
p. 349

105.

Heroine/ Romantic lead conversation about their relationship

**BMR:** "Something in his expression was off.  It worried me. "That is, if you want to?"
"Of course I want to." 2011 p. 322

**Crave:** "Either you want to be with me or you don't." His laugh is dark, tortured.
"Of course I   want to be with you.""  p. 510

106.

Heroine gets a warning from raven/ cousin: I try to tell myself I'm probably being paranoid

**BMR:** The press of its stare was disturbing; there was such an uncanny look of interest in it.
I tried to tell myself I was being paranoid, my overactive imagination was running away with
me. I turned away. But when I glanced back,... The way it looked at me, something in its keen
gaze, spoke of danger—a warning—a threat. 2010 p. 38-39

**Crave:** Like she's trying to warn me and reassure me at the same time. It's so bizarre that a
frisson of unease runs down my spine, …I try to ignore the feeling, tell myself I'm probably just
being paranoid. p. 177

107.

Heroine mentions male character in front of her:   He's standing right in front of me,

**BMR:** "…share similar magic—among other things." Somehow, without me noticing,
he's standing right in front of me, framing my face in his hands." 2013 p. 450

**Crave:** "…desperately for something else-anything else-to focus on. Unfortunately,
he's standing right in front of me, so.." p. 22

108.

Heroine comments:  Like I'm being watched.

**BMR:** …prickle of unease settles between my shoulder blades. It feels like I'm being watched. 2014 p. 118

**Crave:** But I still can't shake the uncomfortable feeling that I'm being watched.   p. 131


109.

Heroine describes being with romantic lead "It's just the two of us."

**BMR:** "Everything around us melts away until it's just the two of us." 2013 p. 105

**Crave:** "… there's no one else around. When it's just the two of us texting… p. 192


110.

Heroine: My eyes bugging/ed out of my head

**BMR**: My eyes bugged out of my head as I turned to see whether my mother and aunt had noticed his super agility powers at work. 2011 p. 280

**Crave:** As we follow the tunnel, we get to a kind of rotunda-type room that pretty much has my eyes bugging out of my head. p. 239


111.

Heroine: After everything that happened

**BMR:** "It's not just that, Anna. After everything that happened today I'd feel a lot better if you were with me.  2011 p. 509

**Crave:** "After everything that just happened, it's hard to imagine that it was …"  p. 499

112.
<u>Heroine: As we make our way down the hall.</u>

**BMR:** …happily chirruping ==as we make our way down the hall==. " 2013 p. 232

**Crave:** "Obviously." ==As we make our way down the hall==,"  p. 74


113.
<u>Heroine/ romantic lead says:  Don't know what you're asking</u>
**BMR:** *Heroine to romantic lead*: "I honestly ==don't know what you're asking me==." 2010 p. 350

**Crave:** *Romantic lead to heroine:* "You ==don't know what you're asking==," he tells ==me== …" p. 377


114.
<u>Heroine: Wondering if my eyes are</u>

**BMR:** =="I== blink, ==wondering if my eyes are== playing a trick on ==me==." 2012 p. 42

**Crave:** =="I== can't help ==wondering if my eyes are== deceiving ==me== or if.." p. 13


115.
<u>Heroine thinks:  "I look back and forth between them."</u>

**BMR:** "But that=='s== just ==it."== ==I look back and forth between them==." 2016 p.67

**Crave:** =="It's== my turn to raise my brows as ==I look back and forth between them.==" p. 112


116.
<u>Heroine says herself regarding  romantic lead/ male character refuses/ without so much as bothering "To turn my head to look at him. I"</u>

**BMR:** " ==I refuse to turn my head to look at him. I== pull out my reading glasses, even though ==I don't== want ==to==." 2016 p. 23

**Crave:**  …==I== tell him ==without so much== as bothering ==to turn my head to look at him. "I don't== expect you ==to.=="" p. 310

117.

Heroine comments on time when someone is coming:    common sense kicked in

**BMR:** "…minutes ticked by as I sat there. At some point, common sense kicked in …"
2010 p. 453

**Crave:** "…a second, I wonder if it might be Jaxon. Then common sense kicks in."  p. 187


118.

