EXHIBIT 47

**BMR AND CRUSH LANGUAGE SAMPLE**

**Key**:
==Yellow== indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Light yellow indicates similarity of meaning
Pink indicates page number proximity within 50 pages
*Blue* text indicates notes and outlines shared with the agent
/ is used to describe events between the two books. BMR is first / Crave series is second

1.
 Male character to Heroine: You…Just like that? He snaps his fingers to illustrate

**BMR:**  "So ==you and== MacKay are together now? ==Just like that." He snaps his fingers to illustrate== his point." 2012 p. 237

**Crush:** "... ==and you== win the game, ==just like that." He snaps his fingers to illustrate==. p. 337

2.
Heroine and romantic lead talk about leaving.   "I promise.  I'm going to hold you to that."

**BMR:** *Heroine and romantic lead:* "==I won=='t leave the circle,==" I promise.==I'm going to hold you to that.=" 2013 " p. 300

**Crush**: *Romantic lead and heroine:* "When this is all done and we've graduated from Katmere, ==I'll== take you someplace warm and sunny, ==I promise." "I'm going to hold you to that== promise," I tell him." p. 207

3.
 The High Priestess / Bloodletter has more than a hint of danger / avarice in her green eyes when she and the heroine see one another:

**BMR**: *Heroine:* ==More than a hint of== danger lurks in those jewel-==green eyes==...I wonder what she sees when ==she looks== at ==me?==  2016 p. 98

**Crush :** *Heroine:* Because while the Bloodletter might look like the sweetest grandma ever, her ==green eyes== gleam with shrewdness–and ==more than a hint of== avarice–as ==she looks me== over.
p. 146-147

*Heroine says to the trapped creature who is a voice in her head and is her father / grandfather:*

**BMR:** But I'll be back for you. I promise. 2012 p. 513

**Crush:** *But I promise, we'll come back for you.* p. 547

4.

 Female character says Doesn't/ don't want to ask the next question

**BMR:** " They're evil."  I don't want to ask the next question that sticks like a bone in my throat. But I have to do it. "Is it you, Ash? Are you part of what's going on with the missing girls?" … he points out." 2013 p. 211

**Crush:** Macy might have a point there. "Sooooo..." Macy pauses like she doesn't want  to ask the next question but someone has to. "How are you dealing with having someone so evil inside your head? Are you okay? " p. 181


5.

Romantic lead and heroine:  brings my hand to his lips.

**BMR:** "…Ash stands with his arm around me, holding me close. He brings my hand to his lips." 2013  p. 321

**Crush:** "Jaxon answers me as he brings my hand to his lips. "  p. 500


6.

She is a protector, humans, non-human/ not-just-human, creatures, the balance

**BMR:** The werewolves: "We're protectors of humankind from Others—non-humans." 2012 p. 197  "The Kindred are protectors of the land and all of its creatures, including humans. They protect against demons but also against humans who disturb the natural balance." 2012 p. 385

**Crush**: "Gargoyles kept the balance among all the paranormals...and every other not-just-human creature on the planet—and also humans. p. 220  "...and that's why gargoyles have always been protectors." p. 219

**Heroine:** I run my hands up and down my arms to warm up

**BMR:** I run my hands up and down my arms, trying to smooth out the goose bumps. 2013 p. 175

**Crush:** ...I run my hands up and down my arms in an effort to warm them.  p. 26


7.
 Heroine laughs at herself comments: something is very, very wrong…raven/ island is calling/speaking to heroine

**BMR**:        Laughing at myself, I try to shake off the troubling sense that something is very, very wrong. Note to self: never follow a raven, calling or no calling 2013 p. 305

**Crush**: …I know something is very, very wrong. It's like the island is speaking to me. I almost laugh at my silliness. p. 524


8.
Fire (Heat).....down my arms and through my fingers fingertips (Edited out by BMR 2014)

**BMR:** " I allow the flames from my spine to spread along my neck, to my shoulders and finally down my arms and through my fingertips." 2013 p. 388

**Crush:**  Seconds later, I feel a strange heat running down my arms and through my fingers. " p. 515


9.
 Romantic lead stares…he tapped/taps his fingers on the table

**BMR:**  "He was silent staring out the window. He tapped his fingers on the table top, lost in thought." 2010 p. 190 2011 p. 246

**Crush:**  "But the grin fades pretty quickly into a thoughtful look as he taps his fingers on the table and stares off into space for several seconds." p. 216

10.

Heroine asks "Where?" and says to herself "My voice comes out in a hoarse rasp/ raspy"

**BMR:** "Where?" My voice comes out in a hoarse rasp. I clear my throat and …" 2013 p. 215

**Crush:** "Almost where?" I want to demand an answer, but my voice comes out sounding raspy. p. 4


11.

Heroine says oh my god and jumps to here feet:   Oh my god!.....I jump to my feet

**BMR:** "Oh my god! Roman!" I jump to my feet. "Are you alright?" 2014 p. 176

**Crush:** "Oh my GOD!" I shove the chair back, jump to my feet. "Am I dead?"  p. 17


12.

Male character asks heroine a question in a : Crisp, British accent

**BMR:** "What's your clan, lovey?" he says in a crisp, British accent. "Clan?" I edge back toward the bathroom. …" 2013 p. 58

**Crush:** "… three and a half months?" The crisp British accent is back, and when he opens his …"  p. 231


13.

