# EXHIBIT 4:

**BMR AND COVET LANGUAGE SAMPLE**

**Key**:
Yellow indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
Light yellow indicates similarity of meaning
Pink indicates page number proximity within 50 pages
*Blue* text indicates notes and outlines shared with the agent
/ is used to describe events between the two books. BMR is first / Crave series is second

1.
She is a protector, humans, non-human/ not-just-human, creatures, the balance

**BMR:** "We're protectors of humankind from Others—non-humans." 2012 p. 197  "The Kindred are protectors of the land and all of its creatures, including humans. They protect against demons but also against humans who disturb the natural balance." 2012 p. 385

**Crush**: "Gargoyles kept the balance among all the paranormals...and every other not-just-human creature on the planet—and also humans." p. 220  "...and that's why gargoyles have always been protectors." p. 219

2.
Heroine's feelings show on her face when with the romantic lead:
some of what I was feeling must have/be shown/showing on my face because

**BMR:** Some of what I was feeling must have shown on my face because he looked worried. 2011 p. 261

**Covet**: ...something of what I'm feeling must be showing on my face because Hudson keeps shooting me weird little looks.  p. 455

3.

Heroine feels the weight of the romantic lead's stare: trying not to look/glance at romantic lead, she can't stand it/can't take it and has to glance...our eyes meet and he's smiling

**BMR:** … I keep my head down, willing myself not to look at him, even though I swear he's looking at me. I can feel the weight of his stare.…and finally I can't stand it any longer. I'll glance his way for a quick second….our eyes meet. He's smiling. 2013 p. 24

**Covet:** He's staring at me–I can feel the weight of his even though I refuse to so much as glance at him….and when I can't take it anymore, I turn my head and prepare to tell him….   our eyes meet, he smiles just a little.. p. 131

4.

Heroine smells: the stink of charred flesh filling the air *(of someone she cares about)*, she holds back a scream/ she screams

**BMR:** ... horror as his hands started smoking, the stink of charred flesh filling the air around us…. I covered my mouth with both hands, holding back a scream of terror.  2010 p. 179

**Covet:** ... center of his chest. I scream as the sickening scent of charred flesh fills the air.  P. 628-629

5.

Heroine thinks: I don't know what to say to that so I

**BMR:** I don't know what to say to that, to any of it really, so I just sit there… 2013 p. 203

**Covet:** I don't know what to say to that so I don't say anything at all.  p. 510

6.

Heroine sees Tree stump seats

**BMR:** "... and tree stump seats." 2010 p. 389, 2011 p. 488

**Covet:** …path of lawn complete with a couple of tree-stump seats.." p. 273

7.

Heroine says "the hairs on the back of my neck stand/stood on end"

**BMR**: The hairs on the back of my neck stood on end. I was definitely creeped out. 2010

**Covet**: ... the hairs on the back of my neck stand on end.


8.

Heroine: as I zip up my pack

**BMR:** I sighed heavily as I zipped up my pack." 2011 p. 99; 2012 p. 90

**Covet:** A quiet knock sounds on my door just as I zip up my pack…… p. 89


9.

Heroine and romantic lead: kisses on the sensitive skin of the wrist

**BMR**: ...he turned my wrist up and planted a feather light kiss there, his breath and lips warm against my sensitive skin." 2011 p. 227

**Covet**: "...turning my head so I can kiss the sensitive skin on the inside of his wrist. p. 530

**Covet:** …I feel the cold press of his fingers against the sensitive skin of my inner wrist. p. 57


10.

Heroine notes an accent: his crisp, British accent

**BMR:** "What's your clan, lovey?" he says in a crisp, British accent. 2013 p. 58

**Covet:** "What would you like me to say?"  His crisp British accent… p. 34


11.

Heroine's My Dad / Father was/used the carrot dangled before my nose / head

**BMR:** My dad was the carrot dangled before my nose and like any good little rabbit I'd taken the bait." 2010 p. 475

**Covet:** …much my father used him as a carrot to dangle over my head to get me to do things I didn't want to do. p. 676

12.

Heroine says: I try to think of something

**BMR:** I try to think of something to say. Something that I can say. 2012 p. 242

**Covet:** I try to think of something flippant to say-or anything to say, for … p. 128


13.

 Heroine tells the voice in her head character,  who is actually her father /grandfather, that she will come back for them:

**BMR:**  "But I'll be back for you. I promise." 2012 p. 513

**Covet:** "*I promise I'll come back for you. I promise I'll free you.* But …" p. 398


14.

Heroine is with Romantic lead /friends and the romantic lead in a bar / in a prison cell. The place feels like being in Dante's 'Inferno'. The romantic lead wraps arms / around heroines waist:

**BMR:** I felt like I was in Dante's 'Inferno' and we hadn't even reached Sanctuary yet.…Ash gently squeezed my hand and wrapped my arm in his, towing me forward. I held my breath. " 2011 p. 491-492

**Covet:** I look at Hudson and Flint, but they both seem as lost as I feel. .. "Ever read Dante's 'Inferno'?" … and his arm goes around my waist again. p. 471


15.

Heroines:  The Lighthouse / Library of Alexandria.

