EXHIBIT 49

## BMR AND COURT LANGUAGE SAMPLE

**Key**:
==Yellow== indicates same words used within the same comparative sentences between the works, accounting for lemmatizing. For example, walk, walks, walking, walked
==Light yellow== indicates similarity of meaning
==Pink== indicates page number proximity within 50 pages
*Blue* text indicates notes and outlines shared with the agent
/ is used to describe events between the two books. BMR is first / Crave series is second

1.

***Heroine and romantic lead are discussing the true age of romantic and family members, and that they are older than they look. Romantic lead teases the heroine about it. :*** I..do the math in my head…a thousand years old …

**BMR:** I took a slow breath as I tried to do the math in my head. "That means he's—he's like—" "Over a thousand years old, give or take a few years. 2010 p. 337

**Court:** "So then how could she be a thousand years old and still look … At least not until I start to do the math in my head ..." p. 369

2.
Heroine is told: There's magic in her blood / veins

**BMR:** "There's magic in your veins." 2011 p. 440

**Court**: "There's magic in your blood." p. 477

3.
Heroine and romantic lead: He reaches out, tilts her chin with fingers, my gaze

**BMR:** He reached out and with his thumb and forefinger tilted my chin up, forcing my gaze to meet his. 2010 p. 426
**Court:** Hudson reaches out and tilts my chin up with his finger until he's holding my gaze in his fathomless blue depths. p. 593

4.
<u>Heroine describe male character's voice</u>

**BMR:**  He turned toward them and growled, deep and low in the back of his throat, a sound I knew they couldn't miss. 2011 p. 499

**Court:**  His response is instantaneous-a growl, low and deep in the back of his throat-and I brace myself for the feel of his fangs sinking through my skin. p. 376


5.
<u>Heroine has to prove to herself</u>

**BMR:**  I needed more than anything to prove to myself that I was good. That I was an agent on the right side, not some agent of doom and destruction. I could do that by recovering a cursed object…. 2012 p. 401

**Court:** Prove to Nuri that I'm worthy of trust and that I can be counted on to help save her people.  Hell, I even had to prove to myself that I was strong enough,... p. 396


6.
<u>Everything is going to be okay.</u>

**BMR:** *Everything is going to be okay*. 2013 p. 397

**Court:** *Everything* is going to be okay. p. 14


7.
<u>Heroine and romantic lead: He shakes his head, like he can't believe</u>

**BMR:** He shakes his head, like he can't believe it's come to this. 2014 p. 370

**Court:** He shakes his head like he doesn't-or can't-believe me. p. 372

8.
<u>Thousands of tiny pinpricks</u>

**BMR:** And when I did, my back lit up on fire, thousands of tiny pin pricks. He studied it closely and frowned. 2011 p. 436

**Court:** Against the blackness of my closed eyes, thousands of pinpricks of light start to appear. p. 184

9.
<u>Male character: An old-fashioned gold pocket watch</u>

**BMR:** He took an old-fashioned pocket watch from his pants pocket. It was the faded yellow of tarnished gold, weathered by time and much handling. He flipped it up in the air and caught it in his open palm, a move I knew was deliberately slow on his part for my benefit. He wanted me to see this watch." 2011 p. 542

**Court:** And with that, he reaches into the pocket of his electric-teal board shorts.  I brace myself for him to pull out a weapon of some kind, and from the way Hudson steps in front of me, I know he's thinking the same thing.  Instead, Jikan pulls out an old-fashioned gold pocket watch. Like, an honest-to-god pocket watch with a chain and an ornate flip cover and everything. p. 192

10.
<u>Vampire prince / Vampire King: Heroine is told " You should know that better than anyone" by Julian in BMR and Bloodletter in Crave, however Cyrus is mentioned also mentioned by Bloodletter.</u>

**BMR:** "You should know that better than anyone," Julian says. 2013 p. 417

**Court:** "You should know that better than anyone." "Cyrus's gift…" p. 176

11.
<u>Heroine thinks: Who I am destined to become</u>

**BMR:** … because of who and what I was destined to become. 2011 p. 599

**Court:**  Not when who I am and who I have always been destined to become are finally merging into one. p. 644

12.

