# EXHIBIT 50

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-276-335**

**Effective Date of Registration:**
September 12, 2021

**Registration Decision Date:**
September 13, 2021



## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| Title of Group: | Blue Moon 2011 in PDF and 3 Other Unpublished Works |
| Content Title: | Blue Moon 2011 in PDF |
| | 5 2-4-2011 |
| | 25 2-28-2011 |
| | ESK Blue Moon Rising Prospect 2-20-2011 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |

### Author

| | |
|---|---|
| • Author: | Lynne Freeman |
| Author Created: | Literary Works |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lynne Freeman |
| | 737 M St, Anchorage, AK, 99501, United States |

### Rights and Permissions

| | |
|---|---|
| Name: | Lynne Freeman |
| Email: | lynnef@gci.net |
| Telephone: | (907)350-0806 |
| Address: | 737 M St |

Page 1 of 2

CONFIDENTIAL
LF 169372

Anchorage, AK 99501 United States

Page 2 of 2

## Certification

**Name:** Lynne Freeman, Author
**Date:** September 12, 2021

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

CONFIDENTIAL

LF 169373

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-276-337**

**Effective Date of Registration:**
September 12, 2021

**Registration Decision Date:**
September 13, 2021

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** 30 09-07-12 and 8 Other Unpublished Works

**Content Title:** 30 09-07-12
41 10-12-12
2014 Greenleaf
Chapter Outline 2013 PDF
Masqued 4-13
Masqued 2012 PDF
Masqued 2014
Pitch Notes to Emily 2013
16

### Completion/Publication

**Year of Completion:** 2014

### Author

- **Author:** Lynne Freeman
  **Author Created:** Literary Works
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Lynne Freeman
737 M St, Anchorage, AK, 99501, United States

### Rights and Permissions

Page 1 of 2

|        |                       |
|--------|-----------------------|
| **Name:**      | Lynne Freeman         |
| **Email:**     | lynnef@gci.net        |
| **Telephone:** | (907)350-0806         |
| **Address:**   | 737 M St              |
|        | Anchorage, AK 99501   |

## Certification

|       |                       |
|-------|-----------------------|
| **Name:** | Lynne Freeman, Author |
| **Date:** | September 12, 2021    |

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Page 2 of 2

CONFIDENTIAL

LF 169375

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-282-260**

**Effective Date of Registration:**
September 12, 2021

**Registration Decision Date:**
October 18, 2021

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** Aunt M PDF and 9 Other Unpublished Works

**Content Title:** Aunt M PDF
Blue Moon Dec 2010 PDF
Chapter Analysis 5-14-2010
Key
notes
Once in a Blue Moon 2-19-2010
Query
Query Edit
The BOOK!
The World.doc

### Completion/Publication

**Year of Completion:** 2010

### Author

- **Author:** Lynne Freeman
- **Author Created:** Literary Works
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1966

### Copyright Claimant

**Copyright Claimant:** Lynne Freeman
737 M St, Anchorage, AK, 99501, United States

CONFIDENTIAL                                                                                                                     LF 169376

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Lynne Freeman |
| **Email:** | lynnef@gci.net |
| **Telephone:** | (907)350-0806 |
| **Address:** | 737 M St |
|  | Anchorage, AK 99501 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Lynne Freeman, Author |
| **Date:** | September 12, 2021 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |

CONFIDENTIAL

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**TXu 2-276-330**
Effective Date of Registration:
September 12, 2021
Registration Decision Date:
September 13, 2021

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Book 11-17-09 and 6 Other Unpublished Works |
| **Content Title:** | Book 11-17-09 |
| | COLD MOON 8-26-2009 |
| | Marcheline and Brie |
| | Midnight Overview 11-08-2009 |
| | The Cast 11-21-2008 |
| | The Plot |
| | What we are |

### Completion/Publication

**Year of Completion:** 2009

### Author

- **Author:** Lynne Freeman
  **Author Created:** Literary Works
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1966

### Copyright Claimant

**Copyright Claimant:** Lynne Freeman
737 M St., Anchorage, AK, 99501, United States

### Rights and Permissions

Page 1 of 2

|  |  |
|---|---|
| **Name:** | Lynne Freeman |
| **Email:** | lynnef@gci.net |
| **Telephone:** | (907)350-0806 |
| **Address:** | 737 M St. |
|  | Anchorage, AK 99501 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Lynne Freeman, Author |
| **Date:** | September 12, 2021 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |

CONFIDENTIAL
LF 169379