# EXHIBIT 3

Videotaped Deposition of

# Elizabeth Pelletier

March 09, 2023

Freeman

vs.

Deebs

**Confidential**



```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
 2

   LYNNE FREEMAN, an            )
 3 individual,                  )
        Plaintiffs,             )
 4                              )
   VS.                          ) Case No. 1:22-cv-02435-LLS
 5                              )
   TRACY DEEBS-ELKENANEY        )
 6 P/K/A TRACY WOLFF, an        )
   individual, EMILY SYLVAN     )
 7 KIM, an individual,          )
   PROSPECT AGENCY, LLC, a      )
 8 New Jersey limited           )
   liability company,           )
 9 ENTANGLED PUBLISHING,        )
   LLC, a Delaware limited      )
10 liability company,           )
   HOLTZBRINCK PUBLISHERS,      )
11 LLC D/B/A MACMILLAN, a       )
   New York limited             )
12 liability company, and       )
   UNIVERSAL CITY STUDIOS,      )  Job No. 10115763
13 LLC, a Delaware limited      )
   liability company,           )
14     Defendants.              )

15

16
        **************************************************
17          ORAL AND VIDEOTAPED DEPOSITION OF

18               ELIZABETH PELLETIER

19                 MARCH 9, 2023

20               ***CONFIDENTIAL***
        **************************************************
21

22    ORAL AND VIDEOTAPED DEPOSITION OF ELIZABETH

23 PELLETIER, produced as a witness at the instance of the

24 Plaintiff, and duly sworn, was taken in the

25 above-styled and numbered cause on March 9, 2023, from
```

**Confidential**

1    8:58 a.m. to 1:34 p.m., before Donna Wright, CSR in and

2    for the State of Texas, reported by machine shorthand,

3    at the law offices of KOWERT, HOOD, MUNYON, RANKIN &

4    GOETZEL, 1120 South Capital of Texas Highway,

5    Building 2, Suite 300, Austin, Texas, pursuant to the

6    Federal Rules of Civil Procedure and the provisions

7    stated on the record or attached hereto.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Confidential**

```
 1                    A P P E A R A N C E S

 2
      FOR THE PLAINTIFF:
 3         Mr. Mark D. Passin
           CS REEDER, PC
 4         11766 Wilshire Boulevard
           Suite 1470
 5         Los Angeles, California 90025
           (310) 861-2470
 6         mark@csrlawyers.com

 7
      FOR THE DEFENDANTS TRACY DEEBS-ELKENANEY P/K/A TRACY
 8    WOLFF, ENTANGLED PUBLISHING, LLC, HOLTZBRINCK
      PUBLISHERS, LLC D/B/A MACMILLAN, AND UNIVERSAL CITY
 9    STUDIOS, LLC:
           Ms. Nancy Wolff
10         Ms. CeCe Cole
           COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP
11         41 Madison Avenue
           38th Floor
12         New York, New York 10010
           (212) 974-7474
13         nwolff@cdas.com
           ccole@cdas.com
14
                -and-
15
           Mr. Dwayne Goetzel
16         KOWERT, HOOD, MUNYON, RANKIN & GOETZEL
           1120 South Capital of Texas Highway
17         Building 2, Suite 300
           Austin, Texas 78746
18         (512) 853-8800
           dgoetzel@intprop.com
19

20    FOR THE DEFENDANTS EMILY SYLVAN KIM AND PROSPECT
      AGENCY, LLC:
21         Mr. Lance Koonce, III (via Zoom)
           Mr. Zachary Press
22         KLARIS LAW
           29 Little West 12th Street
23         New York, New York 10014
           (917) 822-7468
24         lance.koonce@klarislaw.com

25
```

**Confidential**

```
 1   ALSO PRESENT:
           Walter Bryan - Videographer
 2         Trent Baer

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      Q.   And did you read Stacy Abrams' deposition
2   transcript?
3      A.   No.
4      Q.   Did you talk to Tracy Wolff about her
5   deposition?
6      A.   No.
7      Q.   Did you read Tracy Wolff's deposition
8   transcript?
9      A.   No.
10     Q.   Did you review any documents in preparation
11  for the deposition?
12     A.   No.
13     Q.   What type of entity is Entangled Publishing,
14  LLC?
15     A.   It's an LLC.
16     Q.   Who are the members?
17     A.   Myself, Stacy Abrams, Jessica Turner, Meredith
18  Johnson, and Katie Clapsadl.
19     Q.   Who is the last person?
20     A.   Clapsadl.  Do you need me to spell it?
21     Q.   Yes.
22     A.   C-l-a-p-s-a-d-l.
23     Q.   And what percentage of Entangled do you own?
24     A.   80 percent.
25     Q.   And what percentage does Stacy Abrams own?

**Confidential**

1      A.   She owns 5 percent.

2      Q.   And the other three, I assume, own 5 percent

3   each?

4      A.   They do.

5      Q.   How many imprints does Entangled have?

6      A.   I don't know off the top of my head.

7      Q.   Is it more than ten?

8      A.   I don't know.

9      Q.   If I ask you to recall the names of the

10   imprints, could you do it?

11      A.   I can count them, yes.

12      Q.   What are the names of the imprints?

13      A.   Amara, Entangled Teen, Red Tower, Embrace,

14   Brazen, Indulgence, Love Struck, Scandalous.  I feel

15   like I'm forgetting.  That's as many as I can recall

16   right now.

17      Q.   And what imprint is the Crave book series in?

18      A.   Entangled Teen.

19      Q.   And is that imprint you use for young adult

20   paranormal books?

21      A.   It's the imprint that I use for young adult.

22      Q.   Now, how is Entangled different than other

23   publishing companies?

24      A.   I work here.  We all work virtually.  I don't

25   know if that's different than other publishers.  I

**Confidential**

```
 1   really don't know.
 2       Q.   Is Entangled the publisher of the Crave book
 3   series?
 4       A.   We are.
 5       Q.   By the way, when I refer to the Crave book
 6   series, I'm referring to the books, obviously, Crave,
 7   Crush, Covet, Court, Charm, and Cherish.  Is that
 8   understood?
 9       A.   It is.  If you are only referring to the first
10   book, Crave, will you just say Crave, the book?
11       Q.   Yes, yes.
12       A.   Thank you.
13       Q.   If you are ever not sure, ask me and I'll
14   clarify.
15       A.   I appreciate that.
16       Q.   Were you the content editor on the Crave book
17   series?
18       A.   I was.
19       Q.   Did Emily Kim ask you on occasion to make
20   content changes in the books -- in the Crave book
21   series?
22       A.   Did she ask me?
23            MS. WOLFF:  Did you understand the
24   question?
25       A.   I don't think that question is clear enough.
```

1    Could you clarify?

2        Q.   Well, did Stacy Abrams occasionally ask you to

3    make changes to the book -- books?

4        A.   I thought you said did Emily Sylvan Kim.

5        Q.   I'm sorry.  Did Emily Kim ask you occasionally

6    to make changes to any of the books in the Crave book

7    series?

8        A.   Not as you're referring to make changes, no.

9        Q.   Explain to me the distinction you're making.

10       A.   Sometimes she would suggest some things, point

11   out things that she thought might be mistakes.  I did

12   not always agree with her.

13       Q.   And did you sometimes correct those mistakes?

14       A.   If they were typos or actual mistakes to the

15   fact of the book, yes.

16       Q.   Didn't Stacy Abrams -- did she make -- strike

17   that.

18            Didn't Emily Kim also make changes to the

19   book herself?

20       A.   No.

21       Q.   Didn't she have access to the book online?

22       A.   No.

23       Q.   Didn't she make changes to the actual physical

24   copy of the drafts?

25       A.   She made comments that were then relayed to me

**Confidential**

1    and I chose whether or not I agreed or disagreed.

2        Q.    **Who did she relay the comments through?**

3        A.    Stacy.

4        Q.    **In general, what does a content editor in the**

5    **publishing business do?**

6        A.    The content editor is responsible for

7    reviewing the work and making sure that a number of

8    things are the best that they can be.

9                    For instance, your typical structure is a

10   three-act structure.  You want to make sure Act 1 and

11   Act 3 are the same length.  You want the midpoint to be

12   in the middle of the book.  So that's a well-formed

13   plot.

14                   You want to make sure that each character

15   has a growth arc, which means they start in one place

16   mentally, by the end of the book they have learned

17   something and they have grown.

18                   You want to make sure that the beats are

19   in the right place.  You want to make sure that --

20   these are all what we call a first pass edit, which is

21   content edit.  You also want to make sure that there

22   are no mistakes in the book, that if -- for every

23   action there must be a reaction.  So if a phone rings,

24   somebody needs to answer it or acknowledge it.  That's

25   called a reaction beat.  So an editor makes sure that

1   there are no phones ringing that nobody is not -- not

2   addressed in the book.

3            You want to make sure that there are no

4   continuity issues, no blocking issues where you have

5   like character one minute is standing and the next

6   minute they're sitting, hair is in a ponytail and now

7   it's not.

8            Smooth out characterization.  You want to

9   make sure that the character at the beginning of the

10  book halfway through hasn't changed to a different

11  character or made decisions that are authentic to that

12  character.  Yeah, you just -- and then, you know,

13  you're drilling down each successive time that you're

14  looking at the manuscript, getting more and more into

15  the granularity of -- of the words that are used, could

16  a stronger verb be used here to convey more emotion,

17  things like that.

18      Q.   **Now, what did you do as the content editor on**

19  **the Crave books?**

20      A.   All of that.

21      Q.   **Who is the distributor of the Crave book**

22  **series for print and eBooks?**

23      A.   Macmillan.

24      Q.   **What rights specifically does Macmillan have?**

25      A.   They have the right to distribute the books.

1     Q.   In what formats?

2     A.   Print and E in English.

3     Q.   And what territory?

4     A.   Can you clarify if you are referring to the

5  Crave book or the Crave series?

6     Q.   I'm referring -- well, I'm referring to the

7  agreement.  I'll change that.

8          The agreement you have with Macmillan,

9  what territory does it include?

10         MS. WOLFF:  Object to the form.  You can

11  answer.  It's ambiguous.

12         THE WITNESS:  It is.

13    A.   Are you asking any book or specifically the

14  Crave books?

15    Q.   I'm asking any -- is it correct you have just

16  reached an agreement with --

17    A.   Yes, the distribution agreement -- sorry.

18    Q.   And is that for all of the books in

19  Entangled's catalog?

20    A.   It is.

21    Q.   ███████████████████████████████████████

22  █████████████████████████████████.

23    A.   ████████████████████████████████████████

24  █████████████████████████████████████

25    Q.   ████████████████████████████████████████



