# PROPOSED TO BE FILED UNDER SEAL

**<u>EXHIBIT 6</u>**

# PROPOSED TO BE FILED UNDER SEAL