# EXHIBIT 13

**From:** Tracy Deebs <███████████████>
**To:** Stacy Abrams <███████████████████>
**Subject:** Re: YA ideas from Tracy Wolff
**Date:** Tue, 7 May 2019 09:52:34 -0500
**Importance:** Normal

---

So, I'm spending a lot of time thinking about the mythology.  Are our vampires born not made? I kind of like the idea of a young Black Dagger Brotherhood idea-- they are an ancient race. Maybe Jaxon (our hero) comes from the most ancient of the races. Did his ancestors create vampires out of alchemy? Magic (warlocks turned vampires for the immortality of it)? That way she could have some vampire blood in her and not manifest for a while because she is not full vampire.

I also like the conflict not being about him turning her vampire, as it was in Twilight. I do think he needs to be a threat to her, but I also think she needs to be a threat to him-- something Twilight was missing. I love the idea of their being together causing damage to themselves and the world they inhabit, so the stakes are higher.  What do you think?


On Wed, May 1, 2019 at 3:37 PM Tracy Deebs <███████████████> wrote:
> I was thinking more along the lines of her mom is human and dad a vampire, so if she doesnt get her powers by 18, she dies. Maybe her dad isnt a vampire
>  Maybe he is another creature. Shifter, maybe? Same rule applies though. So he is trying to coach her powers into manifesting. If she is 16, we have time to play it out of it ends up being a series.
>
> Why she cant be with the hero? Maybe it's a huge taboo. Vampires and shifters don't mate. Surely there could be a dozen reasons for that? Just throwing a couple of ideas out there. Will keep thinking :)
>
> Tracy
>
> On Wed, May 1, 2019, 11:30 AM Stacy Abrams <███████████████████> wrote:
>> I like the idea of her potentially dying if she ever leaves the school or is with the hero, just then wondering how we get around that at the end. Does he have to turn her into a vampire herself to avoid it? Is that too easy or overdone?
>>
>> I sent Liz the titles to see what her take is. I think maybe using "God" in a title could sound too religious and we want it to be really mainstream. "Monsters" also could make it sound horror instead. The Darkness options seem more mainstream to me overall, but let me see what she says, too. :)
>>
>>> **From:** Tracy Deebs <███████████████>
>>> **Date:** Saturday, April 27, 2019 at 8:42 AM
>>> **To:** Stacy Abrams <███████████████████>
>>> **Subject:** Re: YA ideas from Tracy Wolff
>>>
>>> Absolutely!!!!!! I will work on the meet cute this weekend :) and I will see what I can come up with on the notes.
>>>
>>> As for a title, I really want to stuck with something around monster, that way if it becomes a series and she was her own powers, we can totally riff of that in the title. What do you think of Of Gods and Monsters? Or Among Gods and Monsters? Monsters Found? Monsters Made?
>>> Or: Darkness Born? Darkness Made? Darkness Found?

Also, what if offspring of human and vampires die at 18 if they don't manifest their powers. That is why the uncle wants her at the school? To save her? Or they go insane? So there is an imminent threat to her as well as him? And what if his power is so great it dwarfs any fledgling power she has. So if he is with her, she won't manifest and then she will die. Or so the mythology goes? Just brainstorming here ...

Xoxo,
Tracy

On Fri, Apr 26, 2019, 4:29 PM Stacy Abrams <​███​> wrote:
> You are amazing!! SO many of these sound awesome, it's almost hard to choose. I spoke with Liz about it, and we both agreed that the one closest to specifically what she's looking for is #2.
>
> Liz actually did mention that separate of this specific call, she might have been the most interested in the circus idea— that it felt the freshest and most unexpected. But it might be one to keep in the wings for now because a) it's not quite exactly what she needs for this April slot and b) we do have another circus book that we published only a year or so ago. A little bit more time in between, and maybe we could try it again!
>
> Anyway, in regards to #2, she said she does prefer the hero to be a vampire, if you're open to that. And that we need to develop it a little bit more so that it doesn't sound quite as Twilight (or Vampire Academy, though she really did like the school setting). We need to develop more of a reason as to why he can't be with her other than that he lives in a dark and dangerous world. So what it boils down to is a creative reason a vampire can't be with a human, something that hasn't been done before. No pressure. :) (And a reason for why he's an asshole to her.)
>
> She said we don't need to work out the entire plot now, but she'd love to see a writing sample on that one so that we can be sure it's the style we talked about (the compulsively readable Jennifer Armentrout type writing). As Liz said, she knew as soon as she read the scene where Katy and Daemon met for the first time that she had a best seller on her hands. So if you want to write the "meet cute" that would be awesome, so we can see the style as well as how the hero and heroine meet.
>
> Finally, do you have a thought for a title? That way we can start brainstorming a cover direction! ;)
>
> I'm just going to copy/paste in her other notes here, since I think she makes her direction pretty clear. Let me know what you think!
>
> From Liz:
>
> for this one, i keep trying to think of why the heroine would be at this school, a human
> what if her parents died in a car wreck and she's sent to live with her uncle who is the dean of the academy? She was just a human, her father married a human and was excommunicated from that world for it.
> That way, you could pull readers thru the series waiting to see if she ever shows half of who she is. Her uncle could be a wizard or something magical.
>
> Me: That could work! Need that fish out of water Bella thing
>
> Liz: exactly
> Pattern the uncle after Snape. We think he's evil but learn in the end, he did everything intentionally. Including killing her parents, because there's no other way he could have gotten her there. Just need a reason for that.
> And need to be careful of Sabrina stuff…
> In that series, a witch marrying a human makes them MORE powerful which they later lean is why they're forbidden form marrying humans.
> That's the reason humans and witches can't marry in Sabrina so we have to AVOID that. Although it's a damn good reason. 😊

ENTANGLED_0016991

**From:** Tracy Deebs <███████████████>
**Date:** Friday, April 26, 2019 at 12:52 PM
**To:** Stacy Abrams <████████████████████████>, Emily Kim <esk@prospectagency.com>
**Subject:** YA ideas from Tracy Wolff

Hi Stacy :)

I'm so excited that you thought of me for this. I've put together 5 basic ideas for you to look at. Everything is of course flexible when it comes to creatures, plot, etc. but I wanted to give you a rough idea of what I was thinking for each of them. I am on my way to my cousin's wedding, but am happy to talk/answer emails later tonight or early tomorrow morning, and would be happy to take another go at this if none of these ideas appeal. I have a few more, but I need to get on the road, lol.

Also, the fifth idea is contemporary, based on Meteor Garden/Boys over Flowers, the most succesful Anime turned TV show for girls in Asia's history (and also HUGELY popular over here). I fleshed it out into a serial format but it can easily be combined into a four book series, or one book, even if it is something you might be intersted in. But the dynamic is EXACTLY what Liz is looking for, ordinary girl into super rarified world. Hence the huge worldwide response to it.

Can't wait to hear what you think!

xoxo,
Tracy

ENTANGLED_0016992