# EXHIBIT 14

Confidential

**From:** "LYNNE FREEMAN" <lynnef@gci.net>
**To:** "Emily Sylvan Kim" <​███​>
**Subject:** Re: MASQUED
**Date:** Tue, 05 Nov 2013 08:13:40 -0900

Fingers are triple triple crossed!!!

Thanks Emily :)

----- Original Message -----
**From:**
"Emily Sylvan Kim" <​███​>
**To:**
"LYNNE FREEMAN" <lynnef@gci.net>
**Cc:**
**Sent:**
Tue, 05 Nov 2013 11:46:57 -0400
**Subject:**
Re: MASQUED

Re: MASQUEDHi Lynne,

Honestly, I think your best bet for this one is going to be Entangled. The editor is reading now and I know her really well and like her a lot so fingers triple crossed!!

I know you are just being thorough and I am happy to answer any questions I'm sorry this is so hard!

Emily

On 11/5/13 12:20 PM, "LYNNE FREEMAN" <lynnef@gci.net> wrote:

HI Emily -

I'm confident that you know your business much better than I do:) I'm just wanting to make sure no stone is left unturned as I'm aware this is the last hurrah for this particular manuscript. So, I'm scouting book stores, reviewing titles I have, etc.

I'm pretty sure I have the submission history. Please know I value your opinion and have accepted the situation of where we are-- it's just tough because I strongly believe the story is completely different in nearly every way as what was submitted so long ago. But I get it! I do!

So far, we have one pass from Andrew Karre based on premise and are waiting to hear back from the others, right? That's all I was asking:)

Lynne

----- Original Message -----
From:
"Emily Sylvan Kim" <​███​>

KIM00193730

To:
"LYNNE FREEMAN" <lynnef@gci.net>
Cc:
"Carrie Pestritto" <░░░░░░░░░░░░░░░░░░░>
Sent:
Tue, 05 Nov 2013 10:46:23 -0400
Subject:
Re: MASQUED

Re: MASQUEDHi Lynne,

I'd be more than happy to try Knopf.  It's just that my experience as an agent tells me a match isn't likely.  But I'd be thrilled to be proven wrong!  Keep in mind that a few years ago many/most publishers jumped into paranormal because it was super hot.  Not, even paranormal imprints aren't taking many titles and places like Knopf even less.  But again, it's just my instinct and honestly nothing would make me happier than being wrong!  As for Thomas Nelson, Publisher's Lunch, which reports all sales, indicates that there was one YA titles acquired at Thomas Nelson in the last 12 months and that it was the fourth in an on-going series.  That said, I'd be happy to try them as well.

The other passes were at various stages.  Would you like us to resend your submission history?

Emily


On 11/5/13 11:32 AM, "LYNNE FREEMAN" <lynnef@gci.net> wrote:

>  Hi Emily -
>
>  Both Thomas Nelson and Knopf had several YA titles, some paranormal, in our local book store.  Might be worth a second look.
>
>  Just to be clear -- we haven't had any passes on the current round of submissions?  (In other words, the passes noted below are from the book as written over a year ago, yes?)
>
>  Thank you as always:)
>
>  Lynne
>
>
>
>   ----- Original Message -----
>   From:
>    "Emily Sylvan Kim" <░░░░░░░░░░░░░░░░░░░>
>
>   To:
>   "LYNNE FREEMAN" <░░░░░░░░░░░░>
>   Cc:
>   "Carrie Pestritto" <░░░░░░░░░░░░░░░░░░░░░>
>   Sent:
>   Tue, 05 Nov 2013 10:06:25 -0400
>   Subject:
>   Re: MASQUED
>
>
>   Re: MASQUEDHi Lynne,
>
>
>   We'll send to some of these places this week.  Those I think aren't good fits I've noted below
>
>   Emily

KIM00193731

On 11/4/13 11:28 PM, "LYNNE FREEMAN" <████████> wrote:

Hi Emily -

While we are waiting . . . I put together another list of YA publishers.  Some are imprints of publishing houses -- does that matter?  By that, I mean does the ms go to a different editor?

Spencer Hill Press – ALREADY PASSED
Katherine Tegen Books (imprint of HC) OK
Splinter OK
Margaret McElderberry Books OK
Delacorte Press – HAVE A SUBMISSION OUTSTANDING HERE
Ember – This is a RH reprint imprint which means books are published here after being published in other divisions in hardcover
Thomas Nelson – No YA division as we spoke about earlier with DAW and ROC etc.
Knopf – This is a very literary house, not sure it's a good fit
Houghton Mifflin – Sent in most recent round
Square Fish – We've already submitted here to an editor at Roaring Brook
Razor Bill (imprint of Penguin) THIS IMPRINT ALREADY PASSED
Chronicle Books – I don't think your book is a good fit here
Putnam ALREADY PASSED
Amulet OK
SoHo Teen – They only really do commissioned projects (aka work for hire)

Please let me know what you think:)

Lynne

----- Original Message -----
From:
 "Emily Sylvan Kim" <████████████████>

To:
"Lynne Freeman" <lynnef@gci.net>
Cc:

Sent:
Thu, 24 Oct 2013 17:46:45 -0400
Subject:
Re: MASQUED

Here's the list:

Kate Harrison - Dial SENT
Sally Morgridge - Holiday House SENT
Lynne Polvino - HMH AWAITING
Liz Pelletier - Entangled ...ultimately went to Stacy Cantor SENT
Kat Brzozowski - St Martins SENT
Julie Ham - Charlesbridge SENT PASSED BASED ON PREMISE
Andrew Karre - AWAITING
Abby McAdden, Scholastic, Point Imprint AWAITING

On 10/24/13 5:20 PM, "Lynne Freeman" <lynnef@gci.net> wrote:

> Thanks Emily:). Glad there was someone else to add to the list!
>

> Sent from my iPhone
>
> On Oct 24, 2013, at 1:58 PM, Emily Sylvan Kim <███████████████> wrote:
>
>> Sure! Will send a list shortly. I did add one editor at Becca's suggestion:
>> Andrew Karre at CarolRhoda Books.
>>
>> Emily
>>
>> ----
>> Emily Sylvan Kim
>> ███████████████
>> 551 Valley Rd., PMB 377
>> Upper Montclair, NJ 07043
>>
>>> On Oct 24, 2013, at 4:55 PM, Lynne Freeman <lynnef@gci.net> wrote:
>>>
>>> Hi Emily-
>>>
>>> While I'm waiting on Masqued would you mind letting me know which editors
>>> have responded with a request for the ms?  I'm trying to think if there's
>>> any place else it can go...
>>>
>>> Thanks:)
>>>
>>> Lynne
>>>
>>> Sent from my iPhone

-----------------------------------------------
Emily Sylvan Kim
███████████████

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://wwwprospectagency.com
-----------------------------------------------




-----------------------------------------------
Emily Sylvan Kim
███████████████

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-----------------------------------------------

KIM00193733

-------------------------------------------------
Emily Sylvan Kim
████████████████████

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------

-------------------------------------------------
Emily Sylvan Kim
████████████████████

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------

KIM00193734