# EXHIBIT 19

**From:** Jessica Meigs <████████████>
**To:** Elizabeth Pelletier <████████████████>
**Subject:** Re: First 50 to CE
**Date:** Tue, 27 Jul 2021 19:55:35 -0500
**Importance:** Normal

---

Hi, Liz!

Just to clarify, as I get the chunks, you want me to put them all in one document, correct? Just making sure that's what you mean by re-assemble haha. :)

Jess

On Tue, Jul 27, 2021 at 7:52 PM Elizabeth Pelletier <████████████████> wrote:

> Hi Jessica,
>
> Here are the first 50. I'm going to try to send in 50 page chunks all night. Can you re-assemble the pages for me? There are worldbuilding questions I left for Emily (and some for you). Emily is going to reply via email to us both to try to help keep your worldbuilding research down. Emily is Tracy's agent and built an entire bible for us that I'm sharing with you now. Basically, Emily is a goddess.
>
> Thanks so much!
>
> Liz
>
> Liz Pelletier, Publisher (she/her)
>
> **Entangled Publishing, LLC**
>
> www.entangledpublishing.com
>
> Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this e-mail and its attachments, if any. E-mail is covered by the Electronics Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

CONFIDENTIAL                                                                                                    ENTANGLED_0012114