# EXHIBIT 21

**From:** Stacy Abrams <​█████████████████████​> 
**To:** Emily Sylvan Kim <​█████████████████​>
**Subject:** Re: MASQUED
**Date:** Wed, 30 Oct 2013 13:30:13 -0500

---

Got it!!

On 10/30/13 12:14 PM, "Emily Sylvan Kim" <​█████████████████​> wrote:

>Sorry, here you go!
>
>
>On 10/30/13 1:10 PM, "Stacy Abrams" <​█████████████████​> wrote:
>
>> Hi Emily,
>>
>> I think you might have forgotten to attach the manuscript!
>>
>> I'm thrilled with how Tracy's book has gone out the gate. Woot!! :)
>>
>> Stacy
>>
>>
>>
>>
>>
>> On 10/23/13 11:33 AM, "Emily Sylvan Kim" <​█████████████████​> wrote:
>>
>>> Hi Stacy,
>>>
>>> Sorry for the delay. Here you go! And aren't you happy about Tracy?
>>>I
>>> am!
>>>
>>> Emily
>>>
>>>
>>> On 10/18/13 4:29 PM, "Stacy Abrams" <​█████████████████​>
>>>wrote:
>>>
>>>> Hi Emily,
>>>>
>>>> Liz asked me to respond to you about this submission because she's
>>>> currently closed to acquisitions. It definitely sounds like it could
>>>>be
>>>> up
>>>> my alley, if you wouldn't mind sending it along!

\>\>\>\>
\>\>\>\> Stacy
\>\>\>\>
\>\>\>\>
\>\>\>\>
\>\>\>\>
\>\>\>\>
\>\>\>\> On 10/10/13 11:19 AM, "Elizabeth Pelletier"
\>\>\>\> <​███████████████████>
\>\>\>\> wrote:
\>\>\>\>
\>\>\>\>\>
\>\>\>\>\> On 10/10/13 9:52 AM, "Emily Sylvan Kim" <███████████████████>
\>\>\>\>\>wrote:
\>\>\>\>\>
\>\>\>\>\>\> Dear Lynne:
\>\>\>\>\>\>
\>\>\>\>\>\> I am excited to be writing to you about Lynne Freeman¹s MASQUED If
\>\>\>\>\>\>you
\>\>\>\>\>\> are
\>\>\>\>\>\> looking for something unique in young adult paranormal romance, this
\>\>\>\>\>\> is
\>\>\>\>\>\> something I think would be a perfect fit for you!
\>\>\>\>\>\>
\>\>\>\>\>\> Strange things are happening to sixteen-year-old Anna St. Claire.
\>\>\>\>\>\> Ravens
\>\>\>\>\>\> stalk her, visions haunt her and she suddenly finds that she can
\>\>\>\>\>\>fight
\>\>\>\>\>\> like
\>\>\>\>\>\> a trained assassin, but she doesn¹t know why. Of course, Anna is
\>\>\>\>\>\>used
\>\>\>\>\>\> to
\>\>\>\>\>\> extraordinary things on a certain level. She is part of the Kindred,
\>\>\>\>\>\> hereditary witches who gain their full power at the age of seventeen
\>\>\>\>\>\> and
\>\>\>\>\>\> who
\>\>\>\>\>\> each has a sacred duty only they can fulfill. Anna isn¹t sure what
\>\>\>\>\>\> her
\>\>\>\>\>\> path
\>\>\>\>\>\> is meant to be, but there are others who do.
\>\>\>\>\>\>
\>\>\>\>\>\> MASQUED is a story of forbidden love, deadly secrets, and an
\>\>\>\>\>\> impossible
\>\>\>\>\>\> choice. Inspired by the sacred feminine, grounded in pagan
\>\>\>\>\>\>practices,
\>\>\>\>\>\> and
\>\>\>\>\>\> with mythological references, the author weaves a complex and
\>\>\>\>\>\> compelling
\>\>\>\>\>\> story which will appeal to girls and women everywhere. Set in
\>\>\>\>\>\>Alaska,
\>\>\>\>\>\> the
\>\>\>\>\>\> only place in the world where supernatural beings are unable to
\>\>\>\>\>\>sense
\>\>\>\>\>\> one

\>>>>>> another, Anna must not only discover her true identity, but also
\>>>>>> those of
\>>>>>> the people around her, including the mysterious boy she is falling
\>>>>>>in
\>>>>>> love
\>>>>>> with, who has a destiny of his own.
\>>>>>>
\>>>>>> MASQUED is intended as the first book of a trilogy and stands alone
\>>>>>> as a
\>>>>>> single volume. It has already garnered early film interest, and
\>>>>>> readers
\>>>>>> of
\>>>>>> all ages report that it is one of those books you just can¹t put
\>>>>>>down.
\>>>>>>
\>>>>>> Lynne Freeman is a native Alaskan and an attorney who currently
\>>>>>> resides
\>>>>>> in
\>>>>>> Santa Barbara, California where she writes a weekly column, ³The
\>>>>>> GreenScene.²
\>>>>>>
\>>>>>> I¹d love to send you the full manuscript.
\>>>>>>
\>>>>>> All best,
\>>>>>>
\>>>>>> Emily
\>>>>>>
\>>>>>>
\>>>>>> All best,
\>>>>>> Emily
\>>>>>> ------------------------------------------------
\>>>>>> Emily Sylvan Kim
\>>>>>> ████████████████████████
\>>>>>>
\>>>>>> Prospect Agency
\>>>>>> 551 Valley Road, PMB 377
\>>>>>> Upper Montclair, NJ 07043
\>>>>>> 718-788-3217 (w)
\>>>>>> 718-360-9582 (f)
\>>>>>> http://www.prospectagency.com
\>>>>>> ------------------------------------------------
\>>>>>>
\>>>>>>
\>>>>>>
\>>>>>>
\>>>>>>
\>>>>>
\>>>>>
\>>>>
\>>>
\>>> ------------------------------------------------
\>>> Emily Sylvan Kim
\>>> ████████████████████████
\>>>

```
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> ------------------------------------------------
>>>
>>>
>>>
>>>
>>
>
>------------------------------------------------
>Emily Sylvan Kim
>▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
>Prospect Agency
>551 Valley Road, PMB 377
>Upper Montclair, NJ 07043
>718-788-3217 (w)
>718-360-9582 (f)
>http://www.prospectagency.com
>------------------------------------------------
>
>
>
```

KIM00157615