# EXHIBIT 22

**From:** Emily Sylvan Kim <░░░░░░░░░░░░░░░░░░░░░>
**To:** Stacy Abrams <░░░░░░░░░░░░░░░░░░>
**Subject:** Fwd: Part one synopsis
**Date:** Tue, 11 May 2021 10:04:30 -0400
**Attachments:** The_Opus_That_Ends_That_Epic_Book_Called_Crave_-_Part_One_Redux.docx

Here you go!

---------- Forwarded message ---------
From: **Elizabeth Pelletier** <░░░░░░░░░░░░░░░░░░░░>
Date: Fri, Apr 30, 2021 at 4:36 AM
Subject: Part one synopsis
To: Tracy Deebs <░░░░░░░░░░░░░░░>
Cc: Emily Sylvan Kim <░░░░░░░░░░░░░░░░░░░>

Okay, this matches with what we discussed and the correct ending. Every scene in yellow is new or rearranged. This section must be 130 page total. No more. If it's more, I'll have to cut… It's 14 "scenes" which is more like 1-3 chapters so you should be pretty close (your average chapter is only 3 pages in Covet). I've taken everything "talking" and turned it into action as well. I also did extensive research on the United Nations so this all actually works, too. If Cyrus were a massively wealthy vampire, this is how he'd take over the world and it would actually work. Shocker. Lol

Anyway, the opening 3 scenes are still basically the same as in the original but I made some minor changes I highlighted in yellow.

This should be 32,500 words total, or very close for a total 162,500 word book. We can go over that and make the font smaller like in Covet but I don't see how you'd find the time to write it in our tight deadline. Just remember, every word you go over, is 8 more words you have to write in the rest of the book to make it balance. ;)

Anyway, 32,500 is about 2 days writing if you already started as you said you did. Which means I owe you the rest of the synopsis no later than Saturday. I will make this deadline. In fact, I should be done tomorrow, but I don't want to overpromise and under deliver.

The entire last half of the synopsis is done and amazing. Maddy cried. Which is a good sign. I'm just reworking how to unfreeze the Gargoyle Army still. I hate the stone so been trying other things. I've settled on HOW they get frozen. The Gargoyle King is mislead by his second in charge, the traitor, who tells him that Cyrus is planning a blitz attack all at once globally. So the King tells the army to get into vantage points and wait, the Bloodletter is going to use her connection to him to freeze them all and disguise them. Cyrus never pays attention to the human world and their "gods", so he won't even notice them on buildings. Unfortunately, his second is a traitor and as soon as the bloodletter freezes them all, he lures the King to meet him on the island and they chain him up. He won't give them the Crown so they can't kill him. At least without him with the

Bloodletter, the army is locked in time. The Bloodletter, realizing what's happened to her mate, sets a trap for the King and gets stuck in it herself. And that brings us to the present. To free the Army, the bloodletter and the King must be free and together. And we can't free the Bloodletter without the army free (they can weaken her magic with the help of the Crown which is what happens to Cyrus in the end). We have an impossible problem—which is GREAT for tension. Now we just have to solve it cleverly. ●

BTW, the Crown does NOT control the Gargoyle Army. The kids just all think that's what it does. Yes, the person who carries the Crown is the General of the Army, but it doesn't mean anyone has to actually follow them. The Crown creates the "Judge, jury, and executioner" element of Gargoyles, that you'll see layered into the first part of the book. The Crown allows the Army to surround a foe and then place judgement on them—and channel all of their magic from them, making the guilty party human. Cyrus is scared to death of the Crown and the Army b/c they can make him human and weak. Which is what they do in the end. lol

Anyway, I'm ALMOST done. I know I keep saying that but Jesus this has been a hard book to plot, but we're almost there. Please let me know if there's anything in Act I that you don't like. Almost everything is a layer for the ending but we might be able to reframe it if we need to. We can't have them do anything "fun" b/c their friend JUST died (no time has passed) and all the rest of their friends are suffering god knows what. So the best we can do for fun times is grilled cheese and sexy times. ; )

Okay, I've been working on this until my eyes are bleeding. I'm going to bed. See ya in a few hours!

I know you hate long emails. Hopefully you made it to here. ●

Best,

Liz

Liz Pelletier, Publisher (she/her)

**Entangled Publishing, LLC**

www.entangledpublishing.com

Statement of Confidentiality: The contents of this e-mail message and any attachments are intended solely for the addressee. The information may also be confidential and/or legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this e-mail and its attachments, if any. E-mail is covered by the Electronics Communications Privacy Act, 18 USC SS 2510-2521 and is legally privileged.

--

KIM00074212

Emily Sylvan Kim
President - Literary Agent
P R O S P E C T   A G E N C Y
551 Valley Road, PMB 377 | Upper Montclair, NJ 07043
(w) 718.788.3217
www.prospectagency.com

KIM00074213