# EXHIBIT 23

Videotaped Deposition of

# Elizabeth Tzetzo

March 15, 2023

Freeman

vs.

Deebs

**Confidential**



www.aptusCR.com | 866.999.8310

```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF NEW YORK

 3               ***CONFIDENTIAL TRANSCRIPT***

 4    ----------------------------------------x

 5    LYNNE FREEMAN, an individual,

 6                         Plaintiff,

 7         -against-                     Civil Action No.

 8    TRACEY DEEBS-ELKENANEY P/K/A        1:22-cv-02435-LLS

 9    TRACY WOLFF, an individual,

10    EMILY SYLVAN KIM, an individual,

11    PROSPECT AGENCY, LLC, a New

12    Jersey limited liability company,

13    ENTANGLED PUBLISHING, LLC, a

14    Delaware limited liability company,

15    ***CAPTION CONTINUED***

16    ----------------------------------------x

17            VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                      ELIZABETH TZETZO
18               Wednesday, March 15, 2023
                    New York, New York
19               10:12 a.m. - 12:41 p.m.
                    HYBRID DEPOSITION
20

21

22            Reported stenographically by:
         Richard Germosen, FAPR, CA CSR No. 14391
23      RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
         NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
                    Job No. 10115789
25
```

| | |
|---|---|
| Elizabeth Tzetzo | Confidential | Freeman vs. Deebs |

```
 1   -----------------------------------------x
 2   ***CAPTION CONTINUED***
 3   HOLTZBRINCK PUBLISHERS, LLC
 4   D/B/A MACMILLAN, a New York
 5   limited liability company,
 6   and UNIVERSAL CITY STUDIOS, LLC,
 7   a Delaware limited liability company,
 8                         Defendants.
 9   -----------------------------------------x
10         VIDEOTAPED TELECONFERENCED STENOGRAPHIC
11   DEPOSITION of ELIZABETH TZETZO, taken in the
12   above-entitled matter before RICHARD GERMOSEN, Fellow of
13   the Academy of Professional Reporters, Certified Court
14   Reporter, (License No. 30XI00184700), Certified Realtime
15   Court Reporter-NJ, (License No. 30XR00016800),
16   California Certified Shorthand Reporter, (License No.
17   14391), NCRA/NY/CA Certified Realtime Reporter, NCRA
18   Registered Diplomate Reporter, New York Association
19   Certified Reporter, NCRA Realtime Systems Administrator,
20   taken at the offices of REITLER KAILAS & ROSENBLATT LLP,
21   885 Third Avenue, New York, New York 10022, on
22   Wednesday, March 15, 2023, commencing at 10:12 a.m.
23
24
25
```

| | | |
|---|---|---|
| Elizabeth Tzetzo | **Confidential** | **Freeman vs. Deebs** |

```
 1   A P P E A R A N C E S:

 2

 3

 4   DONIGER / BURROUGHS APC

 5   BY:  STEPHEN M. DONIGER, ESQ.

 6   603 Rose Avenue

 7   Venice, California 90291

 8   (310) 590.1820

 9   stephen@donigerlawfirm.com

10   Attorneys for the Plaintiff

11

12   COWAN DeBAETS ABRAHAMS & SHEPPARD LLP

13   BY:  NANCY E. WOLFF, ESQ.

14        -and-

15   BY:  CECE COLE, ESQ., (Via Zoom)

16   41 Madison Avenue

17   38th Floor

18   New York, New York 10010

19   (212) 974.7474

20   ccole@cdas.com

21   nwolff@cdas.com

22   Attorneys for the Defendants,

23   Tracy Deebs-Elkenaney P/K/A Tracy Wolff; Entangled

24   Publishing, LLC, Holtzbrinck Publishers, LLC, D/B/A

25   Macmillan; Universal City Studios, LLC
```

| Elizabeth Tzetzo | **Confidential** | Freeman vs. Deebs |

```
 1
 2
 3
 4   ALSO PRESENT:
 5   JASON DUBINSKI, Legal Video Specialist
 6   WENDY SZYMANSKI, ESQ., Macmillan
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| Elizabeth Tzetzo | Confidential | Freeman vs. Deebs |
|---|---|---|

```
 1        Q.      Is there one of those -- who -- how
 2   do I ask this?  Do all six of the people under
 3   you -- and I guess the seven of you collectively, do
 4   you all service all 14 of those clients or are
 5   clients given to particular client service managers?
 6                ATTORNEY WOLFF:  Object to form.
 7                You can answer just so it's clear.
 8                ATTORNEY DONIGER:  Not the best
 9   question in the world.
10        A.      We assign a client account manager to
11   each publisher.
12        Q.      All right.  Who is the client account
13   manager for Entangled?
14        A.      Veronica Gonzalez.
15        Q.      And just to be clear, you didn't
16   speak with Ms. Gonzalez today to gather any
17   information for this deposition?
18        A.      I did not.
19        Q.      All right.
20                (Whereupon, previously marked
21   document entitled Distribution Agreement,
22   MAC0000099, is received and marked as Exhibit 55 for
23   Identification.)
24   BY ATTORNEY DONIGER:
25        Q.      So I'm going to hand you what's been
```

Page 15

| | | |
|---|---|---|
| Elizabeth Tzetzo | Confidential | Freeman vs. Deebs |

