# EXHIBIT 24

**From:** Carrie Pestritto <carrie@prospectagency.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Fwd: Masqued
**Date:** Mon, 31 Mar 2014 15:45:08 -0400

It's in your drafts!

On Mon, 31 Mar 2014 15:37:29 -0400, Emily Sylvan Kim <esk@prospectagency.com> wrote:
> Can you do this?
>
> ----
> Emily Sylvan Kim
> esk@prospectagency.con
> 551 Valley Rd., PMB 377
> Upper Montclair, NJ 07043
>
> Begin forwarded message:
>
>> From: Lynne Freeman <lynnef@gci.net>
>> Date: March 31, 2014 at 3:32:09 PM EDT
>> To: Emily Sylvan Kim <esk@prospectagency.com>
>> Subject: Re: Masqued
>>
>> Hi Emily-
>>
>> Thank you so much. I hope our paths cross again soon:)
>>
>> Yes please do withdraw the ms from Entangled. I think it would be best.
>>
>> Lynne
>>
>> Sent from my iPhone
>>
>>> On Mar 31, 2014, at 12:18 PM, Emily Sylvan Kim <esk@prospectagency.com> wrote:
>>>
>>> Dear Lynne,
>>>
>>> I am sorry to hear this news but understand if you want to take your
> books in this direction. I think you are a very talented writer and so
> enjoyed our many conversations.
>>>
>>> Would you like me to withdraw the manuscript from Entangled?
>>>
>>> All best,
>>> Emily
>>> ------------------------------------------------
>>> Emily Sylvan Kim
>>> esk@prospectagency.com

EXHIBIT 106 3/16/23 BEP

KIM00163954

```
>>>
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> ---------------------------------------------
>>>
>>>
>>>
>>> From: LYNNE FREEMAN <lynnef@gci.net>
>>> Date: Tuesday, March 25, 2014 at 7:23 PM
>>> To: Emily Sylvan Kim <esk@prospectagency.com>
>>> Subject: Masqued
>>>
>>> Hi Emily -
>>>
>>> We never did catch up after the other week. I'm sure you have your
> hands full :) !!!
>>>
>>> I had the pleasure of attending a three day children's writing workshop
> a few weeks ago and am more than ever convinced that writing YA fantasy
is
> my thing. I know the fantasy element is not yours.
>>>
>>> I don't believe Entangled will want Masqued as it is. I actually
> brought this ms to the workshop and had so much fun with it. I'd like to
> see Masqued make it and I'd like to keep my adult ms in fantasy.
>>>
>>> So I believe that brings us to a parting of the ways. I've really
> enjoyed working with you and getting to know you. I'd of course prefer
> that we talk but I know how very busy life is with a new baby (not to
> mention 2 other wee ones) and owning your own business:)
>>>
>>> When you have a chance, good bye is always nice voice to voice :)
>>>
>>> Best,
>>>
>>> Lynne
>>>
>>>
>>>
>>>
--
```

-----------------------------------------
Carrie Pestritto
carrie@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
http://www.prospectagency.com

KIM00163955