# EXHIBIT 25


EXHIBIT
89
3/16/23 BEP

**Ellen – Apr 2, 2021 at 12:45 PM**
Excellent!

**You – Apr 2, 2021 at 12:30 PM**
I'll put together a submission list and letter

**You – Apr 2, 2021 at 12:29 PM**
I really like Geri's proposal. It's come a long way!

**Ellen – Apr 2, 2021 at 12:25 PM**
Yes! A sea of checks!

**Ellen – Apr 2, 2021 at 12:25 PM**
Well, forewarned is forearmed, I suppose?

**You – Apr 2, 2021 at 12:24 PM**
We have so so so many checks!!!

**You – Apr 2, 2021 at 12:24 PM**
On a different but still stressful note....

**You – Apr 2, 2021 at 12:22 PM**
But she was already the divorce attorney for Sarah Palin's sister!

**You – Apr 2, 2021 at 12:22 PM**
I'm telling you, she was very lovely

**You – Apr 2, 2021 at 12:22 PM**
If that is her angle...

**You – Apr 2, 2021 at 12:21 PM**
Well with fame comes some unpleasant aspects

**You – Apr 2, 2021 at 12:21 PM**
Ugh!!!!

**Ellen – Apr 2, 2021 at 12:21 PM**
Definitely better to err on the side of caution

**You – Apr 2, 2021 at 12:19 PM**
I hate being so paranoid!

**You – Apr 2, 2021 at 12:18 PM**
That's sooo creepy!!

**Ellen – Apr 2, 2021 at 12:18 PM**
Yeah. I didn't know the Alaskan Paranormal Romance angle. But that sounds very very likely

**You - Apr 2, 2021 at 12:17 PM**
That's not going to happen either... sorry A

**You - Apr 2, 2021 at 12:17 PM**
It could be really creepy or out could just be she has a new agent and wants to compare contracts

**Ellen - Apr 2, 2021 at 12:16 PM**
Yeah, it's weird that she dug up emails from 2015

**You - Apr 2, 2021 at 12:16 PM**
Plus it was so long ago.

**You - Apr 2, 2021 at 12:15 PM**
I'm glad you agree.

**You - Apr 2, 2021 at 12:15 PM**
This makes me not want to take on any new clients ever again!

**Ellen - Apr 2, 2021 at 12:15 PM**
No good can come of this.

**You - Apr 2, 2021 at 12:14 PM**
Like you said, she should get her assistant on finding it if it's so important!

**You - Apr 2, 2021 at 12:14 PM**
I just keep wondering why she wants it!

**Ellen - Apr 2, 2021 at 12:13 PM**
That makes sense. Because even if you did nothing wrong on your end that wouldn't stop her from filing a frivolous lawsuit (especially since she is a lawyer) that could still cost you thousands of dollars and sap precious time and energy

**You - Apr 2, 2021 at 12:11 PM**
With Lynne, I know I did nothing wrong on my end. But there's no way she's getting that contract ever!

**Ellen - Apr 2, 2021 at 12:10 PM**
[redacted]

**You - Apr 2, 2021 at 12:10 PM**
[redacted]

**You - Apr 2, 2021 at 12:10 PM**
I have a bad feeling...

**Ellen - Apr 2, 2021 at 12:09 PM**
[redacted]

**You** - Apr 2, 2021 at 12:09 PM
Right? They really spooked me.

**Ellen** - Apr 2, 2021 at 12:09 PM
Lynne's emails are really creepy. If it's back at her law office in Alaska, as she says, why can't she have HER assistant get the contract to her?

**You** - Apr 2, 2021 at 12:07 PM
[redacted]

**You** - Apr 2, 2021 at 12:05 PM
Lynne Freeman. I was nothing but nice to her. Bahhhh

**You** - Apr 2, 2021 at 12:04 PM
You can look at her emails and see if you think they're creepy too!

**Ellen** - Apr 2, 2021 at 12:04 PM
I don't think you're being too paranoid at all. If she can't provide a reason that she needs it, why should you give it to her?

**You** - Apr 2, 2021 at 12:03 PM
So you think I'm not being too paranoid? But even if I'm right what did the agency agreement have to do with it?

**You** - Apr 2, 2021 at 12:02 PM
It was good... she should have kept working on it

**You** - Apr 2, 2021 at 12:02 PM
Except they are both set in the state of Alaska. He's in Anchorage and about a girl who fell in love with a werewolf!

**Ellen** - Apr 2, 2021 at 12:01 PM
Oh definitely! That sounds absolutely like what's happening

**You** - Apr 2, 2021 at 12:01 PM
The books are 100% different

**You** - Apr 2, 2021 at 12:01 PM
The only really nefarious reason I can think of is her book was a paranormal romance set in Alaska. Maybe now that Tracy's famous she's poking around? But that's probably hyper hyper paranoid

**Ellen** - Apr 2, 2021 at 12:00 PM
Yeah. Definitely. Maybe she wants to become a literary agent and rip off your agreement

> You - Apr 2, 2021 at 11:59 AM
> Especially since she won't say why she wants it even though I point blank asked her

> You - Apr 2, 2021 at 11:58 AM
> She should have her own copy. And I can think of no good reason to give it to her

Ellen - Apr 2, 2021 at 11:58 AM
That's probably the wisest course of action

> You - Apr 2, 2021 at 11:58 AM
> After contemplating I decided I never want to send it to her

Ellen - Apr 2, 2021 at 11:58 AM
Do you want me to find it when I go over?

> You - Apr 2, 2021 at 11:57 AM
> And I told her the contract was now void but she still wants it

> You - Apr 2, 2021 at 11:57 AM
> I did!

Ellen - Apr 2, 2021 at 11:57 AM
That's weird. Why? Did you end on good terms with them?

> You - Apr 2, 2021 at 11:57 AM
> I never sold a book for her!

> You - Apr 2, 2021 at 11:57 AM
> I told her I was in Vermont and she said she really wanted it and asked if I had someone in the office who could send it over

> You - Apr 2, 2021 at 11:56 AM
> One a really long ago client from like 9 years ago asked me to send her her old agency agreement

Ellen - Apr 2, 2021 at 11:56 AM
What creepy things happened?

Ellen - Apr 2, 2021 at 11:56 AM
Uh oh.

Ellen - Apr 2, 2021 at 11:56 AM
Sounds good!

> You - Apr 2, 2021 at 11:56 AM
> I had two creepy things happen...

KIM00351464