# EXHIBIT 26



**From:** Stacy Abrams <■■■■■■■■■■■■■■■■■■■■■■■>
**To:** Emily Kim <esk@prospectagency.com>
**Subject:** Re: MASQUED
**Date:** Fri, 18 Oct 2013 15:29:09 -0500

Hi Emily,

Liz asked me to respond to you about this submission because she's currently closed to acquisitions. It definitely sounds like it could be up my alley, if you wouldn't mind sending it along!

Stacy

On 10/10/13 11:19 AM, "Elizabeth Pelletier" <■■■■■■■■■■■■■■■■■ wrote:

>
>On 10/10/13 9:52 AM, "Emily Sylvan Kim" <esk@prospectagency.com> wrote:
>
>>Dear Lynne:
>>
>>I am excited to be writing to you about Lynne Freeman's MASQUED If you
>>are
>>looking for something unique in young adult paranormal romance, this is
>>something I think would be a perfect fit for you!
>>
>>Strange things are happening to sixteen-year-old Anna St. Claire. Ravens
>>stalk her, visions haunt her and she suddenly finds that she can fight
>>like
>>a trained assassin, but she doesn't know why. Of course, Anna is used to
>>extraordinary things on a certain level. She is part of the Kindred,
>>hereditary witches who gain their full power at the age of seventeen and
>>who
>>each has a sacred duty only they can fulfill. Anna isn't sure what her
>>path
>>is meant to be, but there are others who do.
>>
>>MASQUED is a story of forbidden love, deadly secrets, and an impossible
>>choice. Inspired by the sacred feminine, grounded in pagan practices, and
>>with mythological references, the author weaves a complex and compelling
>>story which will appeal to girls and women everywhere. Set in Alaska, the
>>only place in the world where supernatural beings are unable to sense one
>>another, Anna must not only discover her true identity, but also those of
>>the people around her, including the mysterious boy she is falling in
>>love
>>with, who has a destiny of his own.
>>

>>MASQUED is intended as the first book of a trilogy and stands alone as a
>>single volume. It has already garnered early film interest, and readers of
>>all ages report that it is one of those books you just can't put down.
>>
>>Lynne Freeman is a native Alaskan and an attorney who currently resides in
>>Santa Barbara, California where she writes a weekly column, "The GreenScene."
>>
>>I'd love to send you the full manuscript.
>>
>>All best,
>>
>>Emily
>>
>>
>>All best,
>>Emily
>>------------------------------------------------
>>Emily Sylvan Kim
>>esk@prospectagency.com
>>
>>Prospect Agency
>>551 Valley Road, PMB 377
>>Upper Montclair, NJ 07043
>>718-788-3217 (w)
>>718-360-9582 (f)
>>http://www.prospectagency.com
>>------------------------------------------------
>>
>>
>>
>>
>>
>
>

KIM00157715