# EXHIBIT 28

Exhibit 7
Abrams, S.
03/03/23
@ptus

**From:** Tracy Deebs <███████████>
**To:** Stacy Abrams <███████████████>, Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** YA ideas from Tracy Wolff
**Date:** Fri, 26 Apr 2019 12:52:35 -0500
**Importance:** Normal
**Attachments:** entangled_YA_ideas.docx; Proposal_for_Five_by_Tracy_Wolff-1.docx

---

Hi Stacy :)

I'm so excited that you thought of me for this. I've put together 5 basic ideas for you to look at. Everything is of course flexible when it comes to creatures, plot, etc. but I wanted to give you a rough idea of what I was thinking for each of them. I am on my way to my cousin's wedding, but am happy to talk/answer emails later tonight or early tomorrow morning, and would be happy to take another go at this if none of these ideas appeal. I have a few more, but I need to get on the road, lol.

Also, the fifth idea is contemporary, based on Meteor Garden/Boys over Flowers, the most succesful Anime turned TV show for girls in Asia's history (and also HUGELY popular over here). I fleshed it out into a serial format but it can easily be combined into a four book series, or one book, even if it is something you might be intersted in. But the dynamic is EXACTLY what Liz is looking for, ordinary girl into super rarified world. Hence the huge worldwide response to it.

Can't wait to hear what you think!

xoxo,
Tracy

CONFIDENTIAL                                                                                              ENTANGLED_0016951