# EXHIBIT 29



Idea #1: Vampire or Shifter Environmental disaster

Hudson Rand has a secret, one his family has done everything—even killed—to keep.  A minor leak from a nuclear power plant in his Alaskan hometown nineteen years ago (when he was still in utero) resulted in his DNA being inexorably altered—along with the DNA of every male fetus within a hundred mile radius of the plant.  But the mutation wasn't discovered until the boys began to spontaneously shapeshift into their wolf forms when they hit six or seven.  Determined to keep their children safe in a world that would capture/test/destroy them, the parents of these children found each other and banded together to form the Ranulfo Ranch, a compound that gave their children a chance to shift--and live--free from scientific and government interference. At least until Clementine Means and her research scientist father come to town to study the after effects of the disaster now that nearly twenty years have passed.  Despite the problems it can create for him, Hudson is overwhelmingly attracted to Grace from the moment they meet. But her family's presence in Alaska is an existential threat to the shifters that make up his friends and family—and as plots are hatched to take out the Means's once and for all, Hudson must find a way to protect the girl he loves, even from himself and the people he cares about.


Idea #2: Warlock or Vampire boarding school book

Liam O'Connell is a warlock (or vampire) from an ancient line of unimaginable power and darkness (think Voltari instead of Cullen). And even in that world, the dark power he wields is nearly unimaginable. As his eighteenth birthday approaches, he knows he will be expected to step into his role in the family (not sure what this is yet), which brings all kinds of conflict and angst with it. After all, being a powerful asshole is one thing; being a powerful asshole who murders people is another. The hottest bad boy at his very rich boarding school, Liam rules everything with a sexy debauchery and laissez faire attitude that both fascinates and repels scholarship student and good girl Grace Foster. They are a terrible match, not to mention bad for each other in every way  (Grace has to concentrate on the schoolwork that doesn't come easy to her if she has any hope of keeping her scholarship and Liam has no business looking at any girl who isn't a part of his world of dark magic). Yet circumstances, and their attraction for each other keeps pulling them back together. And though Liam knows he needs to give Grace up for her own good, he isn't strong enough to face the darkness of his future without her. (Obviously, I need a secondary plot here, just don't quite know what it is yet).


Idea #3: Gods and Monsters (Magical Breakfast Club meets Dystopia)

Gemina Saks lives in a post apocalyptic world (one destroyed by a war between "monsters") where humans have found a way to trap and control magical creature—and are slowly killing them off in gladiator type arenas for the entertainment of the human population (reality TV a la Ray Bradbury and Suzanne Collins).  As the daughter of the housekeeper/butler  in charge of running the castle/fort/facility above where the magical creatures are bound and housed as they await their annihilation, Gemina has access to all kinds of information and passageways. It is this access that brings

her to the attention of Jaxon Watts, a vampire whose entire family has been captured and is slated to die in the arena.  Desperate to save his family, determined to use any tools at his disposal, he makes an uneasy alliance with other magical creatures in the same boat he is in—a witch (the princess), a shifter (the jock), a dragon (the brain) and a ghost (the basketcase)—to do whatever it takes to break their families out. But from the moment he sets out to convince Gemina to help him by whatever means necessary (knowing it might get her killed in the end), he is incredibly conflicted. But she is like no other human he has ever known and it doesn't take long for his overwhelming attraction to her to lead to something much deeper.  But how can he keep her safe when bringing her into his own world is a death sentence as surely as leaving her in her world is once she helps him?

Idea #4: Magical Circus (Beauty and the Beast book)

Every winter, the circus returns to the same small, South Carolina town. They don't come to perform, though. Instead they come to prepare for their upcoming season, using several acres outside of town to practice their new routines.   Alizeh Cummings is new in town  (was forced to move to bumfuck south Carolina to live with her grandmother when her mother dies) and from the moment she first lays eyes on Phoenix Rivers in the local diner, she is captivated. He, however, wants nothing to do with her and she doesn't know what she could have done to upset him. Turns out, his enmity has nothing to do with her and everything to do with the circus's biggest secret.

Over one hundred years ago, the last flock of Carolina Parakeets disappeared from America. Most think they went extinct, but the truth is much darker.  They were cursed into human form, inescapable and timeless.  So now they travel as a flock in the same migratory pattern they always followed, a hundred year old aerial circus (think cirque de soleil) doomed to spend eternity this way … at least until Phoenix Rivers is born, the one member of the flock who has a chance of breaking the curse. A rare time wizard (need a much cooler name for what he can do), Phoenix is capable of freeing his entire flock once he gains a great enough command over his powers. But from the minute he meets Alizeh, his control evaporates. Everything about her drives him crazy and suddenly everything he has worked so hard to learn is threatened. But no matter how hard he tries, he can't stay away from her, even when it becomes apparent that being with him is the worst thing for her. Because as his powers grow exponentially the longer they are in contact, the more apparent it becomes that freeing his flock from the curse means destroying Alizeh forever.


Idea #5: Contemporary Meteor Garden/Boys Over Flowers idea


This is a contemporary idea that I have fleshed out to be done as a serial, but it can totally be done in a four book series, or even a book. It's based on the whole premise of Meteor Garden, the Netflix remake of Boys Over Flowers, both of which are super successful (LJ Shen's Romance series starting with Vicious took the concept out of YA and into super sexy romance and did very well).  I'm attaching the proposal here so you can take a look at it, but the premise, in case you haven't seen the show, is the most

popular boy in the school falls in love with the most regular girl and brings her into his world. You can check out the first episode of Meteor Garden to get the dynamic, but beware, it is TOTALLY ADDICTING.

CONFIDENTIAL                                                                                                                     ENTANGLED_0016970