# EXHIBIT 34

**From:** Lynne <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: thinking of you!
**Date:** Fri, 2 Apr 2021 08:48:52 -0700

That would be great Emily, thank you.

*Law Office of Lynne Freeman*
*737 M Street*
*Anchorage, AK 99501*
*(907)279-9941*
*lynnef@gci.net*
*This email is confidential. If you are not the intended recipient, please delete.*

On Apr 1, 2021, at 8:44 PM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

I'll be back in a short while and can get you a copy. I'm happy to do it. Our contract is now void though and no past client has made this request so I'm curious. Is there an issue that concerns you?

On Thu, Apr 1, 2021, 11:22 PM Lynne <lynnef@gci.net> wrote:
> Hi Emily,
>
> Is there an assistant at your office who could shoot me a copy of that contract? I don't have any specific questions but would really like to have a copy and mine is in Alaska.
>
> Thanks so much, I appreciate it-
>
> Lynne
>
> *Law Office of Lynne Freeman*
> *737 M Street*
> *Anchorage, AK 99501*
> *(907)279-9941*
> *lynnef@gci.net*
> *This email is confidential. If you are not the intended recipient, please delete.*
>
> On Apr 1, 2021, at 7:57 PM, Emily Sylvan Kim <esk@prospectagency.com> wrote:
>
> Hey Lynne!


EXHIBIT 88
3/16/23 BP

So good to hear from you! I'm working from Vermont these days and your paper contract is back at the office. Do you have a specific question? We long since parted ways and you are perfectly free to seek alternate representation including the book we worked on together.

Let me know!
Emily

On Thu, Apr 1, 2021, 8:08 PM Lynne <lynnef@gci.net> wrote:
> Hi Emily-
>
> It's been so long since we've been in touch. I hope you're well during these crazy times and surviving the challenges of COVID. I moved back home to Alaska where it so much easier to write, and am now in Santa Barbara. Would you mind sending me a copy of our contract? I'm writing again and I believe my copy is in my law office in Alaska.
>
> Thank you and take care,
>
> Lynne
>
> *Law Office of Lynne Freeman*
> *737 M Street*
> *Anchorage, AK 99501*
> *(907)279-9941*
> *lynnef@gci.net*
> *This email is confidential. If you are not the intended recipient, please delete.*

On Jun 2, 2015, at 6:44 PM, LYNNE FREEMAN <lynnef@gci.net> wrote:

Hi Emily -

Thanks! Will do. I'll be in touch :)

Lynne

----- Original Message -----
**From:**
"Emily Sylvan Kim" <esk@prospectagency.com>

**To:**
"Lynne Freeman" <lynnef@gci.net>
**Cc:**

**Sent:**
Mon, 1 Jun 2015 11:19:38 -0400
**Subject:**
Re: thinking of you!

KIM00075470

Dear Lynne,

Sounds intriguing! Plesae keep me posted! I'd love to read the finished product! And have fun at the conference.

Emily

On May 29, 2015, at 5:19 PM, LYNNE FREEMAN <lynnef@gci.net> wrote:

Hi Emily!

So happy to hear from you :) I've been thinking about you, too, as I'm getting ready for the SB Writer's Conference June 7.

I really needed to take some time away from Masqued and then get perspective. The story just didn't work. I've written a new story, using parts of Masqued that I loved, and a completely different mythology with Egyptian gods.....! Not quite done but very close.

How are you?

Best,

Lynne

----- Original Message -----
**From:**
"Emily Sylvan Kim" <esk@prospectagency.com>

**To:**
"Lynne Freeman" <lynnef@gci.net>
**Cc:**

**Sent:**
Fri, 29 May 2015 13:10:10 -0400
**Subject:**
thinking of you!

Hi Lynne,

You have been on my mind and I wanted to write and see how things are going with you. I so love your writing and am wishing you all the best!

Emily

KIM00075471