# EXHIBIT 38

| | |
|---|---|
| Hank: | This episode of Author Stories is brought to you by The Writing Mastery Academy, founded by Jessica Brody, author of the best-selling plotting guide, *Save the Cat! Writes a Novel*. The Writing Mastery Academy features online, on-demand writing courses, including the official *Save the Cat! Writes a Novel* companion course, novel fast drafting, crafting dynamic characters, and productivity hacks for writers – to name just a few. Plus, monthly live webinars on various writing topics. **[00:00:30]** |
| | Go to jessicabrody.com/hank to learn mor and get your first month of unlimited access to all the content for just $6.00. That's right, just $6.00 – jessicabrody.com/hank. **[Music starts playing]** |
| | You're listening to the Author Stories Podcast... bringing you the story behind the stories and the storytellers. |
| Margaret: | Margaret Weis. |
| Terry: | Terry Brooks. |
| Sheena: | Sheena Kamal. |
| Matthew: | Matthew Quick. |
| J.T.: | J.T. Ellison. |
| Walt: | Walt D. Williams. |
| Brad: | Brad Thor. |
| Dr. O: | Dr. O. |
| Brandon: | Brandon Sanderson. |
| Robin: | Robin Hobb. |
| Ernest: | Ernest Cline. |
| Tim: | Tim Butcher. |
| Cheryl: | Cheryl Ann Harris. **[00:01:00]** |
| Hank: | Visit hankgarner.com for archives of all the shows. Today's guest |

is...

Well, thanks for joining me again for Author Stories Podcast, where I bring you the story behind the stories and the storytellers. **[Music fades out]** Today, I am super excited to have my friend, Tracy Wolff, back on the show with me today. **[00:01:34]**

You might remember – just under a year ago, we talked with Tracy about a brand-new book – which kicked off a brand-new series for her – and it was called *Crave*, and we talked about all the paranormal goodness that-that *Crave* represented and this new world, uh, that she was building, and – I'll tell you what, just under a year ago – I think we talked last April, and it's March now – uh, so, just about 11 months ago, you kicked off the series with *Crave*. **[00:02:01]**

We are now talking about *Covet*, which is book three in the series, which is out everywhere now; it came out last week. And so, we've had *Crave*, and then we had *Crush*, which came out in the fall – is that right? And now, *Covet*, and now we are looking forward to *Court*, if we can do that, which is gonna come out later this year, I think – which is gonna be four years – I mean, four books in about a year and a half that this series will have spanned. **[00:02:31]** Um, I said all of that to say: Welcome back to the show, Tracy.

Tracy: Well, thank you. It's – it's really exciting to be here. I love your show, so I'm thrilled to, uh, to be invited back.

Hank: Well, thank you. Thank you. Um... Tracy, it's been a crazy year since we talked, uh, last time. You know, we-we talked about April, and um... we were just starting to kind of get a glimpse into what 2020 was-was ramping up to be, and what COVID-19, uh, wound up being, and you were launching this epic book series in this time. **[00:03:08]** Um... how did that go for you? I mean, obviously we're talking about book three now, so, um... you know, it was a crazy year to launch a new book and a new series, wasn't it?

Tracy: It was. It was a crazy, crazy time, uh, especially in April, to, uh – because we launched April 7th, and a lot of the publishers had actually pushed the – their books back, um... until the fall, and, um – because they thought, well, COVID would be over by then, and they didn't wanna try and launch. **[00:03:39]**

