PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 39**