# EXHIBIT 40





Begin forwarded message:

**From:** Emily Sylvan Kim <esk@prospectagency.com>
**Date:** November 17, 2010 10:41:33 AM PST
**To:** lynnef@gci.net
**Subject: Blue Moon Rising**

Dear Lynn:

Thank you for your recent submission, BLUE MOON RISING, to Prospect Agency. I'd be pleased to consider your complete manuscript. Please send it via email as a Word document and I will get back to you as soon as I can. Please be sure to include a number where I can reach you as well as a working email address. Should you receive another offer of representation, I would appreciate the opportunity to present my own response before you make a final decision. But in any case, I do ask to be informed right away



EXHIBIT
91
5/16/23 BEP

CONFIDENTIAL

LF 126632

should there be any change in the status of your submission.

All best,
Emily Sylvan Kim
Agent

---

Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com

---

CONFIDENTIAL

LF 126633