EXHIBIT 41

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Tue, 15 Feb 2011 21:55:16 -0900 (AKST)

---

Will do!  I am actually really excited about it -- we'll see what you think . . .

On Tue, Feb 15, 2011 at 8:52 AM , Emily Sylvan Kim wrote:

 Sounds great! I would love to get the book – or at least what you have finished before Monday evening as I am going away for a week and would love to read your book on the road!

Emily

On 2/15/11 12:56 AM, "lynnef@gci.net" <lynnef@gci.net> wrote:

Hi Emily -

I'm just checking in to let you know I'm about 3/4 of the way through the re-write.  I'm incorporating all of the elements we discussed.  If you'd like to read any part of what I have so far, let me know.  Otherwise, I am really strongly shooting for completion by the end of this weekend before I head back to Alaska on Monday for work. (It's been slow going due to work commitments with my practice AND trepidation on my part with some of the changes).  But, I'm excited with where all of this has taken Anna's character -- !

If I don't hear from you, I'll plan to either send to you Sunday night or give you a status report.

!!!

Lynne

On Mon, Jan 17, 2011 at 11:40 AM , Emily Sylvan Kim wrote:

Hope this is what you need!

Begin forwarded message:

**From:** lynnef@gci.net <mailto:lynnef@gci.net>
**Date:** January 11, 2011 12:28:51 AM EST
**To:** Emily Sylvan Kim < esk@prospectagency.com <mailto:esk@prospectagency.com>>
**Subject: Re: Agency Contract**

EXHIBIT
92
3/16/23 BEP

Hi Emily -

Here it is in both Word and PDF.  I am too close to this project now to say much
about it -- will have to see what you think now that the changes are in place.
I've re-written the intro pages and subtly added the foreshadowing we
discussed while trying to polish the writing as I went.

Take care and I'll look forward to hearing from you.  Please let me know you
received this.

Warm regards,

Lynne


On Mon, Jan 10, 2011 at 7:47 AM , Emily Sylvan Kim wrote@gfi.net
<mailto:wrote@gfi.net>

Hi Lynne,

I am glad the package arrived.  Sorry it was so tardy.  The holidays are the
black hole of the year!  Please just send me the whole manuscript.  It
sounds like you made a lot of changes and I'd love the chance to read the
whole book again!

All best,
Emily


On 1/9/11 9:53 PM, " lynnef@gci.net <mailto:lynnef@gci.net>" < lynnef@gci.net
<mailto:lynnef@gci.net>> wrote:

Hi Emily -

I have the contract (thanks for the pen!  I feel so official :)) and
have made what I believe are the suggested revisions to the ms -- and
then some.  What format should I use to send the ms back to you?

Also, do you want me to tell you the changes I made so you see them as
you're reading or do you just want to see it all fresh?

KIM00189608

Thanks and I am so very excited to see what you think!!!!

Lynne


On Mon, Jan 3, 2011 at 2:54 PM , Emily Sylvan Kim wrote:

Hi Lynne,

I am sorry to say the agreement is just back to you now...the holidays got
away from me and I forced myself to take a bit of a break over the last week
to spend time with my family.  It was great, but it feels nice to be back to
work too!

I would be happy just read the novel again in its entirety.  I think that is
the best way to truly gauge the effectiveness of a novel.  I can read
quickly and then we can talk.  If there's something you want me to be
especially want me to focus on before reading, we can talk beforehand
too.

I am really looking forward to it!

Best,
Emily


On 1/3/11 4:16 PM, " lynnef@gci.net <mailto:lynnef@gci.net>" < lynnef@gci.net
<mailto:lynnef@gci.net> > wrote:

Hi Emily --

Happy New Year!

I am expecting to complete the re-writes we discussed in December early
this week. I haven't received the contract back yet though -- ! That
mail is something else.  When would you like the re-writes?  What
format, etc. and then when to discuss? I'm very excited with the changes
and hope you will be too.

Kind regards,

Lynne Freeman

-------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com  <mailto:esk@prospectagency.com>

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com<http://www.prospectagency.com>
-------------------------------------------------


-------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com  <mailto:esk@prospectagency.com>

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com<http://www.prospectagency.com>
-------------------------------------------------




------------------------------




------------------------------




-------------------------------------------------
Emily Sylvan Kim

esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-----------------------------------------------

KIM00189611