# EXHIBIT 42

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Blue Moon Rising
**Date:** Sun, 20 Feb 2011 13:57:55 -0900 (AKST)
**Attachments:** ESK_Blue_Moon_Rising_Prospect.docx

---

Hi Emily -

Here it is. The changes are subtle in the first few chapters and then you'll see where I've taken it quite clearly. The part about Ash and what he is, is now quite secondary to what Anna is becoming. Let's see what you think!

I have the last 50 pages that I'm tweaking -- am en route to Alaska-- and will send those last 50 to you this week. I'm very excited :)

Lynne



EXHIBIT
93
5/16/23 BEP

KIM00183740