# EXHIBIT 43

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Sun, 27 Feb 2011 15:37:59 -0900 (AKST)
**Attachments:** Blue_Moon_Rising_Prospect.docx

---

Hi Emily -

I am back from Alaska and have the final 50 pages to send. I am
attaching the entire ms but you will want to go to page 505, chapter 50
once you are through the ms I sent last Sunday.

I hope you are enjoying a nice vacation with your family and some
pleasant down time. Please do let me know your thoughts about the story
when you have a chance.

Take care,

Lynne


On Mon, Feb 21, 2011 at 7:47 AM , Emily Sylvan Kim wrote:

> Hi Lynne!
> I am excited too. I will take this with me on my vacation...what a
> treat!
>
> Emily
>
>
> On 2/20/11 5:57 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Hi Emily -
>>
>> Here it is. The changes are subtle in the first few chapters and then
>> you'll see where I've taken it quite clearly. The part about Ash and
>> what he is, is now quite secondary to what Anna is becoming. Let's
>> see
>> what you think!
>>
>> I have the last 50 pages that I'm tweaking -- am en route to Alaska--
>> and will send those last 50 to you this week. I'm very excited :)
>>
>> Lynne
>
> --------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377



KIM00189670

> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------

KIM00189671