# EXHIBIT 44

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Blue Moon Rising
**Date:** Mon, 14 Mar 2011 08:48:39 -0800 (AKDT)
**Attachments:** Blue_Moon_Divided.docx

Hi Emily -

Here are the 1st 200 pgs. There are small changes here and there about Ash, Anna choosing Jenny and Rachel as friends and more details in the last chapter here about Elise --- !

More to come later today.

Best,

Lynne

