# EXHIBIT 45

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Blue Moon Rising
**Date:** Mon, 14 Mar 2011 22:31:27 -0800 (AKDT)
**Attachments:** Blue_Moon_Rising_Prospect.docx

---

Hi Emily -

So here is the whole thing. You'll want to start around page 202 I think -- where you left off from yesterday.

I addressed all of the issues that we discussed last week and had fun with the imbalance of nature / global warming issue -- but I have some questions for you when you're done about the following:

1. The scene of the blood oath with the MacKays. I have Anna feeling guilty about it bc she might be the girl of the prophecy but not tortured agony -- because she hasn't yet discovered that she truly IS the daughter of the prophecy. That scene happens after she goes home to take a shower and sees the script all down her entire back -- including the characters she saw on the bruidseachd demon's skin.

See what you think when you're in it ---?

2. Scene with Lily waking Anna. I played with this a bit but decided that she wouldn't know whether anything bad could happen to her at Sanctuary. It's supposed to be a safe place. Would she really worry about being exposed there? That's what ends up happening with that vampire -- . I think she's more into the idea of going to Sanctuary not to help Ash (nixed all that) but to help herself.

3. Elise reveals that she's Marcheline and Brienne's sister. Is this too much?

4. Last chapter -- discussion about choices between Ash and Anna . . .

Let me know if you think there's futher tightening. I hope Ash comes across as a more interesting hero now.

Thanks :)

Lynne



KIM00190557