# EXHIBIT 46

**From:** Lynne Freeman <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Tue, 15 Mar 2011 14:55:08 -0700

Yay Emily:). Thank you. My aunt who is the literature and film prof agrees about the changes. !!!

I'll text Dewey today:)

Thanks again,

Lynne

Sent from my iPhone

On Mar 15, 2011, at 2:26 PM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

> Hi Lynne,
>
> I finished reading and I think the changed made a HUGE difference. I think
> we should definitely share this with Dewey right away. However, I would
> like to get another reader and maybe read this a bit more slowly myself
> before we send this out to editors. Is that okay by you? I just want to
> make sure this is perfect.
>
> Great work!
> Emily
>
>
> On 3/15/11 2:31 AM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Hi Emily -
>>
>> So here is the whole thing. You'll want to start around page 202 I think
>> -- where you left off from yesterday.
>>
>> I addressed all of the issues that we discussed last week and had fun
>> with the imbalance of nature / global warming issue -- but I have some
>> questions for you when you're done about the following:
>>
>> 1. The scene of the blood oath with the MacKays. I have Anna feeling
>> guilty about it bc she might be the girl of the prophecy but not
>> tortured agony -- because she hasn't yet discovered that she truly IS
>> the daughter of the prophecy. That scene happens after she goes home to
>> take a shower and sees the script all down her entire back -- including
>> the characters she saw on the bruidseachd demon's skin.
>>
>> See what you think when you're in it ---?
>>
>> 2. Scene with Lily waking Anna. I played with this a bit but decided
>> that she wouldn't know whether anything bad could happen to her at

EXHIBIT 97 3/16/23

>> Sanctuary. It's supposed to be a safe place. Would she really worry
>> about being exposed there? That's what ends up happening with that
>> vampire -- . I think she's more into the idea of going to Sanctuary not
>> to help Ash (nixed all that) but to help herself.
>>
>> 3. Elise reveals that she's Marcheline and Brienne's sister. Is this
>> too much?
>>
>> 4. Last chapter -- discussion about choices between Ash and Anna . . .
>>
>> Let me know if you think there's futher tightening. I hope Ash comes
>> across as a more interesting hero now.
>>
>> Thanks :)
>>
>> Lynne
>
> ----------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ----------------------------------------------
>
>
>
>

KIM00191199