# EXHIBIT 47

| | |
|---|---|
| From: | Mary McCauley <marysmccauley@gmail.com> |
| Sent: | September 10, 2021 6:27 PM |
| To: | Lynne Freeman |
| Subject: | Fwd: Re: Blue Moon Rising |

---------- Forwarded message ---------
From: **Mary McCauley** <msmccauley@nc.rr.com>
Date: Thu, Mar 31, 2011 at 8:02 AM
Subject: RE: Re: Blue Moon Rising
To: <lynnef@gci.net>

Some good news here. Emily is suggesting that the story needs a stronger sense of closure for readers in the first book. You can do this by revising for more resolution and information about family secrets, Anna's father, the prophesy, etc. even though you are leaving an opening to future books and the larger story about Anna.

-----Original Message-----
From: lynnef@gci.net [mailto:lynnef@gci.net]
Sent: Wednesday, March 30, 2011 11:52 PM
To: Mary McCauley
Subject: FW: Re: Blue Moon Rising

Hi Aunt Mary -

You don't need to respond -- just giving you what I get as I receive it.
Take good care and hugs to everyone ---

xo

Lynne

-------- Begin forwarded message ---------
Subject: Re: Blue Moon Rising
Date: 3/30/11 6:15:20 PM
From: "Emily Sylvan Kim" <esk@prospectagency.com> To:lynnef@gci.net

Hi Lynne,



CONFIDENTIAL
LF 036942

I finally got my notes back from my reader and they were fascinating. I am attaching below. I think she's on track about the last few pages. I guess my main concern there is how she slips into all these different realities and it's hard to keep track of what's entirely "real." Anyway, here are the notes. Let's talk tomorrow...what works for you?

Emily

Reader's Notes:
I really, really enjoyed this story. I started it yesterday afternoon and read it all in one go--it was just that engaging. At first I felt as though it were just a rehashing of Twilight, but as I got further into the story things got a lot more interesting. What really worked for me was how the author makes it unclear whether or not Ash is the "good guy" or the "bad guy" until we are very far into the book. The mystery of it kept me interested and engaged. That said, I have to admit that I was really disappointed by the ending. The first 400 pages felt very controlled, as though the author knew exactly where she was going. But then in the last 100 pages, things start to feel somewhat chaotic. So much new information is introduced even while old information is not totally resolved. I wanted to know more about why the narrator's aunts were so secretive, more about her father, more about the prophecy, etc. Nevertheless, I'd say that I really loved the first 400 pages of the story. It was just so well-written and captivating, I had a blast reading it.


On 3/29/11 12:56 AM, "lynnef@gci.net" <lynnef@gci.net> wrote:

> Hi Emily -
>
> We're on spring break here and I'm wanting to check in and see where
> things are at in the process. Have you had any input from your
> reader?
> What's the next step?
>
> Please let me know when you can. When I know that our revisions are
> complete, I really need to start the writing process for book 2. It's
> outlined but I've done very little writing since I haven't been sure
> how much tweaking I would be doing in book 1--and the story has
> changed for sure since we began the revisions!
>
> Haven't heard from Dewey yet -- we have a 3 week spring break here and
> I know he's at a remote ranch with his family this week, no tv, no
> internet etc. I'll let you know when I have.

CONFIDENTIAL

LF 036943

>
> Thanks :)
>
> Lynne

---

Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com

---

CONFIDENTIAL

LF 036944