# EXHIBIT 48

From: lynnef@gci.net
To: Emily Sylvan Kim <esk@prospectagency.com>
Subject: Re: Blue Moon Rising
Date: Thu, 14 Apr 2011 14:58:30 -0800 (AKDT)

Thank you Emily :)

On Thu, Apr 14, 2011 at 3:09 PM , Emily Sylvan Kim wrote:

> Thanks Lynne,
>
> I will try to have this read by Monday!
>
> Emily
>
>
> On 4/14/11 12:06 AM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Hi Emily -
>>
>> Here it is (again!) in PDF for you and WP. I believe I made all of
>> the
>> changes we discussed except for one. I also added some details that I
>> thought would help explain things to the reader. I believe that these
>> changes really make a BIG difference -- and that the storyline
>> involving
>> Julian has seeds planted from the beginning so that it comes together
>> nicely in developing the story and leading into the intro of Elise as
>> Anna's mother.
>>
>> Below, I have made a quick "cheat sheet" of the changes and where to
>> find them.
>>
>> The only one I couldn't make and stay true to the story was the
>> possibility of Anna needing to fall in love to bring about the
>> prophecy.
>> It feels bigger than that to me and with the changes I don't think
>> it's
>> needed now. Let's see what you think!
>>
>> I feel very antsy to get this story out the door -- so much is going
>> on
>> with Alaska in the public eye and the paranormal teen romance books /
>> movies are hot. This story really is set apart from the rest in ways
>> that even I didn't realize until we got it to this point.
>>
>> Please let me know what you need from me next. I'll be quicker to
>> respond -- I caught the flu right after we spoke last.
>>
>> Best,



\>\>
\>\> Lynne
\>\>
\>\> PS I did send a photo and bio -- pls let me know if that needs any
\>\> work.
\>\>
\>\> _____
\>\>
\>\> Chapter 5 p. 42
\>\>
\>\> Baen and Caitlin discuss that Cook discovered AK by accident -- got
\>\> caught in the Devil's Triangle. AK has one with Anchorage at one
\>\> tip,
\>\> Juneau at another and forest / ocean at the third. (more on this
\>\> later
\>\> -- Ash will explain later in the book that the Devil's Triangle,
\>\> coupled
\>\> with Aurora Borealis and magnetic fields unique to AK, make it the
\>\> ultimate hiding place for all supes.
\>\>
\>\> Chapter 6. p. 58
\>\>
\>\> At the end of Ch 6, Marcheline thanks Ash for taking Anna home and
\>\> warns
\>\> him about the "acceptable mode of transportation" for Anna in the
\>\> future. And then adds that she prefers Anna to be in "groups."
\>\>
\>\> Anna comments to herself about how Ash hasn't even asked her out and
\>\> her
\>\> mother is treating her like she's 12 dating in groups.
\>\>
\>\> Chapter 7. p.61
\>\>
\>\> Anna overhears aunt and mother talking about her. She's safe in AK
\>\> --
\>\> "a needle in a hay stack." They've agreed to give her a normal life
\>\> and
\>\> she'll be 17 soon. Brienne tells Marcheline that they mustn't leash
\>\> her
\>\> too tightly or she'll snap and that it would be a disaster if that
\>\> happened . . . !
\>\>
\>\> Chapter 14. p. 132 / 133
\>\>
\>\> Anna's aunt tells her she has hives on her neck and that she'll make
\>\> a
\>\> salve. Then she warns her not to "date" bc the hives are contagious.
\>\> and
\>\> no one should touch her neck . . .!
\>\>
\>\>
\>\> Chapter 21 p. 195 on --
\>\>
\>\> When Marcheline attacks Anna, mistaking her for Elise, she also calls

