# EXHIBIT 49

**From:** Lynne Freeman <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Tue, 19 Apr 2011 06:46:15 -0700

So weird! Sure. I'll send 2 copies again (sent one PDF and one in Word last time).

Sent from my iPhone

On Apr 19, 2011, at 6:16 AM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

> Can I ask you to send me another copy? No matter what we do, the one you
> sent keeps crashing...must be a weird macro or something. Anyway, maybe you
> can send as an RTF...anxious to read!
>
>
> On 4/18/11 4:08 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> You poor thing! I hate it when things like that happen --. I think I
>> told you about the day I took a shower, the water overflowed, ran down
>> though my hanging light fixture to the floor below and blew my laptop?
>> Technology.
>>
>> Let me know when the time is right and I promise not to nag.
>>
>> Lynne
>>
>>
>> On Mon, Apr 18, 2011 at 1:02 PM , Emily Sylvan Kim wrote:
>>
>>> Hi Lynne,
>>>
>>> I so wanted to be done by today but for some reason, your file crashed
>>> on my
>>> computer. I think I got my webmaster to fix it for me, but I am a bit
>>> behind. Sorry! Can we talk late tomorrow. I will hope to be done by
>>> then!
>>>
>>> Emily
>>>
>>>
>>> On 4/18/11 3:56 PM, "Lynne Freeman" <lynnef@gci.net> wrote:
>>>
>>>> Hi Emily--
>>>>
>>>> I'm checking in to see if there's a time this week that you would
>>>> like to
>>>> talk? I hope you like the changes!
>>>>
>>>> Lynne
>>>>



EXHIBIT
100
9/6/23 BCF

KIM00185179

>>>> Sent from my iPhone
>>>>
>>>> On Apr 14, 2011, at 3:09 PM, Emily Sylvan Kim <esk@prospectagency.com> wrote:
>>>>
>>>> Thanks Lynne,
>>>>
>>>> I will try to have this read by Monday!
>>>>
>>>> Emily
>>>>
>>>>> On 4/14/11 12:06 AM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>>>>>
>>>>>> Hi Emily -
>>>>>>
>>>>>> Here it is (again!) in PDF for you and WP. I believe I made all of the changes we discussed except for one. I also added some details that I thought would help explain things to the reader. I believe that these changes really make a BIG difference -- and that the storyline involving Julian has seeds planted from the beginning so that it comes together nicely in developing the story and leading into the intro of Elise as Anna's mother.
>>>>>>
>>>>>> Below, I have made a quick "cheat sheet" of the changes and where to find them.
>>>>>>
>>>>>> The only one I couldn't make and stay true to the story was the possibility of Anna needing to fall in love to bring about the prophecy. It feels bigger than that to me and with the changes I don't think it's needed now. Let's see what you think!
>>>>>>
>>>>>> I feel very antsy to get this story out the door -- so much is going on with Alaska in the public eye and the paranormal teen romance books / movies are hot. This story really is set apart from the rest in ways that even I didn't realize until we got it to this point.
>>>>>>
>>>>>> Please let me know what you need from me next. I'll be quicker to respond -- I caught the flu right after we spoke last.
>>>>>>
>>>>>> Best,

KIM00185180

>>>>> Lynne

>>>>

>>>>> PS I did send a photo and bio -- pls let me know if that needs any
>>>>> work.

>>>>

>>>>

>>>>

_____

>>>>

>>>>> Chapter 5 p. 42

>>>>

>>>>> Been and Caitlin discuss that Cook discovered AK by accident -- got
>>>>> caught in the Devil's Triangle. AK has one with Anchorage at one
>>>>> tip,
>>>>> Juneau at another and forest / ocean at the third. (more on this
>>>>> later
>>>>> -- Ash will explain later in the book that the Devil's Triangle,
>>>>> coupled
>>>>> with Aurora Borealis and magnetic fields unique to AK, make it the
>>>>> ultimate hiding place for all supes.

>>>>

>>>>> Chapter 6. p. 58

>>>>

>>>>> At the end of Ch 6, Marcheline thanks Ash for taking Anna home and
>>>>> warns
>>>>> him about the "acceptable mode of transportation" for Anna in the
>>>>> future. And then adds that she prefers Anna to be in "groups."
>>>>> Anna comments to herself about how Ash hasn't even asked her out
>>>>> and her
>>>>> mother is treating her like she's 12 dating in groups.

