# EXHIBIT 50

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Thu, 21 Apr 2011 10:41:00 -0800 (AKDT)
**Attachments:** Blue_Moon_Rising_Prospect_4-21.doc

---

Let's try this. Is the breakdown of the changes by chapter and page number helpful? Please let me know when you would like to schedule a time to talk (and whether this worked. Too weird that it's not).

LF

On Thu, Apr 21, 2011 at 11:02 AM , Emily Sylvan Kim wrote:

No but I am reading on my computer...if you want to try a new version, I can try again...never had a problem with your files before!

Emil Sylvan Kim
esk@prospectagency.com
http://www.prospectagency.com


-----Original message-----
**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Sent:** Thu, Apr 21, 2011 15:11:48 GMT+00:00
**Subject:** Re: Blue Moon Rising

Hi Emily -

Is all well with the version I sent for your reader?


On Tue, Apr 19, 2011 at 8:26 AM , Emily Sylvan Kim wrote:

> It works on my computer but I will let you know if it works on my
> reader.
> Interesting that your Word file wouldn't send...I wonder what
> happened?
>
>
> On 4/19/11 10:11 AM, "lynnef@gci.net" wrote:
>
>> Hi Emily -
>>
>> Here it is in PDF and RTF. The Word version may have an error as I
>> couldn't send it to you. Let me know if these work.
>>
>> Best,
>>



EXHIBIT 101 3/10/23
KIM00186377

>> Lynne
>>
>> _____
>>
>> Chapter 5 p. 42
>>
>> Baen and Caitlin discuss that Cook discovered AK by accident -- got
>> caught in the Devil's Triangle. AK has one with Anchorage at one
>> tip,
>> Juneau at another and forest / ocean at the third. (more on this
>> later
>> -- Ash will explain later in the book that the Devil's Triangle,
>> coupled
>> with Aurora Borealis and magnetic fields unique to AK, make it the
>> ultimate hiding place for all supes.
>>
>> Chapter 6. p. 58
>>
>> At the end of Ch 6, Marcheline thanks Ash for taking Anna home and
>> warns
>> him about the "acceptable mode of transportation" for Anna in the
>> future. And then adds that she prefers Anna to be in "groups."
>>
>> Anna comments to herself about how Ash hasn't even asked her out and
>> her
>> mother is treating her like she's 12 dating in groups.
>>
>> Chapter 7. p.61
>>
>> Anna overhears aunt and mother talking about her. She's safe in AK
>> --
>> "a needle in a hay stack." They've agreed to give her a normal life
>> and
>> she'll be 17 soon. Brienne tells Marcheline that they mustn't leash
>> her
>> too tightly or she'll snap and that it would be a disaster if that
>> happened . . . !
>>
>> Chapter 14. p. 132 / 133
>>
>> Anna's aunt tells her she has hives on her neck and that she'll make
>> a
>> salve. Then she warns her not to "date" bc the hives are contagious.
>> and
>> no one should touch her neck . . .!
>>
>>
>> Chapter 21 p. 195 on --
>>
>> When Marcheline attacks Anna, mistaking her for Elise, she also calls
>> out for Julian, asking if he has the dagger. She screams Julian's

&gt;&gt; name.
&gt;&gt;
&gt;&gt; When Brienne subdues her, she asks if "Julian did it," and remarks
&gt;&gt; that
&gt;&gt; there is so much blood -- implying in the scene that Julian killed
&gt;&gt; Elise.  Anna draws this conclusion. Marcheline also rambles about how
&gt;&gt; Elise told them she was walking the path but wasn't and that Dante
&gt;&gt; wasn't hers to take. She wails about the baby and is the baby safe.
&gt;&gt;
&gt;&gt; Brienne tells Anna that it was an accident, Eise's death, and that
&gt;&gt; Julian was Elise's husband. Elise was once "like family." Brienne
&gt;&gt; won't
&gt;&gt; tell her anymore than that -- says it's Marcheline's story to tell.
&gt;&gt; That
&gt;&gt; Elise wanted Dante for her own reasons . . .
&gt;&gt;
&gt;&gt;
&gt;&gt; Chapter 22 p. 206/ 207
&gt;&gt;
&gt;&gt; Marcheline thinks that Anna is meeting her friends from last night
&gt;&gt; that
&gt;&gt; she went to the Halloween party with (Bren, Jenny, Mason and Rachel)
&gt;&gt; at
&gt;&gt; Barnes and Noble.
&gt;&gt;
&gt;&gt; Anna doesn't lie overtly rthat she's meeting Ash and not her friends,
&gt;&gt; but doesn't correct her. Anna justifies it in her own mind bc of
&gt;&gt; Marcheline's initial reaction to Ash when she first met him and bc of
&gt;&gt; her aunt's cryptic warnings about not dating.
&gt;&gt;
&gt;&gt; Anna feels she has too much on her plate to deal with in meeting Ash
&gt;&gt; at
&gt;&gt; Barnes and Noble (knowing he's not normal, not human) and doesn't
&gt;&gt; want
&gt;&gt; the confrontation with her family by admitting she's meeting Ash.
&gt;&gt;
&gt;&gt;
&gt;&gt; Chapter 24 p. 228 - 230
&gt;&gt;
&gt;&gt; Ash tells Anna they're looking for a girl from 3 of the most powerful
&gt;&gt; and ancient bloodlines.
&gt;&gt;
&gt;&gt; He explains that AK is a unique place for their kind bc they have no
&gt;&gt; way
&gt;&gt; of identifying each other in AK the way they can in every other place
&gt;&gt; in
&gt;&gt; the world.
&gt;&gt;
&gt;&gt; He explains that this is due to the powerful vortex energy of the
&gt;&gt; Devils
&gt;&gt; Triangle in Alaska (yes, there really IS a Devil's Triangle in AK!)

