# EXHIBIT 51

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** BLUE MOON RISING
**Date:** Sun, 01 May 2011 15:59:16 -0800 (AKDT)
**Attachments:** Blue_Moon_Rising_Prospect_Agency.docx; Blue_Moon_Rising_Prospect_Agency_pdf.pdf

Hi Emily -

First, I want to say THANK YOU for the careful attention you are giving
my ms. I believe that each edit I've made has really made a difference
to the story -- and I'm a bit too close to the project to see these
things for myself.

I've broken down the changes here for you by chapter and page number and
followed all that we discussed except --- I don't see Anna as having
been a "mean girl" before. Let me explain --

Anna does have demonic blood. But her demonic heritage is coming out
now as her 17th birthday approaches and that makes her have darker
impulses than she's had before and she's struggling with that. She'll
struggle more as the story unfolds. In the direction I want to take
with the story, the message really is about choice. Anna may be
experiencing dark impulses but she has free wil and choice to determine
the direction her path will take.

Will she stumble along the way? I hope so!

Does she enjoy watching Taylor and Amanda take a fall here and there?
Absolutely!

In the beginning, she's coming out of following along with the direction
Taylor has taken in her quest for popular girl status. I've worked a
few sentences here and there to explain that Anna is awakening. Her
eyes are now open. While she was never a "mean girl" she let the
wannabes do things for her (you'll see what I mean below). She is now
awakening to her own destiny and finding her choices of the past
unpalatable to the person she's becoming. That's part of why there's a
struggle between her and Taylor and Amanda. Anna is an alpha herself
and she's just beginning to see that.

AND A SURPRISE UNVEILED -- Taylor and Amanda are both part Succubus
demons Taylor is half and Amanda is 1/4. I had wanted to save this for
the next book but I think it answers your questions that you've been
having about why them, why now, did they suddenly change or were they
always mean girls? Really, their demons are emerging as they reach
their 17th birthdays too --- so they have some changes going on as well
but their choices are different from Anna's.

So here we go with the changes. Let me know what you think -- and
hopefully I'm getting closer!!! I am attaching different formats in
case you can't read. Please let me know when we can chat.



Lynne

CHAPTER 2 page 13

1. When Marcheline asks if Taylor and Amanda are bringing Anna home, bc it's a full moon day, Anna muses that Marcheline just LOVES Taylor and Amanda. They come from the "right" families, they dress nicely and do the "right" kinds of things, like cheerleading. Anna feels that Marcheline wants some of that "rightness" to rub off on her. But she doesn't understand why.

2. Anna notes that lately she feels Taylor is judging her and finds her lacking -- kind of the way she feels around her mother.

CHAPTER 36 page 361

1. When Anna asks Marcheline and her aunt if she's been taken, Marcheline tells her "everything's not always all about you." Marcheline loses her temper, takes Anna's chin in her hand and begins a rant about all that she's had to sacrifice because of Anna.

CHAPTER 7 page 65; 68-69

1. Anna realizes that her mom always takes Taylor and Amanda's side when there's a conflict and always has.

2. She thinks maybe it's because her mom has more in common with theym than she does with her; designer clothes, the power of a make over and cheerleading...

3. Anna had tried out for cheerleading to make Marcheline happy -- but she'd stunk like blue cheese.

4. Marcheline tells her that maybe the problem with her friends is her-- that Taylor and Amanda are cheerleaders and have a certain image to maintain. Anna needs to get with it.

5. Anna notes that Marcheline always misses the boat with her and it's like M is schizophrenic with her. Nice one moment and shredding her ego to bits in the next.

CHAPTER 10 page 92 - 93

1. Anna notes that Sara, Jessica and Dani had been wanting in to Club Taylor since school started -- a club Anna hadn't been aware existed.

2. Although Anna hated their sucking up, she accepted their cookies and study notes and had gone along with it to some degree. Anna didn't like that about herself. Anna feels she's stronger and better than that.

KIM00187057

3. Now Taylor and Amanda were the mean girls with their own wannabe fans.

CHAPTER 14 page 140

1. Marcheline tells Anna that she and Aunt Brie will be at a party at the gallery while Anna's at the school Halloween Dance. But that she'll be waiting for Anna at home by 11.

