# EXHIBIT 52

**From:** Lynne Freeman <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Thu, 09 Jun 2011 14:07:06 -0700

---

Hi Emily-

Just checking in. Is there a time we can discuss next week?

Lynne

Sent from my iPhone

On May 27, 2011, at 7:38 AM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

> Oh, I am so excited to read. The changes you outline sound very promising!
>
> Emily
>
>
> On 5/26/11 6:05 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Hi Emily -
>>
>> So the re-writes ended up being a bit more detailed and extensive than I
>> anticipated -- but all to the good! I'm happy with the changes and
>> think you will be as well. I've broken this down by topic for you.
>> Please let me know when we can schedule a meeting.
>>
>> Thanks :)
>>
>> Lynne
>>
>> The areas for revision were:
>>
>> 1. Scene where Lily wakes Anna up in her room to go to Sanctuary.
>> (details are below)
>>
>> This has been re-written with the two versions melded. Anna wants to go
>> to Sanctuary (bc a vampire is to meet Ash about one of the cursed
>> objects) because SHE wants to be the one to find the object. She wants
>> to prove to herself that she's not evil -- and she hopes that Ash and
>> his family will realize that when they see that she not only vanquished
>> the bruidseach demon but found a cursed object for them.
>>
>> Ash doesn't want her or Lily to go. Anna tells him that she's going
>> with or without him.
>>
>> 2. Why does Anna leave Sanctuary? (details are below)
>>
>> Anna has a terrible confrontation with Julian (she doesn't know it's

EXHIBIT 103 3/14/23 BEP

>> Julian). He threatens to expose her and tells her he wants to talk to
>> her alone, without her "dog." She walks away.
>>
>> Julian begins to approach her table. Mouths 'it's time to dance' at her
>> and points to his watch. He comes closer and closer to the table and
>> Anna realizes she's in danger of a confrontation. She picks a fight with
>> Ash and insults him, calling him a "watch dog" in order to get away.
>>
>>
>> 3. Dreams that her friends have. (details below)
>>
>> Anna's friends all dream about a large black wolf who warns them that
>> Anna's in danger. Later, at Julian's lair, Anna learns that Julian
>> compelled them to think they had had the same dream. It was part of his
>> plot to get her friends to lure her away from Ash.
>>
>>
>> 4. Mirror.
>>
>> It is foreshadowed now in several places with a history as to what it is
>> and how Anna can use it to cross the realms. Anna has the ability to
>> summon it as she is a descendant of Melusine.
>>
>>
>> 5. Elise.
>>
>> Much more about Elise and warnings from Elise.
>>
>> There are other smaller details that you've asked about that I added to
>> the chapters beginning with the scene where Lily wakes Anna.
>>
>>
>> THE MIRROR
>>
>> Chapter 21, p. 196
>>
>> In Anna's dream, her mirror self (Elise) warns Anna that she's in grave
>> danger and to use "Melusine's Mirror" to find her. Tells her she will
>> know when the time is right. Choices.
>>
>> Chapter 36, p. 371 on
>>
>> In Anna's dream, the wolf leads her to a tree where Anna finds the
>> mirror and recognizes it as Melusine's mirror. Her mirror self (Elise)
>> appears to her and explains that Melusine's descendants have the power
>> to summon the mirror. She explains the tale of Melusine -- that she was
>> a half fae maiden who grew up in Avalon and used the mirror to cross the
>> realms to meet her mortal lover. She warns Anna that such unions are
>> often ill-fated. And Anna makes the connection that perhaps her
>> relationship with Ash is ill-fated as well.
>>
>> Elise tells her that the time is coming to make an important choice. Her
>> 17th birthday approaches and with it her transformation.
>>

