# EXHIBIT 53

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Blue Moon Rising
**Date:** Thu, 23 Jun 2011 13:37:24 -0800 (AKDT)
**Attachments:** Correct.docx

Hi Emily -

Okay -- I hesitate to say this but, I think we're there. . . !

Please let me know when we can discuss.

Lynne

The areas I was to address:

1. Why Anna was ever friends with Taylor and Amanda. Why we should care that a toxic friendship has ended bc her new friends are so much better.

I took this thread and went through the entire novel making changes. The loss of T and A should feel poignant to the reader because these three girls have 9 years of history together. They've been friends since they were 7 years old and in the second grade.

They've gone through all kinds of phases together growing up (this is spelled out in ch 2 and then a bit more in ch 4). They have matching picture frames by their beds with a photo taken when they were about 9, playing dress up at Anna's house. They used to hang out in Anna's library and read the books together looking for the most unusual titles and so on. These girls are family to Anna -- they are what she imagines having sisters would be like.

When they break up with her it is devastating. What the reader should sense is that they are changing suddenly and that there's somethign a little strange about that -- just as Anna's abilities are acting up with the start of the new school year, so too are Taylor's antics and Amanda's willingness to follow along with Taylor's plans. All of a sudden, Taylor and Amanda are into fashion, hair, make-up and boys, which should make sense to the reader by the end of the novel when we learn that they are Succubi. This is probably part of their nature.

Just as Anna is coming into her powers with her 17th birthday, so too are they. The story is now revised to account for sudden changes with their behavior etc from the beginning.

2. Why does Marcheline like T and A and try to promote the friendship?

The history that their family has with these girls is certainly part of the reason she likes them. She's known them since they were little



EXHIBIT 109 3/16/23 BEP

109

KIM00134635

tykes. Also, Taylor's mom owns the art gallery where Marcheline's art is sold. The Vaughns (T's parents) are patrons of the arts and all that -- so Marcheline does have a vested interest in promoting the friendship. Anna tells us this in ch 2.

3. More Marcheline and the conflict between mother and daughter.

Anna notes that she's never felt that close to M even though she really loves her. She and M have little to nothing in common. They don't look alike. They don't like the same things. In fact, Anna feels at times that M is afraid of her (ch 2). Anna has fantasized since she was a child that she was a changeling (ch 2).

Marcheline is a little afraid of Anna. She doesn't like Anna growing up and wants to doubt that she's the child of the prophecy. She tries to control Anna's appearance, her social life, her activities and what she's allowed to know about herself, her father and their family. Marcheline acts out of fear. She isn't comfortable with physical affection or even being touched by Anna (ch 2).

The conflict between them is spelled out pretty strongly now in the first few chapters and carried out throughout the novel. But the reader should also sense that they love each other -- hence the conflict. Anna notes that she doesn't understand M -- probably any more than M understands her. It's a mature observation she makes in the beg chapters.

4. Marcheline as the uptight artist.

Marcheline is uptight. She speaks in a rigid and controlled manner, she's obsessive about Anna, obsessive about controlling Anna, obsessive about her art and a little whacky with a temper to boot. She means well most of the time but there is some little part of her that can't help but lash out at Anna / Elise . . .

Marcheline's art is discussed in a few threads throughout the book. We know her art is evocative -- what she intends the viewer to feel, they feel. Her buyers believe the art has a life force energy of it's own and is embued with mystical properties. Marcheline spends hours mixing her own pigment made from crushed gem stones and precious metals. Anna and Brienne don't see her but in passing when she's working on a series (end of ch 14).

She's launching a new series at the gallery on Halloween night, her Midnight Moon series, and gives Anna the impression that Anna should be going to the gala with her and Brienne rather than wanting to go to a Halloween dance with her friends. (This also explains why Marcheline and Brienne would be out Halloween night and why they would allow Anna to go to the dance, wanting her to seem normal but demanding that she is home by 11:30. M tells the kids in this scene that even though the teens who have been taken have been in a bad part of town, they should all be home early -- nothing good ever happens after midnight).

KIM00134636

5. Taylor and her snake ring / end of book Taylor scene.

Taylor is 1/2 Succubus and just like Anna, she and Amanda will come into their full powers on their 17th birthdays.

