# EXHIBIT 54

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon
**Date:** Sat, 13 Aug 2011 13:32:49 -0800 (AKDT)
**Attachments:** Blue_Moon_Rising_8_PDF.pdf

---

And here it is in PDF :)

On Wed, Aug 10, 2011 at 12:29 PM , Emily Sylvan Kim wrote:

> Hi Lynne,
>
> Just writing to check in. How are things going?
>
> Emily
>
>
> On 7/15/11 11:15 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Emily:
>>
>> Thank you for your time and input today. I am looking forward to
>> tightening the ms up and appreciate your enthusiasm and
>> encouragement!
>>
>> Lynne
>>
>>
>> On Fri, Jul 15, 2011 at 6:52 AM , Emily Sylvan Kim wrote:
>>
>>> Hi Lynne,
>>>
>>> I am looking forward to our talk today. Can we push it back to
>>> 2:30?
>>> I
>>> have made some notes at the beginning of the book on how I think you
>>> can
>>> easily streamline. Take a look before we talk! Looking forward to
>>> it!
>>>
>>> Emily
>>>
>>>
>>> On 6/23/11 8:48 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>>>
>>>> IN PDF just in case :)
>>>
>>> ---------------------------------------------
>>> Emily Sylvan Kim
>>> esk@prospectagency.com

EXHIBIT 111  3/16/23 BEP

KIM00139438

```
>>>
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> ----------------------------------------------
>
> ----------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ----------------------------------------------
```