# EXHIBIT 55

**From:** Lynne Freeman <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon
**Date:** Tue, 16 Aug 2011 08:57:33 -0700

Yay

Sent from my iPhone

On Aug 16, 2011, at 8:48 AM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

Yes it is here and I have can't wait to read it!

*Connected by DROID on Verizon Wireless*

-----Original message-----

**From:** Lynne Freeman <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Sent:** Tue, Aug 16, 2011 14:09:33 GMT+00:00
**Subject:** Blue Moon

Hi Emily--

I sent the revised ms to you over Tge weekend. Just want to be sure you received it.

Tx:)

Lynne

Sent from my iPhone

