# EXHIBIT 56

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Blue Moon - THIS VERSION
**Date:** Sun, 09 Oct 2011 13:03:31 -0800 (AKDT)
**Attachments:** Blue_Moon_Rising_23.docx

---

CORRECT VERSION.

Hi Emily -

I'm excited by this version of the ms.! I think you will be, too -- and I believe we're ready to go.

I have addressed EVERYTHING we discussed in our last meeting and made revisions accordingly. Please let me know when you are free to meet to discuss. !!! So excited :)

---

CLIFF NOTES VERSION OF CHANGES:

In a nutshell, the Prologue and ch 1 are re-written. Prologue = Anna casting a circle and doing a Tarot spread. A ritual she does every full moon. You know right from the beginning that this girl is SPECIAL and MYSTICAL. The Tarot vision from the prologue before is pared down to a few paragraphs so that these 5 pages snap.

Chapter 1 is re-written with more SHOW and less tell. We don't read all about Anna's abilities anymore -- you've already seen some of them in Prologue and you'll see more as story unfolds. The chapter opens with Anna and her mom bickering -- Marcheline is worried bc of the newspaper article about the MISSING GIRLS which Anna didn't read that morning. M tells A that the police have figured out that girls are going missing for 24 hours during the FULL MOON days. Remainder of 1 is pared down but gives you the basics, such as AK setting and that she's on her way to school.

MISSING GIRLS --The re-writes now have mention of the MISSING GIRLS sprinkled throughout the chapters, the principal making an announcement that the city council has issued a TEEN CURFEW, students buzzing about it --. This adds some tension and keeps the tension mounting as you wonder what's happening -- and whether what's happening is connected to Anna's visions, dreams, etc. and later whether Ash is involved.

TAYLOR AND AMANDA - Taylor was never Anna's friend. She's a cheerleader Anna knows from school and now that Amanda has made the team, Amanda breaks up with Anna to hang out with the cheerleaders. Amanda isn't really mean about it. She's just going in a different direction and likes being a part of the cheerleaders (whom Anna has called the CHEERBOTS).



EXHIBIT 113 3/16/23 BEP

AMANDA'S character is enriched from the original versions of the ms. and it works better to have Taylor be someone that Amanda is drawn toward. Less meanness and more of a plausible reason why the girls are no longer close.

MARCHELINE - Marcheline does not forbid Anna to do Tarot but she's definitely against it. She tells Anna in ch 1 that yes, she used to read the cards too but that she gave all of that up when they moved to AK. She doesn't want to see Anna all starry eyed into her cards to the point that she can't see what's right in front of her -- like what happened to Marcheline when Dante was killed. There is the sense that Marcheline, Anna, Brienne all feel something something is coming -- something "wicked this way comes."

MARCHELINE keeps Anna in the dark about who and what she is because she's hoping against hope that Anna won't be The One. When Anna questions her in detail about it -- on the night that Anna vanquished the demon -- Marcheline (now) admits that there are some things she hasn't been telling Anna. But it's late at night and they should talk tomorrow. Only tomorrow doesn't happen bc this is the night Anna goes out to Sanctuary.

ALASKA - more AK --about houses, lack of zoning and that we have Quonset huts next to office buildings -- yes, that's true -- this is described during Anna's ride home on Ash's motorcycle. Little bits of AK setting are added in where appropriate in other chapters.

HALLOWEEN --Anna plans to go to her mother's Midnight Moon opening and her costume is for that event -- it's a costume party bc it's on Halloween night -- Rachel, Jenny and Brendan planned to drop by the gala on their way to the dance. (BTW, the dance has been moved to 7 pm ending at 10 bc of the TEEN CURFEW, which is 11). Marcheline forbids Anna to go bc the dance is on the FIRST NIGHT OF THE FULL MOON. Anna will be better off with her and Aunt Brie at the art gala.

When Ash asks Anna to meet him at the dance, she decides she will find a way to SNEAK AWAY and meet him. When Marcheline sabotages her costume she feigns a stomach ache and stays home -- wtih Brienne's help -- and then sneaks out with her friends.

WHY ANNA LEAVES WITH ASH TO MEET THE VAMPIRE AT SANCTUARY: I strongly feel that for Anna this is about her needing to prove to herself that she's GOOD not EVIL -- that evil is a choice. She's curious as well and there's an element of wanting to prove to Ash and the MacKays that she's good. But most importantly, this is about how she feels about herself and her choices.

I believe this is a plausible and realistic reason for someone who is 17. At that age, there is such a feeling of invincibility that it's reasonable for Anna to take this risk. And she isn't an ordinary 17 year old anyway. There is a part of her character that courts danger.

LA MEX SCENE - is pared down. They run across the street to La Mex to get take out for their co-ed slumber party. Anna texts Ash that she's at

Jenny's. The CURFEW bit is woven into this chapter and the preceeding chapter. As they get their take out, Anna is feeling relieved because she got away from the vampire. She doesn't worry that he's seen where she's going or that he would follow her -- because he hasn't. She feels safe with her friends. -- it's nearly 11 (CURFEW) when she leaves Sanctuary so she only has a few minutes to go with them to get the take out and head home.

JULIAN AND ANNA - she tells him he'll never get away with taking all 5 of them. People will notice. He points out that Alaska has the highest number of missing persons who are never found than all of the other states. Twice the national average!

AND -- Julian tells Anna that not only is her DAD NOT DEAD, her aunties have been lying to her about how he "died." There was no elevator explosion (in this version of the ms Anna doesn't tell Ash how he died and all that -- it's kept a mystery until the Julian scene in ch 52.). Anna has headaches about the accident bc her mother and aunt put a spell on her. They thought he was dead but they didn't want Anna to remember what really happened that day.

