# EXHIBIT 57

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** MASQUED
**Date:** Wed, 11 Apr 2012 08:20:49 -0800 (AKDT)
**Attachments:** Masqued.docx

Hi Emily -

Here it is in Word. Let me know if this works :)

Lynne



KIM00154158