# EXHIBIT 58

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: MASQUED
**Date:** Tue, 15 Jan 2013 13:29:07 -0900 (AKST)
**Attachments:** Masqued_Pitch

---

Trying again

On Tue, Jan 15, 2013 at 2:27 PM , Emily Sylvan Kim wrote:

Still did not work :(

On 1/15/13 5:26 PM, "LYNNE FREEMAN" <lynnef@gci.net> wrote:

Oh nooo!  I'm anxiously awaiting your thoughts and you have no attachment.  Well boo.  I'll try again.  New email system.  Grrr.

----- Original Message -----
From:
"Emily Sylvan Kim" <esk@prospectagency.com>

To:
"LYNNE FREEMAN" <lynnef@gci.net>
Cc:

Sent:
Tue, 15 Jan 2013 16:18:08 -0500
Subject:
Re: MASQUED

Hi Lynne,

I can't wait to read, but there was no attachment!

Please resend!
Emily

On 1/15/13 4:12 PM, "LYNNE FREEMAN" <lynnef@gci.net> wrote:

Hi Emily -

I've considered what you said during our meeting last week carefully.  I agree that Anna needs to take charge of her magical journey.  It's okay that things are happening to her



EXHIBIT 115 3/16/23 BEP

but we're missing the scene where she decides to accept the calling and take control or harness her mystical powers  There are also a few other gaps.

I'm attaching my idea of a synopsis / pitch and really need your help in terms of your thoughts (this is very rough).  I've looked at lots of book covers and borrowed heavily from the formula and blurbs I've seen.  I think this is the direction the book should be taking -- and I think I can address the gaps / missing info pretty easily.  I'm just not !00% sure.

What do you think?
Help!!!!!!!!!!!!!!!!!!!!!!!!!!!

Lynne


---

Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com

---

---

Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com

---

KIM00195363

She's the ultimate weapon.

He's sworn to destroy her.

Their love is forbidden.

Annalise St. Claire has been marked by the hand of destiny. And strange things are happening to her. Ravens stalk her, visions haunt her and she can fight like a trained assassin—even though she's never had any instruction. With her rare ability to wield talents of both Shadows and Light, Anna is special even among the Kindred—powerful, elemental witches descended from the Priestesses of Avalon and Atlantis.

In the frozen wilds of Alaska—the one place in the world the Unseen cannot recognize one another—Anna is determined to take control of her powers. Her world is turned upside down when she meets the gorgeous and lethal Ash McKay, whose family is hunting her. Anna can't resist his allure even though she knows she's risking her life and the secret of her family's existence. As she tries to find her way in a world she never knew existed, she encounters hidden dangers and choices she never thought she'd have to make—between the boy she loves and her destiny, between love and duty, Shadows and Light . . .

Their love is forbidden. When Anna finds out who and what she really is, will she accept her destiny? Loving Anna goes against everything Ash has been taught to believe. Can he destroy her—or is their love strong enough to cross an ancient divide?

KIM00195364