# EXHIBIT 59

**From:** "LYNNE FREEMAN" <lynnef@gci.net>
**To:** "Emily Sylvan Kim" <esk@prospectagency.com>
**Subject:** MASQUED
**Date:** Sun, 27 Jan 2013 21:50:01 -0900
**Attachments:** Chapter_Outline.docx

Hi Emily -

Here is the chapter outline. Please let me know what you think. I'm ready ready ready to go!

Best :)

Lynne



KIM00198163