**PROPOSED TO BE FILED UNDER SEAL**

<u>**EXHIBIT**</u> **61**

**PROPOSED TO BE FILED UNDER SEAL**