# PROPOSED TO BE FILED UNDER SEAL

**<u>EXHIBIT 62</u>**