PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 63**