**PROPOSED TO BE FILED UNDER SEAL**

**<u>EXHIBIT</u> 64**