# PROPOSED TO BE FILED UNDER SEAL

**<u>EXHIBIT</u> 68**