# EXHIBIT 1

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = wolff, tracy
Search Results: Displaying 4 of 63 entries




Labeled View

*Crave.*

**Type of Work:** Text
**Registration Number / Date:** TX0008899681 / 2020-10-02
**Application Title:** Crave.
**Title:** Crave.
**Description:** Electronic file (eService)
**Series:** Crave; Volume 1
**Copyright Claimant:** Tracy Wolff. Address: 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States.
**Date of Creation:** 2020
**Date of Publication:** 2020-04-07
**Nation of First Publication:** United States
**Authorship on Application:** Tracy Wolff, pseud. (author of pseudonymous work); Citizenship: United States. Authorship: text.
**Pre-existing Material:** text, text not written by author, including marketing materials in back.
**Basis of Claim:** text, text written by author.
**Rights and Permissions:** Liz Pelletier, Entangled Publishing, 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States, (724) 208-7888, payments@entangledpublishing.com
**ISBN:** 9781640638952
**Names:** Wolff, Tracy, pseud.
Wolff, Tracy




| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = wolff, tracy
Search Results: Displaying 22 of 63 entries

Labeled View

***Crush.***

**Type of Work:** Text
**Registration Number / Date:** TX0008904189 / 2020-10-16
**Application Title:** Crush.
**Title:** Crush.
**Description:** Electronic file (eService)
**Series:** Crave; Volume 2
**Copyright Claimant:** Tracy Deebs-Elkenaney. Address: 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States.
**Date of Creation:** 2020
**Date of Publication:** 2020-09-29
**Nation of First Publication:** United States
**Authorship on Application:** Tracy Wolff, pseud. of Tracy Deebs-Elkenaney (author of pseudonymous work); Citizenship: United States. Authorship: text.
**Pre-existing Material:** text, text not written by author, including marketing materials in back.
**Basis of Claim:** text, text written by author.
**Rights and Permissions:** Liz Pelletier, Entangled Publishing, 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States, (724) 208-7888, payments@entangledpublishing.com
**ISBN:** 9781682815786
**Names:** Deebs-Elkenaney, Tracy
Wolff, Tracy, pseud.

| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = wolff, tracy
Search Results: Displaying 17 of 63 entries

Labeled View

***Covet.***

**Type of Work:** Text
**Registration Number / Date:** TX0009017543 / 2021-04-30
**Application Title:** Covet.
**Title:** Covet.
**Description:** Electronic file (eService)
**Series:** Crave; Volume 3
**Copyright Claimant:** Tracy Deebs-Elkenaney. Address: 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States.
**Date of Creation:** 2021
**Date of Publication:** 2021-03-02
**Nation of First Publication:** United States
**Authorship on Application:** Tracy Wolff, pseud. of Tracy Deebs-Elkenaney (author of pseudonymous work); Citizenship: United States. Authorship: text.
**Pre-existing Material:** text, text not written by author, including marketing materials in back.
**Basis of Claim:** text, text written by author.
**Rights and Permissions:** Liz Pelletier, Entangled Publishing, 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States, (724) 208-7888, payments@entangledpublishing.com
**Copyright Note:** C.O. correspondence.
**ISBN:** 9781682815816
**Names:** Deebs-Elkenaney, Tracy
Wolff, Tracy, pseud.

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |

Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



11/16/23, 2:10 PM WebVoyage Record View 1

Copyright
United States Copyright Office

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = wolff, tracy
Search Results: Displaying 9 of 63 entries

previous
next

Labeled View

*Court.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009200126 / 2022-02-11 |
| **Application Title:** | Court. |
| **Title:** | Court. |
| **Description:** | Book, 707 p. |
| **Series:** | Crave; Volume 4 |
| **Copyright Claimant:** | Tracy Deebs-Elkenaney. Address: 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-02-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Tracy Wolff, pseud. of Tracy Deebs-Elkenaney (author of pseudonymous work); Citizenship: United States. Authorship: text. |
| **Pre-existing Material:** | text, text not written by author, including marketing materials in back. |
| **Basis of Claim:** | text, text written by author. |
| **Rights and Permissions:** | Liz Pelletier, Entangled Publishing, 10940 S Parker Rd., Suite 327, Parker, CO, 80134, United States, (724) 208-7888, payments@entangledpublishing.com |
| **Copyright Note:** | C.O. correspondence. |
| **ISBN:** | 9781649370600 |
| **Names:** | Deebs-Elkenaney, Tracy<br>Wolff, Tracy, pseud. |

previous
next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record / Format for Print/Save |

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=9&ti=1,9&Search_Arg=wolff%2C tracy&Search_Code=NALL&CNT=25&REC=0&RD=0&RC=0&PI... 1/2

Case 1:22-cv-02435-LLS-SN Document 282-1 Filed 11/22/23 Page 9 of 9

Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page