**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br><br>*Plaintiff,*<br><br><br>-against-<br><br><br>TRACY DEEBS-ELKENANEY, et al.,<br><br><br>*Defendants.* | Case No. 1:22-cv-02435-LLS-SN<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed Plaintiff's Request of Judicial Notice in Support of Her Motion for Summary Judgment, and for good cause shown, IT IS HEREBY ORDERED THAT:

(1) Plaintiff's requests for judicial notice is GRANTED;

(2) This Court takes judicial notice of the following:

(A) the dates of publication of the books entitled *Crave, Crush, Covet* and *Court* contained on the applicable copyright registrations printed out from the United States Copyright Office's public online catalog;

(B) the statements made by Defendant Tracy Wolff ("Wolff") in a YouTube Podcast by Hank Garner in which he interviews Wolff in his Podcast entitled Author stories Podcast Episode 1072 Wolff Returns with Covet, including, but not limited to, the statements made by her Wolff at timecode [00:15:00-16:00];

(C) The copyright registrations printed from the United States Copyright Office's public catalog for the books *Crave, Crush, Covet* and *Court,* which are publicly available on the United States Copyright Offices website at *https://www.copyright.gov* and were attached under Exhibit 1; and

1

(D) Hank Garner's Author Stories Podcast Episode 1072/Tracy Wolff

Returns with Covet, which is publicly available at the following website:

*https://hankgarner.com/author-stories-podcast-episode-1072-tracy-wolff-returns-with-covet/.*

**SO ORDERED.**


Dated: _____, 2023          By:

                                         _____
                                         Hon. Sarah Netburn
                                         U.S. Magistrate Judge

2