UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN,<br><br>   Plaintiff,<br><br> -against-<br><br>TRACY DEEBS-ELKENANEY, et al.<br><br>   Defendants. | Case No. 22-cv-02435 (LLS)(SN)<br><br>**JOINT STIPULATION ON AUTHENTICITY OF EVIDENCE** |

To this honorable Court, all parties, and their attorneys of record,

PLEASE TAKE NOTICE THAT Plaintiff, Lynne Freeman, and Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, Universal City Studios LLC, Emily Sylvan Kim, and Prospect Agency, LLC (collectively "Defendants") hereby jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. KIM00351461—KIM00351464 , and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among  Emily Kim and her assistant at that time, Ellen Brescia.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. WOLFF0097494—WOLFF0097499 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Emily Kim and Tracy Wolff.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. KIM00347988—KIM00349138 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Emily Kim and Tracy Wolff.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. WOLFF0095644—WOLFF0095653 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Emily Kim and Tracy Wolff.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. ENTANGLED0074452—ENTANGLED0074464 and confirm that the

evidence at these Bates Nos. are true and correct copies of text conversations between and among Elizabeth Pelletier, Tracy Wolff, and Emily Kim.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. KIM00351667—KIM00351687 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Elizabeth Pelletier and Emily Kim.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. ENTANGLED0073726—ENTANGLED0073734 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Elizabeth Pelletier and Emily Kim.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. KIM00352321—KIM00352455 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Stacy Abrams and Emily Kim.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. WOLFF0095644—WOLFF0095653 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Tracy Wolff and Emily Kim.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. ENTANGLED0073444—ENTANGLED0073470 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Elizabeth Pelletier and Emily Kim.

The Parties further jointly stipulate as to the authenticity of evidence produced by Defendants at Bates Nos. ENTANGLED0074207—ENTANGLED0074219 and confirm that the evidence at these Bates Nos. are true and correct copies of text conversations between and among Elizabeth Pelletier and Emily Kim.

Dated: November 22, 2023  
New York, New York

Respectfully submitted,

By: */s/ Stephen M. Doniger*  
Scott Alan Burroughs, Esq.  
Stephen M. Doniger, Esq.  
DONIGER / BURROUGHS  
247 Water Street, First Floor  
New York, New York 10038  
(310) 590-1820  
stephen@donigerlawfirm.com  
scott@donigerlawfirm.com  
*Attorneys for Plaintiff*

By: /s/ Benjamin H. Halperin  
Nancy E. Wolff  
Benjamin H. Halperin  
CeCe M. Cole  
41 Madison Avenue, 38th Floor  
New York, New York 10010  
Tel: (212) 974-7474  
nwolff@cdas.com  
bhalperin@cdas.com  
ccole@cdas.com  
*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

By: /s/ Lance H. Koonce  
Lacy H. Koonce, III  
KLARIS LAW PLLC  
29 Little West 12th Street

3

4

New York, NY 10014
Phone: (917) 612-5861
lance.koonce@klarislaw.com
*Attorneys for Defendants Emily Sylvan Kim and Prospect Agency, LLC*

Case 1:22-cv-02435-LLS-SN   Document 285   Filed 11/22/23   Page 5 of 5