**CDAS**

December 8, 2023

**VIA ECF**
The Honorable Sarah Netburn
S.D.N.Y. Thurgood Marshall Courthouse
New York, NY 10007

      Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, 1:22 Civ 02435 (LLS)(SN)

Dear Judge Netburn:

      The parties write jointly to request a further modification of the page limits and allocations for the remainder of summary judgment briefing. As outlined below, this request would have Defendants respond to Plaintiff's consolidated opening copyright brief with their own consolidated opening/opposition copyright brief, with state-law issues broken off into separate shorter briefing. This letter does not request a modification of any dates or the procedure for *Daubert* briefing.

      The existing procedure under the Amended Scheduling Order and Second Amended Scheduling Order (ECF Nos. 260, 269, clarified by ECF No. 271), is as follows:

- Plaintiff's opening consolidated copyright brief (filed Nov. 22): 30 pages
- Publishing and Prospect Defendants' opening/opposition briefs (due Dec. 22): 50 pages each
- Plaintiff's opposition/replies to the Publishing/Prospect Defendants' briefs (due Jan. 31, 2024): 40 pages each
- Publishing and Prospect Defendants' respective reply briefs (due Feb. 21, 2024): 15 pages each

The parties jointly request that the remaining briefing be modified as follows:

- Briefs due Dec. 22:
    - Defendants' consolidated opening/opposition brief on copyright claims: 60 pages
    - Prospect Defendants' opening brief on state-law claims: 20 pages
- Briefs due Jan. 31:
    - Plaintiff's consolidated opposition/reply brief on copyright claims: 50 pages
    - Plaintiff's opposition brief on state-law claims: 20 pages
- Briefs due Feb. 21:
    - Defendants' consolidated copyright reply brief: 20 pages
    - Prospect Defendants' state-law reply brief: 10 pages

      The above proposal gives the parties equal page length for copyright issues (80 total pages each), and further reflects that only the Prospect Defendants will affirmatively move on state-law issues.

      The parties thank the Court for its time and attention to this matter and respectfully request that their proposal be adopted.

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue
38th Floor
New York, NY 10010

9454 Wilshire Blvd
Suite 901
Beverly Hills, CA 90212

cdas.com

Respectfully submitted,

By: /s/ Benjamin S. Halperin
Benjamin S. Halperin

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
Nancy E. Wolff
Benjamin H. Halperin
CeCe M. Cole
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel: (212) 974-7474
Fax: (212) 974-8474
nwolff@cdas.com
bhalperin@cdas.com
ccole@cdas.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*


Stephen M. Doniger
stephen@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Counsel for Plaintiff Lynne Freeman*

