UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

LYNNE FREEMAN,    Case No. 1:22-cv-02435-LLS-SN

    Plaintiff,

  -against-

TRACY DEEBS-ELKENANEY, et al.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## WITHDRAWAL OF APPEARANCE OF LAURA M. ZAHARIA

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Mr. Stephen M. Doniger hereby submits this notice of withdrawal of Ms. Laura M. Zaharia as she is no longer associated with the Doniger / Burroughs law firm.

We respectfully request that the Clerk update the docket as indicated above.

                              Respectfully submitted,

Dated: December 18, 2023      By:    */s/ Stephen M. Doniger*
New York, New York                    Stephen M. Doniger
                                          (admitted *pro hac vice*)
                                          DONIGER / BURROUGHS
                                          247 Water Street, First Floor
                                          New York, New York 10038
                                          (310) 590-1820
                                          stephen@donigerlawfirm.com