UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN,<br><br>      Plaintiff,<br> -against-<br><br>TRACY DEEBS-ELKENANEY, et al.,<br><br>      Defendants. | 22-CV-02435 (LLS)(SN)<br><br>**[PROPOSED) ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE COPYRIGHT CLAIMS** |

  Having considered Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff ("Wolff"), Entangled Publishing LLC ("Entangled"), Emily Sylvan Kim ("Kim"), Prospect Agency, LLC ("Prospect"), Holtzbrinck Publishers, LLC d/b/a Macmillan ("Macmillan"), and Universal City Studios LLC ("Universal") (collectively, "Defendants") Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment, and all responses thereto, the Court orders as follows:

  1. Summary judgment in favor of Defendants and against Plaintiff Lynne Freeman on Count V for Copyright Infringement against Wolff, Entangled, Kim, Prospect, and Macmillan is **GRANTED**;

  2. Summary judgment in favor of Defendants and against Plaintiff Lynne Freeman on Count VI for Contributory Copyright Infringement against Wolff, Entangled, Kim, Prospect, and Macmillan is **GRANTED**;

  3. Summary judgment in favor of Defendants and against Plaintiff Lynne Freeman on Count VII for Vicarious Copyright Infringement against Wolff, Entangled, Kim, Prospect, and Macmillan is **GRANTED**; and

  4. Summary judgment in favor of Defendants and against Plaintiff Lynne Freeman on Count VIII for Declaratory Relief against Wolff, Entangled, and Universal is **GRANTED**.

                SO ORDERED

                _____
                Hon. Sarah Netburn
                United State Magistrate District Judge

Dated: New York, New York
   _____,