# EXHIBIT J

# Videotaped Deposition of
# Elizabeth Tzetzo

March 15, 2023

Freeman

vs.

Deebs

**Confidential**



www.aptusCR.com | 866.999.8310

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3                ***CONFIDENTIAL TRANSCRIPT***
 4    ------------------------------------x
 5    LYNNE FREEMAN, an individual,
 6                      Plaintiff,
 7         -against-                      Civil Action No.
 8    TRACEY DEEBS-ELKENANEY P/K/A         1:22-cv-02435-LLS
 9    TRACY WOLFF, an individual,
10    EMILY SYLVAN KIM, an individual,
11    PROSPECT AGENCY, LLC, a New
12    Jersey limited liability company,
13    ENTANGLED PUBLISHING, LLC, a
14    Delaware limited liability company,
15    ***CAPTION CONTINUED***
16    ------------------------------------x
17           VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                         ELIZABETH TZETZO
18                Wednesday, March 15, 2023
                     New York, New York
19                10:12 a.m. - 12:41 p.m.
                     HYBRID DEPOSITION
20
21
22              Reported stenographically by:
         Richard Germosen, FAPR, CA CSR No. 14391
23       RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
         NCRA/NJ/NY/CA Certified Realtime Reporter
24            NCRA Realtime Systems Administrator
                      Job No. 10115789
25
```

```
 1   ----------------------------------------x
 2   ***CAPTION CONTINUED***
 3   HOLTZBRINCK PUBLISHERS, LLC
 4   D/B/A MACMILLAN, a New York
 5   limited liability company,
 6   and UNIVERSAL CITY STUDIOS, LLC,
 7   a Delaware limited liability company,
 8                    Defendants.
 9   ----------------------------------------x
10         VIDEOTAPED TELECONFERENCED STENOGRAPHIC
11   DEPOSITION of ELIZABETH TZETZO, taken in the
12   above-entitled matter before RICHARD GERMOSEN, Fellow of
13   the Academy of Professional Reporters, Certified Court
14   Reporter, (License No. 30XI00184700), Certified Realtime
15   Court Reporter-NJ, (License No. 30XR00016800),
16   California Certified Shorthand Reporter, (License No.
17   14391), NCRA/NY/CA Certified Realtime Reporter, NCRA
18   Registered Diplomate Reporter, New York Association
19   Certified Reporter, NCRA Realtime Systems Administrator,
20   taken at the offices of REITLER KAILAS & ROSENBLATT LLP,
21   885 Third Avenue, New York, New York 10022, on
22   Wednesday, March 15, 2023, commencing at 10:12 a.m.
23
24
25
```

```
 1   A P P E A R A N C E S:

 2

 3

 4   DONIGER / BURROUGHS APC

 5   BY:   STEPHEN M. DONIGER, ESQ.

 6   603 Rose Avenue

 7   Venice, California 90291

 8   (310) 590.1820

 9   stephen@donigerlawfirm.com

10   Attorneys for the Plaintiff

11

12   COWAN DeBAETS ABRAHAMS & SHEPPARD LLP

13   BY:   NANCY E. WOLFF, ESQ.

14         -and-

15   BY:   CECE COLE, ESQ., (Via Zoom)

16   41 Madison Avenue

17   38th Floor

18   New York, New York 10010

19   (212) 974.7474

20   ccole@cdas.com

21   nwolff@cdas.com

22   Attorneys for the Defendants,

23   Tracy Deebs-Elkenaney P/K/A Tracy Wolff; Entangled

24   Publishing, LLC, Holtzbrinck Publishers, LLC, D/B/A

25   Macmillan; Universal City Studios, LLC
```

```
 4   ALSO PRESENT:
 5   JASON DUBINSKI, Legal Video Specialist
 6   WENDY SZYMANSKI, ESQ., Macmillan
```

