# EXHIBIT K

Videotaped Deposition of

# Cole Loveall

PMK for Universal

March 23, 2023

Freeman

vs.

Deebs

**Confidential**



1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4    LYNNE FREEMAN, an

5    individual,

6            Plaintiff,

7       vs.                              No. 1:22-cv-02435-LLS

8    TRACY DEEBS-ELKENANEY P/K/A

9    TRACY WOLFF, an individual;

10   et al.,

11           Defendants.

12   _____

13

14                         CONFIDENTIAL

15            VIDEO DEPOSITION OF COLE LOVEALL

16                    AS PMK FOR UNIVERSAL

17        Reported Remotely through Videoconference

18                      March 23, 2023

19

20

21

22

23   Reported by:
     Margaret A. Smith
24   RPR, CRR, CSR No. 9733

25   Job No.: 10115790

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF NEW YORK

 3

 4    LYNNE FREEMAN, an

 5    individual,

 6          Plaintiff,

 7       vs.                          No. 1:22-cv-02435-LLS

 8    TRACY DEEBS-ELKENANEY P/K/A

 9    TRACY WOLFF, an individual;

10    et al.,

11          Defendants.
      _____
12

13

14

15

16

17

18

19

20

21       Deposition of COLE LOVEALL taken on behalf of

22    Plaintiff, reported remotely through videoconference,

23    beginning at 1:09 p.m. PST, and ending at 2:27 p.m. PST,

24    on Thursday, March 23, 2023, before Margaret A. Smith,

25    RPR, CRR, Certified Shorthand Reporter No. 9733.
```

Cole Loveall | Confidential | Freeman vs. Deebs

```
 1   APPEARANCES (via videoconference):

 2

 3   FOR PLAINTIFF:

 4        CSREEDER, PC

 5        BY:  MARK PASSIN, ESQUIRE

 6        11766 Wilshire Boulevard, Suite 1470

 7        Los Angeles, California  90025

 8        310.861.2470

 9        mark@csrlawyers.com

10

11   FOR DEFENDANTS TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF;

12   ENTANGLED PUBLISHING, LLC; HOLTZBRINCK PUBLISHER, LLC,

13   D/B/A MACMILLAN; UNIVERSAL CITY STUDIOS, LLC:

14        COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

15        BY:  BENJAMIN HALPERIN, ESQUIRE

16        BY:  CECE COLE, ESQUIRE

17        9454 Wilshire Boulevard, Suite 901

18        Beverly Hills, California  90212

19        310.492.4392

20        bhalperin@cdas.com

21        ccole@cdas.com

22

23

24

25
```

Cole Loveall  Confidential  Freeman vs. Deebs

```
 1   APPEARANCES (via videoconference):
 2
 3   Also present:
 4        Spencer Benveniste, Aptus videographer
 5        Emily Birdwhistell
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Cole Loveall  Confidential  Page 4

www.aptusCR.com

```
 1   relationship is.
 2       Q    Okay.  You can put that exhibit down.
 3            I would like to show you what's been previously
 4   marked as Exhibit 58, which is a literary option
 5   purchase agreement between Universal Pictures and
 6   Entangled Publishing, LLC, and a cover letter and check.
 7            Would the videographer please post that in the
 8   chat room.  That's previously Exhibit 58.
 9   BY MR. PASSIN:
10       Q    Let me know when you have the document and
11   you're ready to proceed.
12       A    Okay.
13       Q    Please turn to Bates No. page Universal 000003.
14            And tell me, please, what this agreement is.
15       A    It's a literary option purchase agreement.
16       Q    Between whom?
17       A    Entangled Publishing, LLC, and Universal
18   Pictures, a division of Universal City Studios, LLC.
19       Q    And for what property is it for?
20       A    Crave, a book written by Tracy Deebs-Elkenaney,
21   PK Tracy Wolff, including -- I can read the rest if you
22   need me to.
23       Q    Go ahead.
24       A    Okay.  ███████████████████████████████████
25   ████████████████████████████████████████████████
```

| Cole Loveall | Confidential | Freeman vs. Deebs |

```
 1   ████████████████████████████████████████████
 2   ████████████████████████████████████████████
 3   ████████████████████████████████████████████
 4   ████████████████████████████████████████████
 5   ███████████████████████████████████████
 6   ████████████████████████████████████████████
 7   ████████████████████████████████████████████
 8   █████████████████████████████████
 9       Q    Okay.  In your own words, basically, what's
10   your understanding of what rights Universal acquired
11   pursuant to this agreement?
12       A    Can you scroll down.
13            Page -- sorry.  Let me find it.  Page 0000014.
14   Section 4, at the same time rights.  It says in the
15   third sentence, ███████████████████████████████████
16   ████████████████████████████████████████████
17   ██████████████████████████████
18       Q    All right.  And did you negotiate this
19   agreement?
20       A    I did.
21       Q    And you negotiated it on behalf of Universal?
22       A    To be clear, I negotiated the business points
23   on behalf of Universal.
24       Q    As opposed to what other points?
25       A    Legal points.
```

| | | |
|---|---|---|
| Cole Loveall | Confidential | Freeman vs. Deebs |

1  █████████████████████████████████████

2  ████████████████████████████

3         MR. HALPERIN:  Objection.  Calls for a legal

4  conclusion.  Objection to form.  Objection.  Asked and

5  answered.

6         THE WITNESS:  ███████████████████

7  ████████████████████████████████████

8  ██████████████████████████████████

9  ████████████████████████████████████

10 ████████

11        MR. PASSIN:  We can take a five-minute break

12 now.  I may be done too.  I just want to look at --

13        MR. HALPERIN:  Okay.

14        VIDEOGRAPHER:  The time is 2:13 p.m.  We are

15 off the record.

16        (Recess from 2:13 p.m. to 2:25 p.m.)

17        VIDEOGRAPHER:  Okay.  Back on the record.  The

18 time is 2:25 p.m. extra.

19 BY MR. PASSIN:

20    Q    Do you know anything about the development and

21 writing of the book Crave?

22        MR. HALPERIN:  Objection to the form.

23        THE WITNESS:  No.

24        MR. PASSIN:  I have no further questions.

25        MS. COLE:  CeCe, before we go off the record,

1    I, the undersigned, a Certified Shorthand Reporter of
2  the State of California, do hereby certify:
3    That the foregoing proceedings were taken before me
4  at the time and place herein set forth; that any
5  witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand,
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is a true record of the
10 testimony given.
11       Further, that if the foregoing pertains to the
12 original transcript of a deposition in a federal case,
13 before completion of the proceedings, review of the
14 transcript (X) was ( ) was not requested.
15       I further certify I am neither financially
16 interested in the action nor a relative or employee of
17 any attorney or party to this action.
18       IN WITNESS WHEREOF, I have this date subscribed
19 by name.
20 Dated: 4/4/2023
21
22       _____
23       Margaret A. Smith
24       RPR, CRR, CSR No. 9733
25

| Cole Loveall | Confidential | Freeman vs. Deebs |
|---|---|---|

DECLARATION UNDER PENALTY OF PERJURY

Case Name: Freeman vs. Deebs

Date of Deposition: 03/23/2023

Job No.: 10115790

I, COLE LOVEALL, hereby certify under penalty of perjury under the laws of the State of **CALIFORNIA** that the foregoing is true and correct.

Executed this **2ND** day of **MAY**, 2023, at **4:20 PM**.

_____
COLE LOVEALL

NOTARIZATION (If Required)

State of _____

County of _____

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20__, by _____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____ (Seal)