# EXHIBIT L

# In the Matter Of:

*LYNNE FREEMAN vs*

*TRACY DEEBS-ELKENANEY*

---

*LYNNE FREEMAN*

*March 24, 2023*

---



1

```
1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2         Civil Action No. 1:22-cv-02435-LLS-SN

3

4    LYNNE FREEMAN, an individual,

5           Plaintiff,

6       -vs-

7    TRACY DEEBS-ELKENANEY P/K/A
     TRACY WOLFF, an individual,
8    EMILY SYLVAN KIM, an
     individual, PROSPECT AGENCY,
9    LLC, a New Jersey limited
     liability company, ENTANGLED
10   PUBLISHING, LLC, a Delaware
     limited liability company,
11   HOLTZBRINCK PUBLISHERS, LLC
     D/B/A MACMILLAN, a New York
12   limited liability company, and
     UNIVERSAL CITY STUDIOS, LLC, a
13   Delaware limited liability
     company,
14
            Defendants.
15   _____/

16                DEPOSITION OF
                  Lynne Freeman
17       CONFIDENTIAL - ATTORNEYS' EYES ONLY

18            Friday, March 24, 2023
              9:04 a.m. - 6:19 p.m.
19               Pacific Time

20              Remote Location
            Via Zoom Videoconference
21            All Parties Remote

22

23

24   STENOGRAPHICALLY REPORTED BY:
     ERICA FIELD, RPR
25   JOB NO. 886198
```

2

```
 1   APPEARANCES:

 2


 3


 4   On behalf of the Plaintiff:
         DONIGER BURROUGHS
 5       603 Rose Avenue
         Venice, California 90291
 6       (310) 590-1820
         BY: STEPHEN DONIGER, ESQUIRE
 7       stephen@donigerlawfirm.com

 8


 9


10   On behalf of the Plaintiff:
         CSREEDER
11       11766 Wilshire Boulevard
         Suite 1470
12       Los Angeles, California 90025
         (310) 861-2475
13       BY: MARK PASSIN, ESQUIRE
         mark@csrlawyers.com

14


15


16   On behalf of Prospect Agency and Emily
     Sylvan Kim:
17       KLARIS LAW
         29 Little West 12th Street
18       New York, New York 10014
         (917) 822-7468
19       BY: LANCE KOONCE, ESQUIRE
         ZACHARY PRESS, ESQUIRE
20       lance.koonce@klarislaw.com
         zach.press@klarislaw.com

21


22


23


24


25
```

```
                                                         3
1    APPEARANCES CONTINUED:

2

3

4    On behalf of Tracy Deebs-Elkenaney p/k/a
     Tracy Wolff, Entangled Publishing, LLC,
5    Holtzbrinck Publishers, LLC d/b/a Macmillan,
     and Universal City Studios LLC:
6         COWAN, DEBAETS, ABRAHAMS & SHEPPARD
          41 Madison Avenue
7         38th Floor
          New York, New York 10010
8         (212) 974-7474
          BY: NANCY WOLFF, ESQUIRE
9         CECE COLE, ESQUIRE
          BENJAMIN HALPERIN, ESQUIRE
10        nwolff@cdas.com
          ccole@cdas.com
11        bhalperin@cdas.com

12

13

14   ALSO PRESENT:
          Tracy Wolff
15        Elizabeth Pelletier

16

17

18   VIDEOGRAPHER:
          Adriel Olvera
19        Isaac Orihuela

20

21

22

23

24

25
```

LYNNE FREEMAN vs                                                    Lynne Freeman
TRACY DEEBS-ELKENANEY           Attorneys Eyes Only           March 24, 2023

15

1   documents that demonstrate that Tracy Wolff

2   had access to your manuscripts?

3       A.   No.

4       Q.   Have you ever seen any written

5   documents that demonstrate that Liz Pelletier

6   had access to your manuscripts?

7       A.   I'm not sure about that.  I don't

8   know.

9       Q.   Where do you live right now?

10      A.   Where do I live?

11      Q.   Yes.

12      A.   I'm living in Santa Barbara right

13  now.

14      Q.   And do you also have a home in

15  Alaska?

16      A.   We sold our family home in Alaska.

17  We have another office and residence that

18  we -- it's an office where you can also

19  sleep.  There's a bedroom.

20      Q.   So do you split your time between

21  Alaska and California?

22      A.   Generally speaking, we had moved

23  back to Alaska to live and had not intended

24  to split our time between Alaska and

25  California, but I am what I view as stuck

22

```
 1    family law lawyer, did clients ever have

 2    disputes that would involve property that was

 3    subject to copyright?

 4        A.    No.

 5        Q.    So no clients or musicians or

 6    writers or filmmakers or --

 7        A.    Not in Alaska.

 8        Q.    Did any clients ask that you

 9    prepare copyright registrations for them?

10        A.    No.

11        Q.    You said you have been too busy to

12    do much consulting.  Are you engaged in any

13    other business right now?

14        A.    No.  This present case takes up my

15    time right now.

16        Q.    And how so?

17        A.    Well, it's taken over my life.

18    This case has a lot going on in it.  I'm not

19    a copyright lawyer.  I'm busy doing what I

20    can helping out with my lawyers, as I can, in

21    the case.

22              It's also very upsetting, so I

23    don't really have the focus right now to be

24    out practicing in my own field.

25        Q.    Let's go into your writing
```

29

1   read a bunch of his books because George

2   Lucas was influenced by him in creating the

3   Star Wars series.

4        Q.   Do these books give tips on how to

5   structure a novel?

6        A.   Sure.  Some books I have read

7   have.  It's been a long time since I've

8   looked at any of those.  But, yes, some books

9   do have tips on how to structure a novel.

10        Q.   And tips on how to move a plot

11   forward?

12        A.   Sure.

13        Q.   What's your understanding of what

14   plot means when you write a book?

15        A.   Plot is your overall sort of

16   skeleton of what's going to happen in your

17   story.

18        Q.   So would you say that what

19   constitutes a plot are a number of scenes

20   that move forward -- that move the storyline

21   forward?

22        A.   Yes.  The scenes do help move a

23   storyline forward.

24        Q.   Would you say that the Blue Moon

25   Rising/Masqued is your first full novel that

36

1   beauty of the nature of it.  And the aurora

2   borealis, we know that's magical too.

