# EXHIBIT N

| Freeman Exhibit No. | Bates/Control # | End Bates/Control # | Author | Begin Family | Date | Date Created | Date Modified | Filename |
|---|---|---|---|---|---|---|---|---|
| Ex. 15 | LF169398 | LF169505 | Lynne Freeman | LF169398 | 10/18/2022 | - | - | 16.pdf |
| Ex. 16 | LF268941 | LF269332 | Lynne Freeman | LF268941 | 6/7/2021 | - | - | Masqued 2014 PDF.pdf |
| Ex. 21 | LF169509 | LF169892 | Lynne Freeman | LF169398 | 10/18/2022 | - | - | 2014 Greenleaf.pdf |