# EXHIBIT O

## COPYRIGHT KEY

| LUMIX FILE NUMBER | REGISTRATION NUMBER | REGISTRATION TITLE | | FILE NAME | |
|---|---|---|---|---|---|
| LF 02652 | TXu002276330 | The Cast 11-21-2008. | PDF | The Cast.wpd | WPD |
| LF 02653 | TXu002276330 | The Plot. | PDF | The Plot.wpd | WPD |
| LF 02654 | TXu002276330 | What we are.wpd | PDF | What we are.wpd | WPD |
| LF 02650 | TXu002276330 | Marcheline and Brie. | PDF | Marcheline and Brie.wpd | WPD |
| LF 08463 | TXu002276330 | Key. | PDF | Key.wpd | WPD |
| LF 02649 | TXu002276330 | COLD MOON 8-26-2009 | PDF | Book Revised.wpd | WPD |
| LF 02651 | TXu002276330 | Midnight Overview. | PDF | Midnight Overview.wpd | WPD |
| LF 02648 | TXu002276330 | Book 11-17-09. | PDF | Book 11-17-09.wpd | WPD |
| LF 08461 | TXu002282260 | Once in a Blue Moon 2-19-2010. | PDF | Book 11-17-09.wpd | WPD |
| LF 08462 | TXu002282260 | Chapter Analysis 5-14-2010 | PDF | Chapter Analysis.wpd | WPD |
| LF 08464 | TXu002282260 | notes. | PDF | notes | DOCX |
| LF 09364 | TXu002282260 | Query. | PDF | Query | WPD |
| LF 07372 | TXu002282260 | Aunt M PDF. | PDF | Aunt M PDF.pdf | PDF |
| LF 08466 | TXu002282260 | Query Edit. | PDF | Query Edit | DOCX |
| LF 08978 | TXu002282260 | The World.doc. | PDF | The World.doc | DOC |
| LF 08469 | TXu002282260 | The BOOK! | PDF | The BOOK! | DOCX |
| LF 07951 | TXu002282260 | Blue Moon Dec 2010 PDF. | PDF | Blue Moon Rising Final.docx | DOCX |
| LF 02655 | TXu002276335 | 5 2-4-2011. | PDF | 0000005_Carved.docx | DOCX |
| LF 04353 | TXu002276335 | ESK Blue Moon Rising 2-20-2011 | PDF | ESK Blue Moon Rising Prospect.docx | DOCX |
| LF 03196 | TXu002276335 | 25 2-28-2011. | PDF | 0000025_Carved.docx | DOCX |
| LF 03750 | TXu002276335 | Blue Moon 2011 in PDF. | PDF | Blue Moon Rising PDF.docx | DOCX |
| LF 04884 | TXu002276337 | Masqued 2012 PDF. | PDF | Masqued 1 | DOCX |
| LF 05887 | TXu002276337 | 30 09-07-12. | PDF | MASQUED 9-7.docx | DOCX |
| LF 05414 | TXu002276337 | 41 10-12-12. | PDF | Masqued 10-10 | DOCX |
| LF 06401 | TXu002276337 | Pitch Notes to Emily 2013. | PDF | Masqued Pitch | DOCX |
| LF 04860 | TXu002276337 | Chapter Outline 2013 PDF. | PDF | Chapter Outline.docx | DOCX |
| LF 06904 | TXu002276337 | Masqued 4-13. | PDF | NOW!!!!!!!.docx | DOCX |
| LF 08980 | TXu002276337 | 2014 Greenleaf. | PDF | MS 2014 0721 | DOCX |
| LF 06404 | TXu002276337 | Masqued 2014. | PDF | MS - 2014 1018 - Lynne Freeman - from author for free review1.docx | DOCX |
| LF 06796 | TXu002276337 | 16 | PDF | MS - 2016 1010 - Lynne Freeman - new draft from author.docx | DOCX |