# EXHIBIT P

## LF06796

## Metadata

| Author | Lynne Freeman | SEMANTIC |
|---|---|---|
| **Begin Family** | LF06796 | SEMANTIC |
| **Custodian** | Lynne Freeman | SEMANTIC |
| **Date** | 10/10/2016 | SEMANTIC |
| **Date Created** | 10/10/2016 | SEMANTIC |
| **Date Modified** | 10/10/2016 | SEMANTIC |
| **End Family** | LF06903 | SEMANTIC |
| **Family Date** | 10/10/2016 | SEMANTIC |
| **File Path** | \TXu002276337\ | SEMANTIC |
| **Filename** | MS - 2016 1010 - Lynne Freeman - new draft from author.docx | SEMANTIC |
| **Primary Date** | 10/10/2016 | DOC_TYPE_ALIAS |
| **Title** | BLUE MOON RISING | SEMANTIC |