# EXHIBIT Q

## LF06404

# Metadata

| Author | Lynne Freeman | SEMANTIC |
|---|---|---|
| Begin Family | LF06404 | SEMANTIC |
| Custodian | Lynne Freeman | SEMANTIC |
| Date | 10/18/2014 | SEMANTIC |
| Date Created | 07/20/2014 | SEMANTIC |
| Date Modified | 10/18/2014 | SEMANTIC |
| End Family | LF06795 | SEMANTIC |
| Family Date | 10/18/2014 | SEMANTIC |
| File Path | \TXu002276337\ | SEMANTIC |
| Filename | MS - 2014 1018 - Lynne Freeman - from author for free review1.docx | SEMANTIC |
| Primary Date | 10/18/2014 | DOC_TYPE_ALIAS |
| Title | BLUE MOON RISING | SEMANTIC |