# EXHIBIT R

# LF08980

## Metadata

| | | |
|---|---|---|
| **Author** | Lynne Freeman | SEMANTIC |
| **Begin Family** | LF08980 | SEMANTIC |
| **Custodian** | Lynne Freeman | SEMANTIC |
| **Date** | 07/20/2014 | SEMANTIC |
| **Date Created** | 07/20/2014 | SEMANTIC |
| **Date Modified** | 07/20/2014 | SEMANTIC |
| **End Family** | LF09363 | SEMANTIC |
| **Family Date** | 07/20/2014 | SEMANTIC |
| **File Path** | \ | SEMANTIC |
| **Filename** | MS - 2014 0721 - Lynne Freeman -   from author for critique.docx | SEMANTIC |
| **Primary Date** | 07/20/2014 | DOC_TYPE_ALIAS |
| **Title** | BLUE MOON RISING | SEMANTIC |