# EXHIBIT CC-1

## Filed Under Seal