# EXHIBIT CC-2

## Filed Under Seal