# EXHIBIT CC-3

## Filed Under Seal