# EXHIBIT CC-4

## Filed Under Seal