# EXHIBIT DD

## In the Matter Of:

### *FREEMAN v DEEBS-ELKENANEY*

---

### PATRICK JUOLA, PH.D.

### September 26, 2023

---



Case 1:22-cv-02435-LLS-SN   Document 300-33   Filed 12/22/23   Page 3 of 11
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                              September 26, 2023

1

```
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
       ----------------------------------------

       LYNNE FREEMAN, an individual,

                         Plaintiff,

              vs.         Civil Action No.
                          1:22-cv-02435-LLS-SN

       TRACY DEEBS-ELKENANEY P/K/A
       TRACY WOLFF, an individual,
       EMILY SYLVAN KIM, an individual,
       PROSPECT AGENCY, LLC, a New Jersey
       Limited Liability Company, ENTANGLED
       PUBLISHING, LLC, a Delaware Limited
       Liability Company, HOLTZBRINCK PUBLISHERS,
       LLC D/B/A MACMILLAN, a New York Limited
       Liability Company, and UNIVERSAL STUDIOS,
       LLC, a Delaware Limited Liability Company,

                         Defendants.
       ----------------------------------------


            REMOTE VIDEOTAPED DEPOSITION OF

               DR. PATRICK JUOLA, PH.D.


             Tuesday, September 26, 2023

                 12:57 p.m. (EDT)




       Reported By:

       Joan Ferrara, RMR, FCRR

       Job No. 2023-911534
```

Case 1:22-cv-02435-LLS-SN   Document 300-33   Filed 12/22/23   Page 4 of 11
FREEMAN v                                                      Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                                September 26, 2023

2

September 26, 2023

12:57 a.m. (EDT)

Videotaped Deposition of DR. PATRICK JUOLA, PH.D., held remotely via Zoom, before Joan Ferrara, a Registered Merit Reporter, Federal Certified Realtime Reporter and Notary Public.

Case 1:22-cv-02435-LLS-SN   Document 300-33   Filed 12/22/23   Page 5 of 11
FREEMAN v                                                      Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                                September 26, 2023

3

```
 1
 2    REMOTE APPEARANCES:
 3
 4    ON BEHALF OF PLAINTIFF:
 5    DONIGER BURROUGHS
 6            603 Rose Avenue
 7            Venice, California 90291
 8    BY:     STEPHEN DONIGER, ESQ.
 9
10
11    ON BEHALF OF PLAINTIFF:
12    CSREEDER
13            11766 Wilshire Boulevard
14            Suite 1470
15            Los Angeles, California 90025
16    BY:     MARK PASSIN, ESQ.
17
18
19    ON BEHALF OF PROSPECT AGENCY and EMILY
20    SYLVAN KIM:
21    KLARIS LAW
22            29 Little West 12th Street
23            New York, New York 10014
24    BY:     LANCE KOONCE, ESQ.
25
```

Case 1:22-cv-02435-LLS-SN   Document 300-33   Filed 12/22/23   Page 6 of 11
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                              September 26, 2023

4

```
 1
 2    REMOTE APPEARANCES:   (Continued)
 3
 4    ON BEHALF OF TRACY DEEBS-ELKENANEY P/K/A
 5    TRACY WOLFF, ENTANGLED PUBLISHING, LLC,
 6    HOLTZBRINCK PUBLISHERS, LLC d/b/a MACMILLAN
 7    and UNIVERSAL CITY STUDIOS LLC:
 8    COWAN DEBAETS ABRAHAMS & SHEPPARD
 9            41 Madison Avenue
10            37th Floor
11            New York, New York 10010
12    BY:     BENJAMIN HALPERIN, ESQ.
13
14
15    ALSO PRESENT:
16            Adrian Beltran, Videographer
17            Malcolm Coulthard
18
19
20
21
22
23
24
25
```

Case 1:22-cv-02435-LLS-SN   Document 300-33   Filed 12/22/23   Page 7 of 11
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                              September 26, 2023

