# EXHIBIT EE

## In the Matter Of:

### *FREEMAN v DEEBS-ELKENANEY*

### CAROLE CHASKI, PH.D.

### September 28, 2023



1

UNITED DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
LYNNE FREEMAN, an individual,

      Plaintiff,
            Civil Action No.
   VS.      1:22-cv-02435-LLS-SN

TRACY DEEBS-ELKENANEY P/K/A
TRACY WOLFF, an individual,
EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New
Jersey Limited Liability Company,
ENTANGLED PUBLISHING, LLC, a
Delaware Limited Liability
Company, HOLTZBRINCK PUBLISHERS,
LLC D/B/A MACMILLAN, a New York
Limited Liability Company, and
UNIVERSAL STUDIOS, LLC, a
Delaware Limited Liability Company,

      Defendants.
----------------------------------X

  REMOTE VIDEOTAPED DEPOSITION

      OF

  CAROLE E. CHASKI, Ph.D.

 Thursday, September 28, 2023

   Reported by:
AYLETTE GONZALEZ, RPR, CLR, CCR
  JOB NO. 2023-911535

Case 1:22-cv-02435-LLS-SN   Document 300-34   Filed 12/22/23   Page 4 of 11
FREEMAN v
DEEBS-ELKENANEY
Carole Chaski, Ph.D.
September 28, 2023

2

```
 1
 2                DATE:  September 28, 2023
 3                TIME:  12:00 p.m.
 4
 5
 6        Remote videotaped deposition of
 7   CAROLE E. CHASKI, Ph.D., pursuant to
 8   NOTICE, before AYLETTE GONZALEZ, a
 9   Registered Professional Reporter, Certified
10   LiveNote Reporter, Certified Court Reporter
11   and Notary Public of the States of New
12   York, New Jersey, Pennsylvania, Delaware
13   and Texas.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2        R E M O T E   A P P E A R A N C E S:
 3
 4   DONIGER / BURROUGHS  LAW FIRM
 5   Counsel for Plaintiff
 6   LYNNE FREEMAN
 7           603 Rose Avenue
 8           Venice, California  90291
 9   BY:     STEPHEN M. DONIGER, ESQ.
10   EMAIL:  stephen@donigerlawfirm.com
11
12
13   COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
14   Counsel for Defendants
15   TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
16   ENTANGLED PUBLISHING, LLC, HOLTZBRINCK
17   PUBLISHERS, LLC d/b/a MACMILLAN and
18   UNIVERSAL CITY STUDIOS LLC
19           41 Madison Avenue
20           New York, New York  10010
21   BY:     BENJAMIN HALPERIN, ESQ.
22   EMAIL:  bhalperin@cdas.com
23
24
25
```

4

1
2      R E M O T E   A P P E A R A N C E S:
3
4   ALSO PRESENT:
5           JACOB FIGUEROA, Videographer
6           TRENT BAER
7           EMILY KIM
8           MARK PASSIN
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1      DR. CHASKI (9/28/2023)
 2          THE VIDEOGRAPHER:  We are on
 3   the record on September 28, 2023, at
 4   approximately 12:00 p.m. Eastern
 5   Time, for the remote video deposition
 6   of Carole Chaski, in the matter of
 7   Freeman versus Deebs-Elkenaney,
 8   et al.
 9          My name is Jacob Figueroa.  I'm
10   the videographer on behalf of
11   Lexitas.
12          Will counsel please introduce
13   themselves for the record, who they
14   represent, beginning with the party
15   noticing this proceeding.
16          MR. HALPERIN:  I'm Benjamin
17   Halperin of the law firm Conway
18   DeBaets Abrahams & Sheppard, here on
19   behalf of the defendants, Tracy
20   Deebs-Elkenaney, Entangled
21   Publishing, MacMillan, and Universal
22   City Studios.
23          MR. DONIGER:  Stephen Doniger
24   of Doniger Burroughs, on behalf of
25   the plaintiff, Lynne Freeman.
```

Case 1:22-cv-02435-LLS-SN   Document 300-34   Filed 12/22/23   Page 8 of 11
FREEMAN v                                           Carole Chaski, Ph.D.
DEEBS-ELKENANEY                                     September 28, 2023

20

1           DR. CHASKI (9/28/2023)
2    the works were created independently; do
3    you understand that?
4         A.    Yes.
5         Q.    And my understanding is that is
6    an issue that you are offering an opinion
7    on, probative similarities?
8         A.    Yes.
9         Q.    As I just defined it?
10        A.    Yes.  I am offering statistical
11   expectation with regard to similarities.
12        Q.    There's a separate concept in
13   copyright law called "substantial
14   similarity"; are you familiar with that?
15        A.    No.
16        Q.    One definition of substantial
17   similarity is that it addresses whether an
18   average observer would find that the
19   allegedly infringing work is substantially
20   similar to the plaintiff's work; does that
21   make sense?
22        A.    Yes.
23        Q.    My question is, is substantial
24   similarity an issue that you are offering
25   an opinion on?

Case 1:22-cv-02435-LLS-SN   Document 300-34   Filed 12/22/23   Page 9 of 11
FREEMAN v                                              Carole Chaski, Ph.D.
DEEBS-ELKENANEY                                        September 28, 2023

21

DR. CHASKI (9/28/2023)

1  
2       MR. DONIGER:  I'm going to
3  object as calling for speculation,
4  lacking foundation, potentially
5  calling for the mental impressions
6  and opinions of counsel.  As I noted
7  yesterday, her testimony is what it
8  is.  The facts that she found are
9  what they are, how we use those and
10 what we argue out of them is
11 attorney, you know, mental
12 impressions and opinions.
13      If the witness knows how her
14 testimony will be used based on
15 conversations with counsel about
16 their mental impressions and
17 opinions, I'm going to instruct her
18 not to answer.  If she has some other
19 basis to answer, she can go ahead.
20      A.    I don't think my report
21 addresses substantial similarity in terms
22 of the -- of -- as I understand it now,
23 Mr. Halperin, in terms of estimating how an
24 average reader would read these books.
25      Q.    Do you consider yourself to be

Case 1:22-cv-02435-LLS-SN Document 300-34 Filed 12/22/23 Page 10 of 11
FREEMAN v DEEBS-ELKENANEY
Carole Chaski, Ph.D.
September 28, 2023

257

1  DR. CHASKI (9/28/2023)

2

3  J U R A T

4

5

6  I, CAROLE E. CHASKI, Ph.D., do

7  hereby certify under penalty of

8  perjury that I have read the

9  foregoing transcript of my deposition

10  taken on September 28, 2023; that I

11  have made such corrections as appear

12  noted herein in ink, initialed by me;

13  that my testimony as contained

14  herein, as corrected, is true and

15  correct.

16

17

18  _____
    CAROLE E. CHASKI, Ph.D.

19

20  Subscribed and sworn to before me

21  This _____ day of _____, 2023.

22

23  _____
    NOTARY PUBLIC

24

25

Case 1:22-cv-02435-LLS-SN   Document 300-34   Filed 12/22/23   Page 11 of 11
FREEMAN v
DEEBS-ELKENANEY
Carole Chaski, Ph.D.
September 28, 2023

260

DR. CHASKI (9/28/2023)

C E R T I F I C A T E

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF RICHMOND   )

      I, AYLETTE GONZALEZ, a Notary Public for and within the State of New York, do hereby certify:

      That the witness, CAROLE E. CHASKI, Ph.D., whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

      I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

      IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of October, 2023.

_____
AYLETTE GONZALEZ