# EXHIBIT A

**From:** Michelle Bittner <michelle.bittner@acsalaska.net>
**Sent:** April 08, 2021 9:24 AM
**To:** Lynne
**Subject:** Fwd: Sorry to Bother You About This

Begin forwarded message:

**From:** L V <lucy.vanderbilt@gmail.com>
**Subject: Re: Sorry to Bother You About This**
**Date:** April 8, 2021 at 12:28:07 AM AKDT
**To:** Michelle Bittner <michelle.bittner@acsalaska.net>

Hi Michelle,

All I have is a little correspondence about it. I imagine I passed this on to you for her and suggested she might submit directly to these two editors? I'm sorry not to be of more help. I thoroughly checked the right geological layer of my archive and our back and forth is gone gone gone. I'm curious as to why you wanted it?

[redacted]

Lots of love,

Lucy


Original Message-----
From: Denwood, Rachel
Sent: 21 October 2010 13:44
To: Vanderbilt, Lucy
Subject: RE: An Alaska Story

Hi Lucy - I'm just getting to this now but on what I've read I think your friend has something here. I need to read more though. I like the sparse style and it's really atmospheric. Is it with an agent? R
-----Original Message-----
From: Coode, Emma
Sent: 08 October 2010 16:03
To: Vanderbilt, Lucy
Subject: RE: An Alaska Story

Hey Lucy,

CONFIDENTIAL

My readers LOVE this so far - I'm going to read over the weekend.
Hope Frankfurt is being kind to you - you always have lovely hair.
Em

> On Thu, Apr 8, 2021 at 6:06 AM Michelle Bittner <michelle.bittner@acsalaska.net> wrote:
> Hi Lucy,
>
> I'm not sure you ever communicated with her directly. Her name is Lynne Freeman and her e-mail is lynnef@gci.net. Her book was called "Blue Moon Rising."
>
> I did a purge, too.
>
> Thanks for looking when you have a chance.
>
> [redacted]
>
> XO,
>
> Michelle
>
>> On Apr 7, 2021, at 8:55 PM, Lucy Vanderbilt <lucy.vanderbilt@gmail.com> wrote:
>>
>> Hello! What is her name or do you have an email address for her, even better? That will really help. I'm unlikely to find my original email with you as I did a big purge of personal correspondence from my work email a few years ago. Xoxo
>>
>>> On Apr 7, 2021, at 11:00 PM, Michelle Bittner <michellestonebittner@gmail.com> wrote:
>>>
>>> Hi Lucy,
>>>
>>> By any chance, do you have any of the e-mails we exchanged regarding my friend's manuscript so many years ago? I deleted all those e-mails and am sure that you did, too, but If you have them, could you please forward them to me? Especially the one of me forwarding the manuscript to me and your response.
>>>
>>> [redacted]
>>>
>>> XO,
>>>
>>> Michelle

CONFIDENTIAL
LF 178102

CONFIDENTIAL
LF 178103