# EXHIBIT B

**From:** lynnef@gci.net <lynnef@gci.net>
**Sent:** July 22, 2021 6:19 PM
**To:**
**Subject:** Fwd: An Alaska Story

---

**From:** "LYNNE FREEMAN" <lynnef@gci.net>
**To:** "Michelle Bittner" <michellestonebittner@gmail.com>
**Sent:** Friday, April 9, 2021 10:27:44 AM
**Subject:** Re: An Alaska Story

excellent. thanks

---

**From:** "Michelle Bittner" <michellestonebittner@gmail.com>
**To:** "LYNNE FREEMAN" <lynnef@gci.net>
**Sent:** Friday, April 9, 2021 10:21:15 AM
**Subject:** Fwd: An Alaska Story


Sent from my iPhone

Begin forwarded message:

> **From:** "Vanderbilt, Lucy" <Lucy.Vanderbilt@harpercollins.co.uk>
> **Date:** April 9, 2021 at 1:42:27 AM AKDT
> **To:** michelle.bittner@acsalaska.net
> **Subject: FW: An Alaska Story**
>
>
> -----Original Message-----
> From: Vanderbilt, Lucy
> Sent: 21 October 2010 13:49
> To: Denwood, Rachel <rachel.denwood@harpercollins.co.uk>; Coode, Emma <Emma.Coode@harpercollins.co.uk>
> Subject: RE: An Alaska Story
>
> It isn't as far as I know; I think they were just happy to get a professional opinion. I've confessed to Em that I read the whole thing in an evening, though I admit it's because I have no self-control and was meant to be doing my Frankfurt reading. She's outlined the rest of

CONFIDENTIAL LF 128647

the story as well, and Michelle tells me she'd be very happy to work on it and do revisions with some guidance.  If you wanted to buy it she'd be surprised and delighted I think.

I'm ccing Em because I know she was intending to read it, and I coincidentally nagged her earlier today.

Thanks, both.
L.


-----Original Message-----
From: Denwood, Rachel
Sent: 21 October 2010 13:44
To: Vanderbilt, Lucy
Subject: RE: An Alaska Story

Hi Lucy - I'm just getting to this now but on what I've read I think your friend has something here. I need to read more though. I like the sparse style and it's really atmospheric. Is it with an agent?  R

-----Original Message-----
From: Vanderbilt, Lucy
Sent: 28 September 2010 13:24
To: Coode, Emma; Denwood, Rachel
Subject: FW: An Alaska Story

From a friend of one of my oldest friends--I've just read fifty pages and wonder, too much of a Twilight homage meets Samantha the Teenage Witch via Sweet Valley High?  Or just enough?  I'm strangely intrigued and wonder if either of you cares to have a flick through.  If not that's fine too I'll persevere and maybe send to an agent friend in the States.

This message is intended only for the use of the individual(s) to which it is addressed and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and delete this message and all of its attachments. HarperCollins Publishers Ltd, Registered in Scotland, Company No. 27389, Registered Address: Westerhill Road, Bishopbriggs, Glasgow G64 2QT