# EXHIBIT D

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Wed, 30 Mar 2011 19:00:02 -0800 (AKDT)

---

Hi Emily -

Ok --on second thought, and yes, I know we'll discuss this tomorrow: I want the ending to be a cliff hanger for sure, and I want the readers to want more. The last 100 pages were carefully crafted on my part to be action after action after action with the reader intentionally left in the lurch wanting to know how it is all resolved. The editors at HarperCollins (and the publishing rights director) only saw the very first version and they felt it was risky but they liked it. And the story has come a long, long way from there with your suggestions and direction.

The people I've had read it like the ending and want the 2nd book. They like that there are unresolved pieces to explore from the last 100 pages because it makes them hungry for book 2. That said, I have had people want a bit more about the aunties (they read the old version before the last re-write) -- but they don't think I should spill that Elise is the mother and all that just yet. I think we want enough mystery to carry the momentum forward.

I think if there are going to be 3 books, you can't resolve everything in the first one. It would be a 1200 page story. That said, it needs to be good enough on its own and satisfy the reader enough that they aren't frustrated.

Ultimately, this will come down to you as the agent and your "gut feeling" about selling this story and what's needed.

I will be open to your impressions :)

Lynne



On Wed, Mar 30, 2011 at 6:15 PM , Emily Sylvan Kim wrote:

> Hi Lynne,
>
> I finally got my notes back from my reader and they were fascinating.
> I am
> attaching below. I think she's on track about the last few pages. I
> guess
> my main concern there is how she slips into all these different
> realities
> and it's hard to keep track of what's entirely "real." Anyway, here



KIM00184281

> are the
> notes. Let's talk tomorrow...what works for you?
>
> Emily
>
> Reader's Notes:
> I really, really enjoyed this story. I started it yesterday afternoon
> and
> read it all in one go--it was just that engaging. At first I felt as
> though
> it were just a rehashing of Twilight, but as I got further into the
> story
> things got a lot more interesting. What really worked for me was how
> the
> author makes it unclear whether or not Ash is the "good guy" or the
> "bad
> guy" until we are very far into the book. The mystery of it kept me
> interested and engaged. That said, I have to admit that I was really
> disappointed by the ending. The first 400 pages felt very controlled,
> as
> though the author knew exactly where she was going. But then in the
> last 100
> pages, things start to feel somewhat chaotic. So much new information
> is
> introduced even while old information is not totally resolved. I
> wanted to
> know more about why the narrator's aunts were so secretive, more about
> her
> father, more about the prophecy, etc. Nevertheless, I'd say that I
> really
> loved the first 400 pages of the story. It was just so well-written
> and
> captivating, I had a blast reading it.
>
>
>
> On 3/29/11 12:56 AM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Hi Emily -
>>
>> We're on spring break here and I'm wanting to check in and see where
>> things are at in the process. Have you had any input from your
>> reader?
>> What's the next step?
>>
>> Please let me know when you can. When I know that our revisions are
>> complete, I really need to start the writing process for book 2.
>> It's
>> outlined but I've done very little writing since I haven't been sure
>> how
>> much tweaking I would be doing in book 1--and the story has changed
>> for
>> sure since we began the revisions!
>>

```
>> Haven't heard from Dewey yet -- we have a 3 week spring break here
>> and I
>> know he's at a remote ranch with his family this week, no tv, no
>> internet etc. I'll let you know when I have.
>>
>> Thanks :)
>>
>> Lynne
>
> ------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------
```

KIM00184283
KIM00184283