# EXHIBIT F

Confidential

**From:** Amy Fitzgerald <afitzger@macalester.edu>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising
**Date:** Sun, 12 Jun 2011 20:02:06 -0400

---

Thanks, Emily! Of course I can revise it. (Even as I was typing it I was aware that it was a bit brutal.) Should I address it directly to her or just soften it up so you can comfortably pass it on to her?

Amy

On Sun, Jun 12, 2011 at 2:37 PM, Emily Sylvan Kim <esk@prospectagency.com> wrote:
> Hi Amy,
>
> Wow, this is absolutely a great review.  Thanks!  I can't wait to have you read more!  But before I do, I wonder if you would be willing to revise this letter so it is more suited for the author's eyes...same great thoughts but with a kinder, more encouraging presentation.  You mentioned you had more detailed notes and sharing these with the author would be great too.  The more you offer her, the better.  I have been working with this author for some time and agree with your assessment but would also like to help her raise this to the level where we would be able to find it a home, even if it never becomes a great work of literature.
>
> Emily
>
>
> On 6/12/11 1:26 PM, "Amy Fitzgerald" <afitzger@macalester.edu> wrote:
>
>> Hi, Emily. Here's my feedback on the manuscript. Sorry it's a bit long (though I also took more detailed notes in case you should want to see any of those).
>>
>> Looking forward to my next assignment!
>>
>> On Thu, Jun 9, 2011 at 9:07 AM, Emily Sylvan Kim <esk@prospectagency.com> wrote:
>>> Hi Amy,
>>>
>>> Here's your first assignment!  I hope you enjoy it.  After you read it, can you write up any improvement ideas you have and general assessment?
>>>
>>> Thanks!
>>> Emily
>>>
>>>
>>> ----------------------------------------------
>>>
>>> Emily Sylvan Kim
>>> esk@prospectagency.com
>>>
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com

KIM00156267
KIM00156267

Confidential

---------------------------------------------------

**KIM00156268**
KIM00156268