# EXHIBIT G

**From:** Lynne Freeman <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Blue Moon Rising feedback
**Date:** Thu, 16 Jun 2011 13:36:27 -0700

---

I'll be home in 5 minutes

Sent from my iPhone

On Jun 16, 2011, at 1:12 PM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

Sure, I could talk today.  What works for you?

On 6/16/11 2:41 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:

Hi Emily -

Thank you for sharing her comments with me.  All feedback IS useful for discussion and I'm sure there is always room for improvement.  I'm not offended! I would like to go through her comments with you and let's decide what should be explored further and what shouldn't.

I do want to proceed with caution from this point, however.  I don't want to lose the voice of the character or any of the elements that have made the story compelling.  The publishing rights director and the children and fantasy editors from Harper Collins, London (and their readers) loved the story and the character as she was written back in December.  Lucy (PR director) reads many ms each week and said that she couldn't put this one down -- she ate it up in 4 days.  That has been the reaction I've had from everyone who has read the ms.  And what they all have liked is the character's voice and her internal struggles with teen angst and something more.

I will pass these comments along to three of my readers who know the ms as it is and get their feedback as well.  Sometimes when you see the critique of another person that's different from your own thoughts, it can help and add more to discussion.

Let's talk!  Do you have time tomorrow by chance? (Today?)  I really want to get moving on this as I am heading into some serious travel over the summer.  I want to get this project wrapped up and on it's way.

Please let me know what works for you.  I will make myself available as early or late as you need. Monday is good too --(but I'd really really like to get to work this weekend if I can).  Plus I want to know your thoughts and plans for the ms and what happens next.

Lynne


On Thu, Jun 16, 2011 at 11:15 AM , Emily Sylvan Kim wrote:

 Hi Lynne,

I just got this response letter back from my new summer intern.  I was surprised that she seemed to find room for improvement in areas of the book I hadn't been focusing on and seemed fine with the ending...which I think means you've done a great job revising! (though on a separate note I did want to mention that I thought the ending was much much better and I'd only really like to see one little tweak in regards to Taylor and who exactly was talking through her in the end which I found a bit confusing...)

But on a larger note, this letter took me aback and I hesitated to share it with you but I figured all

feedback is useful and we can go through this together and figure out what makes sense to take to heart and what doesn't.  I hope you'll agree with this decision.  You've been a real pro throughout this revision process so I'd figure you'd want to really wade in  those final slogging steps and be rewarded with true greatness!

So, look this over and let me know what you think.  Amy is also working some specific line notes which I will share with you as soon as I get them.

Emily


------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------

KIM00156742
KIM00156742