# EXHIBIT H

**From:** Mary Kate Castellani <MaryKate.Castellani@bloomsbury.com>
**To:** 'Emily Sylvan Kim' <esk@prospectagency.com>
**Subject:** RE: BLUE MOON RISING
**Date:** Fri, 6 Jan 2012 16:25:53 -0500

---

Hi Emily,
I hope 2012 is treating you well so far. I had a chance to take a look at BLUE MOON RISING, and I'm afraid that I'll be passing. We just keep hearing over and over from our sales team that paranormal is on the downswing and I'm just not sure I could find a way to convince them on this one.

Sorry not to have better news, but hopefully we can connect on a project sometime soon.

All best,
Mary Kate

-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Friday, October 28, 2011 10:25 AM
To: Mary Kate Castellani
Subject: Re: BLUE MOON RISING

Hi Mary Kate,

I do that all the time! :) Here's the book now, and I hope you have a great weekend too!

All best,
Emily


On 10/28/11 9:10 AM, "Mary Kate Castellani" <MaryKate.Castellani@bloomsbury.com> wrote:

> Hi Emily,
> Yes, so sorry, I did get your email and I did that thing where I
> answer it in my head, but never actually type it out and send. I would
> be happy to take a look.
>
> Thanks for thinking of me and have a great weekend!
> All best,
> Mary Kate
>
> -----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Friday, October 28, 2011 8:52 AM
> To: Mary Kate Castellani
> Subject: Re: BLUE MOON RISING
>
> Hi Mary Kate,
>
> I just wanted to make sure you received this. If you are interested,
> I'd love to send the book your way. Otherwise, I'd really appreciate

\> it if you'd let me know.
\>
\> Thanks!
\> Emily
\>
\>
\> On 10/26/11 10:32 AM, "Emily Sylvan Kim" <esk@prospectagency.com> wrote:
\>
\>\> Dear Mary Kate:
\>\>
\>\> It was so nice meeting you at the Rutgers event a few weeks ago. Did
\>\> you enjoy the conference? I am currently sending out a new, exciting
\>\> YA project out on submission and thought it might be a good fit for
\>\> you. The book is BLUE MOON RISING by Lynne Freeman.
\>\>
\>\> I think we can all agree that there is a glut of paranormal teen
\>\> novels in the market right now - but BLUE MOON RISING is different.
\>\> It's not a vampire story, though there are vampire characters, nor is
\>\> it a werewolf story, though the protagonist falls hard for one.
\>\> Influenced by novels that have come before, BLUE MOON RISING takes
\>\> the genre to the next level. Set in Alaska, this is the story of a
\>\> girl who is slowly finding out that she is the child of an ancient
\>\> prophecy, one so powerful that both evil and good forces are looking
\>\> to annihilate her. And the guys she's falling in love with, one of
\>\> the good guys, he'll destroy her too if he figures out what she has the potential to be.
\>\>
\>\> Lynne Freeman is a native Alaskan and an attorney. She currently
\>\> divides her time between Anchorage and Santa Barbara but her laptop
\>\> comes with her everywhere! This is her first novel.
\>\>
\>\> The novel has already garnered some early film interest and early
\>\> readers concur that BLUE MOON RISING is definitely different and
\>\> definitely sizzling hot, despite the chilly setting. Please let me
\>\> know if you'd like to take a look!
\>\>
\>\> All best,
\>\> Emily
\>\> -----------------------------------------------
\>\> Emily Sylvan Kim
\>\> esk@prospectagency.com
\>\>
\>\> Prospect Agency
\>\> 551 Valley Road, PMB 377
\>\> Upper Montclair, NJ 07043
\>\> 718-788-3217 (w)
\>\> 718-360-9582 (f)
\>\> http://www.prospectagency.com
\>\> -------------------------------------------------
\>\>
\>\>
\>\>
\>
\> -------------------------------------------------
\> Emily Sylvan Kim

KIM00149757
KIM00149757

> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------
>
>
>
>
>
> This email and its contents are confidential and may also be
> privileged and protected by copyright. If you are not the named
> recipient please notify the sender immediately, delete the email and
> all attachments completely from your system and do not use, print,
> copy, disclose or distribute any part of its contents. Bloomsbury
> Publishing Plc and its subsidiaries may monitor email traffic. Any
> views expressed in this email are those of the author, and do not
> necessarily represent those of Bloomsbury. This email does not
> conclude a binding agreement. Bloomsbury Publishing Plc 50 Bedford
> Square, London WC1B 3DP. Company registered in England and Wales
> company no. 1984336. Bloomsbury Publishing Inc. 175 5th Ave. NY 10010.
> Bloomsbury Publishing Pty Ltd, 309 Kent St, Sydney, NSW 2000
>
> _____
> This email has been scanned by the MessageLabs Email Security System.
> For more information please visit http://www.messagelabs.com/email
> _____

------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------



This email and its contents are confidential and may also be privileged and protected by copyright. If you are not the named recipient please notify the sender immediately, delete the email and all attachments completely from your system and do not use, print, copy, disclose or distribute any part of its contents. Bloomsbury Publishing Plc and its subsidiaries may monitor email traffic. Any views expressed in this email are those of the author, and do not necessarily represent those of Bloomsbury. This email does not conclude a binding agreement. Bloomsbury Publishing Plc 50 Bedford Square, London WC1B 3DP. Company registered in England and Wales company no. 1984336. Bloomsbury Publishing Inc. 175 5th Ave. NY 10010. Bloomsbury Publishing Pty Ltd, 309 Kent St,

KIM00149758
KIM00149758

Sydney, NSW 2000

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
---

KIM00149759
KIM00149759