# EXHIBIT J

**From:** "Arnold, Laura A" <laura.arnold@us.penguingroup.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: BLUE MOON RISING
**Date:** Fri, 03 Feb 2012 15:21:43 -0500

Hi Emily,
I've been sitting on this email trying to figure out where my thoughts lie....and as I sit here typing up a rejection for another worthy manuscript simply because it's paranormal and doesn't feel fresh, I think that has clarified my thoughts. In terms of positioning books in-house, paranormal isn't feeling like something to really swing the bat for. I think that's where I am.

-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Tuesday, January 17, 2012 2:34 PM
To: Arnold, Laura A
Subject: Re: BLUE MOON RISING

Hi Laura,

Well, if it's not going to be an acquisition, this is just about the nicest kind of letter to get! Thanks. The author and I were brainstorming about this book. We do realize it's a tough sell in today's market, but were wondering if you and your team might find it more marketable if the vampires weren't vampires and the werewolves weren't werewolves. Both of these creatures were based on various elements of Celtic and Egyptian mythology and with some easy changes, could easily be more elemental in form and less typical of what we think of when we think paranormal these days. If you think these types of changes might be exciting, let me know and perhaps we can talk further. But if you think this book is just too paranormal to work now, not to worry, Lynne is working on a really fun contemporary right now and we'll definitely send it your way. I only ask because we love this book and hate to give up on it because of (understandably) strong market pressure.

Emily


On 1/13/12 3:45 PM, "Arnold, Laura A" <laura.arnold@us.penguingroup.com> wrote:

> Hi Emily,
> Thank you so much for sending me BLUE MOON RISING. I though the
> writing, the storytelling, in this manuscript was simply wonderful and

> I'm so glad to have had the chance to consider this project. I'm so
> sorry to say that even though I do feel the author takes on werewolves

> and vampires in a fresh way, that was still our biggest concern in


KIM00150886

> imagining how to position this. We are finding books in those
> categories to be somewhat overpublished, and so are looking for things

> that fall into a newer territory. I'm sorry again to have
> disappointing news, but I thought this writer was marvelous, and I'd
> be more than happy to see future projects by her!
>
> With best wishes,
> Laura
>
> -----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Saturday, December 10, 2011 5:24 PM
> To: Arnold, Laura A
> Subject: Re: BLUE MOON RISING
>
> Hi Laura,
>
> I just wanted to check in and see how you're liking BLUE MOON RISING.

> I hope you're enjoying it as much as I did!
>
> All best,
>
> Emily
>
>
> On 10/26/11 3:55 PM, "Arnold, Laura A"
> <laura.arnold@us.penguingroup.com>
> wrote:
>
>> Thanks so much, Emily--can't wait!
>>
>> -----Original Message-----
>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>> Sent: Wednesday, October 26, 2011 2:13 PM
>> To: Arnold, Laura A
>> Subject: Re: BLUE MOON RISING
>>
>> Great - it would be fun to work together! I hope you enjoy the read!
>>
>> Emily
>>
>>
>> On 10/26/11 11:26 AM, "Arnold, Laura A"
>> <laura.arnold@us.penguingroup.com>
>> wrote:
>>
>>> Thanks, Emily--I'd love to see it!
>>>
>>> -----Original Message-----
>>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>>> Sent: Wednesday, October 26, 2011 10:29 AM
>>> To: Arnold, Laura A

KIM00150887
KIM00150887

\>\>\> Subject: BLUE MOON RISING
\>\>\>
\>\>\> Dear Laura:
\>\>\>
\>\>\> I hope this book finds you well and enjoying these lovely fall days!
\>\>\> I
\>\>
\>\>\> am excited to tell you about a new book I am currently sending out
\>\>\> on
\>\>\> submission: BLUE MOON RISING by Lynne Freeman.
\>\>\>
\>\>\> I think we can all agree that there is a glut of paranormal teen
\>\>\> novels in the market right now - but BLUE MOON RISING is different.
\>\>\> It's not a vampire story, though there are vampire characters, nor
\>\>\> is
\>
\>\>\> it a werewolf story, though the protagonist falls hard for one.
\>\>\> Influenced by novels that have come before, BLUE MOON RISING takes
\>\>\> the
\>\>
\>\>\> genre to the next level. Set in Alaska, this is the story of a girl

\>\>\> who is slowly finding out that she is the child of an ancient
\>\>\> prophecy, one so powerful that both evil and good forces are looking

\>\>\> to annihilate her. And the guys she's falling in love with, one of
\>\>\> the good guys, he'll destroy her too if he figures out what she has
\>\> the potential to be.
\>\>\>
\>\>\> Lynne Freeman is a native Alaskan and an attorney. She currently
\>\>\> divides her time between Anchorage and Santa Barbara but her laptop
\>\>\> comes with her everywhere! This is her first novel.
\>\>\>
\>\>\> The novel has already garnered some early film interest and early
\>\>\> readers concur that BLUE MOON RISING is definitely different and
\>\>\> definitely sizzling hot, despite the chilly setting. Please let me
\>\>\> know if you'd like to take a look!
\>\>\>
\>\>\> All best,
\>\>\> Emily
\>\>\> -----------------------------------------------
\>\>\> Emily Sylvan Kim
\>\>\> esk@prospectagency.com
\>\>\>
\>\>\> Prospect Agency
\>\>\> 551 Valley Road, PMB 377
\>\>\> Upper Montclair, NJ 07043
\>\>\> 718-788-3217 (w)
\>\>\> 718-360-9582 (f)
\>\>\> http://www.prospectagency.com
\>\>\> -----------------------------------------------
\>\>\>
\>\>\>
\>\>\>

KIM00150888

```
>>
>> ------------------------------------------------
>> Emily Sylvan Kim
>> esk@prospectagency.com
>>
>> Prospect Agency
>> 551 Valley Road, PMB 377
>> Upper Montclair, NJ 07043
>> 718-788-3217 (w)
>> 718-360-9582 (f)
>> http://www.prospectagency.com
>> ------------------------------------------------
>>
>>
>
> ------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------
>
>
>
>
```

------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------

KIM00150889