# EXHIBIT K

**From:** "Garfinkel, Pam" <Pam.Garfinkel@hbgusa.com>
**To:** "esk@prospectagency.com" <esk@prospectagency.com>
**CC:** "Scheina, Julie" <Julie.Scheina@hbgusa.com>
**Subject:** Re: BLUE MOON RISING
**Date:** Fri, 3 Feb 2012 11:27:47 -0500

---

Dear Emily,

Thank you for sending BLUE MOON RISING. Julie shared this project with me
-- we've now both had a chance to read and wanted to get back to you with
our collective thoughts.

We were intrigued by the novel's supernatural premise, and immediately
taken with the vivid Alaskan setting. We especially enjoyed getting to
know Anna's character, though we felt that her voice could be inconsistent
at times. In addition, we worried that certain aspects of the paranormal
romance felt familiar, and that elements of the plot might overlap with
forthcoming titles on our list. Given these concerns, we unfortunately
won't be able to pursue this project further.

Thank you again for the opportunity to review Lynne's work, and best of
luck to you both in finding the right publishing home for BLUE MOON
RISING. We're sorry this one wasn't a better fit, and hope we'll be able
to connect on another project soon.

All best,
Pam and Julie

---

>From: Emily Sylvan Kim [esk@prospectagency.com]
>Sent: Monday, November 14, 2011 4:12 PM
>To: Scheina, Julie
>Subject: Re: BLUE MOON RISING
>
>Hi Julie,
>
>Sorry about that! Here's the manuscript now. Hope you enjoy it!
>
>Emily
>
>
>On 11/14/11 4:10 PM, "Scheina, Julie" <Julie.Scheina@hbgusa.com> wrote:
>
>> Hi Emily,
>>
>> Just checking in as I don't think I received this. If you already sent,
>>could
>> you try resending?

**KIM00150862**
KIM00150862

Confidential

>>
>> Thanks!
>>
>> Julie
>> _____
>> From: Scheina, Julie
>> Sent: Wednesday, October 26, 2011 3:41 PM
>> To: Emily Sylvan Kim
>> Subject: Re: BLUE MOON RISING
>>
>> Hi Emily,
>>
>> I'm happy to take a look ‹ please do feel free to email it to me!
>>
>> Best,
>>
>> Julie
>>
>> Julie Scheina | Editor | 212 364 1160
>> Little, Brown Books for Young Readers
>>
>> From: Emily Kim <esk@prospectagency.com<mailto:esk@prospectagency.com>>
>> Date: Wed, 26 Oct 2011 10:36:52 -0400
>> To: "Scheina, Julie"
>> <julie.scheina@hbgusa.com<mailto:julie.scheina@hbgusa.com>>
>> Subject: BLUE MOON RISING
>>
>>
>> Dear Julie:
>>
>>
>>
>> I hope this email finds you well and enjoying fall. I am excited to tell
>>
>> you about a new book I am currently sending out on submission: BLUE MOON
>>
>> RISING by Lynne Freeman.
>>
>>
>>
>> I think we can all agree that there is a glut of paranormal teen novels
>>in
>>
>> the market right now - but BLUE MOON RISING is different. It's not a
>>
>> vampire story, though there are vampire characters, nor is it a werewolf
>>
>> story, though the protagonist falls hard for one. Influenced by novels
>>
>> that have come before, BLUE MOON RISING takes the genre to the next
>>level.
>>
>> Set in Alaska, this is the story of a girl who is slowly finding out
>>that

KIM00150863


Confidential

>>
>> she is the child of an ancient prophecy, one so powerful that both evil
>>and
>>
>> good forces are looking to annihilate her. And the guys she's falling
>>in
>>
>> love with, one of the good guys, he'll destroy her too if he figures out
>>
>> what she has the potential to be.
>>
>>
>>
>> Lynne Freeman is a native Alaskan and an attorney. She currently
>>divides
>>
>> her time between Anchorage and Santa Barbara but her laptop comes with
>>her
>>
>> everywhere! This is her first novel.
>>
>>
>>
>> The novel has already garnered some early film interest and early
>>readers
>>
>> concur that BLUE MOON RISING is definitely different and definitely
>>
>> sizzling hot, despite the chilly setting. Please let me know if you'd
>>like
>>
>> to take a look!
>>
>>
>>
>> All best,
>>
>> Emily
>>
>> ------------------------------------------------
>>
>> Emily Sylvan Kim
>>
>> esk@prospectagency.com<mailto:esk@prospectagency.com>
>>
>>
>>
>> Prospect Agency
>>
>> 551 Valley Road, PMB 377
>>
>> Upper Montclair, NJ 07043
>>
>> 718-788-3217 (w)

KIM00150864
KIM00150864

Confidential

&gt;&gt;
&gt;&gt; 718-360-9582 (f)
&gt;&gt;
&gt;&gt; http://www.prospectagency.com
&gt;&gt;
&gt;&gt; -------------------------------------------------

KIM00150865
KIM00150865