# EXHIBIT L

Confidential

**From:** "Penfold, Alexandra" <Alexandra.Penfold@simonandschuster.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: BLUE MOON RISING
**Date:** Thu, 23 Feb 2012 17:26:36 +0000

---

Dear Emily,

Hope you are doing well! I've had a chance to read BLUE MOON RISING.  The story is so vividly written and it really rises above the typical paranormal novels. However, as much as I wanted to absolutely love it, I found that the narrative dragged in places and I worry that readers need more from the plot to invest in the story sooner so they'll hang on until the end.

Thanks so much for giving me the change to read Lynne's manuscript. I hope we can find a good match for us soon!

All my best,

Alexandra

---

**From:** Emily Sylvan Kim [mailto:esk@prospectagency.com]
**Sent:** Friday, February 03, 2012 11:11 AM
**To:** Penfold, Alexandra
**Subject:** Re: BLUE MOON RISING

Hi Alexandra,

I wanted to check in on BLUE MOON RISING.  I've had some interest so I wanted to give you advance notice.  I hope you are loving it and I look forward to hearing from you soon.

Best,
Emily

On 10/28/11 11:48 AM, "Penfold, Alexandra" <Alexandra.Penfold@simonandschuster.com> wrote:

Hi Emily!

Sorry for the delay on this! I'd love to give it a read. Can you please send it my way?

Thanks!

Alexandra

**From:** Emily Sylvan Kim [mailto:esk@prospectagency.com]
**Sent:** Friday, October 28, 2011 8:55 AM
**To:** Penfold, Alexandra
**Subject:** Re: BLUE MOON RISING

Hi Alexandra,

I just wanted to make sure you received my email.  I'd really appreciate it if you'd let me know if you are interested in seeing this manuscript. We've had some early interest and I am anxious to move things along.

KIM00152936

KIM00152936

Confidential

Hope all is well!
Emily


On 10/26/11 10:32 AM, "Emily Sylvan Kim" <esk@prospectagency.com> wrote:
```
Dear Alexandra:

I hope this email finds you well and enjoying fall! I am excited to tell you about a new book I am
currently sending out on submission: BLUE MOON RISING by Lynne Freeman.

I think we can all agree that there is a glut of paranormal teen novels in the market right now -
but BLUE MOON RISING is different. It's not a vampire story, though there are vampire characters,
nor is it a werewolf story, though the protagonist falls hard for one.  Influenced by novels that
have come before, BLUE MOON RISING takes the genre to the next level.  Set in Alaska, this is the
story of a girl who is slowly finding out that she is the child of an ancient prophecy, one so
powerful that both evil and good forces are looking to annihilate her.  And the guys she's falling
in love with, one of the good guys, he'll destroy her too if he figures out what she has the
potential to be.

Lynne Freeman is a native Alaskan and an attorney.  She currently divides her time between Anchorage
and Santa Barbara but her laptop comes with her everywhere!  This is her first novel.

The novel has already garnered some early film interest and early readers concur that BLUE MOON
RISING is definitely different and definitely sizzling hot, despite the chilly setting.  Please let
me know if you'd like to take a look!

All best,
Emily
-------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------
```



-------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------




-------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)

KIM00152937
KIM00152937

Confidential

718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------

**KIM00152938**
KIM00152938