# EXHIBIT M

**From:** lynnef@gci.net
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: Harper Collins
**Date:** Mon, 14 Nov 2011 10:52:02 -0900 (AKST)

It is disappointing that she hasn't read it, especially after she asked about it and had such enthusiasm for it. Lucy (Vanderbilt) is the Publishing Rts Director -- so I would need her to pass back it to the children's / YA editor for consideration like she did last year.

Michelle (my friend and Lucy's friend in AK) feels that we should submit directly (and that Lucy has some things going on right now which is why there's not an active response from her to my friend). Lucy said we could use her name as did the children's editor, Rachel Denwood last year. In fact, Rachel is the one who gave me the names of the agents to contact in the UK.

So I wouldn't take it that there's not enthusiasm with the UK office -- they don't have the ms! I think reading between the lines that something is going on with Lucy . . .

Would it be bad form to ask your US contact at HC to give it a read explaining the history with the UK? I hate to leave any stone unturned but this is your area of expertise so I defer to your judgment. Or if we could put it in Rachel's hands and remind her that she read it last year and loved it . . . ?


On Mon, Nov 14, 2011 at 11:10 AM , Emily Sylvan Kim wrote:

> Hi Lynne,
>
> Too bad your contact wasn't able to follow through! Quite
> disappointing
> after that amazing initial enthusiasm...seems odd, doesn't it? I
> still
> think it's smart to hold off on HC. If the US office rejects, it
> won't do
> wonders for UK enthusiasm and the book is currently out with a large
> number
> of excellent US publishers.
>
> Emily
>
>
> On 11/11/11 1:51 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Hi Emily -
>>
>> So Lucy told my friend to tell me . . . (sounds like elementary
>> school!)

KIM00148448

\>\> that my agent should submit directly to her contact at HC. Lucy
\>\> hasn't
\>\> read the ms yet and is in a management conference. That's all I know
\>\> :(
\>\>
\>\> Lynne
\>
\> -----------------------------------------------
\> Emily Sylvan Kim
\> esk@prospectagency.com
\>
\> Prospect Agency
\> 551 Valley Road, PMB 377
\> Upper Montclair, NJ 07043
\> 718-788-3217 (w)
\> 718-360-9582 (f)
\> http://www.prospectagency.com
\> -----------------------------------------------