# EXHIBIT N

**From:** Whitney Lee <wlee@fieldingagency.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: UK pass for THE HALLOWED ONES and MASQUED/Harper UK
**Date:** Wed, 5 Sep 2012 20:09:47 -0700

---

I'm SO excited! Congratulations!! I will call you tomorrow to get all the glorious details. Hope you've been celebrating!!

xoxo


Whitney Lee
The Fielding Agency
269 S. Beverly Drive, #341
Beverly Hills, CA 90212
(T) 323.461.4791
wlee@fieldingagency.com


On Sep 3, 2012, at 6:28 AM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

> Oh darn!  I wish they could have been more specific especially since they seemed so wild about the book (at least according to my author!)  Let's talk about Kristen Ashley next week.  I am so excited we retained rights!
>
> Emily
>
> On 8/31/12 6:12 PM, "Whitney Lee" <wlee@fieldingagency.com> wrote:
>
>> Hi Emily and Becca,
>>
>> Unfortunately, we received a pass from Rachel Denwood re MASQUED and THE HALLOWED ONES. UGH! Please see her note below for your files:
>>
>>> Dear Whitney
>>> Thanks so much for sending THE HALLOWED ONES and MASQUED – which we really enjoyed. I'm afraid we are going to have to pass on these two – we have a number of new YA authors who we are currently building, such as your fantastic Kat Zhang, and accordingly we have to be increasingly selective when taking on new titles. Many thanks for thinking of us – we wish you all the best in finding a suitable home for these titles.
>>> Best wishes,
>>> Rachel
>>
>> Onward and upward!
>>
>> xo,
>> Whitney



-------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------

KIM00134464
KIM00134464