# EXHIBIT O

**From:** "Barley, Sarah" <Sarah.Barley@HARPERCOLLINS.com>
**To:** 'Emily Sylvan Kim' <esk@prospectagency.com>
**Subject:** RE: Masqued
**Date:** Thu, 21 Jun 2012 22:17:39 +0000

Dear Emily,

I've just gotten back in the office after a couple of weeks away (mostly for work, but a few days of vacation--joy!) and am catching up on things . . . and have found, to my horror and disgrace and embarrassment, that I have no record of ever having gotten back to you about MASQUED. Mea culpa!

So! I did indeed read the manuscript, and I was intrigued by the prologue, as I wrote--and then I felt things sort of lost steam! Not in terms of pacing, which was great, but some of the plot elements were feeling a little familiar. I liked the tarot twist on things, but was hoping for something a bit more off the beaten paranormal path! That's just me, though, and given the strong writing you have here, I can imagine another editor feeling differently.

I'm sorry for not getting back to you in a reasonable time frame, Emily. Thank you for sharing MASQUED with me--I look forward to seeing where it lands!

All best, and thanks,
Sarah

-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Tuesday, February 21, 2012 3:12 PM
To: Barley, Sarah
Subject: Re: Masqued

Hi Sarah,

Oh I am so glad the first pages grabbed you! My fingers are crossed that you'll love the rest!

Emily


On 2/21/12 1:37 PM, "Barley, Sarah" <Sarah.Barley@HARPERCOLLINS.com> wrote:

> Hi Emily,
>
> Ooh--sounds intriguing! I would, of course, be delighted to take read
> MASQUED and it's already downloaded onto my handy ereader. I just love
> the title! I took a peek at the first couple of pages because I
> couldn't help myself and can't wait to read the rest!
>
> Thank you so much for thinking of me! I'm only sorry you had to do so
> on a Saturday. I hope that you were able to get outside and enjoy the
> rest of the weekend, anyway! :)
>
> All best, and thanks,
> Sarah

```
>
> -----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Saturday, February 18, 2012 9:02 AM
> To: Barley, Sarah
> Subject: Masqued
>
> Dear Sarah:
>
> I hope this email finds you well. I am getting the long weekend
> started with a little work, but I don't mind because it means I get to
> email you about a wonderful book I am currently sending out on
> submission, MASQUED by Lynne Freeman.
>
> Before she had an agent, one of Lynne's friends shared the book with
> some editors at Harper UK and they were all wild about the project and
> encouraged her to get an agent, which as you can see she did!
>
> Our foreign rights agent is currently sharing the book with Harper UK,
> but I wanted to share it with someone in the US as well, and I think
> this book might be right up your alley with its blend of strong writing and commercial hook.
> Set in Alaska (where Lynne lives), this is the story of a girl who is
> slowly finding out that she is the child of an ancient prophecy, one
> so powerful that both evil and good forces are looking to annihilate
> her. And the guys she's falling in love with, one of the good guys,
> will destroy her too if he figures out what she has the potential to be.
>
> The book is out with a few other editors as well in the US, so I've
> taken the liberty of attaching it here. If it's not for you, no
> problem, just let me know, but I hope you will read it and love it!
>
> All best,
> Emily
> ------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------
>
>
>
>
>
> ****************************************************
> CONFIDENTIALITY NOTICE: This E-Mail is intended only for the use of
> the individual or entity to whom it is addressed and may contain
> information that is privileged, confidential and exempt from disclosure under applicable law.
> If you have received this communication in error, please do not
```

> distribute and delete the original message. Please notify the sender
> by E-Mail at the address shown. Thank you for your compliance.

---------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
---------------------------------------------

KIM00156579