# EXHIBIT P

**From:** "Lurie, Stephanie" <Stephanie.Lurie@disney.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Tue, 17 Apr 2012 08:51:54 -0400

---

Hi, Emily

Thank you for letting us take a look at MASQUED. I agree with you about the unique setting and premise. Unfortunately, however, we didn't find other aspects of the manuscript different enough from books that we have recently published, so we are going to pass on this opportunity. I hope you find an enthusiastic editor for it very soon!

Best wishes,

Stephanie

-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Tuesday, April 10, 2012 8:56 PM
To: Lurie, Stephanie
Subject: MASQUED

Dear Stephanie:

I hope this email finds you well and enjoying this wonderful spring weather! I am excited to tell you about a new book I am currently sending out on submission: MASQUED by Lynne Freeman.

I think we can all agree that there is a glut of paranormal teen novels in the market right now - but MASQUED is different. Influenced by novels that have come before, MASQUED takes the genre to the next level. Set in Alaska, this is the story of a girl who is slowly finding out that she is the child of an ancient prophecy, one so powerful that both evil and good forces are looking to annihilate her. And the guys she's falling in love with, one of the good guys, he'll destroy her too if he figures out what she has the potential to be.

Lynne Freeman is a native Alaskan and an attorney. She currently divides her time between Anchorage and Santa Barbara but her laptop comes with her everywhere! This is her first novel.

The novel has already garnered some early film interest and early readers concur that MASQUED is definitely different and definitely sizzling hot, despite the chilly setting. Please let me know if you'd like to take a look!

All best,
Emily
------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com


KIM00155016

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------

KIM00155017