# EXHIBIT Q

**From:** Caroline Abbey <Caroline.Abbey@bloomsbury.com>
**To:** 'Emily Sylvan Kim' <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Wed, 18 Apr 2012 11:09:53 -0400

---

Dear Emily,

My apologies for the delay in getting back to you. I ended up being out all of last week. I'm afraid I'm going to have to say no to this one. My team is just so fatigued on paranormal now. And we do have a book coming from our UK office about a girl who discovers secrets about her past that put her in the middle of a battle between good and evil, so it would be difficult to set this one apart. Sorry not to be writing with better news and thank you for thinking of me.

Best,
Caroline


Caroline Abbey
Editor
Bloomsbury Children's Books
175 Fifth Avenue, 8th Floor
New York, NY 10010
(p) 646-438-6125
(f) 212-727-0984


Please visit us on Facebook at:
www.facebook.com/BloomsburyKids
www.facebook.com/BloomsburyTeens



-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Tuesday, April 10, 2012 9:03 PM
To: Caroline Abbey
Subject: MASQUED

Dear Caroline:

I hope this email finds you well and enjoying this wonderful spring weather! I am excited to tell you about a new book I am currently sending out on submission: MASQUED by Lynne Freeman.

I think we can all agree that there is a glut of paranormal teen novels in the market right now - but MASQUED is different. It's not a vampire story, though there are vampire characters, nor is it a werewolf story, though the protagonist falls hard for one. Influenced by novels that have come before, MASQUED takes the genre to the next level. Set in Alaska, this is the story of a girl who is slowly finding out that she is the child of an ancient prophecy, one so powerful that both evil and good forces are looking to



annihilate her. And the guys she's falling in love with, one of the good guys, he'll destroy her too if he figures out what she has the potential to be.

Lynne Freeman is a native Alaskan and an attorney. She currently divides her time between Anchorage and Santa Barbara but her laptop comes with her everywhere! This is her first novel.

The novel has already garnered some early film interest and early readers concur that MASQUED is definitely different and definitely sizzling hot, despite the chilly setting. Please let me know if you'd like to take a look!

All best,
Emily
-----------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-----------------------------------------------

This email and its contents are confidential and may also be privileged and protected by copyright. If you are not the named recipient please notify the sender immediately, delete the email and all attachments completely from your system and do not use, print, copy, disclose or distribute any part of its contents. Bloomsbury Publishing Plc and its subsidiaries may monitor email traffic. Any views expressed in this email are those of the author, and do not necessarily represent those of Bloomsbury. This email does not conclude a binding agreement. Bloomsbury Publishing Plc 50 Bedford Square, London WC1B 3DP. Company registered in England and Wales company no. 1984336. Bloomsbury Publishing Inc. 175 5th Ave. NY 10010. Bloomsbury Publishing Pty Ltd, 309 Kent St, Sydney, NSW 2000

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

KIM00155038

KIM00155038