# EXHIBIT R

Confidential

**From:** "Fay, Shauna" <Shauna.Fay@us.penguingroup.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Tue, 08 May 2012 18:18:13 -0400

---

Hi Emily,
Yes – getting married on Saturday! This is actually my last day in the office. Thanks so much for the congratulations.

I was able to take a look at MASQUED before I head out, and while the writing is really great and Anna was a very likable heroine, I worry that there are not enough new and different elements to the story here that would set it apart from the rest of the novels in the competitive paranormal / romance / YA market out there right now. I wanted to feel more of the Alaskan setting, or the mythological background (outside of what we initially learn in the classroom). The characters here were compelling, but I did not find myself loving this as much as I'd hoped to.

Unfortunately I'm going to pass, but thank you so much for the chance to read this, and I wish you the best of luck with it! All best,

*Shauna*

---

**From:** Emily Sylvan Kim [mailto:esk@prospectagency.com]
**Sent:** Thursday, May 03, 2012 12:14 PM
**To:** Fay, Shauna
**Subject:** Re: MASQUED

```
Hi Shauna,

I just wanted to check in and see how you are liking MASQUED.  I hope you are enjoying it as much as
I did!

And as a side note, I hear you are getting married soon!  Congratulations!

Best,
Emily
```

On 4/11/12 12:35 PM, "Fay, Shauna" <Shauna.Fay@us.penguingroup.com> wrote:

Perfect. Thank you, Emily!

Shauna

---

**From:** Emily Sylvan Kim [mailto:esk@prospectagency.com]
**Sent:** Wednesday, April 11, 2012 12:35 PM
**To:** Fay, Shauna
**Subject:** Re: MASQUED

Hi Shauna,

Here's MASQUED as a word document!

I look forward to hearing your thoughts.

Best,


KIM00155920
KIM00155920

Confidential

Emily


On 4/11/12 9:40 AM, "Fay, Shauna" <Shauna.Fay@us.penguingroup.com> wrote:
Thanks, Emily!
Is there any chance you have this as a Word document so I can put it on my Kindle?
My Kindle does not get along with PDFs… if not, I can just print, but wanted to check.


## Shauna

---

**From:** Emily Sylvan Kim [mailto:esk@prospectagency.com] <mailto:esk@prospectagency.com%5d>
**Sent:** Wednesday, April 11, 2012 9:34 AM
**To:** Fay, Shauna
**Subject:** Re: MASQUED

Hi Shauna,

Great!  I am attaching it here and eagerly await your thoughts.

All best,
Emily


On 4/10/12 10:25 PM, "Fay, Shauna" <Shauna.Fay@us.penguingroup.com> wrote:
Hi Emily,
Sounds great. I'd love to take a look!
Thanks so much!
Shauna


-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com] <mailto:esk@prospectagency.com%5d>
<mailto:esk@prospectagency.com%5d>
Sent: Tue 4/10/2012 9:03 PM
To: Fay, Shauna
Subject: MASQUED

Dear Shauna:

I hope this email finds you well and enjoying this wonderful spring weather!
I am excited to tell you about a new book I am currently sending out on
submission: MASQUED by Lynne Freeman.

I think we can all agree that there is a glut of paranormal teen novels in
the market right now - but MASQUED is different. Influenced by novels that
have come before, MASQUED takes the genre to the next level.  Set in Alaska,
this is the story of a girl who is slowly finding out that she is the child
of an ancient prophecy, one so powerful that both evil and good forces are
looking to annihilate her.  And the guys she's falling in love with, one of
the good guys, he'll destroy her too if he figures out what she has the
potential to be.

Lynne Freeman is a native Alaskan and an attorney.  She currently divides
her time between Anchorage and Santa Barbara but her laptop comes with her
everywhere!  This is her first novel.

The novel has already garnered some early film interest and early readers
concur that MASQUED is definitely different and definitely sizzling hot,
despite the chilly setting.  Please let me know if you'd like to take a
look!


KIM00155921

Confidential

All best,
Emily
------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------


------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------


------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------


------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------

KIM00155922
KIM00155922

Confidential

**KIM00155923**
KIM00155923