# EXHIBIT S

Confidential

**From:** "Goodman, Sara" <Sara.Goodman@stmartins.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Tue, 8 May 2012 20:46:53 +0000

Hi Emily,

So sorry for the delay here!

I did get a chance to read MASQUED. Thank you so much for the opportunity here. But I'm afraid I just didn't love it enough which, as you point out about the glut of paranormal out there, is a must. Competition is so stiff, and I'm afraid our list here in-house is quite full of paranormal, that in order to take more on, I've got to be head over heels.

But please don't let this stop you from continuing to try me. There's a book out there that will be perfect for us, I'm sure of it.

Thanks again for being in touch. I hope to hear from you again soon!

Best,

Sara

-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Thursday, May 03, 2012 12:01 PM
To: Goodman, Sara
Subject: Re: MASQUED

Hi Sara,

I just wanted to check in and see how you are liking MASQUED. I hope you are enjoying it as much as I did!

Best,

Emily


On 4/11/12 10:23 AM, "Goodman, Sara" <Sara.Goodman@stmartins.com> wrote:

> Hi Emily,
>
> So great to hear from you! This sounds fabulous. Please do send it along!
>
> Sara
>
> -----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Tuesday, April 10, 2012 9:03 PM
> To: Goodman, Sara
> Subject: MASQUED

KIM00155917
KIM00155917

>
> Dear Sara:
>
> I hope this email finds you well and enjoying this wonderful spring weather!
> I am excited to tell you about a new book I am currently sending out
> on
> submission: MASQUED by Lynne Freeman.
>
> I think we can all agree that there is a glut of paranormal teen
> novels in the market right now - but MASQUED is different. Influenced
> by novels that have come before, MASQUED takes the genre to the next
> level. Set in Alaska, this is the story of a girl who is slowly
> finding out that she is the child of an ancient prophecy, one so
> powerful that both evil and good forces are looking to annihilate her.
> And the guys she's falling in love with, one of the good guys, he'll
> destroy her too if he figures out what she has the potential to be.
>
> Lynne Freeman is a native Alaskan and an attorney. She currently
> divides her time between Anchorage and Santa Barbara but her laptop
> comes with her everywhere! This is her first novel.
>
> The novel has already garnered some early film interest and early
> readers concur that MASQUED is definitely different and definitely
> sizzling hot, despite the chilly setting. Please let me know if you'd like to take a look!
>
> All best,
> Emily
> ------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------
>
>
>
>
>

------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com

KIM00155918
KIM00155918

Confidential

-------------------------------------------------

**KIM00155919**
KIM00155919