# EXHIBIT T

**From:** "Editor" <editor@spencerhillpress.com>
**To:** "Emily Sylvan Kim" <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Sun, 06 May 2012 19:43:23 -0700

---

Hi Emily,

Thank you for sending us *Masqued*, but we're going to have to pass. However, I hope you'll consider us for future YA paranormal submissions.

Take care!

 - Kate


Kate Kaynak
Editor/Author
Spencer Hill Press
www.SpencerHillPress.com


> -------- Original Message --------
> Subject: Re: MASQUED
> From: Emily Sylvan Kim <esk@prospectagency.com>
> Date: Wed, May 02, 2012 3:50 pm
> To: <editor@spencerhillpress.com>
>
> Hi Kate,
>
> I just wanted to check in and see how you are liking MASQUED. I hope you
> are enjoying it as much as I did!
>
> Best,
>
> Emily
> -----------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> -----------------------------------------------
>
>
> ------ Forwarded Message
> From: Emily Sylvan Kim <esk@prospectagency.com>
> Date: Tue, 10 Apr 2012 20:58:15 -0400
> To: <editor@spencerhillpress.com>
> Conversation: MASQUED
> Subject: MASQUED

KIM00155798
KIM00155798

Confidential

Dear Kate:

I hope this email finds you well and enjoying this wonderful spring weather!
I hear about Spencerhill Press on Publisher's Weekly and thought you might
be a good match for a book I am currently sending out on submission, MASQUED
by Lynne Freeman.

I think we can all agree that there is a glut of paranormal teen novels in
the market right now - but MASQUED is different. Influenced by novels that
have come before, MASQUED takes the genre to the next level. Set in Alaska,
this is the story of a girl who is slowly finding out that she is the child
of an ancient prophecy, one so powerful that both evil and good forces are
looking to annihilate her. And the guys she's falling in love with, one of
the good guys, he'll destroy her too if he figures out what she has the
potential to be.

Lynne Freeman is a native Alaskan and an attorney. She currently divides
her time between Anchorage and Santa Barbara but her laptop comes with her
everywhere! This is her first novel.

The novel has already garnered some early film interest and early readers
concur that MASQUED is definitely different and definitely sizzling hot,
despite the chilly setting. Please let me know if you'd like to take a
look!

All best,
Emily
------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------




------ End of Forwarded Message

KIM00155799

KIM00155799