# EXHIBIT U

**From:** "Jacobs, Katherine" <Katherine.Jacobs@roaringbrookpress.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: MASQUED
**Date:** Wed, 13 Jun 2012 13:07:00 +0000

---

Hi Emily,

Sorry I've had Masqued for so long! I got bogged down with a big project and tight deadlines in April and May and fell way behind. I'm just digging out now!

I was glad to have the opportunity to consider Masqued. I love the Alaskan setting and the beautiful archeologist family is appealing. But I'm afraid I didn't connect with Anna's character as much as I had hoped. I don't think I'm quite right for this one.

Thanks, as always, for thinking of me. I hope we'll connect on something soon!

Kate

On 4/11/12 10:34 AM, "Emily Sylvan Kim" <esk@prospectagency.com> wrote:

>Hi Kate,
>
>Great! Here it is!
>
>Emily
>
>
>On 4/11/12 10:32 AM, "Jacobs, Katherine"
><Katherine.Jacobs@roaringbrookpress.com> wrote:
>
>> Hi Emily,
>>
>> I'll happily take a look! I love the idea of Alaska as a setting. Send
>>it
>> along,
>>
>> Kate
>>
>> On 4/10/12 9:02 PM, "Emily Sylvan Kim" <esk@prospectagency.com> wrote:
>>
>>> Dear Kate:
>>>
>>> I hope this email finds you well and enjoying this wonderful spring
>>> weather!
>>> I am excited to tell you about a new book I am currently sending out on
>>> submission: MASQUED by Lynne Freeman.
>>>
>>> I think we can all agree that there is a glut of paranormal teen

```
>>>novels in
>>> the market right now - but MASQUED is different. Influenced by novels
>>>that
>>> have come before, MASQUED takes the genre to the next level. Set in
>>> Alaska,
>>> this is the story of a girl who is slowly finding out that she is the
>>> child
>>> of an ancient prophecy, one so powerful that both evil and good forces
>>>are
>>> looking to annihilate her. And the guys she's falling in love with,
>>>one
>>> of
>>> the good guys, he'll destroy her too if he figures out what she has the
>>> potential to be.
>>>
>>> Lynne Freeman is a native Alaskan and an attorney. She currently
>>>divides
>>> her time between Anchorage and Santa Barbara but her laptop comes with
>>>her
>>> everywhere! This is her first novel.
>>>
>>> The novel has already garnered some early film interest and early
>>>readers
>>> concur that MASQUED is definitely different and definitely sizzling
>>>hot,
>>> despite the chilly setting. Please let me know if you'd like to take a
>>> look!
>>>
>>> All best,
>>> Emily
>>> -----------------------------------------------
>>> Emily Sylvan Kim
>>> esk@prospectagency.com
>>>
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> -----------------------------------------------
>>>
>>>
>>>
>>>
>>>
>
>-----------------------------------------------
>Emily Sylvan Kim
>esk@prospectagency.com
>
>Prospect Agency
>551 Valley Road, PMB 377
>Upper Montclair, NJ 07043
```

KIM00156328
KIM00156328

>718-788-3217 (w)
>718-360-9582 (f)
>http://www.prospectagency.com
>------------------------------------------------
>
>
>

KIM00156329
KIM00156329