# EXHIBIT V

**From:** "Frain, Melissa" <Melissa.Frain@tor.com>
**To:** "Emily Sylvan Kim (esk@prospectagency.com)" <esk@prospectagency.com>
**Subject:** Masqued
**Date:** Fri, 17 Aug 2012 22:10:26 +0000

---

Dear Emily,

Thanks so much for sending MASQUED, and for your incredible patience while I've been reviewing. This has been an absolutely crazy summer, and I'm so sorry for taking so long to get back to you on this!

I did have a chance to take a look, and I thought this was a fun, engaging story. There were a lot of elements that I liked a lot—Ash's professor parents, the Celtic basis, etc. I'm afraid, though, that this is just such a tough genre for me right now. Paranormal YA is so crowded these days, and it's a hard sell for my team without something really exceptional and new to make it stand out.

I'm sorry to say that this wasn't quite the right match for me, but thanks again for thinking of me, and best of luck placing this elsewhere! I hope we'll match up on something else soon (and I promise a quicker response!).

Best,
Mel

**M E L I S S A   F R A I N**
Associate Editor | Tor/Forge/Starscape/Tor Teen
175 Fifth Avenue | NY NY 10010
(646) 307 5497 | Fax: (212) 388 0191

KIM00134221
KIM00134221