# EXHIBIT W

**From:** Lynne Freeman <lynnef@gci.net>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: M A S Q U E D
**Date:** Thu, 06 Dec 2012 10:42:57 -0800

---

And this is the last OH-- I swear! I make the relationships between Taylor Amanda and Anna much clearer-- you know that Taylor isn't quite right and has supernatural abilities.

I also introduce Julian at the party where Anna is with Taylor and Amanda-- with Anna thinking Taylor is the Nyx-- the cursed girl-/ and trying to save Julian from her clutches.

Ok I'll stop now... I'm very excited obviously! Let me know what I can do to help as you review:) :)

Sent from my iPhone

On Dec 6, 2012, at 9:50 AM, Emily Sylvan Kim <esk@prospectagency.com> wrote:

> Dear Lynne,
>
> I have read the beginning and it didn't feel as different as I was
> expecting, but I am guessing some of the larger changes come later on?
>
> I will keep reading!
>
> All best,
> Emily
>
>
> On 12/5/12 10:49 PM, "lynnef@gci.net" <lynnef@gci.net> wrote:
>
>> Hi Emily -
>>
>> I'm not sure if you got my last email about a week ago but I'm checking
>> in to see if you've had a chance to look at the ms? I sent it in just
>> before Halloween and would love to know your thoughts:)
>>
>> I hope all is well.
>>
>> Best,
>>
>> Lynne
>
> -----------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)

KIM00138021

Confidential

> http://www.prospectagency.com
> ----------------------------------------------
>
>
>
>

**KIM00138022**
KIM00138022