# EXHIBIT X

Confidential

**From:** "LYNNE FREEMAN" <lynnef@gci.net>
**To:** "Emily Sylvan Kim" <esk@prospectagency.com>
**Subject:** Re: MASQUED
**Date:** Fri, 03 May 2013 19:30:33 -0800
**Attachments:** Synopsis_2.docx

Hi Emily -

I know you are reading away but I thought I'd send you the synopsis I drafted. I'm supposed to send it to the editor and her name is Kat Brzozowski.  I know you will submit these for me to editors but I'm doing this as part of the Santa Barbara Writer's Conference.  I get an appointment time with her and she'll let me know what she thinks, etc.

Hope you are enjoying the read.

Best,

Lynne


----- Original Message -----
**From:**
"Emily Sylvan Kim" <esk@prospectagency.com>

**To:**
"LYNNE FREEMAN" <lynnef@gci.net>
**Cc:**

**Sent:**
Mon, 29 Apr 2013 09:43:55 -0400
**Subject:**
Re: MASQUED


Re: MASQUEDHi Lynne,

Great to hear from you!  I've been thinking of you.  Are you thinking of going to Atlanta this year for RWA?

I'd love to read the revised and will do so very quickly.  In fact, if you send today I can give feedback before you have to send the the SMP editor...do you know who that is by the way?

Can't wait to read!

Emily


On 4/28/13 11:10 PM, "LYNNE FREEMAN" <lynnef@gci.net> wrote:

Hi Emily -

This is your long-lost client, Lynne!  How have you been?

I have taken my time revising Masqued--I took some time away from it as you suggested and worked on a new project (nothing that we discussed BTW -- how funny is that?) and then came back to Masqued with a vengeance and am really really pleased with the way it's come together.

What would you like from me in terms of reading this time?  Do you want a synopsis?  What is your timeframe like in terms of having a look?

The Santa Barbara Writer's Conference begins June 8.  I'll be there, of course.  I have the chance to submit to an editor from St. Martin's Press this week.  Should I go ahead and do that?



KIM00195585

LMK --

All best,

Lynne


------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------

KIM00195586
KIM00195586