# EXHIBIT Y

**From:** Carrie Pestritto <carrie@prospectagency.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** MASQUED
**Date:** Tue, 14 May 2013 18:36:25 -0400

Hi Emily,

I read through MASQUED and like a lot of the revisions the author has done since the last time I looked at it. As always, I like the mystery surrounding the story with the Order of the Sphinx and the abductions, and I also like the fact that it takes place in Alaska.

However, I don't really feel a strong connection to Anna or truly understand who she is as a character. We are told a lot of things about her, but I didn't find all of these things weaving together to form a comprehensive whole. For instance, we are told that her friend Brendan knows just what to say to bring out her stubborn streak, but I don't really see that stubborn streak in play anywhere before this.

I also worry that the manuscript is sticking with some cliched/overdone story lines: a hot guy who's new in school; a girl friend who suddenly gets popular and leaves the other friend behind; a half angel/half demon girl destined to save or destroy the world depending on how things go with her bad boy love whom she trusts even though she shouldn't, etc. I was intrigued by Anna because of her expertise with Tarot and the mysteries surrounding her about her father and about Ash and his family, and wonder if we can get over these cliches by simply moving past them and moving the plot forward quickly.

These are minor things, but:

Anna and Amanda's friendship seems forced to me...maybe because we don't see anything of them before the scenes in school with the Amanda/Taylor conflict.

I'm not sure where Avalon comes from or why the witches go there for initiation. The inclusion of Avalon is extreme fantasy and its immediate acceptance by Anna as being real kind of threw me, and I also don't see its value to the story.

Also wondering why these 24-hour disappearances don't spark more of a reaction from Anna other than to comment on the fact that they are happening. Being involved with the supernatural, doesn't she wonder if this is something out of the ordinary?


KIM00195815
KIM00195815