# EXHIBIT Z

Confidential

**From:** "LYNNE FREEMAN" <lynnef@gci.net>
**To:** "Emily Sylvan Kim" <esk@prospectagency.com>
**Subject:** Re: MASQUED
**Date:** Wed, 31 Jul 2013 08:09:17 -0800
**Attachments:** Masqued_PDF.pdf

Absolutely!  This version is very similar to the last one you read.

Just so you know what I've been up to .....

I wrote two different beginnings, one which started at school and the current one beginning with the Tarot  I also removed the current chapter two and gave the versions to 12 readers.  Hands down, the version you're reading was preferred.

I took suggestions from the readers and incorporated them.  Now when you read Masqued, Anna tells you in chapter 1 that she's a blood-witch (she also shows this by the reading she does and the vision).  Chapter 2, Anna explains that all blood-witches have 1 or 2 of the 13 powers.  Marcheline demonstrates a power in ch 2.

Little things like that so that the reader and Anna both know she's a magical being.


----- Original Message -----
**From:**
"Emily Sylvan Kim" <esk@prospectagency.com>

**To:**
"LYNNE FREEMAN" <lynnef@gci.net>
**Cc:**

**Sent:**
Tue, 30 Jul 2013 20:52:55 -0400
**Subject:**
Re: MASQUED


Definitely! Can I read it??:)

----
Emily Sylvan Kim
esk@prospectagency.con
551 Valley Rd., PMB 377
Upper Montclair, NJ 07043

On Jul 30, 2013, at 8:23 PM, "LYNNE FREEMAN" <lynnef@gci.net> wrote:

> Hi Emily -
>
> Hope you're having a great summer.
>
> Masqued is done done. I had a dozen readers review it and after their feedback, it's polished and ready to go. I would like to discuss the plan with you before we send it out. Is there a good day next week for us to check in?
>
> Thanks --
>
> Lynne

KIM00159810
KIM00159810