# EXHIBIT AA

**From:** "LYNNE FREEMAN" <lynnef@gci.net>
**To:** "Emily Sylvan Kim" <esk@prospectagency.com>
**Subject:** Re: MASQUED
**Date:** Mon, 16 Sep 2013 08:45:49 -0800

Let's talk!  Are you around?


----- Original Message -----
**From:**
"Emily Sylvan Kim" <esk@prospectagency.com>

**To:**
"LYNNE FREEMAN" <lynnef@gci.net>
**Cc:**

**Sent:**
Mon, 16 Sep 2013 12:33:40 -0400
**Subject:**
Re: MASQUED


Re: MASQUEDHi Lynne,

I did receive this and have read a few times.  I would have been happy to make track changes but I can't do that with PDF.  I think you're moving in the right direction but to be completely honest, I don't think you're there yet.  The first pages still feel a little repetitive.  You circle back to the main premise a few times and don't really delve into the story.  I like the part where you talk about light bulbs exploding and people getting hurt because that is real and tangible.  Not sure what to do with the more amorphous details....they don't light up a synopsis and make you yearn to read more.

Basically what I read here is that there is a girl who knows she's a witch and that she has strange tattoos that mean something else that she doesn't know.  She appears to be developing dark powers.  She meets and falls in love with a boy who happens to be a kind of protector who would kill her if he knew her powers.  Then she gets kidnapped by a vampire who is her father, runs into a powerful mirror and unwittingly unleashes a demon.  She is responsible for injuring her mother and has to take her to Avalon and then she and Ash find acceptance with each other.

These are the plot points but I am sure you agree they need to be finessed a bit to show the movement and tension in the story.  We need to be riveted by the synopsis so we can't wait to dive into the book.

I hope these thoughts help.  Lynne, I really love working with you.  You are such a fantastic person and I always deeply enjoy our talks.  However, I feel like I am not doing justice to you as an agent.  My comments don't always seem to lead your book to the next level and this may just be because you and I are looking for different things from this project...believe me, I in no way claim I have any or even some of the answers regarding this mysterious endeavor called writing!

What I do know is that I was not able to successfully sell this project and though I know it's changed a great deal, I worry that the same editors who passed initially may not be the best candidates for acquiring it right now.  This is just a tough reality of publishing.  There are a few more place to try, of course, but I really think you owe it to yourself to be really certain you are putting the best book out there.  And at this point, I am not sure my comments are the most useful medium to getting you there.  It sounds like you've had a lot of amazing feedback from people in your community and I really value their insights and this makes me doubt my own judgment regarding this book which essentially is that I really love the voice, the story and so on but feel it has to go to the next level in terms of a really coherent theme and high level plot with lots of forward momentum and character responsibility.

I know this email is long and perhaps long overdue.  You deserve honesty from me above all else.  I am happy to try sending this out once more.  Or have a phone conversation if you think that would be useful.  But the bottom line is you need to move forward and I need to more forward too...not to mention the book.

I am completely at your disposal at this point.  Let me know what you think would be most useful and I'm happy to accommodate.



KIM00198298

All best,
Emily

On 9/11/13 11:13 AM, "LYNNE FREEMAN" <lynnef@gci.net> wrote:

Hi Emily -

Attached is the synopsis.  Please please feel more than free to suggest edits.  I want this to be as good as possible (and thank you for the sample synopsis -- very helpful).  It took me a bit longer to get this to you than I would've liked but my son had 2 surgeries (he's fine), school started in the middle of last week (I'm fine) and a domestic violence case imploded (they're fine!).

I made some tweaks to the ms as well. I read Cassandra Clare's "The Mortal Instruments" and saw the movie.  She has Shadow Hunters in her book as demon fighters so I felt compelled to change the name of Ash's people yet again.  !

Let's check in after you've read the synopsis.  The story is very different than the original version that was sent out last year.

Best to you:)

Lynne

-----------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-----------------------------------------------

KIM00198299