# EXHIBIT BB

**From:** Stacy Abrams <stacy@entangledpublishing.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** Re: MASQUED
**Date:** Wed, 30 Oct 2013 13:30:13 -0500

---

Got it!!

On 10/30/13 12:14 PM, "Emily Sylvan Kim" <esk@prospectagency.com> wrote:

>Sorry, here you go!
>
>
>On 10/30/13 1:10 PM, "Stacy Abrams" <stacy@entangledpublishing.com> wrote:
>
>> Hi Emily,
>>
>> I think you might have forgotten to attach the manuscript!
>>
>> I'm thrilled with how Tracy's book has gone out the gate. Woot!! :)
>>
>> Stacy
>>
>>
>>
>>
>>
>> On 10/23/13 11:33 AM, "Emily Sylvan Kim" <esk@prospectagency.com> wrote:
>>
>>> Hi Stacy,
>>>
>>> Sorry for the delay. Here you go! And aren't you happy about Tracy?
>>>I
>>> am!
>>>
>>> Emily
>>>
>>>
>>> On 10/18/13 4:29 PM, "Stacy Abrams" <stacy@entangledpublishing.com>
>>>wrote:
>>>
>>>> Hi Emily,
>>>>
>>>> Liz asked me to respond to you about this submission because she's
>>>> currently closed to acquisitions. It definitely sounds like it could
>>>>be
>>>> up
>>>> my alley, if you wouldn't mind sending it along!

KIM00157612

```
>>>>
>>>> Stacy
>>>>
>>>>
>>>>
>>>>
>>>>
>>>> On 10/10/13 11:19 AM, "Elizabeth Pelletier"
>>>> <liz@entangledpublishing.com>
>>>> wrote:
>>>>
>>>>>
>>>>> On 10/10/13 9:52 AM, "Emily Sylvan Kim" <esk@prospectagency.com>
>>>>>wrote:
>>>>>
>>>>>> Dear Lynne:
>>>>>>
>>>>>> I am excited to be writing to you about Lynne Freeman¹s MASQUED If
>>>>>>you
>>>>>> are
>>>>>> looking for something unique in young adult paranormal romance, this
>>>>>> is
>>>>>> something I think would be a perfect fit for you!
>>>>>>
>>>>>> Strange things are happening to sixteen-year-old Anna St. Claire.
>>>>>> Ravens
>>>>>> stalk her, visions haunt her and she suddenly finds that she can
>>>>>>fight
>>>>>> like
>>>>>> a trained assassin, but she doesn¹t know why. Of course, Anna is
>>>>>>used
>>>>>> to
>>>>>> extraordinary things on a certain level. She is part of the Kindred,
>>>>>> hereditary witches who gain their full power at the age of seventeen
>>>>>> and
>>>>>> who
>>>>>> each has a sacred duty only they can fulfill. Anna isn¹t sure what
>>>>>> her
>>>>>> path
>>>>>> is meant to be, but there are others who do.
>>>>>>
>>>>>> MASQUED is a story of forbidden love, deadly secrets, and an
>>>>>> impossible
>>>>>> choice. Inspired by the sacred feminine, grounded in pagan
>>>>>>practices,
>>>>>> and
>>>>>> with mythological references, the author weaves a complex and
>>>>>> compelling
>>>>>> story which will appeal to girls and women everywhere. Set in
>>>>>>Alaska,
>>>>>> the
>>>>>> only place in the world where supernatural beings are unable to
>>>>>>sense
>>>>>> one
```

>>>>>> another, Anna must not only discover her true identity, but also
>>>>>> those of
>>>>>> the people around her, including the mysterious boy she is falling
>>>>>>in
>>>>>> love
>>>>>> with, who has a destiny of his own.
>>>>>>
>>>>>> MASQUED is intended as the first book of a trilogy and stands alone
>>>>>> as a
>>>>>> single volume. It has already garnered early film interest, and
>>>>>> readers
>>>>>> of
>>>>>> all ages report that it is one of those books you just can¹t put
>>>>>>down.
>>>>>>
>>>>>> Lynne Freeman is a native Alaskan and an attorney who currently
>>>>>> resides
>>>>>> in
>>>>>> Santa Barbara, California where she writes a weekly column, ³The
>>>>>> GreenScene.²
>>>>>>
>>>>>> I¹d love to send you the full manuscript.
>>>>>>
>>>>>> All best,
>>>>>>
>>>>>> Emily
>>>>>>
>>>>>>
>>>>>> All best,
>>>>>> Emily
>>>>>> ------------------------------------------------
>>>>>> Emily Sylvan Kim
>>>>>> esk@prospectagency.com
>>>>>>
>>>>>> Prospect Agency
>>>>>> 551 Valley Road, PMB 377
>>>>>> Upper Montclair, NJ 07043
>>>>>> 718-788-3217 (w)
>>>>>> 718-360-9582 (f)
>>>>>> http://www.prospectagency.com
>>>>>> ------------------------------------------------
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>
>>>
>>> ------------------------------------------------
>>> Emily Sylvan Kim
>>> esk@prospectagency.com
>>>

confidential / bates

```
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> ------------------------------------------------
>>>
>>>
>>>
>>>
>>
>
>------------------------------------------------
>Emily Sylvan Kim
>esk@prospectagency.com
>
>Prospect Agency
>551 Valley Road, PMB 377
>Upper Montclair, NJ 07043
>718-788-3217 (w)
>718-360-9582 (f)
>http://www.prospectagency.com
>------------------------------------------------
>
>
>
```

KIM00157615