# EXHIBIT CC

**From:** "Sally Morgridge" <smorgridge@holidayhouse.com>
**To:** "'Emily Sylvan Kim'" <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Fri, 08 Nov 2013 10:06:35 -0500

Dear Emily,

Thanks for the opportunity to take a look at MASQUED. I thought the Kindred was an intriguing idea and I liked the gradual development of Anna's powers. Unfortunately, I didn't feel drawn to Anna as a strong heroine. I wanted her to be a little less serious and a little more likable. I am going to have to pass on this one. I would love to read other YA submissions if you have anything else in mind for Holiday House.

Best wishes,

Sally

Sally Morgridge
Editorial Assistant
Holiday House, Inc.
425 Madison Avenue
New York, NY 10017
www.holidayhouse.com


-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Thursday, October 24, 2013 5:29 PM
To: Sally Morgridge
Subject: Re: MASQUED

Hi Sally,

Sorry for the delay. Here you go!!

Emily


On 10/10/13 1:13 PM, "Sally Morgridge" <smorgridge@holidayhouse.com> wrote:

> Hi Emily,
>
> Sure, please send it over!
>
> Thanks,
>
> Sally
>
> Sally Morgridge
> Editorial Assistant

KIM00157474

> Holiday House, Inc.
> 425 Madison Avenue
> New York, NY 10017
> www.holidayhouse.com
>
> -----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Thursday, October 10, 2013 11:52 AM
> To: smorgridge@holidayhouse.com
> Subject: MASQUED
>
> Dear Sally:
>
> I am excited to be writing to you about Lynne Freeman's MASQUED If you
> are looking for something unique in young adult paranormal romance,
> this is something I think would be a perfect fit for you!
>
> Strange things are happening to sixteen-year-old Anna St. Claire.
> Ravens stalk her, visions haunt her and she suddenly finds that she
> can fight like a trained assassin, but she doesn't know why. Of
> course, Anna is used to extraordinary things on a certain level. She
> is part of the Kindred, hereditary witches who gain their full power
> at the age of seventeen and who each has a sacred duty only they can
> fulfill. Anna isn't sure what her path is meant to be, but there are
> others who do.
>
> MASQUED is a story of forbidden love, deadly secrets, and an
> impossible choice. Inspired by the sacred feminine, grounded in pagan
> practices, and with mythological references, the author weaves a
> complex and compelling story which will appeal to girls and women
> everywhere. Set in Alaska, the only place in the world where
> supernatural beings are unable to sense one another, Anna must not
> only discover her true identity, but also those of the people around
> her, including the mysterious boy she is falling in love with, who has a
> destiny of his own.
>
> MASQUED is intended as the first book of a trilogy and stands alone as
> a single volume. It has already garnered early film interest, and
> readers of all ages report that it is one of those books you just can't
> put down.
>
> Lynne Freeman is a native Alaskan and an attorney who currently
> resides in Santa Barbara, California where she writes a weekly column,
> "The GreenScene."
>
> I'd love to send you the full manuscript.
>
> All best,
>
> Emily
>
>
> All best,
> Emily

Confidential

\> -----------------------------------------------
\> Emily Sylvan Kim
\> esk@prospectagency.com
\>
\> Prospect Agency
\> 551 Valley Road, PMB 377
\> Upper Montclair, NJ 07043
\> 718-788-3217 (w)
\> 718-360-9582 (f)
\> http://www.prospectagency.com
\> -----------------------------------------------
\>
\>
\>
\>


-----------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-----------------------------------------------

KIM00157476
KIM00157476