# EXHIBIT DD

**From:** "Harrison, Kate" <Kate.Harrison@us.penguingroup.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Thu, 6 Feb 2014 17:23:18 +0000

---

Oh no, what does your daughter have? I swear it's like the plague out there!
Yes, let's try for next Friday and hope everyone's healthy and we aren't snowed in (AGAIN!).

Kate

-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Thursday, February 06, 2014 11:18 AM
To: Harrison, Kate
Subject: Re: MASQUED

Hi Kate,

I think next Friday should work. Should we try for it? Sorry to hear about all the illness...my daughter also hasn't been to school since last Friday.
It's driving me batty!

Emily


On 2/5/14 8:31 PM, "Harrison, Kate" <Kate.Harrison@us.penguingroup.com>
wrote:

> Hi Emily,
>
> Unfortunately this week has just been one disaster after another, and
> thanks to a family-wide stomach flu, a toddler ear infection, and
> ANOTHER snowstorm, I haven't been able to make it to the office since
> last Thursday. So I'm actually going to have to go in instead of
> working from home this Friday, to try and catch up on some office
> stuff. Sorry! Would you be able to do either next Friday or the 28th
> (though I know the 28th is getting really close to your due date...).
> Or if not, I will very eagerly await a meeting with you and the little one whenever you're ready!
>
> And it's so good to hear you're all settled in now--I do think warm
> weather is going to make everything much, much easier.
>
> Best,
> Kate
>
> -----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Monday, February 03, 2014 11:23 AM
> To: Harrison, Kate
> Subject: Re: MASQUED
>


KIM00163967

> Hi Kate,
>
> How about next Friday? There are plenty of nice places to go on Walnut
> Street or I'd be happy to pick you up in my car too. I also moved to
> the area in late December and it was a little rough - especially since
> my son was starting pre-k halfway through the year ad the other
> parents seemed so different from what I was used to in Brooklyn. But
> by the time summer came along, I felt much better about things and now feel completely adjusted.
>
> Look forward to seeing you soon!
>
> Emily
>
>
> On 1/31/14 2:57 PM, "Harrison, Kate"
> <Kate.Harrison@us.penguingroup.com>
> wrote:
>
>> Hi Emily,
>>
>> Oh my goodness, congratulations!!! That's so exciting...and so soon!
>> I am indeed liking Montclair, though I wish we'd moved in May instead
>> of the worst January ever, so that we could get out and explore the
>> town more. Right now everyone's just hunkering down inside in
>> survival mode! But I love having more space and a yard, and everyone
>> we've met has been so nice. It would be great to get together for
>> lunch or coffee before your baby girl comes (or I'd LOVE to have her
>> as a companion as well :)). I work from home on Fridays, though right
>> now we only have one car and my husband drives to work, so I'm a
>> little limited on mobility. I live within walking distance of Walnut
>> Street, though, if you'd be up for meeting there. I'm pretty open on
>> Fridays in February (if you could do Walnut Street), for either a
>> coffee or lunch, except for the 21st. How about you?
>>
>> Best,
>> Kate
>> -----Original Message-----
>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>> Sent: Thursday, January 30, 2014 12:24 PM
>> To: Harrison, Kate
>> Subject: Re: MASQUED
>>
>> Hi Kate,
>>
>> Thanks for your response. I'll pass it along. And also welcome to
>> Montclair!
>> Do you like it here so far? I'd love to get together. I'm actually
>> do to have a baby on March 3rd, so maybe before that would be great.
>> Otherwise, I may bring a little companion with me, at least if we
>> meet up in the few months after she's born!
>>
>> All best,
>> Emily
>>

KIM00163968

>>
>> On 1/30/14 9:57 AM, "Harrison, Kate"
>> <Kate.Harrison@us.penguingroup.com>
>> wrote:
>>
>>> Hi Emily,
>>>
>>> I'm so sorry for my embarrassingly delayed reply on this one! Thanks
>>> so much for sending it--I am actually weirdly fascinated by tarot
>>> cards, witches, and secret societies, so this was right up my alley.
>>> The chemistry between Ash and Anna was also fantastic! In the end,
>>> though, I think it's a bit too paranormal for my personal taste. I
>>> just found it hard to get as pulled into this world as I wanted to.
>>> So I think I'm going to have to bow out of the running for this one.
>>> But thanks so much again for thinking of me, and I hope we'll find
>>> something soon. I actually just moved to Montclair a few weeks ago,
>>> and if I remember right, you're in Glen Ridge, aren't you? I'd love
>>> to get together sometime...maybe when we get a break from this
>>> arctic weather!
>>>
>>> Best,
>>> Kate
>>>
>>> -----Original Message-----
>>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>>> Sent: Thursday, October 24, 2013 5:29 PM
>>> To: Harrison, Kate
>>> Subject: Re: MASQUED
>>>
>>> Hi Kate,
>>>
>>> Sorry for the delay. Here it is now! Just in time for Halloween!
>>>
>>> Best,
>>> Emily
>>>
>>>
>>> On 10/10/13 1:23 PM, "Harrison, Kate"
>>> <Kate.Harrison@us.penguingroup.com>
>>> wrote:
>>>
>>>> Hi Emily,
>>>>
>>>>
>>>> Yes, I'd love to take a look--sounds intriguing!
>>>>
>>>> Thanks,
>>>> Kate
>>>>
>>>> -----Original Message-----
>>>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>>>> Sent: Thursday, October 10, 2013 11:52 AM
>>>> To: Harrison, Kate
>>>> Subject: MASQUED

