# EXHIBIT EE

**From:** "Brzozowski, Kat" <Kat.Brzozowski@stmartins.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Wed, 19 Feb 2014 15:52:08 +0000

Hi Emily!

Thanks for the nudge on MASQUED, and I'm sorry it took me so long to get back to you on this. I'm drowning in submissions - which is a good problem to have, except I need more hours in the day!

I've had a chance to look at MASQUED, and I'm sorry to say I'm going to pass. I love the premise here - I think it would be a lot of fun to work on a witchy YA - but the writing just didn't grab me.

I hope we can connect on a YA project very soon, and I hope you find a great home for this!

Best,

Kat

Kat Brzozowski
Associate Editor
Thomas Dunne Books
A Div. of St. Martin's Press
175 Fifth Avenue
New York, NY 10010
P: (646) 307-5818


-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Tuesday, January 28, 2014 1:59 PM
To: Brzozowski, Kat
Subject: Re: MASQUED

Hi Kat,

I haven't heard from you in awhile and just wanted to check in on this submission. Looking forward to hearing your thoughts!

Best,
Emily


On 10/25/13 6:48 AM, "Brzozowski, Kat" <Kat.Brzozowski@stmartins.com> wrote:

> Thanks!
>
> Sent from my iPhone
>
> On Oct 24, 2013, at 5:30 PM, "Emily Sylvan Kim"

> <esk@prospectagency.com>
> wrote:
>
>> Hi Kat,
>>
>> I am so sorry for the delay...but that means Halloween is all the closer!
>> Hope you enjoy!
>>
>> Emily
>>
>>
>> On 10/10/13 11:54 AM, "Brzozowski, Kat"
>> <Kat.Brzozowski@stmartins.com>
>> wrote:
>>
>>> Hi Emily!
>>>
>>> This sounds great. Paranormal YA isn't usually my thing, but I make
>>> an exception for witches because they're awesome. You're so smart to
>>> send this out when everyone is in a Halloween mood!
>>>
>>> Kat
>>>
>>> Kat Brzozowski
>>> Associate Editor
>>> Thomas Dunne Books
>>> A Div. of St. Martin's Press
>>> 175 Fifth Avenue
>>> New York, NY 10010
>>> P: (646) 307-5818
>>>
>>>
>>> -----Original Message-----
>>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>>> Sent: Thursday, October 10, 2013 11:52 AM
>>> To: Brzozowski, Kat
>>> Subject: MASQUED
>>>
>>> Dear Kat:
>>>
>>> I am excited to be writing to you about Lynne Freeman¹s MASQUED If
>>> you are looking for something unique in young adult paranormal
>>> romance, this is something I think would be a perfect fit for you!
>>>
>>> Strange things are happening to sixteen-year-old Anna St. Claire.
>>> Ravens stalk her, visions haunt her and she suddenly finds that she
>>> can fight like a trained assassin, but she doesn¹t know why. Of
>>> course, Anna is used to extraordinary things on a certain level. She
>>> is part of the Kindred, hereditary witches who gain their full power
>>> at the age of seventeen and who each has a sacred duty only they can
>>> fulfill. Anna isn¹t sure what her path is meant to be, but there
>>> are others who do.
>>>
>>> MASQUED is a story of forbidden love, deadly secrets, and an

KIM00164446

>>> impossible choice. Inspired by the sacred feminine, grounded in
>>> pagan practices, and with mythological references, the author weaves
>>> a complex and compelling story which will appeal to girls and women
>>> everywhere. Set in Alaska, the only place in the world where
>>> supernatural beings are unable to sense one another, Anna must not
>>> only discover her true identity, but also those of the people around
>>> her, including the mysterious boy she is falling in love with, who
>>> has a destiny of his own.
>>>
>>> MASQUED is intended as the first book of a trilogy and stands alone
>>> as a single volume. It has already garnered early film interest, and
>>> readers of all ages report that it is one of those books you just
>>> can¹t put down.
>>>
>>> Lynne Freeman is a native Alaskan and an attorney who currently
>>> resides in Santa Barbara, California where she writes a weekly
>>> column, ³The GreenScene.²
>>>
>>> I¹d love to send you the full manuscript.
>>>
>>> All best,
>>>
>>> Emily
>>>
>>>
>>> All best,
>>> Emily
>>> ------------------------------------------------
>>> Emily Sylvan Kim
>>> esk@prospectagency.com
>>>
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> ------------------------------------------------
>>
>> ------------------------------------------------
>> Emily Sylvan Kim
>> esk@prospectagency.com
>>
>> Prospect Agency
>> 551 Valley Road, PMB 377
>> Upper Montclair, NJ 07043
>> 718-788-3217 (w)
>> 718-360-9582 (f)
>> http://www.prospectagency.com
>> ------------------------------------------------
>>
>>
>>
>> <Masquerade in Word 1.docx>

KIM00164447
KIM00164447

-----------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-----------------------------------------------

**KIM00164448**
KIM00164448