# EXHIBIT FF

**From:** "Karre, Andrew" <AKarre@lernerbooks.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Fri, 25 Oct 2013 15:29:58 +0000

---

Thanks for checking with me. I don't think this one will be a good fit, all other things considered. Best of luck with it.

AK


Andrew Karre
Editorial Director
Carolrhoda Books, Carolrhoda Lab, Darby Creek, and Graphic Universe


Lerner Publishing Group
t 612-332-3344, Ext. 212
c 651-283-1796
skype andrewkarre
akarre@lernerbooks.com
@andrewkarre
The Carolrhoda Blog



-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Thursday, October 24, 2013 4:31 PM
To: Karre, Andrew
Subject: MASQUED

Dear Andrew:

I am excited to be writing to you about Lynne Freeman's MASQUED If you are looking for something unique in young adult paranormal romance, this is something I think would be a perfect fit for you!

Strange things are happening to sixteen-year-old Anna St. Claire. Ravens stalk her, visions haunt her and she suddenly finds that she can fight like a trained assassin, but she doesn't know why. Of course, Anna is used to extraordinary things on a certain level. She is part of the Kindred, hereditary witches who gain their full power at the age of seventeen and who each has a sacred duty only they can fulfill. Anna isn't sure what her path is meant to be, but there are others who do.

MASQUED is a story of forbidden love, deadly secrets, and an impossible choice. Inspired by the sacred feminine, grounded in pagan practices, and with mythological references, the author weaves a complex and compelling story which will appeal to girls and women everywhere. Set in Alaska, the only place in the world where supernatural beings are unable to sense one



another, Anna must not only discover her true identity, but also those of the people around her, including the mysterious boy she is falling in love with, who has a destiny of his own.

MASQUED is intended as the first book of a trilogy and stands alone as a single volume. It has already garnered early film interest, and readers of all ages report that it is one of those books you just can't put down.

Lynne Freeman is a native Alaskan and an attorney who currently resides in Santa Barbara, California where she writes a weekly column, "The GreenScene."

I'd love to send you the full manuscript.

All best,

Emily
-------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
-------------------------------------------------

KIM00157647