# EXHIBIT GG

**From:** "Shapiro, Becky" <BShapiro@scholastic.com>
**To:** "esk@prospectagency.com" <esk@prospectagency.com>
**Subject:** RE: MASQUED
**Date:** Tue, 12 Nov 2013 19:31:42 +0000

---

Hi Emily,

I work with Abby McAden, and she passed your submission along to me. Right now I work mostly on chapter book and middle grade projects, but I definitely have an interest in YA as well.

Thank you for sending Lynne Freeman's MASQUED for us to consider! I enjoyed reading--the story definitely has some unique paranormal elements, as well as aspects that felt especially appealing to female readers. However, I ultimately did not feel that this really had a big enough hook for us to break it out in today's very crowded YA marketplace. I'm afraid we do not see a place for this on our list.

Thanks again for the opportunity to review this, and best of luck placing this in the right hands! I hope you'll keep me in mind for other projects you're working on.

All best,
Becky

Becky Shapiro
Associate Editor | Scholastic Inc.
557 Broadway | New York, NY 10012
212-343-6512

-----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Monday, October 28, 2013 12:34 PM
> To: McAden, Abigail
> Subject: MASQUED
>
> Dear Abby:
>
> I am excited to be writing to you about Lynne Freeman's MASQUED If you
> are looking for something unique in young adult paranormal romance,
> this is something I think would be a perfect fit for you!
>
> Strange things are happening to sixteen-year-old Anna St. Claire.
> Ravens stalk her, visions haunt her and she suddenly finds that she
> can fight like a trained assassin, but she doesn't know why. Of
> course, Anna is used to extraordinary things on a certain level. She
> is part of the Kindred, hereditary witches who gain their full power
> at the age of seventeen and who each has a sacred duty only they can
> fulfill. Anna isn't sure what her path is meant to be, but there are others
> who do.
>

KIM00157411
KIM00157411

> MASQUED is a story of forbidden love, deadly secrets, and an
> impossible choice. Inspired by the sacred feminine, grounded in pagan
> practices, and with mythological references, the author weaves a
> complex and compelling story which will appeal to girls and women
> everywhere. Set in Alaska, the only place in the world where
> supernatural beings are unable to sense one another, Anna must not
> only discover her true identity, but also those of the people around
> her, including the mysterious boy she is falling in love with, who has a destiny of his own.
>
> MASQUED is intended as the first book of a trilogy and stands alone as
> a single volume. It has already garnered early film interest, and
> readers of all ages report that it is one of those books you just can¹t put down.
>
> Lynne Freeman is a native Alaskan and an attorney who currently
> resides in Santa Barbara, California where she writes a weekly column,
> ³The GreenScene.²
>
> I¹d love to send you the full manuscript.
>
> All best,
>
> Emily
> ------------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ------------------------------------------------
>
>
>
>
>
> ------ End of Forwarded Message
>

------------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
------------------------------------------------

Confidential

**KIM00157413**
KIM00157413