# EXHIBIT HH

| | |
|---|---|
| **From:** | William Greenleaf <william@wgreenleaf.com> |
| **Sent:** | November 02, 2014 1:12 PM |
| **To:** | 'LYNNE FREEMAN' |
| **Subject:** | RE: Novel |

Sunday, November 02, 2014

Hi Lynne ~

Thanks for getting back to me. My turnaround time for the edit would likely be about six weeks. My policy is for full payment in advance, but we could break it into two or three payments, if that would help.

I'll be glad to edit a few pages to give you an idea of what to expect. The sample probably won't be exactly how those pages end up after a full edit, though. I typically go through a manuscript four times, and a lot of fine-tuning and proofreading takes place in the final couple of passes, at a time when I have an intimate connection both with the story and your writing style. You're a good writer, and the last thing you need is a heavy-handed edit that will interfere with your narrative pace.

If the fee is going to be a problem, I can recommend another editor whose fees are less than mine. Her name is Tiffany, and she's a very good editor. You can depend on her to do a good job. There are a lot of book editors out here, and most of them do substandard work. I know that because I've edited a lot of manuscripts that had supposedly already been professionally edited. Some even farm the work out to India, and others hire college students to do the work. I would hate to see *Masqued* end up with one of those. Please let me know if you'd like Tiffany's contact information.

Take care,
   Bill Greenleaf
_____
Author of *Bloodright*, *The Tartarus Incident*, and other novels now available at your local bookstore or online.



Greenleaf Literary Services, Inc.
Phone: (505) 796-6895
www.GreenleafLiteraryServices.com

Visit me on Facebook  |  Read my latest blog post

---

**From:** LYNNE FREEMAN [mailto:lynnef@gci.net]
**Sent:** Saturday, November 01, 2014 12:48 PM

CONFIDENTIAL

LF272327

**To:** william@wgreenleaf.com
**Subject:** Re: Novel

Hi Bill -

Thanks for taking another look at Masqued. Your critique was beyond helpful. I couldn't have figured out what was wrong with the plot and how to fix it without your critique and suggestions. I also benefitted from the writing lessons you suggested.

I would like to hire you to do the professional edit but the cost is dear! I will need to figure out the finances on this. Laurie McClean is a top literary agent in my genre who has invited me to submit a full ms. I met her at a writer's conference last spring. She advises all new writers to have a professional edit before submitting, so that has my wheels spinning.

Would you mind providing a small sample (a few paragraphs maybe) of what you propose to do with Masqued in terms of a professional edit? That would help in my decision making. Your critique was so helpful that I'm sure the edit would be too.

Do you take the $3,800 in installment payments? Or is it strictly the full fee up front? What is your timeline at present?

Thank you -

Lynne


----- Original Message -----
**From:**
william@wgreenleaf.com

**To:**
<lynnef@gci.net>
**Cc:**

**Sent:**
Fri, 31 Oct 2014 14:15:26 -0600
**Subject:**
Novel


Friday, October 31, 2014

Hi Lynne ~

Thanks for sending *Masqued* back to me for another look. You've done a great job of applying the suggestions in the critique and then some! You have brought a lot more clarity to the various plot elements, and you have added further depth and intrigue to the story by way of narrative and dialogue that bolsters scenes with further characterization and images.

I like the new term "shadowspawn," which is unique to the story and is more distinct then the oft-used, general term "demons."

CONFIDENTIAL

LF272328

You've done a good job of explaining the relationship between the DarkHunters and the Order and in bringing further clarity to their combined mission of finding the Nyx and destroying her before an apocalypse can ensue. The added narrative and dialogue is a subtle change but does a good job of making it clear that destroying the Nyx is the singular goal. Beyond this, the added description of the mark/marque helps to further define this element, and Mia's guide's explanation about what the Order and the DarkHunters have forgotten—that Shadow and Light go hand in hand—adds clarity and interest to the plot. I especially liked the added line, "two sides of the same whole," which makes a clear, succinct statement to the reader.

