# EXHIBIT JJ

**From:**        LYNNE FREEMAN <lynnef@gci.net>
**Sent:**        December 04, 2014 4:41 PM
**To:**          william@wgreenleaf.com
**Subject:**     RE: Help!

Hi Bill,

███████████, who is now an editor for hire.  She worked for Andrea Brown and gave my ms a read after Andrea.  Both agents had the same reaction, though ███ critique was much harsher.  My former agent also had issues with the plot moving too slowly, so I figure that's 3.

The genre has a formula, and I'm not following it with the present manuscript.  Mia is too slow to realize what she is and that stalls the plot.  They feel it should happen in the first third of the story with Mia facing high stakes.  I need to think about those stakes and make some adjustments.

Your timeline is actually ideal ;)  I will have time to work on this.

Thank you and I'm looking forward to working with you again.

Lynne


----- Original Message -----
**From:**
william@wgreenleaf.com

**To:**
"LYNNE FREEMAN" <lynnef@gci.net>
**Cc:**

**Sent:**
Thu, 4 Dec 2014 11:01:26 -0700
**Subject:**
RE: Help!


Thursday, December 04, 2014


Hi Lynne ~


Sure, I'll be glad to help. First, though, tell me who the agent is. And do you agree in your heart with what she said about the novel? I typically think it's a mistake for authors to make significant changes to novels based on one agent's input. One agent may suggest removing background information in order to get to the action sooner, and the next agent may feel that more background information is needed at the outset so the reader can get to know the main characters before the action starts. I've seen this happen many times.


Having said this, if you do feel sure that revisions need to be made, I'll help in whatever way works best for you. I'll be out of the office from December 20-30, and at the moment I'm trying to get several things out of the way before I leave. That will limit the amount of time I can spend with your novel until my schedule opens up after the first of the year. Other than that limitation, I'm game for whatever you need.

CONFIDENTIAL                                                                                    LF 272298

Take care,

  Bill Greenleaf

---

**From:** LYNNE FREEMAN [mailto:lynnef@gci.net]
**Sent:** Thursday, December 04, 2014 10:23 AM
**To:** william@wgreenleaf.com
**Subject:** Help!

Hi Bill -

I sent Masqued to an agent who now does editing.  Met her at a conference where she requested my ms.  She read it and the response I got was terrible :(  Beyond terrible actually.  She thinks it needs a significant re-write because of significant plot problems.

I know my genre and it is for ADD readers.  There is a formula.  Self-directed, strong heroines who are faced with a high stakes conflict right away.  I agree with her that I have a lot of stalling.  She knows the market and feels my story about Mia discovering what she is, isn't strong enough.

I have some ideas about this.  I loved your feedback in your review and how much I learned from it.  Is there a way you can help me with this re-write?  I want to dig in and do it.  I'm looking for some help with my plot ideas and going over the story and writing similar to what we did before but with you polishing it in the end as we were going to do.

Thoughts?

Best,

Lynne

CONFIDENTIAL