# EXHIBIT KK

**From:** LYNNE FREEMAN <lynnef@gci.net>
**Sent:** October 09, 2015 7:02 AM
**To:** Michael Garner
**Subject:** Re: Quick check in, and I think I've found my title

Hi Mike -

Okay, so I am LMAF! Seriously. Love your insights. Love your emails.

LMAF = laughing my ass off.

Because I'm writing YA these days, I'm an honorary teen. Texting lingo, Master Chef Junior, Vampire Diaries, When Calls the Heart. Ha.

Wet sponge stuff is great. ▮ really did. She gave a free 5 pager and she blistered me. I went ahead and hired her anyway....

She was the right hand man for Andrea Brown. Andrea is a major editor in my genre who loves my writing. But wanted me to clean up the last one third of the book. ▮ I wanted Andrea. We met at the Big Sur Writer's Conference and I had the pleasure of working in Andrea's critique group for 3 days. It was awesome. It was an honor to be one of 4 writers she hand-picked. Gave me hope. Gave me confidence. Until ... drum roll.... it was all dashed to hell.
That inner voice never steers you wrong. I knew it would be wasted money to hire that ▮ I'm trying to teach my son to listen to that voice and follow it. Do as I say, not as I do!

And yes, there is a mother tie. You didn't ask. I'm volunteering. I read somewhere that writers do pour bits of themselves and people they know into their characters and stories on some level. We all know that Stephen King is a really weird, twisted, ____. But he's got to be an interesting guy.

Okay, this was a fun few minutes. ▮ D
▮

**Also, your pen name didn't come out in the email. WTF?** I'm sure you know what that means....

I strongly advise using a female pen name. I hate to say it, but I might be sexist when it comes to reading a romance novel. I've discussed this with other friends a time or two -- that male writers can be a turn off in this genre.

I hope you picked a girly name.....


----- Original Message -----
**From:**
"Michael Garner" <michael@michaelgarner.net>

**To:**
"Lynne Freeman" <lynnef@gci.net>
**Cc:**

**Sent:**
Thu, 8 Oct 2015 22:20:26 -0600
**Subject:**
Re: Quick check in, and I think I've found my title


Hi Lynne,

I hit 70K words last night. I'm not quite at the home stretch yet, but I'm definitely nearing the last stage of the race. As I mentioned, the projected word count for this book is 100K… I'm pretty sure I'll go over, and something is telling me that I'll wind up with a 110K draft.

I do not want to spend very long working over this second draft, mostly because I just don't have much spirit left for the book. I totally have enough to finish this draft and to put some polish on it, but I don't think I could spend another three months going over it with fine-grained sand paper and my "Anal-retentive Guide to Celestial Perfection in Fiction Writing Projects."

There's still a lot to do before I put it out on Amazon. Number 1 is I've got to get a cover made. That is considerably easier now that I've got a title. (Thank you again for your input on that.) What do you think of the following pen name?

    M.J. Jensen

I don't know how important it really is, but I have heard over and over that female pen names sell better than male in romance, and that if you can't use an explicitly female name, go with initials. This is really the last decision I need to make before I hire a cover designer. (I like the name because it has a kind of bounce when you say it.)

[redacted]

That plot/character/male/female article sounds interesting, and the conclusion doesn't surprise me at all. It's valuable to have that notion / predilection / tendency pointed out because it gives you an idea of where to look for your own weaknesses. It's like being warned that such and so model of car is known to burn oil quickly, so you'd better check — you may not have the problem, but other people do, so it won't hurt you to take a look.

Yes, I am starting to get the idea that your confidence was shaken by that editor. :)

And so I'd like to say a few things.

Number one: To what extent do you hold the unconscious belief that this woman is the only arbiter of taste that matters? All I'm asking is for you to gauge the extent. Don't think about why, or what you'll do if… Just ask how much or how little you feel that way. Stop reading my email for a second and let that question sink in, because I think it's important.

