# EXHIBIT LL

| | |
|---|---|
| **From:** | LYNNE FREEMAN <lynnef@gci.net> |
| **Sent:** | October 23, 2015 9:22 PM |
| **To:** | Michael Garner |
| **Subject:** | Re: Quick check in, and I think I've found my title |

Hi Mike -

Never worry about not responding.  I get caught up in work and book and can't respond at times as well.  In fact, I have work AND book stuff going on tonight.....and my guys are home tomorrow!

BUT, I absolutely could not go another moment without saying --- WHAAAT?!  Julia Quinn, the "thinking woman's" romance novelist wrote a novel featuring a heroine rape scene of her romantic lead?  OMG.  OM double G.

At first, I thought you must be mistaken.  You must have read a book by someone who stole her good name and attached it to some piece of trash.

But alas -- it isn't so.

I see that The Duke and I, does indeed have a rape scene.  It was published in 2000. I'm shocked it was published at all.  And if I had read this book, I would never have loved Julia Quinn.  So oops!  I had no idea.

In parting, do not, I repeat, do NOT read any of the authors I have recommended you check out..... unless you thoroughly preview what you're getting.

Anne Bishop, for example, is an award-winning writer of dark fantasy with a twist of romance.  I love her writing (not necessarily her stories).  Some of her novels are disturbing (Black Jewels series).  I could not read those books today, but I admire her skill in creating unique worlds with interesting characters.  Come to think of it, all of her series are a little twisted.  Uh Oh.  The Courtyard of the Others was good -- a recent series.  But definitely twisted.

Ok, cross her off the list.  We are talking paranormal romance.  She isn't that.

The others I've mentioned, such as Sherilyn Kenyon and JR Ward, are not favorites in terms of writing or story.  They are writers whose work I've read as research because they are so commercially successful. Same with Christine Feehan.  Prolific series writers.

Okay.  I had to rant about Ms. Quinn.

And thank you thank you thank you for the pep talk.  Clearly, I need it :) More on this later.

Will respond to rest of email over weekend.  Plot and Structure awaits.  My head is still spinning about Julia.


----- Original Message -----
**From:**
"Michael Garner" <michael@michaelgarner.net>

**To:**
"Lynne Freeman" <lynnef@gci.net>
**Cc:**

**Sent:**
Fri, 23 Oct 2015 15:38:46 -0600
**Subject:**
Re: Quick check in, and I think I've found my title


Hi Lynne,

CONFIDENTIAL

LF 266719

Thanks for writing back so quickly. I'm sorry I sometimes go so long between replies.

I think you're right about the manic phase… I am definitely in it now. It's compounded by the fact that I'm spiritually tired of this project. That sounds vague, but what I mean is that I'm running on fumes when it comes to enthusiasm for the book. The good news is that the last 20K words or so should be mostly cut and paste from the first draft to the second. I have to bolt it on to the second draft because a few plot points got revealed on an earlier schedule, and right now, that's what's kicking my butt. But, I'm moving forward.

I've got a list of girly pen names, but I've put that on the back burner because I'm trying to conserve energy for the actual writing of the text. The problem is finding a name that doesn't already have a Facebook and twitter account, and that isn't already an Amazon author, and that has a dot com or a dot net web address still free. No small task. I'm going to go with a three part name. Something like "Courtney Scout Webber" or "Katy Jane Page" or something like that.

Next on my list. I hope you were kidding about would [somebody] want to read about "a teen who finds a magical amulet and unwittingly releases the Egyptian god of chaos"… Hell yes I think they would, and here's why:
1. Look at how many post-apocalypse and world-in-jeopardy stories are out right now, at least as a point of cultural focus. This may be confirmation- or some other kind of cognitive-bias on my part, but I do work at a community college, and I do hear a lot of these kids talking about how "zombies are their thing," and I've seen or heard about many, many world-in-peril stories on the shelves or in the theaters recently.

What I THINK is going on in the culture is that people are nervous as hell about the future, and there are so many signs pointing to big bad trouble on the way… I think this anxiety gets expressed in post-apocalypse and world-in-peril and disaster stories for a couple of reasons:
A. Relief. As in, thank God the disaster is finally here so I can stop worrying about it and get on with the living of my life (such as it is when I'm chainsawing zombies all the livelong day).
B. Meaningful test. As in, now that the disaster is here, I get to find out what I'm REALLY made of / if I'm worthy.

2. People like to belong and want to belong. They need to belong. To a group, to somebody, to a vision, an idea, a goal… They want to feel that they share in a purpose. █████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████████████

3. People have no real way of addressing the anxiety about the future that I mentioned in point 1, and the truth is that not many people will get to change the world, and if they do, it's going to take a tremendous amount of effort and time.

So what does this all add up to, and why am I saying it to you?

Because your book addresses all three of those points.

1. Your book shows the end of the world in two ways, (or it can). One, If you portray the Egyptian god of chaos as one seriously scary mo'-fo', as somebody who delights in depleting half of Cook Inlet's beluga population as a kind of aperitif… I mean if you really give us an entity that is capable of putting some serious hurt on the world… Then you've got a world-threatening crisis that this girl HAS to deal with (not for the least reason that she set it off). And two, if she doesn't deal with it, then ELLA'S world is destroyed. I keep coming back to this and I hope to God you're hearing it: Ella is a lovable character. And for that reason, people will CARE if her world is threatened. And by "her world," I mean the specific things and people she cares about.

