# EXHIBIT NN

| | |
|---|---|
| **From:** | LYNNE FREEMAN <lynnef@gci.net> |
| **Sent:** | October 27, 2017 8:35 PM |
| **To:** | Jennifer Fink |
| **Subject:** | Masqued |
| **Attachments:** | Jennifer's Copy.docx |

Hi Jennifer-

Here are the first few chapters. I'm editing as I go along and will send you more chapters if you want.

I've made some changes to the story and have a lot of doubts about the chapter that occurs at the mudflats. See what you think.

And THANK YOU for the kick in the butt with the thumb drive!

xoxo

Lynne

CONFIDENTIAL
LF 267829