UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN,<br><br>      Plaintiff,<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY, et al.,<br><br>      Defendants. | 22-CV-02435 (LLS)(SN)<br><br>**[PROPOSED] ORDER ON PROSPECT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE LAW CLAIMS** |

  Having considered Defendants Emily Sylvan Kim ("Kim") and Prospect Agency, LLC's ("Prospect") (collectively, the "Prospect Defendants") Motion for Summary Judgment on Plaintiff's State Law Claims, and all responses thereto, the Court orders as follows:

  1. Summary judgment in favor of the Prospect Defendants and against Plaintiff Lynne Freeman on Count I for Fraud and Deceit against Kim and Prospect is **GRANTED**;

  2. Summary judgment in favor of the Prospect Defendants and against Plaintiff Lynne Freeman on Count II for Breach of Fiduciary Duty against Kim and Prospect is **GRANTED**;

  3. Summary judgment in favor of the Prospect Defendants and against Plaintiff Lynne Freeman on Count III for Fraudulent Concealment against Kim and Prospect is **GRANTED**; and

  4. Summary judgment in favor of the Prospect Defendants and against Plaintiff Lynne Freeman on Count IV for Breach of Contract against Kim and Prospect is **GRANTED**.


                 SO ORDERED

                 _____
                 Hon. Sarah Netburn
                 United State Magistrate District Judge

Dated: New York, New York
    _____