**UNITED STATES DISTRICT COURT**
**SOUTHERN   DISTRICT   OF   NEW   YORK**

| | |
|---|---|
| LYNNE FREEMAN,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>TRACY DEEBS-ELKENANEY, et al.<br><br>　　　　　Defendants. | Case No. 22-cv-02435 (LLS)(SN)<br><br>**PLAINTIFF'S DAUBERT MOTION TO EXCLUDE  A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff Lynne Freeman, through her undersigned counsel, upon the accompanying Memorandum of Law, Declarations of Carole Chaski and Stephen M. Doniger and Request for Judicial Notice, respectfully moves the Court before the Honorable Sarah Netburn, on a date and time to be designated by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 21C, New York, New York 10007, for an order excluding a portion of the testimony of Malcolm Coulthard and testimony of Rose Hilliard in its entirety.

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests oral argument if this motion is opposed pursuant to Section 2.E. of the Court's Individual Rules.

Dated: December 22, 2023  
Venice, CA

Respectfully submitted,

By: /s/ Stephen Doniger  
Stephen Doniger, Esq.  
Scott Alan Burroughs, Esq.  
DONIGER / BURROUGHS  
247 Water Street, First Floor  
New York, New York 10038  
(310) 590-1820  
stephen@donigerlawfirm.com  
scott@donigerlawfirm.com  
Attorneys for Plaintiff

Reeder McCreary, LLP

By: _____  
Mark D. Passin  
11766 Wilshire Boulevard,  
Suite 1470  
Los Angeles, CA 90025  
310-861-2475

*Attorneys for Plaintiff*