UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>*Plaintiff,*<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY, et al.,<br><br>*Defendants.* | Case No. 1:22-cv-02435-LLS-SN<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION TO EXCLUDE A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Lynne Freeman ("Freeman") respectfully requests that, pursuant to Fed. R. Evid. 201, this Court take judicial notice of:

(1)     The article published by the National Academy of Science entitled "The Scientific Reinvention of Forensic Science;" and

(2)     The article published by Applied Linguistics entitled "Author Identification, Idiolect and Linguistic Uniqueness."

At any stage of a proceeding, a court may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201.

This Court may take judicial notice of printed material purporting to be a newspaper or periodical.  Pursuant to Fed. R. of Evid. §902, such material is self-authenticating.

Accordingly, Freeman requests that the Court take judicial notice in support of Freeman's Motion to Exclude Evidence of a Portion of Malcolm Coulthard's Testimony and the Testimony of Rose Hilliard in its Entirety of the following:

1

1. The article published by the National Academy of Science entitled "The Scientific Reinvention of Forensic Science" which is publicly available at the following website: pnas.org/doi/10.1073/pnas.2301840120.

2. The article published by Applied Linguistics entitled "Author Identification, Idiolect and Linguistic Uniqueness," a copy of which is attached hereto as Exhibit "1."

Respectfully submitted,

Dated: December 22, 2023

**Reeder McCreary, LLP**

*Mark Passin*
Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475
*Attorneys for Plaintiff*

**DONIGER/BURROUGHS**
Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(31) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff*

cc: All counsel of record (via ECF)