# EXHIBIT A-1

**In the Matter Of:**

*FREEMAN v*

*DEEBS-ELKENANEY*

---

*PATRICK JUOLA, PH.D.*

*September 26, 2023*

---



1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------

LYNNE FREEMAN, an individual,

                    Plaintiff,

          vs.          Civil Action No.
                       1:22-cv-02435-LLS-SN

TRACY DEEBS-ELKENANEY P/K/A
TRACY WOLFF, an individual,
EMILY SYLVAN KIM, an individual,
PROSPECT AGENCY, LLC, a New Jersey
Limited Liability Company, ENTANGLED
PUBLISHING, LLC, a Delaware Limited
Liability Company, HOLTZBRINCK PUBLISHERS,
LLC D/B/A MACMILLAN, a New York Limited
Liability Company, and UNIVERSAL STUDIOS,
LLC, a Delaware Limited Liability Company,

                    Defendants.

-------------------------------------------


        REMOTE VIDEOTAPED DEPOSITION OF

           DR. PATRICK JUOLA, PH.D.


           Tuesday, September 26, 2023

              12:57 p.m. (EDT)




Reported By:

Joan Ferrara, RMR, FCRR

Job No. 2023-911534

2

1

2

3

4                          September 26, 2023

5                          12:57 a.m. (EDT)

6

7

8

9

10        Videotaped Deposition of DR. PATRICK

11   JUOLA, PH.D., held remotely via Zoom,

12   before Joan Ferrara, a Registered Merit

13   Reporter, Federal Certified Realtime

14   Reporter and Notary Public.

15

16

17

18

19

20

21

22

23

24

25

FREEMAN v
DEEBS-ELKENANEY

Patrick Juola, Ph.D.
September 26, 2023

3

```
 1
 2    REMOTE APPEARANCES:
 3
 4    ON BEHALF OF PLAINTIFF:
 5    DONIGER BURROUGHS
 6              603 Rose Avenue
 7              Venice, California 90291
 8    BY:       STEPHEN DONIGER, ESQ.
 9
10
11    ON BEHALF OF PLAINTIFF:
12    CSREEDER
13              11766 Wilshire Boulevard
14              Suite 1470
15              Los Angeles, California 90025
16    BY:       MARK PASSIN, ESQ.
17
18
19    ON BEHALF OF PROSPECT AGENCY and EMILY
20    SYLVAN KIM:
21    KLARIS LAW
22              29 Little West 12th Street
23              New York, New York 10014
24    BY:       LANCE KOONCE, ESQ.
25
```

4

1

2     REMOTE APPEARANCES:   (Continued)

3

4     ON BEHALF OF TRACY DEEBS-ELKENANEY P/K/A

5     TRACY WOLFF, ENTANGLED PUBLISHING, LLC,

6     HOLTZBRINCK PUBLISHERS, LLC d/b/a MACMILLAN

7     and UNIVERSAL CITY STUDIOS LLC:

8     COWAN DEBAETS ABRAHAMS & SHEPPARD

9             41 Madison Avenue

10            37th Floor

11            New York, New York 10010

12    BY:     BENJAMIN HALPERIN, ESQ.

13

14

15    ALSO PRESENT:

16            Adrian Beltran, Videographer

17            Malcolm Coulthard

18

19

20

21

22

23

24

25

19

                        P. JUOLA

1

2    share substantial similarity, which would

3    have meant that if I studied several of

4    them, there would have been some things

5    that would have been overrepresented in the

6    statistics of the BMR versions, and as a

7    result would have violated the independent

8    assumptions that I was using in my report.

9        Q      And one thing you say in your

10   report -- and I promise you, we will

11   introduce your report and talk about it

12   later, but one thing you say is you wanted

13   to avoid oversampling non-independent

14   texts.

15              Do you recall saying?

16       A      I do recall saying that.

17       Q      Why is it important to avoid

18   oversampling non-independent texts?

19       A      For the reasons that I just

20   described.  If you oversample things that

21   are not independent, then the properties of

22   the set from which these things are derived

23   will be either magnified in the case of

24   positive attributes or reduced in the case

25   of negative attributes.

20

```
 1                    P. JUOLA

 2              And if you would like an analogy

 3    for that, if I watch a wide receiver make a

 4    marvelous touchdown catch on TV, he scores

 5    6 points.  He still only scores 6 points no

 6    matter how often they show the instant

 7    replay because the instant replay is not

 8    independent of the actual footage of the

 9    catch.

10        Q     So does avoiding oversampling on

11    independent texts help ensure that your

12    data are not biased?

13        A     Yes.

14        Q     And is it important to ensure

15    that your data are not biased when you do a

16    statistical analysis?

17        A     Yes.

18        Q     Which specific books from the

19    Crave series written by Tracy Wolff are at

20    issue in this case?

21        A     I don't know.

22        Q     Is one of the books that you

23    considered titled "Crave"?

24        A     Yes.

25        Q     Is another entitled "Crush"?
```

