# EXHIBIT A-2

Case 1:22-cv-02435-LLS-SN   Document 322-2   Filed 02/07/24   Page 2 of 42
FREEMAN v                                          Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                    September 26, 2023

164

```
 1                    P. JUOLA
 2       A      That is correct.
 3       Q      Does Google Books Ngrams have
 4  any cutoffs in terms of the years of
 5  publication for the books in the database?
 6       A      It has a cutoff in that it can
 7  only -- it only handles books that were
 8  available, that have survived to the
 9  present day.  So you're not going to
10  find -- you're not going to find an
11  original copy of the Bible in it.
12       Q      How about an end date?  Does it
13  have an end date?
14       A      I believe that it ended in -- it
15  has an end date, but I don't remember
16  exactly.
17       Q      Would you agree that it's 2019?
18       A      That sounds plausible.
19       Q      So would you agree that Google
20  Books Ngrams does not include books
21  published after 2019?
22       A      Yes.
23       Q      Are there any limitations to the
24  Google Ngrams database that you're aware
25  of?
```

```
 1                    P. JUOLA
 2       A     It -- the primary one is
 3   copyright.  If they can't get permission
 4   to -- if they can't get clearance to
 5   include it, they couldn't use it.
 6              There is also a frequency cutoff
 7   that it needs to appear at least 40 times
 8   to appear in the published list.  Just gets
 9   rid of a lot of the typos.
10       Q     So tell me about the 40-time
11   frequency cutoff?  What does that mean in
12   practical terms?
13       A     That means we needed at least
14   40 -- it needed to occur at least 40 times
15   to be -- otherwise, it's listed as a 0, or
16   it's not listed at all.
17       Q     So if your search -- if you are
18   searching for an n-gram in Google Books
19   Ngrams and it doesn't appear at least 40
20   times, the search result will be 0,
21   correct?
22       A     Yes.
23       Q     Are all the books in Google
24   Ngrams full-length novels?
25       A     No.
```

172

```
 1                    P. JUOLA

 2         Q      And now, am I understanding

 3    correctly that you think Google Books

 4    Ngrams includes the same number of books as

 5    Google Books, but it just --

 6         A      Uh-huh, it is my understanding.

 7         Q      That is your understanding?

 8         A      Yes.

 9         Q      All right.  Do you know that for

10    certain?

11         A      I don't work for Google.  No, I

12    do not know it for certain.

13         Q      Let me introduce an exhibit

14    here.  This is coming your way.

15               (Exhibit 10, document entitled

16         "How the Google Books team moved

17         90,000 books across a continent"; 7

18         pages, was remotely introduced and

19         provided electronically to the

20         reporter, as of this date.)

21    BY MR. HALPERIN:

22         Q      Let me know when you got it.

23         A      I got it.

24               Oh, they're up to 40 million.

25         Q      Correct.  So what I just showed
```

```
 1                    P. JUOLA
 2    you -- so Exhibit 10 is a printout of a web
 3    page from Google entitled "How the Google
 4    Books team moved 90,000 books across a
 5    continent," is that correct?
 6        A    That is correct.
 7        Q    And this is published
 8    January 27, 2023, right?
 9        A    That is the date on the
10    document, yes.
11        Q    And then I'm just reading the
12    very first sentence underneath in the
13    story, and it says:  "Explore Google Books
14    today, and you'll find more than 40 million
15    books in more than 500 languages."
16             Did I read that correctly?
17        A    Yes.
18        Q    And as you noted, you said, "Oh,
19    they're up to 40 million," correct?
20        A    I did.
21        Q    Okay.  So does that make you
22    think that Google Books Ngrams includes
23    40 million or --
24        A    No.  Google Books Ngrams had the
25    cutoff of -- I think you said 2018?
```

174

```
 1                    P. JUOLA

 2       Q     2019.

 3       A     2019.  Thank you.

 4       Q     All right.

 5             So if you go with the 15 million

 6  number that you provided in your report,

 7  then Google Books Ngrams contains less than

 8  half of the books in Google Books, right?

 9       A     Currently, yes.

10       Q     And if you went with the

11  5 million number that you wrote in your

12  chapter in the Encyclopedia of Big Data

13  published 2022, then it includes less

14  than -- it includes roughly an eighth of

15  the books in Google Books?

16       A     That is correct.

17       Q     And what's your theory for why

18  there are more books in Google Books than

19  there are in Google Books Ngrams?

20       A     Because they continued to

21  digitize.

22       Q     Okay.  So the reason why a book

23  might be in Google Books and not in Google

24  Books Ngrams is that they kept going after

25  2019 in Google Books?
```

