# EXHIBIT D-1

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                                    1

**_KeywordForThisPairComparison**   | Alaska |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

**CountOfKeyWordInAuthorDoc**   | 27 |

**CountV.LexClusterListUnique**   | 389 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | Alyson Noel |

**CountOfKeyWordInAuthorDoc**   | 0 |

**CountV.LexClusterListUnique**   | |

**LexCluster Unique Words   in Running Text Format**

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **2**

**_KeywordForThisPairComparison**    | Alaska |

**Comparison Author's Lexical Overlap Rate**    | 0 |

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                                    3

**_KeywordForThisPairComparison**   | Alaska |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

**CountOfKeyWordInAuthorDoc**   | 27 |

**CountV.LexClusterListUnique**   | 389 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | Aprilynne Pike |

**CountOfKeyWordInAuthorDoc**   | 0 |

**CountV.LexClusterListUnique**   | |

**LexCluster Unique Words   in Running Text Format**

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Aprilynne Pike |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    4

**_KeywordForThisPairComparison**      | Alaska |

**Comparison Author's Lexical Overlap Rate**     | 0 |

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

**TargetAuthor**      | Lynne Freeman |          **ComparisonAuthor**      | Aprilynne Pike |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    5

_KeywordForThisPairComparison        Alaska

Comparison
Author's
Lexical Overlap Rate        0

**TargetAuthor**        Lynne Freeman

CountOfKeyWordInAuthorDoc        27

CountV.LexClusterListUnique        389

LexCluster Unique Words   in Running Text Format

**ComparisonAuthor**        Becca Fitzpatrick

CountOfKeyWordInAuthorDoc        0

CountV.LexClusterListUnique

LexCluster Unique Words   in Running Text Format

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

**TargetAuthor**        Lynne Freeman

**ComparisonAuthor**        Becca Fitzpatrick

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 6

**_KeywordForThisPairComparison**

Alaska

Comparison
Author's
Lexical Overlap Rate

0

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

**TargetAuthor** Lynne Freeman

**ComparisonAuthor** Becca Fitzpatrick

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   **7**

**_KeywordForThisPairComparison**   | Alaska |

**Comparison Author's Lexical Overlap Rate**   | 0 |

---

**TargetAuthor**   | Lynne Freeman |

    **CountOfKeyWordInAuthorDoc**   | 27 |

    **CountV.LexClusterListUnique**   | 389 |

    **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | Cassandra Clare |

    **CountOfKeyWordInAuthorDoc**   | 0 |

    **CountV.LexClusterListUnique**   | |

    **LexCluster Unique Words   in Running Text Format**

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

---

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    8

**_KeywordForThisPairComparison**

Alaska

**Comparison
Author's
Lexical Overlap Rate**

0

know right gleam wicked delight yeah history gulp grin there
thirteen powerfully cursed handful sacred druid relic magical
property bury ice ago something sure obvious Demons try
scatter population city ensure ensnare curse unleash probably
control person think strong enough bad than anyplace nutshell
global warming unique aspect particular park car directly front
No parking sign hit remote start want lucky building miserable
feeling sit icebox wait more chateau house Europe rather
entirely architectural masterpiece Home sweet breathe Baen
add drily terribly dangerous demon good question Ash maybe
indeed Koots easily famous notorious bar seventy occupy
entire street block Spenard seedy part tight little skirt heel
glove coat guy dress sensibly middle approach help large life
speak literally sunlight true finish fairytales troll turn sun which
eight month depend fancy mean favorite hot La Mex mexican
food salsa chip queso blend gooey cheese mix leg slowly catch
balance stand brush snow clothe hair somewhere nighttime
sense pass moment minute fall

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

Cassandra Clare

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    9

**_KeywordForThisPairComparison**    | Alaska |

**Comparison Author's Lexical Overlap Rate**    | 2.8277635 |

**TargetAuthor**    | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 27 |

CountV.LexClusterListUnique    | 389 |

LexCluster Unique Words   in Running Text Format

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

**ComparisonAuthor**    | Kami Garcia |

CountOfKeyWordInAuthorDoc    | 2 |

CountV.LexClusterListUnique    | 43 |

LexCluster Unique Words   in Running Text Format

want go mark map New York be Catcher Rye Into Wild get read road add Chicago Denver L A Mexico City Kerouac pretty plaster poster place hope see one day Athens Barcelona Moscow room line stack shoebox three four foot high look random

