# **EXHIBIT D-2**

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters    1

**_KeywordForThisPairComparison**: aurora

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 4
- **CountV.LexClusterListUnique**: 60
- **LexCluster Unique Words   in Running Text Format**

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**ComparisonAuthor**: Alyson Noel
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**:
- **LexCluster Unique Words   in Running Text Format**

**TargetAuthor**: Lynne Freeman           **ComparisonAuthor**: Alyson Noel

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  2

| _KeywordForThisPairComparison | aurora | | Comparison Author's Lexical Overlap Rate | 0 |
|---|---|---|---|---|

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | Aprilynne Pike |
|---|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 4 | | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 60 | | CountV.LexClusterListUnique | |
| LexCluster Unique Words   in Running Text Format | | | LexCluster Unique Words   in Running Text Format | |

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Aprilynne Pike |
|---|---|---|---|

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   3

**_KeywordForThisPairComparison**   aurora

**Comparison Author's Lexical Overlap Rate**   0

**TargetAuthor**   Lynne Freeman

**CountOfKeyWordInAuthorDoc**   4

**CountV.LexClusterListUnique**   60

**LexCluster Unique Words   in Running Text Format**

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**ComparisonAuthor**   Becca Fitzpatrick

**CountOfKeyWordInAuthorDoc**   0

**CountV.LexClusterListUnique**

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**   Lynne Freeman

**ComparisonAuthor**   Becca Fitzpatrick

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  4

| | |
|---|---|
| **_KeywordForThisPairComparison** | aurora |
| **Comparison Author's Lexical Overlap Rate** | 0 |

**TargetAuthor:** Lynne Freeman
- **CountOfKeyWordInAuthorDoc:** 4
- **CountV.LexClusterListUnique:** 60
- **LexCluster Unique Words in Running Text Format**

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**ComparisonAuthor:** Cassandra Clare
- **CountOfKeyWordInAuthorDoc:** 0
- **CountV.LexClusterListUnique:**
- **LexCluster Unique Words in Running Text Format**

---

**TargetAuthor:** Lynne Freeman  **ComparisonAuthor:** Cassandra Clare

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 5

**_KeywordForThisPairComparison**  aurora    **Comparison Author's Lexical Overlap Rate**  0

**TargetAuthor**  Lynne Freeman

**CountOfKeyWordInAuthorDoc**  4

**CountV.LexClusterListUnique**  60

**LexCluster Unique Words   in Running Text Format**

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**ComparisonAuthor**  Kami Garcia

**CountOfKeyWordInAuthorDoc**  0

**CountV.LexClusterListUnique**

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**  Lynne Freeman          **ComparisonAuthor**  Kami Garcia

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  6

| | | | |
|---|---|---|---|
| **_KeywordForThisPairComparison** | aurora | **Comparison Author's Lexical Overlap Rate** | 0 |

**TargetAuthor**: Lynne Freeman  
    **CountOfKeyWordInAuthorDoc**: 4  
    **CountV.LexClusterListUnique**: 60  
    **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**: Lauren Kate  
    **CountOfKeyWordInAuthorDoc**: 0  
    **CountV.LexClusterListUnique**:  
    **LexCluster Unique Words   in Running Text Format**

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**TargetAuthor**: Lynne Freeman      **ComparisonAuthor**: Lauren Kate

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 7

| _KeywordForThisPairComparison | aurora | Comparison Author's Lexical Overlap Rate | 0 |

| TargetAuthor | Lynne Freeman | ComparisonAuthor | LJ Smith |
|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 4 | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 60 | CountV.LexClusterListUnique | |
| LexCluster Unique Words   in Running Text Format | | LexCluster Unique Words   in Running Text Format | |

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

| TargetAuthor | Lynne Freeman | ComparisonAuthor | LJ Smith |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   8

| | |
|---|---|
| _KeywordForThisPairComparison | aurora |
| Comparison Author's Lexical Overlap Rate | 0 |

