# EXHIBIT D-3

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters                    1

**_KeywordForThisPairComparison**   | Diego |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

    **CountOfKeyWordInAuthorDoc**   | 1 |

    **CountV.LexClusterListUnique**   | 21 |

    **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | Alyson Noel |

    **CountOfKeyWordInAuthorDoc**   | 0 |

    **CountV.LexClusterListUnique**   |   |

    **LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**TargetAuthor**   | Lynne Freeman |                    **ComparisonAuthor**   | Alyson Noel |

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters                    2

**_KeywordForThisPairComparison**  | Diego |                **Comparison Author's Lexical Overlap Rate** | 0 |

---

**TargetAuthor** | Lynne Freeman |                    **ComparisonAuthor** | Aprilynne Pike |

   **CountOfKeyWordInAuthorDoc** | 1 |                **CountOfKeyWordInAuthorDoc** | 0 |

   **CountV.LexClusterListUnique** | 21 |               **CountV.LexClusterListUnique** |   |

   **LexCluster Unique Words   in Running Text Format**        **LexCluster Unique Words   in Running Text Format**

| shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident |

---

**TargetAuthor** | Lynne Freeman |                    **ComparisonAuthor** | Aprilynne Pike |

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters                    3

**_KeywordForThisPairComparison**: Diego

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 1
- **CountV.LexClusterListUnique**: 21
- **LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**ComparisonAuthor**: Becca Fitzpatrick
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**:
- **LexCluster Unique Words   in Running Text Format**

**TargetAuthor**: Lynne Freeman         **ComparisonAuthor**: Becca Fitzpatrick

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

4

**_KeywordForThisPairComparison**: Diego

**Comparison Author's Lexical Overlap Rate**: 4.76190476

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 1
- **CountV.LexClusterListUnique**: 21
- **LexCluster Unique Words   in Running Text Format**:

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**ComparisonAuthor**: Cassandra Clare
- **CountOfKeyWordInAuthorDoc**: 1
- **CountV.LexClusterListUnique**: 24
- **LexCluster Unique Words   in Running Text Format**:

six inch short be thin bone big dark eye honey color skin Rivera painting wear black slack open necked white shirt gold chain neck

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Cassandra Clare

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   5

**_KeywordForThisPairComparison**   Diego

**Comparison Author's Lexical Overlap Rate**   0

**TargetAuthor**   Lynne Freeman

**CountOfKeyWordInAuthorDoc**   1

**CountV.LexClusterListUnique**   21

**LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**ComparisonAuthor**   Kami Garcia

**CountOfKeyWordInAuthorDoc**   0

**CountV.LexClusterListUnique**

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**   Lynne Freeman

**ComparisonAuthor**   Kami Garcia

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  6

**_KeywordForThisPairComparison**: Diego

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 1
- CountV.LexClusterListUnique: 21
- LexCluster Unique Words in Running Text Format:

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**ComparisonAuthor**: Lauren Kate
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format:

**TargetAuthor**: Lynne Freeman                **ComparisonAuthor**: Lauren Kate

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**　　　　　　　　　　　7

**_KeywordForThisPairComparison**: Diego

**Comparison Author's Lexical Overlap Rate**: 0

| TargetAuthor | Lynne Freeman | ComparisonAuthor | LJ Smith |
|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 1 | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 21 | CountV.LexClusterListUnique | |

**LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**TargetAuthor**: Lynne Freeman     **ComparisonAuthor**: LJ Smith

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   8

**_KeywordForThisPairComparison**   Diego

**Comparison Author's Lexical Overlap Rate**   0

**TargetAuthor**   Lynne Freeman
- **CountOfKeyWordInAuthorDoc**   1
- **CountV.LexClusterListUnique**   21
- **LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**ComparisonAuthor**   Maggie Stiefvater
- **CountOfKeyWordInAuthorDoc**   0
- **CountV.LexClusterListUnique**
- **LexCluster Unique Words   in Running Text Format**

---

**TargetAuthor**   Lynne Freeman   **ComparisonAuthor**   Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  9

**_KeywordForThisPairComparison**  Diego

**Comparison Author's Lexical Overlap Rate**  0

**TargetAuthor**  Lynne Freeman

  **CountOfKeyWordInAuthorDoc**  1
  **CountV.LexClusterListUnique**  21
  **LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**ComparisonAuthor**  Richelle Mead

  **CountOfKeyWordInAuthorDoc**  0
  **CountV.LexClusterListUnique**
  **LexCluster Unique Words   in Running Text Format**

