# EXHIBIT D-4

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   1

**_KeywordForThisPairComparison**  | herbal |

**Comparison Author's Lexical Overlap Rate** | 0 |

**TargetAuthor** | Lynne Freeman |

- **CountOfKeyWordInAuthorDoc** | 15 |
- **CountV.LexClusterListUnique** | 99 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor** | Alyson Noel |

- **CountOfKeyWordInAuthorDoc** | 0 |
- **CountV.LexClusterListUnique** |   |

**LexCluster Unique Words   in Running Text Format**

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**TargetAuthor** | Lynne Freeman |   **ComparisonAuthor** | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   2

**_KeywordForThisPairComparison**: herbal

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 15
- CountV.LexClusterListUnique: 99
- LexCluster Unique Words   in Running Text Format

**ComparisonAuthor**: Aprilynne Pike
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words   in Running Text Format

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Aprilynne Pike

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

3

**_KeywordForThisPairComparison**: herbal

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 15
- **CountV.LexClusterListUnique**: 99
- **LexCluster Unique Words in Running Text Format**

**ComparisonAuthor**: Becca Fitzpatrick
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**: 
- **LexCluster Unique Words in Running Text Format**

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Becca Fitzpatrick

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters    4

**_KeywordForThisPairComparison:** herbal

**Comparison Author's Lexical Overlap Rate:** 2.02020202

---

**TargetAuthor:** Lynne Freeman
- CountOfKeyWordInAuthorDoc: 15
- CountV.LexClusterListUnique: 99
- LexCluster Unique Words in Running Text Format:

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**ComparisonAuthor:** Cassandra Clare
- CountOfKeyWordInAuthorDoc: 1
- CountV.LexClusterListUnique: 23
- LexCluster Unique Words in Running Text Format:

together vine boy lip pierce teddy bear backpack be hand free tablet ecstasy parachute pant flap breeze wind machine Clary pay attention immediate

---

**TargetAuthor:** Lynne Freeman   **ComparisonAuthor:** Cassandra Clare

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters     5

**_KeywordForThisPairComparison**: herbal

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 15
- CountV.LexClusterListUnique: 99
- LexCluster Unique Words in Running Text Format:

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**ComparisonAuthor**: Kami Garcia
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique: 
- LexCluster Unique Words in Running Text Format:

---

**TargetAuthor**: Lynne Freeman     **ComparisonAuthor**: Kami Garcia

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

6

**_KeywordForThisPairComparison**: herbal

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 15
- **CountV.LexClusterListUnique**: 99
- **LexCluster Unique Words in Running Text Format**:

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**ComparisonAuthor**: Lauren Kate
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**: 
- **LexCluster Unique Words in Running Text Format**:

---

**TargetAuthor**: Lynne Freeman    **ComparisonAuthor**: Lauren Kate

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 7

**_KeywordForThisPairComparison**: herbal

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 15
- **CountV.LexClusterListUnique**: 99
- **LexCluster Unique Words in Running Text Format**:

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**ComparisonAuthor**: LJ Smith
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**: 
- **LexCluster Unique Words in Running Text Format**:

**TargetAuthor**: Lynne Freeman
**ComparisonAuthor**: LJ Smith

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

8

**_KeywordForThisPairComparison**  | herbal |

**Comparison Author's Lexical Overlap Rate** | 0 |

**TargetAuthor** | Lynne Freeman |

    **CountOfKeyWordInAuthorDoc** | 15 |

    **CountV.LexClusterListUnique** | 99 |

    **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor** | Maggie Stiefvater |

    **CountOfKeyWordInAuthorDoc** | 0 |

    **CountV.LexClusterListUnique** |  |

    **LexCluster Unique Words   in Running Text Format**

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**TargetAuthor** | Lynne Freeman |

**ComparisonAuthor** | Maggie Stiefvater |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  9

**_KeywordForThisPairComparison**: herbal

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 15
- CountV.LexClusterListUnique: 99
- LexCluster Unique Words in Running Text Format

**ComparisonAuthor**: Richelle Mead
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

**TargetAuthor**: Lynne Freeman   **ComparisonAuthor**: Richelle Mead

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   10

| _KeywordForThisPairComparison | herbal | | Comparison Author's Lexical Overlap Rate | 0 |
|---|---|---|---|---|

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Stephanie Meyer |
|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 15 | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 99 | CountV.LexClusterListUnique | |
| LexCluster Unique Words in Running Text Format | | LexCluster Unique Words in Running Text Format | |

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Stephanie Meyer |
|---|---|---|---|

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   11

| _KeywordForThisPairComparison | herbal | Comparison Author's Lexical Overlap Rate | 5.05050505 |
|---|---|---|---|

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | Tracy Wolff |
|---|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 15 | | CountOfKeyWordInAuthorDoc | 2 |
| CountV.LexClusterListUnique | 99 | | CountV.LexClusterListUnique | 40 |

LexCluster Unique Words   in Running Text Format

LexCluster Unique Words   in Running Text Format

nod be touch warm gesture aunt strong believer power essential oil remedy heal just anything accustom tea candle instruct use various herb fold uncontrollable shiver wrack body room cold pad hallway nerve tonic concoction brew keep hall closet close proximity three come wrap arm prepare bad walk kitchen Brie already go breakfast bar sit one stool punishment think brave voice Marcheline put stand front set cup pat hand do again differently ask take seat next carpet soft bare foot mix case persian rug Ash leave Brienne counter wait storm sure grab chenille throw bed draw gay roman Brynne head

guess Cam something common be always more tea house mom amazing make own blend fantastic month still almost taste then do allow smile little say there number reason here particularly strong love potion examine lavender paint nail Aethereum entire body

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Tracy Wolff |
|---|---|---|---|