# EXHIBIT D-5

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   1

**_KeywordForThisPairComparison**   mutation

**Comparison Author's Lexical Overlap Rate**   0

**TargetAuthor**   Lynne Freeman

**CountOfKeyWordInAuthorDoc**   5

**CountV.LexClusterListUnique**   27

**LexCluster Unique Words   in Running Text Format**

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**   Alyson Noel

**CountOfKeyWordInAuthorDoc**   0

**CountV.LexClusterListUnique**

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**   Lynne Freeman

**ComparisonAuthor**   Alyson Noel

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

2

**_KeywordForThisPairComparison**: mutation

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 5
- CountV.LexClusterListUnique: 27
- LexCluster Unique Words in Running Text Format

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**: Aprilynne Pike
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Aprilynne Pike

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  3

**_KeywordForThisPairComparison**: mutation

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 5
- **CountV.LexClusterListUnique**: 27
- **LexCluster Unique Words in Running Text Format**:

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**: Becca Fitzpatrick
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**:
- **LexCluster Unique Words in Running Text Format**:

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Becca Fitzpatrick

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters    4

| | | |
|---|---|---|
| **_KeywordForThisPairComparison** | mutation | **Comparison Author's Lexical Overlap Rate**  0 |

**TargetAuthor** Lynne Freeman

- **CountOfKeyWordInAuthorDoc** 5
- **CountV.LexClusterListUnique** 27
- **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor** Cassandra Clare

- **CountOfKeyWordInAuthorDoc** 0
- **CountV.LexClusterListUnique**
- **LexCluster Unique Words   in Running Text Format**

> stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**TargetAuthor** Lynne Freeman       **ComparisonAuthor** Cassandra Clare

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

5

**_KeywordForThisPairComparison**  mutation

**Comparison Author's Lexical Overlap Rate**  0

**TargetAuthor**  Lynne Freeman

**CountOfKeyWordInAuthorDoc**  5

**CountV.LexClusterListUnique**  27

**LexCluster Unique Words   in Running Text Format**

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**  Kami Garcia

**CountOfKeyWordInAuthorDoc**  0

**CountV.LexClusterListUnique**

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**  Lynne Freeman

**ComparisonAuthor**  Kami Garcia

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  6

**_KeywordForThisPairComparison**  mutation

**Comparison Author's Lexical Overlap Rate**  0

**TargetAuthor**  Lynne Freeman
**CountOfKeyWordInAuthorDoc**  5
**CountV.LexClusterListUnique**  27
**LexCluster Unique Words   in Running Text Format**

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**  Lauren Kate
**CountOfKeyWordInAuthorDoc**  0
**CountV.LexClusterListUnique**
**LexCluster Unique Words   in Running Text Format**

---

**TargetAuthor**  Lynne Freeman               **ComparisonAuthor**  Lauren Kate

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters                    7

**_KeywordForThisPairComparison**   | mutation |                       **Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |             **ComparisonAuthor**   | LJ Smith |

**CountOfKeyWordInAuthorDoc**   | 5 |            **CountOfKeyWordInAuthorDoc**   | 0 |

**CountV.LexClusterListUnique**   | 27 |          **CountV.LexClusterListUnique**   |  |

**LexCluster Unique Words   in Running Text Format**        **LexCluster Unique Words   in Running Text Format**

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**TargetAuthor**   | Lynne Freeman |             **ComparisonAuthor**   | LJ Smith |

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters         8

**_KeywordForThisPairComparison**: mutation

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 5
- **CountV.LexClusterListUnique**: 27
- **LexCluster Unique Words   in Running Text Format**

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**: Maggie Stiefvater
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**:
- **LexCluster Unique Words   in Running Text Format**

**TargetAuthor**: Lynne Freeman
**ComparisonAuthor**: Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**  9

**_KeywordForThisPairComparison**  | mutation |

**Comparison Author's Lexical Overlap Rate**  | 0 |

**TargetAuthor**  | Lynne Freeman |

CountOfKeyWordInAuthorDoc  | 5 |
CountV.LexClusterListUnique  | 27 |

**LexCluster Unique Words   in Running Text Format**

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**  | Richelle Mead |

CountOfKeyWordInAuthorDoc  | 0 |
CountV.LexClusterListUnique  |  |

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**  | Lynne Freeman |
**ComparisonAuthor**  | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   10

**_KeywordForThisPairComparison**: mutation

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 5
- CountV.LexClusterListUnique: 27
- LexCluster Unique Words   in Running Text Format

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**: Stephanie Meyer
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words   in Running Text Format

**TargetAuthor**: Lynne Freeman         **ComparisonAuthor**: Stephanie Meyer

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

11

**_KeywordForThisPairComparison**: mutation

**Comparison Author's Lexical Overlap Rate**: 14.8148148

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 5
- CountV.LexClusterListUnique: 27
- LexCluster Unique Words   in Running Text Format

stay away maybe glow dark eye run family be kind genetic lot thing fact entertain thought try work probably crazy attraction just different make excuse contemplate wrong

**ComparisonAuthor**: Tracy Wolff
- CountOfKeyWordInAuthorDoc: 3
- CountV.LexClusterListUnique: 35
- LexCluster Unique Words   in Running Text Format

creature exist come be nearly shocking other thing vampirism genetic Rare exceptionally mutation nonetheless first document case happen thousand year ago then more wait give birth vampire mean just bear anyone right yes usually one

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Tracy Wolff