# EXHIBIT D-6

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    1

**_KeywordForThisPairComparison**   | protector |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 25 |

CountV.LexClusterListUnique   | 189 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | Alyson Noel |

CountOfKeyWordInAuthorDoc   | 0 |

CountV.LexClusterListUnique   | |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    2

**_KeywordForThisPairComparison**   | protector |

**Comparison Author's Lexical Overlap Rate**   | 3.7037037 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 25 |

CountV.LexClusterListUnique   | 189 |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**ComparisonAuthor**   | Aprilynne Pike |

CountOfKeyWordInAuthorDoc   | 1 |

CountV.LexClusterListUnique   | 21 |

**LexCluster Unique Words   in Running Text Format**

be Jamison nod know live guard parent sake own appoint secret keep alive Laurel think father lie hospital bed perhaps now

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    3

**_KeywordForThisPairComparison**    | protector |

**Comparison Author's Lexical Overlap Rate**    | 0 |

**TargetAuthor**    | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 25 |

CountV.LexClusterListUnique    | 189 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**    | Becca Fitzpatrick |

CountOfKeyWordInAuthorDoc    | 0 |

CountV.LexClusterListUnique    | |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                      **4**

**_KeywordForThisPairComparison**   `protector`

**Comparison Author's Lexical Overlap Rate**   `0`

**TargetAuthor**   `Lynne Freeman`

**CountOfKeyWordInAuthorDoc**   `25`

**CountV.LexClusterListUnique**   `189`

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   `Cassandra Clare`

**CountOfKeyWordInAuthorDoc**   `0`

**CountV.LexClusterListUnique**   `  `

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    5

**_KeywordForThisPairComparison**   | protector |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 25 |

CountV.LexClusterListUnique   | 189 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | Kami Garcia |

CountOfKeyWordInAuthorDoc   | 0 |

CountV.LexClusterListUnique   | |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          6

**_KeywordForThisPairComparison**    | protector |

**Comparison Author's Lexical Overlap Rate**    | 0 |

**TargetAuthor**    | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 25 |

CountV.LexClusterListUnique    | 189 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**    | Lauren Kate |

CountOfKeyWordInAuthorDoc    | 0 |

CountV.LexClusterListUnique    | |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   **7**

**_KeywordForThisPairComparison**   `protector`

**Comparison Author's Lexical Overlap Rate**   `0`

**TargetAuthor**   `Lynne Freeman`

**CountOfKeyWordInAuthorDoc**   `25`

**CountV.LexClusterListUnique**   `189`

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   `LJ Smith`

**CountOfKeyWordInAuthorDoc**   `0`

**CountV.LexClusterListUnique**   ` `

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**TargetAuthor**   `Lynne Freeman`

**ComparisonAuthor**   `LJ Smith`

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                                    8

**_KeywordForThisPairComparison**   | protector |

**Comparison Author's Lexical Overlap Rate**   | 4.23280423 |

**TargetAuthor**   | Lynne Freeman |

**CountOfKeyWordInAuthorDoc**   | 25 |

**CountV.LexClusterListUnique**   | 189 |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**ComparisonAuthor**   | Maggie Stiefvater |

**CountOfKeyWordInAuthorDoc**   | 1 |

**CountV.LexClusterListUnique**   | 20 |

**LexCluster Unique Words   in Running Text Format**

different colored collar neck nod need house pack still able change already know rely human be one protect do say

---

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Maggie Stiefvater |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          9

_KeywordForThisPairComparison          | protector |

**Comparison Author's Lexical Overlap Rate**          | 0 |

**TargetAuthor**          | Lynne Freeman |

CountOfKeyWordInAuthorDoc          | 25 |

CountV.LexClusterListUnique          | 189 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**          | Richelle Mead |

CountOfKeyWordInAuthorDoc          | 0 |

CountV.LexClusterListUnique          | |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          10

**_KeywordForThisPairComparison**    protector

**Comparison Author's Lexical Overlap Rate**    0

**TargetAuthor**    Lynne Freeman

CountOfKeyWordInAuthorDoc    25

CountV.LexClusterListUnique    189

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**    Stephanie Meyer

CountOfKeyWordInAuthorDoc    0

CountV.LexClusterListUnique

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**TargetAuthor**    Lynne Freeman

**ComparisonAuthor**    Stephanie Meyer

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**    11

**_KeywordForThisPairComparison**    | protector |

**Comparison Author's Lexical Overlap Rate**    | 16.9312169 |

**TargetAuthor**    | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 25 |

CountV.LexClusterListUnique    | 189 |

**LexCluster Unique Words   in Running Text Format**

Ash squeeze hand there be seven ancient race know Sentinels watcher humankind own unique ability magic aid battle demon really fun meet one sort mysterious guardian course pause thoughtfully Kin protector land creature include human protect also disturb natural balance whisper ear read mind yet again hurt snowmobile accident now tick Baen Caitlin Fi Mack nod casually here time maybe Taylor oh think clever do Sentinel spit unfortunately more than eye just too finger Mom rest family call werewolf prefer term Technically Dad s Berserker turbo charge see away very walk Earth hide kind particular give physical protection exchange special brand lose touch completely come age gripe plus love feel same way Lily want smart choose full moon enough self control show little fang Others exaggerate say good guy believe surprisingly unusual help wonder two bind part calling Kindred caretaker mere coincidence find another recover cursed object Nyx both maintain surely people ever mountain lion form take predator parent Amanda choice Puhlease scoff ShadowHunters Shadow Hunter ring stone giddy exactly DarkHunter ask once catch breath word make fine hair arm stand end DarkHunters other stare powerful label mean together

**ComparisonAuthor**    | Tracy Wolff |

CountOfKeyWordInAuthorDoc    | 7 |

CountV.LexClusterListUnique    | 97 |

**LexCluster Unique Words   in Running Text Format**

will show gargoyle be make more than just stone Clang righteous weak other run stand fight do stop enemy meet mettle keep safe lift brow assume horrible let child die save Grace always touch mean imagine want one Chastain continue wish luck grow hard world need get maybe figure look see really find way back power know truly powerful defender innocent defenseless long live leave peace several second pass believe right Cyrus thing people honor protect friend sacrifice life Army necessary return magic think ask high help protector word settle sink bone flow vein feel home four

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Tracy Wolff |