# EXHIBIT D-7

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   1

**_KeywordForThisPairComparison**   Stonehenge

**Comparison Author's Lexical Overlap Rate**   0

**TargetAuthor**   Lynne Freeman

**CountOfKeyWordInAuthorDoc**   6

**CountV.LexClusterListUnique**   55

**LexCluster Unique Words   in Running Text Format**

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**ComparisonAuthor**   Alyson Noel

**CountOfKeyWordInAuthorDoc**   0

**CountV.LexClusterListUnique**

**LexCluster Unique Words   in Running Text Format**

**TargetAuthor**   Lynne Freeman

**ComparisonAuthor**   Alyson Noel

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   2

**_KeywordForThisPairComparison**: Stonehenge

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 6
- **CountV.LexClusterListUnique**: 55
- **LexCluster Unique Words in Running Text Format**:

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**ComparisonAuthor**: Aprilynne Pike
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**:
- **LexCluster Unique Words in Running Text Format**:

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Aprilynne Pike

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

3

**_KeywordForThisPairComparison**: Stonehenge

**Comparison Author's Lexical Overlap Rate**: 0

| | |
|---|---|
| **TargetAuthor**: Lynne Freeman | **ComparisonAuthor**: Becca Fitzpatrick |
| CountOfKeyWordInAuthorDoc: 6 | CountOfKeyWordInAuthorDoc: 0 |
| CountV.LexClusterListUnique: 55 | CountV.LexClusterListUnique: |
| LexCluster Unique Words in Running Text Format | LexCluster Unique Words in Running Text Format |

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**TargetAuthor**: Lynne Freeman    **ComparisonAuthor**: Becca Fitzpatrick

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   4

**_KeywordForThisPairComparison**: Stonehenge

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 6
- CountV.LexClusterListUnique: 55
- LexCluster Unique Words in Running Text Format

**ComparisonAuthor**: Cassandra Clare
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Cassandra Clare

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters     5

**_KeywordForThisPairComparison**: Stonehenge

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 6
- CountV.LexClusterListUnique: 55
- LexCluster Unique Words in Running Text Format:

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**ComparisonAuthor**: Kami Garcia
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format:

---

**TargetAuthor**: Lynne Freeman   **ComparisonAuthor**: Kami Garcia

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

6

| _KeywordForThisPairComparison | Stonehenge | | Comparison Author's Lexical Overlap Rate | 0 |

**TargetAuthor:** Lynne Freeman
- CountOfKeyWordInAuthorDoc: 6
- CountV.LexClusterListUnique: 55
- LexCluster Unique Words in Running Text Format:

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**ComparisonAuthor:** Lauren Kate
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format:

---

**TargetAuthor:** Lynne Freeman          **ComparisonAuthor:** Lauren Kate

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters                            7

**_KeywordForThisPairComparison**: Stonehenge

**Comparison Author's Lexical Overlap Rate**: 9.09090909

---

**TargetAuthor**: Lynne Freeman

- **CountOfKeyWordInAuthorDoc**: 6
- **CountV.LexClusterListUnique**: 55

**LexCluster Unique Words in Running Text Format**:

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

---

**ComparisonAuthor**: LJ Smith

- **CountOfKeyWordInAuthorDoc**: 4
- **CountV.LexClusterListUnique**: 71

**LexCluster Unique Words in Running Text Format**:

report do care be go druid Droo weird old guy build magic stuff ancient England descend psychic Meredith snort too place unnerving light Room near exit there cardboard construct pretty little priestess stand rather realistic look monolith wear accuracy whole setup highly suspect contrary popular belief Bronze Age culture Elena step forward Mr Tanner really bouncer close door hear another gym dozen people crowd area recognize one worker rest know school

---

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: LJ Smith

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**    8

| _KeywordForThisPairComparison | Stonehenge | | Comparison Author's Lexical Overlap Rate | 0 |

| TargetAuthor | Lynne Freeman | | ComparisonAuthor | Maggie Stiefvater |
|---|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 6 | | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 55 | | CountV.LexClusterListUnique | |

LexCluster Unique Words   in Running Text Format          LexCluster Unique Words   in Running Text Format

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

| TargetAuthor | Lynne Freeman | | ComparisonAuthor | Maggie Stiefvater |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**    9

_KeywordForThisPairComparison: Stonehenge

Comparison Author's Lexical Overlap Rate: 0

**TargetAuthor:** Lynne Freeman
CountOfKeyWordInAuthorDoc: 6
CountV.LexClusterListUnique: 55
LexCluster Unique Words   in Running Text Format

**ComparisonAuthor:** Richelle Mead
CountOfKeyWordInAuthorDoc: 0
CountV.LexClusterListUnique:
LexCluster Unique Words   in Running Text Format

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**TargetAuthor:** Lynne Freeman        **ComparisonAuthor:** Richelle Mead

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 10

**_KeywordForThisPairComparison** Stonehenge

**Comparison Author's Lexical Overlap Rate** 0

**TargetAuthor** Lynne Freeman
 **CountOfKeyWordInAuthorDoc** 6
 **CountV.LexClusterListUnique** 55
 **LexCluster Unique Words in Running Text Format**

**ComparisonAuthor** Stephanie Meyer
 **CountOfKeyWordInAuthorDoc** 0
 **CountV.LexClusterListUnique**
 **LexCluster Unique Words in Running Text Format**

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**TargetAuthor** Lynne Freeman
**ComparisonAuthor** Stephanie Meyer

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                                         11

**_KeywordForThisPairComparison**   Stonehenge                 **Comparison Author's Lexical Overlap Rate**   **14.5454545**

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Tracy Wolff |
|---|---|---|---|
| **CountOfKeyWordInAuthorDoc** | 6 | **CountOfKeyWordInAuthorDoc** | 7 |
| **CountV.LexClusterListUnique** | 55 | **CountV.LexClusterListUnique** | 95 |

**LexCluster Unique Words   in Running Text Format**

Maori there be great deal debate scholar present slide stone circle small fort hill ancient carving celtic design fact Cook trade bring lot place exist world usually sacred site ancestor build structure mark pyramid Egypt Easter Island specific equidistant point means harness New Zealand pre date native concept Celts Christ president both professor distract here

**LexCluster Unique Words   in Running Text Format**

be large valley meadow small stream water run center Eden ask point universal say motion Hudson study structure ring stone pillar right look build five thousand year ago yesterday freak Cyrus more egomaniac worried people love die laugh absurdity speak altar thing wave hand circle middle field Mace let just call Stonehenge chuckle Lite pretty sure sort machine need God fall instantly witch magic match Remy s power sputter giant force flicker hold which shame think there part hope form friend meantime other gargoyle double encompass do line perfectly wing tip touch last close formation

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Tracy Wolff |