# EXHIBIT D-8

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    1

**_KeywordForThisPairComparison**        | vampire |

**Comparison Author's Lexical Overlap Rate**        | 15.5216285 |

**TargetAuthor**        | Lynne Freeman |

CountOfKeyWordInAuthorDoc        | 143 |

CountV.LexClusterListUnique        | 786 |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**ComparisonAuthor**        | Alyson Noel |

CountOfKeyWordInAuthorDoc        | 18 |

CountV.LexClusterListUnique        | 246 |

**LexCluster Unique Words   in Running Text Format**

be Chandler Friends Haven laugh other hand raise coven beautiful princess love worship admire live luxurious gothic castle idea end hideous fiberglass ask place Sidekick table sit codependent say bring speed roll eye donor person allow vamp feed know suck blood stuff let anyone yet follow Miles lift flip message jeez try keep anyway chick Evangeline which way name real People vampire set phone still peek totally nod poke finger Slavin thank very smile sigh strive patience uh nothing see serious unlike most do change organic just day away work final touch costume s go duh pirate talk Madonna come breast phase greet guest come friend big surprise dress too Eric guy act class look actually pretty intention such promise lend fang fake neck offer mind flop back forth want squeal arm wave face light heavily powdered wear drip moment realize Count Axel Fersen secret lover ice vein cool gaze Drina sort awe usually reserve goth rocker Damen stand check watch really need alone close shake head stifle ever oh yeah prove voice shaky fully convince there barely breathe comprehend reach good sense pull immortal same difference fume breath think ridiculous argue label ah happen worth fictional make creature exist book movie case overactive imagination suppose mean okay late chic exactly sure fit silk send wrong party canyon wander speak push shove hundred wannabe enjoy small more intimate gathering sweep yes get certain point then stop prefer frozen time theory life fantasy urge anxious parent die

**TargetAuthor**        | Lynne Freeman |

**ComparisonAuthor**        | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 2

**_KeywordForThisPairComparison**  | vampire |

Comparison
Author's
Lexical Overlap Rate | 15.5216285 |

naturally vampish grimace thrive attention adulation stir
Preening peacock flesh energy drink toy napkin separate feed
survival unfortunately human interfere plan force nothing red
blue same luminous quality early Sanctuary voice shriek
invisible ring help appear more anything good lamb kind tug
bar nearly strong easy melt capitulation shove first snow
genuinely amuse Cuff other bat Billy stand front catch chin
immune Willy charm door close realization sink Demons
member select group club kid back milk carton too late van
heat presumably pleasant dine icy cold light outgrow childhood
dark darkness empower muster spark save life friend betray
doubt unwittingly mercy difficult guess chapter end twenty
minute half bile rise throat miss large drain set center sign
captor cast frantically escape surely narrow calculation regard
Master taunt abduction mere coincidence index finger prince
abide understand Great nod mute call Julian sweet follow finish
Brendan Jenny together Selene motion coldly beautiful guard
forward prettie wardrobe bathe leave Azuul necessity Sanguine
marriage sustain recall Sanguines shudder bear creature
painting ethereal associate correct brilliant silvery glitter Vigee
LeBrun remarkable job incandescent frame curved brow thick
sooty black lash delicate nose Elise survive always frown
punishment Annalise croon embrace denial chain Forever kill
movie book stake heart decapitation sometimes fire kernal
suddenly stroke realize seriously grievously estimate strength
furious anger which kindle snuff Gone reverent swallow tear
next ever again bride constrict chest love doom live turn
seventeen Sentinel enough count eleven coven two Ka Ramun
seven MacKay name also every prize both fighting increase
deflate balloon desert slump daze bone gore second tick sit
rest column peek cheer equal number dead find continue inch
mid air fight happen show chide final maul once fury palpable
wave hot bitter hatred Anna darkly long corridor ride standing
dad course learn hard mirror far street house edge topple
chasm pant tremble sense wolf coat blend night surround free
note hysteria ask nervous part freak alien origin probably lot

---

**TargetAuthor**  | Lynne Freeman |

**ComparisonAuthor**  | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    3

**_KeywordForThisPairComparison**   | vampire |

**Comparison Author's Lexical Overlap Rate**   | 15.5216285 |

mother Marcheline Rachel dress edgy classy victorian easily
envision similarly quite otherwise cursed ground major
problem curious protection weld personal body inner whisper
ear opportunity specific Clan chuckle deep steel inevitable ruin
compromise gently squeeze wrap tow hold soon smile
Sentinels table prickling spine male jerk surprise frantic coy
care frighten capable ahead confrontation secret arouse
suspicion stick fine insist worried still watch move okay run
already girl prophecy color spirit family mom aunt bother layer
lie unravel command precisely resolve away drill angry raise
exactly relate intuit thought skitter wildly coo cheek
particularly contain lose control third birth apparently painfully
snowy leap tooth gray hamstring spurt gush later manage
successfully wear most disgusted try D breathe lunge hat
jaunty feather elegantly dangerous pirate heighten Hood
costume today bring home order Dooley cool sure provocative
M actually kiss stomach cramp nervousness freeze unable
chilly mutter last quietly punk real people invitation man grin
humor fasten arch feline ecstasy put horror burst joke soul
sucker incubus succubus Incubi succubi b pretend adventure
gloaming Marchalene Marchelene cruel slowly crumple cry
female hope bet rare vintage lick A sheep single file hop
vacant maybe appetizing cousin anxiety figure panic block
believe outnumber flood recognize Hulk dozen odd clearly
dagger hang belt bejewel star Halloween vain attempt capture
image Dozens Roman Brynne sheer remember ward express
disapproval person

**TargetAuthor**   | Lynne Freeman |        **ComparisonAuthor**   | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **4**

**_KeywordForThisPairComparison**     | vampire |

**Comparison Author's Lexical Overlap Rate**     | 0 |

**TargetAuthor**     | Lynne Freeman |

CountOfKeyWordInAuthorDoc     | 143 |

CountV.LexClusterListUnique     | 786 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**     | Aprilynne Pike |

CountOfKeyWordInAuthorDoc     | 0 |

CountV.LexClusterListUnique     | |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**TargetAuthor**     | Lynne Freeman |          **ComparisonAuthor**     | Aprilynne Pike |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **5**

**_KeywordForThisPairComparison**     | vampire |

**Comparison Author's Lexical Overlap Rate**     | 0 |

naturally vampish grimace thrive attention adulation stir
Preening peacock flesh energy drink toy napkin separate feed
survival unfortunately human interfere plan force nothing red
blue same luminous quality early Sanctuary voice shriek
invisible ring help appear more anything good lamb kind tug
bar nearly strong easy melt capitulation shove first snow
genuinely amuse Cuff other bat Billy stand front catch chin
immune Willy charm door close realization sink Demons
member select group club kid back milk carton too late van
heat presumably pleasant dine icy cold light outgrow childhood
dark darkness empower muster spark save life friend betray
doubt unwittingly mercy difficult guess chapter end twenty
minute half bile rise throat miss large drain set center sign
captor cast frantically escape surely narrow calculation regard
Master taunt abduction mere coincidence index finger prince
abide understand Great nod mute call Julian sweet follow finish
Brendan Jenny together Selene motion coldly beautiful guard
forward prettie wardrobe bathe leave Azuul necessity Sanguine
marriage sustain recall Sanguines shudder bear creature
painting ethereal associate correct brilliant silvery glitter Vigee
LeBrun remarkable job incandescent frame curved brow thick
sooty black lash delicate nose Elise survive always frown
punishment Annalise croon embrace denial chain Forever kill
movie book stake heart decapitation sometimes fire kernal
suddenly stroke realize seriously grievously estimate strength
furious anger which kindle snuff Gone reverent swallow tear
next ever again bride constrict chest love doom live turn
seventeen Sentinel enough count eleven coven two Ka Ramun
seven MacKay name also every prize both fighting increase
deflate balloon desert slump daze bone gore second tick sit
rest column peek cheer equal number dead find continue inch
mid air fight happen show chide final maul once fury palpable
wave hot bitter hatred Anna darkly long corridor ride standing
dad course learn hard mirror far street house edge topple
chasm pant tremble sense wolf coat blend night surround free
note hysteria ask nervous part freak alien origin probably lot

**TargetAuthor**     | Lynne Freeman |

**ComparisonAuthor**     | Aprilynne Pike |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                                6

**_KeywordForThisPairComparison**

| vampire |

**Comparison Author's Lexical Overlap Rate**

| 0 |

mother Marcheline Rachel dress edgy classy victorian easily
envision similarly quite otherwise cursed ground major
problem curious protection weld personal body inner whisper
ear opportunity specific Clan chuckle deep steel inevitable ruin
compromise gently squeeze wrap tow hold soon smile
Sentinels table prickling spine male jerk surprise frantic coy
care frighten capable ahead confrontation secret arouse
suspicion stick fine insist worried still watch move okay run
already girl prophecy color spirit family mom aunt bother layer
lie unravel command precisely resolve away drill angry raise
exactly relate intuit thought skitter wildly coo cheek
particularly contain lose control third birth apparently painfully
snowy leap tooth gray hamstring spurt gush later manage
successfully wear most disgusted try D breathe lunge hat
jaunty feather elegantly dangerous pirate heighten Hood
costume today bring home order Dooley cool sure provocative
M actually kiss stomach cramp nervousness freeze unable
chilly mutter last quietly punk real people invitation man grin
humor fasten arch feline ecstasy put horror burst joke soul
sucker incubus succubus Incubi succubi b pretend adventure
gloaming Marchalene Marchelene cruel slowly crumple cry
female hope bet rare vintage lick A sheep single file hop
vacant maybe appetizing cousin anxiety figure panic block
believe outnumber flood recognize Hulk dozen odd clearly
dagger hang belt bejewel star Halloween vain attempt capture
image Dozens Roman Brynne sheer remember ward express
disapproval person

