# EXHIBIT D-9

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   1

**_KeywordForThisPairComparison**: waggle

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
CountOfKeyWordInAuthorDoc: 24
CountV.LexClusterListUnique: 212
LexCluster Unique Words in Running Text Format

**ComparisonAuthor**: Alyson Noel
CountOfKeyWordInAuthorDoc: 0
CountV.LexClusterListUnique:
LexCluster Unique Words in Running Text Format

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

**TargetAuthor**: Lynne Freeman
**ComparisonAuthor**: Alyson Noel

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

2

**_KeywordForThisPairComparison**: waggle

**Comparison Author's Lexical Overlap Rate**: 0

### TargetAuthor: Lynne Freeman
- **CountOfKeyWordInAuthorDoc**: 24
- **CountV.LexClusterListUnique**: 212
- **LexCluster Unique Words in Running Text Format**

### ComparisonAuthor: Aprilynne Pike
- **CountOfKeyWordInAuthorDoc**: 0
- **CountV.LexClusterListUnique**: 
- **LexCluster Unique Words in Running Text Format**

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Aprilynne Pike

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters 3

| _KeywordForThisPairComparison | waggle | | Comparison Author's Lexical Overlap Rate | 3.30188679 |
|---|---|---|---|---|

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | Becca Fitzpatrick |
|---|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 24 | | CountOfKeyWordInAuthorDoc | 1 |
| CountV.LexClusterListUnique | 212 | | CountV.LexClusterListUnique | 24 |
| LexCluster Unique Words in Running Text Format | | | LexCluster Unique Words in Running Text Format | |

**TargetAuthor LexCluster Unique Words:**

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

**ComparisonAuthor LexCluster Unique Words:**

probably go do something more productive key Bimmer be too pretty just brow hopefully fill cheek Slurpee mime intend spit jump clear satisfaction erase

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | Becca Fitzpatrick |
|---|---|---|---|---|

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters          4

| _KeywordForThisPairComparison | waggle | Comparison Author's Lexical Overlap Rate | 0 |
|---|---|---|---|

**TargetAuthor:** Lynne Freeman

- CountOfKeyWordInAuthorDoc: 24
- CountV.LexClusterListUnique: 212

**LexCluster Unique Words in Running Text Format**

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

**ComparisonAuthor:** Cassandra Clare

- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique: 

**LexCluster Unique Words in Running Text Format**

---

| TargetAuthor | Lynne Freeman | ComparisonAuthor | Cassandra Clare |
|---|---|---|---|

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   5

**_KeywordForThisPairComparison**: waggle

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 24
- CountV.LexClusterListUnique: 212
- LexCluster Unique Words in Running Text Format

**ComparisonAuthor**: Kami Garcia
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique:
- LexCluster Unique Words in Running Text Format

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

**TargetAuthor**: Lynne Freeman

**ComparisonAuthor**: Kami Garcia

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters                              6

| _KeywordForThisPairComparison | waggle | | Comparison Author's Lexical Overlap Rate | 4.71698113 |

**TargetAuthor:** Lynne Freeman
- CountOfKeyWordInAuthorDoc: 24
- CountV.LexClusterListUnique: 212
- LexCluster Unique Words   in Running Text Format

**ComparisonAuthor:** Lauren Kate
- CountOfKeyWordInAuthorDoc: 1
- CountV.LexClusterListUnique: 22
- LexCluster Unique Words   in Running Text Format

**Lynne Freeman:**
away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

**Lauren Kate:**
Luce glance table Daniel s friend Roland be look straight catch eye eyebrow way make sense still creep little turn back Arriane

**TargetAuthor:** Lynne Freeman      **ComparisonAuthor:** Lauren Kate

## ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters                                7

| _KeywordForThisPairComparison | waggle | | Comparison Author's Lexical Overlap Rate | 0 |
|---|---|---|---|---|

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | LJ Smith |
|---|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 24 | | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 212 | | CountV.LexClusterListUnique | |
| LexCluster Unique Words in Running Text Format | | | LexCluster Unique Words in Running Text Format | |

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | LJ Smith |
|---|---|---|---|

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters** 8

| _KeywordForThisPairComparison | waggle | | Comparison Author's Lexical Overlap Rate | 0 |
|---|---|---|---|---|

