# EXHIBIT D-10

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    1

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 2.57731959 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 103 |

CountV.LexClusterListUnique   | 582 |

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**ComparisonAuthor**   | Alyson Noel |

CountOfKeyWordInAuthorDoc   | 1 |

CountV.LexClusterListUnique   | 22 |

**LexCluster Unique Words   in Running Text Format**

smile oh excuse mean there be immortal run figure bring faerie wizard shake head jeez talk normal close eye sigh open again

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    2

**_KeywordForThisPairComparison**    | werewolf |

**Comparison Author's Lexical Overlap Rate**    | 2.57731959 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

**TargetAuthor**    | Lynne Freeman |                **ComparisonAuthor**    | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **3**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison
Author's
Lexical Overlap Rate**   | 2.57731959 |

soulfully forthcoming Brienne werebear shaky early afternoon
will repulsive Rome strangely watch choice flinch soon Brendan
pant snake shoot kay chuckle end cough

**TargetAuthor**   | Lynne Freeman |          **ComparisonAuthor**   | Alyson Noel |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          4

_KeywordForThisPairComparison      | werewolf |

Comparison Author's Lexical Overlap Rate      | 0 |

**TargetAuthor**      | Lynne Freeman |

CountOfKeyWordInAuthorDoc      | 103 |

CountV.LexClusterListUnique      | 582 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**      | Aprilynne Pike |

CountOfKeyWordInAuthorDoc      | 0 |

CountV.LexClusterListUnique      | |

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**TargetAuthor**      | Lynne Freeman |          **ComparisonAuthor**      | Aprilynne Pike |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   **5**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 0 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Aprilynne Pike |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **6**

**_KeywordForThisPairComparison**     werewolf

**Comparison Author's Lexical Overlap Rate**     0

soulfully forthcoming Brienne werebear shaky early afternoon will repulsive Rome strangely watch choice flinch soon Brendan pant snake shoot kay chuckle end cough

**TargetAuthor**     Lynne Freeman

**ComparisonAuthor**     Aprilynne Pike

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          7

**_KeywordForThisPairComparison**     | werewolf |

**Comparison Author's Lexical Overlap Rate**     | 0 |

**TargetAuthor**     | Lynne Freeman |

CountOfKeyWordInAuthorDoc     | 103 |

CountV.LexClusterListUnique     | 582 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**     | Becca Fitzpatrick |

CountOfKeyWordInAuthorDoc     | 0 |

CountV.LexClusterListUnique     | |

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**TargetAuthor**     | Lynne Freeman |          **ComparisonAuthor**     | Becca Fitzpatrick |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    8

**_KeywordForThisPairComparison**    | werewolf |

**Comparison Author's Lexical Overlap Rate**    | 0 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Becca Fitzpatrick |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**     **9**

**_KeywordForThisPairComparison**     werewolf

**Comparison Author's Lexical Overlap Rate**     0

soulfully forthcoming Brienne werebear shaky early afternoon will repulsive Rome strangely watch choice flinch soon Brendan pant snake shoot kay chuckle end cough

**TargetAuthor**     Lynne Freeman

**ComparisonAuthor**     Becca Fitzpatrick

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **10**

**_KeywordForThisPairComparison**     werewolf

Comparison
Author's
**Lexical Overlap Rate**     26.8041237

**TargetAuthor**     Lynne Freeman

**CountOfKeyWordInAuthorDoc**     103

**CountV.LexClusterListUnique**     582

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**     Cassandra Clare

**CountOfKeyWordInAuthorDoc**     43

**CountV.LexClusterListUnique**     494

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

more than one thing mean everything always be tell do exist vampire faerie ghost monster shape size intention fact world full angel Faeries part demon Warlocks offspring human bear disease want create universe myth folklore dovetail Clary shake head stop there suppose also zombie course Jace inform base mundane think feather absently downworlder share Shadow live uneasy peace Fair Folk Hodge say Lilith s child half warlock parent power strong Vampires too werewolf result bring home dimension Most deadly real intent look Simon face stuff gnaw low lip hear kill ask direct recite word textbook evil maybe turn exasperate same belong here come other fade speak hastily raw meat indicate third page menu mind bloody steak every once reach table flip allow feed interject Alec hunt just overgrown puppy Isabelle bother Luna hiss Spanish almost nonexistent know Moon Children hate whisper lair Covenant forbid sound indignant something happen blooding girl Raphael manage furious astounded fling stiff arm pointing shocked move squirm grasp go still mutter distinctly blasphemous stalk catch flat tone surprised bad astonish eye narrow back slowly trespass ground therefore laugh glad launch forward midair body ripple again square chest two writhing snarl tangle answering howl rage charge meet center ballroom noise nothing ever Bosch anyone else suspect dagger fly wobbly true sink side yelp slow three comrade already race pause give lose Dumort remember right please nearly stand window roll forget get hot bothered wolf alley black gray streak

