# EXHIBIT F-2

164

CHRISTINE WITTHOHN

1          CHRISTINE WITTHOHN

2    I extrapolated from Publishers

3    Marketplace and backed up with looking

4    at -- and this is from her list, that

5    was -- that was on her website at that

6    time, I compared it -- I compared her

7    sales to the Publishers Marketplace and

8    to Amazon, and it is my opinion -- my

9    professional opinion, that she wasn't

10   making that much money.

11        Q    Okay.

12             And is that across the whole

13   period or is that -- what you say here is

14   that her representation was getting less

15   profitable during those years.

16        A    It was.  You could tell.

17        Q    And how do you -- what

18   information specifically were you looking

19   at that tells you that her representation

20   of her biggest clients was getting less

21   profitable?

22        A    She was making smaller

23   traditional deals.  She was going to,

24   let's take -- let's -- let's look at it

25   then.

165

```
 1              CHRISTINE WITTHOHN

 2       Q    Okay.

 3       A    She had three -- she had five

 4  traditional deals in 2010.  Five

 5  traditional, three category, zero

 6  digital, and zero work-for-hire.  Okay.

 7       Q    So eight total deals, correct?

 8       A    It's not the number of deals.

 9  Because if you don't get -- here is the

10  point, okay.  If you do a deal, eight

11  deals, that's why this is -- this is

12  difficult for a jury to understand.

13            Just because you have a deal,

14  doesn't mean you get paid right away.

15  You have to wait for the money.

16  Sometimes for digital deals you have to

17  wait until the money comes in.  You have

18  to wait until the book is published which

19  company take up to 24 to 36 months.

20  Okay?

21            So just because it said she

22  made -- your -- you said eight deals,

23  doesn't mean she got paid for eight

24  deals.

25       Q    How many deals did she get paid
```

Case 1:22-cv-02435-LLS-SN   Document 322-17   Filed 02/07/24   Page 4 of 22
FREEMAN v                                    Christine Witthohn
DEEBS-ELKENANEY                              September 13, 2023

166

1          CHRISTINE WITTHOHN

2   for?

3      A    I don't know.  You will have to

4   ask her because it's going to probably go

5   by past deals, each year.

6      Q    Okay.

7          So let's move on to 2011.

8   There's two in the traditional category,

9   two category, and two that you have

10  listed as small digital press.  So that's

11  six deals in 2011, with the caveat that

12  you don't know when she is getting paid

13  on any of these deals.

14     A    Correct.

15     Q    2012, four traditional, two

16  category, two small digital press.  A

17  total of eight, same as 2010.

18          2013, six traditional, five

19  category, 15 small digital press, and one

20  short story.  That's a total of 26 deals

21  in 2013.  One of which was a very nice

22  deal and one of which was a good deal,

23  correct?

24     A    Yes.

25     Q    Okay.

Case 1:22-cv-02435-LLS-SN   Document 322-17   Filed 02/07/24   Page 5 of 22
FREEMAN v                                        Christine Witthohn
DEEBS-ELKENANEY                                  September 13, 2023

167

```
1              CHRISTINE WITTHOHN
2         And then in 2014, five
3  traditional, one category, five small
4  digital press, one novella, two
5  work-for-hire.  So if I am counting up
6  right, that's 13 deals.
7         The following year, it's two
8  traditional, one novella, 11 small
9  digital press, two work-for-hire.  So now
10 we are at, what, 15.
11        So I guess what I'm asking,
12 what -- isn't your statement that Ms. Kim
13 was -- that her representation of her
14 biggest clients was getting less
15 profitable, isn't that belied by these
16 numbers?
17    A    No.
18    Q    So what about these numbers is
19 telling you that her representation was
20 getting less profitable?
21    A    Well, you -- you -- by your --
22 by what you are saying, you are saying
23 because she had so many deals, she was
24 making all this money.
25        Let's take for example, you left
```

168

```
 1              CHRISTINE WITTHOHN
 2  off with 2015, two traditional, one
 3  reissued novella, which is really not --
 4  if it's a reissue, it's not a new deal --
 5  zero category, and 11 small presses.
 6          Again, let's go back to what I
 7  just said just a bit ago.  Small digital
 8  presses, tend not to pay anything
 9  upfront, most of them don't, actually.
10  They don't show any good faith upfront,
11  which is why I don't like those kind of
12  deals.  You have to wait until the book
13  comes out.
14          Now sometimes they could get it
15  to -- depending on what Emily negotiated,
16  sometimes they can get it to market
17  faster than 24 months.  Usually with that
18  -- digital presses, they are a little bit
19  more nimble than print, so they don't
20  need to take up to 24 months in order to
21  publish a book.
22          But keep in mind, she is not
23  going to see any of that money.  She is
24  not going to see -- if any money, until
25  those books come out and those books
```

