# EXHIBIT I

**From:** Emily Sylvan Kim <esk@prospectagency.com>
**To:** Alexandra Chipkin <allessa@prospectagency.com>
**Subject:** IP projects
**Date:** Tue, 21 Aug 2018 16:23:38 -0400

---

Here's a partial list and a letter I'm thinking of using. Any thoughts?

Dear Editor,

I am sending you this letter because I thought you might be interested in seeing some of Prospect Agency's clients who are especially interested in IP or work-for-hire projects.

It can be challenging to find just the right author for a specific project, so we thought we'd make it a little easier by creating an easy to read document to have on hand. The clients in the attached document represent some of our most talented and enthusiastic writers from all genres: romance, middle grade, YA, children's books, suspense, media-tie ins, and more!

Please keep in mind this is only a partial list of our clients and you should definitely check out our website to stay up to date on evolving list. In the meantime, I hope someone here strikes just the right note. We'd be thrilled to work with you.

Best,
Emily
President, Prospect Agency

--
Emily Sylvan Kim
President - Literary Agent
P R O S P E C T   A G E N C Y
551 Valley Road, PMB 377 | Upper Montclair, NJ 07043
(w) 718.788.3217
www.prospectagency.com


Please go to Publisher's Marketplace and send to the top twenty non-fiction kids editors and also...

Katie Breaux: kbreaux@management360.com
Hilary Zaitz Michael <hzmichael@wmeentertainment.com>
Chris Kuser: Chris.kuser@dreamworks.com
**Kari Cooper** <kari@florenshieh.com>
 **Nicole Guenthard** <nicole@brainmedia.com>

Sarah Kelleher: skelleher@mbcbook.com
Rex Ogle: Rex.Ogle@hbgusa.com
Jessica Almond: jalmon@audible.com
afreedman@icmpartners.com
joany@passionflix.com

Kara McMahon: karamcmahon@hotmail.com
Nadine Christine: createwords@gmail.com
Jaia Shin: Jiah Shin <jiah.shin@caa.com>
Michelle Weiner: michelle.weiner@caa.com
Julian Yep: julian@serialbox.com
rhillia@audible.com

eswift@alloyentertainment.com (Eliza Swift, Alloy Entertainment)
Abloom@scholastic.com (Ann Bloom, Scholastic)
rhoda.belleza@macmillan.com (Rhoda Belleza: Macmillan)
mara.anastas@simonandschuster.com (Mara Anasta)
Liesa.abrams@simonandschuster.com (Leisa Abrams)
Jennifer.ung@simonandschuster.com (Jennifer Ung)
Nicole.ellul@simonandschuster.com (Nicole Ellul)
Sarah.mccabe@simonandschuster.com (Sarah McCabe)
mary.marotta@simonandschuster.com (Mary Marotta)
fiona.simpson@simonandschuster.com (Fiona Simpson)
alyson.heller@simonandschuster.com (Alyson Heller)
Karen.nagel@simonandschuster.com (Karen Nagel)
amy.cloud@simonandschuster.com (Amy Cloud)
gfsmith@penguinrandomhouse.com
(Geof Smith, Random House)
Clee@scholastic.com (Celia Lee, Scholastic)
(Penguin)
tbritton@abdopublishing.com (Tam Britton, ABDO)
rana@littlepicklepress.com (Rana Diorio, Little Pickle)
lexa@paperlanternlit.com (Lexa Hillyer, Paper Lantern Lit)

Lisa Thomas - National Geographic (or anyone else there)

KIM00016604