UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

            Plaintiff,

-against-

TRACY DEEBS-ELKENANEY, et al.,

            Defendants.

22-CV-02435 (LLS)(SN)

**[PROPOSED] ORDER ON *DAUBERT* MOTIONS**

      Having considered Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff ("Wolff"), Entangled Publishing LLC ("Entangled"), Emily Sylvan Kim ("Kim"), Prospect Agency, LLC ("Prospect"), Holtzbrinck Publishers, LLC d/b/a Macmillan ("Macmillan"), and Universal City Studios LLC ("Universal") (collectively, "Defendants") *Daubert* Motion to Exclude Plaintiff's Liability Experts and Opposition to Plaintiff's *Daubert* Motion, and all responses thereto, the Court orders as follows:

      1.    The opinions of Plaintiff's experts Kathryn Reiss, Dr. Patrick Juola, Dr. Carole Chaski, Christine Witthohn, Eric Ruben, Esq., and Marlene Stringer are hereby **EXCLUDED** in full;

      2.    Defendants' *Daubert* Motion to Exclude Plaintiff's Liability Experts is **GRANTED**; and

      3.    Plaintiff's *Daubert* motion (ECF No. 314) is **DENIED**.

SO ORDERED

_____
Hon. Sarah Netburn
United State Magistrate District Judge

Dated: New York, New York
_____