

February 7, 2024

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square Room 430
New York, NY 1000

  Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et. al.*, Case No. 22 Civ 2435 (LLS) (SN)

Dear Judge Netburn:

  We write Your Honor pursuant to your Individual Rule III. F to request that various designated documents being filed today in connection with Plaintiff's Opposition to Defendants' Motions for Summary Judgment be filed under seal. The documents solely reflect documents containing information from communications and other documents that Defendants have marked confidential. This is almost exclusively the same information that was redacted in the public record in Plaintiff's November summary judgment filings, and includes:

1) An unredacted version of Plaintiff's Opposition to the Prospect Defendants' motion for summary judgment addressing Freemans state law claims;

2) An unredacted version of Plaintiff's Opposition to the Defendants' motion for summary judgment addressing Freemans copyright claims; and

3) An unredacted version of Plaintiff's Response to Defendants' Rule 56.1 Statement of Undisputed Facts; and

4) Unredacted version of exhibits to Mark's declaration;

 We thank the Court for its time and attention to this matter.

Page 2
February 7, 2024

                                Respectfully submitted,

**Reeder McCreary, LLP**

_____
Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475

**DONIGER/BURROUGHS**

Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(31) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)