# EXHIBIT 2





Literary Agency Clients — our writers & illustrators

Prospect Agency is proud of its talented artists. Each brings a unique voice to the literary world. Although they write and illustrate across an array of genres, they all share the combination of talent and imagination that represent the ideals of Prospect Agency. Browse the profiles and writing excerpts below, or use the search tool to filter by genre and/or keyword.

Search Clients :   filter by genre : ☑ Adult *(0)*    ☑ Children/YA *(0)*    ☑ Illustrators *(0)*

[Search] [Clear]

e.g. out for submission, book award, green parenting, pulitzer prize, erotic romance, colleges or universities

(alphabetical order)



❦ Lynne **Freeman** ❦

Lynne **Freeman** has been telling stories for as long as she can remember. At the age of four, she had the neighborhood children convinced that her favorite chair was a transformer and could turn into an airplane. Later, in graduate school, friends believed that her pet venus fly-trap had a human flesh-eating problem that cost her a boyfriend. Lynne decided to use her powers as a story teller for good, rather than evil, and became an attorney. She practices law in Anchorage, Alaska and lives between her home state and sunny, Santa Barbara, California with her husband and eight year old son, who is, alas! already showing signs of having inherited his mother's talent. Lynne's debut YA novel, *Blue Moon Rising*, is a paranormal romance in which an ancient prophecy, cursed objects, supernatural beings and strong themes of Celtic and Egyptian mythology are set against the back drop of Alaska.

*Into bark and pore*
*the cold vapor*
*seeps*
*a foreign light*
*strange gravity*

*All turns*
*as if in a truce,*
*equilibrium*
*shifted*

*Caught in the*
*expanding*
*pause*

📰 Excerpt RSS Feed