# EXHIBIT 2

**In the Matter Of:**

*Freeman vs*

*Deebs-Elkenaney*

---

*TRENT BAER*

*March 21, 2023*

---



184

1      A.    I'm not going to speculate on that.

2      Q.    Put it simply, if Tracy Wolff wrote:  "I'm

3  not an idiot" in June 2010, before your wife sent

4  the manuscripts in October 2010, then this simple

02:09  5  similarity here is just a coincidence; right?

6      A.    This particular one could be.

7      Q.    And all 56 of the examples in this exhibit,

8  if it is true that Tracy Wolff wrote Tempest Rising

9  in June 2010, are just coincidences; right?

02:09  10     A.    Well, can I ask you when was the final

11  draft of Tempest Rising?

12     Q.    So as I represented -- and we can do it as

13  a hypothetical if you want.  But as I represented,

14  Tracy Wolff stated, in her sworn declaration under

02:10  15  oath, that the final draft was completed in

16  June 2010.

17          All I'm asking is if that is true -- and

18  I'm not asking you to acknowledge it's true -- but

19  if that is true, then all 56 examples in this

02:10  20  exhibit, involving Tempest Rising, would have to

21  just be coincidences; right?

22     A.    If that is true.

23     Q.    You can put that one away.

24          Are you familiar with a book called

02:11  25  Dark Embers by Tessa Adams?