# EXHIBIT 5

Videotaped Deposition of

# Emily Kim

March 16, 2023

Freeman

vs.

Deebs



|    |                                                            |
|----|------------------------------------------------------------|
| 1  | EMILY KIM                                                  |
| 2  | do recall receiving those e-mails from Lynne Freeman        |
| 3  | when I was in Vermont.                                      |
| 4  | Q.     Well, was this during COVID?  You had said you       |
| 5  | were in Vermont working during COVID?                       |
| 6  | A.     Correct.                                             |
| 7  | Q.     Well then, weren't you in Vermont during COVID?      |
| 8  | A.     I traveled back and forth.                           |
| 9  |        MR. KOONCE:  Just let me object.                     |
| 10 | Q.     So it's your position as we're sitting here          |
| 11 | that on March 31, 2021, at approximately 10 in the          |
| 12 | morning, you were in New Jersey, and then on April 1,       |
| 13 | you were in Vermont?                                        |
| 14 | A.     Correct.                                             |
| 15 |        MR. PASSIN:  Next I'm going to mark as               |
| 16 |        Exhibit 91 a document Bate stamped number LF         |
| 17 |        126632 through 126633.                               |
| 18 |        (Whereupon, LF 126632-33 was marked as               |
| 19 |        Exhibit 91, for identification, as of this           |
| 20 |        date.)                                               |
| 21 | Q.     Did Lynne Freeman submit -- well, why don't you      |
| 22 | take a look at the --                                       |
| 23 | A.     Okay.                                                |
| 24 | Q.     So you read it?  Did Lynne Freeman submit a          |
| 25 | manuscript to you and request that you be her agent in      |

**Emily Kim**                                                       Freeman vs. Deebs

|   |   |
|---|---|
| 1 | **EMILY KIM** |
| 2 | late 2010? |
| 3 | A.     Could you repeat the question? |
| 4 |            MR. PASSIN:  Could you read it back, |
| 5 |     please. |
| 6 |        (Whereupon, the record was read by the |
| 7 | reporter.) |
| 8 |            THE WITNESS:  Yes. |
| 9 | **Q.     And what was the name of the manuscript?** |
| 10 | A.     Blue Moon Rising. |
| 11 | **Q.     Please be advised that I will refer throughout** |
| 12 | **this deposition to the manuscript as either Blue Moon** |
| 13 | **Rising or Masqued; is that understood?** |
| 14 | A.     Understood. |
| 15 | **Q.     Isn't it correct that Ms. Freeman actually sent** |
| 16 | **you or gave to you various versions of Blue Moon Rising** |
| 17 | **between late 2010 and March 2015?** |
| 18 | A.     Correct. |
| 19 | **Q.     Approximately how many different versions did** |
| 20 | **she send or give you during that time period?** |
| 21 | A.     I couldn't say. |
| 22 | **Q.     Well, was it more than 10?** |
| 23 | A.     I would hesitate to guess on the record. |
| 24 | **Q.     You can't make any sort of estimate at all?** |
| 25 | A.     I would say about 10 to 15 perhaps. |

Page 58

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | EMILY KIM                                                            |
| 2  | A.     Yes.                                                          |
| 3  | Q.     How did Ms. Freeman originally submit Masqued                 |
| 4  | to you?                                                              |
| 5  | A.     She submitted to my agency.                                   |
| 6  | Q.     Well, I guess what I'm asking is, did she                     |
| 7  | submit it in stages?  Did she first upload a writing                 |
| 8  | sample to the portal?                                                |
| 9  | A.     My practice in my agency is that the author                   |
| 10 | first shares three chapters and then I request the                   |
| 11 | complete manuscript.                                                 |
| 12 | Q.     Well, did she first, though, send you a writing               |
| 13 | sample and then you asked for three chapters?                        |
| 14 | A.     Again, I do not recall.  But it is my practice                |
| 15 | that an author send me three chapters and then the full              |
| 16 | manuscript upon request.                                             |
| 17 | Q.     And they would send the three chapters to a                   |
| 18 | portal?                                                              |
| 19 | A.     Correct.                                                      |
| 20 | Q.     And what was the portal address?                              |
| 21 | A.     I do not know.                                                |
| 22 | Q.     But it has an address, I take it?                             |
| 23 | A.     I do not know.                                                |
| 24 | Q.     After you read the first three chapters, did                  |
| 25 | you then ask Ms. Freeman to send you the entire book?                |

