# EXHIBIT 8

**In the Matter Of:**

*FREEMAN v*

*DEEBS-ELKENANEY*

*CAROLE CHASKI, PH.D.*

*September 28, 2023*



```
 1            DR. CHASKI (9/28/2023)
 2   the works were created independently; do
 3   you understand that?
 4        A.    Yes.
 5        Q.    And my understanding is that is
 6   an issue that you are offering an opinion
 7   on, probative similarities?
 8        A.    Yes.
 9        Q.    As I just defined it?
10        A.    Yes.  I am offering statistical
11   expectation with regard to similarities.
12        Q.    There's a separate concept in
13   copyright law called "substantial
14   similarity"; are you familiar with that?
15        A.    No.
16        Q.    One definition of substantial
17   similarity is that it addresses whether an
18   average observer would find that the
19   allegedly infringing work is substantially
20   similar to the plaintiff's work; does that
21   make sense?
22        A.    Yes.
23        Q.    My question is, is substantial
24   similarity an issue that you are offering
25   an opinion on?
```

1         DR. CHASKI (9/28/2023)

2             MR. DONIGER:  I'm going to

3      object as calling for speculation,

4      lacking foundation, potentially

5      calling for the mental impressions

6      and opinions of counsel.  As I noted

7      yesterday, her testimony is what it

8      is.  The facts that she found are

9      what they are, how we use those and

10     what we argue out of them is

11     attorney, you know, mental

12     impressions and opinions.

13          If the witness knows how her

14     testimony will be used based on

15     conversations with counsel about

16     their mental impressions and

17     opinions, I'm going to instruct her

18     not to answer.  If she has some other

19     basis to answer, she can go ahead.

20     A.    I don't think my report

21  addresses substantial similarity in terms

22  of the -- of -- as I understand it now,

23  Mr. Halperin, in terms of estimating how an

24  average reader would read these books.

25     Q.    Do you consider yourself to be