# EXHIBIT 9

# In the Matter Of:

*FREEMAN v*

*DEEBS-ELKENANEY*

*PATRICK JUOLA, PH.D.*

*September 26, 2023*



73

1                    P. JUOLA

2  that's one of those shared knowledges that

3  we were talking about earlier.  Every

4  lawyer knows that phrase and every lawyer

5  uses that phrase in the appropriate spot.

6             But if we have a phrase -- if we

7  have a phrase that is word-for-word

8  identical with another phrase and it's not

9  a collection of stereotype phrases, then

10 that means both people independently chose

11 the same word at every spot there's a

12 choice point.

13            And this method was first

14 articulated by Professor Coulthard in the

15 early 2000s, and at that time, he came up

16 with the cutoff of seven words is -- seven

17 words is the point at which it becomes

18 evidential.  But, in fact, any overlap of

19 any string is -- any overlap of any length

20 is evidential, it just becomes stronger and

21 stronger evidence the longer that it is.

22            Does that make sense?

23       Q    Yeah.  Can I jump in and ask you

24 a question?

25       A    Of course.