# EXHIBIT 10

|              |                                                                      |
|-------------:|:---------------------------------------------------------------------|
| **From:**    | "▇▇▇▇@sbcglobal.net" <▇▇▇▇@sbcglobal.net>                            |
| **To:**      | Emily Sylvan Kim <esk@prospectagency.com>                            |
| **Subject:** | Re: Final Manuscript IKC                                             |
| **Date:**    | Fri, 4 Mar 2011 20:22:17 -0800 (PST)                                 |
| **Importance:** | Normal                                                            |
| **Attachments:** | tempest_rising.doc                                               |

Wow-- that was quick :)  Thanks, Emily!!!!  Here's the copy.

Have a great weekend!

Tracy

--- On **Fri, 3/4/11, Emily Sylvan Kim *<esk@prospectagency.com>* wrote:**

> From: Emily Sylvan Kim <esk@prospectagency.com>
> Subject: Re: Final Manuscript IKC
> To: "Tracy Wolff" <▇▇▇▇@sbcglobal.net>
> Date: Friday, March 4, 2011, 6:04 PM
>
> Hey Tracy,
>
> Justin (my film agent) is excited to see Tempest. Can you send me your most recent e-copy?
>
> Thanks! :)
>
> Emily
>
> On 2/28/11 6:37 PM, "▇▇▇▇@sbcglobal.net" <▇▇▇▇@sbcglobal.net> wrote:
>
>> Hi Stacy,
>>
>> Here is the final manuscript of IKC.  Can't wait to hear what you think.
>>
>> Ivy Adams
>>
>> P.S. We'll get the acknowledgement/dedication stuff to you tomorrow morning.  Thanks :)
>
>
>
> ----------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ----------------------------------------------

CONFIDENTIAL

WOLFF_0012494