# EXHIBIT 19

# Section 6: Q &A with Tracy

**-How did Katmere get its name?**

Katmere is actually my homage to Harry Potter and the Lion King combined. Hogwarts is Warthog rearranged, so Katmere is Meerkat rearranged. I actually spent a long time thinking about a name for the school and when I hit on Katmere, I couldn't get it out of my mind so I decided that it had to be the name.

**Why did you set Crave in Alaska?**

I actually hit on Alaska really early in the brainstorming process. I had originally thought maybe I would write a boarding school on the east coast—since there is a long history of that—but it never felt right to me. So I started thinking outside the box and was brainstorming with my agent when she suggested it. The moment she said it, it clicked in my head as the right place to set the story.

Grace is from San Diego—like me—and I really wanted her to feel like a fish out of water. I can't imagine how I would have felt being plunked down in the middle of Alaska when I was seventeen. I would have felt totally out of my depth, with no appropriate clothes and no idea of what even to wear outside, considering San Diego is pretty much a tank top and shorts kind of place when you're a teenage girl.

I had originally planned to set Crave way up in the northernmost town in Alaska, out in the middle of the frozen tundra. But my editor wasn't crazy about the setting, so I experimented in

other places and was pretty happy when I decided on the mountains around Denali. I remember watching the Art of Flight documentary several years ago and one of the snowboarders saying they were dropping into parts of Denali and the surrounding mountains that no human being had ever walked on. Just the idea of it blew me away.

**-How did you end up deciding to use chapter titles? How do you write those--at the beginning or at the end?**

The chapter titles were actually my editor's idea. She had been watching Legacies, which has really fun titles for each episode and she asked if I'd be interested in coming up with something for Crave. Considering I totally fell in love with the title (and still think it's the best chapter title I've ever read) "I Accidentally Vaporize My Pre-Algebra Teacher" from the first Percy Jackson book, I was totally up to try for something fun for Crave. And while some of the chapter headings are challenging, it's one of my favorite things about the books!!!

**-How do you keep track of all the many characters, species, locations, etc.? (Can discuss the series bible that is 400 pages long)**

In some ways it's really hard and in other ways it's really easy. For my main characters, I don't have trouble keeping track at all—I know Grace, Hudson, Jaxon, Flint, Macy, Eden really well—who they are, what they look like, what's important to them, so all of that is kind of in my head. But for secondary characters or characters we only see once or twice per book (or even less) I do have trouble. For example, what color are Linden's eyes? Or how do I spell the name of one of

the wolf queens? That information and all the world building information, as well as family tree type stuff, is all kept in a series bible that is now nearly 400 pages long.

**-Where do you find inspiration for all the amazing jokes, sticker sayings, etc.?**

I have so much fun with that. The chapter titles are a family affair—some come to me really easily while others are a bit harder to get. For the harder ones, I brainstorm with my agent and with my sons and partner. It's a lot of fun tossing ideas back and forth before we hit on one we think is perfect. The jokes and stickers are much the same way. Some are ones I have heard at one time or another but a lot of them are puns my middle son (who is the comedian) and I toss back and forth at each other.

**-Do you have a playlist of all the songs used in the series, and how do you decide which ones to use?**

This is another time where some of them come really easily—like I just know which song I want to use. But the song Hudson plays in Covet—"Grace" by Lewis Capaldi, I went looking for. I listened to probably thirty songs with Grace in the title before I heard that song and it gave me chills. I just knew I had to use it. I do have playlists for each book—I use different ones to set different moods. But most of those songs don't make it in the books.

**-Do you have a reading list of all the books/poems used in the series, and how do you decide which ones to use?**

I don't have a list that I use. I'm a former English professor, so I tend to just pull something from my head that I think fits the scene or emotions of the moment.

**-Are any of the characters based on real people in your life? Are you a Grace, a Macy, a Calder, or someone else?**

I'm definitely a Grace. I didn't set out for it to be that way, but after I finished Crave, I realized Grace is the closest to me of any character I've ever written. But there's also a lot of Macy in me—I'm totally the cheerleader of my group of friends.

**-How long did it take you to write Crave?**

It took me about two months to write Crave. But I had done some preliminary work on it when my editor first came to me saying she wanted to bring vampires back. I wrote a scene for her that she didn't like, lol, and then I came at it from a different direction and she liked that one much better. We did some brainstorming—we both really wanted a boarding school, for example-- and then I was off and running. I added some more fun things in edit right before the book went to print, but for the most part it was about two months of solid writing.

**-How did you decide which characters to pair up with whom? When did you decide to swap who Grace's mate was? Was that the plan from the beginning?**

We had a plan from the beginning of what we wanted the series to be. So yes, the plan was always to have Hudson be the hero. But as I was writing Crush we were all really nervous about whether or not we were going to like him when he showed up—up until that point I'd never

CONFIDENTIAL

ENTANGLED_0048571

written anything with him in it. Like, I had a vision of who he was in my head, but until he really showed up on the page, I think we were all on tenterhooks, waiting to see if he was going to be a hero who could carry the series. And then the day I wrote the Bloodletter cave scene, where Hudson first opened his mouth, I called both my editor and my agent and I was like, "Oh my god, I LOVE HIM SO MUCH!" They both begged me to send pages, which I did, and all three of us were like, yeah. This is everything we wanted him to be. Let's go for it.

