# EXHIBIT 19

| | |
|---|---|
| **From:** | Mark Passin |
| **To:** | Nancy E. Wolff (nwolff@cdas.com); CeCe Cole; Benjamin Halperin; "dgoetzel@intprop.com"; Lance Koonce (lance.koonce@klarislaw.com); Zach Press |
| **Cc:** | Stephen Doniger; Paul V. LiCalsi - Reitler Kailas & Rosenblatt LLC (plicalsi@reitlerlaw.com) |
| **Subject:** | Freeman v. Wolff |
| **Date:** | Wednesday, March 29, 2023 5:34:09 PM |

Counsel,

As you know from Plaintiff's Motion for Clarification and the Court's Order on it, Plaintiff will not be limited to comparing two of her manuscripts to the offending materials but rather those manuscripts are simply a starting point. While Plaintiff objected to even initially comparing the offending 4 books to only two manuscripts, she certainly understands the value in starting with a more limited subset of her work, and in footnote 2 of her motion stated that she would be willing to identify 6 (six) manuscripts and a subset of notes as a more limited basis to commence the analysis, provided that you realize that she is technically suing based on all of the registered materials. As a courtesy to Defendants, we identify those documents below:

**Manuscripts in PDF used for page references**

1) Blue Moon Dec 2010 PDF         LF 268451
2) BMR 2011 Copyright Version     LF 109542      (April 2011)
3) Masqued 2012 PDF               LF 183654
4) Masqued 4-13                   LF 164183
5) Masqued 2014                   LF 268941
6) 16                             LF 169398

**Notes in PDF**

1) The Cast 11-21-2008            LF 089448
2) The Plot 12-10-2008            LF 261014
3) Marcheline and Brie            LF 089440
4) Key                            LF 175058
5) Midnight Overview              LF 089442
6) Chapter Analysis 5-14-2010     LF 140567
7) 2010 The World Notes           LF 089412
8) Pitch Notes to Emily 2013      LF 089445
9) Chapter Outline Masqued 2013 PDF    LF 174135


# Mark D. Passin
# Of Counsel



11766 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90025
(310) 861-2475

mark@csrlawyers.com

www.markpassin.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.  Thank you in advance for your cooperation.