UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>*Plaintiff,*<br><br>-against-<br><br>TRACY DEEBS-ELKENANEY, et al.,<br><br>*Defendants.* | Case No. 1:22-cv-02435-LLS-SN<br><br>**DECLARATION OF RON KAPLAN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE COPYRIGHT CLAIMS AND REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF RON KAPLAN

I, Ron Kaplan, do hereby declare as follows:

1. I am above eighteen (18) years of age and am competent to give the testimony set forth below. This declaration is given from my own personal knowledge except as otherwise indicated. If called as a witness, I could and would competently testify as follows:

2. I am an information technology consultant. I have more than 30 years' experience in computer systems, networks and management, including more than 20 years of experience working with, and analyzing, large, geographically dispersed information technology systems used to support major business organizations.

3. I obtained my B.A. in Mathematics in 1974 from the University of California, Santa Barbara. I then earned an MS in Computer Science from the University of California, Los Angeles, School of Engineering. In 1978, I graduated from the University of California, Los Angeles, Graduate School of Management with an MBA.

4. I have worked at both PriceWaterhouse Coopers, and Deloitte & Touche. Before that, I was a member of the technical staff of Hughes Aircraft's Radar Systems Group.

5. I have published numerous articles on computer networks, forensics and automation. In addition, I have written and taught several courses on software integration, computer databases and information management.

6. I have been asked to explain how the SAVE AS command (as opposed to the SAVE command) affects the date "created" metadata field in Microsoft Word files. When Word files are saved utilizing the SAVE AS command, as opposed to the SAVE command, the date "created" in the metadata field of the file is the date the file is saved using the SAVE AS command, not the original date that the file was created. This differs from the SAVE command where the original date "created" field in the metadata field of the SAVED file would be retained.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 7, 2024, at Los Angeles, CA.

_____
Ron Kaplan