EXHIBIT 2

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**  Lynne Freeman                    **Keyword**  accident                    **1**

| accident | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 11.85 | | |
| **Up to 2 Standard Deviations Below** | | 6.14 | **Up to 2 Standard Deviations Above** |
| -0.44 | 5.71 | | 17.99    24.14 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Richelle Mead** | 102 | / 492 | = | **20.73** |
| 2 | **Tracy Wolff** | 101 | / 492 | = | **20.53** |
| 3 | **Kami Garcia** | 91 | / 492 | = | **18.50** |
| 4 | Stephanie Meyer | 86 | / 492 | = | 17.48 |
| 5 | Alyson Noel | 71 | / 492 | = | 14.43 |
| 6 | Lauren Kate | 67 | / 492 | = | 13.62 |
| 7 | Becca Fitzpatrick | 53 | / 492 | = | 10.77 |
| 8 | Maggie Stiefvater | 49 | / 492 | = | 9.96 |
| 9 | LJ Smith | 25 | / 492 | = | 5.08 |
| 10 | Cassandra Clare | 21 | / 492 | = | 4.27 |
| 11 | Aprilynne Pike | 18 | / 492 | = | 3.66 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | Alaska | 2 |
|---|---|---|---|---|---|

| Alaska | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 0.61 | |
| **Up to 2 Standard Deviations Below** | 1.31 | **Up to 2 Standard Deviations Above** |
| -2.02          -0.71 | | 1.92          3.23 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 338 | / 875 | = | **38.63** |
| 2 | **Stephanie Meyer** | 32 | / 875 | = | **3.66** |
| 3 | **Kami Garcia** | 21 | / 875 | = | **2.40** |
| 4 | Alyson Noel | 0 | / 875 | = | 0.00 |
| 5 | Aprilynne Pike | 0 | / 875 | = | 0.00 |
| 6 | Becca Fitzpatrick | 0 | / 875 | = | 0.00 |
| 7 | Cassandra Clare | 0 | / 875 | = | 0.00 |
| 8 | LJ Smith | 0 | / 875 | = | 0.00 |
| 9 | Lauren Kate | 0 | / 875 | = | 0.00 |
| 10 | Maggie Stiefvater | 0 | / 875 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 875 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Keyword**   alien          **3**

| alien | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 6.44 | | |
| **Up to 2 Standard Deviations Below** | 7.66 | **Up to 2 Standard Deviations Above** | |
| -8.87          -1.21 | | 14.10          21.76 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 11 | / 45 | = | **24.44** |
| 2 | **Maggie Stiefvater** | 8 | / 45 | = | **17.78** |
| 3 | **Kami Garcia** | 7 | / 45 | = | **15.56** |
| 4 | **LJ Smith** | 7 | / 45 | = | **15.56** |
| 5 | Cassandra Clare | 5 | / 45 | = | 11.11 |
| 6 | Stephanie Meyer | 2 | / 45 | = | 4.44 |
| 7 | Alyson Noel | 0 | / 45 | = | 0.00 |
| 8 | Aprilynne Pike | 0 | / 45 | = | 0.00 |
| 9 | Becca Fitzpatrick | 0 | / 45 | = | 0.00 |
| 10 | Lauren Kate | 0 | / 45 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 45 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**  Lynne Freeman                **Keyword**  aurora        4

| aurora | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00         0.00 | | 0.00         0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 28 | / | 98 | = | **28.57** |
| 2 | Alyson Noel | 0 | / | 98 | = | 0.00 |
| 3 | Aprilynne Pike | 0 | / | 98 | = | 0.00 |
| 4 | Becca Fitzpatrick | 0 | / | 98 | = | 0.00 |
| 5 | Cassandra Clare | 0 | / | 98 | = | 0.00 |
| 6 | Kami Garcia | 0 | / | 98 | = | 0.00 |
| 7 | LJ Smith | 0 | / | 98 | = | 0.00 |
| 8 | Lauren Kate | 0 | / | 98 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / | 98 | = | 0.00 |
| 10 | Richelle Mead | 0 | / | 98 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / | 98 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | Keyword | blood | 5 |
|---|---|---|---|---|

| blood | **Average Lexical Overlap Rate** | | |
|---|---|---|---|
| | 19.56 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| | 8.58 | | |
| 2.40 | 10.98 | 28.14 | 36.72 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 741 | / | 1428 | = | **51.89** |
| 2 | **Cassandra Clare** | 530 | / | 1428 | = | **37.11** |
| 3 | Richelle Mead | 400 | / | 1428 | = | 28.01 |
| 4 | Maggie Stiefvater | 346 | / | 1428 | = | 24.23 |
| 5 | LJ Smith | 308 | / | 1428 | = | 21.57 |
| 6 | Kami Garcia | 269 | / | 1428 | = | 18.84 |
| 7 | Stephanie Meyer | 263 | / | 1428 | = | 18.42 |
| 8 | Alyson Noel | 213 | / | 1428 | = | 14.92 |
| 9 | Becca Fitzpatrick | 179 | / | 1428 | = | 12.54 |
| 10 | Aprilynne Pike | 152 | / | 1428 | = | 10.64 |
| 11 | Lauren Kate | 133 | / | 1428 | = | 9.31 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
| --- | --- |

