EXHIBIT 5

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    1

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | accident |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| accident | Tracy Wolff | 1.00 |
| accident | Stephanie Meyer | 0.13 |
| accident | Becca Fitzpatrick | 0.11 |
| accident | Richelle Mead | 0.10 |
| accident | Cassandra Clare | 0.03 |
| accident | Lauren Kate | 0.01 |
| accident | Kami Garcia | 0.01 |
| accident | Aprilynne Pike | -0.01 |
| accident | Maggie Stiefvater | -0.02 |
| accident | LJ Smith | -0.05 |
| accident | Alyson Noel | -0.12 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**         2

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**  Lynne Freeman            **Suspect Author**  Tracy Wolff

**Keyword**  Alaska

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | | Cosine Similarity Score |
|---|---|---|
| Alaska | Tracy Wolff | **1.00** |
| Alaska | Kami Garcia | **0.03** |
| Alaska | Alyson Noel | **0.00** |
| Alaska | Aprilynne Pike | **0.00** |
| Alaska | Becca Fitzpatrick | **0.00** |
| Alaska | Cassandra Clare | **0.00** |
| Alaska | LJ Smith | **0.00** |
| Alaska | Lauren Kate | **0.00** |
| Alaska | Maggie Stiefvater | **0.00** |
| Alaska | Richelle Mead | **0.00** |
| Alaska | Stephanie Meyer | **-0.03** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     3

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | alien |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff**
**is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors**
**using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF*TW cluster compared to LF*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | Cosine Similarity Score |
|---|---|
| alien | Tracy Wolff | 1.00 |
| alien | Maggie Stiefvater | 0.15 |
| alien | Kami Garcia | 0.12 |
| alien | Stephanie Meyer | 0.08 |
| alien | LJ Smith | 0.07 |
| alien | Cassandra Clare | 0.01 |
| alien | Alyson Noel | 0.00 |
| alien | Aprilynne Pike | 0.00 |
| alien | Becca Fitzpatrick | 0.00 |
| alien | Lauren Kate | 0.00 |
| alien | Richelle Mead | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          4

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | aurora |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| aurora | Tracy Wolff | 1.00 |
| aurora | Alyson Noel | 0.00 |
| aurora | Aprilynne Pike | 0.00 |
| aurora | Becca Fitzpatrick | 0.00 |
| aurora | Cassandra Clare | 0.00 |
| aurora | Kami Garcia | 0.00 |
| aurora | LJ Smith | 0.00 |
| aurora | Lauren Kate | 0.00 |
| aurora | Maggie Stiefvater | 0.00 |
| aurora | Richelle Mead | 0.00 |
| aurora | Stephanie Meyer | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     5

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | blood |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| blood | Tracy Wolff | 1.00 |
| blood | Maggie Stiefvater | 0.07 |
| blood | Kami Garcia | 0.02 |
| blood | Lauren Kate | 0.02 |
| blood | LJ Smith | -0.00 |
| blood | Stephanie Meyer | -0.03 |
| blood | Richelle Mead | -0.04 |
| blood | Cassandra Clare | -0.06 |
| blood | Aprilynne Pike | -0.11 |
| blood | Alyson Noel | -0.12 |
| blood | Becca Fitzpatrick | -0.17 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          6

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | book |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| book | Tracy Wolff | 1.00 |
| book | Becca Fitzpatrick | 0.13 |
| book | Kami Garcia | 0.09 |
| book | LJ Smith | 0.07 |
| book | Richelle Mead | 0.07 |
| book | Alyson Noel | 0.05 |
| book | Stephanie Meyer | 0.02 |
| book | Lauren Kate | -0.00 |
| book | Cassandra Clare | -0.02 |
| book | Maggie Stiefvater | -0.04 |
| book | Aprilynne Pike | -0.19 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          7

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   buck

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|      | Baseline Authors    | Cosine Similarity Score |
|------|---------------------|-------------------------|
| buck | Tracy Wolff         | 1.00                    |
| buck | Kami Garcia         | 0.12                    |
| buck | Becca Fitzpatrick   | 0.09                    |
| buck | Alyson Noel         | 0.09                    |
| buck | Stephanie Meyer     | 0.09                    |
| buck | Maggie Stiefvater   | 0.04                    |
| buck | Aprilynne Pike      | 0.00                    |
| buck | Cassandra Clare     | 0.00                    |
| buck | LJ Smith            | 0.00                    |
| buck | Richelle Mead       | 0.00                    |
| buck | Lauren Kate         | -0.04                   |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity        8

