# EXHIBIT 6

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                                    **Keyword**   accident                          1

| accident | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 14.19 | | |
| **Up to 2 Standard Deviations Below** | 6.39 | **Up to 2 Standard Deviations Above** | |
| 1.42          7.80 | | 20.58          26.97 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | = | Lexical Overlap Rate |
|---|---|---|---|---|---|---|
| 1 | **Richelle Mead** | 42 | / | 167 | = | **25.15** |
| 2 | **Tracy Wolff** | 39 | / | 167 | = | **23.35** |
| 3 | Kami Garcia | 33 | / | 167 | = | 19.76 |
| 4 | Stephanie Meyer | 32 | / | 167 | = | 19.16 |
| 5 | Alyson Noel | 29 | / | 167 | = | 17.37 |
| 6 | Lauren Kate | 29 | / | 167 | = | 17.37 |
| 7 | Becca Fitzpatrick | 18 | / | 167 | = | 10.78 |
| 8 | Maggie Stiefvater | 18 | / | 167 | = | 10.78 |
| 9 | Cassandra Clare | 13 | / | 167 | = | 7.78 |
| 10 | LJ Smith | 12 | / | 167 | = | 7.19 |
| 11 | Aprilynne Pike | 11 | / | 167 | = | 6.59 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                **Keyword**   Alaska        2

| Alaska | **Average Lexical Overlap Rate** | | | |
|---|---|---|---|---|
| | 0.89 | | | |
| **Up to 2 Standard Deviations Below** | | 1.92 | **Up to 2 Standard Deviations Above** | |
| -2.95 | -1.03 | | 2.81 | 4.73 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 226 | / 485 | = | **46.60** |
| 2 | **Stephanie Meyer** | 26 | / 485 | = | **5.36** |
| 3 | **Kami Garcia** | 17 | / 485 | = | **3.51** |
| 4 | Alyson Noel | 0 | / 485 | = | 0.00 |
| 5 | Aprilynne Pike | 0 | / 485 | = | 0.00 |
| 6 | Becca Fitzpatrick | 0 | / 485 | = | 0.00 |
| 7 | Cassandra Clare | 0 | / 485 | = | 0.00 |
| 8 | LJ Smith | 0 | / 485 | = | 0.00 |
| 9 | Lauren Kate | 0 | / 485 | = | 0.00 |
| 10 | Maggie Stiefvater | 0 | / 485 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 485 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**    Lynne Freeman                                      **Keyword**    alien                3

| alien | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 4.35 | | | |
| **Up to 2 Standard Deviations Below** | | 4.58 | **Up to 2 Standard Deviations Above** | |
| -4.82 | -0.24 | | 8.93 | 13.51 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 3 | / 23 | = | **13.04** |
| 2 | Cassandra Clare | 2 | / 23 | = | 8.70 |
| 3 | Kami Garcia | 2 | / 23 | = | 8.70 |
| 4 | LJ Smith | 2 | / 23 | = | 8.70 |
| 5 | Maggie Stiefvater | 2 | / 23 | = | 8.70 |
| 6 | Stephanie Meyer | 2 | / 23 | = | 8.70 |
| 7 | Alyson Noel | 0 | / 23 | = | 0.00 |
| 8 | Aprilynne Pike | 0 | / 23 | = | 0.00 |
| 9 | Becca Fitzpatrick | 0 | / 23 | = | 0.00 |
| 10 | Lauren Kate | 0 | / 23 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 23 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   aurora                    4

| aurora | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00          0.00 | | 0.00          0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | **/** | **Target's Cluster Count** | **=** | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 12 | / | 23 | = | **52.17** |
| 2 | Alyson Noel | 0 | / | 23 | = | 0.00 |
| 3 | Aprilynne Pike | 0 | / | 23 | = | 0.00 |
| 4 | Becca Fitzpatrick | 0 | / | 23 | = | 0.00 |
| 5 | Cassandra Clare | 0 | / | 23 | = | 0.00 |
| 6 | Kami Garcia | 0 | / | 23 | = | 0.00 |
| 7 | LJ Smith | 0 | / | 23 | = | 0.00 |
| 8 | Lauren Kate | 0 | / | 23 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / | 23 | = | 0.00 |
| 10 | Richelle Mead | 0 | / | 23 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / | 23 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**    Lynne Freeman                                     **Keyword**    blood            **5**

