# EXHIBIT 5

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          1

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |

| Suspect Author | Tracy Wolff |

| Keyword | accident |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF*TW cluster compared to LF*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | | Cosine Similarity Score |
|---|---|---|
| accident | Tracy Wolff | 1.00 |
| accident | Cassandra Clare | 0.12 |
| accident | Lauren Kate | 0.08 |
| accident | Maggie Stiefvater | 0.07 |
| accident | Alyson Noel | 0.05 |
| accident | Becca Fitzpatrick | 0.04 |
| accident | Aprilynne Pike | 0.04 |
| accident | Richelle Mead | 0.02 |
| accident | LJ Smith | 0.01 |
| accident | Stephanie Meyer | -0.06 |
| accident | Kami Garcia | -0.12 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     2

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |  | Suspect Author | Tracy Wolff |

| Keyword | Alaska |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF*TW cluster compared to LF*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| Alaska | Tracy Wolff | **1.00** |
| Alaska | Kami Garcia | **0.08** |
| Alaska | Alyson Noel | **0.00** |
| Alaska | Aprilynne Pike | **0.00** |
| Alaska | Becca Fitzpatrick | **0.00** |
| Alaska | Cassandra Clare | **0.00** |
| Alaska | LJ Smith | **0.00** |
| Alaska | Lauren Kate | **0.00** |
| Alaska | Maggie Stiefvater | **0.00** |
| Alaska | Richelle Mead | **0.00** |
| Alaska | Stephanie Meyer | **-0.03** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    3

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | alien |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| alien | Tracy Wolff | 1.00 |
| alien | Maggie Stiefvater | 0.16 |
| alien | Cassandra Clare | 0.06 |
| alien | LJ Smith | 0.01 |
| alien | Alyson Noel | 0.00 |
| alien | Aprilynne Pike | 0.00 |
| alien | Becca Fitzpatrick | 0.00 |
| alien | Lauren Kate | 0.00 |
| alien | Richelle Mead | 0.00 |
| alien | Kami Garcia | -0.08 |
| alien | Stephanie Meyer | -0.21 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          4

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   aurora

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| aurora | Tracy Wolff | 1.00 |
| aurora | Alyson Noel | 0.00 |
| aurora | Aprilynne Pike | 0.00 |
| aurora | Becca Fitzpatrick | 0.00 |
| aurora | Cassandra Clare | 0.00 |
| aurora | Kami Garcia | 0.00 |
| aurora | LJ Smith | 0.00 |
| aurora | Lauren Kate | 0.00 |
| aurora | Maggie Stiefvater | 0.00 |
| aurora | Richelle Mead | 0.00 |
| aurora | Stephanie Meyer | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**　　　**5**

**CaseAnalysisID**　Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**　Lynne Freeman　　　　　　　　**Suspect Author**　Tracy Wolff

**Keyword**　　blood

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| blood | Tracy Wolff | 1.00 |
| blood | Cassandra Clare | 0.17 |
| blood | Richelle Mead | 0.10 |
| blood | Aprilynne Pike | 0.06 |
| blood | LJ Smith | 0.05 |
| blood | Stephanie Meyer | -0.01 |
| blood | Kami Garcia | -0.03 |
| blood | Maggie Stiefvater | -0.03 |
| blood | Becca Fitzpatrick | -0.12 |
| blood | Alyson Noel | -0.13 |
| blood | Lauren Kate | -0.15 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          6

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |          | Suspect Author | Tracy Wolff |

| Keyword | book |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| book | Tracy Wolff | 1.00 |
| book | LJ Smith | 0.11 |
| book | Kami Garcia | 0.07 |
| book | Lauren Kate | 0.05 |
| book | Aprilynne Pike | 0.02 |
| book | Becca Fitzpatrick | -0.01 |
| book | Richelle Mead | -0.03 |
| book | Stephanie Meyer | -0.04 |
| book | Cassandra Clare | -0.04 |
| book | Maggie Stiefvater | -0.08 |
| book | Alyson Noel | -0.12 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     7

