EXHIBIT 8

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                              **Keyword**   accident                    1

| accident | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 21.55 | | |
| **Up to 2 Standard Deviations Below** | | 8.30 | **Up to 2 Standard Deviations Above** |
| 4.95 | 13.25 | | 29.85   38.15 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | Tracy Wolff | 23 | / 58 | = | 39.66 |
| 2 | Richelle Mead | 19 | / 58 | = | 32.76 |
| 3 | Kami Garcia | 18 | / 58 | = | 31.03 |
| 4 | Alyson Noel | 16 | / 58 | = | 27.59 |
| 5 | Lauren Kate | 15 | / 58 | = | 25.86 |
| 6 | Stephanie Meyer | 15 | / 58 | = | 25.86 |
| 7 | Maggie Stiefvater | 12 | / 58 | = | 20.69 |
| 8 | Becca Fitzpatrick | 10 | / 58 | = | 17.24 |
| 9 | Cassandra Clare | 8 | / 58 | = | 13.79 |
| 10 | Aprilynne Pike | 6 | / 58 | = | 10.34 |
| 11 | LJ Smith | 6 | / 58 | = | 10.34 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | Alaska | 2 |
|---|---|---|---|---|---|

| Alaska | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 1.36 | |
| **Up to 2 Standard Deviations Below** | 3.00 | **Up to 2 Standard Deviations Above** |
| -4.64          -1.64 | | 4.36          7.36 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Tracy Wolff | 105 | / 184 | = | 57.07 |
| 2 | Stephanie Meyer | 16 | / 184 | = | 8.70 |
| 3 | Kami Garcia | 9 | / 184 | = | 4.89 |
| 4 | Alyson Noel | 0 | / 184 | = | 0.00 |
| 5 | Aprilynne Pike | 0 | / 184 | = | 0.00 |
| 6 | Becca Fitzpatrick | 0 | / 184 | = | 0.00 |
| 7 | Cassandra Clare | 0 | / 184 | = | 0.00 |
| 8 | LJ Smith | 0 | / 184 | = | 0.00 |
| 9 | Lauren Kate | 0 | / 184 | = | 0.00 |
| 10 | Maggie Stiefvater | 0 | / 184 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 184 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**  Lynne Freeman                    **Keyword**  alien                3

| alien | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 4.06 | | | |
| **Up to 2 Standard Deviations Below** | | 5.24 | **Up to 2 Standard Deviations Above** | |
| -6.43 | -1.18 | | 9.31 | 14.55 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 22 | / | 128 | = | **17.19** |
| 2 | **Maggie Stiefvater** | 19 | / | 128 | = | **14.84** |
| 3 | **LJ Smith** | 13 | / | 128 | = | **10.16** |
| 4 | Cassandra Clare | 9 | / | 128 | = | 7.03 |
| 5 | Kami Garcia | 7 | / | 128 | = | 5.47 |
| 6 | Stephanie Meyer | 4 | / | 128 | = | 3.13 |
| 7 | Alyson Noel | 0 | / | 128 | = | 0.00 |
| 8 | Aprilynne Pike | 0 | / | 128 | = | 0.00 |
| 9 | Becca Fitzpatrick | 0 | / | 128 | = | 0.00 |
| 10 | Lauren Kate | 0 | / | 128 | = | 0.00 |
| 11 | Richelle Mead | 0 | / | 128 | = | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs**

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
| --- | --- |

| Target Author | Lynne Freeman | | Keyword | aurora | 4 |
| --- | --- | --- | --- | --- | --- |

| aurora | Average Lexical Overlap Rate | |
| --- | --- | --- |
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00 | 0.00 | 0.00 | 0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
| --- | --- | --- | --- | --- | --- |
| 1 | Alyson Noel | 0 | / | 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / | 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / | 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / | 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / | 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / | 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / | 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / | 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / | 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / | 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / | 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                              **Keyword**   blood           5

