# EXHIBIT 9

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity      1

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | accident |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| accident | Tracy Wolff | 1.00 |
| accident | Alyson Noel | 0.11 |
| accident | Richelle Mead | 0.09 |
| accident | Lauren Kate | 0.05 |
| accident | Maggie Stiefvater | 0.04 |
| accident | Kami Garcia | 0.03 |
| accident | Cassandra Clare | -0.02 |
| accident | Aprilynne Pike | -0.03 |
| accident | Becca Fitzpatrick | -0.03 |
| accident | LJ Smith | -0.07 |
| accident | Stephanie Meyer | -0.08 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    2

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | Alaska |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | | Cosine Similarity Score |
|---|---|---|
| Alaska | Tracy Wolff | 1.00 |
| Alaska | Stephanie Meyer | 0.13 |
| Alaska | Kami Garcia | 0.10 |
| Alaska | Alyson Noel | 0.00 |
| Alaska | Aprilynne Pike | 0.00 |
| Alaska | Becca Fitzpatrick | 0.00 |
| Alaska | Cassandra Clare | 0.00 |
| Alaska | LJ Smith | 0.00 |
| Alaska | Lauren Kate | 0.00 |
| Alaska | Maggie Stiefvater | 0.00 |
| Alaska | Richelle Mead | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     3

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | alien |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| alien | Tracy Wolff | 1.00 |
| alien | Cassandra Clare | 0.03 |
| alien | Alyson Noel | 0.00 |
| alien | Aprilynne Pike | 0.00 |
| alien | Becca Fitzpatrick | 0.00 |
| alien | Lauren Kate | 0.00 |
| alien | Richelle Mead | 0.00 |
| alien | Maggie Stiefvater | -0.00 |
| alien | LJ Smith | -0.07 |
| alien | Stephanie Meyer | -0.08 |
| alien | Kami Garcia | -0.09 |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity      4

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |      | Suspect Author | Tracy Wolff |

| Keyword | aurora |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | Cosine Similarity Score |
|---|---|
| aurora | Alyson Noel | 0.00 |
| aurora | Aprilynne Pike | 0.00 |
| aurora | Becca Fitzpatrick | 0.00 |
| aurora | Cassandra Clare | 0.00 |
| aurora | Kami Garcia | 0.00 |
| aurora | LJ Smith | 0.00 |
| aurora | Lauren Kate | 0.00 |
| aurora | Maggie Stiefvater | 0.00 |
| aurora | Richelle Mead | 0.00 |
| aurora | Stephanie Meyer | 0.00 |
| aurora | Tracy Wolff | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     5

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |          | Suspect Author | Tracy Wolff |

| Keyword | blood |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|       | Baseline Authors | Cosine Similarity Score |
|-------|------------------|-------------------------|
| blood | Tracy Wolff | **1.00** |
| blood | LJ Smith | **0.18** |
| blood | Maggie Stiefvater | **0.08** |
| blood | Aprilynne Pike | **0.07** |
| blood | Alyson Noel | **0.07** |
| blood | Cassandra Clare | **0.06** |
| blood | Lauren Kate | **0.05** |
| blood | Kami Garcia | **0.01** |
| blood | Becca Fitzpatrick | **0.00** |
| blood | Richelle Mead | **-0.04** |
| blood | Stephanie Meyer | **-0.07** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          6

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman            **Suspect Author**   Tracy Wolff

**Keyword**   book

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| book | Tracy Wolff | **1.00** |
| book | Lauren Kate | **0.12** |
| book | Becca Fitzpatrick | **0.11** |
| book | Alyson Noel | **0.09** |
| book | Kami Garcia | **0.08** |
| book | Stephanie Meyer | **0.05** |
| book | Cassandra Clare | **0.01** |
| book | Aprilynne Pike | **0.01** |
| book | Richelle Mead | **-0.10** |
| book | LJ Smith | **-0.15** |
| book | Maggie Stiefvater | **-0.16** |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    7

