# EXHIBIT GG

**In the Matter Of:**

*FREEMAN v*

*DEEBS-ELKENANEY*

CAROLE CHASKI, PH.D.

September 28, 2023



```
                                                                    1
 1
 2                   UNITED DISTRICT COURT
 3              SOUTHERN DISTRICT OF NEW YORK
 4     --------------------------------X
       LYNNE FREEMAN, an individual,
 5
                         Plaintiff,
 6                                        Civil Action No.
                   VS.                    1:22-cv-02435-LLS-SN
 7
       TRACY DEEBS-ELKENANEY P/K/A
 8     TRACY WOLFF, an individual,
       EMILY SYLVAN KIM, an individual,
 9     PROSPECT AGENCY, LLC, a New
       Jersey Limited Liability Company,
10     ENTANGLED PUBLISHING, LLC, a
       Delaware Limited Liability
11     Company, HOLTZBRINCK PUBLISHERS,
       LLC D/B/A MACMILLAN, a New York
12     Limited Liability Company, and
       UNIVERSAL STUDIOS, LLC, a
13     Delaware Limited Liability Company,

14                       Defendants.
       --------------------------------X
15
16
17
18         REMOTE VIDEOTAPED DEPOSITION
19                     OF
20          CAROLE E. CHASKI, Ph.D.
21       Thursday, September 28, 2023
22
23
24              Reported by:
         AYLETTE GONZALEZ, RPR, CLR, CCR
25            JOB NO. 2023-911535
```

Case 1:22-cv-02435-LLS-SN   Document 343-1   Filed 02/28/24   Page 4 of 12
FREEMAN v
DEEBS-ELKENANEY
Carole Chaski, Ph.D.
September 28, 2023

2

```
 1
 2              DATE:  September 28, 2023
 3              TIME:  12:00 p.m.
 4
 5
 6       Remote videotaped deposition of
 7   CAROLE E. CHASKI, Ph.D., pursuant to
 8   NOTICE, before AYLETTE GONZALEZ, a
 9   Registered Professional Reporter, Certified
10   LiveNote Reporter, Certified Court Reporter
11   and Notary Public of the States of New
12   York, New Jersey, Pennsylvania, Delaware
13   and Texas.
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:22-cv-02435-LLS-SN   Document 343-1   Filed 02/28/24   Page 5 of 12
FREEMAN v                                              Carole Chaski, Ph.D.
DEEBS-ELKENANEY                                        September 28, 2023

3

```
 1
 2       R E M O T E   A P P E A R A N C E S:
 3
 4   DONIGER / BURROUGHS  LAW FIRM
 5   Counsel for Plaintiff
 6   LYNNE FREEMAN
 7            603 Rose Avenue
 8            Venice, California  90291
 9   BY:      STEPHEN M. DONIGER, ESQ.
10   EMAIL:   stephen@donigerlawfirm.com
11
12
13   COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
14   Counsel for Defendants
15   TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,
16   ENTANGLED PUBLISHING, LLC, HOLTZBRINCK
17   PUBLISHERS, LLC d/b/a MACMILLAN and
18   UNIVERSAL CITY STUDIOS LLC
19            41 Madison Avenue
20            New York, New York  10010
21   BY:      BENJAMIN HALPERIN, ESQ.
22   EMAIL:   bhalperin@cdas.com
23
24
25
```

4

```
 1
 2        R E M O T E    A P P E A R A N C E S:
 3
 4    ALSO PRESENT:
 5            JACOB FIGUEROA, Videographer
 6            TRENT BAER
 7            EMILY KIM
 8            MARK PASSIN
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:22-cv-02435-LLS-SN   Document 343-1   Filed 02/28/24   Page 7 of 12
FREEMAN v                                                     Carole Chaski, Ph.D.
DEEBS-ELKENANEY                                               September 28, 2023

78

1        DR. CHASKI (9/28/2023)
2   but I don't remember details of it.
3        Q.   I'm going to represent to you
4   that the longest shared sequence that
5   Dr. Juola identifies in his report is the
6   sequence, "the ground to open up and
7   swallow me," which is nine words unless my
8   math is wrong.
9        A.   Okay.
10       Q.   Does that sound right, nine
11  words?
12       A.   Yes.
13       Q.   And he took that from a 2011
14  version of BMR, are you aware of that?
15       A.   I believe you.
16       Q.   Do you know whether the 2011
17  version of BMR actually contains the
18  phrase, "the ground to open up and swallow
19  me"?
20       A.   No, I could check it, but I'd
21  have to go into my software and it would
22  take you -- it would take time you don't
23  want to spend on that.
24       Q.   I appreciate you looking out,
25  but I think we have a quicker way is we

