# EXHIBIT HH

**In the Matter Of:**

*LYNNE FREEMAN vs*

*TRACY DEEBS-ELKENANEY*

*LYNNE FREEMAN*

*March 24, 2023*



```
                                                              1

 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2             Civil Action No. 1:22-cv-02435-LLS-SN

 3

 4    LYNNE FREEMAN, an individual,

 5          Plaintiff,

 6       -vs-

 7    TRACY DEEBS-ELKENANEY P/K/A
      TRACY WOLFF, an individual,
 8    EMILY SYLVAN KIM, an
      individual, PROSPECT AGENCY,
 9    LLC, a New Jersey limited
      liability company, ENTANGLED
10    PUBLISHING, LLC, a Delaware
      limited liability company,
11    HOLTZBRINCK PUBLISHERS, LLC
      D/B/A MACMILLAN,  a New York
12    limited liability company, and
      UNIVERSAL CITY STUDIOS, LLC, a
13    Delaware limited liability
      company,
14
            Defendants.
15    _____/

16                    DEPOSITION OF
                      Lynne Freeman
17         CONFIDENTIAL - ATTORNEYS' EYES ONLY

18              Friday, March 24, 2023
                 9:04 a.m. - 6:19 p.m.
19                    Pacific Time

20                  Remote Location
               Via Zoom Videoconference
21               All Parties Remote

22


23


24    STENOGRAPHICALLY REPORTED BY:
      ERICA FIELD, RPR
25    JOB NO. 886198
```

Case 1:22-cv-02435-LLS-SN   Document 343-2   Filed 02/28/24   Page 4 of 11
LYNNE FREEMAN vs                                              Lynne Freeman
TRACY DEEBS-ELKENANEY        Attorneys Eyes Only              March 24, 2023

2

1  APPEARANCES:

2

3

4  On behalf of the Plaintiff:
       DONIGER BURROUGHS
5      603 Rose Avenue
       Venice, California 90291
6      (310) 590-1820
       BY: STEPHEN DONIGER, ESQUIRE
7      stephen@donigerlawfirm.com

8

9

10 On behalf of the Plaintiff:
       CSREEDER
11     11766 Wilshire Boulevard
       Suite 1470
12     Los Angeles, California 90025
       (310) 861-2475
13     BY: MARK PASSIN, ESQUIRE
       mark@csrlawyers.com

14

15

16 On behalf of Prospect Agency and Emily
   Sylvan Kim:
17     KLARIS LAW
       29 Little West 12th Street
18     New York, New York 10014
       (917) 822-7468
19     BY: LANCE KOONCE, ESQUIRE
       ZACHARY PRESS, ESQUIRE
20     lance.koonce@klarislaw.com
       zach.press@klarislaw.com

21

22

23

24

25

```
 1    APPEARANCES CONTINUED:

 2


 3


 4    On behalf of Tracy Deebs-Elkenaney p/k/a
      Tracy Wolff, Entangled Publishing, LLC,
 5    Holtzbrinck Publishers, LLC d/b/a Macmillan,
      and Universal City Studios LLC:
 6         COWAN, DEBAETS, ABRAHAMS & SHEPPARD
           41 Madison Avenue
 7         38th Floor
           New York, New York 10010
 8         (212) 974-7474
           BY: NANCY WOLFF, ESQUIRE
 9         CECE COLE, ESQUIRE
           BENJAMIN HALPERIN, ESQUIRE
10         nwolff@cdas.com
           ccole@cdas.com
11         bhalperin@cdas.com

12


13


14    ALSO PRESENT:
           Tracy Wolff
15         Elizabeth Pelletier

16


17


18    VIDEOGRAPHER:
           Adriel Olvera
19         Isaac Orihuela

20


21


22


23


24


25
```

31

1        And I probably fiddled around with
2   that for two years, and then probably sitting
3   down and writing it, probably a year.
4        Q.   So you said you would take little
5   notes and ideas --
6        A.   Uh-huh.
7        Q.   -- to write.  Where would you
8   get -- like, how would that happen?  Would
9   you be, you know, in a bookstore and an idea
10  would come to you, and you would take a note?
11            Like, what was your process of the
12  collecting --
13       A.   Process --
14       (Simultaneous unreportable crosstalk.)
15       A.   I have always been the kind of
16  person that thinks about a fantasy world.  I
17  grew up creating one about my own life.  And
18  I knew that that was the story that I wanted
19  to write.
20            So when I started to feel
21  inspired, I might take notes on an envelope.
22  I might take notes in my legal pad.  I might
23  be at my office and have a few minutes and
24  type something up.
25            When I decided I was actually

Case 1:22-cv-02435-LLS-SN   Document 343-2   Filed 02/28/24   Page 7 of 11
LYNNE FREEMAN vs
TRACY DEEBS-ELKENANEY                Attorneys Eyes Only
Lynne Freeman
March 24, 2023

