# EXHIBIT 2

# In the Matter Of:

*FREEMAN v*

*DEEBS-ELKENANEY*

## PATRICK JUOLA, PH.D.

*September 26, 2023*



Case 1:22-cv-02435-LLS-SN   Document 347-2   Filed 02/28/24   Page 3 of 10
FREEMAN v                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                              September 26, 2023

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   -------------------------------------

 4   LYNNE FREEMAN, an individual,

 5                        Plaintiff,

 6          vs.         Civil Action No.
                        1:22-cv-02435-LLS-SN
 7
     TRACY DEEBS-ELKENANEY P/K/A
 8   TRACY WOLFF, an individual,
     EMILY SYLVAN KIM, an individual,
 9   PROSPECT AGENCY, LLC, a New Jersey
     Limited Liability Company, ENTANGLED
10   PUBLISHING, LLC, a Delaware Limited
     Liability Company, HOLTZBRINCK PUBLISHERS,
11   LLC D/B/A MACMILLAN, a New York Limited
     Liability Company, and UNIVERSAL STUDIOS,
12   LLC, a Delaware Limited Liability Company,

13                       Defendants.

14   -------------------------------------

15

16        REMOTE VIDEOTAPED DEPOSITION OF

17            DR. PATRICK JUOLA, PH.D.

18

19         Tuesday, September 26, 2023

20              12:57 p.m. (EDT)

21

22

23   Reported By:

24   Joan Ferrara, RMR, FCRR

25   Job No. 2023-911534
```

2

September 26, 2023

12:57 a.m. (EDT)

Videotaped Deposition of DR. PATRICK JUOLA, PH.D., held remotely via Zoom, before Joan Ferrara, a Registered Merit Reporter, Federal Certified Realtime Reporter and Notary Public.

Case 1:22-cv-02435-LLS-SN   Document 347-2   Filed 02/28/24   Page 5 of 10
FREEMAN v                                                    Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                              September 26, 2023

3

```
 1
 2    REMOTE APPEARANCES:
 3
 4    ON BEHALF OF PLAINTIFF:
 5    DONIGER BURROUGHS
 6              603 Rose Avenue
 7              Venice, California 90291
 8    BY:       STEPHEN DONIGER, ESQ.
 9
10
11    ON BEHALF OF PLAINTIFF:
12    CSREEDER
13              11766 Wilshire Boulevard
14              Suite 1470
15              Los Angeles, California 90025
16    BY:       MARK PASSIN, ESQ.
17
18
19    ON BEHALF OF PROSPECT AGENCY and EMILY
20    SYLVAN KIM:
21    KLARIS LAW
22              29 Little West 12th Street
23              New York, New York 10014
24    BY:       LANCE KOONCE, ESQ.
25
```

Case 1:22-cv-02435-LLS-SN   Document 347-2   Filed 02/28/24   Page 6 of 10
FREEMAN v                                                                   Patrick Juola, Ph.D.
DEEBS-ELKENANEY                                                             September 26, 2023

4

```
 1
 2   REMOTE APPEARANCES:  (Continued)
 3
 4   ON BEHALF OF TRACY DEEBS-ELKENANEY P/K/A
 5   TRACY WOLFF, ENTANGLED PUBLISHING, LLC,
 6   HOLTZBRINCK PUBLISHERS, LLC d/b/a MACMILLAN
 7   and UNIVERSAL CITY STUDIOS LLC:
 8   COWAN DEBAETS ABRAHAMS & SHEPPARD
 9           41 Madison Avenue
10           37th Floor
11           New York, New York 10010
12   BY:     BENJAMIN HALPERIN, ESQ.
13
14
15   ALSO PRESENT:
16           Adrian Beltran, Videographer
17           Malcolm Coulthard
18
19
20
21
22
23
24
25
```

107

1                    P. JUOLA

2   million-dollar smile means that the smile

3   of his is worth, in some abstract sense, a

4   million dollars, so it is still

5   composition.

6         Q    Would you agree that idioms tend

7   to be common phrases?

8         A    Yes, I would.

9         Q    An idiom is not the same thing

10  as a common stereotyped phrase, but they

11  tend to overlap, those two?

12        A    They tend to overlap.  Not all

13  stereotyped phrases are idioms, but many

14  idioms are stereotyped -- are common

15  stereotyped phrases.

16        Q    So would you consider

17  "million-dollar smile" to be a common

18  stereotyped phrase?

19             MR. DONIGER:  Vague and

20        ambiguous.  Calls for speculation.

21        A    Can we separate the question?

22        Q    I'll just -- this was a

23  standalone question.  It was just, would

24  you consider the phrase "million-dollar

25  smile" to be a common stereotyped phrase?

108

1              P. JUOLA

2    A    No.

3    Q    Why not?

4    A    I don't think it's a stereotyped

5  phrase, and it occurred only -- and it

6  occurred only three -- only three thousand

7  and change times in the hundreds of

8  millions of Google pages that have been

9  things.

10        So if you assume that it occurs

11  three times -- I'm sorry, did I say

12  hundreds of millions or hundreds of

13  billions?

14    Q    You said, "hundreds of

15  millions," but if you want to correct it,

16  you can.

17    A    Yes, hundreds of billions I

18  believe is a more accurate estimate of

19  Google's size.

20        So if something occurs only

21  three thousand times in a billion

22  instances, that is literally a three in a

23  million.  And I don't think I can say three

24  in a million is common.

25    Q    So just to clarify, I think the

150

1                    P. JUOLA

2      A     Uh-huh, yes, that is correct.

3      Q     We're going to talk about those,

4  but first, tell me what is Google Books

5  Ngrams?

6      A     The Google Books project was a

7  project where Google was attempting to

8  digitize the content of the world's

9  libraries, essentially.  Every book to

10 which they could get access, they digitized

11 and they make available through the Google

12 Books interface.

13           As a lawyer and as a copyright

14 lawyer, you are probably familiar with the

15 Google Books copyright case, which they

16 attempted to establish that they could

17 violate copyright on the orphan books

18 because there was no one to seek permission

19 from.

20           They eventually managed to

21 complete 15 million books, and so the text

22 of 15 million books are available on the

23 Google Books Ngram and they also -- I'm

24 sorry, on the Google Books website.  And

25 the Ngram viewer allows you to search for

151

1                    P. JUOLA
2    any sequence of five or fewer words and see
3    how often it appears by year.
4         Q    Do you know who created the
5    Google Books Ngram's corpus?
6         A    It was a huge team.  The nominal
7    author is Jean-Baptiste.  Jean-Baptiste
8    Camps, I think.
9         Q    Jean-Baptiste Michel,
10   M-I-C-H-E-L?
11        A    Oh, yes.
12        Q    What is Google Books Ngrams
13   typically used for?
14        A    Can't say.  I'm not typical.
15             MR. DONIGER:  Object as calling
16        for speculation.  Lacking foundation.
17   BY MR. HALPERIN:
18        Q    Would you say one of the core
19   uses of Google Books Ngrams is to
20   investigate language trends over time?
21             MR. DONIGER:  Calls for
22        speculation.
23        A    That is certainly a common use.
24        Q    Do you think that is the most
25   common use of it, to analyze language