EXHIBIT 3

**In the Matter Of:**

*FREEMAN v*

*DEEBS-ELKENANEY*

---

*CAROLE CHASKI, PH.D.*

*September 28, 2023*

---



1

2               UNITED DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4     -------------------------------X
      LYNNE FREEMAN, an individual,
5
                        Plaintiff,
6                                      Civil Action No.
                   VS.                1:22-cv-02435-LLS-SN
7
      TRACY DEEBS-ELKENANEY P/K/A
8     TRACY WOLFF, an individual,
      EMILY SYLVAN KIM, an individual,
9     PROSPECT AGENCY, LLC, a New
      Jersey Limited Liability Company,
10    ENTANGLED PUBLISHING, LLC, a
      Delaware Limited Liability
11    Company, HOLTZBRINCK PUBLISHERS,
      LLC D/B/A MACMILLAN, a New York
12    Limited Liability Company, and
      UNIVERSAL STUDIOS, LLC, a
13    Delaware Limited Liability Company,

14                      Defendants.
      -------------------------------X
15

16

17

18        REMOTE VIDEOTAPED DEPOSITION

19                      OF

20        CAROLE E. CHASKI, Ph.D.

21      Thursday, September 28, 2023

22

23

24              Reported by:
        AYLETTE GONZALEZ, RPR, CLR, CCR
25           JOB NO. 2023-911535

2

1

2          DATE:  September 28, 2023

3          TIME:  12:00 p.m.

4

5

6      Remote videotaped deposition of

7  CAROLE E. CHASKI, Ph.D., pursuant to

8  NOTICE, before AYLETTE GONZALEZ, a

9  Registered Professional Reporter, Certified

10 LiveNote Reporter, Certified Court Reporter

11 and Notary Public of the States of New

12 York, New Jersey, Pennsylvania, Delaware

13 and Texas.

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2      R E M O T E   A P P E A R A N C E S:

3

4   DONIGER / BURROUGHS  LAW FIRM

5   Counsel for Plaintiff

6   LYNNE FREEMAN

7            603 Rose Avenue

8            Venice, California  90291

9   BY:      STEPHEN M. DONIGER, ESQ.

10  EMAIL:   stephen@donigerlawfirm.com

11

12

13  COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP

14  Counsel for Defendants

15  TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,

16  ENTANGLED PUBLISHING, LLC, HOLTZBRINCK

17  PUBLISHERS, LLC d/b/a MACMILLAN and

18  UNIVERSAL CITY STUDIOS LLC

19            41 Madison Avenue

20            New York, New York  10010

21  BY:      BENJAMIN HALPERIN, ESQ.

22  EMAIL:   bhalperin@cdas.com

23

24

25

89

```
 1              DR. CHASKI (9/28/2023)

 2         Q.    So do you consider that

 3    evidence of copy-paste plagiarism here?

 4         A.    It could be considered

 5    copy-paste because even though six words in

 6    a row is considered the standard by, you

 7    know, five or seven -- five to seven

 8    different researchers on this topic, what's

 9    interesting is that smaller words in a row

10    have also been used in forensic cases.

11              So for instance, in the

12    unabomber case, David Kaczynski recognized

13    a three-word phrase in the manifesto, which

14    was cool-headed logician.  When he called

15    the FBI, you know, to mention that this

16    might be his brother Ted, the FBI agent who

17    supervised that result had spoken about how

18    cool-headed logician, that's only a three

19    words in a row.  But it was in the

20    manifesto and it was in Kaczynski's known

21    work and it did lead to them actually

22    getting a warrant and being able to go to

23    the cabin and find the manifesto itself,

24    the original version.

25              So even Coulthard says in his
```

90

```
 1              DR. CHASKI (9/28/2023)

 2   Coulthard and Johnson 2007, he says look,

 3   here's something with four running words in

 4   a row.  Now, that's way lower than his ten,

 5   but he recognizes that even four words in a

 6   row might be indicative of copy-paste

 7   plagiarism.  So these chapter titles being

 8   formatted this way could be indicative of

 9   copy-paste plagiarism, even though they're

10   less than the six-words-in-a-row consensus.

11              MR. HALPERIN:  Move to strike

12        that answer as non-responsive to my

13        question.

14        Q.   The question I'll ask now is,

15   is it your expert opinion sitting here

16   today, that Tracy Wolff committed

17   copy-paste plagiarism of the formatting of

18   Lynne Freeman's chapter titles in her

19   prepublication versions of Crave?

20        A.   I would not accuse her of

21   copy-paste plagiarism of the titles.  I

22   would ask why, why -- what explains that

23   coincidence.  It's not her habit.  One of

24   the interesting things about her style is

25   that she really makes interesting chapter
```