UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,
Plaintiff,

v.

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, et al.,

Defendants.

Case No. 1:22-cv-02435-LLS-SN

**PLAINTIFF'S NOTICE OF ERRATA AND WITHDRAWAL OF DKT NOS. 352 AND 353**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Lynne Freeman hereby provides this Notice of Errata re Plaintiff's Opposition to Defendants' Supplemental Motion Regarding Evidentiary Issues and Declaration of Mark D. Passin in Opposition to Defendants' Supplemental Motion Regarding Evidentiary Issues filed on March 12, 2024, under allocated Docket Nos. 352 and 353 (the "Opposition Papers"). Plaintiff mistakenly identified the Opposition Papers at the time of filing. Therefore, Plaintiff hereby withdrawals Docket Nos. 352 and 353 and refers the Court to the corrected Opposition Papers filed under Docket Nos. 354 and 355.

Dated: March 12, 2024

Respectfully submitted,

_____
**Reeder McCreary, LLP**
Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475
mark@reedermccreary.com
*Attorneys for Plaintiff Lynne Freeman*

1

**DONIGER/BURROUGHS**
Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(310) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff Lynne Freeman*