UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>TRACY DEEBS-ELKENANEY P/K/A<br>TRACY WOLFF, et al.,<br><br>  Defendants. | Case No.: 1:22-cv-02435-LLS-SN |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit as supplemental authority in support of their Motion for Summary Judgment on the Copyright Claims (ECF No. 298) the recent Opinion and Order in the United States District Court for the Southern District of New York in *Davis v. Am. Broad Co., et al.*, No. 22 CIV. 5944 (KPF), 2024 WL 1178014 (S.D.N.Y. Mar. 19, 2024), attached as Exhibit A. *Davis* is relevant to the issue of substantial similarity.

Dated: March 25, 2024

Respectfully submitted,

**COWAN DEBAETS ABRAHAMS
& SHEPPARD, LLP**

By: /s/ Nancy E. Wolff
Nancy E. Wolff
Benjamin S. Halperin
CeCe M. Cole
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: (212) 974-7474
Fax: (212) 974-8474
nwolff@cdas.com
bhalperin@cdas.com
ccole@cdas.com
*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Lacy H. Koonce, III
KLARIS LAW PLLC
430 West 14th Street
New York, NY 10014
Phone: (917) 612-5861
lance.koonce@klarislaw.com
*Attorneys for Emily Sylvan Kim*
*and Prospect Agency, LLC*

Dwayne K. Goetzel
Texas State Bar No. 08059500
KOWERT, HOOD, MUNYON, RANKIN &
GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
Telephone: (512) 853-8800
Facsimile: (512) 853-8801
dgoetzel@intprop.com
*Attorneys for Defendant Tracy Deebs-*
*Elkenaney p/k/a Tracy Wolff*