UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Lynne Freeman

              Plaintiff,

Case No. 1:22-cv-02435-LLS-SN

-against-

Tracy Deebs-Elkenaney P/K/A
Tracy Wolff, et al.

              Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending       ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Nancy E. Wolff**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: NW7805     My State Bar Number is 1796291

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cowan, DeBaets, Abrahams & Sheppard LLP
                   FIRM ADDRESS: 41 Madison Avenue, 38th Floor, New York, NY 1001
                   FIRM TELEPHONE NUMBER:_____
                   FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: Cowan, DeBaets, Abrahams & Sheppard LLP
                   FIRM ADDRESS: 60 Broad Street, 30th Floor, New York, NY 10004
                   FIRM TELEPHONE NUMBER:_____
                   FIRM FAX NUMBER:_____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/18/24

Nancy E. Wolff
_____
ATTORNEY'S SIGNATURE