UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNNE FREEMAN,

                              Plaintiff,

         -against-

TRACEY DEEBS-ELKENANEY, et al.,

                            Defendants.

-----------------------------------------------------------------X

22-CV-02435 (LLS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2024

**SARAH NETBURN, United States Magistrate Judge**:

      On November 21, 2024, Judge Stanton adopted the Report and Recommendation denying the parties' cross-motions for summary judgment on Plaintiff's direct copyright infringement and granting Defendants' motion for summary judgment on Plaintiff's state law claims. In light of these decisions, if the parties believe that a settlement conference would be productive, they are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 22, 2024
                  New York, New York