UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNNE FREEMAN,

                     Plaintiff,

       -against-

TRACY DEEBS-ELKENANEY, et al.,

                    Defendants.

-----------------------------------------------------------------X

22-CV-02435 (LLS)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for Friday, May 30, 2025, at 12:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. The purpose of the conference is to discuss (1) Defendants' May 14, 2025 letter request for a copyrightability hearing, and (2) Plaintiff's May 21, 2025 request for a discovery conference. Defendants shall file a response to Plaintiff's May 21 letter no later than Wednesday, May 28, 2025.

**SO ORDERED.**

                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:    May 22, 2025
             New York, New York