Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
stephen@donigerlawfirm.com
mark@reedermccreary.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

October 2, 2025

**DELIVERED VIA ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Ctrm 24A
New York, NY 10007-1312

**Case Title:** ***Freeman v. Deebs-Elkenaney et al,***
**1:22-cv-02435-CM-SN**
**Re:** **Request for Telephonic Appearance at Status Conference**

Dear Judge McMahon:

Thank you for your Memo Endorsement of earlier today scheduling a Status Conference in the above-referenced case for October 7, 2025, at 2 p.m. (ECF 478).

We write on behalf of Plaintiff Lynne Freeman, pursuant to Your Honor's Telephonic Appearance Procedures, Rule I, to request leave for attorneys Stephen M. Doniger and Mark Passin to appear telephonically at that hearing as each resides and works in Los Angeles, California. While David Jenkins will be able to attend in person on behalf of Plaintiff, Messrs. Doniger and Passin are lead trial counsel and are not practically able to make it to New York on such short notice given, *inter alia*, their other commitments and obligations early next week in Los Angeles. Plaintiff submits that the telephonic appearance of lead counsel will not prejudice any party and will not affect the efficient running of the Status Conference. We thank Your Honor for your consideration of this request.

Respectfully submitted,

By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
**DONIGER / BURROUGHS PC**

Mark Passin, Esq.
**REEDER MCCREARY, LLP**
*Attorneys for Plaintiff*