UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LYNNE FREEMAN,

                                    Plaintiff,

    -against-

TRACY DEEBS-ELKENANEY, et al.

                                    Defendants.

No. 22-cv-2435 (CM)

## ORDER

McMahon, J.:

The Parties are hereby ordered to deliver to the Court, in hard copy, two true and correct copies of each of the following within forty-eight hours of this Order:  (1) Tracy Wolff's *Crave*, *Crush*, *Covet*, and *Court*; (2) *Blue Moon Rising* (2011) ("*BMR 2011*"); (3) *Masqued* (2013) ("*BMR 2013*"); and (4) the nine sets of notes previously produced under Bates Nos. LF 089448, LF 261014, LF 089440, LF 175058, LF 089442, LF 140567, LF 089412, LF 089445, and LF 174135. The Parties shall further include any additional texts at issue that are relevant to the alleged copyright violations.

Dated: November 3, 2025

_____
                U.S.D.J

BY ECF TO ALL COUNSEL