**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

        Plaintiff,

    -against-

TRACY DEEBS-ELKENANEY, et al.

      Defendants.

Case No. 1:22-cv-02435-CM-SN

**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON SUBSTANTIAL SIMILARITY**

1

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff Lynne Freeman, through her undersigned counsel, upon the accompanying Memorandum of Law, respectfully moves the Court before the Honorable Colleen McMahon, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 24A, New York, New York 10007, for summary judgment in favor of Plaintiff pursuant to Fed. R. Civ. P. 56 with respect to substantial similarity between *BMR* and the *Crave* series.

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests oral argument if this motion is opposed pursuant to Section V.G. of the Court's Individual Rules.

Dated: January 26, 2026
Los Angeles, California

Respectfully submitted,

By:    /s/ *Stephen M. Doniger*
       Stephen Doniger, Esq.
       **DONIGER / BURROUGHS PC**
       603 Rose Avenue
       Venice, California 90291
       (31) 590-1820
       stephen@donigerlawfirm.com

       **Reeder McCreary, LLP**
       Mark D. Passin
       11766 Wilshire Boulevard,
       Suite 1470
       Los Angeles, CA 90025
       310-861-2475
       *Attorneys for Plaintiff Freeman*

2