**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

Plaintiff,

-against-

TRACY DEEBS-ELKENANEY, et al.

Defendants.

Case No. 1:22-cv-02435-CM-SN

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON SUBSTANTIAL SIMILARITY**

**TABLE OF CONTENTS**


I. Introduction……………………………………………………………………………..1

II. Standard of review for substantial similarity……………………………………………...4

A. The discerning ordinary observer test provides the3 lens for review……………..4

B. For literary works, there are two relevant frameworks through which a jury may find infringement…………………………………………………………..7

C. Review of the works in aggregate is appropriate…………………………………8

III. There is substantial similarity between *BMR* and the *Crave* Books………………………9

A. The *Crave* Books Copy Protectable Characters From *BMR*………………………9

i. The heroine / protagonist………………………………………………10

ii. The romantic lead……………………………………………………...18

iii. The imprisoned father/grandfather and first voice in the heroine's head……………………………………………………………………22

iv. The second romantic lead and second voice in the heroine's head……23

v. The heroine's multi-racial, part Black, winged, gay best friend…….....25

vi. The vampire prince/king villain……………………………………….25

vii. Heroine's female nemesis……………………………………………..26

viii. The heroine's aunt/uncle who is a witch…………………………….....28

ix. Heroine's maternal green-eyed grandmother, twin goddess…………..28

x. Mirrored supporting cast……………………………………………....29

B. The *Crave* Books Copy Protectable Plot and Storylines from *BMR*…………....30

i. *Crave*, Book 1, is substantially similar to *BMR*……………………......31

ii. *Crush* is substantially similar to *BMR*………………………………...64

iii. *BMR* and *Covet* are substantially similar……………………………...78

iv. *BMR* and *Court* are substantially similar……………………………...87

C. The *Crave* Books and *BMR* Share Substantially Similar Scenes and Settings…………………………………………………………..………....93

D. The Theme, Pace, and Overall Feel of the *Crave* Books and *BMR* Are Substantially Similar…………………………………………..………...95

i. The same themes are woven through both works…………..……....95

ii. The structure and pace of both works is the same…………..……...97

iii. The works share a substantially similar overall feel and impression…………………………………………………..……97

E. *BMR* and the *Crave* Books share fragmented literal similarity……………..…..98

IV. CONCLUSION……………………………………………………………….…..100

# TABLE OF AUTHORITIES


**Cases** **Page(s)**

*Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*,
598 U.S. 508, 143 S. Ct. 1258, 215 L. Ed. 2d 473 (2023) ........................................................ 6

*Arica Inst., Inc. v. Palmer*,
970 F.2d 1067 (2d Cir. 1992) ........................................................ 7

*Attia v. Soc'y of New York Hosp.*,
201 F.3d 50 (2d Cir. 1999) ........................................................ 8

*Boisson v. Banian*,
273 F.3d 262 (2d Cir. 2001) ........................................................ 5

*Castle Rock Ent., Inc. v. Carol Pub. Grp., Inc.*,
150 F.3d 132 (2d Cir. 1998) ........................................................ 8

*Detective Comics v. Bruns Publications*,
111 F.2d 432 (2d Cir. 1940) ........................................................ 10

*DiTocco v. Riordan*,
815 F. Supp. 2d 655 (S.D.N.Y. 2011) ........................................................ 8, 9

*Enter. Mgmt. Ltd., Inc. v. Construx Software Builders, Inc.*,
73 F.4th 1048 (9th Cir. 2023) ........................................................ 6

*Eyal R.D. Corp. v. Jewelex New York, Ltd.*,
576 F. Supp. 2d 626 (S.D.N.Y. 2008) ........................................................ 6

*Hamil Am., Inc. v. GFI*,
193 F.3d 92 (2nd Cir. 1999) ........................................................ 4

*Kaye v. Cartoon Network Inc.*,

297 F. Supp. 3d 362 (S.D.N.Y. 2017) ........ 5, 9

*Knitwaves, Inc. v. Lollytogs Ltd, Inc.*,

71 F.3d 996 (2nd Cir. 1995) ........ 6

*Pannonia Farms, Inc. v. USA Cable*,

No. 03 CIV. 7841 (NRB), 2004 WL 1276842 (S.D.N.Y. June 8, 2004) ........ 6

*Penguin Random House LLC v. Colting*,

270 F. Supp. 3d 736 (S.D.N.Y. 2017) ........ 10, 31

*Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*,

602 F.3d 57 (2d Cir. 2010) ........ 4, 5

*Porto v. Guirgis*,

659 F. Supp. 2d 597 (S.D.N.Y. 2009) ........ 7

*Sandoval v. New Line Cinema Corp.*,

147 F.3d 215 (2d Cir.1998) ........ 4

*Sheldon Abend Revocable Tr. v. Spielberg*,

748 F.Supp.2d 200 (S.D.N.Y. 2010) ........ 9

*Sheldon v. Metro–Goldwyn Pictures Corp.*,

81 F.2d 49 (2d Cir.1936) ........ 8

*SHL Imaging, Inc. v. Artisan derivaHouse, Inc.*,

117 F.Supp.2d 301 (S.D.N.Y.2000) ........ 6

*Soptra Fabrics Corp. v. Stafford Knitting Mills, Inc.*,

490 F.2d 1092 (2d Cir.1974) ........ 4

*TufAmerica, Inc. v. Diamond*,

968 F. Supp. 2d 588 (S.D.N.Y. 2013) .......... 4

*Tufenkian Import/Export Ventures, Inc. v. Einstein Moomjy, Inc.*,

338 F.3d 127 (2d Cir.2003) .......... 5, 6, 8

*Twin Peaks Prods., Inc. v. Publications Int'l, Ltd.*,

996 F.2d 1366 (2d Cir. 1993) .......... 7, 8, 9

*Walker v. Time Life Films, Inc.*,

784 F.2d 44 (2d. Cir. 1986) .......... 7

*Warner Bros. Inc. v. American Broadcasting Companies, Inc.*,

720 F.2d 231 (2d Cir. 1938) .......... 10

*Williams v. Crichton*,

84 F.3d 581 (2d Cir. 1996) .......... 5

**Statutes**

17 U.S.C. § 106(2) .......... 6

**Rules**

Fed. R. Civ. P. 56 .......... 1

## I. Introduction

Pursuant to this Court's directive at the Pretrial Conference held on January 12, 2026, and the Court's Minute Entry of the same day, Plaintiff Lynne Freeman offers this brief to establish that Summary judgment should be granted to establish substantial similarity between *BMR* and the *Crave* series.[1] While Judge Netburn found, after a fulsome review of the evidence, that "here, the similarities fall somewhere between probative and striking [such that] substantial similarity presents a particularly close question of fact and should be decided by a jury," the similarities are in fact so overwhelming that a finding in Plaintiff's favor is warranted.

Both tell essentially the same story in the first-person voice of an approximately seventeen-year-old girl from San Diego who arrives in Anchorage, Alaska after an accident kills her family members. Her last words with her family were in a fight and she feels guilty. The accident was in a type of car that crashed and fell a long distance. She suffers panic attacks and anxiety from the trauma of her loss. She now lives with the only two family members she believes she has left who are both supernatural witches which she doesn't know because she has been kept ignorant of the

[1] Plaintiff maintains that the Court previously addressed substantial similarity on the merits in ruling on the prior cross-summary judgment motions and that further pre-trial proceedings on that question are improper for, *inter alia*, the reasons set forth in Plaintiff's Submission Re Scheduling And Consideration of Expert Testimony Re: What is Copyrightability (In Response To DKT. 503). *See* ECF 511. Plaintiff further objects to this "summary judgment" proceeding on the grounds that (a) the previous rulings on the parties respective motions for summary Judgment and the Courts ruling on the parties objections thereto and motions for reconsideration are the law of the case and there are no grounds for departing therefrom such as an intervening change in law, availability of new evidence or the need to correct a clear error or prevent manifest injustice and (b) the current papers required by the Court do not comply with Rule 56 of the Fed. R. C.Proc. or the deadline for the filing of a motion for summary judgment established by the Court. Nevertheless, to comply with the Court's directive and since she believes summary judgment should have been previously granted in her favor she offers this brief and also requests that all of her papers and evidence filed in connection with the prior summary judgment proceedings be incorporated by reference, including, but not limited to, ECF Nos. 274, 276 - 285, 28 -290, 328-337, 340-341 and 352-356.

magical world. She will later learn that she has a maternal green-eyed grandmother (and is the descendant of a twin goddess through her) and a father / grandfather (with smokey-gray / smoke-gray eyes who is the voice she hears in her head talking to her) and are alive in each work.

The heroine believes she is human at the beginning of the story in both works. She is half-witch by blood though she is something different. She is a creature not seen in their world in ten generations (*BMR*) / 1,000 years (*Crave* series) who can shift forms, has magic in her blood (*BMR*) / veins (*Crave* series), and whose very purpose is to restore the balance among the warring factions of supernatural creatures. The war between the supernaturals threatens the human world and fights have caused serious storms. The heroine is a queen and a unique being whose kind are protectors of all creatures, and they don't take sides in the strife between the supernaturals to protect the balance.

*BMR* and *Crave* begin with the heroine on her way to school thinking of her lost family members often and the Alaska weather in negative terms, comparing it with California. It is not the first day of school in either story. She compares Alaska with the moon. She encounters the romantic lead at the end of chapter two in each work. She recognizes the loss in his eyes as like her own and later learns his older brother who was nineteen (*BMR*) / looks about nineteen (*Crave* series) was murdered (or believed to be murdered) and he feels responsible. Later, the first kiss between the romantic lead and the heroine occurs outside at night while they watch the sky–the northern lights (*BMR*) / a meteor shower (*Crave*), and is the catalyst for her discovery of the supernatural world when the romantic lead loses control of his powers during the kiss. The heroine thinks of the romantic lead as a monster in this scene and demands answers the next day, learning that he is a werewolf (*BMR*) / vampire (*Crave*). The romantic lead believes he has a duty to stop the supernatural war.

The heroine is attacked when she is alone by two guys who remind her of 80's rockers and aren't dressed for the winter weather around page 50 of each work. They are supernatural, but she doesn't know it. The choreography of this attack scene is remarkably similar with one of the guys saying "Well, well, well. Looks like…" to the heroine and the same fight sequence ensues.

The heroine hears a voice in her head throughout the story giving her warnings, telling her to run. She argues with the voice and wonders if it is her wolf half (*BMR*) / gargoyle side (*Crave* series). In *BMR* and books 2, 3, 4 of the *Crave* series, the voice is revealed to be her smokey-gray eyed father "Athair" in *BMR* / smoke gray eyed grandfather "Alistair" in *Crave* series whose kind speak Gaelic. He is trapped in his supernatural form at the hands of the vampire prince / vampire king who is the ultimate villain in the works.

In each work there is a scene where the heroine's drink is spiked by her female nemesis which foreshadows the climax of the story and that character's involvement. Specifically, the heroine is kidnapped by the vampire prince (*BMR*) / vampire prince's mate (*Crave*) in an act of vengeance against the person believed to have caused the mate's death. This vampire wants to use the heroine to bring back their dead mate (who is actually alive in another dimension). In each work it turns out that this vampire is responsible for the deaths of the heroine's family members. The romantic lead comes to the rescue, the door / wall "shudders" and there is a fight with a "primal war cry." The romantic lead saves the heroine's life and she saves his; he believes her abduction was his fault; he tells her he loves her and she tells him she loves him for the first time after this scene.

The book ends with a character called "the Bloodletter" turning into a raven (*BMR*) / winged creature (*Crave*) and flying away. Then the main plots of *Crush*, *Covet* and *Court* appropriate and repurpose secondary storylines from *BMR*. And, as set forth below, along with the

remarkable specific similarities between the plots and storylines of the works, there are parallel settings and the themes, and total concept and feel of the works are substantially similar. The similarities are so overwhelming that there is, in truth, be no material question for the jury.

## II. Standard of review for substantial similarity

### A. The discerning ordinary observer test provides the lens for review

"[T]he Second Circuit has recognized a number of different tests that courts can apply in determining the extent of similarity that will 'constitute a substantial, and hence infringing, similarity.'" *TufAmerica, Inc. v. Diamond*, 968 F. Supp. 2d 588, 596 (S.D.N.Y. 2013), quoting *Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*, 602 F.3d 57, 63 (2d Cir. 2010). Regardless of the test used, substantial similarity is a fact intensive determination, there "are no bright-line rules for what constitutes substantial similarity," and the decision must be made "on a case-by-case basis." *Id.*, quoting *Sandoval v. New Line Cinema Corp.*, 147 F.3d 215, 217 (2d Cir.1998). The ultimate question on summary judgment is whether "the good eyes and common sense" of any reasonable jury could conclude that the works at issue are or are not substantially similar. *Hamil Am., Inc.*, 193 F.3d at 102, quoting *Soptra Fabrics Corp. v. Stafford Knitting Mills, Inc.*, 490 F.2d 1092, 1093 (2d Cir.1974).

This Court previously indicated an intent to utilize the "more discerning" ordinary observer test, as the works at issue contain both protectable and non-protectable elements. Under that test "[c]ourts are not to consider only the protectable elements of the two works in isolation[,]" because "[s]uch a scattershot approach cannot support a finding of substantial similarity because it fails to address the underlying issue: whether a lay observer would consider the works as a whole substantially similar to one another." *Kaye v. Cartoon Network Inc.*, 297 F.

Supp. 3d 362, 367 (S.D.N.Y. 2017), quoting *Boisson v. Banian*, 273 F.3d 262, 272 (2d Cir. 2001), *Williams v. Crichton*, 84 F.3d 581, 590 (2d Cir. 1996).

Indeed, unprotectable elements are not filtered out because works of art like literature and music are composed of underlying elements (notes, words, chord progressions, ideas, etc...) that may not be individually protectable but are protectable in their original selection and arrangement. Instead, the Court must "compare holistically the works' 'total concept and overall feel'" to determine if the works are substantially similar. *Id.*, citing *Gaito*, 602 F.3d at 66 (internal citations omitted). To be sure, "selection and arrangement" is not a theory of liability but a fundamental principle of copyright law. Under the Copyright Act, "the defendant may infringe on the plaintiff's work not only through literal copying of a portion of it, but also by parroting properties that are apparent only when numerous aesthetic decisions embodied in the plaintiff's work of art—the excerpting, modifying, and arranging of [unprotectible components] ...—are considered in relation to one another." *Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*, 602 F.3d 57, 66 (2d Cir. 2010), quoting *Tufenkian Import/Export Ventures, Inc. v. Einstein Moomjy, Inc.*, 338 F.3d 127, 133 (2d Cir.2003).

Thus, when reviewing substantial similarity in this case, dissection of the works into protectable and non-protectable elements is improper. This naturally includes the original selection or arrangement of elements that, standing alone, the Court would view as an unprotectable trope or "scènes-à-faire." A defendant commits copyright infringement where it has "misappropriated 'the original way in which the author has 'selected, coordinated, and arranged' the elements of his or her work'" regardless of whether those elements are individually protectable or copyrightable. *Id.*, citing *Knitwaves Inc.*, 71 F.3d at 1004.

Relatedly, substantial copying amounts to infringement where the defendants' work adapts or transforms the copied material into a derivative work. A defendant creates a derivative work if it "incorporate[s] a substantial element of a preexisting work of authorship and recast[s], transform[s], and adapt[s] those elements." *Eyal R.D. Corp. v. Jewelex New York, Ltd.*, 576 F. Supp. 2d 626, 633 (S.D.N.Y. 2008), quoting *SHL Imaging, Inc. v. Artisan derivaHouse, Inc.*, 117 F.Supp.2d 301, 305 (S.D.N.Y.2000). The Copyright Act reserves the right to "prepare derivative works" from an existing work exclusively for the copyright owner of the existing work. See 17 U.S.C. § 106(2). Thus, even if the Court finds that Defendants adapted or transformed the copied elements of *BMR* into a derivative work, Defendants have still committed infringement.

And that infringement extends to *Crush*, *Covet* and *Court* as follow-on works since it is well established that sequels and subsequent installments in a series are derivative works of the first, including as they incorporate elements such as characters, settings, and plots throughout the series. See *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, 598 U.S. 508, 541, 143 S. Ct. 1258, 1282, 215 L. Ed. 2d 473 (2023)(including "sequels" among "derivative works."); see also *Pannonia Farms, Inc. v. USA Cable*, No. 03 CIV. 7841 (NRB), 2004 WL 1276842, at *7 (S.D.N.Y. June 8, 2004), aff'd in part, dismissed in part, 426 F.3d 650 (2d Cir. 2005) ("Subsequent works in a series (or sequels) are in as sense derivative works while the characters which appear throughout the series are a part of the underlying work upon which the later works are based.") Thus, subsequent installments of a series where the first infringes on another original work are themselves infringements of that original where they carry over the elements first substantially copied from the original work. *Enter. Mgmt. Ltd., Inc. v. Construx Software Builders, Inc.*, 73 F.4th 1048, 1059–60 (9th Cir. 2023)("if elements in an original work were

copied by an infringing work, and the defendant copies those elements as set forth in the infringing work, the defendant's copy infringes the original work").

Accordingly, where Wolff's first book, *Crave*, infringes on *BMR* and/or amounts to an unlawful derivative work of *BMR*, the later installments of the series are equally infringing as they are derivatives of *Crave* and incorporate characters, settings, and plot lines that *Crave* copied from *BMR*.

**B. For literary works, there are two relevant frameworks through which a jury may find infringement**

Outside of copy-and-paste plagiarism cases, courts of this Circuit typically utilize two different tests to review literary works for substantial similarity: comprehensive non-literal similarity and fragmented literal similarity. Freeman need not choose one or the other as the two are not mutually exclusive. Rather, the Court should evaluate substantial similarity through both tests and may grant summary judgment through either. See *Twin Peaks Prods., Inc. v. Publications Int'l, Ltd.*, 996 F.2d 1366, 1372–73 (2d Cir. 1993)(reviewing for both on summary judgment and finding both).

Comprehensive, non-literal similarity "allows copyright protection where there is no word-for-word or literal similarity but where the defendant has nonetheless appropriated the "fundamental essence or structure" of plaintiff's work." *Arica Inst., Inc. v. Palmer*, 970 F.2d 1067, 1073 (2d Cir. 1992), citing Nimmer, 3 Nimmer on Copyright § 13.03[A] at 13–24 to 25. To determine if comprehensive non-literal similarity exists, the trier of fact examines factors such as similarity in plot, theme, dialogue, mood, setting, pace and sequence. *Walker v. Time Life Films, Inc.*, 784 F.2d 44, 48 (2d. Cir. 1986). See also, *Porto v. Guirgis*, 659 F. Supp. 2d 597, 614

(S.D.N.Y. 2009); *DiTocco v. Riordan*, 815 F. Supp. 2d 655, 667 (S.D.N.Y. 2011), aff'd, 496 Fed. App'x 126 (2d Cir. 2012).

Alternatively, literal fragmented similarity provides for infringement where, regardless of whether the works show "global similarities of structure and sequence," they share substantial "localized similarity in language." *Twin Peaks Prods., Inc. v. Publications Int'l, Ltd.*, 996 F.2d 1366, 1372 (2d Cir. 1993). This literal similarity can take the form of either exact copying or "close paraphrasing." *Castle Rock Ent., Inc. v. Carol Pub. Grp., Inc.*, 150 F.3d 132, 140 (2d Cir. 1998), citing 4 Melville B. Nimmer & David Nimmer, Nimmer on Copyright § 13.03 [A] [1], at 13–29, § 13.03[A][2], at 13–45 (1997).

Of course, the mere existence of differences or non-copied material does not preclude a finding of substantial similarity. It is "'entirely immaterial that, in many respects, plaintiff's and defendants' works are dissimilar, if in other respects, similarity as to a substantial element of plaintiff's work can be shown.'" *Attia v. Soc'y of New York Hosp.*, 201 F.3d 50, 57–58 (2d Cir. 1999); see also *Tufenkian Imp./Exp. Ventures, Inc. v. Einstein Moomjy, Inc.*, 338 F.3d 127, 132 (2d Cir. 2003), quoting *Sheldon v. Metro–Goldwyn Pictures Corp*., 81 F.2d 49, 56 (2d Cir.1936)("It has long been settled that 'no plagiarist can excuse the wrong by showing how much of his work he did not pirate[.]'").

As fully ventilated below, *BMR* and the *Crave* Books share substantial comprehensive non-literal similarity and fragmented literal similarity.

**C. Review of the works in aggregate is appropriate**

In reviewing for substantial similarity, the Court should not consider only one of Freeman's manuscripts against one of the *Crave* Books but rather should review all the *BMR* manuscripts in the aggregate and the *Crave* Books as a series. This is in line with the common

practice of courts of the Second Circuit, which generally review works of multiple volumes or iterations in the aggregate. See *DiTocco v. Riordan*, 815 F. Supp. 2d 655, 658 (S.D.N.Y. 2011), aff'd, 496 F. App'x 126 (2d Cir. 2012)(reviewing the plaintiff's two books and the defendant's five-book series in the aggregate to find if the series were substantially similar); see also *Kaye v. Cartoon Network Inc.*, 297 F. Supp. 3d 362, 364–65 (S.D.N.Y. 2017)(comparing the plaintiff's nine-part comic book series the defendant's multi-season TV shows as aggregated wholes); *Twin Peaks Prods., Inc. v. Publications Int'l, Ltd.*, 996 F.2d 1366, 1370–71 (2d Cir. 1993)(comparing the defendant's work against the entirety of the Twin Peaks television show).

Even if the Court does review the works individually, however, substantial similarity is beyond reasonable dispute, as follows.

## III. There is substantial similarity between *BMR* and the *Crave* Books

As this Court is likely aware, having read all the books, *BMR* and the *Crave* series share a substantially similar cast of characters who interact in substantially similar ways across a substantially similar storyline with substantially similar plot points, scenes, settings, theme, pace, and overall feel. Because no reasonable factfinder could conclude otherwise, this motion should be granted.

### A. The *Crave* Books Copy Protectable Characters From *BMR*

"'In determining whether characters are similar, a court looks at the 'totality of [the characters'] attributes and traits as well as the extent to which the defendants' characters capture the 'total concept and feel' of figures in [the plaintiff's work].'" *Kaye v. Cartoon Network Inc.*, 297 F. Supp. 3d 362, 368 (S.D.N.Y. 2017), quoting *Sheldon Abend Revocable Tr. v. Spielberg*, 748 F.Supp.2d 200, 208 (S.D.N.Y. 2010). As explained above, it is of no moment if the

characters bear minor or superficial differences; the question is whether the overall concept and feel between the characters is substantially similar.

As the Second Circuit explained in *Warner Bros. v. American Broadcasting Cos.*,

> [w]hat the character thinks, feels, says and does and the descriptions conveyed by the author through the comments of other characters in the work episodically fill out a viewer's understanding of the character…
> Ultimately, care must be taken to draw the elusive distinction between a substantially similar character that infringes a copyrighted character despite slight differences in appearance, behavior, or traits, and a somewhat similar though non-infringing character whose appearance, behavior, or traits, and especially their combination, significantly differ from those of a copyrighted character, even though the second character is reminiscent of the first one.

720 F.2d 231, 241–42 (2d Cir. 1938). In *Warner Bros*., the Second Circuit rejected "defendants' mode of analysis whereby every skill the two characters share is dismissed as an idea rather than a protected form of expression." *Id*. at 243. That each one may begin as "an idea does not diminish <u>*the expressive aspect of the combination*</u>… and [the] similarity cannot be rejected by isolating as an idea each characteristic the characters have in common[.]" Id. (emphasis added). Indeed, "[t]hat approach risks elimination of any copyright protection for a character, unless the allegedly infringing character looks and behaves exactly like the original." *Id*.

Nor is copying excused as mere " scenes a faire" simply because both characters draw from common archetype. See *Penguin Random House LLC v. Colting*, 270 F. Supp. 3d 736, 746 (S.D.N.Y. 2017), citing *Detective Comics v. Bruns Publications*, 111 F.2d 432, 433 (2d Cir. 1940)(noting that the *Detective Comics* court found that 'Wonderman,' a superhero with only superficial differences from 'Superman' is infringing, even though both are drawn from the same basic Herculean character type.")

The *Crave* Books copy, *inter alia*, the following original characters from *BMR*:

**i. The Heroine / protagonist**

The heroines in both works share key psychological, biographical, and somatic fingerprints. The similarities cover their origins, their internal monologues regarding anxiety (they both suffer panic attacks from the trauma of losing family), humor which is often self-directed, their specific reactions to the supernatural, and their distinctive internal psychology and narrative function. The inciting incident in both narratives with the heroine on her way to school and thinking about her life in California and comparing it to the cold of Alaska, and the loss of her family, is identical in function and geography. The specific vector–relocating from the sunny, warm, climate of San Diego, California, to the dark, cold environment of Alaska is a distinctive choice that establishes a specific shared atmospheric contrast. This relocation was a necessity in the story driven by a sudden, traumatic accident that claimed the lives of her immediate family members (which she later learns was caused by the villain who kidnaps her.)[2] In both texts, the heroine's internal monologue immediately contrasts her former life of "sunshine" with the "frozen" hostility of Alaska. The protagonist views Alaska not just as a location, but as a punitive

[2] Not only was this accident in a type of car that crashed and fell a long distance, but the accident was caused by the same villain who kidnaps the heroine; the vampire prince / vampire prince's mate: "B-but he died in the elevator crash with my grandparents." I insisted stubbornly. He shook his head. "Not so. That was no accident, Anna Sweet." *BMR* 2010 p. 443, "I spent weeks planning your parents' accident…" *Crave* p. 483

or hellish landscape reflecting her internal grief.[3] She also carries guilt because her final words with her family were in an argument just before the accident.[4]

These key similarities establish the foundational DNA of the protagonist. The heroines are defined by the sharp transition from San Diego sun to Alaskan ice, triggered by death and a burden of guilt. The selection of San Diego to Alaska (specifically, Anchorage in *BMR* and first editions of *Crave*)[5], the accident that killed her family, the guilt of an argument beforehand, indicates a shared specific vision for the inciting incident. The characterization of Alaska as a "frozen wasteland" or "frozen hellhole[6]" sets an identical atmospheric tone—one of isolation, exile, and hostility—before the supernatural elements are even introduced.

The heroine's anxiety and panic attacks from the trauma of family members' deaths[7] which manifest physically throughout both stories, are visceral and cause the heroine's stomach

---

[3] We'd lived in California before the accident; a time and place of sunshine and laughter. Now we live here, a land of seemingly perpetual darkness and winter. *BMR 2011* p. 11; It's so cold out…How can anyone live like this? It's unreal, especially considering it was seventy degrees where I woke up this morning. *Crave* p. 5. It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed. *BMR 2011* p. 12; It's not the first description that popped into my head--no that was the old cliche that hell has actually frozen over--but it's the most polite one. *Crave* p. 3; 'We lived in San Diego. Talk about extremes!' I rolled my eyes *BMR 2011* p. 124; "I mean, Alaska is about as different from San Diego as it can get…" *Crave* p. 278. ...my dad and grandparents were killed. I've always felt it was somehow my fault…the accident…so I blotted it out as best I could…My mom's car glided into the parking lot. *BMR 2010* p. 9, 2011 p. 12; I feel a pang looking at them, but I don't let myself dwell on everything I had to leave behind, any more than I let myself dwell on the idea of strangers living in the house I grew up in…who cares about a house…when I've lost so much more?...He nods toward a parking lot. *Crave* p. 5

[4] I pitched a fit...I've always felt really guilty about what happened. If I hadn't insisted on having my way, they'd still be alive. *BMR 2010* p. 100-101; I wish that the last words my parents and I spoke weren't hurled at each other in a fight that seems so stupid now. *Crave* p. 45

[5] The original landing place of the heroine in *Crave* was Anchorage in early editions. It was later changed to Fairbanks: "I've been freezing since I landed in Anchorage." p. 98 First Edition, published by Entangled Teen, April, 2020 Purchased in March 2021.

[7] *The World Notes, 2010*; Fear set in and with it came its cousin, anxiety. I figured panic wasn't too far behind. And if I gave into that panic I knew I would be lost. *BMR* 2011 p. 524, Dr.

to "tighten[],"[8] and perform gymnastics,[9] make her heart sink down to her feet,[10] and heart race in rhythmic double/triple time,[11] and leave her unable to "get the words out" through her "tight" throat, etc.[12] She views these panic attacks as "defense mechanisms" designed to protect her from her trauma.[13] In both stories these panic attacks are not merely backstory but active elements of the heroine's characterization throughout the plot, serving dual purposes of making her relate through her vulnerability and psychological struggle, while also providing opportunities for connection with the romantic lead who is suffering from the loss of his older brother.[14] The heroines even utilize the same techniques of careful breathing and counting their breaths to manage their anxiety and panic.[15] The heroine in both works thus suffers not only with relatable grief but a specific and personal feeling of guilt and panic attacks. They share the same specific psychological and physiological struggle, rather than simply dealing with the ordinary grief or depression of having lost loved ones.

In both stories, the heroine believes she is an ordinary human but later learns she is a half-witch by birth, and ultimately a unique magical being and queen that has not been seen in

---

Blake…giving me tips on how to deal with the anxiety I've been having since my parents died.....Just the idea of not being able to breathe sets off the beginnings of the panic attack I've barely kept at bay all day. p. 15

[8] *BMR* 2016 p.14 / *Crave* p.403.

[9] *BMR* 2010 p.14 / *Crave* p.206.

[10] *BMR* 2011 p.199 / *Crave* p.289.

[11] *BMR* 2011 p.175 / *Crave* p.188.

[12] *BMR* 2011 p.31 / *Crave* p.139.

[13] *BMR* 2011, p.79, *Crush* p.123.

[14] *BMR* 2011 p. 125, 2012 p. 110; *Crave* p. 129-130.

[15] "I draw a breath in through my nose, exhaling long and slow through my mouth…" *BMR* 2013 p. 332, I take several deep breaths--in through my nose, out through my mouth...it takes a minute or three... *Covet* p. 1; I draw in a few slow breaths and count. *BMR* 212 p. 466, I take a few breaths, count backward…*Covet* p. 167; I stare at the floor, counting to ten out loud telling myself to breathe. *BMR* 2012 p. 171, I take a deep breath, then several more as I count to ten… *Covet* p. 304, 305 etc.

ten generations/1,000 years who can shift forms and whose entire purpose as a supernatural being is to maintain the balance.[16] She is specifically born to balance two opposing forces Shadows and Light (*BMR*) / Chaos and Order (*Covet*) to maintain the balance and was born for this purpose to bring balance in the supernatural world.[17] The supernatural world being out of balance even affects the human world causing erratic weather and storms.[18] She discovers both of her parents were supernatural creatures, one a witch, the other a werewolf/gargoyle, and that she is the descendent of a twin goddess through her maternal, green-eyed grandmother.[19] Both discover they have a father (*BMR*) / grandfather (*Court*) with smoky-gray eyes who first appears as a mysterious voice in her head. He is trapped in his supernatural form in chains on an island at the hands of the ultimate villain, the vampire prince / king.[20]

---

[16] Her father was a witch *Crave* p. 315; and her mother a witch *BMR* 2013 p. 220; *BMR* 2012 p. 207 (most powerful), *Covet* p. 50; *BMR* 2012 pp. 197, 395 "The Kindred are protectors of the land and all of its creatures, including humans. They protect against demons but also against humans who disturb the natural balance." *Crush*: "Gargoyles kept the balance among all the paranormals...and every other not-just-human creature on the planet—and also humans." p. 220 "...and that's why gargoyles have always been protectors." p. 219; *BMR* 2012 p. 486, *Covet* p. 610; "queen" *BMR* 2012 p. 486, *Covet* p. 610; *BMR 2012* p. 218, *Covet* p. 395 "maintain the balance" *Crush* p. 242

[17] *BMR* 2013 p. 220, *Covet* p. 398 (shadows and light, chaos and order, balance both); *BMR* 2013 p. 220, *Covet* p. 395 (maintain the balance); *BMR* 2012 p. 216-217, *Covet* p. 396 (she was born for this purpose).

