**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNNE FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, et al.,<br><br>Defendants. | Case No. 1:22-cv-02435 (CM)(SN)<br><br>**DECLARATION OF STEPHEN M. DONIGER IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON SUBSTANTIAL SIMILARITY** |

## DECLARATION OF STEPHEN M. DONIGER

I, Stephen M. Doniger, hereby declare as follows:

1. I am above eighteen (18) years of age, am counsel of record in this case for Plaintiff Lynne Freeman and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge except where otherwise indicated. If called as a witness, I could and would competently testify as set forth below.
2. A true and correct copy of an email produced in discovery at Bates No. KIM00150886 is attached hereto as **Exhibit 1**.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2026 in Los Angeles, California.

By: */s/ Stephen M. Doniger*
Stephen M. Doniger
Declarant