UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

        Plaintiff,

    -against-

TRACY DEEBS-ELKENANEY, et al.

        Defendants.

Case No. 1:22-cv-02435 (CM)(SN)

**PLAINTIFF'S NOTICE OF
OBJECTION TO AND MOTION TO
STRIKE PORTIONS OF
DFENDANTS' REPLY
MEMORANDUM OF LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2026

*Motion Denied*

*Colleen McMahon*
2/25/2026

i

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff Lynne Freeman, through her undersigned counsel, upon the accompanying Memorandum of Law, respectfully objects to portions of Defendants' reply memorandum of law in support of their motion for summary judgment and moves the Court before the Honorable Colleen McMahon, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 24A, New York, New York 10007, to strike and not consider those portions of Defendants' reply brief.

Dated: February 20, 2026,
Los Angeles, California

Respectfully submitted,

By:    /s/ Stephen M. Doniger
       Stephen Doniger, Esq.
       David Michael Stuart Jenkins, Esq.
       **DONIGER / BURROUGHS PC**
       603 Rose Avenue
       Venice, California 90291
       (31) 590-1820
       stephen@donigerlawfirm.com
       djenkins@donigerlawfirm.com

       **Reeder McCreary, LLP**
       Mark D. Passin
       11766 Wilshire Boulevard,
       Suite 1470
       Los Angeles, CA 90025
       310-861-2475
       *Attorneys for Plaintiff Freeman*

1