**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lynne Freeman | Civil Action No.: 1:22-cv-02435-CM-SN |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL** |
| v. | |
| Tracy Deebs-Elkenaney, et al., | |
| Defendants. | |

TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:

Notice is hereby given that Plaintiff Lynne Freeman hereby appeals to the United States Court of Appeals for the Second Circuit from a Summary Judgment Decision and Order [Dkt. 548], and Judgment [Dkt. No. 549] thereon. The Summary Judgment Decision and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Cross-Motion for Summary Judgment was entered on March 16, 2026, and docketed at No. 548. The Judgment was entered on March 31, 2026, and docketed at No. 549. Plaintiff's appeal shall include, in addition to the  Summary Judgment Decision and Order and Judgment thereon, an appeal of all interlocutory orders and rulings that merge into that Decision and Order and Judgment thereon, including but not limited to the November 21, 2024 Order of Judge Stanton regarding Magistrate Judge Netburn's Report and Recommendation for Summary Judgment [ECF 361] docketed at No. 398, the August 1, 2024 Opinion and Order docketed at No. 362 and the minute order dated January 12, 2026.

1

PLAINTIFF'S NOTICE OF APPEAL

Dated: April 15, 2026

Respectfully submitted,

By:   */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
David M.S. Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590 – 1820
stephen@donigerlawfirm.com
djenkins@donigerlawfirm.com

**Reeder McCreary, LLP**
Mark D. Passin
11766 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90025
310-861-2475
mark@reedermccreary.com

2

PLAINTIFF'S NOTICE OF APPEAL

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2026, I served a true and correct copy of the foregoing

PLAINTIFF'S NOTICE OF APPEAL on Defendants' counsel of record via email, as follows:

Amy L. Nashon
anashon@troygould.com

John C. Ulin
Julin@troygould.com

Dwayne K. Goetzel
dgoetzel@intprop.com

Jennifer L. Pariser
JPariser@oandzlaw.com

Lacy Herman Koonce, III
lance.koonce@klarislaw.com

*Attorneys for Defendants*

Dated: April 15, 2026

By:     */s/ Stephen M. Doniger*
        Stephen M. Doniger, Esq.
        *Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF APPEAL