UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

                                    Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY, et al.

                                    Defendants.

No. 22-cv-2435 (CM) (SN)

**ORDER**

McMahon, J.:

I am advised that the Plaintiff has filed a notice of appeal from this Court's judgment dismissing her case. Defendants' Motion for Attorney Fees and Costs will be held in abeyance pending the outcome of the appeal. The Clerk of Court is directed to remove the motion at Docket Number 551 from the Court's list of open motions and to place the case on the suspense docket. The moving parties should notify the Court when further action would be appropriate.

Dated: April 17, 2026

_____
                                    U.S.D.J

BY ECF TO ALL COUNSEL