

**Amy L. Nashon** • (310) 789-1245 • anashon@troygould.com

**TROYGOULD PC**

1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
**Tel** (310) 553-4441 | **Fax** (310) 201-4746
www.troygould.com

File No. 04829-0003

May 22, 2026

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 24A
New York, New York 10007

> Re:    *Lynne Freeman v. Tracy Deebs-Elkenaney et. al., Case No. 2:22-cv-02435-CM-SN*

Dear Judge McMahon:

I write on behalf of Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, Universal City Studios LLC, Emily Sylvan Kim, and Prospect Agency, LLC (the "Defendants") in the above-referenced matter. We write in connection with Defendants' Motion and Memorandum of Law for an Order Requiring Plaintiff to Post a Bond Pursuant to Federal Rule of Appellate Procedure 7 and Local Rule 54.2.

Defendants intend on filing under seal references to, and pages from, the deposition of Trent Baer, which discusses the finances and lifestyle of Mr. Baer and plaintiff Lynne Freeman, his wife. Plaintiff has designated Mr. Baer's deposition transcript as "Confidential." Defendants also intend on filing under seal a Redfin printout of Mr. Baer and Plaintiff's home in Santa Barbara, to avoid the public dissemination of their address information.

The protective order in this action treats as confidential any "non-public … financial, or personal information, the public disclosure of which is either restricted by law or would likely, in good faith opinion of the producing person, seriously harm the producing person's business, commercial, financial, or personal interests or cause the producing person to violate his, her, or its privacy or confidentiality obligations to others." [Dkt. 50 at 2.] A redacted version removing only those references will be publicly filed. We thus submit this Letter Motion to Seal along with an unredacted copy of the Motion and exhibits under seal in accordance with Plaintiff's designation and the operative protective order.

04829-0003  4933-2204-6639.1



Hon. Colleen McMahon
May 22, 2026
Page 2

We thank the Court for its time and attention to this matter.

Very truly yours,

Amy L. Nashon