**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

       Plaintiff,

   v.

TRACY DEEBS-ELKENANEY, et al.

      Defendants.

Case No. 1:22-cv-02435 CM-SN

**DECLARATION OF AMY NASHON IN SUPPORT OF DEFENDANTS' MOTION AND MEMORANDUM OF LAW FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 7 AND LOCAL RULE 54.2**

## DECLARATION OF AMY NASHON

Amy Nashon declares as follows:

1.      I am a member at the law firm of TroyGould, PC, attorneys for defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC (the "Entangled Defendants") in the above-captioned matter. I make this declaration in support of the Motion and Memorandum of Law for an Order Requiring Plaintiff to Post a Bond Pursuant to Federal Rule of Appellate Procedure 7 and Local Rule 54.2, which is being submitted jointly by the Entangled Defendants, defendant Emily Sylvan Kim, and defendant Prospect Agency, LLC (together, Ms. Kim and Prospect Agency, LLC are referred to as the "Prospect Defendants").

2.      As set forth above, there are six defendants actively defending this lawsuit and the related appeal. They are represented by four law firms. TroyGould, PC is counsel for the Entangled Defendants, with Oppenheim + Zebrak, LLP serving as local counsel. Lacy H. Koonce, III of Klaris Law PLLC is counsel for the Prospect Defendants. Dwayne K. Goetzel of Kowert, Hood, Munyon, Rankin & Goetzel, P.C. is counsel for defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff.

3.      The Entangled Defendants and Prospect Defendants together seek an order compelling plaintiff Lynne Freeman ("Freeman") to post a bond in the amount of $3,407,435.19 in accordance with Local Rule 54.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. This request aligns with the actual attorneys' fees and costs that the Defendants have already incurred defending against Freeman's claims before this Court. Indeed, Defendants' motion for prevailing party attorneys' fees is currently pending, although it is being held in abeyance pending the outcome of Freeman's appeal.

4.      The Entangled Defendants and Prospect Defendants also seek an order compelling Freeman to post a Federal Rule of Appellate Procedure Rule 7 bond of $150,000. This is a reasonable request given the number of defendants and law firms involved, as well as the numerous issues raised by the appeal. Specifically, the appeal challenges two years' worth of orders and

rulings of this Court, starting with the August 1, 2024 Report and Recommendations by Judge Netburn, the November 21, 2024 Order on Summary Judgment issued by Judge Stanton, and Your Honor's Order granting Defendants' summary judgment - as well as "all interlocutory orders and rulings that merge into that Decision and Order…." [Dkt. 553.]

5.      On March 21, 2023, Freeman's husband, Trent Baer, was deposed. True and correct copies of relevant portions of Mr. Baer's deposition transcript are attached as **Exhibit A**.

6.      On May 1, 2026, my colleague accessed Redfin.com and printed to PDF the webpage.  A true and correct copy of that web printout is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 22, 2026 at Los Angeles, California

_____
Amy Nashon

## CERTIFICATE OF SERVICE

I, Amy Nashon, hereby certify that a true and correct complete copy of the Declaration of Amy Nashon has been served on all counsel of record via the Court's CM/ECF service.

/s/ Amy Nashon

Amy Nashon