# **EXHIBIT A**

**In the Matter Of:**

*Freeman vs*

*Deebs-Elkenaney*

*TRENT BAER*

*March 21, 2023*



1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN, an individual,  )
                               )
            Plaintiff,         )
                               )
       vs.                     ) Case No.
                               ) 1:22-cv-02435-AT
TRACY DEEBS-ELKENANEY P/K/A     )
TRACY WOLFF, an individual,    )
EMILY SYLVAN KIM, an           )
individual, PROSPECT AGENCY,   )
LLC, a New Jersey limited      )
liability company, ENTANGLED   )
PUBLISHING, LLC, a Delaware    )
limited liability company,     )
HOLTZBRINCK PUBLISHERS, LLC     )
D/B/A MACMILLAN, a New York    )
limited liability company, and )
UNIVERSAL CITY STUDIOS, LLC, a )
Delaware limited liability     )
company,                       )
                               )
            Defendants.        )
_____ )

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF

TRENT BAER

TUESDAY, MARCH 21, 2023

Reported in Stenotype by:
Cody R. Knacke, RPR, CSR No. 13691
Job No.:  886197













239

COUNTY OF LOS ANGELES, )
                       )
STATE OF CALIFORNIA,   )

         I, Cody R. Knacke, Registered Professional

Reporter, Certified Shorthand Reporter in and for

the State of California, License No. 13691, hereby

certify that the deponent was by me first duly sworn

and the foregoing testimony was reported by me and

was thereafter transcribed with computer-aided

transcription; that the foregoing is a full,

complete, and true record of said proceedings.

         I further certify that I am not of counsel

or attorney for either or any of the parties in the

foregoing proceedings and caption named or in any

way interested in the outcome of the cause in said

caption.

         The dismantling, unsealing, or unbinding of

the original transcript will render the reporter's

certificate null and void.

         In witness whereof, I have hereunto set my

hand this day:  March 24, 2023.



_____
CODY R. KNACKE, RPR, CSR No. 13691

# Exhibit B

City, Address, School, Agent, ZIP

Buy ▾    Rent ▾    Sell ▾    Mortgage ▾    Real Estate Agents ▾    Feed    Join / Sign in

Search    Overview    Sale & tax history    Property details    Neighborhood    Climate    ♡ Favorite    ✎ Edit Facts    ⤢ Sh



Search    Overview    Sale & tax history    Property details    Neighborhood    Climate    ♡ Favorite    ✎ Edit Facts    ⤢ Sh

