**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

LYNNE FREEMAN,

      Plaintiff,

v.

TRACY DEEBS-ELKENANEY, et al.

      Defendants.

</td><td>

Case No. 2:22-cv-02435 CM-SN

Honorable Colleen McMahon

**[PROPOSED] ORDER ON DEFENDANTS' MOTION AND MEMORANDUM OF LAW FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 7 AND LOCAL RULE 54.2**

</td></tr>
</table>

Having considered Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Emily Silvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC (together, "Defendants") Motion for an Order Requiring Plaintiff to Post a Bond Pursuant to Federal Rule of Appellate Procedure 7 and Local Rule 54.2 (the "Motion"), and all responses thereto, the Court orders as follows:

1. The Motion is GRANTED.  Accordingly, Plaintiff Lynne Freeman ("Freeman") is ordered to post a bond in the amount of $3,557,435.19 [or $_____], consisting of the following:

   a. $3,407,435.19 [or $_____] must be posted in accordance with Local Rule 54.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and

   b. $150,000 [or $_____] must be posted in accordance with Rule 7 of the Federal Rules of Appellate Procedure.

2. The bond shall be posted within _____ days.

DATED: _____                    SO ORDERED

                                           _____
                                           Hon. Colleen McMahon
                                           United States District Court Judge

2