

**TROYGOULD PC**

1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
**Tel** (310) 553-4441 | **Fax** (310) 201-4746
www.troygould.com

File No. 04829-0003

**Amy L. Nashon** • (310) 789-1245 • anashon@troygould.com

May 29, 2026

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 24A
New York, New York 10007

     *Re:    Freeman v. Tracy Deebs-Elkenaney et. al., Case No. 2:22-cv-02435-CM-SN*

Dear Judge McMahon:

     We write on behalf of all Defendants in the above-referenced matter.  We write in response to Your Order of May 26, 2026 [Dkt. 558], instructing Defendants to file a letter brief explaining why their Motion for an Order Requiring Plaintiff to Post a Bond Pursuant to Federal Rule of Appellate Procedure 7 and Local Rule 54.2 [Dkt. 557] (the "Motion") was filed under seal.

     On May 22, 2026, together with their Motion, Defendants submitted a letter brief to Your Honor [Dkt. 555] setting forth the basis for their request to file the Motion under seal.  To further clarify, Defendants redacted certain references to the deposition of Trent Baer, plaintiff's husband, wherein he discussed their finances and lifestyle, out of respect for Plaintiff's designation of the transcript as "Confidential" under the Protective Order issued at Docket 50.  Defendants also attached a Redfin printout with information about Plaintiff's home in Santa Barbara, which they filed under seal to protect against any unwanted disclosure of plaintiff's address.  A redacted version of the Motion was publicly filed at Docket 557 and an unredacted version was filed under seal at Docket 556.

     Defendants take no substantive position with respect to Plaintiff's confidential designation of the Trent Baer transcript or the Redfin printout, and they only filed the Motion under seal to strictly comply with the terms of the Protective Order.  If Your Honor does not believe that the Motion should be sealed, Defendants will promptly re-file an unredacted version and deliver a copy to chambers, at the Court's direction.

     Very truly yours,

Amy L. Nashon

04829-0003  4928-4707-8320.1