**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LYNNE FREEMAN, <br><br>        Plaintiff, <br><br>   v. <br><br> TRACY DEEBS-ELKENANEY, et al. <br><br>        Defendants. | Case No. 2:22-cv-02435 CM-SN <br><br> Honorable Colleen McMahon <br><br> **DEFENDANTS' EVIDENTIARY OBJECTIONS TO PORTIONS OF THE DECLARATION OF STEPHEN DONIGER** |

1

Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Emily Silvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC (together, "Defendants") submit the following evidentiary objections to portions of the Declaration of Stephen Doniger in support of Plaintiff Lynne Freeman ("Freeman")'s Opposition to Defendants' Motion for an Order Requiring Plaintiff to Post a Bond Pursuant to Federal Rule of Appellate Procedure 7 and Local Rule 54.2, because those portions do not satisfy the evidentiary requirements of the Federal Rules of Evidence and are therefore inadmissible and should not be considered by the Court in deciding the Motion.

| Inadmissible Testimony | Evidentiary Objection |
| --- | --- |
| Doniger Declaration, ¶ 2. Objectionable Testimony: "Following the filing of Defendants' motion, Plaintiff contacted multiple bond companies including Surety One, CSBA, and Jurisco, which all confirmed that any bond would require her to have 100% of the bond amount in liquid assets in order to secure said bond, and would need to pay a premium in addition to the bond amount." | Hearsay. Doniger's assertion about what unnamed third parties allegedly told his client is inadmissible double hearsay. *See* Fed. R. Evid. 801, 802. |

[*Signatures on next page*]

2

Dated: June 16, 2026

Respectfully submitted,

*/s/ Amy L. Nashon*

Amy L. Nashon
California State Bar No. 316353
**TROYGOULD P.C.**
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Phone: (310) 553-4441
Fax: (310) 201-4746
anashon@troygould.com

Jennifer Pariser
**OPPENHEIM + ZEBRAK, LLP**
461 5th Avenue, 19th Floor
New York, NY 10017
Phone: (212) 951-1874
Fax: (866) 766-1678
JPariser@oandzlaw.com

*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC*

Lacy H. Koonce, III
**KLARIS LAW PLLC**
161 Water Street, Ste. 904
New York, NY 10038
Phone: (917) 612-5861
lance.koonce@klarislaw.com
*Attorneys for Defendants Emily Sylvan Kim and Prospect Agency, LLC*

Dwayne K. Goetzel
Texas State Bar No. 08059500
**KOWERT, HOOD, MUNYON, RANKIN & GOETZEL, P.C.**
1120 S. Capital of Texas Hwy.
Building 2, Ste. 300
Austin, Texas 78746
Phone: (512) 853-8800
Fax: (512) 853-8801

3

dgoetzel@intprop.com
*Attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff*

<u>**TABLE OF CONTENTS**</u>

<u>**PAGE(S)**</u>

**NO TABLE OF CONTENTS ENTRIES FOUND.**

1

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Federal Cases**

*Adsani v. Miller*,
139 F.3d 67 (2d Cir. 1998)................................................................................4, 8, 15, 17, 18

*Adsani v. Miller*,
No. 94 Civ. 9131, 1996 WL 531858 (S.D.N.Y. 1996) ...........................................................11

*In re AOL Time Warner*,
No. 02 CV 5575 SWK, 2007 WL 2741033 (S.D.N.Y., Sept. 20, 2007) .................................15

*Baker v. Urban Outfitters, Inc.*,
No. 01 CV 5440 LAP, 2006 WL 3635392 (S.D.N.Y., Dec. 12, 2006)
............................................................................................................................4, 8, 15, 18, 19

*In re Bayer Corp. Combination Aspirin Prod. Mktg. & Sales Pracs. Litig.*,
No. 09 MD 2023 (BMC), 2013 WL 4735641 (E.D.N.Y. Sept. 3, 2013) .........................16, 19

