UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

LYNNE FREEMAN,

                                   Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY, et al.

                                   Defendants.

No. 22-cv-2435 (CM) (SN)

---

**ORDER**

McMahon, J.:

Plaintiff has until Monday, June 29, 2026 to respond to the new information contained in the Defendants' reply papers. The court will rely on that information, plus the information contained in the previous filings on the bond motion at Docket Nos. 556, 563, 564, and 566, to decide the bond motion insofar as it seeks to bond costs (including potential attorneys' fees) in connection with the pending appeal.

In view of the Plaintiff's changed circumstances – the revelation of a divorce that appears to have been in the works when Plaintiff responded to the Defendants' motion for bond but that was not disclosed, despite its obvious relevance to the motion – I have decided to lift the stay that was imposed on April 17, 2026 (see Dkt. No. 554) and decide the Defendants' original motion for attorneys' fees incurred in connection with the prosecution of the lawsuit in the district court. The original motion papers seeking the imposition of attorneys' fees were filed on April 14, 2026 (see Dkt. No. 551). Plaintiff has until Thursday, July 2, 2026 to respond to that motion. Defendants have until Friday, July 10, 2026 to file a reply. I will decide both the motion

for attorneys' fees and the motion for imposition of a bond to secure payment of any fees that I might decide to award at the same time.

The Clerk of Court is directed to return the motion at Docket Number 551 to the Court's list of open motions.

Dated: June 17, 2026

_____
U.S.D.J

BY ECF TO ALL COUNSEL