IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,                              )         Case No. 22-cv-2435 (CM)(SN)
                                           )
                    Plaintiff,             )         **Stay on Appeal Bond**
                                           )         No.: 101964579
vs                                         )         ┌─────────────────────────────┐
                                           )         │ USDC SDNY                   │
TRACY DEEBS-ELKENANEY, et al,              )         │ DOCUMENT                    │
                                           )         │ ELECTRONICALLY FILED        │
                    Defendants.            )         │ DOC #: _____    │
                                           )         │ DATE FILED: 8/10/2026       │
_____)         └─────────────────────────────┘

        WE, LYNNE FREEMAN, as Principal, and MERCHANTS BONDING COMPANY (MUTUAL), as Surety, are bound to the above-named defendant, in the sum of $150,000.00, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

        THE CONDITION OF THIS BOND, is that if the Principal shall satisfy any money judgment contained in the above case in full, including, if allowed by law, costs, interest, attorney's fees and damages for delay in the event an appeal of said order/judgment is dismissed or is affirmed, but in no event to exceed the penalty amount set out above, then this obligation shall be null and void; otherwise, to remain in full force and effect.

Signed and sealed this 05th day of August, 2026


                                                    _____
                                                    Attorney for Principal




**MERCHANTS BONDING COMPANY (MUTUAL)**
**6700 Westown Parkway, West Des Moines, IA 50266**

_____
By: Nicholas A. Hanley, Attorney-in-Fact
        and New York Agent


APPROVED on ____August 10____, 2026.

_____
(Judge)(Clerk)

# MERCHANTS
## BONDING COMPANY™

Bond No.: 101964579
Amount: $150,000.00

## POWER OF ATTORNEY

Know All Persons By These Presents, that MERCHANTS BONDING COMPANY (MUTUAL) and MERCHANTS NATIONAL BONDING, INC., both being corporations of the State of Iowa, and MERCHANTS NATIONAL INDEMNITY COMPANY , an assumed name of Merchants National Bonding, Inc., (herein collectively called the "Companies") do hereby make, constitute and appoint, individually,

### Nicholas A Hanley

their true and lawful Attorney(s)-in-Fact, to sign its name as surety(ies) and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions      or proceedings allowed by law.

This Power-of-Attorney is granted and is signed and sealed by facsimile under and by authority of the By-Laws adopted by the Board of Directors of the Companies.

"The President, Secretary, Treasurer, or any Assistant Treasurer or any Assistant Secretary or any Vice President shall have power and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof."

"The signature of any authorized officer and the seal of the Company may be affixed by facsimile or electronic transmission to any Power of Attorney or Certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the Company, and such signature and seal when so used shall have the same force and effect as though manually fixed."

In connection with obligations in favor of the Florida Department of Transportation only, it is agreed that the power and authority hereby given to the Attorney-in-Fact includes any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts required by the State of Florida Department of Transportation. It is fully understood that consenting to the State of Florida Department of Transportation making payment of the final estimate to the Contractor and/or its assignee, shall  not relieve this surety company of any of its obligations under its bond.

In connection with obligations in favor of the Kentucky Department of Highways only, it is agreed that the power and authority hereby given to the Attorney-in-Fact cannot be modified or revoked unless prior written personal notice of such intent has been given to the Commissioner - Department of Highways of the Commonwealth of Kentucky at least thirty (30) days prior to the modification or revocation.

In Witness Whereof, the Companies have caused this instrument to be signed and sealed this    5th    day of    August    , 2026 .



MERCHANTS BONDING COMPANY (MUTUAL)
MERCHANTS NATIONAL BONDING, INC.
MERCHANTS NATIONAL INDEMNITY COMPANY

By _Larry Taylor_

*President*

STATE OF IOWA
COUNTY OF DALLAS ss.
On this    5th    day of    August    2026    , before me appeared Larry Taylor, to me personally known, who being by me duly sworn did say that he is President of MERCHANTS BONDING COMPANY (MUTUAL),   MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY; and that  the seals affixed  to  the foregoing instrument are the Corporate Seals of the Companies; and that the said instrument was signed and sealed in behalf of the Companies by authority of their respective Boards of Directors.

**Penni Miller**
Commission Number 787952
My Commission Expires
January 20, 2027

*Notary Public*

(Expiration of notary's commission does not invalidate this instrument)

I, Elisabeth Sandersfeld, Secretary of MERCHANTS BONDING COMPANY (MUTUAL),   MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY do hereby certify that the above and foregoing is a true and correct copy of the POWER-OF-ATTORNEY executed by said Companies, which is still in full force and effect and has not been amended or revoked.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Companies on this    5th    day of    August    , 2026 .

