**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

          Plaintiff,

    v.

TRACY DEEBS-ELKENANEY, et al.

          Defendants.

Case No. 1:22-cv-02435 CM-SN

**DECLARATION OF DWAYNE GOETZEL IN SUPPORT OF AN ORDER AWARDING ATTORNEYS' FEES AND COSTS**

## DEFENDANT TRACY DEEBS-ELKENANEY'S RESPONSE TO COURT ORDER (DKT. 583) REGARDING MATERIALS IN SUPPORT OF THE REQUEST FOR ATTORNEYS' FEES AND COSTS

On April 14, 2026, Defendants filed a motion for recovery of attorneys' fees as the prevailing party (Dkt. 551). On July 28, 2026, the Court issued a decision and order on attorneys' fees (Dkt. 583), stating that "within fourteen days of this Order, Defendants must submit an itemization of fees they contend are appropriate, along with the required documentation necessary for the Court to determine the proper award amount."

Pursuant to the Court's order, Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff hereby submits (1) a declaration of her counsel that lists the costs and fees incurred from May 2022 through July 2026, (2) copies of the monthly invoices sent during that time frame, which show the sizable reductions already made by defense counsel in the billed hours (the timesheets have limited redactions as to attorney-client privileged entries or work product entries), (3) a completed form AO-133 Bill of Costs, and (4) a CV of her defense counsel.

Defendant is filing a copy under seal and is hand-delivering a full copy to the Court.

Defendant respectfully requests that the Court order Plaintiff to pay the total amount of fees and costs shown in the attached materials.

Dated: August 11, 2026

Respectfully submitted,

/s/ Dwayne K. Goetzel
Dwayne K. Goetzel
Texas State Bar No. 08059500
**KOWERT, HOOD, MUNYON, RANKIN & GOETZEL, P.C.**
1120 S. Capital of Texas Hwy.
Building 2, Ste. 300
Austin, Texas 78746
Phone: (512) 853-8800
Fax: (512) 853-8801
dgoetzel@intprop.com

**ATTORNEYS FOR DEFENDANTS TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF**

## CERTIFICATE OF SERVICE

I, Dwayne Goetzel, hereby certify that a true and correct complete copy of the above-referenced pleading has been served on all counsel of record via the Court's CM/ECF service.

/s/ Dwayne Goetzel
Dwayne Goetzel