**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

        Plaintiff,

     v.

TRACY DEEBS-ELKENANEY, et al.

        Defendants.

Case No. 1:22-cv-02435 CM-SN

**DECLARATION OF DWAYNE GOETZEL IN SUPPORT OF AN ORDER AWARDING ATTORNEYS' FEES AND COSTS**

<u>**DECLARATION OF DWAYNE GOETZEL**</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.     I am an attorney in good standing with the Texas State Bar and the federal district courts in the State of Texas. I was admitted pro hac vice to the Southern District of New York for purposes of the above-referenced case (see Dkt. 70 and 71). I am a director/shareholder with Kowert Hood Munyon Rankin & Goetzel P.C. (and its predecessor, collectively referred to herein as "KHMRG"), where I have been employed from 1997 to the present. KHMRG is an intellectual property law firm that exclusively handles intellectual property matters such as copyright, trademarks, patents, and domain name issues.

2.     KHMRG represents defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff (referred to herein as "Wolff"), who is the prevailing party herein, pursuant to the Court's order (*see* Dkt. 548). KHMRG submits this application for attorneys' fees and costs for the period from inception to today's date. In my capacity as counsel for Wolff, I am fully familiar with the facts and circumstances of this case.

3.     From inception of this matter to the present, we have kept contemporaneous time records of the hours expended on this case. Based on my experience, I believe the hours and rates being submitted are reasonable and necessary for the legal representation of Wolff in a copyright matter in the Southern District of New York. In fact, I am informed and believe that the rate KHMRG billed on this matter is significantly lower than the rates that other IP counsel with similar experience in the Southern District of New York charge for copyright cases such as this one.

4.     The time entries for this matter were contemporaneously recorded through the software utilized by KHMRG. We previously utilized Juris software, and currently use Centerbase software. Both systems document the amount of time spent in engaging in necessary activities such as legal research, discovery, conferring with the client, reviewing and preparing pleadings,

working on expert matters, and communicating with opposing counsel and co-counsel. A true and correct copy of KHMRG timesheets for this matter, from inception through July 2026, are attached as composite **Exhibit 1**, along with a brief summary of the fees for the Court's convenience.

5.      The final number of billed hours and hourly attorney rate therefor, for which KHMRG requests reimbursement, is summarized below and in the chart that is part of Exhibit 1:

| **Attorney Name** | **Hours** | **Hourly Rate Billed** | **Total** |
| --- | --- | --- | --- |
| Dwayne Goetzel | 310.20 | $460 to $500/hr. | $174,084 |
| Tim Maloney | 102.40 | $350 to $375/hr. | $ 36,465 |

Total: $210,549

6.      This case has caused great financial and other hardship for my client. From inception, I have been aware of the financial burden this case caused Ms. Wolff, and throughout this matter I have reduced my fees to assist her. As the timesheets indicate, I "no charged" approximately 100 hours of my time and my assistant Christina Comer's time on this matter (and recovery for her fees is not sought herein).   In addition to the foregoing, I "no charged" approximately 20 hours of Mr. Maloney's time on this case.   Further, Ms. Wolff conducted extensive research on various issues throughout this matter as a way to save on attorneys' fees. Finally, I subtracted out time and fees from the total that pertained to matters regarding plaintiff's appeal, which were mostly in May, June, and July 2026.   As a result, I do not believe that further reduction of the fees due to Ms. Wolff is necessary.

7.      I served as the primary defense counsel for Ms. Wolff, in particular with respect to discovery matters and various pleadings. Other defense counsel and I tried to avoid duplication of effort by, for example, assigning different sections of the many pleadings and briefs that were filed herein.   Some matters were handled primarily by counsel for Entangled, so I did not bill much, if any, during the times when Entangled's counsel took the laboring oar.   As the summary chart attached as part of Exhibit 1 indicates, there were twenty-nine (29) months since the inception of this matter in which I billed less than four (4) hours for the entire month.   For other matters, I had the primary responsibility such as for various discovery issues or with respect to some of the summary judgment papers, deposition transcript review, or trial preparation, so my bills are higher for those tasks, as shown in the invoices produced.

