

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Colorado, and Illinois

Sender's contact:
stephen@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

August 11, 2026

**DELIVERED VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan, United States Courthouse
40 Foley Square, Courtroom 24A
New York, New York 10007

| | |
|---|---|
| **Case Title:** | ***Freeman v. Deebs-Elkenaney et al,*** **2:22-cv-02435-CM-SN** |
| **Re:** | **Request for Rule 54 Submissions and Extension of Time** |

Dear Judge McMahon:

Plaintiff Lynne Freeman respectfully requests a briefing schedule for adversary submissions in response to Defendants' requested costs and attorneys' fees pursuant to Federal Rule 54(c), and that the time for this submission be extended from two weeks (August 24), to four weeks (September 8).

Rule 54 provides that "the court must, on a party's request, give an opportunity for adversary submissions" in response to a request for attorneys' fees, even where the court "decide[s] issues of liability for fees before receiving submissions on the value of the service." Fed.R.Civ.P. § 54(c). This Court has decided that Freeman is liable for Defendants' attorneys' and directed Defendants to file their submissions on the value of those fees by August 11, 2026. See Dkt. No. 583. Freeman thus requests an opportunity to respond.

While cognizant that Local Rule 6.1 and Your Honor's Individual Rule F ordinarily set a deadline for responsive filings of two weeks, Freeman requests an extension to four weeks. There is good cause for this request, as this submission will require extensive review of years' worth of billing entries. We would ordinarily request an additional week; however, I will be on a pre-scheduled family trip during the first week of September. See my attached declaration. We thus respectfully request that Freeman's adversary submissions be due the second week of September, on September 8. This is Freeman's first request of this nature. Freeman requested Defendants' consent to this request, but Defendants refused and did not give reasons for refusing. This request will not affect any other scheduled dates. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
*Attorney for the Plaintiff*

**SO ORDERED.**

Date: _____          _____
                                Hon. Colleen McMahon
                                United States District Court Judge