**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

Plaintiff,

v.

TRACY DEEBS-ELKENANEY P/K/A TRACY
WOLFF, et al.,

Defendants.

Case No. 2:22-cv-02435 (CM)(SN)

**DECLARATION OF STEPHEN M.
DONIGER IN SUPPORT OF
PLAINTIFF'S REQUEST FOR RULE 54
BRIEFING AND EXTENSION OF TIME**

- 1 -

DECLARATION OF STEPHEN M. DONIGER

## <u>DECLARATION OF STEPHEN M. DONIGER</u>

I, Stephen M. Doniger, hereby declare as follows:

1. I am above eighteen (18) years of age, am counsel of record in this case for Plaintiff Lynne Freeman and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge except where otherwise indicated. If called as a witness, I could and would competently testify as set forth below.

2. I am going to be away on pre-scheduled trip with my family during the first week of September.

3. I contacted counsel for Defendants, Amy Nashon, requesting Defendants' consent to an extended briefing schedule of four weeks for Freeman's Rule 54 adversary submissions. She advised me that Defendants refused and did not provide any reason for the refusal.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2026 in Los Angeles, California.

By: */s/ Stephen M. Doniger*
      Stephen M. Doniger
      Declarant

DECLARATION OF STEPHEN M. DONIGER