**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LYNNE FREEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRACY DEEBS-ELKENANEY, et al.<br><br>　　　Defendants. | Case No. 1:22-cv-02435 CM-SN<br><br>**DECLARATION OF AMY NASHON IN SUPPORT OF AWARD TO DEFENDANTS OF THEIR PREVAILING PARTY ATTORNEY'S FEES AND COSTS** |

## DECLARATION OF AMY NASHON

Amy Nashon declares as follows:

1.      I am a shareholder at the law firm of TroyGould PC and since December 2024, I have been the lead attorney for Defendants Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC, and co-counsel with Dwayne Goetzel and Lance Koontz for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Emily Kim, and Prospect Agency, LLC, respectively (collectively, "Defendants").  I make this declaration in support of the request by Defendants for an award of their reasonable attorneys' fees and costs incurred in the defense of this matter.

2.      Attached hereto as "Exhibit A" are true and correct copies of the monthly invoices issued by my firm to Defendants, which reflect the contemporaneous time entries recorded by each billing professional at my firm.  Some of the entries have been redacted only as necessary to protect attorney-client privilege or work product information.  Other entries have been redacted because they have been written off and the amounts subtracted from Defendants' fee request.

3.      The total attorney's fees requested by Defendants for work performed by my firm is $653,840.59.

4.      The invoices attached as "Exhibit A" also reflect the costs billed to the Defendants each month for Connect Discovery, the e-Discovery vendor used to manage the tens of thousands of documents elicited in response to Plaintiff's substantial ESI demands that included, but were not limited to, demands for native format production of many years' worth of business and personal emails and text messages from Liz Pelletier, Stacy Abrams, Tracy Wolff and Emily Kim.  The total costs incurred with said vendor were $39,149.92.  The only other cost item requested is $200.00 for a filing fee paid to the U.S. District Court.

1

5.    A brief summary of the legal work reflected on my firm's monthly invoices and the amount sought (after appropriately reviewed and discounted for purposes of Defendants' request for recoverable fees under Rule 54) is provided as follows:

| Inv. 159216 | $59,531.50 | Obtain local counsel in New York, prepare motion for reconsideration of summary judgment ruling, respond to court regarding settlement prospects, respond to attempt to re-designate Reiss as rebuttal expert, review opposition and prepare reply brief on reconsideration, meet and confer with opposing counsel |
| --- | --- | --- |
| Inv. 159537 | $32,043.00 | Meet and confer re: discovery and oppose motion to compel, plan for damages discovery and damages expert, review order denying motion for reconsideration, consider possible writ and research same, trial preparation |
| Inv. 160296 | $29,190.00 | Review order denying motion to compel, meet and confer efforts with opposing counsel, prepare supplemental damages disclosures, research and suggest copyrightability hearing, prepare joint statement re: discovery, respond to plaintiff's objection to exclusion of Reiss as rebuttal expert |

| Inv. 160614 | $1,981.59 | Work on supplemental production from Macmillan, meet and confer with opposing counsel |
| Inv. 161011 | $10,371.50 | Letter to Judge Stanton re: trial date, copyrightability hearing, briefing to Judge Netburn re: same, continue supplemental document gathering and production, review order re: Reiss |
| Inv. 163151 | $14,393.00 | Hearing with Judge Netburn on discovery, trial setting, request for copyrightability hearing, continue document production and supplemental discovery responses, trial strategy meeting, prepare list of motions in limine, plan for trial documents |
| Inv. 161687 | $12,497.00 | Further meet and confer efforts and additional document production, prepare proposed findings of fact, plan for trial exhibit list, motions in limine, and other trial preparation needs to comply with for final pretrial order |
| Inv. 162024 | $24,397.50 | Begin preparation of findings of fact and review and selection of trial exhibits and preparation of exhibit list, review and consider plaintiff's proposed findings of fact, trial preparation and strategize re: presentation of evidence |

3

| Inv. 162382 | $32,040.50 | Work on exhibit list and proposed findings of fact and record citations in support of same, plan for expert disclosures and depositions, work on motion in limine, continue damages discovery and document production, interview potential damages experts, review new judicial assignment and new judge's standing orders and rules |
|---|---|---|
| Inv. 162770 | $20,508 | Letter brief to Judge McMahon, coordinate on availability and plan for in-person hearing, attend hearing and update clients and co-counsel, plan for expert discovery, communications with court re: jury vs bench trial, interview potential damages experts, work with expert on gathering information for analysis and report |
| Inv. 163126 | $69,566.00 | Work with damages expert on report and interviews with each defendant, review order from court re: procedure for handling trial with voluminous evidence and research same, review trial plan and deadlines and division of labor, work on exhibit list and review orders and clarifying endorsements re: same, review new complaint on |

4

| | | |
|---|---|---|
| | | *Crave* books 5 and 6 and need for consolidation of same, prepare brief to court re: trial process, review plaintiff's brief and objection to Defendants' brief, prepare trial witness list, prepare statement re: list of material for consideration at trial, prepare Rule 26 supplemental disclosure |
| Inv. 163503 | $43,761.50 | Continue preparing exhibit list, review order re: stay on books 5 and 6, review objection to pre-trial memorandum, review and consider how to handle plaintiff's proposed exhibits, plan for submission of witness list and time estimates, briefing to Judge McMahon regarding copyrightability and substantial similarity briefing, legal research on right to jury trial and prepare letter brief on same, plan for upcoming hearing |
| Inv. 164218 | $132,065.00 | Prepare jury instructions, prepare briefing re: no jury trial on equitable relief of disgorgement, attend in-person hearing in New York re: trial and renewed summary judgment briefing, prepare summary judgment motion on substantial |

