**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

       Plaintiff,

    v.

TRACY DEEBS-ELKENANEY, et al.

       Defendants.

Case No. 1:22-cv-02435 CM-SN

## <u>DECLARATION OF JENNIFER L. PARISER</u>

Jennifer Pariser declares as follows:

1.      I am a partner in the law firm of Oppenheim + Zebrak LLP.  I have served as local counsel for all Defendants since December 2025. I make this declaration in support of the motion by Defendants for an award of their attorneys' fees and costs as the prevailing party in this copyright case.

2.      I am an intellectual property litigator with over 35 years of experience in copyright law. I served as the head of litigation at Sony Music and the Recording Industry Association of America, and ran the Copyright Alert System for the Motion Picture Association. I was named to Billboard Magazine's Top Music Lawyers of 2026. I typically represent the country's largest scientific and technical publishers, trade publishers, news and magazine publishers, sports leagues, record companies, music publishing companies, and other content companies. I regularly lecture on copyright topics at law schools and legal seminars around the country. My full bio can be found at: https://oandz.com/staff-member/pariser-jenny. At the outset of this litigation, my billing rate was $855/hour and is currently $1200/hour.

1

3.      I was assisted in this matter by several paralegals in our firm: Mel Lamma, Ahmin Thornhill, and Drew Perez. Paralegals in our firm were billed at $235 in 2024, $245 in 2025 and $300 in 2026. All three are litigation paralegals with years of experience assisting in copyright litigation matters with knowledge of the federal and local rules concerning service and filing of papers in the Southern District of New York.

4.      Each year our firm assesses our billing rates by performing a survey of comparable firms in New York, particularly those with copyright expertise whose practice is similar to ours. It is my opinion that our fees are consistent the fees charged by similar firms in the Southern District of New York.

5.      The work performed by my firm on this case includes: Preparing numerous papers for filing consistent with the federal and local rules, advising lead counsel on various local procedural matters, consulting on the draft of Defendants' brief in support of the Motion for Reconsideration of Report and Recommendation, consulting on various discovery letter briefs, and consulting on numerous strategic questions.

6.      Attached hereto as **Exhibit A** is a spreadsheet compiling the contemporaneous time entries recorded by each billing professional at my firm for this matter. Amounts are billed in tenth of an hour (six minute) increments. These amounts are grouped by month on Exhibit A as they were billed to Defendants. The total attorneys' fees requested by Defendants for all work performed by my firm on the case is **$20,436.50.**

7.      I reviewed all the bills in this case before they were issued to Defendants, often lowering or writing off entirely certain entries. Overall, our bills are quite reasonable for the work performed and value added to the case.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2026
       New York, New York

_Jennifer L. Pariser_
Jennifer L. Pariser

2