# Exhibit A

Exhibit A

| ENTRY DATE | TIME KEEPER | DESCRIPTION | HOURS | RATE | TOTAL FEES | |
|---|---|---|---|---|---|---|
| 12/4/24 | Mel Lamma | Prepare finalized motion letter requesting a time extension on a motion. | 1.5 | 235 | 352.5 | |
| 12/12/24 | Mel Lamma | Draft affidavits and corresponding exhibits in support of Pro Hac Vice motions for TroyGould attorneys. | 2.2 | 235 | 517 | |
| 12/12/24 | Mel Lamma | Prepare and finalize Notice of Motion for Reconsideration and Memorandum of Law in support of the Motion for Reconsideration. | 1.8 | 235 | 423 | |
| 12/13/24 | Mel Lamma | Prepare affidavits in support of Pro Hac Vice motions for TroyGould attorneys. | 0.3 | 235 | 70.5 | |
| 12/13/24 | Mel Lamma | Draft motions to appear Pro Hac Vice in SDNY for TroyGould attorneys. | 1.4 | 235 | 329 | |
| 12/13/24 | Mel Lamma | Prepare and finalize letter regarding settlement positions. | 1.3 | 235 | 305.5 | |
| 12/16/24 | Mel Lamma | Finalize letter re Response to Plaintiff's letter to re-designate Rebuttal Expert Witness. | 0.5 | 235 | 117.5 | |
| 12/19/24 | Mel Lamma | Draft and finalize A.Nashon's application to appear pro hac vice in SDNY. | 1 | 235 | 235 | |
| 12/26/24 | Mel Lamma | Finalize Reply on Reconsideration motion. | 1 | 235 | 235 | |
| 12/3/24 | Jennifer Pariser | Telephone calls with J. Ulin regarding procedure for Motion for Reconsideration. | 0.2 | 855 | 171 | |
| 12/4/24 | Jennifer Pariser | Telephone calls with J. Ulin regarding Notices of Appearance and extension for Motion. | 0.4 | 855 | 342 | |
| 12/4/24 | Jennifer Pariser | Revised and finalized letter to Judge Stanton seeking extension of deadline for Motion to Reconsider. | 0.9 | 855 | 769.5 | |
| 12/3/24 | Jennifer Pariser | Correspondence with J. Ulin and A. Nashon regarding administrative filings. | 0.4 | 855 | 342 | |
| 12/4/24 | Jennifer Pariser | Correspondence with J. Ulin regarding extension and other filings. | 0.8 | 855 | 684 | |
| 12/5/24 | Jennifer Pariser | Correspondence with J. Ulin regarding status of extension. | 0.5 | 855 | 427.5 | |
| 12/11/24 | Jennifer Pariser | Correspondence with J. Ulin and A. Nashon regarding Notices of Appearance for MacMillan and Pro Hac filings for CA counsel. | 1.2 | 855 | 1026 | |
| 12/12/24 | Jennifer Pariser | Correspondence with CA counsel regarding filings today. | 0.8 | 855 | 684 | |
| 12/12/24 | Jennifer Pariser | Reviewed and edited Motion for Reconsideration and Brief. | 1.8 | 855 | 1539 | |
| 12/12/24 | Jennifer Pariser | Correspondence with CA counsel regarding strategic issues in Brief. | 0.2 | 855 | 171 | |
| 12/12/24 | Jennifer Pariser | Correspondence with CA counsel regarding represented parties. | 0.2 | 855 | 171 | |
| 12/12/24 | Jennifer Pariser | Correspondence with A. Nashon re deadline to respond to letter motion. | 0.2 | 855 | 171 | |
| 12/13/24 | Jennifer Pariser | Correspondence with CA counsel regarding response to letter motion. | 0.3 | 855 | 256.5 | |
| 12/13/24 | Jennifer Pariser | Edited letter to Mag. Netburn's regarding settlement position. | 0.3 | 855 | 256.5 | |
| 12/16/24 | Jennifer Pariser | Reviewed and edited response letter re letter motion for rebuttal witness. | 0.6 | 855 | 513 | |
| 12/16/24 | Jennifer Pariser | Correspondence with CA counsel regarding response to letter motion. | 0.5 | 855 | 427.5 | |
| 12/18/24 | Jennifer Pariser | Extensive correspondence with CA counsel regarding New Yorker article. | 1.2 | 855 | 1026 | |
