UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
FILED: 8/13/2026

---

LYNNE FREEMAN,

                        Plaintiff,

    -against-

TRACY DEEBS-ELKENANEY, et al.

                      Defendants.

No. 22-cv-2435 (CM) (SN)

---

## ORDER

McMahon, J.:

The Court is in receipt of Defendants' submissions in support of their motion for an award of attorneys' fees and costs. In support of that motion, Defendants have submitted copies of monthly invoices from each law firm reflecting contemporaneous time records. However, the Court cannot discern from Defendants' submissions the total number of hours worked by each attorney at what hourly rate. I am surprised not to have that information, which is standard for attorneys' fees applications and without which I will not be deciding the motion. Accordingly, for each attorney or paralegal for which Defendants are seeking fees, Defendants must submit documentation showing the total number of hours worked at what hourly rate. Defendants must do so by Tuesday, August 18. I will not extend this deadline for any reason; this information should have been provided with the original submission.

August 13, 2026

                                   _____
                                       U.S.D.J

BY ECF TO ALL COUNSEL