**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

        Plaintiff,

    v.

TRACY DEEBS-ELKENANEY, et al.

        Defendants.

Case No. 1:22-cv-02435 CM-SN

**DECLARATION OF DWAYNE GOETZEL IN SUPPORT OF AN ORDER AWARDING ATTORNEYS' FEES AND COSTS**

**DEFENDANT TRACY DEEBS-ELKENANEY'S AMENDED RESPONSE TO COURT ORDER (DKT. 594) REGARDING MATERIALS IN SUPPORT OF THE REQUEST FOR ATTORNEYS' FEES AND COSTS**

On August 11, 2026, Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff submitted a declaration listing costs and fees incurred from May 2022 through July 2026 and copies of the monthly invoices sent during that time frame (see Dkt. 585). On August 13, 2026, the Court requested more specific information as to hours, hourly rate, and total amounts (Dkt. 595).

In response thereto, Defendant submits the following and an amended declaration:

Tim Maloney – 77.40 hours at $350/hr. (in 2025)

Tim Maloney - 25 hours at $375/hr. (in 2026)

Dwayne Goetzel - 28 hours at $460/hr. (in 2022)

Dwayne Goetzel – 77.60 hours at $475/hr. (in 2023)

Dwayne Goetzel – 24.50 hours at $490/hr. (in 2024)

Dwayne Goetzel - 226.80 hours at $500/hr. (in 2025 and 2026)

**Total:  459.30 hours x $458.41 (avg.) = $210,549.**

1

The foregoing constitutes the attorneys' fees for which Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff requests reimbursement from the plaintiff, in addition to the amounts set forth in her declaration previously filed as part of Dkt. 551 and costs set forth in Dkt. 585.

Dated: August 14, 2026

Respectfully submitted,

/s/ Dwayne K. Goetzel
Dwayne K. Goetzel
Texas State Bar No. 08059500
**KOWERT, HOOD, MUNYON, RANKIN & GOETZEL, P.C.**
1120 S. Capital of Texas Hwy.
Building 2, Ste. 300
Austin, Texas 78746
Phone: (512) 853-8800
Fax: (512) 853-8801
dgoetzel@intprop.com

**ATTORNEYS FOR DEFENDANTS TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF**

## CERTIFICATE OF SERVICE

I, Dwayne Goetzel, hereby certify that a true and correct complete copy of the above-referenced pleading has been served on all counsel of record via the Court's CM/ECF service.

/s/ Dwayne Goetzel
Dwayne Goetzel

2