**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

LYNNE FREEMAN,

     Plaintiff,

v.

TRACY DEEBS-ELKENANEY, et al.

     Defendants.

</td><td>

Case No. 1:22-cv-02435 CM-SN

**AMENDED DECLARATION OF DWAYNE GOETZEL IN SUPPORT OF AN ORDER AWARDING ATTORNEYS' FEES AND COSTS**

</td></tr>
</table>

**AMENDED DECLARATION OF DWAYNE GOETZEL**

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

      1.     As part of Dkt. 585, I submitted a declaration that discussed my qualifications and those of Tim Maloney, who assisted with the pretrial phase of the above matter.  I provided detailed invoices and a summary of those invoices as part of that filing.

      2.     My declaration previously stated the total hours, rates, and fees as follows:

| Attorney Name | Hours | Hourly Rate Billed | Total |
|---|---|---|---|
| Dwayne Goetzel | 310.20 | $460 to $500/hr. | $174,084 |
| Tim Maloney | 102.40 | $350 to $375/hr. | $ 36,465 |

                                                                                        Total:  $210,549

      3.     Pursuant to the Court's order (Dkt. 595), I hereby provide further detail as to the above (and need to correct the total number of my hours from 310.20 to 356.90):

Tim Maloney – 77.40 hours at $350/hr. (in 2025)

Tim Maloney - 25 hours at $375/hr. (in 2026)

Dwayne Goetzel - 28 hours at $460/hr. (in 2022)

Dwayne Goetzel – 77.60 hours at $475/hr. (in 2023)

Dwayne Goetzel – 24.50 hours at $490/hr. (in 2024)

1

Dwayne Goetzel - 226.80 hours at $500/hr. (in 2025 and 2026)

4.      As shown by the summary that was attached as part of Exhibit 1 to Dkt. 585, I worked a total number of 356.90 hours, and Mr. Maloney worked a total of 102.40 hours. The total number of hours is 459.30. The total amount of fees for which recovery is sought is $210,549.

5.      As a result, here is the total amount of hours, the average hourly rate, and the total amount of fees sought:

**459.30 hours x $458.4128 (avg.) = <u>$210,549</u>**.

6.      As set forth in Dkt. 585, I respectfully submit that Wolff is entitled to attorneys' fees and costs as a prevailing party in this action, in an amount not less than $214,059.42 ($210,549 in fees and $3,510.42 in costs) as set forth above and if the additional $75,000 in fees referenced in Wolff's previously filed declaration (Dkt. 551) are included, for a grand total of $289,059.42.

/s/ Dwayne K. Goetzel

_____

Dwayne K. Goetzel
Dated: August 14, 2026

2