FrenchDictionary.com Translation Conjugation ••• Sign in

chateau

English to French French to English

# château

## castle

Dictionary Examples

### le château

MASCULINE NOUN

1. (stronghold)

a. castle

Le château a une énorme porte fortifiée et plusieurs cours en pierre. — The castle has a massive, fortified door and several stone courtyards.

b. fortress

Les guerriers ont dormi dans le château après avoir livré une longue bataille contre leurs ennemis. — The warriors slept in the fortress after fighting a long battle against their enemies.

2. (royal residence)

a. palace

Quelques millions de personnes visitent ce château chaque année. — Several million people visit this palace each year.

b. castle

Le roi a fait construire un château somptueux pour impressionner ses invités. — The king built a sumptuous castle to impress his guests.

Copyright © 2026 Dictionary Media Group, Inc.

Cited in Freeman v Deebs Elkenaney 22cv2435 Decided 7/28/26 Archived on 8/5/26 This document is protected by copyright. Further reproduction is prohibited without permission.

## Examples

Examples have not been reviewed.

chateau (164) castle (135)

| | |
|---|---|
| Le **chateau** fut régulièrement transformé en fonction de ses propriétaires. | The **castle** was regularly transformed according to its owners. |
| Mais il n'y a personne avec des pouvoirs magiques dans mon **chateau**. | But there is nobody with magic powers in my **castle**. |
| Vous découvrirez aussi la splendeur prussienne avec le **chateau** Charlottenbourg. | You will also discover the splendor with the Prussian **castle** Charlottenburg. |
| Les historiens pensent qu'il y avait un **chateau** médiéval. | Historians believe that there was a medieval **castle**. |
| Le **chateau** gothique spectaculaire de Pernštejn est le plus populaire. | The spectacular Pernštejn Gothic **castle** is the most popular. |
| James, Pardonne-moi je ne peux pas entrer dans le **chateau**. | James, I'm sorry.I can't get into the **castle**. |
| Le **chateau** de Milan présente encore les douves. | The **castle** of Milan still has the moat. |
| Le seigneur n'avait jamais besoin de quitter son **chateau**. | The lord never had to leave his **castle**. |
| Aujourd'jui, le **chateau** abrite l'hotel de ville de Salzbourg. | Aujourd'jui, the **castle** houses the Salzburg city hotel. |
| Aujourd'hui des musées sont abrités dans le **chateau**, dont celui des arts décoratifs. | Today museums are housed in the **castle**, including the decorative arts. |

Cited in Freeman v Deebs Elkenaney
22cv2435 Decided 7/28/26
Archived on 8/5/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

More examples

## Random Word

Roll the dice and learn a new word now!

Get a Word

## Why use the FrenchDictionary.com dictionary?



THE BEST FRENCH-ENGLISH DICTIONARY

### Get More than a Translation

Get examples and pronunciations for millions of French words, English words, French phrases, and English phrases.



WRITTEN BY EXPERTS

### Translate with Confidence

Access millions of accurate translations written by a team of experienced English-to-French and French-to-English translators.

Cited in Freeman v Deebs-Elkenaney
22cv2435 Decided 7/28/26
Archived on 8/5/26
This document is protected by copyright.
Further reproduction is prohibited without permission.



FRENCH AND ENGLISH EXAMPLE SENTENCES

### Learn by Example

Browse thousands of French-English example sentences throughout our dictionary.



CONNECT TO THE FRENCH-SPEAKING WORLD

### Express Yourself in French

Browse nuanced French-to-English and English-to-French translations and find the word you're looking for.

WORD OF THE DAY



**l'avoine**

show translation

Get Word of the Day Email

FrenchDictionary.com

FrenchDictionary.com is a new French-English dictionary, translation, and learning website.

Voir en français sur anglais.com

FEATURES

- Translation
- Conjugation
- Grammar
- Word of the Day
- Learn French
- French Tutors

ABOUT

- About Us
- Privacy
- Terms
- Site Map
- Help
- Contact Us

SOCIAL NETWORKS

- Facebook
- Instagram

IXL LEARNING DICTIONARY MEDIA GROUP

IXL Learning's Dictionary Media Group reaches over 500,000,000 learners each year.

SpanishDictionary.com
Spanish-English dictionary, translator, and learning

inglés.com
English dictionary and learning for Spanish speakers

anglais.com
English dictionary and learning for French speakers

Dictionary.com
Comprehensive resource for word definitions and usage

Thesaurus.com
Essential reference for synonyms and antonyms

IXL
Comprehensive K-12 personalized learning

Vocabulary.com
Adaptive learning for English vocabulary

Rosetta Stone
Immersive learning for 25 languages

TPT
Marketplace for millions of educator-created resources

Education.com
35,000+ worksheets, games, and lesson plans

ABCya
Fun educational games for kids

emmersion
Fast, easy, reliable language certification

wyzant
Trusted tutors for 300+ subjects

WORDS
Bite-sized daily word games

multiplication.com
Playful tools to learn multiplication

Copyright © 2026 Dictionary Media Group, Inc., a division of IXL Learning • All Rights Reserved.

Don't sell my info

Cited in Freeman v Deebs-Elkenaney
22cv2435 Decided 7/28/26
Archived on 8/5/26
This document is protected by copyright.
Further reproduction is prohibited without permission.