USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE FREEMAN,

Plaintiff,

-against-

TRACY DEEBS-ELKENANEY, et al.

Defendants.

No. 22-cv-2435 (CM) (SN)

**ORDER**

McMahon, J.:

The Court is in receipt of Freeman's opposition to Defendants' motion for attorneys' fees and costs. To the extent Freeman's opposition brief raises new issues that were not comprehended in Defendants' moving papers, Defendants may file a single joint reply brief by September 4 addressing those issues. Defendants are limited to 10 pages.

August 27, 2026

U.S.D.J 8/27/2026

BY ECF TO ALL COUNSEL