REEDER
LLP

August 28, 2026

**DELIVERED VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Courtroom 24A
New York, New York 10007

| | |
|---|---|
| **Case Title:** | ***Freeman v. Deebs-Elkenaney et al,*** **1:22-cv-02435-CM-SN** |
| **Re:** | **Re ECF Nos. 604 - 608** |

Dear Judge McMahon:

We are writing to Your Honor on behalf of Plaintiff Lynne Freeman regarding the documents that Plaintiff filed on Wednesday, August 26, 2026, in opposition to Defendants' Motion for Fees and Costs.

We filed Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Attorney Fees and Costs (ECF 601), a redacted copy of the Declaration of Lynne Freeman with attached Exhibits some of which were also redacted, (ECF 602), the Declaration of Mark D. Passin with exhibits (ECF 603) prior to 12:00 a.m. However, we filed the Declaration of Stephen Doniger with Appendix A-D (ECF 604) at 12:02 a.m., a Motion to Seal (ECF 605) at 12:09 a.m.; a Memorandum of Law in Support of Motion to Seal Exhibits 1, 2,4 and 5 (ECF 606) at 12:17 a.m., a Notice of Sealed Exhibits (ECF 607) at 12:23 a.m. and a Notice of Sealed Declaration of Lynne Freeman at 12:54 a.m. The foregoing documents shall collectively be referred to as "Documents Filed Shortly After Midnight." We also inadvertently did not email the redacted documents to counsel until 9:58 a.m. (pst) the next morning.

As you can see from the above, we commenced filing the documents prior to midnight but did not complete the filing until shortly thereafter. We would have filed them earlier, but there was a miscommunication between my office and Mr. Doniger's office that delayed the commencement of the filing.

11766 Wilshire Boulevard, Suite 1470, Los Angeles, CA 90025
Phone: (310) 861-2470 • Fax: (310) 861-2476
mark@reedermllp.com • www.reederllp.com

We apologize for the late filings and service and respectfully request that the Documents Filed Shortly After Midnight and the service of the unredacted versions of the relevant documents all be deemed timely filed and served.

Defendants' counsel has advised me that they have no objection to the request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**Reeder, LLP**

Mark Passin

Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475

**DONIGER/BURROUGHS**
Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(31) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)