# Exhibit D





# ALAN J. VIGLIONE, M.D.



My journey in medicine began at **Boston College**, where engaging philosophical discussions with Jesuit professors ignited my lifelong creativity and curiosity. I graduated with honors, earning a dual degree in Biology and History.

I then pursued graduate studies on the West Coast at **U.C. Santa Barbara**, completing a master's thesis in genetics and earning a Master's degree in Molecular Biology with high honors. During this time, I taught over 10 science courses, sharpening my communication skills and solidifying my calling to medicine.

I returned to the East Coast for medical school at **SUNY Upstate Medical University** in Syracuse. Medical school was transformative, weaving together decades of intellectual curiosity into a deep understanding of human health. I thrived on those breakthrough "aha!" moments, which helped me truly grasp the blueprint of human physiology.

This foundation led me to **Internal Medicine residency at Kaiser Permanente San Francisco**, where I discovered a passion for preventive care and deepened my lifelong commitment to health, fitness, and nutrition—interests rooted in my childhood love of sports and exercise science. During residency, I earned my **Certified Personal Trainer** credential from the National Academy of Sports Medicine (NASM) and achieved board certification by the **American Board of Internal Medicine (ABIM).**

Since completing residency, I have focused on redefining primary care by blending evidence-based Western medicine with integrative approaches. I pursued advanced training and certification through the **American Academy of Anti-Aging Medicine (A4M)** to expand my toolkit for optimizing health and wellness. My current passion lies in leveraging AI and cutting-edge technology to transform diagnostic testing, enabling personalized risk assessment for cardiovascular health, cancer screening, metabolic optimization, and fitness performance.

Having seen the full spectrum of medicine, I remain dedicated to the power of genuine presence and connection. In a field that can sometimes feel routine, I am committed to partnering with patients who seek more—more vitality, more prevention, and truly personalized care.

I look forward to helping you achieve your health goals!

CONTACT US (805) 892-6500

CONCIERGE MEDICINE

ABOUT WE PROVIDE MEMBERSHIP PLAN HOUSE CALLS FAQS BLOG SCHEDULE



HOME | WE PROVIDE

# WE PROVIDE



## CONCIERGE MEDICINE

Concierge medicine is personalized health care the way it should be. This health model is the wave of the future. Experience it for yourself with Montecito Concierge Medicine.

LEARN MORE



## FULL BODY MRI

Montecito Concierge Medicine offers Full Body MRI in partnership with Prenuvo in Los Angeles and Pueblo Radiology.

LEARN MORE



## GALLERI® TEST

The Galleri® early cancer detection test is designed for those at elevated cancer risk, either by family history or by age.

LEARN MORE



## HAIR REJUVENATION

We offer a personalized, science-backed approach to hair rejuvenation designed to help both men and women restore healthier, fuller-looking hair.

LEARN MORE



## HOUSE CALLS

At Montecito Concierge Medicine, we are reviving the lost art of the house call. Become a member to benefit from our medical home visit service.

LEARN MORE



## IV VITAMIN INFUSIONS

IV vitamin Infusions are an excellent option for those who want to get more out of their workouts or lose weight. Schedule an appointment in Santa Barbara today.

LEARN MORE



## MEDICAL WEIGHT LOSS

When conventional weight loss methods have failed you, turn to Montecito Concierge Medicine for medical weight loss that works.

LEARN MORE



## PEPTIDE THERAPY

Our carefully curated selection of peptides is designed to meet the diverse needs of individuals looking to elevate their fitness and health journeys.

LEARN MORE

CONCIERGE MEDICINE



## MONTECITO CONCIERGE MEDICINE

1127 Coast Village Rd.
Montecito, CA 93108

Phone:
(805) 892-6500

Fax:
(805) 209-0972

ABOUT US

WE PROVIDE

MEMBERSHIP PLAN

HOUSE CALLS

MCM BLOG

PRIVACY POLICY

©2026 MONTECITO CONCIERGE MEDICINE | Website by Urge Interactive