# Exhibit F

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN, a New York limited liability company, and UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company,<br><br>Defendants.<br>________________________________ | Case No.<br>1:22-cv-02435-AT |

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF

TRENT BAER

TUESDAY, MARCH 21, 2023

Reported in Stenotype by:
Cody R. Knacke, RPR, CSR No. 13691
Job No.: 886197

vacations?
A. Yes.
Q. Do you and Lynne ever get in any fights in all your years of marriage?
09:22 A. No.
Q. Never fight?
A. I think there's a difference between squabbles and fights.
Q. Do you get in any squabbles in all your years of marriage?
09:22
A. I think every couple has some squabbles.
Q. What are the sort of things you might squabble about?
A. Who's going to take the dogs out. I mean,
09:22 just little stuff. Timing. We are both two very busy professionals and splitting household chores that we cover each other all the time. And we depend on each other. We're a partnership 100 percent.
09:23 Q. When you say your wife is a busy professional, what career are you referring to?
A. As an attorney.
Q. Is she a practicing attorney?
A. Yes.
09:23 Q. What kind of law does she practice?

A. Divorce law, family law.
Q. Does that practice include litigation?
A. Yes.
Q. Does it include copyright litigation?
09:23 A. No. No.
Q. Where is her practice located?
A. In Anchorage, Alaska.
Q. Do you know how many clients she has approximately?
09:23 A. Currently?
Q. Currently.
A. I think she's put everything on hold, currently.
Q. When did she start putting everything on
09:23 hold?
A. When this -- when we were alerted of this issue.
Q. When you refer to this issue, do you mean the lawsuit that we're currently having a deposition
09:24 for?
A. (No audible response.)
Q. Has your wife ever lied to you about anything in all your years of marriage?
A. No.
09:24 Q. Has she ever been wrong about anything in