UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

LYNNE FREEMAN,

Plaintiff,

-against-

TRACY DEEBS-ELKENANEY, et al.

Defendants.

No. 22-cv-2435 (CM) (SN)

**ORDER**

McMahon, J.:

The Court is in receipt of Defendants' reply in support of their motion for an award of attorneys' fees and costs, in which Defendants ask the Court to allow them to conduct limited discovery into Plaintiff's ability to pay an attorneys' fees award. Defendants may depose Plaintiff on her ability to pay, but must do no later than close of business on Tuesday, September 15. Both Plaintiff and Defendants may submit a supplemental brief to the Court by Friday, September 18, limited to five pages per side to address this issue.

The Court is also in receipt of Defendants' motion for an order holding Plaintiff's counsel jointly and severally liable for excess attorneys' fees and costs pursuant to 28 U.S.C. § 1927 and the Court's inherent authority. *See* Dkt. No. 617. Counsel for Plaintiff must file its response to this motion by Friday, September 18. Limited to ten pages.

I apologize but I cannot accommodate any requests for an extension. The law clerk who has devoted literally hundreds of hours to this case and is fully familiar with it will be leaving my

employ on September 25. I intend to decide both motions prior to her departure. There is no way a new law clerk could possibly weigh in meaningfully on the fee award issue.

Dated: September 8, 2026

U.S.D.J

BY ECF TO ALL COUNSEL