**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNNE FREEMAN,<br>*Plaintiff,*<br>v.<br>TRACY DEEBS-ELKENANEY *et al.*,<br>*Defendants.* | **Civil Case No. 25-cv-2423-DLC-SLC** |

**NOTICE OF APPEARANCE OF SEPARATE COUNSEL FOR INTERESTED PARTIES MARK D. PASSIN, ESQ. AND REEDER LLP**

**PLEASE TAKE NOTICE** that Matthew B. McFarlane, Esq. of Practus LLP hereby appears as separate counsel for Mark D. Passin, Esq. and Reeder LLP (f/k/a CSReeder, PC), solely in connection with Defendants' motion under 28 U.S.C. § 1927 and the Court's inherent authority (Dkt. 617), and any proceedings arising from or relating to that motion. The undersigned does not represent Plaintiff Lynne Freeman. This appearance is limited to representing Mr. Passin and Reeder LLP in connection with Dkt. 617.

Dated: September 15, 2026

Respectfully submitted,

PRACTUS LLP

*/s/ Matthew B. McFarlane*

Matthew B. McFarlane, Esq. (MM7614)
1014 W. 36th Street, Suite 103
Baltimore, MD 21211
(410) 657-8633
matthew.mcfarlane@practus.com

*Separate Counsel for Mark D. Passin, Esq. and Reeder LLP*