PRACTUS

MATTHEW MCFARLANE, Partner
matthew.mcfarlane@practus.com
1014 W 36th Street, Suite 103
Baltimore, MD 21211
(410) 657-8633

***via ECF***

September 15, 2026

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007-1312

Re: *Lynne Freeman v. Tracy Deebs-Elkenaney et al.*, No. 2:22-cv-2435-CM-SN
**Separate Counsel Appearance and Clarification of September 8, 2026 Order**

Dear Judge McMahon:

Our firm represents Mark D. Passin, Esq. and Reeder LLP (f/k/a CSReeder, PC) ("Passin/Reeder"), solely in connection with Defendants' motion under 28 U.S.C. § 1927 and the Court's inherent authority (Dkt. 617) (the "Motion"). We do not represent Plaintiff Lynne Freeman and will not appear on her behalf. We write to advise the Court of our appearance and to seek clarification regarding Passin/Reeder's opposition to the Motion under the Court's Order (Dkt. 618) (the "Order").

Because the Motion seeks relief personally against Plaintiff's counsel, Passin/Reeder has retained separate counsel to represent them in opposing the Motion. We have conferred with the Clerk's Office regarding the appropriate ECF procedure and were advised to file a Notice of Appearance identifying Mr. Passin and Reeder LLP as interested parties for this limited purpose.

The Order directs that "[c]ounsel for Plaintiff must file its response to this motion by Friday, September 18," "[l]imited to ten pages." (Dkt. 618). The Motion seeks to hold both Passin/Reeder, on the one hand, and Mr. Stephen Doniger and Doniger / Burroughs PC, on the other hand, jointly and severally liable. Although the firms' periods of representation overlap, Doniger / Burroughs PC did not represent Plaintiff from the outset of the litigation. Defendants therefore premise their requested relief against the two firms on conduct occurring during different periods of the litigation, and their respective responses will address materially different issues. We therefore seek clarification that Passin/Reeder and Mr. Doniger and Doniger / Burroughs PC may each submit a separate ten-page response.

We thank the Court for its attention to these matters.

Respectfully submitted,

Matthew McFarlane
PRACTUS LLP
*Separate Counsel for Mark D. Passin, Esq. and Reeder LLP*