THE EXHIBIT IS FILED UNDER SEAL