TG TroyGould ATTORNEYS

TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
**Tel** (310) 553-4441 | **Fax** (310) 201-4746
www.troygould.com

**Amy L. Nashon** • (310) 789-1245 • anashon@troygould.com

File No.

September 15, 2026

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Courtroom 24A
New York, New York 10007

***Re: Freeman v. Deebs-Elkenaney et al., Case No. 2:22-cv-02435-CM-SN***
**Letter Brief Seeking Leave to File Under Seal**

Your Honor:

We write jointly with our co-counsel on behalf of all Defendants in this action with respect to the Defendants' letter brief seeking an Order from the Court instructing Lynne Freeman to sit for a second session of her deposition. Defendants' letter brief attaches a copy of the September 14, 2026, deposition of Ms. Freeman during which Ms. Freeman declined to answer, at the instruction of her counsel, twenty-one separate questions. Defendants' letter brief also includes summaries of Ms. Freeman's deposition testimony.

Plaintiff has designated Ms. Freeman's deposition transcript as "Confidential" because it contains discussion of her finances. The protective order in this action treats as confidential any "non-public … financial, or personal information, the public disclosure of which is either restricted by law or would likely, in good faith opinion of the producing person, seriously harm the producing person's business, commercial, financial, or personal interests or cause the producing person to violate his, her, or its privacy or confidentiality obligations to others." [Dkt. 50 at 2.]

Accordingly, Defendants hereby, through this letter motion, seek leave to file the rough deposition transcript under seal. Defendants appreciate Your Honor's consideration of this submission.

Respectfully Submitted,

Amy L. Nashon