Case 2:22-cv-02435-CM-SN Document 625 Filed 09/15/26 Page 1 of 1

TG TroyGould ATTORNEYS

TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
**Tel** (310) 553-4441 | **Fax** (310) 201-4746
www.troygould.com

**Amy L. Nashon** • (310) 789-1245 • anashon@troygould.com

File No.

September 15, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Courtroom 24A
New York, New York 10007

***Re:*** ***Freeman v. Deebs-Elkenaney et al., Case No. 1:22-cv-02435-CM-SN***
**Letter Brief Seeking Leave to File Under Seal**

Your Honor:

Earlier today we, on behalf of all Defendants, submitted a letter motion to seal the transcript of the deposition of Lynne Freeman taken on September 14, 2026 (Dkt. 624).

It appears as if, inadvertently, the deposition transcript attached to the letter brief asking the court to seal the transcript was not actually filed under seal as intended.

We immediately reached out to the helpdesk for support and requested that the transcript be temporarily sealed on an emergency basis. The under seal filing instructions for this district also instruct that the filing party must ask the presiding judge for the filing to be sealed, and we do so by this letter.

We appreciate any assistance Your Honor is able to provide in this regard.

MEMO ENDORSED

Respectfully Submitted,

[signature]

Amy L. Nashon

The deposition transcript may be temporarily sealed pending decision on the motion.

Colleen McMahon
9/17/2026