Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
stephen@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

September 18, 2026

**DELIVERED VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square,
Courtroom 24A,
New York, New York 10007

| | |
|---|---|
| **Case Title:** | ***Freeman v. Deebs-Elkenaney et al,*** **2:22-cv-02435-CM-SN** |
| **Re:** | **Plaintiff's Motion to Seal Certain Document** |

Dear Judge Stanton:

We write on behalf of Plaintiff Lynne Freeman regarding filing under seal and in connection with her supplemental brief on ability to pay as required by the Court's September 15, 2026 Order (ECF No. 622). Plaintiff will file under seal the unredacted version of her supplemental brief as it consists of a break-down of Plaintiff's assets and net worth, which Plaintiff holds as confidential and seeks to protect from public exposure. A redacted public version removing only those references has been publicly filed on the Court's CM / ECF system. We have thus filed this Letter Motion to Seal and filed an unredacted version of the supplemental brief to protect any confidential information.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS PC
For the Plaintiff

IT IS HEREBY ORDERED.

Dated: ____________, 2026

By: __________________________
Hon. Colleen McMahon
U.S. District Judge