**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

Plaintiff,

v.

TRACY DEEBS-ELKENANEY, et al.

Defendants.

Case No. 2:22-cv-02435 CM-SN

**DECLARATION OF AMY NASHON IN SUPPORT OF DEFENDANTS' FURTHER SUPPLEMENTAL BRIEF IN SUPPORT OF AN AWARD OF ATTORNEYS' FEES FOLLOWING SECOND SESSION OF FREEMAN DEPOSITION**

**DECLARATION OF AMY NASHON**

Amy Nashon declares as follows:

1. I am a shareholder at the law firm of TroyGould, PC, attorneys for Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC ("Entangled"), Holtzbrinck Publishers, LLC d/b/a Macmillan, and Universal City Studios LLC in the above-captioned matter.

2. I took Ms. Freeman's deposition on September 23, 2026 and requested and received from the court reporter a rough transcript of the deposition for the purposes of preparing Defendants' further supplemental brief in support of an award of attorney's fees. I have reviewed the rough transcript that I received and believe that it accurately reflects the testimony given by Ms. Freeman at her deposition. A true and accurate copy of that deposition transcript is attached hereto as "Exhibit A."

3. I have reviewed the Social Security Administration's official listing of impairments which qualify for a finding of disability. [redacted] are not listed as impairments that qualify a person for Social Security benefits.

4. I have reviewed the website for [redacted] and she is a nutritionist with a doctorate in naturopathy, but not a licensed medical doctor.

5. I searched for a [redacted] in Santa Barbara or Montecito, and came up with no results.

I affirm this 24th day of September, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Amy Nashon

THE EXHIBIT IS FILED UNDER SEAL