Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
stephen@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

September 28, 2026

**DELIVERED VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square,
Courtroom 24A,
New York, New York 10007

**Case Title:** ***Freeman v. Deebs-Elkenaney et al,***
**2:22-cv-02435-CM-SN**
**Re:** **Plaintiff's Motion to Seal Certain Documents**

Dear Judge McMahon:

We write on behalf of Plaintiff Lynne Freeman to seek an order permanently sealing (1) the second day of her deposition transcript filed by Defendants as Exhibit A to the Declaration of Amy L. Nashon and Defendants' Response in Support of Motion for Attorney Fee and Costs Pursuant to FRCP 54 and 17 USCA 505 (ECF No. 643), a redacted copy of the later document which is filed at ECF 642; and (2) the first day of her deposition transcript filed as an exhibit to Defendants' Letter Motion to Seal (ECF No. 624-1) and which was temporarily sealed by the Court's September 17, 2026 Order (ECF No. 627).

Plaintiff has designated her deposition transcripts as "Confidential" because they contain discussions of her finances and health information as well as some other highly personal information. The protective order in this action treats as confidential any "non-public … financial, or personal information, the public disclosure of which is either restricted by law or would likely, in good faith opinion of the producing person, seriously harm the producing person's business, commercial, financial, or personal interests or cause the producing person to violate his, her, or its privacy or confidentiality obligations to others." [Dkt. 50 at 2]. Moreover, Federal Rule of Civil Procedure 5.2 describes sensitive information that must be redacted from public court filings without seeking prior permission from the Court. Such sensitive information includes: "Social Security numbers; names of minor children; dates of birth; and financial account numbers." Fed. R. Civ. P. 5.2. Other information that should be treated with caution and may warrant a motion for approval of sealed or redacted filing includes: "personal identifying numbers (PIN numbers); medical records, treatment and diagnosis; employment history; individual financial information..." *Id*.

Understanding that no more should be withheld from the public record than necessary, Plaintiff lodges herewith as **Exhibit A** and **Exhibit B**, respectively, redacted versions of her deposition transcripts with redactions limited to medical, financial, and other non-public personal information.

///

We thank the Court for its time and attention to this matter.

Respectfully submitted,

By: /s/ Stephen M. Doniger
Stephen M. Doniger, Esq.
For the Plaintiff

IT IS HEREBY ORDERED.

Dated: _____________, 2026

By: _________________________
Hon. Colleen McMahon
U.S. District Judge