TroyGould

TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
**Tel** (310) 553-4441 | **Fax** (310) 201-4746
www.troygould.com

October 1, 2026

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Courtroom 24A
New York, New York 10007

***Re:*** ***Freeman v. Deebs-Elkenaney et al., Case No. 2:22-cv-02435-CM-SN***
**Letter Brief Seeking Leave to File Under Seal**

Your Honor:

We write jointly with our co-counsel on behalf of all Defendants in this action with respect to Docket 636, Defendants' Supplemental Brief In Support of an Award of Attorneys' Fees and Costs filed on September 18, 2026 (the "Brief"). It has been brought to our attention that the Brief's descriptions of testimony given by Ms. Freeman during her deposition on September 14, 2026, which Plaintiff designated as "Confidential," may fall under such confidential designation to the extent they reference Ms. Freeman's finances.

In response, Defendants have redacted the portions of the Brief which could arguably be designated "Confidential" and ask that the redacted Brief filed herewith be substituted in the public record for the unredacted Brief at Docket 636, and that the latter be sealed absent further order of this Court.

Defendants appreciate Your Honor's consideration of this submission.

Respectfully Submitted,

[signature]