REEDER
LLP

October 5, 2026

**DELIVERED VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Courtroom 24A
New York, New York 10007

| | |
|---|---|
| **Case Title:** | ***Freeman v. Deebs-Elkenaney et al,*** **22-cv-02435-CM-SN** |
| **Re:** | **Re ECF No. 644** |

Dear Judge McMahon:

We are writing to Your Honor on behalf of Plaintiff Lynne Freeman as follow-up to the letter dated September 28, 2026, from Stephen Doniger to Your Honor requesting that certain testimony from Ms. Freeman's recent deposition and Defendants' Response in Support of Motion for Attorneys' Fees and Costs Pursuant to FRCP 54 and 17 USCA 505 be permanently sealed. [Dkt. 644].

On September 18, 2026, Defendants filed Defendants' Supplemental Brief (the "September 18, 2026 Brief") in Support of an Award of Attorneys' fees and Costs [Dkt. 636]. Although the brief contained information from the first day of Ms. Freeman's recent deposition transcript that was designated "confidential" and should have been filed under seal pursuant to the Protective Order entered in this action [Dkt. 50], it was filed in the public record. Thus, on October 1, 2026, Ms. Nashon filed a letter addressed to Your Honor including a redacted copy of the September 28, 2026 Brief and requested that "the redacted Brief . . . be substituted in the public record for the unredacted Brief at Docket 636, and that the later be sealed absent further order of the Court." [Dkt. 645].

Because the redacted portions of September 18, 2026 Brief contain highly personal, non-public financial information, Plaintiff respectfully requests that the Court comply with Ms. Nashon's request in her October 1, 2026 letter for all the reasons set forth in Mr. Doniger's letter of September 28, 2026.

11766 Wilshire Boulevard, Suite 1470, Los Angeles, CA 90025
Phone: (310) 861-2470 • Fax: (310) 861-2476
mark@reedermllp.com • www.reederllp.com

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**Reeder, LLP**

Mark Passin

_______________________

Mark D. Passin
11766 Wilshire Boulevard,
Suite 1470
Los Angeles, CA 90025
310-861-2475

**DONIGER/BURROUGHS**
Stephen Doniger, Esq.
603 Rose Avenue
Venice, California 90291
(31) 590-1820
stephen@donigerlawfirm.com
*Attorneys for Plaintiff* Freeman

cc: All counsel of record (via ECF)