Heroine: Bury my face against his chest

**BMR:** "…he says tightly. I snuggle up to him and bury my face against his chest while he
strokes my hair." 2013 p. 355

**Crave:** "… he does." "Yeah, okay." I sigh, then bury my face against his chest as I take a couple
of deep breaths. …"  p. 402


119.

Heroine/Romantic lead says Handle the truth.

**BMR:** *Heroine to herself:*  Maybe they think I'm too fragile to handle the truth. But I'm not. I'm
strong. " 2011 p. 226

**Crave:**  *Romantic lead to heroine:* "I was going to say, 'You can't handle the truth.'" He totally
deadpans it, but I burst …"  p. 262


120.

Heroine thinks to herself: Version of the truth…okay.

**BMR:** "…I knew enough to know that I should stick with some version of the truth and dig my
heels in. "Okaaay," he said, looking at me …" 2010 p. 236

**Crave:** "Which leaves me with only one option, really. A downplayed version of the truth. "It's
really no big deal, okay? My ankle's bothering me and he was trying to help.  p. 194


121.

Romantic Lead offers explanation to heroine "Why I tried to stay away"

**BMR:** "I thought I could do it, that's part of why I tried to stay away, thinking that they might be
right, but I can't." 2011 p. 171

**Crave:** "It's why I tried to stay away from you," he adds, "but we both know …"  p. 399


122.
 Heroine talks about dressing like a "newbie" in Alaska

**BMR**: New people from the Lower Forty-Eight, 'chechakos,' wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves…. I noticed that he wasn't dressed like a newbie, even though it was his first winter here. 2011 p. 118-119

**Crave:** ...because I'm a total newbie--I google how to dress for an Alaskan winter. Turns out the answer is very carefully, even when it's only November…wool tights...a layer of long underwear...fleece pants...fleece jacket...hat, scarf, gloves, and two pairs of socks...down filled hooded parka...snow boots. p. 117


123.
 Heroine thinks That was the The understatement of the year.

**BMR:** That was the understatement of the year. 2011 p. 295

**Crave:**  I'm pretty sure that's the understatement of the year, …p. 293


124.
Heroine fishes/ fumbles "my phone out out of my pocket"

**BMR:**  I fish my phone out of my pocket and flip … 2013 p. 275

**Crave:** …I fumble my phone out of my pocket… p. 364


125.
Heroine says "I whirl around to" catch who is watching her and the stalker/ romantic lead is gone. (Second Crave example, Flint best friend is watching/ looking at heroine.)

**BMR:** " I whirl around to catch my stalker in the act only to come face to face with dead air. " 2014 p. 118

**Crave:** I whirl around to find him grinning at me, amber eyes dancing wickedly." p. 85

126.

Heroine in a fight:  Fighting stance,

**BMR:** Gritting my teeth, I crouched into a fighting stance, moving as though…. 2011 p. 398

**Crave:** ... hands raised in an obvious fighting stance.  p. 421

127.

Heroine is teased by character and they say "I'm just messing with you."

**BMR:** " I'm just messing with you." 2012 p. 266

**Crave:**  "Chill, I'm just messing with you."  p. 361

128.

Heroine knows only/ one : thing I know for sure is that

**BMR:** " The only thing I know for sure is that I'm undeniably …" 2013 p. 222

**Crave:** "And the one thing I know for sure is that Hudson wasn't …"  p. 421

129.

Heroine and romantic lead: my cheek and I close my eyes…his hand

**BMR:** His fingers are gentle against my cheek and I close my eyes, pressing my face into his hand. 2014 p. 257

**Crave:** His hand comes up to cup my cheek, and I close my eyes, lean into the caress. p. 166.

130.

Romantic lead/ best friend says to heroine, "I wish it didn't have to be like this" when male character feels threatened in scene.