Heroine's bests male friend, Brendan/ Flint in each book "drapes an arm around my shoulders and gives.

**BMR:** "Brendan drapes an arm around my shoulders and gives me a squeeze.  "Give it up already and set a wedding date, puhleeze?" Mason rolls his eyes in disgust. Brendan gives me a sad look—..." 2012 p. 93

**Crush:** "Flint drapes a nonchalant arm around my shoulders and gives Jaxon a look that even I know is provoking as hell. "He wasn't happy to find…"   p. 54

14.
<u>Brendan / Flint  waggles his brows at the heroine</u> (Brendan and Flint are parallel characters)

**BMR**: Brendan waggled his brows at me, the brat. 2011 p. 166

**Crush**: Flint waggles his brows at me. p. 272


15.
<u>Brendand/ Flint:  Rubs his hands together, </u>(Brendan and Flint are parallel characters)

**BMR:** Brendan groans and rubs his hands together, wincing.  2014 p. 311

**Crush:** " Flint rubs his hands together, then waggles his brows at me. p. 272


16.
<u>I stuck my tongue out at him</u>

**BMR:** " I made a rude noise as I stuck my tongue out at him. 2011 p. 358

**Crush:** "It was difficult." "Apparently." I *stick* my tongue out at him, "  p. 284


17.
<u>There is a test heroine must pass</u>

 **BMR:** *High Priestess to heroine*: "There is a test which you must pass…" 2012 p. 504

**Crush:** *Heroine*: "It's a test I have to pass." p. 488


18.
<u>Heroine: It's the most amazing thing I've ever</u>

**BMR:**  It's like—it's the most amazing thing I've ever experienced.  2012 p. 250

**Crush:** It's the most amazing thing I've ever seen …  p. 399

19.

Heroine is told "she'll know what to do"

**BMR**: "You will know what to do when the time comes." 2012 p. 217

**Crush**: "The Bloodletter told me I'd know what to do when the time was right." p. 581

20.

Heroine describes being hugged by romantic lead:  Wrap his arms around me and

**BMR:** I want to let him in. I do. I ache to have him wrap his arms around me and tell me it's going to be okay,..." 2014 p. 148

**Crush:** ...I'm backing away from him. Still, it takes only a second for him to wrap his arms around me and lift me off the ground in return.  p. 179

21.

His lips/ mouth devouring mine

**BMR:** "And just like that our kisses became hungry, his lips devouring mine and mine returning the favor." 2011 p. 260

**Crush:** "…cupping my face, fingers tangled in my hair. His mouth devouring mine-lips and teeth and tongue lighting me up …"  p. 34

22.

Heroine I  pull myself up into a sitting position

 **BMR:** Groaning, I pull myself up into a sitting position. 2012 p. 7

**Crush:** … But I push myself up into a sitting position.  p. 569

23.

Heroine says/ hears  her welcome:   I want you to know how

**BMR:** "I want you to know how grateful I am to be welcomed here." 2010 p. 358

**Crush:** "The Circle and I are thrilled to welcome Grace Foster into our world. Welcome, Grace. I want you to know how very excited the Circle is to meet you." p. 379


24.
Heroine's deep breath: I took a deep breath and let it out

**BMR:** I took a deep breath and let it out slowly, centering myself. 2012 p. 291

**Crush:** I take a deep breath and let it out shakily.  p. 265


25.
Heroine describes romantic lead breathing:    He blows out a long, slow breath.

**BMR**: He blew out a long, slow breath. 2011 p. 287

**Crush:** He blows out a long, slow breath. p. 10


26.
Heroine and romantic lead: my arms around his neck pulling down

**BMR:** "I found myself reaching my arms up around his neck, pulling his face down to mine. I sucked in a breath until our lips found one another." 2011 p. 322

**Crush**: "...then wrap my arms around his neck as I pull him down for a longer, more satisfying kiss of my own." p. 302


27.
The heroine in a scene: To my knees as a wave goes over her

**BMR:** I try to sit up but barely make it to my knees as a wave of dizziness crashes over  me. 2016 p. 84

**Crush:** I just stop. And then fall to my knees as wave after wave of exhaustion rolls right over me.   p. 632

28.

Heroine flips her/ female character notebook:    I flip through..a notebook

**BMR:** That's the best I can give her. I flip through my notebook, pretending to look for something, hoping she'll just stop …" 2012 p. 12

**Crush:** She picks up a notebook from her desk and hands it to me. I flip through it, and she's right. … p. 118


29.

Heroine:   Take matters into my own hands

**BMR:** And if he didn't, I knew that I would take matters into my own hands this time. 2011 p. 259

**Crush:** And that's when I decide to take matters into my own hands.  p. 429


30.

Heroine screams/ gasps "When she comes face to face with the" crazy guy/ the hole romantic lead left in the wall."

**BMR:** …that the girl always screams when she comes face to face with the crazy guy? 2013 p. 160

**Crush:** …get her phone and then gasps when she comes face-to-face with the hole Hudson left in the wall."p. 235


31.