**BMR:** "…, like the Hanging Gardens of Babylon or the Lighthouse of Alexandria. "Lady Roselyn, I am …" 2016 p. 94-95

**Covet:** " like a regular community library. Like the Library of Alexandria." "You think I'm…" p. 359

16.
 Heroine asks "Why would I be immune?"

**BMR:** "You're immune. And you shouldn't be." He looks at me curiously. Why would I be immune when my mother and aunt aren't?"  2013 p. 238

**Covet:** " Maybe you're, I don't know, immune," he tells him. "Why would I be immune?""I don't know." p. 560


17.
Heroine: Walks a long way to golden double doors

**BMR:** Meret and I walk for what feels like a mile until we come to a large set of golden double doors… 2016 p. 97

**Covet:** Either way, we walk down a really, really, really long corridor until we come to a pair of gold double doors. p. 567


18.
Heroine is with romantic lead and witnesses: human…with a wolf's head,

**BMR:**  …he was standing in the middle of the room with a wolf's head on his otherwise normal human body.  2011 p. 356

**Covet**: … he's still mostly human but with a wolf's head-and teeth. p. 157


19A. (Tarot Cards)
Heroine has a tarot card reading

**BMR:** "My Tarot cards and white candles are on the table along …" 2013 p. 170

**Covet:** "…up at a sketchy fortune-telling place, complete with dirty tarot cards and a wizened old troll dressed in a …" p. 539

19B.

Tarot cards in hand.

**BMR:** … the center of the circle, my Tarot cards in hand. 2014 p. 143

**Covet:** … the troll follows us out, his tarot cards in hand. p. 540


19C.

Heroine:  Like a fortune teller with person who reads heroine's tarot cards

**BMR:** "I ask, just like any love-sick girl at a fortune-teller's booth." 2013 p. 433-434

**Covet:** "Like I'm at one of those fake fortune-tellers who just give people what they want to hear." p. 112


19D.

Tarot card scene where heroine is asked to select a card.

**BMR:** She places a deck of Tarot cards in front of me, fanning them out face down. 2013 p. 431

**Covet:** "I wasn't talking to you," he answers as he fans out his deck of cards. "Pick one," he directs me. p. 540


19E.

Out of 78 cards the same tarot card is drawn in both books: The Tower Card

**BMR:** The Tower. Not good…A black tower leans on its side stricken by a lightening bolt…" 2010 p. 5 2011 p. 6.

**Covet**: "'Trouble,' Hudson answers as he studies the card that looks like a tower being struck by lightning." p. 540


20.

He was everything I could ever want in a guy who is the mate.

**BMR**:  "...full of life, laughter and love.  He was everything I could have hoped for in a *mate*. Devoted, kind-hearted, adventuresome, honest and so much more …" 2010 p. 467

**Covet**: He's smart and funny and sarcastic and sweet and strong and kind and hot. He's everything I could ever ask for in a *guy*, everything I could ever want, all rolled … p. 590


21.

Heroine: Close the double doors behind me (*while with a friend*)

**BMR**: I step in and close the double doors behind me.  2014 p. 383-384

**Covet**: Once that's decided, the double doors close behind us,  p. 390


22.

The heroine is shocked as she enters the building where the Unseen (supernatural) / The dragon court meet: I can't/don't keep the shock from my voice…It's/are legendary...place

**BMR:** I can't keep the shock from my voice.   ... It's legendary. It's the first place everyone wants to go…The door groans open. We step inside and the door closes behind us,.. 2014 p. 296

**Covet:** I don't even try to keep the shock from my voice. Manhattan real estate prices are legendary and this place ....because the mirrored elevator doors are opening and Nuri is waiting for us …p. 300


23.

Heroine says: There's so much more I want to say and keeps her mouth shut/ keeps bottled up

**BMR:** "It's my fault this happened." I couldn't be more surprised. Marchalene apologizing? "Thanks." There's so much more I want to say, that I feel I should say. Maybe it's time to tell them everything I've been keeping bottled up inside. 2013 p. 295

**Covet:** "Yeah, well, a lot can happen in six months," he says. And in that one thing, he's absolutely right. Look at us. There's so much more I want to say, but maybe Jaxon's approach is right. Maybe I should just keep my mouth shut and let it go. P. 292


24.

Teacher says to heroine: "Nice of you to join us," *and teacher* goes to the front of the classroom

**BMR**: *Teacher*: ...to the front of the classroom….'Nice of you to join us," 2013 p. 38

**Covet:** *Teacher:* 'So nice of you to join us for class today.'.... to the front of the classroom…p. 72


25.

Heroine is embarrassed while with romantic lead: want/pray for the ground to open up and swallow her

**BMR**: Humiliated, I wanted the ground to just open up and swallow me. 2011 p. 107

**Covet**: ...I'm embarrassed...and pray for the ground to open up and swallow me whole. p. 196


26.

Heroine's thoughts are written all over her face:

**BMR**: Brendan is forever telling me my thoughts are written all over my face.  2016 p. 50

**Covet**: ...I'm afraid my earlier thoughts are written all over my face.  p. 90


27.

Heroine is told: there's more to you than meets the eye, *and it is* sickening/disgusting *to the speaker.*

**BMR**:  "Unfortunately, there's much more to you than meets the eye, Oh Chosen One.  But you're just too weak to use it.  You're so weak you make me want to puke." 2011 p. 565; 2012 p. 489

**Covet:**. "Apparently, there's a lot more to you than meets the eye." The obvious disgust on his face says that's not a good thing. p. 595


28.

Heroine:  I make my way down the stairs to…the foyer

**BMR** I make my way down the stairs to the foyer,  2013 p. 128

**Covet:** ... I have to friends are in the foyer …I make my way down the stairs to my room. p.. 672

29.

<u>Heroine hears: a voice in the back of my head told me/telling me that I …</u>

**BMR:** A voice in the back of my head told me that I had made that… 2011 p. 314

**Covet:** Plenty of voices in the back of my head telling me that I need to… p. 313


30.

<u>Heroine: I sling my backpack over one/my shoulder and..</u>

**BMR:** I sling my backpack over one shoulder and give Marcheline … 2013 p. 17

**Covet:** I tell her as I sling my backpack over my shoulder and grab a … p. 70


31.