Heroine thinks of *small* Stonehenge / Stonehenge *Lite*, harnessing energy and portals

**BMR**: They presented slides of the stone circles, like a small Stonehenge, the fort hills ancient stone carvings… 2011 p. 113. "There's an energy vortex here…the Earth's energy is particularly concentrated…our ancestors built structures to make them, like Stonehenge…These structures were placed at specific equidistant points as a means of harnessing energy and are used as portals…" 2011 p. 243

**Court**: We finally reach the other side of the mountain… "Is that *Stonehenge*?" …Hudson studies the structure, a ring of stone pillars…. "It's similar but not exactly." "...This structure looks like it could have been built five thousand years ago." p. 588; "Alright, Stonehenge Lite it is….."..... "...his original ability was channeling energy, right? ….Likely he can harness lightning…Remy will portal the rest of us over and punch through it." p. 588-595

13.

Heroine is asked by scary supernatural

**BMR:**   "Well, well, what have we here?" he asked with a Cockney accent, dropping all of his h's. 2010 p. 391-392

**Court**: "Well, look what we have here." p. 421

14.

Heroine comments on character's accent:   Crisp, British accent said to the heroine in a bad situation

**BMR:** "What's your clan, lovey?" he says in a crisp, British accent. 2013 p. 58

**Court:** Her crisp British accent bites off every syllable. p. 249

15.

Heroine describes Taylor/Bloodletter: Something in her voice, something in her

**BMR:** But something in her voice, something in her expression maybe, prompts me to follow…Snatching my hand, she…2014 p. 338

**Court:** … and there's something in her voice - something in her eyes - that has me watching her…She closes her fist,....p. 173


16.

Heroine says:  I appreciate…This is something I need to do. Myself

**BMR:** "I appreciate you wanting to wrestle my demons for me,"  I smirked at my little joke, "but this is something I need to do. Myself." 2010 p. 295

**Court:** ...I appreciate everyone for coming, I think maybe-maybe this is something I need to do by myself.  p. 485


17.

Heroine and romantic lead: The sunlight slanting/pouring in through the window…..afraid of,,,afraid of what

**BMR**:  And yet…there he was, the sunlight slanting in through the window kissing his hair….Although part of me felt afraid of him, afraid of what he might be and what that meant for me...  2011 p. 222

**Court:** "...because I was too afraid to use my abilities?" His voice breaks. "Or that I'm really afraid of what will happen if I do use my gift?" He shoves off the bed and starts pacing the room even as he's careful not to go near the sunlight pouring in through the window. p.125


18.

He walks like a duck / chicken

 **BMR:**  "If it looks like a duck, walks like a duck and quacks like a duck, it's a…" 2011 p. 235

**Court:**  "He clucks like a chicken. He walks like a chicken. He flaps his arms like a chicken..." p. 524

19.

Heroine makes Lord of the Ring reference

**BMR:** 'It sounds kind of like the One Ring in 'Lord of the Rings,' or something,' I suggested. 2011 p. 292

**Court:**  Izzy saunters out and holds up the ring with its powerful orange stone, and he cackles-actually cackles-before grabbing the ring out of her hand and staring at it like Smeagol from Lord of the Rings. p. 413

20.

Heroine with romantic lead:  I lean in/ back the solid strength of him..his heat/warmth

**BMR:** I leaned in to the solid strength of him and took a deep, calming breath. He always smelled so good. So right. Here in his arms I felt safe, cherished. The heat of his hands on my back as he held me was reassuring.  2010 p. 407

**Court:** I lean back against him with a sigh and soak in the solid strength of him as Macy walks him through Dawud's epic battle. I let his warmth burrow inside me, let it chase away just a little bit of the fear that's been growing… p. 346

21.

Heroine says words sticking in her throat in discussion with/ about mother

**BMR:** We're proud of what you did today." Mom wipes her eyes. Proud of me?" I say, the words sticking in my throat. 2014 p. 277-278

**Court:** "We really do have to visit the Bloodletter," I say, the words sticking in my throat.  p. 143

22.

Heroine:  The room. Now it's my turn to

**BMR:** She stalks out of the room. Now it's my turn to hold court. 2013 p. 279

**Court:** ...Hudson's shocked yelp fills the room. Now it's my turn to laugh.  p. 299

23.

Heroine: the word comes out in a squeak/squawk

**BMR:** The word comes out in a breathless squeak.  2012 p. 178

**Court:** I ask, choosing to ignore the fact that the word comes out sounding like a squawk.  p. 193


24.

Waiting for me to say something. But I didn't have

**BMR:** I think she was waiting for me to say something. But I didn't have anything to say. 2011 p. 212

**Court:** He appears to be waiting for me to say something, but I have no idea what the custom is. p. 48


25.