```
 1   ███████████
 2      A.   ███████████████
 3      Q.   ████████████████████
 4      A.   ██████████████████████████████
 5   ████████████
 6      Q.   ██████████████████
 7      A.   ██████
 8      Q.   █████████████████████
 9   █████████████
10      A.   ███████████████████████████
11   ████████████████████████████████
12   ████████████
13      Q.   █████████████████████████
14   ██████████████████████████████
15   ████████████
16      A.   ████
17      Q.   ████████████████
18               MS. WOLFF:  Wait for him to finish the
19   question.
20               THE WITNESS:  Sorry.
21               MS. WOLFF:  Otherwise, someone, like the
22   Court reporter --
23               THE WITNESS:  Sorry, Donna.
24               MS. WOLFF:  -- will become schizophrenic.
25      Q.   ████████████████████████
```

1    █████████████████████████████████████████

2    █████████████████

3            MS. WOLFF:  Object to the form.  You can

4    answer if it's clear.

5        A.    ████████████████████

6        Q.    ████████████████████████

7    ███████████████████████████████████████████

8    ████████████

9            MS. WOLFF:  Object to the form.  You may

10   answer.

11       A.    May I ask her a question?

12       Q.    **Sure, go ahead.**

13           MS. WOLFF:  We just want to make sure

14   that this transcript is marked confidential because

15   there is an NDA agreement with Macmillan.

16           MR. PASSIN:  It's up to you whether it's

17   marked confidential.

18           MS. WOLFF:  It is marked -- we want to

19   make sure it is marked confidential.

20           MR. PASSIN:  Okay.

21       A.    ███████████████████████████████

22   ███████████████████████████████

23   █████████████████████████████████████████

24   ████████

25       Q.    ███████████████████████

**Confidential**

1    publication?

2              MS. WOLFF:  Object to the form.  Timing?

3        Q.   Well, what was the protocol in 2019?  Strike

4    that.

5              What was the protocol in 2010?

6        A.   2010?

7        Q.   One more time.  What was the protocol in 2013?

8    Let's do that.

9        A.   2013.  To the best of my recollection, in 2013

10   agents would e-mail an editor directly.

11       Q.   Does Entangled have a slush pile?

12             MS. WOLFF:  Object to the form.  You may

13   answer.  It's ambiguous.

14       A.   In what year?

15       Q.   2013.

16             MR. GOETZEL:  I'm sorry, did you say

17   "file" or "pile"?

18             MR. PASSIN:  Pile.  Thank you.

19       A.   Entangled?

20       Q.   Yeah.

21       A.   No, not at that time.

22       Q.   At that time, did it use Submittable?

23       A.   No.

24       Q.   When did it start using Submittable?

25       A.   I don't know.

**Confidential**

1    Q.    Explain to me what Submittable is.

2    A.    Submittable is an online piece of software

3    that allows agents and un-agented authors to submit

4    their manuscripts for review by editors.

5    Q.    And why would someone submit a book to

6    Submittable as opposed to directly to an agent or

7    directly to someone at Entangled?

8                MS. WOLFF:  Object to form.  You can

9    answer if you know.

10    A.    I don't know why they would choose.  I can't

11    speak for them.  That's our protocol.  We encourage you

12    to use Submittable.

13    Q.    All right.  And how does Submittable work?

14    A.    I don't use it, so I don't know.

15    Q.    What is the protocol at Entangled for

16    destruction of rejected manuscripts submitted by an

17    agent?

18                MS. WOLFF:  At what time?

19                MR. PASSIN:   In 2013.

20    A.    I would assume you just delete it from your

21    e-mail.

22    Q.    You said you assume.  Do you know?

23    A.    Each editor probably had a different timeline

24    that they went through their inbox and looked at that

25    your manuscripts.

**Confidential**

1      Q.   But there is no -- there is no protocol as to

2   what each agent is exactly supposed to do?

3                  MS. WOLFF:   Object to form.   You can

4   answer.

5      A.   Not at that time.

6      Q.   What if a manuscript is -- when did you start

7   using Submittable, do you know?

8      A.   I don't know.

9      Q.   What if a manuscript is submitted to

10  Submittable, is that eventually destroyed if no one

11  publishes the book?

12                 MS. WOLFF:   Object to form.   You can

13  answer.

14     A.   Yes.

15     Q.   Yes?

16     A.   Or archived.

17     Q.   Or archive?

18     A.   And then destroyed.

19     Q.   Where -- where is your archives material

20  stored?

21     A.   I don't know.

22     Q.   And you said then eventually destroyed.   Is

23  there a protocol for how long before it's destroyed?

24     A.   There is now.

25     Q.   When did that protocol come in place?

Elizabeth Pelletier                **Confidential**                Freeman vs.
                                                                        Deebs

 1                MS. WOLFF:  Maybe rephrase that.

 2       Q.   If a manuscript is destroyed, whether it be in

 3   the archives or Submittable or an agent's computer,

 4   does anyone keep a record of that destruction?

 5       A.   I don't know what's on an agent's computer,

 6   first of all.  And I don't use Submittable, so I don't

 7   know.

 8       Q.   I want to mark as Exhibit 55 a document that's

 9   Bates numbered MACMILLAN0000128 through

10   MACMILLAN0000156.  And this is a distribution agreement

11   dated February 1, 2013 between Entangled Publishing,

12   LLC and Holtzbrinck Publishers, LLC d/b/a Macmillan.

13                      (Exhibit 55 marked)

14       Q.   By the way, throughout this deposition, I'll

15   be referring to Holtzbrinck Publishers, LLC as

16   Macmillan.  Is that understood?

17       A.   Yes.

18                THE VIDEOGRAPHER:  Counsel, could you

19   move your microphone up some?  Thank you.

20       Q.   Can you please turn to Page 23 of the

21   document, which is Bates numbered MACMILLAN0000150?  Is

22   that your signature that appears above the printed name

23   Elizabeth Pelletier?

24       A.   It is.

25       Q.   And you signed this document?

Elizabeth Pelletier                    **Confidential**                    Freeman vs.
                                                                                  Deebs

1        A.    I did.

2        Q.    What is your understanding of what this

3   document is?

4        A.    This document is a distribution agreement.

5        Q.    Now, is it -- if you look at Paragraph 1A on

6   the first page of the document, it lists the imprints

7   that are subject to the agreement.  Is that all of the

8   imprints of Entangled Publishing?

9        A.    No.

10       Q.    Okay.  So certain imprints are left off of

11  this agreement?

12       A.    They didn't exist at the time.

13       Q.    Pursuant to this agreement, if imprints came

14  into existence at a later time, are they automatically

15  added to this agreement?

16       A.    Define "added."

17       Q.    Well, let me ask you this.  Those imprints

18  that didn't exist in 2013, are the books and those

19  imprints distributed by Macmillan?

20       A.    They are.

21       Q.    Next I would like to mark as Exhibit 56 a

22  document that is Bates stamped MACMILLAN000071 through

23  0000072.

24                    (Exhibit 56 marked)

25       Q.    Can you please turn to Page 2 of the document?

Page 28

Elizabeth Pelletier                    **Confidential**                    Freeman vs.
                                                                          Deebs

1    Is that your signature that appears above the printed

2    name, Ms. Pelletier?

3         A.   It is.

4         Q.   And did you sign this document?

5         A.   I did.

6         Q.   What is your understanding of what this

7    document is?

8         A.   It is an amendment to our agreement.

9         Q.   And how did it amend it in general?

10        A.   It changed the fees.

11        Q.   The fees payable to Macmillan?

12        A.   Correct.

13        Q.   Okay.  Next I would like to mark as Exhibit 57

14   a document with Bates stamp number MACMILLAN000075

15   through 000077.

16                    (Exhibit 57 marked)

17        Q.   Can you please turn to Page 3 of this

18   document?  Is that your signature above your printed

19   name?

20        A.   It is.

21        Q.   Did you sign this document?

22        A.   I did.

23        Q.   What is your understanding of what this

24   document is?

25        A.   It has something to do with antipiracy.

Elizabeth Pelletier

**Confidential**

Freeman vs.
Deebs

1              THE REPORTER:  Something to do with what?

2              THE WITNESS:  Antipiracy.

3     Q.   Are you aware of any other amendments to the

4  distribution agreement with Macmillan other than the

5  ones I showed you just now?

6     A.   I am not.

7     Q.   Who is RightsMix?

8     A.   RightsMix is the agency that handles our

9  foreign rights sales for Entangled Teen.

10    Q.   When you say foreign rights sales, are you

11 talking about foreign language editions?

12    A.   I am.

13    Q.   So if it was an English print version of the

14 book, that would be distributed by Macmillan, correct?

15    A.   That is not correct.

16    Q.   So why is that an incorrect statement?

17    A.   Because technically British UK is considered a

18 foreign language.

19    Q.   So under the Macmillan distribution agreement,

20 they don't have rights to distribute books written in

21 English in the UK?

22           MS. WOLFF:  Object to the form.  You can

23 answer.  It's confusing.

24    Q.   Well, is it fair to say that what you're

25 saying is that Macmillan distribution agreement doesn't

**Confidential**

1    gaming rights yourself?

2              MS. WOLFF:  Object to the form.  Are you

3    talking about Liz as an individual or with Entangled?

4              MR. PASSIN:  Entangled.

5              MS. WOLFF:  Okay.

6        A.   I'm sorry, can you repeat the question?

7        Q.   **Let me rephrase it.**

8              **Does Entangled, with respect to the books**

9    **that it controls, license the film and television and**

10   **gaming rights itself?**

11       A.   We use an agent.

12       Q.   **And you use APA as the agent?**

13       A.   Yes.

14       Q.   **What gaming --**

15       A.   For film, to clarify.  For film.

16       Q.   **What gaming rights has -- have been licensed**

17   **with respect to any of the Crave books?**

18       A.   We licensed the first book, only two chapters,

19   Crazy Maple Studios.  Crazy Maple Studios.

20       Q.   **And those are the only gaming rights with**

21   **respect to all of the books in the Crave book series**

22   **that have been licensed?**

23       A.   I believe so.

24       Q.   **And with respect to motion picture rights, is**

25   the only license been entered into is the option

1  service utilities created automatically for you, like

2  AT&T.  I wasn't aware I had one.

3      Q.   Do you know the Internet service provider for

4  each of the e-mail addresses you just gave me?

5      A.   Gmail is one, Yahoo is one.  I don't know how

6  to answer who the ISP is for entangled.com.

7           MS. WOLFF:  Don't guess.

8      A.   I don't know.

9      Q.   How many computers did you use to edit the

10 books in the Crave book series?

11           MS. WOLFF:  Object to form.  You can

12 answer.

13     A.   Two.

14     Q.   And describe those computers for me as best

15 you can by -- you know, was it a laptop or desktop or

16 the manufacturer or model number, whatever you know.

17     A.   Both were Apple MacBooks, MacBook Pros.

18     Q.   And you still have those computers?

19     A.   I do, although not in my possession entirely.

20     Q.   Whose possession is it in?

21     A.   I turned over one of them entirely to a third

22 party eDiscovery company.

23     Q.   And they still have it?

24     A.   Uh-huh.

25     Q.   When did you turn it over to them?

**Confidential**

1      A.    When it was requested.  I don't know what

2   date.

3      Q.    Did you maintain backup for your computers?

4            MS. WOLFF:  Object to the form.  You can

5   answer if you understand.

6      A.    I do not.

7      Q.    What e-mail program is on each computer?  In

8   other words, Outlook, Apple Mail, anything like that?

9      A.    Outlook is on both.

10     Q.    And did you access it on your computer or

11  through the web?

12     A.    My computer.

13     Q.    What kind of software did you use to edit the

14  books in the Crave book series?

15     A.    I used Microsoft Word.

16     Q.    Didn't you also use Google Docs?

17     A.    To edit the books, no, I did not.

18     Q.    Did you use Google Docs in connection with the

19  books at all?

20     A.    I had access to Google Docs, but I personally

21  did not.

22     Q.    What do you mean, you had access to Google

23  Docs?

24     A.    It is my understanding that the bible was kept

25  in a Google Doc, but I didn't use it.

**Confidential**

1    Q.   And how did you get --

2    A.   To the best of my recollection, I did not use

3  it.

4    Q.   How did you get that understanding?

5    A.   I was told.

6    Q.   By whom?

7    A.   Emily Sylvan Kim.

8              THE REPORTER:  Who?

9              THE WITNESS:  Emily Sylvan Kim.

10    Q.   Do you have an online subscription to any

11  editing software?

12    A.   I do not.

13    Q.   Do you have your own Google Docs account?

14    A.   I do.

15    Q.   You do.  Was that used at all in connection

16  with editing of the -- any of the Crave books?

17    A.   It was not.

18    Q.   Was that account used at all in connection

19  with the bible?

20    A.   In the sense that I was given access through

21  that account to the bible.

22    Q.   So your own Google account was used to create

23  the bible?

24    A.   No.

25              MS. WOLFF:  Object to form.

Elizabeth Pelletier                    **Confidential**                    Freeman vs.
                                                                                Deebs