```
 1   previously marked as exhibit 55.  It's a copy of the
 2   distribution agreement, the original distribution
 3   agreement for 2013 between Entangled and Macmillan.
 4                  Have you seen this document before?
 5        A.        I have.
 6        Q.        All right.  And do I understand
 7   correctly that pursuant to the terms of this
 8   agreement, Macmillan is the exclusive distributor
 9   for Entangled?
10        A.        Yes.
11                  ATTORNEY WOLFF:  Object to the form.
12                  You can answer.
13                  THE WITNESS:  Okay.
14                  ATTORNEY WOLFF:  You can answer.
15        A.        Yes, we are the exclusive
16   distributor.
17   BY ATTORNEY DONIGER:
18        Q.        All right.
19                  And, in fact, under grant -- I'm just
20   reading the first sentence.  It says:  By entering
21   into this agreement, the publisher grants Macmillan
22   for the term of this agreement the exclusive right
23   to distribute throughout the world all print books
24   and e-books that are published or scheduled for
25   publication by the publisher during the term of this
```

```
 1   agreement.
 2                  It goes on a bit from there.
 3                  You understand that to mean, just
 4   sort of like the plain language definition, that
 5   everything that they put out, publish, you
 6   distribute for them in terms of books and e-books;
 7   right?
 8         A.       Yes.
 9         Q.       How many -- do you know how many
10   books Macmillan is currently distributing for
11   Entangled?
12         A.       I do not.  I'd have to do a little
13   bit of research.
14         Q.       Okay.  Do you have any estimate?
15         A.       We publish about 60 to 70 new
16   physical books a year and hundreds of e-books each
17   year.
18         Q.       Okay.  For Entangled?
19         A.       For Entangled.
20         Q.       All right.  And Ms. Gonzalez would be
21   overseeing all of that?
22         A.       Yes.
23         Q.       And it was pursuant to this
24   agreement, exhibit 55, that Macmillan has
25   distributed the Crave series; right?
```

1   A.   Yes.

2   Q.   And I understand there have been a

3   few amendments to this agreement.  Those have all

4   been put into evidence.  I'm not going to waste your

5   time with them, but they are what they are.  Okay.

6        So since 2013, Macmillan has been

7   consistently distributing for Entangled; right?

8   A.   Yes.

9   Q.   What is an ISBN number?

10  A.   An ISBN number is the identifier for

11  each book.  It's the standard identifier for the

12  book publishing industry.

13  Q.   Who assigns the ISBN numbers, if you

14  know?

15  A.   I don't want to give you incorrect

16  information.  I don't know.

17  Q.   Yeah, and that's perfectly fine.  "I

18  don't know" is always a perfectly fine answer.

19  A.   Yeah.

20  Q.   All right.

21       ATTORNEY DONIGER:  So let's go ahead

22  and mark -- what are we on?

23       CERTIFIED STENOGRAPHER:  76 is next.

24       ATTORNEY DONIGER:  Go ahead and mark

25  as 76 a document that was produced in discovery by

```
1                    C E R T I F I C A T E

2                I, RICHARD GERMOSEN, Fellow of the

3    Academy of Professional Reporters, stenographic New

4    Jersey Certified Court Reporter, New Jersey Certified

5    Realtime Court Reporter, California Certified

6    Shorthand Reporter, California Certified Realtime

7    Reporter, NCRA Registered Diplomate Reporter, and

8    NCRA Certified Realtime Reporter, do hereby certify:

9                That ELIZABETH TZETZO, the witness

10   whose deposition is hereinbefore set forth, having

11   been duly sworn, and that such deposition is a true

12   record of the testimony of said witness.

13                I further certify that I am not related

14   to any of the parties to this action by blood or

15   marriage, and that I am in no way interested in the

16   outcome of this matter.

17                IN WITNESS WHEREOF, I have hereunto set

18   my hand this 20th day of March 2023.

19

20   _____
     RICHARD GERMOSEN,
21   FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
     NYACR, NYRCR
22   LICENSE NO. 30XI00184700
     LICENSE NO. 30XR00016800
23   California CSR No. 14391
     California CRR No. 198
24

25
```

1      DECLARATION UNDER PENALTY OF PERJURY
2  Case Name: Freeman vs. Deebs
3  Date of Deposition: 03/15/2023
4  Job No.: 10115789
5
6           I, ELIZABETH TZETZO, hereby certify
7  under penalty of perjury under the laws of the State of
8  _____ that the foregoing is true and correct.
9           Executed this _____ day of
10 _____, 2023, at _____.
11
12
13                             _____
14                                       ELIZABETH TZETZO
15
16 NOTARIZATION (If Required)
17 State of _____
18 County of _____
19 Subscribed and sworn to (or affirmed) before me on
20 this _____ day of _____, 20___,
21 by_____,   proved to me on the
22 basis of satisfactory evidence to be the person
23 who appeared before me.
24 Signature: _____ (Seal)
25