|  |  |
|---|---|
|  | So, um, we made the decision – my publisher made the decision not to push the book back. We'd already done, you know, a ton of publicity. We were really... amping up. We were afraid, **[Laughs]** I think, a little bit on what was gonna happen, but, um, we decided to go ahead. But it was really interesting because we kind of had to invent everything, you know what I mean? **[00:04:00]** We, um... We had, you know, got on the call with our publicist, and were like, "Well, what – you know, what do we do?" So, we had to – you know, at that time, it was like literally everybody had just gone into lockdown. Zoom was just becoming a thing.<br><br>So, my publisher, you know, bought Zoom. We were one of the first ones to do that, and we scheduled a whole week of... of virtual events, which had pretty much not been done up until that point, you know? You know, we were all just kind of figuring out what – you know, how it worked. |
| Hank: | Right. **[00:04:30]** |
| Tracy: | So, yeah. So, that was a lot of confusion and a little bit of fear, but it's actually gone really... incredibly well. Like, I couldn't have asked for-for a better launch. The bloggers just took the-the book under their wings, and they were really lovely. And, um, and the series has, I think, done really, really well for us. Um... but, yeah, there were moments early on that we were – we were nervous, of course, about launching right at the beginning of the pandemic. |
| Hank: | Well, Tracy, I've gotten to ask, um, a lot of authors recently, um, about what this year has meant for-for their creative process and their day-to-day work. **[00:05:10]** Because as writers, we-we spend a lot of time kind of in a room by ourselves, you know, with our computers or notebooks, or whatever. Um... and... you know, our day-to-day life is kind of solitary in a lot of ways.<br><br>So, a worldwide pandemic and lockdown – you would think wouldn't affect, um, the – a writer's life so much, but there's something weird about the rest of the world deciding they're gonna do it along with you, **[laughs]** which is kind of weird, but... **[00:05:42]** |
| Tracy: | **[Inaudible] [00:05:43]** |
| Hank: | Yeah. What has this meant for you, and do you feel like, um – that your process has changed, uh, you know, going through this? Because you are no newcomer to publishing. You have a huge |

|  |  |
|---|---|
|  | back catalog of books. **[00:06:01]** You've been doing this for a while and kind of have your process nailed down, but what did this time mean for you? |
| Tracy: | You know... it was – you know, I'm one of those weird, very, very, weird, very rare extrovert authors. So, um... I am one of those ones that loves to go on writer's retreats and loves to like meet up at, you know, Barnes and Noble and write with their friends, and all of that. Um... So, not being able to do that was-was difficult for me. **[00:06:31]**

I will say, you know, I'm – I've got three kids, so there's – and my mother lives with me, so there's six of us in the house. Um... and that was – that was a process. Thank God everybody's got their own room, right? Um... but that was a process, right? Because usually, yeah, you ship the kids off to school, and, you know, it's just, you know, me and my mom in the house usually. And, you know, I do stuff for her, and then, you know, go about my day and my writing and all of that.

So, learning to, um... **[00:07:02]** Learning to write with all the commotion around has been an experience, let's say. Um... I'm one of those – writers always say, if the book is going well, I can write through a hurricane. I can write through my three boys – I have three boys – you know, getting into a huge argument behind me, literally, and not even know what's going on, you know? Or whatever. Um, but when it's going badly, you know, I'm like, "Do you have to breath so loud? **[00:07:30]** Like, why are you breathing? **[Inaudible]** when you have to breath." You know?

And so, learning through the difficult times – because, you know, all books have times where, like, things are going well, and then there are times when you're like, "This – I'm just writing junk." You know? And so, learning how to write through those times... um... has been a little bit of a challenge, but, uh... But, yeah, we're doing it. We're a year in now, right? So... |
| Hank: | Well, and you're definitely doing it. I mean, we're talking about book three out now. **[00:08:00]** Um... which leads me to ask: How much of the series did you have done before *Crave* published because I know that this was something that you had thought about for a while, and you and your publisher – you and your publisher put an amazing amount of work into the launch of *Crave*.

I mean, I think we talked last time about this fantastic box that I |

|        |        |
|--------|--------|
|        | got in the mail with – I mean, I'm talking about the – the presentation was just off the charts. **[00:08:32]** It was – you talk about a publisher that cares about a book launch. They really went all in for *Crave*. So, how much of-of this did you have done, or... or did you have kind of in your mind plotted out?<br>You know, I know where this is going to go. So that, when this hit, you had a – did you – did you have a roadmap for yourself? |
| Tracy: | We, um, yeah – we definitely had a roadmap. **[00:09:00]** I definitely know – you know it's one – you know the high points of what you want. You know where you want the series to end. You know what you want to have happen along the way to get there. Um, the nitty-gritty of – oh, this scene, followed by this scene, followed by this scene – no, of course not. That's, you know, being made up as you write.<br><br>But I definitely – you know, I knew my major beats. I knew – for the books, I knew where I wanted to go. Um, but, to answer your question: no. We did – we did not – I did not have, um, have *Crush* written when we launched *Crave*. **[00:09:34]** I was working on it. I had just started working on it.<br><br>We had planned on doing a year between books, um, is how our original schedule looked like, which is the regular wide release schedule. But, um, *Crave* hit and the response to it was just so strong, and so good, and so lovely, and Target picked up, you know, more copies. We hit our seventh printing pretty quick. And, uh... **[00:10:00]** |
| Hank:  | That's crazy. |
| Tracy: | Yeah, it was pretty crazy. |
| Hank:  | Congratulations. |
| Tracy: | Thank you, thank you. It's been – it's been a joy. Um... but Target like really, you know, wanted – had guaranteed us two states, and other publishers were – or other, um, booksellers, um, were getting on – you know, getting into it, and we were just, um... Yeah, we wanted to make sure that we could provide the series to the fans. The fans were clamoring for it. We thought... You know, with the pandemic, everybody needed a little joy. **[00:10:30]** |
| Hank:  | Yeah. |