KIM00184554

>> out for Julian, asking if he has the dagger. She screams Julian's
>> name.
>>
>> When Brienne subdues her, she asks if "Julian did it," and remarks
>> that
>> there is so much blood -- implying in the scene that Julian killed
>> Elise. Anna draws this conclusion. Marcheline also rambles about how
>> Elise told them she was walking the path but wasn't and that Dante
>> wasn't hers to take. She wails about the baby and is the baby safe.
>>
>> Brienne tells Anna that it was an accident, Eise's death, and that
>> Julian was Elise's husband. Elise was once "like family." Brienne
>> won't
>> tell her anymore than that -- says it's Marcheline's story to tell.
>> That
>> Elise wanted Dante for her own reasons . . .
>>
>>
>> Chapter 22 p. 206/ 207
>>
>> Marcheline thinks that Anna is meeting her friends from last night
>> that
>> she went to the Halloween party with (Bren, Jenny, Mason and Rachel)
>> at
>> Barnes and Noble.
>>
>> Anna doesn't lie overtly rthat she's meeting Ash and not her friends,
>> but doesn't correct her. Anna justifies it in her own mind bc of
>> Marcheline's initial reaction to Ash when she first met him and bc of
>> her aunt's cryptic warnings about not dating.
>>
>> Anna feels she has too much on her plate to deal with in meeting Ash
>> at
>> Barnes and Noble (knowing he's not normal, not human) and doesn't
>> want
>> the confrontation with her family by admitting she's meeting Ash.
>>
>>
>> Chapter 24 p. 228 - 230
>>
>> Ash tells Anna they're looking for a girl from 3 of the most powerful
>> and ancient bloodlines.
>>
>> He explains that AK is a unique place for their kind bc they have no
>> way
>> of identifying each other in AK the way they can in every other place
>> in
>> the world.
>>
>> He explains that this is due to the powerful vortex energy of the
>> Devils
>> Triangle in Alaska (yes, there really IS a Devil's Triangle in AK!)
>> --
>> and that the energy from that vortex is so strong that coupled with

```
>> the
>> electromagnetic fields, the gravitational pull of the poles and the
>> Aurora Borealis phenomena, Sentinels and Demons cannot ID each other.
>> So
>> trying to find the girl of the prophecy is like "searching for a
>> needle
>> in a hay stack." (He also explains that the Earth's vortices are
>> portals
>> -- Stonehenge, Pyramids, Easter Island etc and so are the 12 Devil's
>> Triangles in the world).
>>
>> Anna remembers that her aunt said those exact words about her to
>> Marcheline on the day she was eaves dropping. Anna realizes her aunt
>> and
>> mother know about the prophecy and wonders what they know. And why
>> they
>> aren't telling her!
>>
>>
>> Chapter 25 p. 237-38
>>
>> Anna contemplates that she might be the one and realizes she doesn't
>> trust her mom and aunt to be truthful with her bc they've been so
>> dishonest about so many things. She needs Ash to find the truth. She
>> doesn't really think she's "the one" bc her mother is crazy, not
>> demonic
>> and her dad was a great guy. In other words, she questions that she
>> has
>> any demonic blood.
>>
>>
>> Chapter 27 p. 257-58 (and the scene is not changed so much but it now
>> reads differently due to the changes. Very funny.)
>>
>> Marcheline doesn't want Anna to get a ride to school with Ash and
>> gives
>> her a host of reasons as to why it's not a good idea for her to spend
>> time with just one boy. Marcheline ends on a rant forbidding Anna to
>> date "yet."
>>
>> Anna finds herself issuing a stream of lies that end with her telling
>> her mother that Ash is gay. (you have to read it and how it's
>> written
>> page 257)
>>
>> This makes the whole scone scene hilarious -- Ash identifying the
>> spices
>> and his love of cooking. Anna finds that it plays right into the
>> hand
>> she dealt Marcheline.
>>
>>
>> Chapter 28 p. 267-69
>>
```

KIM00184556

>> Anna confesses to Ash that she told her mom he's gay in order to
>> spend
>> time with him. He admits that his parents have forbidden him to see
>> her
>> too (remember they constructed a seating chart) and that it would be
>> ok
>> if she were a Sentinel.
>>
>> Anna tells him they're star-crossed before the first date, like Romeo
>> and Juliette.
>>
>> Ash tells her it's not as bad as that -- they won't end up dead. Anna
>> is
>> upset by his words bc she realizes that he is the one boy she could
>> have
>> fallen in love with who will have to destroy her if she turns out to
>> be
>> the girl he's looking for . . . !
>>
>>
>> Chapter 35 p. 352 - 58
>>
>> Ash brings Anna home from the party after she's been out with Taylor
>> and
>> Amanda. Aunt Brie offers him her scone recipe and buys Anna's story
>> that
>> he's gay.
>>
>> Marcheline is unfriendly and suspicious. Anna thinks her mom doesn't
>> believe her but since she's never lied before, Marcheline doesn't
>> challenge it outright. Anna notes that she should feel guilty about
>> lying but doesn't really.
>>
>> Anna has a confrontation with Marcheline and her aunt. Tells them
>> they're keeping secrets about her and about themselves. That they're
>> a
>> family and shouldn't have any secrets. Marcheline accuses
>> her of being melodramatic.
>>
>>
>> Chapter 42 p. 418 / 421-22
>>
>> Anna realizes that her aunt and mother are probably supernatural
>> beings
>> as well. She recalls what we tell the reader at the beginning of the
>> story -- that there are no pictures of the aunt, the mother or the
>> dad
>> in the house. She thinks it's because they don't age. What if they're
>> all Sentinels? Or something else?
>>
>> Baen talks about the fact that the unique properties in AK -- Devil's
>> Triangle, electromagnetic fields, gravitational pull of the poles and
>> Aurora Borealis phenomena make it impossible for them to tell humans
>> from non-humans. Ash says he already explained this. Anna muses