>>>>

>>>>> Chapter 7. p.61

>>>>

>>>>> Anna overhears aunt and mother talking about her. She's safe in AK
>>>>> --
>>>>> "a needle in a hay stack." They've agreed to give her a normal
>>>>> life and
>>>>> she'll be 17 soon. Brienne tells Marcheline that they mustn't leash
>>>>> her
>>>>> too tightly or she'll snap and that it would be a disaster if that
>>>>> happened . . . |

>>>>

>>>>> Chapter 14. p. 132 / 133

>>>>

>>>>> Anna's aunt tells her she has hives on her neck and that she'll
>>>>> make a
>>>>> salve. Then she warns her not to "date" bc the hives are
>>>>> contagious. and
>>>>> no one should touch her neck . . . |

>>>>

>>>>

>>>>> Chapter 21 p. 195 on --

>>>>

>>>>> When Marcheline attacks Anna, mistaking her for Elise, she also
>>>>> calls

Confidential

>>>>> out for Julian, asking if he has the dagger. She screams Julian's
>>>>> name.
<<<<<
>>>>> When Brienne subdues her, she asks if "Julian did it," and remarks
<<<<< that
>>>>> there is so much blood -- implying in the scene that Julian killed
>>>>> Elise. Anna draws this conclusion. Marcheline also rambles about
<<<<< how
>>>>> Elise told them she was walking the path but wasn't and that Dante
>>>>> wasn't hers to take. She wails about the baby and is the baby safe.
<<<<<
>>>>> Brienne tells Anna that it was an accident, Elise's death, and that
>>>>> Julian was Elise's husband. Elise was once "like family," Brienne
<<<<< won't
>>>>> tell her anymore than that -- says it's Marcheline's story to tell.
<<<<< That
>>>>> Elise wanted Dante for her own reasons . . .
<<<<<
<<<<<
<<<<<
>>>>> Chapter 22 p. 206/ 207
<<<<<
>>>>> Marcheline thinks that Anna is meeting her friends from last night
<<<<< that
>>>>> she went to the Halloween party with (Bren, Jenny, Mason and
<<<<< Rachel) at
>>>>> Barnes and Noble.
<<<<<
>>>>> Anna doesn't lie overtly that she's meeting Ash and not her
<<<<< friends,
>>>>> but doesn't correct her. Anna justifies it in her own mind bc of
>>>>> Marcheline's initial reaction to Ash when she first met him and bc
<<<<< of
>>>>> her aunt's cryptic warnings about not dating.
<<<<<
>>>>> Anna feels she has too much on her plate to deal with in meeting
<<<<< Ash at
>>>>> Barnes and Noble (knowing he's not normal, not human) and doesn't
<<<<< want
>>>>> the confrontation with her family by admitting she's meeting Ash.
<<<<<
>>>>> Chapter 24 p. 228 - 230
<<<<<
>>>>> Ash tells Anna they're looking for a girl from 3 of the most
<<<<< powerful
>>>>> and ancient bloodlines.
<<<<<
>>>>> He explains that AK is a unique place for their kind bc they have
<<<<< no way
>>>>> of identifying each other in AK the way they can in every other
<<<<< place in
>>>>> the world.
<<<<<
>>>>> He explains that this is due to the powerful vortex energy of the

Devils
>>>>> Triangle in Alaska (yes, there really IS a Devil's Triangle in AK!)
>>>>> --
>>>>> and that the energy from that vortex is so strong that coupled with
the
>>>>> electromagnetic fields, the gravitational pull of the poles and the
>>>>> Aurora Borealis phenomena, Sentinels and Demons cannot ID each
other. So
>>>>> trying to find the girl of the prophecy is like "searching for a
needle
>>>>> in a hay stack." (He also explains that the Earth's vortices are
portals
>>>>> -- Stonehenge, Pyramids, Easter Island etc and so are the 12
Devil's
>>>>> Triangles in the world).
>>>>>
>>>>> Anna remembers that her aunt said those exact words about her to
>>>>> Marcheline on the day she was eaves dropping. Anna realizes her
aunt and
>>>>> mother know about the prophecy and wonders what they know. And why
they
>>>>> aren't telling her!
>>>>>
>>>>>
>>>>> Chapter 25 p. 237-38
>>>>>
>>>>> Anna contemplates that she might be the one and realizes she
doesn't
>>>>> trust her mom and aunt to be truthful with her bc they've been so
>>>>> dishonest about so many things. She needs Ash to find the truth.
>>>>> She
>>>>> doesn't really think she's "the one" bc her mother is crazy, not
demonic
>>>>> and her dad was a great guy. In other words, she questions that she
has
>>>>> any demonic blood.
>>>>>
>>>>> Chapter 27 p. 257-58 (and the scene is not changed so much but it
now
>>>>> reads differently due to the changes. Very funny.)
>>>>>
>>>>> Marcheline doesn't want Anna to get a ride to school with Ash and
gives
>>>>> her a host of reasons as to why it's not a good idea for her to
spend
>>>>> time with just one boy. Marcheline ends on a rant forbidding Anna
to
>>>>> date "yet."
>>>>>
>>>>> Anna finds herself issuing a stream of lies that end with her
telling
>>>>> her mother that Ash is gay. (you have a read it and how it's
written