\>\> --
\>\> and that the energy from that vortex is so strong that coupled with
\>\> the
\>\> electromagnetic fields, the gravitational pull of the poles and the
\>\> Aurora Borealis phenomena, Sentinels and Demons cannot ID each other.
\>\> So
\>\> trying to find the girl of the prophecy is like "searching for a
\>\> needle
\>\> in a hay stack." (He also explains that the Earth's vortices are
\>\> portals
\>\> -- Stonehenge, Pyramids, Easter Island etc and so are the 12 Devil's
\>\> Triangles in the world).
\>\>
\>\> Anna remembers that her aunt said those exact words about her to
\>\> Marcheline on the day she was eaves dropping. Anna realizes her aunt
\>\> and
\>\> mother know about the prophecy and wonders what they know. And why
\>\> they
\>\> aren't telling her!
\>\>
\>\>
\>\> Chapter 25  p. 237-38
\>\>
\>\> Anna contemplates that she might be the one and realizes she doesn't
\>\> trust her mom and aunt to be truthful with her bc they've been so
\>\> dishonest about so many things. She needs Ash to find the truth. She
\>\> doesn't really think she's "the one" bc her mother is crazy, not
\>\> demonic
\>\> and her dad was a great guy. In other words, she questions that she
\>\> has
\>\> any demonic blood.
\>\>
\>\>
\>\> Chapter 27 p. 257-58 (and the scene is not changed so much but it now
\>\> reads differently due to the changes.  Very funny.)
\>\>
\>\> Marcheline doesn't want Anna to get a ride to school with Ash and
\>\> gives
\>\> her a host of reasons as to why it's not a good idea for her to spend
\>\> time with just one boy. Marcheline ends on a rant forbidding Anna to
\>\> date "yet."
\>\>
\>\> Anna finds herself issuing a stream of lies that end with her telling
\>\> her mother that Ash is gay.  (you have to read it and how it's
\>\> written
\>\> page 257)
\>\>
\>\> This makes the whole scone scene hilarious -- Ash identifying the
\>\> spices
\>\> and his love of cooking.  Anna finds that it plays right into the
\>\> hand

KIM00186380

>> she dealt Marcheline.
>>
>>
>> Chapter 28 p. 267-69
>>
>> Anna confesses to Ash that she told her mom he's gay in order to
>> spend
>> time with him. He admits that his parents have forbidden him to see
>> her
>> too (remember they constructed a seating chart) and that it would be
>> ok
>> if she were a Sentinel.
>>
>> Anna tells him they're star-crossed before the first date, like Romeo
>> and Juliette.
>>
>> Ash tells her it's not as bad as that -- they won't end up dead. Anna
>> is
>> upset by his words bc she realizes that he is the one boy she could
>> have
>> fallen in love with who will have to destroy her if she turns out to
>> be
>> the girl he's looking for . . . !
>>
>>
>> Chapter 35 p. 352 - 58
>>
>> Ash brings Anna home from the party after she's been out with Taylor
>> and
>> Amanda. Aunt Brie offers him her scone recipe and buys Anna's story
>> that
>> he's gay.
>>
>> Marcheline is unfriendly and suspicious. Anna thinks her mom doesn't
>> believe her but since she's never lied before, Marcheline doesn't
>> challenge it outright. Anna notes that she should feel guilty about
>> lying but doesn't really.
>>
>> Anna has a confrontation with Marcheline and her aunt. Tells them
>> they're keeping secrets about her and about themselves. That they're
>> a
>> family and shouldn't have any secrets. Marcheline accuses
>> her of being melodramatic.
>>
>>
>> Chapter 42 p. 418 / 421-22
>>
>> Anna realizes that her aunt and mother are probably supernatural
>> beings
>> as well.  She recalls what we tell the reader at the beginning of the
>> story -- that there are no pictures of the aunt, the mother or the