2. Marcheline says that Anna must stick with Brendan and must not for any reason go off somewhere by herself. She admonishes everyone to be careful bc bad things have been happening after midnight.

CHAPTER 27 page 259, 260

1. Marcheline's eyes flash with triumph when she tells Anna she can't date Ash. Anna knows that Marcheline is taking pleasure in telling her that.

2. Anna is furious with Marcheline which sparks her to lie.

CHAPTER 31 page 315

1. When Amanda invites her to get ready for "the party" with her and Taylor, Anna calls her on it.

2. Amanda lets her cheery mask slip and tells Anna that she's not like Anna; that she can't be on the outside looking in. She admires Anna's strength but tells Anna that it would be better if Anna stood with them rather than against them. That Taylor rules the school and wouldn't it be better to look back on high school and know that you had it all?

CHAPTER 33 page 319-320

1. Anna believes that Marcheline takes pleasure in keeping Anna from doing things that she really likes to do.

CHAPTER 35 page 361

1. Anna demands explanations from her mom and aunt. Marcheline tells her "everything's not always all about you." She takes Anna's chin in her hand and begins a rant about all that she's had to sacrifice because of Anna.

CHAPTER 36 page 372

1. In her dream, Elise tells her that the time is now. It is her time to choose. Her 17th bday approaches. (idea that this is why it is time

for her to connect with Elise. on her 17th bday prophecy will unfold.

2. Just as dream Elise is about to reveal that she's Anna's mother, Anna hears her father's voice! She runs toward the voice with Elise's words echoing in her ears that she must accept the truth of what she is -- that the truth will set them all free.

CHAPTER 43 page 431 - 433

1. Anna comes home from Ash's house after the demon confrontation and finds Marcheline and Brienne watching a movie. Anna is angry that they've kept her father's secret hidden from her all these years and demands that they talk.

2. Marcheline accuses Anna of being melodramatic 'What is it this time?"

3. Anna pulls her amulet out and tells them it's Wepwawet the Egyptian wolf god. There's no reaction.

4. Anna insists that Marcheline tell her. She says "you owe me."

5. And Marcheline loses it -- she starts laughing uncontrollably. She tells Anna that she owes her and calls her a whelp.

page 480

1. Jenny finds Anna in Sanctuary and tells her that they ran into Taylor and Amanda at La Mex -- and that Taylor and Amanda told them that they had seen Anna go into Koots with Ash.

2. Anna feels that it was possible they had seen her go into Koots. That Taylor's out to get her and that Amanda is so spineless she'll do anything Taylor wants in order to keep her Second in Command status.

CHAPTER 49 page 504

1. Julian reveals that he's been watching her and that he's the one who lured Ash to Sanctuary with promises that a vampire had information for him.

CHAPTER 50, page 524

1. Anna wants to believe Julian when he tells her that her father is alive. She wants them to be a family once more and will do anything to find her dad. She desperately hopes it's true.

CHAPTER 52, pages 541 - 546 and 549 - 552

1. Possessed Taylor tells Anna that she knows she's the Chosen One --
the girl of the prophecy -- and that she thought at first it was Taylor
or Amanda bc they're both part Succubus. Taylor is half and Amanda is
1/4.

2. Anna wonders whether Taylor and Amanda know what they are and how
that works.

3. Possessed Taylor explains that Succubi draw power from unsuspecting
men who find them attractive, which is pretty much the whole school. She
accuses Anna of being a wolf in a sheep's skin.

4. Anna asks Taylor where Amanda is (bc Taylor and Amanda tipped off
Brendan, Rachel, Jenny and Mason earlier at La Mex that Anna was at
Koots with Ash). Taylor gives Anna attitude. Amanda pops out from
behind a large potted plant and tells Anna that was hiding bc she was so
scared.

5. Anna doesn't exactly believe Amanda since she knows that Taylor and
Amanda tipped off her friends at Julian's bidding as part of his
diabolical plan to kidnap her. But still, she feels she cannot leave
either of them to the vampires' mercy.


Elise tells Anna that in spite of what others may tell her, whichever
choice she makes will be the right one for her.


CHAPTER 53 page 557

1. Anna feels that she recognizes the golden eyed wolf and immediately
runs to him. She feels a pull toward him.

2. Anna chooses to leave Elise and go find her father.

KIM00187060