&gt;&gt; Anna notices that the mirror's frame is not just silver and gold
&gt;&gt; curlicues, the design is actually two dragons facing one another -- head
&gt;&gt; to head at the top and tails entwiining at the bottom. Elise tells her
&gt;&gt; that Melusine was said to have taken the form of a dragon in order to
&gt;&gt; watch over her descendants. When Elise grabs Anna's hand, Anna notices
&gt;&gt; both dragons' eyes opening -- and that the dragons are coming alive.
&gt;&gt;
&gt;&gt; Elise warns Anna that she's in danger, that she's been trying to warn
&gt;&gt; her. The ravens are her messengers. A relationship with Ash puts Anna
&gt;&gt; in terrible danger. Some loves just aren't meant to be.
&gt;&gt;
&gt;&gt; Elise tells Anna that she is an agent for change and transformation.
&gt;&gt; Destruction and annhilation. Humanity has turned its back on nature.
&gt;&gt; The land suffers. War is inevitable. Anna runs away from Elise when she
&gt;&gt; reaches out to her through the mirror because Anna isn't ready to know
&gt;&gt; anymore about her role -- her destiny. Anna decides she doesn't want to
&gt;&gt; know the truth after all. Not yet.
&gt;&gt;
&gt;&gt; Ch 52 - entirety
&gt;&gt;
&gt;&gt; Taylor smears a mirror with blood and it begins humming. Anna responds
&gt;&gt; to its call and recognizes it as Melusine's mirror. When her mirror
&gt;&gt; self appears to her this time, Anna knows that it is Elise, her mother.
&gt;&gt; Anna decides that she is ready to know the truth and chooses to cross
&gt;&gt; the realms by going through the mirror.
&gt;&gt;
&gt;&gt; Elise explains that she is in Avalon.
&gt;&gt;
&gt;&gt; She tells Anna that she is tied to the mirror and it to her as a
&gt;&gt; descendant of Melusine -- and she can use it to cross the realms through
&gt;&gt; it as well as bring back those on the other side (who are not otherwise
&gt;&gt; able to cross over themselves).
&gt;&gt;
&gt;&gt; Elise warns her that it is not quite her time yet -- that she has a
&gt;&gt; choice to make of critical importance and that it would be better for
&gt;&gt; her to wait until her 17th birthday, when she has more knowledge and
&gt;&gt; power than she does now. Elise explains that there is a test she must
&gt;&gt; face and that she needs knowledge first. Anna doesn't want to wait.
&gt;&gt; Elise tells her to remember that whichever choice she makes will be the
&gt;&gt; right one for her -- and that perhaps facing the test now is part of her
&gt;&gt; path.
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt; TO SANCTUARY REVISED
&gt;&gt;
&gt;&gt; Chapter 45, page 459 to the end of the chapter.
&gt;&gt;
&gt;&gt; Lily wakes Anna and insists that Anna should be given a choice. Anna
&gt;&gt; asks what is going on and Ash explains that a vampire says he wants to
&gt;&gt; talk about one of Ronan O'Faolain's cursed objects that Cook brought to
&gt;&gt; AK.
&gt;&gt;
&gt;&gt; Anna smiles triumphantly because she realizes exactly what she needs to

\>\> do. She ends up manipulating Ash and insisting that she goes to
\>\> Sanctuary. Anna needs to prove to herself that she's not evil. She
\>\> hopes that if she can recover an object that Ash (and his family) will
\>\> remember that she did that and that she vanquished a demon, when the
\>\> truth about who and what she really is comes out.
\>\>
\>\> Anna does her own make up and likes how powerful she looks and feels.
\>\>
\>\> When Anna rides Ash as a wolf, she feels as though something about that
\>\> experience is very right -- that it's her due for him to serve her. She
\>\> lets out a war maiden's cry of delight when she's at the top of the
\>\> wall.
\>\>
\>\>
\>\> SANCTUARY REVISED
\>\>
\>\> Chapter 46, beginning p. 469 on
\>\>
\>\> Anna is less afraid and more excited about what she will find in
\>\> Sanctuary. More active and less a sense of things happening to her.
\>\>
\>\>
\>\> AT SANCTUARY
\>\>
\>\> Chapters 47, 48 beginning p. 479
\>\>
\>\> Anna has her confrontation with the vampire and he tells her he wants to
\>\> talk to her alone -- without her dog. He grips her arm and when she
\>\> gets worried about what he's going to say or do (he's told her he knows
\>\> who and what she is), the bouncer starts to walk toward them. She walks
\>\> away to Ash to decide whether or not to leave with Jenny.
\>\>
\>\> Anna decides she needs to stay to get info about the cursed object. And
\>\> then the vampire catches her eye. He mouths that it's time to dance and
\>\> points at his watch. She understands that he's going to confront her in
\>\> front of Ash and she knows she'd better get out of Sanctuary. Quick.
\>\>
\>\> The tension builds with the vampire setting down his drink and starting
\>\> toward her table. She mouths back at him to wait. He nods. She gets
\>\> into a fight with Ash about him being too much of a watch dog and
\>\> leaves. Lily tells Ash he is being a watch dog.
\>\>
\>\> Anna makes her way toward the vampire and when she reaches him he turns
\>\> his back to the MacKays and puts an index finger to his lips, motioning
\>\> her to go ahead. She's terrified that he's following her and she's
\>\> leading him to Jenny. How will she explain what's going on to Jenny?
\>\> When she reaches Jenny and the bouncer, she turns around to find the
\>\> vampire has vanished. She wonders why the vampire wanted to get her away
\>\> from Ash only to disappear.
\>\>
\>\> *When Jenny (and later her other friends) describe the dream they all
\>\> had about her, they tell her that a large black wolf appeared to them.
\>\> She thinks its a mesage from Athair Mo Chroid.
\>\>