She's adopted and that's why she didn't know she was a Succubus. Julian told her she was adopted and her parents admitted it when she confronted them (she tells Anna this in their scene together at the end of the book).

Anna and Taylor have a conflicted relationship. All three girls are drawn toward one another but Taylor and even Amanda feel threatened by her to some degree. More on this relationship can be explored in the next book but the idea is that perhaps they were always drawn toward one another bc they share demonic blood. WIth Taylor so strongly Succubus and Amanda part, they are threatened by Anna -- . Never before have boys found anyone more interesting than T and now the senior boy has at the beg of the story and Ash.

Anna feels sorry for Taylor in spite of herself because Taylor has grown up shrouded in secrets, kept from her by the very people she should be able to trust -- her family -- just like Anna.

Taylor says she was born to be bad bc she's a Succubus demon. Anna tells her that while they both have demon blood, evil is a choice and that Taylor can choose.

Amanda didn't know she was a quarter Succubus. Both of her parents have Succubus blood but it's so diluted that essentially, they don't know. Amanda is less aggressive than Taylor and more of a follower. Bc she carries Succubus blood, she's going to follow T over Anna if given a choice.

I want to leave the reader with a question here about what will happen between Taylor, Amanda and Anna.


6. Show Anna reading / studying etc.

Anna loves books. Brendan gives her a hard time about whether or not she watches TV and calls her a book worm.

Anna is studying when her aunt brings the tea to her room. Reading a book about Religion, Spells and Magic of the ancient world.

Anna's love of the library and her history of spending time in it with Taylor and Amanda over the years is discussed.


7. Designer Labels.

References to designer names are gone:)

KIM00134637

8. Anna in Reading Glasses.

Oh this was fun! Anna notes that her vision has been bothering her since school started -- eye strain and headaches -- so she can't wear her glasses for distance anymore or her contact lenses. Aunt Brie thinks that her supplements are finally working after all of these years (riiight!). Anna has to wear readers like "someone's grandmother."

In the scene where she drops her pencil, she now has a sneezing attack and sneezes them right under Ash's desk.

I have edited subsequent chapters where she's in class to reflect that she has readers. GREAT idea!!!

---

OUTLINE OF EDITED CHAPTERS

CHAPTER 2

Gently revised to explain the conflict between Marcheline and Anna; Anna's fascination with Tarot and why Marcheline wants Anna to stay friends with Taylor. The reader will know from the very opening of the story.

1. Not only does Marcheline ridicule Anna for using Tarot cards, she sometimes looks at her as though she's afraid of her. So Anna no longer confides in her.

2. Paragraph where "Aunt Brienne is the one person I can share this part of myself with." Added that there is an invisible wall that separates M and A from understanding each other. And although M has tried to mold her, A will never be a good reflection of her.

3. When M asks her what she was reading so late at night that captivated her interest to be up past 11:30, A recalls that she'd been doing a Tarot spread under the light of the full moon -- the one that resulted in her vision that morning. Something in A's expression gives her away because M gives her a hard time about the cards and asks when she'll give up those childish things --

4. M asks if Taylor and Amanda are bringing her home. A points out that M loves Taylor and Amanda because they do the right sorts of things -- cheerleading, choir -- and are interested in the kinds of things girls their age should be interested in according to Marcheline -- not "books about arcane subjects no one cares about anymore" or "fairytales, magic and nonsense." Anna reckons that it doesn't hurt that T's parents

are patrons of the arts and that T's mother owns a prominent art gallery that displays M's art. !!!

5. Anna explains that she and Taylor and AManda have been best friends since they were 7. They've gone through the American doll craze (Taylor), the horse craze (Amanda) and the all things fantasy craze (Anna) together. They love one another and are like family.

6. Anna years for a deeper connection with her mother but realizes that this isn't something M is capable of. That Anna doesn't understand M anymore than M understands Anna. Anna used to pretend that she was a changeling -- that her fairy mother had left her with Marcheline and that some day she wouldd take Anna away with her. Things were less complicated when she was a child. Now she realizes that M is disappointed in her -- in who she is.