JULIAN admits that he turned Dante into a Sanguine, keeping him from dying while at the same time making him into an abomination among his own kind.

---

CHAPTER BY CHAPTER --

PROLOGUE - New!

The book opens up with Anna casting a circle and doing a Tarot spread. I feel strongly that Tarot is a part of who this character is which is why originally the story opened with her vision but starting at the beginning with the casting is much better.

There is a brief, condensed form of the vision out in the snow here, whittled down to a few paragraphs. The vision ties into meeting Ash and what is going on with the girls -- the sense of something being wrong.

CHAPTER ONE - New!

Anna and Marcheline's conversation shows the reader rather than telling how these 2 characters don't understand one another. Marcheline is carping on Anna about her cards and reading and is irritated that Anna didn't read the paper this morning with the headline about the missing girls. This is thrown to the reader right away to build on that sense that something is wrong.

When Anna challenges her about the cards, pointing out the Brienne does it and that Marcheline used to do it too, Marcheline surprises Anna by saying that YES she did and doesn't want to see Anna making her same mistakes -- all starry eyed and not seeing what's right in front of her

nose until it's too late.

The chapter ends with Marcheline telling Anna that the article in today's paper draws connections -- the girls are all Anna's age and the takings are at the full moon. We know that today is a full moon day with Anna being driven to school by her mom and that Marcheline has issues wit the full moon -- spewing bizarre facts about the full moon and drawing connections between accidents etc and the full moon. . . !

CHAPTER TWO

Slight revision. Anna's best friend is Amanda, who just made cheerleader the month before school started. She finds Amanda in trig class sitting with Taylor Vaughn instead of her usual place with Anna.

CHAPTER THREE -Revised

Anna hopes that the cheerleading thing is just a passing phase for Amanda. After all, she and Amanda have always indulged one another in their various phases. She is polite to Taylor, even though she doesn't want to be, because it's important to Amanda.

Locker break up scene with Amanda is now about Amanda wanting to move her locker to be with Taylor and the other cheerleaders. Amanda explains that she loves being a cheerleader while she knows that Anna hates it, after all, Anna calls them "cheerbots."

Anna tries to deny it but can't. Amanda says she can't be herself and hang out with Anna anymore, that Anna makes her feel guilty for enjoying cheerleading, parties and all the trappings of that life. Amanda points out that Anna is very sure of herself and who she is, while she, Amanda, is trying to figure all of that out. She needs some time away.

CHAPTER FOUR - slight revision to account for changes above

CHAPTER FIVE - New Paragraph descriptive of Alaska neighborhood

Descriptive paragraphs about Anchorage's chaos and charm as Ash drives Anna home from school on his motorcycle. Urban city of 300,000 uniquely situated in the heart of the wilderness. Moose in driveways and parking lots, runaway bears in the shadow of downtown Anchorage's skyscrapers. Quonset huts along side modern office buildings.

CHAPTERS SIX, SEVEN, EIGHT - slight revisions to account for the changes in 1-5

CHAPTER NINE - New!

After the scene in Ch 8 where Brienne and Anna talk about the newspaper article, Ch 9 begins with Anna asking her aunt what she and Marcheline were talking about when Anna came home from school.

Brienne explains that the women in the family have psychic gifts, just as in other families, musical talent is inherited. Marcheline turned

her back on her own gifts after Dante died because she didn't see it coming -- and felt that she should have. Marcheline believes Anna would be better off not living her life relying on these gifts.

CHAPTER TEN - New!

New sequence between Anna, Amanda and Taylor during first hour, trig.

Whole school is buzzing about the article in yesterday's paper about the missing teens. Principal makes an announcement during second hour that city council had an emergency meeting and there is a citywide teen curfew.

CHAPTERS Eleven - Thirteen - minor revisions and added chapter break where passage too long.

CHAPTER FOURTEEN - New!

Removed scene where Anna tells how her father died. Not sure that this is critical for the reader to know just yet. Reader will learn about it through telling dialogue between Anna and Julian, the vampire.

Snippets of dialogue where Marcheline forbids Anna to go to the dance. No business going to a dance at the full moon with girls going missing. All sorts of bad things happen at the full moon . .

CHAPTER FIFTEEN - New scenes toward end

Anna feigns illness to stay home bc she is mad at Marcheline for sabotaging her costume. Sneaks out with friends. Feels a little guilty and wonders if things might turn out badly

CHAPTER SIXTEEN -

Amanda warns Taylor to be careful in the bathroom scene with Taylor -- doesn't want to see Anna get hurt

CHAPTER SEVENTEEN - New scene toward end

Ash comments that Taylor is a piece of work. Anna tells him she can't understand why Amanda is friends with her or would want to be.

CHAPTER TWENTY-TWO = New!

When Anna returns from the dance with Brendan, she decides to cast a cirlce for her monthly Tarot spread ritual -- its the first full moon in October and All Hallow's Eve -- Hunter Moon.

LOTS OF SMALL CHANGES IN OTHER CHAPTERS TO BE CONSISTENT

CHAPTER 52 -

Julian tells Anna that not only is her dad not dead, her aunts cast a spell on her to give her headaches so she wouldn't remember what really

happened that day. Her aunts thought he was killed and Julian made it look that way. Julian admits he turned Dante into a Sanguine before imprisoning him -- making him anathema among his own kind.

CHAPTER 53- 55

Confrontation is now with Taylor and Amanda. Amanda confesses she fees jealous of Anna -- 2nd best-- and that she knows Anna has powers. Interesting twist.

KIM00143920