```
 1    previously marked as exhibit 55.  It's a copy of the
 2    distribution agreement, the original distribution
 3    agreement for 2013 between Entangled and Macmillan.
 4              Have you seen this document before?
 5       A.     I have.
 6       Q.     All right.  And do I understand
 7    correctly that pursuant to the terms of this
 8    agreement, Macmillan is the exclusive distributor
 9    for Entangled?
10       A.     Yes.
11              ATTORNEY WOLFF:  Object to the form.
12              You can answer.
13              THE WITNESS:  Okay.
14              ATTORNEY WOLFF:  You can answer.
15       A.     Yes, we are the exclusive
16    distributor.
17    BY ATTORNEY DONIGER:
18       Q.     All right.
19              And, in fact, under grant -- I'm just
20    reading the first sentence.  It says:  By entering
21    into this agreement, the publisher grants Macmillan
22    for the term of this agreement the exclusive right
23    to distribute throughout the world all print books
24    and e-books that are published or scheduled for
25    publication by the publisher during the term of this
```

```
1    BY ATTORNEY DONIGER:
2         Q.      As you sit here today, do you know
3    the total amount paid to Entangled in connection
4    with the first four books of the Crave series?  Paid
5    by Macmillan?
6         A.      Paid by Macmillan?  No, I only know
7    the sales -- total sales numbers.
8         Q.      Okay.  Does Macmillan have any
9    knowledge or information about the creation of the
10   Crave series books?
11        A.      No.
12        Q.      Okay.  Anything that it knows it
13   would have just been told by Entangled or the
14   author?
15               ATTORNEY WOLFF:  Object to form.
16               You can answer, if you understand.
17        A.      No, we're not involved in the
18   acquisition of the books.
19        Q.      Okay.  So there is -- and just to be
20   clear, to the best of your knowledge, as a
21   representative of Macmillan, no one at Macmillan has
22   had any involvement in the creation of any of the
23   Crave books or storylines; is that right?
24        A.      Correct.
25        Q.      Going back to exhibit 76, it -- we
```

```
 1                    C E R T I F I C A T E
 2              I, RICHARD GERMOSEN, Fellow of the
 3    Academy of Professional Reporters, stenographic New
 4    Jersey Certified Court Reporter, New Jersey Certified
 5    Realtime Court Reporter, California Certified
 6    Shorthand Reporter, California Certified Realtime
 7    Reporter, NCRA Registered Diplomate Reporter, and
 8    NCRA Certified Realtime Reporter, do hereby certify:
 9              That ELIZABETH TZETZO, the witness
10    whose deposition is hereinbefore set forth, having
11    been duly sworn, and that such deposition is a true
12    record of the testimony of said witness.
13              I further certify that I am not related
14    to any of the parties to this action by blood or
15    marriage, and that I am in no way interested in the
16    outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto set
18    my hand this 20th day of March 2023.
19
20    _____
      RICHARD GERMOSEN,
21    FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
      NYACR, NYRCR
22    LICENSE NO. 30XI00184700
      LICENSE NO. 30XR00016800
23    California CSR No. 14391
      California CRR No. 198
24
25
```

Elizabeth Tzetzo | Confidential | Freeman vs. Deebs

```
 1        DECLARATION UNDER PENALTY OF PERJURY
 2   Case Name: Freeman vs. Deebs
 3   Date of Deposition: 03/15/2023
 4   Job No.: 10115789
 5
 6        I, ELIZABETH TZETZO, hereby certify
 7   under penalty of perjury under the laws of the State of
 8   New York     that the foregoing is true and correct.
 9        Executed this  21st  day of
10     April       , 2023, at   3:37              .
11
12
13                        _____Elizabeth Tzetzo_____
14                        ELIZABETH TZETZO
15
16   NOTARIZATION (If Required)
17   State of _____
18   County of _____
19   Subscribed and sworn to (or affirmed) before me on
20   this ____ day of _____, 20__,
21   by_____,     proved to me on the
22   basis of satisfactory evidence to be the person
23   who appeared before me.
24   Signature: _____ (Seal)
25
```