3        Q.    I would agree.

4              So you took your notes and then

5   you -- did you write a first draft of the

6   book or an outline or what was the process?

7        A.    Well -- okay.  So I took my notes,

8   and I wrote about a hundred 50 pages.  And I

9   sent it to two friends that I think are very,

10  very smart.  And I just asked them, look, I'm

11  crazy maybe, that I think that I can write,

12  or is this interesting to you what I'm put

13  together.  And I need you to be brutally

14  honest with me because I'm super busy.

15             I have a young kid at home, and

16  I'm full-time practicing law, and I'm doing

17  this at night, and I really feel excited

18  about what I'm doing, so I need you to tell

19  me what I think.  And that's what I did.

20       Q.    Who are your two friends?

21       A.    Jennifer Holland, who is an

22  attorney, and who is very intimidating

23  because she's very smart.  And then Michael

24  Garner is a guy that I've known since high

25  school, and we were in an honors -- super

37

```
 1   smart honors class together, and he's a very

 2   bright guy who also writes.

 3        Q.   What honors class is that?

 4        A.   Enriched Intensive Studies

 5   Institute, EISI.  You had to -- that's the

 6   class.

 7        Q.   Enriched -- Enriched --

 8        A.   Enriched Intensive Studies

 9   Institute at West Anchorage High School back

10   in the day.

11        Q.   Was that an English class or math

12   class?

13        A.   No.  I don't know how to describe

14   what it is.  But you had to be really

15   proficient or extraordinary in some area to

16   get in the class, whether it was mathematics

17   or science.  It could be art.  They pick -- I

18   don't know.  It might have been 10 or 15

19   students to be in it, and it was one of the

20   classes I was in with Mike.  That's how I met

21   him.

22        Q.   What was your proficiency?

23        A.   I have no idea why they let me in

24   there.  I don't know.  I went and

25   interviewed.  I'm somebody who took a lot of
```

1    what did you do?

2         A.   Well, I didn't -- I didn't know if

3    I was really finished or not.  But I went to

4    my smart friends, two of them that I consider

5    scary because they're much smarter that I am.

6    And they're attorneys.  And I gave a draft to

7    them to read and said could you just please

8    read it and give me a critique, which they

9    were both willing to do it.

10        Q.   And so they critiqued it?

11        A.   Well, yeah.

12        Q.   And what was the critique?

13        A.   Well, what ended up happening is

14   that I didn't get a critique back.  One of my

15   friends sent it to a contact of hers at

16   HarperCollins and that -- that's what

17   happened.

18        Q.   Without asking you?

19        A.   She told me after the fact because

20   she didn't want me to be upset, but yes.

21        Q.   Okay.  And do you know when that

22   took place?

23        A.   Yeah.  So that would have been --

24   I think it's like September of -- and I can't

25   be exact with this, but I feel like it's

Case 1:22-cv-02435-LLS-SN   Document 300-12   Filed 12/22/23   Page 12 of 56
LYNNE FREEMAN vs                                              Lynne Freeman
TRACY DEEBS-ELKENANEY            Attorneys Eyes Only          March 24, 2023

                                                                      40

 1   about September of 2010.

 2        Q.    And how did you find out about it?

 3        A.    Well, she told me.  She told me

 4   what she had done.  She's, like, look, I

 5   don't want to you to be mad but I'm sending

 6   this to Lucy, and I really hope that's going

 7   to be okay with me.  I'm, like, yes, it's

 8   okay with me.  I'm just -- yes.  So it was

 9   fine.

10        Q.    And who is Lucy?

11        A.    Lucy Vanderbilt.  She has a

12   different title right now, but it's basically

13   she's the publishing rights director of

14   HarperCollins UK, and I think nowadays they

15   changed the title to something like

16   international rights director.

17        Q.    Why did she think you might be mad

18   at her --

19        A.    I thought she was doing me a

20   tremendous favor.  She loved the book, and my

21   friend couldn't put it down and really

22   thought I had something exciting, and Lucy is

23   a very smart, no-nonsense person, who my

24   friend didn't even think would maybe have

25   time to read it but wanted her to see it.

43

1    again?  I don't want to ramble.

2         Q.    No.  I just was wondering what was

3    the next step after it went to the publisher.

4    What happened --

5         A.    So then it went to the fantasy and

6    children's editors.  Yes.

7         Q.    Do you know what editor that was?

8         A.    I can't tell you who is who, but

9    one was Rachel Denning.  And the other was

10   Emma, I think it's Kantor.

11        Q.    And did these editors accept your

12   book for publication?

13        A.    When you say, publication, does

14   that mean did they -- did they read it --

15        Q.    No.  Did they offer you a

16   publishing contact?  Did they want to publish

17   the book?

18        A.    No.  There were other steps that

19   happened before all that comes in --

20        Q.    What would those -- can you tell

21   me what happened next then after --

22        A.    Sure.

23        Q.    -- you went to the fantasy editor?

24        A.    Sure.  So I was given an e-mail to

25   see from both of those people that they liked

44

1   it.  They loved it.  It went to readers.  The

2   readers loved it, and then it went to sales.

3   And during this time -- somewhere in this

4   time, I started looking for agents.

5           And your question was what all

6   happened, so then that calls for me to tell

7   you, one or both of these editors -- I can't

8   recall now.  It's been a long time.  They

9   gave me the name of four UK agents to contact

10  and use their names with them.  And then I

11  was also, at that point, querying in the US

12  for an agent.

13      Q.    So were they saying that you

14  should get an agent for what reason?

15      A.    I think the idea was --

16          THE WITNESS:  Go ahead.  I'm

17      sorry.

18          MR. DONIGER:  Sounds like it's

19      calling for speculation as to what

20      their intention was.

21          But you can answer to the extent

22      that you know.

23      A.    Yeah, I am not -- nobody is making

24  me a promise that anything is getting

25  published.  I don't know.  But the idea was

                                                                    45

1    that it was, you know, time.  Michelle

2    suggesting that I should get an agent, and I

3    saw some communications about whether I was

4    agented.

5            Also they passed along the name of

6    four UK agents for me somewhere in this.  And

7    that's when I went about the process of

8    looking for an agent --

9    BY MS. WOLFF:

10       Q.   So they didn't --

11       A.   -- while this is pending.

12       Q.   So they didn't agree that they

13   were going to publish the manuscript as it

14   was delivered to them?