114

1                    P. JUOLA
2    Blue Moon Rising or the Crave, right?
3        A    Yes.
4        Q    All right.  So if "in the air"
5    is a common phrase, what does that do to
6    the length of "in the air as I try to"?
7        A    That would reduce it from seven
8    words to five, effectively.
9        Q    And your last example from
10   paragraph 19 is "on my arms and the back of
11   my neck," correct?
12       A    Right.
13       Q    And how many words is that?
14       A    What?
15       Q    How many words is "on my arms
16   and the back of my neck"?
17       A    Is that 10?  I mean, I don't
18   have it in the front of me to count.
19       Q    I misheard you.  Two, three,
20   four, five, six, seven, eight, nine.
21       A    Nine.  My apologies.
22       Q    Okay.  Would you like to see --
23   can we -- well, first, let me ask you this,
24   is "on my arms" a common phrase?
25       A    "On my arms" is not that common,

Case 1:22-cv-02435-LLS-SN   Document 300-33   Filed 12/22/23   Page 8 of 11
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                              September 26, 2023

115

1                    P. JUOLA
2    but "the back of my neck" -- but "the back
3    of my neck" is.  I will -- you will
4    probably be asking that question.
5         Q    All right.  So you would agree
6    that "back of my neck" is common?
7         A    Yes.
8         Q    Okay.  So without making a
9    determination either way of "on my arms"
10   and "the back of my neck," if we consider
11   the four words "back of my neck" to be
12   common, what does that do to the sequence
13   here?
14        A    Then it drops down to six words,
15   I believe.
16        Q    Okay.  And could we expand the
17   common sequence to "the back of my neck"?
18        A    Maybe.
19        Q    And if people are going to say,
20   "back of my neck," they're probably going
21   to put the word "the" --
22        A    Yes, "the" would be the most
23   likely way to put it.
24        Q    And it drops this one down to
25   five words, right?

Case 1:22-cv-02435-LLS-SN   Document 300-33   Filed 12/22/23   Page 9 of 11
FREEMAN v
DEEBS-ELKENANEY
Patrick Juola, Ph.D.
September 26, 2023
116

```
                       P. JUOLA
 1
 2       A     Yeah.
 3       Q     At the end of paragraph 19, you
 4  write:  "The phrase 'in the air as I try
 5  to' appears only seven times in this set."
 6             Do you see that?
 7       A     Uh-huh, yeah.
 8       Q     What set are you referring to?
 9       A     The hundreds of billions of web
10  pages indexed by the Google search engine.
11       Q     Okay.  I'm just going to go back
12  to Google.com again.
13             Do you see it on my screen?
14       A     Uh-huh.
15       Q     All right.  So I'm just going to
16  search for that whole phrase now, "in the
17  air as I try to".
18             Did I do that all right?
19       A     Yes.
20       Q     I have it in quotes?
21       A     Yes.
22       Q     All right.  So --
23       A     Oh, they must have update their
24  database.
25       Q     Okay.  I'm seeing -- is it
```

305

1

2          REPORTER CERTIFICATE

3

4     I, JOAN FERRARA, do hereby certify:

5     That said deposition was taken at the

6  time and place herein named; and that the

7  transcript is a true record of the testimony

8  as reported by me, a disinterested person,

9  and was thereafter transcribed.

10    I further certify that I am not

11 interested in the outcome of the said

12 action, nor connected with, nor related to

13 any of the parties in said action, nor to

14 their respective counsel.

15    IN WITNESS WHEREOF, I have hereunto

16 set my hand this 2nd day of October, 2023.

17

18

19

20

21       *Joan Ferrara*
         _____
22       JOAN FERRARA, RMR, CFRR

23

24

25

306

DEPOSITION ERRATA SHEET

Case Caption:

LYNNE FREEMAN
vs.
TRACY DEEBS-ELKENANEY , et al.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

SIGNATURE_____DATE:_____
        PATRICK JUOLA, PH.D.

Subscribed and sworn to on the ____ day of _____, 20__ before me,
_____
Notary Public,
in and for the State of _____