\>\>\>\>
\>\>\>\> Dear Kate:
\>\>\>\>
\>\>\>\> I am excited to be writing to you about Lynne Freeman¹s MASQUED If
\>\>\>\> you are looking for something unique in young adult paranormal
\>\>\>\> romance, this is something I think would be a perfect fit for you!
\>\>\>\>
\>\>\>\> Strange things are happening to sixteen-year-old Anna St. Claire.
\>\>\>\> Ravens stalk her, visions haunt her and she suddenly finds that she
\>\>\>\> can fight like a trained assassin, but she doesn¹t know why. Of
\>\>\>\> course, Anna is used to extraordinary things on a certain level.
\>\>\>\> She is part of the Kindred, hereditary witches who gain their full
\>\>\>\> power at the age of seventeen and who each has a sacred duty only
\>\>\>\> they can fulfill. Anna isn¹t sure what her path is meant to be,
\>\>\>\> but there are others who do.
\>\>\>\>
\>\>\>\> MASQUED is a story of forbidden love, deadly secrets, and an
\>\>\>\> impossible choice. Inspired by the sacred feminine, grounded in
\>\>\>\> pagan practices, and with mythological references, the author
\>\>\>\> weaves a complex and compelling story which will appeal to girls
\>\>\>\> and women everywhere. Set in Alaska, the only place in the world
\>\>\>\> where supernatural beings are unable to sense one another, Anna
\>\>\>\> must not only discover her true identity, but also those of the
\>\>\>\> people around her, including the mysterious boy she is falling in
\>\>\>\> love with, who has a destiny of his own.
\>\>\>\>
\>\>\>\> MASQUED is intended as the first book of a trilogy and stands alone
\>\>\>\> as a single volume. It has already garnered early film interest,
\>\>\>\> and readers of all ages report that it is one of those books you
\>\>\>\> just can¹t put down.
\>\>\>\>
\>\>\>\> Lynne Freeman is a native Alaskan and an attorney who currently
\>\>\>\> resides in Santa Barbara, California where she writes a weekly
\>\>\>\> column, ³The GreenScene.²
\>\>\>\>
\>\>\>\> I¹d love to send you the full manuscript.
\>\>\>\>
\>\>\>\> All best,
\>\>\>\>
\>\>\>\> Emily
\>\>\>\>
\>\>\>\>
\>\>\>\> All best,
\>\>\>\> Emily
\>\>\>\> ----------------------------------------------
\>\>\>\> Emily Sylvan Kim
\>\>\>\> esk@prospectagency.com
\>\>\>\>
\>\>\>\> Prospect Agency
\>\>\>\> 551 Valley Road, PMB 377
\>\>\>\> Upper Montclair, NJ 07043
\>\>\>\> 718-788-3217 (w)
\>\>\>\> 718-360-9582 (f)
\>\>\>\> http://www.prospectagency.com

KIM00163970

```
>>>> ----------------------------------------------
>>>>
>>>>
>>>>
>>>>
>>>
>>> ----------------------------------------------
>>> Emily Sylvan Kim
>>> esk@prospectagency.com
>>>
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> ----------------------------------------------
>>>
>>>
>>
>> ----------------------------------------------
>> Emily Sylvan Kim
>> esk@prospectagency.com
>>
>> Prospect Agency
>> 551 Valley Road, PMB 377
>> Upper Montclair, NJ 07043
>> 718-788-3217 (w)
>> 718-360-9582 (f)
>> http://www.prospectagency.com
>> ----------------------------------------------
>>
>>
>>
>
> ----------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ----------------------------------------------
>
>
>
```

----------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

KIM00163971

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------

KIM00163972
KIM00163972