You've also done a nice job of both setting apart and showing the relationship between Mia's role as the Nyx and her acceptance of the Gifts of the Dark Moon Goddess and how possessing both aspects sets her apart. This adds intrigue to the continuing story, and the reader will anticipate how Mia will use her gifts to bring more understanding to the role of the Nyx, with respect to the seemingly opposed elements of Shadow and Light that cannot exist without the other.

What becomes clear through the added content is that not all sides of the "fight" see the Nyx in the same way. Cat, who speaks for the DarkHunters and the Order, is convinced that all demons are parasites and need to be destroyed, no matter if they are evil or not. This, of course, is in stark contrast to what Mia learns from her guide and the others around her, such as her mother and her aunt. This is important in showing that Mia has been placed in an impossible position and that it will be up to her to set the record straight. Having Roman change his thinking about the Nyx and his role in the fight (in the final scene) helps to set the stage for the idea that if even a single-minded DarkHunter can be swayed to open his mind with regard to the elements of Shadow and Light, perhaps Mia stands a chance of redefining her role as the Nyx.

I like that you build more of a case that Taylor could be the Nyx. In general, there is a lot more understanding of Mia's mindset through the story—her worry versus her denial. Her denial is underscored well by the fact that Taylor, at least on the surface, seems a much better fit for the role, and this is bolstered by her association with Julian and her possession of the ring. All through the story now, the suspense is bolstered by having constructed more tension around this possibility. You have added more dialogue interaction between Mia and Taylor in the climax, which helps to bring their rivalry to a head and even gives the reader one last bit of relief when Mia convinces herself that she is not the one (*Thank Gawd!*). This adds more drama to the later scene when she can no longer deny her destiny.

CONFIDENTIAL

The new opening to Chapter 14 helps to bring an actual event into view and brings Rachel into the story in a much more satisfying way. The added dialogue between Rachel and Mia, and then Rachel, Mia, and Brendan, bolsters the characterization of their friendship, setting the stage for Rachel's and Brendan's role in the climax.

You have opted to give Mia pause when she is introduced to Julian and when she later encounters him. This will keep the reader from wondering why Mia hasn't made the connection between the name her mother calls out in her dream and the man Mia meets at the party through Julian.

You bring attention to the fact that college professors are teaching a course at the high school, which helps to bring more authenticity to this element, and hints at the fact that the MacKay's may have another reason for coming to teach there, adding further intrigue to the story.

You have toned down many of the dialogue tags and have removed them where possible. This allows the dialogue to shine and helps to smooth the narrative surrounding the dialogue.

~~~

*Masqued* doesn't need a follow-up critique. The story and the main elements are in great shape. The manuscript would benefit from a professional edit, though. You have fixed spelling errors, reduced the number of introductory-participle phrases, and tightened the prose in some areas, all of which helps to improve the readability of your manuscript. There's room for improvement in this area, though. Although your narrative structure and prose are generally strong, the narrative could be tightened and polished throughout the manuscript, particularly with respect to sentence structure. Further refining your dialogue paragraphing would allow you to drop more dialogue tags, which would help to further polish the dialogue sections.

I would be pleased to edit the manuscript for you. I'll correct all the mechanical errors (grammar, punctuation, sentence structure, paragraph structure, etc.), polish the prose as necessary to improve clarity and narrative flow, and provide a new manuscript in electronic form ready for submission to literary agents and publishers. In general, your writing style is

well-paced and engaging, and I won't want to interfere with that. At its current length, the fee for a complete edit of the manuscript would be $3,800.

Your query letter is splendid. My only suggestion would be to change the third-person references to yourself (by name and as "the author"), since the letter is basically a personal letter from you to the agent or publisher. And since it would sound a little awkward to say *I weave a complex and compelling story which will appeal to girls and women everywhere*, you could instead say something like *this is a complex and compelling story which will appeal to girls and women everywhere.*

Please let me know if I can be of further help in any way.

Best regards,
  Bill Greenleaf
_____
Author of *Bloodright*, *The Tartarus Incident*, and other novels now available at your local bookstore or online.

> Greenleaf Literary Services, Inc.
> Phone: (505) 796-6895
> www.GreenleafLiterayServices.com

Visit me on Facebook  |  Read my latest blog post

CONFIDENTIAL