Continuing number one: To what extent are you subjecting your creative impulses to the dictates of her opinion? I could be wrong, and throw a wet sponge at me if I am, but I get the feeling that there is something in Lynne's personality that wants to win with this woman. I get the sense that you are fighting some kind of battle in an effort to please her. I appreciate that some of this battle would also be to satisfy the notional "right way" to write a book, and that because she was a professional whom you no doubt vetted and did in fact pay, her ideas about that so-called "right way" would therefore have considerable weight with you. But what I'm asking you to think about is if, and how, you've set this woman's opinions up as an obstacle to be knocked over, when in fact maybe you can just walk around it.

Because if she was just a damned genius, how come she isn't writing her own books? Yes, she may her know one or two ways to skin a cat, but aren't there several hundred ways to accomplish that task? Seriously: I would ask you to examine why HER opinion matters so much to you. I may be in line for another wet sponge here, but I suspect you're going to find some surprises.

Number two: I'm sorry she hurt you. It wasn't until this email below that I realized she had. And I'm sorry for my friend. I'm sorry she hurt you.

Number three: The method you described of how you write your books has so much potential that I'm begging you to let it be the main force in how you do things. Yes, go back and do some intentional plotting. But do not abandon the method that was giving you so much joy, and which, by the way, produced a character I loved.

Number four: There's another, deeper, weirder "vibe" I'm getting here… I'll discuss it because it feels relatively solid in my mind, but again, I could be VERY wrong, and it may be none of my business. But… If you sit down and meditate for a little

while on who you thought this woman was when you first considered hiring her, and who you thought she was when you trusted her with your work, and perhaps what you thought she might say after she read it… And if you then take a moment to consider the effect her words had on you… If you just roll those four memories around in your mind and heart and let them affect you without trying to fight or defend against what happens. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ had with this woman that in some way **thematically** resembles the interactions you had with your mother? You mentioned t▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and you've said several times how important Masqued is to you, and it's evident that Ella's love for her mother includes a need to compare herself to her mother and to win acceptance from her mother... I don't know, but something about this editor and the interaction you described having with her made me think of all these things. (I'm shutting up about this now. Sorry if it's too buttinsky.)

I hope it's okay for me to ask these questions. I do feel like I'm intruding a little. But please know that I do NOT need or expect an answer: I just asked them because it seems they might help you. (Anyway, it's a different perspective on something that is giving you some heartache.)

Thank you again for being my writing buddy. It gives me such a shot of energy and enthusiasm to get these emails from you, and to write them to you. So seriously: thanks.

Mike


On Oct 8, 2015, at 12:03 PM, LYNNE FREEMAN <lynnef@gci.net> wrote:

> Hi Mike -
>
> How's your progress going?  Ha!  Terrible question, right?  I'm impressed you're getting 700 words in a day.  Good job.
>
> [redacted]
>
> I'm working on my plot but literally just a few minutes here and there.  I'm letting my mind wander when I'm driving and mulling it over.
>
> I read an interesting article that says men tend to write stronger, more structured plots, while women tend to write stronger characters.  It's a generalization but food for thought.  I'm working on fattening my plot structure accordingly.
>
> I appreciate your kind words.  If you haven't noticed, my confidence is shaken from that editor's vitriolic response to my manuscript.  What I've come to realize, however, is that if she had been doing her job (considering I paid her), she should have suggested I review some articles on plot structure.  Tying the inciting incident into the action and looking at the story in terms of acts.  Your description of what you did for plot structure was helpful.
>
> LMK when you're ready for a review.  I'll do the same.  I'm just proceeding a bit more slowly than I'd like.
>
> L
>
>
>
> ----- Original Message -----
> **From:**
> "Michael Garner" <michael@michaelgarner.net>
>
> **To:**
> "Lynne Freeman" <lynnef@gci.net>
> **Cc:**