2. Once again, Ella is lovable. You show her belonging to a group of friends, and you threaten that by Taylor's social machinations with Samantha, (not to mention Taylor's relationship to the dark father figure who we talked about that one night on the phone — point is: Taylor is a multilayered threat to Ella because of her involvement with the dark powers). Also, you show Ella as the heiress to a power, and a circle of powerful women, but you hold that just out of the audience's reach because Ella hasn't been initiated or welcomed into that circle yet — we know it exists because the Mom admits it, and we want Ella to belong, we just don't know how she's going to get there. To sum up this run-on-paragraph: You have created a character who CAN belong, who SHOULD belong, but for various reasons is not QUITE fitting in. And how may young adults do you think feel as if they don't quite fit in? I'll give you a hint: the number is between 99.9 and 100.0%. In other words, you've given us a character we not only love, but who reminds us of our own unfulfilled longings and desires. How hard do I have to work in my own life to get those unfulfilled longings met? Hard. And could I conceivably fail to achieve my goal? Hell yes. <u>But not in fiction</u>. Not with Ella. If I pick up your book, I KNOW you're going to give her what she wants and needs, and so, for the moments I spend reading your book, I get to feel as if MY desires had gotten fulfilled too.

3. Your book could address people's anxiety for the future because Ella is going to defeat the God of chaos, and she is going to get back into a circle of warmth with her friends, her family, and (bambi-eyed-blink) Roman. And in doing all that, she's going to <u>change the world</u>, both the external and the internal.

My God, Lynne, what young adult WOULDN'T want to read your book??? Snap out of it, kid. You've got an *excellent* idea here. :-)

Money. Series. Your list of recommend authors. Did I tell you I read a Julia Quinn book? <u>The Duke and I</u>. This is the one where the female protagonist rapes the male lead about 4/5th's of the way through the book. I looked it up, and according to the US DoJ's definition, "rape" is the right word. The male lead not only told her "no" when he was sober, he also told her "no" when he was drunk, and then when he passed out, she had sex with him anyway, and justified it to herself that it was for his own good, and that despite what he said, he actually DID want to go through with it. Honestly, there's still a part of me that's picking itself up off the floor from that one. If anybody wrote about a guy doing that? Holy crap. Mushroom cloud, baby. What freaked me out even more was that more than 2/3's of the reviews I read about that book on goodreads gave some version of "aw, so what?" or "I can understand why she did it." Honestly, I think I'm still processing it, because it tells me something about what readers want from their fiction, which as far as I can see is largely "selfish motives win unless it's somebody other than the protagonist."

That being said, her writing was pretty engaging, and I really did enjoy the first quarter of the book. (I got nitpicky with the whole 1814 thing and all these young men walking around with not a single word about Napoleon and the frigging world war England was fighting on the continent…)

I guess I realize now why I didn't tell you I read it. I didn't want you to know I'd had an unpleasant experience with her book...

But back to the point: She is obviously doing something right, and I would do well to study her. I'm reading a book about the Battle of Thermopylae right now (nice romantic stuff (sigh)), but as soon as I'm finished, I'm going to pick up one of the other authors you recommended. Thank you very much for giving me those names.

Series. You are right. I need to think of a way I can write one that will work for me. I have one idea that really stands out, but it's in a Steampunk universe, so I'm not sure how that would be received.

Okay, last couple of points.

You have a kindle, right? Let me know. Because if you do, I'm going to send you a quick little book that talks (among other things) about how internal resistance is the artist's real enemy, what it is, and how to fight it. I've been thinking about sending it to you for a while, but I didn't want to take away from your writing time by asking you to read it. However, since I see that you're doing that on your own :-) , I don't feel bad now.

And finally, would it be helpful to you to get on a phone meeting with me and make some kind of flow chart for your plot? Would that kind of session be helpful? Even if I just listened to what you had to say / let you explain your plot to me? I got the overarching story and the backstory from our last phone call, but would it be helpful for you to sit down and explain to me how you're going to get from "page 1" to "the end" with this specific book? I'm pretty sure we can set up a google hangout session with not a lot of fuss, so I could see your computer screen, or you could see mine and I could take notes on flowcharting software… I don't know… SOMETHING. Anyway, let me know if you're interested in that because sometimes it really helps uncover what you don't know when you try to explain it to somebody.

Okay. That's as much procrastinating as I should do now.

I hope you know that all my pushing and prodding in this email comes from a friendly place, and that I believe in you and your project.

Mike


On Oct 23, 2015, at 10:30 AM, LYNNE FREEMAN <<u>lynnef@gci.net</u>> wrote:

> Hi Mike -
>
> I'm writing you back right away because:

a)  it gives me a few more minutes of not working on my ms or reading plot "how to" books;

b)  it gives something ELSE to think about because I am going crazy!!!!

Ha!

I think the sniveling and feeling discouraged is part of the process. You said no need to offer encouraging words, so I won't, but... everything I've ever read about writers describes us as manic depressives. Seriously.  One moment we're riding high on the "Aha! This is great stuff!" and the next we're drowning in the "Oh my god, this is crap!"

I'm back in the crap stage.  We'll get to that in a moment.  I'm focusing on what you said about making money and a book a month.

You know that's garbage.  The key to making money at this for commercial success is selling books. Volume.  Readers.  That isn't going to happen on a book that takes a month to write.  The things people post!

I firmly believe that money is to be made on paranormal romance **series.**  And that they can be done quickly once a formula is in place (maybe 3 a year?).  Taking a tried and true formula from commercially successful authors and applying it to your own idea and getting a rocking book cover--can't hurt.  The writing has to be decent and the story compelling or there will be no sales. No volume. No readers.

I will read anything by Julia Quinn, even though a regency romance ain't my thing, because her writing is great. The world agrees with me.

I have read Sherilyn Kenyon's DarkHunter series because it was interesting and different, and put a unique twist on the Greek gods thing.  She has 5 or 6 different series going with 10 or more books in each and has made millions.  And there's a formula I plan to use for my own series when the time comes....