21

```
 1                      P. JUOLA

 2       A     Yes.

 3       Q     Is another entitled "Covet"?

 4       A     Yes.

 5       Q     And is the last one entitled

 6   "Court"?

 7       A     I don't remember.

 8       Q     I will represent to you that

 9   those are the titles of the four Tracy

10   Wolff books at issue in this lawsuit.

11       A     Okay.  Thank you.

12       Q     Did you read any of those four

13   Tracy Wolff books in developing your

14   opinions?

15       A     I read them through my computer,

16   in the same sense that I read or did not

17   read BMR.

18       Q     So that means you didn't plug

19   them on a Kindle and actually read them the

20   way you would read a book for pleasure?

21       A     I did not read them in the same

22   way that I would read a book for pleasure.

23       Q     You did not read them cover to

24   cover?

25       A     I did not.
```

26

```
 1                    P. JUOLA

 2        opining on substantial similarity.  So

 3        whether you want that answer to come

 4        from him or you, Steve, I would

 5        appreciate an answer now.

 6             MR. DONIGER:  I mean, I have the

 7        same objection, is, you know, how we

 8        end up arguing the relevance and

 9        utility of his testimony is -- you

10        know, is to be determined.

11             His testimony is what it is.  I

12        don't think we have a better answer

13        for you, Ben.

14             MR. HALPERIN:  Okay.  We can

15        move on.  Thank you.

16   BY MR. HALPERIN:

17        Q    Dr. Juola, you became famous

18   back in 2013 for uncovering that the book A

19   Cuckoo's Calling, which was published under

20   the name Robert Galbraith, spelled

21   G-A-L-B-R-A-I-T-H, was actually written by

22   Harry Potter author J.K. Rowling, correct?

23        A    Yes, that is correct.

24        Q    And I just want to be honest and

25   say I find this fascinating.  So can you
```

27

P. JUOLA

1

2    please provide a play-by-play of how that

3    came to be and the steps you took in

4    figuring out that it was actually J.K.

5    Rowling who wrote that book?

6        A     Well, if it would be helpful,

7    there is an article from Scientific

8    American in 2013 written by myself that

9    provides you with a very detailed

10   play-by-play, and it was written

11   contemporaneously, so it is less subject to

12   the passage of time and availability of

13   human memory.

14               In broad terms, the Sunday Times

15   of London telephoned me and said that

16   somebody had told them that J.K. Rowling

17   was actually the person behind The Cuckoo's

18   Calling and would I please investigate.

19               And so after discussion with Cal

20   Flyn, who was the reporter who tried to --

21   who had gotten in touch with me, we

22   obtained copies of The Casual Vacancy,

23   which was her first novel -- sorry, which

24   was her first adult novel -- The Cuckoo's

25   Calling, which was the questioned document

28

                              P. JUOLA

1
2     under investigation, and three other crime
3     novels by contemporary female British
4     authors.
5                 One of them was a Ruth Rendell
6     novel, one of them was a P.D. James novel
7     and one of them was a Val McDermid novel.
8     And you can consult the Scientific American
9     article if you need to know exactly which
10    books they were.
11                I did a series of experiments
12    using a piece of software that I and my
13    team had developed to assess the similarity
14    in writing style between -- between The
15    Casual Vacancy -- sorry, excuse me --
16    between The Cuckoo's Calling and the four
17    books of known authorship.
18                And I found that all three of
19    the non-Rowling authors showed at least one
20    significant difference that disproved her
21    authorship -- that disproved their
22    authorship.  So out of those four, the only
23    one that it could have been was Rowling.
24                Of course, there's the
25    possibility of none of the above, but I was

29

```
 1                    P. JUOLA

 2    able to do some mathematics that

 3    established that the chance of it being

 4    none of the above was relatively low, and

 5    so I told -- I told the -- I told Ms. Flyn

 6    and the Sunday Times that it was probably

 7    Rowling.

 8             The Times ran with the story,

 9    and Rowling admitted that she had written

10    the -- she had written The Cuckoo's

11    Calling.

12    Q    Congratulations for that

13    success.

14    A    Thank you.

15    Q    I'll introduce an exhibit now

16    into the chat.  Let me know when you see it

17    and have it downloaded.

18             (Exhibit 2, article entitled,

19        "How a Computer Program Helped Show

20        J.K. Rowling write A Cuckoo's Calling"

21        by Patrick Juola on August 12, 2013; 7

22        pages, was remotely introduced and

23        provided electronically to the

24        reporter, as of this date.)

25    A    Yes, I have it downloaded.
```

30

                        P. JUOLA

1

2       Q     We can call this one Juola

3  Exhibit 2.

4            Is this the Scientific American

5  article that you just referenced?

6       A     It appears to be.  If you made

7  some subtle changes -- if you made some

8  subtle changes to me, I probably wouldn't

9  detect them.

10      Q     I will represent to you that we

11 have not made any changes to any of your

12 works that we'll discuss today.

13      A     Thank you.

14      Q     So this is an article published

15 in Scientific American entitled "How a

16 Computer Program Helped Show J.K. Rowling

17 Write The Cuckoo's Calling" -- shouldn't

18 that be "wrote," not "write"?

19      A     I didn't write the headline, I'm

20 afraid.