177

```
 1                    P. JUOLA

 2   methodology for investigating potential

 3   shared authorship?

 4        A     Not to my knowledge.

 5        Q     Are you aware of anyone in the

 6   published literature that says

 7   investigating Google Books Ngrams is part

 8   of a reliable methodology for looking to

 9   see whether there's shared authorship in

10   two works?

11        A     Not that I can cite.  I mean, I

12   remember the existence of such things, but

13   I can't give you a citation.

14        Q     One of the things you do cite in

15   your expert report when discussing Google

16   Books Ngrams is a publication by

17   Jean-Baptiste Michel in Sciencexpress,

18   correct?

19        A     Yes.

20        Q     All right.  Why don't we take a

21   look at that.

22             MR. HALPERIN:  I'm going to mark

23        it as an exhibit now.

24             (Exhibit 11, article entitled

25        "Quantitative Analysis of Culture
```

182

```
 1                         P. JUOLA

 2    books ever published in 2010 -- or, rather,

 3    in 2010, it contained 4 percent of all the

 4    books published.

 5         Q     And they then go on from where

 6    you read, they say:  "Computational

 7    analysis of this corpus enables us to

 8    observe cultural trends and subject them to

 9    quantitative investigation.  'Culturomics'

10    extends the boundaries of scientific

11    inquiry to a wide array of new phenomena."

12    Correct?

13         A     Correct.

14         Q     All right.  So what they're

15    saying is this corpus allows them to

16    observe cultural trends and subject them to

17    quantitative investigation, correct?

18         A     Correct.

19         Q     And let's go to the next page

20    here, please, and I'll ask you to look at

21    the top left.

22              All right.  And just the last

23    sentence in the top left paragraph of this

24    next page, which is page 2 of the PDF, they

25    say:  "We restricted n to 5, and limited
```

183

```
 1                      P. JUOLA
 2    our study to n-grams occurring at least 40
 3    times in the corpus."  Correct?
 4         A    Correct.
 5         Q    So this is them agreeing with
 6    you that Google Books Ngrams does not let
 7    you search for n-grams longer than 5 and,
 8    also, that an n-gram will not appear in it
 9    unless it appears 40 times in the corpus,
10    correct?
11         A    That is correct.
12         Q    Now, they go on in this --
13    you've read this article before, correct?
14         A    I have read a version of this
15    article.  As I said, I don't think I've
16    read this specific article.
17         Q    Do you know whether the authors
18    here ever discuss using Google Books Ngrams
19    as part of a methodology to detect whether
20    two works share common authorship.
21         A    I do not know of -- I do not
22    know of any of their writing on that
23    subject.
24         Q    All right.  Well, would you
25    agree that one of the uses for Google Books
```

```
 1                    P. JUOLA
 2    Holmes.  People write about Albert
 3    Einstein.
 4         Q    And you could search for each --
 5         A    Of course, if you do a search
 6    for Patrick Juola, there would probably be
 7    nothing at all until the year I was born,
 8    and probably continue to be nothing at all
 9    for quite some time.
10         Q    Okay.  There are several
11    drop-down menus underneath the search bar,
12    right?
13         A    Yes.
14         Q    I just want to make sure I'm
15    using the same ones that you used.
16              So this first one is a date
17    range, right?  And it has 1800 to 2019.
18              Is that the range that you used?
19         A    No.  I cut it down to -- I cut
20    it down to contemporary.  So it was -- I
21    think it was 1999 to 2019.
22         Q    So you looked at the last
23    20 years --
24         A    Yeah.
25         Q    -- or the last 20 years, but
```

```
1                    P. JUOLA
2    the phrase "air as I try to" is rare?
3         A    Yes.
4         Q    Okay.  And then the last one I'm
5    going to search for is "that million-dollar
6    smile of his," in quotes, with the hyphen,
7    correct?
8         A    Yeah.
9         Q    That's how you searched for it?
10        A    Yes.
11        Q    And we also got nothing, and
12   that's how you conclude that that phrase is
13   rare?
14        A    I believe so, yes.
15        Q    Okay.  But this is actually a
16   six-word phrase, right?
17        A    I don't know about -- I don't
18   know whether Google Books treats it the
19   same as the Google Viewer.
20             We can certainly try it with
21   taking out "that" or "his."
22        Q    But we know that Google Books
23   Ngrams will not show a six-word n-gram?
24        A    Right.  So we can certainly
25   try -- well, if it treats it as a five-word
```

```
1                       P. JUOLA

2    phrase with million-dollar single x

3    applied, then that's a five-word phrase.

4         Q     Okay.  But you don't know

5    whether --

6         A     "Million-dollar smile" and

7    nothing comes up, then, obviously, "that

8    million-dollar smile of his" won't come up.

9         Q     Okay.  We can try

10   "million-dollar smile."  We'll see what

11   happens.

12               But we don't know how it treats

13   the hyphen, correct?

14        A     Yeah.

15        Q     All right.  So nothing on

16   "million-dollar smile," correct?

17        A     No.  No.  We're doing something

18   wrong.

19               I think the Books Ngram actually

20   doesn't like the quotation marks.

21        Q     Oh, it doesn't like quotation

22   marks?

23        A     I don't think so.

24        Q     So we're going to take out the

25   quotation marks?
```

```
 1                   P. JUOLA

 2       A      Yeah.

 3       Q      Oh, so we get something for

 4  "million-dollar smile" when we take out the

 5  quotation marks?

 6       A      Yeah.

 7       Q      Well, why don't we go back and

 8  try -- so just to verify, "million-dollar

 9  smile" does appear when you take out the

10  quotation marks?

11       A      Uh-huh.

12       Q      So I'm going to do "tree stump

13  seats."

14              Still doesn't show up, right?

15       A      Still doesn't show.

16       Q      So you're confident that "tree

17  stump seats" is still rare based on this,

18  right?

19       A      Uh-huh.

20       Q      All right.  I'm going to try

21  "small Stonehenge."

22              Still doesn't come up.

23              And "air as I try to," that one

24  does come up.

25       A      That one does come up.
```