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                10

**_KeywordForThisPairComparison**    | Alaska |

**Comparison Author's Lexical Overlap Rate**    | 2.8277635 |

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

**TargetAuthor**    | Lynne Freeman |        **ComparisonAuthor**    | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **11**

**_KeywordForThisPairComparison**   | Alaska |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 27 |

CountV.LexClusterListUnique   | 389 |

LexCluster Unique Words   in Running Text Format

**ComparisonAuthor**   | Lauren Kate |

CountOfKeyWordInAuthorDoc   | 0 |

CountV.LexClusterListUnique   | |

LexCluster Unique Words   in Running Text Format

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

**TargetAuthor**   | Lynne Freeman |          **ComparisonAuthor**   | Lauren Kate |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **12**

**_KeywordForThisPairComparison**    | Alaska |

**Comparison
Author's
Lexical Overlap Rate**    | 0 |

know right gleam wicked delight yeah history gulp grin there
thirteen powerfully cursed handful sacred druid relic magical
property bury ice ago something sure obvious Demons try
scatter population city ensure ensnare curse unleash probably
control person think strong enough bad than anyplace nutshell
global warming unique aspect particular park car directly front
No parking sign hit remote start want lucky building miserable
feeling sit icebox wait more chateau house Europe rather
entirely architectural masterpiece Home sweet breathe Baen
add drily terribly dangerous demon good question Ash maybe
indeed Koots easily famous notorious bar seventy occupy
entire street block Spenard seedy part tight little skirt heel
glove coat guy dress sensibly middle approach help large life
speak literally sunlight true finish fairytales troll turn sun which
eight month depend fancy mean favorite hot La Mex mexican
food salsa chip queso blend gooey cheese mix leg slowly catch
balance stand brush snow clothe hair somewhere nighttime
sense pass moment minute fall

**TargetAuthor**    | Lynne Freeman |          **ComparisonAuthor**    | Lauren Kate |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **13**

**_KeywordForThisPairComparison**   `Alaska`

**Comparison Author's Lexical Overlap Rate**   `0`

**TargetAuthor**   `Lynne Freeman`

  **CountOfKeyWordInAuthorDoc**   `27`

  **CountV.LexClusterListUnique**   `389`

  **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   `LJ Smith`

  **CountOfKeyWordInAuthorDoc**   `0`

  **CountV.LexClusterListUnique**   ` `

  **LexCluster Unique Words   in Running Text Format**

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

**TargetAuthor**   `Lynne Freeman`          **ComparisonAuthor**   `LJ Smith`

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   14

**_KeywordForThisPairComparison**   | Alaska |

**Comparison
Author's
Lexical Overlap Rate**   | 0 |

know right gleam wicked delight yeah history gulp grin there
thirteen powerfully cursed handful sacred druid relic magical
property bury ice ago something sure obvious Demons try
scatter population city ensure ensnare curse unleash probably
control person think strong enough bad than anyplace nutshell
global warming unique aspect particular park car directly front
No parking sign hit remote start want lucky building miserable
feeling sit icebox wait more chateau house Europe rather
entirely architectural masterpiece Home sweet breathe Baen
add drily terribly dangerous demon good question Ash maybe
indeed Koots easily famous notorious bar seventy occupy
entire street block Spenard seedy part tight little skirt heel
glove coat guy dress sensibly middle approach help large life
speak literally sunlight true finish fairytales troll turn sun which
eight month depend fancy mean favorite hot La Mex mexican
food salsa chip queso blend gooey cheese mix leg slowly catch
balance stand brush snow clothe hair somewhere nighttime
sense pass moment minute fall

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | LJ Smith |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                              **15**