**TargetAuthor:** Lynne Freeman
- CountOfKeyWordInAuthorDoc: 4
- CountV.LexClusterListUnique: 60
- LexCluster Unique Words in Running Text Format:

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**ComparisonAuthor:** Maggie Stiefvater
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format:

---

**TargetAuthor:** Lynne Freeman        **ComparisonAuthor:** Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  9

| | | |
|---|---|---|
| _KeywordForThisPairComparison | aurora | |
| | | Comparison Author's Lexical Overlap Rate: 0 |

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Richelle Mead |
|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 4 | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 60 | CountV.LexClusterListUnique | |

LexCluster Unique Words   in Running Text Format

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

LexCluster Unique Words   in Running Text Format

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  10

**_KeywordForThisPairComparison**   aurora

**Comparison Author's Lexical Overlap Rate**   0

**TargetAuthor**   Lynne Freeman

  **CountOfKeyWordInAuthorDoc**   4

  **CountV.LexClusterListUnique**   60

  **LexCluster Unique Words   in Running Text Format**

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**ComparisonAuthor**   Stephanie Meyer

  **CountOfKeyWordInAuthorDoc**   0

  **CountV.LexClusterListUnique**

  **LexCluster Unique Words   in Running Text Format**

**TargetAuthor**   Lynne Freeman        **ComparisonAuthor**   Stephanie Meyer

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

11

**_KeywordForThisPairComparison:** aurora

**Comparison Author's Lexical Overlap Rate:** 31.6666667

**TargetAuthor:** Lynne Freeman
- CountOfKeyWordInAuthorDoc: 4
- CountV.LexClusterListUnique: 60

**LexCluster Unique Words in Running Text Format**

guess Ash be worried brightness moon just right see northern light Borealis Galileo name glimmer ribbon color flash sky Alaska dark winter live particular location face tense experience sudden increase solar flare activity due change gravitational pull pole shift know ask incredulously there direct link date criminal peak phenomena especially full aurora more opportunity thing go wrong find object now

**ComparisonAuthor:** Tracy Wolff
- CountOfKeyWordInAuthorDoc: 21
- CountV.LexClusterListUnique: 286

**LexCluster Unique Words in Running Text Format**

back shine flashlight wide swath realize there be pattern artistic rendering borealis northern light always want see somehow pain worry move Alaska totally find sky probably bad idea just head bed save another night now brain shake dad use tell story catch throat heart go wild lean little farth whole body still die Grace say name promise last glance phone then very deliberately look will figure three minute ask trepidation replace instantly excitement sorry get kiss right same way barely breathe color eye bright than feel fly maybe afraid height Jaxon murmur float least hundred foot top castle middle do demand finally word terrified lump show earth one level know cold wrap jacket curl spread front important joy here moment gemstone hang center gold chain mystic topaz jeweler call stone flow together cut incredible facet room spin muddle think twirl stare hellish run try protect drug overwhelm make burn electricity zinge dance Hudson slide deep fang sink help nod thing good power midnight flight kick ass Ludares field time act tiger feeling humbling which grow astronomical twilight close turn world faint purple yet star gorgeous seemingly end horizon helps put add air quote forever secret code watch confused yes stomp stretch elbow mean break understand dawn wait exactly frown already laugh guess give respect smooth obviously talk let hate disappoint wave hand curtain shimmer window mouth tick away wind hot spring clearing temperature drop several degree shade green Trial suppose start more circular pose worthy ballet dancer athame

**TargetAuthor:** Lynne Freeman

**ComparisonAuthor:** Tracy Wolff

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  12

| **_KeywordForThisPairComparison** | aurora | **Comparison Author's Lexical Overlap Rate** | **31.6666667** |

Comparison Author's cluster: point straight other small motion again first nothing happen win tournament team Unkillable Beast channel enough magic New York friend home continue overrun side everything dusty repair simply wake return place entire parcel land second open door hope

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Tracy Wolff |