**TargetAuthor**  Lynne Freeman

**ComparisonAuthor**  Richelle Mead

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   10

**_KeywordForThisPairComparison**   Diego

**Comparison Author's Lexical Overlap Rate**   0

**TargetAuthor**   Lynne Freeman

**CountOfKeyWordInAuthorDoc**   1

**CountV.LexClusterListUnique**   21

**LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**ComparisonAuthor**   Stephanie Meyer

**CountOfKeyWordInAuthorDoc**   0

**CountV.LexClusterListUnique**

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**   Lynne Freeman

**ComparisonAuthor**   Stephanie Meyer

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters      11

| _KeywordForThisPairComparison | Diego | Comparison Author's Lexical Overlap Rate | 76.1904762 |
|---|---|---|---|

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Tracy Wolff |
|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 1 | CountOfKeyWordInAuthorDoc | 57 |
| CountV.LexClusterListUnique | 21 | CountV.LexClusterListUnique | 552 |

**LexCluster Unique Words   in Running Text Format**

shake head mom pick Alaska do family here live San talk extreme roll eye s know art think want hide accident

**LexCluster Unique Words   in Running Text Format**

look tiny really way small than just neighborhood San let alone whole city then again be pretty hard see anything here patch concrete sure pass airport Healy far cry s bustling terminal Philip overtake easily large suitcase dangle hand start tell dryly wonder too late reconsider foster care emancipation live situation get town consist one runway parking lot climb back plane demand fly Fairbanks home feeling bad Macy say do need pee good ninety ignore head spin Altitude sickness more thing worry Fantastic glance window last time surprise find long parent mangle car flash brain follow picture battered body family anywhere Finn go morgue identify forty eight hour leave friend ridiculous airplane ride expectation friendship Jaxon other OMG WTF take unpacked Freeloading Heather next month die least story stick especially nausea hit tiptoe room barely make bed soft groan feel familiar guess matter regular high school end boarding Alaska clique everywhere apparently snow guy ask incredulously ever nope James sound exasperated believe shrug send vibe parka mention know come answer possible place move dad will drag there frantic finish semester another awkward silence descend honestly right now want totally ambush snowball wait love plus give chance meet else hear react excited two every couple Flint notice particularly ironic keep seriously girl fall tree nearly Hudson dead think shocked own power suddenly kind doubt assail lie something contemplate dark dangerous exactly type maybe run genuine article elite crowded public normal also

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Tracy Wolff |
|---|---|---|---|

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 12

| _KeywordForThisPairComparison | Diego | Comparison Author's Lexical Overlap Rate | 76.1904762 |
|---|---|---|---|

realize same happen yesterday fight crowd everyone stare scramble yeah blending plan hatch officially arrival question Pickup line walk miserable reach mean different hate reassure anyway uncle steeple finger Sweet Horror slide icy fast desperate safe word tear ragged painful terrified obvious away little chilling first loud forever nothing hold appeal Grace glad Katmere Academy true miss life stay thank yet idea shake already sexy include impressive surf god understand bother scar beat pain kidnap both vampire dragon night seem sudden sweep low foot practically touch ground world most lopsided snowman which sense year surely build imagine less intimidating beachy bear raise comfortable top castle everything water beautiful orange sun wink horizon remind early morning beach choose California Pacific Atlantic blue murder graduate college August try figure free people ascend gargoyle throne almost five crown queen three undergrad degree international politic government help ruler awesome agree decision Court ready pause eye wide second thought person someone permanently throw arm effort encompass perfect seventy day currently experience quit anytime soon interested UCSD UCLA fit afraid yes stop case hometown spend weather grant appealing Coronado perk favorite cupcake bakery stand pull text Eden pop tour news vamp boy break ago big still decide eyebrow old food laugh Tacos course eat bit hospitable woman street taco middle taqueria secret grin definitely pick always Diego talk fucking human sacrifice please fuck tie altar evil heinous bitch bring genocidal asshole massive descent slip park madly bottom tunnel eject yawn treat ounce suspicion muster strip haunt ferry afternoon check art gallery café corner Velma use visit once week goodbye purple Part smell flower grow November lose zero interest incoherent clear throat turn vinyl name heart attack sight consider ocean breathtaking beg refuse job remember bitterly disappointed magic wander craft fair farmer market spectacular party amazing mouth actually sleeve total gentleman probably strange hundred papyrus close ceremony

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Tracy Wolff |
|---|---|---|---|

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   13

| **_KeywordForThisPairComparison** | Diego | **Comparison Author's Lexical Overlap Rate** | 76.1904762 |

enemy pic

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Tracy Wolff |