**TargetAuthor**

| Lynne Freeman |

**ComparisonAuthor**

| Aprilynne Pike |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **7**

**_KeywordForThisPairComparison**    | vampire |

**Comparison Author's Lexical Overlap Rate**    | 1.78117048 |

**TargetAuthor**    | Lynne Freeman |

**CountOfKeyWordInAuthorDoc**    | 143 |

**CountV.LexClusterListUnique**    | 786 |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**ComparisonAuthor**    | Becca Fitzpatrick |

**CountOfKeyWordInAuthorDoc**    | 1 |

**CountV.LexClusterListUnique**    | 24 |

**LexCluster Unique Words   in Running Text Format**

ticket counter take money slide wristband window then smile expose white plastic tooth smudge red lipstick good time say breathless voice do forget try

**TargetAuthor**    | Lynne Freeman |          **ComparisonAuthor**    | Becca Fitzpatrick |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    8

**_KeywordForThisPairComparison**    | vampire |

**Comparison Author's Lexical Overlap Rate**    | 1.78117048 |

naturally vampish grimace thrive attention adulation stir
Preening peacock flesh energy drink toy napkin separate feed
survival unfortunately human interfere plan force nothing red
blue same luminous quality early Sanctuary voice shriek
invisible ring help appear more anything good lamb kind tug
bar nearly strong easy melt capitulation shove first snow
genuinely amuse Cuff other bat Billy stand front catch chin
immune Willy charm door close realization sink Demons
member select group club kid back milk carton too late van
heat presumably pleasant dine icy cold light outgrow childhood
dark darkness empower muster spark save life friend betray
doubt unwittingly mercy difficult guess chapter end twenty
minute half bile rise throat miss large drain set center sign
captor cast frantically escape surely narrow calculation regard
Master taunt abduction mere coincidence index finger prince
abide understand Great nod mute call Julian sweet follow finish
Brendan Jenny together Selene motion coldly beautiful guard
forward prettie wardrobe bathe leave Azuul necessity Sanguine
marriage sustain recall Sanguines shudder bear creature
painting ethereal associate correct brilliant silvery glitter Vigee
LeBrun remarkable job incandescent frame curved brow thick
sooty black lash delicate nose Elise survive always frown
punishment Annalise croon embrace denial chain Forever kill
movie book stake heart decapitation sometimes fire kernal
suddenly stroke realize seriously grievously estimate strength
furious anger which kindle snuff Gone reverent swallow tear
next ever again bride constrict chest love doom live turn
seventeen Sentinel enough count eleven coven two Ka Ramun
seven MacKay name also every prize both fighting increase
deflate balloon desert slump daze bone gore second tick sit
rest column peek cheer equal number dead find continue inch
mid air fight happen show chide final maul once fury palpable
wave hot bitter hatred Anna darkly long corridor ride standing
dad course learn hard mirror far street house edge topple
chasm pant tremble sense wolf coat blend night surround free
note hysteria ask nervous part freak alien origin probably lot

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Becca Fitzpatrick |

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

**_KeywordForThisPairComparison**

> vampire

**Comparison Author's Lexical Overlap Rate**

> 1.78117048

mother Marcheline Rachel dress edgy classy victorian easily envision similarly quite otherwise cursed ground major problem curious protection weld personal body inner whisper ear opportunity specific Clan chuckle deep steel inevitable ruin compromise gently squeeze wrap tow hold soon smile Sentinels table prickling spine male jerk surprise frantic coy care frighten capable ahead confrontation secret arouse suspicion stick fine insist worried still watch move okay run already girl prophecy color spirit family mom aunt bother layer lie unravel command precisely resolve away drill angry raise exactly relate intuit thought skitter wildly coo cheek particularly contain lose control third birth apparently painfully snowy leap tooth gray hamstring spurt gush later manage successfully wear most disgusted try D breathe lunge hat jaunty feather elegantly dangerous pirate heighten Hood costume today bring home order Dooley cool sure provocative M actually kiss stomach cramp nervousness freeze unable chilly mutter last quietly punk real people invitation man grin humor fasten arch feline ecstasy put horror burst joke soul sucker incubus succubus Incubi succubi b pretend adventure gloaming Marchalene Marchelene cruel slowly crumple cry female hope bet rare vintage lick A sheep single file hop vacant maybe appetizing cousin anxiety figure panic block believe outnumber flood recognize Hulk dozen odd clearly dagger hang belt bejewel star Halloween vain attempt capture image Dozens Roman Brynne sheer remember ward express disapproval person

**TargetAuthor**

> Lynne Freeman

**ComparisonAuthor**

> Becca Fitzpatrick

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**　　　　　**10**

**_KeywordForThisPairComparison**　　`vampire`

**Comparison Author's Lexical Overlap Rate**　　`32.4427481`

**TargetAuthor**　　`Lynne Freeman`

**CountOfKeyWordInAuthorDoc**　　`143`

**CountV.LexClusterListUnique**　　`786`

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**ComparisonAuthor**　　`Cassandra Clare`

**CountOfKeyWordInAuthorDoc**　　`75`

**CountV.LexClusterListUnique**　　`762`

**LexCluster Unique Words   in Running Text Format**

course more than one thing mean everything always be tell do exist werewolf faerie ghost monster shape size intention fact world previously hide story true set write City Bones love warlock also mythological tale angel demon fascinate Paradise Faeries part Warlocks offspring human bear disease want create universe myth folklore dovetail every tentacle startled octopus elaborate facial tattoo big metal bar ear lip hunter push wooden bend easily blade grass sideways fake folk Clary shake head stop there suppose zombie Jace inform base mundane think s feather absently downworlder share Shadow live uneasy peace Fair Hodge say Lilith child half parent power strong too Vampires result bring home dimension Most humanitarian ground real intent look Simon face stuff gnaw low hear kill lie elf eight inch tall point bite hot right vampire babe worry moment lunge porch throttle senseless gently take stele pocket put door watch resentment amount suspect ever go make piece work talk mermaid turn pass smile show white tooth sharp welcome Glass voice find sound recite word textbook evil maybe exasperate same belong here come get whole hunt exactly people drink blood allow feed interject Alec which poisonous bless iron case run unfriendly hate both strength rune carve pack kick hunting vein queasy sense something organic bike bio creature Giger painting motorcycle join Isabelle side frown alter energy explain use let fast night strictly Covenant fly long pointed canine stare fascination way imagine fang thin needle swear wolf man feud decide sabotage

**TargetAuthor**　　`Lynne Freeman`

**ComparisonAuthor**　　`Cassandra Clare`

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    11

**_KeywordForThisPairComparison**   | vampire |

**Comparison Author's Lexical Overlap Rate**   | 32.4427481 |

naturally vampish grimace thrive attention adulation stir Preening peacock flesh energy drink toy napkin separate feed survival unfortunately human interfere plan force nothing red blue same luminous quality early Sanctuary voice shriek invisible ring help appear more anything good lamb kind tug bar nearly strong easy melt capitulation shove first snow genuinely amuse Cuff other bat Billy stand front catch chin immune Willy charm door close realization sink Demons member select group club kid back milk carton too late van heat presumably pleasant dine icy cold light outgrow childhood dark darkness empower muster spark save life friend betray doubt unwittingly mercy difficult guess chapter end twenty minute half bile rise throat miss large drain set center sign captor cast frantically escape surely narrow calculation regard Master taunt abduction mere coincidence index finger prince abide understand Great nod mute call Julian sweet follow finish Brendan Jenny together Selene motion coldly beautiful guard forward prettie wardrobe bathe leave Azuul necessity Sanguine marriage sustain recall Sanguines shudder bear creature painting ethereal associate correct brilliant silvery glitter Vigee LeBrun remarkable job incandescent frame curved brow thick sooty black lash delicate nose Elise survive always frown punishment Annalise croon embrace denial chain Forever kill movie book stake heart decapitation sometimes fire kernal suddenly stroke realize seriously grievously estimate strength furious anger which kindle snuff Gone reverent swallow tear next ever again bride constrict chest love doom live turn seventeen Sentinel enough count eleven coven two Ka Ramun seven MacKay name also every prize both fighting increase deflate balloon desert slump daze bone gore second tick sit rest column peek cheer equal number dead find continue inch mid air fight happen show chide final maul once fury palpable wave hot bitter hatred Anna darkly long corridor ride standing dad course learn hard mirror far street house edge topple chasm pant tremble sense wolf coat blend night surround free note hysteria ask nervous part freak alien origin probably lot

guest therefore offer winsome responsibility roar rage jab finger Magnus try glitter coat index twitch just fraction slightly almost move Mid gag clutch throat mouth wear lazily jolt surprise vertical slit pupil cat now splay hand smartly someone grab shoulder spin march back crowd sick place tight knot shout recognizable pallor skin dead blackness hair dye possibly hard yelp away brush backpack see stake earring grin hey pretty bag Holy water conjure genie A sarcastic blond bad attitude Oooh Shadowhunter Scary wink melt such prima donnas sigh doorway honestly know party Shadowhunters wait warehouse lean stairway rail stalk break curse faint stand little quiet impossible please drop fine kid uptown lair leave brown rat figure calmly enough alert apartment Forsaken rather anywhere else need good idea pray first weapon tersely regularly scene favorite anime series church monstrous priest feel safe strange seem loom window board bricke oh finish catch indicate upper floor building once clearly flatly Dog bone closely trash rarely picture swallow nausea least spark pavement line pay chico eternal life boy expressionless name Raphael spit eye full everyone neighborhood stay call police problem ask anyone speak slowly belt hold light emanate hollow cheekbone plenty heart beat still die inhale sharply Spanish luxurious persian carpet cling blossom furry mold missing stair baffle finally unharmed tuck laundry Maids carry linen thought Stairs nowhere dry dust nothing bright excited glance actually pale reverie laugh shakily anyway Upstairs probably high sleep bat nearly sunrise puppet step firefly dark balcony fill row red stretched bemusedly downward breathe short quick pant desire shove knife wipe forever warningly time cry surprised pain fling arm companion recognize another blue haired asian girl silver foil skirt wonder ugly fat trespassing Idris rule stead observe silence hang railing stead Lily hiss disapproval Jacob propose trade tonight friend raise eyebrow add narrow ordinary give own yes context start blink black dreadlock front hamper fear dislodge clung paw scream booted toe connect whip forward glow seraph begin pull edge