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | Maggie Stiefvater |
|---|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 24 | | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 212 | | CountV.LexClusterListUnique | |
| LexCluster Unique Words in Running Text Format | | | LexCluster Unique Words in Running Text Format | |

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | Maggie Stiefvater |
|---|---|---|---|---|

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters        9

| | | | |
|---|---|---|---|
| **_KeywordForThisPairComparison** | waggle | **Comparison Author's Lexical Overlap Rate** | 0 |

| **TargetAuthor** | Lynne Freeman | | **ComparisonAuthor** | Richelle Mead |
|---|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 24 | | CountOfKeyWordInAuthorDoc | 0 |
| CountV.LexClusterListUnique | 212 | | CountV.LexClusterListUnique | |
| **LexCluster Unique Words   in Running Text Format** | | | **LexCluster Unique Words   in Running Text Format** | |

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Richelle Mead |
|---|---|---|---|

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   10

**_KeywordForThisPairComparison**: waggle

**Comparison Author's Lexical Overlap Rate**: 0

**TargetAuthor**: Lynne Freeman
- CountOfKeyWordInAuthorDoc: 24
- CountV.LexClusterListUnique: 212
- LexCluster Unique Words in Running Text Format

**ComparisonAuthor**: Stephanie Meyer
- CountOfKeyWordInAuthorDoc: 0
- CountV.LexClusterListUnique: 
- LexCluster Unique Words in Running Text Format

away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James

**TargetAuthor**: Lynne Freeman   **ComparisonAuthor**: Stephanie Meyer

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

11

| | | |
|---|---|---|
| **_KeywordForThisPairComparison** | waggle | **Comparison Author's Lexical Overlap Rate**  20.2830189 |

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Tracy Wolff |
|---|---|---|---|
| CountOfKeyWordInAuthorDoc | 24 | CountOfKeyWordInAuthorDoc | 12 |
| CountV.LexClusterListUnique | 212 | CountV.LexClusterListUnique | 184 |
| LexCluster Unique Words in Running Text Format | | LexCluster Unique Words in Running Text Format | |

| | |
|---|---|
| away book pop quiz sincerely hope do homework last night grin evilly shaggy eyebrow Mr Beebe be fat little bald man doubt hate high training old enough walk get pay salary Foundation invest Carefully brow admire buy own car obviously intelligent hard working responsible altogether place turn hand hip flounce flip hair just Taylor guess say case still reach purse pull nametag pin Jenny Rachel come hey Anna Ash dance Brendan give hug knuckle Mason nod hello guy go Wishbone welcome join pause catch ride again brat talk put spot know want take will narrow eye cross arm chuckle yeah really very keen sense smell roll try satisfaction smile too close call think girl food blood sugar issue job now laugh kid scold Let see keep other body effect wonder seem lose thought regard tonight first time notice ask finger front mind tell lie early courtship display squeeze whisper ear back sometimes feel read funny look point strong voice class groan collectively slam shut chair slide foot shuffle shoulder Vaughn inquire nothing Hot angry tear threaten spill Bren pouty pout lip stick there hold tattoo ring find wish everything grate whiny Hands uh oh heart Cheerbot Ranger vos livres Quiet Monsieur Laroux sorry New mouth laughter help spite Mademoiselle Ella St James | freeze cold air straight water Seconds later hand ice bottle another brow wow just shake head excitement be there anything else do tall than here moment Flint proud say manage notice now definitely sigh yeah too gesture back forth two still open second time minute whirl Jaxon mean dragon ride exactly embarrassed unintentional double entendre sure face beet Macy agree nod Awesome wait rub together then fly lesson need Magic Carpet Bestie s worry believe get laugh take note playbook thing finally quiet again start side lean ask least go wide guy five ago tell figure middle game fair stand analysis let try absolutely warning pick one mate lifetime more people last statement give whole new meaning saying merrier eh genuinely confuse turn Boneyard far horde which most comically okay will bite tone corner eye think other look guess leave Gwen eyebrow little strange gingerly arm half scream grab shoulder dear life giggle fun answer right send ever dance floor foot once giant eggplant mini definite apparently perv hey bring glance mistake duck Hudson hustle away intend slap ass move lose partner dive step |

| **TargetAuthor** | Lynne Freeman | **ComparisonAuthor** | Tracy Wolff |
|---|---|---|---|