**TargetAuthor**     Lynne Freeman

**ComparisonAuthor**     Cassandra Clare

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **11**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 26.8041237 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

disk hit realize take hand away shirt finger stain red Yep laconically bit work break habit call master ? mother yes mention Luke adamant Shadowhunters explain kind isolated incident large pattern see bargain Valentine decide abandon demand furiously leader whole pack really need help enough together feel surprise Circle keep find make persuade listen anything time Descent Beckons beckon ascent William Carlos Williams TALE truth grow Idris beautiful significant then night father routine raid encampment return school funeral wear Marks mourning different creature Accords fasten silver coin eyelid blind attempt brother woman carry first invite try clean nest year parabatai perfect hunting team warrior die awake lie house shoulder bandaged Jocelyn bite lycanthropy heal injury pass next week torment wait bar door run sometimes man cross border burst midst brandish combat lycanthrope point relieved contradict rumor Alicante Shadowhunter ride warn soon hide leave bloodshed begin secret unusual enemy wolfkind plan bid prepare battle Nephilim day watch place manor dispatch knight broad stroke bloodstaine smile fierce feral fight sword unnatural dog eat fork knife Jeeps wreck old bus vehicle stretch line block corner convoy wonder beg borrow steal commandeer such short notice plus ahead hang truck golden retriever long clan abruptly hesitate walk road light breeze denim jacket flutter open show scarred completely ordinary people group somewhere odd voice cut guess manacle glance Downstairs mildly entirely sure damage fast curl spit prefer breed white Alaric drop knee lean fallen hold stay set club downtown dance Pandemonium Chinatown which slunk coat reflect city bat winged

**TargetAuthor**   | Lynne Freeman |          **ComparisonAuthor**   | Cassandra Clare |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **12**

**_KeywordForThisPairComparison**        werewolf

**Comparison
Author's
Lexical Overlap Rate**        26.8041237

soulfully forthcoming Brienne werebear shaky early afternoon
will repulsive Rome strangely watch choice flinch soon Brendan
pant snake shoot kay chuckle end cough

**TargetAuthor**        Lynne Freeman            **ComparisonAuthor**        Cassandra Clare

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**            **13**

_KeywordForThisPairComparison    | werewolf |

Comparison
Author's
Lexical Overlap Rate    | 2.74914089 |

**TargetAuthor**    | Lynne Freeman |

CountOfKeyWordInAuthorDoc    | 103 |

CountV.LexClusterListUnique    | 582 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**    | Kami Garcia |

CountOfKeyWordInAuthorDoc    | 2 |

CountV.LexClusterListUnique    | 40 |

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

common phrase such cliché unflattering there be thing vampire suppose believe alien too blame television inhale deeply cigar hate disappoint Incubus probably succubus read mostly comic_strip think just old wife tale know wrong stand rain dry rest Incubuses sharp contrast

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **14**

**_KeywordForThisPairComparison**    | werewolf |

**Comparison Author's Lexical Overlap Rate**    | 2.74914089 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **15**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 2.74914089 |

soulfully forthcoming Brienne werebear shaky early afternoon will repulsive Rome strangely watch choice flinch soon Brendan pant snake shoot kay chuckle end cough

**TargetAuthor**   | Lynne Freeman |          **ComparisonAuthor**   | Kami Garcia |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **16**