169

```
              CHRISTINE WITTHOHN
 1
 2   start making money.
 3      Q    So in 2016, she did six
 4   traditional deals which is the most she's
 5   ever done in any year, at least according
 6   to your chart.  She did that in 2013,
 7   2016, 2020.
 8      A    Hm-hm.
 9      Q    What I am trying to understand
10   from you, Ms. Witthohn is, what is your
11   basis for claiming that her about biggest
12   earning clients was getting less
13   profitable from 2010 to 2019?
14      A    Because she only had one listed
15   good deal, okay.  One -- and that was in
16   2013.  All these are little tiny deals.
17   They are not big deals.  I didn't look --
18   I want to say -- I don't remember if I --
19   I don't know if I actually looked at
20   before 2010.  I tried to focus on -- for
21   this case, I tried to focus on from 2010
22   up.  So that's -- but I want to say I did
23   look, I can't remember.  Anyway...
24      Q    So that's my question.
25           What do you mean by much less
```

Case 1:22-cv-02435-LLS-SN  Document 322-17  Filed 02/07/24  Page 8 of 22
FREEMAN v                                                    Christine Witthohn
DEEBS-ELKENANEY                                             September 13, 2023

170

```
 1              CHRISTINE WITTHOHN

 2   profitable?  Are you comparing the early

 3   part of the decade with later in the

 4   decade?

 5              What are you -- what is -- less

 6   profitable than what?

 7      A     Exactly what I just said,

 8   digital presses.  Digital or small

 9   presses tend not to give you any good

10   faith money.  They may give you a higher

11   percentage but they are limited --

12   usually they are limited to what

13   platforms they sell on which comes into

14   play when you are trying to make some

15   money.

16              But it just makes it harder

17   because the author -- the agent, as an

18   agent, you're selling all these deals,

19   but you have to wait for any income to

20   trickle in from when the books are

21   published.

22              And she is selling -- same thing

23   with traditional.  With traditional -- by

24   the time Emily and I became agents, the

25   period of, you know, six figure -- easy
```

```
 1           CHRISTINE WITTHOHN
 2   six figure advances were gone, okay.  And
 3   by 2010, advances -- most advances for --
 4   let's use it for romance because that's
 5   what Emily does a lot of, she does
 6   children's too, but for all intents and
 7   purposes let's say we are talking about
 8   romance.  Romance advances significantly
 9   dropped.  Okay.  I can tell you from my
10   own experience that I have sold -- I
11   haven't done a lot of digital deals
12   because -- for that reason, because they
13   don't show any good faith money.
14           But the traditional deals, even
15   her -- let's say her good deal, her good
16   deal is going to be broken up into maybe
17   half and half upon signing, and half upon
18   delivery, or it's going to be broken up
19   three or four depending on what you
20   negotiate and what house you're
21   negotiating with.
22      Q    Okay.  I understand that, Ms.
23   Witthohn.
24           I guess what I'm asking here,
25   though, is -- you are describing why it's
```

Case 1:22-cv-02435-LLS-SN   Document 322-17   Filed 02/07/24   Page 10 of 22

FREEMAN v
DEEBS-ELKENANEY

Christine Witthohn
September 13, 2023

172

```
 1            CHRISTINE WITTHOHN
 2   difficult to make -- to be successful as
 3   an agent generally.  You are saying that
 4   the payments don't come in as soon as --
 5   as soon as you cut a deal, it takes time.
 6   Presumably that rolls year to year, but
 7   fine.
 8            But you are describing why it's
 9   difficult to be an agent and why any
10   agent might struggle to -- to do well.
11            What I am trying to understand
12   here, though, is your claim, the specific
13   claim that Kim's biggest earning clients
14   were earning less money for her over the
15   time from 2010 to 2019.
16       A    Well, as I said before, Opal
17   Carew was her biggest client, as I could
18   tell, from the sales -- from Publishers
19   Marketplace and BookScan and Amazon, and.
20       Q    Where are the Opal Carew sales
21   listed here in your chart of the
22   different deals --
23            (Simultaneous Crosstalk.)
24       A    She didn't have any.  That's my
25   point.
```

173

```
 1              CHRISTINE WITTHOHN

 2      Q    Starting in 2010?

 3      A    I don't remember what -- I don't

 4  remember what year she just dropped off.

 5  The reason for dropping off, you said did

 6  I know she was sick.  If that was the

 7  case, she still dropped off.  I don't --

 8  I haven't seen any Opal Carew sales from

 9  Emily since.

10           So I am just telling you -- and

11  that was from what I could tell that was

12  her biggest client until --

13           (Simultaneous Crosstalk.)

14      Q    How big a client compared to her

15  other clients?

16      A    Well, she was making her the

17  most money.

18      Q    How much was she making her per

19  year?

20      A    I don't know.

21      Q    How do you know she was making

22  her the most money?

23      A    Because of her sales.

24      Q    Because -- Opal Carew sales.

25           During what time period was she
```