**Emily Kim**                                                                           Freeman vs. Deebs

1              **EMILY KIM**
2   should make to the manuscript?
3   A.      I do not recall that conversation, but again,
4   it's my practice to do so with potential clients.
5   **Q.      Do you recall if in early December 2010, you**
6   **also discussed some rewrites that you thought**
7   **Ms. Freeman should make to the manuscript?**
8   A.      I do not recall having that discussion, but it
9   seems like it would be part of my normal practice as an
10  agent.
11              MR. PASSIN:  I would like to mark as
12          Exhibit 92 a document Bate stamped Number Kim
13          00189607 through Kim 00189611, an e-mail chain
14          between you and Ms. Freeman.
15              (Whereupon, KIM00189607-11 was marked
16          as Exhibit 92, for identification, as of this
17          date.)
18  **Q.      Did you exchange this e-mail chain with**
19  **Ms. Freeman between January 3, 2011 and February 15,**
20  **2011?**
21  A.      Would you like me to read it first or --
22  **Q.      Yes, you can read it.**
23  A.      Okay.  I haven't had a chance to.
24          Okay.
25  **Q.      So do you recall exchanging this e-mail string**

1                      **EMILY KIM**
2    with Lynne Freeman from between January 3, 2011 and
3    February 15, 2011?
4    A.      I do not recall exchanging it, but I'm reading
5    it now.
6    Q.      And you don't have any reason to believe that
7    you did not exchange it at that period of time, correct?
8    A.      No.
9    Q.      Please let me finish, since the court reporter
10   can't write us both down at the same time.
11           I'd like to read the first e-mail in the chain
12   which is the January 3, 2011 e-mail from Ms. Freeman to
13   you.
14           It says:  "Hi, Emily.  Happy new year.  I'm
15   expecting to complete the rewrites we discussed in
16   December early this week.  I haven't received the
17   contract back though.  That mail is something else.
18   When would you like the rewrites?  What format, et
19   cetera, and then when to discuss.  I'm very excited with
20   the changes and hope you will be too.  Kind regards,
21   Lynne Freeman."
22           Does that refresh your recollection that you
23   did in fact discuss in early December some rewrites that
24   you thought Ms. Freeman should make to the manuscript?
25   A.      Does it refresh my memory?

**Emily Kim**  **Freeman vs. Deebs**

```
 1                   EMILY KIM
 2   Q.      Yes.
 3   A.      It appears that we discussed rewrites in early
 4   December, but I still don't remember having that
 5   discussion.
 6   Q.      Do you recall what those rewrites you suggested
 7   were?
 8   A.      No.
 9   Q.      Please take a look at the e-mail on the second
10   page of the document dated January 9, 2011 from
11   Ms. Freeman to you.
12   A.      What Bate stamp is that?
13   Q.      That's 189608.  Let me read that out loud.
14   Hold on one second.
15           "Hi, Emily, I have the contract.  Thanks for
16   the pen.  I feel so official -- happy face -- and have
17   made what I believe are the suggested revisions to the
18   manuscript and then some.  What format should I use to
19   send you the manuscript back to you?  Also, do you want
20   me to tell you the changes I made so you can see them as
21   you're reading or you just want to see it all fresh?
22   Thanks, and I'm so excited to see what you think.
23   Lynne."
24           Do you see that?
25   A.      Yes.
```

**Page 67**