**-Which of the characters was the hardest to write? Which was the easiest?**

Grace is definitely the easiest. She came to me fully formed, just started talking to me within a day of me starting to brainstorm the story. I've always known who she is and what she wanted. Calder is another character who came to me really easily. I just loved her so much from the moment she showed up on the page that everything about her came really easily. As for the hardest character for me to write … I don't know. That's a hard one. I think Nuri was difficult for me. I have so much respect for her as the Dragon Queen and a powerful, self-made woman, that I spent a lot of time crafting her, wanting her to be perfect and multi-dimensional. Strong, but soft when she needs to be. Good, but also flawed because everyone is.

**-How did you decide to add extra characters' POVs at the end?**

My editor and I decided that we really wanted to be inside the hero's head early on in Crave. We wanted to know what Jaxon was thinking in pivotal moments and she really, really wanted to know where he went when he left school. And then with Hudson, I just love him as a character and I really, really wanted to be in head for a while.

CONFIDENTIAL ENTANGLED_0048572

**Why did you choose to write so many different characters in the books? Wouldn't it have been easier to concentrate on just a couple?**

I love writing ensemble casts. I love, love, love it. I love the banter, the problem solving, the complex relationships, the different life experiences, and the additional plot opportunities that they add, so I always knew the Crave series was going to have a rich and diverse cast of characters. There was so much I wanted to explore—plot wise and thematically- with this series that I really needed an extended cast to do that. But also, feminine power in all its forms is a very important theme to me and I wanted to create a cast that showed that. Grace, Macy, Eden, Gwen, the Bloodletter, Nuri, Calder—they are all powerful women but they are all different, which I love. There are all kinds of women in the world and I get to explore the heart and power of a lot of them in the Crave series, as well as their relationships with each other, and I couldn't be happier about that.

**-Which bonus content was your favorite to write: vamps, witches, dragons, or gargoyles?**

I actually really enjoyed writing all of it. I have written a lot of different types of books in my career, but the one type I've never written is historical. So I actually really enjoyed writing the historical bonus content in both Covet and Court because it was so different than anything I've ever done before. Although, I also really enjoyed writing the Grace and Hudson extra content, too.

**-Did you go into writing this series with the characters or the plot in mind first?**

The characters. Always the character. There are four different ways to enter story—language, character, world, or conflict. I always enter through character, so while I knew I wanted to write

a vampire story, I had to get to know Grace, Jaxon, Macy, and Flint before I really knew where the story was going.

**-Do you have a favorite character?**

That's another hard question for me to answer. I really love a lot of the characters in this series—including characters that you guys won't meet until Court comes out. But I think I'll always be Team Grace first and foremost. She has been an incredibly fun and exciting character for me to write.

**What was your favorite scene to write?**

I have a favorite scene from each book, actually. In Crave, it's the aurora borealis scene. That was one of the first scenes that came to me and I wrote most of the book just trying to get to that scene. I love it so much.

In Crush, it's harder for me to choose because I love so many scenes in that book. The Boneyard Scene is definitely one of my favorites in that book. Our family dog died the day before I wrote that scene (which was awful) and I took so many of the emotions around that experience—for myself and for my boys, who were absolutely devastated—and brought them to bear in that moment when Flint and Eden are looking down into the graveyard, before they go in.  Another favorite from Crush is the laundry room scene, of course.  It was so nice to be able to talk about the strings for the first time, and also to just let Hudson and Grace have a moment of fun together for the first time.

CONFIDENTIAL ENTANGLED_0048574

In Covet, my favorite scenes are all tied up with the Dragon Court. I had so much fun writing that whole sequence of events—the ball, the scenes with Hudson and Grace, the celebration the last night in New York. I also loved writing the scene where Flint is drunk and Hudson has just fought half the prison. I smiled the whole time I was writing it. Also, with Covet, I love the ending. It was painful and I cried while writing a lot of it, but I'm very proud of it as well.

**What classes would you be most interested in at Katmere Academy?**

There are so many that interest me, I'm not sure where to start. I think I would chose the artistry of witchcraft, medieval history of dragons, the poetry of spells and charms, blood chemistry, lunar astronomy, and circle etiquette and laws.

**-How did you decide which classes would be featured at Katmere? If you could take a Katmere class, which one would it be?**

I just let my imagination run wild while I was coming up with classes for Katmere. I spent a lot of time thinking about what courses would be of use for paranormals—things like physics of flight or how to write a spell. But I was also concerned with what they needed to know while living in a world with humans and not in an alternate universe. What did they need to know to protect themselves—The World History of Witch Trials, for example? And what did they need to know to keep humans safe—which is why I created the Ethics of Power.

 The Ethics of Power and Anatomy of Paranormals seem to me like the two most important classes at Katmere. I think about the importance of health and biology classes that all humans have to take that teach us how our bodies work and I figured that in a world with so many

CONFIDENTIAL ENTANGLED_0048575

different part-human species, it would be important to understand how each of their systems work as well. And then the Ethics of Power seems incredibly important to me—if you wield the kind of power that Jaxon, Hudson, Grace, and even Macy and Flint wield, I think a discussion about what is and what isn't appropriate to do with it is incredibly important.

**-If you could be a paranormal creature, which would you want to be?**

I would be a mermaid. Or a vampire. Or a dragon. Or a witch … ugh. There are waaaaaay too many choices on this one.

CONFIDENTIAL                                                                                                    ENTANGLED_0048576