| Target Author | Lynne Freeman | | Keyword | book | 6 |
| --- | --- | --- | --- | --- | --- |

| book | Average Lexical Overlap Rate | | | |
| --- | --- | --- | --- | --- |
| | | 28.82 | | |
| **Up to 2 Standard Deviations Below** | | | **Up to 2 Standard Deviations Above** | |
| | | 10.24 | | |
| 8.34 | 18.58 | | 39.06 | 49.30 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
| --- | --- | --- | --- | --- | --- |
| 1 | **Kami Garcia** | 329 | / 661 | = | **49.77** |
| 2 | **Tracy Wolff** | 326 | / 661 | = | **49.32** |
| 3 | Maggie Stiefvater | 250 | / 661 | = | 37.82 |
| 4 | Lauren Kate | 237 | / 661 | = | 35.85 |
| 5 | Stephanie Meyer | 198 | / 661 | = | 29.95 |
| 6 | Cassandra Clare | 195 | / 661 | = | 29.50 |
| 7 | Alyson Noel | 162 | / 661 | = | 24.51 |
| 8 | Aprilynne Pike | 156 | / 661 | = | 23.60 |
| 9 | Richelle Mead | 156 | / 661 | = | 23.60 |
| 10 | Becca Fitzpatrick | 126 | / 661 | = | 19.06 |
| 11 | LJ Smith | 96 | / 661 | = | 14.52 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | buck | 7 |
|---|---|---|---|---|---|

| buck | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 3.20 | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** |
| -6.45      -1.63 | 4.83 | 8.03      12.85 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 14 | / 50 | = | **28.00** |
| 2 | **Becca Fitzpatrick** | 8 | / 50 | = | **16.00** |
| 3 | Alyson Noel | 2 | / 50 | = | 4.00 |
| 4 | Maggie Stiefvater | 2 | / 50 | = | 4.00 |
| 5 | Stephanie Meyer | 2 | / 50 | = | 4.00 |
| 6 | Kami Garcia | 1 | / 50 | = | 2.00 |
| 7 | Lauren Kate | 1 | / 50 | = | 2.00 |
| 8 | Aprilynne Pike | 0 | / 50 | = | 0.00 |
| 9 | Cassandra Clare | 0 | / 50 | = | 0.00 |
| 10 | LJ Smith | 0 | / 50 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 50 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Keyword**   Diego                    **8**

| Diego | **Average Lexical Overlap Rate** | | | |
|---|---|---|---|---|
| | 0.91 | | | |
| **Up to 2 Standard Deviations Below** | | 2.87 | **Up to 2 Standard Deviations Above** | |
| -4.84 | -1.97 | | 3.78 | 6.66 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 17 | / 22 | = | **77.27** |
| 2 | **Cassandra Clare** | 2 | / 22 | = | **9.09** |
| 3 | Alyson Noel | 0 | / 22 | = | 0.00 |
| 4 | Aprilynne Pike | 0 | / 22 | = | 0.00 |
| 5 | Becca Fitzpatrick | 0 | / 22 | = | 0.00 |
| 6 | Kami Garcia | 0 | / 22 | = | 0.00 |
| 7 | LJ Smith | 0 | / 22 | = | 0.00 |
| 8 | Lauren Kate | 0 | / 22 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 22 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 22 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 22 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
| --- | --- |

| Target Author | Lynne Freeman | | Keyword | doorway | 9 |
| --- | --- | --- | --- | --- | --- |

| doorway | **Average Lexical Overlap Rate** | |
| --- | --- | --- |
| | 14.86 | |
| **Up to 2 Standard Deviations Below** | 6.31 | **Up to 2 Standard Deviations Above** |
| 2.24            8.55 | | 21.16            27.47 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
| --- | --- | --- | --- | --- | --- |
| 1 | **Tracy Wolff** | 109 | / 414 | = | **26.33** |
| 2 | **Cassandra Clare** | 102 | / 414 | = | **24.64** |
| 3 | **Kami Garcia** | 99 | / 414 | = | **23.91** |
| 4 | LJ Smith | 71 | / 414 | = | 17.15 |
| 5 | Lauren Kate | 71 | / 414 | = | 17.15 |
| 6 | Aprilynne Pike | 64 | / 414 | = | 15.46 |
| 7 | Maggie Stiefvater | 58 | / 414 | = | 14.01 |
| 8 | Becca Fitzpatrick | 52 | / 414 | = | 12.56 |
| 9 | Richelle Mead | 47 | / 414 | = | 11.35 |
| 10 | Alyson Noel | 26 | / 414 | = | 6.28 |
| 11 | Stephanie Meyer | 25 | / 414 | = | 6.04 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                                **Keyword**   dragon         **10**