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   Diego

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | | Cosine Similarity Score |
|---|---|---|
| Diego | Tracy Wolff | **1.00** |
| Diego | Alyson Noel | **0.00** |
| Diego | Aprilynne Pike | **0.00** |
| Diego | Becca Fitzpatrick | **0.00** |
| Diego | Kami Garcia | **0.00** |
| Diego | LJ Smith | **0.00** |
| Diego | Lauren Kate | **0.00** |
| Diego | Maggie Stiefvater | **0.00** |
| Diego | Richelle Mead | **0.00** |
| Diego | Stephanie Meyer | **0.00** |
| Diego | Cassandra Clare | **-0.07** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity                9

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | doorway |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| doorway | Tracy Wolff | 1.00 |
| doorway | Kami Garcia | 0.12 |
| doorway | Aprilynne Pike | 0.11 |
| doorway | Lauren Kate | 0.04 |
| doorway | Richelle Mead | 0.02 |
| doorway | Maggie Stiefvater | 0.00 |
| doorway | Becca Fitzpatrick | -0.04 |
| doorway | Cassandra Clare | -0.05 |
| doorway | Alyson Noel | -0.06 |
| doorway | LJ Smith | -0.07 |
| doorway | Stephanie Meyer | -0.16 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    10

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**    Lynne Freeman                **Suspect Author**    Tracy Wolff

**Keyword**    dragon

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| dragon | Tracy Wolff | **1.00** |
| dragon | Cassandra Clare | **0.12** |
| dragon | Kami Garcia | **0.02** |
| dragon | Alyson Noel | **0.00** |
| dragon | Aprilynne Pike | **0.00** |
| dragon | Becca Fitzpatrick | **0.00** |
| dragon | Lauren Kate | **0.00** |
| dragon | Maggie Stiefvater | **0.00** |
| dragon | Richelle Mead | **0.00** |
| dragon | Stephanie Meyer | **0.00** |
| dragon | LJ Smith | **-0.16** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    11

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman |

| Suspect Author | Tracy Wolff |

| Keyword | duck |

The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.

**SAMENESS**
A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.

**DIFFERENCE**
A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| duck | Tracy Wolff | 1.00 |
| duck | Kami Garcia | 0.05 |
| duck | LJ Smith | 0.05 |
| duck | Maggie Stiefvater | 0.02 |
| duck | Richelle Mead | 0.00 |
| duck | Lauren Kate | -0.02 |
| duck | Becca Fitzpatrick | -0.05 |
| duck | Cassandra Clare | -0.07 |
| duck | Aprilynne Pike | -0.08 |
| duck | Stephanie Meyer | -0.11 |
| duck | Alyson Noel | -0.17 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    **12**

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | fang |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| fang | Tracy Wolff | 1.00 |
| fang | Alyson Noel | 0.10 |
| fang | Richelle Mead | 0.02 |
| fang | Stephanie Meyer | 0.01 |
| fang | Aprilynne Pike | 0.00 |
| fang | Becca Fitzpatrick | 0.00 |
| fang | Kami Garcia | 0.00 |
| fang | Lauren Kate | 0.00 |
| fang | Maggie Stiefvater | 0.00 |
| fang | LJ Smith | -0.06 |
| fang | Cassandra Clare | -0.07 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity   13

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman |
|---|---|

| Suspect Author | Tracy Wolff |
|---|---|

| Keyword | fist |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| fist | Tracy Wolff | 1.00 |
| fist | Kami Garcia | 0.16 |
| fist | Aprilynne Pike | 0.11 |
| fist | Lauren Kate | 0.07 |
| fist | Stephanie Meyer | 0.04 |
| fist | LJ Smith | 0.03 |
| fist | Cassandra Clare | -0.01 |
| fist | Richelle Mead | -0.05 |
| fist | Alyson Noel | -0.08 |
| fist | Becca Fitzpatrick | -0.08 |
| fist | Maggie Stiefvater | -0.23 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          14

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**      grin

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| grin | Tracy Wolff | 1.00 |
| grin | Stephanie Meyer | 0.22 |
| grin | Aprilynne Pike | 0.11 |
| grin | Becca Fitzpatrick | 0.11 |
| grin | Kami Garcia | 0.11 |
| grin | LJ Smith | 0.09 |
| grin | Richelle Mead | 0.08 |
| grin | Maggie Stiefvater | 0.02 |
| grin | Lauren Kate | 0.01 |
| grin | Alyson Noel | -0.02 |
| grin | Cassandra Clare | -0.09 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     15

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman |     | Suspect Author | Tracy Wolff |

| Keyword | herbal |

The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.