| blood | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 27.78 | | | |
| **Up to 2 Standard Deviations Below** | | 10.53 | **Up to 2 Standard Deviations Above** | |
| 6.71 | 17.25 | | 38.31 | 48.85 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 395 | / 644 | = | **61.34** |
| 2 | **Cassandra Clare** | 314 | / 644 | = | **48.76** |
| 3 | **Richelle Mead** | 249 | / 644 | = | **38.66** |
| 4 | Maggie Stiefvater | 224 | / 644 | = | 34.78 |
| 5 | LJ Smith | 186 | / 644 | = | 28.88 |
| 6 | Kami Garcia | 176 | / 644 | = | 27.33 |
| 7 | Stephanie Meyer | 167 | / 644 | = | 25.93 |
| 8 | Alyson Noel | 145 | / 644 | = | 22.52 |
| 9 | Becca Fitzpatrick | 121 | / 644 | = | 18.79 |
| 10 | Aprilynne Pike | 112 | / 644 | = | 17.39 |
| 11 | Lauren Kate | 95 | / 644 | = | 14.75 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   book                    **6**

| book | Average Lexical Overlap Rate | | |
|------|------|------|------|
| | 35.18 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| 14.51 | 24.85 | 10.34 | 45.52 | 55.85 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | **/** | **Target's Cluster Count** | **=** | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Kami Garcia** | 183 | / | 328 | = | **55.79** |
| 2 | **Tracy Wolff** | 182 | / | 328 | = | **55.49** |
| 3 | Maggie Stiefvater | 144 | / | 328 | = | 43.90 |
| 4 | Lauren Kate | 139 | / | 328 | = | 42.38 |
| 5 | Cassandra Clare | 125 | / | 328 | = | 38.11 |
| 6 | Stephanie Meyer | 118 | / | 328 | = | 35.98 |
| 7 | Alyson Noel | 103 | / | 328 | = | 31.40 |
| 8 | Aprilynne Pike | 99 | / | 328 | = | 30.18 |
| 9 | Richelle Mead | 92 | / | 328 | = | 28.05 |
| 10 | Becca Fitzpatrick | 84 | / | 328 | = | 25.61 |
| 11 | LJ Smith | 67 | / | 328 | = | 20.43 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                                    **Keyword**   buck            7

| buck | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 6.40 | | | |
| **Up to 2 Standard Deviations Below** | | 7.59 | **Up to 2 Standard Deviations Above** | |
| -8.78 | -1.19 | | 13.99 | 21.58 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | Tracy Wolff | 7 | / 25 | = | 28.00 |
| 2 | Becca Fitzpatrick | 6 | / 25 | = | 24.00 |
| 3 | Lauren Kate | 3 | / 25 | = | 12.00 |
| 4 | Kami Garcia | 2 | / 25 | = | 8.00 |
| 5 | Maggie Stiefvater | 2 | / 25 | = | 8.00 |
| 6 | Stephanie Meyer | 2 | / 25 | = | 8.00 |
| 7 | Alyson Noel | 1 | / 25 | = | 4.00 |
| 8 | Aprilynne Pike | 0 | / 25 | = | 0.00 |
| 9 | Cassandra Clare | 0 | / 25 | = | 0.00 |
| 10 | LJ Smith | 0 | / 25 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 25 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**   Diego          8

| Diego | | Average Lexical Overlap Rate | | |
|---|---|---|---|---|
| | | 0.00 | | |
| **Up to 2 Standard Deviations Below** | | 0.00 | **Up to 2 Standard Deviations Above** | |
| 0.00 | 0.00 | | 0.00 | 0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   doorway                    9

| doorway | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 18.15 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| 3.48 | 10.81 | 7.34 | 25.48 | 32.82 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / Target's Cluster Count | = | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 68 | / 216 | = | **31.48** |
| 2 | **Cassandra Clare** | 63 | / 216 | = | **29.17** |
| 3 | **Kami Garcia** | 60 | / 216 | = | **27.78** |
| 4 | Lauren Kate | 45 | / 216 | = | 20.83 |
| 5 | LJ Smith | 44 | / 216 | = | 20.37 |
| 6 | Aprilynne Pike | 43 | / 216 | = | 19.91 |
| 7 | Maggie Stiefvater | 43 | / 216 | = | 19.91 |
| 8 | Becca Fitzpatrick | 33 | / 216 | = | 15.28 |
| 9 | Richelle Mead | 27 | / 216 | = | 12.50 |
| 10 | Alyson Noel | 18 | / 216 | = | 8.33 |
| 11 | Stephanie Meyer | 16 | / 216 | = | 7.41 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                **Keyword**   dragon          **10**