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |  | Suspect Author | Tracy Wolff |

| Keyword | buck |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| buck | Tracy Wolff | **1.00** |
| buck | Maggie Stiefvater | **0.07** |
| buck | Becca Fitzpatrick | **0.05** |
| buck | Alyson Noel | **0.02** |
| buck | Kami Garcia | **0.01** |
| buck | Aprilynne Pike | **0.00** |
| buck | Cassandra Clare | **0.00** |
| buck | LJ Smith | **0.00** |
| buck | Richelle Mead | **0.00** |
| buck | Lauren Kate | **-0.02** |
| buck | Stephanie Meyer | **-0.05** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    8

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**    Lynne Freeman                    **Suspect Author**    Tracy Wolff

**Keyword**    Diego

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| Diego | Alyson Noel | 0.00 |
| Diego | Aprilynne Pike | 0.00 |
| Diego | Becca Fitzpatrick | 0.00 |
| Diego | Cassandra Clare | 0.00 |
| Diego | Kami Garcia | 0.00 |
| Diego | LJ Smith | 0.00 |
| Diego | Lauren Kate | 0.00 |
| Diego | Maggie Stiefvater | 0.00 |
| Diego | Richelle Mead | 0.00 |
| Diego | Stephanie Meyer | 0.00 |
| Diego | Tracy Wolff | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity        9

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**   doorway

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|   | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| doorway | Tracy Wolff | **1.00** |
| doorway | Cassandra Clare | **0.10** |
| doorway | Aprilynne Pike | **0.06** |
| doorway | Lauren Kate | **0.02** |
| doorway | Maggie Stiefvater | **0.01** |
| doorway | LJ Smith | **-0.03** |
| doorway | Kami Garcia | **-0.03** |
| doorway | Richelle Mead | **-0.04** |
| doorway | Stephanie Meyer | **-0.08** |
| doorway | Alyson Noel | **-0.09** |
| doorway | Becca Fitzpatrick | **-0.13** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     10

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**   dragon

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| dragon | Tracy Wolff | 1.00 |
| dragon | LJ Smith | 0.02 |
| dragon | Alyson Noel | 0.00 |
| dragon | Aprilynne Pike | 0.00 |
| dragon | Becca Fitzpatrick | 0.00 |
| dragon | Lauren Kate | 0.00 |
| dragon | Maggie Stiefvater | 0.00 |
| dragon | Richelle Mead | 0.00 |
| dragon | Stephanie Meyer | 0.00 |
| dragon | Cassandra Clare | -0.02 |
| dragon | Kami Garcia | -0.10 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          11

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                         **Suspect Author**   Tracy Wolff

**Keyword**   duck

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|      | Baseline Authors   | Cosine Similarity Score |
|------|--------------------|-------------------------|
| duck | Tracy Wolff        | 1.00                    |
| duck | LJ Smith           | 0.14                    |
| duck | Aprilynne Pike     | 0.10                    |
| duck | Becca Fitzpatrick  | 0.08                    |
| duck | Cassandra Clare    | 0.05                    |
| duck | Richelle Mead      | 0.00                    |
| duck | Alyson Noel        | -0.02                   |
| duck | Stephanie Meyer    | -0.02                   |
| duck | Lauren Kate        | -0.04                   |
| duck | Maggie Stiefvater  | -0.08                   |
| duck | Kami Garcia        | -0.18                   |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     12

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**          fang

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|      | Baseline Authors | Cosine Similarity Score |
|------|------------------|-------------------------|
| fang | Tracy Wolff      | 1.00                    |
| fang | LJ Smith         | 0.06                    |
| fang | Alyson Noel      | 0.04                    |
| fang | Aprilynne Pike   | 0.00                    |
| fang | Becca Fitzpatrick| 0.00                    |
| fang | Kami Garcia      | 0.00                    |
| fang | Lauren Kate      | 0.00                    |
| fang | Maggie Stiefvater| 0.00                    |
| fang | Richelle Mead    | -0.01                   |
| fang | Stephanie Meyer  | -0.05                   |
| fang | Cassandra Clare  | -0.09                   |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     13