| blood | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 36.47 | | |
| **Up to 2 Standard Deviations Below** | 12.23 | **Up to 2 Standard Deviations Above** | |
| 12.01          24.24 | | 48.70          60.93 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 172 | / 255 | = | **67.45** |
| 2 | **Cassandra Clare** | 145 | / 255 | = | **56.86** |
| 3 | **Richelle Mead** | 127 | / 255 | = | **49.80** |
| 4 | Maggie Stiefvater | 121 | / 255 | = | 47.45 |
| 5 | LJ Smith | 102 | / 255 | = | 40.00 |
| 6 | Kami Garcia | 97 | / 255 | = | 38.04 |
| 7 | Stephanie Meyer | 89 | / 255 | = | 34.90 |
| 8 | Alyson Noel | 72 | / 255 | = | 28.24 |
| 9 | Becca Fitzpatrick | 66 | / 255 | = | 25.88 |
| 10 | Lauren Kate | 58 | / 255 | = | 22.75 |
| 11 | Aprilynne Pike | 53 | / 255 | = | 20.78 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
| --- | --- |

| Target Author | Lynne Freeman | | Keyword | book | 6 |
| --- | --- | --- | --- | --- | --- |

| book | Average Lexical Overlap Rate | | | |
| --- | --- | --- | --- | --- |
| | 41.94 | | | |
| **Up to 2 Standard Deviations Below** | | 8.96 | **Up to 2 Standard Deviations Above** | |
| 24.01 | 32.97 | | 50.90 | 59.86 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count | / | Target's Cluster Count | | Lexical Overlap Rate |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | **Kami Garcia** | 72 | / | 124 | = | **58.06** |
| 2 | **Tracy Wolff** | 69 | / | 124 | = | **55.65** |
| 3 | **Maggie Stiefvater** | 65 | / | 124 | = | **52.42** |
| 4 | Stephanie Meyer | 59 | / | 124 | = | 47.58 |
| 5 | Lauren Kate | 55 | / | 124 | = | 44.35 |
| 6 | Cassandra Clare | 54 | / | 124 | = | 43.55 |
| 7 | Alyson Noel | 48 | / | 124 | = | 38.71 |
| 8 | Richelle Mead | 46 | / | 124 | = | 37.10 |
| 9 | Aprilynne Pike | 44 | / | 124 | = | 35.48 |
| 10 | Becca Fitzpatrick | 39 | / | 124 | = | 31.45 |
| 11 | LJ Smith | 38 | / | 124 | = | 30.65 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   buck          7

| buck | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 6.80 | | |
| **Up to 2 Standard Deviations Below** | 8.65 | **Up to 2 Standard Deviations Above** | |
| -10.50    -1.85 | | 15.45    24.10 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | **Lexical Overlap Rate** |
|---|---|---|---|---|
| 1 | **Tracy Wolff** | 8 | / 25 = | **32.00** |
| 2 | **Becca Fitzpatrick** | 7 | / 25 = | **28.00** |
| 3 | Lauren Kate | 3 | / 25 = | 12.00 |
| 4 | Kami Garcia | 2 | / 25 = | 8.00 |
| 5 | Maggie Stiefvater | 2 | / 25 = | 8.00 |
| 6 | Stephanie Meyer | 2 | / 25 = | 8.00 |
| 7 | Alyson Noel | 1 | / 25 = | 4.00 |
| 8 | Aprilynne Pike | 0 | / 25 = | 0.00 |
| 9 | Cassandra Clare | 0 | / 25 = | 0.00 |
| 10 | LJ Smith | 0 | / 25 = | 0.00 |
| 11 | Richelle Mead | 0 | / 25 = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman     **Keyword**   Diego     8

| Diego | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00        0.00 | | 0.00        0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | doorway | 9 |
|---|---|---|---|---|---|

| doorway | Average Lexical Overlap Rate | |
|---|---|---|
| | 22.62 | |
| **Up to 2 Standard Deviations Below** | 7.12 | **Up to 2 Standard Deviations Above** |
| 8.38          15.50 | | 29.74          36.86 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 13 | / 42 | = | **30.95** |
| 2 | Cassandra Clare | 12 | / 42 | = | 28.57 |
| 3 | Kami Garcia | 12 | / 42 | = | 28.57 |
| 4 | LJ Smith | 12 | / 42 | = | 28.57 |
| 5 | Maggie Stiefvater | 12 | / 42 | = | 28.57 |
| 6 | Becca Fitzpatrick | 11 | / 42 | = | 26.19 |
| 7 | Lauren Kate | 10 | / 42 | = | 23.81 |
| 8 | Aprilynne Pike | 9 | / 42 | = | 21.43 |
| 9 | Richelle Mead | 8 | / 42 | = | 19.05 |
| 10 | Alyson Noel | 5 | / 42 | = | 11.90 |
| 11 | Stephanie Meyer | 4 | / 42 | = | 9.52 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   dragon            10