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**        buck

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| buck | Tracy Wolff | **1.00** |
| buck | Kami Garcia | **0.11** |
| buck | Alyson Noel | **0.05** |
| buck | Lauren Kate | **0.02** |
| buck | Becca Fitzpatrick | **0.02** |
| buck | Aprilynne Pike | **0.00** |
| buck | Cassandra Clare | **0.00** |
| buck | LJ Smith | **0.00** |
| buck | Richelle Mead | **0.00** |
| buck | Maggie Stiefvater | **-0.09** |
| buck | Stephanie Meyer | **-0.17** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    8

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |

| Suspect Author | Tracy Wolff |

| Keyword | Diego |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | Cosine Similarity Score |
|---|---|
| Diego | Alyson Noel | 0.00 |
| Diego | Aprilynne Pike | 0.00 |
| Diego | Becca Fitzpatrick | 0.00 |
| Diego | Cassandra Clare | 0.00 |
| Diego | Kami Garcia | 0.00 |
| Diego | LJ Smith | 0.00 |
| Diego | Lauren Kate | 0.00 |
| Diego | Maggie Stiefvater | 0.00 |
| Diego | Richelle Mead | 0.00 |
| Diego | Stephanie Meyer | 0.00 |
| Diego | Tracy Wolff | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          9

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |

| Suspect Author | Tracy Wolff |

| Keyword | doorway |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| doorway | Tracy Wolff | 1.00 |
| doorway | LJ Smith | 0.10 |
| doorway | Kami Garcia | 0.07 |
| doorway | Becca Fitzpatrick | 0.03 |
| doorway | Maggie Stiefvater | 0.01 |
| doorway | Aprilynne Pike | 0.01 |
| doorway | Richelle Mead | 0.01 |
| doorway | Stephanie Meyer | 0.00 |
| doorway | Alyson Noel | -0.01 |
| doorway | Lauren Kate | -0.02 |
| doorway | Cassandra Clare | -0.17 |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    10

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | dragon |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| dragon | Alyson Noel | 0.00 |
| dragon | Aprilynne Pike | 0.00 |
| dragon | Becca Fitzpatrick | 0.00 |
| dragon | Cassandra Clare | 0.00 |
| dragon | Kami Garcia | 0.00 |
| dragon | LJ Smith | 0.00 |
| dragon | Lauren Kate | 0.00 |
| dragon | Maggie Stiefvater | 0.00 |
| dragon | Richelle Mead | 0.00 |
| dragon | Stephanie Meyer | 0.00 |
| dragon | Tracy Wolff | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          11

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | duck |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| duck | Tracy Wolff | 1.00 |
| duck | Aprilynne Pike | 0.13 |
| duck | Alyson Noel | 0.07 |
| duck | Cassandra Clare | 0.06 |
| duck | LJ Smith | 0.03 |
| duck | Becca Fitzpatrick | 0.02 |
| duck | Maggie Stiefvater | 0.01 |
| duck | Richelle Mead | 0.00 |
| duck | Stephanie Meyer | -0.04 |
| duck | Lauren Kate | -0.05 |
| duck | Kami Garcia | -0.12 |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     12

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | fang |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| fang | Alyson Noel | 0.00 |
| fang | Aprilynne Pike | 0.00 |
| fang | Becca Fitzpatrick | 0.00 |
| fang | Cassandra Clare | 0.00 |
| fang | Kami Garcia | 0.00 |
| fang | LJ Smith | 0.00 |
| fang | Lauren Kate | 0.00 |
| fang | Maggie Stiefvater | 0.00 |
| fang | Richelle Mead | 0.00 |
| fang | Stephanie Meyer | 0.00 |
| fang | Tracy Wolff | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    13