Case 1:22-cv-02435-LLS-SN  Document 343-1  Filed 02/28/24  Page 8 of 12
FREEMAN v                                              Carole Chaski, Ph.D.
DEEBS-ELKENANEY                                        September 28, 2023

79

1           DR. CHASKI (9/28/2023)
2    could go to paragraph 81 of your report.
3          A.    Okay.  Okay.
4          Q.    So in paragraph 81, you
5    identified a phrase -- two phrases from
6    2011 BMR and one from Tracy Wolff's Crave
7    book.  In the first one is the example from
8    BMR and that reads, "I wanted the ground to
9    just open up and swallow me," correct?
10         A.    Yes.
11         Q.    So that is not the same as "the
12   ground to open up and swallow me," because
13   it also includes the word "just," correct?
14         A.    Yes.
15         Q.    So it would be wrong to say
16   based on what you write in paragraph 81,
17   that both works contain the phrase, the
18   exact phrase, "the ground to open up and
19   swallow me," correct?
20         A.    Right.  I would see
21   paragraph 81 as an example of mosaic
22   plagiarism, and I'm assuming Dr. Juola saw
23   it as an example of words in a row
24   copy-paste plagiarism.
25         Q.    Sitting here today, are you

Case 1:22-cv-02435-LLS-SN Document 343-1 Filed 02/28/24 Page 9 of 12
FREEMAN v
DEEBS-ELKENANEY
Carole Chaski, Ph.D.
September 28, 2023

80

1         DR. CHASKI (9/28/2023)

2 aware of any evidence showing that Tracy

3 Wolff copied a ten-word sequence from BMR?

4     A.   Not in my -- I don't believe I

5 have that in my report.

6     Q.   Sitting here today, are you

7 aware of any evidence that Tracy Wolff

8 copied a single nine-word sequence from

9 BMR?

10     A.   I don't know because my focus

11 was not on words in a row.

12     Q.   Sitting here today, are you

13 aware of any evidence that Tracy Wolff

14 copied a single eight-word sequence from

15 BMR?

16     A.   Well, my examples are all about

17 mosaic plagiarism so we're not going to

18 find that in my report.

19     Q.   And you're not aware of any

20 other examples?

21     A.   I wasn't looking for them.

22     Q.   Have you seen any evidence that

23 Tracy Wolff copied a whole paragraph from

24 BMR in writing the Crave books?

25     A.   No, I wasn't looking for that

Case 1:22-cv-02435-LLS-SN   Document 343-1   Filed 02/28/24   Page 10 of 12
FREEMAN v                                                    Carole Chaski, Ph.D.
DEEBS-ELKENANEY                                              September 28, 2023

81

1           DR. CHASKI (9/28/2023)
2   either.
3       Q.   Have you seen any evidence that
4   Tracy Wolff also copied a single complete
5   sentence from BMR?
6       A.   Word-for-word, you mean
7   copy-paste?
8       Q.   Yes.
9       A.   No.
10      Q.   So one thing you did focus on
11  was mosaic plagiarism, correct?
12      A.   Yes.
13      Q.   What's mosaic plagiarism?
14      A.   Mosaic plagiarism is where the
15  source document is paraphrased using the
16  standard syntactic techniques,
17  substitution, insertion, deletion,
18  permutation, so that the source material is
19  transformed into mostly different syntactic
20  structures, but says the same thing as the
21  source.
22      Q.   Explain to me what specifically
23  step-by-step your methodology is for
24  detecting mosaic plagiarism into novel
25  length books.

Case 1:22-cv-02435-LLS-SN   Document 343-1   Filed 02/28/24   Page 11 of 12
FREEMAN v
DEEBS-ELKENANEY
Carole Chaski, Ph.D.
September 28, 2023

257

1    DR. CHASKI (9/28/2023)

2

3            J U R A T

4

5

6        I, CAROLE E. CHASKI, Ph.D., do

7    hereby certify under penalty of

8    perjury that I have read the

9    foregoing transcript of my deposition

10   taken on September 28, 2023; that I

11   have made such corrections as appear

12   noted herein in ink, initialed by me;

13   that my testimony as contained

14   herein, as corrected, is true and

15   correct.

16

17
                    _____
18                  CAROLE E. CHASKI, Ph.D.

19

20   Subscribed and sworn to before me

21   This _____ day of _____, 2023.

22
     _____
23          NOTARY PUBLIC

24

25

260

DR. CHASKI (9/28/2023)

C E R T I F I C A T E

STATE OF NEW YORK      )
                       : SS.:
COUNTY OF RICHMOND     )

      I, AYLETTE GONZALEZ, a Notary Public for and within the State of New York, do hereby certify:

      That the witness, CAROLE E. CHASKI, Ph.D., whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

      I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

      IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of October, 2023.

_____
AYLETTE GONZALEZ