140

1   know if that's -- is it on Page 16 of the
2   document?  I really can't tell you why.
3        Q.    Now, you see that there are some
4   words on Pages 13 through 17 that are
5   highlighted in blue.  Is that right?
6        A.    Are we -- Exhibit 51?
7        Q.    That is correct.
8        A.    Yes.
9        Q.    And these words were omitted from
10  the description we just looked at on Page 20
11  of Paragraph 79 of Exhibit 130, right?
12       A.    That is correct.
13       Q.    Do you agree that the description
14  of the inside of a castle described as with
15  vaulted arches, arched ceilings, large
16  antique doors, crystal chandeliers, roaring
17  fireplace and tapestries is not a full
18  sentence that appears in the book Crave?
19       A.    Yes.
20       Q.    Can you actually point to any full
21  paragraphs of -- that is the same -- that is
22  the same in both your manuscript and Crave?
23            MR. DONIGER:  Vague and
24      ambiguous as to same.
25       A.    That's a big question.  I can't

1   answer that right now today sitting here.
2   Are we talking about these exhibits?  Are you
3   asking me about that?
4   BY MS. COLE:
5       Q.    Do any -- do any of the examples
6   in this exhibit point to an entire paragraph
7   that's verbatim in both Crave and BMR?
8       A.    No.
9       Q.    Do any of these examples in
10  this -- in Exhibit 130 -- are any of the
11  examples in the Exhibit 130 full paragraphs
12  that are the same in BMR and Crush?
13      A.    I'm sorry.  Exhibit 130?
14      Q.    Which is Exhibit 3, the first
15  amendment complaint.
16      A.    Right.  Isn't Exhibit 30 --
17  isn't -- aren't we just discussing Crave?
18      Q.    Yes.  I understand your question.
19  So I withdraw the question.
20      A.    Okay.
21      Q.    Outside of this exhibit, can you
22  point to any paragraph that is verbatim the
23  same in BMR and Crush?
24      A.    Define what you mean by same.
25      Q.    Verbatim, the exact same words and

Case 1:22-cv-02435-LLS-SN   Document 343-2   Filed 02/28/24   Page 9 of 11
LYNNE FREEMAN vs                                          Lynne Freeman
TRACY DEEBS-ELKENANEY        Attorneys Eyes Only          March 24, 2023

142

```
 1   the exact same order in the paragraph.
 2        A.    No.
 3        Q.    What about between BMR and Covet?
 4        A.    No.
 5        Q.    What about between BMR and Court?
 6        A.    No.
 7        Q.    So -- strike that.
 8              Next I would like to pull up
 9   Exhibit 128, and I will drop that in the
10   chat.  And this document has been previously
11   marked.
12        A.    Yes.  I'm here.
13        Q.    Do you know what this document is?
14        A.    This appears to be Exhibit 1, Key:
15   Crave and Blue Moon Rising Comparison.
16        Q.    And I will represent to you that
17   it's Exhibit 1 to your first amended
18   complaint.
19        A.    Okay.
20        Q.    Who created this exhibit?
21        A.    This was created between me and my
22   lawyers.
23        Q.    And tell me about the process of
24   how this exhibit was created.
25              MR. DONIGER:  Just to interpose
```

349

1  back to her because Stacy -- what I
2  understood is that Stacy had an interest in
3  it but not as it was presently written and it
4  needed changes.
5          This from Emily.  So I revised it
6  according to what Emily suggested I do.
7      Q.   Okay.  And this was all by phone,
8  not by e-mail.  You don't have any writing
9  that shows that this occurred?
10     A.   Correct.
11     Q.   And you understand that today
12 you're testifying under oath under penalty of
13 perjury, correct?
14     A.   Yes, I do.
15     Q.   You also testified today that you
16 might have sent a version of Masqued to
17 Ms. Kim in 2015.
18          Do you recall that?
19     A.   Yes, I do.
20     Q.   And -- but you don't -- you don't
21 definitively remember whether you did that in
22 2015, correct?
23     A.   Correct.
24     Q.   Is there any other versions of
25 your manuscript that you worked on after you

356

1             CERTIFICATE OF REPORTER

2

3    UNITED STATES DISTRICT COURT )

4    SOUTHERN DISTRICT OF NEW YORK )

5

6       I, ERICA FIELD, RPR, Stenographic Court

7    Reporter, certify that I was authorized to

8    and did stenographically report the

9    deposition of LYNNE FREEMAN, pages 1 through

10   355; that a review of the transcript was not

11   requested; and that the transcript is a true

12   and complete record of my stenographic notes.

13      I further certify that I am not a

14   relative, employee, attorney, or counsel of

15   any of the parties, nor am I a relative or

16   employee of any of the parties' attorney or

17   counsel connected with the action, nor am I

18   financially interested in the action.

19

20      DATED this 27th day of March, 2023.

21

22      _____
        Erica Field, RPR

23

24

25