[18] *BMR* 2012 p. 13-14; 217, *Covet* p. 112.

[19] The maternal grandmother has "more than a hint of danger" / "more than a little avarice" in her "green eyes." *BMR* 2016 p. 98, *Court* p. 146-47. She is part of the twin goddess creation story and the heroine is her descendant. *BMR* 2016 pp. 104-105, 2014 p. 346; *Covet* p. 392, *Court* p. 159.

[20] The heroine's father (*BMR*) / grandfather (*Crave* series) is the voice she hears in her head and has "smoky-gray eyes" / "smoke-gray eyes." *BMR* 2011 p. 582, *Covet* p. 649. "That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run!" *BMR* 2011 p. 472 compared with *Crave* p. 472 "But the voice inside me is finally back and it's urging me to run, to get away, to leave…" *BMR* 2011 p. 478 (her father is a wolf), *Court* p. 37 (her grandfather is a gargoyle).

In both works, the heroine is intentionally kept ignorant of the supernatural world, her family's true natures, and her place in that world. She is given special teas prepared by her mother and aunt who wish to keep her powers hidden for her protection. In both stories, she is in danger of being killed by supernatural beings because they fear she could bring about the resurrection of Ronan in *BMR* / Hudson in *Crave*, whose return would cause the end of the world.[21] The catalyst for the heroine's discovery of the supernatural world is the first kiss with the romantic lead, which occurs outside in the cold where they are watching the Northern Lights in *BMR*, and a meteor shower in *Crave*, when he loses control of his powers.[22] The next day, the heroine demands the truth. She is later told "there's magic in your veins/blood," which emphasizes the biological or hereditary nature of her magic in both works.[23]

Both heroines cope with the revelations of the supernatural world of vampires, werewolves, gods, witches, *wendigos*, demons, succubus, etc. by repeatedly attempting to rationalize the impossible situations they are confronted with. For example, the heroine is confronted with a character's very long life and tries to "do the math in her head" to figure out how they could be "a thousand years old" / "over a thousand years old."[24] She has felt like an outsider in her own life: "I've felt out of touch, out of place, my whole life." (*BMR*) / I felt odd,

---

[21] *BMR* 2013 pp. 462, 467, *Crush* p. 106; "By keeping you ignorant of your heritage, I placed you in unnecessary danger..." . *BMR* 2014 p. 376, Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers. *The Plot* 2008, *BMR* 2013 p. 467, "My parents knew, they knew I was a gargoyle, and they never told me... They kept me ignorant." *Covet* p. 600; *BMR* 2013 p. 213, p. 330, 344 and 2011 p. 470, *Crave* p. 467-468 (end of the world, Ronan / Hudson, heroine must die).
[22] *BMR* 2013 p. 155-158; *BMR* 2011 p. 172, *Crave* 270 (first kiss);*BMR* 2013 p. 162, *Crave* p. 448 (monster); *BMR* 2011 p. 173-176, *Crave* p. 172 (his eyes, she needs to get away).
[23]"There's magic in your veins." *BMR 2011* p. 440; "There's magic in your blood." *Court* p. 477
[24] *BMR* 2010 p.337 / *Court* p. 369 Math in her head

out of place, a fish out of water in my own body… and in my own life.[25] She ultimately finds comfort in the supernatural world and says it "feels like coming home."[26]

The heroines are also substantially similar in personality and the way they express themselves internally and externally. They both fail to see themselves as beautiful but are seen by others as "beautiful, strong, and smart."[27] They both take advanced classes in school, love to read, quote Shakespeare and other literary works, and like to talk about French philosophers.[28]

In both stories, the heroine attempts to hold onto the rational and cope with the impossible through calculation and humor. She is sarcastic at times, uses humor to deal with stressful situations, and makes up nicknames such as Mr. Tall Dark and Bloodthirsty / Mr. Tall Dark and Surly (for a vampire prince); Hunkypants / Pouty-pants ( talking about romantic lead); "the Hulk;" Big, Bad and Bald / Big and Bigger, etc.[29] When embarrassed with the romantic lead she humorously references "word vomit" (*BMR*) / "vomiting words" (*Crave)* [30] When she is bitten by a werewolf, she jokes about becoming one: "Maybe I'll be a half-wolf, hairy chick running around on all fours," and worries about becoming a "werebear"(*BMR*) / "weregoyle" "garwolf" (*Crave*).[31] When she is kidnapped at the climax of the story, and understands that the

---

[25] *BMR* 2012 p. 81; 2011 p. 448; 2013 p. 89, *Covet* p. 600.
[26] *BMR* 2013, p. 378, 2012 p. 202, *Chapter Outline to Emily Sylvan Kim*; *Crush* p. 153, 219.
[27] *BMR* 2016 p. 10, 2010 p. 12, *Crave* p. 73 (Not Beautiful, gorgeous:); *BMR* 2010 pp. 103, 53, *Covet* p. 423 (Strong, smart, beautiful).
[28] *BMR Plo*t 2008, 2011 pp. 29, 39, *Crave* pp. 25, 226, 247 (advanced classes); *BMR* 2013 Chapter Outline to Emily Sylvan Kim, *BMR* 2011 pp. 464, 385, 230, 2013 p. 117, *Crave* pp. 91, 191, 252 (loves to read); *BMR* 2010 p. 30, *Crave* pp. 161, 24-25 (quotes Shakespeare); *BMR* 2011 p. 264, 2012 p. 4, *Covet* pp. 201, 383 (quotes literary works); *BMR 2012* p. 258, 2013 p. 262, *Covet* p. 382 (talks about French philosophers).
[29] *BMR 2011* p. 507, *Crave* p. 32 (Mr. Tall Dark etc); *BMR 2011* p. 25, *Covet* p. 667 (Hunky/pouty pants); *BMR 2013* p. 59, *Covet* p. 179 (the Hulk); *BMR 2013* p. 308, *Covet* p. 591 (Big, Bad and Bald /Big and Bigger) etc.
[30] Vomit words with romantic lead: *BMR 2011* p. 52, *Crave* p. 52.
[31] *BMR 2011* p. 455, *2012* p. 335, *Crush* p. 95.

evil vampire is going to use her to bring back their dead mate, she thinks about Frankenstein in her head in a funny way: "I could be…Frankenstein's bride" (*BMR*) / "…I read Frankenstein…I can only imagine what abomination she'll bring back from the dead…" (*Crave)*.[32] This shared pattern of deflecting fear through humor–by assigning ironic nicknames and framing the supernatural in wry, comic terms–reveals a congruent psychological architecture. In both texts the heroine copes with existential threat by converting terror into wit and using levity as a defense mechanism to preserve her agency and emotional equilibrium.

There are also parallel, specific lifestyle details. For example, the heroines' favorite food comes from a local Mexican restaurant, she drinks tea often, and notes: "Tea is big in our family...None of us are coffee people." (*BMR*); "It was always more about tea at my house." (*Crave*) and her aunt /mother was an herbalist.[33] She also has the same tic with the romantic lead at the beginning of the story when she's uncomfortable; she ducks her head down.[34] She loves homemade chocolate chip cookies, and has apples and yogurt at school.[35] With only two known living relatives, the heroine finds a new family among her friends who turn out to be supernatural creatures. The heroine cannot handle any more loss and throughout the story self-sacrifice is a

[32] *BMR 2012* p. 474, *Crave* p. 485.
[33] *BMR* 2011 p. 514, *Crave* pp. 210, 211(favorite food local Mexican); *BMR* 2010 p. 213/*BMR* 2011 pp.184, 208, *Crave* p. 214 (tea).
[34] *BMR* 2011 p. 35, /*Crave* p.199; *BMR* 2011 p.176, *Crave* p.227; *BMR* 2011 p.419; *Crave* p. 10.
[35] In *BMR*, heroine's aunt bakes cookies and serves herbal teas. In *Covet*, heroine's mom was known for her cookies, and her aunt (Macy's mom) for her teas. Tea and cookies. *BMR*: She held a tray with tea things and cookies… 2011 p. 74. *Covet*: ...to get a cup of tea and a couple of cookies… *Covet* p. 44; *BMR*: Aunt Brie to heroine: They're your favorite. Chocolate chip. And they just came out of the oven…" 2011 p. 66. *Covet*: Macy isn't around, though she has left two chocolate chip cookies on a plate by my bed. *Covet* p. 125 Inside are homemade chocolate chip cookies. *Covet* p. 250; *BMR* 2011 p. 102, *Crush* p. 385 (yogurt at school); *BMR* 2011 p. 98, *Covet* p. 163 (apple) B

theme where she is willing to sacrifice herself to save the people she loves; the romantic lead and her friends.[36]

**ii. The romantic lead**

The romantic lead in both works similarly shares a distinctive psychological, physical, and narrative fingerprint. Each is constructed from the same constellation of traits: predatory beauty, supernatural power, heightened sensory presence and a defining aura of controlled danger. He is marked by loss and emotional isolation, which becomes the point of connection with the heroine. He is royal, a knight in *BMR* and member of the Order; and a prince in *Crave* with a group of male friends called the Order.[37] His characterization relies on the same expressive elements: full red lips, chiseled features, dark hair, lean and muscular physique,[38] eyes like gemstones with gold /silver "flecks" in them,[39] smells like citrus, spice, and water,[40] and he smiles by turning one corner of his mouth up with a twist of his lips.[41] He is described by the heroine as a "bad-boy," "dark/fallen angel, a "rockstar," "wicked," "wild," "sexy" "beautiful," "gorgeous," "smoking hot," and "dangerous."[42] The girls at school swoon over /ogle

---

[36] *BMR* 2014 p. 386, 357, *Crave* p. 507, 508; *BMR* 2013 p. 408, *Court* p. 396 (friends and students taken by Vampire Prince / Vampire King and heroine's self-sacrifice). Heroine will "do something, anything" to save romantic lead's life after he's saved hers, offering her own life, *BMR 2014* p. 357, *Crave* p. 496.
[37] *BMR* 2011 p. 443, 444, (knight) *BMR* 2011 p. 319 (His Royal Hotness), *Crave*. 392 (royalty); *BMR* 2011 p. 443; *Crave* p. 135, 557 (the Order).
[38] *BMR* 2011 p.14-16, 34, 58, 101, 108, 119, 163, 168; *Crave* p. 21,22.
[39] *BMR* 2011 p. 6, 16, *Crave* p. 21; 2016 p. 92 (gold flecks), *Crave* p. 29 (silver flecks).
[40] *BMR* 2011 p. 460, *Crave* p. 435 (his scent, citrus and waterfalls / orange and freshwater).
[41] *BMR* 2011 p.24, *Crave* p.22, *BMR* 2011 p.314, *Crave* p. 259; *BMR* 2011 p. 109, *Crave* p. 385.
[42] *BMR* 2011 p. 222 (dark angel) 2010 p. 32, *Midnight Overview Notes 2009* (bad boy), *Crave* p. 30 (fallen angel, bad boy); *BMR* 2011 p. 20, 82, *Crave* p. 137 (rockstar); *BMR* 2011 p. 16, *Crave* p. 22 (wicked); *BMR* 2011 p. 186, 2014 p. 19, *Crave* p. 22 (wild); *BMR* 2011 p. 20, *Crave* p. 86 (sexy); *BMR* 2011 p. 17, 222, *Crave* p. 21, 203 (beautiful); *BMR* 2011 p. 16, 82 108, 483 *Crave* p. 137, 432 (gorgeous); *BMR* 2011 p. 303, *Crave* p. 137 (smoking hot); *BMR* 2011 p. 16, 53, 127, 251, 286, 311, *Crave* p. 22, 28, 127, 224 (dangerous)

him,[43] and he initially frustrates the heroine by blowing hot and cold, acting like he's not interested in her to the point that the heroine dislikes that she has feelings for him.[44]

He tries to stay away from the heroine because he thinks she is a human girl, and that being with him will put her in danger due to her association with him and his world. At the end of their first meet day, he warns her that it isn't safe. He even warns her about "things that go bump in the night." He ultimately can't stay away from her and says it's because he's "selfish."[45] The "stay away" warnings are a defining dynamic establishing the romantic lead as a "reluctant monster," someone who desires the heroine but fears the danger he attracts will harm her. By issuing these warnings, he paradoxically draws her closer as the story unfolds: "Something inside of me responded to the dangerous edge in him and liked it."(*BMR*) "...everything inside me is responding to everything inside him. Even the danger. *Especially* the danger…(*Crave*)"[46] He acknowledges the dangers and difficulty of a relationship with the heroine and tells her: "You know this isn't going to be easy for us," (*BMR*) "This is going to be a lot of things, Grace. Easy isn't one of them." (*Crave*).[47] This parallel phrasing serves to heighten the dramatic tension and establish the forbidden / dangerous love.

---

43 *BMR* 2013 p. 24, *Crave* p .220
44 *BMR* 2011 p. 116, *Crave* p. 90, *BMR* 2010 p. 91, *Crave* p. 90; *BMR* 2013 p. 35, *Crave* p. 27.
45 *BMR* 2011 p. 297, 321-322 and *BMR* 2014 p. 99, *Crave* p. 398-399 (tries to stay away); *BMR* 2011 p. 62, *Crave* p. 31 ( warning it's not safe); *BMR* 2011 p. 411 and 2014 p. 261, *Crave* p. 291 (believes her association with him puts her in danger); *BMR* 2011 p. 299 "staying away from me would be better for you."/*Crave* p. 291 "You need to stay away from me." (stay away); *BMR* 2010 p. 233; *BMR* 2010 p. 185, *Crave* p. 198 ("things that go bump in the night") *BMR* 2011 p. 299 "Staying away from me would be better for you. But I'm selfish, Anna." / *Crave* p. 562 "I should have left Grace the hell alone. But I'm selfish and I'm weak and I couldn't not see her."
46 *BMR* 2011 p. 127, *Crave* p. 127
47 *BMR 2010* p.200 / *Crave* p.167.

The romantic lead in both works is grieving the death of an older brother who was / looks about "nineteen" who was murdered (or believed to be murdered) for which he feels responsible, and the heroine recognizes this personal loss in his eyes, and connects with him.[48]

His first kiss with the heroine is the catalyst for her discovery of the supernatural world when he loses control of his powers. The kiss is soft, she sees him as monstrous after he loses control of his powers, and the next day she demands answers about what he is. She has marks on her neck after the kiss. She even wonders if he's an *alien* in both works.[49] After the reveal, the heroine isn't afraid of him or his powers, even though she knows she probably should be.[50]

His abilities are similar in both works. It seems to the heroine like he can fly, it seems like he can simply vanish, but he can move so quickly he has the ability to cast / fade. He also has powers of the mind.[51] Most strikingly, in each story he saves the heroine's life after she suffers catastrophic blood loss by using his mouth in a way that stops the bleeding ("healing bite" "healing venom.") Crucially, in both narratives, this act does *not* transform her into the same kind of creature he is; she is assured that this will not happen afterward when she regains consciousness and asks. Interestingly, each work includes a vampire "bite" in which the

---

[48] *BMR* 2012 p. 110 (older brother murdered), *Crave* p. 130 (older brother murdered). *BMR* 2011 p. 127, *Covet* p. 448 (older brother was nineteen in *BMR* and looks nineteen in *Crave* series). *BMR* 2011 p. 125, *Crave* pp. 29, 130, 174 (recognizes loss as like her own pain over loss of family); *BMR* 2011 p. 125 (he believes his older brother's death was his fault), *Crave* p. 391

[49] Discussed in heroine's character above; *See* footnote 22; *BMR* 2011 p. 255, *Crave* p. 270 (he leans in and it's a soft kiss); *BMR* 2011 p. 173, 2013 p. 159, *Crave* p. 272 (monster, monstrous, his eyes, run); *BMR* 2011 p. 192, *Crave* p. 303 (heroine demands answers about what he is); *BMR* 2011 p. 190, *Crave* p. 300 (she has marks on her neck after the kiss); 2011 p. 193, *Crave* p. 260 (she wonders if he's an alien); *BMR* 2011 p. 228, *Crave* p. 321 (he's a werewolf / vampire)

[50] *BMR* 2010 p. 220, *Crave* p. 371 (she recognizes she should be afraid but isn't)

[51] *BMR* 2011 p. 453, *Crave* p. 440 (fly); *BMR* 2011 p. 451, *Crave* p. 292 (vanish); *BMR* 2011 p. 285 and 2016 p. 87, *Crave* p. 135 (cast / fade); *BMR* 2011 p. 271, 286, *Crave* p. 366 (powers of the mind)

mechanics of supernatural "coagulation" are discussed. This parallel shows that both works employ the same invented physiological rules.[52]

The romantic lead is marked by profound loneliness and an acute sense of responsibility; he believes he has a duty to prevent the rising war, and to protect both worlds, the supernatural and the human.[53] The second kiss between the romantic lead and heroine unfolds similarly. By this point, the heroine knows he's a supernatural being and she knows of the conflict between the rival supernatural races. When she moves in to kiss him and he doesn't respond she is embarrassed. Their fingers lace together. What follows is a "who I am, what I am," exchange in which the romantic lead insists that she fully understand and consciously accept what he is. There is dialogue about "walking away" and the fear of losing whatever this is that they have or might become.[54]

The romantic lead is physically punished as a consequence for transgressions[55] by family

---

[52] *BMR* 2010 p. 329 and 2011 p. 425 "healing bite", *Crave* p. 319 (healing venom); *BMR* 2010 p. 329, *Crave* p. 320 (heroine wonders if she'll become what he is); "...as he licked her wrist when he was done, somehow sealing the puncture…In a corner of my brain I noted that his saliva must have coagulating properties." 2010 p. 429; 2011p. 532 /"She bit you and injected her own venom, using the anticoagulant properties instead of the coagulant ones." *Crave* p. 319-20 (coagulating).

[53] The Cast Notes 2008, *Crave* p. 400 (lonely); *BMR* 2011 p. 239-249, *Crave* p. 399 (the war, balance, duty and protect her people too as humans, which he believes her to be).

[54] *BMR* 2013 p. 208, *Crave* p. 378 (she moves to kiss him, she's embarrassed, fingers lace); *BMR* 2010 p. 221 and 2013 p. 208, *Crave* p. 378 (who I am what I am); *BMR* 2013 p. 223, *Crave* p. 379 (fear of walking away)

[55] *BMR*: And I watched in sudden horror as his hands started smoking, the stink of charred flesh filling the air around us. … "Apparently, I said something I shouldn't have. That was a warning. 2010 p. 179-180. *Crave*: "By doing this, and ensuring I didn't heal, she left a mark of weakness on me for the whole world to see." *Crave* p. 505.

/ mother which the heroine finds horrifying. [56] He tells her that his kind heals quickly.[57] The romantic lead laughs and says don't worry when the heroine is upset about this punishment.[58]

The romantic lead saves the heroine when she is kidnapped by the vampire prince / vampire prince's mate by breaking the door / wall down which "shudders." He feels responsible for her kidnapping. He tells her he loves her for the first time after the kidnapping. He believes they are "mates." [59]

**iii. The imprisoned father/grandfather and first voice in the heroine's head**

Another distinctive and structurally identical character in *BMR* and *Crave* is the heroine's father/grandfather, "Athair" in *BMR* and "Alistair" in *Crave*; supernatural beings with "smoky"/ "smoke" "gray eyes" who speak Gaelic, can communicate telepathically and first appear as a voice in the heroine's head throughout the story to give her warnings.[60] In both works, the

---

[56] *BMR*: "Who put this geas on you?..".As usual, my expression must have revealed my revulsion that his own family would do such a thing to him...It seemed an incredibly barbaric yet highly effective method of control. 2010 p. 181. *Crave*: "Your mother did this to you?" I whisper as horror slithers through me. *Crave* p. 505.

[57] *BMR*: "I heal quickly. It's one of the perks." 2010 p. 181. *Crave*: "It's hard to scar a vampire, we heal too quickly." *Crave* p. 505.

[58] *BMR*: His eyes laughed at me as he said, "Don't look so worried. It could be worse." 2010 p. 181. *Crave*: But Jaxon just laughs a little. "Don't worry about it, Grace. It's all good." *Crave* p. 506.

[59] *BMR* 2010 p. 450, 451 and 2011 p. 556-557, *Crave* p. 487 (shudders, Ash / Jaxon); *BMR* 2014 p. 508, *Crave* p. 388; *BMR* 2014 p. 388, *Crave*. P. 508 ("I'm in love with you" / "I'm so in love with you"); *BMR* 2011 p. 423-424; 495'What does bonded mean?' 'We can have only one life partner. If that person dies we don't get remarried.' He paused for a moment. 'Many choose not to live after their mate dies—unless there are children.'... '…finding that one person right under your very own nose,' he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him.'; *Crave* p. 546 This girl, this fragile human girl…is my mate." ("bonded" "mates").

[60]*BMR* 2011 p. 582, *Covet* p. 649 (smoky-gray /smoke-gray); *BMR* 2011 p. 578, *Court* p. 37 (father / grandfather); *BMR* 2010 p. 208, *Court* p. 34 (Athair / Alistair); *BMR* 2010 pp. 208, 223, *Court* p. 45 (Gaelic); *BMR* 2010 p. 373, *Court* p. 35 (their kind communicate telepathically); *BMR* 2011 p. 472, *Crave* p. 472-73 (voice tells her to run in kidnapping scene); *BMR* 2011 p. 430, *Crave* p. 418 (voice inside two of her in same skin, separate from her).

heroine initially confuses Athair/Alistair's voice in her head with the voice of her supernatural half.[61] Athair/Alistair has been imprisoned by the vampire king/prince on an island d in a bestial, supernatural form with a magical metal restraint.[62] The heroine travels through a portal to an island to try and free him. She tells him she's a "friend." She tries to free him and when she cannot she says: "But I'll be back for you. I promise." / "But I promise, we'll come back for you."[63] A smoky gray-eyed, telepathic, Gaelic-speaking father/grandfather named Athair/Alistair, who appears as a voice in the heroine's head and is imprisoned in his beast form by the vampire prince / vampire king cannot plausibly be dismissed as a stock or indispensable trope of young adult fiction.

**iv. The second romantic lead and second voice in the heroine's head**

*BMR* and the *Crave* series each feature a second love interest whose character role and distinctive attributes align in substantial detail: Ronan (*BMR*) / Hudson (*Crave*) are both royal vampires[64] with British or British-like accents[65] with dark hair[66] and "stormy blue" eyes the heroine calls "blue of a storm at sea" / "storm-tossed blue," "oceanic."[67] He has powerful magical gifts and has been trapped in an alternate dimension.[68] He even has the power to take

---

[61] *BMR* 2011 p. 456 (is the voice my wolf half), *Crush* p. 138 (is the voice my gargoyle side).
[62] *BMR* World Notes 2010, *Covet* p. 121 (trapped in his supernatural form); *BMR* 2011 pp. 584-585, *Covet* p. 649, *Crush* p. 535 (trap / wall); *BMR* 2011 p. 582, *Covet* p. 546 (trap / chains); *BMR* 2011 p. 547, *Covet* p. 544 (vampire prince / vampire king put him there); *BMR* 2011 p. 583, *Covet* p. 121 (the iron / shackles have magical properties).
[63] *BMR* 2011 p. 584, *Covet* p. 650 (friend); *BMR* 2012 p. 513, *Crush* p. 547 (back I promise)
[64] *BMR* 2013 p. 447, *Crush* p. 258 (Royal); *BMR* World Notes 2010, *Crush* p. 548 (part vampire / vampire)
[65] *BMR* 2011 p. 592-594; *Crush* p.162-163, *Crush* p. 194.
[66] *BMR* 2010 p. 480, *Crush* p.156.
[67] *BMR* 2011 p. 592 (storm at sea), *Crush* p. 163 (storm tossed);*BMR* 2011 p. 594, *Crush* p. 234, 235 (stormy blue) (oceanic)
[68] The World Notes p. 2, /*Crush* p. 645 (powerful magic); *BMR* 2011 p. 595, *Crush* p. 673 (trapped in another dimension / plane)

away a person's free will with magic.[69] His very name invokes fear; he's thought to be "evil" and "depraved" because the world thinks him responsible for the murder of many people and it is feared that his return would bring about an apocalypse, though in truth he is not evil and did what was necessary for the greater good.[70]

He first communicates with the heroine as a second voice in her mind. He knows her from the other dimension but she does not remember him, leaving her frightened and confused though she finds him attractive– and leaving him disheartened by her inability to recall him or their time together.[71] The heroine accidentally brings him back with her from the other dimension which she finds terrifying.[72] They both play the same role in the love triangle, coming in after another love interest and winning the heroine's affection by being the one who wants to encourage the heroine's powers and independence as opposed to protecting her himself, and are intended to be / in fact the heroine's true mate.[73]

The heroine notes that while the first romantic lead protected and sheltered her, Ronan/Hudson is the one who sees the heroine for who she truly is and wants to encourage her to grow so that she can become who and what she needs to be in their world: "Ash wants to protect

---

[69] *BMR* 2011 p. 432, *Crush* p. 121

[70] *BMR* 2011 p. 432, *Crush* p. 185 (name invokes fear); 2014 p. 364. *Crush* p. 256 (not evil); World Notes 2010, *Crush* p. 459 (necessary for greater good); *BMR* 2011 p. 602, 603, *Crave* p. 520 (fear of him being in the world); *BMR* 2011 p. 434, *Crush* p. 217 (depraved, slaughter of many, genocide); *BMR* 2012 p. 315, *Crave* p. 397 and *BMR* 2011 pp. 46, 602, *Crush* p. 217; *BMR* 2013 pp. 330, 221, *Crush* p. 256, 662, 663.

[71]*BMR* 2012 p.521; 2011 p.595; 2013; p.450; 2014 p.363; The World Notes; *Crush* p.291-293.

[72]*BMR* 2010 p. 490, *Crush* p. 27, *BMR* 2012 p. 521, *Crush* pp. 291-93 (accidentally brought back, he remembers her but she doesn't remember him); *BMR* 2013 p. 462, 2011 p. 602, 603, *Crush* p. 27 and p. 122. (heroine upset she's brought him back)

[73] *BMR* 2013 p. 449, *BMR* World Notes 2010, *Crush* pp. 156-157; (heroine's attraction/love triangle); 8 "Ash wants to protect her. Ronan wants to help her learn to use her powers to restore the balance." (*BMR* World Notes 2010) / "Jaxon wanted to protect me, wanted to take care of me, but Hudson wants to help me learn how to take care of myself." *Covet* p. 194.

her. Ronan wants to help her learn to use her powers to restore the balance." (*BMR*) / "Jaxon wanted to protect me, wanted to take care of me, but Hudson wants to help me learn how to take care of myself." He is intended to be / is part of a love triangle in *BMR* with the heroine.[74]

**v. The heroine's multi-racial, part Black, winged, gay best friend**

Brendan (*BMR*) / Flint (*Crave*) is the heroine's best male friend and is multiracial, half-Black, with warm brown skin,[75] and is gay, which he reveals only to the heroine. He is both brainy and athletic and plays on a school sports team.[76] He holds a leadership position at the school[77] and is charismatic and attractive to the point of the heroine thinking that the romantic lead is jealous when he has staring contests with him.[78] He is a winged supernatural creature who the heroine finds "beautiful" in his supernatural form and is described as "gorgeous" in his human form.[79] The similarities extend to their personalities as well. He is known for his sense of humor, he calls the heroine nicknames (*BMR*) a nickname (*Crave*),a "waggles his brows" at her and is known for his particular smile that operates as a narrative shorthand for his charisma.[80]

**vi. The vampire prince /king villain**

---

[74] The World Notes, *Covet* p. 194, *Covet* p. 589.
[75] *BMR* 2011 p.100; *Crush* p.382, *Crave* p.35. (part Black, multiracial,) *BMR* 2010 p.77, 2011 p.100; *Crave* p.35. (warm brown skin)
[76] *BMR* 2011 p. 100, *Crush* p. 388 (gay and only heroine knows) *BMR* 2013 p. 100, *Crave* p. 43 (brainy); *BMR* 2011 p.99,100; *Crush* p.245, 394. (school sport)
[77] *BMR* 2011 p. 100, *Crave* p. 245 (athletic, team sport); *BMR* 2011 p. 99, *Crush* p. 394 (leadership).
[78] *BMR* 2011 p. 164, *Crave* pp. 156, 157, 243.
[79] *BMR* 2013 p.283, 405, *Crave* p.314; *BMR* 2013 p.275, *Crush* p.274-275; *BMR* 2012 p.280, 2011 p.100, *Crave* p.43, *Crush* p.275.; *BMR* 2013 p. 283, *Crush* 274; *BMR* 2012 p. 280; *Crave* p. 43 and *Crush* p. 275
[80] *BMR* 2011 p.141, *Crave* p.142; *BMR* 2011 p.100, 142, 164, 180, 515, *Crush* p.40,41,184, 248, 266, 284. *BMR* 2011 p.165, *BMR* 2012 p.124; 2013 p.129; 2011 p.141, *Crush* p.231, 318; *BMR* 2011 p. 166, *Crush* p. 262; *BMR* 2011 p. 104, p, 141, p. 166, p 180, p. 515, *Crush* p. 40, p 41, p. 184, p. 248, p. 266, p. 284 (nickname); *BMR* 2013 p. 97, *Crush* p. 439 (waggles his brows at heroine)

Both works center on the same expressive villain who serves as the overarching antagonist, Julian the vampire prince in *BMR,* and Cyrus, the vampire king in the *Crave* series. In both works he is marked by an elitist worldview, a British accent and a dangerously predatory presence the heroine describes in identical reptilian terms: "like a cobra" (*BMR*) / "like a king cobra" (*Crush*).[81] In both narratives, he wants supernatural beings to take over the world with himself at the fore, and disdains humans, believing them an excuse for war.[82] He is described as having an intense shade of blue eyes, tall, and with dark hair kept short in a modern-looking cut.[83] He is uniquely capable of performing a feared, singular vampire bite–the "Kiss of Life/Death" in *BMR* and the "eternal bite" in *Crave* which he inflicts on the heroine and should, but does not, kill her.[84]

This character also shares a parallel backstory and motivation. He has a daughter conceived with a woman outside of his true mate, and in both works that daughter is related to the heroine by blood.[85] He is responsible for imprisoning the heroine's father/grandfather and seeks to use the heroine for his own purposes. In both works, the heroine bargains with him to save the life of her friends after he has kidnapped them–"Let's make a deal." [86]

**vii. Heroine's Female Nemesis**

---

[81] *BMR* 2012 p. 272, *Court* p. 629 (British accent); *BMR* 2011 p. 552, *Crush* p. 380 (like a cobra); *BMR* 2011 p. 55154, *Covet* pp. 252-253 (evil).

[82] Pitch Notes to Emily Sylvan Kim 2013, *Crush* p. 459 (supernaturals to take over earth); *BMR* 2012 p.19 / *Crave* p.176.

[83] *BMR* 2011 p. 507, *Crush* p. 379 (tall); *BMR* 2010 p. 398, *Court* p. 86 (dark hair, short modern cut); *BMR* 2010 p. 398, 2013 p. 403, *Crush* p. 379 (intense shade blue eyes)

[84] *BMR* 2011 p. 504, *Crush* p. 217-218; *BMR* 2011 p. 533, *Crush* p. 640 (Kiss of Life, Kiss of Death, eternal bite); *BMR* 2011 547-549, *Crush* p. 217-218 and *BMR* 2011 554-555, *Crush* 637-638 (heroine receives the special bite).