*Berry v. Deutsche Bank Trust Co. Ams.*,
632 F.Supp.2d 300 (S.D.N.Y. 2009)......................................................................................19

*In re Currency Conversion Fee Antitrust Litigation*,
No. 01 MDL 1409, 2010 WL 1253741 (S.D.N.Y., Mar. 5, 2010) ......................................8, 17

*Federal Prescription Service, Inc. v. American Pharmaceutical Ass'n*,
636 F.2d 755 (D.C. Cir. 1980) ................................................................................................8

*In re Initial Pub. Offering Sec. Litig.*,
721 F. Supp. 2d 210 (S.D.N.Y. 2010)......................................................................................15

*In re Initial Pub. Offering Sec. Litig.*,
728 F. Supp. 2d 289 (S.D.N.Y. 2010)................................................................................16, 18

*Johnson v. Kassovitz*,
No. 97 CIV. 5789 DLC, 1998 WL 655534 (S.D.N.Y. Sept. 24, 1998)....................................19

*Kalfus v. God's World Publications, Inc.*,
No. 20 CIV. 4601 KPF, 2020 WL 6690660 (S.D.N.Y., Nov. 13, 2020)............................8, 14

*Kensington Intern. Ltd. v. Republic of Congo*,
No. 03 CIV. 4578 LAP, 2005 WL 646086 (S.D.N.Y., Mar. 21, 2005).............................3, 8, 14

*In re NASDAQ Mkt.-Makers Antitrust Litig.*,
187 F.R.D. 124 (S.D.N.Y 1999) .............................................................................................19

*In re Petrobras Sec. Litig.*,
    363 F.Supp.3d 426 (S.D.N.Y. 2019)........................................................................19

*Porto v. Guirgis*,
    659 F.Supp.2d 597 (S.D.N.Y. 2009).......................................................................11

*Rice v. Musee Lingerie, LLC*,
    No. 18 CV 9130 AJN, 2019 WL 2865210 (S.D.N.Y., July 3, 2019) .......................7

*RLS Associates, LLC v. United Bank of Kuwait PLC*,
    464 F.Supp.2d 206 (S.D.N.Y. 2006).......................................................................7

*Sea Trade Co. v. FleetBoston Financial Corp.*,
    No. 03 CV 10254, 2008 WL 161239 (S.D.N.Y. Jan. 15, 2008) ...............................7

*Selletti v. Carey*,
    173 F.R.D. 96 (S.D.N.Y. 1997) ..........................................................................7, 13

*Sharbat v. Iovance Biotherapeutics, Inc.*
    No. 20 CV 1391 ER, 2024 WL 2078390 (S.D.N.Y., May 9, 2024).......................19

*Stillman v. InService Am. Inc.*,
    838 F.Supp.2d 138 (S.D.N.Y. 2011).......................................................................17

*Tri-Star Pictures, Inc. v. Unger*,
    32 F.Supp.2d 144 (S.D.N.Y. 1999)....................................................................16, 19

*United States v. M/Y Amadea*,
    No. 23-CV-9304 DEH, 2025 WL 1948986 (S.D.N.Y., July 16, 2025)....................7

*Watson v. E.S. Sutton, Inc.*,
    No. 02 CV 2739, 2006 WL 4484160 (S.D.N.Y., Dec. 6, 2006)
    .................................................................................................3, 6, 7, 9, 12, 14

*Williams v. Crichton*,
    891 F. Supp. 120 (S.D.N.Y. 1994).........................................................................11

**Federal Statutes**

17 U.S.C. § 505.......................................................................................................6

**Other Authorities**

2A Fed. Proc., L. Ed. § 3:643 .................................................................................8

U.S. Dist. Ct. Rules S.D.N.Y., Civil Rule 54.2. ..........................2-4, 6, 7, 9, 12-14, 20

Fed. R. App. P. 7..................................................................................2, 4, 8, 14, 17-20

ii

Fed. R. App. P. 7 (1979 advisory committee note)..........................................................................8

Fed. R. Civ. P. 54(d) ........................................................................................................................6