*Secretary*

POA 0018 (5/25)

## ACKNOWLEDGEMENT OF SURETY

STATE OF _____FLORIDA_____ )

COUNTY OF _____LEON_____ )

On this __05__ day of ____August____ , in the year__2026__ , before me personally

appeared _____NICHOLAS A. HANLEY_____ ,

Attorney-in-Fact_____ of _____Merchants Bonding Company (Mutual)_____ known

to me to be the person whose name is subscribed to the instrument, and acknowledge that

he/she executed the same.


In WITNESS WHEREOF, I have hereunto set my hands and affixed my official seal,

the day and year in this certificate first above written.

_____
April M. Reagan                               , Notary Public

My commissions expires: May 12. 2028 _____


APRIL M. REAGAN
Commission # HH 482104
Expires May 12, 2028

SUP 0161 (7/17)



# MERCHANTS BONDING COMPANY (MUTUAL)

### Statements of Admitted Assets, Liabilities, and Surplus - Statutory Basis

|  | Dec. 31, 2025 |
|---|---|
| **Admitted Assets** | |
| Bonds | $ 381,108,759 |
| Stocks | 121,389,958 |
| Real Estate | 16,204,309 |
| Cash and Short-Term Investments | 22,912,253 |
| Other Invested Assets | 2,271,291 |
| Subtotal, Cash and Invested Assets | 543,886,570 |
| Premiums in the Course of Collection | 34,902,716 |
| Amounts Recoverable from Reinsurers | 680,923 |
| Other Assets | 30,607,589 |
| Total Admitted Assets | $ 610,077,798 |
| **Liabilities & Surplus** | |
| Losses and Loss Adjustment Expense Reserves | $ 40,062,820 |
| Unearned Premiums | 119,861,269 |
| Ceded Reinsurance Premiums Payable | 8,042,079 |
| Other Liabilities | 57,972,723 |
| Total Liabilities | 225,938,891 |
| Unassigned Funds (Surplus) | 384,138,907 |
| Total Surplus | 384,138,907 |
| Total Liabilities and Policyholders' Surplus | $ 610,077,798 |

I, Elisabeth Sandersfeld, Treasurer of Merchants Bonding Company (Mutual), do hereby certify that the foregoing is a true and correct statement of the balance sheet of said Corporation as of December 31, 2025, to the best of my knowledge and belief.

_____
Elisabeth Sandersfeld, CFO & Treasurer

3/3/2026
_____
Date

**street**
6700 Westown Parkway
West Des Moines, IA 50266-7754

**mailing**
P.O. Box 14498
Des Moines, IA 50306-3498

**toll free** 800.678.8171
**local** 515.243.8171
**fax** 515.243.3854

**email** Info@merchantsbonding.com
**website** merchantsbonding.com

# State of New York

## DEPARTMENT OF FINANCIAL SERVICES

### WHEREAS IT APPEARS THAT

### Merchants Bonding Company (Mutual)

**Home Office Address**               West Des Moines, Iowa

**Organized under the Laws of**        Iowa

**has complied with the necessary requirements of or pursuant to law, it is hereby**

**licensed to do within this State the business of**

burglary and theft, personal injury liability and fidelity and surety insurance, as specified in paragraph(s) 7, 13 and 16 of Section 1113(a) of the New York Insurance Law  to the extent permitted by certified copy of its charter document on file in this Department until July 1, 2021.



In Witness Whereof, I have hereunto set
my hand and affixed the official seal of this
Department at the City of Albany, New York, this
1st  day of July, 2020

Linda A. Lacewell
Superintendent

By        *Colleen M. Draper*

Colleen M. Draper
Special Deputy Superintendent

Original on Watermarked Paper

# STATE OF NEW YORK
# DEPARTMENT OF FINANCIAL SERVICES

CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

It is hereby certified that

**Merchants Bonding Company (Mutual)**
**of West Des Moines, Iowa**

a corporation organized under the laws of Iowa and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $184,109,742. (Capital $0), as is shown by its sworn financial statement for the quarter ending, September 30, 2020, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 12th day of March, 2021.

Linda A. Lacewell
Superintendent

By

Colleen M. Draper
Special Deputy Superintendent