8.      I received my law degree from The University of Texas at Austin in 1990.  I have been continuously engaged in civil practice since my admission to the Texas Bar and the California Bar, both in 1991. I have been employed with KHMRG (and its predecessor) since April 1997. I have been a director and shareholder of KHMRG since April 2001. From 1991 to 1997, I worked solely on civil litigation matters, and from 1997 to the present, on intellectual property prosecution and litigation files.  I am a member in good standing of the Texas Bar Association and am admitted to all federal district courts in the State of Texas. I have also been admitted pro hac vice to many jurisdictions, including the S.D.N.Y. From 1997 to the present, I have handled hundreds and hundreds of litigation files involving copyrights, trademarks, domain name disputes, and patent matters.

9.      Completed Form AO133 for recovery of costs, in the amount of $3,510.42, is attached hereto as **Exhibit 2**.

10.     My bar memberships, professional and educational experience, and other relevant activities are described in my curriculum vitae. *See* **Exhibit 3**.

11.     I respectfully submit that Wolff is entitled to attorneys' fees and costs as a prevailing party in this action, in an amount not less than $214,059.42 ($210,549 in fees and $3,510.42 in costs) as set forth above and if the additional $75,000 in fees referenced in Wolff's previously filed declaration are included, for a grand total of $289,059.42.

Dwayne K. Goetzel
Dated: August 11, 2026

# Exhibit 1

(to be provided subsequently for *in camera* review or to be filed under seal)

## Summary of KHMRG invoices from May 2022 through July 2026

| Date | Invoice No. | Invoice Amount | Total Hours | Task Summary |
|---|---|---|---|---|
| 5-22 | 231577 | $1196 | 2.60 | analyze protective order, conferences with client |
| 6-22 | 232776 | $5170 | 11.10 | review discovery, determine objections, begin preparation of response, obtain computer and cell phone for discovery |
| 7-22 | 233920 | $1656 | 3.60 | continue preparation of discovery requests, conferences with client and co-counsel |
| 8-22 | 234685 | $644 | 1.40 | review manuscripts at issue; review discovery issues |
| 9-22 | 236334 | $1104 | 2.40 | handling discovery issues, conferences with client and co-counsel, correspondence to Court |
| 10-22 | 237714 | $230 | 0.50 | correspondence to co-counsel, client, and Court |
| 11-22 | 239279 | $1564 (no recovery sought for .60 of time on 11-22-22 entry, for entire 11-23-22 entry or for .20 of time on 11-25-22 entry) | 3.40 | handling discovery, correspondence with client and co-counsel |
| 12-22 | 240035 | $1380 | 3.00 | handling discovery, review document production, correspondence with client and co-counsel |
| 1-23 | 241379 | $570 | 1.20 | correspondence to client, assess objections to magistrate rulings |
| 2-23 | 242482 | $3895 | 8.20 | handling discovery, assess production issues and motion to compel, correspondence and conferences with client |
| 3-23 | 243558 | $15,485 | 32.60 | prepare declaration, conference and correspondence with client and co-counsel, prepare client for deposition, defend deposition, attend defendant deposition, prepare questions for plaintiff deposition |
| 4-23 | 245210 | $1140 | 2.40 | handle discovery issues, assess production issues, correspondence to client, co-counsel, and Court |
| 5-23 | 146675 | $2375 | 5.00 | prepare correspondence to client, review expert reports, correspondence and conference with Court and co-counsel |