5

| | | |
|---|---|---|
| | | similarity, review plaintiff's motion and begin opposition brief |
| Inv. 164556 | $124,257.00 | Work on opposition to plaintiff's substantial similarity motion, review plaintiff's opposition to Defendants' brief and work on reply brief, review opposition to brief on damages / jury trial and prepare reply, review plaintiff's motion to strike portions of reply brief, review plaintiff's notice of errata |
| Inv. 164941 | $8,170.00 | Review order granting summary judgment, plan for fees motion, prepare brief seeking extension of time to file same |
| Inv. 165319 | $39,067.50 | Prepare prevailing party fees motion and supporting declarations |

6.      I am familiar with the billing professionals whose work is described above, and I have personal knowledge of their hourly rates, as well as their background and expertise.  Those billing professionals, their rates, and their qualifications which form the basis for the reasonableness of those rates, are set forth below.

7.      TroyGould PC was founded in 1970 and is a full-service, mid-size law firm headquartered in Los Angeles, California with forty-one attorneys practicing in a variety of areas, including intellectual property and technology, entertainment and new media, corporate and securities, food and beverage, real estate, aviation and aerospace,

employment, technology, healthcare, and life sciences.  TroyGould is ranked by Chambers for its Media and Entertainment and Litigation Departments (among others), and has been recognized as one of the Top 125 Law Firm in Los Angeles and one of the Best Law Firms in America by Best Lawyers.

8.    The TroyGould attorneys working on this case were as follows:

a.  <u>John Ulin</u>

Mr. Ulin's billing rate at the time of representation was between $755-$865 per hour.  That rate is reasonable compared to prevailing market rates in Los Angeles where Mr. Ulin primarily practices, and for attorneys appearing in the Southern District of New York, offering similar services by lawyers of comparable skill and reputation. Mr. Ulin is shareholder at TroyGould PC and a graduate of Brown, UCLA and Harvard Law, and is the current Executive Committee Member and former Chair of USC's Intellectual Property Institute.  He has been recognized by the Daily Journal as one of the "Top Intellectual Property Lawyers" in California and is a recipient of the California Lawyer Attorney of the Year Award.  He is a frequent speaker on copyright and trademark topics, and has represented major television networks, movie studios, music companies, designers, and manufacturers in hundreds of copyright and trademark disputes.

b.  <u>Amy Nashon</u>

My hourly rate at the time of representation was between $595 and $685 per hour.  That rate is reasonable compared to prevailing market rates in Los Angeles, where I primarily practice law, and for attorneys appearing in the Southern District of New York, offering similar services by lawyers of comparable skill and reputation.  I am a shareholder at TroyGould PC.  While I am the chair of the Aviation and Aerospace Department, I am also a senior member of the Litigation Department and am an experienced litigator and trial lawyer, and I handle a wide range of business, entertainment, copyright and trademark disputes.  I have a dual degree in law and

alternative dispute resolution from Pepperdine and the Strauss Institute for Dispute Resolution.  I am admitted to practice in the state and federal courts of California and the Second and Ninth Circuit Courts of Appeal, and have been admitted pro hac vice around the country to handle high stakes litigation, from Hawai'i to New York and from Texas to Florida.  My clients include Fortune Global 500 companies, national and multi-national corporations, and creative artists in publishing, movies, television, music and photography.  I am on the Editorial Board for *LA Lawyer* Magazine, am a published author on entertainment law topics, was recognized as a Super Lawyer Rising Star for 2025-2027, and have been a guest speaker at Stanford University School of Law regarding literary copyright.

    c.  <u>Jennifer Wang</u>

Ms. Wang's hourly rate at the time of representation was between $595 and $695 per hour. That rate is reasonable compared to prevailing market rates in Los Angeles, where Ms. Wang primarily practices, and for attorneys appearing in the Southern District of New York, for similar services by lawyers of comparable skill and reputation.  Ms. Wang is a member and senior litigator at TroyGould, where she specializes in litigating complex business disputes, including unfair competition, trade secret theft, copyright infringement, and securities fraud.  Ms. Wang complements her litigation practice by advising employers on best practices for trade secret protection. Ms. Wang is a graduate of the UCLA School of Law, where she continues to mentor students and U.C. Davis, where she graduated *phi beta kappa*.  She is a published author and speaker on business, trade secret, and employment matters. Ms. Wang is active in her community, serving on the Board of the Chinese Language School of Southern California.

    d.  <u>Regina Dukach</u>

Ms. Dukach's hourly rate at the time of representation was between $330 and $380 per hour.  That rate is reasonable compared to prevailing market rates for

paralegals in Los Angeles, where she works, and for paralegals working in the Southern District of New York, for similar services by paralegals of comparable skill and reputation.  Ms. Dukach is a senior litigation paralegal with over twenty years of experience assisting in matters involving entertainment, employment, technology, copyright and trademark, and other business disputes, and she has extensive expertise with managing e-Discovery, data preservation, collection and production, and trial preparation and litigation support.

    I affirm this <u>11th</u> day of August 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Amy Nashon

9