| 12/19/24 | Jennifer Pariser | Correspondence with CA counsel regarding SDNY Local Rule deadline for Reply Brief on Motion for Reconsideration. | 0.2 | 855 | 171 | |
| 12/20/24 | Jennifer Pariser | Correspondence with J. Ulin regarding upcoming changes to SDNY Local Rules. | 0.2 | 855 | 171 | |
| 12/26/24 | Jennifer Pariser | Correspondence with J. Ulin and M. Lamma regarding filing Reply brief. | 0.3 | 855 | 256.5 | |
| 12/26/24 | Jennifer Pariser | Reviewed Reply brief on Motion for Reconsideration. | 0.5 | 855 | 427.5 | |
| | | | | | | 12588.5 |
| 1/8/25 | Mel Lamma | Finalize A.Nashon's updated pro hac vice motion and corresponding exhibits. | 0.8 | 245 | 196 | |
| 1/16/25 | Mel Lamma | Draft and finalize letter request for extension to respond to letter motion. | 0.7 | 245 | 171.5 | |
| 1/8/25 | Jennifer Pariser | Correspondence with A. Nashon regarding notices of appearance and substitution. | 0.4 | 855 | 342 | |
| 1/16/25 | Jennifer Pariser | Draft letter to Judge Netburn seeking extension of time to respond to letter brief on discovery deficiency. | 0.7 | 855 | 598.5 | |
| 1/16/25 | Jennifer Pariser | Correspondence with A. Nashon regarding seeking extension of time to respond to letter brief. | 0.3 | 855 | 256.5 | |
| | | | | | | 1564.5 |
| 2/14/25 | Jennifer Pariser | Correspondence with A. Nashon regarding deadline for responsive brief. | 0.2 | 855 | 171 | |
| 2/26/25 | Jennifer Pariser | Revised brief responsing to Plaintiff's motion opposing Magistrate's order on rebuttal expert. | 2.2 | 855 | 1881 | |
| 2/26/25 | Jennifer Pariser | Correspondence with J. Ulin and A. Nashon regarding form of papers and ECF procedure. | 0.4 | 855 | 342 | |
| 2/27/25 | Ahmin Thornhill | Prepare courtesy copy of defendant's response to planitiff's objections to Judge Netburn's 1/30/2025 order. | 0.6 | 245 | 147 | |
| | | | | | | 2541 |
| 9/9/25 | Jennifer Pariser | Correspondence with J. Wang regarding Judge Stanton's practice with respect to pre-trial conferences. | 0.2 | 855 | 171 | |
| 9/9/25 | Jennifer Pariser | Correspondence with partners re their experience with Judge Stanton and reviewed Stanton's individual practice rules re pretrial orders and conferences. | 0.3 | 855 | 256.5 | |
| 9/18/25 | Jennifer Pariser | Emails with J. Wang regarding transfer to Judge McMahon. | 0.2 | 855 | 171 | |
| 9/22/25 | Jennifer Pariser | Reviewed copyright case research on Judge McMahon | 0.3 | 855 | 256.5 | |
| 9/22/25 | Jennifer Pariser | Call with Troy Gould team regarding Judge McMahon and upcoming case deadlines. | 0.5 | 855 | 427.5 | |
| | | | | | | 1282.5 |
| 5/22/26 | Jennifer Pariser | Reviewed and edited brief in support of motion for bond. | 0.3 | 1200 | 360 | |
| 5/22/26 | Jennifer Pariser | Correspondence with co-counsel regarding procedure for filing bond motion under seal. | 0.2 | 1200 | 240 | |
| 5/7/26 | Jennifer Pariser | Correspondence with A. Nashon regarding Appeal Form C and plaintiff's description of grounds for appeal related to motion for bond. | 0.3 | 1200 | 360 | |
| | | | | | | 960 |
| 6/9/26 | Jennifer Pariser | Filed substitution of counsel paperwork for 3 auxilliary cases against book distributors. | 0.4 | 1200 | 480 | |
| 6/18/26 | Drew Perez | Review and finalize notices of substitution of counsel for J. Pariser. | 0.4 | 300 | 120 | |
| 6/9/26 | Mel Lamma | Prepare notice of appearance and substitution of counsel drafts for distributors in new Freeman cases. | 3 | 300 | 900 | |
| | | | | | | 1500 |
| | | **Total Fees** | | | **20,436.50** | **20,436.50** |