**BMR:** " I wish it didn't have to be like this but if this.." 2011 p. 298

**Crave:** "… ··I wish it didn't have to be like this." p. 469

131.
Heroine with romantic lead learning about supernatural world:

**BMR:** *I can't believe this is happening.* 2014 p. 178

**Crave:** I can't believe this is happening. p. 318

132.
Heroine says "I try to remember how/to breathe"

**BMR:** "I swallow and I try to remember to breathe." 2013 p. 349

**Crave:** "I shake my head, try to remember how to breathe." p. 318

133.
Heroine is embarrassed and covers her mouth and coughs

**BMR:** "... inappropriate urge to giggle, I cover my mouth and cough.
"Nice of you to join us," he says, humor touching startling ice-blue eyes." 2013 p. 38

**Crave:** "... revolt as I cover my mouth and cough hard, eyes watering and humiliation burning in my belly." p. 88

134.
Romantic leads actions saves heroine: coagulating properties..sealing

**BMR:** ...as he licked her wrist when he was done, somehow sealing the puncture…In a corner of my brain I noted that his saliva must have coagulating properties. 2010 p. 429-430; 2011 p. 532-533

**Crave:** "..but he did use his venom to seal your wound…."She bit you and injected her own venom, using the anticoagulant properties instead of the coagulant ones." p. 318- 320

135.
Heroine experiences pang of disappointment

**BMR:** … felt a pang of disappointment followed by a rush of relief. 2010 p. 466

**Crave:** … little pang of disappointment that something so wonderful is over forever.   p. 264

136.

Heroine describes fight scene/ snowball fight scene chaos all around us

**BMR**: "...chaos erupts all around us." 2013 p. 419

**Crave:** "There's chaos all around us." p. 151

137.

Heroine/ Heroine's best male friend:   Uncharacteristic behavior

**BMR:** " Rather uncharacteristic behavior for Little Red …" 2010 p. 252

**Crave:** "… Jaxon's existence. It's that uncharacteristic behavior more than anything …"p. 158

138.

Heroine with villain:  Using every ounce of willpower, I

**BMR:** Using every ounce of willpower that remained to me, I stayed firmly planted in my chair, teeth gritted to keep from crying out. 2011 p. 499

**Crave:** Then, using every ounce of willpower I have left, I close my eyes and make the gamble that she won't kill me, right here, right now. p. 479

139.

Heroine thinks:  I'm in "way" over my head

**BMR**: I was in way over my head. 2011 p. 121

**Crave**: ...I'm in way over my head here… p. 177

140.

Heroine with romantic lead and wants ground to open up and swallow me

**BMR**: Everyone turned to look at me and I swear I just wanted the ground to just open up and swallow me. 2011 p. 372

**Crave:** And keeps watching me, head titled just a little, like he's trying to figure something out while I pray for the ground to open up and swallow me. p. 254

141.
It's not Alaska, that's

**BMR:** "…used the Powers to light the way—wherever here is. It's not Alaska, that's for sure. The air …" 2016 p. 94

**Crave:** "…at-I glance at the clock-3:23 in the morning. And it's not Alaska that's keeping me awake. It'…"  p. 48

142.
Heroine: Supernatural creature

**BMR:** "…I really prepared to accept that Ash might be a supernatural creature of the night? And if he was, could …" 2010 p. 151

**Crave:** "…school might listen to him, but I'm not some supernatural creature. I'm human, and now's as good …"  p. 322

143.
Romantic lead gives heroine: a quick / sharp twist of his lips

**BMR**: A sharp twist of his lips, a bitter smile. 2013 p. 210

**Crave:** He doesn't answer beyond a quick twist of his lips. p. 259

144.
Romantic lead with heroine: groans low in his throat

**BMR:** He groans so low in his throat, it's almost a growl and that sound makes me wild with my own power that I could do that to him. My hands are in his hair and…2013 p. 225

 **Crave**: … run my hands over his arms, his shoulders, his back. My fingers tangle in his hair, and he groans low in his throat. p. 383.