Heroine/ Jaxon swallow and hold the gaze

**BMR**:  I swallowed and forced myself to hold his gaze," 2011 p. 599

**Crush:**  Jaxon swallows but holds my gaze." p. 499


*Fight scene with heroine and her attacker*

32.
<u>Heroine describes fight scene after striking a male character: Blood spurted from his nose</u>

**BMR**: "…. Blood spurted from his nose. He looked at me askance." 2011 p. 521

**Crush:** "…, blood spurting out of his nose, and I take the …"  p. 601


33.
<u>Heroine mentions three concerns and talks to/tells herself "Everything is going to be okay"</u>

**BMR:**  I try to talk myself out of it. Everything is going to be okay. You're alive. Your friends are alive. You'll find a way out of this.  I try to talk myself into getting angry. …" 2013 p. 397

**Crush:** I tell myself that it's no big deal, that everything is going to be okay- with Jaxon, with the ceremony, with the Unkillable Beast. But how okay can I convince myself things… .  p. 480


34.
<u>Heroine describes Blood humming as deja vu/ warning of what's to come</u>

**BMR**: And then the humming begins, the tones reverberating in my ears, in my very blood… 2013 p. 442  "... Taylor smeared with blood, is humming...it's like deja vu. 2013 p. 425-426

**Crush**: "What are we supposed to protect?" I ask, blood humming with the promise of what's to come. p.219


35.
<u>Romantic lead has lips/ mouth twist into a grimace</u>

**BMR**: *Romantic lead*: "... lips twisting into a grimace." 2011 p. 359

**Crush**: *Romantic lead* "...mouth twisted in a grimace…" p. 141


36.
<u>Fight scenes - Her attacker puts himself on top of her and I can't throw him off / I can't get him off</u>

**BMR**:  ... his weight on top of me. He's too big! I can't throw him off!" 2014 p. 50

**Crush**:.., and I can't get him off me no matter what I do. p. 608

(Part of fight scene)


37.

Heroine hears a voice inside her: The voice inside her head is screaming

**BMR:** The voice inside my head was screaming at me to look down. Look away, look anywhere but at him. 2011 p. 499

**Crush:** The voice inside me is screaming now. Go back, go back, go back! p. 531


38.

Fight scene with heroine and attacker, and he is one of the attackers from the 80's rockers scene; She bucks and twists

**BMR**: *Heroine:* Bucking furiously, I managed to twist… 2011 p. 560 (fighting with another bad guy)

**Crush**: *Heroine:* I twist and buck... p. 608


39.

Fight scene with heroine and attacker, and he is one of the attackers from the 80's rockers scene: He grunts in pain during the fight with heroine

**BMR**: I placed one kick that actually elicited a grunt of pain from him… 2011 p. 521

**Crush:** We hit the ground fast and hard, and Cole grunts in pain. p. 609


40.

Heroine says: What am I supposed to say to that?

**BMR:** "I mean what am I supposed to say to that?" 2013 p. 268

**Crush:** "Because what am I supposed to say to that?" p. 450-51

41.

Heroine makes comment after arriving at bar/ arena: And completely out of place in this, turn back, em dashes.

**BMR:** "…—and completely out of place in this rough and tumble bar.  Suddenly, a sense of foreboding stole over me. I wanted to turn around and go back. " 2011 p. 491

**Crush:** "...sweet and completely out of place in this -darkening arena-then turns back to the crowd." p. 594


42.

Romantic Lead/ Heroine says "questions….the first thing that pops into your/my head

**BMR:** "Of all the questions you could possibly ask me that's the first thing that pops into your head?" he says. 2013 p. 209

**Crush:** "And because I have no idea which of her eight million questions/comments to start with, I say the first thing that pops into my head. p. 63


43.

Heroine comments on waiting and:  "Just when I think she's going to"

**BMR:**  Another long, uncomfortable silence. Just when I think she's going to say or do  really terrible, she sighs, the tension flowing away. 2013 p. 67

**Crush:** For long seconds, she just stares at me. Then, just when I think she's going to turn away and...  p. 188


44.

Heroine: It feels that familiar. Like coming home.

**BMR:** It feels that *familiar.* Like coming home. A gentle breeze tickles my skin and I swear I hear my … 2012 p. 202

**Crush:** It feels like coming home.…  p. 650

45.

Heroine interprets a character's facial body movements as the character "can't believe we're having this conversation.

**BMR:** "What's it to you?" She rolls her eyes again, like she can't believe we're having this conversation. I can't believe it either. "2013 p. 32

**Crush:** "Well, how else would you describe what you did?" "Necessary," he answers, shaking his head like he can't even believe we're having this conversation. Then again, maybe I can't, either. " p. 353


46.

Heroine puts her face into the space between romantic lead's neck and shoulder

**BMR:** "I press my face into the hollow between his neck and shoulder…" 2013 p. 353

**Crush**: "I bury my face in the spot where his shoulder meets his neck…" p. 576


47.

Heroine mentions three concerns and talks to/tells herself "Everything is going to be okay"

**BMR:** I try to talk myself out of it. Everything is going to be okay. You're alive. Your friends are alive. You'll find a way out of this.  I try to talk myself into getting angry. …" 2013 p. 397

**Crush:** I tell myself that it's no big deal, that everything is going to be okay- with Jaxon, with the ceremony, with the Unkillable Beast. But how okay can I convince myself things… .  p. 480


48.

Heroine comments: Something isn't right (part of same sentence in Phrase below in CRUSH p 3)

**BMR:** "Something's not right about any of this" 2011 p. 3

**Crush:** "But with each step I take, the feeling that something isn't right intensifies." p. 3

49.