<u>Heroine says "There's so much more I want to say.</u>

**BMR:** "Thanks." There's so much more I want to say, that I feel I should say. Maybe it's time to tell them everything I've been keeping bottled up inside. Maybe it's" 2013 p. 295

**Covet:** "Look at us. There's so much more I want to say, but maybe Jaxon's approach is right. Maybe I should just keep my mouth shut and let it go. I don't know. p. 292


32.

<u>Heroine and romantic lead meet Marchalene/Bloodletter, who both go too far when talking to the romantic lead, and have to check themselves: Then she seems to catch herself…and smiles</u>

**BMR:** "And then she seems to catch herself, to realize how out of line she is. "I'm sorry." She smiles and shakes her head."  2013 p. 231

**Covet:** "But then she seems to catch herself and settles back with a demure smile."  p. 106

33.
***Heroine realizing she belongs in the supernatural:*** I've felt out of place in my life,

**BMR:** I've felt out of place and out of touch my whole life. 2013  p. 89

**Covet:** ... I felt odd, out of place, a fish out of water in my own body... and in my own life.
p. 600


34.
**When heroine and romantic lead are together, heroine comments:** It feels like coming home

**BMR:** It feels that familiar. Like coming home. 2012 p. 202; 2011 p. 414

**Covet:** It feels like coming home.  p. 207


35.
Heroine comments: He looked as puzzled as I felt

**BMR:** "He looked as puzzled as I felt. 2010 p. 105

**Covet:** "… he looks as puzzled as I feel." p. 564


36.
Heroine hears:   A life debt is owed

**BMR:** "I owe you a life debt for what you did today." 2013 p. 336

**Covet:** "You owe me a life debt, vampire. …" p. 645


37.
Heroine:  An "invisible string" connects heroine and romantic lead

**BMR:** "It feels as though we're tied together by an invisible string. Fated……and I felt the same." 2016 p. 99

**Covet**: "Especially considering we're mated. Already, I can feel the invisible string…" p. 31

38.

***Heroine:*** my mouth feels like it's full/ stuffed with cotton

**BMR:** My mouth feels like it's stuffed with cotton. 2014 p. 51

**Covet:** And my mouth feels like it's full of cotton… p. 103


39.

Heroine's best friend smiles a tight/ bright smile that didn't quite reach her eyes:

**BMR:** Amanda smiled a tight smile that didn't quite reach her eyes. 2010 p. 21

**Covet:** ...Macy tells her with a bright smile that maybe doesn't quite reach her eyes. p. 614


40.

Leather cuffs for his / her wrists

**BMR**: Thick silver and leather cuffs circled his wrists. 2012 p. 343

**Covet**: Eden buys a couple of leather cuffs for her wrists.... p. 378


41.

Heroine is with the romantic lead: A strand of hair tucked behind heroine's ear

**BMR:** ...he said with a grin, tucking a strand of hair behind my ear. 2010 p. 104

**Covet:** I clear my throat, swallow, tuck a strand of hair behind my ear, fidget with the covers. p. 132


42.

Aunt / Uncle kisses the heroine on top of the head

**BMR**: She kisses the top of my head as she gets up to leave. 2013 p. 128

**Covet**: He hugs me back and presses a fatherly kiss to the top of my head. p. 423

43.
***Heroine:*** I cross my arms over my chest and..

**BMR**: I crossed my arms over my chest and scowled at him. 2011 p. 101

**Covet:** "I cross my arms over my chest and lean back… p. 539


44.
Heroines says for what feels like an eternity to romantic lead

**BMR**: … at me for what feels like an eternity. I hold his gaze, my heart racing and without meaning to, without really thinking about it

**Covet:** … from me.  For what feels like an eternity, I forget where we are, forget why we're doing this,...


45.
Heroine notes: My heart is pounding out of control and my chest..

**BMR:** My heart is pounding out of control and my chest is tight. 2012 p. 7

**Covet:** My heart is pounding out of control, my chest feels like an elephant is sitting on my solar plexus… p. 401


46.
Heroine comments on romantic lead showing some fang

**BMR:**   "…eyes are doing their thing and well, you're showing some fang," I pointed out. 2011 p. 262

**Covet:**  … at him, and this time he's definitely showing some fang. "I don't …p. 139


47.
Heroine describes Romantic lead as "showing/flashes a little fang."

**BMR:** He was showing a little fang, too." 2011 p. 261

**Covet**: Hudson moves to sit on Remy's bed directly across from me and flashes the warlock a little fang. " p. 472


48.

Heroine wonders if the romantic lead can hear her heart it's so thundering/pounding so loudly/hard:

**BMR**: My heart thundered loudly in my chest. Surely he could hear it? 2011 p. 259

**Covet**: My heart is pounding so hard in my chest, I'm certain he can hear it. p. 132


49.

Heroine with romantic lead: I wrap my arms around his neck and..

**BMR:** I wrap my arms around his neck and his hands settle on my waist. 2013 p. 367

 **Covet:** His hands slide under my ass, and I wrap my arms around his neck and my legs around his waist.  p. 352


50.

Conversation with Heroine about a special magical thing: You know how to find the

**BMR** : "You know how to find the Seven?" he asks. … 2016 p. 89

**Covet:** "Do you know how to find the Crown?" I ask.…   p. 650


51.