Heroine and romantic lead: He leans over and whispers in my ear

**BMR:** He leaned over and whispered in my ear, 2011 p. 499

**Court:** He leans forward and whispers in my ear, p. 337


26.

Heroine learns about the God of Chaos and is upset

**BMR:** *I freed a god! And not just any god—the God of Chaos himself. And they knew—Mom and Aunt Rose—and didn't tell me!* My head is in my hands. 2016 p. 101

**Court:** I make sure that my tone says it's no big deal. "The God of Chaos," she answers, her green eyes doing that strange swirly thing that makes everything inside me feel queasy. p. 159

27.
He crosses his heart to assure the heroine

He crosses his heart with his index finger and gives me such pleading, sad, puppy dog eyes, that I'm biting my lips to keep from smiling, even though I know I shouldn't be smiling at all. 2012 p. 198

I know I still look doubtful, because he crosses his heart and says, "I swear." "To whom?" I shoot back. "The God of Chaos?" He laughs. p. 189

28.
Heroine experiences flutter/vibration of a hummingbird's wing(s)

**BMR:** "… as light as the flutter of a hummingbird's wing." 2010 p. 484

**Court:** "… not just a drumbeat-it's the wild vibration of a hummingbird's wings." p. 652

29.
I've spent my my life running from my..

**BMR:** I've spent the whole of my life running away from my fate… 2014 p. 382

**Court:** "I've spent my life running from a destiny my father always wanted for me…" p. 4

30.
Heroine: Feel like the world's biggest loser

**BMR:** Which is why I felt like the world's biggest loser for manipulating him. 2010 p. 239

**Court:** … I have left, I still feel like the world's biggest loser. p. 267

31.

Romantic lead wipes heroine's tears away with his thumb, not your fault / don't apologize

**BMR:** Ash said, leaning over and gently wiping away my tears with his thumb. "You have to know that what happened wasn't your fault….2011 p. 128

**Court:** "I already told you, Grace," he says, wiping away some of my tears with his thumb."Don't ever apologize to me for wanting to save your people." p. 329

32.

Heroine's blood freezes in her veins with what he says

**BMR**: My blood freezes in my veins. He pauses an even longer time before finally answering… 2012 p. 176

**Court**: My blood freezes in my veins as he repeats what the Bloodletter told me almost word for word. p. 269

33.

Female character: in black from head to toe

**BMR:** Dressed in black from head to toe, her eyes are covered… 2012 p. 125

**Court:** ...outfitted in black from head to toe, two vicious triple-bladed… p. 170

34.

Heroine: magic calls to magic

**BMR**: A sort of magic calling to magic," he said.  2010 p. 196

**Court**: Like magic calls to like magic, so I… p.181

35.

Heroine bargaining with vampire prince / vampire king to save her friends lives: Let's make a deal.

**BMR:** …I tried to think of an out to save Rachel's life. "Please," I cried. "She—they're all my best friends! I couldn't bear it if any of them. . . died." He patted my hand. "Hmm. We can't have that, now can we? As important as you are to me . . . What are you willing to barter if I agree to let them live?" "I—I can't think of anything I have that you'd want." He just looked at me, saying nothing. I shook my head, my mind scrambling for an idea….consider fair trade for my friends' lives? …. "Let's make a deal." I said it confidently. 2012 p. 455

**Court:** The crowd boos and jeers and I rack my brain, trying to figure out the perfect thing to say next. "What I actually want is protection for my friends and myself. Promise me you and your army won't harm or kill us, ever, … "Yes," I say simply, "I am." Because if I say any more, he'll see just how angry I am that he referred to my friends like that. Who the hell is he to call my friends anything? "If that's what you want," he says, walking forward with a slow, measured step. "Let's make a deal." p. 630-631


36.

Heroine: I don't have to wonder for long because

**BMR:** I don't have to wonder for long because she…2013 p. 243

**Court:** " But I don't have to wonder for long because, so fast…p. 343


37.

Heroine and romantic lead: His eyes….but he would never do anything to hurt me.

**BMR:** ".A sense that he would never do anything to hurt me. A sense that we belong to one another. His eyes are full of questions." 2014 p. 184

**Court:** "His eyes-his beautiful blue-sky eyes-fly open…. Because this is Hudson, and he would never do anything to hurt me. p. 123

38.