```
 1        Q.   Whose account was used, do you know?
 2        A.   No.  Sorry.
 3        Q.   When -- do you use Google Docs with -- to edit
 4   other books?
 5        A.   I don't use Google Docs to edit any books.
 6        Q.   And I'm not talking about the Crave book
 7   series.  I'm talking about any books.
 8        A.   No books.
 9        Q.   Do you use Google Docs for anything?
10        A.   Yes.
11        Q.   When you make changes to a book on Google
12   Docs, does it send you an e-mail?
13             MS. WOLFF:  Objection to form.
14        Q.   Does it send you an e-mail advising you --
15             MS. WOLFF:  You're mischaracterizing her
16   statement.  She said she makes no changes to books
17   using Google Docs.
18             MR. PASSIN:  All right.  I object to your
19   speaking objection.  You're coaching the witness.
20   Please refrain from doing that.
21        Q.   Have you ever used Google Docs to edit any
22   books?
23        A.   I have never used Google Docs to edit any
24   book.
25        Q.   What do you use Google Docs for?
```

**Confidential**

1      A.   The marketing team will put together plans for

2   marketing a book in a Google Doc.

3      Q.   All right.  And then do you sometimes make

4   changes on Google Docs yourself to those plans?

5      A.   Of course.

6      Q.   And when you do, does Google send you an

7   e-mail?

8      A.   I don't think so.

9      Q.   When you use Google Docs, do you use the

10   "track changes" feature on Google Docs?

11      A.   Not always.

12      Q.   But sometimes?

13      A.   I think we did on a press release once.

14      Q.   This -- when you use Google Docs, does it have

15   an access log?

16      A.   I don't know.

17      Q.   Can you still access your Google Docs account?

18      A.   Yes.

19      Q.   Did you use any text spinning software to

20   write any of the books in the Crave book series?

21      A.   I don't know what text spinning software is.

22      Q.   Did you use any artificial intelligence bots

23   that are able to reword sentences in writing any of the

24   books in the Crave book series?

25      A.   No.

1    Q.    **How did you physically edit the books in the**

2    **Crave book series?**

3    A.    I typed on my laptop in a word processing

4    application called Microsoft Word.

5    Q.    **Did Tracy Wolff also make edits to the books**

6    **in the Crave book series?**

7    A.    From time to time, yes.

8    Q.    **So how did that work?  Did you pass back and**

9    **forth drafts of the books?**

10   A.    Yes.

11   Q.    **So you made -- did you make the edits usually**

12   **on the same draft or did you have -- each have**

13   **different drafts?**

14          MS. WOLFF:  Object to the form.  You can

15   answer if you can.

16   A.    We try as much as possible to always have the

17   document that we're working on linearly passed.

18   Q.    **And --**

19          MR. PASSIN:  Can you read her answer

20   back, please?

21        (The requested testimony was read back)

22          THE WITNESS:  Linearly, like one, then

23   the other, then back.  Like sequentially, I guess, is a

24   better word.

25   Q.    **Do you keep the drafts in the Cloud or**

1  somewhere where you can both access the drafts at the

2  same time?

3      A.   No.

4              MS. WOLFF:  Object to form.  You can

5  answer.

6      A.   No.

7      Q.   So, in other words, you have the draft in your

8  computer, you make edits, and then you send the draft

9  to Tracy Wolff; is that correct?

10     A.   Correct.

11     Q.   And vice versa?

12     A.   Correct.

13     Q.   How do you send it back and forth to each

14  other?

15     A.   Via e-mail.

16     Q.   Did you produce those e-mails in this

17  litigation?

18     A.   I produced every e-mail in this litigation.

19     Q.   What phone numbers did you use to text from

20  when -- during the time period you were editing the

21  Crave books?

22     A.   My phone number.

23     Q.   And what is that?

24     A.   ████████████.

25     Q.   Did you turn over to Entangled's lawyers all

Elizabeth Pelletier                    **Confidential**                    Freeman vs.
                                                                              Deebs