| | |
|---|---|
| Tracy: | And something they can, you know, hold onto. And, um – like I said, my fans and the bloggers were so incredible that we just really wanted to, um, to be able to give them that. And so, when the booksellers were on board with it, um, we were – we were thrilled to be able to do it, but it has been, you know, a little bit of... I feel like, well, you know – not in a bad way, but a little bit of a hamster wheel on the writing of them because they're not small books, right? I always laugh and say they're **[inaudible – crosstalk] [00:10:58]** |
| Hank: | No. **[00:11:00] [Laughs]** |
| Tracy: | **[Laughs]** They are – they are some hefty, uh, hefty books. But, um... Yeah, so, I did not have them actually written, so I've been pretty much writing nonstop since the pandemic hit. **[Music starts playing]** |
| Hank: | Authors, I have a fantastic new service to tell you about. It's called Pub Site. Pub Site is a service to help you build your very own website – your home on the web, where you can promote your work and give your fans a place to connect with you. **[00:11:30]** Pub Site is a website platform that allows every author, regardless of budget, to have a great-looking, professional website, developed by the book marketing professionals at FSB Associates.<br><br>Pub Site is the new, easy to use DIY website builder developed specifically for books and authors. Whether you're an author of one book or twenty, or a small publisher, Pub Site allows you to build, design, and, most importantly, update your website pain-free. No need to be dependent on a designer or web master to make a small but costly change to your website. **[00:12:04]** Save the money and do it yourself.<br><br>Pub Site is the best platform for authors because it's a book-centric platform. Pub Site was built just for authors and small publishers. Every design feature and layout is book-centric. They have customized designs for you to use. It's easy to build – no coding or HTML is necessary to create a stunning, professional-looking website with all the features you want. Get a custom domain name. **[00:12:30]** Your name dot com.<br><br>It's simple to update. You can add all of your books, add a blog and a book tour, sell from any retailer, manage your email list and social media, and even do e-commerce. Build your website with a 14-day free trial, then pay just $19.99 per month, which includes |

hosting, and we offer packages starting at $499 to set up the website for you. Pub-site.com. **[00:13:00]** The place to help authors find their home on the web.

Are you looking for software that helps you bring your novel to life? Novelize is a web-based writing app, which allows you to access your work on any device with a browser and an internet connection. Write from your desktop, laptop, tablet, or smartphone. Just get the novel written. Say goodbye to sticky notes. With our notebook on the side, you can keep track of all the important information you need to write your novel. **[00:13:32]**

We keep distractions to a minimum, help you track your progress, and encourage you to write more novels. You can even use the same notebook for your novels in a series. Outline, write, or organize your novel by switching between modes. You can write your outline notes while you're writing, and you can move scenes and chapters around anytime in the organize mode.

Choose between the dark and light theme to help prevent eye strain, so that you can stay immersed in your book. **[00:14:00]** Novelize: the app for writers, by writers. **[Music fades out]**

And so, the – you know, I didn't want to just bring attention to the hefty nature of these books, but these – I mean, you could choke a horse, as we say here in the south.

Tracy:  **[Inaudible – crosstalk] [00:14:21]**

Hank:   Yeah, these are – these are serious books. What is your daily, um... What does your daily writing look like to churn out this many words? Um... do you set a goal for yourself each day? **[00:14:33]**

Tracy:  I – you know, I used to set a goal for myself, and then I would be really disappointed – this is like, just my process in general – and then, I would be really disappointed if I didn't hit the goal, for whatever reason. Something happened in the house, a scene took longer than I anticipated it taking... You know, all the things that happen, right? Or a scene isn't coming, or I decide, oh, I wanna add something else in here, or I wanna pivot and do this instead, like halfway through the scene, you know? **[00:15:00]** And then that sets you back.