KIM00184557

\>> about
\>> how well her aunt and mother have kept her hidden.
\>>
\>>
\>> Chapter 43 p. 428 / 432 / 439
\>>
\>> Anna decides that it's time to confront her mother and her aunt. But
\>> she'll do that tomorrow when she's not so angry and has had time to
\>> organize a plan of attack.
\>>
\>> Anna asks Ash why his parents waited so long to have kids -- they're
\>> hundreds of years old-- are there other sibs? He explains that
\>> they're
\>> all about maintaining a balance with nature and that they're kind
\>> doesn't have a lot of kids or even very often.
\>>
\>> When Ash is discussing the Kindred, Anna asks if her mom and aunt
\>> could
\>> be Kin. Ash says not likely bc they would be raising her in the
\>> tradition of their people, teaching her to wield the elements, that
\>> sort
\>> of thing. Plus, he says, they wouldn't keep her dad's Sentinel
\>> heritage
\>> a secret if they were kin.
\>>
\>>
\>> Chapter 44 p. 446
\>>
\>> Anna realizes that she's "that girl," that it's always been her. She
\>> questions how she could have demonic blood. Which of her parents?
\>>
\>>
\>>
\>> Chapter 46 p. 479
\>>
\>> Anna has a confrontation with vampire who mouthed the name "Elise"
\>> when
\>> he saw her. She wonders what he knows and how she can find out more
\>> from
\>> him.
\>>
\>> When he grabs her arm, he tells her that though she looks like "her"
\>> he
\>> knows she's not -- that she's something else entirely. He tells her
\>> that
\>> they need to talk.
\>>
\>>
\>> Chapter 49 p. 499 / 502
\>>
\>> The vampire from Sanctuary tells her that she said it wasn't the
\>> right
\>> time or the right place at Sanctuary for them to talk, so what else
\>> was

>> he to do but have her brought to his home? Anna feels that it's all
>> her
>> fault her friends were kidnapped too.
>>
>> The vampire tells her he's Julian. Anna connects the dots that this
>> is
>> the very same Julian that Marcheline has screamed about when she
>> called
>> her "Elise," that he was Elise's husband and that he killed her.
>> Anna
>> realizes that he knows her family and they know him -- and that all
>> along they knew he was a vampire. She wonders how many more layers of
>> lies she will uncover.
>>
>>
>> Chapter 50 p. 516-17
>>
>> Julian tells Anna that Elise is her mother. That she's been kept in
>> the
>> dark by her two aunties and that they've denied her heritage.
>>
>> Anna doesn't believe him. She refuses to believe him because it would
>> mean that her life has been constructed upon lies built on layers of
>> lies by everyone.
>>
>>
>> Chapter 52 p. 541 and on
>>
>> Elise tells Anna when she appears before her in the mirror in
>> Julian's
>> house that the mirror is a portal between the worlds.
>>
>> Elise explains that they are in the land of Faery, "Annwyn," on the
>> Isle
>> of Avalon.
>>
>> Anna asks if she is her aunt -- Elise doesn't answer but talks about
>> Marcheline being unable to fulfill her duty to the Goddess.
>>
>> On the last page, Elise tells Anna that she is indeed her mother.
>> Anna
>> cries out in anguish for her mother as she drops her into the mist.
>>
>>
>> Chapter 53. p. 549 / 550
>>
>> Anna calls out for her mother. She realizes she's in that land where
>> she
>> so often walks in her dreams. Annwyn -- and she can see the Isle of
>> Avalon in the distance.
>>
>> She is excited that Elise is her mother. Elise is powerful, the High
>> Priestess of Avalon and Anna feels that she will look out for her in
>> ways that no one else can or would. She wants Elise to love her and

KIM00184559

>> to
>> accept her in a way that Marcheline never could.
>>
>> Small changes in the last few pages where Anna refers to Elise as her
>> mother in her thoughts. She tells Ash nothing.
>>
>>
>>
>>
>> Anna hisses at him that this isn't the time and it isn't the place
>> (not
>> with Ash and his family right there). Later she will regred that she
>> said those words.
>
> ------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------

KIM00184560