Confidential

KIM00185182

KIM00185183

>>>>> page 257)
>>>>> This makes the whole scone scene hilarious -- Ash identifying the
>>>>> spices
>>>>> and his love of cooking. Anna finds that it plays right into the
>>>>> hand
>>>>> she dealt Marcheline.
>>>>>
>>>>>
>>>>> Chapter 28 p. 267-69
>>>>>
>>>>> Anna confesses to Ash that she told her mom he's gay in order to
>>>>> spend
>>>>> time with him. He admits that his parents have forbidden him to see
>>>>> her
>>>>> too (remember they constructed a seating chart) and that it would
>>>>> be ok
>>>>> if she were a Sentinel.
>>>>>
>>>>> Anna tells him they're star-crossed before the first date, like
>>>>> Romeo
>>>>> and Juliette.
>>>>>
>>>>> Ash tells her it's not as bad as that -- they won't end up dead.
>>>>>
>>>>> Anna is
>>>>> upset by his words bc she realizes that he is the one boy she could
>>>>> have
>>>>> fallen in love with who will have to destroy her if she turns out
>>>>> to be
>>>>> the girl he's looking for . . . !
>>>>>
>>>>>
>>>>> Chapter 35 p. 352 - 58
>>>>>
>>>>> Ash brings Anna home from the party after she's been out with
>>>>> Taylor and
>>>>> Amanda. Aunt Brie offers him her scone recipe and buys Anna's story
>>>>> that
>>>>> he's gay.
>>>>>
>>>>> Marcheline is unfriendly and suspicious. Anna thinks her mom
>>>>> doesn't
>>>>> believe her but since she's never lied before, Marcheline doesn't
>>>>> challenge it outright. Anna notes that she should feel guilty about
>>>>> lying but doesn't really.
>>>>>
>>>>> Anna has a confrontation with Marcheline and her aunt. Tells them
>>>>> they're keeping secrets about her and about themselves. That
>>>>> they're a
>>>>> family and shouldn't have any secrets. Marcheline accuses
>>>>> her of being melodramatic.
>>>>>
>>>>>
>>>>> Chapter 42 p. 418 / 421-22

KIM00185184

>>>>>> Anna realizes that her aunt and mother are probably supernatural beings
>>>>>> as well. She recalls what we tell the reader at the beginning of the
>>>>>> story -- that there are no pictures of the aunt, the mother or the dad
>>>>>> in the house. She thinks it's because they don't age. What if they're
>>>>>> all Sentinels? Or something else?
>>>>>> Baen talks about the fact that the unique properties in AK --
>>>>>> Devil's
>>>>>> Triangle, electromagnetic fields, gravitational pull of the poles and
>>>>>> Aurora Borealis phenomena make it impossible for them to tell humans
>>>>>> from non-humans. Ash says he already explained this, Anna muses about
>>>>>> how well her aunt and mother have kept her hidden.
>>>>>>
>>>>>>
>>>>>> Chapter 43 p. 428 / 432 / 439
>>>>>>
>>>>>> Anna decides that it's time to confront her mother and her aunt. But
>>>>>> she'll do that tomorrow when she's not so angry and has had time to
>>>>>> organize a plan of attack.
>>>>>>
>>>>>> Anna asks Ash why his parents waited so long to have kids -- they're
>>>>>> hundreds of years old-- are there other sibs? He explains that they're
>>>>>> all about maintaining a balance with nature and that they're kind
>>>>>> doesn't have a lot of kids or even very often.
>>>>>>
>>>>>> When Ash is discussing the Kindred, Anna asks if her mom and aunt could
>>>>>> be Kin. Ash says not likely bc they would be raising her in the
>>>>>> tradition of their people, teaching her to wield the elements, that sort
>>>>>> of thing. Plus, he says, they wouldn't keep her dad's Sentinel heritage
>>>>>> a secret if they were kin.
>>>>>>
>>>>>>
>>>>>> Chapter 44 p. 446
>>>>>>
>>>>>> Anna realizes that she's "that girl," that it's always been her. She
>>>>>> questions how she could have demonic blood. Which of her parents?
>>>>>>
>>>>>>
>>>>>>