>> dad
>> in the house. She thinks it's because they don't age. What if they're
>> all Sentinels? Or something else?
>>
>> Baen talks about the fact that the unique properties in AK -- Devil's
>> Triangle, electromagnetic fields, gravitational pull of the poles and
>> Aurora Borealis phenomena make it impossible for them to tell humans
>> from non-humans. Ash says he already explained this.  Anna muses
>> about
>> how well her aunt and mother have kept her hidden.
>>
>>
>> Chapter 43 p. 428 / 432 / 439
>>
>> Anna decides that it's time to confront her mother and her aunt. But
>> she'll do that tomorrow when she's not so angry and has had time to
>> organize a plan of attack.
>>
>> Anna asks Ash why his parents waited so long to have kids -- they're
>> hundreds of years old-- are there other sibs? He explains that
>> they're
>> all about maintaining a balance with nature and that they're kind
>> doesn't have a lot of kids or even very often.
>>
>> When Ash is discussing the Kindred, Anna asks if her mom and aunt
>> could
>> be Kin. Ash says not likely bc they would be raising her in the
>> tradition of their people, teaching her to wield the elements, that
>> sort
>> of thing. Plus, he says, they wouldn't keep her dad's Sentinel
>> heritage
>> a secret if they were kin.
>>
>>
>> Chapter 44 p. 446
>>
>> Anna realizes that she's "that girl," that it's always been her. She
>> questions how she could have demonic blood. Which of her parents?
>>
>>
>>
>> Chapter 46 p. 479
>>
>> Anna has a confrontation with vampire who mouthed the name "Elise"
>> when
>> he saw her. She wonders what he knows and how she can find out more
>> from
>> him.
>>
>> When he grabs her arm, he tells her that though she looks like "her"
>> he

```
>> knows she's not -- that she's something else entirely. He tells her
>> that
>> they need to talk.
>>
>>
>> Chapter 49 p. 499 / 502
>>
>> The vampire from Sanctuary tells her that she said it wasn't the
>> right
>> time or the right place at Sanctuary for them to talk, so what else
>> was
>> he to do but have her brought to his home? Anna feels that it's all
>> her
>> fault her friends were kidnapped too.
>>
>> The vampire tells her he's Julian. Anna connects the dots that this
>> is
>> the very same Julian that Marcheline has screamed about when she
>> called
>> her "Elise," that he was Elise's husband and that he killed her.
>> Anna
>> realizes that he knows her family and they know him -- and that all
>> along they knew he was a vampire. She wonders how many more layers of
>> lies she will uncover.
>>
>>
>> Chapter 50 p. 516-17
>>
>> Julian tells Anna that Elise is her mother. That she's been kept in
>> the
>> dark by her two aunties and that they've denied her heritage.
>>
>> Anna doesn't believe him. She refuses to believe him because it would
>> mean that her life has been constructed upon lies built on layers of
>> lies by everyone.
>>
>>
>> Chapter 52 p. 541 and on
>>
>> Elise tells Anna when she appears before her in the mirror in
>> Julian's
>> house that the mirror is a portal between the worlds.
>>
>> Elise explains that they are in the land of Faery, "Annwyn," on the
>> Isle
>> of Avalon.
>>
>> Anna asks if she is her aunt -- Elise doesn't answer but talks about
>> Marcheline being unable to fulfill her duty to the Goddess.
>>
>> On the last page, Elise tells Anna that she is indeed her mother.
```

```
>> Anna
>> cries out in anguish for her mother as she drops her into the mist.
>>
>>
>> Chapter 53. p. 549 / 550
>>
>> Anna calls out for her mother. She realizes she's in that land where
>> she
>> so often walks in her dreams. Annwyn -- and she can see the Isle of
>> Avalon in the distance.
>>
>> She is excited that Elise is her mother. Elise is powerful, the High
>> Priestess of Avalon and Anna feels that she will look out for her in
>> ways that no one else can or would. She wants Elise to love her and
>> to
>> accept her in a way that Marcheline never could.
>>
>> Small changes in the last few pages where Anna refers to Elise as her
>> mother in her thoughts.  She tells Ash nothing.
>>
>>
>>
>>
>> Anna hisses at him that this isn't the time and it isn't the place
>> (not
>> with Ash and his family right there). Later she will regred that she
>> said those words.
>
> --------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> --------------------------------------------------
```

KIM00186384