KIM00156011

```
>>
>> JULIAN'S LAIR
>>
>> Chapter 49, beginning p. 503
>>
>> Julian tells Anna that he compelled her friends to think they had the
>> same dream about her -- and wasn't the black wolf a nice touch? He tells
>> her she'll have to wait to know how he knew about the wolf.
>>
>> Julian expresses regret that he had to trick her to get her away from
>> Ash. He admits that he was the one who spread the word that a vampire
>> had info on a cursed object -- the whole plan had been so easy. He was
>> to lure Ash away and Anna's friends were to lure her out. Even though
>> the plan didn't go as expected, he got her away from Ash.
>>
>> p. 516 - on
>>
>> Julian decides to have Rachel eaten by one of the demons. Anna pleads
>> with him -- Rachel, Jenny and Bren are her best friends and Mason's
>> important to her, too. Anna wants to prove to herself that she's a good
>> person so she offers herself in exchange for them being set free. Julian
>> laughs and points out that he already has her. She counters with the
>> fact that he doesn't have her willingly. The two barter and Anna ends
>> up agreeing to do anything willingly so long as it doesn't involve
>> hurting someone. She sees the trap but enters into the bargain of her
>> own free will to prove her "goodness" the way she thinks a heroine
>> would.
>>
>>
>> Chapter 50
>>
>> Julian tells Anna that Elise is her mother. That Marcheline was not able
>> to do her duty by their goddess and that Dante took her away from him.
>>
>> Anna doesn't want to believe him but the pieces fit.
>>
>> She wonders how her dad and Elise came to be her parents.
>>
>>
>> TWO WOLVES and WHY
>>
>> Chapter 52
>>
>> Elise tells Anna that there is a test she must pass in order to free her
>> father. There are always tests (in fairy tales). Anna can use
>> Melusine's mirror to cross the realms and bring those back with her who
>> would not otherwise be able to cross on their own.
>>
>> Chapter 53
>>
>> Anna finds the two wolves chained to the tree and realizes that this is
>> the test. She doesn't know which one to free and decides that she can
>> cheat the test by freeing both of the. She notes that in stories it
>> never works out well to try to cheat the test.
```

KIM00156012

\>\>
\>\> She feels a pull toward one first, gray eyes, -- her dad -- and a
\>\> different kind of pull toward the other, the wolf with the yellow eyes.
\>\> The pull she feels from the yellow-eyed wolf is stronger and she feels a
\>\> sense of urgency to release him.
\>\>
\>\> Chapter 54
\>\>
\>\> Anna believes that she has failed the test -- she freed the wrong wolf.
\>\> She is devastated. She chastises herself for not waiting, for not
\>\> staying to learn more from Elise. She wonders when she can go back and
\>\> make things right.
\>\>
\>\> Chapter 55
\>\>
\>\> Anna finds out that the wolf she freed is Ronan O'Faolain -- a terrible
\>\> demon. She recalls that Elise said that whatever choice she made would
\>\> be the right one for HER. Anna wonders if she's evil because her choice
\>\> was to unleash Ronan upon the world. But, Anna believes that evil is a
\>\> choice -- .
\>\>
\>\>
\>\>
\>\> Randoms
\>\>
\>\> p. 256
\>\>
\>\> Father wolf Athair Mo Chroid, tells her to choose wisely when the time
\>\> comes.
\>\>
\>\> p. 313
\>\>
\>\> Anna talks about Rachel and Jenny as being her "true" best friends. The
\>\> best of best friends she's ever had. Anna wonders why then, does she
\>\> still fees some sense of connection with Taylor and Amanda...
\>\>
\>\> Chapter 52
\>\>
\>\> Elise tells Anna that the ravens are her messengers and that she's tried
\>\> to warn Anna that she's in danger
\>
\> ------------------------------------------------
\> Emily Sylvan Kim
\> esk@prospectagency.com
\>
\> Prospect Agency
\> 551 Valley Road, PMB 377
\> Upper Montclair, NJ 07043
\> 718-788-3217 (w)
\> 718-360-9582 (f)
\> http://www.prospectagency.com
\> ------------------------------------------------
\>
\>

&gt;
&gt;

KIM00156014