7. When Anna gets out of the car, she hugs her mom but feels exasperated as usual when M shrinks back from her hug.

CHAPTER 3

1. Now begins with Anna running into the door at school and seeing Ash.

2. Anna explains that she and Taylor and Amanda have been friends since 2nd grade and that she feels they are like the sisters she never had. They've been best friends for 9 years through thick and thin. ONe for all and all for one.

3. Anna now wears reading glasses -- she used to wear contact lenses for distance but over the past 3 weeks she no longer needs them. Aunt Brienne told her that the supplements she was giving her must finally be working after all these years. Anna sneezes in class and the glasses go flying off her nose and under Ash's desk.

CHAPTER 4

1. Anna feels that Taylor hasn't been herself since school started a few weeks back and wonders if something's wrong with Taylor. Decides that must be it. Then Taylor makes her angry and Anna loses her cool.

2. Little threads to tell the reader that Taylor and Amanda are both acting differently lately -- both obsessed with their appearance -- hair makeup clothes and that's new

3. When they break up with her, Anna recalls the photo that they each had framed last Christmas and that they all 3 keep by their beds. The photo was taken when they were 9 -- they were playing dress up. Their frames have a quote by Marion C. Garretty about sisters and childhood. Anna notes that both are dead for her.

CHAPTER 5

1. Public speaking is the number 1 ranked fear people have -- death number 2

2. More of Anna noting that Ash isn't her type. He can have any girl so she doesn't like him. A bit of banter over that in a few places.

3. She puts her reading glasses on -- feels like she shouldn't care bc she already sneezed them under his desk earlier that morning.

CHAPTER 6

1. Anna is about to leave the school and head out to the parking lot and doesn't want to run into Taylor and Amanda. She thinks whatever is going on with them, they'll snap out of it soon and be sorry for how they've treated her.

2. p. 61 We learn about the missing girls (this was always there but intern didn't realize it. Ash mentions it as a reason he took Anna home to Marcheline. (Anna mentions it again at the beginning of ch. 7, hoping that that's not the only reason Ash took her home).

CHAPTER 7

1. Anna realizes that she likes Ash, even though he's not her type.

2. She heads toward the kitchen and passes by the library -- old-fashioned library with floor to ceiling books and a rolling ladder. She reminisces about Taylor and Amanda and how they used to love that room, etc.

3. Rest of chapter subtle re-writes and sharpening up with Marcheline and Anna and the fact that secrets are being kept from her

CHAPTER 8

1. WHen Aunt Brienne brings tea to her room, she interrupts Anna reading a book on ancient civilzations' magic, spells and religion

CHAPTER 9

1. Small mention of Marcheline's art and that it's unusually evocative, such that the viewer feels and experiences what M intended (more on her art later)

CHAPTER 10

1. Brendan says that Taylor is being a bitch this year -- it's like she thinks she's Blair from Gossip Girl (instead of saying he's always disliked her. Want to have the theme about Taylor being that she's changed lately).

CHAPTER 11

1. Tuned up Taylor's skin breaking out a notch -- reminding reader that

Anna had wished it on her earlier that day

CHAPTER 14 -

1. Brief description of M's art at the end of the chapter. IT's Halloween night and the debut of M's Midnight Moon series at the gallery.

CHAPTER 21

1. When Brienne tells Anna that the story about Elise and Julian and Marcheline and Dante isn't hers to tell -- Anna asks WHY? Elise tells her it's complicated but that Anna's mother made her promise she would let her be the one to tell Anna. Patience Anna.

CHAPTER 32

1. Anna feels that Marcheline takes pleasure in denying her request to spend the night with Jenny and Rachel and then duping her into going to Amanda's house.

2. Anna wants to stand up to Marcheline and tell her what she really thinks and how she really feels but she worries what that might do to her. She acknowledges that she couldn't bear for something to happen to Marcheline -- not after what happened to her dad and her grandparents.

CHAPTER 52

1. Taylor tells Anna that she (T) is 1/2 Succubus and that she's adopted. She didn't know she was adopted until Julian told her so and when she confronted her parents, they admitted it was true.

2. Anna feels sorry for Taylor in spite of herself. She realizes that Tyalor has lived with secrets the whole of her life and that the people she counted on the most, her family, ept those secrets from her -- just like Anna.

---