15       A.   No.  What they said is they were

16   taking it to sales.

17       Q.   And do you know what happened when

18   they took it to sales?

19       A.   I know that ultimately what I was

20   told is that sales had purchased the quota of

21   books in this genre for the year, that the

22   market was very hot with Twilight right now

23   and that the feeling was that I needed to get

24   it out as soon as I could to agents and to

25   publishers, that they felt it should get

55

1        A.    Of course.

2        Q.    And what is your understanding of

3   a trope, or have you ever heard of the word

4   trope?

5        A.    I heard of the word trope, and I'm

6   trying to think of how I would -- how I would

7   define this word, a trope.

8             I guess I would have to have you

9   define it for me, if you don't mind.  I

10  understand a trope, I think, is an idea or a

11  concept that's in a book.

12       Q.    I would say it's a reoccurring

13  element or frequently used plot device in a

14  certain genre.

15       A.    Sure.

16       Q.    Okay.  So in the YA paranormal

17  romance genre -- can we agree that's a genre?

18       A.    We can agree that's a genre.

19       Q.    So how familiar are you with that?

20       A.    Well, I don't know how familiar I

21  am with that.  I've read a number of books in

22  YA.  Many are paranormal.  But I don't know

23  what you mean by, how familiar.

24       Q.    Can you give me the name of some

25  examples of some of the books you have read

1   that are paranormal?

2        A.   I realize I haven't been reading

3   anything recently, but --

4        Q.   Not a memory test.

5        A.   I know it's not a memory test.

6   I'm just trying to think of what I read.  So

7   some of these are going to be YA.  Some may

8   not be.  But I read The Court of Thorns and

9   Roses by Sarah J. Maas.  Anne Bishop books.

10  And those are not strictly YA.  They may not

11  even be YA.  They're more adult fantasy

12  probably.  Hunger Games.

13            As I sit here and stumble through

14  this, Holly Black fairy stories, those are

15  YA.  Melissa Marr fairy stories are YA.  I

16  can't -- I mean, I can't think of many.  I'm

17  sure if I can sit here long enough, I can

18  come up with a better list for you, but these

19  are some of the people that I really like to

20  read.

21       Q.   What is your understanding of YA?

22       A.   My understanding of YA is it's

23  generally written for a younger audience.  I

24  know YA doesn't stand for that.  It stands

25  for young adult.  But it would be teen,

57

1    sometimes preteen, to young adult.

2         Q.    Would you say it's fairly common

3    for a heroine in a YA novel to be an older

4    teenager?

5         A.    Yes, it can be.

6         Q.    So, for example, the heroine in

7    Twilight is Bella, right?

8         A.    Yes.

9         Q.    And I believe she was, what, 17?

10        A.    I don't recall how old she was,

11   but I will take your word that she's 17.

12        Q.    Did you read Fallen by Lauren

13   Kate?

14        A.    I did read Fallen by Lauren Kate.

15        Q.    And there, I think, the heroine is

16   Nora; is that correct?

17        A.    I don't recall the name, but I

18   remember the book.

19        Q.    And do you recall her age?

20        A.    I recall she would be 16 or 17.

21        Q.    And Faded by Alyson Noel, did you

22   read that book?

23        A.    I don't recall if I read Faded by

24   Alyson Noel or not.  I ever read some of her

25   books, but I may have.  I wouldn't know

58

1   unless I looked at the back cover copy which

2   of her books I read.  Maybe.

3        Q.    Have you read any of the Harry

4   Potter books?

5        A.    Of course.

6        Q.    Have you read all of them?

7        A.    I have read all of them.

8        Q.    How would you describe the plot in

9   Harry Potter?

10       A.    This boy -- this orphaned boy is

11  living with a Muggle family and does not know

12  that he comes from the wizarding world until

13  a special invitation comes for him, in which

14  he's whisked away to this wizarding world to

15  go to school and learn about what he is and

16  his place in it.

17       Q.    And Twilight.  How would you

18  describe the plot of Twilight?

19       A.    A human girl comes to live in the

20  Pacific Northwest with her father and falls

21  in love with a vampire.  I mean, there's more

22  to it the plot than that.  I don't know how

23  much you want me to wax poetic about it,

24  but...

25       Q.    If you want to do a little more,

59

1    you can.

2          A.    I mean, I don't necessarily want

3    to, but if you want me to, I will.

4          Q.    If you recall anything else about

5    the plot.

6          A.    The boy and his siblings are

7    separate from everybody else at school;

8    therefore, they stand out because they keep

9    to themselves.  He saves her from a car that

10   would have hit her in a parking lot

11   demonstrating supernatural strength and she

12   knows there's something weird about him, and

13   he doesn't want to be around her because she

14   smells so good that he wants to eat her and

15   is afraid of his vampire instincts taking

16   over that he might hurt her.

17               And they fall in love despite the

18   drawback of how good her blood smells and --

19   is that enough?

20         Q.    Yeah.  That's enough.

21               And in the Harry Potter book, is

22   there anything unique about the schools in

23   those books?

24         A.    Well --

25               MR. DONIGER:  Vague and

60

1          ambiguous.

2          A.    Okay.   There's a lot that's unique

3     about the schools.

4     BY MS. WOLFF:

5          Q.    Well, was it like your high

6     school?

7          A.    In my dreams.  I would love to go

8     to Hogwarts, but no.

9          Q.    So what was different about the

10    Hogwarts High School?

11         A.    The whole school was magical.

12    There were magical paintings on the walls

13    that ghosts came out of.  All the candelabras

14    lit up magically.  Food magically appeared.

15    You had magical house elves.  You know, the

16    magic was everywhere in Harry Potter.

17         Q.    And the schools taught courses and

18    things in magic?

19         A.    Sure.  Yes.  Absolutely.

20              THE STENOGRAPHER:  One at a

21         time, please.

22    BY MS. WOLFF:

23         Q.    Oh, are you free?

24         A.    Did you have a question for me?

25         Q.    I'm sorry.  I thought you were

61

1   talking to someone.

2          Did you read any of the Alyson

3   Noel books, you said?

4       A.   You asked me that before.  And the

5   answer is, yes, I have read Alyson Noel

6   books.  I can't recall the titles right now.

7   And I think I said if you read me a back

8   cover copy or a little snippet about the

9   book, I could tell you if I had read it.