CONFIDENTIAL

LF 267086

**Sent:**
Fri, 2 Oct 2015 09:51:27 -0600
**Subject:**
Re: Quick check in, and I think I've found my title

I feel a mixture of relief, vindication, and self-satisfaction to hear you talk about "When Calls the Heart" right along with my book's title. I was worried that it would feel pretentious, so to hear that it doesn't affect you that way is a relief. And hearing that somebody else has successfully used a syntactically questionable phrase as a title was pure vindication for me. And then to hear that you loved that show made me feel enormously and childishly self-satisfied — I guess I felt very clever for a moment because my title was of the same species as the title of a show you loved. So thank you for your opinion: I received it as validation that my confidence in my title was justified.

I too am thankful that we're collaborating and supporting each other in this process. Writing is so very lonely and it's nice to hear an encouraging word, and to know that somebody I respect is also being challenged by the process. I think the metaphor I'm about to give you is a "guy thing" and I would never write this as coming from a female character's mind, but it is nice to know that I have a buddy in another theatre of the same war fighting just as hard as I am. And to put your mind at rest, you've been very helpful to me in this project. That can easily be measured in editing terms, but also in spiritual terms that aren't amenable to quantification. Being able to talk about this with somebody I respect, and with somebody who will listen, and with somebody who will point out merits and weaknesses with honesty — to be able to talk about this with a *friend* — that's like being given a silver mirror when all the rest of the world is gazing at themselves through pond ripples. Our interaction gives me a way to look inside myself AND the process, and to see it with clarity rather than guesswork. So, Lynne, thank you.

Mike


On Oct 1, 2015, at 8:13 PM, LYNNE FREEMAN <lynnef@gci.net> wrote:

> Wait No Love For Tomorrow -- it could work! It doesn't sound like an affectation. It's kind of catchy.
>
> It actually reminds me of one of my favorite shows on the Hallmark channel, "When Calls the Heart." Love that show! Love love! It's made by Michael Landon Jr. (Little House on the Prairie's son). Your daughters would probably love it. Very YA. Wholesome. Kind of Little House like. Strong young woman goes against wealthy family's wishes and becomes a teacher and then heads out to the wild wild west in the early 1900s. The show is like curling up with a delightful romance novel. Funny and sweet.
>
> Ok, back on track. I asked about the title's significance because I was curious as to how it related to the story  I think a title is supposed to either pique the reader's interest or relate to an event in the story in some memorable way.
>
> Wait No Love for Tomorrow. When Calls the Heart. They're both catchy in the same way, in my opinion. I would be curious and want to read what it's about..... So I think it will do the job you intend for it to.
>
> Yes, I'll be happy to take a peek at whatever part of your book you like whenever you're ready. :) I do know the genre pretty well. I've certainly read a lot of books in adult paranormal. Sherilyn Kenyon writes weres in some of her series. Werebears, werewolves, etc.
>
> I cannot thank you enough for sharing your process. You really did a thorough and well-thought out job in how you approached your plot. I did not.

CONFIDENTIAL                                                                                                                               LF 267087

Which is probably why my first stab at this didn't ultimately sell.  I'm going to look at this the way you did it and see what I come up with.

I'm grateful we are collaborating and sharing information, ideas, etc.  Don't know how helpful I am at this point but I will dig in and give a thorough review of your material when you're ready.

Thank you thank you!

Lynne

----- Original Message -----
**From:**
"Michael Garner" <michael@michaelgarner.net>

**To:**
"Lynne Freeman" <lynnef@gci.net>
**Cc:**

**Sent:**
Thu, 1 Oct 2015 12:38:12 -0600
**Subject:**
Re: Quick check in, and I think I've found my title

Hi Lynne,

I'm making slow progress on this project. Most days see me a little closer to the finish line, but the last week definitely had its setback. I think I'm back on course now.

I really appreciate your offer to take a peek at the love scene. I'm thinking that with as much trouble as I'm having writing more than about 700 words a day, your input would be most useful to me after I've finished this second draft. Does that work for you?