I adore Anne Bishop. Probably one of my favorite writers.  I'll read anything she writes.  Twisted, weird, and unique.  LOVE HER.  She has maybe 4 or 5 series and I love them all.
I'm amused by JR Ward's Black Dagger Brotherhood series.  Formula.  Hugely commercially successful

I keep pointing these writers out in my emails (and there are so many others) because they are at the top of their game in selling numbers.  And that's what this is all about if coin is the goal.

So take it easy on yourself and pat yourself on the back for sticking to your daily goal:)

As for me, I'm back in the crap. ███████████████████ and writing has not progressed as far as I would have liked.  I have binged on Masterpiece Theater for 2 days and am now reading Plot and Structure -- hugely useful.  I have to laugh because I found that book in true Lynne fashion. I was reading posts by other writers about best methods for plot and kept reading about LOCK, and how you need to by so and so's book.

I ended up at the book store later in the week and randomly grabbed 3 books on plot in the one minute I had before meeting a friend for lunch (out of the 15 or more on the shelf), intending to browse and return the ones I didn't want to keep.  I had to laugh when the LOCK book (Plot and Structure by James Scott Bell) was the one I grabbed.  It will be a lifesaver.

Dramatica a waste of my time in every way.  I used it between MPT binges. Bummer:(

Bottom line for me:  I'm just not satisfied with my plot and how it will play out -- yet. Would I want to read a book about a teen who finds a magical amulet and unwittingly releases the Egyptian god of chaos? Probably not.  That just doesn't have the appeal I'm looking for.  Maybe I'd be interested if the teen witch finds a magical amulet and accidentally opens the gates to the underworld....  Sigh.

Hope today is a better writing day for you.  Don't feel compelled to write back unless you're spinning your wheels and procrastinating like me.  I'm now going for a swim....

Lynne

CONFIDENTIAL

----- Original Message -----
**From:**
"Michael Garner" <michael@michaelgarner.net>

**To:**
"Lynne Freeman" <lynnef@gci.net>
**Cc:**

**Sent:**
Wed, 21 Oct 2015 21:21:28 -0600
**Subject:**
Re: Quick check in, and I think I've found my title

Hi Lynne,

Sorry it's taken me 8 days to get back to. I've been using my free time to write, and while I had any kind of a line to the muse, I was trying to follow it…

Status is that I've got another 12K words since I last wrote to you. As of tonight, I'm at 86K words. I'm not sure when I'll be in the home stretch, but I feel I'm pretty close.



That being said, I'm so very glad you're finding your stride again with regard to *Masqued*. Please let me know if there's anything I can do to help.

I've heard of Dramatica but haven't tried it. I'm always leery of that kind of thing because I don't like learning new software, because I get kind of obsessive about it once I start. Again, that's just a personal thing with me. How is it working for you? As I recall, I've heard good things about it.

CONFIDENTIAL

Thanks for listening.

Mike

On Oct 13, 2015, at 8:59 PM, LYNNE FREEMAN <lynnef@gci.net> wrote:

No worries about getting back to me - and I'm sure you get it when my responses are delayed too.  Work, kids, spouses -- all come first and not necessarily in that order :)

GLAD to hear you are through the rough patch.  You're doing very well to discipline yourself in terms of a word count per day.  That's a good way to get through it.

What I've been going through -- this crisis of confidence -- is mental quicksand.  Manuscript written and a plot problem.  It's been from hell but it's turning around.  I think -- I'm almost scared to say it -- but I think I'm almost there.  The movie in my head is back on screen.  Yay me!

The exercises I'm doing for the plot feel a little like rubbing up against mental sandpaper (I'm clearly in to sand tonight. Must be the pyramids and all that!)  Motivation.  Plot.  3 acts.   All still rickety when I'm writing them down.

I downloaded Dramatica Story Pro and I'm going to do it over the next few days and see where that lands me. ███████████████████████████████ BUT -- I will have a whole 5 1/2 days with increased time for writing.  I plan to have all of this hashed out (this being plot issues) and rolling into the re-write by the time they get back.

Long answer to your question.   My head is now above water :)

----- Original Message -----
**From:**
"Michael Garner" <michael@michaelgarner.net>

**To:**
"Lynne Freeman" <lynnef@gci.net>
**Cc:**

**Sent:**
Tue, 13 Oct 2015 20:19:06 -0600
**Subject:**
Re: Quick check in, and I think I've found my title

Hi Lynne,

I apologize for the delay in getting back to you, and for the brevity of this note. Work and kids are needing lots of my time, and I'm still trying to make my word count per day.

I'll think of a girly name and run it by you. Thanks!

I made it through that rough patch — thanks for your encouragement! I hit 75K words yesterday, so I'm nearer the home stretch. ████████████████████████████

I'll write more later, but I'm going to try to get some more done on the book tonight, so I'm going to sign off.

Where are you at with your book? I'm so happy to hear you're giving it a little bit of time amid all your other responsibilities. Just keep plinking at it!

Mike

On Oct 11, 2015, at 9:52 PM, LYNNE FREEMAN <lynnef@gci.net> wrote:

> Hi Mike -
>
> MJ - I would definitely know it's a dude writing the book. Pick a girly name. Seriously!
>
> Now. On the subject of your current ms:
>
> Okay buddy, your self-talk is spot on. You will be okay. This project is good. HANG IN THERE!
>
> I know exactly what you mean about stepping away for a few days and finding garbage staring back up at me when I open my document. It is the worst feeling. I am totally there -- in terms of plot---and agonizing. After reading your email, I'm just going to pick Option A and get down to business. And that's exactly what you need to do. Get down to business and push the doubts away.
>
> You are an excellent writer. You know that. You've worked hard for this project, on this project, IN this project. It's good stuff. Now finish it up. I think this level of trepidation is perfectly normal at this stage. I've read about it. I've experienced it. The most important thing is to stay the course and don't let yourself stop.
>
> And yes, when we get done with our respective manuscripts, let's have some fun and have a call about series ideas. If you are going to write adult paranormal romance, I have some books you should check out. I'd like to take one of those (they're all sexy and funny) and turn it into a YA series. No one is doing that. Yet. !!! Probably because no one wants to think about teen girls panting after a wereguy of some kind who is supposed to be her eternal soul mate. Hmmm. I may have to reconsider as that's not exactly a great role model thing for teens. Twilight about killed it. Yuck.
>
> Keep the faith. And in the meantime, I will try to do the same :)
>
> Lynne