21            If we're going to be -- if we're

22 going to be English teachers, The Cuckoo's

23 Calling should also be in italics.

24      Q     And then it says:  "By Patrick

25 Juola on August 20, 2013."  Correct?

FREEMAN v
DEEBS-ELKENANEY

Patrick Juola, Ph.D.
September 26, 2023

31

```
1                          P. JUOLA
2         A      Uh-huh.
3         Q      So other than the --
4         A      Yes.
5         Q      Okay.  So other than the
6    possible incorrect word and lack of
7    italics, this is an article that you wrote
8    on August 20, 2013, correct?
9         A      The subhead is also not mine.
10        Q      And this tells the story of how
11   you figured out it was J.K. Rowling who
12   wrote the book A Cuckoo's Calling?
13        A      It does.
14        Q      Please go to page 2.
15        A      I am on page 2.
16        Q      So I'm looking at the bottom
17   paragraph, and it says:  "Over the past
18   decade, I have developed a computer program
19   to do this sort of analysis of writing
20   style, based on literally millions of
21   different features.  This program will take
22   a sample of writing and determine, on the
23   basis of similarity, who among a set of
24   authors was most likely to have written
25   that sample."
```

32

P. JUOLA

2        Did I read that correctly?

3    A    Yes, you did.

4    Q    What's the name of this program?

5    A    The name of this program is the

6  java authorship -- the Java Graphical

7  Authorship Attribution Program, abbreviated

8  J-G-A-A-P or JGAAP for short.

9    Q    You mentioned this program in

10  your expert report, correct?

11   A    Yes, I did.

12   Q    Did you use J-G-A-A-P for your

13  analysis in this lawsuit?

14   A    I did not.

15   Q    You say in Scientific American

16  that J-J-A-P -- I'm sorry -- J-J-A-A-P --

17   A    JGAAP.

18   Q    Can we call it "JGAAP" and that

19  will be easier for me?

20   A    Please.

21   Q    I just messed it up twice, so --

22  anyways, strike all that and I'll rephrase.

23        You say in this paragraph that

24  JGAAP has literally millions of different

25  features that it can analyze, correct?

                                                                    39

```
 1                    P. JUOLA

 2   longer overlaps.

 3        Q    But this was not through using

 4   your program JGAAP, correct?

 5        A    That is correct.

 6        Q    So at the end of the day, if you

 7   were -- if this case were to go to trial

 8   and you were to testify under oath on the

 9   witness stand, would you tell the jury that

10   you used the same analysis that you did in

11   the Harry Potter case?

12        A    I would not.

13        Q    Can you please go back to page 3

14   of the Scientific American article, and let

15   me know when you're there.

16        A    I'm there.

17        Q    So I'm looking at the second

18   paragraph, and I'll read it.  It says:

19   "Language use is a set of personal choices.

20   For example, the English language provides

21   a tremendous number of choices for words to

22   describe something bigger-than-big, words

23   such as 'huge,' 'giant,' 'enormous,' or

24   'colossal.'  Writers can choose to express

25   an idea with a few precise words or a bunch
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 18 of 49
FREEMAN v                                      Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                September 26, 2023

84

```
 1                    P. JUOLA

 2        Q    I'll just let you tell me when

 3   you're ready.

 4        A    I'm ready.

 5        Q    Okay.  Is this a publication

 6   called "Authorship Attribution" by you,

 7   Dr. Juola?

 8        A    It is.

 9        Q    Okay.  And you called this -- or

10   you called something your 2006 book.

11             Is that what this is?

12        A    That is what this is.

13        Q    Okay.  So I see two dates to the

14   top left of the front page.  One says

15   Volume I, No. 3, 2006, and then copyright

16   2008.

17             But just for our purposes, we

18   can call this your 2006 book called

19   "Authorship Attribution."

20        A    It took a while to come out,

21   yes.

22        Q    Sure.

23             And just to read from the

24   abstract, it says (as read):  Authorship

25   attribution, the science of inferring
```

Case 1:22-cv-02435-LLS-SN  Document 322-1  Filed 02/07/24  Page 19 of 49
FREEMAN v                                        Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                  September 26, 2023

85

P. JUOLA

2   characteristics of the author from the

3   characteristics of documents written by

4   that author, is a problem with a long

5   history and a wide range of application.

6   Recent work in non-traditional authorship

7   attribution demonstrates the practicality

8   of automatically analyzing documents based

9   on authorial style, but the state of the

10   art is confusing.  Analyses are difficult

11   to apply, little is known about the type or

12   rate of errors, and few best practices are

13   available.  In part because of this

14   confusion, the field has perhaps had less

15   uptake and general acceptance than is its

16   due.

17         Did I get through that okay?

18     A    Yes.

19     Q    And so one of the things you

20   wrote there is that little is known about

21   the type or rate of errors for authorship

22   attribution, correct?

23     A    Yes.

24     Q    Do you ever recall writing that

25   stylometry is much less reliable and

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 20 of 49
FREEMAN v                                     Patrick Juola, Ph.D.
DEEBS-ELKENANEY                               September 26, 2023

86

```
 1                    P. JUOLA

 2   accurate than DNA analysis?

 3        A     I remember writing similar

 4   statements.  I don't remember that one

 5   specifically.

 6        Q     Why don't we go back to the

 7   Scientific American article, which I

 8   believe is Exhibit 2.

 9        A     Got it.

10        Q     And go to page 6.

11        A     Yes.  I am there.

12        Q     Okay.  And so I just wanted to

13   verify that the phrase at the top of

14   page 6, "Stylometry is much less reliable

15   and accurate than DNA," that's something

16   you wrote in this Scientific American

17   piece, correct?