198

                        P. JUOLA

1

2      Q    So we can across that one off

3  the list then.

4      A    We can cross that one off the

5  list.

6      Q    And you'll agree --

7      A    Well, let me check the numbers

8  because I'm -- one, two, three, four, five,

9  six, seven -- what was the -- what was the

10 number that they said in the Michel?

11     Q    I'm sorry, the number --

12     A    I'm talking to myself.  Michel

13 gave a cutoff as to what rare is.

14          Okay.  Yeah, no, it will --

15 yeah, no, we'll give you that one, "air as

16 I try to."  I apologize.

17     Q    No worries.

18          So we're going to cross off "air

19 as I try to" and "that million-dollar smile

20 of his", fair?

21     A    Uh-huh.

22     Q    All right.  So we're left to

23 "tree stump seats" and "small Stonehenge"?

24     A    No, no.  "That million-dollar

25 smile of his," we need to try the full

Case 1:22-cv-02435-LLS-SN   Document 322-2   Filed 02/07/24   Page 15 of 42
FREEMAN v
DEEBS-ELKENANEY

Patrick Juola, Ph.D.
September 26, 2023

199

```
 1                     P. JUOLA

 2    thing.  Just because "million-dollar smile"

 3    appears doesn't mean "that million-dollar

 4    smile of his" -- you know, that

 5    "million-dollar smile of" ...

 6         Q    Okay.  But so I just searched

 7    for "that million-dollar smile of his," but

 8    we know that it won't show anything if it's

 9    a six-word n-gram, right?

10         A    Right.

11         Q    So we just don't know either way

12    on that one perhaps, correct?

13         A    Correct.

14         Q    So we don't know how it treats

15    the hyphen and if it does treat "million

16    dollar" as two separate words --

17         A    Then it's beyond the scope of --

18         Q    -- then it's beyond the scope,

19    correct?

20         A    Yes.

21         Q    All right.  And did you search

22    for any of the phrases we just looked at in

23    ordinary Google?

24         A    I did not --

25         Q    Okay.
```

202

P. JUOLA

2   A     Of course.

3   Q     Are you familiar with a book

4   called "The Giving Tree"?

5   A     Yes.  Shel Silverstein, if I

6   remember right.

7   Q     And is a part of the plot of The

8   Giving Tree that the tree turns into a tree

9   stump for sitting on?

10   A     Yes, but I don't know if it

11   turns into a tree stump seat.

12   Q     You don't know whether they use

13   the words "tree stump seats" in it?

14   A     I do not.  I have not read

15   Silverstein in years.

16   Q     And you would agree that the

17   concept of tree stump seats is not a

18   concept Lynne Freeman came up with, right?

19   A     Yeah.  But the expression "tree

20   stump seats" is sufficiently rare.

21   Q     I'm now googling Google Books

22   because I thought it would show me the

23   results for "tree stump seats" in Google

24   Books as a tab if I just didn't it in

25   Google --

204

                        P. JUOLA

1

2       Q    So according to what the search

3  that you just watched me do, the phrase

4  "tree stump seats" appears about 200 -- in

5  about 233 books in the Google Books Corpus,

6  correct?