_KeywordForThisPairComparison    | Alaska |

Comparison
Author's
Lexical Overlap Rate    | 0 |

**TargetAuthor**    | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 27 |

CountV.LexClusterListUnique    | 389 |

LexCluster Unique Words   in Running Text Format

**ComparisonAuthor**    | Maggie Stiefvater |

CountOfKeyWordInAuthorDoc    | 0 |

CountV.LexClusterListUnique    | |

LexCluster Unique Words   in Running Text Format

someone really close be blind world everyone else spot result
exile live California accident time place sunshine laughter now
here land seemingly perpetual darkness winter kind tend
attract eccentric unusual people parent grandparent tell
leather chap stop cold track stare just do see Anchorage ever
one thing too icy most ride motorcycle another pottery will
begin first unit study ancient Celts reason actually say class
challenge read material pertinent daily every Hebrides
Highlands Isle Man Wales Cornwall Brittany celtic artifact
discover anyone guess happen object Alaska long way Ireland
look notice clue Caitlin continue give hint disgust Brendan
simple gay high school especially manly s state rough dream
go college carving design fact Cook trade Maori bring
incredible zeal pack punch MacKays lead back gym thought
jumble recall Aunt Brie move afraid big black bird raven
symbol transformation change bearer great northern light
Aurora Borealis Galileo name glimmer ribbon color flash sky
dark ideal viewing night clear shine polished copper new penny
otherworldly glow reflect daytime moonlight afternoon
confused disorient realize lose moon still pitch star twinkle
brightly morning always feel least picture white powdery stuff
ground blackness cough cover laugh quite contain make
appropriate small talk ask adjust roll eye pray agonizing
interlude end quickly prayer remain gravesite stone circle
Zealand Captain nod already discuss story take very mirth
expression course idea get keep use other journey Hawaii

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Maggie Stiefvater |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   16

**_KeywordForThisPairComparison**

Alaska

**Comparison Author's Lexical Overlap Rate**

0

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **17**

**_KeywordForThisPairComparison**  | Alaska |

**Comparison Author's Lexical Overlap Rate**  | 0 |

**TargetAuthor**  | Lynne Freeman |

  **CountOfKeyWordInAuthorDoc**  | 27 |

  **CountV.LexClusterListUnique**  | 389 |

  **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**  | Richelle Mead |

  **CountOfKeyWordInAuthorDoc**  | 0 |

  **CountV.LexClusterListUnique**  | |

  **LexCluster Unique Words   in Running Text Format**

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

**TargetAuthor**  | Lynne Freeman |

**ComparisonAuthor**  | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                18

**_KeywordForThisPairComparison**   | Alaska |

**Comparison Author's Lexical Overlap Rate**   | 0 |

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    19

**_KeywordForThisPairComparison**     Alaska

**Comparison Author's Lexical Overlap Rate**     47.3007712

**TargetAuthor**     Lynne Freeman

**CountOfKeyWordInAuthorDoc**     27

**CountV.LexClusterListUnique**     389

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**     Tracy Wolff

**CountOfKeyWordInAuthorDoc**     149

**CountV.LexClusterListUnique**     1098

**LexCluster Unique Words   in Running Text Format**

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

else be come way tell month ago stand outskirt airport Fairbanks say misinform whole reason catch tiny puddle mountain take one hand steering column point small collection building distance Healy Home sweet oh wow look really attached sled occur happen ride snowmobile near dark weather more than twenty degree freeze app phone believe head cheek heat idiot Macy wrap arm shoulder squeeze tight lot everyone here learning curve will figure soon enough long actually lose toe three double wool sock mean know cold just freak prepare yet another roar consider coordinate jacket boot snow pant kind shout cover model wilderness fashion magazine other pretty sure go couple wiggle brow want see do still far sell boarding school thing check castle get huh raise spread wide big welcome now fuck last snarl yank heart throat afraid face part story bad monster show right step easy nod glad feel moon support lend always think good shape life obviously fit new level there four set door deal company deliver ninety minute blush little away trouble make cross closet pull open wardrobe exactly equip supplement understatement line several black room blink eye coconut scent hug seem incongruous center also strangely comforting suck Grace totally wish snowman wake slowly fuzzy body heavy stone second remember light snore fill belong Heather crash week honest utter foreignness place brain race overtime yes bizarre every once banish thought old Alaska glance clock 3 23 morning keep awake Jaxon Vega anything lie back try