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Cassandra Clare |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** **12**

**_KeywordForThisPairComparison** | vampire

**Comparison Author's Lexical Overlap Rate** | 32.4427481

mother Marcheline Rachel dress edgy classy victorian easily envision similarly quite otherwise cursed ground major problem curious protection weld personal body inner whisper ear opportunity specific Clan chuckle deep steel inevitable ruin compromise gently squeeze wrap tow hold soon smile Sentinels table prickling spine male jerk surprise frantic coy care frighten capable ahead confrontation secret arouse suspicion stick fine insist worried still watch move okay run already girl prophecy color spirit family mom aunt bother layer lie unravel command precisely resolve away drill angry raise exactly relate intuit thought skitter wildly coo cheek particularly contain lose control third birth apparently painfully snowy leap tooth gray hamstring spurt gush later manage successfully wear most disgusted try D breathe lunge hat jaunty feather elegantly dangerous pirate heighten Hood costume today bring home order Dooley cool sure provocative M actually kiss stomach cramp nervousness freeze unable chilly mutter last quietly punk real people invitation man grin humor fasten arch feline ecstasy put horror burst joke soul sucker incubus succubus Incubi succubi b pretend adventure gloaming Marchalene Marchelene cruel slowly crumple cry female hope bet rare vintage lick A sheep single file hop vacant maybe appetizing cousin anxiety figure panic block believe outnumber flood recognize Hulk dozen odd clearly dagger hang belt bejewel star Halloween vain attempt capture image Dozens Roman Brynne sheer remember ward express disapproval person

wince sweep scalded stream curl incisor glare teem mass mill confusion seize trespasser walk other glide swoop flap smash marble litter circle glimmering cast situation hurl air fall screech gash sizzle stagger surge close hilt dagger cold free explode inward shower broken barely length whirl astonishment shock mingle terror shattered Wolves crouch snarling stun wound shirt nonexistent Moon Children whisper forbid indignant strike square chest two writhing snarl tangle answering howl charge meet center ballroom noise soundtrack whistle really exceptionally sympathy pin corner churn body burst open crash tear hinge pour gap race roof straight predatory jerk hurtle diamond sky cluster hotel surround again confidently excellent driver Belatedly recollect guy Deftly steer stoplight process green draw prop tablet knee idle scribble detail crumble facade fange gargoyle bulge empty street single lamppost yellow pool mind weird wind joke happen freak jewish star David chop liver check eighteen dollar ? drunk shrink potion urge chew gum wrapper giggle awful flicker remember happy day Jocelyn send message covertly age old enemy wolfkind warn Valentine plan bid prepare battle together Nephilim Park court midsummer evening club downtown dance Pandemonium alley Chinatown slunk

**TargetAuthor** | Lynne Freeman

**ComparisonAuthor** | Cassandra Clare

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   **13**

**_KeywordForThisPairComparison**   | vampire |

**Comparison Author's Lexical Overlap Rate**   | 6.36132316 |

**TargetAuthor**   | Lynne Freeman |

**CountOfKeyWordInAuthorDoc**   | 143 |

**CountV.LexClusterListUnique**   | 786 |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**ComparisonAuthor**   | Kami Garcia |

**CountOfKeyWordInAuthorDoc**   | 7 |

**CountV.LexClusterListUnique**   | 115 |

**LexCluster Unique Words   in Running Text Format**

night sleep old sofa study day be mom die last April Aunt Caroline say stay spring probably miss chance see tomorrow there Seer read chicken bone swamp summon spirit dead ancestor dad act seem nothing too unbelievable Gatlin funny live somewhere whole page single word then understand book father writer madman bend hand knee go sick come Lena explanation tip tongue complicated uncomplicate climb window middle kind perv both which mortal everything black white Hunter life Dark Caster flinch one most certainly look annoyed such common phrase cliché unflattering thing suppose believe werewolf alien blame television inhale deeply cigar hate disappoint chair awhile remember stand find mythological creature suspect real Demon choose feed blood dream

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**    **14**

**_KeywordForThisPairComparison**    | vampire |

**Comparison Author's Lexical Overlap Rate**    | 6.36132316 |

naturally vampish grimace thrive attention adulation stir Preening peacock flesh energy drink toy napkin separate feed survival unfortunately human interfere plan force nothing red blue same luminous quality early Sanctuary voice shriek invisible ring help appear more anything good lamb kind tug bar nearly strong easy melt capitulation shove first snow genuinely amuse Cuff other bat Billy stand front catch chin immune Willy charm door close realization sink Demons member select group club kid back milk carton too late van heat presumably pleasant dine icy cold light outgrow childhood dark darkness empower muster spark save life friend betray doubt unwittingly mercy difficult guess chapter end twenty minute half bile rise throat miss large drain set center sign captor cast frantically escape surely narrow calculation regard Master taunt abduction mere coincidence index finger prince abide understand Great nod mute call Julian sweet follow finish Brendan Jenny together Selene motion coldly beautiful guard forward prettie wardrobe bathe leave Azuul necessity Sanguine marriage sustain recall Sanguines shudder bear creature painting ethereal associate correct brilliant silvery glitter Vigee LeBrun remarkable job incandescent frame curved brow thick sooty black lash delicate nose Elise survive always frown punishment Annalise croon embrace denial chain Forever kill movie book stake heart decapitation sometimes fire kernal suddenly stroke realize seriously grievously estimate strength furious anger which kindle snuff Gone reverent swallow tear next ever again bride constrict chest love doom live turn seventeen Sentinel enough count eleven coven two Ka Ramun seven MacKay name also every prize both fighting increase deflate balloon desert slump daze bone gore second tick sit rest column peek cheer equal number dead find continue inch mid air fight happen show chide final maul once fury palpable wave hot bitter hatred Anna darkly long corridor ride standing dad course learn hard mirror far street house edge topple chasm pant tremble sense wolf coat blend night surround free note hysteria ask nervous part freak alien origin probably lot

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **15**

**_KeywordForThisPairComparison**

vampire

**Comparison
Author's
Lexical Overlap Rate**

6.36132316

mother Marcheline Rachel dress edgy classy victorian easily
envision similarly quite otherwise cursed ground major
problem curious protection weld personal body inner whisper
ear opportunity specific Clan chuckle deep steel inevitable ruin
compromise gently squeeze wrap tow hold soon smile
Sentinels table prickling spine male jerk surprise frantic coy
care frighten capable ahead confrontation secret arouse
suspicion stick fine insist worried still watch move okay run
already girl prophecy color spirit family mom aunt bother layer
lie unravel command precisely resolve away drill angry raise
exactly relate intuit thought skitter wildly coo cheek
particularly contain lose control third birth apparently painfully
snowy leap tooth gray hamstring spurt gush later manage
successfully wear most disgusted try D breathe lunge hat
jaunty feather elegantly dangerous pirate heighten Hood
costume today bring home order Dooley cool sure provocative
M actually kiss stomach cramp nervousness freeze unable
chilly mutter last quietly punk real people invitation man grin
humor fasten arch feline ecstasy put horror burst joke soul
sucker incubus succubus Incubi succubi b pretend adventure
gloaming Marchalene Marchelene cruel slowly crumple cry
female hope bet rare vintage lick A sheep single file hop
vacant maybe appetizing cousin anxiety figure panic block
believe outnumber flood recognize Hulk dozen odd clearly
dagger hang belt bejewel star Halloween vain attempt capture
image Dozens Roman Brynne sheer remember ward express
disapproval person

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

Kami Garcia

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          16

_KeywordForThisPairComparison        | vampire |

Comparison
Author's
Lexical Overlap Rate        | 0 |

**TargetAuthor**     | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 143 |

CountV.LexClusterListUnique    | 786 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**     | Lauren Kate |

CountOfKeyWordInAuthorDoc    | 0 |

CountV.LexClusterListUnique    |   |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **17**