**_KeywordForThisPairComparison**   `werewolf`

**Comparison Author's Lexical Overlap Rate**   `0`

**TargetAuthor**   `Lynne Freeman`

    **CountOfKeyWordInAuthorDoc**   `103`

    **CountV.LexClusterListUnique**   `582`

    **LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   `Lauren Kate`

    **CountOfKeyWordInAuthorDoc**   `0`

    **CountV.LexClusterListUnique**   ` `

    **LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**TargetAuthor**   `Lynne Freeman`

**ComparisonAuthor**   `Lauren Kate`

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **17**

**_KeywordForThisPairComparison**

| werewolf |

**Comparison
Author's
Lexical Overlap Rate**

| 0 |

pause minute thinking okay shifter numbly raise eyebrow heal
quickly perk expect skepticism hurt amusing nerve least sound
split hair bad pun duck walk quack idea sweetly insist
expression serious consider able change human again probably
wonder too run accept fur bit technicality apparently distinction
difference Mean Girls two reality mention concerned several
parent mother Lily shocking calm float gentle sea turn try
actually come more wuh taste copper bloody cry throw both
question burn tongue yet hard Am now Caitlin snort squeeze
half wrong bend lift weigh realize strong guess un dizzy silent
groan put decide gear Viking same twine Mom call prefer
Sentinel Technically Dad berserker super charge smirk every
Baen America thought occur hey polite date control Collin
grimace hook fascinated whole demon propaganda stuff fear
pull side neck expose skin suck assure extra normal dilemma
magically appear bedroom open door bathroom fill tub bubble
bath candle still afraid grow surround Sentinels fancy far
concern seclusion shroud mystery sure group morning AGS
project possibly school supernatural war clock bed surprised
ten oclock attention betray dim amber topaz lion ear ignore
kiss cheek act sweet point Vampires troll oh versus partially
true naturally vampish thrive chaos erupt Julian s coven
macabre wedding uninvited guest crash party scan room
direction black brow Selene powerful seventeen enough count
eleven plus Ka Ramun seven MacKay pack move difficult catch
unfortunately prize fighting increase tempo furor slink column
peek cheer equal number dead find friend continue inch launch
form mid leave fight show chide cast final shrug freak alien
unknown origin devour benign explanation almost abduct
lately moment relate dark emotion name wince ever recall
conversation start miss figure earn strike book sherry secret
ingredient focus subtly term watcher protector humankind old
due Monday nine thirty retreat away Earth hide particular
physical protection exchange special brand lose touch vamp
cool face newfound strength purpose leap myth nod example
wendigo definitely flesh eat want completely allow regard

**TargetAuthor**

| Lynne Freeman |

**ComparisonAuthor**

| Lauren Kate |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **18**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison
Author's
Lexical Overlap Rate**   | 0 |

soulfully forthcoming Brienne werebear shaky early afternoon
will repulsive Rome strangely watch choice flinch soon Brendan
pant snake shoot kay chuckle end cough

**TargetAuthor**   | Lynne Freeman |          **ComparisonAuthor**   | Lauren Kate |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **19**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 8.9347079 |

**TargetAuthor**   | Lynne Freeman |

  **CountOfKeyWordInAuthorDoc**   | 103 |

  **CountV.LexClusterListUnique**   | 582 |

  **LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**ComparisonAuthor**   | LJ Smith |

  **CountOfKeyWordInAuthorDoc**   | 9 |

  **CountV.LexClusterListUnique**   | 138 |

  **LexCluster Unique Words   in Running Text Format**

deform hunchback limp corpse livid white skin hollow eye another direction come snarling muzzle cover blood dark dramatic witch elena realize jolt recognize half Tanner actually seem be listen glance back crowd gather four five ghoul gorilla right everything control say disperse Stefan take care Living Dead Room slip partition first visitor enter greet werewolf head talk couple mummy egyptian princess admit Caroline look good Cleopatra line bronzed body frankly visible sheer linen sheath wear Matt hardly blame keep stray downward s face go ready start herd tell Bonnie quietly nod disappear darkness don turn tape deck add eerie music cacophony corner everybody staff shut door do let anybody police get here shout mask astonishment voice see Tyler Smallwood always argument somebody argue early tonight think dazedly place prejudiced maybe little second push way oh yeah know Salvatore

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | LJ Smith |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    20