174

```
 1              CHRISTINE WITTHOHN
 2   making Emily Kim the most money?
 3       A    That would be a question for
 4   Emily.
 5       Q    No.  It's a question for you,
 6   because you are making statements about
 7   her losing Opal Carew causing her to have
 8   significantly less sales between 2010 and
 9   2019?
10       A    Her sales with Opal just
11   stopped.
12       Q    What were they before they
13   stopped?
14       A    They were actually pretty good.
15       Q    Ballpark?
16       A    I don't know.  I don't recall.
17       Q    How much was Emily making on
18   those?
19       A    Again, you will have to ask her
20   exact amount.  I don't know.
21       Q    Okay.
22            Going back to your -- so first
23   of all, let me ask you a question about
24   Publishers Marketplace.
25            The data that you are citing
```

Case 1:22-cv-02435-LLS-SN   Document 322-17   Filed 02/07/24   Page 13 of 22
FREEMAN v                                                    Christine Witthohn
DEEBS-ELKENANEY                                            September 13, 2023

175

```
 1            CHRISTINE WITTHOHN
 2   here, these -- when it says -- when it
 3   talks about a deal and it's a nice deal,
 4   and it's a number between zero and
 5   $49,000, that is a reference to the
 6   advance, correct?
 7      A    Correct.
 8      Q    So if you see an advance that
 9   falls into the nice deal category, what
10   does that tell you about what commissions
11   the agent would ultimately make on the
12   sales of a book that comes out of that
13   deal?
14      A    Well, the nice deal -- a nice
15   deal would tell me that they had X-amount
16   of dollars that they got for the advance.
17   The author still has to earn that advance
18   back, okay.  And they do that by selling
19   books.
20      Q    Right.
21      A    Okay.  But they get a chunk of
22   money upfront which is helpful for the
23   author, so they can feed their families
24   and it helps the agents so they could
25   feed their families.
```

176

```
1              CHRISTINE WITTHOHN

2          So if they have fewer deals that

3   she is selling traditionally, where she

4   gets advances, opposed to deals that

5   digital presses which usually doesn't

6   give any advances, that's what I am

7   saying.

8       Q    So is it -- I think we are

9   getting somewhere here.

10         So it's your opinion that Emily

11  Kim had fewer traditional deals between

12  2010 to the end of 2019 as opposed to

13  deals with digital presses; is that

14  correct?

15      A    Correct.  Correct.  It appears

16  she was relying on digital and

17  work-for-hire.

18      Q    So is it your view here that the

19  numbers of traditional deals from 2010

20  and 20 -- and your list goes to 2020;

21  five, two, four, six, five, two, six,

22  five, four, one, six, that represents a

23  decline in traditional deals over that

24  10 years for Prospect Agency?

25      A    Well, first of all, I think they
```

177

```
 1            CHRISTINE WITTHOHN
 2   are low numbers.  If she only had five
 3   traditional deals in the whole --
 4            (Simultaneous Crosstalk.)
 5            LANCE KOONCE:  That's not my
 6       question, Ms. Witthohn.  Strike
 7       that answer.
 8   BY BEN HALPERIN:
 9       Q    I'm asking you whether or not
10   this represents a decline in traditional
11   deals over the course of that 10 years?
12       A    Say it again.
13       Q    Do the numbers that you have in
14   paragraph 15, year to year for
15   traditional deals, do they represent a
16   decline in the number of traditional
17   deals that Emily Kim was doing year over
18   year?
19       A    Some, yes.
20       Q    So the trend you see in those
21   numbers is a trend downward in
22   traditional deals?
23       A    We go from five to two to four
24   to six to five to two to six to five to
25   four to one to six.
```

178

```
 1              CHRISTINE WITTHOHN

 2      Q    Is that a trend downward to you?

 3      A    Most of them are down.

 4      Q    I don't know what you mean by

 5  "most of them are down"?

 6      A    Well, I mean, would you say that

 7  two is less than five.  I am not --

 8  that's what I am referring to.

 9      Q    I would say two is less than

10  five, yes.  But then I would say then the

11  next year, four is more than two.  The

12  next year six is more than four and two

13  and five.

14      A    Okay.  Well, I am just -- from

15  my personal opinion, from the sales that

16  she has, she was heavily dependent upon

17  digital and work-for-hire.

18      Q    Well, let's talk about that.

19          I mean in 2010, '11, and '12,

20  she had a total of four deals with small

21  or digital presses and none with

22  work-for-hire.

23          Starting in 2013, she added, you

24  know, that was the year she added the

25  most she ever had that you list of
```

179

1               CHRISTINE WITTHOHN

2    traditional deals -- she had 15 small

3    presses.  And then the following years it

4    was five, it was 11, it was 13.