| dragon | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 1.93 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -4.62          -1.35 | 3.28 | 5.21          8.48 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 83 | / 114 | = | **72.81** |
| 2 | **Cassandra Clare** | 10 | / 114 | = | **8.77** |
| 3 | **LJ Smith** | 7 | / 114 | = | **6.14** |
| 4 | Kami Garcia | 5 | / 114 | = | 4.39 |
| 5 | Alyson Noel | 0 | / 114 | = | 0.00 |
| 6 | Aprilynne Pike | 0 | / 114 | = | 0.00 |
| 7 | Becca Fitzpatrick | 0 | / 114 | = | 0.00 |
| 8 | Lauren Kate | 0 | / 114 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 114 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 114 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 114 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**  Lynne Freeman        **Keyword**  duck        **11**

| duck | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 14.34 | | | |
| **Up to 2 Standard Deviations Below** | | 8.77 | **Up to 2 Standard Deviations Above** | |
| -3.20 | 5.57 | | 23.11 | 31.87 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 143 | / 295 | = | **48.47** |
| 2 | **Lauren Kate** | 85 | / 295 | = | **28.81** |
| 3 | Aprilynne Pike | 65 | / 295 | = | 22.03 |
| 4 | Kami Garcia | 64 | / 295 | = | 21.69 |
| 5 | Cassandra Clare | 53 | / 295 | = | 17.97 |
| 6 | Maggie Stiefvater | 45 | / 295 | = | 15.25 |
| 7 | Becca Fitzpatrick | 44 | / 295 | = | 14.92 |
| 8 | Stephanie Meyer | 30 | / 295 | = | 10.17 |
| 9 | Alyson Noel | 21 | / 295 | = | 7.12 |
| 10 | LJ Smith | 16 | / 295 | = | 5.42 |
| 11 | Richelle Mead | 0 | / 295 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | fang | 12 |
|---|---|---|---|---|---|

| fang | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 4.54 | |
| **Up to 2 Standard Deviations Below** | 6.23 | **Up to 2 Standard Deviations Above** |
| -7.92          -1.69 | | 10.76          16.99 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 207 | / 377 | = | **54.91** |
| 2 | **Richelle Mead** | 63 | / 377 | = | **16.71** |
| 3 | **Cassandra Clare** | 51 | / 377 | = | **13.53** |
| 4 | Stephanie Meyer | 31 | / 377 | = | 8.22 |
| 5 | Alyson Noel | 16 | / 377 | = | 4.24 |
| 6 | LJ Smith | 10 | / 377 | = | 2.65 |
| 7 | Aprilynne Pike | 0 | / 377 | = | 0.00 |
| 8 | Becca Fitzpatrick | 0 | / 377 | = | 0.00 |
| 9 | Kami Garcia | 0 | / 377 | = | 0.00 |
| 10 | Lauren Kate | 0 | / 377 | = | 0.00 |
| 11 | Maggie Stiefvater | 0 | / 377 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | fist | 13 |
|---|---|---|---|---|---|

| fist | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 12.58 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -1.07          5.75 | 6.82 | 19.40          26.22 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 242 | / 493 | = | **49.09** |
| 2 | **Lauren Kate** | 110 | / 493 | = | **22.31** |
| 3 | Becca Fitzpatrick | 95 | / 493 | = | 19.27 |
| 4 | Cassandra Clare | 91 | / 493 | = | 18.46 |
| 5 | Maggie Stiefvater | 81 | / 493 | = | 16.43 |
| 6 | Kami Garcia | 78 | / 493 | = | 15.82 |
| 7 | Stephanie Meyer | 58 | / 493 | = | 11.76 |
| 8 | Alyson Noel | 39 | / 493 | = | 7.91 |
| 9 | LJ Smith | 28 | / 493 | = | 5.68 |
| 10 | Aprilynne Pike | 27 | / 493 | = | 5.48 |
| 11 | Richelle Mead | 13 | / 493 | = | 2.64 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman | | Keyword | grin | 14 |