**SAMENESS**
A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.

**DIFFERENCE**
A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| herbal | Tracy Wolff | **1.00** |
| herbal | Cassandra Clare | **0.01** |
| herbal | Alyson Noel | **0.00** |
| herbal | Aprilynne Pike | **0.00** |
| herbal | Becca Fitzpatrick | **0.00** |
| herbal | Kami Garcia | **0.00** |
| herbal | LJ Smith | **0.00** |
| herbal | Lauren Kate | **0.00** |
| herbal | Maggie Stiefvater | **0.00** |
| herbal | Richelle Mead | **0.00** |
| herbal | Stephanie Meyer | **0.00** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**      16

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman |      | Suspect Author | Tracy Wolff |

| Keyword | jean |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| jean | Tracy Wolff | 1.00 |
| jean | Lauren Kate | 0.07 |
| jean | Richelle Mead | 0.06 |
| jean | Alyson Noel | 0.02 |
| jean | Maggie Stiefvater | 0.02 |
| jean | Becca Fitzpatrick | 0.00 |
| jean | Kami Garcia | 0.00 |
| jean | Cassandra Clare | -0.01 |
| jean | Aprilynne Pike | -0.03 |
| jean | LJ Smith | -0.10 |
| jean | Stephanie Meyer | -0.19 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          17

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | kiss |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| kiss | Tracy Wolff | 1.00 |
| kiss | Aprilynne Pike | 0.14 |
| kiss | Richelle Mead | 0.10 |
| kiss | Kami Garcia | 0.10 |
| kiss | Becca Fitzpatrick | 0.08 |
| kiss | Lauren Kate | 0.00 |
| kiss | Alyson Noel | -0.01 |
| kiss | Maggie Stiefvater | -0.03 |
| kiss | Cassandra Clare | -0.13 |
| kiss | LJ Smith | -0.14 |
| kiss | Stephanie Meyer | -0.25 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     18

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
| --- | --- |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
| --- | --- | --- | --- | --- |

| Keyword | monster |
| --- | --- |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
| --- | --- | --- |
| monster | Tracy Wolff | **1.00** |
| monster | Kami Garcia | **0.23** |
| monster | Aprilynne Pike | **0.13** |
| monster | Maggie Stiefvater | **0.08** |
| monster | Stephanie Meyer | **0.07** |
| monster | Richelle Mead | **0.05** |
| monster | Alyson Noel | **0.02** |
| monster | Cassandra Clare | **0.02** |
| monster | LJ Smith | **0.00** |
| monster | Lauren Kate | **-0.02** |
| monster | Becca Fitzpatrick | **-0.16** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity       19

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**          moon

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| moon | Tracy Wolff | **1.00** |
| moon | Maggie Stiefvater | **0.20** |
| moon | Aprilynne Pike | **0.09** |
| moon | Lauren Kate | **0.08** |
| moon | Kami Garcia | **0.02** |
| moon | Alyson Noel | **-0.01** |
| moon | Stephanie Meyer | **-0.03** |
| moon | LJ Smith | **-0.05** |
| moon | Cassandra Clare | **-0.08** |
| moon | Becca Fitzpatrick | **-0.09** |
| moon | Richelle Mead | **-0.20** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity       20

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman           **Suspect Author**   Tracy Wolff

**Keyword**   mutation

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| mutation | Tracy Wolff | **1.00** |
| mutation | Alyson Noel | 0.00 |
| mutation | Aprilynne Pike | 0.00 |
| mutation | Becca Fitzpatrick | 0.00 |
| mutation | Cassandra Clare | 0.00 |
| mutation | Kami Garcia | 0.00 |
| mutation | LJ Smith | 0.00 |
| mutation | Lauren Kate | 0.00 |
| mutation | Maggie Stiefvater | 0.00 |
| mutation | Richelle Mead | 0.00 |
| mutation | Stephanie Meyer | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity   21

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman

**Suspect Author**   Tracy Wolff

**Keyword**   northern

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| northern | Tracy Wolff | 1.00 |
| northern | Aprilynne Pike | 0.16 |
| northern | Becca Fitzpatrick | 0.02 |
| northern | Lauren Kate | 0.01 |
| northern | Kami Garcia | 0.01 |
| northern | Alyson Noel | 0.00 |
| northern | Cassandra Clare | 0.00 |
| northern | LJ Smith | 0.00 |
| northern | Maggie Stiefvater | 0.00 |
| northern | Richelle Mead | 0.00 |
| northern | Stephanie Meyer | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          22