| dragon | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 2.24 | | |
| **Up to 2 Standard Deviations Below** | | | **Up to 2 Standard Deviations Above** |
| -5.39 | -1.58 | 3.82 | 6.06    9.87 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 46 | / 58 | = | **79.31** |
| 2 | **Cassandra Clare** | 6 | / 58 | = | **10.34** |
| 3 | **LJ Smith** | 4 | / 58 | = | **6.90** |
| 4 | Kami Garcia | 3 | / 58 | = | 5.17 |
| 5 | Alyson Noel | 0 | / 58 | = | 0.00 |
| 6 | Aprilynne Pike | 0 | / 58 | = | 0.00 |
| 7 | Becca Fitzpatrick | 0 | / 58 | = | 0.00 |
| 8 | Lauren Kate | 0 | / 58 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 58 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 58 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 58 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                **Keyword**   duck          **11**

| duck | **Average Lexical Overlap Rate** | | |
|---|---|---|---|
| | 21.06 | | |
| **Up to 2 Standard Deviations Below** | | 11.87 | **Up to 2 Standard Deviations Above** |
| -2.68 | 9.19 | | 32.93        44.80 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | **Lexical Overlap Rate** |
|---|---|---|---|---|
| 1 | **Tracy Wolff** | 61 / 113 | = | **53.98** |
| 2 | **Lauren Kate** | 44 / 113 | = | **38.94** |
| 3 | Kami Garcia | 35 / 113 | = | 30.97 |
| 4 | Maggie Stiefvater | 31 / 113 | = | 27.43 |
| 5 | Becca Fitzpatrick | 30 / 113 | = | 26.55 |
| 6 | Cassandra Clare | 30 / 113 | = | 26.55 |
| 7 | Aprilynne Pike | 29 / 113 | = | 25.66 |
| 8 | Stephanie Meyer | 16 / 113 | = | 14.16 |
| 9 | LJ Smith | 12 / 113 | = | 10.62 |
| 10 | Alyson Noel | 11 / 113 | = | 9.73 |
| 11 | Richelle Mead | 0 / 113 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**   fang          12

| fang | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 7.25 | | | |
| **Up to 2 Standard Deviations Below** | | 9.68 | **Up to 2 Standard Deviations Above** | |
| -12.11 | -2.43 | | 16.93 | 26.61 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 60 | / 80 | = | **75.00** |
| 2 | **Richelle Mead** | 21 | / 80 | = | **26.25** |
| 3 | **Cassandra Clare** | 17 | / 80 | = | **21.25** |
| 4 | Stephanie Meyer | 9 | / 80 | = | 11.25 |
| 5 | Alyson Noel | 7 | / 80 | = | 8.75 |
| 6 | LJ Smith | 4 | / 80 | = | 5.00 |
| 7 | Aprilynne Pike | 0 | / 80 | = | 0.00 |
| 8 | Becca Fitzpatrick | 0 | / 80 | = | 0.00 |
| 9 | Kami Garcia | 0 | / 80 | = | 0.00 |
| 10 | Lauren Kate | 0 | / 80 | = | 0.00 |
| 11 | Maggie Stiefvater | 0 | / 80 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   fist                    **13**

| fist | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 14.18 | | |
| **Up to 2 Standard Deviations Below** | 7.92 | **Up to 2 Standard Deviations Above** | |
| -1.67 | 6.25 | 22.10 | 30.02 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 167 | / 316 | = | **52.85** |
| 2 | **Lauren Kate** | 82 | / 316 | = | **25.95** |
| 3 | Becca Fitzpatrick | 67 | / 316 | = | 21.20 |
| 4 | Cassandra Clare | 67 | / 316 | = | 21.20 |
| 5 | Maggie Stiefvater | 60 | / 316 | = | 18.99 |
| 6 | Kami Garcia | 58 | / 316 | = | 18.35 |
| 7 | Stephanie Meyer | 37 | / 316 | = | 11.71 |
| 8 | Alyson Noel | 26 | / 316 | = | 8.23 |
| 9 | LJ Smith | 24 | / 316 | = | 7.59 |
| 10 | Aprilynne Pike | 19 | / 316 | = | 6.01 |
| 11 | Richelle Mead | 8 | / 316 | = | 2.53 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**  Lynne Freeman                    **Keyword**    grin                  **14**