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | fist |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| fist | Tracy Wolff | **1.00** |
| fist | Lauren Kate | **0.15** |
| fist | Becca Fitzpatrick | **0.08** |
| fist | Richelle Mead | **0.06** |
| fist | LJ Smith | **0.03** |
| fist | Aprilynne Pike | **0.02** |
| fist | Cassandra Clare | **0.02** |
| fist | Stephanie Meyer | **0.01** |
| fist | Alyson Noel | **-0.01** |
| fist | Maggie Stiefvater | **-0.05** |
| fist | Kami Garcia | **-0.05** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    14

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |
|---|---|

| Target Author | Lynne Freeman |   | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | grin |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| grin | Tracy Wolff | **1.00** |
| grin | LJ Smith | **0.13** |
| grin | Lauren Kate | **0.10** |
| grin | Alyson Noel | **0.01** |
| grin | Cassandra Clare | **0.00** |
| grin | Stephanie Meyer | **-0.03** |
| grin | Kami Garcia | **-0.05** |
| grin | Aprilynne Pike | **-0.05** |
| grin | Becca Fitzpatrick | **-0.11** |
| grin | Maggie Stiefvater | **-0.13** |
| grin | Richelle Mead | **-0.23** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     15

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | herbal |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| herbal | Tracy Wolff | **1.00** |
| herbal | Alyson Noel | **0.00** |
| herbal | Aprilynne Pike | **0.00** |
| herbal | Becca Fitzpatrick | **0.00** |
| herbal | Kami Garcia | **0.00** |
| herbal | LJ Smith | **0.00** |
| herbal | Lauren Kate | **0.00** |
| herbal | Maggie Stiefvater | **0.00** |
| herbal | Richelle Mead | **0.00** |
| herbal | Stephanie Meyer | **0.00** |
| herbal | Cassandra Clare | **-0.18** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity       16

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**    Lynne Freeman            **Suspect Author**    Tracy Wolff

**Keyword**    jean

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| jean | Tracy Wolff | **1.00** |
| jean | Maggie Stiefvater | **0.11** |
| jean | LJ Smith | **0.07** |
| jean | Aprilynne Pike | **0.01** |
| jean | Richelle Mead | **-0.03** |
| jean | Lauren Kate | **-0.05** |
| jean | Kami Garcia | **-0.06** |
| jean | Alyson Noel | **-0.07** |
| jean | Becca Fitzpatrick | **-0.09** |
| jean | Cassandra Clare | **-0.11** |
| jean | Stephanie Meyer | **-0.12** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     17

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**  Lynne Freeman          **Suspect Author**  Tracy Wolff

**Keyword**  kiss

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|      | Baseline Authors | Cosine Similarity Score |
| ---- | ---------------- | ----------------------- |
| kiss | Tracy Wolff      | 1.00                    |
| kiss | Kami Garcia      | 0.07                    |
| kiss | Maggie Stiefvater | 0.06                   |
| kiss | Richelle Mead    | -0.01                   |
| kiss | Becca Fitzpatrick | -0.02                  |
| kiss | Aprilynne Pike   | -0.03                   |
| kiss | Alyson Noel      | -0.06                   |
| kiss | Lauren Kate      | -0.07                   |
| kiss | LJ Smith         | -0.08                   |
| kiss | Cassandra Clare  | -0.09                   |
| kiss | Stephanie Meyer  | -0.11                   |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     18

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                **Suspect Author**   Tracy Wolff