| dragon | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00            0.00 | | 0.00            0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|
| 1 | Alyson Noel | 0 / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 / 0 | = | 0.00 |
| 6 | LJ Smith | 0 / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                                    **Keyword**   duck                        11

| duck | **Average Lexical Overlap Rate** | | | |
|------|------|------|------|------|
| | 17.38 | | | |
| **Up to 2 Standard Deviations Below** | | 11.06 | **Up to 2 Standard Deviations Above** | |
| -4.73 | 6.32 | | 28.44 | 39.50 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | / | **Target's Cluster Count** | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 17 | / | 42 | = | **40.48** |
| 2 | **Lauren Kate** | 16 | / | 42 | = | **38.10** |
| 3 | **Cassandra Clare** | 13 | / | 42 | = | **30.95** |
| 4 | Becca Fitzpatrick | 8 | / | 42 | = | 19.05 |
| 5 | Kami Garcia | 8 | / | 42 | = | 19.05 |
| 6 | Maggie Stiefvater | 8 | / | 42 | = | 19.05 |
| 7 | Stephanie Meyer | 7 | / | 42 | = | 16.67 |
| 8 | Aprilynne Pike | 6 | / | 42 | = | 14.29 |
| 9 | LJ Smith | 4 | / | 42 | = | 9.52 |
| 10 | Alyson Noel | 3 | / | 42 | = | 7.14 |
| 11 | Richelle Mead | 0 | / | 42 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**  Lynne Freeman                                   **Keyword**  fang                        **12**

| fang | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 0.00 | | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** | |
| 0.00 | 0.00 | 0.00 | 0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**    Lynne Freeman                    **Keyword**    fist                    13

| fist | Average Lexical Overlap Rate | | |
|------|------------------------------|---|---|
| | 28.00 | | |
| **Up to 2 Standard Deviations Below** | 12.35 | **Up to 2 Standard Deviations Above** | |
| 3.30           15.65 | | 40.35           52.70 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|--------------------|---|---|---|----------------------|
| 1 | **Tracy Wolff** | 22 | / 40 | = | **55.00** |
| 2 | **Cassandra Clare** | 17 | / 40 | = | **42.50** |
| 3 | **Lauren Kate** | 17 | / 40 | = | **42.50** |
| 4 | Becca Fitzpatrick | 16 | / 40 | = | 40.00 |
| 5 | Maggie Stiefvater | 13 | / 40 | = | 32.50 |
| 6 | Kami Garcia | 12 | / 40 | = | 30.00 |
| 7 | Stephanie Meyer | 11 | / 40 | = | 27.50 |
| 8 | LJ Smith | 10 | / 40 | = | 25.00 |
| 9 | Alyson Noel | 9 | / 40 | = | 22.50 |
| 10 | Aprilynne Pike | 4 | / 40 | = | 10.00 |
| 11 | Richelle Mead | 3 | / 40 | = | 7.50 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman          **Keyword**          grin          **14**

| grin | Average Lexical Overlap Rate | |
|------|------------------------------|---|
| | 35.38 | |
| **Up to 2 Standard Deviations Below** | 10.63 | **Up to 2 Standard Deviations Above** |
| 14.12          24.75 | | 46.02          56.65 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 48 | / 65 | = | **73.85** |
| 2 | **Aprilynne Pike** | 32 | / 65 | = | **49.23** |
| 3 | **Maggie Stiefvater** | 31 | / 65 | = | **47.69** |
| 4 | Becca Fitzpatrick | 28 | / 65 | = | 43.08 |
| 5 | Stephanie Meyer | 28 | / 65 | = | 43.08 |
| 6 | Cassandra Clare | 27 | / 65 | = | 41.54 |
| 7 | Lauren Kate | 20 | / 65 | = | 30.77 |
| 8 | Alyson Noel | 18 | / 65 | = | 27.69 |
| 9 | LJ Smith | 17 | / 65 | = | 26.15 |
| 10 | Richelle Mead | 16 | / 65 | = | 24.62 |
| 11 | Kami Garcia | 13 | / 65 | = | 20.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman              **Keyword**   herbal              15

| herbal | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00          0.00 | | 0.00          0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | jean | 16 |
|---|---|---|---|---|---|