**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                    **Suspect Author**   Tracy Wolff

**Keyword**   fist

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| fist | Tracy Wolff | **1.00** |
| fist | LJ Smith | **0.10** |
| fist | Maggie Stiefvater | **0.09** |
| fist | Cassandra Clare | **0.06** |
| fist | Alyson Noel | **0.05** |
| fist | Stephanie Meyer | **0.05** |
| fist | Becca Fitzpatrick | **0.05** |
| fist | Lauren Kate | **0.00** |
| fist | Kami Garcia | **-0.05** |
| fist | Aprilynne Pike | **-0.11** |
| fist | Richelle Mead | **-0.16** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          14

| **CaseAnalysisID** | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| **Target Author** | Lynne Freeman | | **Suspect Author** | Tracy Wolff |
|---|---|---|---|---|

| **Keyword** | grin |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| grin | Tracy Wolff | 1.00 |
| grin | Alyson Noel | 0.12 |
| grin | Aprilynne Pike | 0.10 |
| grin | Becca Fitzpatrick | 0.06 |
| grin | Cassandra Clare | 0.05 |
| grin | LJ Smith | 0.02 |
| grin | Richelle Mead | -0.05 |
| grin | Lauren Kate | -0.07 |
| grin | Stephanie Meyer | -0.09 |
| grin | Kami Garcia | -0.10 |
| grin | Maggie Stiefvater | -0.15 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**   15

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | herbal |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| herbal | Alyson Noel | 0.00 |
| herbal | Aprilynne Pike | 0.00 |
| herbal | Becca Fitzpatrick | 0.00 |
| herbal | Cassandra Clare | 0.00 |
| herbal | Kami Garcia | 0.00 |
| herbal | LJ Smith | 0.00 |
| herbal | Lauren Kate | 0.00 |
| herbal | Maggie Stiefvater | 0.00 |
| herbal | Richelle Mead | 0.00 |
| herbal | Stephanie Meyer | 0.00 |
| herbal | Tracy Wolff | 0.00 |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    16

| **CaseAnalysisID** | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
| --- | --- |

| **Target Author** | Lynne Freeman | | **Suspect Author** | Tracy Wolff |
| --- | --- | --- | --- | --- |

| **Keyword** | jean |
| --- | --- |

The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.

**SAMENESS**
A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.

**DIFFERENCE**
A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).

| | **Baseline Authors** | **Cosine Similarity Score** |
| --- | --- | --- |
| jean | Tracy Wolff | **1.00** |
| jean | Lauren Kate | **0.14** |
| jean | Maggie Stiefvater | **0.05** |
| jean | Cassandra Clare | **0.05** |
| jean | Aprilynne Pike | **0.04** |
| jean | Stephanie Meyer | **0.02** |
| jean | LJ Smith | **0.02** |
| jean | Kami Garcia | **0.01** |
| jean | Becca Fitzpatrick | **0.01** |
| jean | Alyson Noel | **-0.09** |
| jean | Richelle Mead | **-0.11** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    17

**CaseAnalysisID**    Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**    Lynne Freeman          **Suspect Author**    Tracy Wolff

**Keyword**    kiss

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| kiss | Tracy Wolff | 1.00 |
| kiss | Lauren Kate | 0.13 |
| kiss | Cassandra Clare | 0.12 |
| kiss | LJ Smith | 0.05 |
| kiss | Aprilynne Pike | 0.03 |
| kiss | Alyson Noel | 0.01 |
| kiss | Maggie Stiefvater | -0.00 |
| kiss | Becca Fitzpatrick | -0.01 |
| kiss | Kami Garcia | -0.02 |
| kiss | Stephanie Meyer | -0.03 |
| kiss | Richelle Mead | -0.13 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**   **18**

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |   | Suspect Author | Tracy Wolff |

| Keyword | monster |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | | Cosine Similarity Score |
|---|---|---|
| monster | Tracy Wolff | 1.00 |
| monster | Kami Garcia | 0.07 |
| monster | Alyson Noel | 0.06 |
| monster | Richelle Mead | 0.06 |
| monster | LJ Smith | 0.00 |
| monster | Stephanie Meyer | -0.04 |
| monster | Cassandra Clare | -0.05 |
| monster | Maggie Stiefvater | -0.05 |
| monster | Lauren Kate | -0.08 |
| monster | Becca Fitzpatrick | -0.09 |
| monster | Aprilynne Pike | -0.18 |

# ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity     **19**

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | moon |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| moon | Tracy Wolff | **1.00** |
| moon | Becca Fitzpatrick | **0.14** |
| moon | Alyson Noel | **0.09** |
| moon | Stephanie Meyer | **0.09** |
| moon | Kami Garcia | **0.06** |
| moon | Lauren Kate | **0.06** |
| moon | LJ Smith | **0.01** |
| moon | Aprilynne Pike | **-0.03** |
| moon | Maggie Stiefvater | **-0.06** |
| moon | Cassandra Clare | **-0.07** |
| moon | Richelle Mead | **-0.08** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    20

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | mutation |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| mutation | Alyson Noel | 0.00 |
| mutation | Aprilynne Pike | 0.00 |
| mutation | Becca Fitzpatrick | 0.00 |
| mutation | Cassandra Clare | 0.00 |
| mutation | Kami Garcia | 0.00 |
| mutation | LJ Smith | 0.00 |
| mutation | Lauren Kate | 0.00 |
| mutation | Maggie Stiefvater | 0.00 |
| mutation | Richelle Mead | 0.00 |
| mutation | Stephanie Meyer | 0.00 |
| mutation | Tracy Wolff | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity      21

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | northern |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| northern | Alyson Noel | 0.00 |
| northern | Aprilynne Pike | 0.00 |
| northern | Becca Fitzpatrick | 0.00 |
| northern | Cassandra Clare | 0.00 |
| northern | Kami Garcia | 0.00 |
| northern | LJ Smith | 0.00 |
| northern | Lauren Kate | 0.00 |
| northern | Maggie Stiefvater | 0.00 |
| northern | Richelle Mead | 0.00 |
| northern | Stephanie Meyer | 0.00 |
| northern | Tracy Wolff | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**      22

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman |   | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | protector |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| protector | Alyson Noel | 0.00 |
| protector | Aprilynne Pike | 0.00 |
| protector | Becca Fitzpatrick | 0.00 |
| protector | Cassandra Clare | 0.00 |
| protector | Kami Garcia | 0.00 |
| protector | LJ Smith | 0.00 |
| protector | Lauren Kate | 0.00 |
| protector | Maggie Stiefvater | 0.00 |
| protector | Richelle Mead | 0.00 |
| protector | Stephanie Meyer | 0.00 |
| protector | Tracy Wolff | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity       23

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**          queen

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|         | Baseline Authors   | Cosine Similarity Score |
|---------|--------------------|-------------------------|
| queen   | Tracy Wolff        | 1.00                    |
| queen   | Aprilynne Pike     | 0.19                    |
| queen   | Richelle Mead      | 0.08                    |
| queen   | Kami Garcia        | 0.06                    |
| queen   | Stephanie Meyer    | 0.04                    |
| queen   | Lauren Kate        | 0.03                    |
| queen   | Cassandra Clare    | 0.00                    |
| queen   | Maggie Stiefvater  | 0.00                    |
| queen   | LJ Smith           | -0.01                   |
| queen   | Alyson Noel        | -0.03                   |
| queen   | Becca Fitzpatrick  | -0.06                   |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     24

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman |   | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | selfish |
|---|---|

The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.

**SAMENESS**
A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.

**DIFFERENCE**
A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| selfish | Alyson Noel | 0.00 |
| selfish | Aprilynne Pike | 0.00 |
| selfish | Becca Fitzpatrick | 0.00 |
| selfish | Cassandra Clare | 0.00 |
| selfish | Kami Garcia | 0.00 |
| selfish | LJ Smith | 0.00 |
| selfish | Lauren Kate | 0.00 |
| selfish | Maggie Stiefvater | 0.00 |
| selfish | Richelle Mead | 0.00 |
| selfish | Stephanie Meyer | 0.00 |
| selfish | Tracy Wolff | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**      25

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |      | Suspect Author | Tracy Wolff |

| Keyword | stab |

The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.