[85] *BMR* 2014 pp. 338-339, 347, *Court* p. 435 (daughter by woman not his mate, related to heroine by blood).

[86] *BMR* 2012 455, *Court* p. 630

*BMR*'s Taylor and *Crave*'s Lia are parallel characters whose distinctive traits and narrative function align in striking and non-generic ways. In both works she is the heroine's nemesis and responsible for the kidnapping scene at the climax of the story. She is described by the heroine as "one of the most beautiful" girls she has ever seen, is a popular girl at school, and is a supernatural being that sucks the life out of others for sustenance (succubus in *BMR*, vampire in *Crave*).[87] She is mean to the heroine, "tries to slap her face," and tries to make the heroine believe that she is romantically involved with the romantic lead, although in both works the heroine doesn't ultimately believe her and in both stories she and the romantic lead don't get along.[88] She gives the heroine a special drugged drink which later makes the heroine throw-up, an act that foreshadows her later betrayal. At the climax of the story, she aides in /is responsible for the heroine's kidnapping; verbally abusing her, calling her "pathetic" and telling the heroine that she is not what she believes herself to be, planting doubt in the heroine's mind about her own nature and identity in the supernatural world.[89]

She's not just a "mean girl" antagonist. In both narratives, she functions as an instrument of psychological destabilization. She humiliates the heroine, poisons her and orchestrates her abduction at the story's climax. This character occupies the same narrative role, deploys similar methods, and delivers the same core message–that the heroine does not belong in the human world and does not truly know what she is.

---

[87] *BMR* 2014 p. 17, *Crave* p. 94 (one of most beautiful); *BMR* 2010 p. 125, *Crave* p. 105 (popular); *BMR* 2013 p. 423, *Crave* p. 313 (sucks life sustenance).
[88]*BMR* 2011 p. 149, *Crave* p. 295-296 (romantically involved); *BMR* 2011 p. 151, *Crave* p. 296 (Heroine believes then doesn't) *BMR* 2013 p. 279, *Crave* p. 479 (slap face) ;*BMR* 2011 p. 330, *Crave* p. 425 (She and romantic lead don't get along)
[89] *BMR* 2013 pp. 276-278, *Crave* pp. 100-105 (spikes drink scene in part); *BMR* 2013 p. 293, *Crave* p. 451 (She spiked heroine's drink); *BMR* 2010 p. 458, *Crave* p. 455 (aids in /responsible for kidnapping); *BMR* 2012 p. 489, *Crave* p. 483 (you're pathetic, heroine not what heroine thinks she is).

**viii. The heroine's aunt/uncle who is a witch**

*BMR*'s Aunt Brie and *Crave*'s Uncle Finn, are parallel characters who serve the same structural and emotional function in the story. This character is one of only two relatives the heroine believes she has left in the world. Each is a supernatural witch[90] and it is this character who gives the heroine advice and information about the supernatural world. This character has acted as the heroine's family wished and kept the heroine ignorant about that world, which the heroine is upset about.[91] They discuss the loss of her family, the character is protective of her and concerned for her safety, and at one point wants her to leave Alaska to keep her safe out of concern that she will be killed.[92] They also discuss the romantic lead and his allure which the heroine finds embarrassing.[93] This character talks to the heroine about her father's amulet with stones that the heroine now has / rune stones that were her father's and tells her not to ever take it off / to keep it on at all times (implying magical protection), and explains the meaning of the stone.[94] This character kisses her on top of her head as a sign of affection.[95]

**ix. Heroine's maternal green-eyed grandmother; twin goddess**

In both works, the heroine discovers a maternal grandmother she never knew she had.[96] She was/is a vampire with gleaming green eyes the heroine notes have "more than a hint of danger" (*BMR*) / "more than a little avarice" (*Crave*) in them.[97] She is the daughter of a deity,

---

[90] *BMR* 2013 p. 220, *Crave* p. 316, 339
[91] *BMR* 2013 p. 343; 344-345, *Crave* p. 343
[92] *BMR* 2013 p. 76, *Crave* p. 116 (family death); 2014 p. 279, *Crave* p. 345-346 (leave Alaska)
[93] *BMR* 2011 p. 83, *Crave* p. 487
[94] *BMR* 2011 p. 79, 80, 439, *Covet* p. 423 (father's necklace with stones / father's rune stones and keep it on) *BMR* 2011 p. 80-81, *Covet* p. 423 (meaning of stone); *BMR* 2011 p. 81, *Covet* p. 424 (don't take off / keep on you)
[95] *BMR* 2013 p.128, 76; *Crave* p.116, 423
[96] *BMR* 2013 p. 436, *Covet* p. 159
[97] *BMR* 2016 p. 98, *Crush* p. 146-147 (green eyes, more than a); *BMR* 2011 p. 576, *Crush* p. 130 (vampire).

lives in a place that is hard to find (dimension / ice cave) but the heroine visits her there, and the heroine is reminded of a fortune-teller when she's with her. She calls the heroine child and darling.[98] There is a twin goddess creation story and the heroine is told that her kind of supernatural being were created to bring balance, and that she descends from one of the twin goddesses.[99] She tells the heroine that she is going to need to make sacrifices, that there will be tests and that magic has a price.[100] She hugs the heroine, tells her it's been too long, and her eyes glisten with unshed tears when she talks to the heroine about the vampire prince/ vampire king's bad acts that have caused so much strife.[101] Finally, *Crave* redistributes names taken from *BMR* for this character. In *BMR* 2016, The God of Chaos is the heroine's father and "Bloodletter" is the second love interest, Ronan. *Crave* lifts those same titles and assigns both of them to the heroine's grandmother.

**x. Mirrored supporting cast**

There are numerous additional shared and parallel characters between the two works. There is a childhood best friend who is a school cheerleader / on the school dance team (the heroine is not fond of this activity),[102] and is also a supernatural creature.[103] There is also the

---

[98] *BMR* 2013 p. 90, *Covet* p. 392 (daughter of a deity); *BMR* 2013 p. 490, *Crush* p. 142 (lives in a remote place); *BMR* 2013 p. 433-434, *Covet* p. 112 (fortune-teller);*BMR* 2013 p. 429, *Covet* p. 103; *BMR* 2011 p. 388 *Crush* p. 151 (calls heroine child and darling)

[99] *BMR* 2013 p. 90, *Covet* p. 392 (creation story); *BMR* 2016 p. 4, *BMR* 2013 p. 222, *Covet* p. 397, *Court* p. 111 (she's to bring balance); *BMR* 2016 p. 103-105; *Covet* p. 392; *BMR* 2013 p. 436, *Court* p. 159 (twin goddess descendant)

[100] *BMR* 2013 p. 433, *Crush* p. 151(sacrifice); *BMR* 2013 p. 435, *Court* p. 103 (test); *BMR* 2013 p. 92, *Crush* p. 168 (price)

[101] *BMR* 2013 p. 429, *Covet* p. 103 (hugs, been too long); *BMR* 2011 p. 577, *Court* p. 175 (unshed tears)

[102] *BMR* 2013 p. 34, *Covet* p. 307 (best friend like family / cousin); *BMR* 2012 p. 26, *Crave* p. 247-248 (cheerleader / dance team); *BMR* 2012 p. 26, *Crave* p. 247-248 (heroine not fond of cheer / dance).

[103] *BMR* 2012 p. 488, *Crave* p. 314.

"nasty" daughter of the vampire prince / king with a woman who is not his mate and is related to the heroine by blood. Although initially hostile to the heroine, she ends up helping the heroine who feels sorry for her and offers her a choice to leave her father, which the daughter rejects.[104] Then there is the bold and fearless character of Rachel / Eden, with her multiple piercings, who participates in a school activity with the Brendan / Flint character and their friend group. She has wings in her supernatural form, a unique fashion look, wears special boots, is tough with a strong personality and has vibrant hair.[105] And then there is the love interest of the heroine's closest friend--a jokester who is also in an extracurricular activity with the heroine and her friends, is devoted to the heroine's closest friend, and also turns out to be a supernatural creature.[106]

Between the guilt-ridden, family-bereft supernatural seventeen-year old-leading the series; her two love interests, one a tall dark and handsome monster who yearns to protect her and the other a fabled danger sealed away in another realm whom she accidentally brings back; a beast-like (grand)father imprisoned in chains by the vampire prince/ vampire king who speaks Gaelic; a green-eyed grandmother who reveals the heroine's descent from a twin goddess; and a multiracial gay best friend with wings, and more, the cast of characters in *BMR* and the *Crave* Books are both individually and collectively substantially similar.

### B. The *Crave* Books Copy Protectable Plot and Storylines From *BMR*

---

[104] *BMR* 2014 pp. 338-339, 341, 347, *Court* p. 435.
[105] *BMR* 2011 p. 334, *Crush* p. 319 (heroine admires her style); *BMR* 2011 p. 112, *Crush* p. 318 (multiple piercings) *BMR* 2011 p. 45, *Crush* p. 319 (bold and fearless); *BMR* 2012 p. 104, *Crush* p. 318 (school activity together Brendan / Flint); *BMR* 2013 pp. 283, 405, *Crush* p. 318 (wings in her supernatural form); *BMR* 2011 p. 334, *Crush* p. 319 (unique fashion); *BMR* 2011 p. 45, *Crush* p. 348 (special boots); *BMR* 2011 p. 45, *Crush* p. 319 (black hair)
[106] *BMR* 2013 p. 100, 2011 p. 165, *Crush* p. 320, 349 (funny and tells jokes); *BMR* 2011 p. 142, *Crush* pp. 320, 349; *BMR* 2013 pp. 100, 111, 2012 p. 104, *Crush* pp. 318, 321; *BMR* 2013 p. 408, *Crush* p. 320.

Not only were protectable characters copied, the parallel characters appear in stories sharing the same specific plot, sequencing, and interactions, providing a separate ground for finding substantial similarity as a matter of law (even if the characters are somehow found to not be individually protectable and/or substantially similar). "[W]hile general plot ideas are not copyrightable, specific ones are." *Penguin Random House LLC v. Colting*, 270 F. Supp. 3d 736, 747 (S.D.N.Y. 2017) (collecting cases). And in this case, a review of each *Crave* book shows substantially similar plot and storyline points with *BMR*. To wit:

***i.*** **<u>*Crave*, Book 1, is substantially similar to *BMR*</u>**

*Crave*, book 1, not only introduces a mirror cast of characters to *BMR*, but has those characters interact in the same ways as it substantially copies the primary storyline of *BMR*. From the very first scenes in which the protagonist, an approximately 17-year-old girl from San Diego, moves to Alaska to live with the only two remaining relatives she believes she has left after an "accident" kills her family, through the climax of the book in which she is kidnapped by a vampire who wants to use her to bring back their dead mate and tells her they murdered her family members by causing the accident which killed them, the stories track so closely that a finding of substantial similarity as a matter of law is warranted. This can be seen in the following detailed breakdown of the similarities in story and plot points.

**Similarity 1: The Inciting Incident – Displacement to Alaska.** The narrative in both works begins with the displacement of the teenage protagonist (Anna in *BMR*, Grace in *Crave*) from a specific sunny, familiar environment (San Diego, California) to a remote, harsh environment (Alaska) following a tragic accident that killed one or both parents. This "Fish Out of Water" setup is a common trope, but the specific geographic vectors (San Diego to Alaska) and the immediate sequencing of the move following parental death constitute a specific plot

signature–both works sharing the same origin and destination points, along with the specific motivation (death of parents), creates a high-fidelity match at the very inception of the plot.[107]

**Similarity 2: The Specific Nature of Parental Death.** The protagonist's parents were killed in a specific type of vehicular accident that involved both a crash and a fall from a significant height or distance. While "dead parents" is a staple of Young Adult literature (the "Disney Orphan" trope), here the death is accidental, vehicular, and violent, leaving the protagonist with physical and psychological scars. This specific backstory dictates the heroine's internal emotional state (fragility, PTSD) which is crucial for the "Healing Romance" arc that follows. Additionally, the heroine had an argument with her family members before the accident that has left her feeling guilty, creating a mirrored emotional framework in which the romantic lead in both works is shaped by unresolved guilt over his older brother's death.[108]

**Similarity 3: Moving to Alaska to live with her 2 remaining relatives.** The heroine arrives from San Diego to Alaska to live with what she believes are the only two relatives she has left in the world (mother, aunt / uncle, cousin) and they are both supernatural witches, unbeknownst to her, and they conceal their true nature, the existence of the supernatural world and her own place in it as a unique supernatural creature from her. The heroine remains unaware of this hidden reality until a later catalyst event–triggered through her encounter with the romantic lead later in the story–which initiates her discovery of that world.[109]

---

107 "We'd lived in California before the accident; a time and place of sunshine and laughter. Now we live here, a land of seemingly perpetual darkness and winter." 2010 p. 9, 2011 p. 11. *Crave*: "It's so cold out…How can anyone live like this? It's unreal, especially considering it was seventy degrees where I woke up this morning." *Crave* p. 5 (She woke up in California).
108 *BMR* 2010 p.100, *Crave* p.45.
109 *BMR* 2011 p. 13, *Crave* p. 7; *BMR* 2013 p. 220, *Crave* p. 316. *Crave* p. 7. p. 28, 316 ("Not to mention the only family I have left"). *BMR* 2011 p. 13 ("The three of us make up my family. We're all that's left." ); *BMR* 2011 p. 73; 2013 p. 15.

**Similarity 4: Thinking about the death of her family on the way to school.** The story then continues with the heroine on her way to school thinking about the death of her family. This is not a trope and occurs in both works as an early plot point, establishing a theme that would continue through the end of each work.[110]

**Similarity 5: The "Meet Cute" – Intense and Dangerous.** The heroine then meets the male romantic lead (Ash in *BMR*, Jaxon in *Crave*) for the first time at the end of chapter two in both works, and is immediately struck by his unearthly, intense, and explicitly "dangerous" presence. The scene emphasizes his physical perfection and intimidating aura. While the "First Sight" scene is a common beat in romance novels, *BMR* and *Crave* hit this beat the exact same way: the hero is not just handsome, he is *too* handsome; he is not just strange, he is *dangerous*. And on the first meet day, there is a Shakespeare quote between the heroine and the romantic lead, marking their interaction as one of mutual intellectual recognition establishing from their first interactions that day that the romantic bond is grounded not only in attraction, but in shared intelligence and literary awareness.

**Similarity 6: The Warning – "Stay Away."** During their encounters on the first meet day, the romantic lead reaches out and touches the heroine's hair. He then warns her that it's not safe, that she needs to be careful.[111]

**Similarity 7: The "Bubbly Guide" – Female New Best Friend.** The heroine has a

---

[110] *BMR*: You'd think…I would have had some inkling of my dad and grandparents' deaths. 2010 p. 8. 2011 p. 11; My dad and my grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really. 2011 p. 76. *Crave*: Besides, if I've learned anything in the month since my parents died, it's just how little most things matter. *Crave* p. 7.

[111] *BMR* 2010 p. 48 (He closed the distance between us as he reached out with one hand and brushed a lock of my hair back from my shoulder, his touch so light…"), *Crave* p. 29 (At least until he reaches out and gently takes hold of one of my million curls.); *BMR* 2011 p. 62, *Crave* p. 31 (warning).

high-energy, talkative, and fashion-conscious female new best friend (Jenny in *BMR*, Macy in *Crave*) who quickly attaches to her and acts as the heroine's social anchor, helping her navigate school, connect and join new activities. The heroine feels displaced in both works and out of sync. The author solves this by providing a hyper-social friend who mediates belonging and normalcy, even as deeper truths remain concealed.

**Similarity 8: The Heroine's Immediate Connection to the Romantic Lead.** The heroine not only feels almost immediately connected to the romantic lead, but that connection is grounded in a shared experience of pain and loss. And each heroine uses remarkably similar nicknames in her head for the romantic lead, such as "tall, dark, and wickedly handsome" (*BMR*) and "tall, dark, and surly" (*Crave*).[112]

**Similarity 9: Heroine compares Alaska with the moon**. Of all the places in the universe to compare Alaska to, the heroine in each work chooses the lifeless, barren moon. And, remarkably, each author does so in a sentence using a 2-em-dash punctuation.[113]

**Similarity 10: Introduction to Heroine's male friend.** This character of Brendan / Flint is also introduced on story day one, and in each work serves to ease the heroine amidst the unfolding tensions. Later, the dynamic is complicated by tension between him and the romantic

---

[112] *BMR*: ....I understood his pain. He felt the same way I did about my dad and grandparents….I found myself feeling more and more connected to Ash. I understood him and I knew he understood me. 2011 p. 125, 127. *Crave*: ....connected in a way I can feel but can't comprehend by our very separate horrors. *Crave* p. 29, p. 49.
*BMR*: Tall, dark, and mercilessly good-looking. 2011 p. 20. Tall, dark, and wickedly handsome 2012 p. 19. Mr. Tall, Dark, and Bloodthirsty, heroine refers to vampire prince. 2011 p. 507. *Crave*: Mr. Tall, Dark, and Surly. *Crave* p. 32, he is the vampire prince Tall, Dark and Surly *Crave* p. 34.
[113] *BMR*: I've always felt that winter in Alaska must be like living on the moon–at least the way it looks in pictures–all white powdery stuff on the ground but blackness and stars surrounding you from all sides." 2011 p. 274. *Crave*: I'm not glad I'm here–Alaska feels like the moon right now–but I'm all for things getting easier." *Crave* p. 34.

lead, with staring contests between them which she perceives as jealousy over her. And at the end of each story he is revealed to be a supernatural creature with wings that the heroine finds beautiful in his supernatural form.

**Similarity 11: The "80s Rocker" Fight Scene.** Following this first school day, a specific action sequence occurs where the heroine fights two supernatural males who are described as looking like "80s rockers" despite the freezing cold Alaskan weather. Notably, "80s Rocker" is not a standard description for supernatural villains in modern YA (who usually look like models or soldiers). This scene plays out at the same point in the narrative of each work (page 50 range in *Crave* and later versions of *BMR*) in a remarkably similar way:

i. First the Heroine sees two guys not dressed for the winter weather.[114]
ii. The two guys remind her of eighties rockers / concert goers; earring and dog collar / ring through nose.[115]
iii. The two guys: one muscular, one blond, short.[116]
iv. One guy says: "Well, well, well. Looks like.."[117]
v. The heroine thinks they are/it is something out of an '80s / teen movie.[118]
vi. One of the guys reaches out and grabs her.[119]

---

[114] *BMR*: Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves. 2011 p. 519. *Crave*: ..both doors fly open. And in walk two guys wearing nothing but old-school concert T-shirts, jeans and lace-up boots. No jackets, no sweaters, no hoodies even *Crave* p. 53.

[115] *BMR*: Sporting a black leather jacket and a dog collar and an earring, he's out of place. He looks like a retro throw back to the eighties. In fact, he looks a lot like Billy Idol. 2013 p. 58. *Crave*: Ones who died at an eighties rock concert. Well, well, well. Looks like we made it back just in time, says the taller of the two guys. He's got warm copper skin, dark hair tied back in a ponytail and a black nose ring right through his septum. *Crave* p. 53.

[116] *BMR*: One was blond and muscular and had the broad, over-developed physique of a body builder. The other was thin and wiry with short, spiky white-blond hair. 2013 p. 58. *Crave*: ...taller of the two guys. Warm copper skin, dark hair tied back in a ponytail, and a black nose ring…...second guy. He's shorter than the first and stockier too. His blond hair is shaved close against his head. *Crave* p. 53.

[117] *BMR*: One guy says: "Well, well, well. Looks like I've hit the jackpot." 2013 p. 58; 2014 p. 48 *Crave*: One guy says: "Well, well, well. Looks like we made it back just in time." *Crave* p. 53

[118] *BMR*: He looks like a punk rocker throwback in a bad eighties movie. 2014 p. 48. *Crave*: ...this feels like a scene out of every teen movie… *Crave* p. 55.

[119] *BMR*: Billy reaches a hand out and grabs me… 2013 p. 59. *Crave*: But Marc reaches out and grabs me… *Crave* p. 56.

vii. The heroine is pinned against the guy: my back to his front.[120]
viii. The heroine stomps on his toes / thinks about stomping on his feet.[121]
ix. During the attack by the two guys, the heroine gets angry / infuriated.[122]
x. During the attack, the heroine tastes her own blood: it's coppery / metallic.[123]
xi. The heroine struggles, bucks, back to break / try to break his nose.[124]
xii. The heroine puts her fists up.[125]
xiii. The romantic lead saves the heroine and scares the two guys away, but she doesn't realize it at first.[126]
xiv. After the attack the heroine mentions / thinks about self-defense class / training to romantic lead.[127]
xv. The heroine says: I have no idea what....” to the romantic lead after the attack.[128]

---

[120] *BMR*: The Hulk grabs me and twists my wrists behind my back, pinning me to him, my back to his front. 2014 p. 49; 2013 p. 60. *Crave*: He yanks me hard against him–my back to his front–and wraps his arms around me as I start to struggle in earnest. *Crave* p. 56.
[121] *BMR*: I flinched at the pain but continued to struggle, kicking out at his shins and stomping on his toes. I screamed too… 2011 p. 521; 2013 p. 59; 2014 p. 49 *Crave*: “...bringing my heel back to kick him in the knees… I think about stomping on his feet, but my Converse aren't going to do much damage… “Let me go or I'll scream!” *Crave* p. 56.
[122] *BMR*: Fury pulses through me. 2013 p. 60; 2014 p. 50. *Crave*: Which infuriates me as much as it terrifies me. *Crave* p. 56 Which only pisses me off more. *Crave* p. 57.
[123] *BMR*: “And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth.” 2014 p. 50. *Crave*: “He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth.” *Crave* p. 56-57.
[124] *BMR*: I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. Crack! I've hit his nose. 2014 p. 50; 2013 p. 60. *Crave*: ...and wraps his arms around me as I start to struggle in earnest....I shout, bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose. *Crave* p. 57.
[125] *BMR*: I clench my jaw and crouch forward on the balls of my feet, fists up, ready to take the Hulk on. 2014 p. 50; 2013 p. 60. *Crave*: I turn to flee, fists up in an attempt to ward off Quinn if he tries to stop me…” *Crave* p. 57.
[126] *BMR*: A roaring growl splits the air around us—a grizzly bear?—and we're both hauled backward out of the van. I roll out of the Hulk's grasp. Roman is on top of him in a flash, using the Hulk's face as a punching bag, his fists are flying so fast. How did Roman get to the van? 2014 p. 50. *Crave*: Shit. There are three of them now? Panic races through me, and I reach out, try to shove whoever it is backward. … At least not until he wraps his hand around my wrist and tugs me forward…I get my first good look at his face and realize that it's Jaxon. *Crave* p. 57- 58.
[127] *BMR*: Heroine: “Just a self-defense class,” I mutter, looking away. 2013 p. 62; 2014 p. 52. *Crave*: Heroine: Every ounce of self-defense training I've ever had says I should run. *Crave* p. 59.
[128] *BMR*: I have no idea what just happened or how I did it. And I know he'll never believe it. Even I can't believe it. 2013 p. 61. *Crave*: “What I can do?” I have no idea what they're talking about. “I mean, it's obvious you've got something going on.” *Crave* p. 55…I have no idea what that means, and honestly, I don't care. *Crave* p. 60…Too bad I have no idea how I feel about feeling like that. *Crave* p. 60, 61.

xvi. The romantic lead looks the heroine over after the attack to check she's okay. He asks her if she's hurt? / okay? And the heroine replies she's fine.[129]
xvii. The romantic lead tells the heroine the attackers won't bother her again.[130]
xviii. The heroine thanks the romantic lead for helping her.[131]
xix. The romantic lead lets the heroine know he doesn't feel he deserves her thanks, he believes his involvement with her puts her in danger.[132]
xx. After the romantic lead leaves, the heroine is left "wondering."[133]

**Similarity 12: Heroine and her friend discuss jeans / party attire.** Following the '80s rocker scene in *Crave* is a scene in which the heroine discusses whether to wear jeans to a school dance / party that follows a similar scene from *BMR*.[134]

---

[129] *BMR*: "Are you hurt?" He looks me over, cupping my face in his hands. I shake my head. Miraculously, I'm not. And I probably should be. "What happened?" he asks, wrapping his arms around me and guiding me to a curb to sit down. All I can do is shake my head. "I don't know. They were trying to get me to go with them in their van, whether I wanted to or not. I just—I can't believe it." Ash blows out a long breath. "Are you sure you're not hurt anywhere?" "I'm fine…"2013 p. 61. *Crave*: For long seconds, he doesn't say anything, just looks me over from head to toe, his dark eyes cataloging every inch of me…. "Are you okay?" he asks quietly, his fingers finally releasing their hold on my wrist. "I'm fine," I answer, even though I'm not sure it's true. What kind of place is this where people try to shove you outside to die as a prank? "You don't look fine." *Crave* p. 60.

[130] *BMR*: "After tangling with you, they'll think twice before they pull a stunt like that again.." 2013 p. 61, *Crave*: "You don't have to worry about Mark and Quinn. They won't bother you again." *Crave* p. 61.

[131] *BMR*: "Thanks for—well, for everything." 2014 p. 57. *Crave*: "Thank you," I blurt out. "For helping me, I mean." *Crave* p. 61.

[132] *BMR*: Him: His brows draw together in a frown. "Sorry about today." Her: "You saved me." Him: He just shakes his head, and I can tell he thinks it's his fault. 2014 p. 57…."You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99. *Crave*: Her: "Thank you…for helping me…" Him: "Is that what you think I did?" Her: "Isn't it?" Him: He shakes his head, gives a little laugh that has my heart stuttering in my chest. "You have no idea…I just made you a pawn in a game you can't begin to understand." *Crave* p. 61.

[133] *BMR*: He hopped on his bike and took off quickly, not saying another word, leaving me staring after him. Wondering." 2011 p. 63; 2014 p. 58. "Already she feels that he is somehow important to her and wonders why." Chapter Analysis, 5-14-10. *Crave*: I break off when I realize that I'm talking to myself. Because again, Jaxon is gone. And I'm left wondering when I'll see him again. And why it matters so much that I do. *Crave* p. 64.

[134] *BMR*: I take my coat off revealing black skinny jeans and a sweater…"Hmm." Taylor tapped her cheek with a pink polished nail. "That's fine for school but don't you want to spice it up for the party?" 2013 p.267; 2010 p.269. *Crave*: "Maybe you should wear the jeans as you originally planned...I don't want you to be uncomfortable" "Are any of the other girls wearing jeans?"... "I take it that's a no." *Crave* p.72-73.

**Similarity 13: The "Mean Girl" Rival & Cliques.** The heroine describes the different social groups / cliques at the school as she is immediately targeted by what she calls "mean girls." The ultimate mean girl antagonist (Taylor in *BMR*, Lia in *Crave*) who is jealous of the romantic lead's interest in the heroine creates social friction and minor threats early in the narrative.[135] The heroine worries about mean girls in the dining area, cafeteria.[136]

**Similarity 14: The Heroine's gemstone necklace and gem stones**. Following that day at school, at around page 80 of each work, the heroine's gemstone necklace and the heroine noticing gemstone jewelry worn by girls, occurs. The heroine doesn't know the gemstone jewelry was made by supernatural witches yet.[137]

**Similarity 15: The Spiked Drink Incident.** A specific plot sequence involves the "mean girl" Taylor / Lia, a popular girl at school, who spikes the heroine's drink during a party in *BMR* / after a party in *Crave*, causing a situation where she is drugged but unaware of what has

---

[135] The heroine describes the different social groups at the school, the cliques. *BMR*: Taylor and Amanda were now part of the Mean Girl Clique. 2010 p. 75. *Crave*: Students are grouped together in various areas of the room...Cliques are everywhere. *Crave* p. 77. *BMR*: It was either the leper table with the social misfits (of which I was now an honorary member), or the Chess Club's table. I figured either group would let us sit with them…we joined the guys at their table. Brendan made sure we were facing away from the Mean Girls…Jake and Carter are serious jocks in our class. 2010 p. 79-80. *CRAVE*: Though they are as obvious a clique as any of the others in the room…how ridiculously tight most of the groups are. Like, seriously, there's zero crossover-no guy dressed all in black hanging with a girl in a long, flowy dress. No super-tall girl making eyes at one of the sporty-looking guys, or girls, near the window….every mean girl in the place. *Crave* p. 79-80;

[136] *BMR*: I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls…staring daggers at me. 2010 p. 79. *Crave*: Well, that and the fact that acting like prey right now seems like a particularly bad idea, I mean, if I don't want to spend the rest of my senior year dodging every mean girl in the place. *Crave* p. 80

[137] *BMR*: 'Your amulet is what we call sacred jewelry...the colors, the gemstones…the more you wear a certain piece of jewelry…the more strongly attuned the piece is to your vibrations and you to it.' 2011. p. 80-81. *Crave*: Up close, they're even more spectacular, different gemstones gleaming in their hair and against their skin. Earrings, pendants, hair clips, plus eyebrow, lip, and nose rings, all bedecked with colorful stones. *Crave* p. 80.

happened. She tells the heroine she'll like the drink / hopes she will like it; the heroine sips the drink, tells Taylor / Lia she wants to go, is told don't go, and Taylor / Lia rolls her eyes during this scene. The heroine becomes nauseated and throws up. It is later revealed that Taylor / Lia spiked the heroine's drink. This is a specific plot event that escalates the bullying into physical danger. It also foreshadows the ultimate confrontation with the Vampire Prince / Vampire Prince's mate at the climax of the story and this character's involvement and true nature. The use of the *same* method of victimization (spiked drink) is not a trope, but rather is part of the substantial shared similarities between the works.[138]

**Similarity 16: The Lost "19" Year-Old Brother and Further Bonding Over Loss:** Each Heroine learns that the romantic lead lost an older brother who was 19 (*BMR*) / looked 19 (*Crave*), recognizes they share a common loss experience with the romantic lead, and their bonding deepens over that shared experience of loss.[139]

**Similarity 17: Tea and the Family Herbalist.** The Heroine's aunt / mom is an

---

[138] *BMR* 2010 p. 125, *Crave* p. 105 (popular girl); *BMR* 2013 p. 276-77, *Crave* p. 100-101 (like it); 2013 p. 277, *Crave* p. 101 (heroine sips), 2013 p. 277, *Crave* p. 104 (don't go, stay longer); 2013 p. 277, *Crave* p. 105 (eye roll); 2013 p. 288, *Crave* p. 109 (waves of nausea); 2013 p. 289, *Crave* p. 108) heroine vomits; 2013 p. 293, *Crave* p. 451 (later it is revealed it was Taylor / Lia who spiked the drink)

[139] "Anna carries a strong sense of loss over the death of her father…. It is through her relationship with Ash that she comes to see herself for who and what she really is… and heals her emotional wounds. Ash's connection with Anna is intense right from the start. It is through his relationship with her...that he comes to terms with his brother's death and is healed. Midnight Overview Notes, 2009 (He's lost his brother, she's lost her dad and grandparents). "It was the pain in his eyes that told me he'd lost someone close." *BMR* 2011 p. 125 "We have a lot in common don't we?...I totally understand." And I knew he did. Because he felt the same way. Responsible. 2011 p. 128. *Crave*: Maybe that's why he's different with me. Because he knows I've lost someone too. *Crave* p. 182. *Crave*: "But if the attraction between you and Jaxon is because you've both lost someone…Just be careful, okay, Grace?" *Crave* p. 182 (Romantic lead has lost his brother, heroine has lost her parents).

herbalist[140] who made special tea blends.[141] Each Heroine explains that her family prefers drinking tea, she drinks tea often, has a female relative who made her special tea blends and is an herbalist.[142] Each references a very specific "Lemon verbena" blend.[143]

**Similarity 18: Romantic lead invites heroine to sit next to him in class.[144]**

**Similarity 19: In-class discussion of shyness and introductions.** The heroine is shy and the teacher talks about standing up and introducing herself in class.[145]

**Similarity 20: Introduction to the First voice in her head.** The heroine hears a voice in her head that guides or speaks to her, gives her warnings and even uses the same words. This voice is eventually revealed to be a close male relative (Father in *BMR*, Grandfather in *Crave*) This is a specific magical mechanic used to provide internal dialogue and guidance. It

---

[140] *BMR*: My aunt is a strong believer in the power of essential oils and herbal remedies to heal just about anything. Accustomed to the teas and candles, I had been instructed on the use of various herbs since I was little. 2011 p. 91 "The nerve tonic, an herbal concoction my aunt brewed…" 2011 p. 208. *Crave*: "My mom was an amazing herbalist." *Crave* p. 214.
[141] *BMR*: Aunt Brie: "It's skullcap, valerian and chamomile to clear your mind of negative thoughts." 2011 p. 74 "I took Aunt Brie's valerian and chamomile tea and made a pot..." 2011 p. 184. *Crave*: Heroine about her mom: "She made her own tea blends, and they were fantastic." *Crave* p. 214.
[142] *BMR* 2011 p. 514, *Crave* pp. 210, 211(favorite food local Mexican); *BMR* 2010 p. 213/*BMR* 2011 pp.184, 208, *Crave* p. 214 (tea).
[143] *BMR* 2016 p.84 ("'Lemon verbena,' he soothes. 'It's an herb for calm and mental clarity.'") with *Crave* p.214 ("I can still almost taste her lemon-thyme-verbena tea.").
[144] *BMR*: His lips curved in a slight smile as he patted the empty chair next to his. I was surprised and pleased. I didn't know what to expect exactly but the open invitation to sit with him, especially since I hadn't seen him all day, caught me off guard. 2011 p. 108-109. *Crave*: Before I can turn around to see what's got her so discombobulated, someone asks, "Is this seat taken?" And then I don't have to turn around at all. Because I'd know that voice anywhere. Jaxon Vega just asked to sit next to me. In front of everyone. *Crave* p. 214-215.
[145] *BMR*: "Why don't you two introduce yourselves before we go any further." She has a teasing look on her face as if she knows just how embarrassing this will be. "Stand up, tell us a little bit about yourself and why you're taking this class." 2012 p. 38; 2010 p. 30; 2011 p. 40; Because I'm a little shy… 2010 p. 10. *Crave*: "Since you look like the shy type–despite your association with Katmere's most notorious student I won't make you stand up and introduce yourself to the class." *Crave* p. 227. A. Heroine feels shy. *BMR*: I feel shy and uncertain of myself. 2013 p. 157. *Crave*: I glance at him, suddenly shy, though I don't know why. *Crave* p. 263.

externalizes the heroine's connection to her dead family, keeping them relevant to the plot. The heroine believes it deserts her at the climax of the story when she is kidnapped. The voice inside the heroine tells her to get away, to run.[146]

**Similarity 21: The Mean Girls try to hurt the heroine.** The "Mean Girls" physically assault the heroine, tripping her in *BMR* and throwing a basketball at her head in *Crave*. This plot point serves as a foil to the heroine and an early prelude to the events leading up to the kidnapping at the climax of the story discussed below).[147]

**Similarity 22: Romantic Lead finds Heroine crying and she's embarrassed:** After her interactions with the "Mean Girls," the heroine cries with grief over the loss of her family members.[148] The Romantic lead catches her crying and she's embarrassed.[149] Although she had

---

[146] *BMR*: That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run! 2011 p. 472;. 5, 177, 287, 430, 452, 474, 475, 480, 481, 483, 484, 506, 521, 551. *Crave*: ...a voice deep inside me starts screeching—telling me not to go any further. Telling me to run. Telling me to get the hell away from these tunnels and never look back. *Crave* p. 233: 418, 448, 449, 450, 453, 472, 473, 479, 482, 484, 506.