| 6-23 | 2447995 | $1235 | 2.60 | correspondence to client and co-counsel as to discovery, continue preparation of correspondence to Court, conferences with client |
|---|---|---|---|---|
| 7-23 | 249367 | $760 | 1.60 | handle expert discovery, revise opposition to motion for reconsideration, correspondence to client. |
| 8-23 | 250320 | $1472.50 | 3.10 | review expert issues, assess scheduling order, conferences with client |
| 9-23 | 251946 | $0 | 1.00 | correspondence re: expert deposition issues |
| 10-23 | 253162 | $237.50 | 0.50 | correspondence to Court, conference with client and co-counsel. |
| 11-23 | 254050 | $2422.50 | 5.10 | prepare for motion for summary judgment, conference and correspondence with client and co-counsel, handle discovery issues |
| 12-23 | 255296 | $6792.50 | 14.30 | prepare motion for summary judgment and exhibits, conference and correspondence with client and co-counsel |
| 1-24 | 256749 | $784 | 1.60 | prepare Daubert brief |
| 2-24 | 258176 | $833 | 1.70 | continue preparation of motion for summary judgment, reply and Daubert brief |
| 3-24 | 259396 | $98 | 0.20 | correspondence to client and co-counsel |
| 7-24 | 287127 | $1029 | 2.10 | correspondence and conference with client and co-counsel regarding media posts and action needed |
| 8-24 | 290580 | $2744 | 5.60 | receive and review Court orders, assess strategy, correspondence and conference with client and co-counsel |
| 9-24 | 291931 | $2499 | 5.10 | receive and review report and recommendation, prepare objections, conference with client and co-counsel |
| 10-24 | 295423 | $1176 | 2.40 | receive and review objections to experts, prepare revised response, correspondence and conference with clients as to same |
| 11-24 | 297000 | $1666 | 3.40 | conference and correspondence with client and co-counsel |
| 12-24 | 300471 | $1176 | 2.40 | review court orders, prepare reconsideration, correspondence with client and co-counsel |
| 1-25 | 302654 | $0 | 0.80 | review article, correspondence with client as to same |
| 2-25 | 311203 | $0 | 0.50 | conference and correspondence with client and co-counsel. |
| 5-25 | 317774 | $100 | 0.20 | correspondence and conference with client and counsel |
| 6-25 | 321594 | $2800 (no recovery sought for | 5.60 | prepare for and attend status conference, conference and correspondence with client and co-counsel |

| | | 6-13-25 entry) | | |
|---|---|---|---|---|
| 7-25 | 325060 | $600 | 1.20 | review pre-trial procedure, correspondence and conferences with client and co-counsel |
| 8-25 | 327857 | $10,150 | 20.30 | review deposition transcripts, begin trial preparation, conference and correspondence with client and co-counsel |
| 9-25 | 328598 | $1100 | 2.20 | continue trial preparation, receive order, conference and correspondence with client and co-counsel |
| 10-25 | 333386 | $4200 | 8.40 | prepare for and attend status conference, begin expert witness investigation, review expert report, correspondence and conference with client and co-counsel |
| 11-25 | 334635 | $19,700 (DKG) $17,500 (TCM) | 39.40 (DKG) 50.00 (TCM) | receive and review Court order, continue expert witness investigation and interviews, continue trial preparation, review document production, prepare exhibit list, prepare pleadings |
| 12-25 | 338663 | $10,700 (DKG) $9590 (TCM) | 21.40 (DKG) 27.40 (TCM) | continue trial preparation, review exhibits, assess jury instruction issue |
| 1-26 | 341290 | $23,350 (DKG) $7725 (TCM) | 46.70 (DKG) 20.60 (TCM) | continue trial preparation, continue jury instruction preparation, prepare for and attend court hearing, assess strategy for motion for summary judgments, research for trial and motion for summary judgments, correspondence and conference with client and co-counsel |
| 2-26 | 343331 | $24,800 (DKG) $112.50 (TCM) | 49.60 (DKG) 0.30 (TCM) | prepare motion for summary judgment, prepare responses and replies, correspondence and conferences with client and co-counsel |
| 3-26 | 346511 | $5000 (DKG) $525 (TCM) | 10.00 (DKG) 1.40 (TCM) | receive and review court order on motion for summary judgment, correspondence and conferences with client and co-counsel, prepare motion for fees |
| 4-26 | 347217 | $8650 (DKG) $1012.50 (TCM) | 17.30 (DKG) 2.70 (TCM) | review entry of judgment, prepare motion for fees, receive and review notice of appeal, correspondence and conferences with client and co-counsel as to same |
| 5-26 | 351661 | $100 (recovery sought only for 5-26-26 entry) | 0.20 | receive and review order from district court, correspondence to client and co-counsel |