145.
Heroine gives a look to female friend and heroine/ female friend gives universal sign

**BMR:** I throw Amanda a meaningful look over my shoulder and twirl my finger in the air next to my head—universal sign language to point out a nutter." 2013 p. 29-30

**Crave:** I give her a what's up look, but she just shakes her head in the universal sign for don't say ANYTHING. p. 41


146.
Heroine thinks: My stomach is roiling

**BMR**: My stomach is roiling with nerves and suppressed anger. 2013 p. 127

**Crave**: It's what also has me eating a cookie even though my stomach is roiling and food is the last thing I want. p. 298


147.
Heroine describes time with romantic lead: He asks, wrapping his arms around me….snuggling up

**BMR:** Ash lounges against the headboard and pulls me to his chest, wrapping his arms around me. "What time is it?" I ask, snuggling up against him. 2013 p. 365

**Crave: "**So do they live up to your expectations?" he asks, wrapping his arms around me from behind so that I'm snuggled up in the blanket and his arms. p. 438


148.
Heroine about romantic lead:  He's looking at me, the way he

**BMR**: "The way he's looking at me, the way he said those words-" 2013 p. 147

**Crave**: "Especially when he's looking at me the way he is now…" p. 201


149.
Heroine in presence of romantic lead has just enough vs didn't have enough self-control not to

**BMR:** "Because I find you so. . . appealing, and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2011 p. 231

**Crave**: "And you don't get to tell me what to do." I have just enough self-control not to add, No matter how much you intrigue me." p. 166

150.
Heroine and romantic lead / heroine are asked /excused from having to introduce themselves/herself to the class, you..introduce yourself….stand up…this class…

**BMR**: 'Why don't you two introduce yourselves before we go any further.'… 'Stand up, tell us a little bit about yourself and why you're taking this class." 2011 p. 40;

**Crave:** '... I won't make you stand up and introduce yourself to the class.' p. 227

151.
Heroine/ romantic lead: by howling at the moon
**BMR:** Heroine to herself: You can either resist the tides of change by howling at the moon, or flow with the tide, …" 2011 p. 88

**Crave: Romantic** lead to male friend: ""They're wolves, By. Howling at the moon is pretty much what they do," …"  p. 536

152.
Uncle / Aunt kisses the top of heroine's head

**BMR:** She kisses the top of my head as she gets up to leave. 2013 p. 128

**Crave:** …with a kiss to the top of my head… p. 116

153.
 Heroine says to herself  "And I swear I could feel heat"

**BMR:** .. himself in front of me and I swear I could feel heat rising between...2011 p. 259

**Crave:** …large clump of students, and I swear I can feel heat radiating from them... p. 77

154.

Ground out from clenched teeth

**BMR:** *Romantic lead to heroine:* "Doesn't matter what he wants," he ground out through clenched teeth. 2010 p. 381

**Crave:** *Romantic lead to heroine:* "Where I told you to be." He grinds the last sentence out between clenched teeth. p. 333


155.

Romantic lead/ male best friend wiggles his brows at heroine

**BMR:** He wiggled his brows up and down. 2011 p. 490

**Crave:** …grinning and wiggling his eyebrows at me" p. 78;


156.

Heroine approaches old fashioned Tudor mansion doors/ doors in castle and doors are described as "Ornately carved double doors"

**BMR:** Two tall and ornately carved double doors swung open at our approach. 2011 p. 525

**Crave:** Macy stops in front of an ornately carved set of double doors. p. 75


157.

Heroine describe romantic lead kiss:  Lips / mouth press; breaths become one / my breath

**BMR:** ...he presses his lips against mine again, soft and warm, our breaths becoming one breath. 2011 p. 256

**Crave:** ...pressing my mouth into his until his breath becomes my breath. p. 405.

158.
Heroine calls vampires nickname in caps:

**BMR**: …my interaction with Mr. Tall, Dark, and Bloodthirsty. 2011 p. 507

**Crave**: I turn back to confront Mr. Tall, Dark, and Surly…  p. 32


159.
Heroine's heart beats double /triple time

**BMR**: "My heart was racing double-time…" 2011 p. 175

**Crave**: "...my heart beats triple time." p. 188


160.
Heroine: Wondering if my eyes are

**BMR:** "I blink, wondering if my eyes are playing a trick on me." 2012 p. 42

**Crave:** "I can't help wondering if my eyes are deceiving me or if.." p. 13


161.
Male character give heroine a "knowing look.":    He gives me a knowing look

**BMR:** "He gives me a knowing look." 2013 p. 205

**Crave:**  "He gives me a knowing look." p. 419


162.
Heroine gets a warning from raven/ cousin: I try to tell myself I'm probably being paranoid

**BMR:** … there was such an uncanny look of interest in it.  I tried to tell myself I was being paranoid, my overactive imagination was running away with me. I turned away. But when I glanced back,... The way it looked at me, something in its keen gaze, spoke of danger—a warning—a threat.  2010 p. 38-39