Heroine comments everyone/ people stopped: In their tracks (part of same sentence in Phrase above in CRUSH p 3)

**BMR:** "Everyone around them stopped cold in their tracks and stared.  You just don't see people like that in Anchorage, Alaska." 2011 p. 15

**Crush**:  "Especially when people literally stop in their tracks to watch us go by…" p. 3.


50.

Heroine mentions a warning from Aunt/ mom vs Eden's grandma and says she is scared. "That I'm a little scared of what"

**BMR:** "...—to the point that I'm a little scared of what's happening to me. " 2013 p. 5

**Crush:** "  … no problem admitting that I'm a little scared of what might greet us in the Boneyard."  p. 449


51.

Heroine breathes in romantic lead and thinks of home

**BMR:**  "I breathed him in and knew that I was home." 2011 p. 414

**Crush:** "I bury my face against the hardness of his chest and just breathe him in...He still feels like home. Still *smells* like home." p. 10


52.

Romantic lead has lips/ mouth twist into a grimace

**BMR**: *Romantic lead*: "... lips twisting into a grimace." 2011 p. 359

**Crush**: *Romantic lead* "...mouth twisted in a grimace…" p. 141

53.

<u>Romantic lead's words cause heroine to melt</u>

**BMR**: "The way he's looking at me, the way he says those words—I'm melting." 2014 p. 121

**Crush:** "Jaxon's words stay with me all day, melting me whenever I think about them." p. 105

54.

<u>Romantic Lead asks heroine "What's your next class?" followed by taking/ drops "my hand" and heroine has/ was going "to run".</u>

**BMR**: "What's your next class?"  He takes my hand and helps me up, holding onto me a moment or two longer than strictly necessary. …"I've got to run." 2014 p. 30

**Crush**: "What's your next class?" he asks as he drops my hand." Art. I was going to run up to my room and change so I could take the trail outside. p. 62

55.

***Heroine:*** <u>I swallowed the urge to tell / beg her</u>

**BMR:** I rolled my eyes and swallowed the urge to tell her 'no thanks… 2011 p. 219

**Crush:** I swallow my instinctive protest, my urge to beg her to bring the water back. p. 152

56.

<u>Heroine: I swallowed the lump in my throat and then heroine asks a question</u>

**BMR:** I swallow a lump in my throat.    2012 p. 75

**Crush:**  I swallow a lump in my throat. p. 76

57.

<u>Heroine is shocked and says: I can't keep the shock from/ out of my voice.</u>

**BMR:**    I can't keep the shock from my voice.  2014 p.296

**Crush:** …I ask, and I can't keep the shock out of my voice.  P. 216

58.

Heroine comments on female/male character wearing : A pair of jeans and a sleek black turtle neck

**BMR:** A slow smile spread across her lips as she snatched them, a pair of jeans and a sleek black turtle neck … 2010 p. 384

**Crush:** I grin as I realize she's dressed much more casually than Cyrus in a pair of jeans and a black turtleneck,… p. 397


59.

Heroine thinks about her dad /parents: I failed him. I failed myself when she is in a type of supernatural test

**BMR:** "... feel the cold, I'm that numb. I didn't find my dad. I failed him. I failed myself. And Roman? What's happened to him?" 2014 p. 361

**Crush:** "... that feeling that I've failed my parents, that I've failed myself, hurts more …"  p. 626


60.

Heroine is led down a long corridor: Me down…Long corridor

**BMR:** "She laughed darkly as she pulled me down the long corridor. …" 2012 p. 482

**Crush:** "… Macy steers me down another long corridor and…"  p. 92


61.

Heroine says about romantic lead: His expression was unreadable

**BMR:** I steal a sideways look at him to see how he felt about it. "I guess." His expression was unreadable. 2010 p. 254

**Crush:** I glance up at him, the expression in his *eyes* is completely unreadable.   p. 579

62.

Heroine dialogue with male character:  I feel exactly the same way

**BMR:** His smile was grim as he looked at me. "I feel exactly the same way. " 2010 p. 231

**Crush:** …out of my sight-especially when he's this close. "I feel exactly the same way,"  p. 637


63.

Heroine goes up on tiptoes to kiss /hug romantic lead/ Uncle

**BMR**: I rose up on my tiptoes so that I could press my own kiss against his lips…" 2011 p. 331

**Crush**: I go up on tiptoes to kiss his cheek. p. 133


64.

Heroine learns about romantic lead's secret:  The look on his face tells me

**BMR:**  "But—but they," I start to say. The look on his face tells me to be quiet. But why? 2012 p. 285

**Crush:** "Can you say it?" I ask.  Jaxon's grip tightens on my hand. "Say what?" he asks, but the look on his face tells me he already knows."I just need you to say it so I don't feel like there's something really wrong with me. " p. 123-124


65.

Heroine thinks about a supernatural creature: Over and over again in my mind/ head

**BMR:** "… his animal eyes flashing over and over again in my mind. " 2012 p. 193

**Crush:** "… the word "gargoyle" over and over again in my head as I try …"  p. 23


66.