Heroine: .... me.  I wrap my arms around my middle / waist and the room

**BMR:** "...me?" I wrap my arms around my middle….the room is spinning out of control." 2012 p. 188

**Covet:** "... me. I wrap my arms around my waist, the walls of the room closing in as I take a shallow breath"  p. 113

52.
Heroine: Something inside me snaps. "I..The words..

**BMR**: Something inside me snaps. 'I hate you!' The words explode from my mouth in a snarl. 2014 p. 337

**Covet**: Something inside me snaps. 'I want my brother back!' I hurl the words at him like knives. p. 678


53.
Romantic lead while with the heroine: tapped his fingers on the table

**BMR:** He tapped his fingers on the table top lost in thought. 2010 p.190

**Covet:** He taps his fingers on the table in the first display of nervousness… p. 39


54.
Heroine: Get out of my mind/ clear my mind…...no matter how hard I try not to think

**BMR:** ...and clear my mind or at least I try to. No matter how many calming breaths I take, no matter how hard I try not to think—the same thought… 2013 p. 433

**Covet:** ...to get out of my mind, no matter how hard I try not to think about it. p. 130


55.
Tell us a little bit about yourself

**BMR:** "Stand up, tell us a little bit about yourself and why you took this class." 2010 p. 30

**Covet:** "Why don't you come on over here and tell us a little bit about yourself," p. 451


56.
Who would have thought

**BMR:** Who would have thought Ash's reception by my family would have gone better than mine by his, … 2010 p. 242

**Covet:** Who would have thought they would have had this kind of construction know-how hundreds of years ago? … p. 241

57.
Female character/ male character instructs heroine:  Motions for me to do the same

**BMR:**  She sits down and motions for me to do the same and places a deck of Tarot cards in front of me, 2014 p. 347

**Covet:** Hudson stands up and then motions for me to do the same so he can pull back the covers. p. 481

58.
 In front of a group of friends, heroine watches male character give a gift to friend/ herself.: gift is wrapped in white/pink tissue paper

**BMR:** He had a brown bag lunch in one hand and a red tulip wrapped in white tissue paper in the other. No one said anything. When everyone continued to stare at him in silence…2011 p. 316

**Covet:** Jaxon walks up to me, a small square present wrapped in delicate pink tissue paper in his hands.  I open his present and gasp in shock.  p. 269

59.
Heroine mentions time:  And then it's like a switch

**BMR:** He looks hopeful for a moment and then it's like a switch turns off. 2014 p. 185

**Covet:** He's got one foot …For about three seconds, it's not so bad, and then it's like a switch …p. 482

60.
So gradually that you don't (cold vs heat described with two preceding adjectives)

**BMR:** It was the kind of cold that's potentially the most dangerous—a dry, numbing cold that creeps up on you so gradually that you don't realize you're in danger from exposure until it's too late. 2011 p. 152

**Covet:** But this, this is a slow, steady burn, the kind that gets hotter so gradually that you don't even notice it happening ... until you're almost at the boiling point."p. 344

61.
Heroine/ romantic lead enjoys time:  In the wilderness. It's

**BMR:** ... but for the sheer love of spending time in the wilderness. It's hard to explain my sense of communion with nature and how it makes me feel alive. 2013 p. 56

**Covet:** ...- although Jaxon usually gets his workouts from long runs in the wilderness. It's that this room, which had always seemed like a window into Jaxon's soul…"p.  84


62.
Heroine: As soon as I say the words, I know

**BMR:** As soon as I say the words, I know that's what I'll do. 2014 p. 386

 **Covet:** As soon as I say the words, I know they're a mistake. p. 384


63.
Heroine wears a red dress with

**BMR:** …revealing a simple red dress with short … 2011 p. 137

**Covet:** …and my red dress with open jealousy … p. 338


64.
Heroine thinks: I don't know what to say to that so I

 **BMR:** I don't know what to say to that, to any of it really, so I just sit there…2013 p. 203

**Covet:** And I don't know what to say to that so I don't say anything at all. p. 83


65.
Heroine says:  "I stuck my tongue out at him" (*the romantic lead*)

**BMR:** I stuck my tongue out at him. 2011 p. 358

**Covet:**  I stick my tongue out at him.  p. 153

66.
This phrase is said about thinking someone is going to kill the heroine

**BMR:** I thought he was going to kill me, 2010 p. 347

**Covet:** "I thought he was going to kill you!" p. 531

67.
Heroine comments on time and: At the bottom of a ravine

**BMR:** "…Hours passed and he never came back. I found him at the bottom of a ravine near the camp." 2011 p. 126

**Covet:** " One second of inattention, and you can be lying at the bottom of a ravine with a concussion…" p. 93-94

68.
Heroine:  I close my eyes and focus on…energy

**BMR:** I close my eyes and focus on  my breathing, quieting my mind and allowing the energy that surrounds me to fill my being. 2013 p. 431

**Covet:** ... I close my eyes and focus on sending healing energy into his burns one by one. p. 146

69.
The Empire State Building…much older than..

**BMR:** "It's over half the height of the Empire State Building and is the heaviest structure  on Earth."..."It was built four thousand five hundred years ago. But there are theories it's much older than that." 2016 p. 40

**Covet:** " …much about it besides the Empire State Building and a lot of traffic... "But the Dragon Court is much older than the city." p. 298

70.
Heroine says I don't know what I'm going to do

**BMR:** "I don't know what I'm going to do when I find…" 2013 p. 275

**Covet:** "I don't know what I'm going to do after graduation-...." p. 285


71.
Bad person says to heroine, A deal is a deal,"

**BMR:** "And a deal is a deal,"  2013 p. 411

**Covet:** "A deal is a deal, after all." p. 508


72.
Heroine tells/ is told:  "Let's make a deal"

**BMR:**"Let's make a deal." 2012 p. 455

**Covet:** "Let's make a deal." p. 569


73.
Heroine: I'm not most people,

**BMR:** "I guess I'm not most people," I murmured softly. 2010 p. 328

**Covet:** "Yeah, well, I'm not most people. " p. 42


74.
Description of Sphinx/ manticore: Part lion, part human with wings

**BMR:** ... goddesses with wings, Assyrian mythological beings part lion, part human and then ancient Egypt—Anubis, … 2010 p. 179