There is something about…..I can't quite place it

**BMR:** There is something different about his voice though I can't quite place it. "I'm looking for something." 2010 p. 306

**Court:** There's something about this symbol, two V's on their side, that looks familiar, but I can't quite place it. p. 181


39.

Romantic lead asks if Heroine if she is OK and looks her over, heroine shakes her head twice: Are you hurt/all right..He looks me over…I shake my head…wrapping/his/my arms around me/his…cupping my face in his hands

**BMR:** "Are you hurt?" He looks me over, cupping my face in his hands. I shake my head…'What happened?' he asks, wrapping his arms around me and guiding me to a curb to sit down. All I can do is shake my head. "I don't know."....What I can't say…" 2013 p. 61

**Court:** "Are you all right?" I don't know what to say, don't know how to tell him that I'm scared…. Instead, I just shake my head….I'm the one who wraps my hands around his waist….Instead, he pulls back so he can get a better look at me. "Grace?" he whispers, even as he cups my face in his hands and rubs his thumbs over my wet cheeks. "What can I do?" I shake my head again." p. 296



40.

Her words make heroine's stomach clench

**BMR:** Her irritation with me made my stomach clench. 2010 p. 271

**Court:** Her words make my stomach clench. p. 475

41.

Heroine: This conversation isn't over. I need to….And

**BMR:** "This conversation isn't over." I stormed back to the foyer and up the stairs to my room, tears pricking my eyes. I needed time to think. I turned the knob of my bedroom door to find Hecubus curled up on my pillow purring madly. And Ash was sprawled out alongside him! 2012 p. 375-376

**Court:** No, this conversation isn't over. I need to know what I've done to make him believe such a thing. And what I can do to make him understand just how much I love and need him. p. 312-313

42.

Heroine is told/ tells male character:  I don't  know what's going on with you/ me

**BMR:** "I don't know what's going on with you Anna, but you haven't been acting like yourself lately. Have you got a problem with me?" 2011 p.  27

**Court:** "I don't know what's going on with me," I tell Dawud and the rest of my friends. p. 115

43.

Heroine: I can't/don't believe …would sell me out

**BMR:** "Anna, I can't believe you would sell me out like that!" 2011 p.165

**Court:** "I don't believe any of them would sell me out." p. 269

44.

Heroine: I've spent my my life running from my..

**BMR:** I've spent the whole of my life running away from my fate… 2014 p. 382

**Court:** "I've spent my life running from a destiny my father always wanted for me…" p. 4

45.

Heroine: anxiety/ nervous anticipation coiling in my belly / stomach

**BMR:** I walked briskly toward the bar, nervous anticipation coiling in my belly. 2012 p. 430

**Court:** ...I think my head might explode as the anxiety that had been coiling in my stomach…" p. 150


46.

Heroine hears:   Like she doesn't have a choice…more seconds/minutes

**BMR:** "It's not like she doesn't have a choice in all of this," …And if we've done our jobs right in raising her, she'll make the right choice."2012 p. 62; 2013 p.72

**Court**: "I think Imogen feels like she doesn't have a choice." …"That doesn't mean we shouldn't try to find a better choice," Flint tells her.  p. 101

47.

Heroine hears a whooshing sound

**BMR:** Knowing that the whooshing sound of breathing was that of my own friends offered nothing in the way of reassurance. 2011 p. 523-524

**Court:** I ask no one in particular as the whooshing sound grows louder. p. 527


48.

Heroine does not go down without a fight

**BMR:** And I wasn't going down without a fight. Defiantly, I… 2011 p. 527

**Court:** And fuck it, chained or not, I'm not going down without a fight…p. 265

49.

Stretched out in front, But that's not going to happen

**BMR:** He leaned toward me over the table, his arms stretched out in front of him, hands toying with his own water bottle…"I'd like you to say that what happened last night doesn't matter. But that's not going to happen is it?" he asked. 2011 p. 224

**Court:** One where a future of my own stretched out in front of me, full of possibilities. But that's not going to happen, so I shove the wish down deep. p. 694

50.

Heroine comments on Perfect seventy degrees

**BMR:** The temperature was neither hot nor cold but it felt like a perfect seventy degrees. 2010 p. 394; 2011 p. 493

**Court:** She throws her arms out in an effort to encompass the perfect seventy-five-degree day we're currently experiencing. p. 672

51.

Heroine: I balled / ball my hands into fists and

**BMR:** I balled my hands into fists and opened my mouth… 2011 p. 360

**Court:** I ball my hand into a fist and slam it into the… p. 570

52.