```
 1              (The requested testimony was read back)
 2       Q.    So you said you were in IT for many years.
 3   What did you do in IT?
 4       A.    I worked on software that turns pages into
 5   digital images.
 6       Q.    And during what years did you do that?
 7       A.    19 -- gosh, I don't remember.  1990 through --
 8   17 years ago maybe, 16.  I don't know exactly.
 9       Q.    And then when did you create and run the
10   workshop for writers?
11       A.    After that, right after.
12       Q.    Do you know what years?
13       A.    I don't remember the exact years, but right
14   after that.
15       Q.    Well, when did you start Entangled?
16       A.    2011.
17       Q.    Was that the first publishing company you
18   started?
19       A.    Yes.
20       Q.    And did you work at any publishing company
21   before then?
22       A.    I did not.
23       Q.    When did you first meet Emily Sylvan Kim?
24       A.    In person.  I think it was in New York.  I
25   don't remember when.  It was years ago, maybe six years
```

Elizabeth Pelletier                        **Confidential**                    Freeman vs.
                                                                                    Deebs

1    ago.

2        Q.    Under what circumstances did you meet her?

3        A.    I was in the city.  And as is common for

4    editors, you take agents out to lunch, and she was one

5    of the agents that I met with that day.

6        Q.    Over the years have you worked with her a lot?

7        A.    No.

8        Q.    Approximately how many books of her clients

9    have you published?

10       A.    I don't know.

11       Q.    Well, was it more than just Tracy Wolff's

12   books?

13       A.    Yes.

14       Q.    Can you give me an estimate of how many

15   different authors?

16       A.    Between six and ten.

17       Q.    Between six and ten?

18       A.    Maybe.

19       Q.    How many books?  Just give me a best estimate.

20       A.    This would be just a wild guess.  Maybe 20

21   or 30.

22       Q.    And you don't consider that a lot?

23       A.    No, because --

24       Q.    Go ahead.

25       A.    If I may clarify.

```
 1    was estimating in my head, we tend to do three-book

 2    contracts.  That's where I was getting those numbers

 3    from.  I just -- I don't remember.  I'm sorry.

 4        Q.    Approximately how many manuscripts has Emily

 5    Sylvan Kim sent Entangled over the years?

 6        A.    I would have no way of knowing.

 7        Q.    Would you characterize Emily Sylvan Kim as a

 8    good friend of yours?

 9        A.    I would now.

10        Q.    Excuse me?

11        A.    I would now.

12        Q.    For how long would you characterize her as a

13    good friend?

14        A.    The last 2-1/2 years.

15        Q.    And how would you describe your relationship

16    with her?

17        A.    Good.

18        Q.    Do you socialize together?

19        A.    We do not.

20        Q.    Over the last two years, how often would you

21    estimate that you speak to her?