And about four or five years ago, I went through a really, really rough period in my life. Like, my life kind of fell apart in a lot of

|  |  |
|---|---|
|  | different ways. And, um – and I was really blocked writing for the first time in my life. And, I mean, I don't have a choice. You gotta write. I'm a single mom. I'm the sole support of my family. And, um... |
|  | So, anyway, I... through a bunch of different – like talking to a lot of different friends who, you know, had been blocked before, and this kind of thing, where... **[00:15:32]** You know, the last thing I wanted to do was sit down and write because, you know, things were falling apart around me, and I wasn't feeling very creative. |
|  | I learned some techniques that kind of helped with that, and one of them was to not put a word count on what I was doing. To instead... to instead focus on doing what I could do for the day, you know? And that meant that some days it's only a couple thousand words, but that means that some days it's like seven or eight thousand words, you know? **[00:16:03]** |
|  | Staying disciplined – not like being like, "Oh, I can't write; I'm just not in the mood; I'm not gonna do it." Not like that, but just like – I guess just being a little kinder to myself, you know? Because it used to be that I'd be like, "Okay, I'm gonna write 3000 words, and then I'm gonna take a break, and then I'm gonna come back, and I'm gonna write 3000 words." |
|  | And at that period of my life, I could not do that. I would sit down, and I would write, you know, 500 words and then I'd be on social media. **[00:16:32]** And I never – I've never been one of those people who had trouble turning social media off. So, like, something was obviously not right with me and my writing process at the time. |
| Hank: | Right. |
| Tracy: | So, it became, um... just do what you can. And at that time, a friend of mine had this little trick that I loved, and that I have adopted, and I've used in every book in the last five years, including *Crave* and *Crush*, and *Covet*, and now *Court*, which I'm writing. **[00:17:01]** And that is: instead of sitting down, saying I'm gonna write 3000 words, she would write down a list of random numbers. |
|  | So, let's say you're starting with a blank page – you're on page one of the book. She would write down 109, 326, 645, 812 – just random numbers, and you would go up, and you would – after |

|  |  |
|---|---|
|  | each one, you would cross out your number, so after 109 words, you'd cross it out, and you'd get a reward, whether that's a stretch break, or 5 minutes on social media, or a cup of tea, whatever. **[00:17:30]** You got one reward, and then you would move on to the next.

And it got to the point where – now, I don't need the reward, and now I like – I write down the numbers and I try to beat the numbers. So, I write a little longer each time than what the number says, before I, like, come up for air. And now, it's more like I just like-like to look back at the end of the day and cross them all off.

And then, you know, because we talked about them being hefty books, right – so, *Court* with the – because we had three extended, or three, um, exclusive editions for... **[00:18:00]** Barnes and Noble, Books-a-Million, and Target each took their own. So, it was extra content. By the time you added all the content in it was... pretty close to 290,000 words, I think. |
| Hank: | Whoa. |
| Tracy: | Yeah, right? So, like looking back on my list of like numbers, like makes me – made me feel so good. You know? And it's just – |
| Hank: | You sort of gamified your process. |
| Tracy: | Yeah, I did. I totally gamified my process. And it's been, um, an amazing thing for me. **[00:18:30]** It sounds maybe a little ridiculous, I think, to people, but for whatever reason, it just – yeah, because I'm a competitive person, so I get to beat myself every time, and it works. And then, it's such a moment of satisfaction to look back on it, you know what I mean? |
| Hank: | Yeah. |
| Tracy: | And, um, and to see what it, um – to see everything that you've done. Because, you know, with books this long, there's always that moment where – I'm sorry about that. |
| Hank: | That's okay. **[00:19:00]** |
| Tracy: | Where you... You get to the point – like I got to 120,000 words – I think I was at – and I was like... You know, which would be a full book in any other... any other iteration of my life. And I got to 120,000 words, and I had this sinking realization that I wasn't at |