KIM00185185

>>>>> Chapter 46 p. 479
>>>>>
>>>>> Anna has a confrontation with vampire who mouthed the name "Elise"
>>>>> when
>>>>> he saw her. She wonders what he knows and how she can find out more
>>>>> from
>>>>> him.
>>>>>
>>>>> When he grabs her arm, he tells her that though she looks like
>>>>> "her" he
>>>>> knows she's not -- that she's something else entirely. He tells her
>>>>> that
>>>>> they need to talk.
>>>>>
>>>>>
>>>>> Chapter 49 p. 499 / 502
>>>>>
>>>>> The vampire from Sanctuary tells her that she said it wasn't the
>>>>> right
>>>>> time or the right place at Sanctuary for them to talk, so what else
>>>>> was
>>>>> he to do but have her brought to his home? Anna feels that it's all
>>>>> her
>>>>> fault her friends were kidnapped too.
>>>>>
>>>>> The vampire tells her he's Julian. Anna connects the dots that this
>>>>> is
>>>>> the very same Julian that Marcheline has screamed about when she
>>>>> called
>>>>> her "Elise," that he was Elise's husband and that he killed her.
>>>>> Anna
>>>>> realizes that he knows her family and they know him -- and that all
>>>>> along they knew he was a vampire. She wonders how many more layers
>>>>> of
>>>>> lies she will uncover.
>>>>>
>>>>>
>>>>> Chapter 50 p. 516-17
>>>>>
>>>>> Julian tells Anna that Elise is her mother. That she's been kept in
>>>>> the
>>>>> dark by her two aunties and that they've denied her heritage.
>>>>>
>>>>> Anna doesn't believe him. She refuses to believe him because it
>>>>> would
>>>>> mean that her life has been constructed upon lies built on layers
>>>>> of
>>>>> lies by everyone.
>>>>>
>>>>>
>>>>> Chapter 52 p. 541 and on
>>>>>
>>>>> Elise tells Anna when she appears before her in the mirror in
>>>>> Julian's

KIM00185186

>>>>>> house that the mirror is a portal between the worlds.
>>>>>>
>>>>>> Elise explains that they are in the land of Faery, "Annwyn," on the
>>>>>> Isle
>>>>>> of Avalon.
>>>>>>
>>>>>> Anna asks if she is her aunt -- Elise doesn't answer but talks
>>>>>> about
>>>>>> Marcheline being unable to fulfill her duty to the Goddess.
>>>>>> On the last page, Elise tells Anna that she is indeed her mother.
>>>>>> Anna
>>>>>> cries out in anguish for her mother as she drops her into the mist.
>>>>>>
>>>>>> Chapter 53, p. 549 / 550
>>>>>>
>>>>>> Anna calls out for her mother. She realizes she's in that land
>>>>>> where she
>>>>>> so often walks in her dreams, Annwyn -- and she can see the Isle of
>>>>>> Avalon in the distance.
>>>>>> She is excited that Elise is her mother. Elise is powerful, the
>>>>>> High
>>>>>> Priestess of Avalon and Anna feels that she will look out for her
>>>>>> in
>>>>>> ways that no one else can or would. She wants Elise to love her and
>>>>>> to
>>>>>> accept her in a way that Marcheline never could.
>>>>>> Small changes in the last few pages where Anna refers to Elise as
>>>>>> her
>>>>>> mother in her thoughts. She tells Ash nothing.
>>>>>>
>>>>>>
>>>>>>
>>>>>> Anna hisses at him that this isn't the time and it isn't the place
>>>>>> (not
>>>>>> with Ash and his family right there). Later she will regret that
>>>>>> she
>>>>>> said those words.
>>>>>>
>>>>>> -------------------------------------------------
>>>>>> Emily Sylvan Kim
>>>>>> esk@prospectagency.com
>>>>>>
>>>>>> Prospect Agency
>>>>>> 551 Valley Road, PMB 377
>>>>>> Upper Montclair, NJ 07043
>>>>>> 718-788-3217 (w)
>>>>>> 718-360-9582 (f)
>>>>>> http://www.prospectagency.com
>>>>>> -------------------------------------------------

Confidential

> > > Emily Sylvan Kim
> > > esk@prospectagency.com
> > >
> > > Prospect Agency
> > > 551 Valley Road, PMB 377
> > > Upper Montclair, NJ 07043
> > > 718-788-3217 (w)
> > > 718-360-9582 (f)
> > > http://www.prospectagency.com
> >
> > Emily Sylvan Kim
> > esk@prospectagency.com
> >
> > Prospect Agency
> > 551 Valley Road, PMB 377
> > Upper Montclair, NJ 07043
> > 718-788-3217 (w)
> > 718-360-9582 (f)
> > http://www.prospectagency.com

KIM00185187

Confidential