10      Q.   Do you recall any of their, you

11  know, general plots of the books you read?

12      A.   I haven't read Alyson Noel in --

13  oh, my God.  I don't know.  Ten -- more than

14  ten years maybe.  So no.  There was one, and

15  I know that this is -- something about this

16  may be in production about an Alyson Noel

17  book, but I just can't recall.

18      Q.   Did you say you read any J.R. Ward

19  books?

20      A.   Yes.  Yes, I read a couple of J.R.

21  Ward books.

22      Q.   Do you recall, in general, any --

23  anything about any of the plots of the J.R.

24  Ward books?

25      A.   They're all about a different

62

1    vampire, but -- basically, you asked do I

2    recall anything.  Here's what I recall.

3    There's a vampire society that exists in our

4    world and there are bad guys called lessers,

5    and these vampire brotherhood guys protect

6    their world and I guess even ours from these

7    lesser bad guys.

8              And each one is a paranormal

9    adult -- very adult romance story about that

10   guy and his bonded mate.  And I've read a

11   couple of them.  I haven't read all of them.

12       Q.    Did you ever read Vampire Diaries?

13       A.    I saw the show, and I read maybe

14   the initial book by -- I think her name is LJ

15   Smith.  I read the first one.

16       Q.    And do you recall the plot of that

17   book?

18       A.    What I recall is that the plot of

19   that book is really different than the TV

20   show.

21       Q.    How so?

22       A.    It was much more dear diary-like

23   than what the TV show was.  I remember that

24   the lead character was a blonde, and -- I

25   think in the book, and in the TV show she's

63

1    not.  I really don't remember much about the

2    book.

3         Q.    That's fine.

4               So we talked about tropes, and how

5    they're reoccurring elements.  Can you give

6    me some examples of common tropes in the

7    genre of books we have been talking about,

8    the YA paranormal romance?

9         A.    Yeah.  So I'm thinking of it maybe

10   more in terms of the romance piece of it, but

11   usually there's going to be a hero and

12   heroine who have some sort of obstacle to

13   their romance.

14        Q.    Anything else that's common in

15   these genres?

16        A.    It is a common theme for people to

17   find that they have superpowers that they

18   didn't know about, or if they did know about

19   them, that there's something that they don't

20   know or that's magical about the world that,

21   they may have a special destiny, like Harry

22   Potter, for example.  Even Star Wars.

23              Both of those stories feature an

24   orphaned young man who discovered he has a

25   greater destiny than what he thought, and

64

1  there are these themes that happen.  Theme

2  of -- tropes I guess you would say.

3       Q.   Is it common to have a

4  coming-of-age story where someone starts out

5  very awkward and becomes more confident at

6  the end of the story?

7       A.   Yes.

8       Q.   Is it also common that often, say,

9  like with Twilight, someone moves from a

10 place that is familiar to a place that's very

11 unfamiliar?  In that instance, it was, I

12 think, Seattle.

13      A.   I don't know if it's common.  But,

14 yes, that is a trope that can be in these

15 books.  Like going to the Harry Potter

16 school, sure.

17      Q.   With YA books, is there often

18 the -- sort of your typical high school mean

19 girls involved in these books?

20      A.   I don't know how common or typical

21 mean girls are in a YA novel.

22      Q.   Are they in any of them?

23      A.   There may be mean girls.  I don't

24 know if they're called mean girls, but yes.

25      Q.   I'm just calling them mean girls.

65

1   Your high school -- the high school type.

2         A.    Sure.  Yes.

3         Q.    And with paranormal tropes, is it

4   common that there's a dead parent that may be

5   secretly supernatural?

6         A.    I don't know how common that is,

7   but I would agree that, yes, that is

8   absolutely something that I have read in

9   books.  Harry Potter is a good example of

10  that.

11        Q.    And do you recall if the Vampire

12  Diaries was similar?

13        A.    You know, I don't recall who had

14  the dead parent that was supernatural.

15        Q.    Do you recall with Harry Potter,

16  he lived with an uncle and aunt?

17        A.    Yes, the Muggles.  Yes.

18        Q.    And did you read Evermore by

19  Alyson Noel?

20        A.    I've heard of the title.  I may

21  have read that book.  I don't recall.

22        Q.    So you don't recall whether there

23  was dead parents in that one?

24        A.    No.

25        Q.    And Vampire Diaries?

66

1        A.    Yes, the book begins Elena's

2   parents having been killed.  And she survived

3   the accident is what I seem to recall.

4        Q.    Would you say another paranormal

5   trope is someone learns they're a chosen one?

6        A.    That someone learns they have a

7   special destiny, yes.

8        Q.    And what about in romance?  Are

9   there tropes that you would find in romance,

10   whether it's YA or novels, that are common to

11   any romance?

12            MR. DONIGER:  Objection.  Calls

13       for speculation.  Lacks foundation.

14        A.    I was just going to say I don't

15   know as much about romance, but a little -- I

16   can answer some question about that.

17   BY MS. WOLFF:

18        Q.    Well, let's limit it, then, to YA

19   romance because you have read some of those,

20   correct?

21        A.    Yes.

22        Q.    Is there any common tropes you

23   recognize in YA romance?

24        A.    What I mentioned before when you

25   asked me that was that there will be an

67

1   obstacle that makes it difficult for the hero

2   and heroine to have their relationship in

3   some way.

4        Q.   Is there often a love triangle?

5        A.   That is a common theme that I've

6   seen, yes.

7        Q.   And is it common that a boyfriend

8   would be dark and mysterious?

9        A.   I don't know how common it is,

10  but, yes, I've read that and seen it.

11       Q.   And is it a common trope that the

12  hero -- hero or heroine will risk their life

13  for the other?

14       A.   Yes.

15       Q.   And is it common that people who

16  end up seeming like enemies will end up as --

17  more as boyfriend/girlfriend?

18       A.   I don't know about enemies.  I

19  don't know about that.  I can't say that

20  that's true, enemies.

21       Q.   So does BMR have some standard YA

22  paranormal romance tropes in them as well?

23       A.   Yes.

24       Q.   Can you describe any of those for

25  me, please?

68

1        A.    The hero and heroine have an

2   obstacle in their relationship.