The title is derived from the last sentence of the love scene, and it's meant to echo one of the book's main themes. I know it is syntactically flawed. I worry that it seems like affectation. It appeals to me because (for me) it has the dreamlike quality of making sense but not quite making sense. You have to look at it for a second. Which may be poison for a title. On the other hand, it may make it memorable. I don't know. That's why I wanted to bounce it off you. How do you feel about it? I am guessing you aren't a fan. Let me know what you really think and don't worry about hurting my feelings.

I'm sorry you've been so busy, and I can definitely relate with the kid issue, but my God they're precious.

I didn't follow a method for organizing my plot, and I'm not sure I even developed one, but I will tell you loosely what I did.

The genre came first. A werebear romance.

CONFIDENTIAL   LF 267088

Next, I looked at that act structure I sent you several emails ago and played with ideas that would fit into those plot points.

Then, I came up with problems for my characters. I chose to create the characters from the outside in, if you will. Here's what these folks are facing, and based on that, what can I tell about their history and who they are?

Then I did some verbal sketching around the concept of the controlling idea of the story, and the counter-idea. (This is part of Robert McKee's Story methodology). For this project, that wound up looking something like this: "Controlling idea is that love triumphs when wants are sacrificed for needs. The counter-idea is that love fails when needs are sacrificed for wants." That actually sounds a little lame right now, but I know that expressing those thoughts clearly helped animate and direct the creation of the plot. The tension between the controlling idea and the counter idea gives you clues about how the plot should go: OMG, the counter-idea is winning, what do we do to make the controlling idea prevail?!? Back and forth like that.

Then I thought of the inciting incident and how it related to the black moment. Because this book is about the heroine, I wanted to know what sent her off on this adventure, and how did that relate to the worst moment she has in the adventure. The idea here is that she is driven into the adventure, but she drives herself out of it. She goes into the adventure from a position of weakness, but gains enough strength during the adventure that she can bring herself out of it. And if you relate the inciting incident to the problem she faces during the black moment, then it's very easy for the reader to see how she's changed from weak person to strong person.

I also tried to map the hero's progress from his inciting incident to his experience in the black moment, but I don't know how well I succeeded with that effort on this book.

Secondary and supporting characters were probably visualized and loosely sketched at this stage. (Because it's a romance novel, the main conflict is how do these two fall in love. I think in a book where the main problem is external to the characters, villains would probably need to be developed earlier, but I'm just guessing.)

Then, I drew a very loose mind map of the plot using the five act structure as the main "waypoints" (i.e. Act 1 will have a cute meet, Act 2 is where they begin falling in love, Act 3 sees the resolution of some secondary conflicts, Act 4 prefigures the black moment, Act 5 contains the black moment and the plot resolution).

Then I loosely filled in the mind map. Here's the places they're going to visit, and here's what's going to happen there. Also, here's how those events complicate or support or resolve other plot points.

Then I tried to write a loose chapter by chapter outline, but it quickly wound up being a tight outline and the tightness did not prove to be helpful. By tight I mean that I was writing details about characters' emotional interactions during a scene, which

I think is like trying to describe what it feels like to walk through Istanbul when all I've ever done is look at it through a telescope… I needed to actually BE in the scene before I wrote about emotional interactions. I will say that this detail was useful in helping to define the characters and getting to know them, but almost none of it has survived into the second draft.

I kept working at the chapter by chapter outline effort, and eventually stopped being so detailed with emotions, and stuck to plot points. I did make it to the final chapter, but the relationship this outline bears to the completed first draft is that of a scaffolding to a building. Which is to say that the scaffolding echoes the very general shape of the building, but doesn't otherwise look anything like the final building. In the future, I will be MUCH more loose with my outlines.

I was going to try to refine the outline, but I was tired of planning and started writing.