----- Original Message -----
**From:**
"Michael Garner"
<michael@michaelgarner.net>

**To:**
"Lynne Freeman"
<lynnef@gci.net>
**Cc:**

**Sent:**
Sun, 11 Oct 2015 12:50:44 -
0600
**Subject:**
Re: Quick check in, and I think
I've found my title

Hi Lynne,

Pen name I was thinking about
is "M.J. Jensen." Do you think
that's sufficiently feminine? Or
should I go with an actual name?

No, it's not a problem if I got
over 100K. I will for sure be
paring it down during the final
edit. I'm just fatigued on this
project and want to get on with
something different. I took 3
days off to work on a gaming
project and that felt SO good.

I know you are right about series
books. And your comments
about listening to the inner voice
strongly resonate with me. I
know that writing a novel the
way I'm doing it now is not going
to help me achieve financial
goals I'm envisioning for myself.
I know this. I know I need to
write a different kind of book and
that it needs to be a series as
you suggest. I think I got stuck a
little bit like you did in terms of
not wanting to let my dream
project go. I always loved books
that really got inside the
characters' heads and show

them going through something
adventurous and cool, and that's
what I've tried to write. But —
today anyway — what I've
produced feels bloated,
pretentious, and boring. What I

███████████████████████

Thanks for listening.

Back to the trenches for me.

Mike

On Oct 9, 2015, at 9:08 AM,
LYNNE FREEMAN
<lynnef@gci.net> wrote:

> Part Deux
>
> You're at 70k
> words which is
> great.  Applause
> here.  Is it a big
> deal if you go
> over 100k?  Or
> will you plan to
> pare it down once
> you have your
> draft complete?
>
> I do agree that
> you don't want to
> spend forever
> going over and
> over it for
> perfection.  Get
> your draft, clean it
> up and get it out
> there.  (I plan to
> follow this sage
> advice myself.
> Finally!).
>
> I've said it before
> and I'll say it
> again -- I believe
> the key to serious
> money is writing
> a series. Imagine
> the fun of that....!
>  Formula.  Quick
> draft. Self-
> publish. $$$$

-----Original Message-----

**From:** "Michael Garner" <michael@michaelgarner.net>

**To:** "Lynne Freeman" <lynnef@gci.net>

**Cc:**

**Sent:**

Thu, 8 Oct 2015 22:20:26 -0600

**Subject:** Re: Quick check in, and I think I've found my title

Hi Lynne,

I hit 70K words last night. I'm not qu

CONFIDENTIAL

LF 266729

ite at the home stretch yet, but I'm definitely nearing the last stage of the race. As I mentioned, the projected word count for this book is 100K

CONFIDENTIAL

LF 266730

… I'm pretty sure I'll go over, and something is telling me that I'll wind up with a 110K draft.

I do not want to spend very long working over this seco

CONFIDENTIAL

LF 266731

nd draft, mostly because I just don't have much spirit left for the book. I totally have enough to finish this draft and to put some polish on it, but I don't

CONFIDENTIAL

think I could spend another three months going over it with fine-grained sandpaper and my "Anal-retentive Guide to Celestial Perfection in Fictio

CONFIDENTIAL

LF 266733

n Writing Projects."

There's still a lot to do before I put it out on Amazon. Number 1 is I've got to get a cover made. That is considerably easier now

CONFIDENTIAL

LF 266734

that I've got a title. (Thank you again for your input on that.) What do you think of the following pen name?

M.J. Jensen

I don't

know how important it really is, but I have heard over and over that female pen names sell better than male in romance, and that if you can't

LF 266736

use an explicitly female name, go with initials. This is really the last decision I need to make before I hire a cover designer. (I like the name be

LF 266737

cause it has a kind of bounce when you say it.)

Sorry to hear that your buddy got PTSD. That really stinks for everybody involved, including the

CONFIDENTIAL

LF 266738

opposition because I have no doubt that you are a ruthless adversary in the courtroom. But I am sorry to hear it. (And also, I admit, interested. W

CONFIDENTIAL

LF 266739

hen you said that, I realized I had only associated PTSD with guns and firefighters and accident victims. You opened up my mind a little with that. *Of*

CONFIDENTIAL

*course* somebody who was advocating for a family in that kind of situation would be susceptible to that condition. I can't even imagine the stress

CONFIDENTIAL

LF 266741

of trying to get the best financial and custody settlement possible… So many people's lives are changed by the work you do, and it's in an ad

CONFIDENTIAL

LF 266742

vers arial setting to boot, so you have the whole biological "fight" chemical suite being pumped into your bloodstream as well... Yikes. I hope your

CONFIDENTIAL

LF 266743

buddy gets well soon, and that your inner serenity remains untouched by this case).

That plot/character/male/female article sounds inter

LF 266744

esting, and the conclusion doesn't surprise me at all. It's valuable to have that notion / predilection / tendency pointed out because it gives you an idea of

CONFIDENTIAL

where to look for your own weaknesses. It's like being warned that such and so model of car is known to burn oil quickly, so you'd better check — you

CONFIDENTIAL

may not have the problem, but other people do, so it won't hurt you to take a look.