18        A     Yes.

19        Q     So do you agree that there are

20   not clearcut standards for applying

21   stylometry to determine whether two works

22   share common authorship?

23        A     Yes, I did.

24        Q     Do you recall ever writing that

25   new best practices are available for
```

```
                        P. JUOLA
 1
 2  stylometry?
 3      A     Again, I've written that -- I've
 4  written statements like that.  I don't
 5  remember that specific wording.
 6      Q     That was actually part of the
 7  statement from your 2006 book that we just
 8  read.
 9      A     Okay.  If it's in my book, then
10  I wrote it.
11      Q     Do you ever -- do you recall
12  ever writing that one of the major
13  weaknesses in the application of authorship
14  attribution was the absence of clearcut
15  standards for accurate analytical practice?
16      A     Again, I have written things
17  like that.  I don't remember that specific
18  wording.
19      Q     All right.  I'll just show it to
20  you because I'm not trying to quiz your
21  memory.  I just want to verify it.
22            So let's introduce one more of
23  your writings, and this is called the
24  Rowling Case --
25      A     Yes.
```

88

```
 1                      P. JUOLA

 2        Q       -- 2015.

 3                Let me know when you have it

 4     open.

 5        A       Okay.

 6                MR. HALPERIN:   We're going to

 7        mark this Juola Exhibit 7.

 8                (Exhibit 7, article entitled,

 9        "The Rowling Case: A Proposed Standard

10        Analytic Protocol for Authorship

11        Questions," by Patrick Juola; 14

12        pages, was remotely introduced and

13        provided electronically to the

14        reporter, as of this date.)

15     BY MR. HALPERIN:

16        Q       Are you looking at the abstract?

17        A       I am now.

18        Q       So it says there:   "We

19     propose" -- and I'm just reading from the

20     abstract -- "We propose a possible solution

21     to one of the major weaknesses in the

22     application of authorship attribution - the

23     absence of clearcut standards for accurate

24     analytic practice."

25                Did I read that correct?
```

FREEMAN v                                   Patrick Juola, Ph.D.
DEEBS-ELKENANEY                            September 26, 2023

89

```
 1                    P. JUOLA

 2       A     Yes.

 3       Q     And that's something you wrote

 4    in this publication from 2015?

 5       A     Yes.

 6       Q     How many words long is the

 7    manuscript of BMR that you considered?

 8       A     I would have to refresh my

 9    memory on that.  It's novel length.

10       Q     I believe you say in your report

11    that it's over 150,000 words.

12             Does that sound right to you?

13       A     That sounds about right.

14       Q     Do you recall collectively how

15    long each of the four creative books at

16    issue in this case are?

17       A     Not -- not specifically.  Again,

18    they're novels.

19       Q     In paragraph 27 of your report,

20    you say they collectively have 868,455

21    words.

22       A     Okay.

23       Q     Does that sound right?

24       A     That sounds about right.

25       Q     Sir, would you agree that
```

FREEMAN v
DEEBS-ELKENANEY

Patrick Juola, Ph.D.
September 26, 2023

102

```
 1                    P. JUOLA

 2      A     Yes.

 3      Q     When you have one seven --

 4  common seven-word sequence that is shared

 5  in two novel-length works, can you put a

 6  percentage on how likely you are to be

 7  right as to whether there is common

 8  authorship?

 9            MR. DONIGER:  Objection.

10      Incomplete hypothetical.

11      A     It would take a lot of math.  It

12  might be possible to do.

13            I did not do it for this report.

14      Q     Let's look at paragraph 19 of

15  your report, please.

16      A     Yes.

17      Q     You're there?

18      A     I'm at 19.

19      Q     All right.  I'll just read this

20  paragraph in full first.

21            "We did find several such

22  phrases shared between Crave and BMR, of

23  which 'in the air as I try to,' 'that

24  million-dollar smile of his,' and 'on my

25  arms and the back of my neck' are the most
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 25 of 49
FREEMAN v                                                        Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                                  September 26, 2023

103

                              P. JUOLA

2   notable.  (Others, such as 'the ground to

3   open up and swallow me' can be easily

4   explained as a common idiom/expression.)

5   The phrase 'on my arms and the back of my

6   neck' appears in roughly 20 independent

7   contexts in Google search, which is rare

8   but still present.  Similarly, 'that

9   million-dollar smile of his' is only six

10  words long but occurs only 3,370 times

11  among the hundreds of billions of web pages

12  indexed by the Google search engine.  The

13  phrase 'in the air as I try to' appears

14  only seven times in this set."

15          Did I get through that

16  correctly?

17      A    Yes, you did.

18      Q    All right.  So for the part of

19  your methodology that involved looking at

20  seven-word sequences, those are the three

21  phrases that you considered that

22  potentially qualified?

23      A    Yes.

24      Q    Did you identify those three

25  phrases yourself or did someone else?