7       A    Yes.

8       Q    All right.  So not zero times,

9  not --

10      A    Not zero times, right.

11      Q    Let's search for "that

12 million-dollar smile of his."  I believe

13 this was another one, right?

14      A    Yes.

15      Q    Okay.  So it's giving me

16 results.  And, again, we've got 223

17 results.

18           And so, again, so this shows --

19 the search that you just watched me do

20 shows that that million -- the phrase "that

21 million-dollar smile of his," in quotes,

22 has appeared in about 223 results in the

23 Google Books Corpus, correct?

24      A    Yes.

25      Q    All right.  Why don't we try

```
 1                      P. JUOLA

 2    "small Stonehenge."

 3              Did I put that in correctly?

 4       A    That's correct.

 5       Q    I'm going to click on tools so

 6    we see the results.

 7              So here we get about 278

 8    results, correct?

 9       A    Yes.

10       Q    All right.  And so this shows

11    that the phrase "small Stonehenge" appears

12    in about 278 books in the Google Books

13    Corpus, correct?

14       A     Correct.

15       Q    And let's also try "Stonehenge

16    lite," which you also investigated.

17              Did I spell that correctly?

18       A    Yes.

19       Q    And here, we only get one book,

20    right?

21       A    Here, we only get one book.

22       Q    And what book is this?

23       A    Court by Tracy Wolff.

24       Q    So it actually looks like Lynne

25    Freeman used a phrase that has been used in
```

206

1                        P. JUOLA

2    278 books in the Google Books Corpus and

3    Tracy Wolff used a phrase that has only

4    been use in one book, which is her book?

5        A    It's been used 278 times.  That

6    doesn't mean in 278 books.

7        Q    Are you sure?

8        A    No.

9        Q    Okay.  Because my understanding

10   is that when Google Books lists the

11   results, it gives them by book.

12       A    But if it finds it several

13   times, it may list it several times within

14   the same book and it may count it multiple

15   times.

16       Q    But you don't know either way?

17       A    I don't know either way.

18       Q    So you would agree that Tracy

19   Wolff used an exceptionally rare phrase,

20   correct?

21       A    Tracy Wolff used an

22   exceptionally rare phrase.

23       Q    And the phrase that Tracy Wolff

24   used is not the same phrase that Lynne

25   Freeman used, right?

```
 1                  P. JUOLA

 2       A     I phrase that Tracy Wolff used

 3   is not the same as the phrase that Lynne

 4   Freeman used.

 5       Q     The only overlap is that they

 6   both used the word "Stonehenge," right?

 7       A     That is correct.

 8       Q     The -- Lynne Freeman did not

 9   create the idea of a small Stonehenge, did

10   she?

11       A     No.

12       Q     That idea has been around in

13   popular culture for a long time?

14             MR. DONIGER:  Calls for

15       speculation.  Lacks foundation.  Vague

16       and ambiguous.

17       A     Yeah, I'd need to look more at

18   the references to figure out how long a

19   long time is.

20       Q     Have you ever seen the movie

21   This is Spinal Tap?

22       A     I have not.

23       Q     Well, why don't we watch it

24   together and --

25       A     If you want to burn 90 minutes
```

FREEMAN v
DEEBS-ELKENANEY

Patrick Juola, Ph.D.
September 26, 2023

208

```
1                   P. JUOLA
2    of your 7 hours watching a film, sure.
3         Q     I'm just going to stop sharing
4    my screen for a second so I can get to the
5    right web page.  All right?
6         A     Okay.
7         Q     All right.  Let's share again.
8               So now we are looking at a
9    YouTube video entitled "Spinal Tap
10   Stonehenge," right?
11        A     Okay.
12        Q     Okay.  I'm going to hit play.
13   This is -- just for some clarity here, This
14   is Spinal Tap is a mock documentary about a
15   heavy metal band and their antics.  And
16   this is them.
17              What we're about to see is a
18   video of them performing a song about
19   Stonehenge, and they attempt to feature
20   Stonehenge in the background of their stage
21   at the concert.  And I've just fast
22   forwarded to the part where the Stonehenge
23   appears.  Okay?
24              I'm going to hit play.  Let me
25   know if you have any issue seeing this.
```

```
 1                      P. JUOLA

 2                 (Videotape played.)

 3   BY MR. HALPERIN:

 4        Q      All right.  So did we just watch

 5   a video where in the movie This is Spinal

 6   Tap they drop a very small replica of

 7   Stonehenge behind the band?

 8        A      It wasn't a replica of

 9   Stonehenge.  It was a replica perhaps of

10   one of the color windfall combinations.

11        Q      Sorry.  And did the members of

12   the band seem surprised at the size of the

13   replica?

14        A      Uh-huh.

15        Q      Yeah.  So this -- and do you

16   know what year This is Spinal Tap came out?

17        A      I do not.

18        Q      I believe it was 1984.  But

19   that's part of the public record, so we

20   don't need to check that right now.

21             Let's go back to the tree stump

22   seats.

23             Is it correct that Lynne Freeman

24   used no hyphen and Tracy Wolff used a

25   hyphen?
```