**TargetAuthor**     Lynne Freeman

**ComparisonAuthor**     Tracy Wolff

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    20

**_KeywordForThisPairComparison**        | Alaska |

**Comparison Author's Lexical Overlap Rate**        | 47.3007712 |

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

sleep blur together stop suddenly rendering aurora borealis northern somehow pain worry move forget front row seat galvanize walk someone Marc sneer handle naturally unselect damn quick stare gray ceiling bed press then deep breath s foreign planet everything different hard gloss own full makeup yesterday imagine party ask curl swallow water Netflix kid give live middle die legacy BFF start watch nothing fault settle amazing correct grab okay let unattended candle student again nowhere fire marshal pay katmere unscheduled visit tug matter regular high San Diego end clique everywhere apparently thousand pipe safe sorry special extra insulation November already gobble Hi extend definitely Cam loop waist wait answer sit chant language recognize certainly understand instantly curiosity turn excitement research learn speak state native people close most efficient possible beautiful library laugh tinkle decide mention class forward public offer Witch Hunts Atlantic World history credit hallway distract Lia California maybe seize excuse death first day strange especially almost night barely bathroom throw noxious combination tea Dr Pepper kill Knock spend next mental health Holy crap variety actual tease wall snort kidding less forty eight begin fall Girls version something sound seven thirty rest tomorrow parent Academy use altitude sickness emotion distraction stick finally need clear ready shower total newbie google dress winter very carefully site ridiculous ignore feeling warm fleece layer online guide sign word chinook later wind least fun which time interesting bodysurf tundra confused talk same imply dangerous picnic uninitiated ground quiet hiding climb tree Spider Man foot practically bark carry gigantic earthquake rattle branch bit hear surprise react too excited two explanation working hypothesis bring hundred terrified everybody skin shrug starve pit professional oil drill frozen hold obvious spine toasty warmth blanket replace chill buck pint store smile horror grin guess serious ten dollar ice cream comfortable perfect slow respond text cool roll realize fast idea Frostbite loud Halloween color impress pause belgian waffle

**TargetAuthor**        | Lynne Freeman |

**ComparisonAuthor**        | Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    21

**_KeywordForThisPairComparison**   | Alaska |

**Comparison Author's Lexical Overlap Rate**   | 47.3007712 |

top strawberry compote freshly whip touch cry hungry eat bottom trip seriously wild complete hall bloodred land absurd interrupt inner diatribe treat silly course fresh berry Ben Jerry cost tickle ear send shiver fact guy warning behavior choke trace origin member Order bronze hair tie neat ponytail nape neck type run genuine article half girl swoon five care elite crowded normal tongue dense aware quite network tunnel lead outbuilding dig summer importantly shackle avail bone plaque bear inscription snap pic quickly blame Flint tremor base experience include edge coast weird agree looking baffled simply boy dumb hang roof blazer determined staircase freedom monstrous overtake baked yummy Dessert bedroom bandage yeah lean finger Tuesday uncle blood pained help find miserable reach hate reassure alien meet incredible kiss Southern common introduction ignorance stitch doctor job pure simple hint civilization probably nurse discussion today got hurt quake North Future quote motto bloodmobile impossible feat anywhere alone question million early choose funeral overwhelmed Wainwright Blake huge change ever supernatural steeple slide plane icy runway desperate consume flower delicate petal silk call shake wonder doom Finn mostly tonight hesitate stalk crazy ass vampire ritualistic murder bore Snarls scream scramble knee sprain broken term exhaustion continue put flame justice dead play eventually act getting necessary survive hour lip tingle hurry bite shock system single lopsided sense year surely build snark intrigue acceptable knowledge frustrating sun peek Denali spring sunrise m shade red purple paint sky uc Santa Cruz study marine conservation anyway burn raid tower container wildflower Luca father gasp stifle sob mother window whisper empty activity electricity zinge dance Hudson fang sink folklore wrong drop Bloodletter Divide conquer sigh portal cave exact general Aim Copper Mekhi Eden assume town surround likely ward Cyrus defeat hide unfreeze eager Court gargoyle God Historian scuba diving snarky comeback beckon suggest plan mentally calculate zone Florida trial headmaster incredulously

**TargetAuthor**   | Lynne Freeman |   **ComparisonAuthor**   | Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **22**