**_KeywordForThisPairComparison**     | vampire |

**Comparison Author's Lexical Overlap Rate**     | 0 |

naturally vampish grimace thrive attention adulation stir
Preening peacock flesh energy drink toy napkin separate feed
survival unfortunately human interfere plan force nothing red
blue same luminous quality early Sanctuary voice shriek
invisible ring help appear more anything good lamb kind tug
bar nearly strong easy melt capitulation shove first snow
genuinely amuse Cuff other bat Billy stand front catch chin
immune Willy charm door close realization sink Demons
member select group club kid back milk carton too late van
heat presumably pleasant dine icy cold light outgrow childhood
dark darkness empower muster spark save life friend betray
doubt unwittingly mercy difficult guess chapter end twenty
minute half bile rise throat miss large drain set center sign
captor cast frantically escape surely narrow calculation regard
Master taunt abduction mere coincidence index finger prince
abide understand Great nod mute call Julian sweet follow finish
Brendan Jenny together Selene motion coldly beautiful guard
forward prettie wardrobe bathe leave Azuul necessity Sanguine
marriage sustain recall Sanguines shudder bear creature
painting ethereal associate correct brilliant silvery glitter Vigee
LeBrun remarkable job incandescent frame curved brow thick
sooty black lash delicate nose Elise survive always frown
punishment Annalise croon embrace denial chain Forever kill
movie book stake heart decapitation sometimes fire kernal
suddenly stroke realize seriously grievously estimate strength
furious anger which kindle snuff Gone reverent swallow tear
next ever again bride constrict chest love doom live turn
seventeen Sentinel enough count eleven coven two Ka Ramun
seven MacKay name also every prize both fighting increase
deflate balloon desert slump daze bone gore second tick sit
rest column peek cheer equal number dead find continue inch
mid air fight happen show chide final maul once fury palpable
wave hot bitter hatred Anna darkly long corridor ride standing
dad course learn hard mirror far street house edge topple
chasm pant tremble sense wolf coat blend night surround free
note hysteria ask nervous part freak alien origin probably lot

**TargetAuthor**     | Lynne Freeman |

**ComparisonAuthor**     | Lauren Kate |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **18**

**_KeywordForThisPairComparison**   | vampire |

**Comparison Author's Lexical Overlap Rate**   | 0 |

mother Marcheline Rachel dress edgy classy victorian easily
envision similarly quite otherwise cursed ground major
problem curious protection weld personal body inner whisper
ear opportunity specific Clan chuckle deep steel inevitable ruin
compromise gently squeeze wrap tow hold soon smile
Sentinels table prickling spine male jerk surprise frantic coy
care frighten capable ahead confrontation secret arouse
suspicion stick fine insist worried still watch move okay run
already girl prophecy color spirit family mom aunt bother layer
lie unravel command precisely resolve away drill angry raise
exactly relate intuit thought skitter wildly coo cheek
particularly contain lose control third birth apparently painfully
snowy leap tooth gray hamstring spurt gush later manage
successfully wear most disgusted try D breathe lunge hat
jaunty feather elegantly dangerous pirate heighten Hood
costume today bring home order Dooley cool sure provocative
M actually kiss stomach cramp nervousness freeze unable
chilly mutter last quietly punk real people invitation man grin
humor fasten arch feline ecstasy put horror burst joke soul
sucker incubus succubus Incubi succubi b pretend adventure
gloaming Marchalene Marchelene cruel slowly crumple cry
female hope bet rare vintage lick A sheep single file hop
vacant maybe appetizing cousin anxiety figure panic block
believe outnumber flood recognize Hulk dozen odd clearly
dagger hang belt bejewel star Halloween vain attempt capture
image Dozens Roman Brynne sheer remember ward express
disapproval person

**TargetAuthor**   | Lynne Freeman |          **ComparisonAuthor**   | Lauren Kate |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **19**

**_KeywordForThisPairComparison**   | vampire |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

**CountOfKeyWordInAuthorDoc**   | 143 |

**CountV.LexClusterListUnique**   | 786 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | LJ Smith |

**CountOfKeyWordInAuthorDoc**   | 0 |

**CountV.LexClusterListUnique**   |  |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | LJ Smith |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**     20

**_KeywordForThisPairComparison**     | vampire |

**Comparison Author's Lexical Overlap Rate**     | 0 |

naturally vampish grimace thrive attention adulation stir Preening peacock flesh energy drink toy napkin separate feed survival unfortunately human interfere plan force nothing red blue same luminous quality early Sanctuary voice shriek invisible ring help appear more anything good lamb kind tug bar nearly strong easy melt capitulation shove first snow genuinely amuse Cuff other bat Billy stand front catch chin immune Willy charm door close realization sink Demons member select group club kid back milk carton too late van heat presumably pleasant dine icy cold light outgrow childhood dark darkness empower muster spark save life friend betray doubt unwittingly mercy difficult guess chapter end twenty minute half bile rise throat miss large drain set center sign captor cast frantically escape surely narrow calculation regard Master taunt abduction mere coincidence index finger prince abide understand Great nod mute call Julian sweet follow finish Brendan Jenny together Selene motion coldly beautiful guard forward prettie wardrobe bathe leave Azuul necessity Sanguine marriage sustain recall Sanguines shudder bear creature painting ethereal associate correct brilliant silvery glitter Vigee LeBrun remarkable job incandescent frame curved brow thick sooty black lash delicate nose Elise survive always frown punishment Annalise croon embrace denial chain Forever kill movie book stake heart decapitation sometimes fire kernal suddenly stroke realize seriously grievously estimate strength furious anger which kindle snuff Gone reverent swallow tear next ever again bride constrict chest love doom live turn seventeen Sentinel enough count eleven coven two Ka Ramun seven MacKay name also every prize both fighting increase deflate balloon desert slump daze bone gore second tick sit rest column peek cheer equal number dead find continue inch mid air fight happen show chide final maul once fury palpable wave hot bitter hatred Anna darkly long corridor ride standing dad course learn hard mirror far street house edge topple chasm pant tremble sense wolf coat blend night surround free note hysteria ask nervous part freak alien origin probably lot

**TargetAuthor**     | Lynne Freeman |

**ComparisonAuthor**     | LJ Smith |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   21

**_KeywordForThisPairComparison**

vampire

**Comparison Author's Lexical Overlap Rate**

0

mother Marcheline Rachel dress edgy classy victorian easily envision similarly quite otherwise cursed ground major problem curious protection weld personal body inner whisper ear opportunity specific Clan chuckle deep steel inevitable ruin compromise gently squeeze wrap tow hold soon smile Sentinels table prickling spine male jerk surprise frantic coy care frighten capable ahead confrontation secret arouse suspicion stick fine insist worried still watch move okay run already girl prophecy color spirit family mom aunt bother layer lie unravel command precisely resolve away drill angry raise exactly relate intuit thought skitter wildly coo cheek particularly contain lose control third birth apparently painfully snowy leap tooth gray hamstring spurt gush later manage successfully wear most disgusted try D breathe lunge hat jaunty feather elegantly dangerous pirate heighten Hood costume today bring home order Dooley cool sure provocative M actually kiss stomach cramp nervousness freeze unable chilly mutter last quietly punk real people invitation man grin humor fasten arch feline ecstasy put horror burst joke soul sucker incubus succubus Incubi succubi b pretend adventure gloaming Marchalene Marchelene cruel slowly crumple cry female hope bet rare vintage lick A sheep single file hop vacant maybe appetizing cousin anxiety figure panic block believe outnumber flood recognize Hulk dozen odd clearly dagger hang belt bejewel star Halloween vain attempt capture image Dozens Roman Brynne sheer remember ward express disapproval person

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

LJ Smith

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **22**

_KeywordForThisPairComparison          vampire

Comparison Author's Lexical Overlap Rate          0

**TargetAuthor**          Lynne Freeman

CountOfKeyWordInAuthorDoc          143

CountV.LexClusterListUnique          786

LexCluster Unique Words   in Running Text Format

**ComparisonAuthor**          Maggie Stiefvater

CountOfKeyWordInAuthorDoc          0

CountV.LexClusterListUnique

LexCluster Unique Words   in Running Text Format

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**TargetAuthor**          Lynne Freeman

**ComparisonAuthor**          Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                              **23**

**_KeywordForThisPairComparison**   | vampire |

**Comparison Author's Lexical Overlap Rate**   | 0 |

naturally vampish grimace thrive attention adulation stir
Preening peacock flesh energy drink toy napkin separate feed
survival unfortunately human interfere plan force nothing red
blue same luminous quality early Sanctuary voice shriek
invisible ring help appear more anything good lamb kind tug
bar nearly strong easy melt capitulation shove first snow
genuinely amuse Cuff other bat Billy stand front catch chin
immune Willy charm door close realization sink Demons
member select group club kid back milk carton too late van
heat presumably pleasant dine icy cold light outgrow childhood
dark darkness empower muster spark save life friend betray
doubt unwittingly mercy difficult guess chapter end twenty
minute half bile rise throat miss large drain set center sign
captor cast frantically escape surely narrow calculation regard
Master taunt abduction mere coincidence index finger prince
abide understand Great nod mute call Julian sweet follow finish
Brendan Jenny together Selene motion coldly beautiful guard
forward prettie wardrobe bathe leave Azuul necessity Sanguine
marriage sustain recall Sanguines shudder bear creature
painting ethereal associate correct brilliant silvery glitter Vigee
LeBrun remarkable job incandescent frame curved brow thick
sooty black lash delicate nose Elise survive always frown
punishment Annalise croon embrace denial chain Forever kill
movie book stake heart decapitation sometimes fire kernal
suddenly stroke realize seriously grievously estimate strength
furious anger which kindle snuff Gone reverent swallow tear
next ever again bride constrict chest love doom live turn
seventeen Sentinel enough count eleven coven two Ka Ramun
seven MacKay name also every prize both fighting increase
deflate balloon desert slump daze bone gore second tick sit
rest column peek cheer equal number dead find continue inch
mid air fight happen show chide final maul once fury palpable
wave hot bitter hatred Anna darkly long corridor ride standing
dad course learn hard mirror far street house edge topple
chasm pant tremble sense wolf coat blend night surround free
note hysteria ask nervous part freak alien origin probably lot