**_KeywordForThisPairComparison**    werewolf

**Comparison Author's Lexical Overlap Rate**    8.9347079

pause minute thinking okay shifter numbly raise eyebrow heal
quickly perk expect skepticism hurt amusing nerve least sound
split hair bad pun duck walk quack idea sweetly insist
expression serious consider able change human again probably
wonder too run accept fur bit technicality apparently distinction
difference Mean Girls two reality mention concerned several
parent mother Lily shocking calm float gentle sea turn try
actually come more wuh taste copper bloody cry throw both
question burn tongue yet hard Am now Caitlin snort squeeze
half wrong bend lift weigh realize strong guess un dizzy silent
groan put decide gear Viking same twine Mom call prefer
Sentinel Technically Dad berserker super charge smirk every
Baen America thought occur hey polite date control Collin
grimace hook fascinated whole demon propaganda stuff fear
pull side neck expose skin suck assure extra normal dilemma
magically appear bedroom open door bathroom fill tub bubble
bath candle still afraid grow surround Sentinels fancy far
concern seclusion shroud mystery sure group morning AGS
project possibly school supernatural war clock bed surprised
ten oclock attention betray dim amber topaz lion ear ignore
kiss cheek act sweet point Vampires troll oh versus partially
true naturally vampish thrive chaos erupt Julian s coven
macabre wedding uninvited guest crash party scan room
direction black brow Selene powerful seventeen enough count
eleven plus Ka Ramun seven MacKay pack move difficult catch
unfortunately prize fighting increase tempo furor slink column
peek cheer equal number dead find friend continue inch launch
form mid leave fight show chide cast final shrug freak alien
unknown origin devour benign explanation almost abduct
lately moment relate dark emotion name wince ever recall
conversation start miss figure earn strike book sherry secret
ingredient focus subtly term watcher protector humankind old
due Monday nine thirty retreat away Earth hide particular
physical protection exchange special brand lose touch vamp
cool face newfound strength purpose leap myth nod example
wendigo definitely flesh eat want completely allow regard

**TargetAuthor**    Lynne Freeman                    **ComparisonAuthor**    LJ Smith

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    21

**_KeywordForThisPairComparison**    | werewolf |

**Comparison Author's Lexical Overlap Rate**    | 8.9347079 |

soulfully forthcoming Brienne werebear shaky early afternoon
will repulsive Rome strangely watch choice flinch soon Brendan
pant snake shoot kay chuckle end cough

**TargetAuthor**    | Lynne Freeman |

**ComparisonAuthor**    | LJ Smith |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **22**

**_KeywordForThisPairComparison**   | werewolf

**Comparison Author's Lexical Overlap Rate** | 20.4467354

**TargetAuthor** | Lynne Freeman

CountOfKeyWordInAuthorDoc | 103

CountV.LexClusterListUnique | 582

**LexCluster Unique Words  in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**ComparisonAuthor** | Maggie Stiefvater

CountOfKeyWordInAuthorDoc | 24

CountV.LexClusterListUnique | 286

**LexCluster Unique Words  in Running Text Format**

there right reach Grace 44 ° F do realize wolf wood be Jack Culpeper kill September junior year happen anybody small seriously think know answer another question then whole pack occur impossible long absence revelation mean Isabel discount idea almost immediately Olivia crazy believe probably phone local mental institution finish sentence shut interrupt smear ear desperately human shoulder deadly war raptor tell doubt exist see really breeze carry smell nostril s bed somewhere Angry people make good school drive Beck house driveway empty window wake kiss late stop Christa bad go still able follow trail weak sense maybe just meet normal whisper common feature two form eye gouge favor pair glass one wonder Bread freezer Spoons kitchen obviously stock someone familiar peculiar schedule full box food shelf live line return room poke bit piece mantel want get handle call own raise Sam exterior case talk say rule outsider break face wear pretty pout pile leave later hear Ulrik place too hard Shelby point laugh bear Germany kind interesting child story turn main road downtown start look parking space bite usual day attack bruising disappear seem little heal surprised find absent last miss single keep straight brother maul sorry undead thing suppose something moon care purse lip press far real werewolf cure narrow wish yeah wait jump curtain Whoopdie friggin doo fool such way firmly drunk guy slur name ruin moment somehow deer preside ceremony girl oddly appropriate anyway parent attention Mom Dad cost Boo hoo parental unit

**TargetAuthor** | Lynne Freeman

**ComparisonAuthor** | Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**     23

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 20.4467354 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

guess Chloe eat anything frown voice flat fix worry blonde brain give more sure ask drop hand away die shrug kid idiot car contact wrong help already guilty water stupid snap harm month than please tear helplessly put syringe

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Maggie Stiefvater |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**