5               So isn't it true, Ms. Witthohn,

6    in fact, what this status shows is that

7    Ms. Kim had a pretty steady year-to-year

8    business and traditional deals and added

9    a lot of small press deals over time

10   starting in 2013?

11      A    I would not -- I would not agree

12   with that statement.

13      Q    Why?

14      A    2013, it appears that she had a

15   decent year.  But overall, I mean, 2011,

16   she had two traditional, two category,

17   and two digital.  That's not going to be

18   enough to feed her family.

19               She had, in 2012, she had four

20   traditional, two category, two small

21   presses.  Again, same thing.

22               2013, she actually did a little

23   better in 2013.  I don't poo-poo Emily

24   for trying to earn a living.  But her

25   small presses is what I am saying is, for

180

```
 1             CHRISTINE WITTHOHN
 2  example, in 2013, she did, in fact, have
 3  six traditional deals.  But those 15
 4  small digital presses aren't going to be
 5  making her a whole lot of money until
 6  those books come out.
 7     Q    But the statement -- the opinion
 8  you're backing up with this data, isn't
 9  it that Kim's biggest earning clients
10  were earning her less money from --
11  starting in 2010 moving to 2019?
12          Aren't you -- isn't your opinion
13  about a trend in her profitability from
14  her biggest clients?
15     A    Yes.  Her biggest client was
16  Opal and I stand by my statement.
17     Q    Well, it doesn't say client.  It
18  says clients.
19     A    From the data that I saw, that
20  is true.
21     Q    What is true?
22     A    What I said.
23     Q    That -- that for her biggest
24  earning clients, her -- she was making
25  less money from 2010 to 2019?
```

181

CHRISTINE WITTHOHN

1

2    A    She was making less money.

3    Q    So in 2010, how much money was

4  she making from her biggest earning

5  clients?

6    A    I don't know.  That, again --

7  you know, she had one nice -- very nice

8  deal.  The rest, let's say, that they

9  were all nice deals because usually if

10 you don't say anything, they are usually

11 just nice deals.

12   Q    Which of the deals in 2010 were

13 for her biggest earning clients?

14   A    I don't recall that information.

15 I don't --

16        (Simultaneous Crosstalk.)

17   Q    What about 2011?

18   A    Again, I don't recall which

19 clients did what.  I only went by -- I

20 broke it down into traditional

21 categories, and small presses.

22   Q    Okay.

23        Do you believe all of Emily Kim

24 deals are represented in the Publishers

25 Marketplace data?

182

```
 1              CHRISTINE WITTHOHN
 2      A    No.  In fact, I know they are
 3   not.
 4      Q    Okay.
 5           So if there are significant
 6   number of deals not included, would that
 7   change your opinion that her income was
 8   on the decline?
 9      A    Well, I did look at her list at
10   that time and I lined up -- I lined
11   everything up and the only thing I did
12   not see is she didn't list everything
13   that she sold to Entangled Publishing.
14   And she did not, interestingly, list the
15   Crave series.
16      Q    And did she list Kristen Ashley?
17      A    I don't recall.
18      Q    Okay.
19           So where did you -- when you say
20   lined all --
21           (Simultaneous Crosstalk.)
22           Sorry, go ahead.
23      A    I said I don't recall exact
24   names.  I only recalled, after looking at
25   numbers, I pulled -- I pulled Opal out
```

223

```
1              A C K N O W L E D G E M E N T

2    STATE OF _____

3    COUNTY OF _____

4

5              I, the undersigned, hereby

6    certify that I have read the transcript

7    of my testimony taken under oath in my

8    deposition; that the transcript is a true

9    and complete and correct record of my

10   testimony, and that the answers on the

11   record as given by me are true and

12   correct.

13

14        _____

15        CHRISTINE WHITTHOHN

16

17             Signed and subscribed to before

18   me this _____ day of _____,

19        20__.

20

21        _____

22        Notary Public

23

24

25
```

224

1            I, S. Arielle Santos, CSR, CLR,

2   do hereby certify:

3   That prior to being examined, the witness

4   named in the forgoing deposition, was by me

5   duly affirmed remotely under order SC of FL

6   No. AOSC20-23 Amendment 4 (II)(C)(2) to

7   testify the truth, the whole truth, and

8   nothing but the truth.

9   That said deposition was taken before me at

10  the time and place set forth and was taken

11  down by me in shorthand and thereafter

12  reduced to computerized transcription under

13  my direction and supervision, and I hereby

14  certify the foregoing deposition is a full,

15  true and correct transcript of my shorthand

16  notes so taken.

17  I further certify that I am neither counsel

18  for nor related to any party to said action

19  nor in anywise interested in the outcome

20  thereof.

21

22  _____

23  S. Arielle Santos, CSR

24  FL Notary No. HH 192604  Exp 10/31/2025

25