| grin | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 16.37 | | |
| **Up to 2 Standard Deviations Below** | | 7.27 | **Up to 2 Standard Deviations Above** |
| 1.82 | 9.09 | | 23.64    30.92 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | = | Lexical Overlap Rate |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 679 | / | 1183 | = | **57.40** |
| 2 | **Aprilynne Pike** | 307 | / | 1183 | = | **25.95** |
| 3 | **Stephanie Meyer** | 286 | / | 1183 | = | **24.18** |
| 4 | **Becca Fitzpatrick** | 283 | / | 1183 | = | **23.92** |
| 5 | Cassandra Clare | 259 | / | 1183 | = | 21.89 |
| 6 | Maggie Stiefvater | 217 | / | 1183 | = | 18.34 |
| 7 | Lauren Kate | 156 | / | 1183 | = | 13.19 |
| 8 | Kami Garcia | 131 | / | 1183 | = | 11.07 |
| 9 | Richelle Mead | 108 | / | 1183 | = | 9.13 |
| 10 | LJ Smith | 103 | / | 1183 | = | 8.71 |
| 11 | Alyson Noel | 86 | / | 1183 | = | 7.27 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | herbal | 15 |
|---|---|---|---|---|---|

| herbal | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 0.33 | |
| **Up to 2 Standard Deviations Below** | 1.04 | **Up to 2 Standard Deviations Above** |
| -1.76          -0.71 | | 1.37          2.41 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|
| 1 | **Tracy Wolff** | 6 / 91 | = | **6.59** |
| 2 | **Cassandra Clare** | 3 / 91 | = | **3.30** |
| 3 | Alyson Noel | 0 / 91 | = | 0.00 |
| 4 | Aprilynne Pike | 0 / 91 | = | 0.00 |
| 5 | Becca Fitzpatrick | 0 / 91 | = | 0.00 |
| 6 | Kami Garcia | 0 / 91 | = | 0.00 |
| 7 | LJ Smith | 0 / 91 | = | 0.00 |
| 8 | Lauren Kate | 0 / 91 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 / 91 | = | 0.00 |
| 10 | Richelle Mead | 0 / 91 | = | 0.00 |
| 11 | Stephanie Meyer | 0 / 91 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                **Keyword**   jean                **16**

| jean | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 17.73 | | | |
| **Up to 2 Standard Deviations Below** | | 5.37 | **Up to 2 Standard Deviations Above** | |
| 6.99 | 12.36 | | 23.09 | 28.46 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | **/** | **Target's Cluster Count** | **=** | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 156 | / | 576 | = | **27.08** |
| 2 | **Kami Garcia** | 147 | / | 576 | = | **25.52** |
| 3 | **Becca Fitzpatrick** | 138 | / | 576 | = | **23.96** |
| 4 | Cassandra Clare | 129 | / | 576 | = | 22.40 |
| 5 | Alyson Noel | 120 | / | 576 | = | 20.83 |
| 6 | Lauren Kate | 113 | / | 576 | = | 19.62 |
| 7 | Stephanie Meyer | 89 | / | 576 | = | 15.45 |
| 8 | Maggie Stiefvater | 80 | / | 576 | = | 13.89 |
| 9 | LJ Smith | 73 | / | 576 | = | 12.67 |
| 10 | Richelle Mead | 69 | / | 576 | = | 11.98 |
| 11 | Aprilynne Pike | 63 | / | 576 | = | 10.94 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | kiss | 17 |
|---|---|---|---|---|---|

| kiss | Average Lexical Overlap Rate | |
|---|---|---|
| | 17.98 | |
| **Up to 2 Standard Deviations Below** | 5.20 | **Up to 2 Standard Deviations Above** |
| 7.58          12.78 | | 23.18          28.38 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 619 | / 1230 | = | **50.33** |
| 2 | **Lauren Kate** | 336 | / 1230 | = | **27.32** |
| 3 | **Maggie Stiefvater** | 308 | / 1230 | = | **25.04** |
| 4 | Becca Fitzpatrick | 239 | / 1230 | = | 19.43 |
| 5 | Richelle Mead | 236 | / 1230 | = | 19.19 |
| 6 | Kami Garcia | 233 | / 1230 | = | 18.94 |
| 7 | Alyson Noel | 209 | / 1230 | = | 16.99 |
| 8 | Cassandra Clare | 195 | / 1230 | = | 15.85 |
| 9 | LJ Smith | 160 | / 1230 | = | 13.01 |
| 10 | Stephanie Meyer | 156 | / 1230 | = | 12.68 |
| 11 | Aprilynne Pike | 140 | / 1230 | = | 11.38 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**    Lynne Freeman                    **Keyword**    monster    **18**

| monster | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 10.09 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| | | 8.50 | |
| -6.92 | 1.59 | 18.59 | 27.09 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 196 | / 344 | = | **56.98** |
| 2 | **Cassandra Clare** | 87 | / 344 | = | **25.29** |
| 3 | **Stephanie Meyer** | 71 | / 344 | = | **20.64** |
| 4 | Maggie Stiefvater | 60 | / 344 | = | 17.44 |
| 5 | Kami Garcia | 45 | / 344 | = | 13.08 |
| 6 | Lauren Kate | 22 | / 344 | = | 6.40 |
| 7 | Alyson Noel | 21 | / 344 | = | 6.10 |
| 8 | Aprilynne Pike | 17 | / 344 | = | 4.94 |
| 9 | Richelle Mead | 13 | / 344 | = | 3.78 |
| 10 | Becca Fitzpatrick | 11 | / 344 | = | 3.20 |
| 11 | LJ Smith | 0 | / 344 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**  Lynne Freeman                    **Keyword**  moon                  **19**

| moon | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 6.91 | | |
| **Up to 2 Standard Deviations Below** | 7.47 | **Up to 2 Standard Deviations Above** | |
| -8.02          -0.56 | | 14.38          21.85 | |