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | protector |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| protector | Tracy Wolff | 1.00 |
| protector | Maggie Stiefvater | 0.06 |
| protector | Alyson Noel | 0.00 |
| protector | Becca Fitzpatrick | 0.00 |
| protector | Cassandra Clare | 0.00 |
| protector | Kami Garcia | 0.00 |
| protector | LJ Smith | 0.00 |
| protector | Lauren Kate | 0.00 |
| protector | Richelle Mead | 0.00 |
| protector | Stephanie Meyer | 0.00 |
| protector | Aprilynne Pike | -0.06 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     23

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman |  | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | queen |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| queen | Tracy Wolff | 1.00 |
| queen | LJ Smith | 0.12 |
| queen | Richelle Mead | 0.06 |
| queen | Lauren Kate | 0.02 |
| queen | Cassandra Clare | 0.00 |
| queen | Maggie Stiefvater | 0.00 |
| queen | Stephanie Meyer | -0.01 |
| queen | Kami Garcia | -0.06 |
| queen | Alyson Noel | -0.06 |
| queen | Aprilynne Pike | -0.11 |
| queen | Becca Fitzpatrick | -0.13 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity        24

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**      selfish

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|         | Baseline Authors    | Cosine Similarity Score |
|---------|---------------------|-------------------------|
| selfish | Tracy Wolff         | 1.00                    |
| selfish | Alyson Noel         | 0.18                    |
| selfish | Becca Fitzpatrick   | 0.05                    |
| selfish | Lauren Kate         | 0.03                    |
| selfish | Aprilynne Pike      | 0.00                    |
| selfish | Kami Garcia         | 0.00                    |
| selfish | Richelle Mead       | 0.00                    |
| selfish | Cassandra Clare     | -0.01                   |
| selfish | LJ Smith            | -0.04                   |
| selfish | Stephanie Meyer     | -0.11                   |
| selfish | Maggie Stiefvater   | -0.15                   |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     25

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman |

| Suspect Author | Tracy Wolff |

| Keyword | stab |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| stab | Tracy Wolff | **1.00** |
| stab | Lauren Kate | **0.08** |
| stab | LJ Smith | **0.07** |
| stab | Cassandra Clare | **0.06** |
| stab | Stephanie Meyer | **0.02** |
| stab | Becca Fitzpatrick | **0.01** |
| stab | Aprilynne Pike | **0.00** |
| stab | Alyson Noel | **-0.01** |
| stab | Richelle Mead | **-0.05** |
| stab | Maggie Stiefvater | **-0.08** |
| stab | Kami Garcia | **-0.17** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     26

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | Stonehenge |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff**
**is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors**
**using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF*TW cluster compared to LF*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| Stonehenge | Tracy Wolff | 1.00 |
| Stonehenge | Alyson Noel | 0.00 |
| Stonehenge | Aprilynne Pike | 0.00 |
| Stonehenge | Becca Fitzpatrick | 0.00 |
| Stonehenge | Cassandra Clare | 0.00 |
| Stonehenge | Kami Garcia | 0.00 |
| Stonehenge | Lauren Kate | 0.00 |
| Stonehenge | Maggie Stiefvater | 0.00 |
| Stonehenge | Richelle Mead | 0.00 |
| Stonehenge | Stephanie Meyer | 0.00 |
| Stonehenge | LJ Smith | -0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     27

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman |        | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | tea |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| tea | Tracy Wolff | 1.00 |
| tea | Cassandra Clare | 0.13 |
| tea | Aprilynne Pike | 0.09 |
| tea | Kami Garcia | 0.06 |
| tea | Becca Fitzpatrick | 0.04 |
| tea | Maggie Stiefvater | 0.03 |
| tea | Lauren Kate | 0.02 |
| tea | LJ Smith | 0.00 |
| tea | Richelle Mead | 0.00 |
| tea | Stephanie Meyer | 0.00 |
| tea | Alyson Noel | -0.01 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**      28

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   teacher

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| teacher | Tracy Wolff | 1.00 |
| teacher | Kami Garcia | 0.16 |
| teacher | Alyson Noel | 0.12 |
| teacher | Becca Fitzpatrick | 0.07 |
| teacher | Stephanie Meyer | 0.06 |
| teacher | LJ Smith | 0.05 |
| teacher | Richelle Mead | 0.03 |
| teacher | Lauren Kate | -0.02 |
| teacher | Cassandra Clare | -0.09 |
| teacher | Maggie Stiefvater | -0.11 |
| teacher | Aprilynne Pike | -0.18 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    29