| grin | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 24.83 | | | |
| **Up to 2 Standard Deviations Below** | | 9.28 | **Up to 2 Standard Deviations Above** | |
| 6.26 | 15.54 | | 34.11 | 43.40 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 259 | / 379 | = | **68.34** |
| 2 | **Aprilynne Pike** | 138 | / 379 | = | **36.41** |
| 3 | **Stephanie Meyer** | 131 | / 379 | = | **34.56** |
| 4 | Becca Fitzpatrick | 129 | / 379 | = | 34.04 |
| 5 | Cassandra Clare | 121 | / 379 | = | 31.93 |
| 6 | Maggie Stiefvater | 111 | / 379 | = | 29.29 |
| 7 | Lauren Kate | 77 | / 379 | = | 20.32 |
| 8 | Kami Garcia | 70 | / 379 | = | 18.47 |
| 9 | LJ Smith | 59 | / 379 | = | 15.57 |
| 10 | Richelle Mead | 58 | / 379 | = | 15.30 |
| 11 | Alyson Noel | 47 | / 379 | = | 12.40 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   herbal          **15**

| herbal | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.47 | |
| **Up to 2 Standard Deviations Below** | 1.47 | **Up to 2 Standard Deviations Above** |
| -2.48          -1.01 | | 1.94          3.41 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | **Lexical Overlap Rate** |
|---|---|---|---|---|
| 1 | **Cassandra Clare** | 2 / 43 | = | **4.65** |
| 2 | **Tracy Wolff** | 2 / 43 | = | **4.65** |
| 3 | Alyson Noel | 0 / 43 | = | 0.00 |
| 4 | Aprilynne Pike | 0 / 43 | = | 0.00 |
| 5 | Becca Fitzpatrick | 0 / 43 | = | 0.00 |
| 6 | Kami Garcia | 0 / 43 | = | 0.00 |
| 7 | LJ Smith | 0 / 43 | = | 0.00 |
| 8 | Lauren Kate | 0 / 43 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 / 43 | = | 0.00 |
| 10 | Richelle Mead | 0 / 43 | = | 0.00 |
| 11 | Stephanie Meyer | 0 / 43 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**   jean          **16**

| jean | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 23.95 | | | |
| **Up to 2 Standard Deviations Below** | | 7.01 | **Up to 2 Standard Deviations Above** | |
| 9.92 | 16.94 | | 30.97 | 37.98 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Kami Garcia** | 89 | / 258 | = | **34.50** |
| 2 | **Becca Fitzpatrick** | 86 | / 258 | = | **33.33** |
| 3 | **Tracy Wolff** | 83 | / 258 | = | **32.17** |
| 4 | Cassandra Clare | 71 | / 258 | = | 27.52 |
| 5 | Alyson Noel | 70 | / 258 | = | 27.13 |
| 6 | Lauren Kate | 70 | / 258 | = | 27.13 |
| 7 | Maggie Stiefvater | 55 | / 258 | = | 21.32 |
| 8 | LJ Smith | 50 | / 258 | = | 19.38 |
| 9 | Richelle Mead | 46 | / 258 | = | 17.83 |
| 10 | Stephanie Meyer | 46 | / 258 | = | 17.83 |
| 11 | Aprilynne Pike | 35 | / 258 | = | 13.57 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**   kiss          **17**

| kiss | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 24.91 | | | |
| **Up to 2 Standard Deviations Below** | | 5.93 | **Up to 2 Standard Deviations Above** | |
| 13.04 | 18.97 | | 30.84 | 36.77 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count | / | Target's Cluster Count | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 360 | / | 632 | = | **56.96** |
| 2 | **Lauren Kate** | 226 | / | 632 | = | **35.76** |
| 3 | **Maggie Stiefvater** | 207 | / | 632 | = | **32.75** |
| 4 | Becca Fitzpatrick | 168 | / | 632 | = | 26.58 |
| 5 | Kami Garcia | 165 | / | 632 | = | 26.11 |
| 6 | Richelle Mead | 156 | / | 632 | = | 24.68 |
| 7 | Alyson Noel | 154 | / | 632 | = | 24.37 |
| 8 | Cassandra Clare | 151 | / | 632 | = | 23.89 |
| 9 | LJ Smith | 120 | / | 632 | = | 18.99 |
| 10 | Aprilynne Pike | 116 | / | 632 | = | 18.35 |
| 11 | Stephanie Meyer | 111 | / | 632 | = | 17.56 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   monster                    **18**

| monster | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 12.84 | | | |
| **Up to 2 Standard Deviations Below** | | 10.75 | **Up to 2 Standard Deviations Above** | |
| -8.66 | 2.09 | | 23.58 | 34.33 |