**Keyword**   monster

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| monster | Tracy Wolff | 1.00 |
| monster | Becca Fitzpatrick | 0.21 |
| monster | Lauren Kate | 0.17 |
| monster | Cassandra Clare | 0.03 |
| monster | Alyson Noel | 0.03 |
| monster | Richelle Mead | 0.03 |
| monster | LJ Smith | 0.00 |
| monster | Aprilynne Pike | -0.01 |
| monster | Kami Garcia | -0.02 |
| monster | Maggie Stiefvater | -0.06 |
| monster | Stephanie Meyer | -0.08 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     19

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**  Lynne Freeman          **Suspect Author**  Tracy Wolff

**Keyword**  moon

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| moon | Tracy Wolff | **1.00** |
| moon | Cassandra Clare | **0.16** |
| moon | LJ Smith | **0.08** |
| moon | Lauren Kate | **0.03** |
| moon | Stephanie Meyer | **0.03** |
| moon | Alyson Noel | **-0.00** |
| moon | Becca Fitzpatrick | **-0.01** |
| moon | Maggie Stiefvater | **-0.02** |
| moon | Richelle Mead | **-0.05** |
| moon | Kami Garcia | **-0.05** |
| moon | Aprilynne Pike | **-0.07** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          20

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                 **Suspect Author**   Tracy Wolff

**Keyword**   mutation

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| mutation | Tracy Wolff | **1.00** |
| mutation | Alyson Noel | **0.00** |
| mutation | Aprilynne Pike | **0.00** |
| mutation | Becca Fitzpatrick | **0.00** |
| mutation | Cassandra Clare | **0.00** |
| mutation | Kami Garcia | **0.00** |
| mutation | LJ Smith | **0.00** |
| mutation | Lauren Kate | **0.00** |
| mutation | Maggie Stiefvater | **0.00** |
| mutation | Richelle Mead | **0.00** |
| mutation | Stephanie Meyer | **0.00** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    21

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |    | Suspect Author | Tracy Wolff |

| Keyword | northern |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| northern | Tracy Wolff | 1.00 |
| northern | Lauren Kate | 0.08 |
| northern | Becca Fitzpatrick | 0.06 |
| northern | Alyson Noel | 0.00 |
| northern | Cassandra Clare | 0.00 |
| northern | LJ Smith | 0.00 |
| northern | Maggie Stiefvater | 0.00 |
| northern | Richelle Mead | 0.00 |
| northern | Stephanie Meyer | 0.00 |
| northern | Aprilynne Pike | -0.01 |
| northern | Kami Garcia | -0.02 |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    22

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**   protector

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| protector | Tracy Wolff | **1.00** |
| protector | Maggie Stiefvater | **0.05** |
| protector | Alyson Noel | **0.00** |
| protector | Becca Fitzpatrick | **0.00** |
| protector | Cassandra Clare | **0.00** |
| protector | Kami Garcia | **0.00** |
| protector | LJ Smith | **0.00** |
| protector | Lauren Kate | **0.00** |
| protector | Richelle Mead | **0.00** |
| protector | Stephanie Meyer | **0.00** |
| protector | Aprilynne Pike | **-0.08** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     23

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   queen

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| queen | Tracy Wolff | 1.00 |
| queen | Becca Fitzpatrick | 0.13 |
| queen | Aprilynne Pike | 0.12 |
| queen | Stephanie Meyer | 0.04 |
| queen | Richelle Mead | 0.04 |
| queen | Lauren Kate | 0.01 |
| queen | Cassandra Clare | 0.00 |
| queen | Maggie Stiefvater | 0.00 |
| queen | Kami Garcia | -0.02 |
| queen | Alyson Noel | -0.02 |
| queen | LJ Smith | -0.06 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     24