| jean | **Average Lexical Overlap Rate** | | |
|---|---|---|---|
| | 27.98 | | |
| **Up to 2 Standard Deviations Below** | | 8.04 | **Up to 2 Standard Deviations Above** |
| 11.90 | 19.94 | | 36.02 | 44.06 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Becca Fitzpatrick** | 39 | / 99 | = | **39.39** |
| 2 | **Kami Garcia** | 36 | / 99 | = | **36.36** |
| 3 | Tracy Wolff | 35 | / 99 | = | 35.35 |
| 4 | Cassandra Clare | 34 | / 99 | = | 34.34 |
| 5 | Lauren Kate | 33 | / 99 | = | 33.33 |
| 6 | Alyson Noel | 30 | / 99 | = | 30.30 |
| 7 | LJ Smith | 26 | / 99 | = | 26.26 |
| 8 | Maggie Stiefvater | 24 | / 99 | = | 24.24 |
| 9 | Richelle Mead | 22 | / 99 | = | 22.22 |
| 10 | Stephanie Meyer | 17 | / 99 | = | 17.17 |
| 11 | Aprilynne Pike | 16 | / 99 | = | 16.16 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   kiss        17

| kiss | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 37.90 | | | |
| **Up to 2 Standard Deviations Below** | | 7.08 | **Up to 2 Standard Deviations Above** | |
| 23.73 | 30.82 | | 44.99 | 52.07 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | **/** | **Target's Cluster Count** | **=** | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 95 | / | 143 | = | **66.43** |
| 2 | **Lauren Kate** | 70 | / | 143 | = | **48.95** |
| 3 | **Maggie Stiefvater** | 68 | / | 143 | = | **47.55** |
| 4 | Becca Fitzpatrick | 59 | / | 143 | = | 41.26 |
| 5 | Cassandra Clare | 57 | / | 143 | = | 39.86 |
| 6 | Alyson Noel | 55 | / | 143 | = | 38.46 |
| 7 | Kami Garcia | 55 | / | 143 | = | 38.46 |
| 8 | Richelle Mead | 52 | / | 143 | = | 36.36 |
| 9 | Aprilynne Pike | 42 | / | 143 | = | 29.37 |
| 10 | LJ Smith | 42 | / | 143 | = | 29.37 |
| 11 | Stephanie Meyer | 42 | / | 143 | = | 29.37 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

CaseAnalysisID   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

Target Author   Lynne Freeman                    Keyword   monster        18

| monster | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 21.35 | | | |
| **Up to 2 Standard Deviations Below** | | 14.04 | **Up to 2 Standard Deviations Above** | |
| -6.73 | 7.31 | | 35.39 | 49.43 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 24 | / 37 | = | **64.86** |
| 2 | **Cassandra Clare** | 16 | / 37 | = | **43.24** |
| 3 | **Maggie Stiefvater** | 14 | / 37 | = | **37.84** |
| 4 | Stephanie Meyer | 13 | / 37 | = | 35.14 |
| 5 | Kami Garcia | 10 | / 37 | = | 27.03 |
| 6 | Alyson Noel | 7 | / 37 | = | 18.92 |
| 7 | Lauren Kate | 7 | / 37 | = | 18.92 |
| 8 | Aprilynne Pike | 4 | / 37 | = | 10.81 |
| 9 | Becca Fitzpatrick | 4 | / 37 | = | 10.81 |
| 10 | Richelle Mead | 4 | / 37 | = | 10.81 |
| 11 | LJ Smith | 0 | / 37 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   moon          19

| moon | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 12.26 | | | |
| **Up to 2 Standard Deviations Below** | | 10.03 | **Up to 2 Standard Deviations Above** | |
| -7.81 | 2.23 | | 22.30 | 32.33 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Kami Garcia** | 100 | / 265 | = | **37.74** |
| 2 | **Tracy Wolff** | 75 | / 265 | = | **28.30** |
| 3 | Cassandra Clare | 44 | / 265 | = | 16.60 |
| 4 | Maggie Stiefvater | 37 | / 265 | = | 13.96 |
| 5 | Becca Fitzpatrick | 33 | / 265 | = | 12.45 |
| 6 | Lauren Kate | 33 | / 265 | = | 12.45 |
| 7 | LJ Smith | 23 | / 265 | = | 8.68 |
| 8 | Stephanie Meyer | 21 | / 265 | = | 7.92 |
| 9 | Aprilynne Pike | 19 | / 265 | = | 7.17 |
| 10 | Richelle Mead | 8 | / 265 | = | 3.02 |
| 11 | Alyson Noel | 7 | / 265 | = | 2.64 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman          **Keyword**      mutation          **20**