**SAMENESS**
A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.

**DIFFERENCE**
A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| stab | Tracy Wolff | 1.00 |
| stab | Stephanie Meyer | 0.07 |
| stab | Kami Garcia | 0.05 |
| stab | LJ Smith | 0.05 |
| stab | Alyson Noel | 0.03 |
| stab | Lauren Kate | 0.01 |
| stab | Aprilynne Pike | 0.00 |
| stab | Becca Fitzpatrick | -0.01 |
| stab | Richelle Mead | -0.04 |
| stab | Cassandra Clare | -0.06 |
| stab | Maggie Stiefvater | -0.06 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     26

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | Stonehenge |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| Stonehenge | Alyson Noel | 0.00 |
| Stonehenge | Aprilynne Pike | 0.00 |
| Stonehenge | Becca Fitzpatrick | 0.00 |
| Stonehenge | Cassandra Clare | 0.00 |
| Stonehenge | Kami Garcia | 0.00 |
| Stonehenge | LJ Smith | 0.00 |
| Stonehenge | Lauren Kate | 0.00 |
| Stonehenge | Maggie Stiefvater | 0.00 |
| Stonehenge | Richelle Mead | 0.00 |
| Stonehenge | Stephanie Meyer | 0.00 |
| Stonehenge | Tracy Wolff | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          27

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman          **Suspect Author**   Tracy Wolff

**Keyword**          tea

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|   | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| tea | Alyson Noel | 0.00 |
| tea | Aprilynne Pike | 0.00 |
| tea | Becca Fitzpatrick | 0.00 |
| tea | Cassandra Clare | 0.00 |
| tea | Kami Garcia | 0.00 |
| tea | LJ Smith | 0.00 |
| tea | Lauren Kate | 0.00 |
| tea | Maggie Stiefvater | 0.00 |
| tea | Richelle Mead | 0.00 |
| tea | Stephanie Meyer | 0.00 |
| tea | Tracy Wolff | 0.00 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity    28

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | teacher |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| Baseline Authors | | Cosine Similarity Score |
|---|---|---|
| teacher | Tracy Wolff | 1.00 |
| teacher | Stephanie Meyer | 0.19 |
| teacher | Lauren Kate | 0.16 |
| teacher | LJ Smith | 0.11 |
| teacher | Maggie Stiefvater | 0.08 |
| teacher | Alyson Noel | 0.07 |
| teacher | Becca Fitzpatrick | -0.05 |
| teacher | Kami Garcia | -0.06 |
| teacher | Richelle Mead | -0.08 |
| teacher | Cassandra Clare | -0.10 |
| teacher | Aprilynne Pike | -0.12 |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity          29

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | tree |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| tree | Tracy Wolff | **1.00** |
| tree | Stephanie Meyer | **0.15** |
| tree | Kami Garcia | **0.13** |
| tree | Maggie Stiefvater | **0.08** |
| tree | LJ Smith | **0.07** |
| tree | Cassandra Clare | **0.03** |
| tree | Richelle Mead | **-0.01** |
| tree | Becca Fitzpatrick | **-0.03** |
| tree | Lauren Kate | **-0.03** |
| tree | Aprilynne Pike | **-0.05** |
| tree | Alyson Noel | **-0.07** |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**        30

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |
|---|---|

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |
|---|---|---|---|---|

| Keyword | vampire |
|---|---|

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF\*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF\*TW cluster compared to LF\*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| vampire | Alyson Noel | 0.00 |
| vampire | Aprilynne Pike | 0.00 |
| vampire | Becca Fitzpatrick | 0.00 |
| vampire | Cassandra Clare | 0.00 |
| vampire | Kami Garcia | 0.00 |
| vampire | LJ Smith | 0.00 |
| vampire | Lauren Kate | 0.00 |
| vampire | Maggie Stiefvater | 0.00 |
| vampire | Richelle Mead | 0.00 |
| vampire | Stephanie Meyer | 0.00 |
| vampire | Tracy Wolff | 0.00 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**     31

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |     | Suspect Author | Tracy Wolff |

| Keyword | waggle |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF*TW cluster compared to LF*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| waggle | Tracy Wolff | **1.00** |
| waggle | Becca Fitzpatrick | **0.06** |
| waggle | Lauren Kate | **0.03** |
| waggle | Alyson Noel | **0.00** |
| waggle | Aprilynne Pike | **0.00** |
| waggle | Cassandra Clare | **0.00** |
| waggle | Kami Garcia | **0.00** |
| waggle | LJ Smith | **0.00** |
| waggle | Maggie Stiefvater | **0.00** |
| waggle | Richelle Mead | **0.00** |
| waggle | Stephanie Meyer | **0.00** |

## ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity      32

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman              **Suspect Author**   Tracy Wolff

**Keyword**   werewolf

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| werewolf | Tracy Wolff | 1.00 |
| werewolf | Cassandra Clare | 0.13 |
| werewolf | Stephanie Meyer | 0.08 |
| werewolf | Kami Garcia | 0.02 |
| werewolf | Maggie Stiefvater | 0.02 |
| werewolf | Aprilynne Pike | 0.00 |
| werewolf | Becca Fitzpatrick | 0.00 |
| werewolf | Lauren Kate | 0.00 |
| werewolf | Richelle Mead | 0.00 |
| werewolf | LJ Smith | -0.11 |
| werewolf | Alyson Noel | -0.13 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**    33

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman | | Suspect Author | Tracy Wolff |

| Keyword | wink |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff is compared to**
**the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:**
**the LF*TW cluster compared to itself is the same with**
**a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:**
**the LF*TW cluster compared to LF*Baseline Author is always different with**
**a cosine similarity score close to zero or negative.**
**If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| wink | Tracy Wolff | 1.00 |
| wink | Alyson Noel | 0.10 |
| wink | LJ Smith | 0.09 |
| wink | Aprilynne Pike | 0.01 |
| wink | Stephanie Meyer | -0.03 |
| wink | Kami Garcia | -0.05 |
| wink | Lauren Kate | -0.06 |
| wink | Maggie Stiefvater | -0.11 |
| wink | Cassandra Clare | -0.11 |
| wink | Richelle Mead | -0.14 |
| wink | Becca Fitzpatrick | -0.17 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**      34

| CaseAnalysisID | Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024 |

| Target Author | Lynne Freeman |

| Suspect Author | Tracy Wolff |

| Keyword | witch |

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

|  | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| witch | Tracy Wolff | 1.00 |
| witch | LJ Smith | 0.14 |
| witch | Becca Fitzpatrick | 0.13 |
| witch | Lauren Kate | 0.04 |
| witch | Cassandra Clare | 0.01 |
| witch | Aprilynne Pike | 0.00 |
| witch | Maggie Stiefvater | 0.00 |
| witch | Richelle Mead | 0.00 |
| witch | Kami Garcia | -0.08 |
| witch | Alyson Noel | -0.10 |
| witch | Stephanie Meyer | -0.11 |

**ALIAS Lexical Cluster Overlap Analysis Using Cosine Similarity**          35

**CaseAnalysisID**   Carole E Chaski PhD--LexiCluster--Freeman Copyright 2016--Stephen M Doniger Esq--1-22-2024

**Target Author**   Lynne Freeman                          **Suspect Author**   Tracy Wolff

**Keyword**   wolf

**The vector space for this keyword lexical cluster for Lynne Freeman and Tracy Wolff
is compared to
the vector space for this keyword lexical cluster for Lynne Freeman and Baseline Authors
using cosine similarity.**

**SAMENESS**
**A cosine similarity score of 1 shows that clusters are the same:
the LF*TW cluster compared to itself is the same with
a cosine similarity score of 1.**

**DIFFERENCE**
**A cosine similarity score of 0, close to zero or negative shows that the clusters are different:
the LF*TW cluster compared to LF*Baseline Author is always different with
a cosine similarity score close to zero or negative.
If all scores are zero, the keyword is not in the tested document(s).**

| | Baseline Authors | Cosine Similarity Score |
|---|---|---|
| wolf | Alyson Noel | 0.00 |
| wolf | Aprilynne Pike | 0.00 |
| wolf | Becca Fitzpatrick | 0.00 |
| wolf | Cassandra Clare | 0.00 |
| wolf | Kami Garcia | 0.00 |
| wolf | LJ Smith | 0.00 |
| wolf | Lauren Kate | 0.00 |
| wolf | Maggie Stiefvater | 0.00 |
| wolf | Richelle Mead | 0.00 |
| wolf | Stephanie Meyer | 0.00 |
| wolf | Tracy Wolff | 0.00 |