[147] *BMR*: The Mean Girls were out in full force, giggling as I approached. Somebody stuck her foot out and I tripped as I passed them, their raucous laughter ringing in my ears. 2011 p. 107. *Crave*: ... just in time to see a basketball flying toward my head. I swat it away, then press my lips together to keep from crying out as pain radiates up my hand…No way am I going to start whining about a few mean girls. Or a lot of mean girls, for that matter, one of whom apparently has a future in professional basketball. *Crave* p. 246-247.

[148] *BMR*: I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died…I'd never gotten over it. I just couldn't handle any more loss. 2011 p. 34. *Crave*: Grief is a wild thing within me, a rabid animal tearing at my insides and making everything hurt…it's hard when it hurts this much….battling the pain and loneliness that come from losing my parents in the blink of an eye. *Crave* p. 252.

[149] *BMR*: Caught, I snapped my neck around…staring up into his molten-honey gaze…I felt a hot blush rise up and stain my cheeks. 2011 p. 34 *Crave*: …I climb to my feet and turn around…Jaxon…Embarrassment slams through me, makes my face hot and my breath stutter. *Crave* p. 253-254. *BMR*: Heroine with Romantic lead: .. I wanted the ground to just open up and swallow me. 2011 p. 107, p. 134. *Crave*: ...I pray for the ground to open up and swallow me. *Crave* p. 254.

been crying, she is attracted to him and he gets closer to her.[150]

**Similarity 23: Romantic lead walks her to class.** He then walks her to class and opens the door for her to enter / He walks to his room at the school which is just a few feet away and opens the door, leaving it open for her to enter.[151]

**Similarity 24: Heroine's "alien theory."** In thinking about the romantic lead, the heroine wonders if he is an alien and has an "alien theory" about him.[152]

**Similarity 25: The First Kiss as Catalyst to discovery of the supernatural world.** It is through the first kiss with the romantic lead that the heroine discovers that her world is populated by supernatural creatures (vampires, werewolves, witches, etc.) and she has been the only one unaware of this reality. This "Reveal" is a pivot point of the story. In both works, this reveal is delayed to build suspense, and the realization that "monsters are real" recontextualizes all previous interactions (the weird behavior of the romantic lead, the warnings, etc.). The identical structural placement of this reveal—after the social dynamics are established and literally during the first kiss with the romantic lead—occurs through a substantially similar sequence: The scene begins with them going outside to view a special phenomenon in the sky. In *BMR* it's the

[150] *BMR*: I winced and rubbed my abused head, staring up into his molten-honey gaze. …Up close like this, he's even better looking than I remembered. My traitorous heart fluttered in response to his nearness… He crouched down beside me…I shivered at his touch in spite of myself, his scent enveloping me. 2011 p. 35. *Crave*: Instead, he just stands there, watching me with those black-magic eyes of his until I lose my breath again… He closes the gap, moving until he's only inches from me. My mouth goes desert dry… so close that I can feel his breath on my cheek. So close that I'm sure he can feel my breath on his. *Crave* p. 254.
[151] *BMR*: We walked down the hallway in silence…When we reached the classroom, he opened the door… "After you," he murmured…I walked past. p 37. *Crave*: He walks past me, opens the door to the room that lays just beyond the alcove and walks inside...He left his door open in what looks like an invitation. "Coming?" he asks. I follow him inside. *Crave* p. 256.
[152] *BMR* 2016 p. 41 and *Crave* pp. 260, 325. *BMR*: Ash was likely to be either a vampire or a werewolf. Or just a freak, alien or monster of unknown origin." 2011 p. 193. *Crave*: Heroine asks romantic lead: "Are you an alien?" *Crave* p. 260.

northern lights, in *Crave* it's a meteor shower. It's winter, and it's cold. They kiss and the romantic lead loses self-control of his powers. In *BMR*, the romantic lead's eyes glow, in *Crave*, the romantic lead causes an earthquake. In *BMR*, the heroine notices the romantic lead's eyes have changed and she is frightened of him and thinks of a monster. In *Crave*, the heroine doesn't realize the romantic lead caused the earthquake, but she is frightened of him when he starts yelling at her to go and she thinks of him as a monster.[153] In both works the heroine does not learn the truth about what really happened until after the event the following day. She realizes something about him isn't right, questions whether he is a supernatural being, and demands to know the truth.

**Similarity 26: Heroine learns about the supernatural world / head spins.** Following the first kiss scene, the heroine begins to learn about the supernatural world and her "head is

---

[153] He'll keep her warm, they're outside: "Don't worry, I'll keep you warm," he offers. The way he says it I feel a flutter of heat curl through me. 2013 p. 155; *Crave*: "...try to pretend that despite the chill, his hand on my arm doesn't flood every cell of my body with heat." p. 261; they experience a lightshow at night: "…that flash across the sky in Alaska in the deep winter…Just a perfect black background to showcase our own personal lightshow." 2013 p. 154, ".just watching the most brilliant show I've ever seen light up the sky." *Crave* p. 263; Heroine feels shy: "I feel shy and uncertain of myself." 2013 p. 157**, "**I glance at him, suddenly shy, though I don't know why." *Crave* p. 263; Heroine is afraid but wants him to kiss her *BMR* 2013 p. 155, *Crave* p. 267; the air is charged and electric, *BMR* 2013 p. 117, *Crave* p. 267. Romantic lead looks at heroine yearning/ craving, and needing her. *BMR* 2013 p. 157, *Crave* p. 269. Heroine can't look/ back away. *BMR* 2013 p. 157, *Crave* p. 269. Cups face in hand. *BMR* 2013 p. 158, *Crave* p. 269. Romantic lead leans down/ in and presses soft kiss. *BMR* 2011 p. 172, *Crave* p. 270. Heroine arms around romantic lead's neck. 2013 *BMR* p. 158, *Crave* p. 271. During the kiss heroine is delirious/ light-headed. *BMR* 2013 *BMR* 158, *Crave* p. 271. Romantic lead loses self-control of his powers, eyes change as wolf/vampire. Heroine is scared of romantic lead, his eyes are burning/gleaming and he is a "monster" and she runs away. 2011 *BMR* p. 173-176, 2013 *BMR* p. 159, 162. *Crave* p. 272. Heroine tells romantic lead he is not a monster. 2011 *BMR* 253, 261. *Crave* p. 400

spinning."[154] She learns that her friends and family are supernatural beings as are her teachers.[155]

**Similarity 27: Romantic lead tries to stay away from Heroine**. Believing she is human and that he and his world pose a danger to her, the romantic lead undertakes to stay away from her but he cannot.[156]

**Similarity 28: Heroine learns she is half-witch by blood.** The heroine then learns that her own family is supernatural,[157] including that one of her parents was a witch.[158] She also

[154] *BMR*: My head was spinning with a hundred different thoughts at one time… 2011 p. 230 (romantic lead has just told her there are supernatural beings) *Crave*: "A staple remover didn't make those marks, Grace. And neither did a snake. I think you know that, or you wouldn't have been up here pounding on Jaxon's door at six in the morning." *Crave* p. 308 ...it's just that my head is spinning. This has to be a nightmare. *Crave* p. 309.

[155] *BMR*: Heroine: "I stare at my friends in disbelief. 'You're not human? None of you?' 2013 p. 409. 'I'm a ban sidhe, Anna'...2013 p. 409. ' Rachel and I are cousins by blood. Sirens and ban sidhe are cousins, too.'... 2013 p. 40. "Finally, he grabs Mason…'A leprechaun.'" 2013 p. 407. "The boy's a Faery." 2013 p. 405. "I thought you knew we were succubi…" 2013 p. 423. "But yes, Dad's a berserker, like me…" p. 324 (he's a teacher at school and RL's dad); "'They're vampires?' Vampires, trolls and demons, oh my." 2011 p. 500. How do you ask someone if they're a teenage werewolf? 2011 p. 224; He claimed he wasn't a werewolf but could shift into a wolf." p. 236. "I was born and remain Kindred–Witch." 2011 p. 576. "Melusine was our great-great grandmother…she took the form of a dragon…as a descendant of Melusine, you are…" 2012 p. 312-13; 505. *Crave*: Heroine: "Then tell me the truth. Is. Jaxon. Vega. A. Vampire?" *Crave* p. 313. "And I'm a witch. It's a family thing." *Crave* p. 316. "they're wolf shifters really, more than werewolves." *Crave* p. 321. 'He's a…' 'Dragon.' *Crave* p. 314. "And that makes you what? A Fairy?" *Crave* p. 314; Heroine's best friend is a supernatural. *BMR*: Taylor to heroine about herself and Amanda: "I thought you knew we were succubi, and that maybe you were too, when Amanda and I invited you to the party." 2012 p. 488. *Crave*: Macy sighs. "I'm a witch, Grace." *Crave* p. 314.

[156] *BMR* 2014 p. 99, *Crave* pp. 398-399 (tried to stay away; see also *BMR* 2011 p. 321-322); *BMR* 2011 pp. 297, 299, *Crave* p. 291 (tells heroine "stay away from me."); *BMR* 2014 p. 261, *Crave* p. 291 (he tells her he's danger to her; see also *BMR* 2011 p. 411); *BMR* 2010 p. 233, 2011 p. 299, *Crave* p. 262 (he can't stay away "But I'm selfish.").

[157] *BMR*: Heroine to herself: My mom and my aunt are both witches, but not exactly the Wiccan variety as I had been led to believe. 2013 p. 220; I was born and remain Kindred—witch. I am your mother. 2011 p. 576, 578. *Crave*: Cousin to heroine: "A warlock, yeah. Just like my dad. And I'm a witch. It's a family thing." *Crave* p. 316.

[158] Her father was a witch *Crave* p. 315; and her mother a witch *BMR* 2013 p. 220.

remembers how loving her parents were with each other.[159]

**Similarity 29: Romantic lead saved heroine with his healing bite/venom.** In both works, there is a catastrophic blood loss scene where the heroine might die. The romantic lead heals the heroine with a bite / venom that has coagulating properties which quickly seal wounds.[160] The Heroine then wonders if the romantic lead's healing will cause her to turn into what he is.[161]

**Similarity 30: Supernatural War.** The Heroine then learns there is war among supernaturals with earth as the battlefield / a giant turf war.[162]

---

[159] *BMR*: Heroine: My father. Why didn't he tell me? 2010 p. 354; My dad. I don't understand why he didn't tell me…Were they all Sentinels then? (wolf shifter). 2011 p. 439-440. *Crave*: Heroine: Wait a minute, you're saying my dad was a witch?...How could my dad be a witch and I not know it? *Crave* p. 315-16.
*BMR*: The things I do remember are very clear, almost like looking at a snapshot… Or the look between my parents when they didn't realize I was watching them. 2010 p. 99-100. *Crave*: "They loved each other a ridiculous amount." I can't help but smile a little as I remember. "They were totally the parents who couldn't keep their hands off each other." *Crave* p 316.
[160] *BMR*:"One bite is only enough to gift you with rapid healing." 2010 p. 329;"Ash's healing bite" 2011 p. 423, 425. Something was different between us now, had changed since the healing bite he'd given me. 2011 p. 425. *Crave*: "Vampire venom has a lot of different properties, depending on what the vampire intends. Jaxon didn't bite you, but he did use his healing venom to seal your wound." *Crave* p. 319. *BMR*: "...as he licked her wrist when he was done, somehow sealing the puncture…In a corner of my brain I noted that his saliva must have coagulating properties." 2010 p. 429; 2011p. 532. *Crave*: "She bit you and injected her own venom, using the anticoagulant properties instead of the coagulant ones." *Crave* p. 319- 20.
[161] *BMR*: Heroine: "'Am I a werewolf now that you've bitten me?' Caitlin snorted. 'You're exactly what you were before.'" 2010 p. 329 'Anna, how much did you know about your dad?'... 'E-enough to know he d-didn't sprout fur and whiskers and run around on four f-feet.' 2010 p. 294. *Crave*: Heroine: "'...I mean, I'm not going to…' I mime getting fangs…She cracks up…'No, Grace, you're not about to sprout fangs and start sucking people's blood.'" *Crave* p. 320.
[162] *BMR*: Romantic lead to heroine: "...you believe in the supernatural," he began. I nodded…. "Well, there are good guys and bad guys in the supe world." …He leaned forward, his features suddenly animated, his voice intense. "There's a war going on, Anna. It's happening all around us every day …"Beings of myth and legend are fighting each other every day with Earth as the battlefield. 2011 p. 230. *Crave*: Uncle Finn to Heroine: …. my uncle kind of grimaces. "...It's not exactly easy to hide the fact that vampires and dragons are real when we're in the middle of a

**Similarity 31: Heroine's aunt, mother / uncle want her to leave Alaska**. The heroine's relatives want her to leave Alaska because they believe she's in danger, that she might be killed.[163]

**Similarity 32: Romantic lead & genetic mutations**. In both works the heroine learns that the romantic lead's type of supernatural may be due to a genetic mutation.[164] Each work discusses a history of such people being born not knowing what they are and then killing.[165]

**Similarity 33: Heroine tells her family she doesn't want to leave Alaska**. At this point in the story, the heroine tells her family that she does not want to leave Alaska.[166] Her family pushes back, telling her that there has already been too much loss in their family and they can't let anything happen to her.[167]

---

giant turf war." "Turf war?"... we're talking about different supernatural species ... . *Crave* p. 344.

[163] *BMR*: Mother, aunt and heroine: "They can't find out about her. Or us. I say we leave at first light."... "Leaving?! Aren't you overreacting a bit? Why can't they know about me?"… "Because they'll kill you." 2014 p. 279. *Crave*: Heroine and uncle: "No one is trying to kill me—someone just had an oops with their powers… "We're not sure…" My uncle is back to steepling his fingers. "That's why I want to send you back to San Diego." "Send me back?" *Crave* p. 345-346.

[164] *Crave*: "It's a genetic mutation, so yes, vampires can be born to anyone. Usually they aren't." *Crave* p. 349. *BMR*: "Every now and then someone is born with a dominant Berserker gene…If you're being polite about it, I'm a Sentinel…If you don't want to play nice, then I guess you'd say I'm a Berserker like my dad…" 2010 p. 338-339.

[165] *BMR*: "Technically, Dad's a Berserker…every now and then someone is born with a dominant. Berserker gene…He was seven. The villagers were terrified of him. They didn't know whether his magics were a gift from the gods or a curse...they cast him out...Berserkers...fought until no one was left standing…Fortunately, one of our kind found him…" 2010 p. 338-339. *Crave*: "…other born vampires do happen. They're the ones you read about in stories, because they don't have any knowledge of who or what they are so they…" "Run rampant killing everyone in sight?" "..They are the ones who don't know any better." *Crave* p. 350.

[166] *BMR*: Heroine to aunt and mother: "I can't just leave!" 2014 p. 279. *Crave*: Heroine to uncle: "I don't want to go back to San Diego, Uncle Finn." *Crave* p. 350.

[167] *BMR*: Mother to heroine with aunt: "…we've—lost everyone we care about. All of our family. My husband, our brother, cousins, parents—I cannot and will not lose you." 2014 p. 280. *Crave*: Uncle to heroine: "What happens if you end up getting seriously hurt?" He shakes his

**Similarity 34: Looking for answers in books.** Trying to understand more about the supernatural world, the heroine thinks / looks for books on mythology to learn about the creatures she's just learned are real.[168]

**Similarity 35: The romantic lead has power with his mind**. Shortly after this the Heroine learns that the romantic lead has significant powers of the mind.[169] The heroine finds that she isn't scared of his power even though she thinks she should be.[170] And the romantic lead reassures the heroine that he would never hurt her.[171]

**Similarity 36: The second kiss**. The second kiss between the heroine and romantic lead provides another significant plot point where he pulls back, she's embarrassed, they have a "who I am, what I am" conversation. He tells her that he lost control during their first kiss and it won't

---

head. "I wouldn't be able to live with myself." p. 345 "On the day you were born, I promised your father I'd take care of you if anything ever happened to him, and I am not about to let him down." *Crave* p. 351.

[168] *BMR*: …images from books I'd read…mythological beings…were they shape-shifters of some kind… 2011 p. 230-231. *Crave*: I think about starting in the mythology section, seeing if there are any books on the different paranormal creatures. *Crave* p. 354.

[169] *BMR*: Romantic lead and heroine: "Basically, get them to trust me...I would've just compelled you to open the door and let me in.." 2011 p. 271, 286 "I could blur your memories…" "That makes you very dangerous," I said in a low voice, more to myself than to him. He was the ultimate hunter being able to charm his prey. 2011 p. 286. *Crave*: Heroine about romantic lead: Jaxon slams the guy...into the wall with a flick of his fingers, then has him dangling a dozen feet in the air using nothing but his mind." "telekinesis" *Crave* p. 366.

[170] *BMR*: I should've been angry or worried about the power Ash could have over me. I should've been a lot of things, scared being at the top of the list. But I wasn't. 2010 p. 220. *Crave*: The telekinesis, the absolute control Jaxon exerted over everyone in that lounge, including me? The obscene amount of power he wielded with just a wave of his hand? I don't know how I feel about all that either. Except, like the violence, it doesn't scare me the way it probably should. He doesn't scare me the way he probably should. *Crave* p. 371. *See* also *BMR* 2011 pp. 226, 600, *Crave* p. 431; *BMR* 2010 p. 220, *Crave* p. 371 (not scared of his power).

[171] *BMR*: Romantic lead: "I would never hurt you, you know that, right?" 2011 p. 172. *Crave*: Romantic lead: "I won't hurt you…" *Crave* p. 372.

happen again.[172] This scene occurs in a remarkably similar way between the works. To wit:

i. The Heroine moves in to kiss the romantic lead but he doesn't respond, she is embarrassed.[173]

ii. He is concerned that the heroine couldn't want him because of what he is.[174]

iii. Their fingers are laced.[175]

iv. They express concern about the other walking away and missing out on what they have.[176]

v. They kiss and he groans low in his throat.[177]

vi. Romantic lead explains he had trouble with self-control of his powers around the heroine.[178]

vii. Romantic lead's smile lights up his face.[179]

viii. Romantic lead's words cause heroine to melt inside.[180]

---

[172] *Crave* (p. 378-388) with *BMR* 2013 p. 208-225; *BMR* 2010's version of this scene for the who I am, what I am conversation is taken at p. 221 and used with the 2013 edited material at p. 208. This sequence tracks between *BMR* versions in pp. 208-225 with *Crave* pp. 378-383.

[173] *BMR*: I raise my face up to him and close my eyes. I want this moment. I want him to kiss me. But he doesn't. Opening my eyes, I feel ten kinds of stupid…Mortified, I look away." 2013 p. 208. *Crave*: 'Please.' My mouth is nearly pressed against his. Still no response. My confidence—shaky at the best of times—is about to desert me completely." *Crave* p. 378.

[174] *BMR*: Romantic lead: "It's because of what I am, isn't it?" Heroine: "I guess I don't care about what you are, Ash. It doesn't matter to me." 2010 p. 221. Romantic lead: "When we kiss, I want it to be because you want me. And I don't want you to have any questions about that. About who I am or what I am." 2013 p. 208. *Crave*: Romantic lead:... "Even knowing what I am?" Heroine: "I know who you are. That's what matters." *Crave* p. 378.

[175] *BMR*: He covers my hand with his, lacing his fingers through mine. 2013 p. 208. *Crave*: Once more, I lace our fingers together… *Crave* p. 378.

[176] *BMR*: Romantic lead: "I can't explain it but I've got a feeling that if I let you walk away I'll be missing something so important that I can't take that chance." 2013 p. 223. *Crave*: Heroine: "What scares me is the idea that you're going to walk away and I'm going to go my whole life without knowing what this could feel like." *Crave* p. 379.

[177] *BMR*: He groans so low in his throat, it's almost a growl and that sound makes me wild with my own power that I could do that to him. My hands are in his hair and I'm pulling him to me, closer. My hands glide down his back and grip the belt loops of his jeans. 2013 p. 225. *Crave*: I arch against him in an effort to be closer, then my hands over his arms, his shoulders, his back My fingers tangle in his hair, and he groans low in his throat. *Crave* p. 383.

[178] *BMR*: "Because I find you so. . . irresistible, and with the added pressure of the full moon, I didn't have enough self-control not to show a little fang." 2013 p. 202. *Crave*: "I promised you the earthquake thing isn't going to happen anymore…But it's going to take a little time for me to figure out how to control all the things you make me feel." *Crave* p. 383.

[179] *BMR*: He smiled that smile of his, the one that touched his eyes and lit up his entire face. 2011 p. 119. *Crave*: ...he smiles, really smiles, and it lights up his whole face. *Crave* p. 384.

[180] *BMR*: ...the way he said those words—I'm melting inside. 2011 p. 147. *Crave*: ...try to pretend his words aren't making me melt deep inside. *Crave* p. 384.

ix. Romantic lead touches a lock of her hair, he touches her hair often.[181]

**Similarity 37: The secondary love interest character is introduced.** At this point, in the story, the character who is to later become the secondary love interest of the heroine is introduced, although without indication that is to be his role. Rather, he is initially made out to be an evil creature who committed murder and is said to have been responsible for the deaths of many people.[182]

**Similarity 38: Romantic lead again tries to stay away**. Once more the romantic lead tries to stay away from the heroine to protect her.[183]

**Similarity 39: Romantic lead feels a sense of responsibility to stop the war and keep the balance**. The romantic lead believes he has a duty to stop the supernatural war.[184]

---

181 "..he reached out with one hand and brushed a lock of my hair back from my face..." *BMR* 2011 p. 62; "He tucked a lock of my hair behind my ear. p. 261 "Jaxon takes hold of a lock of my hair... *Crave* p. 386.

182 "The only Ronan I'd ever heard of was the evil druid priest who'd murdered his people." *BMR* 2012 p. 315. "And when he decided he was going to murder the shifters, just wipe them out of existence, I knew it wouldn't stop there." *Crave* p. 397.

183 "They've been gunning for you since you got here. I don't know why it started, if it's because you're human or if there's something I haven't figured out yet. But I'm sure it's continued—and gotten worse—because you're mine...It's why I tried to stay away from you…" *Crave* p. 398-399. *BMR*: "It's just that if we're seen together as a couple, it might well...it might not be safe." 2011 p. 297 "I'm just worried now that you're so very publicly connected to me. That's all... We're going to have to be even more careful than I'd planned." 2011 p. 321-322 "So you've been avoiding me because?"... "I wanted to protect you...I didn't think it was safe for you to be around me. You don't know how many times I've wondered if those guys at the Stop-N-Go would've attacked if you hadn't been with me." 2014 p. 99.

184 *BMR*:"They're searching for someone…who is tied to both houses, light and dark. That girl is the key to tipping the balance of the war, one way or the other (2011 p. 239)... If they find her first, the world as we know it will never be the same (2011 p. 241)....it's my duty, the duty of my people to look after and protect yours. It's what has to be done…there is no second chance here, Anna." 2011 p. 248. "We're balanced on a razor-thin tightrope, and every day, every minute, is a balancing act. One wrong step in either direction, and the world burns. Not just ours, but yours as well, Grace. I can't let that happen." *Crave* p. 399.

**Similarity 40: Heroine tells romantic lead he's not a monster**.[185]

**Similarity 41: Romantic lead tells heroine he will keep her safe after she is hurt by a supernatural being**.[186]

**Similarity 42: Questions about the romantic lead's age.** Around page 400 of each work, the Heroine wonders how old the romantic lead really is, and how his kind age.[187] The Romantic lead asks the heroine if she really wants to talk about this when she asks him questions about his type of supernatural being.[188]

**Similarity 43: The Revealing Red Dress.** After this is a scene where the heroine is offered a red dress for a party by her family member (mom / cousin).[189] The red dress is short and revealing.[190]

---

[185] *BMR*: "Those changes I saw name you as some kind of monster. But when I think about you," I said softly, almost whispering, "I just don't believe that." 2011 p. 253 "Ash wasn't a monster" 2011 p. 261. "But you're not a monster, Jaxon. Not even close." *Crave* p. 400.

[186] *BMR*: "I want you to feel safe with me, protected. After everything that's happened today, I know that won't be easy. I promise you, Anna, I'll make sure nothing like that can ever happen again." 2010 p. 364; 2011 p. 468. "I'll do whatever it takes to keep you safe, even if that means taking on every shifter in the place." *Crave* p. 404.

[187] *BMR*: "Your dad–he looks like a Viking" …"That's because he is a Viking."..."That means he's…" "Over a thousand years old, give or take a few years" …"I mean are you" … "I'm just seventeen." "Is that in human or dog years?" I found myself asking. "You don't age like we do then." …"We don't age like humans do." 2011 p. 420. *Crave*: Things like how long do born vampires live—or are they immortal, like the stories suggest? Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? And if it is, exactly how old is Jaxon? *Crave* p. 407.

[188] *BMR*: "You don't age like we do, then." It wasn't a question. "We don't age like humans do, Anna," he corrected. 2011 p. 420. *Crave*: Which leads me to wonder if born vampires age the same way, or is this a baby Yoda thing, where their maturation is much slower than non-magical humans? *Crave* p. 407. *BMR*: Romantic lead: "Do you really want to know?" He asked in a tone of voice that told me I probably didn't. 2011 p. 420. *Crave*: Romantic lead: "Is this seriously what you want to talk about right now?" *Crave* p. 407.

[189] *BMR*: Before she could answer, I had worked the zipper down to find a red dress in the bag. 2011. p. 137. *Crave*: "You should go with the red dress…" *Crave* p. 430.

[190] *BMR*: I'm wearing a red, baby-doll mini dress with a form fitting peasant top, lace up bodice and cutesy gingham apron. A flouncy, red lace petticoat peeps out from beneath the too short hem. The long white knee socks and black patent Mary Jane shoes are the icing on the naughty

**Similarity 44: Romantic lead smells of citrus and waterfalls (*BMR*) / oranges and freshwater (*Crave*).**[191]

**Similarity 45: The Northern Lights (reprise).** Next in *Crave* is a "Northern Lights" scene that again tracks *BMR*. To wit:

i. The heroine barely feels the cold as she goes out with the romantic lead to check out northern lights.[192]

ii. Green and purple swirl across the sky.[193]

iii. The romantic lead puts his arms around the heroine like a blanket.[194]

iv. The heroine references the scientific explanation for the lights.[195]

v. The heroine and romantic lead kiss.[196]

---

girl cake of a costume. 2013 p. 136. *Crave*: "There's not enough material for it to be a lot of anything," Macy snickers. "Yeah, that's kind of my point." The red dress is amazing, no doubt about it. And I bet it looks gorgeous on Macy. But with all its geometric cuts and angles and the absolute lack of fabric near anything important, it's about as far from my usual style as I can get…. "I think I'm going to go with the yellow one,"....but the neckline is a little higher than the red one, and it should actually hit below my knees when I put it on, versus the top half of my thighs, like the red one. *Crave* p. 430-431.

[191] *BMR* 2011 p. 460, *Crave* p. 435 (his scent, citrus and waterfalls / orange and freshwater).

[192] *BMR*: It's unseasonably cold for Halloween this year but I don't care—I barely feel it...We've decided to check out the northern lights…p. 153. *Crave*: "The northern lights," I breathe, so caught up in the incomparable beauty of them I barely feel the cold." *Crave* p. 438.

[193] *BMR*: Flowing streamers of brilliant green and purple swirl across a pitch-black sky… 2013 p. 154. *Crave*: …background an intense, incredible purple while swirls of periwinkle and green and red dance across it. *Crave* p. 438.

[194] *BMR*: He put an arm around my waist and looped my hand around the back of his neck…A sense of peace settled over me like a warm blanket and I moved in time with the music and with Ash. I felt the music flow around and through me. 2011 p. 161-162. *Crave*: ...wrapping his arms around me from behind so that I'm snuggled up in the blanket and his arms. *Crave* p. 438.

[195] *BMR*: "I know there's a scientific explanation for it but still, it feels magical." p. 168. *Crave*: "The higher velocity of the solar winds hitting the atmosphere, the faster they dance." "And the colors are all about the elements, right? The green and red are oxygen and the blue and purple are nitrogen." *Crave* p. 439.