| 6-26 | 353433 | $550 (no recovery sought for 6-10, 6-16, or half of 6-17 entries) | 1.10 | prepare pleadings regarding bond, receive and review supplemental brief, correspondence and conferences with client and co-counsel |
| 7-26 | 354559 | $950 (recovery sought only for 7-10, 7-14, and 7-30 entries | 1.90 | prepare pleadings on fees, attend mediation, correspondence and conferences with client and co-counsel as to bond and appeal issues |

**Total:** **$210,549**        **412.60 hours**

($36,465 TCM)    (102.40 hours)

($174,084 DKG)   (310.20 hours)

# Exhibit 2

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
### for the
## Southern District of New York

| | | |
|---|---|---|
| Lynne Freeman | ) | |
| v. | ) | Case No.:    22-cv-2435 (CM) (SN) |
| Tracy Deebs-Elkenany, et al. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  March 16, 2026  against  plaintiff Lynne Freeman  ,
                                                               *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 346.18 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,164.24 |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL    $ | 3,510.42 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney:    Dwayne K. Goetzel

Name of Attorney:  Dwayne K. Goetzel

For:  Tracy Deebs-Elkenaney, defendant                    Date:  August 10, 2026
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

*Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)*

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset



**INVOICE #DD5624**

| Invoice Date | June 30, 2022 |
| --- | --- |
| Payment Terms | Due on receipt |

| Bill To | Remit To |
| --- | --- |
| Kowert, Hood, Munyon, Rankin & Goetzel<br>Dwayne K. Goetzel<br>1120 S. Capital of Texas Hwy.<br>Building 2, Suite 300<br>Austin, TX 78746 | Digital Discovery<br>1717 West 6th Street<br>Suite 112<br>Austin, TX 78703 |

| Matter Name | Matter Number |
| --- | --- |
| Aspen Winston - F | 7391-00100 |

| Qty | Description | Rate | Amount | |
| --- | --- | --- | --- | --- |
| 1 | Shipping Cost | $367.60 | $367.60 | |
| 1.30 Hrs | Professional Services | $295.00 | $383.50 | T |
| 2 | Standard Desktop or Laptop, phones, tablets & USB External Drives | $1,100.00 | $2,200.00 | T |
| | | **Total Invoice Amount** | $2,951.10 | |
| | | **Sales Tax** | $213.14 | |
| | | **Balance Due** | **$3,164.24** | |

Please send the remittance details/billing inquiries to: billing@cobralegalsolutions.com

Wire/ACH transfer is the preferred payment method.

**Digital Discovery**
Comerica Bank
Account #: 1883294686
Routing #: 111000753

Confidential



# INVOICE

| | |
|---|---|
| **Invoice Number:** | INV2637740 |
| **Invoice Date:** | 11/30/2025 |
| **Account Number:** | RM-0275 |
| **Balance Due:** | $346.18 |

**Bill To:**  Kowert, Hood, Munyon, Rankin & Goetzel PC
1120 S Cap of Hwy Bldg 2 Ste 300
Austin, TX  78746

**Ship To:**  Kowert, Hood, Munyon, Rankin & Goetzel PC
1120 S Cap of Hwy Bldg 2 Ste 300
Austin, TX  78746

| Sales Order No | P. O. Number | Ship Method | Payment Terms | Payment Due |
|---|---|---|---|---|
| | 7391-00100 | | Net 30 | 12/30/2025 |

| Remarks | Sales Person |
|---|---|
| Ordered By: Christina Comer 11.6.25 | Edward Gutierrez |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| EDS:Digital Scan/Print:Digital BW Prints | Digital Black and White Prints | | 2665.00 | 2665.00 | 0.0 | EACH | $0.12 | | $319.80 |

Please remit to:
UBEO LLC
FEIN # 81-5293028
P.O. Box 664130
Dallas, TX 75266-4130