**Crave:** Like she's trying to warn me and reassure me at the same time. It's so bizarre that a frisson of unease runs down my spine, …I try to ignore the feeling, tell myself I'm probably just being paranoid. p. 177

163.
Heroine mentions Traipsing

**BMR:** "And it wasn't like I'd be traipsing through the woods tonight, anyway. The events leading up to my …" 2011 p. 11

**Crave:** " I'm not foolish enough to go traipsing around in the snow in my hoodie and pajama bottoms, but …"  p. 52

164.
Heroine describes blur that catches her eye, once and then says "there it is again."

**BMR:** "As I turned toward the sink to grab a rubber band for my hair, a blur caught my eye. I turned back. There it was again, a dark, golden blur, in the full length stand alone mirror across from the tub." 2011 p. 469

**Crave**: "As I do, a flash of color way above us catches my eye.  It's there and gone so fast that even as I scan for it, I can't be sure it ever really existed to begin with. Except-there it is again." p. 16

165.
Heroine describes spells/ safeguards:  Woven into the …followed by two "ands"

**BMR:** "There are spells woven into the walls and floors to ensure it. And …" 2011 p. 481

**Crave:** "There are safeguards on the entrance, protections woven into the air and rock and ice as ancient …"  p. 564

166.
Heroine receives necklace from male character...the necklace …around my neck…he steps back.

**BMR:** .. only he steps back first. "There," he says. He's put the necklace around my neck? And that's all it was? 2014 p. 366

**Crave:** He lowers the necklace until the stone rests a little below my collarbone and fastens it around my neck. Then he steps back to check it out." p. 443


167.

Heroine gets off vehicle:  "Unfreakingbelievable/ Un-fucking-believable"

**BMR:** You got him to give you a ride home on his motorcycle. "Unfreakingbelievable!" 2011 p. 342-343

**Crave:** "Un-fucking-believable. "Is that her?" Mekhi asks from his on the couch behind me.  I look down at the girl currently climbing off the snowmobile in front of the school.  p. 534


168.

Male character has: Molten amber eyes; and they are "bright"

   A. **BMR:** His eyes were molten amber ringed in black, as bright and shiny as a new penny. 2011  p. 367

   **Crave**: He inclines his head, watching me with those molten amber eyes of his. p. 362


   B. **BMR:** Ash gazed down at me, his amber eyes bright in the darkness of my room. p. 465

   **Crave:** Bright-amber eyes that seem to burn from within.  p. 35


169.

Heroine mentions Traipsing

**BMR:** "And it wasn't like I'd be traipsing through the woods tonight, anyway. The events leading up to my …" 2011 p. 11

**Crave:** " I'm not foolish enough to go traipsing around in the snow in my hoodie and pajama bottoms, but …"  p. 52


170.

Heroine / Heroine's father favorite holiday is Halloween.

**BMR:** "Halloween is my very favorite holiday" 2011 p. 133

**Crave:** It's a lot, but Halloween has always been my dad's favorite holiday." p. 211

171.
<u>Heroine: I grab my backpack and head out</u>

**BMR:** "...<mark>I grab my backpack and head out</mark>. " 2014 p. 46

**Crave:** "<mark>I</mark> get dressed in record time, then <mark>grab my backpack and head out</mark>. p. 248


172.
<u>Heroine's relative uses Witches' glamour magic for hair and make-up in front of heroine</u>