Are you going to answer my question

**BMR:** "Are you going to answer my question?" I asked. " 2010 p. 366

**Crush:** "I'm not sure how you're going to answer my question, " p. 275

67.
Breathless. And laugh/ laughing

**BMR:** "Nope," I answer, breathless. And we both laugh. Everyone in the parking lot …2014 p. 44

**Crush:** … that leaves me breathless and laughing, while Hudson does a front…" p. 335

68.
 Heroine is told "Sweet dreams" by romantic lead as she is going to sleep at the end of a chapter in each book.    *(Heroine says to herself "tomorrow") whereas in Crave the romantic lead says "Tomorrow" to the heroine.)*

**BMR:** " Tomorrow. I'll tell him everything tomorrow. In the Gloaming. "Sweet dreams," he says, the promise of our kiss in his voice." 2013 p. 301

**Crush:** Tomorrow sounds like it's going to be a big day." I couldn't agree more. My eyes close the second my head hits the pillow, and just as I'm drifting off to sleep, I swear I hear Hudson say, "Sweet dreams, Grace."  p. 183

69.
Heroine says to herself "And that's when it dawns on me."

**BMR:** "Are you still here?" …. And that's when it dawns on me. " 2013 p. 341

**Crush:**  "Are you kidding me with this? …And that's when it dawns on me. " p. 241

70.
Heroine stands on her tiptoes to press her one kiss/ lips to his.  "On my tiptoes"

**BMR:** "He frowned. "You worry too much," I said, standing on my tiptoes so that I could press my own kiss against his lips and … …" 2010 p. 264

**Crush:** " He looks vaguely insulted. "If it's not my job, whose is it?" "Mine," I whisper, going on tiptoes to press my lips, very softly, to his. "You're just……"  p. 219

71.

At school,  heroine has "blood sugar" issues after being touched/ kissed by male friend/
romantic lead:  blood sugar, keep hands to ourselves/myself

**BMR:**  "Now just say her name so we can go eat. I'm starving!" I leaned back into the person's
body and smelled Brendan's cologne—citrus with a hint of wood and coriander. "Brendan, get
your paws off of me!" I said, as I stomped on his foot. He should know better. "Ow! Anna's
being mean!  "Somebody get this girl some food. She's obviously having blood sugar
issues—isn't that your job now?" Brendan laughed and turned to Ash. "Kids," Jenny scolded.
"Let's see if we can keep our hands and other body parts to ourselves and go get some lunch."
2011 p. 313

**Crush:** "I should have kept my hands to myself until you had something to eat," he says, taking
another couple of steps back. "I'm sorry." "Don't be. I needed to kiss you." I squeeze his hand,
glad to have an explanation for the weird feeling inside me. My mom always said that low
blood sugar does strange things, and I can only imagine how low mine is right now, considering I
haven't eaten in nearly four months. I'll just grab one of Macy's granola bars and then go to class.
p. 36

72.

Heroine describes a fight in which classmates trip her/ want to take her down and she says to
herself "and I grit my teeth as I pass"

**BMR:** After fourth hour, somebody sticks her foot out and I trip, harsh laughter ringing in my
ears. My fists clench and a very satisfying image flashes through my brain of me knocking
Taylor flat on her butt.  I grit my teeth as I pass by and…2014 p.79

**Crush:** But Quinn, Violet, and Cam have finally managed to find their way out of the whirlpool
I left them in and are now chasing me like their entire reputation depends on bringing me down.
… I grit my teeth as I pass thirty seconds with the comet.  p. 622

73.

Heroine and romantic lead:   Wrap my arms around…pulling his face down to mine

**BMR:** His lips linger over mine for a moment, so soft, so warm.  The familiar hunger takes hold
and I know that if I had the will and the strength, I'd reach up and wrap my arms around his
neck, pulling his face down to mine. 2013 p. 316

19

**Crush:** "He starts to hand me my flowers, but I wrap my arms around him in a huge hug first, pulling his face down to mine, so I can give him a superfast peck on the lips.  p. 223

74.
The heroine's sensation of a portal

**BMR**: "I'm falling, falling through an abyss with no beginning and no end." 2011 p. 205 (description of portal sensation); "Falling, my arms flailed wildly as I tried to regain a sense of place.." 2010 p. 468 (portal); 2011 p. 579, 577-579

**Crush :** "...I feel myself falling, falling, falling for the second time in less ." p. 508-09

75.
Heroines describes romantic lead stretches like a cat while she is looking at him followed by repetitive statement

**BMR:**  He stands up slowly, stretching like a cat, a study in predatory grace. 2013 p. 387

**Crush:**  He stretches like a cat, his hands so far…p. 262

76.
Heroine looks for blood and says:  I glance down at myself

**BMR:** Sometimes you don't feel the pain until you see blood. I glance down at myself. My snowy white sweater is …" 2014 p. 256

**Crush:** "Worse, did I hurt them? I glance down at myself, checking for blood-something… p. 154

77.
Heroine landed/ hears:  On the other side of the wall,

**BMR:** " We landed in the soft snow on the other side of the wall," 2012 p. 406

**Crush:** ",,,we hear a soft thump on the other side of the wall, ,"  p. 507

78.

Heroine's friend pulls my comforter in an effort to get wake her up or get her out of bed while romantic lead is present/ or mentioned.

**BMR:** "It's late." Lily pulls my comforter back." 2013 p. 365

 **Crush:** "It's the mention of Jaxon that eventually breaks through my dazed stupor and allows Macy to pull my comforter down. p. 82

79.

Romantic lead "Turns his attention back to me" and "he says" while heroine comments on his eyes/ looks.

**BMR**: "Ash turns his attention back to me, his eyes glowing in the dim light, all amber and topaz. Like a lion. Or a wolf, now that I know his secret. "Ignore them," he says in my ear." 2013 p. 382

**Crush:** "Eventually, though, he turns his attention back to me. "See," he says with another of those deadpan looks of his, "I told you, you had a mean streak." p. 158

80.