**Covet:** .... manticores are part human and part lion, with eagle wings and a … p. 454


75.
Heroine: To pretend that everything

**BMR:** I tried to pretend that everything had returned to normal.  2010 p. 168

**Covet:** We're going to great pains to pretend that everything is at least a little bit normal, so it really … p. 151

76.
Heroine and romantic lead:  Silence descends between us,

**BMR:** A long moment of intense silence descends between us, his fingers locked around my wrist …2013 p. 105

**Covet:** An awkward silence descends between us, and I honestly don't know …"p. 126

77.
 Heroine comments on not hearing/ ignoring questions,  …Like a bunch of angry bees.

**BMR:** And the funny thing is, I can't hear them.  I can see their mouths moving all right and I know they're asking me questions, but all I hear is a low, droning buzz. Like a bunch of angry bees. 2013 p. 461

**Covet:** And for the first time, I allow questions I've ignored for months to invade my head like a swarm of angry bees. p. 65

78.
Heroine hears from female character: You already know that, don't you?

**BMR:** "You already know that, don't you?" 2014 p. 157

**Covet:** "But I guess you already know that, don't you?" p. 614

79.
Heroine thinks: If we were going to get out of here alive,

**BMR:** If we were going to get out of here alive, then the saving was up…  2011 p. 534

**Covet:** …we're going to have to trust someone down here if we hope to get out alive. p. 465, p. 550

80.

Heroine is told: I didn't think you had it in you.

**BMR:** "I didn't think you had it in you, Mia," 2014 p. 217

**Covet:** "I didn't think you had it in you." p. 238


81.

Heroine comments:  He was a kindred spirit.

**BMR:** But I knew without a doubt that he was a kindred spirit. 2010 p. 92

**Covet:** ...he's being made fun of, or if he's found a kindred spirit. p. 568


82.

Heroine is not going to hurt feelings/ cry:  It's not like I'm going to

**BMR:** "It's not like I'm going to hurt their feelings …" 2013 p. 132

**Covet:** "His words are a direct hit, but it's not like I'm going to cry about it." p. 667


83.

Heroine:  Can you help me?" I

**BMR:** "I need to find him. Can you help me?" I ask. 2014 p. 365

**Covet:** " turn to Remy then and ask, "Can you help me? I need to hold him down." p. 525


84.

 Heroine is told/ tells:  Open the door and let me

**BMR:** "I would've just compelled you to open the door and let me in," he reminded me. 2010 p. 219

**Covet:** "So open the door and let me see Charon." p. 564

85.

<u>Heroine hears female character reach and pop body part back into place:  She, the shifter, "pops
them back into place"</u>

**BMR**: She pounded her wrist back with a loud popping sound and then reached down and
twisted her leg back into place. 2011 p. 403

**Covet**: Right before she reaches up and pops her own nose back into place." p. 181

86.

<u>Heroine comments on being the middle of a forest and being reminded of summer/ boardwalk:
"I mean we're in the middle of a forest</u>

**BMR**: "How am I going to explain this place to her? I *mean* we're in the middle of a forest in the
summer time." 2013 p. 383

**Covet:** … we're going.  I know we're in the middle of a forest, but something about this place
reminds me of the boardwalk back at home on Saturday afternoons. p. 231

87.

<u>Heroine wears a full /floor length black gown</u>

**BMR:** …dressed in an elegant, full-length black evening gown… 2013 p. 126

**Covet:** She looks stunning in the floor-length black velvet gown. p. 337

88.

<u>Romantic lead with heroine: he leans back in his chair and</u>

**BMR:** He leans back in his chair and crosses his… 2012 p. 99

**Covet:** He leans back in his chair and gives…p. 46

89.

Heroine hears welcome from older female character:  I'm Brienne / Erym Welcome to our home,

**BMR:** … "I'm Brienne. Welcome to our home," 2012 p. 227

**Covet:** …"I'm Erym, cala of the Giant Court. Welcome to our home." p. 222


90.

Heroine is asked: what do you think about when you all this..?

**BMR** :  "What do you think about when you see all this?"  2010 p. 133

**Covet:**  "What do you think about all this, Grace?" p. 110


91.

Heroine comments:  He looked as puzzled as I felt

**BMR:** He looked as puzzled as I felt. 2010 p. 105

**Covet:** … he looks as puzzled as I feel. p. 564

92.

Heroine dealing with anxiety

**BMR:** I took a deep breath and let it out slowly, centering myself.  2011 p. 369; 2012 p. 291

**Covet** (Book 3)**:** I take a deep breath, blow it out slowly. p. 91


93.

Heroine breathes and counts to ten when dealing with anxiety

**BMR**: I stare at the floor, counting to ten out loud telling myself to breathe. 2012 p. 171

**Covet** (Book 3): I take a deep breath, then several more as I count to ten… p. 304, 305


94.

Heroine is scared and:  A shiver…skitters down my spine.