Mother/Grandmother talking to heroine about not being perfect: I made a lot of mistakes..with a rueful (smile)..life..perfect[1]

**BMR:** "When I was young, I made a lot of mistakes," she says with a rueful smile. "It seems I've spent the whole of my life trying to run away from my fate." My mouth falls open. "I can't imagine you running away from anything." My perfect mom. 2014 p. 376

---

[1] Exactly as appears in both books, no breaks

**Court:** "I made a lot of mistakes." "True," she agrees with a rueful tilt of her head. "But that's part of life. Being a demigod doesn't mean you're perfect. It just means that when you make a mistake, it's usually a big one." p. 669


53.

You think you're so smart. You think you're….don't you?

**BMR:** "Oh! You think you're so smart. You think you're like them, don't you? A Sentinel, a protector of humankind," she spat. 2011 p. 567

**Court:** ...she just sneers at Hudson and says, "You think you're so smart; you really think you're going to win, don't you?" p. 466


54.

Heroine's grandmother discussing vampire prince / vampire king disgrace / evil acts to Her eyes glistened/glassy with unshed tears..god

**BMR:** "Our kind belong to the gods alone." Her eyes glistened with unshed tears. "Julian's disgrace is my own."  2011 p. 577

**Court:**  "A god-killer poison. They didn't stand a chance." She pauses, her eyes glassy with unshed tears, and my stomach twists. p. 175


55.

Heroine experiences flutter/vibration of a hummingbird's wing(s)

**BMR:** "… as light as the flutter of a hummingbird's wing." 2010 p. 484

**Court:** "… not just a drumbeat-it's the wild vibration of a hummingbird's wings." p. 652


56.

Heroine with Vampire/ Remy: Couldn't have been more surprised

**BMR:** Defiantly, I looked up. And could not have been more surprised. 2010 p. 425 2011 p. 527

**Court:**  I couldn't have been more surprised if Remy…p. 478

57.

Heroine has tears streaming down her cheeks

**BMR:** I clench my jaw against the pain of it, tears streaming down my cheeks. p. 331

**Court:** I turn to face Hudson, tears streaming down my cheeks…p. 329

58.

Heroine's throat to get the words out

**BMR:** My throat felt tight and I spoke slowly to get the words out as calmly as I could. 2010 p. 21

**Court:** I have to clear my throat to get the words out, but I say,"Yeah…." p. 482

59.

Male character says:  You want a demonstration….demonstration.

 **BMR:** And then he says too softly, "You want a demonstration. Fine." The way he says it, all velvet and steel in that voice, makes me want to tell him never mind. I realize I might not like his demonstration. Before I can say a word, the tattoo glows and… 2016 p. 86

**Court:** Before I can say anything, though, Dawud clears their throat a couple of times…. "Do you want to give us a little demonstration?" "I was going more for an intellectual discussion," Dawud answers with a tired sigh. "But of course. We can have a demonstration if you'd like." "Oh, I'd like."  p. 338

60.

Heroine in response to romantic lead: Jump out of my skin. It's. answer

**BMR:**  My phone rings and I about jump out of my skin. It's Ash! I'm not ready for this…. Not going to answer. 2012 p. 173

**Court:** "I've been thinking about the Gargoyle Court," he finally says, right before I'm about to jump out of my skin. It's not the turn I expected the conversation to take,.. "..And trying to come up with an answer." p. 130


61.
Heroine: Take a deep breath and look

**BMR:** I forced myself to square my shoulders, take a deep breath and look up. 2011 p. 496

**Court:** Then I take a deep breath and look down… p. 665


62.
Hawaii vacation

**BMR**: "…were decked out in Hawaiian leis…returned from vacation…" 2011 p. 325

**Court**: "The vacation in Hawaii must be over…" p. 391


63.
Heroine:  I head to the bathroom to take a

**BMR:** I headed to the bathroom to take a break." 2010 p. 117

**Court:** I get up to head to the bathroom to take a shower,..." p. 128


64.
Heroine in a tough situation with her friends: One by one, my friends

**BMR:** One by one, my friends trooped outside and stood in the cold wind, unmoving. To my shame, I couldn't get out of the van on my own. With my arms cuffed behind my back and sitting on the cold metal floor for so long, my muscles were cramped and I had no ability to gain my feet. 2010 p. 422

**Court:** My friends. One by one, they've fanned out and are laying their arm on the person next to them, one after another. Mekhi, Dawud, Flint, Jaxon, Eden, Calder, Remy, and Macy. My cousin is holding Hudson's hand and his other is placed on my shoulder that's numb from pain now. p. 573

65.