22        A.    Could you be more specific about "speak"?

23        Q.    How about over the telephone?

24        A.    I speak to her frequently when we're in the

25    middle of editing one of Tracy's books.  I speak to her
```

**Confidential**

1    chapter titles?

2         A.   Not many books have chapter titles.  So --

3         Q.   **Approximately how many books have you -- has**

4    **Entangled published since 2010?**

5         A.   I believe the number is somewhere

6    around 3,000.

7         Q.   **How many YA books set in Alaska have you --**

8    **has Entangled published?**

9         A.   I don't know.

10        Q.   **Has there been any -- any others than Crave?**

11        A.   I'm sure we have books in Alaska.  I know -- I

12   don't know about why you specifically -- I mean, off

13   the top of my head, we have two.  But I don't know

14   specifically -- I don't know every YA book that we

15   publish.

16        Q.   **You have two what?**

17        A.   Books in Alaska.

18        Q.   **Are they YA books?**

19        A.   Those two, no.

20        Q.   **What are the names of the books?**

21        A.   One of them is called Arctic Bite and is a

22   vampire in Alaska.  Another, I don't know the title of

23   it, but it was -- Samantha Beck was the author.  It's

24   about a woman living in Southern California who

25   relocates to Alaska.

1    thing?

2              MS. WOLFF:  Object to form.  I think

3    that's a legal definition.

4        A.   I don't know the definition that -- that well.

5    I'm sorry.

6        Q.   **When did you first meet Tracy Wolff?**

7        A.   I can't recall.  She says it was at a

8    conference.  I don't -- I don't remember.

9        Q.   **Do you know approximately how long ago it was?**

10       A.   Maybe seven or eight years, maybe.

11       Q.   **And under what circumstances did you meet her?**

12       A.   It was a conference for writers.

13       Q.   **Well, do you recall that or are you just**

14   **basing it on what Tracy Wolff told you?**

15       A.   I do not recall.

16       Q.   **So it's based on what Tracy Wolff told you?**

17       A.   It is.

18       Q.   **And when did she tell you that?**

19       A.   Years ago.

20       Q.   **And over the years, have you worked with Tracy**

21   **Wolff a lot?**

22       A.   Over what years?

23       Q.   **Since you met her.**

24       A.   No.

25       Q.   **No?**

Elizabeth Pelletier                **Confidential**                Freeman vs.
                                                                          Deebs

1     A.   No, not since then.  Only recently.

2     Q.   **Approximately how many books of hers have you**

3  **published?**

4     A.   As I said, I believe it is ten.

5     Q.   **Would you characterize Tracy Wolff as a good**

6  **friend?**

7     A.   I would now.

8     Q.   **And for how long would you say that?**

9     A.   Since the Crave series.

10     Q.   **How would you characterize your relationship**

11  **with her?**

12     A.   Close.

13     Q.   **Do you socialize with her?**

14     A.   On occasion.

15     Q.   **When did you move to Austin?**

16     A.   August of 2021.

17     Q.   **And did you move to Austin to be close to**

18  **Tracy Wolff?**

19     A.   No.

20     Q.   **Why did you move to Austin?**

21     A.   My best friend is here.

22     Q.   **And over the three -- last three years, how**

23  **often would you estimate that you speak to Tracy Wolff?**

24     A.   In any form, speak?

25     Q.   **Yes.**

**Confidential**

1    A.   When we're working on a book, all day, every

2    day.  When we're not, if I have some news to share.

3        Q.   And over the last three years, how often would

4    you estimate you text with her?

5        A.   I would say the same thing.  During a book,

6    frequently.  Not during a book, when I have something

7    to share.

8        Q.   And in the last three years, how often do you

9    estimate that you see Tracy Wolff?

10       A.   Maybe once every three months.

11       Q.   Do you have a reputation amongst Tracy Wolff

12   and Emily Kim as being a liar?

13       A.   Not that I'm aware of before yesterday, no.

14       Q.   Why do you say "before yesterday"?

15       A.   Because I reviewed documents.

16       Q.   And who showed you those documents?

17       A.   My attorney.

18       Q.   Let me show you what's been previously marked

19   as Exhibit 50, a text message string.

20            Is this a document you saw?  Because

21   there are other documents similar to this.

22       A.   I would like to clarify "saw."  I didn't read.

23   I just saw, like that.

24       Q.   And they told you -- well, strike that.

25            I'm going to read out loud part of it,

1    starting with June 3, 2021 at 8:28 a.m.  There is a

2    person that is "you," I believe it's Emily Kim, but I

3    don't have testimony to that effect.

4    ████████████████████████████████████████

5    ████████████████████████████████████████

6    ████████████████████████████████████████

7    ████████████████████████████████████████

8    ████████████████████████████████████████

9    ████████████████████████████████████  █

10   ████████████████████████████████████████

11   ████████████████████████████████████████

12   ████████████████████████████

13           Do you know what they are talking about

14   there?

15           MS. WOLFF:  Objection to the extent Liz

16   is not on the text.  But she can answer.

17       A.   I have a guess it is something to do with a

18   synopsis.

19       Q.   And it as a synopsis for Court, I assume?

20       A.   I assume.

21       Q.   And you had said you wrote it and they

22   questioned whether or not you actually wrote it; is

23   that correct?

24       A.   Correct.

25       Q.   Did you write the synopsis for Court?

Elizabeth Pelletier

1        A.   Yes.

2        Q.   And did you give it to them?

3        A.   I did.

4        Q.   And why did they think you didn't give it to

5    them?

6        A.   Because there are six versions of the

7    synopsis.  We were struggling about how to end the

8    series.  I especially was struggling with -- in

9    fiction, there are these things called Chekhov guns.

10   You take them out of a drawer, you set them there, and

11   later on you have to fire them.  A Chekhov gun is

12   something that you know a reader is going to want to

13   know how it concludes.

14              This is the fourth book in what was

15   supposed to be the final book in a series.  We had set

16   off -- we had taken a number of Chekhov guns out of the

17   drawer throughout the series and I was struggling with

18   how to fire all of them in a competent and cohesive

19   manner for the final book.  So I would start a synopsis

20   in one direction, let's fire these and then these and

21   then this, closing loopholes.  It wouldn't work.  I

22   would have to back up, I would have to start all over

23   again.

24              Anytime I would tell them, "At this

25   particular time, I don't know where we are going,"

1    Tracy -- anger is a masking emotion.  The real emotion

2    here is fear.  She's afraid I'm not going to be able to

3    fire all of these guns in a final book in time for her

4    to write it.

5              She was right to be afraid because you

6    couldn't fire them all, and we ended up having to make

7    this a six-book series.  And that was the -- the

8    solution to it.

9        Q.   **Were you going -- strike that.**

10   ███████████████████████████████████████████████████████

11   ███████████████████████████████████████████████

12   ██████████████████████████████████████████████████████

13   ████████████████████████████████████████

14       A.   No.

15       Q.   **Do you have any idea why Tracy would've said**

16   **that?**

17       A.   Yes.

18       Q.   **Why?**

19       A.   Because I said we had to have a tax planning

20   meeting because we postponed the book from November to

21   a February release, and the way that publishing -- the

22   way that the world works in the United States, you have

23   to pay taxes on cost of the goods sold.

24              So that means we created a tax event with

25   inventory and then we had to meet with our accountants

 1    on what to do with the inventory.  She just doesn't

 2    understand.

 3         Q.    Do you know who Lynne Freeman is?  Strike

 4    that?

 5              So you wrote this synopsis, you said, for

 6    the book Court, correct?

 7         A.    Correct.

 8         Q.    Did you write a synopsis for any of the other

 9    books in the Crave book series?

10         A.    I did.

11         Q.    Which ones?

12         A.    Crush, Covet.

13         Q.    So you wrote them for Crush, Covet, and Court.

14         A.    Yes.

15         Q.    Who wrote the synopsis for Crave?

16         A.    I don't believe there was one.

17         Q.    Are you sure -- okay.  And who wrote it for

18    the rest of the books in the Crave book series?

19         A.    I did.

20         Q.    Well, you didn't mention Cherish or -- who

21    wrote for Cherish?

22         A.    I apologize, I thought I was only supposed to

23    mention the first four.

24         Q.    No.

25         A.    I wrote them all.  I'll clarify that

1  occasionally Tracy would start one, but I would end up

2  writing it.

3       Q.   So you wrote them all but for Crave?

4       A.   I'm not aware there was one for Crave.

5       Q.   So you didn't write it for Crave?

6       A.   Yeah.  No one did.

7       Q.   Do you know who Lynne Freeman is?

8       A.   I do now.

9       Q.   Have you ever met Lynne Freeman?