|  |  |
|---|---|
| | the midpoint yet. And I was just like... |
| Hank: | Oh, no. |
| Tracy: | **[Audio cuts out] [00:19:23]** I can't do this! And then, I looked back at, you know, my lines and everything. And looking at – okay, I don't have to do... **[00:19:32]** I don't have to do another 120,000 words today. I just have to do this line of numbers. I can do that.<br><br>And so, yeah, it becomes this... this trick, I think, to like get you through. Because every writer – Dorothy Parker always said – she was, you know, this great American short storyist – she said, "Writing is the art of applying the ass to the seat." And when things are going bad, like I mentioned earlier, none of us wanna apply our butts to the seat. We all wanna do anything else. **[00:20:00]** So, uh, so yeah. That's my little – my little game; my little process. |
| Hank: | So... So, Tracy, um... every writer has been at this point where you feverishly write or don't – maybe it's a total slog, when getting through a scene, or a chapter, or your daily word count, whatever it is. And then you look back at it and invariably there are times where you – you're just disgusted with what you wrote. **[00:20:30]** ==You know, it either sounds trite, or, you know, it sounds like, you know, I've just rehashed what somebody else has done, or, you know, characters would never talk like that.==<br><br>And for whatever reason, you just don't like what you wrote. It just doesn't work. Um, are you the kind of writer who will then take what you wrote and rework it and edit on the spot? Or do you have the ability to say, "Okay, well those words are out and I'm gonna move on. **[00:21:01]** I'll come back to that later"? Um, which camp do you fall in? |
| Tracy: | ==I cannot move on. I can't move on until – it doesn't have to be perfect because obviously your book goes to an editor, and your editor does things, but it has to feel right in my mind, you know?== So, I'm not one to be able to move on. I wish I was one who also could just throw it away. Like, "Oh, God, this scene is terrible. Let me just throw that away and rewrite it." **[00:21:30]** And I hate doing that when I'm like in the weeds, in the middle of it.<br><br>So then, I'm one who will sit there and spend way too much time editing the scene==. I'm a fast writer and a slow editor, and I hate== |

|  |  |
|---|---|
|  | that. **[Laughs]** I wish – I wish that I was – I wish that I was a fast editor, you know? But I'm not. And then I'll play with every sentence for like way too long. |
|  | Um, so, yeah – no. I'm definitely not like that. I would just run – I have to tell the story in order, and if it's not right, then my brain's not ready to move on past it. **[00:22:01]** It'll just keeping worrying about that thing, right? |
| Hank: | Right. So – so Tracy, let's-let's bring people up to speed if they – if they're just coming to the series now, and just discovering it, and, uh... Tell me about the character of Grace, and Jaxon, and this really interesting, um, Academy. Uh, where did the-the initial idea for this come from? **[00:22:31]** |
| Tracy: | Well, the initial idea – I've always kind of wanted to write a vampire novel, but, um... You're standing on the shoulders of giants, you know, when you... dip your toe in the vampire pool. And I think I was always really, really nervous about doing it because – |
| Hank: | More than a hundred years of-of giant shoulders to stand on. |
| Tracy: | Yeah, I mean, I was a fan of Bram Stoker's *Dracula* when I was young, you know, and everything – every vampire series that's come next, it's been something I've, you know, wanted to read, and been interested in, and all of that. **[00:23:04]** And so, for me, I really wanted to have an interesting world: a world that was different than what had come before. And until I had that, I was not going to, um – I wasn't gonna do it. I mean, I've written dragons. I've written witches. I've written... um, mermaids. Um... any number of paranormal superheroes. |
|  | But I just was really nervous about the vampire thing. **[00:23:30]** And then my publisher actually came to me, um, about six months before *Crave* came out, and she said, "You know, I think it's time; I really wanna bring vampires back. You wanna – you wanna help?" Because we've – you know, we've worked together on other projects through the years. |
|  | And I was like, "Um, yeah, I wanna help. I – you know, I'd love to, you know, see paranormal on the shelves again, and all of that." And, um... And so, I brainstormed a bunch of ideas, ran them by her. She picked the one she liked the most, which was this boarding school idea that I – **[00:24:00]** Because I'd been wanting |