3        Q.    What's that obstacle?

4        A.    The obstacle is that the romantic

5   lead feels that his association with her

6   would put her in danger of being dragged into

7   the supernatural war that's going on or would

8   place her in danger simply by her association

9   with him and his role in that war.

10              And she finds his behavior or just

11   the very look of him to be very attractive

12   but off-putting.  She doesn't want anything

13   to do with him.

14        Q.    Does BMR have the trope of dead

15   parent?

16        A.    Yes.

17        Q.    Does BMR have the trope of the

18   chosen one?

19        A.    Yes.

20        Q.    The finding your destiny?

21        A.    Yes.

22        Q.    Does BMR have a coming-of-age

23   story?

24        A.    Yes.  You mean, like, coming of

25   age, like she's coming of age into who she's

69

1   supposed to be, yes.

2        Q.   What are the common types of

3   characters that you will find in a paranormal

4   YA book?

5             MR. DONIGER:   Objection.

6        Assumes facts not in evidence that

7        there are a common type of character.

8   BY MS. WOLFF:

9        Q.   Well, you read a number of YA

10  paranormal books.

11            Are there common characters that

12  are included in YA paranormal books?

13       A.   I can't say that there are common

14  characters.  I can say that the heroine -- if

15  it's a book about a heroine or if it's a book

16  about a hero, they're going to have a friend.

17  Sometimes it's one friend.  Sometimes they

18  have several friends.  But I don't know if

19  they're common characters.

20       Q.   Well, I guess, maybe -- I'm using

21  the wrong word.

22            What about common paranormal

23  creatures that you will find in a paranormal

24  world?

25       A.   Again, it just depends on what

71

```
1   series there were fairies in it, but, like,

2   scary fairies, like --

3        Q.    What --

4        (Simultaneous unreportable crosstalk.)

5        A.    I don't really remember.

6              I beg your pardon?

7        Q.    Were there werewolves?

8        A.    I don't recall.

9        Q.    Were there shapeshifters?

10       A.    I don't recall.  If you say that

11   there were, I will believe that you're

12   telling me that there were.

13             Most of my TV, I mean, just to be

14   frank, during the time that my son was little

15   was really based on family shows that we

16   watched with him, and I might catch a few

17   things at night after I put him to bed.  And

18   that series was a long time ago, when he was

19   little.

20       Q.    So is it common for YA paranormal

21   books to have a magical boarding school such

22   as Harry Potter?

23       A.    I don't know about common, but it

24   is a trope as you say.

25       Q.    And there would be sort of a
```

72

1   common trope that there would be gothic-style

2   castles --

3       A.    I don't know about that.  I know

4   it's in Harry Potter.

5       Q.    What are some common

6   characteristics of vampires?

7       A.    So we're talking about scènes à

8   faire then?

9       Q.    Yes.

10      A.    Okay.  So vampires have fangs.

11  Vampires need blood of some kind to survive.

12  Vampires commonly have a sensitivity to

13  sunlight.  Vampires can sometimes turn into

14  bats or werewolves or wolves, I guess.

15  Vampires will have pale skin because they

16  can't be out in the sun.  Vampires will be

17  old because they live a long time.

18          Sometimes vampires are immortal.

19  Sometimes vampires are just really old and

20  live a long time.  Vampires can sometimes be

21  really good -- I've seen this -- like,

22  musicians or piano players because they have

23  had their whole lives to practice playing

24  piano.  Vampires sleep in coffins.  Vampires

25  sometimes need special dirt or earth to be in

73

1    of their native soil.

2            Vampires can be killed by a stake

3    through the heart.  Vampires don't like holy

4    water or crosses.  Vampires don't like

5    garlic.  Vampires can sometimes be really

6    ugly, or sometimes vampires are very

7    beautiful.  Some vampires are in a coven.  I

8    think that's about it off the top of my head.

9        Q.    Do vampires commonly have a mating

10   bond?

11       A.    I don't know about that.  I don't

12   think that's common.

13       Q.    What about werewolves?  Is there

14   anything common about characteristics of a

15   werewolf in paranormal YA novels?

16       A.    Paranormal writing, werewolves are

17   usually viewed as monsters.  Werewolves --

18   not always.  Werewolves are affected by the

19   moon, particularly the full moon.  Are you

20   saying in general paranormal stories,

21   correct?

22       Q.    Right.

23       A.    So in general paranormal stories,

24   a werewolf bite can transform a mere human

25   into a werewolf.  I forgot to mention that

1   about vampire bites, that vampire bites in

2   common paranormal stories can make that

3   person into a vampire.

4            Werewolves are thought of as these

5   monsters that at the full moon, they become

6   violent and very strong.  You will see images

7   of them being put in chains so that they

8   can't hurt somebody or locked in a basement

9   or a cellar so they can't cause destruction.

10           Werewolves can get furry, like

11  Teen Wolf.  There was a TV series, Teen Wolf,

12  that I saw where they can get a little furry

13  or have trouble controlling their powers

14  around the moon.  It's usually considered a

15  curse in a lot of paranormal stories to be a

16  werewolf.  That's about it off the top of my

17  head.

18       Q.   What do they look like?

19       A.   What does a werewolf look like?

20       Q.   Yeah.  Are they described as

21  having a certain kind of eyes or --

22           MR. DONIGER:  Objection.  Vague

23       and ambiguous.  Calls for speculation

24       and lacks foundation.

25           If you can answer, go ahead.

75

```
1        A.     I can't say whether there is

2   something special about their eyes.  What I

3   can say is that how a werewolf looks is

4   they're supposed to look like monsters when

5   they're in their wolf form.  In some

6   paranormal stories, they might actually look

7   like a wolf, and some other paranormal

8   stories, they look, you know, like monsters.

9   They're hairy wolfmen-looking things.

10  BY MS. WOLFF:

11       Q.     And what about witches?  Is there

12  a common characteristic of witches in YA

13  paranormal stories?

14       A.     So we're talking about a

15  supernatural witch?  Is that what you're

16  talking about?

17       Q.     Yes.

18       A.     So a supernatural witch in these

19  stories will either be ugly and your warty

20  witch who looks terrifying or you could have

21  beautiful-looking witches or perfectly normal

22  looking witches.  But their characteristics

23  are that they may need a spell book to do

24  their magic.  They may cast rhyming spells to

25  do their magic.  They may need a magic wand
```

76

1    to wave around.