Before I wrote each chapter, I examined my outlines and tried to keep in mind my controlling idea as well as my very loosest concept of the plot. How did the chapter relate to the central idea of the novel, and how did it relate to the loose plot I'd envisioned? Note that I did not set scene goals in an explicit way, but I for sure had them in mind when I wrote the chapters. My thinking went like this, and I did do it in this order (first question is most important, last question is least important):
> 1. Based on what has already happened in the book, what does this character want or need now?
> 2 Based on what JUST happened in the last chapter or scene, what does this character want or need now?
> 3. What does the plot need from these characters?

Then I plugged away until I finished the first half of the first draft.

Then I read what I'd written on a platform that made it super hard for me to make revisions, thus removing my temptations TO make revisions. When I was done with that reading, I took notes in a document called "second draft considerations" (i.e. stuff I wanted to fix in the second draft). Here are a couple of notes from that document):
> ```
> "It would be a stronger story if it were
> her father who had abandoned her, and if
> I converted Auntie into her mother. Less
> characters, more reason for her to get
> pissed off when Arthur turns out to be
> something other than who she wants him to
> be."
>
> "The first part of book feels like it's
> being driven by an invisible plot, and
> not in a good way. Beef up her financial
> problems by having a confrontation with
> Auntie ("Why am I getting a letter saying
> we're about to lose the house?"). Clarify
> Karla's bonus schedule and Vivian's
> timeline with the intent of having an
> informed reader when it comes to her
> hurrying to get to Purgatory Island. They
> should know why she's busting ass to get
> ```

```
                        there, but also have Karla say it once or
                        twice while on the journey itself."
```

Then I finished the first draft. By this point in the process, I was very definitely in the "cover plot points even if it comes out like shit" mode. Meaning that I didn't care if sentences were awkward or ugly as long as I hit the plot points. I was just trying to finish a chainsaw sculpture — i.e. crude and unlovely, but with the form of the thing visible.

Then I started the second draft. And my approach to the second draft is very different than the first. In the second draft, I'm taking a lot of time to get the emotions, plot, and language smooth, believable, and "satisfying" to me. What this effort looks like is me spending the evenings creating new content, and the mornings editing last night's effort.

And that's where I am now. I realize I didn't give you a "how I did my plot" so much as "how I wrote my first draft and am writing my second," but I'm out of time to go back and fix this. I hope this is at least somewhat helpful

For what it's worth, I will be paying much closer attention to plot in my next book.

Sorry this is so long.

Mike


On Oct 1, 2015, at 9:52 AM, LYNNE FREEMAN <lynnef@gci.net> wrote:

> MIKE! I've been thinking about you and your project and wondering how it's coming along.
>
> Ahhh the love scene. The thought of writing one is enough to make me feel like I've been sucker punched. OOF! They are fun to write but oh so tricky. I'd be happy to take a peek if you like.
>
> So what is the significance of your title in terms of your story?
>
> As for me, I haven't progressed much since we last spoke. I'm swamped with work and parenting a pre-pubescent boy who is making me crazy crazy -- and trying to organize my plot. I've looked at dramatica and the snowflake method. Basically, I don't want to do any more edits until I'm absolutely positive that my plot is right on. That was the thing that nasty editor really carped on me about.
>
> Did you follow a particular method in organizing your plot? UGH!!!!!!!!!!!!!!!!!!!!!!!!!!!

CONFIDENTIAL                                                                                                  LF 267091

L.

----- Original Message -----
**From:**
"Michael Garner"
<michael@michaelgarner.net>

**To:**
"Lynne Freeman"
<lynnef@gci.net>
**Cc:**

**Sent:**
Wed, 30 Sep 2015 21:33:35 -0600
**Subject:**
Quick check in, and I think I've found my title

Hi Lynne,

I just spent six days agonizing over how to proceed past the first love scene, but I think I got it. I rewrote that chapter something like six times.

On a brighter note, I think I've found my title. What do you think of this?

      WAIT NO LOVE
      FOR TOMORROW

I hope you're doing well.

Mike

CONFIDENTIAL
LF 267092