Yes, I am starting to get the idea that your confidence

CONFIDENTIAL
LF 266747

was shaken by that editor. :)

And so I'd like to say a few things

Number one: To what extent do you hold the unconscious belief that this woman

CONFIDENTIAL

LF 266748

is the only arbiter of taste that matters? All I'm asking is for you to gauge the extent. Don't think about why, or what you'll do if … Just ask how much

LF 266749

or how little you feel that way. Stop reading my email for a second and let that question sink in, because I think it's important.

Continuing number on

CONFIDENTIAL

LF 266750

e: To what extent are you subjecting your creative impulses to the dictates of her opinion? I could be wrong, and throw a wet sponge at me if I am,

CONFIDENTIAL

LF 266751

but I get the feeling that there is something in Lynne's personality that wants to win with this woman. I get the sense that you are fighting so

CONFIDENTIAL

LF 266752

me kind of battle in an effort to please her I appreciate that some of this battle would also be to satisfy the notional "right way" to write a book,

CONFIDENTIAL

LF 266753

and that because she was a professional whom you no doubt vetted and did in fact pay, her ideas about that so-called "right way" woul

CONFIDENTIAL

d therefore have considerable weight with you. But what I'm asking you to think about is if, and how, you've set this woman's opinions up as an obst

CONFIDENTIAL

acle to be knocked over, when in fact may be you can just walk around it.

Because if she was just a damned genius, how come she isn't writing

her own books? Yes, she may her know one or two ways to skin a cat, but aren't there several hundred ways to accomplish that task? Seriously: I

CONFIDENTIAL

LF 266757

would ask you to examine why HER opinion matters so much to you. I may be in line for another wet sponge here, but I suspect you're going

LF 266758

to find some surprises.

Number two: I'm sorry she hurt you. It wasn't until this email below that I realized she had. And I'm sorry for my friend. I'm

CONFIDENTIAL

sorry she hurt you.

Number three: The method you described of how you write your books has so much potential that I'm begging you to let it

be the main force in how you do things. Yes, go back and do some intentional plotting. But do not abandon the method that was giving you so

much, and which, by the way, produced a character I loved.

Number four: There's another, deeper, weirder "vibe" I'm getting here ... I'll discuss

CONFIDENTIAL

LF 266762

it because it feels relatively solid in my mind, but again, I could be VERY wrong, and it may be none of my business. But… If you sit down and med

CONFIDENTIAL

itate for a little while on who you thought this woman was when you first considered hiring her, and who you thought she was when you trusted he

r with your work, and perhaps what you thought she might say after she read it... And if you then take a moment to consider the effect he

CONFIDENTIAL

r words had on you … If you just roll those four memories around in your mind and heart and let them affect you without trying to fight or defend

CONFIDENTIAL
LF 266766

against what happens... Is there any part of the relationship / interaction you had with this woman that in some way **thematically** resembles th

CONFIDENTIAL
LF 266767

e interactions you had with your mother? You mentioned to me once that your mother was "a very difficult mother to have," and you've said se

CONFIDENTIAL

LF 266768

veral times how important <u>Masqued</u> is to you, and it's evident that Ella's love for her mother includes a need to compare herself to her mother and to

LF 266769

win acceptance from her mother... I don't know, but something about this editor and the interaction you described having with her made m

CONFIDENTIAL

e think of all these things. (I'm shutting up about this now. Sorry if it's too buttinsky.)

I hope it's okay for me to ask these questions I do feel like

I'm intruding a little. But please know that I do NOT need or expect an answer: I just asked them because it seems they might help you. (Anyway,

CONFIDENTIAL
LF 266772

it's a different perspective on something that is giving you some heartache.)

Thank you again for being my writing buddy. It gives me such a sh

ot of energy and enthusiasm to get these emails from you, and to write them to you. So seriously: thanks.

Mike

On Oct 8, 2015, at 12:0

CONFIDENTIAL

LF 266774

3 PM, LYNNE FREEMAN <[lynnef@gci.net](mailto:lynnef@gci.net)> wrote:

Hi Mike - How's your progress going?

Ha! Terrible question, right? I'm impressed you're getting

700 words in a day. Good job. I've had 2 cases implode since

CONFIDENTIAL

LF 266777

last week, and my buddy in the trenches (love the war analogy

, guy thing and all) is having PTSD. Seriously. It's a risk o

CONFIDENTIAL

f practicing family law and she is down for the count. Sigh.

CONFIDENTIAL

So I am working stupid hours -- early morning and late at nig

CONFIDENTIAL
LF 266781

ht.

Grrr.

I'm working on my plot but literally just a few min

CONFIDENTIAL

utes here and there.

I'm letting my mind wander when I'm driv

ing and mulling it over.

I read an interesting article that

LF 266784

says men tend to write stronger, more structured plots, while

women tend to write stronger characters

It's a generalization

but food for thought. I'm working on fattening my plot struc

LF 266787

ture accordingly. I appreciate your kind words. If you haven'

LF 266788

t noticed, my confidence is shaken from that editor's vitrioli

c response to my manuscript. What I've come to realize, howev

er, is that if she had been doing her job (considering I paid

LF 266791

her), she should have suggested I review some articles on plot

structure.

Tying the inciting incident into the action and I

ooking at the story in terms of acts. Your description of wha

CONFIDENTIAL

LF 266794

t
you
did
for
plot
structure
was
helpful.
LMK
when
you're
read

y
f
o
r
a
r
e
v
i
e
w
.

I
'
l
l
d
o
t
h
e
s
a
m
e
.

I
'
m
j
u
s
t
p
r
o
c
e
e
d
i
n
g
a
b
i
t

CONFIDENTIAL

more slowly than I'd like.