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 26 of 49
FREEMAN v                                              Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                        September 26, 2023

104

```
 1                      P. JUOLA

 2         A     I identified those phrases

 3   myself.

 4         Q     And if I understand correctly,

 5   these weren't the only shared phrases you

 6   found, but these were the ones that you

 7   deemed most notable, correct?

 8         A     That is correct.

 9         Q     Okay.  But the only -- for the

10   part -- and only talking about here the

11   part of your methodology that involved

12   seven-word sequences, the only phrases

13   identified in your report are the three we

14   just discussed and the one "the ground to

15   open up and swallow me," which it seems

16   like you rejected in your analysis?

17         A     That is correct.

18         Q     Sitting here today, are you able

19   to remember what the other phrases were?

20         A     I do not.

21         Q     And you're not opining that

22   shared phrases other than those specific

23   three listed in this paragraph are evidence

24   of the shared authorship, correct?

25         A     I am not opining anything about
```

105

```
 1                    P. JUOLA
 2   other shared phrases.
 3        Q      Let's talk about the phrases.
 4               So the first one is "in the air
 5   as I try to," correct?
 6        A      Correct.
 7        Q      And that one is seven words
 8   long?
 9        A      Yes.
10        Q      The next one is "that
11   million-dollar smile of his," correct?
12        A      Correct.
13        Q      How many words is that one?
14        A      Depends on who you ask and how
15   you treat the hyphen.
16        Q      So the hyphen might -- some
17   people might treat the hyphen as making it
18   one word, some people might treat the
19   hyphen as it being two words?
20        A      That is correct.
21               My understanding is that the
22   Google search engine that I used treats the
23   hyphen as a word separator, and so that is
24   six words in the opinion of Google.
25        Q      Okay.
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 28 of 49
FREEMAN v                                                  Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                            September 26, 2023

106

```
 1                    P. JUOLA
 2            So when a linguist looks at a
 3   phrase like this, one thing they might do
 4   is they might count "million-dollar" as two
 5   separate words and call this a six-word
 6   phrase.  But would it also be reasonable to
 7   count it as a five-word phrase?
 8       A     Yes.
 9       Q     Do you have a view as to which
10   camp is right and which camp is wrong about
11   that?
12       A     Not really.
13       Q     What's an idiom?
14       A     An idiom is a phrase that is --
15   technically, an idiom is a phrase where the
16   meaning of the phrase as a whole does not
17   correspond to the meaning of the individual
18   words in it, such as if I say my
19   grandmother kicked the bucket in 19 -- in
20   2001, she wasn't actually kicking any
21   buckets.
22       Q     Sure.  So by that definition,
23   would "million-dollar smile" an idiom?
24       A     I think "million-dollar smile"
25   is a metaphor and not an idiom.  I think
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 29 of 49
FREEMAN v                                              Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                        September 26, 2023

112

```
 1                    P. JUOLA
 2       A     -- much larger than web pages.
 3       Q     So does this change your view at
 4  all as to whether "million-dollar smile" is
 5  a common phrase?
 6       A     It's starting to look like --
 7  it's starting to look like something I
 8  would call common.
 9       Q     If "million-dollar smile" is a
10  common phrase, what does that do to the
11  length of the phrase "that million-dollar
12  smile" hits?
13       A     Then it would basically drop
14  down to the equivalent of a four-word
15  phrase --
16       Q     Okay.
17       A     -- treating "million-dollar
18  smile" as a single word.
19       Q     Is "in the air" a common phrase?
20       A     Again, I would want to look at
21  that.
22       Q     Okay.
23       A     Go ahead.
24       Q     I'll do it right now.  I have no
25  problem.
```

```
 1                      P. JUOLA

 2       A      Okay.

 3       Q      I'm putting it in quotes right

 4   now.  We're on the "Books" tab.  We're only

 5   going to see the "Books" tab first.  Okay?

 6       A      Yeah, the "Books" tab is fine.

 7       Q      About 97,300,000 results.

 8       A      Okay.  So that is in the text

 9   because that's more than once per book.

10       Q      Would you consider it a common

11   phrase based on this?

12       A      Yeah, I'll give that to you.

13       Q      I feel like I don't need to ask

14   this anymore, but I was so excited about

15   this question so I'm just going to do it

16   anyway.

17              Have you heard of the Phil

18   Collins song "In The Air Tonight"?

19       A      Yes, I have.

20       Q      Do you know what year that came

21   out?

22       A      A long time ago.

23       Q      1981.  Does that sound right?

24       A      Yeah.

25       Q      It came out a long time before
```

                    P. JUOLA

1

2   Blue Moon Rising or the Crave, right?

3        A     Yes.

4        Q     All right.  So if "in the air"

5   is a common phrase, what does that do to

6   the length of "in the air as I try to"?

7        A     That would reduce it from seven

8   words to five, effectively.

9        Q     And your last example from

10  paragraph 19 is "on my arms and the back of

11  my neck," correct?

12       A     Right.

13       Q     And how many words is that?

14       A     What?

15       Q     How many words is "on my arms

16  and the back of my neck"?

17       A     Is that 10?  I mean, I don't

18  have it in the front of me to count.

19       Q     I misheard you.  Two, three,

20  four, five, six, seven, eight, nine.

21       A     Nine.  My apologies.

22       Q     Okay.  Would you like to see --

23  can we -- well, first, let me ask you this,

24  is "on my arms" a common phrase?