210

```
 1                  P. JUOLA

 2        A     It is -- or the other way

 3   around.  I forget which.

 4        Q     But they're actually not

 5   identical because one used a hyphen and one

 6   didn't?

 7        A     They are not identical.

 8        Q     Okay.  So I think we have

 9   crossed "air as I tried to" off the list

10   for you because that one did, in fact,

11   appear in Google Books Ngrams, correct?

12        A     Uh-huh.

13        Q     And you -- there's some

14   ambiguity as to whether "that

15   million-dollar smile of his" would appear

16   in Google Books Ngrams to the extent it

17   might be six words?

18        A     Right.

19        Q     And we agree that "small

20   Stonehenge" and "Stonehenge lite" are not

21   identical, correct?

22        A     Uh-huh.

23        Q     And we agree that "tree stump

24   seats" and "tree-stump seats" are also not

25   identical, correct?
```

Case 1:22-cv-02435-LLS-SN   Document 322-2   Filed 02/07/24   Page 24 of 42
FREEMAN v                                          Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                    September 26, 2023

211

1              P. JUOLA

2              MR. DONIGER:  Vague and

3         ambiguous as to "identical."

4         A     They're -- Google considers them

5    to be identical, I believe.

6         Q     Okay.  So sitting here today,

7    which of those four phrases that you

8    searched for do you think is reliable

9    evidence of sharing common authorship?

10        A     I believe the first two are.

11        Q     The first two being "tree stump

12   seats" and "small Stonehenge" versus

13   "Stonehenge lite"?

14        A     Yes.

15        Q     If we take out the latter two,

16   which are "air as I tried to" from -- and

17   "that million-dollar smile of his" and we

18   don't count those anymore, would that

19   affect your calculations?

20        A     I'd have to go over the

21   calculations to be sure.

22              Would you like to step to the

23   technical appendixes and try to take them

24   apart?

25        Q     We might do that later.  But do

229
```
 1                    P. JUOLA
 2   calculation.
 3        Q     And the same thing goes for
 4   "Stonehenge lite," correct?
 5        A     Yes.
 6        Q     All right.  Let's go to your
 7   statistical analysis.
 8        A     So back to the appendix, you
 9   mean?
10        Q     No.  I'm not sure how much
11   detail we're going to get into, but I want
12   to start with paragraph 25.
13              I guess my general question here
14   is, your statistical analysis depends on
15   the results of your analysis of the phrases
16   in Google Books Ngrams, correct?
17        A     Yes.
18        Q     And then does your analysis
19   assume that Google Books Ngrams is a
20   representative sample of English language
21   fiction?
22        A     It assumes that it is a
23   representative sample of -- a
24   representative sample of English language
25   books.
```

230

                           P. JUOLA

2       Q     And you ultimately base your

3    statistical analysis on the premise that a

4    word or phrase is rare if it doesn't appear

5    in Google Books Ngrams, correct?

6       A     Yes.

7       Q     Can you tell me the likelihood

8    that you are right or wrong in concluding

9    that a word or phrase is rare because it

10   doesn't appear in Google Books Ngrams?

11      A     Well, that's a definitional

12   question.

13      Q     What definition do we need to

14   talk about for that?

15      A     Rare.

16      Q     And what is your definition of

17   "rare"?

18      A     Well, the definition of "rare"

19   that I used is it does not appear in Google

20   Books Ngrams.

21            The definition of "rare" that

22   Michel used -- well, they defined "common"

23   as occurs at least one time per billion

24   and -- occurs one time per billion and, by

25   extension, rare does not occur one time per

233

| | |
|---|---|
| 1 | P. JUOLA |
| 2 | appendix.  So why don't we go there. |
| 3 | A     Okay. |
| 4 | Q     And I'm going to look at 45(i). |
| 5 | A     45(i), for India. |
| 6 | Q     Yeah.  I have this on page 9 of |
| 7 | the report. |
| 8 | A     Yes. |
| 9 | Q     So you write there (as read): |
| 10 | We remind the reader that we are looking |
| 11 | for (rare) words/phrases that appear in |
| 12 | BMR, appear in Crave, but that do not |
| 13 | appear in Google Books Ngrams.  Correct? |
| 14 | A     Correct. |
| 15 | Q     And that just kind of summarizes |
| 16 | your methodology in this part of your |
| 17 | analysis where what you're doing is |
| 18 | searching to see if the phrase is in BMR, |
| 19 | searching to see if it's in one of the |
| 20 | Crave books, and then searching to see if |
| 21 | it's in Google Books Ngrams? |
| 22 | A     More or less. |
| 23 | Would you like me to explain in |
| 24 | more detail? |
| 25 | Q     Go for it. |