**_KeywordForThisPairComparison**

| Alaska |

**Comparison
Author's
Lexical Overlap Rate**

| 47.3007712 |

mom car march ship furious kitchen angry child lash love truth chance crisis real choice fair pallet Remy conjure late tick eleven lunar eclipse midnight waste clearly visible thick suit armor knight delusion king dom various true worried admit altar erect Izzy side large case notice hometown Plus grant wing Me OMG sooooooooo shut Jut FaceTime demand consult pace fly person examine shoot exasperated fully Works Bath carve ritual incense twice cast terrible situation harsh reality somewhere retirement air budge restaurant cafeteria remote area breathe manage wheeze cough voice break trap wander thank gain chuckle promise graduation college organize dinner pick relationship street taco favorite taqueria secret yoga sometimes drafty cardigan tank clothe yay miss temperature standard July please human evil heinous bitch genocidal asshole boyfriend hot dog surprised such food buy ticket bday xoxoxo shift form shiny platinum string friend mouth dry lick force goodbye leave lady cookie overtly scary WanderLUST alarm topographical map unfortunately x mark spot blue Armani wear certify struggle landscape gorgeous ahead valid concern inattention ravine coffee table nineteen coven snowstorm nearly fifty fate both super rather nocturnal wildlife thankfully frigid slap cottage hoodie scarf bright background caption Beach style picture short t shirt boardwalk Mission acknowledge wood floor grass count backward focus seep arch ball dozen dad police conclude foul breathtaking spin de revel view butt freezing paradise brim date

**TargetAuthor**

| Lynne Freeman |

**ComparisonAuthor**

| Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **23**

_KeywordForThisPairComparison          | Alaska |

Comparison
Author's
Lexical Overlap Rate          | 5.14138817 |

**TargetAuthor**          | Lynne Freeman |

    **CountOfKeyWordInAuthorDoc**   | 27 |

    **CountV.LexClusterListUnique**   | 389 |

    **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**          | Stephanie Meyer |

    **CountOfKeyWordInAuthorDoc**   | 3 |

    **CountV.LexClusterListUnique**   | 58 |

    **LexCluster Unique Words   in Running Text Format**

someone really close be blind world everyone else spot result exile live California accident time place sunshine laughter now here land seemingly perpetual darkness winter kind tend attract eccentric unusual people parent grandparent tell leather chap stop cold track stare just do see Anchorage ever one thing too icy most ride motorcycle another pottery will begin first unit study ancient Celts reason actually say class challenge read material pertinent daily every Hebrides Highlands Isle Man Wales Cornwall Brittany celtic artifact discover anyone guess happen object Alaska long way Ireland look notice clue Caitlin continue give hint disgust Brendan simple gay high school especially manly s state rough dream go college carving design fact Cook trade Maori bring incredible zeal pack punch MacKays lead back gym thought jumble recall Aunt Brie move afraid big black bird raven symbol transformation change bearer great northern light Aurora Borealis Galileo name glimmer ribbon color flash sky dark ideal viewing night clear shine polished copper new penny otherworldly glow reflect daytime moonlight afternoon confused disorient realize lose moon still pitch star twinkle brightly morning always feel least picture white powdery stuff ground blackness cough cover laugh quite contain make appropriate small talk ask adjust roll eye pray agonizing interlude end quickly prayer remain gravesite stone circle Zealand Captain nod already discuss story take very mirth expression course idea get keep use other journey Hawaii

voice imply be obvious new arrival just move two year ago somewhere feel surge pity relief beautiful outsider clearly accept face Esme let go scene try convince necessary next morning sound ashamed admit great cowardice spend day there old acquaintance direction live together human length time find one other family small village become too noticeable differently tend band

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                24

**_KeywordForThisPairComparison**

| Alaska |

**Comparison Author's Lexical Overlap Rate**

| 5.14138817 |

know right gleam wicked delight yeah history gulp grin there thirteen powerfully cursed handful sacred druid relic magical property bury ice ago something sure obvious Demons try scatter population city ensure ensnare curse unleash probably control person think strong enough bad than anyplace nutshell global warming unique aspect particular park car directly front No parking sign hit remote start want lucky building miserable feeling sit icebox wait more chateau house Europe rather entirely architectural masterpiece Home sweet breathe Baen add drily terribly dangerous demon good question Ash maybe indeed Koots easily famous notorious bar seventy occupy entire street block Spenard seedy part tight little skirt heel glove coat guy dress sensibly middle approach help large life speak literally sunlight true finish fairytales troll turn sun which eight month depend fancy mean favorite hot La Mex mexican food salsa chip queso blend gooey cheese mix leg slowly catch balance stand brush snow clothe hair somewhere nighttime sense pass moment minute fall

**TargetAuthor**

| Lynne Freeman |

**ComparisonAuthor**

| Stephanie Meyer |