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Maggie Stiefvater |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 24

**_KeywordForThisPairComparison**

vampire

**Comparison Author's Lexical Overlap Rate**

0

mother Marcheline Rachel dress edgy classy victorian easily envision similarly quite otherwise cursed ground major problem curious protection weld personal body inner whisper ear opportunity specific Clan chuckle deep steel inevitable ruin compromise gently squeeze wrap tow hold soon smile Sentinels table prickling spine male jerk surprise frantic coy care frighten capable ahead confrontation secret arouse suspicion stick fine insist worried still watch move okay run already girl prophecy color spirit family mom aunt bother layer lie unravel command precisely resolve away drill angry raise exactly relate intuit thought skitter wildly coo cheek particularly contain lose control third birth apparently painfully snowy leap tooth gray hamstring spurt gush later manage successfully wear most disgusted try D breathe lunge hat jaunty feather elegantly dangerous pirate heighten Hood costume today bring home order Dooley cool sure provocative M actually kiss stomach cramp nervousness freeze unable chilly mutter last quietly punk real people invitation man grin humor fasten arch feline ecstasy put horror burst joke soul sucker incubus succubus Incubi succubi b pretend adventure gloaming Marchalene Marchelene cruel slowly crumple cry female hope bet rare vintage lick A sheep single file hop vacant maybe appetizing cousin anxiety figure panic block believe outnumber flood recognize Hulk dozen odd clearly dagger hang belt bejewel star Halloween vain attempt capture image Dozens Roman Brynne sheer remember ward express disapproval person

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**     **25**

**_KeywordForThisPairComparison**     | vampire |

**Comparison Author's Lexical Overlap Rate**     | 14.2493639 |

**TargetAuthor**     | Lynne Freeman |

**CountOfKeyWordInAuthorDoc**     | 143 |

**CountV.LexClusterListUnique**     | 786 |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**ComparisonAuthor**     | Richelle Mead |

**CountOfKeyWordInAuthorDoc**     | 16 |

**CountV.LexClusterListUnique**     | 251 |

**LexCluster Unique Words   in Running Text Format**

oddly rest feature pretty face pale blond hair look more angel than tooth near bare skin feel heart race mix fear anticipation always hate be addicted do want help way recall bliss rush s bite Lissa finish return common move lunch line short fifteen class fall silent Moroi wield elemental magic one thing differentiate live Strigoi dead vampire view gift part soul connect world long time ago yup find em party stuff fix something really get most already waste remember anyway vague detail joke funny completely forget Christian matter happen basic truth remain same alive undead mortal say tell anyone blurt need just remind feeder addict accept life still else especially dhampir let together another genetic oddity kid come standard half human gene whom reproduce stay close intermingle likewise become system develop Dhampirs work make great warrior inherit enhanced sense reflex strength endurance also limit blood trouble sunlight gasp raise open surprise moment barely breathe pleasure fill wonder then old taboo kick sex marsh A moon cast tiny sliver light enough see pass bottle back forth grill Aaron fesse two weekend start stair follow walk quad silence impose dorm night which mean daytime Mid afternoon sun shine cold golden go hour window van tint glass filter keep bad away nine people group Victor Natalie Camille Dimitri three other guardian nod wow bring own neck mouth kiss gently graze different every bit thrilling worry will lot someday opinion split place argue big city good allow lose crowd nocturnal activity attention family apparently

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    26

**_KeywordForThisPairComparison**    | vampire |

Comparison
Author's
Lexical Overlap Rate    | 14.2493639 |

naturally vampish grimace thrive attention adulation stir
Preening peacock flesh energy drink toy napkin separate feed
survival unfortunately human interfere plan force nothing red
blue same luminous quality early Sanctuary voice shriek
invisible ring help appear more anything good lamb kind tug
bar nearly strong easy melt capitulation shove first snow
genuinely amuse Cuff other bat Billy stand front catch chin
immune Willy charm door close realization sink Demons
member select group club kid back milk carton too late van
heat presumably pleasant dine icy cold light outgrow childhood
dark darkness empower muster spark save life friend betray
doubt unwittingly mercy difficult guess chapter end twenty
minute half bile rise throat miss large drain set center sign
captor cast frantically escape surely narrow calculation regard
Master taunt abduction mere coincidence index finger prince
abide understand Great nod mute call Julian sweet follow finish
Brendan Jenny together Selene motion coldly beautiful guard
forward prettie wardrobe bathe leave Azuul necessity Sanguine
marriage sustain recall Sanguines shudder bear creature
painting ethereal associate correct brilliant silvery glitter Vigee
LeBrun remarkable job incandescent frame curved brow thick
sooty black lash delicate nose Elise survive always frown
punishment Annalise croon embrace denial chain Forever kill
movie book stake heart decapitation sometimes fire kernal
suddenly stroke realize seriously grievously estimate strength
furious anger which kindle snuff Gone reverent swallow tear
next ever again bride constrict chest love doom live turn
seventeen Sentinel enough count eleven coven two Ka Ramun
seven MacKay name also every prize both fighting increase
deflate balloon desert slump daze bone gore second tick sit
rest column peek cheer equal number dead find continue inch
mid air fight happen show chide final maul once fury palpable
wave hot bitter hatred Anna darkly long corridor ride standing
dad course learn hard mirror far street house edge topple
chasm pant tremble sense wolf coat blend night surround free
note hysteria ask nervous part freak alien origin probably lot

**TargetAuthor**    | Lynne Freeman |          **ComparisonAuthor**    | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          27

**_KeywordForThisPairComparison**

vampire

**Comparison Author's Lexical Overlap Rate**

14.2493639

mother Marcheline Rachel dress edgy classy victorian easily
envision similarly quite otherwise cursed ground major
problem curious protection weld personal body inner whisper
ear opportunity specific Clan chuckle deep steel inevitable ruin
compromise gently squeeze wrap tow hold soon smile
Sentinels table prickling spine male jerk surprise frantic coy
care frighten capable ahead confrontation secret arouse
suspicion stick fine insist worried still watch move okay run
already girl prophecy color spirit family mom aunt bother layer
lie unravel command precisely resolve away drill angry raise
exactly relate intuit thought skitter wildly coo cheek
particularly contain lose control third birth apparently painfully
snowy leap tooth gray hamstring spurt gush later manage
successfully wear most disgusted try D breathe lunge hat
jaunty feather elegantly dangerous pirate heighten Hood
costume today bring home order Dooley cool sure provocative
M actually kiss stomach cramp nervousness freeze unable
chilly mutter last quietly punk real people invitation man grin
humor fasten arch feline ecstasy put horror burst joke soul
sucker incubus succubus Incubi succubi b pretend adventure
gloaming Marchalene Marchelene cruel slowly crumple cry
female hope bet rare vintage lick A sheep single file hop
vacant maybe appetizing cousin anxiety figure panic block
believe outnumber flood recognize Hulk dozen odd clearly
dagger hang belt bejewel star Halloween vain attempt capture
image Dozens Roman Brynne sheer remember ward express
disapproval person

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

Richelle Mead

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    28

**_KeywordForThisPairComparison**   `vampire`

**Comparison Author's Lexical Overlap Rate**   `25.9541985`

**TargetAuthor**   `Lynne Freeman`

CountOfKeyWordInAuthorDoc   `143`

CountV.LexClusterListUnique   `786`

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   `Stephanie Meyer`

CountOfKeyWordInAuthorDoc   `42`

CountV.LexClusterListUnique   `527`

**LexCluster Unique Words   in Running Text Format**

| TargetAuthor (Lynne Freeman) | ComparisonAuthor (Stephanie Meyer) |
|---|---|
| cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true | be cold one smile darkly blood drinker reply chilling voice people call stare rough surf answer sure face expose goose bump laugh delightedly tooth sharp point Trust purr take another step wolf launch space fang aim jugular scream wrench upright bed sudden movement headphone pull cd make favorite search engine shoot more pop - then type word infuriatingly long time course result come there lot sift everything play game underground metal gothic cosmetic company find promising site z wait impatiently load quickly click close ad flash screen finally figure terrible dreaded abhor yet dight such fearful fascination ghost demon partake dark nature possess mysterious quality both Rev Montague Summers world attest account nothing lack official report affidavit know surgeon priest magistrate judicial proof most complete believe Rousseau rest alphabetize listing different myth vampire hold first Danag filipino supposedly responsible plant taro island ago continue work human read carefully description look anything sound familiar let alone plausible seem center beautiful woman child victim also construct create explain other Stregoni benefici last brief sentence italian say side goodness mortal enemy evil relief small entry hundred claim existence good overall little coincide Jacob s story own observation remember number scary movie see back today reading daytime sun burn cinder sleep coffin day night aggravate snap thing properly irritation feel overwhelming embarrassment stupid sit room research wrong decide blame |