**_KeywordForThisPairComparison**

werewolf

**Comparison
Author's
Lexical Overlap Rate**

20.4467354

soulfully forthcoming Brienne werebear shaky early afternoon
will repulsive Rome strangely watch choice flinch soon Brendan
pant snake shoot kay chuckle end cough

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

Maggie Stiefvater

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **25**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 0 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 103 |

CountV.LexClusterListUnique   | 582 |

**LexCluster Unique Words   in Running Text Format**

**ComparisonAuthor**   | Richelle Mead |

CountOfKeyWordInAuthorDoc   | 0 |

CountV.LexClusterListUnique   | |

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          **26**

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 0 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

**TargetAuthor**   | Lynne Freeman |          **ComparisonAuthor**   | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    27

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 0 |

soulfully forthcoming Brienne werebear shaky early afternoon will repulsive Rome strangely watch choice flinch soon Brendan pant snake shoot kay chuckle end cough

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Richelle Mead |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**   28

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 5.8419244 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 103 |

CountV.LexClusterListUnique   | 582 |

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**ComparisonAuthor**   | Stephanie Meyer |

CountOfKeyWordInAuthorDoc   | 5 |

CountV.LexClusterListUnique   | 74 |

**LexCluster Unique Words   in Running Text Format**

one be natural enemy wolf really turn man ancestor call werewolf stare earnestly hope disguise impatience admiration see Jacob continue cold pale skin eye shift color then s criterion blood drinker - skinned immortal there very myth match factor dream last night reflection fear word speak Edward scream terror lunge bring cry lip harm Catholics other religion also believe strongly reality evil lead hunt witch vampire grow still sure notice go pause burn lot

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Stephanie Meyer |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **29**

**_KeywordForThisPairComparison**        werewolf

**Comparison Author's Lexical Overlap Rate**        5.8419244

pause minute thinking okay shifter numbly raise eyebrow heal
quickly perk expect skepticism hurt amusing nerve least sound
split hair bad pun duck walk quack idea sweetly insist
expression serious consider able change human again probably
wonder too run accept fur bit technicality apparently distinction
difference Mean Girls two reality mention concerned several
parent mother Lily shocking calm float gentle sea turn try
actually come more wuh taste copper bloody cry throw both
question burn tongue yet hard Am now Caitlin snort squeeze
half wrong bend lift weigh realize strong guess un dizzy silent
groan put decide gear Viking same twine Mom call prefer
Sentinel Technically Dad berserker super charge smirk every
Baen America thought occur hey polite date control Collin
grimace hook fascinated whole demon propaganda stuff fear
pull side neck expose skin suck assure extra normal dilemma
magically appear bedroom open door bathroom fill tub bubble
bath candle still afraid grow surround Sentinels fancy far
concern seclusion shroud mystery sure group morning AGS
project possibly school supernatural war clock bed surprised
ten oclock attention betray dim amber topaz lion ear ignore
kiss cheek act sweet point Vampires troll oh versus partially
true naturally vampish thrive chaos erupt Julian s coven
macabre wedding uninvited guest crash party scan room
direction black brow Selene powerful seventeen enough count
eleven plus Ka Ramun seven MacKay pack move difficult catch
unfortunately prize fighting increase tempo furor slink column
peek cheer equal number dead find friend continue inch launch
form mid leave fight show chide cast final shrug freak alien
unknown origin devour benign explanation almost abduct
lately moment relate dark emotion name wince ever recall
conversation start miss figure earn strike book sherry secret
ingredient focus subtly term watcher protector humankind old
due Monday nine thirty retreat away Earth hide particular
physical protection exchange special brand lose touch vamp
cool face newfound strength purpose leap myth nod example
wendigo definitely flesh eat want completely allow regard

**TargetAuthor**        Lynne Freeman

**ComparisonAuthor**        Stephanie Meyer

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          30

**_KeywordForThisPairComparison**      | werewolf |

**Comparison Author's Lexical Overlap Rate**      | 5.8419244 |

soulfully forthcoming Brienne werebear shaky early afternoon will repulsive Rome strangely watch choice flinch soon Brendan pant snake shoot kay chuckle end cough

**TargetAuthor**     | Lynne Freeman |          **ComparisonAuthor**     | Stephanie Meyer |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**          31