Comparison Authors are ranked by the highest Lexical Overlap Rate.
Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | **Lexical Overlap Rate** |
|---|---|---|---|---|
| 1 | **Kami Garcia** | 345 / 1276 | = | **27.04** |
| 2 | **Tracy Wolff** | 236 / 1276 | = | **18.50** |
| 3 | Cassandra Clare | 112 / 1276 | = | 8.78 |
| 4 | Maggie Stiefvater | 92 / 1276 | = | 7.21 |
| 5 | Becca Fitzpatrick | 81 / 1276 | = | 6.35 |
| 6 | Lauren Kate | 67 / 1276 | = | 5.25 |
| 7 | LJ Smith | 59 / 1276 | = | 4.62 |
| 8 | Stephanie Meyer | 50 / 1276 | = | 3.92 |
| 9 | Aprilynne Pike | 44 / 1276 | = | 3.45 |
| 10 | Alyson Noel | 16 / 1276 | = | 1.25 |
| 11 | Richelle Mead | 16 / 1276 | = | 1.25 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | mutation | 20 |
|---|---|---|---|---|---|

| mutation | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 0.00 | | |
| **Up to 2 Standard Deviations Below** | 0.00 | | **Up to 2 Standard Deviations Above** |
| 0.00 | 0.00 | 0.00 | 0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 5 | / 27 | = | **18.52** |
| 2 | Alyson Noel | 0 | / 27 | = | 0.00 |
| 3 | Aprilynne Pike | 0 | / 27 | = | 0.00 |
| 4 | Becca Fitzpatrick | 0 | / 27 | = | 0.00 |
| 5 | Cassandra Clare | 0 | / 27 | = | 0.00 |
| 6 | Kami Garcia | 0 | / 27 | = | 0.00 |
| 7 | LJ Smith | 0 | / 27 | = | 0.00 |
| 8 | Lauren Kate | 0 | / 27 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 27 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 27 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 27 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | northern | 21 |
|---|---|---|---|---|---|

| northern | Average Lexical Overlap Rate | |
|---|---|---|
| | 1.18 | |
| **Up to 2 Standard Deviations Below** | 1.82 | **Up to 2 Standard Deviations Above** |
| -2.46          -0.64 | | 3.00          4.82 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 20 | / 110 | = | **18.18** |
| 2 | **Kami Garcia** | 6 | / 110 | = | **5.45** |
| 3 | Aprilynne Pike | 3 | / 110 | = | 2.73 |
| 4 | Becca Fitzpatrick | 2 | / 110 | = | 1.82 |
| 5 | Lauren Kate | 2 | / 110 | = | 1.82 |
| 6 | Alyson Noel | 0 | / 110 | = | 0.00 |
| 7 | Cassandra Clare | 0 | / 110 | = | 0.00 |
| 8 | LJ Smith | 0 | / 110 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 110 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 110 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 110 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                                    **Keyword**   protector                22

| protector | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 1.02 | | | |
| **Up to 2 Standard Deviations Below** | | 2.16 | **Up to 2 Standard Deviations Above** | |
| -3.30 | -1.14 | | 3.19 | 5.35 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count | / | Target's Cluster Count | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 24 | / | 166 | = | **14.46** |
| 2 | **Maggie Stiefvater** | 9 | / | 166 | = | **5.42** |
| 3 | **Aprilynne Pike** | 8 | / | 166 | = | **4.82** |
| 4 | Alyson Noel | 0 | / | 166 | = | 0.00 |
| 5 | Becca Fitzpatrick | 0 | / | 166 | = | 0.00 |
| 6 | Cassandra Clare | 0 | / | 166 | = | 0.00 |
| 7 | Kami Garcia | 0 | / | 166 | = | 0.00 |
| 8 | LJ Smith | 0 | / | 166 | = | 0.00 |
| 9 | Lauren Kate | 0 | / | 166 | = | 0.00 |
| 10 | Richelle Mead | 0 | / | 166 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / | 166 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Keyword**   queen                    **23**