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | tree |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| tree | Tracy Wolff | **1.00** |
| tree | Lauren Kate | **0.11** |
| tree | Stephanie Meyer | **0.10** |
| tree | Maggie Stiefvater | **0.09** |
| tree | Alyson Noel | **0.04** |
| tree | Kami Garcia | **0.00** |
| tree | Aprilynne Pike | **-0.01** |
| tree | LJ Smith | **-0.01** |
| tree | Richelle Mead | **-0.08** |
| tree | Cassandra Clare | **-0.12** |
| tree | Becca Fitzpatrick | **-0.15** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**      30

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman |

| Suspect Author | Tracy Wolff |

| Keyword | vampire |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same: the LF*TW cluster compared to itself is the same with a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different: the LF*TW cluster compared to LF*Baseline Author is always different with a cosine similarity score close to zero or negative. If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| vampire | Tracy Wolff | 1.00 |
| vampire | Becca Fitzpatrick | 0.09 |
| vampire | Aprilynne Pike | 0.00 |
| vampire | LJ Smith | 0.00 |
| vampire | Lauren Kate | 0.00 |
| vampire | Maggie Stiefvater | 0.00 |
| vampire | Stephanie Meyer | -0.00 |
| vampire | Richelle Mead | -0.01 |
| vampire | Cassandra Clare | -0.09 |
| vampire | Kami Garcia | -0.09 |
| vampire | Alyson Noel | -0.14 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity       31

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | waggle |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| waggle | Tracy Wolff | 1.00 |
| waggle | Becca Fitzpatrick | 0.11 |
| waggle | Alyson Noel | 0.00 |
| waggle | Aprilynne Pike | 0.00 |
| waggle | Cassandra Clare | 0.00 |
| waggle | Kami Garcia | 0.00 |
| waggle | LJ Smith | 0.00 |
| waggle | Maggie Stiefvater | 0.00 |
| waggle | Richelle Mead | 0.00 |
| waggle | Stephanie Meyer | 0.00 |
| waggle | Lauren Kate | -0.13 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity   32

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | werewolf |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| werewolf | Tracy Wolff | 1.00 |
| werewolf | Alyson Noel | 0.04 |
| werewolf | Cassandra Clare | 0.03 |
| werewolf | Stephanie Meyer | 0.03 |
| werewolf | Aprilynne Pike | 0.00 |
| werewolf | Becca Fitzpatrick | 0.00 |
| werewolf | Lauren Kate | 0.00 |
| werewolf | Richelle Mead | 0.00 |
| werewolf | LJ Smith | -0.07 |
| werewolf | Kami Garcia | -0.09 |
| werewolf | Maggie Stiefvater | -0.25 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          33

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |

| Target Author | Lynne Freeman |  | Suspect Author | Tracy Wolff |

| Keyword | wink |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| wink | Tracy Wolff | 1.00 |
| wink | Stephanie Meyer | 0.19 |
| wink | Cassandra Clare | 0.13 |
| wink | Richelle Mead | 0.08 |
| wink | Maggie Stiefvater | 0.01 |
| wink | Becca Fitzpatrick | 0.01 |
| wink | Aprilynne Pike | 0.00 |
| wink | Alyson Noel | -0.02 |
| wink | Lauren Kate | -0.02 |
| wink | Kami Garcia | -0.13 |
| wink | LJ Smith | -0.17 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    34

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   witch

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| witch | Tracy Wolff | **1.00** |
| witch | Lauren Kate | **0.01** |
| witch | Aprilynne Pike | **0.00** |
| witch | Maggie Stiefvater | **0.00** |
| witch | Richelle Mead | **0.00** |
| witch | Kami Garcia | **-0.01** |
| witch | Becca Fitzpatrick | **-0.02** |
| witch | Stephanie Meyer | **-0.05** |
| witch | Alyson Noel | **-0.07** |
| witch | LJ Smith | **-0.09** |
| witch | Cassandra Clare | **-0.09** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**       35

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright Up to 2013--Stephen M Doniger Esq--1-21-2024 |
|---|---|

| Target Author | Lynne Freeman |   | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | wolf |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| wolf | Tracy Wolff | 1.00 |
| wolf | LJ Smith | 0.13 |
| wolf | Kami Garcia | 0.12 |
| wolf | Cassandra Clare | 0.09 |
| wolf | Maggie Stiefvater | 0.02 |
| wolf | Aprilynne Pike | 0.00 |
| wolf | Becca Fitzpatrick | 0.00 |
| wolf | Lauren Kate | 0.00 |
| wolf | Alyson Noel | -0.01 |
| wolf | Richelle Mead | -0.01 |
| wolf | Stephanie Meyer | -0.04 |