Comparison Authors are ranked by the highest Lexical Overlap Rate.
Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 126 | / 194 | = | **64.95** |
| 2 | **Cassandra Clare** | 64 | / 194 | = | **32.99** |
| 3 | **Stephanie Meyer** | 46 | / 194 | = | **23.71** |
| 4 | Maggie Stiefvater | 43 | / 194 | = | 22.16 |
| 5 | Kami Garcia | 35 | / 194 | = | 18.04 |
| 6 | Alyson Noel | 17 | / 194 | = | 8.76 |
| 7 | Aprilynne Pike | 16 | / 194 | = | 8.25 |
| 8 | Lauren Kate | 13 | / 194 | = | 6.70 |
| 9 | Becca Fitzpatrick | 8 | / 194 | = | 4.12 |
| 10 | Richelle Mead | 7 | / 194 | = | 3.61 |
| 11 | LJ Smith | 0 | / 194 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   moon                 **19**

| moon | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 9.45 | | |
| **Up to 2 Standard Deviations Below** | 9.43 | **Up to 2 Standard Deviations Above** | |
| -9.42 | 0.02 | 18.88 | 28.31 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Kami Garcia** | 268 | / 778 | = | **34.45** |
| 2 | **Tracy Wolff** | 196 | / 778 | = | **25.19** |
| 3 | Cassandra Clare | 95 | / 778 | = | 12.21 |
| 4 | Maggie Stiefvater | 80 | / 778 | = | 10.28 |
| 5 | Becca Fitzpatrick | 73 | / 778 | = | 9.38 |
| 6 | Lauren Kate | 56 | / 778 | = | 7.20 |
| 7 | LJ Smith | 54 | / 778 | = | 6.94 |
| 8 | Stephanie Meyer | 49 | / 778 | = | 6.30 |
| 9 | Aprilynne Pike | 33 | / 778 | = | 4.24 |
| 10 | Alyson Noel | 14 | / 778 | = | 1.80 |
| 11 | Richelle Mead | 13 | / 778 | = | 1.67 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**   mutation          **20**

| mutation | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 0.00 | | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** | |
| 0.00          0.00 | | 0.00          0.00 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 4 | / 18 | = | **22.22** |
| 2 | Alyson Noel | 0 | / 18 | = | 0.00 |
| 3 | Aprilynne Pike | 0 | / 18 | = | 0.00 |
| 4 | Becca Fitzpatrick | 0 | / 18 | = | 0.00 |
| 5 | Cassandra Clare | 0 | / 18 | = | 0.00 |
| 6 | Kami Garcia | 0 | / 18 | = | 0.00 |
| 7 | LJ Smith | 0 | / 18 | = | 0.00 |
| 8 | Lauren Kate | 0 | / 18 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 18 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 18 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 18 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**   northern          **21**

| northern | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 0.96 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -2.05 | -0.55 | 1.50 | 2.46   3.96 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 22 | / 115 | = | **19.13** |
| 2 | **Kami Garcia** | 5 | / 115 | = | **4.35** |
| 3 | **Aprilynne Pike** | 3 | / 115 | = | **2.61** |
| 4 | Becca Fitzpatrick | 2 | / 115 | = | 1.74 |
| 5 | Lauren Kate | 1 | / 115 | = | 0.87 |
| 6 | Alyson Noel | 0 | / 115 | = | 0.00 |
| 7 | Cassandra Clare | 0 | / 115 | = | 0.00 |
| 8 | LJ Smith | 0 | / 115 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 115 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 115 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 115 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**   protector          **22**

| protector | Average Lexical Overlap Rate | |
|---|---|---|
| | 1.06 | |
| **Up to 2 Standard Deviations Below** | 2.30 | **Up to 2 Standard Deviations Above** |
| -3.53          -1.23 | | 3.36          5.66 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 15 | / 47 | = | **31.91** |
| 2 | **Maggie Stiefvater** | 3 | / 47 | = | **6.38** |
| 3 | **Aprilynne Pike** | 2 | / 47 | = | **4.26** |
| 4 | Alyson Noel | 0 | / 47 | = | 0.00 |
| 5 | Becca Fitzpatrick | 0 | / 47 | = | 0.00 |
| 6 | Cassandra Clare | 0 | / 47 | = | 0.00 |
| 7 | Kami Garcia | 0 | / 47 | = | 0.00 |
| 8 | LJ Smith | 0 | / 47 | = | 0.00 |
| 9 | Lauren Kate | 0 | / 47 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 47 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 47 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**  Lynne Freeman                    **Keyword**  queen        23