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   selfish

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| selfish | Tracy Wolff | 1.00 |
| selfish | Becca Fitzpatrick | 0.15 |
| selfish | Stephanie Meyer | 0.11 |
| selfish | Maggie Stiefvater | 0.07 |
| selfish | Aprilynne Pike | 0.00 |
| selfish | Kami Garcia | 0.00 |
| selfish | Richelle Mead | 0.00 |
| selfish | Alyson Noel | -0.01 |
| selfish | LJ Smith | -0.04 |
| selfish | Cassandra Clare | -0.05 |
| selfish | Lauren Kate | -0.09 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity       25

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**   stab

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| stab | Tracy Wolff | **1.00** |
| stab | Cassandra Clare | **0.04** |
| stab | Stephanie Meyer | **0.02** |
| stab | Lauren Kate | **0.01** |
| stab | Aprilynne Pike | **0.00** |
| stab | Richelle Mead | **-0.05** |
| stab | LJ Smith | **-0.06** |
| stab | Becca Fitzpatrick | **-0.06** |
| stab | Alyson Noel | **-0.06** |
| stab | Maggie Stiefvater | **-0.11** |
| stab | Kami Garcia | **-0.12** |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     26

| | |
|---|---|
| **CaseAnalysisID** | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| | | | |
|---|---|---|---|
| **Target Author** | Lynne Freeman | **Suspect Author** | Tracy Wolff |

| | |
|---|---|
| **Keyword** | Stonehenge |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| Stonehenge | Tracy Wolff | **1.00** |
| Stonehenge | LJ Smith | **0.12** |
| Stonehenge | Alyson Noel | **0.00** |
| Stonehenge | Aprilynne Pike | **0.00** |
| Stonehenge | Becca Fitzpatrick | **0.00** |
| Stonehenge | Cassandra Clare | **0.00** |
| Stonehenge | Kami Garcia | **0.00** |
| Stonehenge | Lauren Kate | **0.00** |
| Stonehenge | Maggie Stiefvater | **0.00** |
| Stonehenge | Richelle Mead | **0.00** |
| Stonehenge | Stephanie Meyer | **0.00** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**      27

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |
|---|---|

| Target Author | Lynne Freeman |  | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | tea |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| tea | Tracy Wolff | **1.00** |
| tea | Becca Fitzpatrick | **0.12** |
| tea | Aprilynne Pike | **0.06** |
| tea | Cassandra Clare | **0.05** |
| tea | Kami Garcia | **0.01** |
| tea | Alyson Noel | **0.00** |
| tea | LJ Smith | **0.00** |
| tea | Richelle Mead | **0.00** |
| tea | Stephanie Meyer | **0.00** |
| tea | Lauren Kate | **-0.07** |
| tea | Maggie Stiefvater | **-0.09** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity      28

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**   teacher

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| teacher | Tracy Wolff | **1.00** |
| teacher | Aprilynne Pike | **0.21** |
| teacher | Alyson Noel | **0.13** |
| teacher | Lauren Kate | **0.10** |
| teacher | Cassandra Clare | **-0.01** |
| teacher | Becca Fitzpatrick | **-0.01** |
| teacher | Stephanie Meyer | **-0.08** |
| teacher | Kami Garcia | **-0.12** |
| teacher | Maggie Stiefvater | **-0.13** |
| teacher | LJ Smith | **-0.15** |
| teacher | Richelle Mead | **-0.16** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    29

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |    | Suspect Author | Tracy Wolff |

| Keyword | tree |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| tree | Tracy Wolff | 1.00 |
| tree | Becca Fitzpatrick | 0.09 |
| tree | Stephanie Meyer | 0.09 |
| tree | Aprilynne Pike | 0.09 |
| tree | Lauren Kate | 0.08 |
| tree | Cassandra Clare | 0.06 |
| tree | Kami Garcia | -0.00 |
| tree | Alyson Noel | -0.03 |
| tree | LJ Smith | -0.05 |
| tree | Maggie Stiefvater | -0.09 |
| tree | Richelle Mead | -0.11 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     30