| mutation | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00          0.00 | | 0.00          0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | Lexical Overlap Rate |
|---|---|---|---|
| 1 | Alyson Noel | 0 / 0 = | 0.00 |
| 2 | Aprilynne Pike | 0 / 0 = | 0.00 |
| 3 | Becca Fitzpatrick | 0 / 0 = | 0.00 |
| 4 | Cassandra Clare | 0 / 0 = | 0.00 |
| 5 | Kami Garcia | 0 / 0 = | 0.00 |
| 6 | LJ Smith | 0 / 0 = | 0.00 |
| 7 | Lauren Kate | 0 / 0 = | 0.00 |
| 8 | Maggie Stiefvater | 0 / 0 = | 0.00 |
| 9 | Richelle Mead | 0 / 0 = | 0.00 |
| 10 | Stephanie Meyer | 0 / 0 = | 0.00 |
| 11 | Tracy Wolff | 0 / 0 = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                          **Keyword**   northern                **21**

| northern | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00 | 0.00 | 0.00 | 0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / | 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / | 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / | 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / | 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / | 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / | 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / | 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / | 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / | 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / | 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / | 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                     **Keyword**   protector        **22**

| protector | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00                          0.00 | | 0.00                          0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman          **Keyword**   queen          23

| queen | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 7.91 | | | |
| **Up to 2 Standard Deviations Below** | | 8.07 | **Up to 2 Standard Deviations Above** | |
| -8.23 | -0.16 | | 15.98 | 24.05 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 21 | / 43 | = | **48.84** |
| 2 | **Richelle Mead** | 10 | / 43 | = | **23.26** |
| 3 | **Kami Garcia** | 9 | / 43 | = | **20.93** |
| 4 | LJ Smith | 4 | / 43 | = | 9.30 |
| 5 | Alyson Noel | 3 | / 43 | = | 6.98 |
| 6 | Aprilynne Pike | 3 | / 43 | = | 6.98 |
| 7 | Lauren Kate | 2 | / 43 | = | 4.65 |
| 8 | Stephanie Meyer | 2 | / 43 | = | 4.65 |
| 9 | Becca Fitzpatrick | 1 | / 43 | = | 2.33 |
| 10 | Cassandra Clare | 0 | / 43 | = | 0.00 |
| 11 | Maggie Stiefvater | 0 | / 43 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                **Keyword**   selfish          **24**

| selfish | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00          0.00 | | 0.00          0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   stab            25

| stab | Average Lexical Overlap Rate | | | |
|---|---|---|---|---|
| | 12.86 | | | |
| **Up to 2 Standard Deviations Below** | | 6.51 | **Up to 2 Standard Deviations Above** | |
| -0.16 | 6.35 | | 19.37 | 25.88 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count** | **/** | **Target's Cluster Count** | **=** | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Lauren Kate** | 13 | / | 56 | = | **23.21** |
| 2 | **Stephanie Meyer** | 11 | / | 56 | = | **19.64** |
| 3 | Cassandra Clare | 9 | / | 56 | = | 16.07 |
| 4 | Maggie Stiefvater | 9 | / | 56 | = | 16.07 |
| 5 | Tracy Wolff | 9 | / | 56 | = | 16.07 |
| 6 | LJ Smith | 7 | / | 56 | = | 12.50 |
| 7 | Richelle Mead | 7 | / | 56 | = | 12.50 |
| 8 | Alyson Noel | 6 | / | 56 | = | 10.71 |
| 9 | Becca Fitzpatrick | 6 | / | 56 | = | 10.71 |
| 10 | Kami Garcia | 4 | / | 56 | = | 7.14 |
| 11 | Aprilynne Pike | 0 | / | 56 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   Stonehenge          **26**

| Stonehenge | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00          0.00 | | 0.00          0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                **Keyword**        tea                 27

| tea | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00                    0.00 | | 0.00                    0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|
| 1 | Alyson Noel | 0 / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 / 0 | = | 0.00 |
| 6 | LJ Smith | 0 / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**  Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**  Lynne Freeman          **Keyword**  teacher          **28**