[196] *BMR*: …he brushes his lips…in a whisper of a first kiss. I turn his face with my fingers and brush my mouth against his, tremulously at first and then a sort of hunger overtakes me and I claim his mouth with my own. 2013 p. 158. *Crave*: "He kisses me like he's starving for me. Like

vi. They dance and laugh just before the Northern Lights scene in *BMR* and dance and laugh, referencing the "light show" in *Crave*.[197]

vii. Romantic lead's canines distended as bites heroine / fangs sink into heroine.[198]

viii. The heroine sees the romantic lead snarl, he looks angry, blood.[199]

ix. The heroine's world dimmed / everything fades for the heroine.[200]

x. The heroine has lost a lot of blood.[201]

**Similarity 46: The voice inside her tells her to run**.[202]

---

his world depends on it. Like I'm the only thing that matters to him. I kiss him right back the same way…" *Crave* p. 439.

[197] *BMR*: We were suspended in time, just the two of us and there was no one else...guiding me as we danced. We moved in perfect time as though we had been dancing together forever. I threw my head back and laughed for the pure joy of it... 2011 p. 163. *Crave*: I laugh all the way through it... dancing and floating and spinning our way through the most spectacular light show on earth...the joy of being here, in this moment, with Jaxon... *Crave* p. 441. *BMR*: Just a perfect black background to showcase our own personal lightshow. 2013 p. 154. *Crave*: We stay up for hours, dancing and floating and spinning our way through the most spectacular light show on earth. *Crave* p. 441.

[198] *Crave* p.446: "It must be the reassurance he needs, because seconds later he strikes, his fangs sinking deep inside me." *BMR* 2011 p.406: "The last thing I saw was Ash's face, canines distended, as he leaned forward to bite me." (This beat from *Crave* is repurposed from a related *BMR* scene).

[199] *Crave* p. 447-448: "That's when he snarls. His grip on me getting harder, tighter...His fangs sink deeper and the moment of clarity fades as he begins to suck in earnest'…'He's towering above me now, fangs dripping blood, and face contorted with rage.' *BMR* 2011 p. 260: "A snarling, vicious-looking Ash, lips curled back in fury as he looks up from a girl's broken body, mouth bloodied, canines sharp." *BMR* 2011 p. 406: "Ash leaning over the broken and bloodied body of a girl, his lips red with her blood, was this moment. That girl was me." (This beat from *Crave* is repurposed from a related *BMR* scene).

[200] *Crave* p.448: "Everything kind of fades after that, so that I have no idea how much times passes." *BMR* 2011 p.406: "The world dimmed until I knew no more." (This beat from *Crave* is repurposed from a related *BMR* scene).

[201] *Crave* p.449: "But I'm weak from blood loss and it barely budges the first time." *BMR* 2011 p.407: "Easy there, Anna. You lost a lot of blood." (This beat from *Crave* is repurposed from a related *BMR* scene).

[202] Run, run, run! The voice inside me is full-on screaming now, and I'm more than ready to listen to it. *Crave* p. 449 "That new inner voice inside my head is warning me to get it together…The voice says run!" 2013 p. 360; "The voice inside my head is screaming…" 2013 p. 381

**Similarity 47: Heroine is disoriented, lightheaded.** The heroine finds herself challenged to move steadily as a result of Taylor / Lia's drink that made her ill.[203]

**Similarity 48: The heroine is kidnapped by the vampire prince / vampire prince's mate**. Towards the end of each story, at its climax, the heroine is kidnapped by Julian, the vampire prince / Lia, the vampire prince's mate in an act of vengeance against the person believed to have caused the mate's death, and this vampire wants to use the heroine to bring back their dead mate (who is actually alive in another dimension)[204] The vampire prince - Julian, / vampire prince's mate- Lia has been waiting a long time to get the heroine.[205] The Vampire prince -Julian / vampire prince's mate -Lia wants to use the heroine to bring their mate back

---

[203] *BMR*: I had a strange sense of disorientation. Dizzy, I collapsed to my knees on the floor grabbing onto a leather bench for support. 2011 p. 414. *Crave*: But I'm so light-headed right now that I can barely stand upright and I sway with every step I take. *Crave* p. 450. *BMR*: "Taylor Vaughn gave Anna spiked punch." My mother and aunt gasp. "She didn't have much but she's had an unusually strong reaction to it." 2013 p. 293. *Crave*: Lia just sighs… "I knew I should have made the tea stronger. But I was afraid it would kill your little pet, and I couldn't let that happen. At least not yet." *Crave* p. 451 (this is explained to the heroine much later in the story.)

[204] *BMR* 2010 p. 419, 420 - 455, *Crave* p. 455, p. 452 – 490. *Crave* p. 483-485 (This vampire wants to bring their dead mate back, reincarnation / resurrection, needs heroine, it may kill her); *BMR* 2010 p. 437, mate p. 467; *Crave* p. 485-486, *Crush* p. 423 mate; (This vampire is suffering the loss of their mate:), *BMR* 2010 p. 442-443; *BMR* 2011 p. 539-40; 544; *Crave* p. 485-486 (heroine is chosen for vengeance against person responsible for mate's death).

[205] *BMR*: Vampire prince to heroine: "Such a long time I've waited…But when I saw you, that he had a daughter, ah well, that's when I knew. It had to be you. And I waited…" 2010 p. 436; 2011 p. 539. *Crave*: Vampire prince's mate to heroine: "I've spent months preparing for this. Months!....I spent months searching for you…" *Crave* p. 483.

from the dead; reincarnation/resurrection.[206] He / she is suffering from the loss of the mate.[207]

**Similarity 49: The Start of the Kidnaping Scene.** The heroine's arms are in cuffs / tied to an iron ring and she's on a cold floor / slab.[208] While captured the heroine feels panic and wishes she felt empowered / had the power to escape but can't muster any / has none.[209] When the heroine is first abducted, she is in pitch darkness / dark and is frightened /terrified and has scary thoughts.[210] She finds that the voice has deserted her / is absent when she needs it during

---

[206] *BMR*: Julian: "Do you believe in reincarnation, sweet Anna? The rebirth of a soul to live another life in a new body?...You are my sweet Elise, I'm sure of it." 2010 p. 436; 2011 p. 545. "Between the death of this life and your rebirth as a Sanguine, your soul pieces will merge, giving you back your memories my darling sweet." 2011 p. 549 (2011 is the first version to use rebirth as a Sanguine. Sanguine are vampires in *BMR*). Heroine: "And if I'm not who you think I am? What then?" Julian: "We do things the old-fashioned way…If it doesn't kill you, well, then voila! Either way, it's a win-win." 2010 p. 444 ..he believes she IS Elise reborn... thinks that she's a vessel for Elise's spirit. Pitch Notes to Emily Sylvan Kim, 2013 *Crave*: Lia: "This is my one chance, my one chance to bring him back, and you think I'm going to let you ruin it?"... Heroine: Bring him back? Who? Hudson? Lia: "I'm going to bring Hudson back…and you're going to help me." Heroine: …But you can't bring the boy you love back from the dead…shivers of horror sliding down my spine at the thought of a resurrected vampire breaking through those doors. *Crave* p.483-485.

[207] *BMR*: Julian to heroine: "My sweet Elise was the other half of my own soul. Can you understand what it means to have that one person, the other half of you torn away?" 2010 p. 437. Elise: "Julian was everything I could have hoped for in a mate" 2010 p. 467. *Crave*: Lia to heroine: "I can't wait for you to serve your purpose so you can die and finally, he'll know just how excruciating it feels to lose a mate." *Crave* p. 485-486.

[208] *BMR*: With my arms cuffed behind my back and sitting on the cold metal floor for so long, my muscles were cramped and I had no ability to gain my feet. 2010 p. 422. *Crave*: At least not until I turn my head and see my right arm stretched out to the side and tied into an iron ring…my left arm in the same predicament…I realize that I'm spread-eagled on top of some kind of cold stone slab. *Crave* p. 455.

[209] *BMR*: I figured panic wasn't too far behind. And if I gave into that panic I knew I would be lost. …But my situation was too grim for me to have any feeling of empowerment. And anger requires empowerment. Or maybe if you're angry enough it makes you feel empowered. Either way, I couldn't muster a spark to save my life. 2010 p. 421-422. *Crave*: Has my panic turning to terror…..I have to do something…I wish I had some supernatural powers of my own. Namely the power to break through rope. Or teleport. Hell, I'd even take a shadow of Jaxon's telekinesis at this point-something, anything that might possibly get me untied and off this horrible rock. *Crave* p. 455-456.

[210] *BMR*: Fear of the dark is kindled by the imagination. So many times what you imagine is far more frightening that what actually is. …you don't see the monster, at least not until it's too

this kidnapping scene.[211] The heroine thinks the vampire prince - Julian / vampire prince's mate - Lia is a crazy vampire.[212] The heroine wonders why she was kidnapped and why she's special.[213]

**Similarity 50: The Heroine fights back.** The similarities between the works continue with how the kidnapping plays out, with key overlapping plot and story points:

i. First, the heroine is choked by another supernatural being (Selene / Flint).[214]

ii. Next, the vampire prince / romantic lead saves the heroine from being choked by throwing / heaving Selene / Flint across the room.[215]

iii. The voice then comes back, telling her again to run.[216]

iv. She argues with it and wonders if it is her wolf half (*BMR*) / gargoyle side (*Crave*

---

late...there was no light. I had never outgrown my childhood fear of the dark and the darkness surrounding me was utter pitch." 2010 p. 421. *Crave*: Wherever I am, it's dark. Not pitch black, obviously, because I can see my hands and feet and a little beyond where I'm lying. But that's it. Only about four feet past my hands and feet in every direction, but after that it's really dark. Like really, really dark. Which isn't terrifying at all considering I'm in the middle of a school filled with things that go bump in the night. *Crave* p. 456.

[211] "the voice inside me that's been telling me what to do for days now is suddenly, inconveniently absent." *Crave* p. 463. "My inner voice was missing in action." *BMR* 2011 p. 543; My new inner voice had deserted me … 2012 p. 442.

[212] *BMR*: Great. A crazy vampire. 2010 p. 427. *Crave*: And oh yeah, I'm being stalked by a crazy-ass vampire... *Crave* p. 465.

[213] *BMR*: Julian and heroine: "Why me?...Why?" I whispered. "Because you're special. Haven't you guessed?" he whispered back. "Besides, your family owes me a Blood Debt for my sweet Elise. You look remarkably like her, you know." 2010 p. 435 (why me), p. 436. *Crave*: Heroine: What makes me so special? The fact that she thinks I'm Jaxon's mate? Or something else? Something more? *Crave* p. 484.

[214] *BMR*: Selene chokes the heroine: Before I knew what was happening, I found myself flung to the hard, concrete floor, the life being choked out of me. I couldn't breathe. 2010 p. 447. *Crave*: Flint chokes the heroine: He grabs me by the hair and slams me face-first into the nearest wall.…He reaches forward, wraps his hand around my neck. And then he starts to squeeze…I can't speak anymore, can't breathe… *Crave* p. 467-469.

[215] *BMR*: His strength was such that he threw her across the room…She fell into a heap against the wall. 2010 p. 447. *Crave*: Moments later, he's on Flint, grabbing him by the hair and heaving him across the room into the opposite wall. *Crave* p. 470.

[216] "That new inner voice inside my head warned me that I needed to get it together. To get away before it was too late. To run!" *BMR* 2011 p. 472 compared with *Crave* p. 472 "But the voice inside me is finally back and it's urging me to run, to get away, to leave…"

series).[217]

v. The heroine is dragged and tries to resist.[218]

vi. The heroine worries about Julian/Lia's strength hurting her brain as she feels disconnected from her body and tries to fight the feeling.[219]

vii. Julian the vampire prince hits and kicks a female vampire and he hits the heroine / Lia the vampire prince's mate hits and kicks the heroine.[220]

viii. The heroine has fury / anger, rage deep within / inside her towards the vampire prince / prince's mate and she feels fire, like hot acid / hot flame.[221]

---

[217] *BMR* 2011 p. 472, *Crave* p. 472-73 (voice tells her to run in kidnapping scene); *BMR* 2011 p. 430.

[218] *BMR*: I was dragged to the corner of the room, twisting and kicking… 2012 p. 478. *Crave*: Lia continues as she grabs me by the hair and starts dragging me up the tunnel…digging my nails into her hands hard enough to draw blood. *Crave* p. 475.

[219] *BMR*: He'll turn my brains to mush if I don't give in. …I clench my jaw against the pain of it, tears streaming down my cheeks.…I'm floating, disconnected from my body, drifting on a tide. I mustn't give myself over to that feeling, even though it's tempting to just let go….Julian's eyes widen and he pulls back with a start.…his backhand connects with my face. The pain is blinding, radiating from my jaw to my temple and up to my head. My neck snaps back and I'm slammed into the wall, crumpling to the floor. …He has my arms pinned over my head before I can so much as draw a breath. And then he hits me again. I've sadly underestimated his strength..2013 p. 414-415. *Crave*: Lia curses and slams my head into the wall …Which dazes my already not-functioning so- great brain but doesn't get me to shut up. …Lia's not having it…she turns around and kicks me in the face. Not hard enough to fracture my jaw, but more than hard enough to have me reeling backward…. as everything around me starts to go black. "Oh, no you don't, you bitch," Lia hisses at me. And this time when she hits me, it's a sharp slap on my cheek. "You are not going back to sleep..". …That's the best incentive I can think of to make myself pass out again….in the grand scheme of her vampire strength.. *Crave* p. 476.

[220] *BMR*: Standing in front of her, he lashed out with his feet, kicking her harder and faster up against the wall…Julian shouted as he backhanded her across the face. 2010 p. 447; 2011 p. 552 ..moves so fast I don't see it until his back hand connects with my face…he has my arms pinned over my head…. And he hits me again. 2013 p. 414-415. (2013 is the first version of *BMR* with the heroine being slapped). *Crave*: Lia's not having it, though, because this time she turns around and kicks me in the face…And this time when she hits me, it's a sharp slap on my cheek. *Crave* p. 476.

[221] *BMR*: Something within me, deep and far down, rose up like hot acid. A fury so strong I actually felt on fire with it and yearned to destroy him. 2010 p. 446; 2011 p. 551. *Crave*: ...the hopelessness deep inside me turns to anger, and the anger turns to rage. It fills up the emptiness,

ix. The heroine wonders how she can kill the vampire prince / vampire prince's mate.[222]

x. The heroine realizes she can't compete against the vampire prince's / vampire prince's mate's strength, so she holds still /doesn't move during the fight in the kidnapping scene.[223]

xii. Ban sidhe (Gaelic for Banshee) / Banshee is said during this scene.[224]

xiii. The voice inside heroine tells her to run but she can't.[225]

xiv. Taylor / Lia tells heroine she is pathetic and heroine isn't want she thinks she is.[226]

xv. Heroine worries she'll be Frankenstein's bride / Frankenstein if the plan to resurrect the dead mate works.[227]

---

fills up the aching, until all that is left is a fire in the pit of my stomach. A white-hot flame that wants nothing more than it wants justice. *Crave* p. 477.

[222] *BMR*: How do you kill a vampire? In books and movies, it's a stake to the heart, decapitation or sometimes fire. Was there a kernel of truth to the mythology? I vowed I would find out. 2010 p. 446; 2011 p. 551; A plan would be really nice about now. 2013 p. 413. *Crave*: All of which means I'm going to have to do whatever I can to take her with me when I die. I just wish I had a clue how I'm supposed to do that. My brain makes and discards half a dozen feverish plans… *Crave* p. 477-478.

[223] *BMR*: I held perfectly still, unresisting, though every fiber of my being screamed in protest. 2010 p. 449. *Crave*: So instead of running, I play possum. Not running, not moving, not even breathing... *Crave* p. 479.

[224] *BMR*: Julian rolls his eyes. "little ban sidhe" (Gaelic for banshee). 2013 p. 408 (2013 is the first version *BMR* to use the word ban sidhe, pronounced banshee). *Crave*: "Lia howls like a banshee." *Crave* p. 480.

[225] *BMR*: "Run!" The hysterical voice inside my head screamed. "Run!" But my rational mind knew that would be yet another mistake." 2010 p. 476. *Crave*: The voice inside me wants me to get up, to run, but I've got nothing left. *Crave* p. 482.

[226] *BMR*: Taylor to heroine: "You think you're like them, don't you? A Sentinel, a protector of humankind," she spat. "Unfortunately, there's so much more to you than meets the eye…She turned…laughing. "You're pathetic!" she hissed. 2012 p. 489. Taylor to heroine: "You have no idea what you are and it's such a waste." 2010 p. 459. *Crave*: Lia to heroine: "You pathetic, miserable excuse for a…" "Human?" I interject. "Is that what you think you are? Human?" She laughs. "You're even more pathetic than I thought. You think I would do all this to get my hands on a human?" *Crave* p. 483.

[227] *BMR*: Apparently, the next time I saw Ash, if I ever saw him again, I could very well be a monster of Julian's creation. Frankenstein's bride. 2012 p. 474. *Crave*: I read Frankenstein last year—I can only imagine what abomination she'll bring back from the dead if her little plan actually works. *Crave* p. 485.

**Similarity 51: Romantic Lead to the Rescue (and to be rescued).** In each work the romantic lead comes to the rescue, only to then be saved by the heroine in the same way:

i. The romantic lead enters the fray, the door / wall "shudders."[228]

ii. There is a loud /giant wrenching sound and the female vampire is thrown across the room and hits the wall.[229]

iii. There is a sickening crunch of a wrist / bone.[230]

iv. There is a primal war cry when the heroine jumps on a demon's back with a dagger / Lia jumps on the romantic lead's back with a knife.[231]

v. He believes her abduction was his fault, she doesn't agree.[232]

vi. The romantic lead saves the heroine's life and she saves his; he believes her abduction was his fault.[233]

---

[228] *BMR* 2010 p. 450, 451; *Crave* p. 487 (door / wall shudders with romantic lead to the rescue); *BMR* 2010 p. 443, *Crave* p. 483 (primal war cry); *BMR*: A sudden, shuddering pounding as the door splintered and collapsed ...uninvited guests had crashed the party. My werewolves. They had come for me…I scanned the room for Ash…Ash met my eyes from across the room in his human form… 2010 p. 450, 451. *Crave*: This time the whole wall shudders under the force of Jaxon's power. I'm facing away from the door, but I can hear the grinding of stones being pulled loose and the crash of them as they hit the floor. *Crave* p. 487.

[229] *BMR*: Julian…he threw her across the room.... She fell into a heap against the wall…She straightened with a loud wrenching sound. 2010 p. 447; 2011 p. 552. *Crave*: A giant wrenching sound suddenly fills the air…he rips Lia off me, sends her flying across the room. She hits the wall with a crash… *Crave* p. 489-490.

[230] *BMR*: He grabbed Rachel's wrist and studied it closely, as though he were thinking. "Slytherin perhaps?" With a sickening crunch, he bit into her wrist. 2010 p. 429; 2011 p. 532. *Crave*: He waits for her to get close then uses her own momentum to send her flying off the altar and across the room. She lands with a sickening crunch of bone. *Crave* p. 490.

[231] *BMR*: I ran into the melee screaming at the top of my lungs—a primal war cry escaping my lips along with Ash's name…The Ka Ramun was now less than a foot away from Ash. It raised a dagger poised to strike and in that moment, I sprang forward and launched myself on its back…I…brought the dagger down into its neck. 2011 p. 559; 2010 p. 452 (2011 contains entire sequence; 2010 partial sequence) *Crave*: She leaps onto his back with a primal kind of war cry and plunges the knife straight into Jaxon's chest. It's my turn to scream— *Crave* p. 490-491.

[232] *BMR* 2010 p. 488, *Crave* p. 490-91.

[233] *BMR* 2010 p. 452, 2011 p. 599, *Crave* pp. 490-491.

vii. / Heroine saves romantic lead and herself by stabbing the demon with a dagger/ Heroine saves romantic lead and herself by stabbing vampire prince's mate with a knife.[234]

viii. Heroine can't bear losing one more person she loves / Heroine can't bear losing another person she loves.[235]

viii. Heroine stabs the Ka Ramun demon and he turns into dust/Romantic lead throws the smoke at Lia and she turns into dust.[236]

ix. The vampire prince kills the jealous girlfriend who tried to harm the heroine.[237]

x. The demon disintegrates into dust / Lia explodes into dust after being stabbed.[238]

xi. The heroine acts to sacrifice herself to save the romantic lead's life after she has been rescued by the romantic lead from the vampire prince / vampire prince's mate.[239]

---

[234] *BMR*: "The Ka Ramun was now less than a foot away from Ash. It raised a dagger…I gripped the dagger with both hands, trying to wrench it free for another stab. Each tug resulted in a horrible, sucking sound" 2011 p. 559 *Crave*: "She's wide open, her arms spread out to the sides, so I connect. The knife makes a sickening squishing sound…" *Crave* p. 492.

[235] *Crave*: "...watching another person I love die, there is no alternative..." *Crave* p. 493 *BMR*: "Because the thought of losing one more person I love is unbearable." 2016 p. 95.

[236] *BMR*: I gripped the dagger, plunging it harder…into the thing's neck…and then he disintegrated into dust. 2011 p. 560; 2012 p. 480. *Crave*: ...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Seconds later she explodes into a cloud of dust… *Crave* p. 495.

[237] *BMR*: His movements increased in tempo as her screams did, a terrible song of muffled thumps and crunches, his legs and feet moving so rapidly that the whole thing was nothing more than blur. Finally, she was silent and no more than a heap of pulp at his feet. 2010 p. 447; 2011 p. 552. *Crave*: ...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Seconds later she explodes into a cloud of dust… *Crave* p. 495.

[238] *BMR*: I gripped the dagger, plunging it harder…into the thing's neck…and then he disintegrated into dust. 2012 p. 480. *Crave*: ...I watch Jaxon condense the sphere between his hands…fires it straight at Lia…Seconds later she explodes into a cloud of dust… *Crave* p. 495 In *BMR* 2010-2013, the heroine saves the romantic lead's life in the kidnapping scene by jumping on a demon's back and stabbing it with a dagger when the demon is about to attack the romantic lead from behind. In 2014, the heroine actually offers to sacrifice her life for his.

[239] *BMR*: I watch as a hoard of demons descend and realize I have no power. No magic to save my beloved. Please! He can't die!' I beg her. I want to scream, kick, fight, do something–anything–to make this right. "A life for a life. The balance must be maintained." "Then take mine" I offer… "Do you pledge your life to me for this boy of Light?"… "Yes!" I cry. "My life

**Similarity 52: Villain Murdered the Parents.** At the same point in the climax of both works it is revealed that the accident that killed the parents was not an accident; the vampire prince /vampire prince's mate caused the "accident" which killed her parents. They tell her this at the climax of the story during her kidnapping. They want to use the heroine in an act of vengeance against the person they believe killed their mate. The heroine feels sorry for the "crazy vampire" at first, even though her life is at stake. It is later revealed that the vampire prince / vampire prince's mate is not dead in *BMR* and *Crush*.[240]

At the start of the scene the vampire prince / vampire prince's mate is talking about the pain of losing their mate and the heroine at first feels pity for him/her even though she is in danger of being killed herself. However she then becomes furious that they are responsible for killing her family.[241]

---

for his." 2014 p. 357 (2014 is the first version of *BMR* where the heroine of ers her life in exchange for the romantic lead's life to save him.) *Crave*: Not when he could die on me at any second…If I leave him and go for help, he might very well bleed out while I'm gone. If I don't, he may bleed out anyway…Jaxon's heart rate is slowing down and so is his breathing. I don't have much time to do something, anything to save him. In the end, I do the only thing I can think of…I claw open one of the wounds on my wrists…I press my wrist to his mouth…if he doesn't drink, he'll die." *Crave* p. 496.

[240] *BMR* 2010 p. 443, *Crave* p. 483 (responsible for accident which killed her family members); *BMR* 2010 pp. 436, 444, Pitch Notes to Emily Sylvan Kim, 2013; Vampire prince / vampire prince's mate killed heroine's family members. *BMR*: Heroine and vampire prince: "B-but he died in the elevator crash with my grandparents." I insisted stubbornly. He shook his head. "Not so. That was no accident, Anna Sweet." 2010 p. 443. *Crave*: Vampire prince's mate to heroine: "I spent weeks planning your parents' accident…" *Crave* p. 483.

[241] *BMR*: Julian to heroine: "I bite you, drain most of your blood…If it doesn't kill you, well, then voila!" 2010 p. 444 (His plans could kill the heroine) Julian to heroine: "Do you believe in reincarnation…The rebirth of a soul to live a life in a new body…Because I do…" 2011 p. 540. Heroine: I felt a stirring of pity for him and was surprised by it. 2010 p. 437. Murderer! How I hated him for killing my grandparents and robbing me and my family. 2010 p. 443. *Crave*: Lia to heroine: "This is my one chance, my one chance to bring him back…" *Crave* p. 483. Heroine: "Are you seriously trying to bring Hudson back?" I ask, and though I know Lia's crazy and that she plans to kill me, there's still a tiny piece of me that might actually feel sorry for her…or it would if she hadn't also been responsible for the murder of my parents. *Crave* p. 484.

**Similarity 53: Romantic lead is physically punished for his transgressions** by his family / mother.[242][243] But he tells the heroine that his kind heals quickly,[244] laughs and tells her not to worry when she is upset about this punishment.[245]

**Similarity 54: The Declaration of Love.** The romantic lead tells the heroine he loves her and she tells him she loves him for the first time after the kidnapping scene when she is safe.[246]

**Similarity 55: Questioning whether love is enough.** The heroine / romantic lead say sometimes things don't work out.[247] The romantic lead / heroine wants to work it out.[248] Romantic lead / heroine asks the other to be with them.[249] Romantic lead initiates the kiss after

---

[242] *BMR*: And I watched in sudden horror as his hands started smoking, the stink of charred flesh filling the air around us. … "Apparently, I said something I shouldn't have. That was a warning. 2010 p. 179-180. *Crave*: "By doing this, and ensuring I didn't heal, she left a mark of weakness on me for the whole world to see." *Crave* p. 505.

[243] *BMR*: "Who put this geas on you?.." As usual, my expression must have revealed my revulsion that his own family would do such a thing to him...It seemed an incredibly barbaric yet highly effective method of control. 2010 p. 181. *Crave*: "Your mother did this to you?" I whisper as horror slithers through me. *Crave* p. 505.

[244] *BMR*: "I heal quickly. It's one of the perks." 2010 p. 181. *Crave*: "It's hard to scar a vampire, we heal too quickly." *Crave* p. 505.

[245] *BMR*: His eyes laughed at me as he said, "Don't look so worried. It could be worse." 2010 p. 181. *Crave*: But Jaxon just laughs a little. "Don't worry about it, Grace. It's all good." *Crave* p. 506.

[246] *BMR* 2010 pp. 487-488, *Crave* p. 508. *BMR*: Romantic lead to heroine: "I'm in love with you." 2014 p. 388. *Crave*: Romantic lead to heroine: "I'm so in love with you." *Crave* p. 508. Heroine tells him I love you too. *BMR*: Heroine responds: "I love you, too." 2011 p. 600. *Crave*: Heroine responds: "Good, because I'm in love with you, too." *Crave* p. 508.

[247] *BMR*: Heroine: "Following your heart doesn't always lead to a happy ending." 2014 p. 388 *Crave*: Romantic lead: "But sometimes love isn't enough." *Crave* p. 508.

[248] *BMR*: Romantic lead: "I'm saying we'll figure it out together." 2014 p. 388. *Crave*: Heroine: "You're not the only one in the relationship...And that means you don't get to make all the decisions for us." *Crave* p. 509.

[249] *BMR*: Romantic lead: 'I know what I'm doing,' he says with a rueful smile. 'And what I'm doing is following my heart. The question is, do you trust me enough to follow yours?' 2014 p. 388. *Crave*: Heroine: "Yes it is. It's exactly that simple. Either you want to be with me or you don't...Be with me. Love me. Let me love you." *Crave* p. 510.

the I love you.[250]

**Similarity 56: Vampires don't need human blood.** The romantic lead explains that vampires need blood to survive, but not human blood.[251] He explains negative consequences of drinking human blood.[252]

**Similarity 57: Unleashing Ronan on the World.** The Heroine realizes she's unleashed Ronan upon the world / Romantic lead tells heroine he won't risk Hudson being set loose on the world.[253] There is fear in the second love interest being in the world again.[254] The heroine has accidentally released Ronan / Hudson from the other dimension where he has been trapped. He is tied with her in some way.[255]

---

[250] *BMR*: He leans in, his hands slipping under my hair to the back of my neck, and in his arms I feel cherished. Our lips meet, hesitantly at first, a question in the kiss. Then, the press of his lips is more insistent and so is mine. Our breaths become one breath, and in this kiss is a promise. 2014 p. 388. *Crave*: And then his hands are on my face and he's kissing me like I'm the most important thing in the world. I kiss him back the same way, and nothing has ever felt so good. Because for right now, for this moment, everything is finally exactly how it should be. *Crave* p. 510.

[251] *BMR*: "Vampires...need blood in order to survive. Just not human blood." 2011 p. 500-501 *Crave*: "Here at the school, Foster serves animal blood. If we drink only that, we can be outside in the sunlight." *Crave* p. 517.

[252] *BMR*: "Human blood is a delicacy to them. It's highly addictive, and once they try it they're like junkies for it." 2011 p. 501. *Crave*: "If we choose to…supplement with human blood, however, then we have to wait until it's dark." *Crave* p. 517 (To go outside, can't go in the sun).

[253] *BMR*: Heroine: "Oh god no! ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world." 2011 p. 602-03; 2010 p. 490. *Crave*: Romantic lead: "Because there's no way in hell I'm risking Hudson being set loose on the world a second time." *Crave* p. 520.

[254] *BMR*: Heroine: Oh god no! ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world. 2011 p. 602-03 *Crave*: Romantic lead: Because there's no way in hell I'm risking Hudson being set loose on the world a second time. P. 520

[255] *BMR*: Heroine: "Oh god no! ...Ronan...The chief druid who'd led his people to slaughter a thousand years ago...The demon I had unleashed upon the world." 2011 p. 602-03; 2010 p. 490 *Crave*: Romantic lead: "…I'm going to find a way to separate her from Hudson. And I'm going to contain or kill him or do whatever I have to, to make sure he's never a threat to anybody ever again." *Crave* p. 532.

**Similarity 58: Romantic lead wants Heroine scared of monsters.** The romantic lead talks to her about monsters, and wants to scare her for her own good.[256]

**Similarity 59: The "Bonded" Couple.** The romantic lead believes she is his mate / that they are bonded mates.[257]

**Similarity 60: The Romantic Lead Casting / Fading.** Romantic lead moves so quickly it's called fading / it's called casting.[258]

**Similarity 61: From Alaska Winter to a Summer Meadow.** Heroine and romantic lead pass from a room in Alaska into a summer meadow, wildflowers and sun / Romantic lead passes from a room in the Alaskan winter into a summer meadow and wildflowers and sun.[259]

**Similarity 62: The Bloodletter's Flight.** The story ends with the character called "the

---

[256] *BMR*: Romantic lead: "All the fairy tales and stories you heard in your childhood about monsters…they're true…Are you scared?"…"Yes," I admitted in a small voice. "Good," he said regarding me thoughtfully. 2011 p. 237. *Crave*: Romantic lead: "No, this is the part of the story where I show you the big, bad, monsters right here in this castle."…I need to scare her, make her run from this place… *Crave* p. 543.