Email:  Receivables@ubeo.com
Phone: 210-918-6000

New payment portal: https://payments.ceojuice.com/ubeocentral

| | |
|---|---|
| **Subtotal** | $319.80 |
| **Discount** | $0.00 |
| **Freight** | $0.00 |
| **Sales Tax** | $26.38 |
| **Invoice Total** | $346.18 |
| **Balance Due** | $346.18 |

Page 1 of 1

# Exhibit 3

**DWAYNE K. GOETZEL**
2705 Bridle Path
Austin, Texas 78703
(512) 853-8860
*dgoetzel@intprop.com*

**EXPERIENCE:**  <u>Kowert, Hood, Munyon, Rankin & Goetzel, P.C.</u>, Austin, Texas. *Director.* Intellectual property boutique firm. Primary responsibility for firm's trial matters involving patent, copyright, trademark, trade secret, unfair competition, and domain names; first and second chair experience in intellectual property and other litigation cases; active procurement and transactional practice for all forms of IP (*e.g.*, registering copyrights and trademarks, licensing, contracts, NDAs, obtaining personality rights, etc.).

**REPRESENTATIVE CLIENTS:**  Amplify Credit Union; Aspyr Media; Brotherhood Mutual Ins.; Capital Metro; City of Austin; Coherent Logix; ECP, Inc.; Employees Retirement System of Texas; Maximus, Inc; Office of the Governor; Rodeo Austin; Sailpoint, Inc.; 360training.com, Inc.; Texas Department of Transportation; Texas Education Agency; Texas Parks & Wildlife; Texas State University System; The University of Texas System.

**REPRESENTATIVE CASES:**  *Freeman v. Tracy Wolff*, No. 1:22-cv-02435-LLS-SN (copyright).
*VPN Tech v. Rubicon Comm.*, No. 1:24-cv-01191-ADA (patent).
*Amplify v. Amplipay*, No. 91299566 (trademark opposition).
*TxDOT v. Craig*, No. 1:11-CV-00726-SS (trademark dilution, infringement).
*Rodgers v. Horizon Fitness*, A 02 CA 731 SS (patent).
*Computer Sciences Corp.,* No. 99-050-B (trade secrets).
*Auto Wax Co.*, No. 3-99 CV 0982-M (trademark, patent infringement).
*Prince Rogers Nelson*, No. SA-97-CA-0972 (copyright, trademark).

**EDUCATION:**  University of Texas School of Law, J.D., 1990.
Philipps Universität, Marburg, Germany, Certificate in German Law, 1987.
Angelo State University, San Angelo, Texas, B.A. in History, 1986 (*summa cum laude*); Presidential Award for Most Outstanding Student.

**ADMISSIONS:**  State Bar of Texas, 1991.
All U.S. District Courts in the State of Texas.
State Bar of California, 1991 (voluntary inactive status).

**HONORS:**  Texas International Law Journal, 1989 to 1990.
The Order of Barristers, 1990.
Jessup International Moot Court Competition, 1989.
- Best Brief Award, Southwest Region.
- U.S. National Championship Finalist (120 Teams).
- Best Oralist, Honorable Mention (6th Place, World Ranking).

Susman Godfrey Moot Court Competition Finalist, 1990.
Jessup International Moot Court Competition, 1990.
- Best Brief Award, Second Place, Southwest Region.
- Regional Championship Finalist.
- Best Oralist, Honorable Mention.

"Kroll On Track" Thought Leading Computer Forensic Case of the Year, 2004.

**PERSONAL:**  Avid basketball player; enjoys international travel; fluent in German; good working knowledge of French; married, with two daughters. Active member of INTA and ECTA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

        Plaintiff,

    v.

TRACY DEEBS-ELKENANEY, et al.

        Defendants.