**BMR:** "'Let's play with <mark>a little glamour,</mark>' Aunt Brynne says. <mark>She's</mark> my <mark>makeup</mark> artist tonight. 'Snow White,' she whispers. My skin is all creamy porcelain and petal pink cheeks, my lips berry-kissed. <mark>She</mark> runs <mark>her fingers</mark> through my long brown <mark>hair</mark> and soft curls follow in their wake." 2014 p. 101-102

 **Crave:** "...her <mark>hair</mark> is slicked back in an adorable style, and her face looks like she spent half an hour putting on <mark>makeup</mark> in front of a mirror." ..."Oh, just <mark>a little glamour.</mark>' <mark>She</mark> wiggles <mark>her fingers</mark> in front of her face." p. 322-323


173.
<u>Tom Cruise and old movies:</u>

**BMR**: "And I love all of the '<mark>Raiders of the Lost Ark</mark>' <mark>movies</mark> too." He gave his best bad-boy grin, one that would do <mark>Tom Cruise</mark> proud. 2011 p. 42

**Crave:** "So you're an old-<mark>movie</mark> buff? Or just an ol- <mark>Tom Cruise-movie</mark> buff?" p. 262


174.
<u>Heroine thinks of Frankenstein</u>

**BMR**: Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a <mark>monster</mark> of Julian's creation. <mark>Frankenstein's</mark> bride.  2012 <mark>p. 474</mark>

**Crave**: I read <mark>Frankenstein</mark> last year—I can only imagine what <mark>abomination</mark> she'll bring back from the dead if her little plan actually works. <mark>p. 485</mark>

175.

Romantic lead wants to show the heroine something outside in the cold, he gives her a coat/blanket, she is worried and feels foolish about following him and must trust him. She puts on her gloves. The romantic lead winks at her and thinks it's funny. She follows him outside into the cold.

I don't know..that… "Come on, there's something you..see.."…  worried…out the window…out there….to come out….be safe…finger…foolish…and..my hands into my gloves…his and he winks. *Winks* (italicized in both)

**BMR**: I don't know what to say to that, to any of it really. He stands up and walks over to my side of the table, holding my coat. "Come on, there's something you should see before you make your mind up about me." Taking in the worried look on my face, the one that says I'm not budging, he turns me toward the window, his hand lingering at my hip. "It's right out there in between those trees." He points out the windows to the copse of pine … All I'm asking is for you to step outside for a few minutes. You'll be safe with me, I promise." He crosses his heart with his index finger. Shaking my head and cursing myself for being a fool, I slip into my coat and stuff my hands into my gloves. We head out to the parking lot…It's cold and the wind bites at the exposed skin …It feels like a scene from one of those horror movies where you're watching the victim make a very bad decision and you want to tell her, "No! Don't do it!" And she does it anyway. But the thing is, I trust him. At least enough to come out here in ... "We need to step behind this evergreen at the same time." I balk at that. "Scared?" he murmurs. "Of course not." He laughs softly. …He clasps my gloved hand in his and winks. *Winks*. He thinks this is funny! 2014 p. 167-168

**Crave**:…all without laying a finger on me. "Come on. There's something I want you to see." I follow him without question. With Flint earlier, I had moments of concern, of worry that it wasn't safe to be alone with him. Everything inside me warns that Jaxon is a million times more dangerous than Flint, …When it comes to being anywhere, or doing anything, with him. I don't know if that makes me foolish or a good judge of character…. Jaxon stops near the edge of his bed and picks up the heavy red blanket folded across the edge of it. Then he reaches into his top dresser drawer and pulls out a pair of faux fur-lined gloves and tosses them to me. "Put those on and come on." "Come on where?" I ask, baffled. But I do as he asks and slide my hands into the gloves. He opens the window, and frigid air rushes in. "You can't be serious. No way am I going out there. I'll freeze." He looks over his shoulder at me and winks. He *winks*. "What was that?" I demand. "Since when do you wink?" He doesn't answer beyond a quick twist of his lips. And then climbs out the window and drops three feet onto the parapet just below the tower…Because, apparently, when I'm with this boy, I lose all common sense. And part of losing that common sense means doing exactly what I shouldn't-in this case, following Jaxon straight out the window and onto the parapet. p. 258 -259