Heroine is spinning out of control and remembers how get out of a spin from her driver's test/ instructor

**BMR**: I glance down, away from the road for a few seconds, that's all. But it's enough. I glance back up in time to see something large standing in the middle of the highway. A moose? I slam on the brakes and hit a patch of black ice. The car goes into a spin. Do you turn into a spin on the ice or are you supposed to turn away from a spin? I know that was one of the questions on my driver's test. I just can't remember the answer. I try it both ways but it doesn't matter. I'm spinning out of control.  Everything around me slows down, literally like it's happening in slow motion. The car hits a snowdrift on the and over, … 2013 p. 463

**Crush:**  … a huge block of ice to the hip, which sends me spinning out of control as pain explodes along that side of my body. I plummet downward in a flat-out spin. My brain is screaming at me to pull up, to get moving, to go, go, go, but gravity, exhaustion, and exhaustion make a deadly combination. So in the end, I do what my driving instructor taught me to do when skidding out in a car. Instead of fighting to pull out of the spin, I turn into it. Apparently, it's the right move, because it changes everything. I get control in a couple of seconds, …p. 617

81.

<u>Heroine is talking to herself/ romantic lead about a male character that has been killed/ murdered
and the spirit of the dead character is contacting her and she says "To wonder if there was a"</u>

**BMR:** "Even though I knew he was dead, was it possible that his spirit had contacted me?
I had to wonder if there was a connection between the markings on my neck, the dreams and all
of the secrets Marcheline and my aunt were keeping from me." 2011 p. 389

**Crush:** "I know what you believe, but have you ever stopped to ask why he did what he did?
Have you ever stopped to wonder if there was a justifiable reason?" "For murder?" Jaxon
narrows his gaze on me. "You're starting to believe whatever lies he's been feeding you." p. 496

82.

<u>Heroine mentions:  That old TV show</u>

**BMR:** "… she was saying. If we were on that old TV show… 2010 p. 17

**Crush:** " aren't anything special despite what that old TV show said, so I pull out my …"  p. 439

83.

<u>Heroine says I can/ can't help think about wiping the/ that smug look off his/her face</u>

**BMR:** "All I can think about is wiping that smug look off her face." 2013 p. 101

**Crush:** "It's the laugh that gets me, and I can't help thinking about wiping the smug look off his
face."  p. 676

84.

<u>Heroine describes a fight in which classmates trip her/ want to take her down and she says to
herself "and I grit my teeth as I pass"</u>

**BMR:** After fourth hour, somebody sticks her foot out and I trip, harsh laughter … through my
brain of me knocking Taylor flat on her butt. I grit my teeth as I pass by and…. 2014 p.79

**Crush:** …now chasing me like their entire reputation depends on bringing me down. …so I put
everything I've got on the line. I grit my teeth as I pass thirty seconds with the comet.  p. 622

85.

Heroine:  I can barely breathe my heart

**BMR:** I can barely breathe my heart is racing so fast. 2014 p. 130

**Crush:** I can barely breathe. My heart is about to pound out of my chest… p. 465


86.

Heroine:   My face and brush my teeth

**BMR:** " I wash my face and brush my teeth in under a minute and crawl under …" 2014 p. 241

**Crush:** "...I can to splash water on my face and brush my teeth, but Macy rolls over after a minute …"  p. 228


87.

Heroine: Pry her/ his fingers from

**BMR:** "… on my bed as I pry her fingers from my arms. 2012 p. 183

**Crush:** "…now, my nails scoring his skin as I try to pry his fingers from around my throat. But he's …"  p. 608


88.

Heroine is threatened and warned by nemesis Taylor/ Hudson and responds to the same character with "I think you're the one who's worried/ nervous

**BMR:** "Really? I think you're the one who's worried about getting hurt, Taylor." 2011 p. 151

**Crush:**  "I think you're the one who's nervous,"  p. 473

89.

Heroine is asked/ asks by romantic lead/ if she is scared/ terrified.  Heroine responds: The word comes out comes out in a breathless voice

**BMR:** *Romantic lead to heroine*: "You're scared of me, aren't you?" he says bitterly.

   *Heroine to romantic lead*:  "Yes." The word comes out in a breathless squeak.  He breathes into the phone,... "2012 p. 178

**Crush:** *Heroine to romantic lead*:  "I thought it would be...""Terrifying?" I ask as Flint does a vertical spin as he continues to fly higher.

   *Romantic lead to heroine:* "Fun." The word comes out a little breathless, which I can totally understand.  My breath is in my throat, too.  Thankfully, it turns out Flint can breathe even…p. 280


90.

Heroine describes her panic:    Panic hits

**BMR:** "That's when the panic hits." 2013 p. 463

**Crush:** "That's when panic hits me, because I realize Macy is right." p. 112

**BMR:** "A bolt of panic hits me." 2014 p. 99

**Crush:** "That's when panic hits me, because I realize Macy is right." p. 112


91.

Heroine: I just want to go home.

**BMR:** " I just want to go home. Determined, I scan the …" 2012 p. 136

**Crush:** " I just want to go home. I just want to …"  p. 557

92.

Heroine: I open my mouth to say

**BMR:** … I open my mouth to say that I need a … 2013 p. 461

**Crush:** I open my mouth to say I don't know … p. 61

93.