**BMR:** A shiver skitters down my spine. 2013 p. 57

**Covet:** …and then our gazes collide, and a shiver of fear skitters down my spine. p. 448

95.
Heroine's: blooms in my cheeks, …heat

**BMR:** A flush blooms in my cheeks, heating my face and neck." 2013 p. 157

**Covet:** I duck my head as heat blooms in my cheeks… p. 213

96.
Heroine describes male character facial expression:   He expected me to say something.

**BMR:** His eyes widened further almost as though he expected me to say something, as though he knew …" 2010 p. 319

**Covet:** he asks, brows raised like he expected me to say something more than a quick … p. 128

97.
Depends on the person and the

 **BMR:** The exact meaning depends on the person and the situation but it always … 2010 p. 67

**Covet:** It simply depends on the person." "And the crimes," Calder reminds him. …" p. 475

98.
Something else entirely

**BMR:** "You look so much like her, but you're something else entirely…" 2011 p. 506

**Covet:** "Pixies? Or something else entirely?" p. 504

99.
Heroine / male character : Chew on words

**BMR:** He bit his lip as though he were chewing on the right words… 2011 p. 463

**Covet**: I think about his words, chew on them. p. 467

100.
Heroine is: Hoping against hope that

**BMR:** I duck my head down and look away, hoping against hope that they won't recognize me. 2013 p. 394

**Covet:** I put a hand on his elbow, hoping against hope that he won't. p. 384

101.
Heroine comments on character seeing questions in her eyes : Sees the question in my eyes

**BMR:** She sees the question in my eyes and before I can ask… 2014 p. 339

**Covet:** He sees the question in my eyes and nods. p. 91

102.
Heroine: I try to think of something

**BMR:** I try to think of something to say. Something that I can say. 2012 p. 242

**Covet:** I try to think of something flippant to say-or anything to say, for … p. 128

103.
Heroine  I thread my fingers through my/his hair

**BMR**: " Gingerly, I thread my fingers through my hair and…" 2011 p. 3

**Covet:** " I thread my fingers through his hair, press…" p. 528

104.
Heroine:  He wasn't trying to kiss me

**BMR**:  And that's all it was? I'm relieved he wasn't trying to kiss me. And maybe a little disappointed if I'm. " 2013 p. 453

**Covet:** "Want to watch something?" I am beyond ridiculous. He wasn't trying to kiss me.  He was … p. 127

105.
Heroine and romantic lead: He left….the ghost/rest of what he was going to say

**BMR:** …his gaze guarded and coldly angry.  He left the rest of what he was going to say to my imagination. 2010  p. 99

**Covet:** His voice gives out, leaving the ghost of what he was going to say between us. p. 28

106.
Heroine comments on male character's scent:  Citrus and with em dashes

**BMR:** I took a deep breath, savoring his scent—citrus and spice with a note of musk and woods. … 2010 p. 372

**Covet:** From the smell of him-all citrus and cedar and amber– I'm guessing … p. 691

107.
There is a test heroine must pass

**BMR:** *High Priestess to heroine*: "There is a test which you must pass…" 2012 p. 504

**Crush:** *Heroine*: "It's a test I have to pass." p. 488

108.
Heroine: Word vomit/ vomits words            Same page

**BMR:** Word vomit. 2011 p. 52

**Covet**: ...I force myself to stop vomiting words... p. 52

109.
Romantic lead "reaches out" "brushes her hair back from her face"

**BMR**: …he reached out with one hand and brushed a lock of my hair back from my face. 2011 p. 62

**Covet**: ...he's reaching over, brushing one of my errant curls out of my face. p. 411


110.

Heroine loves the "smell of the wildflowers"

**BMR:** I can already smell the heady scent of the wildflowers… 2013 p. 301

**Covet:** I ask, leaning in to smell the gorgeous wildflower bouquet.... p. 280


111.

Heroine doesn't like romantic lead treating me like a child

**BMR:** Irritated because he was treating me like a child and relieved because the moment had passed.  p. 350

**Covet**: "I'm not a child, and I don't appreciate you treating me like one." p. 59


112.

Heroine comments on male character: Chew on words

**BMR**: He bit his lip as though he were chewing on the right words… 2011 p. 463

**Covet**: I think about his words, chew on them. p. 467


113.

Hoping against hope that

**BMR:** I duck my head down and look away, hoping against hope that they won't recognize me. 2013 p. 394

**Covet:** I put a hand on his elbow, hoping against hope that he won't. p. 384


114.

Romantic lead: a twist of his lips

**BMR:** "Just Ash,' he says with a sour twist of his lips. 'Hmph. Did you know…'" 2013 p. 284

**Covet:** Hudson tells him with a sarcastic twist of his lips. "I'll do what I should …" p. 137

115.
Heroine gives "what I know… is a fake smile" when she's uncomfortable

**BMR:** I give him what I know for a fact is a big, fat, fake smile... 2013 p. 164

**Covet:** ...I send the group what I know is a really fake-looking smile. p. 24

116.
Heroine: To pretend that everything

**BMR:** I tried to pretend that everything had returned to normal. 2010 p. 168

**Covet:** We're going to great pains to pretend that everything is at least a little bit normal, so it really … p. 151

117.
Heroine Kind of cold

**BMR:** "Um, sure but it's kind of cold out." 2013 p. 155

**Covet:** "But it's an okay kind of cold," p. 148

118.
Lets out a ragged breath.

**BMR:** My mother lets out a ragged breath. 2013 p. 344

**Covet:** I let out a ragged breath of relief that at least he's …"p. 258

119.
Heroine is dizzy, I collapsed to/on my knees

**BMR:** Dizzy, I collapsed to my knees on the floor grabbing onto a leather bench for support. 2011 p. 414

**Covet:** The dizziness that steals the strength from my legs as I collapse on my knees beside his body. p. 622

120.
Magical tattoos are sparkly / bright and they "swirl" and "dance"

**BMR**: ...something sparkly caught the light...Tattoos! And they were moving on his fingers, swirling in a strange dance. 2011 289

**Covet**: ...captured by the tattoo that's so bright now, it's practically blinding as it swirls and dances up and down my biceps and forearm. p. 605

121.
Heroine waits for him / her to continue his story.

**BMR**: I nodded for him to continue his story, p. 438

**Covet**: … then wait patiently for her to continue the story. p. 392

122.
Heroine description of her : Fear was a living, breathing

**BMR:** ... my fear was a living, breathing entity with a mind of its own. 2011 p. 178

**Covet**: Fear is a living, breathing thing inside me, and that bitch has taken control … p. 575

123.
Heroine says:   I'm a little dizzy but

**BMR:** I'm a little dizzy but let's try it again. 2012 p. 153

**Covet:** ...I'm a little dizzy-but Remy looks disappointed. p. 557

124.