Heroine: My blood freezes in my veins.

**BMR: "**Dead silence on the other end. "I saw your eyes."...He isn't in his car! "Where are you?" My blood freezes in my veins. He pauses…."2012 p. 176

**Court: "**But the calculating gleam in his eye says otherwise when he continues. "'Gone' doesn't mean 'dead,' now does it, Grace?" My blood freezes in my veins as he repeats.." p. 269

66.

Heroine's hands are shaking so badly

**BMR**: My hands are shaking so badly it's difficult to angle the mirror. 2013 p. 356

**Court:** My hands are shaking so badly that I clasp them behind my back. p. 291

67.

I'm so sorry this happened,

**BMR:**"I'm so sorry this happened, Anna. It's my fault," Ash said, glancing over at… 2010 p. 330

**Court:** "I'm so sorry this happened to you," Macy tells him as she… p. 14

68.

You've got to be kidding me' look

**BMR:** Brendan crossed his arms and gave me 'the look,' the one that says 'you've got to be kidding, me.' 2010 p. 237

**Court:** … I give him a *you've got to be kidding me* look. p. 558

69.

Heroine: I don't have a clue when

**BMR:** ...I'm ten kinds of crazy. "I don't have a clue. When a guy gives…" 2014 p. 27

**Court:** I'm about to tell him I don't have a clue when half the ceiling… p. 188

70.

And there's no way I'm going to…So now

**BMR:** …and there's no way I'm going to bring it up now. "So you'll just need to give…" 2012 p. 226

**Court:** … and there's no way I'm going to let him down now. So I raise my brow as I… p. 431

71.

Tears leaking from the corners of eyes

**BMR:** "I double over giggling and sink to the floor, tears leaking from the corners of my eyes." 2014 p. 150

**Court:** "…I can see the tears leaking from the corners of his eyes." p. 270

72.

Romantic lead: Standing in the middle of the room

**BMR:** And suddenly, there he is standing in the middle of the room with a wolf's head… 2012 p. 279

**Court:** And Jaxon is just standing in the middle of the room like he owns it. p. 145

73.

Heroine: I remember what happened the last time…me

**BMR:** "I remember what happened the last time you did me a favor." 2010 p. 286

**Court:** ..I remember what happened the last time he bit me. p. 424

74.

Female character: in black from head to toe

**BMR:** Dressed in black from head to toe, her eyes are covered… 2012 p. 125

**Court:** ...outfitted in black from head to toe, two vicious triple-bladed… p. 170

75.

I feel exactly the same way

**BMR:** I feel exactly the same way. 2010 p. 231

**Court:** I feel exactly the same way about her. p. 155

76.

The Bloodletter. My

**BMR**:  "You have to ask, Ronan the *Bloodletter*?" My voice is a hoarse croak." 2013 p. 465

**Court**: ...the only two people who've guessed I want to run away are Hudson and the Bloodletter. My gaze shifts to… p. 167

77.

There is something about…..I can't quite place it

**BMR:** There is something different about his voice though I can't quite place it. "I'm looking for something." 2010 p. 306

**Court:** There's something about this symbol, two V's on their side, that looks familiar, but I can't quite place it. p. 181

78.

Heroine/ female character Compact snapped/snapping shut

**BMR:** I snapped the compact shut and stared at the floor, counting to ten out loud. 2011 p. 190

**Court**: Calder says after snapping her compact shut and shoving it back in her pocket. P. 520

79.

Will be moot.

**BMR:**  When she turns seventeen, which, may I remind you is less than three months from now, that point will be moot. 2012 p. 62

**Court:** So yeah, it's either death, in which case the magical contract will be moot, or success, and I can fulfill the deal. p. 431

80.

He/him standing stock-still with heroine

**BMR:** He's standing stock-still in front of me, his eyes wide with shock. I reach out and take his head in my hands. 2013 p. 311

**Court:** Hudson stops moving completely, and when I glance at him out of the corner of my eye, it's to find him standing stock-still, his hand paused in midair in the act of reaching for a pair of drying socks p. 367

81.