10      A.   Not to my knowledge.

11      Q.   When did you first hear or see her name?

12      A.   The date of the demand letter.

13      Q.   And explain the context in which you first

14  heard or saw her name.

15      A.   It was in the demand letter.

16      Q.   Are you familiar with a manuscript that

17  Ms. Freeman wrote that is the subject of this lawsuit?

18      A.   I am now.

19      Q.   Do you know the name of the manuscript?

20      A.   I believe it's Blue Moon Rising.

21      Q.   When did you first become aware of the

22  manuscript?

23      A.   The date of the --

24           MS. WOLFF:  Object to the form.  You can

25  answer.

Elizabeth Pelletier                    **Confidential**                    Freeman vs.
                                                                                  Deebs

1              So where did this person look for the

2     book?

3         A.   On our hard drives.

4         Q.   Okay.  And who sent the vendor their hard

5     drives?

6         A.   I sent my -- my laptop.  Everyone else, I

7     believe, gave logins.

8         Q.   Did you send both your laptops or just one?

9         A.   I sent one.

10        Q.   Excuse me?

11        A.   I sent one.

12        Q.   Well, you used two laptops to edit the Crave

13    books.  Why did you only send one?

14        A.   I need the other one to make a living.  I'm

15    working on it.

16        Q.   So which one did you give them of the two Mac

17    Pros?

18        A.   The older one.

19        Q.   The older one.

20             MR. PASSIN:  Counsel, I ask that you

21    immediately have that other computer sent to the vendor

22    and have it searched immediately.

23             MS. WOLFF:  Objection.

24             MS. COLE:  To -- do you mind?  To

25    clarify, if I may, on the record --

**Confidential**

1    an issue with the phrasing.

2        Q.   So you are saying that you asked more than

3    Stacy Abrams to see if there was anyone interested in

4    writing the vampire series, you just don't know whether

5    or not those editors spoke to actual authors?

6        A.   Yes.

7        Q.   All right.  Is it fair to say that they likely

8    did because that's what they do for a living and

9    they --

10       A.   I don't know.  Honestly, I don't know.

11       Q.   I would like to show you what has previously

12   been marked as Exhibit 7, an April 26, 2019 e-mail from

13   Tracy Deebs to Stacy Abrams.  By the way, I'm going to

14   refer to Tracy Deebs as Tracy Wolff.  Is that

15   understood?

16       A.   That would be better, thank you.

17       Q.   Tracy Wolff was one of her pen names, correct?

18       A.   Yeah, and that's how I think of her.  So I

19   appreciate that.

20            MS. WOLFF:  And I remember the name.

21       Q.   I'm going to read this e-mail out loud.

22            "Hi, Stacy.  I'm so excited that you

23   thought of me for this.  I put together five basic

24   ideas for you to look at.  Everything is of course

25   flexible when it comes to creatures, plot, et cetera,

**Confidential**

1    but I wanted to give you a rough idea of what I was

2    thinking for each of them.  I'm on my way to my

3    cousin's wedding, but I'm happy to talk/answer e-mails

4    later tonight or early tomorrow morning and would be

5    happy to take another go at this if none of these ideas

6    appeal.  I have a few more, but I need to get on the

7    road.  LOL.  Also, the fifth idea is contemporary based

8    on Meteor Garden/Boys Over Flowers, the most successful

9    anime turned TV show for girls in Asia's history, and

10   also usually popular over here.  I fleshed it out into

11   a serial format, but it can easily be combined into a

12   four-book series or one book, even if it is something

13   you might be interested in.  But the dynamic is exactly

14   what Liz is looking for.  Ordinary girl in a super

15   rarified world, hence the huge worldwide response to

16   it.  Can't wait to hear what you think."

17              You notice it says in the first paragraph

18   that, quote, "I'm so excited that you thought of me for

19   this," end quote, and in the penultimate paragraph that

20   "... the dynamic is exactly what Liz is looking for.

21   Ordinary girl in a super rarified world."

22              So based on the foregoing, is it accurate

23   to say that you communicated to Stacy Abrams prior to

24   April 26, 2019 that Entangled wanted to hire Tracy

25   Wolff to write a book about an ordinary girl in a super

Elizabeth Pelletier                    **Confidential**                    Freeman vs.
                                                                              Deebs

1    **rarified world?**

2                    MS. WOLFF:  Object to form.  You can

3    answer.

4        A.   I would have spoken to Tracy -- Stacy that I

5    was looking for a book, but I would not have said,

6    "Contact Tracy."  I was surprised when she brought me

7    Tracy.

8        Q.   **But did you tell her you were looking for a**

9    **book about an ordinary girl in a super rarified world?**

10       A.   I told her that I was looking for a book with

11   a fish out of water trope, and that's what that sounds

12   like.

13       Q.   **What does that mean, a fish out of water**

14   **trope?**

15       A.   Fish out of water is where you take a

16   character who is used to one world and then you put

17   them in a completely different world, much like --

18   think Arizona to Seattle for Twilight; Harry Potter,

19   from the suburbs to this exotic paranormal castle; Star

20   Wars from farming to the galaxy, traveling the galaxy.

21   It's fish out of water.

22       Q.   **In Crave, it would be Grace to the Katmere**

23   **Academy?**

24       A.   Yeah.

25       Q.   **Now, was this conversation you had with Stacy**

Confidential

1    Abrams, was it an oral or written communication?

2        A.    Oral.

3        Q.    Okay.  And when did it take place in relation

4    to April 26, 2019?

5        A.    I don't recall exactly, but very close because

6    I remember being surprised at how fast Stacy wrote

7    Tracy.

8        Q.    Was it face-to-face or over the telephone?

9        A.    Over the telephone.

10       Q.    Was anyone else --

11       A.    With Stacy.  With Stacy.

12       Q.    Stacy?

13       A.    Yes.

14       Q.    Was anyone else on the phone call?

15       A.    I can't recall.

16       Q.    Do you see in the first paragraph it says, "I

17   put together five basic ideas for you to look at"?

18       A.    I do.

19       Q.    On or about April 26, 2019, did Stacy Abrams

20   show you the first -- or the five basic ideas that

21   Tracy Wolff put together?

22       A.    I believe so, yes.

23       Q.    Do you know how she sent it to you?

24       A.    Probably e-mail, but I don't know.

25       Q.    Well, is it fair to say that Stacy works --

**Confidential**

1      I remember this now.

2      Q.   Okay.  So is it the document containing the

3   five basic ideas put together by Tracy Wolff that Stacy

4   Abrams showed you on or about April 26, 2019?

5      A.   It is.

6      Q.   Okay.  By the way, I want to go back to

7   something.

8            Do you recall anything else said in the

9   conversation between you and Stacy Abrams in which you

10   told her you were looking for a book about a fish out

11   of water?

12      A.   I remember that I communicated to her why I

13   wanted to do a Crave -- at the time it wasn't called

14   Crave -- a book, a vampire book, and why I thought it

15   would be a bestseller.

16      Q.   What did you tell her?

17      A.   I had recently seen an article.  I'm a

18   voracious consumer of news articles and things like

19   that.  I flip through them all day.  And I had recently

20   seen an article that was talking about how trends -- I

21   believe it was clothing trends in particular, but how

22   trends cycle back every ten years.

23            I read a separate article -- YA sales

24   were soft at this time, and somebody had interviewed a

25   bunch of book store managers and asked them why they

Elizabeth Pelletier                  **Confidential**                  Freeman vs.
                                                                          Deebs

1    thought YA sales were depressed, and the book store

2    managers, a lot of them were saying that, the women

3    who -- the people, but a lot of women write YA

4    romance -- who were writing these heroines were writing

5    the kind of heroine they wish they had been in high

6    school, having agency, understanding who they are,

7    where they want to go, just having all of the answers.

8    And they felt, in their opinion, that's why YA sales

9    had been depressed recently.  That young girls couldn't

10   relate to that, they don't have all the answers, they

11   don't know what's going on.

12                   And then I read a separate article

13   completely unrelated that was talking about how

14   Twilight was about to be ten years old, and so I had

15   the idea of bringing vampires back.  I said, "But we

16   have do it in a fun, fresh way.  We need a new angle on

17   it."  And my idea was to take Twilight meets Harry

18   Potter and put those two together.  So I needed

19   something fish out of water and fantastical and set

20   someplace that, you know, would be its own character.

21   And that's -- I really wanted the romance of Twilight,

22   though, which is like heart-pounding, does he like me,

23   does he not like me, like all of that that was missing

24   that, you know, isn't in a Harry Potter because that

25   was middle grade.