|   |   |
|---|---|
|   | to write a boarding school book forever. |
|   | And so, she really wanted to run with that one, and then I kind of built up the world, and, um – and then, my publisher, you know – and I work really closely with my editor, who is also the publisher. Liz Pelletier is her name, and, you know, she added, you know, stuff in, and we kind of created this world that I – that I get to play in. |
|   | And, um, it's been interesting because Grace is-is very much a fish out of water, right? **[00:24:30]** Um, she's a San Diego girl who gets transplanted when her parents die up to this boarding school in Alaska that her uncle runs. And she has no idea that paranormal creatures exist. She has no idea that-that any of this is a real thing. Um, and – and she gets there, and she figures out pretty soon that something's not right, including the really hot guy she's interested in happens to be a vampire. Um... |
| Hank: | As-as-as happens all the time. |
| Tracy: | As you do. **[00:25:00]** And, um, the thing is, I really wanted... you know, there's a lot of people that talk, you know, Team Jaxon and Team Hudson with the series, and I'm very much Team Grace. I really wanted to tell the story of this girl who felt powerless. Powerless because she just lost her family. Powerless because she just moved away from everything that she knew. Powerless because here she is, a human, among... among creatures who are – who are definitely not... and, um... what it feels like to find your power in the middle of all that anyway, right? **[00:25:25]** |
|   | Because I think that, for so many girls, particularly, because I do think this is a very feminist series in general... Um, so many of us find our power in our, um – in our most powerless times, and the times when things are a mess, and we feel like we're never gonna make it through. And I really wanted to, um, to create this character who-who was kind of at rock-bottom in a lot of different ways. **[00:26:05]** You know, in her life, and who finds a way to claim her power and, um, and save the world, you know? And save her world, which I think is something that women do regularly. |
| Hank: | They do. On the daily. |
| Tracy: | Yeah, right? |
| Hank: | Right. |

Tracy: And, um – so, that was kind of what-what we went into-into the series with, my publisher and I. **[00:26:30]** And I think that that's the pull string that we're working, you know, so hard to, uh, to pull through.

Hank: So, Tracy, I-I asked you in the beginning how much of this you had planned out. Uh, you know, how much pre-work went into the book series before, you know, we saw the first book, *Crave*. Um, now that-that book three is out in the world, and you are actively writing on book four, um, how... **[00:27:00]** What sort of divergences has the story taken – uh, taken you on at this point? Like, are there things about the series that have surprised you as you write it?

Tracy: Um... absolutely. Um... one of the things I think is really interesting – and you'd asked earlier about writing in a pandemic – I think that subconsciously, um, the tension of the pandemic, and the fear, and everything that we've gone through as a country – certainly over the last year and even longer, I think – has worked its way into the books. **[00:27:38]**

I mean – I mean, obviously there were issues, and there were themes in everyday life that I wanted to address in the books, and-and that's one of the great things about paranormals, is you can do that; you can move things into this other world, and look at them more closely than you can, I think, in our regular world because of divisions, and because people are upset, and emotional, and all that. And you put them in a different world, in a different context, and it makes it easier for people to look at them, and think about them. **[00:28:05]**

But also, I think subconsciously, just the tension and-and-and the fear, and the pain, and the struggle of the last, um, I think, year, definitely provides an added tension to the books, and I think that that surprised me.

My agent is actually the one who first mentioned it, and she said that she really thinks that each book is-is a product of the moment in which it was written. **[00:28:32]** Um... which I find, you know, the highest compliment as a writer, to hear that. Um, but yeah, I think that-that it subconsciously worked its way in, and, um, in a way that I didn't necessarily plan.

Hank: Um, an interesting thing has happened, um, with-with technology over the last decade especially, but, you know, the trends have