2              They may have a crystal ball to

3    use to see the future.  They may wave their

4    hands around, or like Samantha in Bewitched

5    waves her cheeks around.  But it's usually a

6    spell casting issue with witches.

7         Q.    In addition to spells, are they

8    known for any other brews or types of

9    common --

10        A.    In some books -- I beg your

11   pardon?

12        Q.    Other concoctions, brews or

13   concoctions?

14        A.    Sure.  In some stories, witches

15   make potions, or as you said, brews.

16        Q.    Would that include tea?

17        A.    I don't think that's a common

18   thing for a witch to do in stories that I

19   know of.

20             MS. WOLFF:  Maybe it would be a

21        good time to take a quick break.  I

22        know I could use one.

23             THE WITNESS:  Sure.  How many

24        minutes?  About five minutes?

25             MS. WOLFF:  Five, ten minutes.

Case 1:22-cv-02435-LLS-SN   Document 300-12   Filed 12/22/23   Page 37 of 56
LYNNE FREEMAN vs                                              Lynne Freeman
TRACY DEEBS-ELKENANEY          Attorneys Eyes Only            March 24, 2023

                                                                        105

1   an e-mail.  I am getting a thing that says

2   CaseViewNet.

3       Q.    That, I believe, is the realtime

4   instruction.  So click out of that.  You

5   should see an icon with two Cs, CeCe, and it

6   should say -- there should be a file, and it

7   should say EX130.

8       A.    I see that.  Okay.  It starts with

9   Exhibit 3.

10      Q.    That's correct.

11      A.    I'm there, CeCe.

12      Q.    Okay.  Great.  As I said, this

13  exhibit has been previously marked as 130.

14      A.    Okay.

15      Q.    Ms. Freeman, do you know what this

16  document is?  And you're free to take a look

17  through it.

18      A.    Yes.  This is what has been marked

19  as Exhibit 3 in Crave and BMR.  Can you tell

20  me what this was attached to?

21      Q.    Sure.  I represent that this was

22  attached as Exhibit 3 to the first amended

23  complaint.

24      A.    Okay.  Thank you.

25      Q.    So do you agree that's what this

106

1    document is?

2         A.    Yes, I do.

3         Q.    And who created this exhibit?

4         A.    I created this exhibit with my

5    attorneys.

6         Q.    Who were your attorneys?

7         A.    That would be Mark Passin and his

8    team.

9         Q.    And when was this exhibit created?

10        A.    I am not sure exactly when this

11   was created.

12        Q.    Do you think it was sometime in

13   2022?

14        A.    I think so.  Yes.  It was created

15   for the complaint.

16        Q.    And I'm not asking you to reveal

17   attorney work product or privileged

18   communications, but can you tell me how this

19   document was created?

20        A.    This document was created by

21   looking at Crave and BMR and looking at

22   similarities of language between the two

23   books.

24        Q.    And did you -- like, tell me more

25   about the process.  Did you take the two

142

```
 1   the exact same order in the paragraph.
 2        A.    No.
 3        Q.    What about between BMR and Covet?
 4        A.    No.
 5        Q.    What about between BMR and Court?
 6        A.    No.
 7        Q.    So -- strike that.
 8              Next I would like to pull up
 9   Exhibit 128, and I will drop that in the
10   chat.  And this document has been previously
11   marked.
12        A.    Yes.  I'm here.
13        Q.    Do you know what this document is?
14        A.    This appears to be Exhibit 1, Key:
15   Crave and Blue Moon Rising Comparison.
16        Q.    And I will represent to you that
17   it's Exhibit 1 to your first amended
18   complaint.
19        A.    Okay.
20        Q.    Who created this exhibit?
21        A.    This was created between me and my
22   lawyers.
23        Q.    And tell me about the process of
24   how this exhibit was created.
25              MR. DONIGER:  Just to interpose
```

143

1          an objection, not to divulge any

2          attorney-client communications, but to

3          the extent you can tell her what you

4          actually did, that's fine.

5               THE WITNESS:  I'm trying to

6          think if I can tell her what I

7          actually did without disclosing

8          privilege.

9     A.    I don't know that I can answer

10   that question without disclosing privilege

11   about the process and how this was created.

12   BY MS. COLE:

13    Q.    Did you use any software to create

14   this exhibit?

15    A.    Microsoft Word, and I don't know

16   if my -- what -- if there may have been some

17   other form of Microsoft Word that I'm going

18   to say wrong, but some kind of word

19   processing software.

20    Q.    Who summarized the plot of BMR?

21    A.    That would be me and my lawyer.

22    Q.    Who summarized the plot of Crave?

23    A.    That would be me and my lawyer.

24    Q.    Did anyone else assist you with

25   the creation of this document besides you and

155

1           MS. COLE:  That's correct.

2           MR. DONIGER:  Thank you.

3           MS. COLE:  Any highlights in

4      Exhibit 129 are -- are -- existed in

5      that document without any additional.

6           MR. PASSIN:  CeCe, if you were

7      to do that, I would remark the exhibit

8      as a new number, if you were going to

9      highlight a preexisting exhibit,

10     because it's different.

11          MS. COLE:  The highlights are

12     really just for ease of the witness

13     and convenience here.  So I don't know

14     if that's even an issue.

15          MR. DONIGER:  All right.  Thank

16     you.

17  BY MS. COLE:

18     Q.   So let's go back to -- now, let's

19  look at Exhibit 129, which has been

20  previously marked.

21     A.   Okay.

22     Q.   Do you know what this document is?

23     A.   This document reads as Exhibit 2,

24  Index 1:  Comparative Quotes, Crave¹ -- or

25  Crave and Blue Moon Rising, and it begins

156

1   with:  Setting in Alaska relative to the

2   authors.

3        Q.    And are you aware whether this

4   document is Exhibit 2 to your first amended

5   complaint?

6        A.    It appears to be so.

7        Q.    And who created this exhibit?

8        A.    This was me and my attorneys.

9        Q.    And tell me the process of how

10  this document was created.

11            MR. DONIGER:  Same objection to

12        the extent that this potentially calls

13        for attorney-client communications.

14            But if the client can answer

15        without divulging attorney-client

16        communications, she's free to do so.

17       A.    I don't think -- you would have to

18  be very specific in your question because I

19  can't answer that without divulging

20  attorney-client privilege.