L

-----Original Message-----

CONFIDENTIAL

LF 266797

**From:** "Michael Garner" <[michael@michaelgarner.net](mailto:michael@michaelgarner.net)>

**To:** "Lynne Fr

eeman" <lynnef@gci.net> **Cc:** **Sent:** Fri, 2 Oct 2015 09:51:27 -0600

**Subject**: Re: Quick check in, and I think I've found my title

I feel a mixture of relief, vindication, and self-satisfaction

to hear you talk about "When Calls the Heart" right along wit

CONFIDENTIAL

LF 266802

h
my book's title. I was worried that it would feel pretentiou

s, so to hear that it doesn't affect you that way is a relief.

CONFIDENTIAL

LF 266804

And hearing that somebody else has successfully used a syntac

tically questionable phrase as a title was pure vindication fo

r
me
.
And
then
to
hear
that
you
loved
that
show
made
me
feel
e

normously and childishly self-satisfied — I guess I felt very

CONFIDENTIAL

LF 266808

clever

for

a

moment

because

my

title

was

of

the

same

species

a

LF 266809

s the title of a show you loved. So thank you for your opinion

CONFIDENTIAL

: I received it as validation that my confidence in my title w

as justified. I too am thankful that we're collaborating and s

upporting each other in this process. Writing is so very lonel

y
a
n
d

i
t
'
s

n
i
c
e

t
o

h
e
a
r

a
n

e
n
c
o
u
r
a
g
i
n
g

w
o
r
d
,

a
n
d

t
o

k
n
o
w

t
h
a
t

CONFIDENTIAL
LF 266814

somebody I respect is also being challenged by the process. I

CONFIDENTIAL

LF 266815

think the metaphor I'm about to give you is a "guy thing" and

I would never write this as coming from a female character's sm

CONFIDENTIAL

ind, but it is nice to know that I have a buddy in another the

CONFIDENTIAL

atre of the same war fighting just as hard as I am. And to put

CONFIDENTIAL
LF 266819

your mind at rest, you've been very helpful to me in this pro

ject. That can easily be measured in editing terms, but also i

n spiritual terms that aren't amenable to quantification. Bein

g
a
b
l
e

t
o

t
a
l
k

a
b
o
u
t

t
h
i
s

w
i
t
h

s
o
m
e
b
o
d
y

I

r
e
s
p
e
c
t
,

a
n
d

w
i
t
h

s
o

me body who will listen, and with somebody who will point out m

erits and weaknesses with honesty — to be able to talk about t

his with a *friend* — that's like being given a silver mirror wh

CONFIDENTIAL

en

all

the

rest

of

the

world

is

gazing

at

themselves

through

p

CONFIDENTIAL

ond ripples. Our interaction gives me a way to look inside mys

CONFIDENTIAL

elf AND the process, and to see it with clarity rather than gu

CONFIDENTIAL

esswork. So, Lynne, thank you. Mike

On Oct 1, 2015, at 8:13 P

LF 266830

M, LYNNE FREEMAN <lynnef@gci.net> wrote:

Wait No Love For Tom

CONFIDENTIAL

orrow--it could work!

It doesn't sound like an affectation

CONFIDENTIAL

It's kind of catchy.

It actually reminds me of one of my fav

orite shows on the Hallmark channel, "When Calls the Heart."

CONFIDENTIAL

LF 266834

Love that show!

Love love!

It's made by Michael Landon Jr. (

Little House on the Prairie's son). Your daughters would prob

CONFIDENTIAL

LF 266836

ably I love it. Very YA. Wholesome. Kind of Little House I like.

Strong young woman goes against wealthy family's wishes and

LF 266838

becomes a teacher and then heads out to the wild wild west in

LF 266839

the early 1900s. The show is like curling up with a delightfu

I romance novel. Funny and sweet.

Ok, back on track. I ask

CONFIDENTIAL

LF 266841

ed about the title's significance because I was curious as to

CONFIDENTIAL

how it related to the story

I think a title is supposed to ei

ther pique the reader's interest or relate to an event in the

CONFIDENTIAL

LF 266844

story in some memorable way.

Wait No Love for Tomorrow.

Whe

CONFIDENTIAL
LF 266845

n Calls the Heart. They're both catchy in the same way, in my

opinion.

I would be curious and want to read what it's about

CONFIDENTIAL

LF 266847

.
.
.
.
.

So I think it will do the job you intend for it to.

Yes

CONFIDENTIAL

, I ' I l b e h a p p y t o t a k e a p e e k a t w h a t e v e r p a r t o f y o u r b o o k y

CONFIDENTIAL

LF 266849

ou like whenever you're ready. :) I do know the genre pretty y

well.

I've certainly read a lot of books in adult paranormal

. Sherilyn Kenyon writes weres in some of her series. Werebe

CONFIDENTIAL

LF 266852

ars, werewolves, etc.

I cannot thank you enough for sharing

CONFIDENTIAL

your process. You really did a thorough and well-thought out

CONFIDENTIAL
LF 266854

job in how you approached your plot. I did not. Which is pro

CONFIDENTIAL

bably

why

my

first

stab

at

this

didn't

ultimately

sell.

I'm

g

CONFIDENTIAL

oing

to

look

at

this

the

way

you

did

it

and

see

what

I

come

up

CONFIDENTIAL

LF 266857

with. I'm grateful we are collaborating and sharing informati

CONFIDENTIAL

LF 266858

on, ideas, etc. Don't know how helpful I am at this point but

CONFIDENTIAL
LF 266859

I will dig in and give a thorough review of your material whe

LF 266860

n you're ready. Thank you thank you! Lynne

-----

Origin

CONFIDENTIAL

LF 266861

al Message

----

**From:** Michael Garner" <michael@michaelgarner.n

et>

**To:** "Lynne Freeman" <lynnef@gci.net>

**Cc:**

**Sent:** Thu, 1 Oct 201

5

12:38:12

-0600 **Subject**: Re: Quick check in, and I think I've f

LF 266864

ound my title

Hi Lynne, I'm making slow progress on this pro

ject. Most days see me a little closer to the finish line, but

LF 266866

the last week definitely had its setback. I think I'm back on

course now. I really appreciate your offer to take a peek at

CONFIDENTIAL

the love scene. I'm thinking that with as much trouble as I'm

having writing more than about 700 words a day, your input wou

I'd be most useful to me after I've finished this second draft.