25       A     "On my arms" is not that common,

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 32 of 49
FREEMAN v                                            Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                      September 26, 2023

115

```
 1                  P. JUOLA
 2   but "the back of my neck" -- but "the back
 3   of my neck" is.  I will -- you will
 4   probably be asking that question.
 5        Q     All right.  So you would agree
 6   that "back of my neck" is common?
 7        A     Yes.
 8        Q     Okay.  So without making a
 9   determination either way of "on my arms"
10   and "the back of my neck," if we consider
11   the four words "back of my neck" to be
12   common, what does that do to the sequence
13   here?
14        A     Then it drops down to six words,
15   I believe.
16        Q     Okay.  And could we expand the
17   common sequence to "the back of my neck"?
18        A     Maybe.
19        Q     And if people are going to say,
20   "back of my neck," they're probably going
21   to put the word "the" --
22        A     Yes, "the" would be the most
23   likely way to put it.
24        Q     And it drops this one down to
25   five words, right?
```

116

                          P. JUOLA

1

2      A     Yeah.

3      Q     At the end of paragraph 19, you

4   write:  "The phrase 'in the air as I try

5   to' appears only seven times in this set."

6           Do you see that?

7      A     Uh-huh, yeah.

8      Q     What set are you referring to?

9      A     The hundreds of billions of web

10  pages indexed by the Google search engine.

11     Q     Okay.  I'm just going to go back

12  to Google.com again.

13          Do you see it on my screen?

14     A     Uh-huh.

15     Q     All right.  So I'm just going to

16  search for that whole phrase now, "in the

17  air as I try to".

18          Did I do that all right?

19     A     Yes.

20     Q     I have it in quotes?

21     A     Yes.

22     Q     All right.  So --

23     A     Oh, they must have update their

24  database.

25     Q     Okay.  I'm seeing -- is it

117

```
 1                      P. JUOLA

 2    possible by seven times, you meant 207,000

 3    times?

 4        A     No.

 5        Q     So seven times in this set, just

 6    off by a factor of over 200,000?

 7        A     200,000, yeah.

 8              Google -- Google has a tendency

 9    to sometimes make major updates to their

10    database.

11        Q     And so you think it was a major

12    update between May 10th and today that

13    caused the number to increase?

14        A     Quite possibly.

15        Q     And can you give us an equation

16    of how -- mathematical equation of how big

17    this difference is here?

18        A     Well, it's an increase of

19    roughly 50,000 times.

20        Q     Okay.

21              Let's go to paragraph 20.  You

22    say:  Thus, "in the air as I try to"

23    qualifies as a seven-word lexical overlap

24    and is, in Coulthard's view, unlikely to be

25    independently written by two different
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 35 of 49
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                              September 26, 2023

119

```
 1                    P. JUOLA
 2        A     Oh, no.  It looks like I deleted
 3   an entire phrase.  Even if they do not meet
 4   Coulthard's seven-word criterion.
 5        Q     Okay.  So you agree that the
 6   five and six phrases do not meet
 7   Dr. Coulthard's --
 8        A     No, they do not.
 9        Q     And if we were to knock all
10   these phrases down because we just
11   discovered that each one contains at least
12   one common phrase, then none of them meet
13   Dr. Coulthard's criteria, right?
14        A     Well, Dr. Coulthard's criterion
15   does not specify how lexical bundles are to
16   be handled.
17             What I said about just reducing
18   them down to a single word is my rule of
19   thumb and not Dr. Coulthard's.
20        Q     Okay.
21        A     So I cannot -- I cannot answer
22   for Dr. Coulthard, and I believe he's your
23   witness anyway.
24        Q     But under your criteria, you
25   would count them as less than seven
```

120

```
 1                    P. JUOLA

 2   words --

 3       A     Yeah, under my criteria, I'd

 4   count them as less than seven.

 5       Q     Well, let's talk about

 6   Dr. Coulthard.

 7             Have you worked with him before?

 8       A     Yes, I have.

 9       Q     Would you say he's

10   well-respected in forensic linguistics?

11       A     I would.

12       Q     Would you say he's one of the

13   most important scholars in forensic

14   linguistics?

15       A     I would.

16       Q     We discussed the International

17   Association of Forensic Linguists, which

18   now has another L.

19       A     Uh-huh.

20       Q     But you remember the

21   organization we were talking about?

22       A     I do.

23       Q     Okay.  Are you aware that

24   Dr. Coulthard helped found the

25   International Association of Forensic
```

142

```
 1                    P. JUOLA

 2             Since the only time I've spoken

 3    with him is in the presence of the lawyers,

 4    I think anything else is privileged.

 5         Q    Do you know whether he's Lynne

 6    Freeman's husband?

 7         A    I believe that's privileged

 8    information.

 9             MR. HALPERIN:  Steve, is that

10         privileged information?

11             MR. DONIGER:  Dr. Juola, they

12         did depose Mr. Baer and are aware he's

13         Lynne Freeman's husband.

14         A    It has been represented to me

15    that he's Lynne Freeman's husband.  I have

16    not seen their marriage license.

17         Q    He has testified under oath that

18    he is Lynne Freeman's husband.  Is that

19    good enough for you?

20         A    Since I don't actually care.

21         Q    Okay.

22             Would you agree Mr. Baer has an

23    interest in whether or not the plaintiff

24    prevails in this lawsuit?

25         A    I would indeed.
```

143

```
 1                      P. JUOLA

 2        Q     So you say that he sends us a

 3   list of twenty-five commonalities that he

 4   considered noteworthy, of which six related

 5   specifically to the 2011 version of BMR

 6   that we analyzed.