234

```
 1              P. JUOLA
 2     A    All right.  So basically what it
 3  is, is we have a phrase and we know it is
 4  rare enough to not appear in the roughly
 5  150 billion words of Google Books because
 6  it doesn't appear in Google Books.
 7     Q    Can I just stop you for one sec?
 8     A    Uh-huh.
 9     Q    You mean just -- you mean Google
10  Books Ngrams, right?
11     A    Google Books Ngrams, yes.
12     Q    Please continue.
13     A    Okay.  So we sampled 150 million
14  words and phrases in Google Books Ngrams
15  and did not find it.  But we sample --
16  sorry, 150 billion.  But we sampled only a
17  million words in the combined Crave series
18  and the -- and BMR.
19          So we sampled 150,000 times as
20  much data and did not find this phrase.
21  But it occurs in both of them in the sample
22  that is less than a thousandth of a percent
23  as big, which is the books under
24  discussion.
25     Q    Did you test this methodology
```

Case 1:22-cv-02435-LLS-SN   Document 322-2   Filed 02/07/24   Page 29 of 42
FREEMAN v                                                              Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                                        September 26, 2023

235

1                        P. JUOLA

2     before deploying it here?

3          A      No.

4          Q      So --

5          A      It's math.

6          Q      So one thing that you could do,

7     for example, is you could -- you could test

8     your Google Ngrams methodology on some

9     control phrases from works that you know

10    for certain are not shared authorship,

11    right?

12         A      Did you just request that I do?

13         Q      No, I'm not requesting anything

14    now.

15                But like, for example, you could

16    take two works that you know are not shared

17    authorship, that you know for certain are

18    written by different people, you know --

19         A      They're not a kind to anything

20    there.

21         Q      Right.

22                Say -- and let's say, for

23    example, you took book one of Harry Potter

24    and book one of Twilight --

25         A      Uh-huh.

```
 1                      P. JUOLA

 2       Q      -- right?

 3              And you could find a phrase that

 4    appears in both of those, and we know for

 5    certain that Harry Potter was written by

 6    J.K. Rowling and Twilight was written by

 7    Stephenie Meyer.

 8       A      Uh-huh.

 9       Q      Find a phrase that appears in

10    both of those, and you could search for

11    that phrase in Google Ngrams and see if

12    your methodology works correctly, right?

13       A      I could do that, yes.

14       Q      But you did not do that, right?

15       A      It would be incredibly time

16    consuming because searching for the phrases

17    would involve searching for all of the --

18    all of the potential phrasal overlaps.

19       Q      But you didn't do any

20    investigation against, you know, works that

21    we know --

22       A      No.  I relied on the list that

23    Trent Baer gave me.

24       Q      Let's go to paragraph 46.

25       A      46.
```

247

```
 1                        P. JUOLA

 2    anywhere in the million-word Brown corpus.

 3    And then you have footnote 17.  Thus, it

 4    appears with frequency less than one in a

 5    million words.  Is that correct?

 6         A    Yes.

 7         Q    So what is on the Freeman

 8    copyright -- copyrighted The World.doc

 9    note?

10         A    I don't remember.  I don't think

11    I ever saw them.

12         Q    Do you know if it's one of Lynne

13    Freeman's manuscripts?

14         A    It's copyrighted by Freeman.  I

15    would guess so.

16              No, I don't know.

17         Q    Do you know if it is a set of

18    informal notes of hers?

19         A    Again, I don't know.

20         Q    You didn't review that document?

21         A    I did not review that document.

22         Q    Do you know the date it was

23    written?

24         A    I do not.

25         Q    You said that your attention was
```

Case 1:22-cv-02435-LLS-SN   Document 322-2   Filed 02/07/24   Page 32 of 42
FREEMAN v                                              Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                        September 26, 2023