**TargetAuthor**   `Lynne Freeman`          **ComparisonAuthor**   `Stephanie Meyer`

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**     29

_KeywordForThisPairComparison     | vampire |

Comparison
Author's
Lexical Overlap Rate     | 25.9541985 |

naturally vampish grimace thrive attention adulation stir Preening peacock flesh energy drink toy napkin separate feed survival unfortunately human interfere plan force nothing red blue same luminous quality early Sanctuary voice shriek invisible ring help appear more anything good lamb kind tug bar nearly strong easy melt capitulation shove first snow genuinely amuse Cuff other bat Billy stand front catch chin immune Willy charm door close realization sink Demons member select group club kid back milk carton too late van heat presumably pleasant dine icy cold light outgrow childhood dark darkness empower muster spark save life friend betray doubt unwittingly mercy difficult guess chapter end twenty minute half bile rise throat miss large drain set center sign captor cast frantically escape surely narrow calculation regard Master taunt abduction mere coincidence index finger prince abide understand Great nod mute call Julian sweet follow finish Brendan Jenny together Selene motion coldly beautiful guard forward prettie wardrobe bathe leave Azuul necessity Sanguine marriage sustain recall Sanguines shudder bear creature painting ethereal associate correct brilliant silvery glitter Vigee LeBrun remarkable job incandescent frame curved brow thick sooty black lash delicate nose Elise survive always frown punishment Annalise croon embrace denial chain Forever kill movie book stake heart decapitation sometimes fire kernal suddenly stroke realize seriously grievously estimate strength furious anger which kindle snuff Gone reverent swallow tear next ever again bride constrict chest love doom live turn seventeen Sentinel enough count eleven coven two Ka Ramun seven MacKay name also every prize both fighting increase deflate balloon desert slump daze bone gore second tick sit rest column peek cheer equal number dead find continue inch mid air fight happen show chide final maul once fury palpable wave hot bitter hatred Anna darkly long corridor ride standing dad course learn hard mirror far street house edge topple chasm pant tremble sense wolf coat blend night surround free note hysteria ask nervous part freak alien origin probably lot

belong doorstep town Forks entire sodden Olympic go everyone think tell villain dangerous Cullens something possibility rational justification place front incredulous eye now important question do true Edward hardly involve someone else definitely silver Volvo park street crash unreliable stomp southerly direction glass shop promise get old legend try scare hesitate realize whisper knuckle tighten convulsively wheel immediately unconsciousness certainty become evident three absolutely positive Second part potent thirst third almost hope kid listen right unbelievable want run save life monster here hard wear doubt etiquette book detail dress sweetheart home meet family shy away intentionally end skirt already ask worried head houseful will approve correct hide surprise casual use religion very strongly reality lead hunt witch werewolf grow still notice pause innocent exist persistent clever than father actually discover coven live sewer city just demand watch clarify baseball roll american pastime mock solemnity begin drizzle relaxed slight french accent Laurent Victoria James gesture Carlisle This Emmett Jasper Rosalie Esme Alice Bella cross bridge river kill glance unreadable suddenly harsh way tear truth earnest deliberate moment mean catch guard quiet expression ambivalent ruin fun happen once oh age prey escape stupidly fond choice too weak friend steal asylum understand obsession form soon free safe pain poor shock treatment open strong fresh youth new reason touch sigh destroy vengeance breathe panic interest soothe mom recover attack fall two flight stair window admit deeply ache rib afraid needle mutter breath shake sadistic intent torture death problem IV hand uncomprehendingly stick Florida able real quite grave stay somewhere preoccupy learn careful thought clearly idea fill mechanic conversion surprised infuriate nostril flare mouth chisel stone warn black again dare frightening help weight shuffle wobble foot forward enough present dance floor wide gap couple whirl door massacre unsuspecting townsfolk conspiratorially fit scheme glare reluctantly buy ticket turn

**TargetAuthor**     | Lynne Freeman |

**ComparisonAuthor**     | Stephanie Meyer |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **30**

**_KeywordForThisPairComparison**          vampire

**Comparison Author's Lexical Overlap Rate**          25.9541985

mother Marcheline Rachel dress edgy classy victorian easily
envision similarly quite otherwise cursed ground major
problem curious protection weld personal body inner whisper
ear opportunity specific Clan chuckle deep steel inevitable ruin
compromise gently squeeze wrap tow hold soon smile
Sentinels table prickling spine male jerk surprise frantic coy
care frighten capable ahead confrontation secret arouse
suspicion stick fine insist worried still watch move okay run
already girl prophecy color spirit family mom aunt bother layer
lie unravel command precisely resolve away drill angry raise
exactly relate intuit thought skitter wildly coo cheek
particularly contain lose control third birth apparently painfully
snowy leap tooth gray hamstring spurt gush later manage
successfully wear most disgusted try D breathe lunge hat
jaunty feather elegantly dangerous pirate heighten Hood
costume today bring home order Dooley cool sure provocative
M actually kiss stomach cramp nervousness freeze unable
chilly mutter last quietly punk real people invitation man grin
humor fasten arch feline ecstasy put horror burst joke soul
sucker incubus succubus Incubi succubi b pretend adventure
gloaming Marchalene Marchelene cruel slowly crumple cry
female hope bet rare vintage lick A sheep single file hop
vacant maybe appetizing cousin anxiety figure panic block
believe outnumber flood recognize Hulk dozen odd clearly
dagger hang belt bejewel star Halloween vain attempt capture
image Dozens Roman Brynne sheer remember ward express
disapproval person

**TargetAuthor**          Lynne Freeman

**ComparisonAuthor**          Stephanie Meyer

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    31

**_KeywordForThisPairComparison**    | vampire |

**Comparison Author's Lexical Overlap Rate**    | 62.3409669 |

**TargetAuthor**    | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 143 |

CountV.LexClusterListUnique    | 786 |

**LexCluster Unique Words   in Running Text Format**

cross culture time do make wonder there be kernel truth story Werewolves ghost goblin really say sarcastically shrug expression almost apologetic one silver moon pendant elegant yet Goth chic glue fang perfect style hair soft dishevel curl little sequin sprinkle dust face white powder type search characteristic glow eye moonlight answer Ash likely werewolf yeah right just keep get vampire seem very daylight hour plus feeling want such thing possible threshold invite mean pick place public will able talk alone suggest sort karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café Tomorrow fact toe tap way teen paradise small snag something feel crazy admit privacy own mind else reconcile see race now entirely different reason than moment fear bloody mouth wrong abrupt change break pull hand side neck expose skin go bite suck blood assure give extra heal power big deal casually tight jaw clench belie word object think look anyone know Lily impatiently roll conveniently forget oh brother dear pointedly matter important tell critical recover tip balance fall information laugh triumphantly haul foot come swear protect least wait shake head arm impatience meeting spell weave wall floor ensure tonight Pack speak rummage closet quickly efficiently mostly everyone here supe suppose v p s room Imps Persons unknown Supernaturalness Grinning blink warn another superimpose lip disgust take sip water vamp surprised point Vampires troll demon hear whole versus partially true

**ComparisonAuthor**    | Tracy Wolff |

CountOfKeyWordInAuthorDoc    | 723 |

CountV.LexClusterListUnique    | 2624 |

**LexCluster Unique Words   in Running Text Format**

be make intricately carve stone eye widen realize look perfect rendition right black cape frightening snarl bared fang match gothic castle vibe help just change mind game put dragon piece go other side board pick queen beautiful long flow hair elaborately decorate careful one dark boy closed fuck attitude hero anyone s story Least Queens Ones nasty bite determined let staring contest feel little show huge legacy yeah really cool bunch teenage witch werewolf live together boarding school know sound silly fun imagine do Macy say cough count mean resist hot sentiment exactly start back first episode catch watch main character head believe will triple roll emoji Jaxon get cross snowman joke perennially serious Vega answer fast enough idea send sure ready tell kind waffle fresh whip cream secret bed hold Twilight chest love still quote want front cousin swooooooooon grab come cover drawing wolf pretty snowboard graffiti style use every color imaginable totally badass m shower instruct bandage neck wet last thing need aggravate vampire anything point take nothing grant dress seem strange consider bead probably shock remember rule lore invite which behavior more upsetting freak become big entire face stop nod quietly okay ask question shake vehemently sag relief cut dozen father absolutely reach hand oh Grace afraid blow breath lose mark very moment assume real yes wait think talk drop anger friend family course then truth sigh expect explode grenade knee hit lead snark fairy insult run word another time way too relieved sink tooth