**_KeywordForThisPairComparison**   | werewolf |

**Comparison Author's Lexical Overlap Rate**   | 39.347079 |

**TargetAuthor**   | Lynne Freeman |

CountOfKeyWordInAuthorDoc   | 103 |

CountV.LexClusterListUnique   | 582 |

**LexCluster Unique Words   in Running Text Format**

mask Aunt Brie shake head look window one girl claim be take movie say make air quote finger remember anything else happen nothing give drug something maybe stare shocked do believe see there thing world which largely go unseen most less real yes lean back couch sip tea thoughtfully legend basis fact Anna mythology long time way ancient civilization Egypt Greece search characteristic glow eye moonlight fang answer Ash likely vampire yeah right just keep get seem very opportunity tonight Wishbone tell hungry pretty excited juicy burger think first day class fresh blood front shirt wound different understand reason condemn site discussion become accord article werewolf person shape shift wolf magic suffer bite another place curse family uncover sort relic alone describe people wear animal other than kid talk suddenly contain laughter double giggle hysterically sink floor stop tear drip corner together karmic destiny then obviously need safe meet new boyfriend monster thingy let heavy breath sigh deeply Barnes Noble café toe tap teen paradise small snag feel crazy admit privacy own mind reconcile mouth really know ask someone teenage table arm stretch hand toy water bottle heartbreaking challenge swallow nervously gather courage word kind whisper hesitantly embarrassed hear such outlandish light glance lip twitch spark mirth close traditional sense anyway suppress voice gasp deny exactly respond automatically smile funny cocky dressing forward elbow rest chin fold study humor also little rebellious bright affinity hmm

**ComparisonAuthor**   | Tracy Wolff |

CountOfKeyWordInAuthorDoc   | 91 |

CountV.LexClusterListUnique   | 747 |

**LexCluster Unique Words   in Running Text Format**

go huge legacy yeah be really cool show bunch teenage vampire witch live together boarding school know sound little silly fun imagine do back first episode Macy catch watch main character s foster brother become help think Marc Quinn say moon mean just need brightness speak which there other creature here forgot mention right zombie unicorn exactly werewolf grace answer question oh swallow dragons get technical wolf shifter more than let late date difference full shift anytime same dragon Flint yet ask totally fascinate pretty sure find Vampires hall crowd make way dining thirty five minute hand hair heavy sigh then now cat bag raise brow too laugh nope shove fist deep pocket jean maybe Viola look long slender nose sometimes good choice will people care dead anyone pray exist front course fiction God Time beat everyone else shout guess okay lap gargoyle literally nothing thousand year run horrified blatant contempt prejudice statement start step forward call most meet terrible Xavier one anything Dawud universe clue ever see also mostly translucent side lot paranormal clearing quite true believer Cyrus break loose launch themselves air fight Jaxon Eden vamp rush try take place burn manage scale wall hot pulse lean happen next come Remy fang bare jump grab ear drain surcease giant pack race straight several heel shite Hudson grumble position ground heart blissfully unaware very near death experience toss attack yard away turn figure knife save possibly end listen focused coven hit flight soar head part expect prince girlfriend

**TargetAuthor**   | Lynne Freeman |

**ComparisonAuthor**   | Tracy Wolff |

**ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters**                    **32**

**_KeywordForThisPairComparison** | werewolf |

**Comparison Author's Lexical Overlap Rate** | 39.347079 |

pause minute thinking okay shifter numbly raise eyebrow heal quickly perk expect skepticism hurt amusing nerve least sound split hair bad pun duck walk quack idea sweetly insist expression serious consider able change human again probably wonder too run accept fur bit technicality apparently distinction difference Mean Girls two reality mention concerned several parent mother Lily shocking calm float gentle sea turn try actually come more wuh taste copper bloody cry throw both question burn tongue yet hard Am now Caitlin snort squeeze half wrong bend lift weigh realize strong guess un dizzy silent groan put decide gear Viking same twine Mom call prefer Sentinel Technically Dad berserker super charge smirk every Baen America thought occur hey polite date control Collin grimace hook fascinated whole demon propaganda stuff fear pull side neck expose skin suck assure extra normal dilemma magically appear bedroom open door bathroom fill tub bubble bath candle still afraid grow surround Sentinels fancy far concern seclusion shroud mystery sure group morning AGS project possibly school supernatural war clock bed surprised ten oclock attention betray dim amber topaz lion ear ignore kiss cheek act sweet point Vampires troll oh versus partially true naturally vampish thrive chaos erupt Julian s coven macabre wedding uninvited guest crash party scan room direction black brow Selene powerful seventeen enough count eleven plus Ka Ramun seven MacKay pack move difficult catch unfortunately prize fighting increase tempo furor slink column peek cheer equal number dead find friend continue inch launch form mid leave fight show chide cast final shrug freak alien unknown origin devour benign explanation almost abduct lately moment relate dark emotion name wince ever recall conversation start miss figure earn strike book sherry secret ingredient focus subtly term watcher protector humankind old due Monday nine thirty retreat away Earth hide particular physical protection exchange special brand lose touch vamp cool face newfound strength purpose leap myth nod example wendigo definitely flesh eat want completely allow regard