| queen | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 7.96 | | |
| **Up to 2 Standard Deviations Below** | 9.69 | **Up to 2 Standard Deviations Above** | |
| -11.43          -1.74 | | 17.65          27.35 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 115 | / 191 | = | **60.21** |
| 2 | **Richelle Mead** | 54 | / 191 | = | **28.27** |
| 3 | **Kami Garcia** | 41 | / 191 | = | **21.47** |
| 4 | LJ Smith | 23 | / 191 | = | 12.04 |
| 5 | Alyson Noel | 12 | / 191 | = | 6.28 |
| 6 | Aprilynne Pike | 7 | / 191 | = | 3.66 |
| 7 | Stephanie Meyer | 6 | / 191 | = | 3.14 |
| 8 | Becca Fitzpatrick | 5 | / 191 | = | 2.62 |
| 9 | Lauren Kate | 4 | / 191 | = | 2.09 |
| 10 | Cassandra Clare | 0 | / 191 | = | 0.00 |
| 11 | Maggie Stiefvater | 0 | / 191 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | selfish | 24 |
|---|---|---|---|---|---|

| selfish | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 10.61 | |
| **Up to 2 Standard Deviations Below** | 9.15 | **Up to 2 Standard Deviations Above** |
| -7.69            1.46 | | 19.75            28.90 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 20 | / 66 | = | **30.30** |
| 2 | **Alyson Noel** | 16 | / 66 | = | **24.24** |
| 3 | Maggie Stiefvater | 13 | / 66 | = | 19.70 |
| 4 | Cassandra Clare | 12 | / 66 | = | 18.18 |
| 5 | Lauren Kate | 12 | / 66 | = | 18.18 |
| 6 | LJ Smith | 8 | / 66 | = | 12.12 |
| 7 | Stephanie Meyer | 5 | / 66 | = | 7.58 |
| 8 | Becca Fitzpatrick | 4 | / 66 | = | 6.06 |
| 9 | Aprilynne Pike | 0 | / 66 | = | 0.00 |
| 10 | Kami Garcia | 0 | / 66 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 66 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**  Lynne Freeman                                    **Keyword**  stab                        25

| stab | **Average Lexical Overlap Rate** | | |
|------|------|------|------|
| | 7.75 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -0.15 | 3.80 | 3.95 | 11.70 | 15.65 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 36 | / | 209 | = | **17.22** |
| 2 | **Cassandra Clare** | 26 | / | 209 | = | **12.44** |
| 3 | **Becca Fitzpatrick** | 25 | / | 209 | = | **11.96** |
| 4 | Stephanie Meyer | 23 | / | 209 | = | 11.00 |
| 5 | LJ Smith | 21 | / | 209 | = | 10.05 |
| 6 | Lauren Kate | 20 | / | 209 | = | 9.57 |
| 7 | Richelle Mead | 14 | / | 209 | = | 6.70 |
| 8 | Alyson Noel | 13 | / | 209 | = | 6.22 |
| 9 | Maggie Stiefvater | 11 | / | 209 | = | 5.26 |
| 10 | Kami Garcia | 9 | / | 209 | = | 4.31 |
| 11 | Aprilynne Pike | 0 | / | 209 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | Stonehenge | 26 |
|---|---|---|---|---|---|

| Stonehenge | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 1.20 | |
| **Up to 2 Standard Deviations Below** | 3.79 | **Up to 2 Standard Deviations Above** |
| -6.39          -2.59 | | 4.99          8.79 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|
| 1 | **Tracy Wolff** | 9 | / 50 = | **18.00** |
| 2 | **LJ Smith** | 6 | / 50 = | **12.00** |
| 3 | Alyson Noel | 0 | / 50 = | 0.00 |
| 4 | Aprilynne Pike | 0 | / 50 = | 0.00 |
| 5 | Becca Fitzpatrick | 0 | / 50 = | 0.00 |
| 6 | Cassandra Clare | 0 | / 50 = | 0.00 |
| 7 | Kami Garcia | 0 | / 50 = | 0.00 |
| 8 | Lauren Kate | 0 | / 50 = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 50 = | 0.00 |
| 10 | Richelle Mead | 0 | / 50 = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 50 = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman          **Keyword**   tea          27

| tea | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 6.12 | | | |
| **Up to 2 Standard Deviations Below** | | 6.08 | **Up to 2 Standard Deviations Above** | |
| -6.03 | 0.05 | | 12.20 | 18.27 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | **/** | **Target's Cluster Count** | **=** | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | Tracy Wolff | 242 | / | 616 | = | 39.29 |
| 2 | Cassandra Clare | 98 | / | 616 | = | 15.91 |
| 3 | Kami Garcia | 96 | / | 616 | = | 15.58 |
| 4 | Aprilynne Pike | 57 | / | 616 | = | 9.25 |
| 5 | Alyson Noel | 55 | / | 616 | = | 8.93 |
| 6 | Lauren Kate | 29 | / | 616 | = | 4.71 |
| 7 | Becca Fitzpatrick | 21 | / | 616 | = | 3.41 |
| 8 | Maggie Stiefvater | 21 | / | 616 | = | 3.41 |
| 9 | LJ Smith | 0 | / | 616 | = | 0.00 |
| 10 | Richelle Mead | 0 | / | 616 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / | 616 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Keyword**   teacher          **28**