| queen | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 9.75 | | | |
| **Up to 2 Standard Deviations Below** | | 10.66 | **Up to 2 Standard Deviations Above** | |
| -11.57 | -0.91 | | 20.41 | 31.07 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 54 | / 81 | = | **66.67** |
| 2 | **Richelle Mead** | 24 | / 81 | = | **29.63** |
| 3 | **Kami Garcia** | 19 | / 81 | = | **23.46** |
| 4 | LJ Smith | 16 | / 81 | = | 19.75 |
| 5 | Alyson Noel | 8 | / 81 | = | 9.88 |
| 6 | Aprilynne Pike | 4 | / 81 | = | 4.94 |
| 7 | Becca Fitzpatrick | 3 | / 81 | = | 3.70 |
| 8 | Stephanie Meyer | 3 | / 81 | = | 3.70 |
| 9 | Lauren Kate | 2 | / 81 | = | 2.47 |
| 10 | Cassandra Clare | 0 | / 81 | = | 0.00 |
| 11 | Maggie Stiefvater | 0 | / 81 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | selfish | 24 |
|---|---|---|---|---|---|

| selfish | Average Lexical Overlap Rate | |
|---|---|---|
| | 14.17 | |
| **Up to 2 Standard Deviations Below** | 11.15 | **Up to 2 Standard Deviations Above** |
| -8.12              3.02 | | 25.31              36.46 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 9 | / 24 | = | **37.50** |
| 2 | **Maggie Stiefvater** | 7 | / 24 | = | **29.17** |
| 3 | Alyson Noel | 6 | / 24 | = | 25.00 |
| 4 | LJ Smith | 6 | / 24 | = | 25.00 |
| 5 | Lauren Kate | 5 | / 24 | = | 20.83 |
| 6 | Cassandra Clare | 4 | / 24 | = | 16.67 |
| 7 | Becca Fitzpatrick | 3 | / 24 | = | 12.50 |
| 8 | Stephanie Meyer | 3 | / 24 | = | 12.50 |
| 9 | Aprilynne Pike | 0 | / 24 | = | 0.00 |
| 10 | Kami Garcia | 0 | / 24 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 24 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                **Keyword**   stab                    **25**

| stab | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 10.63 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| | 5.68 | | |
| -0.73 | 4.95 | 16.31 | 21.99 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 30 | / 127 | = | **23.62** |
| 2 | **Cassandra Clare** | 24 | / 127 | = | **18.90** |
| 3 | **Lauren Kate** | 21 | / 127 | = | **16.54** |
| 4 | Stephanie Meyer | 20 | / 127 | = | 15.75 |
| 5 | Becca Fitzpatrick | 17 | / 127 | = | 13.39 |
| 6 | LJ Smith | 14 | / 127 | = | 11.02 |
| 7 | Maggie Stiefvater | 12 | / 127 | = | 9.45 |
| 8 | Richelle Mead | 10 | / 127 | = | 7.87 |
| 9 | Alyson Noel | 9 | / 127 | = | 7.09 |
| 10 | Kami Garcia | 8 | / 127 | = | 6.30 |
| 11 | Aprilynne Pike | 0 | / 127 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Keyword**   Stonehenge                    26

| Stonehenge | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 1.43 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -7.61 | -3.09 | 4.52 | 5.95 | 10.46 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|
| 1 | **Tracy Wolff** | 5 | / 21 = | **23.81** |
| 2 | **LJ Smith** | 3 | / 21 = | **14.29** |
| 3 | Alyson Noel | 0 | / 21 = | 0.00 |
| 4 | Aprilynne Pike | 0 | / 21 = | 0.00 |
| 5 | Becca Fitzpatrick | 0 | / 21 = | 0.00 |
| 6 | Cassandra Clare | 0 | / 21 = | 0.00 |
| 7 | Kami Garcia | 0 | / 21 = | 0.00 |
| 8 | Lauren Kate | 0 | / 21 = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 21 = | 0.00 |
| 10 | Richelle Mead | 0 | / 21 = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 21 = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |
|---|---|

| Target Author | Lynne Freeman | Keyword | tea | 27 |
|---|---|---|---|---|

| tea | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 11.01 | | | |
| **Up to 2 Standard Deviations Below** | | 10.50 | **Up to 2 Standard Deviations Above** | |
| -10.00 | 0.50 | | 21.51 | 32.01 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | = | Lexical Overlap Rate |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 77 | / | 159 | = | **48.43** |
| 2 | **Kami Garcia** | 44 | / | 159 | = | **27.67** |
| 3 | **Cassandra Clare** | 41 | / | 159 | = | **25.79** |
| 4 | Alyson Noel | 29 | / | 159 | = | 18.24 |
| 5 | Aprilynne Pike | 27 | / | 159 | = | 16.98 |
| 6 | Lauren Kate | 12 | / | 159 | = | 7.55 |
| 7 | Becca Fitzpatrick | 11 | / | 159 | = | 6.92 |
| 8 | Maggie Stiefvater | 11 | / | 159 | = | 6.92 |
| 9 | LJ Smith | 0 | / | 159 | = | 0.00 |
| 10 | Richelle Mead | 0 | / | 159 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / | 159 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**  Lynne Freeman                **Keyword**  teacher        **28**

| teacher | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 17.52 | | |
| **Up to 2 Standard Deviations Below** | | | **Up to 2 Standard Deviations Above** |
| 7.94 | 12.73 | 4.79 | 22.31 | 27.10 |