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**   vampire

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| vampire | Tracy Wolff | 1.00 |
| vampire | Stephanie Meyer | 0.11 |
| vampire | Richelle Mead | 0.01 |
| vampire | Aprilynne Pike | 0.00 |
| vampire | LJ Smith | 0.00 |
| vampire | Lauren Kate | 0.00 |
| vampire | Maggie Stiefvater | 0.00 |
| vampire | Cassandra Clare | -0.02 |
| vampire | Becca Fitzpatrick | -0.04 |
| vampire | Kami Garcia | -0.05 |
| vampire | Alyson Noel | -0.18 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     31

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman       **Suspect Author**   Tracy Wolff

**Keyword**   waggle

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| waggle | Tracy Wolff | **1.00** |
| waggle | Lauren Kate | **0.06** |
| waggle | Alyson Noel | **0.00** |
| waggle | Aprilynne Pike | **0.00** |
| waggle | Cassandra Clare | **0.00** |
| waggle | Kami Garcia | **0.00** |
| waggle | LJ Smith | **0.00** |
| waggle | Maggie Stiefvater | **0.00** |
| waggle | Richelle Mead | **0.00** |
| waggle | Stephanie Meyer | **0.00** |
| waggle | Becca Fitzpatrick | **-0.09** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          32

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**          werewolf

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff**
**is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors**
**using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF*TW cluster compared to LF*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| werewolf | Tracy Wolff | 1.00 |
| werewolf | Stephanie Meyer | 0.14 |
| werewolf | Cassandra Clare | 0.10 |
| werewolf | Aprilynne Pike | 0.00 |
| werewolf | Becca Fitzpatrick | 0.00 |
| werewolf | Lauren Kate | 0.00 |
| werewolf | Richelle Mead | 0.00 |
| werewolf | LJ Smith | -0.04 |
| werewolf | Kami Garcia | -0.06 |
| werewolf | Alyson Noel | -0.11 |
| werewolf | Maggie Stiefvater | -0.14 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     33

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |     | Suspect Author | Tracy Wolff |

| Keyword | wink |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| wink | Tracy Wolff | **1.00** |
| wink | Becca Fitzpatrick | **0.08** |
| wink | Aprilynne Pike | **0.08** |
| wink | Richelle Mead | **0.04** |
| wink | Kami Garcia | **-0.02** |
| wink | Maggie Stiefvater | **-0.02** |
| wink | Cassandra Clare | **-0.03** |
| wink | Lauren Kate | **-0.05** |
| wink | LJ Smith | **-0.06** |
| wink | Stephanie Meyer | **-0.08** |
| wink | Alyson Noel | **-0.08** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     34

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**   witch

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF\*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF\*TW cluster compared to LF\*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| witch | Tracy Wolff | **1.00** |
| witch | LJ Smith | **0.20** |
| witch | Stephanie Meyer | **0.11** |
| witch | Becca Fitzpatrick | **0.08** |
| witch | Alyson Noel | **0.07** |
| witch | Cassandra Clare | **0.05** |
| witch | Aprilynne Pike | **0.00** |
| witch | Maggie Stiefvater | **0.00** |
| witch | Richelle Mead | **0.00** |
| witch | Kami Garcia | **-0.02** |
| witch | Lauren Kate | **-0.04** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    35

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2014--Stephen M Doniger Esq--1-30-2024 |

| Target Author | Lynne Freeman |  | Suspect Author | Tracy Wolff |

| Keyword | wolf |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| wolf | Tracy Wolff | 1.00 |
| wolf | Maggie Stiefvater | 0.15 |
| wolf | LJ Smith | 0.11 |
| wolf | Richelle Mead | 0.08 |
| wolf | Alyson Noel | 0.03 |
| wolf | Aprilynne Pike | 0.00 |
| wolf | Becca Fitzpatrick | 0.00 |
| wolf | Lauren Kate | 0.00 |
| wolf | Cassandra Clare | -0.07 |
| wolf | Stephanie Meyer | -0.07 |
| wolf | Kami Garcia | -0.15 |