| teacher | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 19.13 | | |
| **Up to 2 Standard Deviations Below** | | 6.09 | **Up to 2 Standard Deviations Above** |
| 6.96 | 13.05 | | 25.22 | 31.31 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count | / | Target's Cluster Count | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 46 | / | 104 | = | **44.23** |
| 2 | **Stephanie Meyer** | 30 | / | 104 | = | **28.85** |
| 3 | LJ Smith | 26 | / | 104 | = | 25.00 |
| 4 | Lauren Kate | 25 | / | 104 | = | 24.04 |
| 5 | Richelle Mead | 22 | / | 104 | = | 21.15 |
| 6 | Kami Garcia | 20 | / | 104 | = | 19.23 |
| 7 | Maggie Stiefvater | 20 | / | 104 | = | 19.23 |
| 8 | Alyson Noel | 19 | / | 104 | = | 18.27 |
| 9 | Becca Fitzpatrick | 15 | / | 104 | = | 14.42 |
| 10 | Aprilynne Pike | 13 | / | 104 | = | 12.50 |
| 11 | Cassandra Clare | 9 | / | 104 | = | 8.65 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   tree                    29

| tree | Average Lexical Overlap Rate | | | |
|------|------|------|------|------|
| | | 37.74 | | |
| **Up to 2 Standard Deviations Below** | | 12.02 | **Up to 2 Standard Deviations Above** | |
| 13.70 | 25.72 | | 49.77 | 61.79 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count | / | Target's Cluster Count | = | **Lexical Overlap Rate** |
|---|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 79 | / | 133 | = | **59.40** |
| 2 | **Kami Garcia** | 69 | / | 133 | = | **51.88** |
| 3 | Lauren Kate | 65 | / | 133 | = | 48.87 |
| 4 | Maggie Stiefvater | 64 | / | 133 | = | 48.12 |
| 5 | Stephanie Meyer | 62 | / | 133 | = | 46.62 |
| 6 | Aprilynne Pike | 61 | / | 133 | = | 45.86 |
| 7 | LJ Smith | 50 | / | 133 | = | 37.59 |
| 8 | Becca Fitzpatrick | 37 | / | 133 | = | 27.82 |
| 9 | Cassandra Clare | 36 | / | 133 | = | 27.07 |
| 10 | Richelle Mead | 31 | / | 133 | = | 23.31 |
| 11 | Alyson Noel | 27 | / | 133 | = | 20.30 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   vampire        30

| vampire | **Average Lexical Overlap Rate** | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00                           0.00 | | 0.00                           0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | **Overlap Count / Target's Cluster Count** | | **Lexical Overlap Rate** |
|---|---|---|---|---|
| 1 | Alyson Noel | 0 / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 / 0 | = | 0.00 |
| 6 | LJ Smith | 0 / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 / 0 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman          **Keyword**   waggle          31

| waggle | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 1.59 | | |
| **Up to 2 Standard Deviations Below** | 3.40 | **Up to 2 Standard Deviations Above** | |
| -5.20          -1.81 | | 4.99          8.38 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 10 | / 44 | = | **22.73** |
| 2 | **Becca Fitzpatrick** | 4 | / 44 | = | **9.09** |
| 3 | **Lauren Kate** | 3 | / 44 | = | **6.82** |
| 4 | Alyson Noel | 0 | / 44 | = | 0.00 |
| 5 | Aprilynne Pike | 0 | / 44 | = | 0.00 |
| 6 | Cassandra Clare | 0 | / 44 | = | 0.00 |
| 7 | Kami Garcia | 0 | / 44 | = | 0.00 |
| 8 | LJ Smith | 0 | / 44 | = | 0.00 |
| 9 | Maggie Stiefvater | 0 | / 44 | = | 0.00 |
| 10 | Richelle Mead | 0 | / 44 | = | 0.00 |
| 11 | Stephanie Meyer | 0 | / 44 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   werewolf          **32**

| werewolf | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 17.92 | | |
| **Up to 2 Standard Deviations Below** | 21.43 | **Up to 2 Standard Deviations Above** | |
| -24.95          -3.51 | | 39.35          60.78 | |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | **Comparison Authors** | Overlap Count / Target's Cluster Count | | | **Lexical Overlap Rate** |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 16 | / 24 | = | **66.67** |
| 2 | **Cassandra Clare** | 13 | / 24 | = | **54.17** |
| 3 | **Maggie Stiefvater** | 12 | / 24 | = | **50.00** |
| 4 | LJ Smith | 9 | / 24 | = | 37.50 |
| 5 | Stephanie Meyer | 4 | / 24 | = | 16.67 |
| 6 | Kami Garcia | 3 | / 24 | = | 12.50 |
| 7 | Alyson Noel | 2 | / 24 | = | 8.33 |
| 8 | Aprilynne Pike | 0 | / 24 | = | 0.00 |
| 9 | Becca Fitzpatrick | 0 | / 24 | = | 0.00 |
| 10 | Lauren Kate | 0 | / 24 | = | 0.00 |
| 11 | Richelle Mead | 0 | / 24 | = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Keyword | wink | 33 |
|---|---|---|---|---|---|