[257] *BMR*: 'What does bonded mean?' 'We can have only one life partner. If that person dies we don't get remarried.' He paused a moment. 'Many choose not to live after their mate dies—unless there are children.'... '…finding that one person right under your very own nose,' he said as he tapped me on the end of my nose. And the way he said it, I could tell he meant that I was that one person for him.' 2011. p. 423-424; 495 (*BMR* uses "bonded" "mates") *Crave*: "This girl, this fragile human girl…is my mate." *Crave* p. 546 ("mating bond" used in *Crave* series).

[258] *BMR*: He moved so quickly that the trees around us flashed by in a blur… "He becomes smoke and mist and then nothing at all. I blink and he reappears. "How did you do that?"... "Casting is a Power.. cast myself and small objects…" 2011 p. 485; 2016 p. 87. *Crave*: I fade through the space between us, roughly the size of three football fields, in a flash. *Crave* p. 554.

[259] *BMR*: Heroine with romantic lead: We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were standing outside among a grove of trees in high summer—oak, birch and yew—beneath a glimmering canopy of stars. The air was warm and fresh." 2011 p. 492; Sunlight? I look around, staring at the impossible. We're in a clearing in the heart of a forest—and it's summer. The leaves of the trees are brushed with the golden glow of dazzling sunlight ...The air is heavy with the wild perfume of honeysuckle and jasmine. 2013 p. 204. *Crave*: Romantic lead: The moment we pass through, the icy floor and walls of what I vaguely remember as my training room transform into a summer meadow, complete with wildflowers and the sun beating down on us. *Crave* p. 566.

Bloodletter" turning into a raven (*BMR*) / winged creature (*Crave*) and flying away.[260]

**ii. *Crush* is substantially similar to *BMR*.**

*Crush* carries forward the story of *Crave*, using the same characters and extracting another storyline from *BMR*. As in *BMR*, the narrative continues in the first-person point of view of the heroine. The principal characters in *BMR* and *Crush* are the same, as is most of the supporting cast, and they occupy the same narrative roles. *Crush* begins by tracking the opening chapters of *BMR* 2011 with the heroine in both books missing memories and suffering head pain when she tries to remember. In both works, within the first several pages, the heroine–unable to recall what has happened–wonders: "Am I dead?"[261]

A central subplot from the *BMR* corpus is reproduced as the main plot of *Crush*: in both works, a set of powerful, magical objects must be found in order to prevent Ronan / Hudson (parallel characters occupying the same narrative role) from rising again, and to ultimately, stop the supernatural war. The heroine accidentally brought him back with her from another dimension where they were together. She doesn't remember him. She believes he is evil and responsible for the deaths of many, and that if he is free, he will bring war and it would be an apocalypse.[262] In truth, he is not evil and is offended she would think so. He gives the heroine his magic, and there is an attraction between them, which she doesn't want to feel. Objects are found, the heroine must pass a trial, and the evil vampire prince / king gives the heroine his

---

[260] *BMR* 2012 pp. 524, 100; *Crave* p. 570. *BMR*: ...the air shimmered around Ronan and he was, impossibly, the raven. He circled around Ash's head one time before flapping his great wings and taking off into the night sky… 2011 p. 598; 2012 p. 524; 2013 p. 454. 462; 2014 p. 367, 368. *Crave*: She takes another step back, transforming into a winged creature I don't recognize right before my eyes. And then she flies away… *Crave* p. 570.
[261] *BMR* 2011 p. 3; *Crush* p. 17-18.
[262] *BMR* 2013 p. 221.

special bite (the Kiss of Life or Death / the eternal bite), which could / should kill her. The heroine escapes his clutches and survives. The vampire prince / king will be after her now.

**Similarity 1: The Heroine's Memory Loss.** In *BMR* and *Crush*, the heroine's spirit has been in another dimension. She can't remember what's happened.[263] She comes to consciousness with injuries she can't explain.[264] When she tries to remember the accident that killed her family, she has terrible head pain, "blinding headaches,"[265] and she feels like her memories are blocked by an internal obstacle (locked box/ wall) she can't get past without causing herself headaches when she tries to remember.[266] The heroine feels that "something's not right"[267] During this sequence the heroine:

i. mentions a Shakespeare play,[268]

ii. experiences "panic" and indicates she notices she is being watched,

iii. despite her "fear"/ or being "rattled" she shows no sign of "fear," in *BMR* while in *Crush* is able to "keep cool."[269]

---

[263] 2012 *BMR* p. 2-3 How did this happen? How had I gotten myself into this predicament in the first place? I can't remember. *Crush* p. 5 I can't remember anything that's happened today at all."
[264] 2011 *BMR* p. 3 "I must have hit my head somehow. I thread my fingers through my hair and find that it's damp and matted on one side. *Crush* p. 1 "Maybe it's the fact that the hand clutching my backpack is bruised and sore,"
[265] 2010 *BMR* p. 9 "stricken by blinding headaches," *Crush* p. 5 " One that has huge metal barbs sticking out of it that poke directly into my head…mentally running into it hurts an astonishing amount."
[266] 2010 *BMR* p.9 "..my memories are trying to push themselves out of a locked box," *Crush* p. 5 "my thoughts crash into what feels like a giant wall."
[267] 2010 *BMR* 2011 p. 3 "something's not right." *Crush* p. 3 "something isn't right"
[268] 2012 *BMR* p. 4 "MacBeth? Really?, *Crush* p. 2 "I thought I was going to have to read *Hamlet* all by myself today."
[269] 2011 *BMR* p. 2-4 "…yet my panic is overwhelming.(p.2) "A strong feeling of being watched"…"taste of my fear"…."how I know how to do this, to betray no sign of fear."(p.4) *Crush* p. 5 "Uneasiness moves into fear and fear into an insidious panic".."people watching me at this very instant just how rattled I really am. It's hard to keep cool,"

iv. asks herself "Am I dead?"[270]

v. wonders if something is wrong with her[271]

vi. and is "shell-shocked" in relation to her memories.[272]

The heroine has many questions about her memory loss and "wracks her brain" to come up with answers, but comes away with "nothing," and becomes angry.[273]

**Similarity 2: Quest for Magical Objects to stop Apocalypse.** In *BMR* and *Crush*, the romantic lead, his family and the heroine/ the heroine and romantic lead, ultimately joined by their friends, must find a series of magical objects in Alaska. [274] These objects must be found to stop the second love interest, Ronan/Hudson, from rising again and bringing about the supernatural war.[275] The heroine and romantic lead must visit a "vampire" to learn about the magical objects.[276]

---

[270] 2011 *BMR* p. 3 "I can't remember"..."Am I dead?", *Crush* p. 17-18 "Am I dead? Is that why I can't remember anything else?"
[271] 2011 *BMR* p. 17 "There was something wrong with me." *Crush* p. 25 "Do you think something's wrong with me?"
[272] 2010 *BMR* p. 16 "when we moved to this frozen land and I'd been shell-shocked with grief." *Crush* p. 5 "For a moment, I just freeze, a little shell-shocked."
[273] 2011 *BMR* p.27 "I wracked my brain for anything I might have done to earn her anger and came up with exactly nothing. "What are you talking about?" I asked, a little anger of my own rising in my voice." *Crush* p.24 "I rack my brain trying to come up with the answer, but there's still nothing… where my memories should be. It's my turn to clench my fists,.."
[274]2011 *BMR* p. 291 "There are thirteen powerfully cursed objects that we know of here in Alaska and a handful of sacred Druid relics that may or may not have magical properties. 2011 *BMR* p. 434 "Ronan and his counsel of twelve each had a special object of power." *Crush* p. 169 "Every faction has magical objects that hold the most power so we'll need at least four from the different factions to have enough power." *Crush* p. 425-426…"And the only way to get him out is with these five objects."
[275] 2010 *BMR* p. 453, 454 "You told me yourself how critical it is to recover these objects–that they could tip the balance if they fall into the wrong hands." 2012 *BMR* p. 356 "And Ronan alone is directly responsible for the cursed objects we're searching for here in Anchorage." *Crush* p. 169 "Well, four to bring him back as he was, a vampire. Five if you want to bring him back as a human, stripped of his powers."
[276] *BMR* 2010 p. 381 "You told me yourself how critical it is to recover these objects-that they could tip the balance if they fall into the wrong hands. This vampire has information you need." *Crush* p. 130 ""A vampire who has been alive longer than almost anything on the planet." *Crush*

In both works, a character called the Bloodletter is tied to the magical objects.[277] The math of the magical objects requires one additional object that is represented by a council leader (Ronan) or faction (gargoyle) that has not existed for 1000 years.[278] And gathering or uniting these objects together will affect the apocalypse.[279]

**Similarity 3: The Heroine's Second Love Interest in another dimension.** In both works, the second love interest[280] has been imprisoned in another dimension and has been communicating with the heroine as a (second) voice in her head, though she does not know it is

---

p. 169 "The Bloodletter adds, "Well, four to bring him back as he was a vampire. Five if you want to bring him back as a human, stripped of his powers."

[277] 2013 *BMR* p. 107 *BMR*: "Legend has it that anyone who dared to wear one of the thirteen cursed objects would suffer the wrath of the Bloodletter." *Crush* p. 170 "The four items needed to bring him back…The Bloodletter's eyes take on that eerie electric green glow…"

[278] 2011 *BMR* p. 434 Ronan and his counsel of twelve each had a special object of power. *BMR* 2013 p. 459 "Ronan. The chief druid who led his people to slaughter a thousand years ago." *Crush* p. 169-170 "…we'll need at least four from the different factions to have enough power."..."How can we have an item from all five factions if Grace is the only gargoyle in existence?"*Crush* p. 43 "You're the first gargoyle to exist in a thousand years."

[279] "The prophecy says that when he rises it won't be long before they're united. And the end is near..." 2013 *BMR* p. 330; "Apocalypse is imminent" 2013 *BMR* p. 221; p. 425-26; Flint: "I thought I was stopping a new effing apocalypse by preventing Lia from bringing Hudson back." p. 256; Hudson: "You people really think I'm the fucking harbinger of the apocalypse?"

[280] *BMR*: "Love triangle for book 2...Ronan wants to help her learn to use her powers and restore the balance." The World Notes 2010; The Query "that forbidden attraction to Ronan…"Heroine about Ronan when he asks her what made her choose him over her father: "I felt upset, like a part of me might—might die if I didn't release the yellow-eyed wolf first. It about kills me to admit it. Because I don't know what it means, what he means, to me."; *BMR* 2011 p. 595 Ronan: "'I am yours, Anna,' he says with a soft breath." *BMR* 2013 p. 451 Heroine: "And again, I hear what he's not saying. That I'm his." 2013 p. 451; *BMR* 2011 p. 591 Heroine: "On that day, when I had turned to face my destiny, the eyes had been amber rimmed in black—Ash's eyes. Today my destiny was a pair of golden-yellow eyes.";*BMR* 2013 p. 465: Heroine: "His skin is warm, Impossibly, the air around us is too. Am I dreaming? It's the strangest thing but I feel—-safe. The thorn inside my chest doesn't ache when I am in his arms, when he's touching me. In fact, my headache's gone, too. It's like he's absorbing my pain, taking it into himself and making it go away. With each step he takes, I feel lighter. Better. More like myself again." *BMR* 2013 p. 466: Ronan to heroine: "Of course there will be a next time. This is just the beginning." *Crush* p. 663; Hudson: "Jaxon, if you wouldn't mind, take your fucking hands off my mate."

him at first.[281] Although he is actually alive and sealed away, he's long been presumed dead.[282] The world believes that Ronan/Hudson has committed acts of "depravity" including the slaughter and murder of many people.[283] He is also royalty in both works.[284]

**Similarity 4: Ronan/Hudson can Take Away Free Will.** In both works, Ronan/Hudson is part vampire/ a vampire.[285] He has powerful magical gifts and possesses the ability to take away another person's free will, making them do what he wants. This ability is not incidental; it is a defining trait that shapes his role and drives key plot events.[286]

**Similarity 5: The Heroine Accidentally Brought Him Back From The Other Dimension.** In both works, to her horror, the heroine accidentally brings this character back with

---

[281] 2011 *BMR* p. 595:"I've been trapped in my wolf for over a—well, for a very long time…I've watched over you in the Otherworld for some time now." *Crush* p. 673 Now that she's back at Katmere and we're no longer trapped on some other plane…*Crush* p. 667 ...but that's when it was just the two of us existing on a separate plane."

[282] 2011 *BMR* p. 602 "Ronan. Ronan O 'Faolain. The chief druid who'd led his people to slaughter a thousand
years ago. 2011 p. 434"The story goes that he was deceived in the end. He and his Counsel were enslaved in each of the cursed objects." 2011 *BMR* p.602 " Ronan O 'Faolain. The chief druid who'd led his people to slaughter a thousand years ago." 2011 *BMR* p. 432 "The Prophecy says he shall walk this Earth again…" ; *Crush* p. 579: 'I was dead…?' He pauses. 'Well, sort of.' …'Sort of?' That's news to me." *Crush* p. 659 "By fine, you mean everyone thought I was dead…' …'I should have done a better job of killing you when I had the chance."

[283] 2012 *BMR* p. 356: "The man is pure evil." 2012 "He slaughtered every man, woman and child of the tribe in various acts of violence and depravity." 2011 *BMR* p. 434 "Ronan lost his humanity–and his sanity." *Crush* p. 185 "...someone as evil and powerful as Hudson Vega." *Crush* p. 217 "Genocide…I can't imagine anything worse for Hudson to have done, can't imagine how depraved…" *Crush* p. 166: "Maybe because you're a raging psychopath, and I'm tired of doing your bidding."

[284] *BMR* 2013 p. 447, *Crush* p. 258.

[285] 2010 The World Notes p. 1-2 *BMR*: "He is also a vampire /demon from his time in Celtic New Zealand when the demons attacked." 2010 *BMR* p.487-488. "I felt the sting of a tooth puncturing the tender, fleshy part of my bottom lip.'... 'Did he bite you?' 'I nodded mutely..' *Crush* p. 548 "I knew that it was wrong to take away Hudson's vampire nature."

[286] 2011 *BMR* p. 432: "Ronan's trick in binding the druids took away their free will. Their ability to choose. There is no greater evil."*Crush* p.12: 'What did Hudson do, Jaxon?' 'Use his power of persuasion to get people to do whatever he wanted.' *Crush* p. 37;: "By violating my trust and taking my free will?"

her into the world.[287] The heroine reacts the same way in both works, and panics at the realization she's accidentally brought him back.[288] She also wonders if she would've been able to prevent freeing him if she'd been told the truth about herself and the supernatural world all along.[289]

**Similarity 6: The other voice in the heroine's head.** In addition to the Ronan / Hudson character, the heroines of both works have a separate voice speaking to them in their head. In *BMR*, Anna hears the voice of the "cursed abomination," who has been made into a vampire "immortal."[290] In *Crush*, Grace hears the voice of the "Unkillable Beast." In both works, she

---

[287] 2013 *BMR* p. 462 "That was a mistake…I didn't know what I was doing." …"I've done the unthinkable. I've freed Ronan the Bloodletter." 2011 *BMR* p. 602-03 The demon I had unleashed upon the world." 2011 p. 595;"I've been trapped in my wolf for over a—well, for a very long time…I've watched over you in the Otherworld for some time now." *Crush* p.122 : "Did I bring him back with me?" *Crush* p. 27 "I can't be responsible for letting Hudson loose again, can't be responsible for bringing him back where he can terrorize everyone and raise an army of vampires and their sympathizers." *Crush* p. 124"...he's been hiding inside you.";*Crush* p. 128 "If they had just told me the truth when I first arrived, I wouldn't have had to spend my first four days at Katmere bumbling around trying to figure things out as people tried to kill me…. we wouldn't be right here, right now, with Hudson taking some kind of psychotic vacation in my goddamn body…Just the thought makes me sick, makes me want to cry. Makes me want to scream." *Crush* p. 162; "How did you come back without a body so that I'd be lucky enough to have you trapped in my head in the first place?"

[288] 2012 *BMR* p. 524: "A bolt of sheer panic jackknifed through me…" *Crush* p. 123: "Panic races through me… "

[289] 2013 *BMR* p. 462: "If I'd known the truth about myself from the beginning, would everything have turned out differently? Would I have made a different choice back there? *Crush* p. 128: "If they had just told me the truth when I first arrived, I wouldn't have had to spend my first four days at Katmere bumbling around trying to figure things out as people tried to kill me…. we wouldn't be right here, right now, with Hudson taking some kind of psychotic vacation in my goddamn body…Just the thought makes me sick, makes me want to cry. Makes me want to scream."

[290] *BMR* p. 389: "What I did know for absolute certain was that I had heard my father's voice calling me! Even though I knew he was dead, was it possible that his spirit had contacted me?" 2011 *BMR* p. 583; "It's the trap, isn't it? The reason I can't hear your voice? It's iron, right?' His golden eyes solemn, he nodded once, a distinct bob of the head. I remembered in fairy tales that some magical creatures were supposed to be repelled by cold iron. Maybe the iron traps somehow interfered with our ability to communicate." 2012 p. 467; "He's abomination. Cursed! I did the worst thing I could to him. He carries my essence now. When he is not in his wolf, he

wonders if this voice is the voice of her supernatural half.[291] This character is imprisoned in magical chains by the same character: the vampire prince in *BMR* / the vampire king in *Crush*. (In *Covet*, and *BMR*, the heroine learns that breaking the chains will make the trapped creature human again.)[292] The heroine meets the voice in her head character for the first time via a portal. He will later be revealed to be her father/grandfather trapped in his supernatural form. In *Crush* and *BMR*, she tries to free him, but can't and "promises to come back."[293]

**Similarity 7: The Heroine doesn't remember who the second voice in her head is.** In *BMR* the heroine doesn't remember Ronan or his voice and he tries to remind her. In *Crush,* the heroine does not remember Hudson and he tries to remind her.[294] In both works, it is revealed

---

walks as a demon."; *Crush* p. 541; The other voice the heroine hears is the only other gargoyle in existence (like her) and is the "Unkillable Beast." "That voice I've been hearing since I got to Katmere...was actually the Unkillable Beast all along."

[291] *BMR* 2011 p. 456 (is the voice my wolf half), *Crush* p. 138 (is the voice my gargoyle side).

[292] *BMR* 2011 p. 547, *BMR* 2012 p. 467: Julian: "So I took him and imprisoned him where no one would think to find him. It seemed fitting while I considered how to meet his punishment."; *Crush* p. 535: "I notice
for the first time that the chains aren't its weapons. They're shackles, keeping it tied to the wall.
*Covet* p. 121
"His chains keep him in his gargoyle form. Break those, and he'll become human again.' 'We already tried to break them…We couldn't…' 'That's because they're enchanted.'*Covet* p. 544, 560; Vampire King Cyrus trapped him.

[293] *BMR*: "I'm falling, falling through an abyss with no beginning and no end." 2011 p. 205 "Falling, my arms flailed wildly as I tried to regain a sense of place. Finally, after what felt like a very long time the air stilled; in slow-motion I landed with a solid thump on my knees, adrenaline coursing through my body." 2011 p. 579 (577-579); 2010 p. 468 (the priestess witch creates the portal); "Against the base of two of the tallest, thickest oaks, two enormous wolves...each had a foot caught in the jaws of a terrible steel trap." 2011 p. 582; "But I'll be back for you. I promise." 2012 p. 513; *Crush*: "...I feel myself falling, falling, falling for the second time in less than a week...No matter how hard I try to right myself as I tumble through the vortex..." p. 508-09 (the witch creates the portal); "They're shackles, keeping it tied to the wall." p. 535; "But I promise, we'll come back for you." p. 547

[294] *BMR*: Ronan: "'And you know me, too, if you will only think about it.' He takes my hand. Heroine: I shake my head in denial. 'I'd remember if I met you before.'" 2013 p. 450; *Crush*: Hudson: "So you really remember nothing of the time we spent together?" p. 29; Heroine: Confusion swamps me. 'I don't…I mean…I told you…' p. 292

that Ronan/Hudson is not truly evil like he's said to be.[295] The heroine finds herself attracted to him.[296]

**Similarity 8: The heroine tests her powers with candles.** Both *BMR* and *Crush* include an important scene where the heroine uses her powers to light a series of candles all at once with magic, which she's never been able to do before and is shocked to accomplish.[297]

**Similarity 9: The heroine's powers are developed/revealed.** In both books, Anna/Grace has the ability to magically shift forms but does not know how, and asks her love interest how to do it.[298] And both works specifically reference Peter Pan when the heroine is about to fly.[299]

---

[295] *BMR*: "He is not evil...He has no idea that history has painted him as evil." The World Notes; 2013 p. 465 Ronan: "You're scared of me. Why?" Heroine: "'You have to ask, Ronan the Bloodletter?' My voice is a hoarse croak. I'm really surprised I have it in me to say anything at all. Especially to him." Ronan: "His mouth opens and closes several times. And then he laughs. 'The Bloodletter, huh?'";2014 p. 364: Heroine: "Are you a demon?" I ask it outright. Ronan: "Are you?" He says it back with a hint of frost in his voice. *Crush*: Hudson: "You people really think I'm the fucking harbinger of the apocalypse?" Heroine: "You really want to get into that right now, do you?" Hudson: "Hell yeah. I'm bloody well sick of being cast as the bad guy." p. 256

[296]*BMR*: "Am I pleasing to you, then?' His voice is a caress, soft and low with a lilting accent. Finally, his words register. He's pleasing to me all right and I haven't exactly been subtle about it...and he's every bit as crazy good-looking as Ash is…" 2013 p. 449. 448; *Crush*: "He's right there, one wide shoulder resting against the icy wall...obnoxious smirk on his ridiculously pretty face...high cheekbones, strong jawline... gorgeous eyes…" p. 156.

[297] *BMR* 2016 p.98 ("...the room bursts into light, candles flickering to life in all of the wall sconces. I smile, pleased with myself. I've never been able to light all of the candles at once until now...the Powers are truly stronger in this place.) with *Crush* p.266 ("And then let out a little scream as every single candle on Jaxon's bookcase bursts into flame at exactly the same moment, "Oh my god. I did it. I really did it!"... "How much power did you give her, Macy?")

[298] *BMR*: Heroine: "How do you do it? Shift I mean," I asked. 2011 p. 459. *Crush*: Heroine: "What do I have to do to shift?" p. 296. *BMR*: Romantic lead: "It's really not that hard…" 2011 p. 459. *Crush*: Romantic lead 2: "You're trying too hard." p. 297

[299] *BMR*: "Ash took my mittened hand in his bare one as we leaned over the railing, peering down at the carpet of snow. I could feel my lips tremble. 'I'm sure I've seen this in a movie before. Was it Peter Pan and Wendy…'" 2011 p. 484. *Crush*: "So flying's easy. You just need to think–' 'Happy thoughts?' I ask dryly. He cracks up. 'You're a gargoyle, not Peter Pan." p. 328.

**Similarity 10: The love triangle.** In *BMR*, Ronan is intended for a love triangle with the romantic lead and the heroine, and to be the heroine's true mate at the end of the story. In *Crush,* Hudson is in a love triangle with the romantic lead and the heroine and announces that the heroine is his mate.[300] Both works bring the love triangle to a dramatic point in a scene where the heroine kisses one love interest in front of the other, leading to an angry and nearly violent confrontation between the two.[301]

**Similarity 11: The heroine's relationship with the romantic lead suffers.** In *BMR*, the voice inside the heroine's head warns her to stop when she tries to kiss the romantic lead. She

---

300 *BMR*: "Love triangle for book 2...Ronan wants to help her learn to use her powers and restore the balance." The World Notes 2010; The Query "that forbidden attraction to Ronan…"Heroine about Ronan when he asks her what made her choose him over her father: "I felt upset, like a part of me might—might die if I didn't release the yellow-eyed wolf first. It about kills me to admit it. Because I don't know what it means, what he means, to me."; *BMR* 2011 p. 595 Ronan: "'I am yours, Anna,' he says with a soft breath." *BMR* 2013 p. 451 Heroine: "And again, I hear what he's not saying. That I'm his." 2013 p. 451; *BMR* 2011 p. 591 Heroine: "On that day, when I had turned to face my destiny, the eyes had been amber rimmed in black—Ash's eyes. Today my destiny was a pair of golden-yellow eyes.";*BMR* 2013 p. 465: Heroine: "His skin is warm, Impossibly, the air around us is too. Am I dreaming? It's the strangest thing but I feel—-safe. The thorn inside my chest doesn't ache when I am in his arms, when he's touching me. In fact, my headache's gone, too. It's like he's absorbing my pain, taking it into himself and making it go away. With each step he takes, I feel lighter. Better. More like myself again." *BMR* 2013 p. 466: Ronan to heroine: "Of course there will be a next time. This is just the beginning." *Crush* p. 663; Hudson: "Jaxon, if you wouldn't mind, take your fucking hands off my mate."

301 2010 *BMR* p. 484-485: Heroine describing Romantic lead's reaction to seeing Ronan kiss her: "Anna! Get back!" Ash snarled…his face was a mask of fury. His hands were balled into fists and his eyes were already blazing that strange color that signaled an impending shift. Violence was a heartbeat from now. "Ash! Wait!" I held a hand out in supplication. …and I could tell by the waves of hot anger rolling off Ash, …that the two would come to mortal blows. …"Anna, step back," Ash snarled deep in his throat this time, his voice…barely restrained violence…. I reached out and caught his arm. "I don't know your name." …"Ronan." *Crush* p. 663: Hudson describing his reaction to seeing Jaxon kiss the heroine: …Jaxon reaches down to help Grace…he wraps his arms around her and presses her body to his. And I begin to see red, even before he leans down to kiss her, and every ounce of chill-and emotional self-preservation-I have goes out the fucking window. My hands curl into fists, my fangs explode in my mouth,...to Grace, the words come out before I can even think about stopping them. "Jaxon, if you wouldn't mind, take your fucking hands off my mate."

apologizes to him, she doesn't understand what's happening. In *Crush,* the voice in the heroine's head warns her to stop when she tries to kiss the romantic lead. The heroine apologizes to him, she doesn't know what is happening.[302] The heroine also realizes that while her first romantic lead wants to protect her, she does not want to be protected.[303]

**Similarity 12: The heroine inadvertently takes romantic lead's life force.** In *BMR*, the heroine inadvertently takes the romantic lead's life force when they kiss. This weakens him but he recovers quickly because he's a werewolf and they heal quickly. In *Crave,* the heroine inadvertently takes the romantic lead's life force when they are close. This weakens him but he recovers quickly because he's a vampire and they heal quickly.[304] In *BMR*, the romantic lead "stumbles" backward when his life-force is taken. This happens when the heroine tries to kiss him. In *Crush,* the romantic lead "stumbles" and reaches behind him for the wall when his life-force is taken.[305]

**Similarity 13: The Heroine visits the High Priestess/Bloodletter.** In *BMR*, the heroine goes to visit the High Priestess character to seek advice. In *Crush,* the parallel character is the Bloodletter. In *Court,* we learn that the character in both works is the heroine's grandmother from whom the heroine is the descendant of a twin goddess. In *BMR*, the heroine visits her in a place that's difficult to access. It's a portal through a mirror. In *Crush,* the heroine visits her in a

---

[302] *BMR* 2012 p. 113: "I part my lips expectantly—every fiber in my being attuned to his. '...Danger!" …'And that voice. That word. Danger." ; *Crush* p. 11: 'Yours," I agree in a whisper...even as I tighten my arms around Jaxon's waist.'... 'Stop! Don't! Not with him!' p. 1 `11; *BMR*: Romantic lead to heroine "It's me who should be apologizing." 2012 p. 113; *Crush*: "Romantic lead to heroine: 'Don't worry about it, Grace. It's okay. You've been through a lot.'" p. 12.

[303] *BMR* 2011 pp. 226, 600, *Crave* p. 431; *BMR* 2013 p. 367, *Crush* p. 28

[304] *BMR* 2012 p. 25; *BMR* 2013 p. 362, 406; *BMR* 2011 p. 233, *Crush*: p. 340-341

[305] 2012 *BMR* p. 153: "'Anna.' He gasps and stumbles backward, his breathing ragged." *Crush* p. 340: "...Jaxon seems to almost stumble, reaching out to put one hand on the wall behind him." p. 340.

place that's difficult to access. It's through the mountains to a hidden ice cave.[306]

**Similarity 14: The High Priestess/Bloodletter gives the heroine advice.** In *BMR*, the High Priestess tells the heroine that our gifts come with a price and that such gifts demand sacrifice. In *Crush,* the Bloodletter tells the heroine that magic has a price and that sacrifice is needed.[307]

**Similarity 15: The heroine steps in a room and suddenly it is Summer.** In *BMR*, the romantic lead takes the heroine to a bar. They step through a doorway and suddenly it's summer in the middle of an Alaskan winter. In *Crush,* the romantic lead takes the heroine to the Bloodletter's home. They step through a doorway and suddenly they are outside in summer.[308]

**Similarity 16: The heroine confronts having been lied to by her family about who she really is.** In both *BMR* and *Crush*, the heroine has been kept ignorant of her true supernatural nature by her family members all her life.[309] The heroine needs to discover who and what she really is in the supernatural world.[310]

---

306 2011 *BMR* p. 571: "The mirror is a portal between our worlds, child." 2011 p. 571; *Crush* p. 142: "...considering she lives in an ice cave in one of the most remote areas of Alaska."
307 2012 *BMR* p. 84: "Our gifts come with a price." 2013 *BMR* p. 433; "You have been given great gifts, child. Such gifts demand sacrifice." *Crush* p. 168 "Because, like all magic, it has a price." *Crush* p. 151: "It's going to require sacrifice. Probably more than you're willing to give."
308 2011 *BMR* p. 492: "We took a small step forward and it was as though we had crossed over into another world entirely. The room didn't look like it was really a room at all; it seemed as though we were standing outside among a grove of trees in high summer..." *Crush* p. 150: "The Ancient vampire leads me through a double arch into another, darker room. But the second we walk in, the room springs to life. The sun is shining, the sand beneath my boots is sparkling..."
309 *BMR*: I trusted them. My family….Everything I've ever known about myself has been One Big Lie. 2013 p. 462; Mom to heroine: "By keeping you ignorant of your heritage, I placed you in unnecessary danger…" 2014 p. 376 ...that my life had been constructed on nothing but lies built upon layers of lies. By everyone. 2011 p. 545; "I need to know who I am," I find myself saying. "I need to know the truth." 2012 p. 214. *Crush*: It's a horrible thought—the idea that my parents deliberately kept who I really am from me my whole life... *Crush* p. 106.
310 *BMR*: "I need to know who I am," I find myself saying. "I need to know the truth." 2012 p. 216; 2013 p. 218 "Everyone is keeping secrets from me. I need to see the truth. About myself."

**Similarity 17: The heroine's male best friend calls her nicknames.** In both works, the parallel character of Brendan/Flint shows off his comical and quirky side by endearing himself to the heroine with nicknames and saying "baby" to her.[311] He also distinctly "waggles his brows" at the heroine.[312]

**Similarity 18: The heroine is the only one to learn her male friend is gay.** In both works, Brenden/Flint reveals to the heroine that he is gay, and she is the first and only one to know.[313]

**Similarity 19: Panicking at the sight of blood on her.** Both *BMR* and *Crush* feature a scene where the heroine looks down to see blood on herself, and is "seized" by panic.[314] And

---

2011 p. 385. *Crush*: "I just need to know the truth." p. 14; "Now, I'm a gargoyle, and I don't have a clue what that even means…" p. 23.