Case No. 1:22-cv-02435 CM-SN

**DECLARATION OF TIMOTHY MALONEY IN SUPPORT OF AN ORDER AWARDING ATTORNEYS' FEES AND COSTS**

## DECLARATION OF TIMOTHY MALONEY

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am an attorney in good standing with the Texas State Bar and the federal district courts for the Western District and Southern District in the State of Texas. I am the founder and principal of TCM Legal, PLLC and have been a practicing attorney since 2010. As an individual, and subsequently through TCM Legal, PLLC, I am employed by Kowert Hood Munyon Rankin & Goetzel P.C. (referred to herein as "KHMRG") as an independent contractor, where I have been employed from 2023 to the present. My work with KHMRG consists of handling transactional and litigation intellectual property matters such as copyright and trademark issues.

2. KHMRG represents defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff (referred to herein as "Wolff"), who is the prevailing party herein, pursuant to the Court's order (*see* Dkt. 548). I provided legal services in 2025 and 2026 to KHMRG in this matter, including legal research, document review, and compiling voluminous materials and evidence for motion purposes and in the event that trial was necessary (such as for trial exhibits).

3. From inception of my involvement in this matter to the present, I have kept contemporaneous time records of the hours expended on this case. Based on my experience, I believe the hours and rates being submitted are reasonable and necessary for KHMRG's legal representation of Wolff in a complex copyright matter in the Southern District of New York.

4. My time entries for this matter were contemporaneously recorded and subsequently inputted into the software utilized by KHMRG, a true and correct copy of my time records are included in KHMRG timesheets for this matter, attached as **Exhibit 1.**

5.     The final number of hours and proposed hourly attorney rate that KHMRG requests for my time is summarized in the chart below, which is not duplicative and I believe is not excessive:

| Attorney Name | Hours | Hourly Rate Billed | Total |
|---|---|---|---|
| Timothy Maloney | 102.40 | $350 to $375 per hour | $36,989.50 |

6.     I received my law degree from DePaul University College of Law in Chicago, Illinois in 2010.  I have been engaged in civil practice continuously since my admission to the Illinois Bar in 2010 and since my admission to the Texas Bar in 2017. I have been employed with KHMRG since March 2023 as an independent contractor working on intellectual property prosecution and litigation files.  I am a member in good standing of the Texas Bar Association and am admitted to federal district courts for the Western District and Southern District in the State of Texas.  From 2023 to the present, through KHMRG, I have provided litigation support, such as research, document review, and compilation of materials and evidence for trial, involving copyrights, trademarks, and patent matters.  From 2010 to the present, I have handled hundreds of other litigation matters involving consumer protection, personal injury, construction, and business disputes.

7.     My bar memberships, professional and educational experience, and other relevant activities are described in my resume. *See* **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 11, 2026

Timothy Maloney

# Exhibit 1

(to be provided subsequently for an *in camera* review or to be filed under seal)

# Exhibit 2



# TIMOTHY C. MALONEY

 (952) 484-2610     Austin, Texas    ✉ tcmaloney@gmail.com

## EDUCATION

### JURIS DOCTOR

DePaul University College of Law

Chicago, IL

2010

### BACHELOR OF SCIENCE IN

### BUSINESS MANAGEMENT

Iowa State University

Ames, IA

2006

## BAR ADMISSIONS

### WESTERN DISTRICT OF TEXAS

2018

### STATE OF TEXAS

2017

### NORTHERN DISTRICT OF ILLINOIS

2015

### STATE OF ILLINOIS

2010

## SKILLS

- Ability to evaluate issues and develop and execute strategy to reach amicable resolutions while avoiding excess cost and maintaining business relationships and interests
- Strong oral and written communication utilized to advocate, negotiate and educate to put clients in the best possible position and to avoid potential issues
- Assessment and management of business risk and providing advice to enable informed business decisions
- Analysis, drafting and negotiation of contracts utilized to accomplish goals and needs
- Addressing compliance with statutes and regulations and advising clients to evaluate business practices and ensure applicable standards are met
- Excellent interpersonal abilities utilized to foster relationships internally and externally to achieve client objectives and to contribute to a collegial and collaborative workplace
- Time and resource management utilized to prioritize projects and meet deadlines
- Legal research utilized to assess and address issues