Heroine loves Mexican food / street tacos, my favorite, Alaska

**BMR:** A local hotspot, La Mex has the best Mexican food in Alaska with home-made salsa and chips and my favorite, queso queso... 2011 p. 514

**Crush:** He's gotten me street tacos in the middle of Alaska that look just like the ones from my favorite taqueria in San Diego. p. 210   "I love tacos." p. 211

94.

Heroine eats yogurt in the cafeteria scene when nothing looks appetizing

 **BMR**: ...I settled on yogurt…" 2011 p. 102

**Crush**: -I grab a yogurt…" p. 385

95.

Heroine describes vampire prince / vampire king (parallel characters) Like a king cobra

**BMR:** … he walked up to her slowly, like a king cobra moving in for a strike." 2010 p. 447

**Crush:** "I turn back to Cyrus-who is like a cobra, because it serves everyone best if you …" p. 380

96.

Heroine says: I'm not human..followed by we are/ I am not

**BMR:** "… I already knew but hadn't voiced. I'm not human. "So we're not …" 2011 p. 493

**Crush:** "…I get right up in his face to say it. "I'm not human. Or at least, I'm not …"  p. 560


97.
Heroine feels current/ power Through my…Grounding me.

**BMR:** "…current moves up my arms and through my whole body, grounding me. '" 2014 p. 239

**Crush:** "…even as I feel his power surging through my veins, grounding me. "  p. 345


98.
Heroine describes romantic lead's/ teacher's response: He doesn't say a word.

**BMR:** He doesn't say a word. He just holds me, giving me the one thing I need most: acceptance." 2014 p. 386

**Crush:** …-but in the end, he doesn't say a word. He just kind of shakes his head before giving the rest… p. 43


99.
Heroine says/ is told look on face was priceless after being surprised.

**BMR:** Heroine to male best friend: "You should have seen the look on her face. It was priceless." …" 2010 p. 124

**Crush:** " I gotta say, your face was priceless." "How did I look?" I ask…"  p. 237


100.
Heroine describes male character/ her memory as:  all wonky and

**BMR**: "Didn't he know his eyes went all wonky and neon?" 2011 p. 196

**Crush:** "Plus my memory's all wonky and--" p. 13

101.

Heroine has conversation about Hawaii:   Like Hawaii

**BMR:** "Like Hawaii maybe." 2014 p. 375

**Crush:** "Like...?" "Like in Hawaii, there's a school that specializes in water shifters." p. 192

102.

Heroine hears about school in Hawaii

**BMR**:   "Mrs. Bittner has accepted a position at a private school in Hawaii, which required an immediate move." 2016 p. 37

**Crush**:  "Like in Hawaii, there's a school that specializes in water shifters." p. 192

103.

Heroine mentions  An enchanted forest/ island

**BMR:**  I'm in the enchanted forest. I can see water lapping the shore from where I'm resting and an island in the distance. 2013 p. 437

**Crush:** We know it's on an enchanted island in the Arctic, but he wanted to …  p. 306

104.

 Heroine is told by romantic lead/ male best friend she is immune:  You're immune

**BMR:** "…never have been scared of me in the first place. You're immune. " 2013 p. 238

**Crush:** "It didn't work because it says right here that you're immune to magic!" " p. 254

105.

Heroine/ Heroine's cousin:  Rummaging through backpack

**BMR:** " I stood at my locker rummaging through my backpack for an apple. It was my snack but today …" 2010 p. 75-76

**Crush:** "… I can." She pulls her backpack off her shoulder and starts rummaging through it." p. 442


106.

Heroine wants/ doesn't want to go with her mother/ romantic lead when arms reach out to her/ waiting for her.

**BMR:** I don't want to touch her right now. I don't know what I'm feeling. Mostly, I'm numb and want to stay that way. … But now isn't the time for confrontation. 2013 p. 190

**CRUSH:** So obviously I want to go to Jaxon. But I don't say anything. I can't. Right now, I don't know what I want. p. 649


107.

Heroine references "the same bone" in reference to hounds vs dragons

**BMR**: And the next…They were two hounds tugging at the same bone. Me." 2011 p. 479

**Crush:** "And again, …I'm looking at seem to belong to the same bone, let alone the same dragon." p. 453


108.

Heroine hears a voice/ words through a fog

**BMR:** I hear the words through a fog. 2014 p. 288

**Crush:** A familiar voice penetrates the hazy fog of sleep that surrounds me.   p. 110


109.

There are 13 in BMR, 5 in Crush and they happen to be in Alaska:

**BMR**: "Ronan and his counsel of twelve each had a special object of power." 2011 p. 434
"Ronan alone is directly responsible for the cursed objects we're searching for here in Anchorage." 2011 p. 432

**Crush:** "Every faction has magical objects that hold the most power so we'll need at least four from the different factions to have enough power." p. 169 …"And the only way to get him out is with these five objects." p. 425-26


110.