Heroine's friend/ romantic lead:  Says it like it's no big deal.

**BMR:** Amanda says it like it's no big deal.  2013 p. 33

**Covet:** Hudson says it casually, like it's no big deal.  p. 463

125.

Heroine pushes / avoids her feelings of fear and panic and: locks them in a box

**BMR:** So I decided to push my feelings of fear and dread all the way down, out of reach and lock them in a box. 2011 p. 474

**Covet** (Book 3): As the familiar panic bubbles in my chest…And then I lock them away in a box as quickly as they come...I'd do almost anything to avoid a panic attack. p. 65-66

126.

Heroine and it's all I can do not to

**BMR**: The snake wraps itself  around my legs and it's all I can do not to scream. 2013 p. 140

**Covet:** My heart crumbles in my chest-for Macy, for Xavier, for everything that's brought us to this moment and it's all I can do not to cry … p. 3

127.

Me, his face inches from mine.

**BMR:** He turned around to look at me, his face inches from mine. 2010 p. 42

**Covet:** … his arms wrapped around me, his face inches from mine…p. 234

128.

Heroine's tattoo burns heroine like tiny pinpricks

**BMR:** And when I did, my back lit up on fire, thousands of tiny pin pricks. 2011 p. 436

**Covet**: My tattoo burns as the magic lights each tiny needle prick… p. 623

129.

Balance, two sides of the same coin, balance, harmony

**BMR**: I understand that the balance is harmony, an accord of light and dark. You can't have one without the other because they're two sides of the same coin; each opposite is essential to maintain the balance and rhythm of life on earth. 2013 p. 90

**Covet**: "But the universe requires balance, and so they had two daughters, each a different side of the same coin." P. 392  "Both sides...unable to live in any kind of harmony or balance..." p. 395

130.

Heroine sees/ thinks about :Mountain lions, wolves

**BMR:** ...that they were—human-looking, rather than larger than life mountain lions, wolves, cheetahs, a bear, a jackal 2012 p. 361

**Covet:** I have a split second to think of bears and mountain lions, wolves and lynx, as my scream echoes across ... p. 95

131.

 Heroine mentions Get out-of-jail-free card

**BMR:** ...head with an emotional two by four as my get of-jail-free card.  2011 p. 305

**Covet:** Let's go bargain for a get-out-of-jail-free card and save the blacksmith and ultimately ...p. 329

132.

Heroine: I can't shake the feeling that

**BMR:** ...I can't shake the feeling that I'm not alone, that someone's watching me. Someone besides the raven. 2013 p. 305

**Covet:** ...I can't shake the feeling that the dragons are out there somewhere, waiting for something." p. 370

133.

He stops dead in his tracks.

**BMR:** "When he reaches the threshold of our house he stops dead in his tracks." 2012 p. 58

**Covet:** "…much so that the wolf's eyes go wide, and he stops dead in his tracks." p. 41

134.

Letting him off the hook

**BMR:** I wasn't letting him off the hook yet, even though I was … 2010 p. 340

**Covet:** …I'm too desperate to let him off the hook now. p. 153

135.

The million dollar question?

**BMR:** "Well, wasn't that the million dollar question?" 2011 p. 27

**Covet:** "I'm pretty sure that's the million-dollar question, isn't it?" p.187

136.

Heroine's hands shake so badly, her heart is pounding in her chest

**BMR:** My hands are shaking so badly it's hard to angle the mirror just right. 2013 p. 356

**Covet** (Book 3): My hands are shaking so badly, I shove them in my pockets so Nury won't notice. p. 320

137.

Heroine's parents kept her ignorant of the magical world to protect her

**BMR**: *Mother to heroine:* "...contact with the magical world. I thought if I could keep you from it, I would protect you and save myself. Instead, by keeping you ignorant…" 2013 p. 467

**Covet** (Book 3): *Heroine about mother and father:* They knew there was magic in this world… They kept me ignorant… p. 600  ...I can't help thinking that they did the best they could to protect me. p. 602


138.

Heroine wanted her family to tell her everything about herself and the magical world

**BMR:** They had a chance to come clean with me tonight, to tell me everything. …. How can I trust them to tell me the truth about anything with the silence of so many unspoken secrets still standing between us? 2013 p. 361

**Covet**: Were they going to tell me *everything*?.... I realize that maybe I can't hold the secrecy against them after all. p. 602


139.

Heroine/Romantic  references clothing/helmet then heroine swears the romantic lead is laughing at her and she comments on his facial expression

**BMR:** ... little surprised to find myself taking the helmet. That charismatic smile of his is flashing the entire time and I swear he's laughing at me, daring me to back down."2013  p. 51

**Covet**:  You want me to put something else on?" he asks, and I swear he's laughing at me, even though he's totally keeping a straight face." p. 176


140.

Heroine has a smell as a magical being: I smell the demon / gargoyle in you

**BMR**: *To heroine*: "I can smell the demon in you." 2014 p. 329

**Covet:** *To heroine*: "...I definitely smell the gargoyle in you…" p. 229


141.

Heroine describes footwear:  Chunky heels

**BMR:**… black leather boots that laced up the front with chunky heels.  2011 p. 219

**Covet:** …the stairs and to my rescue in a pair of chunky heels. p. 178

142.

Heroine's kind of supernatural don't walk the earth in many numbers now

**BMR:** "Only a very few walk the Earth, if at all, and those who do are hidden." 2012 p. 385-387

**Covet:** "There used to be thousands upon thousands of gargoyles walking the earth. Now there are only two that I know of…" p. 399

143.

The heroine questions how this could happen and is told it was because of betrayal.