Heroine and romantic lead: Standing on tiptoes…press my own kiss/mouth

**BMR:** "You worry too much," I said, standing on my tiptoes so that I could press my own kiss against… 2010 p. 264

**Court:** …a little, too. To heal us both, I stand on tiptoes and press my mouth to his. p. 383

82.

Harder than I thought it would be

**BMR:** This is harder than I thought it would be, 2010 p. 241

**Court:** … it's harder than I thought it would be… p. 392

83.

Mother to daughter,

**BMR:** Our family descends in an unbroken chain mother to daughter, going back to the Priestesses of Avalon … 2014 p. 72

**Court:** That kind of ancient magic, passed down from mother to daughter, won't be held back forever -  p. 476

84.

Ireland/ Scotland

**BMR:** The six Celtic nations are Ireland, Scotland, the Isle of Man… 2012 p. 42

**Court:** ...a place that looks like it's part of Ireland or Scotland… p. 42


85.

Heroine: And to hell with the consequences

**BMR:** And to hell with the consequences. 2011 p. 260

**Court:** "...we just attack Cyrus and to hell with the consequences." p. 103


86.

Heroine: I'm not a child."Then

**BMR:** "You've left me with no other choice." "I'm not a child!" "Then stop acting like one." 2016 p. 17

**Court:** "You should have told me. I'm not a child." Then she looks him straight… p. 260


87.

Heroine: Delay the inevitable in action sequence.

**BMR:** …mind raced trying to think of anything, any way to delay the inevitable. 2011 p. 546 2011 p. 474

**Court:** …stay alive until the others solve the puzzle, what can delay the inevitable? Surely there's something I can do… p. 511


88.

Heroine: And that's when it hits me

**BMR:** And that's when it hits me. 2016 p. 25

**Court:** And that's when it hits me –… p. 573

89.

We've got ten minutes with Ash / Jaxon (parallel characters)

**BMR:** Ash is leaning against my locker. I steal a sideways glance at him. We've got ten minutes until AGS.  2013 p. 253

**Court:** A glance around shows me my friends believe them, too. God help us all. "We've got ten minutes?" Jaxon asks, and I can practically see the wheels turning in his head. p. 60

90.

Heroine feels a shock like static electricity

**BMR**: The moment she touched me I felt a sharp electric shock–like static electricity when you've been walking across… 2010 p. 279

**Court:** At first, I think it's just a shock, just like static electricity. p. 29

91.

Heroine has tingling move up her arms and her whole body

**BMR**: "The tingling current moves up my arms and through my whole body, grounding me." 2014 p. 239

**Court:** "Fast, so fast that I barely feel it happening, the tingling moves up my legs and arms. It takes over my whole body, tiny pinpricks of electricity all over me, heightening my senses instead of dulling them, exacerbating the feel of my heart beating, lungs breathing, blood rushing through my body." p. 30

92.

Aunt/Chastain telling heroine about/to use her power: overwhelmed with questions

**BMR:** …I sip my tea, staring into the cup feeling overwhelmed with questions and awed by everything my aunt has shared with me. 2012 p. 84

**Court:** But now, with each person I meet—each person I am responsible for leading— I'm overwhelmed with questions, with worry. p. 315.

93.

Heroine/ cousin is Under the/ their scrutiny …in the room

**BMR:** "I didn't." She inclined her chin toward me. "Anna arrived as I was getting my tail kicked and saved the day," Caitlin explained. "How did you know I was there?" she asked me. All eyes in the room turned to me. I squirmed under their scrutiny— surprise and interest written on each face. 2011 p. 429

**Court:** She waits until everyone in the room has done what she says before narrowing her focus on Macy, who shifts uncomfortably under the scrutiny even as she holds her queen's gaze. "Why did you come here?" the queen asks, though it sounds more like an accusation than a question. "I didn't know where else to go," p. 87

94.

Heroine is says "They/ He is playing with me," reference to cat and mouse.

**BMR:** They're playing with me. Cat- and-mouse games designed to tire because the cat knows it's strong enough to outlast that mouse every time. p. 444

**Court:** He's playing with me, like a cat with a mouse, and it pisses me off." p. 196

95.

Heroine gives romantic lead a quick peck

**BMR:** I replaced my fingers with my lips and gave him a quick peck. 2012 p. 428

**Court:** "I love you," I say and give him a quick peck, p. 513

96.

Heroine: Every single one of them looks

**BMR:** Walking past the Cheerbots to our usual table, every single one of them looks up and glares at me. 2012 p. 244

**Court:** …Remy shows up again with the others-and every single one of them looks like I feel. p. 441

97.