```
 1   questions before?

 2                   MR. PASSIN:  It's different.

 3                   MS. WOLFF:  It sounds familiar.  Sorry.

 4       Q.   Did you ever discuss Masked with Emily Kim?

 5       A.   No.

 6       Q.   Did you ever discuss Lynne Freeman with

 7   anyone?

 8       A.   No.

 9       Q.   Did you ever discuss Lynne Freeman with Tracy

10   Wolff?

11       A.   No.

12       Q.   Did you ever discuss Lynne Freeman with Stacy

13   Abrams?

14       A.   No.

15       Q.   Did you ever discuss Lynne Freeman with Emily

16   Kim?

17       A.   No.

18       Q.   Who in connection with the Crave series was

19   the expert on Alaska?

20       A.   I don't know that any of us are an expert on

21   Alaska.

22       Q.   Well, who provided the majority of the

23   information about Alaska that appears in the books --

24   in the Crave book series?

25       A.   I would say it's a collaboration.  Again, I
```

Elizabeth Pelletier                    **Confidential**                    Freeman vs.
                                                                           Deebs

1       Q.   I apologize.  What did you call them, guns?

2   What are they called?

3       A.   Chekhov guns.

4       Q.   Chekhov guns.  Explain to me again what that

5   is.  I apologize.

6       A.   So let's say you want to -- say there is a

7   path that you are walking down -- your character is

8   walking down and you want them to go to the right.  You

9   happen to mention there is a scary tree off to the

10  left, but they don't take that path.  I have taken a

11  Chekhov gun and set it on counter and I have told you

12  there is probably something down that path, but I

13  haven't fired the gun.  I haven't told you what's down

14  there yet.

15      Q.   Did you write any of the chapter titles for

16  the Crave book series?

17      A.   I don't believe so.

18      Q.   Do you know who wrote the chapter titles?

19      A.   I believe they were Tracy.

20      Q.   Did Emily Kim write any of the chapter titles?

21      A.   I believe she wrote some draft of ones, but I

22  don't think they were used.

23      Q.   Is Crave the most commercially successful book

24  that Entangled has ever published?

25      A.   Define "successful."

**Confidential**

1    Q.   As far as financially successful.

2    A.   Made the most profit?

3    Q.   Yes.

4    A.   No.

5    Q.   Made the most revenue?

6    A.   Generated the most revenue, probably.

7    Q.   Is it the most commercially successful YA

8    paranormal book ever published at Entangled?  Well,

9    obviously your --

10   A.   Profit-wise or --

11   Q.   Yeah -- no, revenue-wise.  General revenue.

12   A.   It generated the most revenue of any book.

13   Q.   How many copies of Crave in all formats have

14   you sold?

15   A.   I don't know.

16   Q.   When did you first meet Stacy Abrams?

17   A.   Meet in person?

18   Q.   Yes.

19   A.   I can't recall.

20   Q.   Do you recall under what circumstances you met

21   her?

22   A.   No.

23   Q.   When you said "in person," do you remember

24   when you first met her over the telephone?

25   A.   Of course.

**Confidential**

1      MR. GOETZEL:  That's fine.

2          THE VIDEOGRAPHER:  We're now off the

3  record.  The time is 11:44 a.m.

4      (Lunch recess from 11:44 a.m. to 1:01 p.m.)

5          THE VIDEOGRAPHER:  This is Media 3.

6  Going back on the record at 1:01 p.m.

7      Q.   (BY MR. PASSIN)  I would like to show you

8  what's previously been marked as Exhibit 35.  Have you

9  seen -- take a look at Exhibit 35.

10     A.   Excuse me.  Do you mind if I get my reading

11  glasses?

12          THE VIDEOGRAPHER:  Watch your microphone.

13     Q.   Take a look, if you could, at Page 18 of the

14  contract, which is Entangled0006702.  Is that your

15  signature -- electronic signature that appears above

16  your name?

17     A.   It is.

18     Q.   And on the last two pages of the agreement, is

19  this the certification that certifies that the

20  electronic signature we just saw is your electronic

21  signature?

22     A.   It is.

23     Q.   Okay.  What is this a contract for?

24     A.   This is a contract, I believe, for spinoff

25  books for the Crave series.

Elizabeth Pelletier                          **Confidential**                          Freeman vs.
                                                                                        Deebs

1        Q.    Okay.  And it's three spinoff books, correct?

2        A.    Correct.

3        Q.    Has Tracy Wolff started writing them?

4        A.    I don't know.

5        Q.    Do the books have a name?

6        A.    They do.

7        Q.    What are their names?

8        A.    They -- I should --

9        Q.    The names of the three books.

10       A.    If I could clarify, that they -- one of them

11   has a name.

12       Q.    What's the name of the one?

13       A.    Sweet Vengeance.

14       Q.    What is it about?

15       A.    We're still working on it.

16       Q.    And when is that book due?

17             MS. WOLFF:  Object to the form.  You can

18   answer.

19       Q.    Is there a delivery date for the book?

20       A.    I don't know off the top of -- sometime in the

21   beginning of June, I think.

22       Q.    Of this year?

23       A.    Uh-huh.

24       Q.    And is any part of it written yet?

25       A.    I don't know.

Elizabeth Pelletier

**Confidential**

Freeman vs.
Deebs

1      Q.   **But you don't know what it's about?**

2      A.   I know some vague ideas about it, but I

3   haven't written the full synopsis for it yet.

4      Q.   **You're writing the synopsis?**

5      A.   Most likely.

6      Q.   **But it hasn't been written yet?**

7      A.   So if I could clarify, her process sometimes

8   is to spend quite a bit of time getting to know the

9   characters.  That doesn't necessarily need a plot for

10   her to be able to do that.  So she could have started

11   writing the book, developing the characters and their

12   chemistry together and stuff, but I haven't written the

13   synopsis for it yet.  I have a vague idea, which I

14   conveyed to her orally of what I think I want the book

15   to be, but nothing written.

16      Q.   **And when you say the characters, some of the**

17   **characters will be characters from the Crave book**

18   **series, correct?**

19      A.   Correct.

20      Q.   **Which characters are those?**

21      A.   Izzy, Vega, and Remy Boudreaux for sure.

22   That's all I know for sure.

23      Q.   **Next I would like you to take a look at what**

24   **was previously marked Exhibit 36.  On this one, please**

25   **turn to Page 18 of the contract, which is**

1    Entangled0006681.  Is that your electronic signature

2    that appears above your name?

3        A.   It is.

4        Q.   And if you go to the last two pages attached

5    to this document, is that a certification stating that

6    the electronic signature we just looked at is your

7    electronic signature?

8        A.   It is.

9        Q.   Okay.  Now, what is this contract for?

10       A.   This gave us space if we wanted to write

11   one-off books in the series.

12       Q.   Oh, so this is, again, related to the Crave

13   book series?

14       A.   Yes.

15       Q.   All right.  Even though it says a new series?

16       A.   So Crave, the series, is complete with six

17   books.  That doesn't mean that there aren't other

18   things that happen in the world or other story lines

19   that she wants to explore.  Each time you branch, it

20   becomes a brand new series, even if it's only one book.

21   So it wouldn't be like Book 7 in the Crave series

22   because that -- those six books have their very own arc

23   that covers from beginning to end.

24       Q.   So would you consider these to be spinoffs as

25   well from the Crave book series?

Elizabeth Pelletier                **Confidential**                Freeman vs.
                                                                         Deebs

1      A.   I don't know what they are going to be.  They

2   are just open-ended.  We did it because at the time we

3   were considering possibly exploring writing Flint and

4   Jaxon's story, possibly a different story from Macy.

5   Might be novels, might be novellas.

6                We just wanted to give ourselves some

7   space because to do those extra stories, we might have

8   done them very quickly and we had had some discussion

9   about maybe dropping them without any advance warning

10   on fans.

11      Q.   But your understanding is they are some sort

12   of derivative works of the Crave book series?

13      A.   Yes.

14                MS. WOLFF:  Objection.

15      A.   Sorry.

16      Q.   I'm going to show you what's been previously

17   marked as Exhibit 38 in this case.  Can you explain to

18   me what these are, please?

19      A.   It says ACH payment, so I assume they are ACH

20   payments.

21      Q.   All right.  But are these ACH payments that

22   are monthly payments that Entangled makes to Tracy

23   Wolff as advances against the quarterly royalties that

24   will be payable to her?

25      A.   I'm not in the finance department, so I'm not

**Confidential**

1    the best person to ask.  But that's what it looks like.

2         Q.   So you are not that familiar with it?

3         A.   Huh-uh.

4         Q.   Do you know if they are payments for just the

5    Crave books or is it for all of the books that

6    Entangled pays Tracy Wolff for?

7         A.   I have no idea.

8         Q.   All right.  You can put it aside.  I'm going

9    to show you what was previously marked as Exhibit 47.

10   And on this, look at the third paragraph.  I'm going to

11   read you a sentence.

12                  "In this instance, Pelletier created the

13   basic story line for the Crave book series."

14                  Is that true?

15        A.   Yes.

16        Q.   Tell me exactly for the book Crave what's the

17   story line that you created?

18        A.   The story line is about a young girl whose

19   parents die and she's forced to go to a boarding school

20   with paranormal creatures.  And she is a fish out of

21   water and then slowly discovers that the school is

22   filled with all kinds of paranormal creatures and it's

23   a school specifically for these paranormal creatures

24   and she's the only human among them.

25        Q.   Did you create that on your own or did you do

1   that in collaboration with Tracy Wolff?

2       A.   Well, you refreshed my recollection earlier

3   with another document that I'm the one who came up with

4   that.

5       **Q.   So that's in writing?**

6       A.   Yes.

7       **Q.   Do you know which document it is?**

8       A.   It was one of the --

9       **Q.   You have it in front of you.**

10      A.   Do you want me to find the exact one?

11      **Q.   Yes, please.**

12      A.   Sure.

13      **Q.   Tell me what the exhibit number is, please.**

14      A.   Sure.   Sorry, it was embedded in one of the --

15      **Q.   That's all right.   Take your time.**

16      A.   Thank you.   Exhibit 9.

17      **Q.   And then what specifically are you referring**

18  **to?**

19      A.   At the bottom of the first page, you say,

20  "From Liz.   For this one, I keep trying to think of why

21  the heroine would be at the school, a human.   What if

22  her parents died in a car wreck and she's sent to live

23  with her uncle who is the dean of the academy?   She was

24  just a human.   Her father married a human and was

25  excommunicated from that world for it.   That way you

**Confidential**

1   could pull readers through the series waiting to see if

2   she ever shows -- I'm sorry -- shows half of who she

3   is.  Her uncle could be a wizard or something special."

4                That is exactly in the book.

5        Q.   **All right.  Now, take a look at Exhibit 8,**

6   **Idea 2 that was written by Tracy Wolff, that's part of**

7   **the -- some of that made it in as part of the story**

8   **line, didn't it?**

9        A.   Well, the boarding school part that she has

10  here that she mentions was in my original -- that's

11  what I wanted, that I told Stacy to go out and get.

12  And that's -- she responds in one of the other

13  exhibits.  Sorry, I just have to find it.  I'm so

14  sorry.  I remember reading it.  I just don't remember

15  where.  Oh, here it is.  I'm sorry.  Exhibit 9.

16       Q.   **Where -- where in Exhibit 9?**

17       A.   The first paragraph of the second e-mail.

18                "You are amazing.  So many of these sound

19  awesome.  It's almost hard to choose.  I spoke with Liz

20  about it and we both agree that the one closest to

21  specifically what she's looking for is No. 2."

22       Q.   **Right.  But No.2 is written by Tracy Wolff?**

23       A.   Yes, but I'm saying in that -- what --

24  specifically what I'm looking for.  So I was already

25  looking for something that I had already relayed to

**Confidential**