|  |  |
|---|---|
|  | been going on for a lot longer than that, where, um, writers are now not only competing with other writers – and we can, you know... **[00:29:04]** |
|  | You can have a discussion all day long about whether writers actually compete with other writers, or if there's room enough for everybody, you know. Um, that's another discussion for another time, but, um, people now talk about that writers have to compete with YouTube, and social media, and uh – yeah, all of these things that vie for our attention. |
|  | Which, we did a really cool thing. **[00:29:30]** It's on your website, and it's also in the app store – with the *Crave* game. Um, this-this app that goes along with it – it acts as a... as a way to keep people in your world while using other technologies, and to, uh – to keep people in your world while using other technologies, and to, uh – to keep them rooted, and keep their minds on the world that you created. |
|  | And, you know, we already talked about the fabulous job that your publisher did with promoting *Crave* and all of the unique ways that they thought out of the box. **[00:30:02]** Well, this-this is about as out of the box as-as you can think of. Um, what brought this about, and how have you seen this kind of work into the-the publicity of the book and-and all of that? |
| Tracy: | Yeah, well Entangled actually – which is my publisher – actually had contracts, um, with Chapters. They have several of their books with Chapters, and they've had really, you know, good results with it, and everything else. **[00:30:31]** And so, when it came time for *Crave*, we had, you know, approached Chapters, and they were excited about doing the book. And, um, as a writer, it was the coolest thing – seeing my world come to life. Like, I love that so much about chapters. |
|  | But what we've seen from it... um, actually has been – yeah, I've had a lot of people come to the series through the Chapters game. I hear – pretty regularly I'll get DMs on Instagram from people who's like, "Oh, I-I found the book on Chapters, and I wanted to know more." **[00:31:02]** Because, you know, it's a little bit of an abbreviated version, right? Um, "I wanted to know more, so I picked up the book, and now I'm totally immersed in the world." |
|  | And the other really cool thing is, you know, *Crave* is sold into... I don't – I wanna say between 10 and 20 countries. I don't wanna |

|  |  |
|---|---|
|  | give an exact number because I don't know, and it's changing pretty regularly. Um... and having the Chapters game, a number of people – readers from those countries before the game, or before the book even comes out, are aware of it. **[00:31:31]** And it's kind of spread through word of mouth because they played it on Chapters, which I also think is incredibly cool. |
| Hank: | That is incredibly cool, and, uh, I-I love seeing it... when... when companies embrace new technologies and find ways to use it to their advantage instead of just, you know, "Bah humbug." You know, throw stuff at... at the, uh – at everyone else. I love that. Whatever we can do to-to broaden the umbrella. **[00:32:00]** That's-that's what I say. |
| Tracy: | Definitely. Absolutely. |
| Hank: | Yeah. So, *Covet* is book three. Where do we find our... our protagonist at this point? And how is the story heating up? |
| Tracy: | In trouble. We find our protagonist in trouble... **[laughs]** as usual. |
| Hank: | Which is exactly where we want them. |
| Tracy: | It is exactly where we want them. Um... Grace has, um – I don't think – you know, because the book's out there, um, no spoilers for *Covet*, but, um... **[00:32:33]** For *Crave*, we find out that, um, Grace is a... is a paranormal being – not a vampire, something else.

And so, through *Crush*, it was very much about learning to live in that world as a paranormal being, and learning what her own powers were, and learning how she fits in this brave new world that she's discovered, while a lot of people are out to get her. **[00:33:00]** Um... and a lot of – and she's been born, or she's been thrust into this world that is already not at war, but not at ease, you know? Um, there are rumblings of war. There are power struggles going on, and trying to find your place, being this – she's a – she's a pretty rare paranormal creature – trying to find her place in this world that, um, that is already so uneasy, um... is a problem. And that's a lot of what *Crush* is about. **[00:33:30]**

And then, *Covet* is – she's kind of found her power, and she's learned to, um... to live with it, and-and love it, um, but it also – with great power, right, comes great responsibility. And there is a lot of other stuff going on and a lot of the people that she loves are, um... are in jeopardy, and-and how she can – how she can turn that |

|  |  |
|---|---|
|  | around, and how she can help save those people that she loves so much. **[00:34:00]** **[Music starts playing]** |
| Hank: | Tracy, are you going to miss this world when you, uh – when you finish up *Court* and, uh, move on to whatever the next project is? |
| Tracy: | I am, actually, a surprising amount. Like, you mentioned before, I do have a number of books and a number of series before this, and, um... usually at the end of the series, I'm like, "Okay, I feel like..." And maybe when I get to the end of *Court* I'll be there, I don't know. I feel like, "Yeah, I've done my best by these characters, and I'm ready to, you know, let go." **[00:34:31]**<br><br>Right now, I'm like – I love this world that-that-that I've created, and I love this world that they play in, and I – yeah, I'm not sure I'm ready to say goodbye yet. I'm a little sad about it. |
| Hank: | Well, thank God, right now, we don't have to say goodbye because book three is out everywhere now – *Covet*. Um, if you've not caught up to the series thus far, go grab book one, *Crave*, then book two, *Crush*. Book three, *Covet* is out everywhere now. **[00:35:00]** Uh, this fall – I think September – *Court* comes out, and, uh, you know, this is gonna occupy a – you can live in this world for a while, and I highly recommend that you do.<br><br>We're gonna put links to-to all of that in the show notes of this episode. Tracy, you have a fantastic website full of, uh, of stuff where people can just dig into the, you know, the whole world of Tracy Wolff. Uh, where-where can they connect with you online? **[00:35:30]** |
| Tracy: | Um, tracywolffauthor.com is my website, and then I'm mostly on Instagram, @tracywolffbooks, and then you can catch me on Twitter as Tracy Wolff and Facebook – Oh, Facebook, I have a really cool, um, Facebook group called the Wolff Pack, and, um, we have a lot of fun in there, and I have amazing fans, and they do all kinds of really cool things in the Wolff Pack, so you can catch me there too. |
| Hank: | Awesome. We'll put links to all that in the show notes, uh, of this episode. Tracy, I love catching up with you. Thank you so much for taking time to come back on the show. **[00:36:01]** |
| Tracy: | Well, I love being here. Thank you so much for having me. |