21  BY MS. COLE:

22       Q.    For example, who discovered this

23  -- strike that.

24            Did you look at your manuscript

25  and Crave in order to create this document?

1    second column says BMR?

2        A.    Yes.

3        Q.    What are these columns?

4        A.    These are columns that use the

5    descriptive words between both books about

6    the romantic lead.

7        Q.    And some of these adjectives used

8    in Crave to describe the romantic lead are

9    gorgeous, beautiful, and hot.

10            Do you see that?

11       A.    Yes.

12       Q.    And do you see the same adjectives

13   used in BMR to describe the romantic lead as

14   beautiful, gorgeous, and hot?

15       A.    Yes.

16       Q.    Do you think it's copyright

17   infringement if two books describe a male

18   romantic lead as gorgeous, beautiful, and

19   hot?

20       A.    No.

21       Q.    Are you aware of any books where

22   the romantic lead is described at gorgeous,

23   beautiful, or hot?

24       A.    No.  I don't know about all of

25   those adjectives.  But, yes, there are books

164

1    cold winters?

2         A.    I'm -- maybe.

3         Q.    Is it accurate to describe the

4    winters in Alaska as having freezing cold

5    temperatures?

6         A.    It depends on what part of Alaska

7    we are talking about when we say -- you're

8    wanting me to give you a, I think,

9    generalized statement for a place that's

10   really huge, vast amount of country.

11        Q.    What about the mountainous areas

12   around the Denali Mountains?  Does that get

13   freezing cold in the winter?

14        A.    I don't know personally about the

15   Denali mountain range in winter to give you

16   the answer to that.

17        Q.    Does Fairbanks ever get freezing

18   cold in the winter?

19        A.    Yes.  Fairbanks does get freezing

20   cold in the winter.

21        Q.    Does Anchorage get freezing cold

22   in the winter?

23        A.    Yes.

24        Q.    Is describing Alaska as freezing

25   cold in the winter copyright infringement?

165

```
 1        A.    No.

 2        Q.    Let's look at Page 5 of the same

 3   document.

 4        A.    Which -- I am sorry.  Which

 5   exhibit are we on?

 6        Q.    We are on 129, the same exhibit

 7   we're just looking at.

 8        A.    Just remember, on my computer,

 9   they all stack up and I have, like, five

10   different tabs.

11        Q.    Sure.

12        A.    129.  Which page would you like me

13   to go to?

14        Q.    5 of 144.

15        A.    Okay.  Give me one moment.

16              Okay.  I'm on Page 5.

17        Q.    Do you see Paragraph 4 where it

18   says:  Heroine describes what the sky looks

19   like in Alaska?

20        A.    Yes.

21        Q.    And then it says, Crave:  Dot,

22   dot, dot, we're in the middle of a weird kind

23   of haze that Philip refers to as civil

24   twilight even though it's barely 5:00, p. 3?

25        A.    Yes.
```

169

```
 1   don't even know what that is.
 2        Q.    Understood.  So you're saying that
 3   BMR just describes this phenomenon of what
 4   some people could call civil twilight?
 5        A.    Yes, of what is defined as civil
 6   twilight.  Sure.
 7        Q.    So in this exhibit, you include a
 8   link to a third-party website that gives
 9   information about civil twilight?
10        A.    Yes.
11        Q.    And Crave also uses the word,
12   civil twilight?
13        A.    Yes.
14        Q.    The same civil twilight word that
15   we just saw on that third-party link you
16   included in this exhibit?
17        A.    I believe so, yes.
18        Q.    So if two writings refer to civil
19   twilight in Alaska, is that considered
20   copyright infringement?
21        A.    No.
22              MR. DONIGER:  Objection.
23        Incomplete hypothetical.  Calls for a
24        legal conclusion.  Lacks foundation.
25        A.    I don't know.
```

212

1    for a literary agent?

2         A.    I feel like it was -- I don't

3    know -- late September, early -- I don't

4    know.  Sometime in that fall range.  Late

5    September, early October.

6         Q.    Of 2010?

7         A.    Yes.  Correct.

8         Q.    And you did so at the suggestion

9    of individuals at HarperCollins who had said

10   you should have an agent?

11        A.    They didn't speak to me directly,

12   so it would have been through Michelle

13   Bittner.

14        Q.    Okay.  But it was as a result of

15   her conversations with HarperCollins that it

16   was suggested to you that you look for an

17   agent?

18        A.    Yes, correct.

19        Q.    Did you submit inquiries to any

20   other agents before Ms. Kim?

21        A.    I believe I did.  I believe I --

22   yes.

23        Q.    Do you recall how many?

24        A.    I don't recall.

25        Q.    Was it more than five?

230

1   very excited.

2          Q.    Understood.

3          A.    Yeah.

4          Q.    Let me ask a question similar to

5   what I asked before.  Is it your contention

6   in this lawsuit that at the time that Ms. Kim

7   asked you to be a client of Prospect Agency

8   that she was already planning to show your

9   manuscript to Tracy Wolff for the purposes of

10  committing copyright infringement?

11         A.    I don't know what her intentions

12  were.

13         Q.    Do you -- is there -- is there a

14  point in time at which you do contend Emily

15  Kim was actively planning to show your

16  manuscript to Tracy Wolff for the purposes of

17  committing copyright infringement?

18         A.    Well, that would be why we are in

19  this lawsuit presently right now.

20         Q.    Well, you have seen documents.

21  You have heard testimony.  What is your

22  belief as you sit here today as to when Emily

23  Kim allegedly starting developing a plan to

24  show your manuscript to Tracy Wolff?

25         A.    I don't know when she started

231

1    developing a plan to show my manuscript to

2    Tracy.

3         Q.    Let me show you -- I'm going to

4    mark as Exhibit 143 a letter dated

5    February 22, 2023, from your counsel

6    CSReeder, PC to Judge Sarah Netburn.

7              Let me know when you have had a

8    chance to see -- to take a quick look at

9    that.

10         (Exhibit 143 was marked for

11         identification.)

12         A.    What exhibit number is that?

13   BY MR. KOONCE:

14         Q.    143.

15         A.    Okay.

16         Q.    On the second page of that

17   document, there's a paragraph, Paragraph A,

18   and I will note that there's a redacted

19   sentence in this document.  I elected to --

20   I'm electing to show you the redacted version

21   just because I wasn't sure who would be on

22   the call, and I don't think it's relevant to

23   the question I'm going to ask.