Does that work for you? The title is derived from the last se

ntence of the love scene, and it's meant to echo one of the bo

ok's main themes. I know it is syntactically flawed. I worry t

CONFIDENTIAL
LF 266874

hat it seems like affectation. It appeals to me because (form

e) it has the dreamlike quality of making sense but not quite

making sense. You have to look at it for a second. Which may b

LF 266877

e poison for a title. On the other hand, it may make it memora

CONFIDENTIAL

LF 266878

ble. I don't know. That's why I wanted to bounce it off you. H

ow do you feel about it? I am guessing you aren't a fan. Let m

CONFIDENTIAL

e

k
n
o
w

w
h
a
t

y
o
u

r
e
a
l
l
y

t
h
i
n
k

a
n
d

d
o
n
'
t

w
o
r
r
y

a
b
o
u
t

h
u
r
t
i
n
g

m
y

CONFIDENTIAL

LF 266881

feelings. I'm sorry you've been so busy, and I can definitely y

relate with the kid issue, but my God they're precious. I didn

, t f o l l o w a m e t h o d f o r o r g a n i z i n g m y p l o t , a n d l ' m n o t s u r e l

CONFIDENTIAL

even developed one, but I will tell you loosely what I did. Th

LF 266885

e genre came first. A werebear romance. Next, I looked at that

act structure I sent you several emails ago and played with i

deas that would fit into those plot points Then, I came up wit

h problems for my characters. I chose to create the charācters

from the outside in, if you will. Here's what these folks are

CONFIDENTIAL

LF 266890

facing, and based on that, what can I tell about their histor

y
and
who
they
are?
Then
I
did
some
verbal
sketching
around
th

e concept of the controlling idea of the story, and the counte

r-idea. (This is part of Robert McKee's [Story](#) methodology). Fo

r this project, that wound up looking something like this:

"C

LF 266895

ontrolling idea is that love triumphs when wants are sacrifice

d

for

needs.

The

counter-idea

is

that

love

fails

when

needs

ar

e sacrificed for wants." That actually sounds a little lame ri

ght now, but I know that expressing those thoughts clearly hel

CONFIDENTIAL
LF 266899

ped animate and direct the creation of the plot. The tension b

etween

the

controlling

idea

and

the

counter

idea

gives

you

clu

es about how the plot should go: OMG, the counter-idea is winn

CONFIDENTIAL

LF 266902

ing, what do we do to make the controlling idea prevail?!? Bac

LF 266903

k and forth like that. Then I thought of the inciting incident

and how it related to the black moment. Because this book is

about the heroine, I wanted to know what sent her off on this

CONFIDENTIAL

LF 266906

adventure, and how did that relate to the worst moment she has

in the adventure. The idea here is that she is driven into th

e adventure, but she drives herself out of it. She goes into t

he adventure from a position of weakness, but gains enough str

CONFIDENTIAL

ength during the adventure that she can bring herself out of i

t. And if you relate the inciting incident to the problem she

CONFIDENTIAL

faces during the black moment, then it's very easy for the rea

CONFIDENTIAL

der to see how she's changed from weak person to strong perso

LF 266914

n. I also tried to map the hero's progress from his inciting i

ncident to his experience in the black moment, but I don't kno

LF 266916

who well I succeeded with that effort on this book. Secondar

y and supporting characters were probably visualized and loose

ly sketched at this stage. (Because it's a romance novel, the

LF 266919

main conflict is how do these two fall in love. I think in a b

ook where the main problem is external to the characters, vill

LF 266921

ains would probably need to be developed earlier, but I'm just

CONFIDENTIAL

LF 266922

guessing.) Then, I drew a very loose mind map of the plot usi

CONFIDENTIAL

ng the five act structure as the main "waypoints" (i.e. Act 1

CONFIDENTIAL

LF 266924

will have a cute meet, Act 2 is where they begin falling in lo

ve, Act 3 sees the resolution of some secondary conflicts, Act

4 prefigures the black moment, Act 5 contains the black momen

t and the plot resolution). Then I loosely filled in the mind

map. Here's the places they're going to visit, and here's what

's going to happen there. Also, here's how those events compli

cate or support or resolve other plot points. Then I tried to

write a loose chapter by chapter outline, but it quickly wound

up being a tight outline and the tightness did not prove to b

e
h
e
l
p
f
u
l
.
B
y
t
i
g
h
t
I
m
e
a
n
t
h
a
t
I
w
a
s
w
r
i
t
i
n
g
d
e
t
a
i
l
s
a
b
o
u
t
c
h

aracters' emotional interactions during a scene, which I think

is like trying to describe what it feels like to walk through

Istanbul when all I've ever done is look at it through a tele

scope… I needed to actually BE in the scene before I wrote abo

CONFIDENTIAL
LF 266938

ut emotional interactions. I will say that this detail was use

ful in helping to define the characters and getting to know th

em, but almost none of it has survived into the second draft.

I kept working at the chapter by chapter outline effort, and e

ventually stopped being so detailed with emotions, and stuck t

o
p
l
o
t

p
o
i
n
t
s
.