 7             Did I read that right?

 8        A     Yes.

 9        Q     Okay.  Do you know what

10   methodology Mr. Baer used to identify the

11   25 commonalities he sent you?

12        A     I do not.

13        Q     And do you know what methodology

14   Mr. Baer used to make a determination as to

15   whether or not those commonalities were

16   noteworthy?

17        A     I do not.

18        Q     Do you know whether Mr. Baer

19   took an evenhanded approach and looked for

20   both similarities and differences?

21        A     I do not.

22        Q     As a scientist, do you agree

23   that cherrypicking data is a bad thing?

24             MR. DONIGER:  Calls for

25        speculation.  Vague and ambiguous as
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 39 of 49
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                             September 26, 2023

145

```
 1                    P. JUOLA
 2     purposefully selecting data that favors
 3     your desired result?  Is that fair?
 4          A    Was that a question to Stephen
 5     or to me?
 6          Q    It was to you.  I was going to
 7     ask if you would agree to that as a
 8     definition for "cherrypicking."
 9          A    Can you repeat it, please?
10          Q    Purposefully selecting data that
11     favors your desired result.
12          A    I can work with that.
13          Q    And you don't have any idea of
14     whether or not Mr. Baer engaged in
15     cherrypicking as we just defined it?
16          A    I do not.
17          Q    Do you know what Mr. Bear's
18     occupation is?
19          A    I think he mentioned it once,
20     but I don't remember.
21          Q    If I told you he testified under
22     oath that he is a financial advisor, would
23     you have any reason to dispute that?
24          A    I would not have any reason to
25     dispute that.
```

148

```
 1                      P. JUOLA

 2   books; and secondly, whether or not they

 3   appeared in the Google Books Ngram

 4   Database."  Correct?

 5        A     Correct.

 6        Q     All right.  So if I understand

 7   your methodology here, it's kind of three

 8   steps.  You take one of the phrases, you

 9   first search BMR for it.  That's step one.

10        A     Uh-huh.

11        Q     Step two, you search one of the

12   four Crave books for it.

13              And then step three, you search

14   to see whether it's in the Google Books

15   Ngrams Database, correct?

16        A     That is correct.

17        Q     All right.  Three-step

18   methodology that we can agree on?

19        A     With one minor point, I did not

20   search just one of the Crave books.

21        Q     I agree.  I said all four.

22              And you searched any of the four

23   Crave books?

24        A     I searched all four to see if it

25   occurred in any of them.
```

```
 1                    P. JUOLA

 2    any sequence of five or fewer words and see

 3    how often it appears by year.

 4         Q     Do you know who created the

 5    Google Books Ngram's corpus?

 6         A     It was a huge team.  The nominal

 7    author is Jean-Baptiste.  Jean-Baptiste

 8    Camps, I think.

 9         Q     Jean-Baptiste Michel,

10    M-I-C-H-E-L?

11         A     Oh, yes.

12         Q     What is Google Books Ngrams

13    typically used for?

14         A     Can't say.  I'm not typical.

15              MR. DONIGER:  Object as calling

16         for speculation.  Lacking foundation.

17    BY MR. HALPERIN:

18         Q     Would you say one of the core

19    uses of Google Books Ngrams is to

20    investigate language trends over time?

21              MR. DONIGER:  Calls for

22         speculation.

23         A     That is certainly a common use.

24         Q     Do you think that is the most

25    common use of it, to analyze language
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 42 of 49
FREEMAN v                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                              September 26, 2023

156

                        P. JUOLA

1

2       A      I think it was published very,

3  very recently, 2018 or 2022.  But the

4  project itself was in -- the project itself

5  was in publishing limbo for a very long

6  time.

7       Q      If you were to go back and --

8  and you can check me if you want, but I'll

9  tell you -- I'll represent it.  It says in

10  this at like the second page of the

11  encyclopedia that it was published in 2022.

12      A      Yeah.  I think that's what I've

13  got on my CV as well, so...

14      Q      Okay.  So on page 517, do you

15  recognize this as a chapter you wrote about

16  Google Books Ngrams?

17      A      Yes.

18      Q      All right.  So you are the

19  Patrick Juola that it lists there --

20      A      I am.

21      Q      -- on 517 -- okay.

22             So I'm going to go to the next

23  page 518.

24      A      Uh-huh, I'm there.

25      Q      Okay.  Great.

157

```
 1                    P. JUOLA

 2             I'm looking at the bottom left

 3   paragraph.

 4        A    Uh-huh.

 5        Q    I'm going to read it to you.

 6             "In part to satisfy the demands

 7   of copyright law, Google does not typically

 8   make the full text of books available, but

 9   is allowed to publish and distribute

10   snippets.  The Google Books Ngram corpus

11   (Michel et al. 2011) provides n-grams

12   (groups of n consecutive non-blank

13   characters separated by whitespace) for

14   5 million books at values of n from 1 to

15   5."

16             Did I read that correctly?

17        A    Yes, you did.

18        Q    All right.  So here you said it

19   contains 5 million books.

20        A    Yeah, I believe that is the

21   number in 2011.

22        Q    This isn't 2011.  This is 2022.

23        A    But the citation for Michel is

24   2011.

25        Q    Oh.  So in this chapter written
```

```
 1                    P. JUOLA

 2   in this 2022 book, you said 5 million, but

 3   you were basing that on data from 2011?