248

```
 1                     P. JUOLA

 2   drawn to it.

 3             Without divulging any contents

 4   of a privileged conversation, who drew your

 5   attention to it?

 6        A    I believe it was Mr. Doniger.

 7             But I don't remember.

 8        Q    And we talked about before about

 9   the concept of over sampling

10   non-independent texts, correct?

11             Do you remember talking about

12   that with me before?

13        A    Yes, we did.

14        Q    But here, you're looking at

15   another thing that Lynne Freeman wrote that

16   at least has to do with BMR, correct?

17        A    I don't know.

18        Q    You just don't know.

19             So you don't know if you're

20   breaking the non-independence rule by

21   looking at this in your analysis?

22        A    I do not.

23        Q    You go on to say that the

24   cluster "katm" does not appear anywhere in

25   the million-word Brown Corpus.
```

250

```
 1                    P. JUOLA
 2           And now, for this "katm"
 3   cluster, you're using the Brown corpus,
 4   correct?
 5      A      Correct.  That's because the
 6   Brown corpus allows me to look direct --
 7   well, I actually looked at a histogram of
 8   the Brown corpus, and I was able to look at
 9   the individual letter patterns.
10           It is actually very difficult to
11   look for words matching a particular
12   pattern in the Google Books Ngram, and I
13   would not have been able to get any useful,
14   quantitative information out of Google --
15   out of Google or Google Books.
16      Q      Did you search Google Books
17   Ngrams for "katm"?
18      A      I did not.
19      Q      You did not.
20           Do you want to see what it shows
21   you?
22      A      Sure.  Let's see what it shows
23   me.
24      Q      All right.  So I just pulled it
25   up here.
```

```
 1                    P. JUOLA

 2        A     Cool.

 3        Q     So it does appear in Google

 4   Books Ngrams, right?

 5        A     That's interesting, it appears

 6   to appear as a word.

 7              Could you do me a favor and type

 8   "katm *"?

 9        Q     Space after "katm"?

10        A     Space star.

11        Q     One result.

12        A     Okay.  One result "katm" and --

13   so this is the initialism that they're

14   talking about.

15        Q     Okay.

16        A     So it's a completely different

17   construct than a proper name.

18        Q     Okay.  But "katm" does appear in

19   Google Books Ngrams?

20        A     In an entirely separate context

21   with an entirely separate use.

22              I mean, I believe I mentioned

23   that I -- that I looked at a dictionary for

24   words that contained "katm" and they

25   identified four proper nouns and one
```

252

                            P. JUOLA

1

2   initialism.

3          So it does -- it does occur, but

4   not as an element in English vocabulary

5   names.

6      Q     Let me -- I'm just still

7   sharing, and I'm going to search for it in

8   Google Books.   Okay?

9      A     Go for it.

10     Q     "katm."  So we see 11,300

11  results?

12     A     Uh-huh.

13     Q     Okay.  But you didn't look for

14  it in Google Books Ngrams or Google Books

15  as part of your --

16     A     I did not.

17          And you'll notice that, again,

18  it's in a completely different context and

19  it's not a proper name.

20          I think "katm," in this context,

21  in the context of most of those, was

22  thousand atmosphere.  So it's a pressure

23  measurement.

24     Q     Okay.  And you're saying that

25  it's notable here because Lynne Freeman and

253

1                      P. JUOLA

2    Tracy Wolff used it in a proper name for a

3    place?

4         A     As an element of a proper -- I

5    don't even know if those were place names.

6         Q     Well, were you aware that

7    Katmai, K-A-T-M-A-I, is, in fact, a

8    real-life national park in Alaska?

9         A     Yes.

10        Q     So does that maybe explain where

11   Lynne Freeman got that name from?

12        A     That will explain where Lynne

13   Freeman got it.

14        Q     Okay.  Are you aware of how

15   Tracy Wolff came up with Katmere?

16        A     I am not.

17        Q     Are you familiar with the school

18   in Harry Potter?

19        A     Hogwarts?

20        Q     Yes.

21              Do you know what Hogwarts is

22   spelled backwards?

23        A     No.

24        Q     All right.  Or kind of inverted,

25   Hogwarts is warthogs, kind of inverted?

254

```
 1                    P. JUOLA
 2       A     Okay.
 3       Q     All right.  And Katmere is
 4   "merekat," also similarly inverted?
 5       A     Okay.
 6       Q     Were you aware that Tracy Wolff
 7   has stated in an interview that she came up
 8   with Katmere because it was a tribute to
 9   Hogwarts and warthogs?
10       A     No, I'm not aware of that.
11       Q     Does that strike you as a
12   reasonable explanation for how she came up
13   with it?
14            MR. DONIGER:  Objection.  Calls
15       for speculation.
16       A     I have no opinion on that
17   question.
18       Q     Ultimately, you assign a higher
19   probability of independent authorship for
20   the "katm" cluster than your other
21   probabilities, correct?
22       A     Yes.
23       Q     And so you say this one has, I
24   think, a 25 percent chance of independent
25   authorship, whereas the others is much
```