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Tracy Wolff |

**_KeywordForThisPairComparison**  | vampire |

**Comparison Author's Lexical Overlap Rate**  | 62.3409669 |

naturally vampish grimace thrive attention adulation stir Preening peacock flesh energy drink toy napkin separate feed survival unfortunately human interfere plan force nothing red blue same luminous quality early Sanctuary voice shriek invisible ring help appear more anything good lamb kind tug bar nearly strong easy melt capitulation shove first snow genuinely amuse Cuff other bat Billy stand front catch chin immune Willy charm door close realization sink Demons member select group club kid back milk carton too late van heat presumably pleasant dine icy cold light outgrow childhood dark darkness empower muster spark save life friend betray doubt unwittingly mercy difficult guess chapter end twenty minute half bile rise throat miss large drain set center sign captor cast frantically escape surely narrow calculation regard Master taunt abduction mere coincidence index finger prince abide understand Great nod mute call Julian sweet follow finish Brendan Jenny together Selene motion coldly beautiful guard forward prettie wardrobe bathe leave Azuul necessity Sanguine marriage sustain recall Sanguines shudder bear creature painting ethereal associate correct brilliant silvery glitter Vigee LeBrun remarkable job incandescent frame curved brow thick sooty black lash delicate nose Elise survive always frown punishment Annalise croon embrace denial chain Forever kill movie book stake heart decapitation sometimes fire kernal suddenly stroke realize seriously grievously estimate strength furious anger which kindle snuff Gone reverent swallow tear next ever again bride constrict chest love doom live turn seventeen Sentinel enough count eleven coven two Ka Ramun seven MacKay name also every prize both fighting increase deflate balloon desert slump daze bone gore second tick sit rest column peek cheer equal number dead find continue inch mid air fight happen show chide final maul once fury palpable wave hot bitter hatred Anna darkly long corridor ride standing dad course learn hard mirror far street house edge topple chasm pant tremble sense wolf coat blend night surround free note hysteria ask nervous part freak alien origin probably lot

permission again ever foolish Marise nurse choice hope repair arterial tear narrow office cup tea squeeze tight continue venom lot different property depend intend seal wound understand anticoagulant coagulant break heal properly override keep ignore interruption normally old mature also healer give extra ability good mad now two blood settle laugh Trust focus sorry hard movie see play mime suck people fine fact reason alive Most themselves drink dry finish thought teacup stand follow unwilling walk away God sake exist rest world speak unicorn swallow dragons technical shifter here douche pause something occur listen snort notice everyone Brit lit class yet fascinate find hall crowd dining thirty bump skirt entirely same yesterday today wonder fall page fantasy novel horror finger figure matter happen everything eat strawberry welcome party guy regularly short kidnap fully stock bloodmobile day impossible super sunny definitely pitch whole sun myth there history wrong Mekhi mess Witches begin miss alien theory especially step cafeteria surprise human delicacy list wish jealous bandaged sore weak ankle deadpan please line chocolate knock sock argue Flint sick treat invalid hurt maybe deal bleed pull antibacterial wipe pack press gently glass ointment cheek Band aid infection necessary reluctantly uncle disappear hear sense move funeral overwhelmed try convince fair skepticism grimace hindsight bad plan easy hide middle giant turf war Finn burst than set butterfly stomach else Hudson own somber regular person once read bear shocked Vampires member Order stuck revelation usually turn explain part drown new information case thousand year ago minute document possible prove die slowly cell develop differently otherwise bloodsucking vulture willing accept ancient four thank birth genetic mutation six knowledge rampant sight quite exasperated tend lonely create several dangle foot air warn prepare next student rush Teeth claw rake Luca Liam arm fur slam ground telekinesis clench fist reticence join melee square fight end already litter nearly drain call pleasant par attempt chance month prepared forever loud

**TargetAuthor**  | Lynne Freeman |

**ComparisonAuthor**  | Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                                    33

_KeywordForThisPairComparison     | vampire |

Comparison
Author's
Lexical Overlap Rate     | 62.3409669 |

mother Marcheline Rachel dress edgy classy victorian easily envision similarly quite otherwise cursed ground major problem curious protection weld personal body inner whisper ear opportunity specific Clan chuckle deep steel inevitable ruin compromise gently squeeze wrap tow hold soon smile Sentinels table prickling spine male jerk surprise frantic coy care frighten capable ahead confrontation secret arouse suspicion stick fine insist worried still watch move okay run already girl prophecy color spirit family mom aunt bother layer lie unravel command precisely resolve away drill angry raise exactly relate intuit thought skitter wildly coo cheek particularly contain lose control third birth apparently painfully snowy leap tooth gray hamstring spurt gush later manage successfully wear most disgusted try D breathe lunge hat jaunty feather elegantly dangerous pirate heighten Hood costume today bring home order Dooley cool sure provocative M actually kiss stomach cramp nervousness freeze unable chilly mutter last quietly punk real people invitation man grin humor fasten arch feline ecstasy put horror burst joke soul sucker incubus succubus Incubi succubi b pretend adventure gloaming Marchalene Marchelene cruel slowly crumple cry female hope bet rare vintage lick A sheep single file hop vacant maybe appetizing cousin anxiety figure panic block believe outnumber flood recognize Hulk dozen odd clearly dagger hang belt bejewel star Halloween vain attempt capture image Dozens Roman Brynne sheer remember ward express disapproval person

clear life scare amazing perk obviously close nonchalant literally earth closely tiny enjoy mock bow liege service Ooookay suppose replacement heir apparent future king boggle mere anyway such deference royalty murderer former specie problem strong defend fearsome revere kill brother shrug amusing almost ashamed Genetics generation powerful exception guess responsible power young raise brow strike always audacious money control tempt disagree room anymore far place tense finally defensive note voice genocide add supernatural creature ugly actually Mom Dad second flash meet chess table existence destroy five hundred number distrust century mirror fix spend hour resemble true demand comb prayer tuck shirt hoodie seriously bit open million immortal suggest age baby Yoda maturation slow magical great dressed Cheshire Cat sympathize boredom stuff cute subject decide lie sometimes announce dodge wooden stake garlic terrible high kid girl alpha stare desk normal situation bug protective boyfriend currently surround whom clue plus less three downright frustrated alone early trail throne monster light sunshine elaborate center wow witness attack apparently relationship Lia privacy hurry leave glance phone reveal text cottage suddenly gossip fleeting quickly warning work energy murmur ear solid growl low throat scream caricature b teeter brink singsong worry gun pocket shoot straight heart Wild manage sob crawl floor terrify shut kick seven animal trap deep concentrate beat pain both night San Diego sudden sweep meaning rock cliché scenario involve choose death painful adjective describe cotton shift wear alternative burn midair stalk crazy ass ritualistic murder Alaska bore Snarls scramble halfway tunnel grand scheme strength strain impeccable clothe rip bloody exhaust option labyrinth victim completely bend damn realization candle plunge spell fire Sticks bone paper instantly flame edge altar push shiver slide spine resurrect door feed escape desperate enter busy buck piss superhuman shape mouth smoke Dead relinquish arrow couple save remind scoot parent Cole Foster include collude

**TargetAuthor**     | Lynne Freeman |         **ComparisonAuthor**     | Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   34

**_KeywordForThisPairComparison**   | vampire

**Comparison Author's Lexical Overlap Rate**   | 62.3409669

hate scar humiliate regain consciousness interfere punish ensure weakness rage swell woman evil fill blank whisper lip blush archly water mammal planet basically wary amused uncomfortable shoulder hat nice touch grin counseling appointment Dr Wainwright actual makeup psychopathic unfair complain elk opaque tumbler orange beverage cooler Cam nerve Rafael pretend gag offense refrain sugar metabolize inform hence Amka book check hey chair learn trustworthy mangy mutt mate Byron quick tremulous interrupt startle niece bait compare danger fate win Snowball ominous crack expeditious easily explainable someone solution yank tree stick terror simple engender practically unimaginable Vivien teach vicious Bloodletter expert ferret barely knit winter design fange safeguard top pair half moon interested sit leather finishing interest tie yarn couch pawn overthrow bring civil revenge agree crusty wink survive Unkillable Beast island troop somehow defeat Cyrus bruise visible testament metabolism bottle nearby fridge waist loss warmth reply Court son crackle indignation near anywhere surprised intently box cherry Pop Tarts hang unpredictable starve snack sickening wave déjà vu state obvious helpful resemblance Delilah Thanks repeat performance particularly remain voluntarily marble likeness jab gargoyle shatter chip body firmly Full feeling imprison cave struggle core identity importantly emotion stranglehold apology simply sad assess league decoy Dawud clarify admit distraction window race mountainside Katmere pour speed Eden curse carry shockingly trouble fade rear portal handle distracted truly terrifying paranormal free storm skate honest release build shudder partly awful buy horrible agenda emu familiar disbelief emus smart Wealth base consume flaunt ally ridiculous temper tantrum prince throw snap taking child wide small harbor provide assure safe daughter ring hostage journey confuse eight serve absorb news mother flop flat ride oppose winded plant charming vote raid consequence lost Xavier blame hug persist comfort italian countryside nowhere backpack pass group shove Ludares battle sweet stomp dust

**TargetAuthor**   | Lynne Freeman

**ComparisonAuthor**   | Tracy Wolff

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   **35**

_KeywordForThisPairComparison   | vampire |

Comparison
Author's
Lexical Overlap Rate   | 62.3409669 |

asshole disgusted softly crush dance rave grow prison forty hypersensitive clearly folklore fear scary forth abandon contact decade personal favorite fucking shaky ten kiss arse psychopath silent gape lift spin final partially camouflage lair food supply mixture fascinating single choke frailty arrange illusion teapot comeback tone Chaos green mention angry march forward sister Academy cry grandmother lock click Alistair comment hunter chase force shadow wage drag gaze gift charge army treaty alliance faction seek sneer dear stay home ruler eyebrow hairline bloom demeanor ruthless corner smile discover peace felt betray Circle loyal allegiance align name overlook underestimate pure forget merely Thanksgiving Guest chaotic urgency instinctively brave magic icy cold Sterile Soulless sympathy inch millimeter warrant Christmas card melt rabid mutter veil threat fragile stroke amuse pray fiction getting embarrassing sunlight backup sneak argument slash lean heel tick teacher likely sarcasm decision picture refuse willingly steal type immediately screw wicked exceptional hearing wanker portale disarray Courts rebellion eleven honestly visit travel crispy nudge tickle sketch layout Crypts servant quarter Hell fantastic accidentally toss wring Jikan unfreeze notebook pen kitchen familiarize dread knot Curb Appeal sunset fly Ireland England glide dare hotel hop alley method sharp left store business security wall paver sand stray spider cobweb large armed exclusive Guard Crypt ic Darius palm connect gold coin archway massive chamber dim namely concrete Descent hesitate advantage royal instinct alert magically eyed tomb coffin pleased weird efficacy looks stricken vary widely fifty sleep potion elite platinum string react careless seize later battalion flood dungeon fail favor convict spy crime sentence burgeon unwittingly exact opposite effect amount vile bother threaten worth blue demigod delusion importance unimportant versus showdown challenge fare frozen presence entourage train brilli submissive Chastain measure dismiss manner volunteer offer insight avail Siobhan forgive bestie prom princess cackle peer trip horrified