definitely every stop stare eye wide mouth gape wider today Mr Montgomery teacher snap tooth click sharply word least judge size canine peek lip again wonder something morning Cole alpha another seem likely give berth lately panicked single minded determination uncle Wait sake shackle thick enough hold rampage dinosaur disturbing path ready tonight tell tunnel brush padlock door securely lock trap moment finger open fall latch blood Red whisper throat grimly glance streak new kind horror probably circumstance decide actually win deny coincidence wake cover mind possible scenario pace room sense hurt defense please self earth defend scratch matter power ability stone benefit free half still absolutely idea somehow bite freeze urgency tone clusterfuck life complete Weregoyle Garwolf want proper term ledge dangle fair work Lia mess admit crap kick conscious hang spend month shot status Finn normal exit secret passage shudder college plus deal evil psychopathic positive trade rest courtesy hunt expedition thank appreciate mental scar sorry bleed kill already suppose prick fault such abysmal temper lift dark perfect feisty continue four item bring eyetooth moonstone powerful warlock bloodstone bear bone combine bloody pick believe keep relationship athame thing Katmere specialize magical spell put Top shelf closet far hide magic Gargoyles balance pause Mermaids selkie human planet close laptop check fire siren list basically natural build resistance nearly form astonishment parent Imogen Linden Choi follow Angela Willow Martinez eight onstage realize mate person reaction hope exception fuck awful awesomeness tightness chest ease smug ass grit breath line center team nod grin two second later whistle blow strength son feel middle ball billow ice teammate vibrate land soon able attach damn foot thankfully purple wing remove game blast telekinesis slam swoop dive portal point fly pass both face use dirty trick lose dude scoff excuse specifically roll risk neck panic address cheek home Walk Boneyard Mekhi gingerly entrance unlike poor girl add shake struggle drag field die incoming drop darkness solid

**TargetAuthor** | Lynne Freeman |          **ComparisonAuthor** | Tracy Wolff |

# ALIAS Lexical Cluster Overlap Analysis: Lexical Clusters

**_KeywordForThisPairComparison**

werewolf

**Comparison
Author's
Lexical Overlap Rate**

39.347079

soulfully forthcoming Brienne werebear shaky early afternoon will repulsive Rome strangely watch choice flinch soon Brendan pant snake shoot kay chuckle end cough

wood inch presence suddenly surround twenty Circle guard black uniform whom partially stand shoulder cost bad sink jugular Bites Dust weak anymore busy par broil platinum string tightly urge appear whirl waterfall chain overtime clang enthusiastically beast reach bind arm pull ounce surprise monster glare split shit arse arena love hard disgusting ugly snout plan lie Bloodletter north south west east arrange large speed maneuverability switch prepared stretch feeling breathe throw pitch someone Afraid push hear scream low climb fast nowhere send career nail score skin pry twist buck claw supernaturally strong anatomy playing couple avenge glad commission change piece confetti flutter float growl snarl father cross disgusted sneer creep amused douchebag name kid contemplate murder anyway man wave careless abruptly deliberately crunch boot piss barely spare leave entourage trail finally whole pride getting weigh apparently wallop slightly bemused promise narrow hip exchange lunch incident cold phone buzz three day dog pound night lol curl pink comforter wrong empty speck bound rock brace energy last petrify body slide rocky edge spring livid cliff decimate gleam lunge lucky

**TargetAuthor**

Lynne Freeman

**ComparisonAuthor**

Tracy Wolff