| teacher | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 13.86 | | | |
| **Up to 2 Standard Deviations Below** | | 5.32 | **Up to 2 Standard Deviations Above** | |
| 3.21 | 8.53 | | 19.18 | 24.51 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | **/** | **Target's Cluster Count** | **=** | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 82 | / | 197 | = | **41.62** |
| 2 | **Stephanie Meyer** | 44 | / | 197 | = | **22.34** |
| 3 | **Lauren Kate** | 39 | / | 197 | = | **19.80** |
| 4 | Kami Garcia | 31 | / | 197 | = | 15.74 |
| 5 | LJ Smith | 31 | / | 197 | = | 15.74 |
| 6 | Maggie Stiefvater | 29 | / | 197 | = | 14.72 |
| 7 | Richelle Mead | 29 | / | 197 | = | 14.72 |
| 8 | Alyson Noel | 26 | / | 197 | = | 13.20 |
| 9 | Aprilynne Pike | 21 | / | 197 | = | 10.66 |
| 10 | Becca Fitzpatrick | 12 | / | 197 | = | 6.09 |
| 11 | Cassandra Clare | 11 | / | 197 | = | 5.58 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | tree | 29 |
|---|---|---|---|---|---|

| tree | Average Lexical Overlap Rate | | | | |
|---|---|---|---|---|---|
| | 26.49 | | | | |
| **Up to 2 Standard Deviations Below** | | 10.21 | **Up to 2 Standard Deviations Above** | | |
| 6.07 | 16.28 | | 36.70 | 46.91 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | = | Lexical Overlap Rate |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 373 | / | 715 | = | **52.17** |
| 2 | **Lauren Kate** | 288 | / | 715 | = | **40.28** |
| 3 | Maggie Stiefvater | 251 | / | 715 | = | 35.10 |
| 4 | Aprilynne Pike | 242 | / | 715 | = | 33.85 |
| 5 | Kami Garcia | 242 | / | 715 | = | 33.85 |
| 6 | Stephanie Meyer | 234 | / | 715 | = | 32.73 |
| 7 | LJ Smith | 196 | / | 715 | = | 27.41 |
| 8 | Cassandra Clare | 138 | / | 715 | = | 19.30 |
| 9 | Becca Fitzpatrick | 121 | / | 715 | = | 16.92 |
| 10 | Richelle Mead | 101 | / | 715 | = | 14.13 |
| 11 | Alyson Noel | 81 | / | 715 | = | 11.33 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
| --- | --- |

| Target Author | Lynne Freeman | | Keyword | vampire | 30 |
| --- | --- | --- | --- | --- | --- |

| vampire | Average Lexical Overlap Rate | | | |
| --- | --- | --- | --- | --- |
| | 9.64 | | | |
| **Up to 2 Standard Deviations Below** | | 11.74 | **Up to 2 Standard Deviations Above** | |
| -13.85 | -2.11 | | 21.38 | 33.12 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | = | Lexical Overlap Rate |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | **Tracy Wolff** | 470 | / | 743 | = | **63.26** |
| 2 | **Cassandra Clare** | 230 | / | 743 | = | **30.96** |
| 3 | **Stephanie Meyer** | 197 | / | 743 | = | **26.51** |
| 4 | Alyson Noel | 115 | / | 743 | = | 15.48 |
| 5 | Richelle Mead | 111 | / | 743 | = | 14.94 |
| 6 | Kami Garcia | 48 | / | 743 | = | 6.46 |
| 7 | Becca Fitzpatrick | 15 | / | 743 | = | 2.02 |
| 8 | Aprilynne Pike | 0 | / | 743 | = | 0.00 |
| 9 | LJ Smith | 0 | / | 743 | = | 0.00 |
| 10 | Lauren Kate | 0 | / | 743 | = | 0.00 |
| 11 | Maggie Stiefvater | 0 | / | 743 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Keyword**   waggle                    31