Comparison Authors are ranked by the highest Lexical Overlap Rate.
Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.

| | **Comparison Authors** | Overlap Count | / | Target's Cluster Count | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 54 | / | 117 | = | **46.15** |
| 2 | **LJ Smith** | 27 | / | 117 | = | **23.08** |
| 3 | Stephanie Meyer | 26 | / | 117 | = | 22.22 |
| 4 | Lauren Kate | 25 | / | 117 | = | 21.37 |
| 5 | Richelle Mead | 25 | / | 117 | = | 21.37 |
| 6 | Maggie Stiefvater | 21 | / | 117 | = | 17.95 |
| 7 | Alyson Noel | 19 | / | 117 | = | 16.24 |
| 8 | Aprilynne Pike | 19 | / | 117 | = | 16.24 |
| 9 | Kami Garcia | 19 | / | 117 | = | 16.24 |
| 10 | Becca Fitzpatrick | 15 | / | 117 | = | 12.82 |
| 11 | Cassandra Clare | 9 | / | 117 | = | 7.69 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**  Lynne Freeman                    **Keyword**  tree                    **29**

| tree | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 31.66 | | | |
| **Up to 2 Standard Deviations Below** | | 11.33 | **Up to 2 Standard Deviations Above** | |
| 8.99 | 20.32 | | 42.99 | 54.33 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count | / | Target's Cluster Count | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 247 | / | 416 | = | **59.38** |
| 2 | **Lauren Kate** | 192 | / | 416 | = | **46.15** |
| 3 | **Maggie Stiefvater** | 180 | / | 416 | = | **43.27** |
| 4 | Kami Garcia | 163 | / | 416 | = | 39.18 |
| 5 | Stephanie Meyer | 161 | / | 416 | = | 38.70 |
| 6 | Aprilynne Pike | 159 | / | 416 | = | 38.22 |
| 7 | LJ Smith | 140 | / | 416 | = | 33.65 |
| 8 | Cassandra Clare | 101 | / | 416 | = | 24.28 |
| 9 | Becca Fitzpatrick | 86 | / | 416 | = | 20.67 |
| 10 | Richelle Mead | 75 | / | 416 | = | 18.03 |
| 11 | Alyson Noel | 60 | / | 416 | = | 14.42 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman            **Keyword**   vampire            **30**

| vampire | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 18.43 | | | |
| **Up to 2 Standard Deviations Below** | | 21.07 | **Up to 2 Standard Deviations Above** | |
| -23.71 | -2.64 | | 39.49 | 60.56 |

Comparison Authors are ranked by the highest Lexical Overlap Rate.
Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 76 | / | 108 | = | **70.37** |
| 2 | **Cassandra Clare** | 57 | / | 108 | = | **52.78** |
| 3 | **Stephanie Meyer** | 52 | / | 108 | = | **48.15** |
| 4 | Alyson Noel | 39 | / | 108 | = | 36.11 |
| 5 | Richelle Mead | 30 | / | 108 | = | 27.78 |
| 6 | Kami Garcia | 14 | / | 108 | = | 12.96 |
| 7 | Becca Fitzpatrick | 7 | / | 108 | = | 6.48 |
| 8 | Aprilynne Pike | 0 | / | 108 | = | 0.00 |
| 9 | LJ Smith | 0 | / | 108 | = | 0.00 |
| 10 | Lauren Kate | 0 | / | 108 | = | 0.00 |
| 11 | Maggie Stiefvater | 0 | / | 108 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | waggle | 31 |
|---|---|---|---|---|---|

| waggle | Average Lexical Overlap Rate | |
|---|---|---|
| | 2.05 | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** |
| -6.65          -2.30 | 4.35 | 6.39          10.74 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 13 | / 44 | = | **29.55** |
| 2 | **Becca Fitzpatrick** | 5 | / 44 | = | **11.36** |
| 3 | **Lauren Kate** | 4 | / 44 | = | **9.09** |
| 4 | Alyson Noel | 0 | / 44 | = | 0.00 |
| 5 | Aprilynne Pike | 0 | / 44 | = | 0.00 |
| 6 | Cassandra Clare | 0 | / 44 | = | 0.00 |
| 7 | Kami Garcia | 0 | / 44 | = | 0.00 |
| 8 | LJ Smith | 0 | / 44 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 44 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 44 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 44 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                          **Keyword**   werewolf                  32