| wink | Average Lexical Overlap Rate | |
|---|---|---|
| | 14.88 | |
| **Up to 2 Standard Deviations Below** | 8.00 | **Up to 2 Standard Deviations Above** |
| -1.13          6.87 | | 22.88          30.88 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | **Tracy Wolff** | 48 | / 80 | = | **60.00** |
| 2 | **Becca Fitzpatrick** | 21 | / 80 | = | **26.25** |
| 3 | **Stephanie Meyer** | 19 | / 80 | = | **23.75** |
| 4 | Lauren Kate | 18 | / 80 | = | 22.50 |
| 5 | Kami Garcia | 16 | / 80 | = | 20.00 |
| 6 | Cassandra Clare | 14 | / 80 | = | 17.50 |
| 7 | Maggie Stiefvater | 8 | / 80 | = | 10.00 |
| 8 | LJ Smith | 7 | / 80 | = | 8.75 |
| 9 | Richelle Mead | 7 | / 80 | = | 8.75 |
| 10 | Aprilynne Pike | 6 | / 80 | = | 7.50 |
| 11 | Alyson Noel | 3 | / 80 | = | 3.75 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   witch                    34

| witch | Average Lexical Overlap Rate | | |
|---|---|---|---|
| | 10.53 | | |
| **Up to 2 Standard Deviations Below** | | **Up to 2 Standard Deviations Above** | |
| -8.69 | 0.92 | 9.61 | 20.14 | 29.74 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | Lexical Overlap Rate |
|---|---|---|---|---|
| 1 | Tracy Wolff | 9 | / 19 = | 47.37 |
| 2 | Kami Garcia | 6 | / 19 = | 31.58 |
| 3 | Cassandra Clare | 3 | / 19 = | 15.79 |
| 4 | Stephanie Meyer | 3 | / 19 = | 15.79 |
| 5 | Alyson Noel | 2 | / 19 = | 10.53 |
| 6 | Becca Fitzpatrick | 2 | / 19 = | 10.53 |
| 7 | LJ Smith | 2 | / 19 = | 10.53 |
| 8 | Lauren Kate | 2 | / 19 = | 10.53 |
| 9 | Aprilynne Pike | 0 | / 19 = | 0.00 |
| 10 | Maggie Stiefvater | 0 | / 19 = | 0.00 |
| 11 | Richelle Mead | 0 | / 19 = | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Overlap Rate and Baseline for SDs

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Keyword**   wolf                    35

| wolf | Average Lexical Overlap Rate | |
|---|---|---|
| | 0.00 | |
| **Up to 2 Standard Deviations Below** | 0.00 | **Up to 2 Standard Deviations Above** |
| 0.00                    0.00 | | 0.00                    0.00 |

**Comparison Authors are ranked by the highest Lexical Overlap Rate.**
**Comparison Authors whose Lexical Overlap Rate is up to 2 Standard Deviations above average are red.**

| | Comparison Authors | Overlap Count / Target's Cluster Count | | | Lexical Overlap Rate |
|---|---|---|---|---|---|
| 1 | Alyson Noel | 0 | / 0 | = | 0.00 |
| 2 | Aprilynne Pike | 0 | / 0 | = | 0.00 |
| 3 | Becca Fitzpatrick | 0 | / 0 | = | 0.00 |
| 4 | Cassandra Clare | 0 | / 0 | = | 0.00 |
| 5 | Kami Garcia | 0 | / 0 | = | 0.00 |
| 6 | LJ Smith | 0 | / 0 | = | 0.00 |
| 7 | Lauren Kate | 0 | / 0 | = | 0.00 |
| 8 | Maggie Stiefvater | 0 | / 0 | = | 0.00 |
| 9 | Richelle Mead | 0 | / 0 | = | 0.00 |
| 10 | Stephanie Meyer | 0 | / 0 | = | 0.00 |
| 11 | Tracy Wolff | 0 | / 0 | = | 0.00 |