[311] *BMR*: Brendan to heroine: "..Peaches."..."sweetie pie".. "pumpkin" ... Brendan always calls me ridiculous pet names. 2011 p. 100, p, 142, p. 164, p 180, p. 515. *Crush*: Flint to heroine: "New Girl! You're back!" *Crush* p. 40, p 41, p. 184, p. 248, p. 266, p. 284 (He calls the heroine New Girl). *BMR*: Brendan to heroine: "Hey pumpkin…" Brendan greeted me…he grinned… "Little Red Riding Hood in goth. I dig it." He twirled me around the foyer causing the shapeless sack I was wearing to flounce. "Now that's just naughty," he teased. 2011 p. 141; Brendan clasped his hands to his chest. "Are you saying it's over, baby?" 2011 p. 165 *Crush*: Flint to heroine: "Ooh. The new girl's got some claws after all. I like it." I roll my eyes. "You're a total weirdo. You know that, right?" "Know it? I own it, baby." I can't help but laugh as he makes a ridiculous face at me, crossing his eyes and sticking out his tongue. *Crush* p. 231. *BMR*: Brendan to heroine:…he struts down a mock runway, putting his hands on his hips and posing. "Sashay, shante, baby." 2012 p. 124; 2013 p. 129; 2011 p. 141. *Crush*: Flint to heroine: "You ready to show these guys how it's done, Grace?" Flint asks… "How what's done?"... "How to fly, baby!" He throws his arms out…as he zips around me like a three year old pretending to be an airplane… *Crush* p. 318.

[312] *BMR*: Brendan waggled his brows at me, the brat. 2011 p. 166. *Crush*: Flint waggles his brows at me. *Crush* p. 272.

[313] *BMR*: What she and the rest of our classmates don't know is that his immunity is due to the fact he's gay. 2011 p. 100. *Crush*: "I'm gay, Grace." p. 388 "But you're the first person I've told." *Crush* p. 388-389.

[314] *BMR*: "Panic seized control, wild tendrils of fear curdling my stomach." 2011 p. 407 "Panic squeezed my lungs." 2011 p. 427. *Crush*: "My heart is suddenly pounding in my throat as panic seizes my breath." p. 83.

another scene where panic "rises into her throat" but she swallows it back down."[315]

**Similarity 20: The romantic lead moves with supernatural speed.** Both *BMR* and *Crush* introduce a power held by the romantic lead that allows them to move so quickly they appear to vanish, called "casting" in *BMR* and "fading" in *Crush*.[316]

**Similarity 21: The heroine learns her kind are near extinction.** In *BMR* and *Crush*, the heroine learns from the romantic lead that her unique kind of supernatural being was hunted nearly to extinction, leaving her one of the only remaining in the world.[317] She also learns that the romantic lead's parents are leaders in the supernatural world and would destroy her knowing she is this unique kind of magical being.[318]

**Similarity 22: The heroine learns she is immune to magic.** The heroine of both works also learns that due to her unique supernatural nature, she and those like her are immune to certain magic, which helps them serve their role of keeping balance between supernaturals.[319]

---

315 *BMR*: A jolt of panic rises up from my stomach into my throat but I swallow it back down. 2013 p. 310. *Crush*: I swallow the panic rising in my throat… p. 483. *BMR*: Swallowing my panic 2011 p. 205. *Crush*: I swallow the panic .... 483. *BMR*: The horror of the experience came back to me...choked on my own emotions. I swallowed them down..." 2010 p. 346. *Crush*: So I force myself to swallow down my horror... *Crush* p. 88.

316 *BMR* 2016 p.87 ("Roman becomes smoke and mist and then nothing at all. I blink and he reappears… 'How did you do that?'… 'Casting is a Power of the ancient gods...It allows me to cast myself and small objects.'") with *Crush* p.135 ("...Jaxon explains that fading is a vampire thing and it involves moving very, very fast from one place to another. ...it's not like running at all...it's more like we're disappearing from one place to the next in rapid succession.").

317 *BMR*: Romantic lead tells her: "Those spells rendered the Kindred helpless. It was a holocaust." 2011 p. 464. *Crush*: Romantic lead tells her his father's armies killed the gargoyles: "Apparently a predilection for genocide runs in our family." p. 217. *BMR*

318 *BMR*: Romantic lead's father: "Our particular Clan also has the honor and distinction to serve as Knights of the Order," Baen added. Heroine"...the corrupt Order that killed my dad. And they'll want me if they find out about me. 2013 p. 223 *Crush*: Romantic Lead: "My parents have the highest positions of power on the council…my father instigated the murdering of all the gargoyles…(heroine is a gargoyle) p. 220 Grace may have survived my father's bite, but that only makes her more of a target." *Crush* p. 662.

319 *BMR*: "Anna wonders why she's immune to his talents." (Referring to romantic lead's magical ability to persuade or charm) p. 14; 2013 Chapter Outline to Emily Sylvan Kim; "...what

**Similarity 23: The love interest's gift of magic.** At a climactic point, Ronan/Hudson is left weakened and vulnerable but helps the heroine by giving her some of his magic.[320]

**Similarity 24: The initiation/Ludares Trials.** During her Initiation in *BMR* and the Ludares Trial in *Crush*, the heroine believes she has failed her parent(s)**.**[321]

**Similarity 25: Kill the Heroine.** In *BMR*, Prince Julian has a special bite he wants to give the heroine. The Kiss of Life or Death. It will either kill her or make her into a vampire. Because he tasted her blood, he can now track her. The Order wants to destroy her for fear of what she could do to the war. Prince Julian can track her now. In Crush, King Cyrus has a special bite he gives the Heroine called the Eternal Bite intending to kill her. Because she survived his bite, Cyrus is after her. The leader of the Council wants to destroy her for fear of what she could do to the war. King Cyrus is targeting her now. [322]

---

you are, my little shining star, that you are immune to me and my kind." *BMR* 2011 p. 531. *Crush*: "...you're immune to magic!" p. 254.

[320] *BMR*: Ronan and heroine: "When I have re-gained my powers in their full strength, I will help you." …and I am sorely weakened by my trials." …"I must go soon," he says. "I have a small magic I can offer you now. It is not much but it will have to do." … I look up into his troubled eyes to find that he's standing close to me... 2013 p. 452. *Crush*: "I have to go," I tell him…. "I left my powers inside you so that-" "You left your powers inside me?"…. "You channel magic, and I've given you mine to channel for now." …I look at him …but it's coupled with a tenderness in his eyes that I can't begin to understand…. No way did they make this Trial something you can pass on your own. … "You need to take my powers." "Yeah, but that leaves you vulnerable, right? .." p. 584.

[321] *BMR* 2013 p. 448: (Heroine failed first test of Initiation). I failed him. (Dad is said in the previous sentence. She failed her dad). I failed myself. I failed the first test of Initiation. Now what? 2013 p. 448. *Crush* p. 626: "Instead I fell down. I wasn't strong enough. I couldn't do it…. I've failed my parents, that I've failed myself…" *BMR* 2012 p. 504: "There is a test which you must pass…" *Crush* p. 488 "It's a test I have to pass."

[322] *BMR*: "Of course, I won't know until I try but you just might be that lucky soul, that one in a million to win the lottery—the Kiss of Life. Or is it the Kiss of Death?" 2011 p. 504; In fact, I insist that you see him right after we're wed and you've been given the Kiss, like my sweet Elise. I have no doubt you'll survive it." 2012 p. 468; "The Kiss of Life…Or is it the Kiss of Death" 2011 p. 504; "I bite you, drain most of your blood and give you some of mine in return. If it doesn't kill you, well, then voila!" 2011 p. 549 "'This won't hurt my love,' he murmured into my ear as he pricked my lip." 2011 p. 554; *Crush*: "'Eternal bite?...'What's that?'... 'It's my

**iii. *BMR* and *Covet* are substantially similar.**

As with *Crush*, the third *Crave* Book, *Covet*, continues the story of *Crave* in the first person narrative of the heroine. *Covet* utilizes the same characters and advances a storyline that is a repurposed subplot of *BMR:* The vampire prince / vampire king wants to bring supernaturals out of hiding from the human world and wants power. The heroine learns that she is a descendant of one of the twin goddesses and that her kind of being are protectors of humans, supernaturals, and other creatures, whose purpose is to *maintain / keep the balance*. [*Id.*] To stop the supernatural war and bring balance she must restore the Compact / find the Crown). A tarot reading is performed and the heroine draws the *Tower card* (a standard Tarot deck has 78 cards). Magical tattoos that are in actuality spells appear on her, they itch and burn, etc. The similarities between the works are myriad and substantial, as follows.

Both *BMR* and *Covet* begin with the heroine having a panic attack and feeling guilty over the deaths of her family members.[323] Following a scene addressing a teacher at school who enjoys "torturing" students,[324] each work contains an unusually specific scene where the heroine eats yogurt/frozen yogurt in the cafeteria when nothing else looks appetizing.[325]

The heroine describes herself as connected with the romantic lead at this point in the story in exactly the same way, like being tied to him with an "invisible string."[326] Rather than simply describe her nervousness, both works also express that the heroine cannot help but "word

---

father's gift. One bite is deadly. Absolutely no one has ever survived.'" p. 217; *BMR 2013* p. 223, 455; 2011 p. 564; "And that's when Cyrus strikes, fangs flashing a millisecond before he sinks them into my neck, right over my carotid artery."
*Crush*, p. 220, 637 and 662.

[323] *BMR* 2011 p.2, *Covet* p.1; *BMR* 2011 p.12, *Covet* p. 1-2.

[324] *BMR* 2011.p.23, *Covet* p.10.

[325] *BMR* 2011 p. 102 "...I settled on yogurt…" *Covet*: "Frozen yogurt?" *Covet* p. 13.

[326] *BMR* 2016 p.99 and *Covet* p.31.

vomit" or stop "vomiting words" around her love interest.[327] Both works also feature parallel scenes of the heroine dancing with the romantic lead where she is nervous because she doesn't know how to slow dance and is worried about embarrassing herself but dances with him anyway and thinks about kissing him.[328]

Both works feature the supernatural father/grandfather who is in a steel trap chained to a a tree / chained to a wall of a cave[329] and has been trapped in his supernatural form with magical metal bindings by the vampire king/prince, who is the overarching villain in both works.[330] The heroine later learns that this is her father/grandfather (in *Court*) and that he's been watching over her and communicating with her throughout the story.[331]

The heroine learns she is a creature not seen in their world in ten generations (*BMR*) /

---

[327] *BMR* 2011 p. 52 Word vomit. Twice in one day and both times with him! *Covet* p. 52 "...I force myself to stop vomiting words…"

[328] *BMR* 2012 p. 143, *BMR* 2010, 2011 p. 155: "'You ready?' he asks, inclining his head toward the dance floor...Oh no. I was in trouble. I'd never danced like this before." 2012 P. 143 *Covet* p. 341: "Oh shit, what if he does ask me to dance? I'll probably just embarrass him in these shoes...He was definitely going to ask me to dance." *BMR* 2012 p. 143-144 : "'Can we just do what they're doing?' I nod toward the other couples around us, girls with their hands around boys' shoulders and boys with their hands at the girl's waists. No fancy steps. Just shuffling."; *Covet* p. 342: "I have no idea how to do much more than hold on to my partner and sway when it comes to slow dances…" *BMR* 2012 p.144 "I feel the heat of his other hand gently and just barely touching my waist...his startlingly white teeth drawing my attention to the fullness of his lips. Lips I want to kiss." *Covet*: p. 345: "But this, this is a slow, steady burn...feel it in the way his body is now trembling against my own. And then, just when he's about to kiss me, just when his lips are nearly touching mine…"

[329] *BMR* 2011 p. 582-584 "Against the base of two of the tallest, thickest oaks, two enormous wolves–large enough that I knew they were Sentinels–waited in silence...each had a foot caught in the jaws of a terrible steel trap…": *Covet* p. 32, 546 "Hudson steps in and explains about the Unkillable Beast, who has been chained up for a thousand years with a cuff he made.

[330] *BMR* The World Notes 2010, *Covet* p. 121 (trapped in his supernatural form); *BMR* 2011 pp. 584-585, *Covet* p. 649, *Crush* p. 535 (trap / wall); *BMR* 2011 p. 582, *Covet* p. 546 (trap / chains); *BMR* 2011 p. 547, *Covet* p. 544 (vampire prince / vampire king put him there); *BMR* 2011 p. 583, *Covet* p. 121 (the iron / shackles have magical properties)

[331] *BMR* 2011 p. 582, 595, *Covet* p. 649-650.

1,000 years (*Crave* series)[332] and her kind is not meant to take sides in wars of the supernaturals, but rather is a creature who could not be "swayed" to either side.[333] The supernatural world is out of balance, manifesting in storms and terrible weather that affect the human world as well, and the heroine's unique kind of being is needed to stop the storms and chaos.[334] The storms are the result of supernaturals fighting with each other in both books.[335]

---

332 *BMR* 2012 p. 207 (most powerful), *Covet* p. 50; *BMR*: "She's said to be the most powerful of her kind born in ten generations." 2012 p. 279. *Covet*: "The first gargoyle born in a thousand years." *Covet* p. 50

333 *BMR*: "We don't take sides in the war between the Unseen." 2013 p. 345. *Covet*: "...they had to create a creature who couldn't be swayed by either side." *Covet* p. 398.

334 "a coven of witches came to me in the middle of the worst snowstorm Alaska had seen for nearly fifty years...worried for the fate of...the world, both human and paranormal....and without the balance the gargoyles bring to us, the paranormal world was spinning rapidly out of control. It had gotten so bad that it was affecting the human world, and that was endangering us all." *Covet* p. 112. "The fighting among the supernaturals is causing problems in the world at large. Erratic weather, storms, wars among humans…" The World Notes 2010; 2013 Chapter Outline to Emily Sylvan Kim Ch 43; 2012 p. 217; "Now that the Compact is broken, the world is out of balance." 2014 p. 272; 2012 p. 13-14.

335 *BMR*: "The demons have grown too strong and they've tipped the balance. That's why the environmental problems, the weather..." 2013 Chapter Outline to Emily Sylvan Kim Ch 43 ""The Compact binds all others when it is in force. Such Compacts have existed from time immemorial. When they are broken, chaos reigns and the world is off balance. Erratic weather patterns, random acts of violence, wars, annihilation—these events are the results of broken Compacts among our kind." "What can I do?" He nudges me back along the path, the way we came. "You were born to achieve this task. "You have a role in this war, Daughter. An important one that only you were born to do. The Compact must be restored, the Houses of Shadows and Light in accord." 2012 p. 217; "The fighting among the supernaturals is causing problems in the world at large. Erratic weather, storms, wars among humans…" The World Notes 2010 "Erratic weather patterns...these events are the results of broken Compacts among our kind." 2012 p. 217; "...a sure sign of early winter and the grim reality of global warming with its erratic weather patterns...Disappearing glaciers, bears and wolves scavenging in the city looking for food—something that was utterly unheard of until now—and the weak salmon runs are proof that nature is seriously out of balance." 2012 p. 13-14. *Covet*: "...a coven of witches came to me in the middle of the worst snowstorm Alaska had seen for nearly fifty years....Worried for the fate of their coven and the world, both human and paranormal....and without the balance the gargoyles bring to us, the paranormal world was spinning rapidly out of control. It had gotten so bad that it was affecting the human world, and that was endangering us all." *Covet* p. 111-112.

With this knowledge, the heroine feels she has no choice[336] but wonders how someone like her could possibly restore supernatural balance.[337] She also questions how her kind could have been brought to near extinction despite being so uniquely powerful.[338] The answer is a betrayal instigated by a being of mixed supernatural heritage / by a being who married a different kind, a mixed marriage. A spell / secret was then given which resulted in the heroine's kind being betrayed and wiped out.[339]

---

[336] "I don't think I've had much choice in any of this," I tell her. "It seems like all the choices have been made for me." *Covet* p. 111. ""Do I really have a choice?" I ask. "Because it doesn't seem like it." 2013 p. 432.

[337] *BMR*: She is of mixed bloodlines so that she can restore the natural balance." The World 2010 'You will need to balance both…' 2013 p. 220; "And there is such a need in order for the Prophecy to be fulfilled, for the balance to be restored. 2011 p. 573, 2012 p. 498 ; 'And just how am I supposed to do all that?' I say it like there's no way he can possibly be serious. I'm just one person.' 2012 p. 217. *Covet*: And if so, am I supposed to find a way to bring back the balance? The idea seems absurd on its face. It's a lot to process… *Covet* p. 399.

[338] *BMR*: "But how could that happen if the Kindred are magic? They're powerful, right?" 2011 P. 464; 2010 p. 375. *Covet*: "But if gargoyles are meant to bring balance and are immune to both sides, how did they lose so badly in the Second Great War? How did they become nearly extinct?" *Covet* p. 399. They were wiped out because of a betrayal. *BMR*: "There was a betrayal." 2011 p. 464; 2010 p. 376. *Covet*: "How does anything like that happen? Betrayal." p. 400

[339] "The gargoyle king...sided with the paranormals over the humans, even became mated to one. He broke the balance between them once and for all…" "…And so one of his men--eager to stop what he saw as a threat against himself and all gargoyles--went to the vampire king and told him how to kill gargoyles--a secret nobody knows."... 'But he used it on all of them. He killed them all." *Covet* p. 400. "A Kindred son of mixed heritage betrayed the Kin….under the influence of a demon…spells the demons gave…Those spells rendered the Kindred helpless. It was a holocaust..." 2012 p. 387.

To restore balance and end the storming and fighting, the heroine needs a magical force from the Compact (*BMR*) / the Crown (*Covet*).[340] Both works feature a supernatural police force called "Watchers" / "the Watch"[341] who the heroine encounters in an enchanted forest.[342]

Although both *BMR* and *Covet* see the heroine look to their second love interest in the end, both also show her reflect on her first love interest as the one to heal her emotional wounds from the loss of her family in the tragic car accident that incited the story.[343] Nevertheless, the heroine notices a second love interest, Ronan/Hudson, with stormy blue eyes that remind her of the sea.[344] When they kiss, he bites her lips and takes a bit of her blood.[345]

The second love interest and the story of the heroine's long lost father/grandfather both

---

[340] *BMR*: "The Compact binds all Others when it is in force. Such Compacts have existed from time immemorial. When they are broken, chaos reigns and the world is off balance." 2012 p. 217. *Covet*: "The Crown brings balance to the universe. For a long time, paranormals held too much power, so the Crown was created to balance that out." *Covet* p. 119. *BMR*: "You have a role in this war...The Compact must be restored...You were born to achieve this task." 2012 p. 217. *Covet*: "But maybe getting lucky enough to free the blacksmith, then free the beast, and get the Crown to stop a war seems like a win-win-win-win." *Covet* p. 386.

[341] *BMR* 2016 pp.79-80 ("Like the kindred police or something?";"If we went to the Order...They're like the police but tend to be a bit overzealous."); "We call ourselves Watchers. We're protectors of humankind from Others - non-humans." *BMR* 2012 p.197; with *Covet*, p.135 ("The Watch?" "They're a sort of paranormal police force governed by the Circle.")

[342] *BMR*: "Sitting with Ash in the heart of an enchanted forest...The place feels alive, brimming with positive energy. I sink my hands down into the forest floor and brush at the soil and loose leaves, automatically connecting with the element of earth." 2013 P. 206 "You feel it too, the magic of this place…" P. 206; *Covet*: "I let my senses sink down into the earth, down through my hands and back up through my feet. And I reach out. I open myself up to the magic of the earth…I feel it...my enchanted forest. P. 261-262

[343] *BMR*: Anna carries a strong sense of loss over the death of her father….It is through her relationship with Ash....that heals her emotional wounds… Midnight Overview, 11-8-2009 *Covet*: I love Jaxon. I do. He saved me when I got here, brought me out of the frozen depths of depression that surrounded me since my parents died…P. 194.

[344] *BMR* 2011 pp. 594, *Covet* pp. 234, 235; *BMR* 2011 p. 592, *Covet* pp. 162, 234-235.

[345] *BMR*: I felt the sting of a tooth puncturing the tender, fleshy part of my bottom lip. The tang of my own blood tasted coppery on my tongue….a spot of my blood bright on his lips as he pulled back. 2010 p. 484 *Covet*: And this time when he uses his fangs on my lip, he nicks me...then licks away the tiny drops of blood that well up. p. 352

play into nearly identical concepts of magical bonds of love and "mates." Both *BMR* and *Covet* feature a woman who has lost her mate,[346] and has been left fragile[347] and heartbroken by his loss[348] but can feel that he is still alive.[349] The vampire king/prince is responsible for taking away and imprisoning her mate.[350] The heroine references Sleeping Beauty in relation to the lost mate in both works with descriptions of ornate wooden carving.[351]

Throughout *BMR* and *Covet*, the heroine quotes literary works and French philosophers.[352] This flows from her love of reading, which she's carried with her from her life

---

346 *BMR* 2011 p. 213, *Covet* p.245.

347 *BMR*: "So I took my mother's outstretched hand in my own, the way that I always did and was surprised by her fragility." 2011 P. 210; *Covet*: "...the hand she uses to pass the tin of tea bags is shaking....I want to reach out and hold it...She looks so fragile...P. 251

348 *BMR*: "He's gone isn't he?" "Yes, dear one, he is." "Her expression said that she was tired, so very tired of breaking my mother's heart time and time again." 2011 P. 210; *Covet*: "It sounds like her heart is already broken. And has been for a very, very long time." P. 244

349 *BMR*: "She has enough of her talent left to her that she can feel him but she can't see him, touch him or hear him." P. 214; *Covet*: "It itches and burns incessantly...as long as I wear this ring, I know he's still alive…" P. 255

350 *BMR*: 'Julian did it?' Marcheline asked softly. P. 206
Julian to heroine "So I took him and imprisoned him where no one would think to find him." 2011 P. 547; *Covet*: 'You mean Cyrus?' P. 252 'Prison?'...'How long was he sentenced for?'...'Forever...it's been a thousand years…' P. 254

351 *BMR*: "It looked just like the sort of bed Sleeping Beauty might have slept in waiting for her prince to find her and break the spell—the wood carved with curlicues and fanciful swirls." 2011 P. 210; *Covet*: "...cheerful carvings on the staircase and room railings...I'm reminded of one of the versions of Sleeping Beauty...After the girl pricked her finger and fell into a sleep for a hundred years…waiting for Aurora to wake up." P. 242

352 *BMR* 2011 p. 264, 2012 p. 4, *Covet* pp. 201, 383 (quotes literary works); *BMR* 2012 p. 258, 2013 p. 262, *Covet* p. 382 (talks about French philosophers).

before magic and monsters.[353] The heroine is told about the story of twin goddesses.[354] And that the war between humans and supernaturals has been going on since the beginning of time itself / since the creation of humans and supernaturals.[355] The heroine also hears the story of the deity that created the world.[356] Who is responsible for the heroine's unique kind of magical being.[357]

---

[353] "We learn that Anna is smart and bookish…" 2013 Chapter Outline to Emily Sylvan Kim p.2. "What? That I read too much?" 2011 p. 464 ...any book about these subjects holds me spellbound. 2011 p. 9; "Maybe you shouldn't stay up so late reading," she lectured… 2011 p.10 "...images from books I'd read flashing fast-forward…" 2011 p. 230 I knew it was the correct way to pronounce it from a book I'd read… 2011 p. 385. *Covet*: In my life before Katmere, I was a huge reader--I haven't had time to read much of anything since half the paranormal world painted a target on my back… *Covet* p. 382.*BMR*: "Et tu, brute?...Shakespeare. 2011 p.40 LF 109581" " Macbeth? Really?" 2012 p. 4 "'Malleus Maleficarum,' right...The Witches Hammer. Pope Innocent XIII" 2011 p. 464 "Women Who Dared: Renegades and Pirate Queens of the High Seas." 4-2013 p. 122. *Covet*: ...but it's nice to lay in my bed and argue with Hudson about Hemingway...Shelley…French existentialists… *Covet* p 382

[354] *BMR* 2016 p. 104-105: Grandmother to Heroine: "True daughters of Isis are always born as fraternal twins, like Isis and her twin sister, Nephthys. Like your mother and Roselyn." She pauses and lowers her voice. "Like you and Emmaline." *BMR* 2013 p.90: Heroine: I understand that the balance is harmony, an accord of light and dark. You can't have one without the other because they're two sides of the same coin; each opposite is essential to maintain the balance and rhythm of life on earth. *Covet* p. 392: Grandmother's twin sister to Heroine: "The children were sisters, twins in fact, born of two deities, Zamar and Aciel, who loved each other so much that they wanted to have a child. But the universe requires balance, and so they had two daughters, each a different side of the same coin."

[355] *BMR* The Plot 2008, "There must be balance in the world." *BMR* 2012 p. 498-499.; "We are at war, child, a war that has been waged since the beginning of time itself. In all of life there is light and dark. Good and evil. But there must be balance." *Covet* p. 393: "You cannot have strength without weakness, beauty without ugliness, love without hate… good without evil. *Covet* 394 "But from the moment they were created, humans and paranormals have been at odds...went to war…" *Covet* p. 395 "The universe requires balance in all things."

[356] *BMR* 2016 p. 104: "The ancient gods created kindred to act as liaisons between themselves and the humans." *BMR* 2016 p. 4 "All kindred have a calling, the one thing we alone are meant to do to maintain the balance." *Covet* p.397-398: "And so, upon realizing that the world and creatures created by the daughters might never find balance-which would leave them trapped on earth forever-Aciel gifted them with a creation of their own. Gargoyles… In order to balance out the forces of order and chaos caused by the humans and paranormals, they made gargoyles."

[357] *BMR* 2016 p. 72, 74, 90, 92; *Covet* p.398.

In both works, the heroine's aunt/uncle talks to her about an amulet / set of rune stones that was her father's and is now hers.[358] They tell her to keep this magical object with her at all times.[359] Despite this, they are not forthcoming with the heroine in the way she would like.[360]

The heroine learns that the supernatural world uses the binding of magical powers as a kind of punishment.[361] She also has magical tattoos[362] that burn her with magic[363] and burn and itch at the same time.[364] These tattoos glow and allow her to absorb magic and then use it.[365]

---

[358] *BMR* 2011 p. 79-80: Aunt to heroine: "Do you still wear your amulet every day, the one Dante gave you?" … I love it not only for its beauty but because it reminds me of my dad. (The amulet was her father's). *BMR* 2013 p. 439 "Though it's strange your father gave you his own and so early." *Covet*: Uncle to heroine: "They were your father's, Grace. He left them in my safekeeping...once you got here, I knew they were meant to be yours." *Covet* p. 423 (set of her father's rune stones).

[359] *BMR*: Aunt to heroine: "You mustn't take it off. Ever." 2011 p. 81. *Covet*: Uncle to heroine: "No matter what happens, no matter where you are in the next several days and weeks, I want you to keep that rune on you at all times." *Covet* p. 424.

[360] *BMR*: "I decided to press and see how far she'd go. There was always the feeling, even with my Aunt Brie, of hidden doors that I wasn't to try and open—things I wasn't to ask and we couldn't discuss. I wondered if she'd tell me more, more about my dad, more about the time before we came to Alaska…'Did he practice the Craft, Aunt Brie?' 'Not exactly.' She gave me an enigmatic smile." 2011 p. 81. *Covet*: Heroine and uncle: 'Is there a reason why-' 'You'll know why soon enough,' he tells me. 'And you'll know when. Just remember to trust yourself and the people who love you. We've got you.' He looks like he's about to say more but Macy comes bounding out of the shower in a long robe, with her hair up in a towel." p. 424.

[361] *BMR* 2016 p. 75 "The Order...they're like the police but tend to be a bit overzealous." p. 75. *Covet*: "And it's not like I didn't know they were going to bind my powers in prison." *Covet* p. 438.

[362] "it's the most beautiful tattoo I've ever seen. Which is a good thing, I suppose, considering it's on my body…shimmered. From a distance, it's beautiful. Up close, it's absolutely breathtaking …it went from a bunch of dots to this gorgeous, delicate, feminine tattoo that I love entirely too much. *Covet* p. 554. "Imprinted along my spine...were tattoos—tattoos...Golden hieroglyphs and arcane symbols in liquid gold were artfully, gorgeously inked along every inch of my spine. Their language was one of beauty...2011 p. 470.

[363] *BMR* 2011 p.436, *Covet* p.623.

[364] *BMR* 2011 p. 496-470, *Covet* p.654.

[365] *BMR* 2014 p. 249, 254, 286, *Covet* p.603.

*BMR* and *Covet* each include a scene where the heroine is on a beach littered with bodies and is using her magic to try to heal others for the first time.[366] And in both, Brendan / Flint is mortally wounded during a fight scene. In *BMR*, Brendan is bitten by a supernatural cobra with deadly venom.[367] In *Covet*, Flint is mortally wounded in the fight, his leg severely cut *and* the romantic lead (Jaxon) is bitten by the vampire King Cyrus who has a bite like a cobra with deadly venom.[368] The heroine also tries to save Brendan/Flint.[369]

At a dramatic moment in both works, the heroine is drawing Tarot cards and draws the Tower, which depicts a tower being struck by a lightning bolt and is a bad omen.[370]

In the course of *BMR* and *Covet*, the vampire king/prince imprisons the heroine, and she encounters a villainous figure who is French and calls her "cherie" / "chere."[371] She also encounters demonic guards with translucent skin.[372] In connection with her imprisonment, the heroine also deals with a female antagonist(s) who is seventeen / looks about seventeen,[373] who

---

[366] *BMR* 2016 pp.73- 97 and *Covet* pp. 622-641.
[367] *BMR* 2016 p. 80; 85-86
[368] *Covet* p. 622
[369] *BMR* 2016, p. 95; *Covet*, p. 623
[370] *BMR* 2013 p. 9: "Reaching out, I clutch a Tarot card...no card...scares a reader more than drawing this one. …The Tower. Not good…black tower leans on its side stricken by a lightening bolt, the inhabitants tumbling to their deaths." *Covet*: p. 540: "I give in and pull out a card. Then jump a little as everyone around me tenses "Trouble," Hudson answers as he studies the card that looks like a tower being struck by lightning."
[371] *BMR* 2012 p. 275-417: Julian calls the heroine "cherie" *BMR* 2014 p. 330 "ma chere";*Covet* p. 447-457: Remy calls the heroine "cher"
[372] *BMR* 2012 p. 443: "Their skin was mahogany brown but somehow translucent, for I could see marbled black veins running through their bodies. Demons."; *Covet*: "...his face...vaguely demonic-looking. More, his gray skin is almost completely translucent, his veins and arteries much more visible than they are on a normal person…" P. 444
[373] *BMR* 2011 p. 307 "She was Ash's twin sister!" *BMR* 2011 p. 121 "'Seventeen,' he said." ; *Covet* p 452, "...and looks to be about seventeen herself."

the heroine describes as an Amazon,[374] has an infectious/contagious smile,[375] and is a magical being that can shift into a lion / is part lion.[376] This woman talks about dire topics with a disturbingly casual air, which the heroine describes in exactly the same way: she speaks so casually she could be talking about the weather.[377]

When the heroine finally discovers the imprisoned creature whose voice she's heard in her head since the beginning of the story (the first voice character) she notices his smoky / smoke gray eyes and sad expression.[378] The heroine attempts to free / frees him from an iron trap / from cuff restraints, he releases a piercing howl/bellow.[379] He shifts and turns into a man.[380] The heroine notices he's wearing a tunic and old-fashioned clothing. She notices colors of blue and gold. She also notices his age and eye color.[381] The heroine tells the trapped creature - I'm a friend.[382] He thanks her for freeing him, gives her a magical object, and "takes off."[383]

**iv. *BMR* and *Court* are substantially similar.**

---

[374] *BMR* 2011 p 15 "The girl...easily five ten or so…" *BMR* 2011 p 38"...the gorgeous Amazon.." P. 38; *Covet* p. 452 "An Amazon who stands as tall as Flint…" "She's also gorgeous" p. 452.
[375] *BMR*: "She laughed, her whole body alight with amusement--her shoulders shaking, eyes lit with humor, her smile contagious." 2011 P. 106; *Covet*: "...an infectious smile that lights up the whole room as much as her laugh did." P. 452.
[376] *BMR*: "Lily is a mountain lion of epic proportions…" 4-2013 P. 370; *Covet*: "Manticores are part human and part lion, with eagle wings and a scorpion's tail…" P. 454
[377] *BMR* 2012 P. 31 "Taylor announced so matter of factly, she could've been discussing the weather."; *Covet* p. 473: Calder...her tone is so mild, she could have been talking about lunch or the weather…"
[378] *BMR* 2011 p. 582-583 "One wolf had eyes that were a deep, smoky gray, almost the color of soot." *Covet* p. 649, "He's tall, with smoke-gray eyes…"
[379] *BMR* 2011 p. 584-585, *Covet* p. 649,
[380] *BMR* 2011 p. 591. Note: This segment in *Covet* is taken from *BMR*'s second creature which heroine freed in the same scene, *Covet* p. 649,
[381] *BMR* 2011 p. 591-592. Note: This segment in *Covet* is taken from *BMR*'s second creature which heroine freed in the same scene *Covet* p. 649,
[382] *BMR* 2011 p. 584, *Covet* p. 650. Note: This segment in *Covet* is taken from *BMR*'s second creature which heroine freed in the same scene
[383] *BMR* 2011 p. 595, 598, *Covet* p. 654. Note: This segment in *Covet* is taken from *BMR*'s second creature which heroine freed in the same scene

Like *Crush* and *Covet*, *Court* carries forward the heroine's narrative arc, told in the first person from her perspective, advancing another subplot of *BMR.* The heroine meets the first voice in her head, (a figure trapped in chains on an island by the vampire king/prince which she visited through a portal earlier in the story). She finds he is her long lost father/grandfather who speaks Gaelic, smoky/smoke gray eyes and is the same kind of unique supernatural being as she is in supernatural form. The vampire prince / vampire king has taken students from the heroine's school and is holding them hostage and draining them of their power and life force. He threatens to drain the heroine's friends of their life force, forcing the heroine to make a deal with him to save her friends. The heroine chooses to sacrifice herself rather than see this harm come to her friends, but ends up tricking the vampire prince / vampire king and leaving him injured.