## EXPERIENCE

**Kowert, Hood, Munyon, Rankin & Goetzel**, Austin, TX

Freelance Attorney | 2023-present

- Collaborate in representation of clients in intellectual property litigation
- Advise on litigation strategy based on facts, legal standards and practical considerations
- Research various legal issues and provide memorandums of law utilized to direct course of litigation
- Draft substantive motions and pleadings, often on time-sensitive basis
- Assist in conducting discovery by addressing discovery issues, preparing specific deposition questions and crafting deposition strategy

**Cokinos | Young**, Austin, TX

Senior Associate Attorney | 2020 - 2022

- Represented clients in various construction-related disputes (products liability, breach of contract, construction defect, delay, non-payment, insurance, fraud, trust fund violations)
- Represented clients in all stages of litigation, took and defended depositions, researched, drafted and argued motions, attended hearings and managed discovery
- Fostered relationships with clients and opposing counsel to help negotiate settlements through mediation and informally and reach agreements regarding disputed issues throughout litigation
- Advised clients on compliance with statutes, executive orders and regulatory standards, prepared guidelines for clients related to compliance and nationwide compendium regarding implications of COVID-19 on business practices and contracts
- Assessed, drafted and negotiated contracts to address disputed issues, minimize risk and meet business requirements
- Trained clients through workshops regarding application, effects and issues relating to contracts to instill understanding of contractual provisions and obligations to place clients in best position and avoid risk

## EXPERIENCE CONTINUED

**Clark & Clark**, Austin, TX

Senior Associate Attorney | 2017 - 2019

- Represented business owners and individuals as plaintiffs and defendants in various business litigation matters (contract disputes, business disputes, real estate disputes)
- Represented clients in construction defect litigation involving various projects (commercial, public buildings, residential)
- Represented business entities and individuals in high-exposure personal injury litigation (premises liability, trucking, homeowner, auto)
- Negotiated dozens of settlements through mediation and informally by developing relationships with claim representatives, clients and opposing counsels
- Assessed and analyzed contracts related to disputes, evaluated risk and potential issues and applied assessment to develop litigation strategy

**Kopka Pinkus Dolin, P.C.**, Chicago, IL

Associate Attorney | 2015 - 2017

- Represented insureds at trial and arbitration, took and defended depositions (plaintiffs, insureds, doctors, police, experts, various witnesses), argued dispositive and discovery motions, attended settlement conferences, attended various hearings
- Researched and analyzed insurance defense issues (personal injury, premises liability, trucking liability, sexual harassment, medical malpractice, willful and wanton conduct), drafted dispositive motions and corresponding briefs, analyzed discovery issues and directed course of necessary discovery, drafted various motions
- Negotiated settlements with opposing counsel and claim representatives, communicated written and orally with insureds, claim representatives and opposing counsel
- Exclusively managed caseload of approximately 30 active cases and assisted extensively with cases of managing partner, managed and reviewed work of paralegals and law clerks

**Krohn & Moss, Ltd.**, Chicago, IL

Associate Attorney | 2010 - 2015

- Represented clients at trial and dozens of arbitrations, took and defended depositions, argued motions, attended various court appearances and hearings
- Researched and analyzed breach of warranty and fraud issues, drafted responses to dispositive motions, handled all phases of discovery, drafted various motions
- Negotiated settlements with opposing counsel and clients, corresponded extensively with opposing counsel and clients throughout the litigation process
- Assisted in managing caseload of approximately 300-400 active cases in dozens of states
- Assisted in managing/training local counsel throughout the nation, law clerks and paralegals

## OTHER EXPERIENCE

- Pro Bono Attorney – represented prisoner in federal civil rights litigation | 2015 - 2017
- Law Clerk at Krohn & Moss, Ltd. | 2009 - 2010
- Law Clerk at Illinois Attorney General's Office, Consumer Fraud Bureau | 2009
- Student Mentor at DePaul University College of Law – advisor and assistant to 1L students | 2008 - 2009
- Intake Interviewer/Help Desk Worker at Cabrini Green Legal Aid | 2008