Heroine has conversation about the Bloodletter and romantic lead is not looking/ looking at heroine:     The Bloodletter. It is/ It's

**BMR:** " He pauses to capture the eyes of every student in the room. "Legend has it that anyone who dared to wear any of the thirteen cursed objects would suffer the wrath of the Bloodletter. It is said that anyone who has touched these relics has died a terrible death, unleashing one of the Thirteen Celtic Curses." Rachel forces a laugh. "Seriously Dr. MacKay? No one believes in curses in this day and age."  Baen hesitates and then shrugs. "No, I suppose they don't. But perhaps they should." The bell rings and Caitlin cautions everyone to follow curfew. Ash stalks out the door, deliberately not looking at or speaking to his parents. Or me. 2012 p. 100

 **Crush:** "The Bloodletter?" I repeat, because it's not a name I've ever heard before. And also because it's not one that sounds particularly... inviting. I mean, in a world full of paranormals who don't bat an eye at blood loss or near-death encounters, what kind of monster do you have to be to be called the Bloodletter? It's freaky as hell. "The Bloodletter?" Uncle Finn repeats with the same skepticism I'm feeling. "Are you sure that's a good idea?" "No," Jaxon answers. "In fact, I'm pretty sure it's a terrible fucking idea. But so is Grace turning back into a gargoyle for who knows how long." He looks at me, and his face is full of worry and love and a touch of fear that he's trying really hard not to let me see." p. 130


111.

 Heroine describes every inch of exposed skin when approaching an entrance/ door being led by Raven v. Romantic lead in Crush.

**BMR**: " I'm slammed with a blast of freezing wind that bites every inch of exposed skin.  The raven flaps its wings and squawks a few times, scolding me for not paying attention, and then takes a few mincing steps towards the side door of the school." 2014 p. 247

**Crush:** "Are we there?" I ask, looking around for a cave entrance. Jaxon grins and,  not for the first time, I realize how nice it is that Jaxon doesn't have to cover every inch of exposed skin the way I do when we're outside.  p. 136

112.

Heroine describes male character's shoulders slumping in defeat

**BMR:** "Finally, he turns back to me. "That's fair. The last thing I want is for you to be afraid of me," he says in a low voice. He sighs, his shoulders slumping in defeat. "Look, what I'm about to tell you is dangerous…. His eyes are troubled. 2013 p. 200

**Crush:** "I swing around to stare at my uncle. "What happened to Hudson?" Uncle Finn seems to age right in front of me, eyes going dim and shoulders slumping in what looks an awful lot like defeat. p. 25

113.

Sleeping Beauty

**BMR:** "…Sleeping Beauty," a soft, feminine voice crooned in my ear. Sleeping Beauty. Yes, that sounded right. 2011 p. 476

**Crush:** " Sleeping Beauty's Got Nothing on Me (Chapter title)  p. 12

114.

Characters smiles/ laughs and calles heroine a:  spoil-sport

**BMR**: "…slight smile on her lips. "Don't be such a spoil-sport. 2010 p. 270

**Crush:** " He laughs. "Fine, spoilsport…"  p. 50

115.

Heroine observes male character using recycle bin:   Them in the recycling bin/ container

**BMR**: "Ash gathered our water bottles, now empty and put them in the recycling bin. 2010 p. 198

**Crush:** "Xavier says as he picks up his box and soda can and throws them in the recycling container…p. 428

116.

<u>Looks like sucked/swallowed a lemon</u>

**BMR:**  "She looked like she'd sucked a lemon"  2011 p. 335

**Crush:** "He looks like he swallowed a lemon" p. 204

117.

<u>The portal is a vortex</u>

**BMR:** "The vortex in Alaska is a Devil's Triangle… If you cross a particular point in the Devil's triangle and the conditions are just right, you get sucked in. 2011 p. 243-244

**Crush:**  "Being caught in it feels like being stuck in a vortex,....holding it and holding it, even as the vortex spins around me. p. 613

118.

<u>Heroine conversation about: A gift or a curse vs like a curse</u>

**BMR**: "—they didn't know whether his magics were a gift from the gods or a curse."2011 p. 421

**Crush:** "It's a gift." "More like a curse," I tell him.  "All gifts are curses in one way or another, don't you think?" p. 569

119.

<u>He helps the heroine by giving her his magic. He's weakened / vulnerable. He has been through trails / the heroine faces trials. The heroine notices his tender / troubled eyes</u>

**BMR:** *Ronan and heroine:* "When I have re-gained my powers in their full strength, I will help you." …and I am sorely weakened by my trials." …"I must go soon," he says. "I have a small magic I can offer you now. It is not much but it will have to do." … I look up into his troubled eyes to find that he's standing close to me... 2013 p. 452

**Crush** (Book 2): "I have to go," I tell him…. "I left my powers inside you so that-" "You left your powers inside me?"…. "You channel magic, and I've given you mine to channel for now." …I look at him …but it's coupled with a tenderness in his eyes that I can't begin to understand…. No way did they make this Trial something you can pass on your own. … "You need to take my powers." "Yeah, but that leaves you vulnerable, right? .." p. 584

120.

The air ripples / blurs and they are on "all fours" to shift. There are "coils/funnel"

**BMR:** "He shook himself once and then the air around the great wolf *rippled* the way it does above pavement on a hot day, coils of heat rising into the air. I watched as the wolf curled in on himself and within a heartbeat resolved into the figure of a man crouched on all fours." 2011 p. 591

**Crush:** "He drops down to all fours, and, as I watch, stunned, the very air around him forms a kind of funnel. I'm  not sure what's happening but I know something is, because the air surrounding him is starting to blur." p. 274

*Referring to the concept of balance*

121.

Heroine has conversation about balance and says:  Two sides of the same coin

**BMR:** "…can't have one without the other because they're two sides of the same coin;  …" 2013 p. 90

**Crush:** "…that doesn't make them different. It just makes them two sides of the same coin." p. 221