**BMR:** *Heroine:* "But how could that happen if the Kindred are magic? They're powerful, right?" *Romantic lead:* "There was a betrayal." 2012 p. 387

**Covet**: *Heroine:* "But if gargoyles are meant to bring balance and are immune to both sides, how did they lose so badly in the Second Great War? How did they become nearly extinct?" The Crone shrugs. "How does anything like that happen? Betrayal." p. 399-400

144.

***Romantic lead and heroine are discussing possibly breaking up/ Romantic lead and heroine with the Bloodletter are discussing trying to break their mating bond. The heroine is upset and tries to hide her feelings:***

He doesn't want to….me any more than I want to….feeling…I know

**BMR:** He says it like it pains him to admit it. He doesn't want to like me any more than I want to like him." I stare at him, speechless, biting my bottom lip. Everything in my head is telling me to play it cool. Not to give away anything of what I'm feeling inside. Not when I'm uncertain about him. But when I look at him, really look at him, I know he's sincere. 2013 p. 116

**Covet:** "He didn't use the spell," I tell her, trying to ignore the way Hudson's words make me feel. I know everything is screwed up, I know he doesn't want to be mated to me any more than I want to be mated to him, but hearing him say it like that-like being my mate is the worst thing to ever happen to him- hurts in a way I didn't expect it to." p. 107

145.

***The heroine encounters a raven/romantic lead, perched on a railing and staring at her. Her hair stands up on her arms/neck, she feels cold fear/ a chill. The romantic lead asks "What are you doing out here?" he raises his arms to shoo the bird and it hops away/she raises her hand to wave and he hops down. She leans into the romantic lead for an embrace/hug:***

Perched on the railing..stare…"What are you doing out here?" he asks…raised arm/hand..hopped

**BMR:** An extraordinarily large raven perched on the railing beside me, regarding me with an almost human stare. ..Up close as we were, this one seemed much, much larger…. The fine hairs on my arms stood on end. .."Beware!" it cawed… A current of fear, cold and sharp, ran through my veins. ....Ash! "What are you doing out here?" he asked, his eyes troubled…. "Hey you! Get out of here!" Ash raised his arms and shooed the thing…It just looked at him. …The raven watched his foot with a baleful glare and then hopped out of the way….and flew away, black feathers melting into the night. ..He reached out and pulled me in close to his chest, sheltering me in his arms. I allowed myself to lean into that embrace for a moment…His eyes scanned the courtyard… 2011 p. 153-154

**Covet:** "But I've only taken a few steps beforeI see a flash of black and purple in the gazebo across the lake. …l-but when the hair stands up on the back of my neck, I change my mind and take a closer look. Only to find Jaxon staring straight at me from his perch on the gazebo railing. … So I smile and raise a hand in a wave as I wait to see whether he's going to ignore me or wave back. ..Instead, he hops off the railing. …Impulsively, I lean in for a hug-mainly because it feels awkward not to but also because I just really want to. This is Jaxon, after all, and though the look in his eyes gives me a chill, I'm not about to push him away. "What are you doing out here?" he asks. "Enjoying the weather before I have to get to my next class." p. 149-150

146.

***Romantic lead gives the heroine a feather light kiss, which causes sensations of heat/flames, it's all all-consuming, she presses herself against him:***

**BMR:** "His eyes locked with mine, he turned my wrist up and planted a feather light kiss there, his breath and lips warm against my sensitive skin. Heat blossomed between us, sudden and all-consuming. I wanted nothing so much as to feel his lips pressed against my own. I found myself leaning toward him…." 2010  p. 175; 2012 p.152

**Covet:** "And his kisses, his kisses are everything I've ever thought they would be…and so much more. Soft and lingering. Fast and hard. Featherlight and all-consuming. They send flames racing down my spine..Still I want more. I press myself up against him, tangle my fingers in his hair, and when he gasps for breath-starts to pull his mouth from mine... p. 277

147.
***The heroine experiences falling for a very long time as she passes through a portal. She is surrounded by darkness. She arrives/departs in a forest and lands with a thump / thud on her knees. She then sees lights. She feels scared/fear and leaps to her feet/wants to be on her feet, she then meets a menacing raven/woman in black who beckons to her to follow.***

**BMR**: "The mirror is a portal between our worlds, child."…She released my hands and I was suddenly pitched forward, falling out of space, out of time, into the nothingness… Finally, after what felt like a very long time the air stilled; in slow-motion I landed with a solid thump on my knees. adrenaline coursing through my body….I took in the smell of the pine and the soft sounds of the woods around me. …only the darkness surrounding me and the pale light of the full moon above. Heart pumping, I leapt to my feet and scanned the trees in front of me—..I noticed twinkling candle lights were strewn through the branches… A loud flutter of wings caught me off-guard as a huge raven,...settled itself on the ground ahead of me….My heart pulsed with fear and anticipation….. "Come on!" it seemed to shriek in that inhuman voice. …"All right, all right," I grumbled. "I'll follow…..The forest around us opened to a clearing. …almost as if the forest were lit with lantern light. 2012 p. 495-508


**Covet**:   I can't wrap my head around it as they walk us into the forest-and straight into a portal …This portal isn't like the ones at the Ludares tournament….There's nothing but a free fall through darkness that goes on and on and on….I don't know how long the portal takes-probably only a couple of minutes. But it's the longest couple of minutes of my life,….The portal vomits me out in the middle of an obscenely bright room, the lights like giant needles being shoved into my eyes after the absolute darkness of the last few minutes. "I'm disoriented, ..and am more scared than I want to admit when I land on my knees with a hard *thud*  that sends pain ricocheting through me.....I'd rather be on my feet … a woman in a severe black business suit and black sunglasses… she is very much watching me, like I'm an animal in a cage…. "You may turn back around now," she says. "And follow me." p. 435-438