Heroine describes romantic lead's voice: His voice is low and calm/steady

**BMR:** His voice is low and calm which is incredibly irritating. 2012 p. 280

**Court:** His voice is low and steady and, while it doesn't calm the nerves jangling in my stomach… p. 488


98.

Kisses the top of my head

**BMR:**  She kisses the top of my head as she gets up… 2013 p. 128

**Court:**  He pulls me in for a hug and then kisses the top of my head. p. 437


99.

Heroine is fearful and says : That I'm not going to like what

**BMR:** I have a terrible, sinking feeling that I'm not going to like what I find out 2013 p. 401

**Court:** I can't help the fear swirling in my stomach that I'm not going to like what the Bloodletter has to tell me… p. 147


100.

Black Leggings with white/black tunic

**BMR:** She was wearing black leggings with a flowing white tunic top. 2011 p. 306

**Court**: Black leggings with some kind of patterned gray knee sock pulled over them, a long black tunic with…p. 416


101.

Heroine discussing abilities/ powers with romantic lead: If our roles were reversed

**BMR:**  What if our roles were reversed? 2012 p.165

**Court:**  … the same way if our roles were reversed and something happened to him. p. 127

102.

Heroine says:  I'd be lying if I said I'm not

**BMR:** "I'd be lying if I said I'm not interested. But way out of my league." I shook my head. 2010 p. 62

**Court:** ..but I'd be lying if I said I'm not afraid he might decide a little human sacrifice is exactly what he needs to shake this thing up. p. 627


103.

Heroine and romantic lead : Promise of things to come.

**BMR:** I feel a current between us, a promise of things to come. I take a breath and head to the kitchen. 2014 p. 60

**Court:** I take my time getting to him, enjoying the promise of what's to come. Enjoying even more the fact that for once, he's the one shifting in anticipation, the one holding his breath as… p. 228


104.

Tiger's Eyes

**BMR**: Coppery tiger's eyes. 2013 p. 199

**Court**: Tiger's eye would be another good one. p. 472


105.

Harder than I thought it would be

**BMR:** This is harder than I thought it would be, 2010 p. 241

**Court:** ... it's harder than I thought it would be... p. 392


106.

<u>Heroine:   That I'm afraid of what will happen if</u>

**BMR:** —and <mark>that I'm afraid of what will happen if</mark> Marchaline finds out. 2013 p. 387

**Court:** Or <mark>that I'm</mark> really <mark>afraid of what will happen if</mark>  I *do* use my gift? p. 125

107.
<u>Heroine:  What feels like a very long time</u>

**BMR:** Finally, after <mark>what feels like a very long time</mark> the air around me stills and <mark>in</mark> slow-...2013 p. 437

**Court:** ...for the first time <mark>in what feels like a very long time,</mark> it looks like Jaxon might actually be okay. p. 53

108.
<u>Heroine says:  Looks at me like he can't believe I</u>

**BMR:** <mark>Ash looks at me like he can't believe I</mark> just said that… 2013 p. 53

**Court:** Instead, <mark>he</mark> <mark>looks at me like he can't believe I</mark>'m not bowing… p. 315

109.
<u>Trying to get a rise out of</u>

**BMR:** "<mark>He was</mark> just <mark>trying to get a rise out of</mark> you.  He <mark>doesn't</mark> have fangs…" 2014 p. 303

**Court:** ...<mark>he's trying to get a rise out of</mark> Jaxon. It <mark>doesn't</mark> work….p. 83

110.
<u>Heroine asks:  What are you doing here</u>

**BMR:** "Wh-<mark>what are you doing here?" I ask,</mark> rubbing <mark>my eyes</mark>… 2013 p. 364

**Court:** "<mark>What are you doing here?" I ask,</mark> Luca's parents' warning fresh in <mark>my mind.</mark> p. 59

111.

<u>Heroine is hurt and romantic lead caries her like a sack of potatoes</u>

**BMR**: And then I'm upside down, slung over his shoulders like a sack of potatoes and no kiss after all. 2013 p. 285-286

**Court**: ...he's shouting at Jaxon and tossing me through the air like a sack of potatoes. p. 558

112.

<u>Heroine's conversation with male character before shifting into a creature: The air around him shimmers…seconds</u>

**BMR:** The air around him shimmers for less than a second… 2013 p. 352

**Court:** The air around him shimmers,  and seconds later, he's… p. 109