```
 1   Stacy.
 2       Q.   Right.  Well, you already told us what it was?
 3       A.   Yeah.
 4       Q.   Okay.  And it wasn't as detailed as Idea
 5   No. 2?
 6       A.   Let me now go through No. 2 and point out -- I
 7   was just pointing -- relating to the boarding school
 8   part.  That's what I was responding to.
 9                Vampires I was looking for.  A reboot on
10   Twilight, but more feminist.  So the Volturi instead of
11   Edward Cullen was also what I'm looking for.  The
12   hottest bad boy at this very rich boarding school,
13   again, would be -- that's Edward Cullen with the
14   boarding school.  However, the -- the parts about "The
15   dark power he wields is nearly unimaginable.  As his
16   18th birthday approaches he knows he will be expected
17   to step into his role in the family," that is -- that
18   is not part of my original idea.  All of the rest of
19   her idea is a reboot on Twilight.
20       Q.   All right.  Now, what were you saying about
21   Cullen?  Are you saying that was your idea?
22       A.   No.  I'm saying that -- when I told Stacy what
23   I was looking for, I said I was looking for Twilight
24   meets Harry Potter.  Volturi instead of Cullen is
25   Twilight.
```

**Page 129**

Elizabeth Pelletier

**Confidential**

Freeman vs.
Deebs

1    Q.   And Volturi, yes, is from Twilight, right?

2    A.   Correct.

3    Q.   Who is Cullen from?

4    A.   Twilight.  The Cullen family is where Edward

5    lives with them.

6    Q.   Going back to Exhibit 47, I'm looking again at

7    the third paragraph.  I'm looking at the second

8    sentence.

9              "The Crave book series was a

10   collaborative project with Pelletier providing to Wolff

11   in writing the main plot, location, characters, and

12   scenes."

13             You didn't provide to Wolff in writing

14   the main plot, location, characters, and scenes, did

15   you?

16   A.   In the series, the -- where the various

17   elements in the series took us, yes, I did.  They are

18   in the synopsis.

19   Q.   All right.  But you didn't write a synopsis

20   for the book Crave, correct?

21   A.   No, nothing more than what you have shown me.

22   Q.   So you didn't provide Wolff in writing the

23   main plot, location, characters, and scenes for Crave;

24   is that correct?

25   A.   That is not correct.  We just read in writing

1  some of the -- not all of those things, but some of

2  those things were in that.

3      **Q.   So to the extent we saw the writings, that's**

4  **what you have in writing as far as the main plot,**

5  **location, characters, and scenes for Crave, the book**

6  **Crave?**

7              MS. WOLFF:  Object to form.

8      A.   I don't know what else you have in writing and

9  I didn't remember that until you showed me.  I'm sorry.

10     **Q.   But as you sit here today, that's all you're**

11 **aware of?**

12     A.   That's all I know of, yes, in writing.

13     Q.   ████████████████████████████████████████

14 ████████████████████████

15     A.   █████

16     Q.   ████████████

17     A.   ████████████

18     Q.   ███████████████████████

19              MS. WOLFF:  ███████████

20     Q.   █████████████████████

21     A.   ███████████████

22     Q.   ██████████████████

23     A.   █████

24     Q.   ███████████████████████████

25     A.   ██████████



1      A.      ████████████████████████

2      Q.      **Is Prospect and Emily Kim being indemnified by**

3  **anyone?**

4      A.      Not that I'm aware of.

5      Q.      **If an agent submits a manuscript to Entangled**

6  **and Entangled decides not to pursue that manuscript, is**

7  **it Entangled's policy -- or was it their policy in 2013**

8  **to send a written rejection letter to the agent?**

9      A.      We try to send rejection letters, but we

10  didn't always.

11      Q.      **Okay.  And is it your policy now?**

12      A.      Even now we try and send rejection letters,

13  but we don't always.

14      Q.      **When Tracy Wolff testified -- and I'll try to**

15  **get this as best I can based on my recollection -- I**

16  **recall her giving me the impression that one of the**

17  **reasons you were looking to write the YA book is there**

18  **was an opening in your schedule, that some book dropped**

19  **out and wasn't going to be completed.**

20      A.      Correct.

21      Q.      **Okay.  So what -- explain that situation to**

22  **me.**

23      A.      It's very often in publishing, publishing is a

24  creative art form, that an author will commit to

25  writing a book and delivering it by a certain date.

```
1    They will promise over and over again they are going to

2    hit it, they are going to hit it, give them an

3    extension, and then you sometimes run into trouble that

4    they did not finish the book, it's not going to make

5    the printer deadline or it just didn't develop the way

6    that you hoped it would develop in edits and it needs

7    more time.

8                    I don't remember specifically why a book

9    dropped out.  My vague recollection is this particular

10   author had -- was struggling with depression and

11   couldn't write.  And she was a very large author, if

12   it's who I'm thinking of, and it left a hole in the

13   schedule for a very large book to slide in.

14       Q.   Was it two books or just one book?

15       A.   I believe it was just the one book.

16       Q.   But it was one author or two authors?

17       A.   Oh, it's -- if it's what I'm remembering, it

18   is one author.

19       Q.   ████████████████████████████████████

20       A.   ███████████████████████████████

21       Q.   █████████████████████████████████

22       A.   ██████████████████████

23       Q.   One thing I wanted to ask you is --

24                    THE VIDEOGRAPHER:  The microphone slid

25   all the way down your jacket.
```

Elizabeth Pelletier                    **Confidential**                 Freeman vs.
                                                                            Deebs

1      Q.   One thing I -- one thing I wanted to ask is,

2   in one of the drafts of one of the books in the Crave

3   series, they had the word "wrack" or "wracking" that

4   was spelled w-r-a-c-k or w-r-a-c-k-i-n-g.  And that was

5   eventually changed to "rack" or "racking" without the

6   W.  Do you recall who made that change?

7      A.   I don't even recall that edit.  I would need

8   more than the word to --

9      Q.   Excuse me?

10      A.   I would need more than the word.  There is no

11   context.  I don't remember the word, I'm sorry.

12      Q.   You don't remember the word, okay.

13           Does Entangled have an employee handbook

14   that identifies job duties, protocols and procedures,

15   things like that?

16      A.   We did not at that time.  We do now.

17      Q.   And when was that created?

18      A.   Just this past month.

19      Q.   Was that done on the advice of counsel?

20      A.   No.

21           MR. PASSIN:  Why don't we take a

22   five-minute break.  We may be done.

23           THE VIDEOGRAPHER:  We're now going off

24   the record.  The time is 1:26 p.m.

25           (Recess from 1:26 p.m. to 1:33 p.m.)

Elizabeth Pelletier

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2
   LYNNE FREEMAN, an          )
 3 individual,                )
        Plaintiffs,           )
 4                            )
   VS.                        ) Case No. 1:22-cv-02435-LLS
 5                            )
   TRACY DEEBS-ELKENANEY      )
 6 P/K/A TRACY WOLFF, an      )
   individual, EMILY SYLVAN   )
 7 KIM, an individual,        )
   PROSPECT AGENCY, LLC, a    )
 8 New Jersey limited         )
   liability company,         )
 9 Entangled Publishing,      )
   LLC, a Delaware limited    )
10 liability company,         )
   Holtzbrinck Publishers,    )
11 LLC D/B/A MACMILLAN, a     )
   New York limited           )
12 liability company, and     )
   Universal CITY STUDIOS,    )
13 LLC, a Delaware limited    )
   liability company,         )
14      Defendants.           )

15

16          REPORTER'S CERTIFICATION OF THE ORAL
             DEPOSITION OF ELIZABETH PELLETIER
17                    MARCH 9, 2023

18         I, Donna Wright, a Certified Shorthand

19 Reporter and Notary Public in and for the State of

20 Texas, hereby certify to the following:

21         That the witness, ELIZABETH PELLETIER, was

22 duly sworn by the officer and that the transcript of

23 the oral deposition is a true record of the testimony

24 given by the witness;

25         That the original deposition was delivered to
```

**Confidential**

1    Ms. Nancy Wolff;

2          That a copy of this certificate was served on

3    all parties and/or the witness shown herein on

4    March 9th, 2023;

5          I further certify that pursuant to FRCP Rule

6    30(3) that the signature of the deponent:

7          __X__ was requested by the deponent or a party

8    before the completion of the deposition and that the

9    signature is to be before any notary public and

10   returned within 30 days from date of receipt of the

11   transcript.  If returned, the attached Changes and

12   Signature Page contains any changes and the reasons

13   therefore:

14         ____ was not requested by the deponent or a

15   party before the completion of the deposition.

16         I further certify that I am neither counsel

17   for, related to, nor employed by any of the parties or

18   attorneys in the action in which this proceeding was

19   taken, and further that I am not financially or

20   otherwise interested in the outcome of the action.

21

22

23

24

25

**Page 140**

Elizabeth Pelletier                                        Freeman vs.
                                                                Deebs

1            Certified to by me on this, the 13th day of

2    March, 2023.

3

4

5                                   _Donna Wright_

6                           _____
                            DONNA WRIGHT, Texas CSR 1971
                            Expiration Date:  11/30/24
7                           APTUS COURT REPORTING
                            401 West A Street, Suite 1680
8                           San Diego, California 92101
                            (619) 546-9151
9                           Firm Registration No. 722

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25