| | |
|---|---|
| Hank: | Authors, if you're looking for a partner to help ensure that your book is the best it can possibly be, look no further than Pikko's House. Crystal and her staff make a conscious effort to be critical yet courteous. They also strive to make the business side of things move smoothly so that you can rest easy knowing that your manuscript is in capable hands. Whether you need beta reading, develop mental editing, a manuscript critique, line editing, copy editing, or proof reading, Pikko's House is the one stop shop for you. **[00:36:39]** Check them out today at pikkoshouse.com to get started. |
| | Dream Author by Sophie Hannah is an immersive 14 month coaching program for writers at any and every level of experience, and also for those of you who want to write are just waiting for the right encouragement and guidance to get you started. **[00:37:00]** Your writing dreams should make you happy. For so many of us, our dreams are not a source of happiness, instead they cause us stress, guilt, frustration, and even shame. |
| | Here's the great news: all of these feelings are natural, and all writers experience them. The problem, though, is that when your writing dreams bring you more anxiety than joy, it affects your resolve and your productivity, and you end up not taking the action you need to take in order to propel your dreams in the right direction, so that they can stand a strong chance of coming true. **[00:37:30]** That's why Sophie created the Dream Author coaching program: to teach anyone who is passionate about writing how to change the way they build, think about, and pursue their writing dreams, in order to become their own most powerful ally and advocate for the rest of their writing live. |
| | And more great news: once you've learned that skill, it lasts forever. Visit dreamauthorcoaching.com to get started today. |
| | *The Bad Company Complete Series Omnibus: Books 1 – 7.* **[00:38:02]** Humanity's greatest export: justice. Space is a dangerous place, even for the weary, especially for the unprepared. The aliens have no idea. Here comes The Bad Company. *The Bad Company*, book one: Colonel Terry Henry Walton takes his warriors into battle, for a price. In this first installment of *The Bad Company*, he believes in the moral high ground and is happy to get paid for his role in securing it. **[00:38:30]** |
| | Set in the Kurtherian Gambit Universe, Terry, Char, and their people – humans, Werewolves, Weretigers, and Vampires—form |

the core of the Bad Company's Direct Action Branch, a private conflict solution enterprise. Join them as they fight their way across Tissikinnon Four where none of the warring parties were what they expected. The seven book series Omnibus includes *The Bad Company, Blockade, Price of Freedom, Liberation, Destroyer, Discovery, Overwhelming Force*. **[00:39:02]** Grab the complete Bad Company series by Craig Martelle now.

How to be a Badass Witch by Michael Anderle. Virtutis gloria merces – translation: Glory is the reward of valor. Fed up with playing the normal game, recent university graduate, ex-cum laude, ex-soccer star, ex-popular, and mostly broke Kera MacDonagh changes her life when she decides to research how to be a witch... and believes it. **[00:39:36]**

Kera didn't want to go back east and deal with her overbearing Mom. So, when university was done, she stayed behind in Los Angeles. Little did she realize how controlling moms can be from the other side of the country. Feeling a little desperate to make her own way, she buys a few books on business. And one on a lark: *How to be a Badass Witch*. That's when the trouble started. **[00:40:00]**

Find out just what trouble a young woman can get into when the magic just might be real. *How to be a Badass Witch*, by Michael Anderle. **[Music fades out]**

**[End of Audio]**

**Duration: 41 minutes**