24              The letter says:  In December of

25   2010, Kim asked plaintiff what is the coolest

240

1      A.    Before we entered -- I'm trying to

2  understand.  Before we entered into an

3  agreement to be represented together, you're

4  asking if Emily said to me who she was going

5  to show my manuscript to?

6      Q.    Or who she was not going to show

7  your manuscript to?

8      A.    I don't understand the question.

9  I'm so sorry.

10     Q.    That's fine.

11           Did she ever represent to you that

12  the only people she would show your

13  manuscript to were editors at publishing

14  houses and readers?

15     A.    Yes.

16     Q.    When did she make that

17  representation to you?

18     A.    I don't recall the when of it.  I

19  just recall the specificity of it.

20     Q.    And what was the context for that

21  conversation with her?

22     A.    My mom told me that I should be

23  getting my book registered with the copyright

24  office.  You know, my mom was concerned

25  about, you know, somebody stealing the idea

1   or copying the book, doing something with it

2   and that I should register it.

3          She had seen something on a legal

4   program.  So I brought the issue up to Emily

5   about, should I register my book.  That's the

6   context of how that conversation came to be.

7       Q.   Okay.  During the time that you

8   worked with Prospect Agency, did you ever

9   learn that Emily Kim showed your manuscript

10  to anyone other than editors and readers?

11      A.   No.

12      Q.   Before entering into the agency

13  agreement, did Ms. Kim make any other

14  expressed representations or promises to you?

15      A.   Can you define expressed

16  representations and promises, please.

17      Q.   As opposed to -- well, let me ask

18  it differently.

19          Before entering into your

20  agreement with Prospect Agency, did Ms. Kim

21  make any representations or promises to you

22  separate and apart from the writing of the

23  agreement itself?

24      A.   Again, do you mind explaining

25  representations and promises?  I don't

242

1   understand what you're asking me.

2        Q.   Okay.  Do you know what a promise

3   is?

4        A.   Yes.

5        Q.   Did Ms. Kim make any promises to

6   you before entering -- you entered into the

7   agreement other than what was in writing in

8   the agreement itself?

9        A.   No.

10           MR. KOONCE:  Let's -- let me

11       move -- this may have been marked at a

12       prior deposition, but I'm going to

13       remark it because I wasn't sure.

14           This is the -- we are going to

15       mark this as Exhibit 144.  I apologize

16       to the other counsel if it's

17       duplicative.

18           This is the agency agreement

19       version from Prospect Agency files

20       between Prospect Agency and

21       Ms. Freeman.

22       (Exhibit 144 was marked for

23       identification.)

24   BY MR. KOONCE:

25        Q.   Ms. Freeman, let me know when you

LYNNE FREEMAN vs                                        Lynne Freeman
TRACY DEEBS-ELKENANEY          Attorneys Eyes Only          March 24, 2023

256

1   the time to read every version of everything

2   I wrote.  So I literally just made a best

3   guess.

4        Q.   So is the first time you

5   registered anything with the copyright office

6   relating to your manuscript, after you had

7   picked up the -- picked up Crush in the

8   bookstore?

9        A.   Yes.

10        Q.   Did you keep working on your

11   manuscript after you eventually parted ways

12   with Prospect Agency?

13        A.   Yes.

14        Q.   And I take it you did not send any

15   versions of your manuscript that you worked

16   on after you parted ways with Prospect Agency

17   to Ms. Kim?

18        A.   I don't recall.

19        Q.   Would there have been a reason for

20   you to send her versions of your manuscript

21   after you parted ways with Prospect Agency?

22        A.   Yes.

23        Q.   Why -- why would you have done

24   that?

25        A.   Emily reached out to me in 2015

283

1   many publishers Prospect Agency sent your

2   manuscript to during the time you worked with

3   it?

4        A.    I believe that the 2011 version --

5   I consider that my flagship version -- went

6   to five editors, and the other versions over

7   time went to a bunch of other editors.  I

8   can't recall the totals.

9        Q.    Okay.  Does it surprise you to

10   learn it was over 20?

11        A.    No.

12        Q.    Is it your contention in this case

13   that Ms. Kim did not really submit your

14   manuscript to those publishers?

15        A.    No.

16        Q.    Is it your contention that she was

17   somehow working against your interests when

18   she sent those submissions to publishers on

19   your behalf?

20        A.    I have no idea.  I don't think so.

21        Q.    Okay.  But if any one of those

22   publishers had said yes, they wanted to

23   publish your manuscript, wouldn't that have

24   ruined any plan for her to hand that

25   manuscript to Tracy Wolff to use?

309

1    time.

2         Q.    Does the heroine in Twilight have

3    panic attacks in the book?

4         A.    Not that I recall.

5         Q.    Do both books have a fight scene

6    with a group of guys where the hero comes to

7    save the protagonist?

8         A.    Yes.

9         Q.    Would those types of similarities

10   that I just described mean that you

11   plagiarized Ms. Meyer?

12        A.    No.

13        Q.    Why not?

14        A.    Because this -- those are -- one

15   is out in the public eye.  Two, the

16   specificity of those scenes and characters

17   are nothing like mine specifically.  That

18   would be -- it's a very broad brush paint

19   stroke.  There are vampires, yes.  It's a

20   cold dark climate, yes.

21            The heroine is rescued by some

22   guys who help her, and, you know, the

23   romantic lead is one of those.

24            Sorry.  My dog knocked over my

25   water.

356

1                   CERTIFICATE OF REPORTER

2

3    UNITED STATES DISTRICT COURT )

4    SOUTHERN DISTRICT OF NEW YORK )

5

6       I, ERICA FIELD, RPR, Stenographic Court

7    Reporter, certify that I was authorized to

8    and did stenographically report the

9    deposition of LYNNE FREEMAN, pages 1 through

10   355; that a review of the transcript was not

11   requested; and that the transcript is a true

12   and complete record of my stenographic notes.

13      I further certify that I am not a

14   relative, employee, attorney, or counsel of

15   any of the parties, nor am I a relative or

16   employee of any of the parties' attorney or

17   counsel connected with the action, nor am I

18   financially interested in the action.

19

20      DATED this 27th day of March, 2023.

21

22   _____

23   Erica Field, RPR

24

25