I

d
i
d

m
a
k
e

i
t

t
o

t
h
e

f
i
n
a
l

c
h
a
p
t
e
r
,

b
u
t

t
h
e

r
e
l

ationship this outline bears to the completed first draft is t

CONFIDENTIAL

LF 266945

hat of a scaffolding to a building. Which is to say that the s

caffolding echoes the very general shape of the building, but

doesn't otherwise look anything like the final building. In th

LF 266948

e future, I will be MUCH more loose with my outlines. I was go

ing to try to refine the outline, but I was tired of planning

and started writing. Before I wrote each chapter, I examined m

y outlines and tried to keep in mind my controlling idea as we

I l as my very loosest concept of the plot. How did the chapter

relate to the central idea of the novel, and how did it relat

e
t
o

t
h
e

l
o
o
s
e

p
l
o
t
l
,
d

e
n
v
i
s
i
o
n
e
d
?

N
o
t
e

t
h
a
t

I

d
i
d

n
o
t

s
e
t

s
c

ene goals in an explicit way, but I for sure had them in mind

when I wrote the chapters. My thinking went like this, and I d

LF 266957

id do it in this order (first question is most important, last

question is least important):

1. Based on what has already hap

pened in the book, what does this character want or need now?

2

Based on what JUST happened in the last chapter or scene, wh

at does this character want or need now? 3. What does the plot

need from these characters?

Then I plugged away until I finish

CONFIDENTIAL

ed the first half of the first draft. Then I read what I'd wri

CONFIDENTIAL
LF 266964

t
t
e
n

o
n

a

p
l
a
t
f
o
r
m

t
h
a
t

m
a
d
e

i
t

s
u
p
e
r

h
a
r
d

f
o
r

m
e

t
o

m
a
k
e

r
e
v
i

sions, thus removing my temptations TO make revisions. When I

was done with that reading, I took notes in a document called

"second draft considerations" (i.e. stuff I wanted to fix in t

he second draft). Here are a couple of notes from that documen

CONFIDENTIAL
LF 266969

t
)
:
"It would be a stronger story if it were her father who had

abandoned her, and if I converted Auntie into her mother. Less

characters, more reason for her to get pissed off when Arthur t

urns out to be something other than who she wants him to be."

"The first part of book feels like it's being driven by an invi

LF 266974

sible plot, and not in a good way. Beef up her financial proble

ms by having a confrontation with Auntie ("Why am I getting a l

etter saying we're about to lose the house?"). Clarify Karla's

LF 266977

bonus schedule and Vivian's timeline with the intent of having

an informed reader when it comes to her hurrying to get to Purg

atory Island. They should know why she's busting ass to get the

re, but also have Karla say it once or twice while on the journn

ey itself."

Then I finished the first draft. By this point in

CONFIDENTIAL

the process,' I was very definitely in the "cover plot points e

ven if it comes out like shit" mode. Meaning that I didn't car

LF 266984

e
if
sentences
were
awkward
or
ugly
as
long
as
I
hit
the
plot

points. I was just trying to finish a chainsaw sculpture — i.e

. crude and unlovely, but with the form of the thing visible.

Then I started the second draft. And my approach to the second

draft is very different than the first. In the second draft,

LF 266989

I'm taking a lot of time to get the emotions, plot, and langua

CONFIDENTIAL

LF 266990

ge smooth, believable, and "satisfying" to me. What this effor

t looks like is me spending the evenings creating new content,

and the mornings editing last night's effort. And that's wher

el am now. I realize I didn't give you a "how I did my plot"

CONFIDENTIAL

LF 266994

so much as "how I wrote my first draft and am writing my secon

d
,
"

b
u
t

I
'
m

o
u
t

o
f

t
i
m
e

t
o

g
o

b
a
c
k

a
n
d

f
i
x

t
h
i
s
.

I

h
o
p
e

t
h
i
s

i

s

a

t

l
e
a
s
t

s
o
m
e
w
h
a
t

h
e
l
p
f
u
l

F
o
r

w
h
a
t

i
t
'
s

w
o
r
t
h
,

I

w
i
l
l

b
e

p
a
y

CONFIDENTIAL

LF 266997

ing much closer attention to plot in my next book. Sorry this

is so long.

Mike

On Oct 1, 2015, at 9:52 AM, LYNNE FREEMAN

CONFIDENTIAL

LF 266999

<lynneff@gci.net> wrote:

MIKE!

I've been thinking about you

and your project and wondering how it's coming along. Ahhh the

I love scene. The thought of writing one is enough to make me

feel

like

I've

been

sucker

punched.

OOF!

They

are

fun

to

writ

CONFIDENTIAL

e
b
u
t

o
h

s
o

t
r
i
c
k
y
.

I
'
d

b
e

h
a
p
p
y

t
o

t
a
k
e

a

p
e
e
k

i
f

y
o
u

l
i
k
e
.

CONFIDENTIAL

So what is the significance of your title in terms of your

CONFIDENTIAL

story?

As for me, I haven't progressed much since we last sp

oke.

I'm swamped with work and parenting a pre-pubescent boy

who is making me crazy crazy -- and trying to organize my plot

. I've looked at dramatica and the snowflake method. Basical

ly, I don't want to do any more edits until I'm absolutely pos

CONFIDENTIAL

itive that my plot is right on. That was the thing that nasty y

editor really carped on me about. Did you follow a particular

method in organizing your plot?

UGH!!!!!!!!!!!!!!!!!!!!!!!!!

!
!
!
!
!

L
.

-
-
-
-
-

Original

Message

-
-
-
-
-
**From:** "Michael Garner**

" <michael@michaelgarner.net> To: "Lynne Freeman" <lynnef@gci.n

et>

Cc:

Sent: Wed, 30 Sep 2015 21:33:35 -0600

Subject: Quick check

in, and I think I've found my title

Hi Lynne, I just spent

six days agonizing over how to proceed past the first love sce

ne, but I think I got it. I rewrote that chapter something lik

e six times. On a brighter note, I think I've found my title.

What do you think of this? WAIT NO LOVE FOR TOMORROW I hope you

CONFIDENTIAL

, re

doing

well.

Mike

CONFIDENTIAL
LF 267022