 4        A    Yes.

 5        Q    Okay.  And so now you're saying

 6   15 million in your report without a

 7   citation, and that's because you believe

 8   it's increased --

 9        A    Yes.

10        Q    Was it three-fold since then?

11        A    That would be three-fold.

12        Q    Okay.  Can you provide me today

13   with a citation for where that

14   15 million --

15        A    Today, I cannot.

16        Q    Okay.  If the number were

17   5 million, not 15 million, that would

18   affect your calculations, correct?

19        A    That would affect my

20   calculations.

21        Q    All right.

22             Okay.  And I believe you said

23   that in Google Books Ngrams, it contains

24   books, but it doesn't contain the entirety

25   of the books that the corpus comes from,
```

Case 1:22-cv-02435-LLS-SN   Document 322-1   Filed 02/07/24   Page 45 of 49
FREEMAN v                                        Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                  September 26, 2023

159

```
 1                    P. JUOLA

 2   correct?

 3        A    I didn't say that.

 4        Q    Well, it only contains n-grams

 5   that are up to five words long, right?

 6        A    Yes.

 7        Q    Okay.  So it doesn't contain the

 8   rest of the books, just only the n-grams

 9   that are up to five words long?

10        A    I don't understand the question.

11        Q    Is every word from books -- from

12   a book that is included in Google Ngrams

13   included in the corpus?

14        A    Every individual word is

15   included as a 1-gram.

16        Q    Okay.

17        A    Every pair of adjacent words is

18   included as a 2-gram.

19        Q    Okay.  Google Books Ngrams

20   includes books in multiple different

21   languages, correct?

22        A    Yes.

23        Q    It includes books in Chinese,

24   right?

25        A    Yes.
```

160

```
 1                    P. JUOLA

 2        Q     French?

 3        A     Yes.

 4        Q     German, correct?

 5        A     Yes.

 6        Q     Italian, correct?

 7        A     I'm not -- I'm not sure.  I

 8   believe so.  I'd have to re-check.

 9        Q     Do you know if Spanish is

10   included?

11        A     Spanish is included.

12        Q     Russian?

13        A     Again, I'd have to check.  I've

14   never used the Russian.

15        Q     Hebrew?

16        A     Again, I'd have to check.

17        Q     Do you know how many books in

18   the Google Books Ngrams database are in

19   English?

20        A     The majority of them.

21        Q     Do you know what percentage in

22   the Google Books database are -- Ngrams

23   database are in English?

24        A     Not offhand.

25        Q     What is an n-gram?
```

161

```
 1                   P. JUOLA

 2            MR. HALPERIN:  And for Joan,

 3       please let me clarify the spelling, N

 4       dash G-R-A-M.

 5       Q     And Dr. Juola, you can answer.

 6       A     An n-gram, generally speaking,

 7  is a sequence of n consecutive items --

 8  sorry, it is a subsequence of n consecutive

 9  items from a -- typically from a longer

10  sequence.

11       Q     And it's correct that it's not

12  necessarily a sequence of words because it

13  could be, for example, like the word -- it

14  could be like "scuba" is one of them or

15  something, or some acronym, right?

16            Maybe that's confusing.

17       A     Any linguist would consider

18  "scuba" a word.  But I can also create

19  n-grams of parts of speech.

20       Q     Okay.

21       A     I could say, for example, the

22  cat sat on the mat, and that would be --

23  and if you looked just at the parts of

24  speech of that, that would be article,

25  noun, verb, preposition, article, noun.
```

162

```
 1                    P. JUOLA

 2        Q    Okay.

 3        A    And I can say that article noun

 4   is a very common 2-gram in English.  Noun

 5   article is not.  It's like saying "cat

 6   the."

 7        Q    Just so we can understand

 8   ourselves when we're talking about it

 9   today, can we refer to an n-gram as a

10   consecutive sequence of words?

11        A    Can't we refer to it as an

12   n-gram?  That's the reason the term was

13   invented.

14        Q    Okay.  I just wanted to --

15   non-linguists are going to be reading your

16   transcript, so I just want to make sure

17   they understand it.

18        A    Okay.  An n-gram is a

19   consecutive sequence of words, unless

20   otherwise noted.  If I need talk about an

21   n-gram of something else, I will make it

22   clear.

23        Q    I appreciate that.

24             And Google Books Ngrams does not

25   include n-grams longer than five, correct?
```

163

```
 1                    P. JUOLA
 2       A     That is correct.
 3       Q     So any sequence of words longer
 4  than five words will not be in the database
 5  by definition, right?
 6       A     It will be -- any sequence of
 7  six words, it will be in the database as
 8  two partial sequences, words one through
 9  five and words two through six.
10       Q     But if you searched for the
11  entire six-word sequence, it would return
12  nothing, right?
13       A     It would return nothing.
14       Q     And so you actually couldn't use
15  Google Books Ngrams if you were trying to
16  follow what you described as
17  Dr. Coulthard's methodology because Google
18  Ngrams will not return any result for a
19  seven-word sequence, correct?
20       A     That is correct.
21       Q     So that would actually make
22  Google Books Ngrams a poor database to use
23  to search for common authorship if you were
24  trying to follow Dr. Coulthard's
25  methodology, as you described it, right?
```