Case 1:22-cv-02435-LLS-SN   Document 322-2   Filed 02/07/24   Page 38 of 42
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                              September 26, 2023

258

```
 1                      P. JUOLA

 2      A     Right.  And the Brown corpus is

 3   a much smaller baseline, so the probability

 4   of -- so the evidence against it being

 5   common is much less.

 6      Q     Where did this group of 10 books

 7   come from?

 8      A     I discussed it with Mr. Doniger,

 9   and these are a reasonable sample of young

10   adult, supernatural fiction.

11      Q     When you say it's a "reasonable

12   sample of young adult, supernatural

13   fiction," what are you basing that on?

14      A     They're all easily accessible.

15   I can confirm that they exist.  They have

16   independent back stories, so I no reason to

17   believe that any of them were influenced by

18   any other.  They're not translations from

19   anywhere.  They're roughly contemporaneous.

20            I would not have wanted to

21   use -- I would not have wanted to use

22   Dracula, for example, because Dracula is --

23   number one, it's an epistolary novel, which

24   is a weird genre.

25            Number two, it was written 200
```

259

```
 1                    P. JUOLA
 2   years ago, which makes it unrepresentative
 3   of modern English.  But these were all
 4   pretty good.
 5        Q    I'm understanding correctly,
 6   Mr. Doniger provided these 10 novels to
 7   you?
 8        A    I -- yes, I believe so.
 9        Q    You did not select them
10   yourself?
11        A    We discussed which ones he would
12   be providing, and these were the ones --
13   and these were the ones we ended up
14   getting.
15        Q    You did not do a comprehensive
16   survey of the supernatural fiction genre to
17   determine whether these 10 novels were the
18   most representative, did you?
19        A    I did not.
20        Q    Do you know if Mr. Doniger did
21   that?
22        A    I do not know what Mr. Doniger
23   did or did not do.
24        Q    Are you aware that plaintiff,
25   Lynne Freeman, has another linguist expert
```

```
 1                    P. JUOLA
 2   Dr. Carole Chaski?
 3        A    I am.
 4        Q    Okay.  Do you know whether she
 5   used these same exact 10 novels?
 6        A    I do not.
 7        Q    Did you read Dr. Chaski's
 8   report?
 9        A    I have not read Dr. Chaski's
10   report.
11        Q    Have you read any of these 10
12   novels the way one would read a book?
13        A    No, I have not.
14        Q    How many works in the
15   supernatural fiction genre have you
16   personally read?
17        A    I read so much and remember so
18   little, particularly of like, you know,
19   just light fiction.  I don't remember.
20        Q    All right.  If I were to take
21   the entire supernatural fiction genre and
22   pick the 10 novels that I thought were most
23   representative, do you think I would get
24   these exact 10?
25        A    Probably not.  I mean, you know,
```

265

```
 1                    P. JUOLA
 2    completely different methodology.
 3         Q    Okay.  So in the first time,
 4    you're considering whether they're
 5    seven-word sequences, and the second time,
 6    you're considering whether they appear in
 7    Google Books Ngrams?
 8         A    Yes.
 9         Q    And that's why you think that
10    they're independent?
11         A    Yes.
12         Q    Okay.  And so based on those
13    four analyses, you conclude that it is more
14    likely than not that the works both derive
15    from the same specific sources containing
16    those linguistic features?
17         A    Yes.
18         Q    All right.  And what do you mean
19    by "same specific sources"?
20         A    That these things came from --
21    either Freeman copied Wolff, Wolff copied
22    Freeman, or they were both quoting from a
23    common source.
24         Q    Does it have to be quoting from
25    a common source or --
```

266

```
 1                    P. JUOLA
 2        A     No, no, "quoting" is not the
 3   right word.   Thank you for correcting me on
 4   it.
 5              They were both alluding to or
 6   describing a common source.
 7        Q     And it could be both alluding to
 8   or describing a common concept, right?
 9        A     Yes.
10        Q     Okay.  And --
11        A     But in this sense, I mean
12   "common" as in in common, not "common" as
13   frequent.
14        Q     But included in your opinion is
15   the possibility that they were both
16   alluding to the same concept, correct?
17        A     Yes.
18        Q     Can you put a percentage on how
19   likely you are to be right or wrong that,
20   based on your four analyses, both Freeman
21   and Wolff are -- that the phrases come from
22   the same specific sources?
23        A     Yeah.  I mean, that's the point
24   of -- that is the point of the technical
25   appendix.
```