TargetAuthor   | Lynne Freeman |   ComparisonAuthor   | Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**     **36**

**_KeywordForThisPairComparison** | vampire

**Comparison Author's Lexical Overlap Rate** | 62.3409669

underground coma morning load tray calorie shout lap fighter jet Isadora tonight field fry shade groan Artelya Izzy best mid flick wing dirt resounding thud responsibility parading earn title shall command Clang jugular opponent factly team common jump avoid sword swing poison Crown millennium harm able outrun reflex bet skill spar special respond catwalke training mostly abject loathing firm grip late dagger embed fashion knife Gargoyles clinic disdainfully minor re form skin flesh injure mortally incapable track plop fold wrinkle curl secondly susceptible sign aging albeit basis thoughtful relaxed freeze surely certainly worthy rather wind tough mistake land statue unfortunately delay Remy cher proper british accent wander desert comfortable promise knuckle nut roaster Maseratis sleek gorgeous riotous stretch pressure bluff sartorially eventually heavy nuisance Majesty malicious carefully image Poor Aunt Calder squadron rag doll recognize pill soon man hysteria neighboring village Hath fury Scorned spit pasty white protect crock shit physically permanently straighten bloodred Prada suit rid stiffen cobra bar faculty Rowena healthy safely allow humor insist hype contemplate doubtfully urge hallway plenty punching bag coherent blurt Crone affair luck fulfil agreement stair level search gate description lure downstairs drily stiletto Christian pissed childhood safety somewhere relive emotional devastation evening leap fray Wresting tangle topknot screech chin aspect claim return am impress regret sky distinct oval cue motion alike care channel boost grim echo slither brush leg recede crunch eerily arena fading tire yelp coat ice taffy cupcake vaguely silently area prey predator manticore hunt conversely ounce canine chomp belly twenty taunt meantime sheer agony jurasskicked stupid conservative clearing believer reinforcement insurmountable narcissistic everybody calm Shrek smooth jaw tighten draw feverish blaze shimmer evolve amber hybrid incisor indeed swipe tease converge purely surcease shite grumble position recover swinge wildly trench howl nose whirl oncoming lunge root surface lower chop lion usual mouse Seconds Rib Cage yell

**TargetAuthor** | Lynne Freeman     **ComparisonAuthor** | Tracy Wolff

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**

_KeywordForThisPairComparison      | vampire |

**Comparison Author's Lexical Overlap Rate**     | 62.3409669 |

leapfrog effort lay tremble distract handedly path nonstop quest tetanus shot tissue pained remnant sop sweat letter distance slice judge Heather grass outnumber vain nest swarm bare brace terrified 150 160 launch scrape elbow secure surrender soldier platform restrain block armor briefly pillar bored expression suspicion restraint kneel madman destine Bearer fake flower begotten twist bellow headlong gale swirl pun regard technically firstborn bastard confused abdicate pro major snag scroll self respect city country yacht territory girlfriend nope wider practitioner butt tread soul important Roulette loose terrorize sympathizer norm switch brain agency credit shameface verbal slap warlock menfolk date belong Batman aficionado à la absolve total quirk resident chief background Van Gogh Kandinsky shackle thick rampage dinosaur disturbing issue excuse sadly extremely goofy tint waterspout gutter basic understanding occasion extent study Cathedral Notre Dame art compete aghast ya vanish blazer don jacket confidence South Park impression college positive trade appealing memory movement practice mountain despair host library cultured punke dangerous refer knitting overdue Spring renewal ruefully admire thinking double arch item strip require consent covenant mortal coil enormous eyetooth moonstone bloodstone combine eerie roughly direction droplet extreme diamond float difficult process grasp interject athame courtesy eager goodbye exhilarating wake opinion grandeur everywhere humble nature Puritans Trials plain petty specialize wizard romancer mental eighteen uninvited hoard treasure rethink outburst balance Mermaids selkie alienate building breakfast research sleepy whine pillow bottom T curious anxious laptop siren natural resistance immune insert conversation steer attention yammer adventure snatch legitimate gain lightness marginally doom bundle layer clothing backward appreciation wrist fingertip supremacy glare shitty rosy week wonderful tournament incredibly lucky prize tepid response interesting severely Shopping Network display sell cookware equally useless youth certain joy fondly proud

**TargetAuthor**      | Lynne Freeman |          **ComparisonAuthor**      | Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   38

**_KeywordForThisPairComparison**   vampire

**Comparison Author's Lexical Overlap Rate**   62.3409669

bracelet prevent injury bitch ball Kali fingertips James beginning collide thump stadium roar disapproval stream collision swoop ceiling billow gasp somersault dive hex Gwen goal ne sais quoi third divide Boneyard gingerly entrance sixteen superior deserve bark shuffle obnoxious hunting deer thin exterminate definition stamp pledge plot huh concussion thunderous explosion documentary tank peek separate bathroom pomp circumstance mood uniform absurd purple robe dog gesture Feud flatly persuasion atrophied attend organize catastrophe suggestion appreciate friendship Boys meeting impressed solve judgment risk York purpose perfectly squint wand imbue Delphina blast tall brutal naïve reign churn lung swear staff rogue odd correctly communicate Hamlet worried rea texte humorous startled loosen apologize plow ahead miserable fyi deadly pathetic combination sly Sooooo Achy Breaky Bond cooking identical Wednesday recoil brown cube adult Coagulated sausage distinctive coloring silky jagged acute farthest affront persuade smug satisfaction damp aware blink satisfied Armani trouser annoy invade space muster observation statement intent compassion pile discussion hazard mission cop sympathetic attractive contrary universe duffel elephant weekend absolute faithful rocky cliff pace ethic project grate pride breakable rack lets abruptly opening drinking capable rely rudeness smite unleash upset millennia rub possibly enchanted bloodsucker exhausted pajama cookie Buffy Slayer peacemaker grill cheese offend sandwich affirmative clueless Umm screen debate unborn breaker dorm gill disgruntled slight provocation arrest untouchable conjure tale uncover searing aggressive particular metalworking huff beanstalk snicker expansively remove violent emphatically broadcast vulnerability ugh surprising permit antibiotic salve testosterone mansplaine visitor homicidal flavor sherbet unexpected gather intel deliver decimate tension sacrilege badassery barrel missile genuinely succeed doubt infirmary direct senior sophomore junior freaked forcefully inconvenient vamp rightfully general freaking ridiculously shelf photographic

**TargetAuthor**   Lynne Freeman

**ComparisonAuthor**   Tracy Wolff

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          39

**_KeywordForThisPairComparison**     vampire

**Comparison Author's Lexical Overlap Rate**     62.3409669

equipment requisite selfie reflection printer spectacular iron frame bedding underscore hilarious sarcastically unapologetic sexy naked roast specific violence supremacist acerbic chill Mades uneasy born furious aggressor werewolve brilliant gleam indication awkward silence heat poke budge deliberately inscrutable expose Firmament rabbit hole credential ironic identify Indigo Blond Bun beauty excitement inescapable forge gosh Rygor bright ponytail assassinate guardhouse impressive introduce diplomat chat Erym cauldron fascinated Soli positively beam Sumna honor schoolgirl swat Olya potential sale fool In cuff inspect Da yum mistaken admiration tolerate Holy wood spiral hustle loudly cruel Vander chain bounce share smell wedding sharpen blissfully unaware excitedly banquet excited adore forest weight dig strategy commanding protection suffer wrath gi nald syllable lesson affect swoosh series poetic commander sequoia soil rain octopus relentless yard grit pierce spear thigh carbon wiggle maneuver act lately merlon curve contingent relation fighting ambush immovable Nuri dirty definite betrayal wash spot evenly split steeple govern sting exterior suspect fiery passionately flowery eh faintly liberate pointedly key reminder trophy size puddle goo fittingly attire accompany Bloomingdale creep fit hello ballroom star red jealousy ogle envy midst violate rightful captive audience wrap speech paint target sidenote endure code message illogical indignantly somebody abode laser goddess creation skeptical ruthlessness appear toy steel hopefully oust graduation dusk accommodate dinner grad hungry strict adjudication justice vs silver cane nineteen shaggy bizarre bald hiss funny Cajun drawl coup ultimately tongue predominantly mix wrestle nicely reverse competition prime access nervously unjust system skew ambitious establishment greek mythology imagination reality flee Kansas Charon impertinence ah price additional wire transfer speck imaginary mutiny fleece coldly gray preservation dispense heavily onslaught mode surveillance fan beach formation horribly pay prisoner killing droll ghost chuckle original boulder harmlessly beeline

**TargetAuthor**     Lynne Freeman          **ComparisonAuthor**     Tracy Wolff

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**    40

**_KeywordForThisPairComparison**    vampire

**Comparison
Author's
Lexical Overlap Rate**    62.3409669

disintegrate twelve nothingness livid debt morph ebb relax iota
desire destruction misunderstand nightmare Jesus flush hiding

**TargetAuthor**    Lynne Freeman

**ComparisonAuthor**    Tracy Wolff