| waggle | Average Lexical Overlap Rate | |
|---|---|---|
| | 1.00 | |
| **Up to 2 Standard Deviations Below** | 2.14 | **Up to 2 Standard Deviations Above** |
| -3.28          -1.14 | | 3.14          5.28 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 44 | / 190 | = | **23.16** |
| 2 | **Lauren Kate** | 11 | / 190 | = | **5.79** |
| 3 | **Becca Fitzpatrick** | 8 | / 190 | = | **4.21** |
| 4 | Alyson Noel | 0 | / 190 | = | 0.00 |
| 5 | Aprilynne Pike | 0 | / 190 | = | 0.00 |
| 6 | Cassandra Clare | 0 | / 190 | = | 0.00 |
| 7 | Kami Garcia | 0 | / 190 | = | 0.00 |
| 8 | LJ Smith | 0 | / 190 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 190 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 190 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 190 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | werewolf | 32 |
|---|---|---|---|---|---|

| werewolf | Average Lexical Overlap Rate | |
|---|---|---|
| | 6.88 | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** |
| -12.35 | -2.74     9.62     16.50 | 26.12 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | = | Lexical Overlap Rate |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 226 | / | 571 | = | **39.58** |
| 2 | **Cassandra Clare** | 155 | / | 571 | = | **27.15** |
| 3 | **Maggie Stiefvater** | 119 | / | 571 | = | **20.84** |
| 4 | LJ Smith | 52 | / | 571 | = | 9.11 |
| 5 | Stephanie Meyer | 34 | / | 571 | = | 5.95 |
| 6 | Kami Garcia | 17 | / | 571 | = | 2.98 |
| 7 | Alyson Noel | 16 | / | 571 | = | 2.80 |
| 8 | Aprilynne Pike | 0 | / | 571 | = | 0.00 |
| 9 | Becca Fitzpatrick | 0 | / | 571 | = | 0.00 |
| 10 | Lauren Kate | 0 | / | 571 | = | 0.00 |
| 11 | Richelle Mead | 0 | / | 571 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**  Lynne Freeman                                    **Keyword**   wink                    **33**

| wink | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 7.43 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -3.12 | 2.15 | 5.27 | 12.70 | 17.97 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 232 | / 470 | = | **49.36** |
| 2 | **Stephanie Meyer** | 73 | / 470 | = | **15.53** |
| 3 | Lauren Kate | 59 | / 470 | = | 12.55 |
| 4 | Becca Fitzpatrick | 58 | / 470 | = | 12.34 |
| 5 | Kami Garcia | 50 | / 470 | = | 10.64 |
| 6 | Cassandra Clare | 47 | / 470 | = | 10.00 |
| 7 | Richelle Mead | 18 | / 470 | = | 3.83 |
| 8 | Maggie Stiefvater | 14 | / 470 | = | 2.98 |
| 9 | Aprilynne Pike | 11 | / 470 | = | 2.34 |
| 10 | LJ Smith | 11 | / 470 | = | 2.34 |
| 11 | Alyson Noel | 8 | / 470 | = | 1.70 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                              **Keyword**   witch       **34**

| witch | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 6.74 | | | |
| **Up to 2 Standard Deviations Below** | | 7.99 | **Up to 2 Standard Deviations Above** | |
| -9.24 | -1.25 | | 14.73 | 22.72 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 193 | / 322 | = | **59.94** |
| 2 | **Kami Garcia** | 83 | / 322 | = | **25.78** |
| 3 | Cassandra Clare | 43 | / 322 | = | 13.35 |
| 4 | Alyson Noel | 27 | / 322 | = | 8.39 |
| 5 | LJ Smith | 24 | / 322 | = | 7.45 |
| 6 | Becca Fitzpatrick | 21 | / 322 | = | 6.52 |
| 7 | Stephanie Meyer | 11 | / 322 | = | 3.42 |
| 8 | Lauren Kate | 8 | / 322 | = | 2.48 |
| 9 | Aprilynne Pike | 0 | / 322 | = | 0.00 |
| 10 | Maggie Stiefvater | 0 | / 322 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 322 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | wolf | 35 |
|---|---|---|---|---|---|

| wolf | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 9.08 | |
| **Up to 2 Standard Deviations Below** | 15.50 | **Up to 2 Standard Deviations Above** |
| -21.91          -6.42 | | 24.58          40.07 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|
| 1 | **Maggie Stiefvater** | 713 / 1456 | = | **48.97** |
| 2 | **Tracy Wolff** | 611 / 1456 | = | **41.96** |
| 3 | Cassandra Clare | 315 / 1456 | = | 21.63 |
| 4 | Kami Garcia | 105 / 1456 | = | 7.21 |
| 5 | Stephanie Meyer | 97 / 1456 | = | 6.66 |
| 6 | Richelle Mead | 68 / 1456 | = | 4.67 |
| 7 | Alyson Noel | 12 / 1456 | = | 0.82 |
| 8 | LJ Smith | 12 / 1456 | = | 0.82 |
| 9 | Aprilynne Pike | 0 / 1456 | = | 0.00 |
| 10 | Becca Fitzpatrick | 0 / 1456 | = | 0.00 |
| 11 | Lauren Kate | 0 / 1456 | = | 0.00 |