| werewolf | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | | 12.38 | | |
| **Up to 2 Standard Deviations Below** | | 15.63 | **Up to 2 Standard Deviations Above** | |
| -18.87 | -3.24 | | 28.01 | 43.63 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 20 | / 42 | = | **47.62** |
| 2 | **Cassandra Clare** | 18 | / 42 | = | **42.86** |
| 3 | **LJ Smith** | 13 | / 42 | = | **30.95** |
| 4 | Maggie Stiefvater | 11 | / 42 | = | 26.19 |
| 5 | Stephanie Meyer | 6 | / 42 | = | 14.29 |
| 6 | Alyson Noel | 2 | / 42 | = | 4.76 |
| 7 | Kami Garcia | 2 | / 42 | = | 4.76 |
| 8 | Aprilynne Pike | 0 | / 42 | = | 0.00 |
| 9 | Becca Fitzpatrick | 0 | / 42 | = | 0.00 |
| 10 | Lauren Kate | 0 | / 42 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 42 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

CaseAnalysisID    Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

Target Author    Lynne Freeman                           Keyword    wink                    33

| wink | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 10.35 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -3.11 | 3.62 | 6.73 | 17.08 | 23.82 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | = | Lexical Overlap Rate |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 103 | / | 198 | = | **52.02** |
| 2 | **Becca Fitzpatrick** | 39 | / | 198 | = | **19.70** |
| 3 | **Stephanie Meyer** | 36 | / | 198 | = | **18.18** |
| 4 | Lauren Kate | 33 | / | 198 | = | 16.67 |
| 5 | Kami Garcia | 30 | / | 198 | = | 15.15 |
| 6 | Cassandra Clare | 24 | / | 198 | = | 12.12 |
| 7 | Richelle Mead | 13 | / | 198 | = | 6.57 |
| 8 | Aprilynne Pike | 11 | / | 198 | = | 5.56 |
| 9 | Maggie Stiefvater | 8 | / | 198 | = | 4.04 |
| 10 | LJ Smith | 7 | / | 198 | = | 3.54 |
| 11 | Alyson Noel | 4 | / | 198 | = | 2.02 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**  Lynne Freeman       **Keyword**  witch       **34**

| witch | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 6.45 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -8.88        -1.21 | 7.66 | 14.11        21.78 | |

Comparison Authors are ranked by the highest Lexical Overlap Rate.
Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 155 | / 262 | = | **59.16** |
| 2 | **Kami Garcia** | 63 | / 262 | = | **24.05** |
| 3 | Cassandra Clare | 36 | / 262 | = | 13.74 |
| 4 | LJ Smith | 22 | / 262 | = | 8.40 |
| 5 | Alyson Noel | 20 | / 262 | = | 7.63 |
| 6 | Becca Fitzpatrick | 16 | / 262 | = | 6.11 |
| 7 | Stephanie Meyer | 8 | / 262 | = | 3.05 |
| 8 | Lauren Kate | 4 | / 262 | = | 1.53 |
| 9 | Aprilynne Pike | 0 | / 262 | = | 0.00 |
| 10 | Maggie Stiefvater | 0 | / 262 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 262 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Keyword**          wolf          **35**

| wolf | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 13.69 | | | |
| **Up to 2 Standard Deviations Below** | | 20.28 | **Up to 2 Standard Deviations Above** | |
| -26.87 | -6.59 | | 33.97 | 54.25 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count | / | Target's Cluster Count | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Maggie Stiefvater** | 274 | / | 439 | = | **62.41** |
| 2 | **Tracy Wolff** | 250 | / | 439 | = | **56.95** |
| 3 | **Cassandra Clare** | 154 | / | 439 | = | **35.08** |
| 4 | Stephanie Meyer | 64 | / | 439 | = | 14.58 |
| 5 | Kami Garcia | 54 | / | 439 | = | 12.30 |
| 6 | Richelle Mead | 39 | / | 439 | = | 8.88 |
| 7 | LJ Smith | 9 | / | 439 | = | 2.05 |
| 8 | Alyson Noel | 7 | / | 439 | = | 1.59 |
| 9 | Aprilynne Pike | 0 | / | 439 | = | 0.00 |
| 10 | Becca Fitzpatrick | 0 | / | 439 | = | 0.00 |
| 11 | Lauren Kate | 0 | / | 439 | = | 0.00 |