Essentially *Court* begins with the heroine worried about her best friend's (Flint) injury that occurred at the end of *Covet* in a confrontation with Cyrus (vampire king) and his army, which parallels Anna's best friend Brendan being injured in a battle with Julian (vampire prince) and his group of vampires and guards.[384] *Court* then mirrors *BMR* with the realization that the students have been kidnapped to be drained of their life force energy / powers by the vampire prince / vampire king and if he takes too much, it will kill them.[385]

The heroine's father/grandfather tells her his name is Athair/Alistair.[386] Through him, she

---

[384] *BMR* 2011 p. 564 "Brendan cried as he ran toward me. His usual warm, mochachino skin was blanched, his lips void of color. He'd been bitten." *BMR* 2011 p 557. *Court* p. 2 "And now to find out that Flint's leg couldn't be saved? I'm devastated,"

[385]*BMR* 2011 p. 405 "I won't harm your friends just yet. At least not permanently…What if he gets carried away? What if he takes too much life force and kills someone?" *Court* p. 2 "Cyrus had tricked us and kidnapped all the students while we were fighting on the island." *Court* p. 13 "I overheard one wolf talking about needing young magic to power something."….He kidnapped them to steal their magic?"... "But our magic is tied to our soul. If Cyrus is trying to siphon it, he'll end up killing them."

[386] "My name is Alistair by the way." *Court* p. 34. "You may call me Athair" *BMR* 2010 p.208.

learns that special creatures of her kind can communicate telepathically across long distances.[387] It is a great surprise to her to learn that the father/grandfather she thought long dead is alive.[388] And has been speaking to her in her mind.[389]

She also learns that she has a previously unknown maternal grandmother and that she is the descendant of the twin goddess through her.[390] The heroine discovers that while she thought she was at least part human, both of her parents have always been supernatural beings after learning that her mother is a witch/gargoyle.[391] Not only that, but because of her lineage the heroine is in fact part divine. In relation to the twin goddess lineage the heroine learns about the creation myth from a female relative.[392]

---

[387] "Heroine: I'm finally learning what it means to be a gargoyle—from a gargoyle…. "Everyone can communicate telepathically within a short distance." *Court* p. 35. ""But the fact that you could hear me should erase any doubts from your mind about what you are. Only we can communicate with each other like that. Other races can't hear us telepathically, Anna." *BMR* 2010 p.373.

[388] *BMR*: I gasped. I hadn't realized in all this time that my wise wolf was my dad. 2011 p.577-578. *Court*: But for me, personally, it's nowhere near as big as the fifteen-thousand pound elephant that the gargoyle king–that my grandfather?--just brought into the room. *Court* p.37.

[389] "But the voice inside me is finally back and it's urging me to run, to get away, to leave…" *BMR* 2011 p.478 (her father is a wolf), *Court* p. 37.

[390] *BMR*: High Priestess to Heroine: "For I, the High Priestess, am your grandmother." 2013 p. 436. *Court*: Bloodletter to Heroine: "...I am…The God of Chaos,' she answers. '...you're my granddaughter.' *Court* p. 159.

[391] *BMR* 2011 p. 439-440: Romantic lead to the heroine about her father being a wolf shifter and the heroine thinks her mom is human: "I don't think your mom knows. Though I can't imagine how or why he kept it from her. And you"...No, I couldn't imagine either. 2010 p. 354;; My mother is so–so not into anything remotely supernatural...2013 p. 344 Heroine to her mom and aunt: "I am part human, right? I mean you're human," I say. 2014 p. 280 "Oh my dear girl," Mom says. "We're not human." Kindred aren't human?' The World Notes, 2010.; Her mother is Kindred, her father Sentinel. *Court* p. 164: My mother knew she was a gargoyle?

[392] *BMR*: "But you are not just kindred. You are something more," she says. "Ours is a sacred lineage. An unbroken chain of priestesses, mother to daughter back to the first queen of Egypt, to the Great Mother Isis herself. 2016 p. 104; "For I, the High Priestess am your grandmother." 2014 p. 346; 2013 p. 436, *Court*: "In the beginning, two gods gave birth to twins, two daughters. One was the God of Chaos and the other the God of Order...Cassia and Adria…" p. 168; '...I am…The God of Chaos,' she answers. '...you're my grand-daughter.' p. 159.

*Court* further lifts specific characters, settings, and scenes from *BMR*. Both works introduce a character known as the "God of Chaos."[393] A new antagonist authority figure is introduced named "Jikan" in *Court* and confronts the heroine after she freezes the Vampire King army,  and similar to the vampire prince "Julian" he pulls an "old fashioned" gold pocket watch out of his pants during a meeting with the heroine.[394] During a fight scene, when no option is left, the heroine burns the vampire prince/ vampire king and it neutralizes him..[395] The heroine sees the high priestess/Bloodletter's eyes glisten "with unshed tears."[396] Following that there are "shining white courts, [and] priestesses dressed all in white."[397] In both, the heroine's love interest comforts her by patting/bumping her shoulder after seeing her difficult feelings showing on her face.[398] She discusses the romantic lead's true age as a very long-lived supernatural being, who is far older than he really looks, and she tries to cope with the impossibility of his age by "doing the math" in her head, which causes her to realize the implications of the different aging process between herself and the romantic lead.[399]

---

[393] *BMR* 2016 p.101 *Court* pp.159, 670.

[394] *BMR* 2011 p.542 "He took an old-fashioned pocket watch from his pants pocket. It was the faded yellow of tarnished gold," *Court* p.192 Jikan pulls out an old-fashioned gold pocket watch.

[395] *BMR* 2014 p. 332 p. "The place where my fist connects with his flesh is badly burned. His lips are blistered and the skin around his mouth is a puckered, angry red. My hands are on fire. Literally. Little sparks of blue flame dance along my fingertips. I don't know who looks more surprised-me or Julian." *Court* p. 639: "Now more and more power fills Cyrus until he starts to scream as though his skin is burning, making a shiver race down my spine."

[396] *BMR* 2011 p.577, *Court* p.175.

[397] *BMR* 2016 p. 80, *Court* p. 185.

[398] *BMR* 2013 p. 203: Taking in the worried look on my face, the one that says I'm not budging, he pats my shoulder and turns me toward the window. *Court* p. 189: My thoughts must be all over my face, though, because Flint gently bumps his shoulder against mine.

[399] *BMR* 2010 p. 335-338: "As we crossed the room, ..my place on the matching divan across from Caitlin…He cradled my head in his hands as he eased a fluffy pillow under my head, propping me up…."Your dad—..."..  Ash smirked. "He's a little older than he looks." Arms crossed, I leaned back against my pillows and frowned. .. "You're kidding, right?"...I took a slow breath as I tried to do the math in my head. "That means he's—he's like—" "Over a thousand years old,, give or take a few years. He's not exactly sure himself," Ash finished for me, my

Both works also reveal that the heroine's relatives kept her magical nature secret and kept her powers bound, and they are constantly giving her / gave her a special tea they brewed themselves.[400] The heroine is told she is magical and there is "magic in your veins/blood."[401]

The heroine encounters the vampire prince/king and, to protect her friends, makes a deal with him: she offers herself in exchange to free her kidnapped friends.[402] She also learns that the vampire prince /king had an affair that resulted in an illegitimate daughter ("Taylor" / "Izzy" in *Court*) who is related to the heroine by blood.[403] In both stories, this heroine feels sympathy for

---

brain too muddled to do the math…he teased. "I'm just seventeen" …"My parents met during the Battle of Culloden." …The Jacobite Rebellion took place in 1745. …closed my jaw manually, shaking my head. "You don't age like we do, then." It wasn't a question. "It doesn't matter, Anna. Not in the way that you're thinking." he said. He knew what I was thinking. We were both seventeen now. When would his aging process slow down?
*Court* p. 367-369 Hudson and I decide to go back to our room…He shakes his head and sits down on the bed next to me. "Secondly, born vampires are just as susceptible to the signs of aging as any species, albeit on a much slower basis."...I instead scooch my butt backward until I can lay my head on my pillow. "So then how could she be a thousand years old and still look sixteen?"….I still remember the festival my father threw for me…. "Still, do vampires really age that slowly?" I plop down on the edge of the bed…"Will you still look this young in a thousand years, too?" It's not something I've ever considered…Now, all I can think about is him looking nineteen forever…."So you were five when? Like the 1800s?" I know both he and Jaxon have mentioned being hundreds of years old at times, but I've never thought of either of them as more than eighteen or nineteen. At least not until I start to do the math in my head ... "Oh my God, am I, like, your seven thousandth girlfriend?" "More like my eight thousandth," he deadpans,'

[400] *BMR* Midnight Overview Notes, 2009"...she has caused Anna's powers to be bound completely in order to keep her safe by maintaining her ignorance of their world."; The Plot, 2008 Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers." *Court* p.448'Why?' My mother demands. "We've protected her this far. And the tea—the tea keeps her safe, Cillian…You know we're almost out of that tea that keep her gargoyle hidden…"

[401] *BMR* 2011 p.440 "There's magic in your veins." *Court* p.477; "There's magic in your blood."

[402] *BMR* 2012 p.455 "Let's make a deal." 2013 p.407 "What are you willing to barter if I agree to send them home?" "Let them go." I say it confidently. "And I'll give you what you want." "What do you have in mind?" he drawls. "Me." *Court* p.630-631. What I actually want is protection for my friends and myself. Promise me you and your army won't harm or kill us…" "If that's what you want," he says, walking forward with a slow, measured step. "Let's make a deal."

[403] *BMR* 2014 p.338-339 "Well now, would you look at us? Sisters and everything. I sensed something about you but I didn't see that one coming." .."Have you known this whole time?" I ask. "About him being your father?" *BMR* 2014 p. 341 "*My* mother was a dark Fae." 2014 p.347

the vampire prince/king's daughter and offers to have her join the side of good, but, the daughter chooses to remain loyal to her father, even though she does help the heroine.[404]

In each book the heroine refers to a small Stonehenge / Stonehenge lite in Alaska, which must harness "energy" /"lightning" to activate.[405] Once again there is a quest for magical objects to stop save the world.[406] The students are used as leverage to coerce the heroine into doing what the vampire prince/ king wants.[407] On her journey the heroine must pass a set of tests of "Initiation"/ "Trials" and must choose carefully to fulfill her destiny. In both books, prior to "Initiation" in *BMR* and during the "Trials" in *Court*, the heroine shows mercy toward a cursed human being who attacks her as a powerful monster. When the heroine shows the creature mercy and does not kill it, this action frees the monster from the curse and it is set free.[408] As a result,

---

"If Julian is my father—the very thought brings on a choking grief—how did that happen? And what does it mean if Taylor's my sister?" *Court* p.435 "Cyrus wasn't having an affair with a witch. He was having an affair with the Crone. And the Crone's daughter would be a demigod like me." A demigod like Izzy. "Izzy is her daughter," I tell them. "And, apparently, my cousin."

[404] *BMR* 2014 p. 340, *Court* p. 349-350.

[405] *BMR* 2013 p. 106 "They present slides of the stone circles, like a small Stonehenge, ….The fact that Cook brought some of these ancient Celtic artifacts to Alaska of all places…" *BMR* 2011 p. 243 "It's a place where the Earth's energy is particularly concentrated. There's one in Sedona, one in Mt. Shasta, Maui, lots of places. They exist all over the world…like Stonehenge, the pyramids in Egypt, Easter Island and so on. These structures were placed at specific equidistant points as a means of harnessing energy...." *Court* p. 594-595 "Likely, he can harness lightning…. His men are attaching metal to the stone pillars so .. .I'm thinking he needs more than just a God Stone to activate the machine. He needs power." "Lightning?"

[406] 2011 *BMR* p. 291 p. 434, Court p. 277.

[407] *BMR* 2013 p. 407 Court p. 278

[408] *BMR* 2013 p. 328-329 You're freeing its soul from the demon who enslaved it. What you did today was an act of mercy and a skill very few possess. … I know it's linked to my calling. My part in what happened today was supposed to happen. .. I haven't even been through Initiation yet..*Court* p. 576 "His claws retract into his paws, then his paws start shrinking as well. His powerful snout is pulling inward, into his face, as his ears all but disappear. His translucent skin takes on a healthy glow as his body continues to shrink. He shrinks,,,, until there's no longer a beast there at all. There's a small boy." *Court* p.577 "You never could have killed him. If you had plunged that spike into his body,..But because you showed mercy, you and your friends made it where no one ever has before. You beat the Trials and have earned the Tears of Eleos."

the heroine saves a person and is told "a debt" is owed to her for doing so.[409]

### C. The *Crave* Books and *BMR* Share Substantially Similar Scenes and Settings.

Even if, somehow, the Court does not find that the overall plot and storylines of *BMR* and the *Crave* series are substantially similar as a matter of law, it should find infringement because protectable scenes and settings appearing in both works are.

Scenes discussed above like the '80s rocker fight scene, the kidnapping scene, and the interactions between the heroine and her previously unknown maternal grandmother evidence the clear copying of protectable expression as does the settings and backdrop of the stories. As previously noted, of all the places the stories could be set, each author chose Alaska. And while Alaska could be described in a myriad of ways–a Christmas wonderland, an inspiring expanse of wilderness, a charming remote region–it is described in the same way in each work–a frozen wasteland/hell, like being on the moon, a place of exile. And multiple specific locations referenced in the books, such as an arctic beach littered with bodies, walking through a doorway in winter and finding herself in a summer field with wildflowers, and taking a portal to an island where Athair / Alistair are trapped, are substantially similar.

And then there is the Gothic castle and the Old World European Chateau (also referenced in Freeman's notes as a castle[410]). The specifics of the castle go well beyond generic similarities. Each is surrounded by mountains and is located on a remote hillside.[411] And the heroine

---

[409] *BMR* 2012 p.353 "This clan owes you a debt, Anna. Thank you for saving my Caitie's life." *Court* p. 577 You saved my son, and that is a debt I can never repay."

[410] The Plot 2008; Old World European chateau. *BMR* 2013 p. 322

[411] *BMR* 2010 p. 330 "it's remote and homes dot the hillside." *BMR* 2011 p.411 "Ash drove the Land Rover down a long drive. I took in the dense forest of trees all around." *Crave* p. 13. "I can't help but think of the mountains and rivers that surround this town in all directions and wonder where on earth I'm going to end up before this day is through."

describes it as an architectural masterpiece/ architecture she's only heard described in art class.[412] There is a very long driveway to get to it[413] with a huge code-entry gate and stone walls.[414] At the castle, the heroine finds ornately carved double doors, "ceilings vaulted with large, arched doorways" and "crystal chandeliers." "fire blazing in the hearth." Even the name of the school in *Crave* is not neutral. "Katmere" is the supernatural academy where all species gather. In *BMR*'s developmental notes, notes, "Katmai" is identified as a real place "in Alaska…where all supes meet on neutral ground…Anna and friends will go once she knows what she is." The similarity is not merely phonetic. In both works, the terms designate the same narrative concept: an Alaskan locus that functions as a neutral convergence point for supernatural beings who are teens, and as the heroine's future destination once her identity is revealed. The borrowing operates at the level of expressive world-building, not abstract idea.[415]

In *Crave*, the heroine says she feels like she's "trapped in a horror movie or a Salvador Dali painting," mirroring *BMR'*s heroine stating that she felt like she "was in Dante's inferno."[416] As this Court is likely aware, Salvador Dali was specifically commissioned to paint Dante's Inferno. These are not generic horror references, but parallel descriptive choices used to render

---

[412] "Entirely made of stone, it was an architectural masterpiece. 2011 p. 412 The house looks like an Old World European chateau. Not a home in Alaska. 2013 p. 322. Live on large compound like a castle– with some family members and Clan. The Plot, 2008 *Crave*: ..the huge castle...because the dwelling I'm looking at is nothing like a se modern building…with architecture I've only heard described in my art classes before. *Crave* p. 13; castle thing with its pointed archways and elaborate stone work *Crave* p. 16-17.

[413] "Ash drove the Land Rover down a long drive... After a very long minute or more we finally reached a park with a circular driveway. *BMR* 2011 p. 412. "Just a long, winding driveway…" *Crave* p. 13-14.

[414] *BMR* 2011 p. 411 "We reached a security gate and large stone walls."; *Crave* p. 13. "the brick wall in front of the castle stretches halfway around the mountain...Macy pulls up to the huge gate at the front of the school and enters a code."

[415] The World Notes

[416] *BMR* 2011 p. 491. *Crave* p. 13.

the same kind of environment–a disorienting, infernal, other-worldly setting experienced through the first-person lens–further reinforcing that *Crave* reproduces *BMR'*s expressive approach to place and atmosphere.

**D. The Theme, Pace and Overall Feel of the *Crave* Books And *BMR* Are Substantially Similar**

**i. The same themes are woven through both works**.

First, both works plainly explore themes of feminism as they track female characters who are strong and have agency throughout the works, including the heroine who tells the protective romantic lead: "I can take care of myself."[417] Indeed, the secondary love interest character appeals to her because he wants to help her learn to be what she is to achieve her purpose.[418] Education is important in both works with the heroine featured as being in advanced classes, quoting literature, talking about French philosophers and a love of reading. And she is no victim--when she's attacked by two supernatural guys who remind her of 80's rockers, and she thinks she's human, she fights "fists up," "stomps on his toes / thinks about stomping on his toes" and hits one in the nose.[419] In both works, feminism is not presented as an abstraction or slogan, but is embodied in the heroine's voice, choices, and physical responses to threat–rendering the same thematic stance through the same expressive means.

---

[417] *BMR 2011* p. 600 ("Ash wanted to be the hero. My rescuer. But I wouldn't have it."); *BMR 2010* pp. 247, 286, 288, 408-409, *Crave* p. 142, 190 (heroine can take care of herself, doesn't want to be protected). See also *BMR 2011* pp. 226, 600, *Crush* p. 431; *BMR 2013* p.367, *Crush* p. 28 (does not want romantic lead to protect her, tells him).

[418] *BMR* World Notes 2010 ("Ash wants to protect her. Ronan wants to help her learn to use her powers to restore the balance."), *Covet* p. 194 ("Jaxon wanted to protect me, wanted to take care of me, but Hudson wants to help me learn how to take care of myself.")

[419] *BMR 2014* p. 50, *Crave* p. 57; *BMR 2014* p. 49, *Crave* p. 56; *BMR 2014* p. 50, *Crave* p. 57

Diversity, inclusion and the rejection of stereotypes are likewise prominent themes in *BMR* and *Crave*. As discussed above, a central secondary character is Brendan / Flint, who is the heroine's multiracial and gay male friend: strong and athletic, part of a school team sport and holds a position of leadership at school.[420] Native Alaskan stories are referenced in *BMR*, while *Crave* references Chinook is referenced as a "Native Alaskan" language. Yet Chinook words are spoken in *BMR*. Out of twenty-one languages spoken in Alaska, both works select Chinook–a pidgin trade language that originated in Washington, not Alaska.[421] This shared and idiosyncratic choice reflects the same expressive approach to cultural world-building. And both works populate their worlds with supernatural beings of different races and backgrounds, embedding inclusivity into the fabric of the setting rather than treating it as a surface detail.[422]

In both works, humor is not incidental but functions as a thematic response to fear and transformation, as discussed above in the discussion of the heroine.

Finally, themes of friendship, compassion and grace pervade each work. Each heroine repeatedly states she will do anything to protect her friends, even sacrifice herself to ensure their safety.[423] Each likewise expresses compassion even for the villains in the story at times (though this doesn't stop the heroine from wanting justice and taking agency).[424] This is demonstrated when she feels sorry for the vampire who has kidnapped her because that character is crazed from the loss of their mate, and when the heroine offers the vampire prince / king's evil daughter the choice to leave her father and join the heroine despite her misdeeds, for example.[425] In both

---

420 *BMR 2011* p. 100, *Crave* p. 245 (athletic, team sport); *BMR 2011* p. 99, *Crush* p. 394.
421 *BMR 2011* p. 217, *Crave* p. 120 (Native Alaskan); *BMR 2011* p. 118, *Crave* p. 120.
422 *BMR* 2011 pp. 67 (Awinita, Native), 317 (Rachel and Jenny), vampires, werewolves, witches, dragons, succubi, banshee, fae and many, many more.
423 *BMR 2012* p. 455, *Court* p. 630.
424 *BMR 2010* p. 437, *Crave* p. 484.
425 *Id*. and *BMR 2014* p. 340, *Court* p. 349-350.

works, mercy is not weakness but a defining moral posture; the heroine's power is paired with empathy, and justice is tempered by grace.

**ii. The structure and pace of both works is the same.**

Focusing on a comparison of *Crave* (book 1) and *BMR*, since the follow-on *Crave* Books develop subplots of *BMR* and/or plotlines that Plaintiff intended to further develop in her own sequel works (such as the love triangle / romantic relationship with Ronan/Hudson character), it is clear that the works share a nearly identical structural pacing strategy: a "Slow Burn" mystery that transitions into a "High-Octane" supernatural thriller.

The beginning of each work is deliberately paced slowly, focusing on the details of the heroine's arrival at school, the weather and her loss. Details about the school hierarchy, and the confusing behavior of the love interest, withholding the supernatural confirmation is part of that slow burn. Then more than halfway through each narrative (focusing on *Crave*, book 1), the pace accelerates drastically following the reveal of the supernatural world. At that point, each work alternates between a specific rhythmic beat of the romance (Attraction -> Rejection (Warning) -> Forced Proximity -> Intimacy -> Betrayal -> Reunion) and sudden, brief, and intense scenes of violence that serve to remind the reader of the stakes. There is then a romantic interlude lull in the action towards the end that serves as a "calm before the storm" moment before the climax.

On a more micro level, the pacing between parallel character interactions is also the same. For example, in *Crave* (book 1) the romantic buildup between the heroine and the first romantic lead follows the same structure and pace and combat scenes use "bullet time" descriptions to emphasize supernatural speed.

**iii. The works share a substantially similar overall feel and impression.**

*BMR* and the *Crave* Books share a near-identical feel: a distinctive "Alaskan Gothic" blend of modern YA voice with dark, oppressive, frozen atmosphere. Each protagonist's internal monologue is characterized by modern sarcasm, self-deprecation, and snark that contrasts with the heaviness of her past loss and future challenges.

Notably, critics and fans have identified the *Crave* series' use of specific literary and pop-culture references as a defining feature of its original feel, with such references used to texture both dialogue and internal narration and storytelling.[426] That same combination of pop culture references are also curiously shared by *BMR*, including *Humpty Dumpty, Peter Pan, Sleeping Beauty, Snow White, Star Wars, a Grey's Anatomy* reference, the *Hulk, Superman, and Lois Lane*, a *Wizard of Oz* reference, *Frankenstein, Romeo and Juliette, Twilight* reference, Tom Cruise, French philosophers, Alexandre Dumas quote from *The Three Musketeers,* Shakespeare plays, Stonehenge, Barbies, Get-Out-of-Jail-Free card, Mean Girls, Newbie, etc.

### E. *BMR* and the *Crave* Books share fragmented literal similarity

As can be seen from the excerpts the footnotes above, the works show "global similarities of structure and sequence" and substantial "localized similarity in language," i.e., literal fragmented similarity. Time after time evident paraphrasing of the same language is used in remarkably similar contexts to describe the same things between the same characters. To wit:

| | |
|---|---|
| ***BMR*:** He claimed he wasn't a werewolf but could shift into a wolf. It seemed like a bit of a technicality…." | ***Crave*:** Well, if you're going to get technical, they're wolf shifters really, more than werewolves." |
| ***BMR***: A long moment of intense silence descends between us, his fingers locked around my wrist …2013 p. 105 | ***Covet*:** An awkward silence descends between us, and I honestly don't know …"p. 126 |

[426] *See*, e.g., https://artfullymessyhairbooks.wordpress.com/2020/10/19/crave-review-spoiler-free/ ("The book littered with pop culture references, but its filled with literary ones too such as Shakespeare, Dracula, and Frankenstein. It was fascinating to see a YA book filled with such a variety of media, it typically leans one way or the other. ")

| | |
|---|---|
| ***BMR*: A shiver skitters down my spine. 2013 p. 57 | ***Covet*: …and then our gazes collide, and a shiver of fear skitters down my spine. p. 448 |
| ***BMR*: …I tried to think of an out to save Rachel's life. "Please," I cried. "She—they're all my best friends! I couldn't bear it if any of them. . . died." He patted my hand. "Hmm. We can't have that, now can we? As important as you are to me . . . What are you willing to barter if I agree to let them live?" "I—I can't think of anything I have that you'd want." He just looked at me, saying nothing. I shook my head, my mind scrambling for an idea….consider fair trade for my friends' lives? …. "Let's make a deal." I said it confidently. 2012 p. 455 | ***Court*: The crowd boos and jeers and I rack my brain, trying to figure out the perfect thing to say next. "What I actually want is protection for my friends and myself. Promise me you and your army won't harm or kill us, ever, … "Yes," I say simply, "I am." Because if I say any more, he'll see just how angry I am that he referred to my friends like that. Who the hell is he to call my friends anything? "If that's what you want," he says, walking forward with a slow, measured step. "Let's make a deal." p. 630-631 |
| ***BMR*: I took a slow breath as I tried to do the math in my head. "That means he's—he's like—" "Over a thousand years old, give or take a few years. 2010 p. 337 | ***Court*: "So then how could she be a thousand years old and still look … At least not until I start to do the math in my head ..." p. 369 |
| ***BMR*: Meret and I walk for what feels like a mile until we come to a large set of golden double doors… 2016 p. 97 | ***Covet*: Either way, we walk down a really, really, really long corridor until we come to a pair of gold double doors. p. 567 |
| ***BMR*: "The mirror is a portal between our worlds, child."…She released my hands and I was suddenly pitched forward, falling out of space, out of time, into the nothingness… Finally, after what felt like a very long time the air stilled; in slow-motion I landed with a solid thump on my knees. adrenaline coursing through my body….I took in the smell of the pine and the soft sounds of the woods around me. …only the darkness surrounding me and the pale light of the full moon above. Heart pumping, I leapt to my feet and scanned the trees in front of me—..I noticed twinkling candle lights were strewn through the branches… A loud flutter of wings caught me off-guard as a huge raven,...settled itself on the ground ahead of me….My heart pulsed with fear and anticipation.…. "Come on!" it seemed to shriek in that inhuman voice. …"All right, all right," I grumbled. "I'll follow…..The forest around us opened to a clearing. …almost as if the forest were lit with lantern light. 2012 p. 495-508 | ***Covet*: I can't wrap my head around it as they walk us into the forest-and straight into a portal …This portal isn't like the ones at the Ludares tournament….There's nothing but a free fall through darkness that goes on and on and on….I don't know how long the portal takes-probably only a couple of minutes. But it's the longest couple of minutes of my life,….The portal vomits me out in the middle of an obscenely bright room, the lights like giant needles being shoved into my eyes after the absolute darkness of the last few minutes. "I'm disoriented, ..and am more scared than I want to admit when I land on my knees with a hard *thud* that sends pain ricocheting through me.....I'd rather be on my feet … a woman in a severe black business suit and black sunglasses… she is very much watching me, like I'm an animal in a cage…. "You may turn back around now," she says. "And follow me." p. 435-438 |

| | |
|---|---|
| ***BMR***: ...something sparkly caught the light...Tattoos! And they were moving on his fingers, swirling in a strange dance. 2011 289 | ***Covet***: ...captured by the tattoo that's so bright now, it's practically blinding as it swirls and dances up and down my biceps and forearm. p. 605 |
| ***BMR***: "I can smell the demon in you." 2014 p. 329 | ***Covet***: "…I definitely smell the gargoyle in you…" p. 229 |
| ***BMR***: "You're immune. And you shouldn't be." He looks at me curiously. Why would I be immune when my mother and aunt aren't?" 2013 p. 238 | ***Covet***: "Maybe you're, I don't know, immune," he tells him. "Why would I be immune?" p. 560 |
| ***BMR***: He reached out and with his thumb and forefinger tilted my chin up, forcing my gaze to meet his. 2010 p. 426; 2013 p. 364 | ***Court***: Hudson reaches out and tilts my chin up with his finger until he's holding my gaze in his fathomless blue depths. p. 593 |

Freeman has previously detailed dozens more pages of similarly paraphrased sentences and paragraphs, including a scenes in which (1) the heroine's relative pulls out a black choker/black tie, puts it around the heroine's neck, and compliments how she looks, (2) the heroine talks about dressing like a "newbie" in Alaska, (3) an evil vampire is thrown "across the room" with a loud/giant "wrenching sound," and (4) the heroine describes being embraced by the romantic lead in a bedroom with his scent of "citrus… and waterfalls" (*BMR*) / "sexy orange and fresh water" (*Crave*). The multitude of similarities amongst character dialogue and idioms used in both works would appear, to any reasonable observer, substantially similar.

## IV. CONCLUSION

The similarities identified above are far from a complete recitation of the similarities between the works and are equally far from a collection of random, attenuated similarities or coincidental overlaps. With limited exceptions, they demonstrate point-by-point copying of, *inter alia*, *BMR*'s expressive elements, including its characters, narrative architecture, story beats, plot points, pace, language, themes, and overall feel carried into the *Crave* series. Because no reasonable juror could find otherwise, summary judgment should be granted to establish the existence of substantial similarity between the works.

Dated: January 26, 2026
Los Angeles, California

Respectfully submitted,

By: /s/ *Stephen M. Doniger*
Stephen Doniger, Esq.
**DONIGER / BURROUGHS PC**
603 Rose Avenue
Venice, California 90291
(31) 590-1820
stephen@donigerlawfirm.com

**Reeder McCreary, LLP**
Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475
*Attorneys for Plaintiff Freeman*